C. PAMELA GÓMEZ (Bar No. 233848)
(E-Mail: Pamela_Gomez@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF(S) <br><br> v. <br><br> IOURI MIKHEL, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CR 02-00220-MCS <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

In Camera Documents

**Reason:**

☐ Under Seal

☑ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| | |
|---|---|
| June 28, 2021 | /s/ C. Pamela Gómez |
| Date | Attorney Name |
| | Iouri Mikhel |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)            NOTICE OF MANUAL FILING OR LODGING