C. PAMELA GOMEZ (Bar No. 233848)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Email: Pamela_Gomez@fd.org

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 02-00220-MCS |
| v. | |
| IOURI MIKHEL, et al., | **NOTICE OF MANUAL FILING** **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

-Application to file Motion In Camera
-In Camera Motion

**Reason:**

☐   Under Seal

☑   In Camera

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Per Court order dated: _____

☐   Other:

January 20, 2023
Date

C. Pamela Gomez
Attorney Name

IOURI MIKHEL
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING