AJAY V. KUSNOOR (Bar No. 273929)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
Email: Ajay_Kusnoor@fd.org

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>IOURI MIKHEL, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 02-00220-MCS<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

-Application to file Motion In
 Camera; Proposed Order
-In Camera Motion; Proposed Order

**Reason:**

☐   Under Seal
☑   In Camera
☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐   Per Court order dated: _____
☐   Other:

February 1, 2023_____
Date

Ajay V. Kusnoor_____
Attorney Name
 IOURI MIKHEL_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING