# Exhibit A

## DECLARATION OF JOHN R. WEEKS, Ph.D.

I, John R. Weeks, Ph.D., declare as follows:

1.      I am Distinguished Professor Emeritus of Geography and Director of the International Population Center at San Diego State University.

2.      My qualifications are detailed in the accompanying Curriculum Vitae (Appendix A to this declaration). In brief, I received my A.B. in Sociology from the University of California, Berkeley, in 1966; my M.A. in Demography from the University of California, Berkeley, in 1969; and my Ph.D. in Demography from the University of California, Berkeley, in 1972. I taught at Michigan State University for three years (1971-1974) prior to accepting an appointment at San Diego State University, where I have been since 1974, initially in the Department of Sociology. I was granted tenure, promoted to Associate Professor, and elected Chair of the Department of Sociology in 1978; and was promoted to Full Professor in 1981. I served as Chair until 1985, when I was appointed Director of the International Population Center (a position I still hold). In 1992, I requested and was granted a move to the Department of Geography, where I am now Distinguished Professor Emeritus of Geography. I am also a Senior Fellow of the California Council on Science and Technology, and a Research Associate of the Broom Center for Demography at the University of California, Santa Barbara. In 2011, I was awarded the Albert W. Johnson Research Award and Distinguished Professorship by San Diego State University.

3.      I have taught undergraduate and graduate-level courses in demography and statistics since 1971, and I have published numerous professional articles, chapters, and books in the field of population studies. In addition, I have presented papers at professional meetings and published reports of professional research. My textbook *Population: An Introduction to Concepts*

1

Initials

Exhibit A
11

*and Issues* is now in its thirteenth edition and is the best-selling text in the field of population studies. Over the past 25 years, I have received several million dollars in research grants from the National Institutes of Health, the National Aeronautics and Space Administration, the National Science Foundation, and the Andrew Mellon Foundation to fund research focused on incorporating remotely sensed images and geographic information system technology into statistically oriented demographic research. Much of this work is summarized in my book, *Spatial Inequalities: Health, Poverty, and Place in Accra, Ghana* (Dordrecht: Springer Publishing Company, 2013). I have also authored papers more closely related to criminal justice issues, such as "Does Night-Time Lighting Deter Crime? An Analysis of Remotely-Sensed Imagery and Crime Data," in Victor Mesev (ed.), *Remotely-Sensed Cities* (London: Taylor & Francis, 2003), and "Remote Sensing and Spatial Statistics as Tools in Crime Analysis," in Fahui Wang (ed.), *Geographic Information Systems and Crime Analysis* (Hershey, PA: Idea Group Publishers, 2005). Another of my relevant publications is "Jury Representativeness: Challenging the Array," Chapter 7 in Walter F. Abbott and John Batt (eds.), *Handbook of Jury Research*, Revision 5 (Philadelphia, PA: American Law Institute - American Bar Association 1999). My most recent publication (co-authored) is "The Relative Timing of Population Growth and Land Use Change—A Case Study of North Taiwan from 1990 to 2015," *Land*, 2022.

4.    I have been involved in work regarding the demographic composition of juries and other population-based/statistical legal issues since 1980, and I have served as a consultant and/or expert witness in nearly 250 legal cases (criminal and civil) as of this date (a complete list is provided in my CV in Appendix A), not including post-sentencing habeas cases such as this (a separate list of which is available upon request). The vast majority of state-level criminal cases have been capital punishment cases and most of them have involved challenges to the

2

Initials

Exhibit A
12

composition of petit and/or grand juries. I have also served as an expert witness on the demographics of federal juries in several United States District Courts (the Central, Eastern, Northern, and Southern Districts of California; the District of New Mexico; the Western District of Pennsylvania; the District of Vermont; and Eastern District of Washington). All of the cases (both criminal and civil) in which I have been involved required the utilization of my expertise in sampling and statistical analysis.

**JURY DEMOGRAPHICS**

5.      I have been asked by counsel to review the jury demographics, including the construction and implementation of the Master Jury Wheel and Qualified Jury Wheel that were used in 2006 to select Grand Jurors and Trial Jurors in *U.S. v. Mikhel and Kadamovas*. I have reviewed the demographic data currently available about each member of the 287-person jury pool. The information includes the race, gender, and city (but not zip code) of those who responded to the Juror Qualification Questionnaire and were summoned to appear as petit jurors. I then compared the demographics of the jury pool with the demographics of the Western Division of the Central District of California, which includes the counties of Los Angeles, Ventura, Santa Barbara, and San Luis Obispo.

6.      Data on race were self-reported for 275 of the 287 prospective jurors. There were 123 persons who indicated they were non-Hispanic White (44.7%), 53 who were non-Hispanic Black (19.3%), 52 who were Hispanic (18.9%), 30 who were non-Hispanic Asian (10.9%), and 17 who were non-Hispanic "other" race (6.2%). Data on gender were available for 272 of the 287 persons, and 130 (47.8%) reported that they were female.

7.      It is my understanding that the jury pool at that time was assembled solely from lists of registered voters. Thus, the basic qualifications to be eligible for jury service would have

3

Initials

Exhibit A

13

been age 18 or older and a U.S. citizen. I have used the U.S. Census Bureau's American Community Survey (ACS) data (which replaced the decennial census long form as of the 2000 census) for the three years centered on 2007 as the source of demographic data for the Western Division of the Central District. Unlike the short form on the decennial census, the ACS data include information about citizenship. My analysis of these data shows that among citizens 18 or older, 47.9% were non-Hispanic White, 28.5% were Hispanic, 10.7% were non-Hispanic Black, 10.6% were non-Hispanic Asian, and 2.2% were non-Hispanic "some other race".

8.      Table 1 compares the jury pool demographics with the jury-eligible population in the Western Division of the Central District. If the jury pool is representative, its distribution by race-ethnicity and gender should be very similar to the demographics of the Western Division. However, Table 1 shows this is not the case. In particular, it can be seen that there are large absolute and relative disparities with respect to Hispanics and non-Hispanic Blacks. In particular, there are 34% fewer Hispanics than expected, while there are 80% more non-Hispanic Blacks than expected. In both instances, the large size of the absolute disparities is very notable, and in both cases the difference is highly statistically significant. The jury pool also has a statistically significant higher-than-expected percentage of the residual race-ethnic category of non-Hispanic other race individuals, but the relatively small number of such persons means that the absolute disparity is smaller than most courts demand (which is typically at least 6 percentage points).

4


Initials

Exhibit A
14

**Table 1. Comparison of Jury Pool Demographics with Western Division Demographics Based on 2007 Population of Citizens Aged 18 or Older**

| | Non-Hispanic White | Hispanic | Non-Hispanic Black | Non-Hispanic Asian | All Others | Female |
|---|---|---|---|---|---|---|
| Jurors in Pool in 2006 | 275 | 275 | 275 | 275 | 275 | 272 |
| Jurors of this Group | 123 | 52 | 53 | 30 | 17 | 130 |
| Percent of Group in the Jury Pool | 44.73% | 18.91% | 19.27% | 10.91% | 6.18% | 47.79% |
| Percent of Jury-Eligible (Citizens 18+) Population in the Western District of the Central Division of California of this Group (*Source=ACS 2007 3-Yr data*) | 47.90% | 28.51% | 10.71% | 10.63% | 2.21% | 51.20% |
| Absolute Disparity | -3.17 | -9.60 | 8.56 | 0.28 | 3.97 | -3.41 |
| Relative Disparity | -7% | -34% | 80% | 3% | 180% | -7% |
| Z-score Associated with Disparity | -1.05 | -3.52 | 4.58 | 0.15 | 4.47 | -1.12 |
| Probability of the Disparity Occurring by Chance | 0.147 | 0.000 | 0.000 | 0.440 | 0.000 | 0.131 |
| Statistically Significant? | NO | YES | YES | NO | YES | NO |

9.    Counsel has asked me also to compare the jury pool demographics with data from the 2000 and 2010 decennial censuses, interpolated to 2006. These data have the advantage of being based on the 100 percent count census, but the disadvantage that data are not available on citizenship. Table 2 shows the disparities between the jury pool and the 2006 population 18 and older in the Western Division.

5

Initials

Exhibit A

15

**Table 2. Comparison of Jury Pool Demographics with Western Division Demographics Based on the 2006 Interpolation of the 2000 and 2010 Decennial Censuses for People Aged 18 or Older**

| | Non-Hispanic White | Hispanic | Non-Hispanic Black | Non-Hispanic Asian | All Others | Female |
|---|---|---|---|---|---|---|
| Jurors in Pool in 2006 | 275 | 275 | 275 | 275 | 275 | 272 |
| Jurors of this Group | 123 | 52 | 53 | 30 | 17 | 130 |
| Percent of Group in the Jury Pool | 44.73% | 18.91% | 19.27% | 10.91% | 6.18% | 47.79% |
| Percent of 18+ population in the Western District of the Central Division of California of this Group in 2006 (*source=interpolation between 2000 and 2010 decennial censuses*) | 36.51% | 40.11% | 7.86% | 13.06% | 2.45% | 50.90% |
| Absolute Disparity | 8.22 | -21.20 | 11.41 | -2.15 | 3.73 | -3.11 |
| Relative Disparity | 23% | -53% | 145% | -16% | 152% | -6% |
| Z-score Associated with Disparity | 2.83 | -7.16 | 7.02 | -1.06 | 4.00 | -1.02 |
| Probability of the Disparity Occurring by Chance | 0.002 | 0.000 | 0.000 | 0.144 | 0.000 | 0.154 |
| Statistically Significant? | YES | YES | YES | NO | YES | NO |

10.     Table 2 shows that if we do not take citizenship into account, the disparities between the jury pool and the Western Division are even larger than those shown in Table 1. Non-Hispanic whites are 23% overrepresented in the jury pool, Hispanics are 53% underrepresented, non-Hispanic Blacks are 145% overrepresented and the residual race-ethnic category is 152% overrepresented, although its absolute disparity is fairly small.

11.     The data in both Tables 1 and 2 reveal that the jury pool had large and statistically significant disproportionate representation of Hispanic and Black jurors. This suggests that the sample drawn from the population was not random and not representative of the general

6

Initials

**Exhibit A**

16

population. To complete this review, I need to examine the documents listed below. The listed data are common to other reviews of Federal jury wheels that I have been asked to perform. The listed data have been provided to me in connection with my work as an expert in similar challenges brought on behalf of federal criminal defendants in other federal jurisdictions.

12.    In order to verify that the information used to create the master jury wheel is representative of the jury-eligible population in the district, that the Jury Plan was properly followed, and that the sampling procedures used to draw grand and petit jurors were correct, I must review demographic information from the voter registration list for that time period, and compare that information to the demographic data in the Jury Wheels. It is critical to know that there were no issues regarding undeliverable summonses, out-of-area addresses, or other mailing issues that might contribute to differential response rates. I also need to know the racial-ethnic composition of qualified jurors by zip code so that I can determine if there are differences from one neighborhood to another that are contributing to a skewed jury pool. This list of required data is designed to be complete enough to understand the jury system process used in the Central District of California at the time of trial, and to cross-verify the different data items supplied. These are the data required to reach an opinion with a reasonable degree of certainty in this field.

## GRAND JURY RECORDS

1.    Any AO-12 form or JS-12 form created which relates to any and all Jury Wheels which were used to summon the grand jurors in this case, as required by 28 U.S.C. § 1863(a) and the Jury Plan.

2.    Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheels and Qualified Jury Wheels that were used to summon

7


Initials

Exhibit A

17

grand jurors in this case consistent with the Jury Plan, the Jury Selection and Service Act, and constitutional requirements.

3.      The dates when each Master Jury Wheel used to summon grand jurors in this case was created, refilled, or drawn, as described in the Jury Plan.

4.      The calculation that ensures each county within each division is substantially proportionately represented as described in the Jury Plan.

5.      The procedures implemented related to prospective jurors who do not respond to a juror qualification form or have their juror qualification form returned from the Postal Service as undeliverable.

6.      The dates when grand jurors were summoned in this case.

7.      The number of persons summoned from each Qualified Jury Wheel to be considered as grand jurors in this case.

8.      The orders requesting the drawing of grand jurors in this case.

9.      The procedures for persons deferred to a different service date. If there is such a procedure, please describe the procedure used once the deferred juror attends on the deferral date including their order of consideration.

10.     The requests for source data (voter registration lists) as described in the Jury Plan and the response including the name, agency, and contact information.

11.     The name, contact information, and description of work for any vendors who participated in creating the Master Jury Wheel or Qualified Jury Wheel.

12.     The selection instructions and declaration maintained by the Court for each Master Jury Wheel and each Qualified Jury Wheel.

8


Initials

Exhibit A
18

13. Any correspondence, specifications, or descriptions, whether internal or with parties outside the court such as vendors, regarding the creation of the Master Jury Wheel or Qualified Jury Wheel.

14. The District and all Divisional Jury Wheel data for each division as described in the Jury Plan in electronic and accessible form that includes Juror Identification Number, Last Name and First Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division. These data should include and identify any special or supplemental District or Division Master Jury Wheels.

15. The District and all Divisional Qualified Jury Wheel data for each division as described in the Jury Plan in electronic and accessible form that includes Juror Identification Number, Last Name and First Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division. These data should include and identify any special or supplemental District or Division Qualified Jury Wheels.

16. Data for potential jurors who were selected from the Master Jury Wheel for qualification who either had their qualification form returned by the postal service, did not respond, or were disqualified or exempted or excused from jury service, or qualified for jury service as described in the Jury Plan. The data should be in electronic and accessible form that includes Juror Identification Number; whether the form was returned Undeliverable, or whether the form was not returned; the Reason for Disqualification, Exemption, or Excuse; Qualification; Race; Gender; Hispanic Ethnicity; Year of Birth; Zip Code; City; County; and Jury Division.

17. To the extent it is not supplied otherwise, the information in items #14, #15, and #16 above for the relevant Jury Wheels, including any special or supplemental wheels.

9

Initials

Exhibit A
19

18.     Any number or code assigned to individuals for persons selected as potential grand jurors in this case.

19.     Any number or code assigned to individuals for persons summoned as potential jurors for all purposes from the Master Jury Wheel.

20.     The source of data (Master Source List) in electronic form for the Master Jury Wheel used to summon all of the grand jurors in this case. The data should include, as available, Juror Identification Number, Last Name and First Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division.

21.     The juror qualification and summons forms for persons summoned to potentially become grand jurors in this case.

22.     The disposition of each summoned potential grand juror in this case as to excusal, deferment, disqualification, or selection as described in the Jury Plan.

## PETIT JURY RECORDS

1.     Any AO-12 form or JS-12 form created which relates to the Source Lists, Master Jury Wheels, and Qualified Jury Wheels that were used to summon the trial jurors in this case, as required by 28 U.S.C. § 1863(a).

2.     Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheels and Qualified Jury Wheels that were used to summon trial jurors in this case with the Jury Plan, Jury Selection and Service Act, and constitutional requirements.

3.     The date when the Master Jury Wheel that was used to summon trial jurors in this case was created, refilled, or drawn, as described in the Jury Plan.

10


Initials

Exhibit A

20

4.     The calculation that ensures each county within each division is substantially proportionately represented as described in the Jury Plan.

5.     The procedures implemented related to prospective jurors who do not respond to a juror qualification form or have their juror qualification form returned from the Postal Service as undeliverable.

6.     The date when trial jurors were summoned in this case.

7.     The number of persons summoned from the Qualified Jury Wheel to be considered as trial jurors in this case.

8.     The order requesting the drawing of trial jurors in this case.

9.     The procedures for persons deferred to a different service date. If so, please describe the procedure used once the deferred juror attends on the deferral date including their order of consideration.

10.    The request for the source data (voter registration lists) as described in the Jury Plan and the response, including the name, agency, and contact information.

11.    The name, contact information, and description of work for any vendors who participated in creating the Master Jury Wheel or Qualified Jury Wheel.

12.    The selection instructions and declaration maintained by the Court for each Master Jury Wheel and each Qualified Jury Wheel.

13.    Any correspondence, specifications, or descriptions, whether internal or with parties outside the court such as vendors, regarding the creation of the Master Jury Wheel or Qualified Jury Wheel.

14.    The District and all Divisional Master Jury Wheel data for each division as described in the Jury Plan in electronic and accessible form that includes Juror Identification

11

Initials

Exhibit A
21

Number, Last Name and First Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division. These data should include and identify any special or supplemental District or Division Master Jury Wheels.

15.     The District and all Divisional Qualified Jury Wheel data for each division as described in the Jury Plan Section 8 in electronic and accessible form that includes Juror Identification Number, Last Name and First Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County and Jury Division. These data should include and identify any special or supplemental District or Division Qualified Jury Wheels.

16.     Data for potential jurors who were selected from the Master Jury Wheel for qualification who had their qualification form returned by the postal service, did not respond, or were disqualified or exempted or excused from jury service, or qualified for jury service as described in the Jury Plan. The data should be in electronic and accessible form that includes Juror Identification Number, whether the form was returned Undeliverable, whether the form was not returned, Reason for Disqualification /Exemption /Excuse Qualification, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County, and Jury Division.

17.     To the extent it is not supplied otherwise, the information in items #14, #15, and #16 above for the petit Jury Wheel in this case, including any special or supplemental wheels.

18.     Any number or code assigned to individuals for persons selected as potential petit jurors in this case.

19.     Any number or code assigned to individuals for persons summoned as potential jurors for all purposes from the Master Jury Wheel.

20.     The source of data (Master Source List) in electronic form for the Master Jury Wheel used to summon all of the petit jurors in this case. The data should include, as available,

12

Initials

Exhibit A

22

Voter Identification Number, Last Name and First Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division.

21.     The juror qualification and summons forms for persons summoned to potentially become petit jurors in this case.

22.     The disposition of each summoned potential petit juror in this case as to excusal, deferment, disqualification, or selection as described in the Jury Plan.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: <u>27 July 2023</u>

JOHN R. WEEKS, Ph.D.

13

Initials

Exhibit A

23

*APPENDIX A*

**CURRICULUM VITAE OF DR. JOHN R. WEEKS**

14



Initials

Exhibit A

24

**JOHN R. WEEKS, Ph.D.**
Distinguished Professor Emeritus of Geography
Director, International Population Center
San Diego State University
San Diego, CA 92182-4493 USA

*email:* john.weeks@sdsu.edu

***CURRICULUM VITAE***
**2023**

## EDUCATION

Ph.D.  (Demography) University of California, Berkeley, 1972
M.A.  (Demography) University of California, Berkeley, 1969
A.B.  (Sociology) University of California, Berkeley, 1966

## ACADEMIC POSITIONS

2013 - present   Distinguished Professor Emeritus of Geography, and Director, International Population Center, San Diego State University: https://ipc.sdsu.edu

2012 - present   Research Associate, Broom Center for Demography, University of California, Santa Barbara

2008 -present   Senior Fellow, California Council on Science and Technology

1998 - 2019   Clinical Professor of Global Public Health, School of Medicine, University of California, San Diego

2010 - 2013   Distinguished Professor of Geography and Director, International Population Center, San Diego State University

1992 – 2010   Professor of Geography and Director, International Population Center, San Diego State University

1985 - 1992   Professor of Sociology and Director, International Population Center, San Diego State University

1981 - 1985   Professor and Chair, Department of Sociology, San Diego State University

1978 - 1981   Associate Professor and Chair, Department of Sociology, San Diego State University

1974 - 1978   Assistant Professor, Department of Sociology, San Diego State University

1971 - 1974   Assistant Professor of Sociology and Director of Social Science Methods Laboratory, James Madison College, and Assistant Professor of Anthropology (joint appointment), Michigan State University, East Lansing, Michigan

1970 - 1971   Teaching Assistant, Department of Demography, University of California, Berkeley

## OTHER PERTINENT PROFESSIONAL EXPERIENCE

Visiting Assistant Research Demographer, International Population and Urban Research, University of California, Berkeley, Summer, 1972

Public Health Statistician, California Department of Public Health, Berkeley, California, 1971

Undergraduate Research Assistant, International Population and Urban Research, University of California, Berkeley, 1964-1966

## RELEVANT HONORS

Recipient of *Lifetime Achievement Award*, American Association of Geographers Population Specialty Group, March 2016

*Commencement Speaker*, College of Arts and Letters, San Diego State University, May 2013.

Recipient of the *Albert W. Johnson Research Award and Distinguished Professorship*, San Diego State University, 2010

Recipient of *Most Influential Professor* Award, Department of Geography (named by Outstanding Graduating Student in Geography), San Diego State University, 2003, 2007

Recipient of San Diego State University Alumni Association *Distinguished Faculty Award in the College of Arts and Letters*, 2003

**Exhibit A**
**25**

*Phi Beta Kappa Lecturer*, Nu of California Chapter of Phi Beta Kappa, San Diego State University, 2000

Recipient of *Most Influential Professor* Award, Undergraduate Studies (named by Outstanding Graduating Student in Liberal Studies), San Diego State University, 1996

*Ford Foundation Fellowship in Demography*, Department of Demography, University of California, Berkeley, 1970-1971

*NIH Traineeship in Demography*, Department of Demography, University of California, Berkeley, 1967-1970

*NIMH Traineeship in the Demography of Social Disorganization*, Department of Sociology, University of Southern California, Los Angeles, California, 1966-1967

*California State Scholarship*, University of California, Berkeley, 1962-1966

## PUBLICATIONS

### Books

John R. Weeks, ***Population: Introduction to Concepts and Issues, Thirteenth Edition*** (Boston, MA: Cengage Learning, 2020. [Best-selling textbook in the field of population studies; used in Departments of Demography, Sociology, Geography, Ecology, and related Social and Behavioral Sciences in the United States, Canada, Mexico, the United Kingdom, and elsewhere; earlier editions have been translated into Spanish and Arabic.] The 8th, 9th, and 10th editions are available on audio through http://www.learningally.org. The iPhone app for the 13th edition can be downloaded from the App Store.

John R. Weeks, ***Population: Introduction to Concepts and Issues, Twelfth Edition*** (Boston, MA: Cengage Learning), 2016,

John R. Weeks, Allan G. Hill, and Justin Stoler, Editors, ***Spatial Inequalities: Health, Poverty and Place in Accra, Ghana*** (Dordrecht, The Netherlands: Springer), 2013.

John R. Weeks and Debbie L. Fugate, Editors, ***The Youth Bulge: Challenge or Opportunity?*** (New York: IDEBATE Press), 2012.

John R. Weeks, ***Population: Introduction to Concepts and Issues, Eleventh Edition*** (Belmont, CA: Wadsworth Cengage Learning), 2012.

Gregory B. Weeks and John R. Weeks, ***Irresistible Forces: Explaining Latin American Migration to the United States and Its Effects on the South*** (Albuquerque, NM: The University of New Mexico Press), 2010. (see reviews in *Contemporary Sociology: A Journal of Reviews*, 41:1(110-111), 2012; and *Choice*, September 2011).

John R. Weeks, ***Population: Introduction to Concepts and Issues, Tenth Edition*** (Belmont, CA: Wadsworth Publishing Co.), 2008.

Susan L. Cutter, Margaret Arnold, Deborah Balk, Bela Hovy, Mei-Po Kwan, Jonathan D. Mayer, David R. Rain, Havidan Rodriguez, Barbara Boyle Torrey, Billie L. Turner II, John R. Weeks, and Tukufu Zuberi, ***Tools and Methods for Estimating Populations at Risk From Natural Disasters and Complex Humanitarian Crises*** (Washington, DC: The National Academies Press), 2007.

John R. Weeks, ***Population: Introduction to Concepts and Issues, Ninth Edition*** (Belmont, CA: Wadsworth Publishing Co.), 2005.

John R. Weeks, ***Population: Introduction to Concepts and Issues, Eighth Edition*** (Belmont, CA: Wadsworth Publishing Co.), 2002.

John R. Weeks, ***Population: An Introduction to Concepts and Issues, Seventh Edition*** (Belmont, CA: Wadsworth Publishing Co.), 1999.

John R. Weeks, ***Population: An Introduction to Concepts and Issues, Sixth Edition*** (Belmont, CA: Wadsworth), 1996.

John R. Weeks, ***Population: An Introduction to Concepts and Issues, Updated Fifth Edition*** (Belmont, CA: Wadsworth), 1994.

John R. Weeks, ***Population: An Introduction to Concepts and Issues, Fifth Edition*** (Belmont, CA: Wadsworth), 1992.

John R. Weeks and Roberto Ham-Chande (eds.), ***Demographic Dynamics of the U.S.-Mexico Border*** (University of Texas at El Paso: Texas Western Press), 1992. [Reviewed in *Contemporary Sociology* 22(4) July, 1993; *Foreign Affairs* 73(2) March/April, 1994]

John R. Weeks, ***Population: An Introduction to Concepts and Issues, Fourth Edition*** (Belmont, CA: Wadsworth Publishing Co.), 1989.

John R. Weeks, ***Population: An Introduction to Concepts and Issues, Third Edition*** (Belmont, CA: Wadsworth Publishing Co.), 1986.

John R. Weeks, ***Sociología de la Población*** (Madrid: Alianza Universidad Textos), 1984.

John R. Weeks, ***Aging: Concepts and Social Issues*** (Belmont, CA: Wadsworth Publishing Co.), 1984.

**Exhibit A**

**26**

John R. Weeks, ***Population: An Introduction to Concepts and Issues, Second Edition*** (Belmont, CA: Wadsworth Publishing Co.), 1981.

John R. Weeks, ***Population:  An Introduction to Concepts and Issues*** (Belmont, CA: Wadsworth Publishing Co.), 1978. [Reviewed in *Contemporary Sociology* 8(1):86, 1979].

John R. Weeks, ***Teenage Marriages:  A Demographic Analysis***, Studies in Population and Urban Demography, Number 2 (Westport, CT:  Greenwood Press), 1976.  [Also made available on tape by Recording for the Blind, Inc., 1979]; [Reviewed in *Population (French Edition)*, Vol. 32, No. 6 (Nov. - Dec., 1977), p. 1316]

John R. Weeks, ***Social Statistics: A Competency-Based Workbook*** (San Diego: San Diego State University Press), 1975.

## Journal Articles

Shih, H.-C.; Stow, D.A.; Weeks, J.R.; Goulias, K.G.; Carvalho, L.M.V. "The Relative Timing of Population Growth and Land Use Change—A Case Study of North Taiwan from 1990 to 2015." ***Land,*** 11:2204., 2022.

Holly Shakya, John R. Weeks, Sneha Challa, Paul Fleming, Beniamino Cislaghi, Lotus McDougal, Sabrina Boyce, Anita Raj, and Jay Silverman, "Spatial analysis of individual and village level sociodemographic characteristics associated with age at first marriage among married adolescents in rural Niger," ***BMC Public Health***, 20:279, 2020.

Sory I. Touré, John R. Weeks, David Lopez-Carr, and Douglas Stow, "Evaluating links between dynamic urban landscapes and under-five child mortality in Accra, Ghana." ***Demographic Research***, Volume 42, Article 20, Pages 589-614, 2020.

Holly Shakya, G. L. Darmstadt, K.M. Barker, John R. Weeks, and Nicholas Christakis, "Social normative and social network factors associated with adolescent pregnancy: a cross-sectional study of 176 villages in rural Honduras." ***Journal of Global Health***, 10(1), 2020.

Holly Shakya, John R. Weeks, and Nicholas Christakis, " Do Village-Level Normative and Network Factors Help Explain Spatial Variability in Adolescent Childbearing in Rural Honduras?" ***SSM - Population Health*** 9 (100371), 2019.

Yu Hsin Tsai, Douglas A. Stow, David Lopez-Carr, John R. Weeks, Keith C. Clarke, and Foster Mensah, "Monitoring Forest Cover Change Within Different Reserve Types in Southern Ghana," ***Environmental Monitoring and Assessment***, https://doi.org/10.1007/s10661-019-7450-z, May 2019.

Sory I. Touré, Douglas A. Stow, Keith C. Clarke, and John R. Weeks, "Patterns of Land Cover and Land Use Change within the Two Major Metropolitan Areas of Ghana," ***Geocarto International***, https://doi.org/10.1080/10106049.2018.1516244,  2018.

Sory I. Touré, Douglas A. Stow, Hsiao-chien Shih, John R. Weeks, and David Lopez-Carr, "Land Cover and Land Use Change Analysis Using Multi-Spectral Resolution Data and Object-Based Image Analysis," ***Remote Sensing of Environment***, 210:259-268, 2018.

Magdalena Benza, John R. Weeks, Douglas A. Stow, David López-Carr, and Keith C. Clarke, "Fertility and Urban Context: A Case Study from Ghana, West Africa, Using Remotely Sensed Imagery and GIS," ***Population, Space and Place***, 23(8), 2017.

Lloyd Coulter, Douglas A Stow, Yu-Hsin Tsai, Nicholas Ibanez, Hsiao-chien Shih, Andrew Kerr, Magdalena Benza, John R. Weeks, and Foster Mensah, "Classification and assessment of land cover and land use change in southern Ghana using dense stacks of Landsat 7 ETM+ imagery," ***Remote Sensing of Environment***, 184:396-409, 2016.

Magdalena Benza, John R. Weeks, Douglas A. Stow, David López-Carr, and Keith C. Clarke, "A Pattern-Based Definition of Urban Context Using Remote Sensing and GIS," ***Remote Sensing of Environment***, 183(15):250-264, 2016.

David López-Carr, Kevin M. Mwenda, Narcisa G. Pricope, Phaedon C. Kyriakidis, Marta M. Jankowska, John Weeks, Chris Funk, Gregory Husak, and Joel Michaelsen, "Climate-Related Child Undernutrition: An Integrated Spatial Analysis Of Health Surveys, NDVI, And Precipitation Data In The Lake Victoria Basin," ***IEEE Journal of Selected Topics in Applied Earth Observations and Remote Sensing***, 9(6):2830-2835, 2016.

Steven Crook, Li An, John R. Weeks, and Douglas A. Stow, "Latent Trajectory Modeling of Spatiotemporal Relationships between Land Cover and Land Use, Socioeconomics, and Obesity in Ghana", ***Spatial Demography***, 4(3):221-244, 2016.

Douglas Stow, John R. Weeks, Hsiao-chien Shih, Lloyd Coulter, Yu-Hsin Tsai, Andrew Kerr, and Foster Mensah, "Inter-regional pattern of urbanization in southern Ghana in the first decade of the new millennium," ***Journal of Applied Geography***, 71:32-43, 2016.

Sory Touré, Douglas Stow, Hsiang-chien Shih, Lloyd Coulter, John Weeks, Ryan Engstrom and Avery Sandborn, " An object-based temporal inversion approach to urban land use change analysis," ***Remote Sensing Letters*** 7(5): 503-512, 2016.

**Exhibit A**

**27**

Erin E. Conners, Joseph M. Vinetz, John R. Weeks, and Kimberly C. Brouwer, "A global systematic review of Chagas disease prevalence among migrants," *Acta Tropica* 156:68-78, 2016.

Hsiao-chien Shih, Douglas A. Stow, John R. Weeks, and Lloyd Coulter, "Determining the Type and Starting Time of Land Cover and Land Use Change in Ghana Based on Discrete Analysis of Dense Landsat Image Time Series," *IEEE Journal of Selected Topics in Applied Earth Observations and Remote Sensing (JSTARS)*, 9(5):2064-2073, 2015.

Ryan Engstrom, Avery Sandborn, Yu Qin, Jason Burgdorfer, Douglas Stow, John Weeks, and Jordan Graesser, "Mapping slums using spatial features in Accra, Ghana," *Joint Urban Remote Sensing Event (JURSE),* https://doi.org/10.1109/JURSE.2015.7120494, 2015.

Gregory B. Weeks and John R. Weeks, "Immigration and Transnationalism: Rethinking the Role of the State in Latin America," *International Migration*, 53(5):122-134, 2015.

Anna Carla Lopez-Carr, Marta M. Jankowska, Justin Stoler, Caetlin Ofiesh, David Rain, and John R. Weeks, "Agency, Access, and Anopheles: Neighborhood health perceptions and the implications for community health interventions in Accra, Ghana," *Global Health Action*, 8(http://dx.doi.org/10.3402/gha.v8.26492), 2015.

Justin Stoler, John R. Weeks, and Richard Appiah Otoo, "Drinking Water in Transition: A Multilevel Cross-sectional Analysis of Sachet Water Consumption in Accra," *PLOS ONE*, 8(6): e67257. doi:10.1371/journal.pone.0067257, 2013.

Sory Touré, Douglas Stow, John R. Weeks, and Sanil Kumar, "Histogram Curve Matching Approaches for Object-Based Image Classification of Land Cover and Land Use," *Photogrammetric Engineering and Remote Sensing*, 79(5): 433-440, 2013.

Ryan Engstrom, David Rain, Caetlin Ofiesh, Henry Jewell, and John R. Weeks, "Defining Neighborhood Boundaries for Urban Health Research in Developing Countries: A Case Study of Accra, Ghana," *Journal of Maps* (9)1:36-42. 2013.

Stow, Douglas A., John R. Weeks, S. Toure, Christopher Lippitt, Lloyd Coulter, and Eric Ashcroft, "Urban vegetation cover and vegetation change in Accra, Ghana: Connection to housing quality," *Professional Geographer*, Vol. 65 Issue 3, p451-465, 2013.

Marta Jankowska, Magdalena Benza-Fiocco, and John R. Weeks, "Estimating Spatial Inequalities of Urban Child Mortality," *Demographic Research*, 28(2):33-62, 2013.

Günther Fink, John R. Weeks, and Allan G. Hill, "Income and Health in Accra, Ghana: Results from the Time Use and Health Study, *American Journal of Tropical Medicine and Hygiene*, 87(4):608-615, 2012.

Stoler, Justin, John R. Weeks, and Günther Fink, "Sachet drinking water in Ghana's Accra-Tema Metropolitan Area: Past, present, and future," *Journal of Water, Sanitation and Hygiene for Development*, 2(4): 223-240, 2012.

Gregg Verutes, Magdalena Benza-Fiocco, John R. Weeks, and Lloyd L. Coulter, "Health, Poverty, and Place in Accra, Ghana: Mapping Neighborhoods," *Journal of Maps*, Special Issue on Innovative Mapping in Spatial Demography, 8(4):369-373, 2012.

Kimberly C. Brouwer, Melanie L. Rusch, John R. Weeks, Remedios Lozada, Alicia Vera, Carlos Magis-Rodríguez, and Steffanie A. Strathdee, "Spatial Epidemiology of HIV. Among Injection Drug Users in Tijuana, Mexico," *Annals of the Association of American Geographers*, 102(5):1190-1199, 2012.

John R. Weeks, Arthur Getis, Douglas A. Stow, Allan G. Hill, David Rain, Ryan Engstrom, Justin Stoler, Christopher Lippitt, Marta Jankowska, Anna Carla Lopez, Lloyd Coulter, and Caetlin Ofiesh, "Connecting the Dots Between Health, Poverty and Place in Accra, Ghana," *Annals of the Association of American Geographers*, 102(5):932-941, 2012.

Kimberly C. Brouwer, Remedios Lozada, John R. Weeks, Carlos Magis-Rodríguez, Michelle Firestone-Cruz, and Steffanie A. Strathdee, "Intra-Urban Mobility and its Potential Impact on the Spread of Blood-Borne Infections among Drug Injectors in Tijuana, Mexico," *Substance Use and Misuse*, 47(3):244-253, 2012.

Justin Stoler, Dean Daniels, John R. Weeks, Douglas A. Stow, Lloyd L. Coulter, and Brian K. Finch, "Assessing the Utility of Satellite Imagery with Differing Spatial Resolutions for Deriving Proxy Measures of Slum Presence in Accra, Ghana," *GIScience & Remote Sensing*, 49(1):31-52, 2012.

Justin Stoler, Günther Fink, John R. Weeks, Richard Appiah Otoo, Joseph Ampofo, and Allan G. Hill, "When Urban Taps Run Dry: Sachet Water Consumption and Health Effects in Low Income Neighborhoods of Accra, Ghana," *Health & Place*, 18:250-262, 2012.

Marta M. Jankowska, John R. Weeks, and Ryan Engstrom, "Do the Most Vulnerable People Live in the Worst Slums? A Spatial Analysis of Accra, Ghana," *Annals of GIS*, 17(4):221-235, 2011.

Gregory B. Weeks and John R. Weeks, "Latin American Migration to the United States: A Multidisciplinary View," *The Latin Americanist*, 55(4):5-8, 2011.

Tsai, Yu Hsin, Douglas Stow, and John R. Weeks, "Comparison of Object-Based Image Analysis Approaches to Mapping New Buildings in Accra, Ghana Using Multi-Temporal QuickBird Satellite Imagery," *Remote Sensing*, 3:2707-2726, 2011.

John R. Weeks, Ph.D.

- 4 -

Exhibit A

28

Justin Stoler, Stephanie K. Brodine, Simeon Bromfield, John R. Weeks, and Henry P. Scarlett, "Exploring the relationships between dengue fever knowledge and Aedes aegypti breeding in St. Catherine Parish, Jamaica: A pilot of enhanced low-cost surveillance, *Research Reports in Tropical Medicine*, 2011(2):1-11, 2011.

John R. Weeks, Justin Stoler, and Piotr Jankowski, "Who's Crossing the Border: New Data on Undocumented Immigrants to the United States," *Population, Space and Place*, 17(1):1-26, 2011.

Joni A. Mayer, Susan I. Woodruff, Donald J. Slymen, James F. Sallis, Jean L. Forster, Elizabeth J. Clapp, Katherine D. Hoerster, Latrice C. Pichon, John R. Weeks, George E. Belch, Martin A. Weinstock, and Todd Gilmer, "Why do teens use indoor tanning? A large-scale evaluation of psychosocial, environmental, and policy level correlates," *American Journal of Public Health*, 101:930-938, 2011. PMID: 21421947

Lola Duque and John R. Weeks, "Towards a Model and Methodology for Assessing Student Learning Outcomes and Satisfaction," *Quality Assurance in Education*, 18(2):84-105, 2010.

Douglas Stow, Chris Lippitt, and John R. Weeks, "Delineation of Neighborhoods of Accra, Ghana Based on QuickBird Satellite Data," *Photogrammetric Engineering and Remote Sensing*, 76(8):907-914, August 2010. PMID: 20689664.

John R. Weeks, Arthur Getis, Allan G. Hill, Samuel Agyei-Mensah, and David Rain, "Neighborhoods and Fertility in Accra, Ghana: An AMOEBA-based Approach," *Annals of the Association of American Geographers*, 100(3):558-578, July 2010. PMCID: PMC3093308.

Justin Stoler, John R. Weeks, Arthur Getis, and Allan G. Hill, "Distance Threshold for the Effect of Urban Agriculture on Elevated Self-reported Malaria Prevalence in Accra, Ghana," *American Journal of Tropical Medicine and Hygiene* 80(4): 547-554, 2009. PMID: 19346373.

Hoerster, K.D., R. L. Garrow, J. A. Mayer, E. J. Clapp, J. R. Weeks, S. I. Woodruff, J. F. Sallis, D. J. Slymen, M. R. Patel, and S. A. Sybert, "Density of indoor tanning facilities in 116 large U.S. cities," *American Journal of Preventive Medicine*, 36(3):243-246, 2009. PMID: 19215849.

Marta Jankowska, Jared Aldstadt, Arthur Getis, John R. Weeks, and Grant Fraley, "An amoeba procedure for visualizing clusters," *Proceedings of GIScience*, 2008.

Douglas A. Stow, Anna Carla Lopez, Christopher Lippitt, Sarah Hinton, and John R. Weeks, "Object-based classification of residential land use within Accra, Ghana based on QuickBird satellite data," *International Journal of Remote Sensing*, 28(22):5167-5173, 2007. PMID: 19424445.

Chris D. Elvidge, P. Cinzano, D. R. Pettit, J. Arvesen, Paul Sutton, Christopher Small, R. Nemani, T. Longcore, C. Rich, J. Safran, John R. Weeks, and S. Ebener, "The Nightsat Mission Concept," *International Journal of Remote Sensing* 28(12):2645-70, 2007.

John R. Weeks, Allan G. Hill, Douglas A. Stow, Arthur Getis, and Debbie Fugate, "Can You Spot a Neighborhood From the Air? Defining Neighborhood Structure in Accra, Ghana," *GeoJournal* 69:9-22, 2007. PMID: 19478993.

Minal R. Patel, Joni A. Mayer, Donald J. Slymen, John R. Weeks, and Ami L. Hurd, "Correlates of Tanning Facility Prevalence within San Diego County, California Census Tracts," *Journal of Community Health* 32:391-400, 2007. PMID: 17940870.

Gregory B. Weeks, John R. Weeks, and Amy J. Weeks, "Latino Immigration to the U.S. South: 'Carolatinos' and Public Policy in Charlotte, North Carolina," *Latino(a) Research Review*, 6:1-2:50-72, 2007.

John R. Weeks, Allan G. Hill, Arthur Getis, and Douglas Stow, 2006, "Ethnic Residential Patterns as Predictors of Intra-Urban Child Mortality Inequality in Accra, Ghana," *Urban Geography* 27(6):526-548. PMCID: PMC2758568.

Tarek Rashed, John R. Weeks, Douglas A. Stow, and Debbie Fugate, "Measuring Temporal Compositions of Urban Morphology through Spectral Mixture Analysis: Toward a Soft Approach to Change Analysis in Crowded Cities," *International Journal of Remote Sensing*, 26(4):699-718, 2005.

John R. Weeks, "What Did He Know, and When Did He Know It? Putting Glenn Trewartha's Call for Population Geography into Historical Perspective." *Population, Space and Place* 10:279-283, 2004.

John R. Weeks, Arthur Getis, Allan G. Hill, Tarek Rashed, and M. Saad Gadalla, "The Fertility Transition in Egypt: Intra-Urban Patterns in Cairo," *Annals of the Association of American Geographers*, 94 (1):74-93, 2004.

Tarek Rashed, John R. Weeks, Dar Roberts, John Rogan, and Rebecca Powell, "Measuring the Physical Composition of Urban Morphology Using Multiple Endmember Spectral Mixture Models," *Photogrammetric Engineering and Remote Sensing* 69(9): 1111-1120, 2003.

Tarek Rashed and John R. Weeks, "Assessing Vulnerability to Earthquake Hazards Through Spatial Multicriteria Analysis of Urban Areas," International Journal of Geographical Information Science, 17(6):549-578, 2003.

John R. Weeks, "Estimating the Muslim Population in the United States Using Census 2000 Data," *Espaces-Populations-Sociétés*, 2003-1:89-101, 2003.

David L. McIntyre and John R. Weeks, "Environmental Impacts of Illegal Immigration on the Cleveland National Forest in California," *Professional Geographer*, 54(3):392-405, 2002.

*John R. Weeks, Ph.D.*

- 5 -

Exhibit A

29

Christopher Peak and John R. Weeks, "Does Community Context Influence Reproductive Outcomes of Mexican Origin Women in San Diego, California?", *The Journal of Immigrant Health*, 4(3):125-136, 2002. PMID: 16228756.

Tarek Rashed, John R. Weeks, M. Saad Gadalla, and Allan G. Hill, "Revealing the Anatomy of Cities through Spectral Mixture Analysis of Multispectral Imagery: A Case Study of the Greater Cairo Region, Egypt," *Geocarto International*, 16(4):5-16, 2001.

John R. Weeks, M. Saad Gadalla, Tarek Rashed, James Stanforth, and Allan G. Hill, "Spatial Variability in Fertility in Menoufia, Egypt, Assessed Through the Application of Remote Sensing and GIS Technologies," *Environment and Planning A*, (32):695-714, 2000.

John R. Weeks, Rubén G. Rumbaut, and Norma Ojeda, "Reproductive Outcomes Among Mexico-Born Women in San Diego and Tijuana: Testing the Migration Selectivity Hypothesis," *The Journal of Immigrant Health* 1(2):77-90, 1999. PMID: 16228706.

John R. Weeks, "The Early Years of the PAA," a compilation of Weeks (1996) and Weeks (1997): The Population Association of America--https://www.populationassociation.org/about/our-history

John R. Weeks, "Vignettes of PAA History - Demographics of the Early PAA Board Members," *PAA Affairs* 30(2 - Summer):4, 1997.

John R. Weeks, "Vignettes of PAA History - The Beginnings," *PAA Affairs* 29 (4 - Winter): 3-5, 1996.

Rubén G. Rumbaut and John R. Weeks, "Unraveling a Public Health Enigma: Why do Immigrants Experience Superior Perinatal Health Outcomes?" *Research in the Sociology of Health Care*, 13(B): 337-391, 1996.

Paul Ganster, John R. Weeks, and Roberto Ham-Chande, "Demographic Dynamics of the U.S.-Mexico Border," *International Journal of the Sociology of Language* 114:124-129, 1995

John R. Weeks and Rubén G. Rumbaut, "Infant Mortality Among Ethnic Immigrant Groups," *Social Science and Medicine*, 33(3): 327-334, 1991. PMID: 1925697.

John R. Weeks, "The Binational Survey in San Diego and Tijuana," *Frontera Norte* 2(4): 234-236, 1990.

Rubén G. Rumbaut and John R. Weeks, "Infant Health Among Indochinese Refugees: Patterns of Infant Mortality, Birthweight and Prenatal Care in Comparative Perspective," *Research in the Sociology of Health Care*, Volume 8: 137-196, 1989.

John R. Weeks, Rubén G. Rumbaut, Claire Brindis, Carol Korenbrot, and Donald Minkler, "An Analysis of High Fertility Among Indochinese Refugees," *Public Health Reports*, 104(2): 143-150, 1989. [Abstracted in The Atlantic Monthly, April 1994, pp. 89-90] PMID: 2495548.

John R. Weeks, "The Demography of Islamic Nations," *Population Bulletin* (Population Reference Bureau), 43(4), December, 1988. [Abstracted in International Family Planning Perspectives, 15(2):108-109, 1989; and American Demographics (September, 1989):66; Executive Summary prepared by the Population Reference Bureau in April, 1989, and distributed by the Population Resource Center, Washington, D.C.] PMID: 12281990.

Rubén G. Rumbaut and John R. Weeks, "Fertility and Adaptation Among Indochinese Refugees in the United States," *International Migration Review* 20(2): 428-465, 1986. PMID: 12267858.

John R. Weeks, "Teaching International Demography," *Teaching Sociology* 14: (2):92-101, 1986. PMID: 12268304.

John R. Weeks, "Introduction to Three Papers on Teaching Demography,", *Teaching Sociology* 14(2), 1986.

Sally Koblinsky, John R. Weeks, and Gwen C. Cooke, "Preparation and Practice of Secondary Family Life Education Teachers in Home Economics and Other Disciplines," *Home Economics Research Journal* 13(3):334-344, 1985.

Helen M. Wallace, John R. Weeks, and Earl D. Hollander, "Effects of Proposition 13 on Health Care Services for Mothers and Children in California." *Journal of Public Health Policy* 5(4):458-470, 1984. PMID: 6526934.

Sally A. Koblinsky and John R. Weeks, "Family Life Education in California Secondary Schools," *Journal of School Health* 54(4): 181-184, 1984. PMID: 6564301.

John R. Weeks and Jose B. Cuellar, "Isolation of Older Persons: The Influence of Immigration and Length of Residence," *Research on Aging* 5(4):369- 388, 1983.

Helen M. Wallace, John R. Weeks, and Antonio Medina, "Services for and Needs of Pregnant Teenagers in Large Cities of the United States, 1979-1980," *Public Health Reports* 97(6): 583-588, 1982. PMID: 6890697.

Helen M. Wallace, John R. Weeks, and Antonio Medina, "Changes in the Services and the Needs of Pregnant Teenagers in the Large Cities of the United States: A Follow-up Analysis," *Journal of the American Medical Association* 248(18): 2270-2273, 1982. PMID: 7188595.

John R. Weeks, "An Evaluation of the Use-Effectiveness of Fertility Awareness Methods of Family Planning," *Journal of Biosocial Science* 14(1):32-38, 1982. PMID: 7061541.

John R. Weeks and José B. Cuellar, "The Role of Family Members in the Helping Networks of Older People," *The Gerontologist* 21(4): 388-394, 1981. PMID: 7262568.

José B. Cuellar and John R. Weeks, "Hispanic Elders' Needs, Problems, and Access to Public Benefits and Services," *La Red/the Net* no. 28, University of Michigan, Institute for Social Research, November, 1980.

Exhibit A

John R. Weeks, "Record Linkage in Demography: History and Application," *Preliminary Papers, Results of Current Research in Demography,* No. 9, Vol. I, International Population and Urban Research, University of California, Berkeley, February, 1977.

John R. Weeks, "Infant Mortality and Premarital Pregnancy," *Social Science and Medicine* 10(2):165-169, 1976. PMID: 968502.

John R. Weeks, "Urban and Rural Natural Increase in Chile," *Milbank Memorial Fund Quarterly* 48(1):71-89, 1970.

## Chapters in Books

John R. Weeks, "The Future is a Foreign Country: We'll Do Things Differently There," Chapter 5 in Alex Aleinikoff and Alexandra Delano (editors), *New Narratives on the Peopling of America* (Baltimore: Johns Hopkins University Press), *in press.*

John R. Weeks, Douglas A. Stow, and Li An, "Demographics, Health Drivers and Impacts on Land-Cover and Land-Use Change in Ghana," in Steven J. Walsh, editor, *Comprehensive Remote Sensing, Volume 9,* pp. 76-89 (Oxford: Elsevier), 2018.

John R. Weeks, "Demographic Transition Theory" in Bryan S. Turner, ed., *The Wiley Blackwell Encyclopedia of Social Theory* (Oxford, UK: Wiley Blackwell Publishing Co.), 2017.

John R. Weeks, "Demography is an Inherently Spatial Science," in Frank M. Howell, Jeremy R. Porter, and Stephen A. Matthews, Editors, *Recapturing Space: New Middle-Range Theory in Spatial Demography* (Dordrecht, The Netherlands: Springer), 2015.

John R. Weeks, "Demographic Transition Theory," and "Malthus, Thomas," in George Ritzer, ed., *The Wiley Blackwell Encyclopedia of Sociology (Updated)* (Oxford, UK: Wiley Blackwell Publishing Co.), 2015.

Gregory B. Weeks and John R. Weeks, "The Train Has Left the Station: Latino Aging in the New South," Chapter 4 in W.A. Vega, K.S. Markides, J.L. Angel, and F.M. Torres-Gil, editors, *Challenges of Latino Aging in the Americas* (Dordrecht: Springer), 2015.

John R. Weeks, "Population Theories and Dynamics," Chapter 5 in Deborah McFarlane, Editor, *Global Population and Reproductive Health* (Burlington, MA: Jones & Bartlett Learning), 2015.

John R. Weeks, "History and Future of World Population," Chapter 2 in Deborah McFarlane, Editor, *Global Population and Reproductive Health* (Burlington, MA: Jones & Bartlett Learning), 2015.

John R. Weeks, "The World Can't Support Its Current Population Without Inequality and Poverty." In *World Geography: Understanding a Changing World* (http://worldgeography2.abc-clio.com/), 2014.

John R. Weeks, Justin Stoler, Allan G. Hill, Alex Zvoleff, "Fertility in Context: Exploring Egocentric Neighborhoods in Accra," Chapter 11 in John R. Weeks, Allan G. Hill, and Justin Stoler, Editors, *Spatial Inequalities: Health Poverty and Place in Accra, Ghana* (Dordrecht, The Netherlands: Springer), 2013.

Alex Zvoleff, Li An, Justin Stoler, John R. Weeks, "What if Neighbors' Neighborhoods Differ: The Influence of Neighborhood Definitions on Health Outcomes in Accra, Chapter 9 in John R. Weeks, Allan G. Hill, and Justin Stoler, Editors, *Spatial Inequalities: Health Poverty and Place in Accra, Ghana* (Dordrecht, The Netherlands: Springer), 2013.

Ryan Engstrom, Caetlin Ofiesh, David Rain, Henry Jewell, and John Weeks, "Defining Neighborhood Boundaries for Urban Health Research: A Case Study of Accra, Ghana," Chapter 4 in John R. Weeks, Allan G. Hill, and Justin Stoler, Editors, *Spatial Inequalities: Health Poverty and Place in Accra, Ghana* (Dordrecht, The Netherlands: Springer), 2013.

John R. Weeks, Allan G. Hill, and Justin Stoler, "Introduction to the Accra School: An Overview of Health, Poverty, and Place in Accra," Chapter 1 in John R. Weeks, Allan G. Hill, and Justin Stoler, Editors, *Spatial Inequalities: Health Poverty and Place in Accra, Ghana* (Dordrecht, The Netherlands: Springer), 2013.

Gregory B. Weeks and John R. Weeks, "The Demographic Fit Between the US and Latin America" Chapter 11 in John R. Weeks and Debbie L. Fugate, Editors, *The Youth Bulge: Challenge or Opportunity?* (New York: IDEBATE Press), 2012.

John R. Weeks, "Why Do Some Countries Have a Demographic Dividend and Others Do Not?" Chapter 10 in John R. Weeks and Debbie L. Fugate, Editors, *The Youth Bulge: Challenge or Opportunity?* (New York: IDEBATE Press), 2012.

John R. Weeks and Debbie L. Fugate, "Introduction: What is the youth bulge and why does it matter?," Chapter 1 in John R. Weeks and Debbie L. Fugate, Editors, *The Youth Bulge: Challenge or Opportunity?* (New York: IDEBATE Press), 2012.

John R. Weeks, "Demographic Transition Theory," and "Malthus, Thomas," in George Ritzer and J. Michael Ryan, eds., *The Concise Encyclopedia of Sociology* (Oxford, UK: Blackwell Publishing Co.), 2011.

John R. Weeks, "Fertility Rate," in Barney Warf, editor, *Encyclopedia of Geography* (Thousand Oaks, CA: Sage Publications), 2010.

*John R. Weeks, Ph.D.*
*- 7 -*

**Exhibit A**
**31**

John R. Weeks, "Spatial Patterns of Fertility Change in Rural Egypt," Chapter 17 in Luc Anselin and Serge Rey, editors, *Perspectives on Spatial Data Analysis* (New York: Springer Publishing Co.), 2010.

John R. Weeks, "Defining Urban Areas," Chapter 3 in Tarek Rashed and Carsten Juergens (eds.), *Remote Sensing of Urban and Suburban Areas* (New York: Kluwer Press), 2010.

Kimberly Brouwer, John R. Weeks, Remedios Lozada and Steffanie A. Strathdee, "Integrating GIS into the Study of Contextual Factors Affecting Injection Drug Use Along the Mexico/US Border." Chapter 3 (pp. 27-42) in Yonette F. Thomas, Douglas Richardson, and Ivan Cheung, editors, *Geography and Drug Addiction* (New York: Springer Publishing Co.), 2008.

Tarek Rashed, John R. Weeks, Helen Couclelis, and Martin Herold, "An Integrative GIS and Remote Sensing Model for Place-Based Urban Vulnerability Analysis," Chapter 9 in Victor Mesev, editor, *The Integration of RS and GIS* (New York: John Wiley & Son), 2007.

John Anarfi, George Botchie, Samuel Agyei-Mensah, Nii Ayite Coleman, Raymond Atuguba, Julius Najah Fobil, Allan G. Hill, John R. Weeks, and Jacob Songsore, "Population, Development and Environment in Metropolitan Accra: A Two-Phase Study," in *CICRED Programme International de Rescherche sur les Interactions entre la Population, le Developpement et l'Environnement (PRIPODE)* (Paris: UNESCO), 2007.

John R. Weeks, "Demographic Transition Theory," and "Malthus, Thomas," in George Ritzer, ed., *The Blackwell Encyclopedia of Sociology* (Oxford, UK: Blackwell Publishing Co.), 2006.

John R. Weeks, Dennis Larson, and Debbie Fugate, "Patterns of Urban Land Use as Assessed by Satellite Imagery: An Application to Cairo, Egypt," Chapter 11 in Barbara Entwisle and Paul Stern, editors, *Population, Land Use, and Environment: Research Directions* (Washington, DC: National Academies Press), 2005.

DongMei Chen, John R. Weeks, and John V. Kaiser, "Remote Sensing and Spatial Statistics as Tools in Crime Analysis," Chapter XVI in Fahui Wang, ed., *Geographic Information Systems and Crime Analysis* (Hershey, PA: Idea Group Publishers), 2005.

Ernst C. Griffin and John R. Weeks, "Peopling the Region: San Diego's Population Patterns," in Philip R. Pryde, Editor, *San Diego: An Introduction to the Region, Fourth Edition* (Boston: Pearson Custom Publishing), 2004.

Yuying Li and John R. Weeks, "Marital Status," in Sana Loue and Martha Sajatovic, Editors, *Encyclopedia of Women's Health* (New York: Kluwer Academic/Plenum Publishers), 2004.

Elizabeth Christensen and John R. Weeks, "Maternal Mortality," in Sana Loue and Martha Sajatovic, Editors, *Encyclopedia of Women's Health* (New York: Kluwer Academic/Plenum Publishers), 2004.

James Craine and John R. Weeks, "Life Expectancy," in Sana Loue and Martha Sajatovic, Editors, *Encyclopedia of Women's Health* (New York: Kluwer Academic/Plenum Publishers), 2004.

John R. Weeks and Manuel Miranda, "Mortality," in Sana Loue and Martha Sajatovic, Editors, *Encyclopedia of Women's Health* (New York: Kluwer Academic/Plenum Publishers), 2004.

John R. Weeks, "Morbidity," in Sana Loue and Martha Sajatovic, Editors, *Encyclopedia of Women's Health* (New York: Kluwer Academic/Plenum Publishers), 2004.

John R. Weeks, "Demography" in Kimberly Kempf-Leonard, Editor-in-Chief, *Encyclopedia of Social Measurement* (San Diego: Academic Press), 2004.

John R. Weeks, "The Role of Spatial Analysis in Demographic Research," in Michael F. Goodchild and Donald G. Janelle (eds.), *Spatially Integrated Social Science: Examples in Best Practice* (New York: Oxford University Press), 2004.

John R. Weeks, "Using Remote Sensing and Geographic Information Systems to Identify the Underlying Properties of Urban Environments," Chapter 17 in Tony Champion and Graeme Hugo, eds., *New Forms of Urbanization: Conceptualizing and Measuring Human Settlement in the Twenty-first Century* (London: Ashgate Publishing Limited), 2004, eBook issued in 2017: https://doi.org/10.4324/9781315248073.

John R. Weeks, "Does Night-Time Lighting Deter Crime? An Analysis of Remotely-Sensed Imagery and Crime Data," in Victor Mesev. (ed.), *Remotely-Sensed Cities* (London: Taylor & Francis), 2003.

Tarek Rashed and John R. Weeks, "Exploring the Spatial Association Between Measures from Satellite Imagery and Patterns of Urban Vulnerability to Earthquake Hazards," in *International Archives of the Photogrammetry Remote Sensing and Spatial Information Sciences* (CD-ROM), Regensburg, Germany, June 27-29, 2003, Vol. XXXIV-7/W9:114-152.

John R. Weeks, "Remote Sensing," in Paul Demeny and Geoffrey McNicoll, eds., *Encyclopedia of Population, Revised Edition* (New York: Macmillan Reference USA), 2003.

John R. Weeks, "Population Aging," in David J. Ekerdt, Robert A. Applebaum, Karen C. Holden, Stephen G. Post, Kenneth Rockwood, Richard Schulz, Richard L. Sprott, and Peter Uhlenberg, editors, *Encyclopedia of Aging* (New York: Macmillan Reference USA), 2003.

Rashed, T., J. Weeks, D. Stow, and D. Fugate, "Measuring Temporal Compositions of Urban Morphology through Spectral Mixture Analysis: Toward a Soft Approach to Change Analysis in Crowded Cities," *Proceedings of*

**Exhibit A**

**32**

*the Third International Symposium on Remote Sensing of Urban Areas,* Istanbul, Turkey, June 11-13, 2002.

John R. Weeks and Imre E. Quastler, "Population Geographies of Canada and the United States Since 1950," Chapter 4 in Arthur Getis, Judith Getis, and I.E. Quastler, *The United States and Canada: The Land and the People, Second Edition* (New York: McGraw-Hill), 2001.

John R. Weeks, "Jury Representativeness: Challenging the Array," Chapter 7 in Walter F. Abbott and John Batt, eds., *Handbook of Jury Research, Revision 5* (Philadelphia, PA: American Law Institute - American Bar Association), 1999.

Rubén G. Rumbaut and John R. Weeks, "Children of Immigrants: Is Americanization Hazardous to Infant Health?" in Hiram E. Fitzgerald, Barry M. Lester, and Barry Zuckerman, editors, *Children of Color: Research, Health, and Policy Issues* (New York: Garland Publishing), 1999.

John R. Weeks, "Demographic Dynamics of the San Diego-Tijuana Region," Chapter 2 (pp 17-34) in Mark Spalding, editor, *Sustainable Development in San Diego-Tijuana: Environmental, Social and Economic Implications of Interdependence* (La Jolla: Center for US-Mexican Studies, University of California, San Diego), 1999.

John R. Weeks and Karyl Fuller, "Population Distribution and Migration: Components of Housing Demand and Supply," pp. 60-79 in D. Wozniak, T. Shuman, A. Roet, and M. Garrett, editors, *Human Settlements Habitat: Proceedings and Recommendations of the International Symposium on Human Settlements* (San Diego State University: International Institute for Human Resources Development), 1996.

John R. Weeks, "Population Trends Since 1950," Chapter 5 in Arthur Getis and Judith Getis, Editors, *North America: The Land and the People* (Dubuque, IA: W.C. Brown Publishers), 1995.

John R. Weeks, "The Six Pillars of Global Population and Social Change," *Population Research Group Research Paper 95-01* (East Lansing, MI: Michigan State University, Institute for Public Policy and Social Research), 1995.

John R. Weeks, "Population," Chapter 3 in Anthony DeSouza and Frederick Stutz, *A Geography of World Economy* (New York: Macmillan), 1994.

John R. Weeks, "The Changing Demographic Structure of the San Diego Region," in Norris Clement, editor, *San Diego and Tijuana in Transition* (San Diego State University: Institute for Regional Studies of the Californias), 1993.

John R. Weeks, "The Economic and Social Implications of Population Aging in the Context of Internal and International Migration," pp. 143-162 in T. Shuman et al., *Population Aging: International Perspectives: Proceedings and Recommendations of the International Conference of Population Aging* (San Diego State University: University Center on Aging), 1993

John R. Weeks, "Service Provider Attitudes Toward Natural Family Planning," Chapter 6 in L.A. Severy (Editor), *Advances in Population: Psychosocial Perspectives, Volume 1* (London, England: Jessica Kingsley Publishers, Ltd), 1993. PMID: 12159241.

John R. Weeks and Roberto Ham-Chande, "Demographic Dynamics in the Context of the U.S.-Mexico Border," Chapter 15 in John R. Weeks and Roberto Ham-Chande (eds.), *Demographic Dynamics of the U.S.-Mexico Border* (University of Texas at El Paso: Texas Western Press), 1992.

Roberto Ham-Chande and John R. Weeks, "A Demographic Perspective of the U.S.-Mexico Border," Chapter 1 in John R. Weeks and Roberto Ham-Chande (eds.), *Demographic Dynamics of the U.S.-Mexico Border* (University of Texas at El Paso: Texas Western Press), 1992.

John R. Weeks, "Introduction," in Fareed H. Nu'man, *The Muslim Population in the United States: A Brief Statement* (Washington, D.C.: American Muslim Council), 1992.

Manual García y Griego, John R. Weeks, and Roberto Ham-Chande, "Migration to Mexico," in C. Nam, R. Weller, and W. Serow (eds.), *Comparative Handbook of International Migration* (Westport, CT: Greenwood Press), 1990.

John R. Weeks, "Factors Affecting the Choice of Natural Family Planning," pp. 77-84 in *Proceedings of the Fifth National and International Symposium on NFP* (Los Angeles: Los Angeles Regional Family Planning Council), 1990.

John R. Weeks, "How to Influence Fertility: The Experience So Far." Chapter 15 in Lindsey Grant (ed.), *Elephants in the Volkswagen: Facing the Tough Questions about Our Overcrowded Country* (New York: W.H. Freeman Company), 1992. PMID: 12178971.

John R. Weeks, "Asian-American Aged," pp. 49-50 in G. Maddox (ed.), *Encyclopedia of Aging* (New York: Springer Publishing Co.), 1986.

John R. Weeks and Joseph Spielberg Benitez, "The Cultural Demography of Midwestern Chicano Communities," in S.A. West and J. Macklin (eds.), *The Chicano Experience* (Boulder, CO: Westview Press), pp. 229-251, 1979, reissued as an eBook in 2019: https://doi.org/10.4324/9780429051197.

**Exhibit A**

**33**

John R. Weeks, "Retirement Homes:  Economic Realities and Implications for Ethnic Minority Elders," in E.P. Stanford (ed.), *Retirement: Concepts and Realities* (San Diego State University:  University Center on Aging) pp. 151-159, 1978.

## Reviews and Other Publications

John R. Weeks, "Review of 'The Great Demographic Illusion: Majority, Minority, and the Expanding American Mainstream' by Richard Alba," *Contemporary Sociology, in press.*

Gregory Weeks and John R. Weeks, "The political demography of U.S.-Cuba relations," http://www.washingtonpost.com/blogs/monkey-cage/wp/2014/12/18/the-political-demography-of-u-s-cuba-relations/, 2014.

John R. Weeks, "Review of Mark Baldassare, 'California in the New Millennium: The Changing Social and Political Landscape,' Berkeley, CA: University of California Press, 2000." *Professional Geographer*, 53, 2001.

John R. Weeks, "Review of Charles Hirschman, Philip Kasinitz, and Josh DeWind, editors, 'Handbook of International Aging: The American Experience.' *Journal of Immigrant Health*, 3(3):165-167, 2001.

John R. Weeks, "Review of Donald J. Hernandez and Evan Charney, editors, 'From Generation to Generation: The Health and Well-Being of Children in Immigrant Families,' Washington, DC, National Academy of Sciences Press, 1998," *Contemporary Sociology* 29(2): 399-400, 2000.

John R. Weeks, "Review of 'Fertility in the United States: New Patterns, New Theories,' by Casterline, Lee, and Foote," *Population and Environment* 19(6): 577-580, 1998.

John R. Weeks, "Review of 'Aging and Ethnicity: Knowledge and Services' by Donald Gelfand," *Ageing and Society*, 15(2): 138-139, 1995.

John R. Weeks, "Review of 'Immigration and Ethnicity: The Integration of America's Newest Arrivals' by Barry Edmonston and Jeffrey S. Passel," *Population Research and Policy Review*, 14(2):274-276,1995.

John R. Weeks, "Review of 'Painful Inheritance: Health and the New Generation of Fatherless Families' by Ronald J. Angel and Jacqueline L. Angel," *American Journal of Sociology*, (November): 841-843, 1994.

John R. Weeks, "Review of 'The Fourth Wave' and 'Opening and Closing the Doors'," *Population and Environment*, 15(1): 71-72, 1993.

John R. Weeks, "Review of 'The Fear of Population Decline' by Michael Teitelbaum and Jay M. Winter.'" *Canadian Studies in Population* 15(2): 234-236, 1988.

John R. Weeks, "Review of 'Population and Technological Change: A Study of Long-Term Trends' by Ester Boserup," *The Journal of Developing Areas* 17(4):544-546, 1983.

John R. Weeks, "Review of 'Age and Sex Population Projections of Utah Counties', by Therel Black and James Tarver," *Sociology and Social Research* 51(2):386-388, 1967.

## SELECTED OTHER RESEARCH REPORTS

John R. Weeks, "The Use and Abuse of Sampling and Statistical Methods in Construction Defect Lawsuits," last revised 2023.

John R. Weeks and David M. Eisenberg, "Estimating the Cost to the County of San Diego, California, of Services Delivered to Undocumented Immigrants During FY 2006-07," Final Report to the County of San Diego, 2007.

Tanis Salant, John R. Weeks, Efrat Feferman, Jenna Berman, and David Eisenberg, "Undocumented Immigrants in U.S.-Mexico Border Counties: The Costs of Law Enforcement and Criminal Justice Services," Final Report to the United States/Mexico Border Counties Coalition, 2008, https://www.ncjrs.gov/pdffiles1/nij/grants/223285.pdf

Tanis Salant, Christine Brenner, Nadia Rubaii-Barrett, and John R. Weeks, "Illegal Immigrants in U.S./Mexico Border Counties: The Costs of Law Enforcement, Criminal Justice, and Emergency Medical Services." Final Report to the United States/Mexico Border Counties Coalition, 2001, earthops.org/immigration/bordercounties/frontdocs.pdf

John R. Weeks, John V. Kaiser, Dongmei Chen, and Michael T. Dolan, "Identification of Urban Areas at High Risk for Criminal Activity Through Image Analysis: What are the Possibilities?" Final Report to NASA Earth Science Enterprise Commercial Remote Sensing Program, Affiliated Research Center, San Diego State University, 2000.

John R. Weeks, "An Analysis of the Sampling and Extrapolation Methods Utilized by Curtis Guy Odom of The Diehl Group Architects, Inc.," prepared in the case of Canyon Rim Townhomes Association v. The Baldwin Company et al., Orange County Superior Court, 1997.

John R. Weeks, "An Analysis of the Sampling and Extrapolation Methods Utilized by Bruck Allen Architects, Inc.," prepared in the case of The Lakes at Carmel Del Mar Condominium Association v. The Baldwin Company et al., San Diego Superior Court, 1996.

**Exhibit A**

**34**

John R. Weeks, "The Muslim Population of San Diego County: An Assessment of Pilot Project Methods and Results," Final Report Submitted to the American Muslim Council and Dar al Islam, July 1996.

John R. Weeks, "The Economic Adjustment of Small to Medium Sized Defense Related Firms in San Diego County: With Comparisons of the East, Central, North and South Regions of the County," Prepared for the East County Economic Development Council under contract with the City of San Diego, Economic Development Services, as part of Grant No. CR 9223-94-02 from the Office of Economic Adjustment of the U.S. Department of Defense, December 1995.

John R. Weeks, "The Economic Adjustment of Small to Medium Sized Defense Related Firms in the City of San Diego," Prepared for the East County Economic Development Council under contract with the City of San Diego, Economic Development Services, as part of Grant No. CR 9223-94-02 from the Office of Economic Adjustment of the U.S. Department of Defense, November 1995.

John R. Weeks, "An Evaluation of The Termination of San Diego County's Family Planning Program: Final Report," Prepared for the California Family Planning Council, January, 1995.

John R. Weeks, "The Economic Adjustment of Small Defense Related Firms in the East County Region of San Diego County: Analysis and a Prototype," Prepared for the East County Economic Development Council under contract with the City of San Diego, Economic Development Services, as part of Grant No. CR 9223-94-02 from the Office of Economic Adjustment of the U.S. Department of Defense, December 1994.

John R. Weeks, "Perceptions of Health Care in the East County." La Mesa, CA: East County Economic Development Council, 1994.

John R. Weeks, "Health Status of American Muslims: A Report of Findings from a Set of Preliminary Questionnaires Administered by the American Muslim Council," Prepared for the American Muslim Council, Washington, D.C., 1994.

John R. Weeks, Editor, "The Demographics of East County" (La Mesa, CA: East County Economic Development Council), 1993.

John R. Weeks, "The Nascent Awareness of Muslims in America," Prepared at the request of the American Muslim Council, Washington, D.C., 1993.

Rubén G. Rumbaut and John R. Weeks, "Perinatal Risks & Outcomes Among Low-Income Immigrants," Final Report for Grant MCJ-060595-01 from the U.S. Bureau of Maternal and Child Health and Resources Development, 1992.

David Feldman and John R. Weeks, "Perceptions of East County: The View from Outside," Report for the East County Economic Development Council, 1991.

John R. Weeks, "The Impact of Jobs on Business: Results of a Study Conducted by the East County Economic Development Council." Final Report submitted to the East County Economic Development Council, La Mesa, California, 1991.

John R. Weeks, "The Demographics of the East County Judicial District of the San Diego Superior Court," prepared for the case of People v. Vera, San Diego Superior Court, 1989.

John R. Weeks and Roberto Ham-Chande, with Norma Ojeda, "Demographic Interrelatedness of the U.S.-Mexico Border," Final Report submitted to the U.S. Bureau of the Census, Joint Statistical Agreement Project No. 01-70-20-5900-00-258, May 1989.

John R. Weeks, "Factors Affecting the Choice of Natural Family Planning," Final Report submitted to the U.S. Office of Population Affairs, Research Grant No. FPR 000052-01-0, January 1989.

John R. Weeks, "Population Projection Analysis for the Wastewater Program Management Project", prepared for James M. Montgomery, Consulting Engineers, Inc., San Francisco, California, on behalf of the County of San Diego, September 1988.

John R. Weeks and Rubén G. Rumbaut, "Infant Health and Mortality Among Indochinese Refugees in San Diego County: Final Report," Final Report submitted to the Division of Maternal and Child Health, Bureau of Health Care Delivery and Assistance, Research Grant No. MCJ-060551, August 1988.

John R. Weeks, "Report on an Analysis of the Procedures Used to Develop the Master Juror Qualification List in Los Angeles County," prepared for the case of People v. Richard Ramirez, Los Angeles Superior Court, May 1988.

John R. Weeks, "A Comparison of the Demographics of the Pool of Eligible Jurors in the Community with the Demographics of a Sample of Jurors in the Courthouse: Los Angeles Superior Court, Central Judicial District: August-December 1987," prepared for the case of People v. Richard Ramirez, Los Angeles Superior Court, March 1988.

John R. Weeks, "A Comparison of the Demographics of the Pool of Eligible Jurors in the Community with the Demographics of a Sample of Jurors in the Jury Lounge, San Diego Courthouse, January-February 1988," prepared for the case of People v. Mayer, San Diego Superior Court, 1988.

John R. Weeks, "A Comparison of the Demographics of the Pool of Eligible Jurors in the Community with the Demographics of a Sample of Jurors in the Courthouse: Los Angeles Superior Court, Western (Santa Monica)

Judicial District: August 1987-February 1988," prepared for the case of People v. Ware, Los Angeles Superior Court, 1988.

John R. Weeks, "An Analysis of the Demographics of Jury Composition in the Riverside Superior Court, March-April 1987," prepared for the case of People v. Neidiffer and Cruz, Riverside Superior Court, 1987.

John R. Weeks and Roberto Ham-Chande, "Binational Symposium on Population Issues Along the U.S.-Mexico Border," Summary Report of Conference held in Tijuana, Mexico, June 1987.

John R. Weeks, "A Comparison of the Demographics of the Pool of Eligible Jurors with the Demographics of a Sample of Jurors in the Jury Lounge, San Diego Courthouse, March-April 1987," prepared for the case of People v. Lucas, San Diego Superior Court, 1987

John R. Weeks, "The Development of Information Related to U.S. and Mexican Populations," Report to the William and Flora Hewlett Foundation, 1987.

John R. Weeks, "The Disparity Between the Proportion of Blacks in the Population and Proportion of Blacks Surveyed in the Jury Lounges: Vista and San Diego," prepared for the case of People v. Troiani, San Diego Superior Court, 1986.

John R. Weeks, "Teenage Male Attitudes Toward Adolescent Pregnancy," Final Report to the San Diego Community Foundation, 1984.

Helen M. Wallace and John R. Weeks, "Effects of Proposition 13 on Health Care Services for Mothers and Children in California:  Reports of Periodic Monitoring, 1978-1984," Final Report to the Division of Maternal and Child Health, U.S. Department of Health and Human Services, 1984.

John R. Weeks, "The Availability of Members of Potentially Cognizable Groups in the Pool of Prospective Jurors," prepared for the case of People v. Ivory, San Diego Superior Court, 1984.

John R. Weeks, "SDSU Demographics in the Year 2000," Report prepared for the Directions 2000 Committee of the California State University Board of Trustees, 1982

John R. Weeks and Sally A. Koblinsky, "An Assessment of Family Life Education in the 9th and 10th Grades in California," Final Report to the Office of Family Planning, California Department of Human Services, 1982.

José B. Cuellar and John R. Weeks, "Minority Elderly Americans: A Prototype for Area Agencies on Aging," Final Report for Grant No. 90-A-1667 (01) from the Administration on Aging to the San Diego Area Agency on Aging and Allied Home Health Association, 1980.

John R. Weeks, "The Need for In-Home Services in San Diego, Part II, "Final Report for Contract No. 00290l from the San Diego Regional Employment and Training Consortium to Allied Community Services, 1978.

John R. Weeks, "The Need for In-Home Services in San Diego, Part I," Final Report for Contract No. 002401 from the San Diego Regional Employment and Training Consortium to Allied Community Services, 1978.

## RESEARCH SUPPORT

John R. Weeks, Mentor to Holly Shakya, "Adolescent pregnancy and social networks in rural Honduras," K01HD087551 Grant from the National Institute of Child Health and Human Development, 2016-2023.

John R. Weeks, Co-Principal Investigator, "The Urban Transition in Ghana and Its Relation to Land Cover and Land Use Change Through Analysis of Multi-Scale and Multi-Temporal Satellite Image Data," National Aeronautics and Space Administration (Douglas Stow, PI), 2012-2016 ($900,000).

John R. Weeks, Mentor to Peter Davidson, "A Mixed-Method Study of Injection Drug Use Settings among FSWs in Tijuana", K01DA032443 grant from the National Institute of Drug Abuse, 2012-2017.

John R. Weeks, Mentor to Abby Randolph, "HIV and Substance Abuse Epidemiology among IDUs: Structural and Network Risk Factors", K01DA033879 grant from the National Institute of Drug Abuse, 2012-2017.

John R. Weeks, Principal Investigator, "Doctoral Dissertation Research: Integrating Space and Place into Children's Perceptions of Environmental Health Hazards," Marta Jankowska, Doctoral Student. Grant from the National Science Foundation, 2011-2013 ($11,585).

John R. Weeks, Principal Investigator/Project Director (Allan G. Hill, Arthur Getis, Douglas Stow, David Rain, and Ryan Engstrom, Co-Investigators), "Health, Poverty, and Place: Modeling Inequalities in Accra Using RS and GIS," R01 Grant from the National Institute of Child Health and Human Development, 2007-2012 ($3,000,000); Diversity Post-Doctoral Supplement, 2009-2011 ($167,000); ARRA Administrative Supplement, 2009 ($72,000).

John R. Weeks, Principal Investigator, "Determining the Costs of Emergency Medical Services Provided to Undocumented Immigrants in San Diego County," Contract with the County of San Diego, 2007 ($40,000).

John R. Weeks, Principal Investigator, "Determining the Costs of Illegal Immigrant Criminal Activity in San Diego Imperial, and Yuma Counties in 2006," Grant from the U.S. Department of Justice, through the United States/Mexico Border Counties Coalition, 2007 ($17,500).

John R. Weeks, Arthur Getis, and Douglas Stow, "Summer Award for External Funding Proposal Development," Grant from the SDSU College of Arts and Letters, 2005 ($5,000).

*John R. Weeks, Ph.D.*
*- 12 -*

Exhibit A

36

John R. Weeks, Principal Investigator (Allan G. Hill, Arthur Getis, and Douglas Stow, Co-Investigators), "Intraurban Health Assessed by Remote Sensing and GIS," R21 Grant from the National Institute of Child Health and Human Development, 2004-2007 ($320,000).

John R. Weeks, Co-Principal Investigator (with Arthur Getis), "SPACE Workshop," Grant from the University Consortium on Geographic Information Science, 2004 ($26,000).

John R. Weeks, Co-Investigator (Douglas Stow, PI), "Spatial Decision Support for Border Security," Grant from the National Aeronautics and Space Administration (NASA), 2003-2007 ($900,000).

John R. Weeks, Co-Investigator (Joni Mayer, PI), "Multi-Level Assessment of Indoor Tanning Practices," Grant from the National Cancer Institute, 2003-2007 ($1.2 million).

John R. Weeks, Principal Investigator, "Doctoral Dissertation Research: Measuring the Environmental Context of Social Vulnerability to Urban Earthquake Hazards: An Integrative Remote Sensing and GIS Approach," Tarek Rashed, Doctoral Student. Grant from the National Science Foundation, 2001-2003 ($6,400).

John R. Weeks, Principal Investigator (Allan G. Hill, Arthur Getis, Douglas Stow, and Saad Gadalla, Co-Investigators), "Applying Remote Sensing and Geographic Information System Techniques to the Arab Fertility Transition," Grant from the National Science Foundation, 2001-2004 ($360,000).

John R. Weeks, Principal Investigator, "Determining the Costs of Illegal Immigrant Criminal Activity and Use of Emergency Medical Services in San Diego and Imperial Counties," Grant from the U.S. Department of Justice, through the United States/Mexico Border Counties Coalition, 2000-2001 ($45,000).

John R. Weeks, Co-Principal Investigator, "Identification of Urban Areas at High Risk for Criminal Activity Through Image Analysis: What are the Possibilities?" Grant from the National Aeronautics and Space Administration, Commercial Remote Sensing Program to the San Diego State University Department of Geography Affiliated Research Center (Douglas A Stow, Principal Investigator), 1999 ($50,000).

John R. Weeks, Project Director, "Urban Growth and Socio-Spatial Change in Latin America," San Diego State University Faculty Grant-in-Aid, 1998-99 ($7,500).

John R. Weeks, Principal Investigator (with Allan G. Hill, Harvard University, and M. Saad Gadalla, San Diego State University), "Applications of GIS/Remote Sensing to an Analysis of the Arab Fertility Transition," Grant from the Andrew Mellon Foundation, 1998-2000 ($100,000).

John R. Weeks, Project Director, "Enumerating the Muslim Population of Los Angeles," Grant from the American Muslim Council, 1997($50,000).

John R. Weeks, Project Director, "A Census of the Muslim Population in the United States: Pilot Project in San Diego County," Grant from Dar al Islam (private foundation in New Mexico), 1995 ($40,000).

John R. Weeks, Project Director, "A Study of the Needs of Small Defense-Related Firms in San Diego County," Grant from the U.S. Department of Defense, Office of Economic Adjustment to the City of San Diego Economic Development Services and the East County Economic Development Council, 1994-95.

John R. Weeks, Project Director, "Evaluation of the Closing of San Diego County's Family Planning Program," California Family Planning Council, 1994.

John R. Weeks, Project Director, "Outcomes Measures of Perinatal Risks Among Low Income Immigrant Women," San Diego State University Faculty Grant-in-Aid. 1993.

John R. Weeks, Project Director, "Expert Group Meeting on the Enumeration and Sociodemographic Characterization of the American Muslim Population," American Muslim Council, 1992.

John R. Weeks, Project Director, "Coding of Data on Perinatal Risks and Outcomes," SDSU College of Arts and Letters Mini-Grant, 1992.

John R. Weeks, Co-Principal Investigator (with Rubén G. Rumbaut), "Perinatal Risks and Outcomes Among Low-Income Immigrants," grant from the U.S. Public Health Service, Bureau of Maternal and Child Health and Resource Development, 1990-91.

John R. Weeks, Project Director, "Publication of Proceedings of Population Issues Along the U.S.-Mexico Border," grants from the S.H. Cowell Foundation, and the William and Flora Hewlett Foundation, 1990.

John R. Weeks, Project Director, Research, Scholarship, and Creative Activity mini-grant from San Diego State University, Spring, 1990.

John R. Weeks, Project Director, Research, Scholarship, and Creative Activity mini-grant from San Diego State University, Spring, 1989.

John R. Weeks, Principal Investigator, "Demographic Interrelatedness of the U.S. Mexico Border Region," Grant from the S.H. Cowell Foundation, and a Joint Statistical Agreement (JSA) with the U.S. Bureau of the Census, 1988-1989.

John R. Weeks, Principal Investigator, "Factors Affecting the Choice of Natural Family Planning," Grant from the U.S. Office of Population Affairs to the San Diego State University Foundation, 1987-1988.

John R. Weeks, Co-Principal Investigator (with Rubén G. Rumbaut), "An Analysis of Infant Mortality Among Indochinese Refugees," Grant from the U. S. Office of Maternal and Child Health to the San Diego State University Foundation, 1987-1988.

*John R. Weeks, Ph.D.*

*- 13 -*

Exhibit A

John R. Weeks, Project Director, "Border Issues in Population/Family Planning," Grants from the William and Flora Hewlett Foundation, the Bergstrom Foundation, the S. H. Cowell Foundation, and the Rockefeller Foundation to the San Diego State University Foundation, 1986-1987.

John R. Weeks, Principal Investigator, "Further Analysis of Live Birth Data for San Diego County," Grant for Support of Faculty Research for the Summer of 1985, San Diego State University, 1985.

John R. Weeks, Principal Investigator, "Analysis of Live Birth Data for San Diego County, 1983-1984," Grant from San Diego Urban League to San Diego State University Foundation, 1985.

John R. Weeks, Principal Investigator, Analysis of Survey Data on Male Attitudes Toward Teenage Pregnancy," Grant from San Diego Community Foundation to San Diego State University Foundation, 1984.

John R. Weeks, Co-Principal Investigator (with Helen M. Wallace), "Effects of Proposition 13 on Health Services in California," Grant from the U.S. Office of Maternal and Child Health Services in California," Grant from the U.S. Office of Maternal and Child Health to the San Diego State University Foundation, 1983-1984.

John R. Weeks, Co-Investigator (with Helen M. Wallace), "Maternal and Child Health Project," Grant from the U.S. Office of Maternal and Child Health to the San Diego State University Foundation, 1982-1983.

John R. Weeks, Co-Principal Investigator (with Helen M. Wallace, Gwen C. Cooke, and Sally A. Koblinsky), "The Family Health Education and Training Project," Contract No. 49800365 from the California Office of Family Planning to the San Diego State University Foundation, 1981-1982.

John R. Weeks, Co-Principal Investigator (with José B. Cuellar), "Minority Elderly Americans: Development of a Prototype for Area Agencies on Aging in the Assessment of Equitability of Receipt of Public Benefits in Housing, Employment, Retirement, Income, Health, and Services," Grant No. 90-A-1667 (01) from the U. S. Administration on Aging to the San Diego Area Agency on Aging and Allied Home Health Association, 1979-1980.

John R. Weeks, Principal Investigator, "Client and Population Based Information System for Managing and Evaluating In-Home Services," Contract No. 002901 from the San Diego Regional Employment and Training Consortium to Allied Community Services, 1978.

John R. Weeks, Principal Investigator, "Management Information System for In-Home Service," Contract No. 002401 from the San Diego Regional Employment and Training Consortium to Allied Community Services, 1978.

## PAPERS PRESENTED AT PROFESSIONAL MEETINGS

John R. Weeks, "How Has Teaching Demography Evolved Over Time," presented at the (virtual) annual meeting of the Population Association of America," May 2021.

John R. Weeks, "Educational Level as a Key Predictor of Human Wellbeing," presented at the Wittgenstein Centre Conference, Demographic Aspects of Human Wellbeing, Vienna, Austria, November 2019.

Holly Shakya, John R. Weeks, and Nicholas Christakis, "Individual Social Network Factors Across Disparate Relationships: Social Norms and Their Association with Adolescent Pregnancy in Rural Honduras," presented at the annual meeting of the Population Association of America, Austin, TX, April 2019.

Holly Shakya, John R. Weeks, and Nicholas Christakis, "Village Level Normative: Spatial and Social Network Predictors of Adolescent Pregnancy in Rural Honduras," presented at the annual meeting of the Population Association of America, Denver, April 2018.

Holly Shakya, John R. Weeks, Paul J. Fleming, Lotus McDougal, Anne Scobel, Benjamin Cislaghi, Sabrina Boyce, Anita Raj, and Jay Silverman, "The Association Between Individual and Village-Level Demographic Characteristics and Age at First Marriage Among Married Adolescents in Rural Niger: A Spatial Analysis," presented at the annual meeting of the Population Association of America, Denver, April 2018.

Holly Shakya, John R. Weeks, and Nicholas A. Christakis, "Distribution of adolescent fertility in the Copán region of rural Honduras: Results from a complete census of 176 villages," presented at the annual meeting of the Population Association of America, Chicago, April 2017.

John R. Weeks, "Child mortality along the urban gradient in Ghana," presented at the annual meeting of the American Association of Geographers, Boston, April, 2017.

John R. Weeks and Gregory B. Weeks, "Too Big to Succeed? Demography and Socialist Experiments in Chile and Venezuela," presented at the annual meeting of the Southeastern Council of Latin American Studies (SECOLAS), Charleston, SC, March 2015.

John R. Weeks and Allan G. Hill, "Inequalities in health, morbidity and mortality in Accra, Ghana," presented at the European Health, Morbidity and Mortality Working Group, and British Society for Population Studies Workshop on "The continuing Importance of Inequality in Health and Mortality Analyses," London School of Economics, London, England, September 2014.

**Exhibit A**
**38**

John R. Weeks, Douglas A. Stow, David Lopez-Carr, Ryan Engstrom, Lloyd Coulter, Sory Toure, Nicholas Ibanez, Foster Mensah, and Sean Taugher, "Environmental Drivers of Internal Migration in Ghana," presented at the Annual Meeting of the Association of American Geographers, Miami, April, 2014.

Douglas Stow, Lloyd Coulter, John R. Weeks, Magdalena Benza-Fiocco, Sory Toure, and Nicholas Ibanez, "The Urban Transition in Ghana and Its Relation to Land Cover and Land Use Change Through Analysis of Multi-scale and Multi-temporal Satellite Image Data," presented at the Annual Meeting of the American Society of Photogrammery and Remote Sensing, Louisville, March, 2014.

Anna Carla Lopéz, David Lopéz-Carr, Laura Grant, and John R. Weeks, "The Spaces and Places of Food Security: Learning from Spatial, Hierarchical, and Econometric Models in Urban Data-poor Areas," presented at the General Meeting of the International Union for the Scientific Study of Population (IUSSP), Busan, Korea, August, 2013.

Allan G. Hill, John R. Weeks, and Magdalena Benza Fiocco, "Towards The Demography Of Ill-Health: Comparing the Geographical Distributions Of Mortality and Health in Ghana," presented at the Annual Meeting of the British Society for Population Studies, Nottingham, UK, September, 2012.

John R. Weeks, Justin Stoler, Allan G. Hill, and Alex Zvoleff, "Fertility in Context: Exploring Egocentric Neighborhoods in Accra, Ghana," Presented at the Annual Meeting of the Association of American Geographers, New York, NY, February 2012; and at the Annual Meeting of the Population Association of America, San Francisco, May, 2012.

John R. Weeks, "Connecting the Dots Between Health, Poverty and Place in Accra, Ghana," Presented at the Annual Meeting of the Association of American Geographers, Seattle, WA, April, 2011.

John R. Weeks, Samuel Agyei-Mensah, George Owusu, Allan G. Hill, and Magdalena Benza-Fiocca, "Ethnic Assimilation in Accra, Ghana," Presented at the Annual Meeting of the Population Association of America, Washington, DC, April, 2011.

Charles F. Westoff and John R. Weeks, "Religiousness and Reproduction in Muslim Countries," Presented at the Annual Meeting of the Population Association of America, Dallas, April, 2010.

John R. Weeks, Allan G. Hill, Arthur Getis, David Rain, Ryan Engstrom, Douglas A. Stow, Livia Montana, Kenneth Hill, and Mark Montgomery, "Modeling Spatial Inequalities in Health in Cities of Developing Countries: The Case of Accra, Ghana," Presented at the Annual Meeting of the Association of American Geographers, Las Vegas, March 2009; and revised versions presented at the Annual Meeting of the Population Association of America, Detroit, May 2009, and the General Meeting of the International Union for the Scientific Study of Population (IUSSP), Marrakech, Morocco, October, 2009.

Gregory B. Weeks and John R. Weeks, "Immigration and Transnationalism: Rethinking the Role of the State in Latin America," Presented at the Annual Meeting of the Southeastern Council of Latin American Studies, New Orleans, LA, April, 2009.

John R. Weeks, Allan G. Hill, Arthur Getis, and Sarah Hinton, "Do Slums Promote High Urban Fertility? Neighborhood Differences in Fertility in Accra, Ghana," Presented at the Annual Meeting of the Population Association of America, New York, March, 2007, and at the Annual Meeting of the Association of American Geographers, San Francisco, April, 2007.

John R. Weeks, Allan G. Hill, Arthur Getis, Douglas Stow, and Debbie Fugate, "The Impact of Neighborhood Structure on Health Inequalities in Accra, Ghana," Presented at the Annual Meeting of the Population Association of America, Los Angeles, March, 2006.

John R. Weeks, Allan G. Hill, Douglas Stow, and Arthur Getis, "Can We Spot a Neighborhood From the Air?," Presented at the Annual Meeting of the Association of American Geographers, Chicago, March, 2006.

Gregory B. Weeks and John R. Weeks, "The Political Demography of Latin American Migration," Presented at the LASA2006 Congress, San Juan, Puerto Rico, March 2006.

John R. Weeks, Allan G. Hill, Arthur Getis, Douglas Stow, Sam Agyei-Mensah, and John K. Anarfi, "Intra-urban Differentials in Poverty and Health in Accra, Ghana," Presented at the General Meeting of the International Union for the Scientific Study of Population, Tours, France, July 2005.

John R. Weeks, Allan G. Hill, Arthur Getis, and Douglas Stow, "Residential Segregation as a Predictor of Intra-Urban Health Inequality in Accra, Ghana." Presented at the Annual Meeting of the Association of American Geographers, Denver, April 2005.

John R. Weeks, "Family Demographic Histories," Presented at the Workshop on Teaching Undergraduate Demography, Annual Meeting of the American Sociological Association, San Francisco, August 2004.

Stow, D., D. Fugate, T., Rashed, J., Weeks, and A. Getis, "Validation of Satellite Derived End-Member Fraction Maps of Cairo, Egypt Using Quickbird Imagery," presented at the Annual Meeting of the Association of American Geographers, Philadelphia, March 2004.

John R. Weeks, Arthur Getis, Douglas Stow, Debbie Fugate, and Anna Carla Lopez, "Neighborhood Predictors of Fertility Levels in Amman, Jordan, Combining RS and Census Data into a GIS," presented at the Annual Meeting of the Association of American Geographers, Philadelphia, March 2004.

John R. Weeks, "Pace and Space: The Geography of Fertility Change in Egypt," Harvard Center for Population and Development Studies Working Group on Health Healing and Ritual Practice, Cambridge, MA, March 2004.

Christopher Chase-Dunn and John R. Weeks, "Global Cities and Suburban Sprawl: An Analysis using GIS and Remote Sensing," Specialist Meeting on Globalization in the World System: Mapping Change over Time, University of California, Riverside, February 2004.

John R. Weeks, "Patterns of Urban Land Use as Assessed by Satellite Imagery: Applications in Egypt and Jordan," presented at the Workshop on Research on Population, Land Use, and Environment, Panel on New Research in Population and Environment, Committee on the Human Dimensions of Global Change, National Research Council, Irvine, California, January 2004.

John R. Weeks and Debbie Fugate, "Neighborhood Context as a Determinant of Child Health in Cairo, Egypt: The Application of GIS and Remote Sensing to a Study of Intra-Urban Variability in Health," presented at Second International Conference on Urban Health, New York City, October 2003 (abstract published in *Journal of Urban Health* 80: Supplement 2, p. 13, 2003).

John R. Weeks, "The Creation and Application of an Urban Gradient Index," presented at the Conference on Migration, Urbanization and Health, Princeton University, September 2003.

Tarek Rashed and John R. Weeks, "Exploring the Spatial Association Between Measures from Satellite Imagery and Patterns of Urban Vulnerability to Earthquake Hazards," presented at the 4th International Symposium on Remote Sensing of Urban Areas, Regensburg, Germany, 2003.

John R. Weeks, Dennis Larson, and Tarek Rashed, "Contrast or Continuum? The Creation and Application of an Urban Gradient Index," presented at the Annual Meeting of the Association of American Geographers, New Orleans, March 2003; also presented at the Annual Meeting of the Population Association of America, Minneapolis, May 2003.

John R. Weeks, "What did he know, and when did he know it?  Putting Glenn Trewartha's call for population geography into historical perspective," presented at the Plenary Session of the Population Specialty Group, Annual Meeting of the Association of American Geographers, New Orleans, March 2003.

John R. Weeks, "Is Americanization Bad for Your Health? Lessons Learned From Studying Reproductive Outcomes of Immigrant Women," Opening Plenary Address at the U.S. Centers for Disease Control Eighth Annual Maternal and Child Health Epidemiology Conference, Clearwater Beach, Florida, December 2002.

John R. Weeks, Dennis Larson, Douglas A. Stow, and Tarek Rashed, "Conceptualizing the Urban-Rural Continuum: The Potential Contribution of Remotely-Sensed Imagery," presented at the International Conference on Population Geographies, University of St. Andrews, St. Andrews, Scotland, July 2002.

Tarek Rashed, John R. Weeks, Douglas Stow, and Debbie Fugate, "Measuring Temporal Compositions of Urban Morphology Through Spectral Mixture Analysis: Toward a Soft Approach to Change Analysis in Crowded Cities," presented at the Third International Symposium on Remote Sensing of Urban Areas, Istanbul, Turkey, June 2002.

John R. Weeks, Arthur Getis, Douglas Stow, Tarek Rashed, Xiaoling Yang, and M. Saad Gadalla, "Spatial Patterns as Predictors of Fertility in Cairo, Egypt," presented at the Annual Meeting of the Population Association of America, Atlanta, GA, May 2002

John R. Weeks, Xiaoling Yang, Arthur Getis, M. Saad Gadalla, and Allan G. Hill, "Spatial Patterns as Predictors of Fertility Change in Rural Egypt," presented at the Annual Meeting of the Population Association of America, Atlanta, GA, May 2002

John R. Weeks, "Using Remote Sensing and Geographic Information Systems to Identify the Underlying Properties of Urban Environments," presented at the conference on "New Forms of Urbanization: Conceptualizing and Measuring Human Settlement in the Twenty-first Century," organized by the IUSSP Working Group on Urbanization and held at the Rockefeller Foundation's Study and Conference Center, Bellagio, Italy, March 2002.

John R. Weeks, Arthur Getis, Douglas Stow, Tarek Rashed, Xiaoling Yang, Saad Gadalla, and Allan Hill, "Spatial Patterns as Predictors of Fertility in Cairo, Egypt," presented at the Annual Meetings of the Association of American Geographers, Los Angeles, March 2002.

Mark McGinnis, Richard Wright, and John R. Weeks, "Predicting the Spatial Pattern of Urban Growth in San Diego County: An Application of the Clarke Urban Growth Model," presented at the Annual Meetings of the Association of American Geographers, Los Angeles, March 2002.

Christine Thurlow Brenner, Nadia Rubaii-Barrett, Tanis Salant, and John R. Weeks, "Criminal Undocumented Immigrants: The Cost to U.S. Counties on the Mexican Border for Law Enforcement, Criminal Justice and Emergency Health Care Services," presented at the Annual Meeting of the Association for Borderlands Studies, Reno, NV, April 2001.

Christopher Peak and John R. Weeks, "Does Community Context Influence Reproductive Outcomes of Mexican Origin Women in San Diego, California?  Presented at the Annual Meeting of the Population Association of America, Washington, DC, March 2001.

Exhibit A

John R. Weeks, M. Saad Gadalla, and Allan G. Hill, "The Environmental Context of Fertility in Egypt: Evidence from Demographic and Health Surveys," presented at the Annual Meeting of the Association of American Geographers, New York City, March 2001 (also presented at the Annual Meeting of the Population Association of America, Washington, DC, March 2001).

John R. Weeks, John V. Kaiser, Dongmei Chen, Milan Mueller, and Michael T. Dolan, "Exploring the Role of Remote Sensing and Crime," Presented at Wheredunit? Investigating the Role of Crime and Criminality: The Fourth Annual International Crime Mapping Research Conference, San Diego, CA, December 2000.

John R. Weeks, John V. Kaiser, Dongmei Chen, Milan Mueller, and Michael T. Dolan, "Identification of Urban Areas at High Risk for Criminal Activity Through Image Analysis: What are the Possibilities?" Presented at the ESRI Users Conference, San Diego, CA, June 2000.

John R. Weeks, Tarek Rashed, M. Saad Gadalla, and Allan G. Hill, "The Environmental Context of Reproduction in Rural Menoufia, Egypt," presented at the Annual Meeting of the Association of American Geographers, Pittsburgh, April 2000.

John R. Weeks, Tarek Rashed, M. Saad Gadalla, and Allan G. Hill, "Measuring the Environmental Context of Urban Fertility in Arab Countries: A 'Top-Down' Approach to Fertility in Cairo, Egypt," presented at the Annual Meeting of the Population Association of America, Los Angeles, March 2000.

John R. Weeks, "GIS for the Demography of the Border," presented at the Taller Demográfica de la Frontera México - Estados Unidos, El Colegio de la Frontera Norte, Tijuana, Mexico, October, 1999.

John R. Weeks, M. Saad Gadalla, Tarek Rashed, James Stanforth, and Allan G. Hill, "Spatial Variability in Fertility in Menoufia, Egypt, Assessed Through the Application of Remote-Sensing and GIS Technologies," presented at the Annual Meeting of the Population Association of America, New York, March 1999.

John R. Weeks, Allan G. Hill, and M. Saad Gadalla, "Applications of Remote-Sensing and GIS to the Fertility Transition in Rural Egypt," presented at the 1998 Annual North American Meeting of the Regional Science Association International, Santa Fe, New Mexico, November 1998.

John R. Weeks, "Demographic Dynamics of the San Diego-Tijuana Region," presented at the Conference on "Sustainable Development in San Diego-Tijuana: Environmental and Social Consequences of Economic Integration," UCSD Center for US-Mexican Studies, San Diego, May, 1997.

John R. Weeks and Laura M. Makey, "Fertility Along and Across the US-Mexico Border," presented at the 1997 Annual Meeting of the Population Association of American (Washington, DC, March 1997); and at the 1997 Annual Meeting of the Association of American Geographers (Forth Worth, Texas, April 1997).

John R. Weeks, "New Methods of Estimating the Muslim Population in the United States," presented at the annual meeting of the Population Association of America, New Orleans, 1996.

John R. Weeks, "The Census of Muslims in the United States," presented at the annual meeting of the Association of American Geographers, Charlotte, NC, 1996.

John R. Weeks and Karyl Fuller, "Population Distribution and Migration: Components of Housing Demand and Supply," presented at the International Symposium on Human Settlements, Habitat II, "From Cairo to Istanbul," San Diego, CA 1996.

John R. Weeks, Rubén G. Rumbaut, and Norma Ojeda, "Are Mexico-Born Women Giving Birth in San Diego Healthier Than Women Giving Birth in Tijuana?" presented at the 123rd Annual Meeting of the American Public Health Association, San Diego, CA, 1995.

Rubén G. Rumbaut and John R. Weeks, "Unraveling a Public Health Enigma: Why do Immigrants Experience Superior Perinatal Health Outcomes?" presented at the 122nd Annual Meeting of the American Public Health Association, Washington, DC, 1994. [Abstracted in the ***Journal of the American Medical Association***, the ***New York Times***, and the ***Wall Street Journal***].

John R. Weeks and Rubén G. Rumbaut, "How Important is Migration Selectivity as a Factor in the Perinatal Health of Hispanics?" presented at the annual meeting of the Population Association of America, Miami, FL, 1994.

I. Douglas Sheres and John R. Weeks, "The Geodemographics of Major League Baseball," presented at the annual meeting of the Association of American Geographers, San Francisco, 1994. [Abstracted in ***American Demographics***, October 1994, pp 9-11].

John R. Weeks and Robert Schlesinger, "Fertility Along the Two Sides of the U.S.-Mexico Border," presented at the annual meeting of the Association of American Geographers, San Francisco, 1994.

Rubén G. Rumbaut and John R. Weeks, "Ethnicity, Nativity, and the Paradox of Perinatal Health and Morbidity: An Analysis of Sociocultural and Biomedical Causal Factors," presented at the annual meeting of the American Sociological Association, Miami, FL, 1993.

John R. Weeks and Rubén G. Rumbaut, "Why do Immigrant Asian and Hispanic Women Experience Superior Perinatal Health Outcomes?," presented at the annual meeting of the Population Association of American, Cincinnati, OH, 1993. [also presented at the Eighth Annual San Diego Biostatistics and Epidemiology Applications Conference, University of California, San Diego, April, 1993].

*John R. Weeks, Ph.D.*
*- 17 -*

Exhibit A

41

John R. Weeks, "The Demographic Dynamics of the U.S.-Mexico Border and the Implications for NAFTA," presented to the Congressional Sunbelt Caucus, the Congressional Border Caucus, and the National Governor's Association, Washington, D.C., sponsored by the Population Resource Center, 1993. [Repeated for members of the Texas State Legislature, Austin, Texas, 1993].

John R. Weeks, "The Economic and Social Implications of Population Aging in the Context of Internal and International Migration," Presented at the International Conference of Population Aging, San Diego, CA, 1992.

John R. Weeks, "The Role of Incentives and Disincentives in Stabilizing Population Growth," presented at the National Carrying Capacity Issues Conference, Washington, D.C., 1992.

John R. Weeks, "Demographic Trends in the Middle East," presented at a Congressional Briefing and a private U.S. State Department Briefing, sponsored by the Population Resource Center and the Population Association of America, Washington, D.C., 1991.

John R. Weeks and Rubén G. Rumbaut, "Ethnicity, Maternal Risk Factors, and Pregnancy Outcomes," presented at the annual meeting of the Population Association of America, Washington, D.C., 1991.

John R. Weeks, "The Demographic Distinctiveness of the U.S.-Mexico Border Region," presented at the IV. Reunión Nacional de la Sociedad Mexicana de Demografía (SOMEDE), El Colegio de México, México, D.F., April, 1990.

John R. Weeks, "Household Structure and Fertility at the U.S.-Mexico Border," presented at the Annual Meeting of the Association of Borderland Scholars, Tijuana, Mexico, 1990.

John R. Weeks and Rubén G. Rumbaut, "Infant Mortality Among Indochinese Refugees," presented at the Second Annual Regional Conference on Maternal and Child Health Research, Rockville, Maryland, 1989.

Rubén G. Rumbaut and John R. Weeks, "Infant Health Among Indochinese Refugees: Patterns of Infant Mortality, Birthweight and Prenatal Care in Comparative Perspective," presented at the annual meeting of the American Sociological Association, San Francisco, 1989.

John R. Weeks and Rubén G. Rumbaut, "Infant Mortality Among Indochinese Refugees in San Diego County," presented at the annual meeting of the Population Association of America, Baltimore, 1989.

John R. Weeks and Tam Trinh, "Factors Affecting the Choice of Natural Family Planning: A Research Progress Report," Fifth National and International Symposium on Natural Family Planning, Los Angeles, 1988.

John R. Weeks, "Factors Affecting the Choice of Natural Family Planning," 16th Annual Psychosocial Workshop, New Orleans, 1988.

Rubén G. Rumbaut and John R. Weeks, "Indochinese Refugees: Infant Health and Cultural Adaptation," National Association of Social Workers, San Diego Health Council, 1988.

John R. Weeks, "Business Demography: Sociological Approaches," Expert Panel on Business Demography, Midwest Sociological Society, Minneapolis, 1988.

John R. Weeks, "Population and Contemporary Issues," Teaching Workshop at the Annual Meeting of the American Sociological Association, Chicago, 1987.

John R. Weeks, "Un Resumen Sobre Niveles de Fecundidad y Planificación Familiar a lo Largo de la Frontera Norte de México," presented at the Third Meeting of Sociedad Mexicana de Demografía, Mexico City, 1986.

John R. Weeks, Rubén G. Rumbaut, Claire Brindis, Carol Korenbrot, and Donald Minkler, "An Analysis of High Fertility Among Indochinese Refugees," presented at the Annual Meetings of the Population Association of America, San Francisco, California, 1986.

John R. Weeks, "Life Satisfaction and Support Networks Among Elder Immigrants," presented at the National Institute of Mental Health Workshop on Immigration and Mental Health, San Diego State University, 1985.

Rubén G. Rumbaut and John R. Weeks, "Fertility and Adaptation Among Indochinese Refugees," presented at the Psychosocial Workshop of the Annual Meetings of the Population Association of America, Boston, Massachusetts, 1985.

John R. Weeks, and Mohamed El-Assal, "Implications of Current Fertility Trends for the Future Development of Egypt," presented at the Egypt in the Year 2000 Conference, Cairo, Egypt, 1982.

Helen M. Wallace, John R. Weeks, Charlotte S. Jones, and Nelaufa Perera-Merrill, "Effects of Proposition 13 on Health Care of Mothers in California," presented at the Annual Meetings of the American Public Health Association, Los Angeles, California, 1982.

José B. Cuellar, John R. Weeks, Solomon Jacobson, Jesse McClure, Rudy Arrieta, and David Guttman, "Distribution of Public Benefits Among the Minority Elderly," presented at the Annual Meetings of the Gerontological Society of America, San Diego, California, 1980.

John R. Weeks and José B. Cuellar, "The Role of Family Members in the Helping Networks of Older People," presented at the Annual Meetings of the California Council on Family Relations, Santa Barbara, California, 1980.

John R. Weeks and José B. Cuellar, "The Influence of Immigration and Length of Residence on the Isolation of Older Persons," presented at the Annual Meetings of the Population Association of America, Denver, 1980.

José B. Cuellar and John R. Weeks, "A Strategy and Tool for the Assessment of Needs and Barriers to Benefits for Minority Elderly," presented at the Annual Meetings of the Western Gerontological Society, Anaheim, California, 1980.

John R. Weeks, "Critique of Research on Psychosocial Aspects of Natural Family Planning," presented at the Research Workshop on NFP: Reality and Potential, sponsored by the National Institute of Child Health and Human Development, Bethesda, Maryland, 1979.

John R. Weeks, "Income Distribution as a Factor in Coale's Preconditions for a Fertility Decline: Evidence from Mexico," presented at the Annual Meetings of the Population Association of America, Atlanta, Georgia, 1978.

John R. Weeks, "Retirement Homes: Economic Realities and Implications for Ethnic Minority Elders, presented at the Annual Institute on Minority Aging, San Diego, California, 1978.

John R. Weeks, "Social Psychological Correlates of Fertility Expectations," Presented at the Annual Meetings of the Pacific Sociological Association, Victoria, British Columbia, 1975.

John R. Weeks and Joseph Spielberg Benitez, "The Ethnodemography of Midwestern Chicano Communities," presented at the Annual Meetings of the Population Association of America, New Orleans, 1973.

John R. Weeks, "Fertility and Family Structure in Chile," presented at the Annual Meetings of the Pacific Sociological Association, Long Beach, California, 1967.

## OTHER RELATED PROFESSIONAL ACTIVITIES

Organizer and Chair, "PAA Presidential Address Topics: Where are they Now? Volume III" Webinar of the Population Association of America, January 2022; available at: https://www.youtube.com/watch?v=oGzTE5OWBkE&list=PLNFXEhCaegwYi6Uz36cYy_Vc5d7hX3Nl9&index=14

Invited Presenter, "Global and Regional Demographic Trends," Webinar of the GEOINT Tradecraft Speaker Series, National Geospatial-Intelligence Agency, November 2021.

Organizer and Chair, "PAA Presidential Address Topics: Where are they Now? Volume II" Webinar of the Population Association of America, April 2021; available at: https://www.youtube.com/watch?v=7k9Y-LJwkWU&t=204s

Organizer and Chair, "PAA Presidential Address Topics: Where are they Now?" Webinar of the Population Association of America, December 2020; available at: https://www.youtube.com/watch?v=JZ9s1OfMMug&t=208s

Invited Speaker, "The Future is a Foreign Country: We'll Do Things Differently There," New Narratives on the Peopling of America, University of California, Berkeley, December 2019.

Discussant, Session on "Spatial Effects on Reproductive Health and Fertility," Annual Meeting of the Population Association of America, Austin, April, 2019.

Organizer and Chair, Sessions on "Health, Poverty, and Place in Ghana," Annual Meeting of the American Association of Geographers, Boston, April, 2017.

Panelist, Session on "Population Geography and the Environment: Special Session in Honor of Clark Gray and David López-Carr," Annual Meeting of the American Association of Geographers, Boston, April, 2017.

Participant, Session on "Population Specialty Group: Lifetime Achievement Award for John Weeks," Annual Meeting of the Association of American Geographers, San Francisco, CA, March 2016.

Panelist, Session on "Mapping Secondary Cities for Resiliency and Emergency Preparedness," Annual Meeting of the Association of American Geographers, San Francisco, CA, March 2016.

Chair, Session on "International Migration," Annual Meeting of the Association of American Geographers, San Francisco, CA, March 2016.

Panelist, Session on "Global health and the environment I: Research," Annual Meeting of the Association of American Geographers, San Francisco, CA, March 2016.

Invited Presenter, "The Power of Pixels: Using Imagery to Understand Spatial Inequalities in Health," University of North Carolina, Charlotte Departments of Geography and Political Science, March 2016.

Organizer and Chair, Session on "Spatial Analysis of Population and the Environment," Annual Meeting of Population Association of America, San Diego, CA, May 2015.

Invited Presenter, "The Power of Pixels: Using Imagery to Understand Spatial Inequalities in Health," University of Miami Departments of Geography, Sociology, and the Center for Latin American Studies, Miami, FL, February 2015.

Invited Presenter, "Too Big to Succeed? Demography and Socialist Experiments in Chile and Venezuela," University of Miami Departments of Geography, Sociology, and the Center for Latin American Studies, Miami, FL, February 2015.

Keynote Speaker, "North of the Border: The Changing Demographics of San Diego," Annual Meeting of the Western Regional Science Association, San Diego, CA, February 2014.

Panelist, Session on "The Use and Abuse of Sampling and Extrapolation in Construction Defect Lawsuits," West Coast Casualty's Construction Defect Seminar, Anaheim, CA, May 2013.

**Exhibit A**
**43**

Organizer and Chair, Sessions on "Economic Change and Migration," Annual Meeting of the Population Association of America, San Francisco, May 2012.

Organizer and Chair, Sessions on "Health, Poverty, and Place in Ghana I, II, and III," Annual Meeting of the Association of American Geographers, New York, NY, February 2012.

Keynote Address, "Why Should You Care About the Census, and How Will it Affect Education Planning?" 35th Annual Conference of the California Association for Institutional Research, San Diego, November 2010.

Organizer and Instructor, "Advanced Spatial Analysis," GIS in Population Science Workshop, Center for Spatially Integrated Social Science, University of California, Santa Barbara, July 2010.

Invited Presenter, "Why Should You Care About the Census?," Distinguished Lecture Series, Osher Lifelong Learning Institute, University of California, San Diego, June 2010.

Organizer and Instructor, "Advanced Spatial Analysis," GIS in Population Science Workshop, Center for Spatially Integrated Social Science, University of California, Santa Barbara, July 2008.

Organizer and Chair, "Panel Discussion: PAA: How Did We Get Here and Where Are We Going?" and Discussant, Session on "Spatial Demography," Annual Meeting of the Population Association of America, New Orleans, April 2008.

Invited Presenter, "Do Slums Promote High Urban Fertility: Neighborhood Differences in Accra, Ghana," Social Science in Place (SSIP): GIS and Spatial Concepts Seminar Series, Survey Research Center, University of California, Berkeley, November 2007; and in the Winter 2008 Seminar Series of the Initiative in Population Research at The Ohio State University, February, 2008; and at the Graduate Student Seminar Series, Office of Population Research, Princeton University, March, 2008.

Invited Keynote Speaker, "Putting Place and Space into Demographic Analysis," GIS and Population Science Workshop, Center for Spatially Integrated Social Science, University of California, Santa Barbara, July 2006.

Panelist, "Democracy in the Middle East: Prospects, Problems and Promises," Annual Meeting of the Association of American Geographers, Chicago, March 2006.

Invited presenter, "It Takes Money to Make Money: Educating South County," presented to the South County 15th Annual Economic Summit, San Diego, October 2005.

Invited Keynote Speaker, "Putting Place and Space into Demographic Analysis," GIS and Population Science Workshop, Center for Spatially Integrated Social Science, University of California, Santa Barbara, June 2005.

Invited Keynote Speaker, "The Silent Storm: Or, How Population Growth Impacts Everything We Do," Colloquium on Populations Growing: Public Health Responses to Global Impacts, SDSU Graduate School of Public Health, April 2005.

Invited Presenter, "Patterns of Intra-Urban Fertility in Cairo, Egypt and Amman, Jordan," presented to the Department of Geography, University of Ghana, Accra, Ghana, January 2005.

Invited Presenter, "Patterns of Intra-Urban Fertility in Cairo, Egypt and Amman, Jordan," presented to the Rostock Demographic Colloquium, Max Planck Institute for Demographic Research, Rostock, Germany, November 2004.

Invited Presenter, "Changing Hispanic Demographics," presented to the Council of State Governments-West, San Diego, October 2004.

Participant, "Workshop on Systematic Population Estimation," Sponsored by the Office of External Research, Bureau of Intelligence and Research, U.S. Department of State, Arlington, Virginia, May 2004.

Panelist, PSG Session in Honor of the AAG Centennial: Overlaying GIS and Population Geography, Annual Meeting of the Association of American Geographers, Philadelphia, March 2004.

Organizer and Chair, Session on "Spatial Models," Annual Meeting of the Population Association of America, Boston, March 2004.

Presenter, "Demographics of East County," Board of Directors of the East County Economic Development Council, September 2003.

Chair and Discussant, "Population Processes," Regular Session of the Annual Meeting of the American Sociological Association, Atlanta, August 2003.

Instructor, "An Introduction to Spatial Pattern Analysis in a GIS Environment," Center for Spatially Integrated Social Science Summer Workshop Series, University of California, Santa Barbara, July 2003.

Presenter, "Can You Spot a City From the Air? Using Remote Sensing and GIS to Improve our Understanding of Urban Places," Program on Global Studies, 2003 Colloquium Series, Institute for Research on World-Systems, University of California, Riverside, April 2003.

Presenter, "Measuring the Ecological Context of Urban Vulnerability to Earthquake Hazards Through an Integrative Remote Sensing and GIS Approach," Congressional Briefing organized by the University Consortium for Geographic Information Science (UCGIS), Washington, DC, February 2003.

Panelist, "Is Population Growth Good or Bad for San Diego's Economy?" presented at the 2003 San Diego Economic Roundtable (County of San Diego), San Diego, January 2003 (available on video).

Organizer and Chair, "Fertility: Individual Level Concepts" and Organizer and Discussant, "Fertility: Policy Level Contexts," Regular Sessions of the Annual Meeting of the American Sociological Association, Chicago, August 2002.

Instructor, "An Introduction to Spatial Pattern Analysis in a GIS Environment," Center for Spatially Integrated Social Science Summer Workshop Series, University of California, Santa Barbara, July 2002.

Presenter, "2010 Roundtable," City of San Diego Year 2000 Redistricting Commission, San Diego, CA, December 2001.

Presenter, "Workshop on Finding Statistically Significant Crime Hot Spots," US Department of Justice, Fifth Annual International Crime Mapping Research Conference, Dallas, TX, December 2001.

Instructor, "An Introduction to Spatial Pattern Analysis in a GIS Environment," Center for Spatially Integrated Social Science Summer Workshop Series, University of California, Santa Barbara, August 2001.

Invited Lecturer, "Population Growth as a Ponzi Scheme," Thirty-Sixth Phi Beta Kappa Lecture, San Diego State University, November, 2000.

Instructor, "An Introduction to Spatial Pattern Analysis in a GIS Environment," Center for Spatially Integrated Social Science Summer Workshop Series, University of California, Santa Barbara, August 2000.

Invited Discussant, "Census 2000 Users' Conference on Public Use Microdata Sample (PUMS) Files," U.S. Bureau of the Census, Washington, DC, May 2000.

Organizer and Chair, Session on "Demographic Applications of GIS and Remote Sensing," Annual Meeting of the Association of American Geographers, Pittsburgh, April 2000.

Presenter, "External Demographics," Districtwide Strategic Planning Committee of the Grossmont-Cuyamaca Community College District, El Cajon, CA, October 1999.

Co-Organizer, Taller Demográfica de la Frontera México-Estados Unidos, El Colegio de la Frontera Norte, Tijuana, Mexico, October, 1999.

Speaker, "The Changing Demographics of San Diego County," Turning Point 2000 Summit of the Grossmont Union High School District, San Diego, March 1999.

Panelist, "Changing Demographics," 1999 San Diego Economic Roundtable (County of San Diego), San Diego, January 1999 (available on video).

Presenter, Seminario de Temas Selectos sobre Salud Reproductiva, "Reproductive Outcomes Among Mexico-Born Women in San Diego and Tijuana: Testing the Migration Selectivity Hypothesis," El Colegio de la Frontera Norte, Tijuana, Mexico, June 1998.

Panelist, Session on "Making Census Data Accessible for College Classes: the SSDAN Network," Annual Meeting of the Association of American Geographers, Fort Worth, April, 1997.

Chair, AAG Presidential Special Topic Session on "The Demography of Texas and the Southwest," Annual Meeting of the Association of American Geographers, Fort Worth, April, 1997.

Discussant, Session on "Major Directions in Population Geography," Annual Meeting of the Association of American Geographers, Fort Worth, April, 1997.

Presenter, "Demo-Facts for the US-Mexico Border Region," Summit Foundation, Washington, DC, March, 1997.

Contributor/Interviewee, "Populations and Communities," Part 24 of Biology Telecourse, "Cycles of Life," Produced by KOCE-TV, Huntington Beach, CA, 1996.

Invited Presenter, "Major Trends in Population Growth in San Diego County," Presented to the Board of Trustees of the Grossmont-Cuyamaca Community College District, 21 November 1995.

Consultant to the East County Economic Development Council on its subcontract from the San Diego Economic Development Corporation to provide data on defense related firms in San Diego County, 1995.

Invited Presenter, "San Diego Town Meeting on Defense Conversion," Co-sponsored by the San Diego Economic Development Corporation, the East County Economic Development Council, and the San Diego Economic Conversion Council; San Diego County Administration Center, November 1995.

Keynote Speaker, "The Six Pillars of Global Population and Social Change." Conference on Global Population and Social Change, Michigan State University, April 1995.

Invited Presenter, "The Defense Conversion and Adjustment Needs of East County Firms," Semi-Annual Meeting of the East County Economic Development Council, Santee, CA, January, 1995.

Consultant, "The Impact of Medicaid Managed Care on STD/HIV. Clinical and Preventive Services in San Diego County," San Diego State University Graduate School of Public Health (Rob Seidman, Project Director), November 1994-October 1995.

Invited Presenter, "Up, Down, and Sideways: Fertility Along the US-Mexico Border." Graduate Colloquium Series of the Department of Geography, University of California at Santa Barbara, November, 1994.

Consultant, "Maquiladora Family Planning and Child Care Survey," San Diego State University Institute for Regional Studies of the Californias (Paul Ganster, Project Director), September-December, 1993.

Keynote Speaker, "East County in Transition," Annual Meeting of the East County Economic Development Council, El Cajon, CA, June 1993.

*John R. Weeks, Ph.D.*
*- 21 -*

Exhibit A
45

Invited Presenter, "The Changing Demographic Structure of the San Diego Region," SDSU-COLEF Binational Symposium of San Diego and Tijuana in Transition, Tijuana, Mexico, April 1993.

Invited Participant, "California Population Studies," Meeting convened by the California Policy Seminar (a Joint Program of the University of California and State Government), Sacramento, California, January, 1992.

Moderator, Session on "Dollars and Pesos: Funding Joint Ventures," Joint Ventures in Family Planning: A U.S./Mexico Perspective, Binational Conference on Family Planning Along the Border, Co-sponsored by Planned Parenthood of San Diego and Riverside Counties and MexFam, Tijuana, Mexico, September 1991.

Chair, "Demografía Historica: Siglo XVIII-XIX," VIII Conference of Mexican and North American Historians, San Diego, October 1990.

Invited Guest Lecturer, "The Demography of Paradise," I & R Network Conference, Harbor Island, San Diego, January, 1990.

Invited Participant, "II Simposio Binacional Sobre la Población de la Frontera México-Estados Unidos," El Paso, Texas, November, 1989.

Invited Guest Lecturer, "The Demography of the U.S.-Mexico Border," Population Research Laboratory, University of Southern California, Los Angeles, November, 1989.

Invited Guest Lecturer, "The Demographic Interrelatedness of the U.S.-Mexico Border," Population Research Center, University of Texas, Austin, November, 1989.

Invited Guest Lecturer, "The Demographics of San Diego," International Studies Education Project of San Diego Retreat, Mission San Luis Rey, Oceanside, CA, November 1989

Member of Review Panel for "America in the 21st Century: A Global Perspective," Population Reference Bureau, Washington, D.C., August, 1989.

Invited Lecturer, "Demography and Destiny: The Case of Islamic Nations," presented to the Northern California World Affairs Council, San Francisco, April, 1989.

Organizer, Session on "The United States and Mexico: Demographic and Economic Relationships at the Border," Annual Meetings of the Population Association of America, New Orleans, 1988.

Invited Witness, California Legislature's Joint Committee on Refugee Resettlement, International Migration and Cooperative Development, Hearing on the Impact of the Immigration Reform and Control Act of 1986 on the border region of California, San Diego, December, 1987.

Invited Participant, "Southwest Symposium on U.S. Population Policy,"The Woodlands Center for Growth Studies, Houston, Texas, October 1987.

Invited Participant, "Simposio Binacional Sobre la Politica de Poblacion," Universidad Autonoma de Chihuahua, Ciudad Juarez, Mexico, September, 1987.

Member, General Planning Committee, "Bridging the Pacific." Conference sponsored by the United Nations Association of Southern California, University of San Diego, April, 1987.

Director, "Intensive Training Program for Family Planning and Related Health Professionals," International Population Center, San Diego State University, April-May, 1987.

Invited Participant, "Seminar on Southeast Asian Issues," University of California, Irvine, March, 1987.

Discussant, Session on "Later Phases of the Family Life Cycle," Annual Meetings of the Population Association of America, San Francisco, April, 1986.

Consultant re computerizing data for Zimbabwe National Family Planning Council, Harare, Zimbabwe, September, 1984.

Invited Speaker, "Who Lit the Fuse on the Population Bomb?" Earth Day Celebration [the inaugural one], Fresno State College, Fresno, CA, April 1970.

## COURSES TAUGHT AT SAN DIEGO STATE UNIVERSITY

Population and the Environment
Seminar in GeoDemographics
Seminar in Spatial Demography
Spatial Data Analysis
Advanced Quantitative Analysis in Geography
Seminar in Geographic Research Design
People, Places & Environment
Population and Contemporary Issues
Seminar in Demographic Analysis
Seminar in Population Geography
Seminar in Population and Demography
Demography of Latin America
Elementary Social Statistics

Principles of Cultural Geography
Seminar in Human Geography
Sociology of Aging
Social Psychology
Contemporary Social Problems
Introductory Sociology

## GRADUATE ADVISEES

PhD Committees: Chair (10); Second member (8); Outside member (4)
MA/MS Committees: Chair (32); Second member (17); Outside member (8)
MPH Committees: Outside member (11)

## CONSULTING EXPERIENCE

### Demographic and Statistical Expert Witnessing and Research in the following legal cases:

Smart Efficient Solutions, LLC v. Heritage Property & Casualty Insurance Company (2023): Circuit Court of the 20th Judicial District in and for Collier County, Florida (*)
Mayes v. La Sierra University, et al. (2023): Riverside County Superior Court
Ernesto Herrera v. General Atomics et al. (2022): U.S. District Court, Southern District of California (+)
American/BCEGZV v. Shores LLC (2021): Los Angeles County Superior Court (*)
United States v. Robert Bowers (2020): U.S. District Court, Western District of Pennsylvania
De Navarro et al. v. City of South Pasadena et al. (2020): Los Angeles County Superior Court
Tsang v. Candlewood Country Club, et al. (2020): Los Angeles County Superior Court
Zimmerer v. Capistrano Unified School District: YMCA of Orange County (2020): Orange County Superior Court
Aboukhalil v. U.S. Home (2020): Clark County, Nevada Superior Court
People v. E.M. Alfaro (2019): Marin County Superior Court (*)
Victoria Brown v. Parking Concepts, etc., et al. (2019): Orange County Superior Court
Solair v. Starline Windows (2019): Los Angeles County Superior Court
People v. Vincent Martinez et al. (2018): Maricopa County Superior Court, Arizona
The Vue re Starline Windows (2018): Los Angeles County Superior Court
Pepper Lane Owners Association v. Pulte Home Company, LLC (2018): San Francisco Superior Court
Grande South Owners v. Starline Windows Inc. (2018); San Diego County Superior Court
United States v. Alfonzo Williams et al. (2018); U.S. District Court, Northern District of California
Bayside v. Bosa (2017); San Diego County Superior Court
Sapphire Tower Owners Association v. Swinerton (2017); San Diego County Superior Court
People v. Dmitry Shubov. (2017); Stanislaus County Superior Court
United States v. Donald Fell (2017); U.S. District Court, District of Vermont (*)
People v. Anthony Lemar Jones (2016): Solano County Superior Court (*)
2999 California St. HOA v. Axis Services, Inc. (2016); San Francisco County Superior Court
Antelope v. Greystone and US Home (2015); Las Vegas, Nevada
Town Green Village Association v. Orrin Thiessen, Terri Thiessen & Town Green Village LP (2015); Sonoma County Superior Court
People v. Kiyon Twyman (2015); San Diego County Superior Court
Gerald Atkins, et al. v. Del Webb Communities (2015); Las Vegas, Nevada
Campaña v. D.R. Horton (2015); San Diego County Superior Court (+)
The Mark Condominiums Owners Association v. The Mark Condominiums LLC (2014); San Diego County Superior Court (*)
La Posada Homeowners Association v. Brussel Consulting & Construction Mgmt (2014); Las Vegas, Nevada
Solana Del Mar v. Centex Homes (2014); Las Vegas, Nevada
Tomlinson v. U.S. Home (2014); Las Vegas, Nevada
350 W. Ash Association v. 350 W. Ash Urban Homes et al. (2014); San Diego County Superior Court (*)
Mills at Cortez Hill HOA v. Cortez Hill (2014); San Diego County Superior Court
Newport Bluffs v. Western National Construction (2014); Orange County Superior Court
Miller v. Embassy Suites Management, LLC et al. (2014); Orange County Superior Court
Montefaro Owners Associations v. Centex Homes (2014); San Diego County Superior Court
Grand Canyon Village HOA v. Grand Canyon Condominiums, LLC (2014); Las Vegas, Nevada (*)
The Verandas at Escala Assoc. v. Shea Homes (2013); San Diego County Superior Court (*)

*John R. Weeks, Ph.D.*
- 23 -

Exhibit A

Aragon Townhomes v. Hill Contracting (2013): San Diego County Superior Court
Ochoa (Desert Canyon) v. US Home Corporation (2013); Las Vegas, Nevada
Courts at Aliante v. D.R. Horton (2013): Las Vegas, Nevada (*)
Dorrell Square v. D.R. Horton (2013): Las Vegas, Nevada (*)
Slaughter et al. v. Uponor (2013); Las Vegas, Nevada
Serene v. Desert Plastering (2013); Las Vegas, Nevada
Borges v. McMillin et al. (2013); County of Imperial—El Centro Superior Court (*)
1100 Wilshire Property Owners Association v. 1100 Wilshire Associates LLC et al. (2013); Los Angeles County
    Superior Court
Hass et al. v. Bivins Construction (Eagle View) (2012); Las Vegas, Nevada (*)
Acqua Vista HOA v. K Hovnanian at Acqua Vista LLC (2012); San Diego County Superior Court (*)
Horsley v. Skyhawk (2012); Las Vegas, Nevada (*)
People v. Charfarous, Luangrath, and Ortiz (2012); San Diego County Superior Court (*)
People v. Padilla (2012); San Diego County Superior Court (*)
Desert Plastering v. Copper Creek LLC (2012); Las Vegas, Nevada
People v. Scott Evans (2012); Orange County Superior Court
United States v. McCluskey (2012); U.S. District Court, District of New Mexico
Cosio et al. v. McMillin et al. (2012); County of Imperial—El Centro Superior Court (*)
Desert Princess HOA v. Kennedy-Wilson, Inc., et al. (2012); Riverside County Superior Court
Shelton et al. v. Banning 144 LLC et al. (2011); Riverside County Superior Court
Aztech Plastering, Inc. adv. Environment for Living (Serenity HOA) (2010); Las Vegas, Nevada
People v. Marc Jernigan (2010); San Diego County Superior Court (*)
People v. Eddie Montañez (2010); San Diego County Superior Court
Rancho Lake (re Desert Plastering) (2010); Las Vegas, Nevada
Rock Springs Vista III v. Zuraff Construction (2009); Las Vegas, Nevada (*)
People v. Johannes Mehserle (2009); Alameda County Superior Court
Bahhur et al. v. Pardee Homes et al. (2009); Ventura County Superior Court
People v. Derlyn Ray Threats (2009); San Diego County Superior Court
Pacific Windows v. ADCO (2008); Riverside County Superior Court (*)
First Light HOA v. D.R. Horton (2008); Las Vegas, Nevada (*)
IPEX Fitting Litigation (2008); Las Vegas, Nevada
Bobier v. McMillin (2008); San Diego County Superior Court
John Allen et al. v. Pacific Coast Communities, Inc. et al. (2008); San Diego County Superior Court
People v. Jean Pierre Rices (2008); San Diego County Superior Court
Del Webb v. IPEX USA LLC (2008); Las Vegas, Nevada (*)
People v. Columbus Allen (2007); Stanislaus County Superior Court
People v. Randolph Kling (2007); Ventura County Superior Court (*)
Adapon v. McMillin (2007); San Diego County Superior Court
Allstate Insurance Company et al. v. IPEX (2007); Las Vegas, Nevada
Simpson v. Wexford et al. v. Atrium Door & Window et al. (2007); Las Vegas, Nevada
People v. Richard Garcia (2007); San Diego County Superior Court
Serena, David et al. v. Yolo County Grand Jury et al. (2006); U.S. District Court, Eastern District of California (*)
People v. Paris and Alberran (2006); San Diego County Superior Court (*)
People v. Edward Thomas (2006); San Diego County Superior Court
Kendall Creek HOA v. Saxton, Inc. (2006); Las Vegas, Nevada
People v. Reggie Cole (2006); Imperial County Superior Court
People v. Mark Jeffrey Brown (2006); San Diego County Superior Court (*)
Dakota Condominium v. Covington Crossing (2006); Las Vegas, Nevada
Galleria Villas COA v. Gray Castle Land, Inc. (2006); Las Vegas, Nevada (*)
People v. DeShawn Campbell (2006); Santa Clara County Superior Court
Centex Rodgers v. Catholic Healthcare West (2005); Arbitration, Los Angeles County Superior Court
Wayne R. & Leah J. Carlson et al. v. Syncon Homes et al. (2005); Ninth Judicial District Court of State of Nevada
People v. Frank Daniels (2004); Santa Barbara County Superior Court
People v. Michael Jackson (2004); Santa Barbara County Superior Court
Onyegbule v. Shapell (2004); San Diego County Superior Court
United States v. Raimundo (2004); United States District Court for the Southern District of California
People v. Noriega (2003); Santa Barbara County Superior Court
United States v. Soewin Chan (2003); United States District Court for the Northern District of California
Erickson et al. v. Brehm Homes et al. (2003); San Diego County Superior Court

*John R. Weeks, Ph.D.*
*- 24 -*

Exhibit A
48

People v. Ballesteros et al. (2003); Santa Barbara County Superior Court (*)
Spectrum Community Association v. Bristol House Partnership, Ltd et al. (2003); Orange County Superior Court
People v. Stuart Alexander (2002); Alameda County Superior Court (*)
17161 Alva Road , etc., v. Zanderson, Inc. et al. (2002); San Diego County Superior Court
United States v. John That Luong (2002); United States District Court for the Eastern District of California
United States v. Rubalcaba et al (re Cervantes) (2002); United States District Court for the Northern District of California
People v. David Ziesmer (2002); Ventura County Superior Court (*)
Allen et al. v. Bramalea California, Inc. et al. (2002); Orange County Superior Court
People v. Michael Schultz (2001); Ventura County Superior Court (*)
Duncan v. Vasquez (2001); United States District Court for the Central District of California
Farshchian v. Ahmanson Development (2001); Los Angeles County Superior Court
People v. Ranjel (2001); San Francisco County Superior Court (*)
Altman v. Cayman Developers (2000); Orange County Superior Court
People v. Wayne Adam Ford (2000); San Bernardino County Superior Court (*)
Monarch Hills v. Bowers Construction, Inc. (2000); San Diego County Superior Court
Sheila A. Delancy et al. v. Ranchland Portola Development et al. (2000); Orange County Superior Court
People v. John Ter Zakarian et al. (2000); Los Angeles County Superior Court
PGA West II Residential Association v. Sunrise Desert Partners et al. (2000); Riverside County Superior Court
Marshall et al. v. Baldwin Builders et al. (2000); San Diego County Superior Court (*)
Abraham et al v. Baldwin Builders et al. (2000); Orange County Superior Court
Village at Majorca HOA v. Leisure Technology, Inc. (2000); San Diego County Superior Court
Bateman el al. v. The William Lyon Company et al. (2000); Orange County Superior Court (*)
People v. Mares (2000); Los Angeles County Superior Court
Lomas de Oro HOA v. Robin Hood Homes, Inc. et al. (1999); San Diego County Superior Court
Corte Melina Maintenance Corporation v. Corte Melina Partners et al (1999); Orange County Superior Court
Costa Brava HOA v. Domain Developers (1999); Orange County Superior Court
Deborah Jo Berg et al. v. The Baldwin Company et al. (1999); San Diego County Superior Court (*)
People v. Iman Kennedy et al. (1999); Marin County Superior Court
People v. James Ary (1999); Contra Costa County Superior Court (*)
Reece et al. v. Premier Group (1999); Riverside County Superior Court
Summit Renaissance HOA v. Anaheim Summit et al. (1999); Orange County Superior Court
Spitz et al v. Brighton et al (1999); Orange County Superior Court (*)
People v. Mark Chin (1999); U.S. District Court, Northern District of California (San Francisco)
Casafina v. William Lyon Company et al. (1999); Orange County Superior Court
Fisher et al., v. Glendale Federal Bank et al. (1999); Orange County Superior Court (*)
People v. Boswell (1999); Monterey County Superior Court
Renaissance Capri HOA v. California Pacific Homes et al. (1999); San Diego County Superior Court
Bishop et al. v. Marblehead and the Lusk Company (1999); Orange County Superior Court (+)
The Masters Series of Seacliff on the Greens Homeowners Association et al. v. Cayman Development Company et al. (1998); Orange County Superior Court
Sausalito Maintenance v. Barratt American Incorporated et al. (1998); Orange County Superior Court (*)
Summit Court Homeowners Association v. Baldwin Building Contractors et al. (1998); Orange County Superior Court (*)
Barkdull v. Fargo Industries et al. (1998); San Diego County Superior Court
Oxford Court HOA v. J.M. Peters Company (1998); Orange County Superior Court
Mission Greens I Maintenance Assoc v. The William Lyon Company (1998); Orange County Superior Court (+)
Spinazolla v. Tierrasanta ("Bella Vista") (1998); San Diego County Superior Court
Kate v. Osborne Development ("Vista Estrella") (1998); Los Angeles County Superior Court
State Farm, etc., v. Newhall Land and Farming et al. ("The Stratford Collection") (1998); Los Angeles County Superior Court
The Glen at Hillsborough Assoc v. The William Lyon Company (1998); Orange County Superior Court
Belflora v. William Lyon Company et al. (1998); Orange County Superior Court
Seacove Place  Homeowners Association v. Laguna Audubon II et al. (1998); Orange County Superior Court (*)(+)
Kerner v. Rancho Cielo Association (1998); Orange County Superior Court (*)
Rancho Villas v. Showcase Homes et al. (1998); San Diego County Superior Court
Monarch Villas v. Shapell Industries et al. (1998); San Diego County Superior Court
Villa Point Homeowners Association v. The Irvine Company (1998); Orange County Superior Court
PGA West v. Sunrise Development (1998); Riverside Superior Court (*)

*John R. Weeks, Ph.D.*

- 25 -

Exhibit A

49

Provence d'Aliso Community Association v. Jess L. Frost et al. (1998); Orange County Superior Court (+)
Cabo Vista Maintenance Corporation v. Fieldstone Trabuco Partners et al. (1998); Orange County Superior Court
Windsong Community Association v. Windsong Partners (1998); Orange County Superior Court
Montecido at Portola Hills Association v. Baldwin Building Contractors (1998); Orange County Superior Court
Mission Del Oro v. Robinhood Homes et al. (1998); San Diego County Superior Court
Schmidt v. Skandia Scene, Inc et al. (1998); San Diego County Superior Court
Angulo et al v. Broadmoor et al. (1998); San Diego County Superior Court
Jacqueline Ames et al. v. Rancon Development Fund VI et al. (Promenade) (1998); San Diego County
    Superior Court (+)
Cueto v. Pardee Construction (1998); San Diego County Superior Court
Palm Valley v. Sunrise Development (1997); Riverside County Superior Court
Sharpe v. Carmel Mountain (1997); San Diego County Superior Court
Gillis v. Fonelo Construction (1997); Los Angeles County Superior Court
Scripps Townhomes COA v. California Pacific Homes (1997); San Diego County Superior Court
Canyon Rim Townhomes Assn v. The Baldwin Company et al. (1997); Orange County Superior Court (*)
Desert Horizons Owners Assn v. Desert Horizons et al. (1997); San Diego County Superior Court (*)
Edward and Helen Law et al. v. Signal Landmark et al. (Port Royale) (1997); San Diego County Superior Court (+)
Corarito v. Donald F. Sammis (1997); San Diego County Superior Court
United States v. Sigifredo Robles et al. (1996); U.S. District Court, Northern District of California
Elysian Community Association v. RGC-M Associates (1996); San Diego County Superior Court
Brown et al., v. F & M Associates (1996); San Diego County Superior Court
Fairway Villas at Eastlake Green Assoc v. Century American Corporation et al. (1996); San Diego County Superior
    Court
Belsera v. Tierrasanta (1996); San Diego County Superior Court
Alexander v. J.M. Peters (1996); San Diego County Superior Court
Cimarron HOA v. Home Capital Corp (1996); San Diego County Superior Court
People v. Mendes Stanley Brown (1996); San Francisco County Superior Court (*)
Ocean Hills Country Club HOA v. Leisure Technology Inc. (1996); San Diego County Superior Court
Scripps Nob Hill v. The Presley Companies (1996); San Diego County Superior Court
Arborlake v. Baldwin et al. (1996); San Diego County Superior Court (*)
Kennedy v. Santa Fe Ridge (1996); San Diego County Superior Court (*)
Mesquite Country Club Condominium HOA v. Mesquite Country Club (1996); Riverside County Superior Court
United States v. Reese (1996 retrial); U.S. District Court, Southern District of California
The Lakes at Carmel Del Mar v. Baldwin Company et al. (1995); San Diego County Superior Court
United States v. Rubio (1995); U.S. District Court, Southern District of California
Cape la Jolla OA v. Brehm Communities et al. (1995); San Diego County Superior Court
Zaslow v. The Baldwin Company (1995); San Diego County Superior Court
Fisher et al., Pacific Sun/West (1995); San Diego County Superior Court
Halcyon Community Assoc. v. Del Mar Associates et al. (1995); San Diego County Superior Court
Arnold v. Baldwin et al. (1995); San Diego County Superior Court (*)
United States v. Elizarra (1995); U.S. District Court, Southern District of California
People v. Cunningham (1995); San Bernardino County Superior Court (*)
Pardee Construction v. Astra Flooring (1995); San Diego County Superior Court (*)
La Costa Alta v. Newport Pacific (1994); San Diego County Superior Court (*)
People v. Ramirez (1994); San Francisco County Superior Court
Vintage Townhomes HOA v. Northwoods-Rancho Cucamonga, Ltd et al. (1994); Riverside County Superior Court
Terraces at Scripps West v. Foote Development (1994); San Diego County Superior Court
City Scene v. Brehm Communities (1994); San Diego County Superior Court (*)
People v. Chan et al. (1993); Orange County Superior Court (*)
People v. Burney (1993); Orange County Superior Court (*)
United States v. Reese et al. (1993); U.S. District Court, Southern District of California
United States v. Roaches (1993); U.S. District Court, Central District of California
Casa de Las Companas v. The Law Company et al. (1993); San Diego County Superior Court
United States v. Valera-Calderon (1993); U.S. District Court, Southern District of California
Ranchwood Park Property Owners Assoc v. Ranchwood Community (1993); San Diego County Superior Court
People v. Strother (1993); Los Angeles County Superior Court (*)
People v. Weaver (1993); San Diego County Superior Court
Courtyards v. Shapell (1992); San Diego County Superior Court
Creekwood Condominium Association v. Douglas Allred Co. (1992); San Diego County Superior Court

*John R. Weeks, Ph.D.*
- 26 -

Exhibit A
50

North Rim Homeowners Association v. Douglas Allred Co. et al. (1992); San Diego County Superior Court
People v. Hines (1992); San Diego County Superior Court
People v. Chaidez (1992); Santa Barbara County Superior Court (*)
People v. Cabrera et al. (1991); San Diego County Superior Court (*)
United States v. Sainz (1991); U.S. District Court, Southern District of California (*)
People v. Bell (1991); San Diego County Superior Court
County of San Diego, et al., v. Jesse M. Unruh, et al. (1990); San Diego County Superior Court (*)(+)
People v. Isaquirre (1990); San Diego County Superior court
People v. Roberts (1990); San Diego County Superior Court
People v. Butler (1990); San Diego County Superior Court
People v. Pearce (1990); San Diego County Superior Court
People v. Sixto (1989); Kern County Superior Court
People v. Moffett (1989); San Diego County Superior Court
People v. Vera (1989); San Diego County Superior Court (*)
People v. Agrio (1989); San Diego County Superior Court
People v. Bustamonte (1988); Imperial County Superior Court
United States v. Valencia-Garcia (1988); U.S. District Court, Southern District of California
United States v. Martinez-Gonzalez (1988); U.S. District Court, Southern District of California
Ramos v. Ragu Foods (1988); San Francisco County Superior Court
People v. Miller (1988); Riverside County Superior Court
People v. Maier (1988); San Diego County Superior Court
People v. Ware (1987); Los Angeles County Superior Court [Crim Case No. A-739-760 (1988)] (*)
People v. Ramirez (1987); Los Angeles County Superior Court (*)
People v. Samayoa (1987); San Diego County Superior Court (*)
People v. Cosby (1987); San Diego County Superior Court
People v. Carpenter (1987); San Diego County Superior Court
People v. Ayala (1987); San Diego County Superior Court
People v. Moreno (1987); San Diego County Superior Court
People v. Neidiffer and Cruz (1986); Riverside County Superior Court (*)
People v. Lucas (1986); San Diego County Superior Court (*)
People v. Troiani (1986); San Diego County Superior Court (*)
People v. Herrera (1985); San Diego County Superior Court (*)
People v. Dier (1985); San Diego County Superior Court
People v. Dumas (1985); San Diego County Superior Court (*)
People v. O'Hare (1985); San Diego County Superior Court
People v. Ivory (1984); San Diego County Superior Court (*)
People v. Washington (1984); San Diego County Superior Court (*)
People v. Alexander (1983); San Diego County Superior Court (*)
People v. Silva (1982); San Diego County Superior Court (*)
People v. Marshall (1980); San Diego County Superior Court (*)

(*) *Includes Court Testimony and/or Deposition*
(+) *Indicates work for Plaintiff*

### *Other Professional Consulting:*

Federal Public Defender, Central District of California, Los Angeles, CA (2013 - present)
Habeas Corpus Resource Center, San Francisco, CA (2007-present)
Capital Post-Conviction Project of Louisiana (2021-2022)
East County Economic Development Council (1986-2010)
United Nations Food and Agriculture Organization (FAO-CGIAR Centers) (2002-2005)
Center for Behavioral Epidemiology and Child Health, San Diego State University (2000-2005)
Center for Research on Child and Adolescent Mental Health Services, Children's Hospital, San Diego (1998-2000)
Pacific Biometrics, Inc. (1998 - 1999)
Dick & Patel Associates, Inc. (1998)
Quidel Corporation (1997)
Federal Defenders of San Diego, Inc. (1997)
Sullivan/Luallin Healthcare Consulting (1996-98)
Grossmont-Cuyamaca Community College District (1996)

*John R. Weeks, Ph.D.*
*- 27 -*

Exhibit A
51

City of San Diego Economic Development Services (1996)
San Diego Economic Development Corporation (1995)
Calgaro Insurance Services, Inc. (1993)
Cuyamaca Bank (1992)
Los Angeles Regional Family Planning Council (1985-1990)
James M. Montgomery, Consulting Engineers, Inc. (1988)
Encyclopedia Britannica Educational Corporation (1982)
Council on Pilipino-American Organizations (1978-81)
Allied Community Services/Allied Community Health (1978-80)

## PROFESSIONAL MEMBERSHIPS AND RELATED RECOGNITION

Population Association of America (PAA)
    PAA Historian and Chair, PAA History Committee, 1994-present
        (https://www.populationassociation.org/about/our-history)
    Member, Memorial Service Committee, 2009-2011 (Chair in 2011)
    Chair of Local Arrangements Committee, 1982
Member, ***World Commission on Forced Displacement Project Steering Committee***, Chumir Foundation
    for Ethics in Leadership, 2016 to 2019.
American Association of Geographers (AAG)
    Member of Board of Directors of Population Geography Specialty Group (1996-2000), President (2000-2001),
        Immediate Past President (2001-2002)
    Reviewer for *The Annals of the Association of American Geographers,* and the *Professional Geographer*
    Editorial Board, ***Annals of the Association of American Geographers*** (2010-2014).
American Sociological Association (ASA)
    Member of Section on Population;
    Member of Section on International Migration;
    Guest Editor of Special Issue of *Teaching Sociology,* 1986
    Reviewer for the *American Sociological Review*
International Union for the Scientific Study of Population (IUSSP)
Southern Demographic Association
Association of Borderland Scholars
Sociedad Mexicana de Demografía
The Society for the Study of Social Biology
Editorial Board, ***Journal of Immigrant Health*** (1996-present).
Editorial Board, ***GeoJournal*** (2007-2017).
External reviewer for the European Research Council, 2014-2015.
Permanent Member, Social Sciences and Population B (SSPB) Study Section, Center for Scientific Review, National
    Institutes of Health, 2012-2013.
Member, SaniPath International Advisory Board, Rollins School of Public Health, Emory University (2012-2014)
Member, Advisory Committee, "GIS Training in Population Sciences," Awarded to Stephen Matthews (PI) by the
    National Institute of Child Health and Human Development, 2004-2013.
External Member, Study Section for Social Science and Population Studies, *Eunice Kennedy Shriver* National
    Institute of Child Health and Human Development, 2005-2011.
International Institute for Applied Systems Analysis (IIASA), Population and Society Site Evaluation Team
    Member, Vienna, Austria, January 2007.
National Research Council, Committee on the Effective Use of Data, Methodologies and Technologies to Estimate
    Sub-National Populations at Risk, Member 2005-2007
Panelist, National Science Foundation Review Panel for Biocomplexity in the Environment: Dynamics of Coupled
    Natural and Human Systems, Washington, DC, March 2004.
*Ad hoc* reviewer for the National Science Foundation
Member, Educators Who Care Executive Committee, Population Institute (Washington, DC), 1999-2008)

## UNIVERSITY SERVICE

Member, Review Panel for Gerontology Program, SDSU, 2013
Chair, Student Outcomes Assessment Committee, Department of Geography, 2000-2013

Member, University Student Learning Outcomes Assessment Committee, 2011-2013
Member, University Research Council, 2010-2013
Academic Advisor, Certificate in Environmental Studies, 1997-2013
Faculty Advisor, SDSU Over 60 Program, 1994 - 2013
Member, Personnel Committee, Department of Geography, 1996-2013 (chair 1993-94, 2001-02)
Member, Ph.D. Advising Committee, Department of Geography, 1998-2005, 2007-2010
Member, Research Committee of the College of Arts and Letters, 2008-2009.
Member, Policy Advisory Committee, Department of Geography, 1993-1995, 1997-98 (Chair), 1999-2001, 2008-2009 (Chair).
Member, Global Health Joint Doctoral Program (SDSU-UCSD) Steering Committee, 2007
Member, Curriculum Committee, Department of Geography, 2005-2006
Member, Search Committee for the Dean of the College of Health and Human Services, 2004-2005
Member, Hiring Committee, Department of Geography, 2000-2005
Member, College of Arts and Letters Budget and Resource Planning Committee, 2003-2004
Member, University Faculty Honors and Awards Committee, 2003
Member, Building Advisory Committee, College of Arts and Letter, 2002-03
Member, Search Committee for the Director of the University Center on Aging, SDSU, 2002-2003
Member, Search Committee for the Harold Simon Endowed Chair in International Health and Cross-Cultural Medicine, UCSD School of Medicine, 2000-2003
Member, University Center on Aging, Steering Committee for BA Program, 1995-2003
Member, Search Committee for Tenure-Track Assistant Professor in Gerontology, SDSU, 2000-2001
Member, M.A. Advising Committee, Department of Geography, 1993-99
Member, Search Committee for Dean of the College of Health and Human Services, 1993-94
Member, College of Arts and Letters Research and Professional Leaves Committee, 1989-1990; 1992-1994.
Founding Member of San Diego State University Chapter of Phi Beta Delta Honor Society for International Scholars, 1989.
Member, Department of Sociology Graduate Committee, 1986-1987, 1990-1992.
Member, Department of Sociology Personnel/Recruitment Committee, 1990-1992 (Chair, 1990-1991).
External Member, College of Business Administration Peer Review Committee, 1990-1991.
Member, Advisory Committee of the Program in Cross-Cultural Nursing, College of Health and Human Services, 1987-91.
Member, Planning Committee of the University Center on Aging, 1978 to 1990 (Chair of Committee from 1980-1985).
Member, Ad Hoc Committee on Development of a Joint Doctorate in Applied Social Science Research, 1986-89.
Member, College of Arts and Letters Personnel Committee, 1987-1988.
Member, Department of Sociology Curriculum Committee, 1986-1987.
Chair, Department of Sociology Promotion, Tenure, and Retention Committee, 1986-1987
Member, San Diego State University Senate (Senator from the College of Arts and Letters), 1980-1986.

## RELEVANT COMMUNITY SERVICE

San Diego Association of Governments (SANDAG) - Member of Regional Growth Forecast Expert Review Panel, 1990 - 2012, 2017 – 2018, 2022.
Southern California Association of Governments (SCAG) - Member of Forecast Expert Panel, 2021.
Member, UCSD Center for US-Mexican Studies Fellowship Selection Committee, 1997.
Member, East County Regional Prosperity Strategy Task Force, 1994.
Member, Economic Advisory Board Task Force, County of San Diego, 1993-94.
Planned Parenthood of San Diego and Riverside Counties - Member of Binational Affairs Committee, 1988 to 1992; Member of Board of Directors, 1991-92.

## MEDIA INTERVIEWS:

05/28/2023, "Homeownership in San Diego loses ground in last decade, especially for minorities and younger, middle-aged households." San Diego Union-Tribune: https://www.sandiegouniontribune.com/business/story/2023-05-28/homeownership-in-san-diego-loses-ground-in-last-decade-especially-for-minorities-and-younger-middle-aged-households?utm_id=99221&sfmc_id=2407999

**Exhibit A**
**53**

01/20/2019, "Declining birth rates in the U.S." KUSI-TV: https://www.kusi.com/san-diego-people-us-cancer-rate-drops-for-25th-straight-year/

07/23/2018, "Pushed out by high prices, these San Diegans left for greener pastures," San Diego Union-Tribune: http://www.sandiegouniontribune.com/business/real-estate/sd-fi-leaving-san-diego-20180723-story.html.

01/15/2018, "By the Numbers: San Diego County's Most Diverse Neighborhoods," KPBS Midday Edition: http://www.kpbs.org/news/2018/jan/15/numbers-san-diego-countys-most-diverse-neighborhoo/

09/18/2015, "Median Income Climbs; Poverty Persists," San Diego Union-Tribune (Page A1): http://sandiegouniontribune.ca.newsmemory.com/?token=df352adb229611da5c5a1c3e1a268f54_55fc468f_4eb59fe&selDate=20150918

05/01/2015, "San Diego growing at healthy pace," San Diego Union-Tribune: http://www.utsandiego.com/news/2015/may/01/san-diego-population-growths-healthy-pace/

01/08/2015, live interview re low fertility in Japan on KPCC (Southern California Public Radio) on AirTalk with Larry Mantle: http://www.scpr.org/programs/airtalk/2015/01/07/41011/japan-s-shrinking-population-highlights-greater-gl/

12/17/2014, live interview re California demographics on KOGO radio (San Diego, CA) on "News with Cliff Albert."

12/15/2014, live interview re California demographics on KABC radio (Los Angeles, CA) on "McIntyre in the Morning."

12/12/2014, "Improving Economy Boosts Calif. Population," San Diego Union-Tribune (Page A1): http://www.utsandiego.com/news/2014/dec/11/california-demographics-population-state-births/

10/16/2014, "By the Numbers: How diverse is your neighborhood?" Inewsource.org: https://inewsource.org/2014/10/16/diversity-in-san-diego/

6/15/2014, "Ethnic Mosaic a Stroll in Normal Heights," San Diego Union-Tribune (Page SD1): http://www.utsandiego.com/news/2014/Jun/15/tp-ethnic-mosaic-a-stroll-in-normal-heights/?#article-copy

12/13/2013, "Immigrants Drive CA's Higher Growth Rate," San Diego Union-Tribune (Page A2): http://www.utsandiego.com/news/2013/dec/12/california-population-growth-immigrant-immigration/

12/01/2013, "Hardships Still Keep Young Adults at Home," San Diego Union-Tribune: (Page A2) http://www.utsandiego.com/news/2013/Dec/01/tp-hardships-still-keep-young-adults-at-home/?#article-copy

11/7/2013, "Including Cost of Living, State Tops Poverty List," San Diego Union-Tribune (Page A1): http://www.utsandiego.com/news/2013/nov/06/california-census-supplemental-poverty-measure/

9/24/2013, "Report: Migration Numbers Set to Rise Again," San Diego Union-Tribune (Page A1): http://www.utsandiego.com/news/2013/sep/24/tp-report-migration-numbers-set-to-rise-again/

9/1//2013, "No Big Changes for Region's Poverty, Income Rates," San Diego Union-Tribune: http://www.utsandiego.com/news/2013/sep/19/poverty-sandiego-income-census-food/

5/01/2013, "Little Baghdad, California," The Progressive (May 2013 issue): http://progressive.org/little-baghdad-california

1/31/2013, "State Becoming Equal Parts Hispanic and White," San Diego Union-Tribune (Page A1): http://www.utsandiego.com/news/2013/jan/31/california-population-hispanic-white/

1/05/2013, "Population expected to slow to rate unseen since depression," San Diego Union-Tribune (Page A1): http://www.utsandiego.com/news/2013/jan/05/population-expected-to-slow-to-rate-unseen-since/

9/29/2012, "Census may change race, ethnicity terms," San Diego Union-Tribune: http://www.utsandiego.com/news/2012/sep/29/census-looking-to-the-future/?page=1#article

6/25/2012, "Interstate 8 Divide May Lead To San Diego Political Gridlock," KPBS (and played on NPR): http://www.kpbs.org/news/2012/jun/25/interstate-8-divide-may-lead-san-diego-political-g/

5/17/2012, "State, county long ahead of national non-white birth trend, San Diego Union-Tribune: http://www.utsandiego.com/news/2012/may/17/a-first-births-of-babies-of-color-tops-50-percent/?page=1#article

12/08/2011, "Snapshot of How We Live," San Diego Union-Tribune (page A3)

11/30/2011, "Senior Population Grows," San Diego Union-Tribune (page A1): http://www.signonsandiego.com/news/2011/nov/30/number-of-seniors-65-at-record-high-in-2010/?page=1#article

11/15/2011, "Census: Fewer on the Move in America," San Diego Union-Tribune (page A1): http://www.signonsandiego.com/news/2011/nov/15/record-number-americans-staying-put/

10/28/2011, "Are we facing a crisis of overpopulation?" Aljazeera: http://english.aljazeera.net/indepth/features/2011/10/2011107161744294439.html

9/13/2011, "U.S. Census - More Americans Living In Poverty," Midday Edition, KPBS Radio: http://www.kpbs.org/news/2011/sep/13/us-census-more-americans-living-poverty/

John R. Weeks, Ph.D.
- 30 -

**Exhibit A**
**54**

8/09/2011, "Envision San Diego: Changing Face of America," KPBS-TV:
http://www.kpbs.org/news/2011/aug/09/envision-san-diego-changing-face-america/
7/29/2011, "Young and Restless can be a Volatile Mix," Science, Vol. 333:552-554,
http://www.sciencemag.org/content/333/6042/552
7/15/2011, "Births Fuel Hispanic Growth," Wall Street Journal (page A3),
http://online.wsj.com/article/SB10001424052702304521304576446232406979972.html?mod=WSJ_hps
_sections_news
6/27/2011, "Hispanic Population Growth Has Big Effect," San Diego Union-Tribune (page A1),
http://www.signonsandiego.com/news/2011/jun/27/hispanic-population-growth-has-big-effect/
6/23/2011, "Census Chronicles Housing's Downturn," San Diego Union-Tribune (Page A1),
http://www.signonsandiego.com/news/2011/jun/22/homeownership-fell-in-fast-growing-suburbs-
census/
4/20/2011, "Cutting Services to Illegal Immigrants Isn't Easy," San Diego Union-Tribune,
http://www.signonsandiego.com/news/2011/apr/19/cutting-services-to-illegal-immigrants-isnt-easy/
3/25/2011, KUSI-TV, "2010 Census: San Diego population now a minority-majority,"
http://www.kusi.com/story/14324842/lenderman-pkg
3/25/2011, "Census shows dynamic populations in San Diego, U.S," San Diego Union-Tribune,
http://www.signonsandiego.com/news/2011/mar/25/census-shows-dynamic-populations-in-san-diego-
us/
3/18/2011, Guest on "San Diego Week," KPBS-TV, http://www.kpbs.org/news/san-diego-week/
3/09/2011, "Region's Growth Eases," San Diego Union-Tribune.
3/08/2011, "U.S. Census: More Minorities Than Whites In San Diego County," KPBS,
http://www.kpbs.org/news/2011/mar/08/census-more-minorities-whites-san-diego-county/
2/18/2011, "Census decennial roll-out ongoing, not yet California," San Diego Union-Tribune
2/16/2011, "Connecting the Dots: What Happens Halfway Around the World Affects Americans, Too," SDSU 360
Magazine, http://newscenter.sdsu.edu/360/news.aspx?s=72772
12/21/2010, Guest interview on CNN International "Connect the World,"
http://www.cnn.com/CNNI/Programs/connect.the.world/
12/21/2010, "As U.S. becomes more diverse, Hispanics flourish," Reuters News Agency,
http://www.reuters.com/article/idUSTRE6BK2UC20101221?pageNumber=1
12/15/2010, "Census Confirms Growth of Minority Groups," San Diego Union-Tribune.
6/13/2010, "Iraqi Refugees, Desperately Seeking English," Chronicle of Higher Education.
4/12/2010, "English classes can't meet demand," San Diego Union-Tribune.
9/20/2009, "Immigrant population declines in California," San Diego Union-Tribune.
7/01/2009, "New federal population estimates differ sharply from state's," North County Times.
5/14/2009, "County not go-to spot for Latinos in region," San Diego Union-Tribune.
12/19/2008, "County bucks trend with 1.5% population gain," San Diego Union-Tribune.
6/25/2008, "Who are the Lucky Few?," USA Today.
3/24/2008, "D.A. says jury pool falls short of Latinos; Office offers plan to boost numbers," San Diego Union-
Tribune.
3/20/2008, "County residents are staying put: Housing slump puts brakes on migration," San Diego Union-
Tribune.
2/12/2008, "Immigration projected to drive America's population growth," San Diego Union-Tribune.
1/28/2008, "Analysis: Downtown Juries Lack Hispanics," San Diego Union-Tribune.
9/17/2007, KPBS-Radio, These Days with Tom Fudge, "Birth Rates Shape the Future of San Diego County,"
http://www.kpbs.org/radio/these_days:id=9638.
9/08/2007, "Official Defends Study on Immigrants," San Diego Union-Tribune.
9/08/2007, "Report estimates county's illegal immigrant cost at $256 million in 2006," North County Times.
6/28/2007, "Growth robust in outlying suburbs," San Diego Union-Tribune.
9/14/2006, "Ruling Lets Lawyers Study Jury Recruitment," San Diego Union-Tribune.
8/17/2006, Panel on Voice of America, Talk to America, "China, Inc."
8/15/2006, "Kids' English Fluency Flourishes," San Diego Union-Tribune.
8/04/2006, "County's diversity up; Growth levels off," San Diego Union-Tribune.
7/11/2006, Panelist on Voice of America, Talk to America, "World Population Day."
3/25/2006, "Numbers Down at Schools," San Diego Union-Tribune.
1/08/2006, "Santa Barbara changes a system one judge said was flawed," Ventura County Star.
1/23/2005, "Where Latinos live," San Diego Union-Tribune.
5/20/2004, "County's whites to lose their majority," San Diego Union-Tribune.
4/09/2004, "Thousands in S.D. get a move on," San Diego Union-Tribune.

*John R. Weeks, Ph.D.*

- 31 -

**Exhibit A**

**55**

11/13/2003, "County jury pools ruled unconstitutional," Santa Barbara News-Press.

9/27/2003, "Latino jury controversy may delay second trial," Santa Barbara News-Press.

9/22/2003, "Report says county short on Latinos in jury pools," Santa Barbara News-Press.

5/15/2002, "County's immigration surge outstrips region," San Diego Union-Tribune.

4/29/2002, "Babies and immigrants fuel growth of county," San Diego Union-Tribune.

4/7/2002, "Slow progress: More Latinos joining the ranks of homeowners," San Diego Union-Tribune.

5/23/2001, "North County aging, growing more diverse," North County Times.

4/8/2001, "Region grows slower than nation, state for first time in 100 years," North County Times.

3/30/2001, "Despite gains, county slips to No. 3 in state," San Diego Union.

2/14/2001, "Repayment sought for processing of migrants," San Diego Union,
http://www.signonsandiego.com/news/metro/20010214-9999_6m14illegal.html.

2/9/2001, "Study tallies cost of illegal immigration," Los Angeles Times/

2/6/2001, "County spent $50 million on immigrants in '99, study finds," San Diego Union.

2/3/2001, "Imperial County Spent $5.4 million in 1999 to provide services to illegal immigrants," Imperial Valley Press.

10/2000, Victor Sherman and Janet Sherman, "Institutional Racism in the Los Angeles County Grand Jury System," Verdict, Vol. 6, No. 4, pp.3-10.

6/12/2000, San Diego Union-Tribune, "Changing Demographics Challenge Public Schools to Give More Tutoring and Bilingual Support; Hispanic Student Population Soared in the Past 10 Years"

4/25/2000, National Public Radio, Morning Edition, "L.A. Grand Jury"

4/25/2000, Los Angeles Times, "Choices for County Grand Jury Again Include Few Latinos"

4/17/2000, Los Angeles Times, "Gap in Census Leaves Need for Religious Data"

3/26/2000, Los Angeles Times, "Special Report: They're Gaining Clout Everywhere in the Region, But a Legal Challenge Contends That Because of a Flawed Selection Process Latinos are Underrepresented on County Grand Jury"

2/27/2000, San Diego Union-Tribute, "Brake Lights Ahead: Housing Prices Driving Force Behind Slowing Growth and Slowing Traffic"

1/2/2000, San Diego Union-Tribune, "Future of Growth"

9/15/1999, San Diego Union-Tribune, "'90s growth is attributed to minorities"

1/18/1999, San Diego Business Journal, "Economists: 1999 looks healthy for San Diego"

1/9/1999, San Diego Union-Tribune, "Experts foresee San Diego's growth moderating a bit"

9/27/1998, San Diego Union-Tribune, "County's growth measured in millions"

8/31/1998, KGTV. Channel 10 News, interview re U.S. illegitimacy rates

1/30/1998, San Diego Union-Tribune, "S.D. County population growth amazes experts"

5/18/1997, San Diego Union-Tribune, "Experts warn of a leveling-off in decline in Mexico's birth rate"

5/15/1997, KNSD Channel 7/39 News. interview re Nutrition, population growth, and size of humans

4/20/1997, San Diego Union-Tribune, "S.D. County grows, but not by much"

8/11/1996, San Diego Union-Tribune, "Who we are: migration is putting new face on San Diego County"

5/4/1996, San Diego Union-Tribune, "San Diego is No. 1 in growth in the state"

4/14/1996, San Diego Union-Tribune, "Growth up smallest amount in two decades"

2/9/1996, San Diego Union-Tribune, "Fear may keep exact Muslim population a mystery"

11/21/1995, KUSI Channel 9/51 News, interview re defense conversion study

4/20/1995, The Daily Californian, "Military downsizing a bane to small businesses"

2/9/1995, Houston Chronicle, "Infant mortality linked more to morality than to socio-economic status"

2/1/1995, Wall Street Journal, "Infant mortality, mother's morality"

1/31/1995, The Daily Californian, "Pundit: all not lost with peso fall"

11/21/1994, American Medical News, "Poor immigrants have healthier infants than U.S.-born"

11/9/1994, New York Times, "Health Watch: Study finds healthier pregnancy for refugees"

9/4/1994, The Daily California, "East County spins its wheels when it comes to mass transit"

8/30/1994, San Diego Union-Tribune, "Millions in motion: driven by population growth, volume of migration is unprecedented"

6/6/1994, San Diego Union-Tribune, "Not all show decline in bacterial disease passed during sex"

5/29/1994, San Diego Union-Tribune, "San Diego leads state in growth"

2/27/1994, San Diego Union-Tribune, "Economy's slowdown means more people leave than move here in '93"

9/23/1993, San Diego Union-Tribune, "Study shows strengths of immigrants"

9/21/1993, The Daily Californian, "Development council pitches itself"

6/27/1993, San Diego Union-Tribune, "Linked Destiny: border cities in transition as old engines of growth stall"

6/27/1993, San Diego Union-Tribune, "Demographics take West out of East County"

6/25/1993, The Daily Californian, "Data reveals upward trend"

John R. Weeks, Ph.D.

- 32 -

**Exhibit A**

**56**

5/6/1993, San Diego Union-Tribune, "Population increase at 22-year low"

5/1/1993, San Diego Union-Tribune, "Analysts paint bleak picture for S.D., Tijuana"

4/28/1993, The Daily Californian, "NAFTA would aid San Diego economy"

4/22/1993, The Daily Californian, "Days of plenty fading for many local residents"

9/1/1992, Los Angeles Times, San Diego Edition, "Glee and gloom as University classes begin"

7/18/1992, The Daily Californian, "Lifestyle trends mean change in lunch program"

5/25/1992, Los Angeles Time, San Diego Edition, "SDSU: Narrow, deep cuts cause anguish at University"

5/19/1992, San Diego Union, "San Diego Census: 1990, National City hit hardest by poverty"

5/12/1992, The Daily Californian, "Figures show growing gap between rich, poor"

5/11/1992, San Diego Union, "County census portrait alarming"

11/21/1991, San Diego Evening Tribune, "In courts here, death deals a dark hand: Capital punishment shows distinct racial patterns"

11/18/1991, San Diego Evening Tribune, "Shadow of segregation haunts city"

8/27/1991, New York Times, "Hmong refugees resist adopting birth control"

3/15/1991, Boston Globe, "Population explosion heightens pressures"

2/23/1991, San Diego Union, "Kuwaiti waits anxiously for chance to return home"

5/28/1990, San Diego Union, "Punishment for women who kill said more severe"

2/11/1990, San Diego Union, "Hidden San Diego: Experts focus on special groups to study how society is changing"

5/2/1989, San Diego Daily Transcript, "ECEDC study indicates new East County employees continue living elsewhere"

3/1/1989, San Diego Tribune, "Does Islam "bomb' have sizzling fuse"

2/17/1989, San Diego Tribune, "San Diego population experts say Islam is the world's fastest growing religion"

11/20/1988, Los Angeles Times, "Lack of young jurors spurs legal tussle"

9/3/1988, The Daily Californian, "Staying ahead of the trends is his job: Weeks' services are sought all over the world"

7/7/1987, Riverside Press-Enterprise, "Riverside judge rules jury pool an uneven mix"

6/15/1987, Excelsior (Mexico City), "Frontera Norte: Estudios de Población"

1/29/1987, The Reader, "Borderline figures: just how many people live in Tijuana today?"

12/8/1986, San Diego Union, "Divorces outnumbered marriages in county last year"

10/14/1986, Los Angeles Times, "Defense Challenges D.A.'s Standard for Seeking Death Penalty"

9/4/1986, San Diego Union, "Statistics don't match the charge against Troiani"

8/28/1986, San Diego Union, "Study says race not a factor in seeking death penalty"

10/24/1985, USA Today, "Elder boom: strange mix of problems"

11/9/1979, San Diego Tribune, "Motivation called natural birth control key"

10/25/1973, Michigan State News, "Two professors give new theory of population, social relationships"

*Rev: 07/08/2023*