CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
C. PAMELA GOMEZ (Bar No. 233848)
(E-Mail: Pamela_Gomez@fd.org)
AJAY V. KUSNOOR (Bar No. 273929)
(E-Mail: Ajay_Kusnoor@fd.org)
LAURA PAUL (Bar No. 329386)
(E-mail: Laura_Paul@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
IOURI MIKHEL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IOURI MIKHEL, et al,<br><br>    Defendants. | NO. CR 02-00220-MCS<br><br>**DEATH PENALTY CASE**<br><br>**[PROPOSED] ORDER ON MOTION TO INSPECT AND DUPLICATE COURT RECORDS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Counsel, on behalf of Defendant Iouri Mikhel, moved for leave to inspect and duplicate court records regarding jury wheels for both grand and petit juries in this case and records regarding jury selection. After due consideration, the motion is **GRANTED**.

It is **ORDERED** that the Clerk of the Central District of California make available, either electronically or by making available for duplication by counsel and their staff, the following records:

//

//

//

**GRAND JURY RECORDS**

1.      Any AO-12 form or JS-12 form created which relates to any and all Jury Wheels which were used to summon the grand jurors in this case, as required by 28 U.S.C. § 1863(a) and the Jury Plan.

2.      Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheels and Qualified Jury Wheels that were used to summon grand jurors in this case consistent with the Jury Plan, the Jury Selection and Service Act, and constitutional requirements.

3.      The dates when each Master Jury Wheel used to summon grand jurors, in this case, was created, refilled, or drawn, as described in the Jury Plan.

4.      The calculation that ensures each county within each division is substantially proportionately represented as described in the Jury Plan.

5.      The procedures implemented related to prospective jurors who do not respond to a juror qualification form or have their juror qualification form returned from the Postal Service as undeliverable.

6.      The dates when grand jurors were summoned in this case.

7.      The number of persons summoned from each Qualified Jury Wheel to be considered as grand jurors in this case.

8.      The orders requesting the drawing of grand jurors in this case.

9.      The procedures for persons deferred to a different service date. If there is such a procedure, please describe the procedure used once the deferred juror attends on the deferral date including their order of consideration.

10.      The requests for source data (voter registration lists) as described in the Jury Plan and the response including the name, agency, and contact information.

11.      The name, contact information, and description of work for any vendors who participated in creating the Master Jury Wheel or Qualified Jury Wheel.

12.      The selection instructions and declaration maintained by the Court for each Master Jury Wheel and each Qualified Jury Wheel.

2

13.    Any correspondence, specifications, or descriptions, whether internal or with parties outside the court such as vendors, regarding the creation of the Master Jury Wheel or Qualified Jury Wheel.

14.    The District and all Divisional Jury Wheel data for each division as described in the Jury Plan in electronic and accessible form that includes Juror Identification Number, First Name and Last Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division. This data should include and identify any special or supplemental District or Division Master Jury Wheels.

15.    The District and all Divisional Qualified Jury Wheel data for each division as described in the Jury Plan in electronic and accessible form that includes Juror Identification Number, First Name and Last Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division. This data should include and identify any special or supplemental District or Division Qualified Jury Wheels.

16.    Data for potential jurors who were selected from the Master Jury Wheel for qualification who either had their qualification form returned by the postal service, did not respond, or were disqualified or exempted or excused from jury service or qualified for jury service as described in the Jury Plan. The data should be in electronic and accessible form that includes Juror Identification Number; whether the form was returned Undeliverable, or whether the form was not returned; the Reason for Disqualification, Exemption, or Excuse; Qualification; Race; Gender; Hispanic Ethnicity; Year of Birth; Zip Code; City; County; and Jury Division.

17.    To the extent it is not supplied otherwise, the information in items #14, #15, and #16 above for the relevant Jury Wheels, including any special or supplemental wheels.

18.    Any number or code assigned to individuals for persons selected as potential grand jurors in this case.

19.    Any number or code assigned to individuals for persons summoned as potential jurors for all purposes from the Master Jury Wheel.

3

20.     The source of data (Master Source List) in electronic form for the Master Jury Wheel used to summon all of the grand jurors in this case. The data should include, as available, Juror Identification Number, First Name and Last Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division.

21.     The juror qualification and summons forms for persons summoned to potentially become grand jurors in this case.

22.     The disposition of each summoned potential grand juror in this case as to excusal, deferment, disqualification, or selection as described in the Jury Plan.

## PETIT JURY RECORDS

1.     Any AO-12 form or JS-12 form created which relates to the Source Lists, Master Jury Wheels, and Qualified Jury Wheels that were used to summon the trial jurors in this case, as required by 28 U.S.C. § 1863(a).

2.     Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheels and Qualified Jury Wheels that were used to summon trial jurors in this case with the Jury Plan, Jury Selection and Service Act, and constitutional requirements.

3.     The date when the Master Jury Wheel that was used to summon trial jurors in this case was created, refilled, or drawn, as described in the Jury Plan.

4.     The calculation that ensures each county within each division is substantially proportionately represented as described in the Jury Plan.

5.     The procedures implemented related to prospective jurors who do not respond to a juror qualification form or have their juror qualification form returned from the Postal Service as undeliverable.

6.     The date when trial jurors were summoned in this case.

7.     The number of persons summoned from the Qualified Jury Wheel to be considered as trial jurors in this case.

8.     The order requesting the drawing of trial jurors in this case.

4

9. The procedures for persons deferred to a different service date. If so, please describe the procedure used once the deferred juror attends on the deferral date including their order of consideration.

10. The request for the source data (voter registration lists) as described in the Jury Plan and the response, including the name, agency, and contact information.

11. The name, contact information, and description of work for any vendors who participated in creating the Master Jury Wheel or Qualified Jury Wheel.

12. The selection instructions and declaration maintained by the Court for each Master Jury Wheel and each Qualified Jury Wheel.

13. Any correspondence, specifications, or descriptions, whether internal or with parties outside the court such as vendors, regarding the creation of the Master Jury Wheel or Qualified Jury Wheel.

14. The District and all Divisional Master Jury Wheel data for each division as described in the Jury Plan in electronic and accessible form that includes Juror Identification Number, First Name and Last Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division. This data should include and identify any special or supplemental District or Division Master Jury Wheels.

15. The District and all Divisional Qualified Jury Wheel data for each division as described in the Jury Plan Section 8 in electronic and accessible form that includes Juror Identification Number, First Name and Last Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County and Jury Division. This data should include and identify any special or supplemental District or Division Qualified Jury Wheels.

16. Data for potential jurors who were selected from the Master Jury Wheel for qualification who either had their qualification form returned by the postal service, did not respond or were disqualified or exempted or excused from jury service or qualified for jury service as described in the Jury Plan. The data should be in electronic and accessible form that includes Juror Identification Number, whether the form was returned Undeliverable, whether the form was not returned, Reason for Disqualification

5

/Exemption /Excuse Qualification, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County, and Jury Division.

17.    To the extent it is not supplied otherwise, the information in items #14, #15, and #16 above for the petit Jury Wheel in this case, including any special or supplemental wheels.

18.    Any number or code assigned to individuals for persons selected as potential petit jurors in this case.

19.    Any number or code assigned to individuals for persons summoned as potential jurors for all purposes from the Master Jury Wheel.

20.    The source of data (Master Source List) in electronic form for the Master Jury Wheel used to summon all of the grand jurors in this case. The data should include, as available, Voter Identification Number, First Name and Last Initial, Zip Code, Race, Gender, Hispanic Ethnicity, Year of Birth, County, and Jury Division.

21.    The juror qualification and summons forms for persons summoned to potentially become petit jurors in this case.

22.    The disposition of each summoned potential petit juror in this case as to excusal, deferment, disqualification, or selection as described in the Jury Plan.

**<u>MISCELLANEOUS</u>**

23.    Any documents not specifically named herein but responsive to the request for all records in possession of the court related to the selection of the Master Source List, the Master Jury Wheels for all relevant years, the grand and petit jury venires selected for this case, and all aspects of jury selection, including but not limited to any notes made by the Court or its staff with regard to the grand or petit juries.

24.    If the court is not in possession of the requested documents, the Clerk or a person designated by the Clerk shall prepare an affirmative statement, in writing, indicating that the requested documents are not in the possession of the U.S. District Court. If the documents were destroyed, the statement shall include information

regarding the date of the destruction, the reason for the destruction, and the name of the person who destroyed the records.

DATED:                          By _____
                                    HON. [INSERT JUDGE NAME]
                                    United States District Judge

Presented by:

        /s/Laura Paul
Deputy Federal Public Defender

7