CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
C. PAMELA GÓMEZ (Bar No. 233848)
(E-Mail:  Pamela_Gomez@fd.org)
AJAY V. KUSNOOR (Bar No. 273929)
(E-Mail:  Ajay_Kusnoor@fd.org)
LAURA PAUL (Bar No. 329386)
(E-mail: Laura_Paul@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Movant
IOURI MIKHEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOURI MIKHEL,<br><br>            Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | Case No. 23-cv-08403<br><br>Related Case No, CR 02-00220-MCS<br><br>**DEATH PENALTY CASE**<br><br>**EXHIBITS IN SUPPORT OF MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY 28 U.S.C § 2255** |

Movant Mr. Iouri Mikhel, by and through his undersigned counsel hereby submits his exhibits in support of the Motion, 28 U.S.C. § 2255.

Respectfully submitted

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  October 5, 2023          By:  /s/ C. Pamela Gómez
                                      C. PAMELA GÓMEZ

                                 By:  /s/ Ajay V. Kusnoor
                                      AJAY V. KUSNOOR

                                 By   /s/ Laura Paul
                                      LAURA PAUL
                                      Deputy Federal Public Defenders

                                 Attorneys for Movant
                                 IOURI MIKHEL

**EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION**
*U.S. v. MIKHEL, et al.*

| No. | Exhibit |
|---|---|
| 1. | Henry Weinstein and Greg Krikorian, *Judge is in Race for U.S. Attorney Job*, Los Angeles Times, January 18, 2007 |
| 2. | Jean Guccione, *Federal Judge Is Moving to State Appellate Court*, Los Angeles Times, March 10, 2006 https://www.latimes.com/archives/la-xpm-2006-mar-10-me-justice10-story.html |
| 3. | Susan Crabtree, *Yang Denies Departure is Linked to That of Other U.S. Attorneys,* The Hill, March 5, 2007 https://thehill.com/homenews/news/7382-yang-denies-departure-is-linked-to-that-of-other-u-s-attorneys/ |
| 4. | Adam Cohen, *The U.S. Attorney, the G.O.P. Congressman and the Timely Job Offer*, The New York Times, May 4, 2007 http://www.nytimes.com |
| 5. | Original Spencer Report: *Federal Death Penalty Cases: Recommendations Concerning the Cost and Quality of Defense Representation*, May, 1998, http://www.uscourts.gov/dpenalty/1COVER.htm[10/6/2008] |
| 6. | U.S. Dept. of Justice Report: *An Investigation into the Removal of Nine U.S. Attorneys in 2006*, September 2008, (Excerpts) https://www.justice.gov/opr/page/file/1206601/download |
| 7. | U.S. Dept. of Justice Report: *An Investigation of Allegations of Politicized Hiring by Monica Goodling and Other Staff in the Office of the Attorney General*, July 28, 2008, (Excerpts) https://oig.justice.gov/sites/default/files/legacy/special/s0807/final |
| 8. | Senate Judiciary Hearing Transcript: *Hearing Before the Committee on the Judiciary*, United States Senate, January 18, 2007, (Excerpts) https://www.govinfo.gov/content/pkg/CHRG-110shrg35728/pdf/CHRG-110shrg35728 |
| 9. | Expert Report of Craig Haney, Ph.D., J.D., *Ashker v. Brown*, U.S.D.C. Case No. 4:09 CV 05796 CW (Redacted), March 12, 2015 |
| 10. | Declaration of Margarete Kortkamp, March 7, 2023 |
| 11. | Declaration of John Wells, March 7, 2023 |

2

## EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION
### *U.S. v. MIKHEL, et al.*

| No. | Exhibit |
| --- | --- |
| 12. | Declaration of Erna Roiz, March 27, 2023 |
| 13. | Declaration of Alexey Shakirov, March 29, 2023 |
| 14. | Declaration of Hector Lopez, April 21, 2023 |
| 15. | Letter from Dale Rubin to Debra Yang re Death Penalty, July 14, 2013 |
| 16. | Letter from Dale Rubin to Debra Yang re Death Penalty, October 15, 2003 |
| 17. | Letter from Jose Flores-Lopez, M.D. re Iouri Mikhel's Mental State, January 30, 2004 |
| 18. | Dept. of Justice Letter to Richard Callahan enclosing Origination of Special Administrative Measures Memo, June 9, 2003 |
| 19. | Dept. of Justice Letter to Dale Rubin re Notice of Implementation of Special Administrative Measures (SAM) and Extensions of the SAM Order, February 28, 2006 |
| 20. | Special Administrative Measures Renewal Letter, June 27, 2007 |
| 21. | Special Administrative Measures Renewal Letter, May 20, 2008 |
| 22. | Special Administrative Measures Renewal Letter, May 28, 2010 |
| 23. | Special Administrative Measures Renewal Letter, June 6, 2011 |
| 24. | Special Administrative Measures Renewal Letter, June 4, 2012 |
| 25. | Special Administrative Measures Renewal Letter, June 14, 2013 |
| 26. | Special Administrative Measures Renewal Letter, August 8, 2014 |
| 27. | Special Administrative Measures Renewal Letter, June 10, 2015 |
| 28. | Special Administrative Measures Renewal Letter, May 31, 2016 |
| 29. | Dept. of Justice Memo re Vacation of Special Administrative Measures, June 5, 2017 |
| 30. | Center for Constitutional Rights Report: The Darkest Corner-Special Administrative Measures and Extreme Isolation in the Federal Bureau of Prisons, September 2017 |
| 31. | AT&T Fax - How to Read Subscriber Activity Reports, February 11, 2002 |

## EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION
### *U.S. v. MIKHEL, et al.*

| No. | Exhibit |
| --- | --- |
| 32. | Letter from Richard Callahan to the A.U.S.A. Dugdale, et. al., re Prison Conditions, May 3, 2005 |
| 33. | Summary Psychiatric Report of William Vicary to Dale Rubin re Interview of Iouri Mikhel, September 5, 2006 |
| 34. | Psychiatric Report of Bhushan Agharkar, M.D., September 21, 2023 |
| 35. | U.S.D.C. General Order No. 03-12 re Grand and Petit Jurors, 2003 |
| 36. | U.S.D.C. General Order No. 13-13 re Grand and Petit Jurors, October 25, 2013 |
| 37. | Declaration of John Weeks, Ph.D., July 27, 2023 |
| 38. | Declaration of Dr. Stuart Hamilton, September 16, 2021 |
| 39. | Declaration of Anton Abramkin, February 16, 2023 |
| 40. | Declaration of Gary Gentile, February  21, 2023 |
| 41. | Declaration of Jose Flores Lopez, April 5, 2023 |
| 42. | Declaration of Christian Filipiak, April 21, 2023 |
| 43. | Declaration of Holly Jackson, August 12, 2023 |
| 44. | Declaration of Armen Harutiunian, May 8, 2023 |
| 45. | Declaration of Linda Morrow, March 8, 2023 |
| 46. | Declaration of Cynthia Hamilton, August 4, 2023 |
| 47. | Declaration of Inderpal Dhillon, August 31, 2023 |
| 48. | Declaration of Craig Haney, September 8, 2023 |
| 49. | Report by Gary Lage, Ph.D., June 28, 2023 |
| 50. | Report by Christopher Palenik, Ph.D. (Microtrace LLC), May 12, 2023 |
| 51. | Report by Willliam Vicary, January 25, 2007 Defendant's (Trial Exhibit 3134) |
| 52. | Metropolitan Detention Center Los Angeles, Memorandum for Captain S. Wanamaker, May 2, 2001 |
| 53. | Reporter's Transcript, *U.S. v. Krylov*, U.S.D.C. Case No. CR 02-220 (B) SJO, May 21, 2007 (Excerpts) |

## EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION
## *U.S. v. MIKHEL, et al.*

| No. | | Exhibit |
|---|---|---|
| 54. | | Application and Order Authorizing the Interception of Wire Communications; Exhibits A through C in support of the application, U.S.D.C. Case No. CR 02-0043, February 13, 2002 |
| 55. | | Declaration of Kevin McNally re Anonymous Juries, January 26, 2023 |
| 56. | | FBI Memorandum with Agreement signed by Elena Krivohatchenko, March 31, 2004 |
| 57. | | Declaration of John Weeks, Ph.D., September 6, 2023 |
| 58. | | Declaration of Jeffrey Hass, Ph.D., September 12, 2023 |
| 59. | | Declaration of Michael Tynan, May 7, 2023 |
| 60. | | Declaration of William Vicary, September 7, 2021 |
| 61. | | Reporter's Transcript, *U.S. v. Krylov*, U.S.D.C. Case No. CR 02-220 (B) SJO, Testimony of Svetlana Kagermazova, April 13, 2007, (Excerpts) |
| 62. | | Declaration of Valeriy "Larry" Prasol, April 1, 2023 |
| 63. | *[1] | Iouri Mikhel's birth certificate (in Russian with Translation) |
| 64. | | Doctor's note for Iouri Mikhel, (in Russian with Translation), April 02, 1990; Declaration of Translator Margaret Michaelian |
| 65. | * | Training course certificate for Iouri Mikhel, (in Russian with Translation), June 15, 1991 |
| 66. | * | Driving Exam Certificate for Iouri Mikhel, (in Russian with Translation), September 10, 1992 |
| 67. | * | Disability Certificate for Iouri Mikhel, (in Russian with Translation), 1993 |
| 68. | * | Russian Criminal Records for Iouri Mikhel (in Russian with Translation) |
| 69. | | Marriage Certificate of Margarita Fot and Gherman Mikhel, (in Russian with Translation) |
| 70. | * | Autobiography of Margarita Fot, (in Russian with Translation), (Trial Exhibit 3135) |

[1] * See exhibit 169 for Declaration of Lydia Bryans, Certified Translator.

**EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION**
*U.S. v. MIKHEL, et al.*

| No. | | Exhibit |
|---|---|---|
| 71. | | Autobiography of Margarita Fot in English (Trial Exhibit 3136) |
| 72. | * | Death Certificate of Margarita Mikhel (in Russian with Translation) |
| 73. | * | Death Certificate of Anna Fot (in Russian with Translation) |
| 74. | * | Death Certificate of Gherman Mikhel (in Russian with Translation) |
| 75. | * | Death Certificate of Sofia Petrova (in Russian with Translation) |
| 76. | | Memorandum of Interview of Edward Mikhel, (Undated) |
| 77. | * | English Translation of Video Interview of Edward Mikhel by Holly Jackson, (Undated) |
| 78. | * | English Translation of Chris Filipiak's Video Interview of Benjamin Bril, October 24, 2002; and Natalia (Natasha) Alifanova, October 29, 2002 (Part 1) |
| 79. | * | English Translation of Chris Filipiak's Video Interview of Natalia (Natasha) Alifanova, October 29, 2002 (Part 2) |
| 80. | * | English Translation of Holly Jackson's Video Interviews of:<br>- Svetlana Koginova, October 18, 2005<br>- Galina Koginova, October 18, 2005<br>- Olga Startseva (Part 1), October 18, 2005 |
| 81. | * | English Translation of Holly Jackson's Video Interviews of:<br>- Olga Startseva (Part 2), October 18, 2005<br>- Yana Startseva, October 18, 2005<br>- Margarita Dorchenko (Part 1), October 27, 2005 |
| 82. | * | English Translation of Holly Jackson's Video Interview of Margarita Dorchenko (Part 2), October 27, 2005 |
| 83. | * | English Translation of Holly Jackson's Video Interview of Natalia Alifanova, October 19, 2005 |
| 84. | * | Memorandum of Interview of Natalia Alifanova, by Chris Filipiak, October 22, 2002 |
| 85. | | English Translation of Childhood Medical Record Book; Declaration of Translator Margaret Michaelian |
| 86. | * | School Records and Class Photo for Iouri Mikhel, (in Russian with Translation), 1975-1978 |

6

**EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION**
*U.S. v. MIKHEL, et al.*

| No. | | Exhibit |
|---|---|---|
| 87. | * | Case File of Margarita Mikhel, (in Russian with Translation), 1945-1947 |
| 88. | * | Employment Records of Margarita Mikhel, (in Russian with Translation), 1947-1973 |
| 89. | * | Pension Fund of the Russian Federation, File of Margarita Mikhel, (in Russian with Translation) |
| 90. | * | Central Archive of the Ministry of Defense of the Russian Federation, Personal File of Anna Fot (in Russian with Translation) |
| 91. | * | Military Records for Anna Fot, with Attachment re Red Star Award, (in Russian with Translation) |
| 92. | | Military records search results for Gherman Mikhel |
| 93. | * | Military Records for Gherman Mikhel with attachment, (in Russian with Translation), March 28, 1945 |
| 94. | | List of Military Awards for Gherman Mikhel |
| 95. | * | List of Military Awards for Gherman Mikhel with Award Dates, (in Russian with Translation) |
| 96. | * | Medal for the Capture of Berlin, Commemorative Record for Gherman Mikhel with attachment, (in Russian with Translation) |
| 97. | * | Medal for Military Merit Commemorative Record for Gherman Mikhel, (in Russian and English, with translation for portions in Russian) |
| 98. | * | Order of the Red Star, Commemorative Record for Gherman Mikhel with Attachment, (in Russian with Translation) |
| 99. | * | Order of the Red Star Commemorative Record for Gherman Mikhel, (in Russian with Translation), 1944-1945 |
| 100. | * | Order of the Red Star Award Certificate for Gherman Mikhel with Attachment, (in Russian with Translation), April 27, 1945 |
| 101. | * | Military records for Gherman Mikhel (in Russian with Translation), March 17, 1945 |
| 102. | * | Registry entry re Gherman Mikhel, (in Russian with Translation), 1911 |
| 103. | * | Letter from the Federal Security Service (FSB) Summary of Criminal Charges Against Gherman Mikhel (in Russian with Translation), January 20, 2021 |

7

**EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION**
*U.S. v. MIKHEL, et al.*

| No. | | Exhibit |
|---|---|---|
| 104. | * | Leningrad Prosecutor's Office records re Gherman Mikhel, (in Russian with Translation), 1944-1965 |
| 105. | * | State Archives of the Tver Region, records re Mikhel family members, (in Russian with Translation), 1929 |
| 106. | * | Saint Petersburg's Central State Archive, personal file of Boris Ivanovich Mikhel, (in Russian with Translation) |
| 107. | * | Military Records for Andrei Ivanovich Mikhel with Attachment, (in Russian with Translation) |
| 108. | * | State Archives of the Russian Federation, personal files of Ivan Kasperovich Mikhel and Andrei Ivanovich Mikhel, (in Russian with Translation) |
| 109. | * | Vital Records for Vladimir Ghermanovich Mikhel, (in Russian with Translation) |
| 110. | * | USSR Communist Party records re Edward Mikhel, (in Russian with Translation), 1966-1967 |
| 111. | * | Registry Entries re Marriage of Kaspar Mikhel with identifier "173", (in Russian with Translation), 1865 |
| 112. | * | Registry Entry for Aleksey Kasparovich Mikhel, (in Russian with Translation), 1879 |
| 113. | * | Record of Admission for Medical Care for Aleksey Kasparovich Mikhel, with Identifier "Mikhel - 57", (in Russian with Translation), 1917 |
| 114. | * | Description of Evdokia Kurmanov with handwritten notes, (in Russian with Translation) |
| 115. | * | Certificate of Illness and Disability of Evdokia Kurmanov, (in Russian with Translation) |
| 116. | * | Handwritten Autobiography of Evdokia Kurmanov (in Russian with Translation), 1923 |
| 117. | * | Reply to Evdokia Kurmanov's Letter to Stalin, (in Russian with Translation), May 17, 1950 |
| 118. | * | Description of Yulia Kurmanov with Handwritten Notes, (in Russian with Translation), August 19, 1947 |

**EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION**
*U.S. v. MIKHEL, et al.*

| No. | | Exhibit |
|---|---|---|
| 119. | * | Communist Party Mandate for Aleksey Kurmanov, (in Russian with Translation), August 16, 1921 |
| 120. | * | Certificate re sending Aleksey Kurmanov to the Western Region to check the progress of the collectivization, (in Russian with Translation), April 11, 1931 |
| 121. | * | Certificate for Aleksey Kurmanov re Authorization to Execute on the Spot, (in Russian with Translation), December 5, 1918 |
| 122. | * | Certificate for Aleksey Kurmanov re Military Commander of the Rifle Division, (in Russian with Translation), March 8, 1920 |
| 123. | * | Extract from Records about Aleksey Kurmanov's Service in the Red Army and Outside of It (in Russian with Translation) |
| 124. | * | Description of Aleksey Kurmanov's Service in the Red Army with Handwritten Notes, (in Russian with Translation) |
| 125. | * | Document re Aleksey Kurmanov's Position as Prosecutor, (in Russian with Translation) |
| 126. | * | Photos of Aleksey Kurmanov's Funeral with Handwritten Notes, (in Russian with Translation) |
| 127. | | Holliday, R. and Pugh. J.E., *DNA Modification Mechanisms and Gene Activity during Development*, Science, in New Series, Vol. 187, No. 4173, pp. 226-232, January 24, 1975 |
| 128. | | Lee Aspin, *The Soviet Soldier*, The New York Times, June 8, 1982 |
| 129. | | Urry, J., *Who are the Mennonites?*, in European Journal of Sociology, Vol. 24, No. 2, Unnecessary Revolution, pp. 241-262 (1983) |
| 130. | | Anna Baerg, Diary of Anna Baerg, 1916-1924, pp. 10, 24, 35, 36, 53, 75, 76, 85, 89, 112, 122 (1985) |
| 131. | | Yitzhak Tarasulo, *A Profile Of the Soviet Soldier*, Armed Forces and Society, Vol. 11, No. 2, pp. 221-234 (1985) |
| 132. | | Francis, D. and Widdowson, J., *Early Environmental Regulation of Forebrain Glucocorticoid Receptor Gene Expression: Implications For Adrenocortical Responses to Stress*, in Developmental Neuroscience 18 (1-2):49-72, (February 1996) |

**EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION**
*U.S. v. MIKHEL, et al.*

| No. | Exhibit |
|---|---|
| 133. | Klassen Reynolds, L., "The Aftermath of Trauma and Immigration: Detections of Multigenerational Effects on Mennonites who Emigrated from Russia to Canada in the 1920s" (Ph.D. Dissertation from California School of Professional Psychology, 1997) |
| 134. | Nader, K.O., *Effects of Parent's Previous Trauma on Currently Traumatized Children*, in International handbook of multigenerational legacies of trauma, pp. 571–583 (1998) |
| 135. | Ramchandani, S., Bhattacharya, S.K., Ceroni, N. and Szyf, M., *DNA methylation is a reversible biological signal*, in Proceedings of the National Academy of Sciences (PNAS), May 25, 1999 |
| 136. | Strahl, B. and Allis, C.D., *The language of covalent histone modifications*, in Nature 403, 41-45, February 2000 |
| 137. | Jaenish, R. and Bird, A., *Epigenetic regulation of gene expression: How the genome integrates intrinsic and environmental signals*, in Nature Genetics 33 Suppl(3s):245-54, April, 2003 |
| 138. | Sparén, Par et. al., *Long Term Mortality After Severe Starvation During the Siege of Leningrad: Prospective Cohort Study*, in BMJ 328 7430:11, 2004 |
| 139. | Weaver, I., Cervoni, N., Champagne, F. and D'Alessio, A., *Epigenetic Programming by Maternal Behavior*, in Nature Neuroscience 7(8):847-54, September 2004 |
| 140. | Goldstein, Darra, Women under Siege: Leningrad 1941-1942, 2005 |
| 141. | Koupil, Shestov et. al., *Blood pressure, hypertension and mortality from circulatory disease in men and women who survived the Siege of Leningrad*, in European Journal of Epidemiology, Vol. 22, No. 4, pp. 223-234, April 2007 |
| 142. | Catriona Kelly, Children's World - Growing Up in Russia 1890-1991, pp. 324-332, 2007 |
| 143. | Yehuda, R., Bell, A., Bierer, L. and Schmeidler, J., *Maternal, not paternal PTSD, is related to increased risk for PTSD in offspring of Holocaust survivors*, in Journal of Psychiatric Research, Vol. 42, Issue 13, pp. 1104-1111, October 2008 |
| 144. | Vågerö, Koupil et al., *Long-Term Health Consequences Following the Siege of Leningrad*, 2013 |

10

## EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION
### *U.S. v. MIKHEL, et al.*

| No. | Exhibit |
| --- | --- |
| 145. | Manley, Rebecca, *Nutritional Dystrophy: The Science and Semantics of Starvation In World War II*, 2015 |
| 146. | Ramo-Fernández, L., Schneider, A., Wilker, S., and Kolassa, I.T., *Epigenetic Alterations Associated with War Trauma and Childhood Maltreatment*, in Behavioral Sciences and the Law 33: 701–721, 2015 |
| 147. | Varga-Harris, C., *The Quest for Normalcy: Coming Home, Settling Down, Moving Forward*, 2015 |
| 148. | Yehuda R., Daskalakis N., Bierer L., Bader H., Klengel, T., Holsboer, F. and Binder, E., *Holocaust Exposure Induced Intergenerational Effects on FKBP5 Methylation*, in Biological Psychiatry; 80:372–380, September 1, 2016 |
| 149. | Diary of Clara Rachman, (English Version of Webpage by Google), 1941-1943 |
| 150. | FBI FOIA Denial re Georgy Safiev, July 7, 2020 |
| 151. | FBI FOIA Denial re Khareba (Nick) Kharabadze, June 25, 2020 |
| 152. | FOIA Status Email re Rita Pekler, March 21, 2022 |
| 153. | ICE FOIA Records re Rita Pekler, August 21, 2020 |
| 154. | Interview of Ninel Faktorovich, January 2, 2002 |
| 155. | I.R.S. FOIA Application Denial re Rita Pekler December 9, 2020 |
| 156. | I.R.S. Interview Memo of Humayun Bashir, February 15, 2001 |
| 157. | U.S. Dept. of State Diplomatic Security Service - Russian Business Investigations Intelligence Report |
| 158. | Declaration of Maureen P. Baird, September 25, 2023 |
| 159. | Declaration of Sandra Gruce, September 21, 2023 |
| 160. | Ninth Circuit Jury Trial Improvement Committee, First Report on Goals and Recommendations, May 2004 |
| 161. | Declaration of Alejandro Villasenor Re: Sabrina Cannons, September 26, 2023 |
| 162. | Declaration of Mark Ward, September 15, 2023 |
| 163. | FBI FOIA Records re Rita Pekler, August 25, 2020 |

**EXHIBITS IN SUPPORT OF 28 U.S.C § 2255 MOTION**
*U.S. v. MIKHEL, et al.*

| No. | Exhibit |
|---|---|
| 164. | Declaration of John Ellis, September 27, 2023 |
| 165. | Declaration of Richard Callahan, September 28, 2023 |
| 166. | Reporter's Transcript, Testimony of Chris Synsvoll (Saipove Penalty Phase), *United States v. Saipov,* U.S.D.C. So. Dist. of New York, Case No. 17 Cr. 722 (VSB), February 22, 2023 |
| 167. | Declaration of George Birnbaum, September 28, 2023 |
| 168. | Declaration of David Park re L. Litchfield, August 29, 2023 |
| 169. | Declaration of Lydia Bryans, Certified Translator, September 27, 2023 |
| 170. | Declaration of Ajay Kusnoor, October 1, 2003 |
| 171. | Stephanie Simon and Douglas Shuit, *Note-Altering May Cost Menendez Psychiatrist*, April 11, 1996 |
| 172. | Fax from U.S. Marshal Larry O'Connor to A.U.S.A Susan de Witt re West Valley Detention Center can't meet Iouri Mikhel's needs, February 2, 2004 |
| 173. | Fax from Dale Rubin to Ralph Ihle, Ph.D. re Iouri Mikhel's mental state, September 12, 2006 |
| 174. | Deauthorized Cases & Potential Federal Capital Cases Not Authorized |
| 175. | U.S. Depart. of Justice Investigation of Men's Detention Center (Los Angeles), May 12, 2005 |
| 176. | Transcript of Marina Karagodina Interrogation, May 16, 2005 (Excerpts) |
| 177. | Application to Enter Institution as Representative re Gitte Lellan, July 10, 2002 |
| 178. | Email Communication between Lellan Gitte and Sheriff Alix Gilinets, June 26, 2002 |
| 179. | I.R.S. Memorandum of Activity re Gitte Lellan (Excerpts) |
| 180. | *California Student Gets 8-Year Term For Fatal Crash,* Desert News, Jun. 23, 2000 https://www.deseret.com/2000/6/23/19514319/california-student-gets-8-year-term-for-fatal-crash |