# EXHIBIT

# 58

<u>DECLARATION OF JEFFREY HASS</u>

I, Jeffrey Hass, declare as follows:

1.      I am the chair of the Department of Sociology and Anthropology at the University of Richmond. I also hold a courtesy appointment as a Professor in the Department of Economic Theory at St. Petersburg State University in St. Petersburg, Russia. I am an expert on Russian and Soviet economics, politics, and society. A copy of my curriculum vitae is attached to this declaration as Appendix A. My research interests include the Blockade of Leningrad, and in 2021, I published a book on this topic, titled *Wartime Suffering and Survival: The Human Condition under Siege in the Blockade of Leningrad, 1941-1944*. I have also published two books concerning Russian society in the post-Soviet period. The first of these, *Power, Culture, and Economic Change in Russia 1988-2008: To the Undiscovered Country of Post-Socialism*, was published in 2011. The second, *Rethinking the Post-Soviet Experience. Markets, Moral Economies, and Cultural Contradictions of Post-Socialist Russia*, was published in 2012.

2.      I have been asked by the Office of the Federal Public Defender to prepare a social history regarding Mr. Iouri Mikhel, who is incarcerated on death row at the United States Penitentiary at Terre Haute. This declaration summarizes Mr. Mikhel's multi-generational life history. A list of the documents provided to me by Mr. Mikhel's counsel is attached as Appendix B.

3.      Mr. Mikhel's counsel have informed me that they have not been able to conduct necessary investigation in support of this social history because of several factors beyond their control, including the outbreak of the COVID-19 pandemic, the ongoing hostilities in Ukraine, and the diplomatic rift between the United States and Russia. Additional investigation— especially interviews with Mr. Mikhel's surviving relatives, friends, and associates—is critical to a complete understanding of his life history and family background. This declaration summarizes

1

**Exhibit 58 - 948**

the existing sources of information made available to me. I intend to supplement my findings should Mr. Mikhel's team have the opportunity to conduct additional investigation in Russia at a later date.

4. One clear and major theme of this family history is suffering and trauma across generations in the context of violence and trauma at the heart of Russian, Soviet, and Russian post-Soviet political history. One extended family felt the impacts of: the Bolshevik Revolution and its chaos and repression; repressive politics and policies of 1930s Stalinism; the trauma of war, whether at the front or in the Blockade of Leningrad; difficult adjustments after the war; consistent economic hardship; continuing dislocation and hardship in the last years of the USSR and in the problematic 1990s (when Russian institutions were unstable and criminality was ubiquitous); and a weak family structure in Iouri Mikhel's youth and after.

5. This declaration includes information both from Mr. Mikhel's biography and the history of his family, and from the context of political, economic, and social disruption over many decades that affected his parents and earlier generations, and that contributed to his upbringing and life experiences. The former includes challenges of dislocation, repression, deprivation, and suffering by Mr. Mikhel's parents and their ancestors, providing a decades-long collective history of familial hardship. The latter includes Russian and Soviet political and economic history, in particular: the hardships and repression introduced by the Bolshevik seizure of power in November 1917 and the Civil War; dislocation and repression Mr. Mikhel's parents and grandparents suffered during the 1930s, a decade of economic turmoil and political repression; suffering during World War II and immediately after; family socioeconomic challenges from the 1960s to 1980s, during which Mr. Mikhel was born and brought up; and finally the context and challenges of economic and political instability and even criminalization

**Exhibit 58 - 949**

that Mr. Mikhel faced when he became an adult. Iouri Mikhel himself faced hardships of serving time in a Soviet prison and then the challenges and stress of adapting to the economic and cultural revolution of post-socialism and then of living in the UK and USA, where he had no close connections and little real acquaintance with the cultures and even the language. This narrative should show the long history of stresses and strains that ultimately affected Mr. Mikhel's family life and life chances—stresses and even traumas that were an important part of the life contexts and circumstances and beyond their control. In no small sense, the traumas of the Mikhel family history are the traumas of Russian and Soviet history.

**Paternal Family**

6.      Iouri Mikhel's paternal family has Swiss roots, originating in the Swiss canton of Glarus. (JKH 1348, 1777, 2512, 2543.)

7.      Iouri's great grandfather, Kaspar Mikhaelovich Mikhel, was born in 1841. (JKH 1777, 2512.) He immigrated from Switzerland to Russia with his brother Michael Melchior and sister Yekaterina. (JKH 1778, 2514.) In 1865, at the age of 24, he married a Russian citizen, Alexandra Ivanovna Tolbuzina (born 1846), a woman of Russian Orthodox faith. (JKH 1777, 2340-51, 2346, 2512.) At the time of their marriage, Kaspar lived in the village of Svapushe, Ostashkovsky district. (JKH 1778, 2340-51, 2464, 2514.) Kaspar worked as a cheesemaker and confectioner. (JKH 2464.)

8.      Iouri's grandfather, Ivan Kasperovich Mikhel, was born on January 12, 1869. (JKH 1781, 2518.) Ivan was one of five brothers. (JKH 1349, 2544.) A sixth brother did not survive infancy. (JKH 1780, 2515-17.)

9.      Kaspar died at the age of 45 on January 11, 1880. Before his death, he converted to the Russian Orthodox faith. He remained a Swiss subject at the time of his death. (JKH 2524.)

**Exhibit 58 - 950**

10.     Kaspar's death left his large family in poverty. Ivan went to work as an estate manager for a neighboring landowner, Panofidin, in order to support the family. He continued to work for Panofidin over the next 20 years. (JKH 2450, 2464.) Panofidin was also the Russian ambassador to Turkey. (JKH 2451.)

11.     Ivan took Russian citizenship at the turn of the 20th century, when he married Sophia Petrovna Smirnova. (JKH 2525.)

12.     Before the Russian revolution, Ivan owned a plot of land in the village of Kustontsy on the banks of Lake Seliger. (JKH 2544.) He lived on this estate starting in the year 1913. (JKH 2452.) He owned 180 desiatinas (486 acres or over two million square meters) of land and a steam mill, and he hired local peasants to work the land. (JKH 2452.)

13.     Sophia and Ivan had five sons: Andrei, Boris, Yuri, Vladimir, and Gherman. Gherman, the youngest, was born on March 7, 1911. (JKH 2533.) Gherman Mikhel is Iouri Mikhel's father.

14.     In 1917, the Russian Empire experienced two revolutions: the February Revolution (collapse of tsarist authority) and the October Revolution (the Bolshevik seizure of power). The months in between witnessed growing anarchy across the empire, as various political parties and movements competed for power in the Provisional Government, Soviet of Workers' and Soldiers' Deputies, and local political bodies. Workers and soldiers contributed to unrest in cities through strikes and demonstrations. In the countryside (the majority of Russia), peasant communes increasingly took over ownership of land from landlords and sometimes subjected them to violence as well as confiscation. While authority unraveled, the "Revolution" gained sacred meaning that various actors used to advance their goals and to repress opponents.

**Exhibit 58 -  951**

"Enemy of the Revolution" and "counter-revolutionary" were new categories that legitimated repression and violence.

15.     After the Bolsheviks seized power in October 1917 and then shut down the Constituent Assembly in January 1918 (elected from all across Russia to create a new political system), the Civil War began, and various anti-Bolshevik factions (many loosely called "Whites") organized military opposition to Lenin's regime. Fighting was fierce and millions of people died from fighting, famine, and repression by the new secret police ("Cheka"). The new economic policy, War Communism, included nationalization of economic assets (factories, stores, etc.) and forced requisitioning of grain and other food from peasants. Anyone with significant capital (land, businesses) was a potential "enemy of the Revolution" and subjected to confiscation and repression as "class enemies." By 1922 the Bolsheviks were victorious, through a combination of better military strategies, targeted repression, and use of Revolutionary slogans (e.g. "all land to the people") to mobilize support. However, repression and economic collapse had turned much public opinion, including that of soldiers and sailors, against the Bolsheviks. Lenin introduced the New Economic Policy, which loosened state control over lower-level, everyday business. However, political control and repression persisted.

16.     This was the context in which Ivan was subjected to political persecution. After the Bolshevik revolution, Ivan lost his voting rights, and despite repeated efforts to challenge his repression, his land was ultimately nationalized and so taken by the state. (JKH 2544.) This effectively left Ivan with little real opportunity and precarious foundations for personal and family survival, let alone well-being.

17.     Ivan appealed to restore his voting rights not long after the Bolshevik revolution. His petition was denied in 1919, after the Supreme Electoral Committee determined that he

5

**Exhibit 58 - 952**

owned land before the revolution, "enslaved" the peasantry, and managed land owned by the ambassador to Turkey, Panafidin. The judgment made Ivan "counter-revolutionary" and an "enemy of the revolution," in that he belonged to a property-owning class that the Bolsheviks assumed was hostile to the new government and system. This made him a threat and legitimate target for loss of political and economic rights. (JKH 2451.) The use of one's "class background," purposely applied in a vague manner, was a common Bolshevik tactic to deprive rights and opportunities of people whom Bolshevik officials perceived (rightly or wrongly) as potential or real "enemies of the people." This approach to political power and repression—that class and "class enemies" were employed habitually for repression, with little effective resource—was not so distant from racial and ethnic discrimination (guilt by belonging or association) of anti-Semitism in pre-World War II Germany or Jim Crow racism in the American Deep South before the 1960s; the supposedly consistent threat of "counter-revolution" by "class enemies" was baked into Bolshevik policies and political culture.

18.    Despite such consistent practices of repression, in 1928, Ivan again attempted to restore his voting rights by pointing to his parents' working-class upbringing and relatively modest means. Ivan's oldest son, Andrei Ivanovich Mikhel, served in the army, evidence of the family's loyalty to the new regime. (JKH 2464-66.) This again fell on deaf ears, and his petition was denied. (JKH 2459.)

19.    On February 7, 1929, the Council of the Peasants' Deputies entered its findings against Ivan Mikhel. They determined he was a landowner and an exploiter of hired labor in pre-revolutionary times. Even as of 1929, he continued to own land. According to the council, before the Revolution, Ivan owned 5.20 desiatinas of land, 2 horses, 1 cow, 1 heifer, 1 bull, and 1 sheep. He owned a house consisting of 4 rooms and 1 kitchen, 1 large barn floor, 1 barn, and 1 banya.

**Exhibit 58 -  953**

Together with his brother Alexander, Ivan also had several out-buildings. The council refused to restore his voting rights and voted to evict him from his land. They did so after determining that Mikhel and his family were "alien elements of the proletarian state." Ivan was evicted from Pavlikhovsky volost, and his voting rights could not be restored. (JKH 2452-53.)

20. At this point, another important part of the political and historical context comes into the picture: this was the beginning of "collectivization," in which the Soviet state began herding peasants into state farms (*sovkhoz*) and collective farms (*kolkhoz*). (Both types of farms were mostly similar and involved peasants being transformed into powerless agricultural laborers with no real stake in the output of their labor.) As part of this campaign, better-off peasants (the *kulak*), were deemed enemies of the people and made a scapegoat for local failures of collectivization. In general, peasants who resisted collectivization, regardless of their economic wealth, were likely to be labeled as kulaks and subjected to repression. At the extreme, this could include exile to Siberia or even starvation (when the Red Army surrounded resistant villages to coerce surrender or starvation). This was the general context of agricultural politics and relations at this time and thereafter.

21. By 1929, the entire Mikhel family, except for Vladimir Ivanovich, had lost voting rights. Per official records of the Zhegalov Village Council of the Ostashkovo district, Ivan and Sofia, as well as their children Andrei, Boris, Yuri, and Gherman, lost voting rights because Ivan was considered a "landowner." Andrei was exiled, and Ivan, Boris, Iouri, and Gherman relocated from the family's land in Ostashkovo to Leningrad. (JKH 2361-62.)

22. Two of Iouri Mikhel's paternal uncles, Andrei and Iouri, endured significant political persecution after the Revolution. They were sent to concentration camps in the far north of the country. (JKH 2544.)

**Exhibit 58 -  954**

23.     Records show that Andrei was exiled on the basis of class and ethnicity to the north of the USSR, in the Murmansk region. He lived in Monchegorsk, where he worked as a fisherman. (JKH 2527.) In 1940, Andrei was arrested on charges of espionage, anti-Soviet agitation and propaganda. (JKH 2527.) The NKVD (secret police) sentenced him to five years at a Corrective Labor Camp for making anti-Soviet statements. (JKH 2527.) It was not until 1964 that the Murmansk court entered a judgment reflecting his rehabilitation as a victim of the Stalinist regime. (JKH 2528.)

24.     Despite the Mikhel family's persecution at the hands of the Soviet state, at least two of Iouri Mikhel's paternal uncles, Andrei and Aleksey, served in the Soviet army. (JKH 2489.)[1] Service in the Red Army was one path towards partial rehabilitation, in that one could trade exile and repression for military service and the risk of losing one's life.

25.     After his father was repressed, Gherman Mikhel moved to St. Petersburg (by then renamed Leningrad) with his mother, Sofia. There, he lived with his brother Vladimir Mikhel (father of Edward Mikhel), who was the oldest of Gherman's siblings. (JKH 2545.) Most likely they would have lived in a communal apartment: the family would live in one room and share the communal kitchen and toilet with other families living in other rooms of this apartment. This was a cramped lifestyle, allowing no privacy and only the most rudimentary of amenities.

26.     Iouri's cousin Edward Mikhel recalls that Gherman paid for Ivan's release from the concentration camp, and that Gherman then worked with his father in the Plekhanov printing shop. (JKH 2545-46.)

---

[1] In his letter to the Krestyanskaya Newspaper, JKH 2489-90, Andrei Mikhel says his oldest brother (born in 1904) served in the army. In the same letter, Andrei says that he was drafted into the military and that he served in the reserves.

**Exhibit 58 - 955**

27.     Gherman's brother Boris Mikhel was accepted as a student at the V.I. Ulyanov (Lenin) Leningrad Electrotechnical Institute in 1930. (JKH 2381.) A fellow student denounced Boris as coming from a family of former landowners. This student filed a formal denunciation stating that the Mikhel family was identified as landowners by the Zhegalovsk Village Council. (JKH 2392.) Boris was expelled from the institute in 1933. The school determined that he had concealed his bourgeois class status on his application. (JKH 2395, 2397.) This was not unusual, as accusations of others as "class enemies" or deriving from a hostile property-owning class had become an important feature of everyday politics, as well as high politics in Moscow. This accusation might have been based on petty opportunism or on ideological conviction, as both were motives for accusations throughout the USSR. Either way, this reveals how widespread the culture of repression was even before the Great Purges of the later 1930s.

28.     In 1941, after the outbreak of World War II, Gherman worked as a shopfloor chief at the Kozitsky radio factory. Here he participated in the development of Soviet radio equipment. He was rewarded with a radio, the KL-34 (the first Russian radio), for his success in this role. (JKH 2546.)

29.     Most of the workers and technology of the Kozitsky radio enterprise was evacuated to Omsk (Siberia) in 1941, but a small collective of workers was left behind to help with radio repairs and similar work. Gherman was one of these workers (JKH 2307), where he worked as a lead mechanic. Like his future wife Margarita (see below), Gherman would have suffered from cold, hunger, air raids, uncertainty, and other traumas of the Blockade. As his work was related to military production, he would have received category I rations and possibly bonus rations at time. This would have been barely enough for sustenance, although Gherman

**Exhibit 58 -  956**

would have been hungry and would have had to compensate and find sources of additional food and nourishment. I return to more detail on the Blockade experience below.

30.     After the Germans invaded the USSR in June 1941, the government enacted a law requiring private citizens to turn in all radio equipment as part of a strategy to deny citizens the chance to hear alternative sources of news (including, but not limited to, German sources). Violating this state decree was a serious "anti-Soviet" offense and that could evoke charges of espionage. Cherishing his gift, Gherman violated this order and did not turn in his radio. Instead, he stored it at work. (JKH 2546.) NKVD officials from SMERSH (the "Death to Spies" division of the security forces) discovered this and arrested him. According to Edward Mikhel, Gherman was arrested and sentenced to "wash off his blame with his blood" by serving in a combat division of the Red Army. (JKH 2547.)

31.     Edward was never apprised of the full extent of Gherman's punishment for this minor infraction. In fact, Gherman was arrested by the NKVD in February 1943, and he was sentenced to serve 8 years at a correctional labor camp, with subsequent disenfranchisement for three years, along with confiscation of property and valuables. (JKH 2564.) He served his punishment at the NKVD Ryblag Camp (City of Uglich). (JKH 2565.)[2]

32.     Conditions at Ryblag (*Rybinskie lager* or Rybinskii camp) were horrendous, and not so different from inhumane conditions across the Soviet camp system. It is no exaggeration to claim that suffering and mortality in Gulag camps were little different from suffering and

---

[2] In a petition to Andrei Zhdanov (top local official in Leningrad) from February 1944, Mikhel (at that moment at Ryblag) complained that he had not known about the radio receiver that NKVD agents discovered. He was also accused of making anti-Soviet statements, which he denied (JKH 2307). He protested that he was forced to sign a confession because he was physically weak, despite his innocence, and he asked the opportunity to be cleared or, if still found guilt, to serve in the Red Army to expunge his guilt (JKH 2309). However, the Military Tribunal upheld the judgment (JKH 2310, JKH 2312). Note that the English translation of Gherman's protest (JKH 2307) mistakenly has "1944" rather than the "1943" in the Russian original  (JKH 2295).

**Exhibit 58 -  957**

mortality in Nazi death camps before and during World War II.[3] The average Gulag was both a practice of dehumanizing punishment as well as a source of cheap labor. In the average Gulag camp, before and during the war, conditions were harsh and survival always in question. Rations were at a subsistence level, but everyday labor was intense (e.g. felling and hauling trees or mining) and conditions difficult (e.g. cold weather, with an average temperature in January-February of 17° F). Prisoners might work up to fourteen hours per day and receive rations providing too few calories to replenish strength. Starvation, disease, and physical exhaustion were constant threats to inmates across the Gulag system, including Ryblag. In some camps prisoners might be subjects for medical experiments, as happened in Nazi death camps. Political prisoners also had lower status than common criminals and were subjected to abuses by camp commanders and guards as well as fellow inmates.

33.     Data on Ryblag specifically is difficult to come by even now, but some information made available by intrepid Russian scholars and others provides a little insight. At Ryblag, the mortality rate reached 22% in 1942;[4] in 1943, child mortality at Ryblag was 64%, far higher than in Soviet society at large, even in some of the worst situations.[5] This confirms rampant malnutrition, high physical demands of everyday labor and survival, and little formal care for inmates' health.

---

[3] One eyewitness account of horrible realities of the Gulag is Eugenia Ginsburg, *Within the Whirlwind* (New York: Harcourt, 1981). See also Deborah Kaple, *Gulag Boss: A Soviet Memoir* (New York: Oxford University Press, 2012).

[4] See "30 oktiabria—Den pamiati zhertv politichestkikh repressii," *Zavolzhskie stepi* October 22, 2022 (https://zavolzhskiestepi.ru/news/30-oktyabrya-den-pamyati-zhertv-politicheskikh-repressiy/).

[5] Archival material (photographs) from https://corporatelie.livejournal.com/tag/%D0%94%D0%BE%D0%BC%D0%B0%20%D0%BC%D0%BB%D0%B0 %D0%B4%D0%B5%D0%BD%D1%86%D0%B0%20%D0%93%D0%A3%D0%9B%D0%90%D0%93%20%D0% 9D%D0%9A%D0%92%D0%94?utm_medium=endless_scroll (accessed January 28, 2023). This web link contains a scan of archival materials on medical conditions in some camps. These data are far from complete. Women prisoners could become pregnant not only from fellow inmates and possibly camp guards and officials (sex as a demand for provisions), but also as a result of rape.

**Exhibit 58 -  958**

34.    In May 1944, the Military Tribunal of the Supreme Court of the USSR reclassified Gherman's crime, changing his punishment to 5 years of imprisonment without disenfranchisement. The judgment was that Gherman could atone for his guilt on the front, and his punishment would be delayed until the end of the war. Gherman would be sent to the front on release from custody. If he proved himself a steadfast defender of the USSR, then by a petition of the command, he could be completely released from punishment. (JKH 2565.)

35.    On July 13, 1944, Gherman was released from custody and sent to the Rybinsky Regional Military Commissariat. (JKH 2565.) He began his service in the Red Army as a private first class in in the 420th Detached Anti-Tank Battalion, 207th Rifle Division. (JKH 2535-36.)

36.    After his enlistment, Gherman served as a vehicle mechanic in a unit of the Red Army that advanced all the way to Berlin. (JKH 788, 2537, 2547.)

37.    On September 14, 1944, Gherman was wounded with light shrapnel on his left leg. (JKH 796-98.)

38.    Gherman received numerous awards for his military service. He received the Medal for Military Merit (March 28, 1945), the Red Star Medal (May 5, 1945), and the Medal for Capture of Berlin (June 9, 1945). (JKH 782-83, 786, 2536-37, 2539, 2547.)

39.    Gherman was nominated for a Red Star Medal for his bravery in battle: "In a battle near Gross-Justin from March 10, 1945 to March 13, 1945, Comrade Mikhel, despite hazard to his life, went to the frontline with his mechanics and restored 6 vehicles, and risking life, removed them from the battlefield. Thanks to his selflessness, the division received a good replenishment of tractors and was ready to complete any military task." (JKH 2539.) "In a battle lasting from April 16, 1945 through April 26, 1945, Comrade Mikhel repaired five disabled vehicles directly on the battlefield and consistently provided fuel, which ensured battery

12

**Exhibit 58 - 959**

maneuverability. His actions contributed to the division's successful completion of military tasks." (JKH 2541.)

40.      After the war, he was demobilized. Leaving the military for civilian life was not always an end to struggles, however. The Soviet regime paid little real attention to veterans' post-war health, such as PTSD. Psychological trauma was not considered a medical condition, but instead was blamed on weak will or similar problems of one's own lack of discipline. Physical trauma was treated to an extent.[6] As a result, many war veterans—especially invalids who had lost limbs or suffered debilitating physical or psychological injuries—ended up begging on streets or participating in the illegal or quasi-legal shadow economy, hindering their further integration back into Soviet society and economy. There is no evidence that Gherman's situation was quite so bad, especially as he was not an invalid missing limbs or suffering a similar serious war-induced ailment—but whatever he and other of Iouri Mikhel's forebears suffered would not have been addressed adequately.

**Maternal Family**

41.      Iouri's great grandparents, Heinrich Fransevich Voth and Anna Baerg, were Mennonite colonists. Heinrich and Anna had five children: Sara, Gerhard, Susanna, Franz, and Genrikh. Genrikh, the youngest, is Iouri Mikhel's biological grandfather.

42.      Iouri's other great grandparents on the maternal side, Nikolay Tsvetkov and Aleksandra Semyonovna Tsvetkova, were native Russians and residents of the Vologda province. They had four children: Anna, Pavel, Evdokia, Klavdia, and Olga.

---

[6] Robert Dale, *Demobilized Veterans in Late Stalinist Leningrad* (London: Bloomsbury, 2015).

**Exhibit 58 - 960**

**Maternal Grandparents, Anna Tsvetkova and Genrikh Fot**

43.     Anna Nikolaevna Tsvetkova (Fot) was born August 19, 1891 in the village of Nikolskoye, to a relatively prosperous family. (JKH 1836) Nikolskoye was the "capital" of Andoga. Then and now, it is a sparsely populated region. (JKH 1839.)

44.     Anna's mother, Aleksandra Semoyonova, was born around 1863 in the village of Velikoye, about 20 kilometers from Nikolskoye. (JKH 1840.) Her father, Semyon Samoylov, was a landowning peasant. She was raised in a large, comfortable home. (JKH 1841, 1843.) Aleksandra had an arranged marriage. Her husband, Nikolay Yakovlevich Tsvetkov, was the son of a merchant. (JKH 1836-37.) Aleksandra and Nikolay had four daughters: Klavdia (born 1886); Anna (born ca. 1891); Evdokia (born 1898), Pavel (b. 1899) and Olga (born 1901). (JKH 1844.) The marriage was not a happy one. Nikolay was an alcoholic. He squandered Aleksandra's dowry. (JKH 1837.) Nikolay abandoned his family, making his way to St. Petersburg, where he found work as a laborer at a factory. He did not provide for his family materially and visited infrequently. (JKH 1837) He died ca. 1908-1911. (JKH 1837.)

45.     Aleksandra struggled to provide for her family and maintain her farmland, without any help from Nikolay. She took on work as a seamstress, but also relied on relatives for financial support. (JKH 1844.) Aleksandra prioritized education and strived to educate her children in spite of the many challenges she faced. Her oldest child, Klavdia, graduated from the Novgorod Teacher Courses, then went to work as a teacher. By 1912, she had saved 100 rubles for Anna and Evdokia to attend school. (JKH 1844.) This was not enough to finance an education, and Anna and Evdokia had no choice but to borrow money in order to complete their schooling. Evdokia graduated from the Agricultural Institute in 1916 with a debt of 280 rubles in gold. Because of her debt, she was forced to work in the zemstvo (council) for 5 years at a salary

14

**Exhibit 58 -  961**

of 25 rubles a month. She later wrote of this experience, "That is how I, an 18-year-old girl, became a serf." (JKH 1844.) Her debt was forgiven after the Bolshevik Revolution. (JKH 1844-45.)

46.     Anna completed six years of secondary school in 1909. She then trained in midwifery and gynecology, completing this coursework in St. Petersburg in 1912. She then trained in feldsher[7] field medicine at the Petersburg Institute in 1914. (JKH 1673.) This coincided with Russia's entry into World War I: Russia went to war with Germany in July 1914.

47.     After graduation from the feldsher courses, Anna worked as a midwife at the Lyubegoshensk Hospital in Novgorod Gubernia. (JKH 1845.) In January 1915, she began working as a feldsher at the Tryasovo estate infirmary, about 15 km from Novgorod. (JKH 1845.) Hospitals and clinics were stretched thin due to the war, and the Tryasovo infirmary was no different. The infirmary was designed for 100 beds, all of which were occupied for every year of the war. (JKH 1846.) In 1916, Anna was awarded a silver medal on a Stanislavsky ribbon for her service as a feldsher in the infirmary. (JKH 1848.)

48.     Anna met her first husband, Genrikh Fot, at the infirmary, where he worked as an orderly. (JKH 1848.) Genrikh Fot is Iouri Mikhel's biological grandfather.

49.     Unlike Anna, who is ethnically and culturally Russian, Fot came from a family of Mennonite farmers. He was born in the town of Kulshanka, Tiegerweide, a small village in what is now Ukraine. (JKH 2560.)

50.     The Mennonite religion forbids combat service; thus the Russian government recruited Mennonites to the medical service. (JKH 1846.) Genrikh was one of many young Mennonites who served Russia in this capacity during World War I.

---

[7] A "feldsher" is a paramedic, per the World Health Organization's classification system for health workers. https://www.who.int/hrh/statistics/Health_workers_classification.pdf.

**Exhibit 58 - 962**

51.     The Tryasovo infirmary closed in 1918. (JKH 1848.) Anna then moved with Genrikh to his homeland, the Mennonite colonies (then part of southern Russia, now Ukrainian territory), first settling in Yekaterinoslav (now known as Dnipro). Anna was an office worker in a medical warehouse of the Red Cross. (JKH 1676.)

52.     Anna and Genrikh married on August 31, 1918. They married in a Russian Orthodox church in Yekaterinoslav, in the presence of three Russian witnesses. (JKH 2560.) Genrikh was 25 years old and Anna was 27 at the time of their marriage. (JKH 1848.) Mennonites observe strict social codes, including a total ban on marriage outside of the faith. Genrikh's marriage to Anna, a non-Mennonite, was both unusual and extraordinary for that time and place. (JKH 1887.)

53.     Anna gave birth to Margarita, Iouri Mikhel's mother, in 1919. Genrikh was demobilized from the army because of his health. (JKH 1848.) The couple moved to Genrikh's parents' home in Tiegerweide (later renamed Kulshanka). (JKH 1848; see JKH 1891.) They divorced soon after, while Margarita was still a baby. (JKH 2560.)

**History of the Mennonite People in Russia**

54.     Historical context regarding the Russian Mennonite colonies is critical to an understanding of Iouri Mikhel's family background.

55.     Mennonite communities originate from the Anabaptist movement, which began in Europe in the 16th Century. James Urry, *Who are the Mennonites?*, European Journal of Sociology (Cambridge: Cambridge University Press, 1983) (JKH 3342-3363.) Mennonites observed a strict form of Christianity and formed quiet communities, apart from society. "Life was essentially pragmatic; all exchanges, social and religious, were restrained within the community. The whole system was bound firmly by a set of rules defined through the

16

**Exhibit 58 -  963**

interpretation of God's will made manifest through his Word in the Bible." (JKH 3343.) "Mennonites . . . became extremely conservative, maintaining practices and appearances which elsewhere had passed away." (JKH 3343-44.)

56.     Mennonites faced persecution in Europe. (JKH 3344.) This led many to emigrate from German-speaking countries to Prussia and Russia, where they established densely-populated enclaves that flourished over time. (JKH 3344-45.) At the invitation of the Russian government, thousands of Mennonites began immigrating to southern Russia and what is now Ukraine, starting at the end of the 18th Century. (JKH 3345.) By 1914, "there were over 100,000 Mennonites in Russia." (JKH 3345.) They flourished in agriculture, then in the production of agricultural tools and the milling industry. (JKH 3345.)

57.     Mennonites received special rights from the Tsar, and they were initially viewed as a distinct community from German settlers, even though they were German speakers. (JKH 3347.) The Russian government's tolerant policy toward Mennonite settlers ended in 1870, when the Russian government abolished Mennonite self-rule in the colonies. (JKH 1877.) After 1880, the Russian government insisted that Mennonites adopt Russian for administrative uses and in schools. (JKH 3347.) German minorities in Russia began to face persecution. But many Mennonites felt little allegiance to Germany, having adopted Russian customs and learned Russian as a first language. Many served in Government posts or in the forest service. (JKH 3348.)

58.     At the start of World War I in 1914, Mennonites (including Genrikh) volunteered for service in the Red Cross in order to serve the war effort. But they were nonetheless accused of harboring pro-German sentiment. "Journals and newspapers contained warnings of the 'enemy

**Exhibit 58 -  964**

within', and the government closed the German-language newspapers, including Mennonites, and banned the use of German in public places." (JKH 3349.)

59.      In 1915, the Russian government attempted to liquidate land held by those of "enemy descent," but ultimately very little Mennonite land was expropriated. (JKH 3349-50; *see also* JKH 1878.) Existence of laws targeting their way of life unsettled Mennonite economies, disrupting their way of life. The 1917 February Revolution abolished laws that discriminated on the basis of religion and nationality, but a power vacuum emerged in Ukraine, destabilizing life in the Mennonite colonies. (JKH 3350.) "The history of the Ukraine from 1917, when the old regime had collapsed, until early 1920, when Soviet rule was finally established, reflects a state of rapidly spreading anarchy, which, both in its extent and its duration, is perhaps unique in the history of modern Europe. Over these three years, no fewer than nine different governments attempted to assert their authority over the land. None succeeded. . . . With each year the country disintegrated further, until by 1919 it no longer represented one country, but an infinite number of isolated communities." (JKH 3350, quoting Pipes 1964: 148-49.) "[S]uffering was commonplace. Most estate owners lost their land, houses, possessions and members of their families; Khortitsa was occupied and devastated by murder, rape, theft, famine and disease." (JKH 3351.)

60.      Peace came to southern Russia/Ukraine with the establishment of Soviet rule in 1920. But life did not improve in the Mennonite colonies, and they continued to face discrimination at the hands of the Soviets. (JKH 3351-52.) Such repression of religion was part of normal Bolshevik policy and practice after taking power: the regime unleashed mass repression of organized religion across territories over which they had control. This included

18

Exhibit 58 -  965

physical violence against people and defiling of churches and relics.[8] Mass emigration ensued. "During the 1920s over 20,000 Mennonites migrated from Russia to Canada." (JKH 3352.) Others settled in Germany. (JKH 3353.)

61.    "Those Mennonites who remained in Russia experienced a brief period of prosperity after 1920 only to see their lands collectivized, their men arrested in purges and the colonies destroyed in the 1930s." (JKH 3356.) At the end of World War II, "large numbers [of Mennonites] were 'repatriated' to the Soviets to face imprisonment or banishment to Siberia and central Asia." (JKH 3356.)

**Anna and Margarita's experiences during the 1920s: Anna's educational and professional pursuits in Leningrad, Margarita's life on Mennonite land.**

62.    Anna and Margarita experienced the extreme tumult and violence of everyday life on Mennonite land firsthand, Margarita even more so than Anna. Margarita spent much of her early years living in the Mennonite colonies, while Anna pursued further education and career advancement in Leningrad, apart from her child.

63.    Margarita's father, Genrikh, passed away in 1920. (JKH 1646.) Although it was Genrikh who was a Mennonite, Anna developed close ties to that community. For two years after his death, Anna worked as a midwife in the Aleksandrvolsk district (on Mennonite land). (JKH 1849.) She raised Margarita on her own, living independently. (JKH 2560.)

64.    Author Gerald Peters summarizes conditions in the Mennonite colonies at the beginning of the 1920s:

---

[8] For detail on the various forms and unfolding of persecution, see Richard Pipes, *Russia Under the Bolshevik Regime* (New York: Knopf, 1994), chapter 7. By the 1930s repression of religious belief was more subtle (e.g. blacklisting for membership in the Communist Party or obtaining good jobs, rather than physical violence), although only with World War II would the regime ease its repression against the Russian Orthodox Church (while other religions still faced possible direct and indirect oppression).

**Exhibit 58 -  966**

"The cumulation of one disaster after another left the Mennonite colonies in shambles. It would be difficult to assess exactly how many lives were lost due to anarchy and civil war. The massacres at Sagradovka alone claimed at least 200 lives. Another 250 people were murdered in Chortitza and the community of Yazykovo to the north at around the same time. The list goes on and on. But the real killers from which there was little defence were the outbreaks of typhus and smallpox spread by the constant occupation of troops and bandits. Chortitza, with a population of 18,000 lost about 4,400 people in the short space of three years, mostly due to disease. The toll in property loss had an equally devastating effect. In 1920, the Chortitza district lost as much as one half of its consumable grain to the Red Army, making its food supply extremely precarious. The Molotschna colony, in contrast, was less affected at first and was able to send relief to its sister colony. But by the time the Civil War had ended, its inhabitants too had little to hope for. Their stocks had been exhausted by the constant demands of soldiers, bandits and the local proletarian government. In the Halbstadt area alone, more than 3,250,000 rubles had been handed over to marauders and governing officials. What capital remained became almost worthless when, after the Red takeover, the dollar value of the Russian currency was inflated from two to around 33,000 rubles. By the spring of 1921, the farmers had hardly enough seed grain for planting, or horses to work the soil. To make matters worse, there followed two extremely dry years which ended in crop failures. Suddenly beggars roamed about everywhere. People who still had their own small rations of food were helpless to alleviate the suffering. Soon even the most thrifty felt the pain of not having enough to eat, and across the Ukraine millions of people were dying of hunger." *Diary of Anna Baerg*, 1916-1924, Translated and Edited by Gerald Peters (Winnipeg: CMBC Publications, 1985) (JKH 3322.)[9]

---

[9] No relation to Anna Baerg, Mr. Mikhel's great grandmother.

**Exhibit 58 -  967**

65.    It is in this climate that Anna separated from Margarita, leaving her two-year old daughter to be raised in the Mennonite colony by her ex-husband's family. In 1922, she returned to Vologda, the region of her birth, living in the city of Cherepovets. (JKH 1849.) Margarita and Anna lived separately until 1930.

66.    Anna's career advanced throughout the 1920s. She was a "feldsher/midwife" at the Cherepovets regional hospital. In 1925, Anna relocated yet again--this time, moving to Leningrad. From September 1925 to December 1928, Anna worked as a midwife for the Railway Hospital of Babayev, Leningrad oblast (region). From December 1928 to December 1930, Anna worked as a midwife/feldsher for the 25th Section for the Railway, Cherepovets station, and from December 1930 to November 1931, she was a midwife at the Polyclinic Railway Leningrad. (JKH 1676.)

67.    In 1923, Anna married a second time. Her second husband, Ivan Ivanovich Petrov, was Russian. (JKH 2569.)

68.    While Anna pursued career prospects in Leningrad, Margarita was left in Kulshanka, in the Mennonite colony, with Genrikh's family. (JKH 1646 (Margarita's autobiography).) She lived there until 1930, when at the age of 11, she reunited with Anna in Leningrad.

69.    As previously noted, Mennonite colonists collectively endured significant trauma in the 1920s. This is documented in the Diary of Anna Baerg, a firsthand account of life in the Mennonite colonies authored by a young woman raised in the village of Appanlee, not far from Tiegerweide, where Margarita was left by her mother. A sampling of entries from her diary gives some context about the everyday experiences of young women living in the Mennonite colonies at that time.

**Exhibit 58 -  968**

**Entry for 2/6/1918:** 'Horrible things have taken place in Halbstadt these last few days. Seven people have been shot, including our neighbor Mr. Suderman, who had fled there with his family. A fourteen year old boy is also one of the victims." (JKH 3317.)

**Entry for 6/6/1918:** "Looking at the yard, the grass is as yellow as in fall. In Crimea, they say that people are cutting their crops for feed. What will happen if there should be a crop failure? There is starvation in many areas already. God give us rain and bread." (JKH 3318.)

**Entry for 2/9/1919:** "The situation here has become very serious -- nobody can deny it. The Makhnovtse, whose supporters are growing in number, are carrying out more and more attacks, and not without success. In the last bloodbath we lost twenty-four men." (JKH 3319.)

**Entry for 3/5/1919:** "People have become so depressed everywhere. No one knows what the near future will bring. Many are thinking of fleeing. There have been terrible murders in Rosenhof, perpetrated by a band called the Subkovtse. The landowners themselves were no longer there, but a number of servants, six of them, *Prikaschtschicks* like us, were cut down." (JKH 3320.)

**Entry for 12/22/1919:** "Nowadays there is sickness everywhere, particularly influenza, which has already taken many lives. Just yesterday we carried a young girl to the grave. First she had influenza, then developed a lung infection and died. . . . The whole world appears to have become one big field hospital." (JKH 3321.)

**Entry for 10/27/1921**: "Life is so full of shadow and turbulence. It has recently been decreed that every village must give up a certain number of weapons. If they aren't forthcoming the local citizens are taken instead. . . . Unfortunately, they are finding more guns than they had anticipated. The Reds' method is simple. They don't look for the guns themselves but demand rather that a certain quota be filled. Where people manage to find these weapons is no concern of

<div align="center">22</div>

<div align="right">**Exhibit 58 -  969**</div>

theirs. Life holds little importance to them. . . . People are searching in despair to fill their quota." (JKH 3323.)

**Entry for 2/16/1922**: "It is a sign of our times: people everywhere are becoming dull and apathetic. What would once have brought tears of compassion and pity now elicits little but the show of sympathy. . . . [T]he poor wander around, hunger itself peering out from their eyes. . . . These are impossible circumstances. If only the promised aid would finally arrive! Even its arrival may not change the situation very much, for the starvation has become widespread. There are rumors that in some places even the corpses in the graveyard are not secure, and in one instance a father wanted to butcher and eat his own child." (JKH 3324.)

**Entry for 3/1/1922**: "I have heard that people have eaten their own children. And how many physically and morally ravaged people wander up and down the countryside begging for a piece of bread. It takes an almost superhuman strength to remain true to oneself and one's principles against such odds and not to succumb to the despair that wells up in the soul." (JKH 3325.)

**Entry for 6/16/1923**: "Anything remotely having to do with religion has been banned in the schools. . . . [A]ll religious meetings in private homes have been banned; Sunday schools or any other kind of religious education for young people, except within the family, are no longer allowed." (JKH 3326.)

**Entry for 5/1/1924**: "It is already taken for granted that anti-religious ideas will be introduced into the schools. Because of this, a great number of teachers, among them Germans, have already been sent to Moscow for indoctrination. Outside it is raining endlessly, and although it would seem that the sun should be shining soon, it doesn't seem that the spring will ever come." (JKH 3327.)

**Exhibit 58 -  970**

70.     In 1930, Anna and Margarita were reunited in Leningrad. (JKH 2561.) Anna worked full time, simultaneously pursuing a rigorous course of study. In 1932, she began her coursework at the Number 2 Leningrad Medical Institute. Per Margarita, Anna studied "without a break from work from the Oktyabrsk Railroad of Leningrad." (JKH 2560.) She completed her studies in 1939, later earning the title of "Doctor-Bacteriologist." (JKH 2560.) From 1937 to 1940, she worked as the director of the reginal sanitation and bacteriological laboratory in Demyansk, Leningrad. (JKH 2560.) Upon returning to Leningrad, she worked at a regional laboratory. (JKH 2561.)

71.     Margarita graduated from Intermediary School No. 3 in the Smolninsky district of Leningrad in 1939. That year, she enrolled in No. 1 Leningrad State Pedagogic Institute of Foreign Language, where she was a student until the war started in 1941. (JKH 2561.)

**Evdokia Kurmanov, Anna Fot's sister, married a prominent Soviet, Kurmanov.**

72.     Evdokia enrolled in the pedagogical class of the St. Petersburg Agricultural School, graduating in 1916. (JKH 1849.) She taught school at a 2-year school in 1917. (JKH 1849.) Aleksandra, Evdokia's mother, soon asked her to return home, and Evdokia took responsibility for the family property in her hometown. (JKH 1850.) She later wrote the following of her mindset and political orientation at this time: "I was glad for the Revolution, but I was not experienced in politics and could not understand the difference between Mensheviks and Bolsheviks. . . . Gradually, I learned that Bolsheviks were very dedicated to their ideas." (JKH 1732.)

73.     She applied to work as a teacher in Andoga, her native village. (JKH 1851.) Then, in August 1918, she was assigned to organize an orphanage: a school/commune for orphans in Andoga. (JKH 1851.) The orphanage was set up in the guest rooms of a monastery. (JKH 1852.)

**Exhibit 58 - 971**

In the fall of 1918, soon after Evdokia was assigned to work there, the monastery's farm land was nationalized. (JKH 1852.) The monks were asked to stay on as workers, and Evdokia was appointed to the position of hegumen (abbess). (JKH 1852.) She apparently assumed this responsibility against her will: the alternative was an assignment to forced labor. (JKH 1852.)

74. In 1920, Evdokia traveled to Petrograd with a delegation, where she attended the opening of a conference at the Tauride palace and heard Lenin speak. (JKH 1852.)  In her lifetime, Evdokia never officially joined the All-Russian Communist Party of Bolsheviks. (JKH 1852.) This may be because party membership involved substantial responsibilities and community work, in addition to one's other commitments. (JKH 1853.)

75. The school/commune was in operation until the end of the 1920s. (JKH 1853.)

76. In 1920, Evdokia married Aleksey Nikolaevich Kurmanov. (JKH 1854.) Around the same time, she became a Bolshevik--in her own words, "not officially, but in practice." (JKH 1732.) Evodkia's Bolshevism "in practice" was no doubt tied to her husband's rising prominence among the Soviet elite.

77. Kurmanov was born in Cherepovetz, the same county as Evdokia. He was raised in the village of Mikhailov, growing up in a working class household. (JKH 1854.) He fought in World War I, where he achieved the rank of Senior Unter-Officer. He suffered an injury and received the Cross of Saint George, an award established by Imperial Russia for courageous service in battle. (JKH 1854.) He was elected as chairman of the Volost Executive Committee (the local governing council), then later the Cherepovets Uyezd Executive Committee. (JKH 1854.) He returned to the frontline in November 1918. (JKH 1854.) A rebellion of kulaks (wealthy peasants) and the white guard (anti-Bolshevik forces) broke out. (JKH 1854.) A death squad of 80 men was assembled, and Kurmanov was appointed as its leader. He was authorized

25

**Exhibit 58 -  972**

"to not stop at any measure, up to and including execution on the spot," in his effort to suppress the rebellion. (JKH 1715-16, 1855.)

78.    From the beginning of Kurmanov's marriage to Evdokia, he made clear that his first allegiance was to the Bolshevik Party. Evdokia later wrote, "When we married, actually before the official registration, A.N. told me . . . I belong to the Party first and foremost. As soon as they summon me, I will go wherever they tell me. You should know that no pleading and no tears will ever stop me. And whatever is left in me after I serve the Party is for you!" (JKH 1739.)

79.    By 1921, a year after his marriage to Evdokia, Kurmanov was demobilized from the Red Army and was appointed to prominent positions in local Soviet government. (JKH 1857.) He ultimately served as the director of the 2nd State Petrograd Horse Track and director of the Moscow Horse Track, and was made head of the Science Research Institute of Horse Husbandry under the People's Committee of Land Management. (JKH 1857.)

80.    Evdokia no doubt enjoyed many perks attendant to her position as the wife of an elite Soviet like Kurmanov. (JKH 1859.) But soon after her marriage, she experienced a number of personal tragedies and ill health. She later wrote, "when I married [in 1920], I lost my health. I could no longer be the Bolshevik I once was." (JKH 1732.) Evodkia's run of bad luck continued in 1923, when her firstborn child died during a surgical operation to repair an umbilical hernia. (JKH 1859; *see also* JKH 1746 (Evdokia's account of losing her child).)

81.    Then, in 1924, Lenin died. Evdokia experienced this as a personal tragedy and a "major grief." (JKH 1859; *see also* JKH 1746 (Evdokia's memoir).) Evdokia fell ill with strep throat. By her own report, she received an anti-diphtheria transfusion that was done incorrectly, resulting in damage to her heart. (JKH 1747.)

**Exhibit 58 -  973**

82.    The final straw was Kurmanov's death in January 1934. (JKH 1858.) Kurmanov had long suffered ill-health as a result of his military service during the Revolution and World War I. (JKH 1736.)

83.    With Kurmanov's death, Evdokia's mental health deteriorated and never recovered. (JKH 1859.) She had a depressive side from childhood--a neighbor in her village noted strange aspects of her personality as a child, calling her "unsmiling Dusya." (JKH 1859.) Kurmanov's death exacerbated her troubles. (JKH 1859.)

84.    Evdokia's only child to survive infancy, Yulia, was born in 1926. (JKH 1859.) She was just 8 years old at the time of Kurmanov's death. Lacking Kurmanov's financial and emotional support, as well as his political clout, Evdokia was responsible for the care of Yulia and her mother, Aleksandra, on a widow's pension. (JKH 1860.)

## THE GREAT PATRIOTIC WAR (WORLD WAR II)

### Anna and Margarita's experiences

85.    The Soviet Union entered World War II on June 22, 1941, when Nazi Germany invaded the Soviet Union. Anna immediately went to work on the front and distinguished herself through her service as a major in the medical branch of the Soviet Army. (JKH 1692.) From June 24, 1941, through October 25, 1945, Anna worked at the frontline Infectious Diseases Hospital 860 as the Chief of the Laboratory in her capacity as doctor/bacteriologist. (JKH 2560-61.) For her military service, Anna was awarded the red star on November 4, 1944.[10] According to Margarita, she had the right to a "Capture of Koenigsberg medal" and "Victory over Germany in the Great Patriotic War, 1941-1945 medal."(JKH 2561.)

---

[10] (JKH 810-11.)

**Exhibit 58 -  974**

86.     Margarita endured harsh conditions in the war by virtue of her status as an ethnic German and a resident of Leningrad. As the daughter of a Mennonite, she was registered as a "German" in her passport. (JKH 2561.) In the 1920s and 1930s, this would not have been a problem for her because the Soviet Union and Germany were allies. But the Nazi invasion of the Soviet Union made Margarita's German identity a liability. During the war, ethnic Germans were subjected to forced labor and mass deportations.

87.     The Nazi blockade of Leningrad began on September 8, 1941, and lasted until January 27, 1944, for a total of 872 days. For that entire time the civilian population was subjected to scarcity of food and other basic amenities of normal Soviet life, shortages of water and electricity, continuous threats of artillery bombardments and air raids, and risks of decay and even breakdown of political order.

88.     The Blockade was a brutal experience that left long-lasting scars on many who survived it. For a better-studied comparison, Holocaust survivors' suffering did not end when they were freed from the Nazi death camps. Children of survivors reported that their parents would suddenly scream in the middle of the night or would be withdrawn when talking about the past, among other indications of past traumas being repressed but still having a significant negative impact on psychological well-being.[11] That Blockade survivors, including Margarita, would not talk about what they suffered and continued to suffer, does not mean that they did not suffer. One problem is that the Soviet government did not admit the possibilities of wartime trauma, nor did they take steps to provide aid to soldiers and civilians who had suffered

---

[11] Arlene Stein, *Reluctant Witnesses: Survivors, Their Children, and the Rise of Holocaust Consciousness* (New York: Oxford University Press, 2014).

28

**Exhibit 58 -  975**

significantly. (Post-traumatic stress disorder and similar psychological suffering was often coded as individual weakness or even anti-social deviance.)[12]

89.  Margarita's Fot's experiences were difficult before, during, and after the war. Her worsening health by the 1970s (see below) is unsurprising. Soviet authorities did not undertake concerted efforts to figure out how the war (and Blockade) hurt civilians' later health, as this could have been a tacit admission of the failure of Soviet policies, including health care. By the collapse of the Soviet Union in 1991, many Blockade survivors had died or were old enough it was difficult to separate the effects of the Blockade from effects of other facets of Soviet life on quality of life and health problems. However, placing Margarita into the context of Blockade suffering should reveal what she likely experienced, and from there effects on her physical and mental health.

90.  Margarita Fot lived in Leningrad from the outbreak of the war and then the Blockade, until July 1943, when she was evacuated. She returned to Leningrad in October 1945; *how* she returned is unclear and interesting, given that obtaining permission to return was difficult unless one had labor needed for the war effort or rebuilding the city (and it is unclear that she possessed requisite labor skills). This means that Margarita experienced the worst of the Blockade.

91.  Margarita was studying foreign languages at the First Leningrad Pedagogical Institute when war broke out; since she was "readmitted" to study English in 1945, we can presume she was studying English in 1941. Her studies ceased and she was assigned to do "defensive work."

---

[12] See Dale, *Demobilized Veterans in Late Stalinist Leningrad,*

**Exhibit 58 -  976**

92.     The deadliest aspect of the Blockade was the lack of sufficient food. The authorities had not prepared sufficient food reserves for a prolonged siege, and even had Moscow and Leningrad leaders wanted to prepare, logistics were a nightmare. The situation worsened when the German army closed the front lines, isolating more than three million civilians and over 500,000 soldiers inside the Blockade ring. Soldiers had priority for food, and food storage was at risk of loss to rodents and Nazis air raids (such as the September 10, 1941 bombing of the Badaevskii food warehouses). Transporting food across Lake Ladoga was risky: the lake itself is susceptible to sudden violent storms and rough waters, and ice was thick enough for truck transportation across the lake only by the end of November 1941. The use of ersatz ingredients provided marginal aid (soy, seed husks, cellulose for flour), but not enough to stem the eventual wave of mass death.

93.     In July 1941, rationing went into effect in Leningrad. Once the Blockade set in, the authorities adjusted ration levels to stretch out reserves as much as possible, even if this meant that too many civilians were not receiving enough calories and nutrients to survive. The ration policy divided civilians into four categories: 1) *Category I*: Skilled workers and engineers necessary for the war effort (e.g. in factories producing munitions and other military output); 2) *Category II*: White-collar employees and clerical staff; 3) *Category III*: Dependents (*izhdiventsy*), i.e. civilians not working (for health, age, or other reasons, including homemakers and senior citizens) or working in low-status jobs; 4) *Category IV*: Children under the age of 14. Civilians could gain additional rations for donating blood or being Party members. There were also secret rations for important personnel in the state and Party. The logic of ration categories was utility for the war effort. Category III was the worst ration category for survival.

**Exhibit 58 -  977**

94.    The state turned to reducing rations to extend meager supplies, but the regime could not bring food into Leningrad fast enough to cover even reduced consumption. On November 20 the bread ration bottomed out at 250 grams of bread for category I rations (workers essential to the war effort), and 125 grams per day for everyone else (ration categories II, III, and IV). For comparison, 125 grams of bread is approximately one quarter of a standard American loaf of bread. The picture below shows a typical bread ration in the worst period of the Blockade (plus ration cards and, at the far right, joiner's glue used in some culinary innovations).



95.    The caloric value continued to diminish as well, as bread factories turned to cellulose and other ersatz ingredients to make up for the reduced supply of flour. In the end, these rations provided from 707 to 1087 calories per day, far below average daily caloric needs (3500-4500 calories).[13] Even when the bread ration was raised on December 25, 1941, bread was difficult to find, since a shortage of electricity meant bakeries and bread factories could not

---

[13] Svetlana Magaeva, *Leningradskaia blokada: psikhosomaticheskie aspekty* (Moscow: ABTs, 2001), pp. 117, 124.

**Exhibit 58 -  978**

produce bread. The picture below is an emaciated civilian in spring 1942. This was typical.

Emaciation was so bad Leningraders sometimes had a hard time telling who was what sex.



96.     The extreme deficit of food led to another Blockade trauma: innovating with food

by consuming things that they otherwise would not have consider eating.[14] Leningraders turned

to eating dogs, cats, birds, and rats in the first months of the first winter, but the population of

those animals decline precipitously as millions of civilians starved. Other innovations included

using joiner's glue (and other forms of glue), in particular to make a form of aspic. Belts and

other leather objects were boiled to make them edible. From a distance such behavior might

seem rational for survival, but it did lead to trauma, including cases of suicides from eating cats

and post-war habits of never wasting food or buying raw meat.

97.     The most ominous "culinary innovation" was cannibalism. That cannibalism

occurred is not in doubt: many Leningraders wrote in their diaries of seeing frozen corpses on the

---

[14] Hass, *Wartime Suffering and Survival*, chapter 3.

32

**Exhibit 58 - 979**

streets, as yet uncollected by the proper authorities, visibly losing chunks of flesh every day.[15] The number of acts of cannibalism or the number of cannibals is impossible to relate with any precision, at least according to available archival materials. Some refugees from the western USSR who earlier fled the advancing German army and found themselves in Leningrad did not always have ration cards and so were at the greatest risks of starvation. They were likely the biggest source of many acts of cannibalism. While Margarita might not have engaged in cannibalism, most likely she heard rumors and would have seen corpses on the street losing flesh every day (a widespread sign of cannibalism). She might also have heard rumors of some Leningraders kidnapping civilians (especially children) and killing them to sell their flesh (marketed as non-human meat in meat pies or other culinary concoctions).[16] This would only add to the trauma of the Blockade experience.

98.     Such innovations were still no substitute for a regular supply of food. The result was a death rate of incredible proportions that added yet one more trauma to the Blockade experience, as Leningraders watched family and friends die in front of them and contemplated their own inevitable deaths. In November 1941, approximately 11,000 civilians died. In December 1941, this increased to over 50,000 civilians; over 88,000 civilians died from July to December 1941. Starvation was either the primary cause, or else weakened the body so that other afflictions became even riskier or deadlier (e.g. gastroenteritis, typhus, scarlet fever, tuberculosis, pneumonia).[17] One report listed "nutritional abnormalities" as causing 256,386 deaths in 1942.[18] Perhaps almost 100,000 civilians died in January 1942 and again in February.[19] Approximately

---

[15] Hass, *Wartime Suffering and Survival*, chapter 3.

[16] On cannibalism, see Hass, *Wartime Suffering and Survival*, chapter 3.

[17] TsGA SPb f. 4965, op. 3, d. 45, l. 3 (cited in Hass, *Wartime Suffering and Survival*).

[18] TsGA SPb f. 4965, op. 3, d. 105, l. 24-42, in A. R. Dzeniskevich, *Leningrad v osade. Sbornik dokumentov* (St. Petersburg: Liki Rossii, 1995), p. 356 (cited in Hass, *Wartime Suffering and Survival*).

[19] TsGAIPD SPb f. 24, op. 2b, d. 1322, l. 51, in Dzeniskevich, *Leningrad v osade*, p. 298 (cited in Hass, *Wartime Suffering and Survival*).

33

Exhibit 58 -  980

274,000 civilians died from January to March 1942, due to starving to death or from other related effects.[20] The monthly death rate dipped below 10,000 by August 1942.[21]

99.     The total civilian dead is not entirely clear because of problems accounting for the number of dead. At the Nuremberg trials, the Soviet government claimed 632,253 civilian deaths from starvation and 16,747 deaths from bombs and artillery;[22] historians Valerii Kovalchuk and Gennadyi Sobolev claimed the number was closer to 800,000 deaths,[23] while archivist Nadezhda Cherepenina claimed that over one million victims is not outside the realm of possibility.[24] Yet death was not only a statistic. It was *the* experience of the Blockade, and especially its first winter. Leningraders increasingly wrote about death in diaries, from the growing number of dead on the streets, to the rising traffic of people dragging corpses on sleds through the city to overcrowded morgues and cemeteries, to the deaths of neighbors and family.[25] Leningrader Gesel Gelfer wrote in winter 1942, "Leningrad is…an incubator of death. Every home, apartment, corner, fence, commons, and street screams of death, and the mark of death lies over the entire city. A city of the dead—that is Leningrad today."[26] The picture below is one of many of civilian corpses on streets, near cemeteries, in courtyards, and elsewhere throughout Leningrad in the winter of 1941-1942.

---

[20] Dzeniskevich, *Leningrad v osade*, p. 298 (cited in Hass, *Wartime Suffering and Survival*).

[21] TsGA SPb f. 4965, op. 3, d. 45, l. 2 (cited in Hass, *Wartime Suffering and Survival*).

[22] TsGA SPb f. 8557, op. 6, d. 1109, l. 1, in Dzeniskevich, *Leningrad v osade*, p. 562 (cited in Hass, *Wartime Suffering and Survival*).

[23] V. M. Kovalchuk, and G. L. Sobolev, "Leningradskii rekviem (o zhertvakh naseleniia v Leningrade v gody voiny i blokady)," *Voprosy istorii* #12 (1965), pp. 191-194 (cited in Hass, *Wartime Suffering and Survival*).

[24] Nadezhda Cherepenina, "Golod i smert v blokirovannom gorode," in John Barber and Arkadii Dzeniskevich (eds.), *Zhizn i smert v blokirovannom Lenignrade* (St. Petersburg: Dmitrii Bulanin, 2001), pp. 35-80 (cited in Hass, *Wartime Suffering and Survival*).

[25] TsGALI SPb f. 107, op. 3, d. 322, l. 9; TsGALI SPb. f. 107, op. 3, d. 322, l. 24; TsGAIPD SPb f. 4000, op. 11, d. 99, l. 19-20; (cited in Hass, *Wartime Suffering and Survival*).

[26] TsGAIPD SPb f. 4000, op. 11, d. 24, l. 9 (cited in Hass, *Wartime Suffering and Survival*).

**Exhibit 58 - 981**



100.    Rationing stabilized only after the first winter ended, by May 1942. First, mass death and the resumption (and relative success) of mass evacuations meant fewer mouths in Leningrad to feed. Second, the authorities became more creative and adept at supplying and storing food for the civilian population. This meant that the death rate finally began to drop, but this did not mean the end of food troubles. The authorities advised civilians to begin planting victory gardens in parks, on factory territory, and almost anywhere where there was space to cultivate growing cabbage, potatoes, and other vegetables. Until that harvest could arrive, the

**Exhibit 58 -  982**

authorities also advised civilians to collect and consume edible plants; diaries attest to civilians collecting various herbs and grasses, and sometimes suffering stomach ailments as a result.[27]

101.    Margarita mostly likely suffered extreme hunger during the first Blockade winter. Available documents note that she was a student in foreign languages until the war broke out. We also know that she began working as a bookkeeper in April 1942. In between July 1941 and April 1942 she performed "defensive work."[28] Defensive work often meant digging anti-tank ditches and the like outside the city or around its borders, with much of such work done in late summer 1941. Defensive work could also have meant manning air raid watches in the evenings, although there is no mention of this kind of defensive work ("MPVO" or anti-aircraft work). For this she might have received extra food, albeit not very much (enough to avoid starvation).

102.    However, this does not provide direct evidence of how much she could eat—but we can make an educated guess. Margarita did not work in a military-industrial factory, nor was she involved in other similar industrial labor. She was not working in the higher ranks of the state, and neither was her mother. It is unlikely she had category I rations. She was not working as clerical staff, and so she might not have had category II rations. She was not eligible for category IV (children's) rations. I suspect she had category III (dependents) rations—the lowest level, and during the worst of the Blockade.

103.    This might explain why she donated blood: this would bring supplementary rations and improve her chances of survival.[29] Blood donation might bring an additional allowance (every ten days) of up to 200 grams of bread, and less than fifty grams each of meat (or fish), butter, and sugar. Iouri Mikhel's cousin, Edward, confirmed this was the case, and he

---

[27] Hass, *Wartime Suffering and Survival*, p. 116.

[28] Exhibit 3138 (JKH 767-68), mother Anna's note on a photograph of Margarita; Exh 3135 (JKH 771-72), Autobiography of Margarita Fot.

[29] Exhibit 3138 (JKH 767-68), mother Anna's note on a photograph of Margarita.

**Exhibit 58 -  983**

remarked that she always seemed cold and wrapped in a blanket.[30] Blood loss, coupled with starvation, can increase lethargy and a feeling of being cold, contributing to suffering and trauma.

104.    Margarita, like the vast majority of civilians, suffered greatly from November 1941 to April 1942, when food was least available. If she had valuables, she might have traded these on the black market for extra food, although nothing in materials suggests she had that much to trade (e.g. gold watches and the like). We cannot discount that her mother sent her additional food from the front. One constant from the Blockade was soldiers visiting families and relatives in the cities to bring them extra food, or sending extra food with comrades who were making a trip to Leningrad. Perhaps her mother even visited her on occasion. This would have helped survival, but it would not have alleviated the suffering of intense hunger.

105.    Margarita lived at Red Communications Street 17/5 (ulitsa Krasnoi Sviazi 17/5), which today is named Vilenskii Lane (Vilenskii pereulok). Available data suggest this was at her stepfather's address.[31] He was in the Red Army from 1941 until 1943; whether he visited is unclear, and none of the materials I examined suggest he lived or appeared here at any time during the Blockade. Anna Fot spent most of the war at a medical facility near the front. Who did Margarita live with at this time? Her mother writes with a sense of pride that Margarita lived alone at this address for the entire time she (Anna) was away at the front: from June 24, 1941, until October 25 1945.[32] It seems Margarita was living alone, and this would have only increased her suffering: one survival strategy was for families or groups to divide up labor: a mother might

---

[30] Interview with Edward Mikhel. (JKH 802-06.)
[31] This might have been a marriage of convenience. I see no evidence of Margarita's stepfather in her life.
[32] Exhibit 3138 (JKH 767-68), mother Anna's note on a photograph of Margarita.

37

**Exhibit 58 - 984**

go to work or bakeries for food, while a sister or daughter might go to other stores or the black market for additional food.



106.    This location is potentially significant regarding traumas Margarita suffered in the Blockade. First, the architecture and structure of this address is not conducive to a positive psychological condition. I have walked past this area many times when I lived nearby in summer 2016, May 2018, and May 2019. The buildings are of a common type from the pre-Revolutionary era: the buildings surround courtyards that do not allow much sunlight, such that these building complexes are perpetually gloomy. (One a joke is that such surroundings drove Raskolnikov to commit murder in *Crime and Punishment*.) Second, this address is 30 minutes by foot, in a not entirely direct manner, from Smolny, the headquarters of Leningrad authorities and one of the more important targets of German air raids and artillery. (Industrial districts were hit worse.) Margarita likely suffered long evenings in air raid shelters or facing the violence of explosions nearby; certainly she would have heard loud explosions many times.

**Exhibit 58 -  985**

107.	The following picture shows the incidence of bombings from 1941 to 1943. Note that Margarita was close enough to Smolny to fear for her life during air raids. We have no data on how Margarita herself suffered through the shock and terror of air raids, but other Leningraders have left impressions. For example, on October 12, 1941, worker Olga Epshtein wrote in her diary, "Everyone was sitting at the table and eating. I was lying in bed. Suddenly there was banging. Everyone started to run. Everyone stumbled at the door and fell. The lights went out. The windows and doors flew open forcefully. I was lying on the ground neither alive nor dead. When everyone came to their senses out of horror, we all understood that a high explosive bomb had fallen nearby. Two homes were destroyed."[33] Epshtein lived in a district that suffered fewer air raids than the district where Margarita lived. Most likely she, like Epshtein, wondered when a bomb would fall on her or her abode.

---

[33] Olga Ephstein's diary is at the Central State Archive of Literature and the Arts of St. Petersburg; I have photographs of the diary in its entirety, from which this passage is taken.

39

**Exhibit 58 -  986**



Exhibit 58 -  987

108.    When war broke out in June 1941, the NKVD increased its efforts to seek and find "counter-revolutionary" and similarly dangerous people in Soviet society. Whether those under suspicion or accused of treason or general "anti-Soviet" behavior were truly complicit is not always clear, but coming under suspicion, individually and collectively, was often enough to trigger some form of state sanction. In the first months of the war, the NKVD rounded up people from ethnic groups and nationalities considered to be possible risks. This included people of Finnish and German descent,[34] although not everyone with a hint of German extraction was under suspicion or persecuted. Further, knowing foreign languages could be a boon or risk: such a person had skills that might be useful to the war effort (e.g. for propaganda), or that might allow that person to work as a spy. How the police and other civilians might react to this was somewhat random, although there was usually some initial suspicion, even if marginal.[35] In the USSR overall, Stalin's regime saw little difference between Soviet citizens of German heritage and the Nazis of Germany proper. Soviets of German extraction were treated with suspicion, and in various waves were sent to Kazakhstan and Siberia to work on collective farms, and in other waves to work in NKVD labor camps at industrial sites.[36] Margarita did not seem to suffer this degree of persecution, but she certainly would have been aware that a similar fate could befall her.

109.    In this context, that Margarita studied foreign languages (even if she studied English, not German) and was of German extraction make it possible that she suffered additional insecurity and stress. In her autobiography, Margarita was adamant that she was "ETHNIC

---

[34] See archival file TsGA SPb f. 7179, op. 53, d. 49.

[35] See archival file TsGALI SPb f. 107, op. 3, d. 402, for one such account.

[36] J. Otto Pohl, "The Persecution of Ethnic Germans in the USSR during World War II, *Russian Review* vol. 75 (2016), pp. 284-303.

Exhibit 58 - 988

RUSSIAN," and that the designation "German" national in her passport was meaningless.[37] Why she stressed Russian identity and the irrelevance of German heritage suggests that this remained a sore memory—but why? One possibility is that anti-German sentiment, then and afterwards, was strong enough that they felt self-conscious about this part of their family history. Another is that Anna, Margarita, or both felt some threat from their German heritage—even if being "German" was no more than their surnames.

110.    Thus, it is plausible that this adamant rejection of German heritage points to more than an annoyance with a legal nicety in a passport. It might point to another source of trauma. Anna, Margarita, or both might have truly feared—and for good reason—they would be harassed or even repressed, or even that they were approached and questioned about their heritage and loyalties. Given suspicion that spies were ubiquitous ("spymania") inculcated in the population before the war and that emerged in the first months of war, we cannot discount that one additional source of nervousness and even trauma was the fear of being labeled a "spy."

111.    Not long after war broke out, Soviet Germans were mobilized into labor armies or subjected to deportation to remote and inhospitable parts of the Soviet Union. This persisted in 1942 and would have provided another source of threat to Margarita's well-being (under duress as it already was at this time).

112.    Margarita's autobiography (JKH 2561) explains the following about her wartime experience: From May 1941 to April 1942, she worked to defend Leningrad. From April 10 to July 1942, she was an accountant at Enterprise No. 357 (at 17/5 Krasnaya Svyaz Street), although it is not clear what work was involved here. We should assume that as clerical staff, she received category II rations, which did not guarantee survival. From September to December

---

[37] Exh 3135 (JKH 771-72), Autobiography of Margarita Fot. Emphasis in the original.

**Exhibit 58 - 989**

1942 she worked as a bookkeeper in the Financial Department of the Second Regional Warehouse in the Smolninskii district. While this means she most likely still had category II rations, this particular place of employment raises a question that available data cannot answer: Was she able to participate in shadow trade to survive? (Recall that some employees related to food storage and distribution participated in rings of food theft and resale and could partake in profits or some of the stolen food.) Had she participated, this could have helped her consume more food—but it is not clear that she did so. Bookkeepers were important to such rings of theft and shadow trade, so this was a possibility.

113.    From December 10, 1942 to April 10, 1943, she was part of the defense at unit 55798E as a "soldier." She was released in an order from the Smolninsky District Council. On April 16, 1943 through June 1943, she was a student at the No. 1 Leningrad Feldsher Training School. From June 1, 1943 to July 3, 1943, she harvested peat. On July 4, 1943, she was evacuated to the Vologda region, where Anna grew up. There, she lived with her grandmother, Alexandra Semyonovna Tsvetkova. She lived in Kaduisk district, Nikolskoye village. She worked on a collective farm. She also donated blood. On a photograph, Anna wrote that Margarita donated 10 liters of blood to the Soviet army. (JKH 494, 744.)

114.    In July 1943 Margarita was evacuated to her mother's hometown of Nikolsk, Vologodskii oblast, where she lived with her grandmother.[38] Nikolsk was a small administrative center in a rural region. It is over 1000 kilometers from St. Petersburg (Leningrad). Today there is no train line into Nikolsk, and it is possible this was the case in 1943. This journey might have meant a long, slow train ride to Moscow and then to Vologda, and from there via bus or similar transport. Such travel would have been a trauma of its own: a long, slow trip of several weeks

---

[38] Exh 3135 (JKH 771-72), Autobiography of Margarita Fot.

43

**Exhibit 58 -  990**

(up to a month is not inconceivable), in a cold, dirty train wagon and other forms of transportation, with few amenities and little food for the journey, with weaker passengers dying along the way from complications of Blockade suffering.

115. In Nikolsk Margarita occasionally donated blood and worked on a local collective farm, which was not unusual for Leningraders evacuated into the hinterland. This was hard work but also meant relatively more food than she ate before.

116. The Blockade ended in January 1944, when the Germans were driven away from the city and the Red Army began its march towards Berlin. Returning to Leningrad was not an easy task, however, and there were many restrictions. Because the authorities needed to rebuild the city's infrastructure and industry and contribute military output for the war effort, the state restricted entry to the city to necessary industrial workers (often without their families) in 1944. Attempts to enter illegally were numerous, such that the police inspected trains and stood guard at various train stations to check for proper documents or to investigate officials taking bribes. By 1945 restrictions began to ease, making it possible for civilians evacuated from Leningrad to try to return. As a student whose studies had been interrupted by the war and evacuation, Margarita would have had a reasonable argument for eventual permission. In October 1945 she did return to Leningrad, resuming her studies at the No. 1 Leningrad State Pedagogical Institute of Foreign Language. (JKH 2561.)

117. Margarita had survived, but at a cost. To give some idea of the degree of trauma and its effects on behavior, here are a few comments and observations by other Leningraders who went through the Blockade and discussed it in diaries or recollections later:

118. "I am afraid of the next world. I have sinned and I will burn for it. I once asked a priest this: Do you know the story…about the woman who had two little daughters? One of them

**Exhibit 58 - 991**

died. She put the little girl on the sill in between the double window panes. And there she lay all winter, in the cold. Her mother kept cutting off small pieces of her flesh. She made soup with them for her other daughter. It is sinful to eat that meat? I asked the priest. Is it forbidden? Or is it love? Of course I would say: Love. But he said: Cannibalism is forbidden. I said: How can you judge…what is sinful and what is not, in this world? I don't understand."[39]

119.    "At first it was unpleasant to have a corpse in the home, but then I was able to convince myself that the dead are not frightful—the living are frightful…(cannibalism had already appeared at that time)…[they leave bodies] in stairwells and on streets in the darkness, they were hacking [body parts] of those who had frozen to death—and this in the twentieth century!)"[40]

120.    "No one buried anybody. The sense of kinship was lost. It was even surprising that no one cried when others died, but on the contrary, they were even happy in their hearts because they [the living] had stopped suffering! There were even cases of such people, as when a mother was happy that her child died and left its ration cards behind. She did not bury that child immediately, and she used those ration cards because otherwise you needed to turn them over once the person had died. That is, the feeling of hunger brought people to such a state that kindred feelings disappeared, people turned—into what I do not know."[41]

121.    These brief quotes should relay the context Margarita suffered, especially how the degree of trauma could cauterize human beings and burn away senses of social norms. She would try to remake some degree of a normal life and have some success, but the trauma of the Blockade could not be erased entirely.

---

[39] From the film *900 Dagen*, directed by Jessica Gorter (Netherlands: Zeppers Film & TV, Interkerkelijke Omroed Nederland, 2012), cited in Hass, *Wartime Suffering and Survival*, p. 126.

[40] TsGAIPD SPb f. 4000, op. 11, d. 51, l. 25, cited in Hass, *Wartime Suffering and Survival*, p. 256

[41] TsGALI SPb f. 107, op. 3, d. 341, l. 16, cited in Hass, *Wartime Suffering and Survival*, p. 271.

**Exhibit 58 - 992**

**Evdokia and Yulia's experiences**

122.   Evdokia and her daughter Yulia spent World War II in Moscow, cold, hungry, and fighting for survival. (JKH 1860.) A reference provided by her neighbors states that she did not leave the city of Moscow during the Great Patriotic War--she stayed behind, "participated in the defense of Moscow, organized evacuations, and all activities, in fire safety -- checking posts from 1 AM to 4 AM." (JKH 1709.)

123.   Evdokia writes the following of this period of time: "In 1940-41, the war begins …I am assigned to volunteer fire defense, I must check 28 positions at night, from 1 - 4 AM. I would sometimes bring my 13-year-old daughter with me. I help evacuate children. Winter 1942. I take a 6-month class cooking sorrel, mushrooms, berries, and medicinal herbs with Young Pioneers of Moscow. 120 in the woods. We are saving children from hunger, scurvy, one summer I take 6 families, 80 people. Provided 2 people with food and preserved food for the winter. While saving children twice, I almost die of food poisoning. 1943 I organized schools in hospitals for children whose parents had tuberculosis. One in Moscow, one in Zvenigorod. Children were stressed and ill, they'd bite the doctors, but they loved me. And here is how wonderful my daughter and I looked, skin and bones, we did embroidery, making banners. In 1945, having crippled myself working with children, and trying not to starve, I was ill and walked with kids every day 20-30 km through the forests, and in the hospital schools, we would work for up to 16 hours per day and more." (JKH 1748 (Evdokia's memoir).)

124.   Evdokia's apartment suffered serious damage during the war. As of 1950, her apartment still had not been repaired; her bathtub had been destroyed and not replaced, and her water heater was taken and not replaced. (JKH 1710.)

46

Exhibit 58 - 993

125.    After the War, Evdokia suffered a number of mental health and medical problems. (JKH 1860, 1748 (Evdokia's memoir).) After several surgeries in 1946, her health had deteriorated enough that she chose to be admitted to a hospital "near the crematorium so it would be easier to bury me." (JKH 1748.) In 1947, the Medical Disability Commission designated her as a Group II invalid on account of her mental health diagnosis of "involutional depression" or "age-related depression." (JKH 1860; JKH 1701-02.) Invalids received some social provision on account of their disabilities, but "invalid" also carried social stigma reinforced by the regime's official attitude towards people with disabilities. Pensions for group II invalids were too little to live on even in a socialist system; aid usually consisted of wheelchairs or artificial limbs of low quality, and psychological aid was nonexistent.

126.    Evdokia Kurmanov's personal writings and correspondence are stored at the Cherepovets Musuem and the Cherepovets Archive. These shed light on her deteriorating mental state in the years after the war. (JKH 1860.) These documents are filled with complaints of her ill health, depression, and premonitions of death. Evdokia lodged complaints in all directions, including to party bigwigs and Stalin himself. (JKH 1860.) Her letter to Stalin complained of the conditions in her Moscow apartment, a frequent refrain in her correspondence. (JKH 1861.)

127.    Like both of her parents, Yulia, Evdokia's daughter, suffered ill-health, likely as a result of or at least compounded by her experiences during World War II. Yulia suffered from rheumatism at the young age of 34. (JKH 1736.) Anna maintained ties with Evdokia after the War. But given Evdokia and Yulia's fragile health, they were not well-positioned to provide meaningful support to Anna, Margarita, or Margarita's children.

**Exhibit 58 -  994**

**THE MIKHEL FAMILY'S POST-WAR EXPERIENCES**

**Margarita and Gherman's marriage**

128.    Margarita Genrikhova Fot and Gherman Mikhel married after the war, on August 11, 1946. (JKH 490.) At that time, Margarita was in her next-to-last year of undergraduate study, as a student of foreign languages. (JKH 2547.)

129.    As of July 23, 1945, Anna was certified by the Military Medical Commission as "physically limited" with a second-degree disability. She was diagnosed with "cerebral pre-sclerosis with hysterical reactions." (JKH 1643.) Her disability status was renewed again on March 22, 1946 for a six-month period. The medical disability commission diagnosed her with "sclerosis of brain vessels with psychiatric disorders," "subacid gastritis," and "myocardial dystrophy." (JKH 1644.) Anna underwent psychiatric treatment in the years after the war. (JKH 1641 (note in Margarita's personal file.)) Like Evdokia, Anna received group II invalid status, with the same inadequate provisioning and risk of social stigma.

130.    Both Anna and her mother, Alexandra, lived with Margarita, who, although still a student, was tasked with caring for her ailing mother and grandmother. While Margarita was a student in the English Department, she wrote the following note to the director of her program: "When assigning graduating students to worksites, please consider my family situation. . . . My mother, A.N. Fot, is a former Major of the Medical service and a decorated Group II disabled veteran of the Patriotic War. She is at [illegible] and is being treated at the psychiatric [illegible], Smolninsky district. She . . . needs constant observation. In addition to a mother, I have a grandmother, born in 1862, who also in addition to material assistance, needs caretaking. There is nobody but me who can provide help, care, and supervision." (JKH 1641.) Margarita was in her mid-20s when she was tasked with these serious responsibilities.

**Exhibit 58 -  995**

131.    Gherman, Margarita, Anna, and Alexandra shared a single apartment with Gherman's brother, Vladimir. Vladimir's family lived in one room, and Gherman and Margarita's family lived in the adjacent room. (JKH 2548.)

132.    Margarita graduated from language school in 1948, and from then until her death, she taught German and English language classes. (JKH 2547.) She worked at the same school for over twenty years, until 1972, when she transferred to the Secondary School No. 476. She left this job just a year after her transfer, in 1973. (JKH 1694.)

133.    Gherman and Margarita's first child, Vladimir, was born in 1950, when Margarita was 31 years old. (JKH 489, 803.) In Edward Mikhel's view, Vladimir was a nice child, but also "spoiled" and lacking in ambition. (JKH 803.)

**Iouri Mikhel's childhood**

134.    Margarita and Gherman had their second child, Iouri, in 1965. Margarita was 45 years old and Gherman was 54.  Margarita's pregnancy was unexpected, given her advanced age, and by the time she found out she was pregnant, it was too late for a termination. (JKH 2548-49.) Margarita continued working through her pregnancy, teaching at a school for working youth (School No 28 of Zhdanovsky District). Gherman also worked, earning a monthly salary of 50 rubles. (JKH 2007.) Margarita's salary would have been below the national average, as teachers and other "service" personnel were not well remunerated for their labor. However, Margarita could have taught English on the side (a form of widespread *nalevo* labor) to earn additional unreported income. Such a "shadow wage" would not have been significant, however.

135.    The average wage in 1965 was 97 rubles per person per month, or 194 rubles monthly for two working parents. The "poverty line" (a phrase not used)—the minimum monthly

**Exhibit 58 -  996**

income for a family of four —was approximately 51 rubles per person per month in the 1960s.[42] (This measure did not change much in decades to follow, because prices remained artificially stable until the late 1980s.) We can speculate with some confidence that family income left the Mikhel family at the lower end of the Soviet socioeconomic spectrum. Health care, education, public transportation, and other forms of social provision were state funded, and so the Mikhel family was not in the same desperate situation of want as similar families in the West. However, the quality of social services was uneven at best. Food and clothing consumed around 75% of the average income; the Mikhel family would have been able to eat, but not to eat well.

136.    While it was her second live birth, this was Margarita's fourth pregnancy. (Available medical records do not specify whether Margarita miscarried or terminated the other two pregnancies.) Pregnancy was hard on Margarita's body: Iouri's medical records note her morning sickness and varicose veins. (JKH 2007.) A note dated January 13, three months before Iouri's birth, says that Margarita "has no appetite." (JKH 2007.)

137.    Iouri was born full term on April 9, 1965. He was breast-fed as an infant. (JKH 2012.) Notes from a doctor's home visit describes the overall conditions of Margarita and Gherman's living space just after Iouri's birth. Their apartment was 22 square meters and sufficiently cluttered to warrant the following note in Iouri's medical file: "[T]here is no space for the crib. The room is clean, filled with items." (JKH 2007.)

138.    At age four months and 26 days, Iouri was left in the care of his elderly grandmother, Anna. Margarita returned to work. (JKH 2021.) Per his cousin Edward, Margarita and Gherman were unable to pay much attention to Iouri under the circumstances they faced: working long hours to make ends meet and caring for Anna at the same time. (JKH 2549.)

---

[42] See Herbert Ellison, Bradford Johnson, and Evan Raynes (eds.), *The Quality of Life in the Soviet Union: A Conference Report* (Washington, D.C.: Kennan Institute for Advanced Russian Studies, 1984).

**Exhibit 58 -  997**

139.    In his first year of life, Iouri experienced only minor health issues. Treatment notes from an October 19, 1965 clinic visit state that Iouri's condition was "satisfactory" overall, but indicate that his mother was feeding him incorrectly: "too many feedings with porridge." (JKH 2025.) Treatment notes from January 1966 state, "The boy looks somewhat overweight," and "overfed." (JKH 2032, 2033.) His first-year medical history summary states, "Feeding was done not correctly, resulting in excessive weight gain; 1300 grams in 1 month." (JKH 2047.)

140.    Iouri began to experience serious illness at age 1. Starting in 1966, Iouri experienced extended periods of poor health, suffering from long bouts of pneumonia[43], ear infections[44], and acute respiratory infections[45]. As a result of these conditions, Iouri endured repeated, lengthy hospitalizations throughout his childhood.

141.    Iouri was hospitalized at the Children's Hospital of Smolninsky District from January 2, 1967 to February 3, 1967, with a diagnosis of chronic bilateral localized pneumonia, class 1. (JKH 2088.) He was hospitalized from March 25 to April 18, 1967, again for chronic pneumonia. (JKH 2091.) At age 2, he was hospitalized again for chronic pneumonia, from May 3 to May 13, 1967. (JKH 2093.) An adenectomy was also performed. (JKH 2093.) At age 3, he

---

[43] Medical records indicate diagnoses or treatment for pneumonia in November 1966 (JKH 2077), December 1966 (JKH 2083), December 1966 (JKH 2086, noting bilateral multifocal pneumonia), March and April 1967 (JKH 2091, resulting in hospitalization), May 1967 (JKH 2093, resulting in hospitalization), October 1967 (JKH 2095, noting "under regular care for chronic pneumonia"), November 1967 (JKH 2109), January 1968 (JKH 2110), October 10, 1968 (JKH 2117), November 1968 (JKH 1998), May 1969 (JKH 2000), November 24, 1969 (JKH 2147), December 3, 1969 (JKH 2148), March 1970 (JKH 2005), January 1971 (JKH 2001), October 1971 (JKH 2181), February 1972 (JKH 2198), September 1972 (JKH 2002), October 1972 (JKH 2211), March 1973 (JKH 2002), October 1973 (JKH 2002), March 1974 (JKH 2002), April 1974 (JKH 2236), and September 1977 (JKH 2267, 2271).

[44] Medical records indicate diagnoses or treatment for ear infections in April 1966 (JKH 2041), May 1966 (JKH 2044), September 1966 (JKH 2049-51, JKH 2057), October 1966 (JKH 2063, 2070), November 1966 (JKH 2073), January 1969 (JKH 2000), May 1969 (JKH 2000), December 1969 (JKH 2005, 2149), February 1970 (JKH 2005, 2158-59), January 1971 (JKH 2001), February 1972 (JKH 2001), May 1973 (JKH 2002), March 1974 (JKH 2005), and September 1975 (JKH 2002).

[45] Medical records indicate diagnoses or treatment for respiratory infections in October 1966 (JKH 2063), December 1969 (JKH 2005), November 1966 (JKH 2076), December 1969 (JKH 2152), March 1970 (JKH 2156), February 1971 (JKH 2001), March 1971 (JKH 2090), December 1971 (2001), January 1972 (2001), April 1974 (JKH 1999), February 1975 (JKH 1999), January 1976 (2256), April 1977 (1999), September 1977 (JKH 1999, 2005, 2264-65), February 1978 (JKH 2005, 2277), May 1978 (JKH 2008), November 1978 (JKH 2008, 2281), and January 1979 (JKH 2008, 2283).

51

**Exhibit 58 -  998**

was hospitalized from March 29 to April 17, 1969, undergoing treatment for bilateral pneumonia, a viral infection, laryngotracheitis, and mild bronchitis. (JKH 2129-31.) At age 5, he was hospitalized from February 22 to March 21, 1971, due to bilateral multi-focal pneumonia and an ear infection. (JKH 2170-71.) He was hospitalized the following year, from February 15 to 25, 1972, for exacerbation of chronic right middle ear infection. (JKH 2199-2200.) Then, in September 1974, he underwent surgery for appendicitis. (JKH 1983, 2244.)

142.    To contextualize this narrative, Soviet health care at this time lagged behind that in the West.[46] While medical care was cheap or free in the Soviet welfare state, this did not always translate into *quality* of care. Actual provision was labor-intensive, with little upgraded technology to aid diagnoses or care. Procedures for sterilization, for example, were far from efficient in the 1990s, let alone the 1970s and 1980s (i.e. use of ultraviolet radiation). "Bedside manner" as a rule was more a matter of authority and rudeness than empathetic attempts to understand the patient's needs. Doctors and medical staff were among the lower-paid Soviet professions, suggesting that talented Soviets sought other better-paying jobs (e.g. engineers).[47] Diagnoses were made without in-depth study. Such provision, akin to triage medical care, was sufficient for usual ailments for much of the population, especially in an urban center such as Leningrad. As well, the quality and provision of medical care was stratified—Soviets in higher-status institutional positions (work, Communist Party, etc.) or with the means to provide doctors with additional remuneration generally received better care. Without additional means (money or networks in the medical field), the Mikhel family would have received only basic care at best. It

---

[46] Katherine Eaton, *Daily Life in the Soviet Union* (Westwood, CT: Greenwood Press, 2004).

[47] Evidence of this is that *women* were overrepresented in the medical profession in the last decades  of the USSR; they made up approximately 70% of doctors. In a sexist society—which the USSR was—men crowded women out of better-paying and higher-status professions, leaving them jobs that had lower status, less pay, and worse working conditions. See Paul Starr, *The Social Transformation of American Medicine* (New York: Basic Books, 1982).

**Exhibit 58 -  999**

is possible that Iouri's childhood conditions would have received cursory investigations and allowed to develop too long before treatment. In general, it is a safe assumption that Iouri received substandard care relative not only to medical care in the USA and the West, but also relative to Soviets whose families were better off and had connections to obtain better attention for better-qualified staff in better hospitals and clinics.

143.    In addition to these periods of hospitalization, Iouri also experienced extended windows of separation from his parents: he was placed in group care settings from infancy, and routinely stayed in boarding kindergartens and nurseries, even while sick with pneumonia. These placements were necessary because Margarita and Gherman experienced financial hardship throughout Iouri's childhood, and because Anna, who was elderly and sick, also needed their attention. (JKH 2549.) Margarita and Gherman worked six days a week, Monday through Saturday. (JKH 2549.) As a result of their strained circumstances, Margarita and Gherman sent Iouri to a 24-hour boarding nursery, then to boarding kindergarten. Iouri's extended periods of separation from his parents are documented throughout his medical records. A treatment note, from a clinic visit in December 1966, states as follows: "Boy is being assigned to overnight day care because mother is at work all day. The boy is staying with grandmother and another elderly with health conditions." (JKH 2083.)

144.    Treatment notes indicate that Iouri experienced head trauma and possible neurological issues in childhood. In 1967, doctors recommended that he "follow up with [a] neurologist for [his] 'rocking' habit." (JKH 2088.) In March 1967, just shy of his second birthday, he suffered a "febrile seizure." (JKH 2091.) In May 1975, he fell off a bicycle, injuring his head. He was treated for a concussion at Raukhfus Children's Hospital. (JKH 2255.)

**Exhibit 58 -  1000**

145.    Medical professionals treated Iouri with a wide array of medication for his ailments, including penicillin, tetracyclin, gamma globulin, and sulfadimezine. (JKH 2044, 2049, 2054, 2055, 2057, 2074, and 2076.) In addition to his medication, medical professionals recommended "tempering" or "toughening" treatments for Iouri. This was quite common in the Soviet Union. "Soviet baby books often systematized this preparation of the child for a life of discipline and self-restraint according to the collection of techniques and procedures known as 'tempering' (zakalivanie), which involved bathing with cold water and exposure to fresh air -- including cold air." (Catriona Kelly, *Children's World: Growing Up in Russia, 1890-1991* (New Haven: Yale University Press, 2007); JKH 3311.) Iouri's pediatric medical records are replete with such recommendations. A note from January 17, 1966, recommends that Iouri should "sleep with open window." (JKH 2032.) Note that the average winter temperature in Leningrad/St. Petersburg for winter months ranges from 16 – 26 degrees Fahrenheit. His treatment plan for chronic pneumonia included "strengthening, desensitizing treatments," "toughing up," and "toughening up." (JKH 2119, 2175.) At some point in elementary school, according to former teacher (later deputy principal) Margarita Dorchenko, Iouri missed an entire year of gym class, which was unusual and indicated some non-trivial illness (details about which she could not remember). (JKH 2998.)

146.    Around this time, Margarita lived with her mother, her grandmother and Iouri in an apartment on Krasnoy Svyazy street. Gherman remained at the old apartment, with his brother Vladimir and his older son (also Vladimir). (JKH 2551.)

147.    Gherman and Margarita were strict parents. Iouri told Marina Karagodina (his girlfriend at the time of the capital offense) that his father used to beat him for getting bad marks

**Exhibit 58 -  1001**

in school. (JKH 2783.) Per Karagodina, Mikhel's mother "wasn't cruel but she didn't . . . like him much." (JKH 2783.)

**Gherman and Anna's illness and death.**

148.    Gherman was diagnosed with prostate cancer when Iouri was still a boy. (JKH 2551.) At that time, Gherman was working as the chief of mechanization at an engineering company. (JKH 2551.) Per Craig Haney, "He apparently was essentially incapacitated for a period of time before he died, but he was in serious medical condition long before that and was unable to work." (JKH 952.)

149.    On March 31, 1977, Gherman died. (JKH 1187.) Iouri was 11 years old at the time.

150.    Iouri's mother Margarita was also in poor health, having lived through the Siege of Leningrad. Per Edward, her poor health was aggravated by the death of her husband. (JKH 2551.) Then, just two years later, on March 24, 1979, her mother Anna passed away too. (JKH 807.) Anna's death certificate lists "sclerosis of the brain vessels" as the cause of death.[48]

151.    These traumatic events impacted Iouri. At age 14, Iouri "missed school for three months in the fall of 1979. His father had died by this time and his mother did not pay any attention to the fact, which shows that he had been practically **left on his own by this time."** (JKH 3083.) Per Dr. Elena Zdravomyslova's notes, Iouri "was expelled and had to leave the school in the middle of the academic year, which was quite atypical for the Russian school." (JKH 3083.)

---

[48] JKH 3026-27, A Fot Death Cert (L. Bryans translation).

**Exhibit 58 -  1002**

152.    Iouri was admitted to a new school, School No. 154, in January 1980. He finished the 8-year course in June 1980. (JKH 3083.) He later had some training in furniture repair (JKH 3016).

153.    After graduating from secondary school, Iouri worked with his brother Vladimir in a photo shop. (JKH 2552.) Although she had retired from teaching school, Margarita continued to work as a private tutor, giving lessons to high school and college students. (JKH 2552.) Working in retirement was common as pension payments were meager. (JKH 2552.)

**Margarita's visit to Germany**

154.    At some point in the 1980s, Margarita visited relatives in Germany. (JKH 3009.). She did so at Iouri's insistence. She had saved up money for some time; Iouri insisted that she get a passport for foreign travel and visit her relatives. She had a lot of relatives in Germany who had been forced into exile during World War II. Germans were persecuted, forced into exile in the Volga, Kazakhstan, other remote regions. As Iouri's former girlfriend, Natasha Alifanova, reported, "At a certain point, relatives were allowed to emigrate because they wanted to, and Margarita . . . always wanted to stay in Russia." (JKH 3009.) Margarita escaped such persecution in part because of her lifelong efforts to conceal her ethnic origins. According to Alifanova, "She felt her whole life that she was proving that she deserved to be in Russia and to be Russian." (JKH 3009.)

//

**Exhibit 58 –  1003**

**Iouri's older brother, Vladimir**

155.    Iouri did not have a close relationship with his only sibling, Vladimir, who was fifteen years older than him. There is very little documentation reflecting that he was an active presence in Iouri's life as a young child.

156.    Vladimir served in the Soviet army in the late 1960s. Iouri estimates that he was about 5 years old when his brother came out of the army (approximately 1970.) (JKH 3022.) Military service was a turning point in Vladimir's life. After his military service, Vladimir became an alcoholic and had little contact with the family. (JKH 3084.)

157.    Conscripts faced harsh conditions in the Soviet army. There was "never enough money to feed and equip the armed forces properly," a function not only of the limited budget for the military, but also as a result of "the national belief that the Soviet solder, like the Russian soldier before him, can endure any kind of hardship." Yitzak Tarasula, *A Profile of the Soviet Soldier*, Armed Forces & Society (Sage Publications, 1985); (JKH 3330-31). The military draft replicated existing social inequalities in Soviet society. "Because university students are exempted, relatively few men from the families of the intelligentsia and government and party officials are drafted. Thus there is a disproportionately high percentage of children of peasants and workers. Indeed, military service is far from universal, and all are well aware of this." (JKH 3330.) Soviet soldiers were given little training and stationed in geographically remote locations, far from their families. Housing consisted of poorly ventilated, underheated and crowded quarters, with primitive plumbing and no hot water. "It is not uncommon to see a hundred or more soldiers sleeping in an overcrowded, undivided room with three levels of bunks." (JKH 3331.) These conditions have ideological implications. "[I]n Soviet military units the supremacy of the collective over the individual is constantly emphasized. This elevation of the group over

57

Exhibit 58 -  1004

the individual, although rooted in Soviet ideology as a result of the revolution, also has its genesis in the fact that privacy has always been suspect in Russian culture." (JKH 3335.)

158.    Alcoholism was "rampant" in the Soviet army, "dwarfing the drug problem faced by the United States armed forces." Lee Aspin, "The Soviet Soldier," The New York Times, June 8, 1982 (JKH 3305). According to a survey of 113 Soviet emigres who had served in the military, more than 53 percent of survey respondents reported that someone in their unit had attempted suicide. (JKH 3304.)

159.    Physical and other abuse of recruits was also commonplace—this was (and remains) the infamous *dedovshchina*. Kirill Podrabinek, a conscript who served in the Soviet army in the 1970s, described these conditions in a letter he smuggled out of the Soviet Union to emigres in West Germany. According to Podrabinek, troops were beaten upon arrival in order to "instill terror right away." (JKH 3305.) *Dedovshchina* in its various manifestations could include physical beatings, sexual abuse, use of soldiers as free labor to build dachas or to carry out other such tasks for officers, and so on. In general, *dedovshcnina* was an abusive attack on recruits' dignity and an important reason why those who could, avoided the draft. Legal means included enrollment in an institute of higher education. An illegal but widespread strategy was bribing a doctor for "proof" of a medical ailment that would lead to deferment. Bribing draft boards was another possibility. Changing addresses, so that a summons would not reached the potential draftee, was a long-shot but also possible strategy. In the absence of these possibilities, the potential draftee was left with dodging the draft or entering into military service.

160.    Vladimir returned from his military service a changed man—unsurprising, given the experiences of the average Soviet recruit. Vladimir's military service left an indelible mark on his mental health, straining his relationships with his family and friends. His remaining years,

**Exhibit 58 -  1005**

leading to an early death in 1996, were tumultuous--marked by failed romantic relationships, illegal employment in the black and gray markets, and his ongoing substance abuse.

161.    Vladimir married his first wife, Svetlana, in 1974. (JKH 2509.) They divorced two years later, in February 1976. (JKH 2510.) His second marriage, to Alla, also did not last. (JKH 489.) After yet another divorce, he married his third wife, Galina, in 1981. (JKH 2511.)

162.    Vladimir made his living in the shadow economy. We do not know the scale of the shadow economy with great precision, but we know its scale grew over time, especially during the Brezhnev years (mid-1960s to early 1980s). The shadow economy was economic activity outside the purview of the formal command economy, in which most economic activity was governed by the state. Many forms of shadow activity were relatively banal, such as moonlighting (e.g. when electricians or plumbers would do work after hours for renumeration in rubles or in kind, such as vodka). Other forms of shadow activity were closer to "criminal" activity, such as stealing from the state (especially one's workplace) and exchanging such gains on the side in rubles or in kind. (A classic example is store clerks stealing meat to trade or sell.) More serious forms of shadow activity were considered "corruption," as they involved large sums of goods and cash, took place at industrial enterprises or similarly large organizations, and involved higher levels of management. As a rule, activity that was non-trivial, evaded taxes, and involved some theft of state property was considered more serious. This said, any such autonomous activity could potentially be construed as "illegal."  No less important, the coexistence of the shadow economy alongside the formal economy contributed to an erosion of norms of legality in the late Soviet era (dovetailing with other dynamics, such as constant propaganda and awareness of patronage, corruption, and nepotism).

**Exhibit 58 -  1006**

163.    In the early 1980s, Vladimir worked in a black-market photo shop. As a teenager, Iouri started working in the photo studio with Vladimir. (JKH 1126.) As noted, this was not unique to these brothers, but this was still risky behavior. That Vladimir brought Iouri into such shadow market activity at a formative age meant that Iouri was more likely than others to turn to such action as a survival strategy later in life. Iouri also worked in the shadow economy as an informal cab driver, making short-range drives for "customers" and bribing police officers who pulled him over for driving before the legal age to do so (JKH 3022). This provided Iouri additional early experience with the shadow economy and how such activity was not so rare or abnormal in the last years of Soviet socialism.

164.    Iouri cut all ties from his brother around 1982. (JKH 3022.) Iouri's former girlfriend, Natasha Alifanova, recalled that Iouri's mother used to tell her she wanted no contact with Vladimir or his wife. (JKH 3004.) The first and last time Natasha saw Vladimir was at Margarita's funeral in June 1992. He was visibly intoxicated at the funeral. (JKH 1127, 3004.) According to Natasha, Vladimir treated Margarita's death as if it were an excuse to drink; he had a drink with the mortician, which Natasha found inappropriate.

165.    Vladimir passed away on August 13, 1996 in St. Petersburg (three years after Iouri emigrated and four years after his mother's death). His death certificate notes the cause of death as "asphyxiation by hanging." It was ruled a suicide. (JKH 2507.)

166.    Because they were estranged, Iouri was unaware of what became of his brother. When she was interviewed by law enforcement in 2004, Natasha Alifanova reported that Iouri had had no contact with his brother, but she had made efforts to determine his whereabouts (apparently unaware that he had committed suicide). (JKH 2755.) This weak bond with an older

60

**Exhibit 58 -  1007**

brother is yet more evidence that Iouri's social safety net was threadbare and deprived him of the kind of social grounding that supports restrained behavior and stability.

**Iouri meets Natasha Alifanova**

167.    Iouri and Natasha Alifanova lived in the same apartment complex. They first met when Iouri was around 18 years old. Natasha, a full decade older than Iouri, was married and the mother of a young child when she and her husband first befriended Iouri. (JKH 3001.) At that time, Natasha was working as a pharmacist. (JKH 2753.)

168.    Natasha and her husband divorced in 1985, while Iouri was incarcerated. Iouri asked his mother to reach out to Natasha, which she did. Iouri and Natasha then began corresponding. (JKH 3002.) They later became romantically involved.

**Iouri's efforts to evade conscription lead to his first arrest and imprisonment**

169.    The Soviet Union invaded Afghanistan in December 1979, prompting a mass mobilization of troops. Over the course of the Soviet Union's 10-year invasion of Afghanistan, more than 15,000 Soviet soldiers died and another 60,000 were wounded. More than a million Afghans perished. Pundits rightly referred to this quagmire as the "Soviet Vietnam."[49]

170.    Iouri was required to register for the draft. He had medical conditions that should have exempted him from military service, (JKH 1128) although the government was trying to reduce the number of exemptions to maintain numbers under service and to reduce the growing trends of young people strategically trying to avoid the draft.[50] He also may have qualified for an exemption from the draft based on having a dependent family member (his mother) that he

---

[49] Charles Maynes, "We asked Vets of the Soviet-Afghan War to Judge the U.S. Exit. Here's What They Said," National Public Radio, Sep. 31, 2021, available at: https://www.npr.org/2021/09/30/1040536017/afghanistan-withdrawal-russia-soviet-afghan-war-veterans

[50] On the politics of the military draft, corruptions, and legal and less legal ways to obtain deferments, see Steven Solnick, *Stealing the State* (Cambridge: Harvard University Press, 1998), chapter 7.

**Exhibit 58 -  1008**

supported. (JKH 1128-29.) But ultimately, Iouri failed to qualify for an exemption from the draft, in part because Margarita refused to assist him in doing so. Likely motivated by her lifelong obsession to prove her loyalty to the Soviet Union and the military status of her and her wider family (e.g. her survival of the Blockade, her mother's and husband's awards for service in World War II), Margarita insisted that Iouri serve in active combat in Afghanistan.[51]

171.    This insistence, that Iouri serve in the army, raises questions about Margarita's concern for Iouri's well-being. She had already seen how military service had a negative impact on Vladimir's behavior and life. This should have laid to rest any beliefs that military service was harmless or a positive experience, at least for members of her family. Yet not only did she do little to help Iouri avoid conscription—she encouraged it. Again, it is plausible that this was a continuation of her insecurity over her German heritage versus Soviet loyalty; it might also reflect a feeling that she and her (late) husband had survived war and the Blockade, and so military service, even in Afghanistan, would not be so awful in comparison (and perhaps Vladimir was simply too weak or spoiled to handle the realities of the army).

172.    Given the wartime experiences of his grandmother, mother, father, and older brother, as well as the declining status of army service and general image that time in the army was as bad or worse than time in prison, Iouri was desperate to avoid conscription. He ultimately forged documents to facilitate his evasion of military service. He was arrested in March 1985 and later sentenced to eight years in prison for evading the draft and forging documents. (JKH 1357, 3063.)

173.    Iouri spent time in detention at the Kresty prison in St. Petersburg. Kresty is historically notorious for its brutal social and physical conditions. The architecture itself is glum:

---

[51] One (admittedly speculative) possibility is that Margarita saw how her husband Gherman earned redemption, after his NKVD arrest and sentence to Ryblag, through military service and military awards (e.g. JKH 3040).

**Exhibit 58 -  1009**

tight enclosed spaces, little light, and dark colors contribute to a negative psychological effect. In the late Soviet period and afterward, overcrowding in cells has been constant: at times twenty inmates have been crowded into cells designed for six, and by the 1990s Kresty held ten times more prisoners than allowed in its original design (over 12,000 inmates versus 1150 inmates by plan). Additionally, Soviet and post-Soviet prison life is notorious for its social brutality, as various gangs exploit and brutalize other prisoners for various reasons, including mere whim.

174.    While he was in prison, Iouri fell victim to extortion schemes. Per Iouri's cousin Edward Mikhel, strangers would come to his mother's apartment with notes from Iouri in which he requested that she pay a sum of money, otherwise there would be negative consequences for him. (JKH 2554.) In order to satisfy these requests, Margarita had to take on extra work (making quilts out of scrap cloth). She was also forced to sell some of her personal items to pay the extortion demands. (JKH 2555.)

175.    Per Natasha, Margarita did little to help Iouri and did not seem interested in intervening on his behalf when the authorities attempted to revoke his release to a halfway house. Margarita seemed more interested in socializing with Natasha's friends than she did in assisting Iouri. Natasha stepped in where Margarita refused to help, offering Iouri assistance throughout his incarceration. (JKH 3012-14.)

176.    After her divorce in 1985, Natasha moved in with Margarita, sharing her apartment on Krasnoy Svyazy street (the same apartment where Iouri lived as a child). Living with Margarita was a challenge. Natasha struggled to get Margarita to eat properly. (JKH 3007.) She took her meals in a low-rate canteen for working people and she would economize on food. Natasha attributed this to Margarita's experiences during the Siege of Leningrad.  Natasha

Exhibit 58 -  1010

recalls, "She would tell me that she underwent the siege in the apartment she and I were living in. . . . [S]he would remember the cold, the hunger." (JKH 3008.)

177.    Margarita had a habit of hoarding food. "She retained a habit of buying lots of grains, lots of macaroni . . . Have a constant stock of food." (JKH 3008.) She did so despite rodent infestations in her apartment. Margarita also insisted on economizing on electricity. She would sit under a single light bulb in a dark corridor, knitting. (JKH 3008.) This was not unusual behavior for Blockade survivors, further reducing the quality of a life already in decline in the 1980s.

**Perestroika (1985-1991)**

178.    Iouri was in prison for three years (from February 10, 1986, to April 28, 1989) when he was released to a labor colony in Luga, where he remained until 1992. (JKH 3063.) With assistance from an attorney, Benjamin Brill, Iouri was granted conditional release and moved to a halfway house. According to Brill, Iouri was eligible for early release because he had shown evidence of "positive qualities" and "ideal behavior and attitude toward the work" in the labor colony. (JKH 2962.)

179.    Iouri was not in good health when he was released from prison. He was treated with a powerful drug, Cerebrolysin, near the end of his sentence. (JKH 3025.) This drug is indicated for the treatment of stroke, traumatic brain injury, dementia, and cognitive impairment.[52]

180.    From 1985 to 1991 Soviet political and economic institutions had been unraveling, providing opportunities and challenges to average Soviets. As he was in prison and then a labor colony, Iouri did not feel the full effects of perestroika, although they set the stage

---

[52] See https://www.cerebrolysin.com/cerebrolysin/about-cerebrolysin

**Exhibit 58 –  1011**

for his future experiences. From 1985 to 1991, Mikhail Gorbachev experiments with reforms that began with some banal policies (e.g. combating alcoholism and improving labor discipline), and that eventually became more radical, such as liberalization of exchange for state-owned enterprises, legalization of business cooperatives, and relaxation of controls over money. However, liberalization was not accompanied by sufficient means for regulating increasing economic freedoms. As a result, managers and other employees of state-owned enterprises increasingly used new freedoms to steal or speculate with state property, from money for various industrial resources (e.g. alcohol). Additionally, political reforms became increasingly radical, reducing the capacity of the state to maintain political and legal order. By 1991 the USSR was coming apart, leading to the failed putsch in August 1991. In essence, perestroika was a period when laws and institutions were unraveling, leaving an increasingly chaotic and lawless economy and society in its wake. This was the world Iouri would be released into.

**Post-socialist dislocation**

181.    In 1992, when Iouri was released, Russian society was in turmoil. The Soviet Union officially dissolved on December 26, 1991, but political and economic transformations and dislocations had been picking up speed for several years under Mikhail Gorbachev. In this window of time, the country was undergoing a radical transformation from the end of communism to the beginning stages of "lawless capitalism." (JKH 988.)

182.    The importance of this context for Iouri's life cannot be understated, any more than the experience of the Blockade for his mother. Opportunities were in the growing shadow economy and new legal market economy. Challenges were fitting one's skills to new market demand. The two did not always meet. Challenges were often difficult for *men* who had training or work experience in manufacturing or similar labor for industrial or similar enterprises that

**Exhibit 58 -  1012**

were no longer viable without constant state subsidies. Engineers found themselves working as handymen if they had the right networks to provide work. Manual laborers who retained formal jobs faced the problem of underemployment (low wages), wage arrears, or payments of wages in kind (e.g. imported Chinese clothes). Adjustment to rapid and radical economic change was far from easy for most Russians.

183.    In 1992 the Russian economy entered a turbulent time that could be described as "revolutionary." Under Boris Yeltsin and Yegor Gaidar, Russia experienced "shock therapy," rapid and radical reforms to the economy: initially liberalization of pricing and exchange, followed by eventual privatization. The adjustment process was difficult: even if unemployment never reached expected levels, inflation brought economic uncertainty and wiped out wages and savings for the first years of the 1990s. Because the Soviet economy was state-owned and subsidized and oriented to Five-Year Plans, reforms entailed rapid change in the fates of post-Soviet enterprises and the labor market. Factories that once employed thousands to produce goods for the state by 1992 and after had to figure out what to produce, how to produce it, and how to sell it.

184.    This resulted in some unemployment or underemployment, wage arrears, and uncertainty about what skills would be rewarded or punished in the new labor market. Retail inflation for 1992 alone was approximately 2500%, and wages and pensions did not keep up with the rise in prices. While inflation was never so great again, it remained high enough to hurt investment in the economy and curtailed purchasing power of Russian consumers, further adding to macroeconomic distress. The banking system was in chaos, as different forms of banks could emerge and state regulations were underdeveloped, allowing for opportunism (e.g. speculation against the ruble, pyramid schemes, and the like). The collapse of the USSR meant that

66

Exhibit 58 -  1013

enterprises who sold output to other Soviet republics or Eastern European countries suddenly found they could not earn income as before. The result was that there was both uncertainty and entrepreneurial opportunity, including shadowy business activities.

185.    One result was a rise in inequality and poverty and the appearance of conspicuous consumption by those able to become wealthy. With the introduction of underregulated capitalism that earned Russia (and St. Petersburg) the image of a "wild East," some Russians made enormous amounts of money quickly and in shadowy circumstances. "New Russians" were a visible beneficiary of the new economy. Some made money through legal deals, such as importing consumer goods in-demand in Russia. Others made profit speculating against the ruble, speculating on goods imported legally or illegally, or engaging in racketeering. New Russians showed off their wealth by wearing expensive clothes, driving expensive imported cars, and living in expensive apartments. New Russians were simultaneously a symbol of opportunities and opportunism, of what was good and bad about new Russian capitalism: the possibility of making a lot of money (material gain) at the expense of morality. For someone like Iouri, who was underprivileged before 1992 and who had few opportunities, the allure of New Russians would have been difficult to fight off. Further, his earlier experience in the shadow economy would have added to the appeal of New Russians, as he would have some knowledge of the source of their immense incomes. If they could do it, why couldn't he?[53]

186.    Bosses and lieutenants in organized crime—especially in St. Petersburg—also flashed wealth, although not quite as publicly as New Russians. Another important facet of the new post-Soviet economy was the degree of criminalization, especially in St. Petersburg. The collapse of the Soviet Union led to a climate of rampant crime, violence, and extortion. In part

---

[53] For a few examples of Iouri's attempts to mimic this, see JKH 3397, 3424, 3437, 3446, 3449.

**Exhibit 58 –  1014**

this was because the post-Soviet Russian state lacked financial and legal resources to invest in proper policing and public order; criminal gangs were sometimes a form of "security" and "contract enforcement," as much as extortion. As the capacity of the post-Soviet state to maintain order crumbled (along with many institutions), organized crime stepped into the vacuum opportunistically, along with New Russians and older enterprise directors and political elites.[54] This meant that mafia-style protection and rent-seeking were also a burgeoning sector, especially in St. Petersburg, which some dubbed the crime capital of Russia. The main prerequisite for work in the criminal underworld was proper network connections for recruitment and trust.[55]

187.    Another result of these sudden changes in laws and institutions, with insufficient regulation and consistently contentious politics between reformers and conservatives (among others), was a decline in general social norms. Life had become cheaper. Killing as a means to solve business conflicts (especially those linked to organized crime or black market business) were, if illegal and of dubious legitimacy, an increasingly normal part of the economic landscape. Inequality that went unaddressed, especially for the elderly and lesser-skilled Russians, added the perception that life meant little.[56] To say that the law of the jungle applied is an overstatement, but there was a sense at the time that survival by almost any means was a predominant social and economic strategy.[57]

---

[54] Vadim Volkov, *Violent Entrepreneurs* (Ithaca: Cornell University Press, 2002); Jeffrey Hass, *Rethinking the Post-Soviet Experience* (New York: Palgrave, 2012).

[55] Mark Galeotti, *The Vory: Russia's Super Mafia* (New Haven: Yale University Press, 2019).

[56] In this context, imagine someone begging for money on the street by holding a poster stating that they needed money to bury a deceased parent or spouse. Even if such cases were scams, that people tried this meant that poverty had become a normal part of the landscape. I observed a depressing number of the elderly standing near subway stations begging for money or selling personal belongings at dirt-cheap prices.

[57] Alexey Shakirov makes this point, how post-Soviet society "descended into a free for all" (JKH 3443)—a shared opinion that had powerful effects of politics afterwards. One form of this logic was prostitution: it was not unheard of for families to accept that a daughter would prostitute herself to contribute money to the family coffers. This strategy died down as the economy settled, until the economy crashed again in late 1998 and this practice resurfaced with a vengeance (e.g. in St. Petersburg, where I witnessed such practices in the summer of 1999).

**Exhibit 58 –  1015**

188.    In this chaotic climate, Iouri struggled to find his footing. He had occupational training in furniture repair, but that was no longer a useful skill. (JKH 986-87.) One possible avenue would have been working as or for an entrepreneur in the service sector, which had been neglected in the Soviet economy and provided opportunities for (often younger) Russians to open up a small business. However, finding such work required particular skills, such as working with people, understanding finances or law, having a car (to work as a chauffeur),[58] or some knowledge of engineering. Equally important, landing such jobs required knowing someone offering either the job or capital to open one's own firm, but such networks could be limited.

189.    At the same time, engaging in new business ventures, whether through formally registered activities and companies or on one's own initiative, was possible given the lack of a developed regulatory state and weak rule of law, as well as incentives for gain and the basic need for some income. That is, Russia of the late 1980s and early 1990s was a land of (compelled) opportunity—but also of risk and failure, given organized crime and a weak defense of the rule of law. Obtaining start-up capital could be doable with the right networks or impossible without them, despite a promising business plan. Russian entrepreneurs might engage in several very different projects simultaneously (e.g. tourism, investment, and trade in imported cigarettes) regardless of experience or familiarity with these different markets.[59] Hence, one habit that could emerge from this period is moving headlong into a business venture without sufficient exploration and planning beforehand—which was not so illogical at the time, given the need to be innovative to survive, and the legal and institutional uncertainties of the Russian economy.[60]

---

[58] Iouri lost access to the family car, which his brother registered in his name only in the early 1980s (JKH 3022).

[59] See Jeffrey Hass, *Power, Culture, and Economic Change in Russia* (New York: Routledge, 2011).

[60] Iouri seems to have developed this habit (for which he was not unique). For example, see his business history in the USA, in which he set out on various unrelated business ventures that ultimately went nowhere, despite Iouri's best hopes and intentions (e.g. JKH 3380, 3397, 3428-3430, 3437, 3439).

**Exhibit 58 -  1016**

190.     Iouri's hardships mounted in this window of time. His close friend, Dmitri Koginov, passed away from a heart attack at the age of 26. (JKH 2971, 3015.). Not long after Koginov's death, Iouri's mother sank into a depression and fell seriously ill. (JKH 3012.) Margarita was also sick with cancer. Iouri sent her to the hospital for a full set of medical tests. Margarita needed to follow a strict diet, but she refused to do so. (JKH 3016.) Margarita died of stomach cancer on June 4, 1992. (JKH 3028-29..) Margarita's death left Iouri sad and depressed. (JKH 2978.) To make matters worse, he lost his right to reside in Margarita's apartment after she passed away. (JKH 3017.)

191.     Iouri's life and Russian society were collapsing in tandem when Iouri had his next brush with the law. Lacking significant marketable skills, networks to hopeful entrepreneurial work, and any legal means to earn a living, Iouri was forced to return to criminal enterprises in the shadow economy to make a living. Along with four co-defendants, including a police officer, Iouri was accused of attempting to extort an expensive medical preparation known as "alphafetoprotein" from the director of a private laboratory. (JKH 3069-70.) His co-defendant Kimbarovskiy was identified as the leader of the criminal group responsible for this extortion scheme. (JKH 3067-71.) According to the indictment (dated May 31, 1993), the events leading to Iouri's arrest took place on September 22, 1992, just three months after Margarita's death. (JKH 3067.)

192.     Iouri was ordered to remain in the country. (JKH 3071-72.) The court's order for Iouri's restraint reveals much about Iouri's life circumstances. Iouri was both homeless and unemployed when he participated in this scheme. (JKH 3071.) Iouri fled Russia in the Spring of 1993. (JKH 2968.)

**Exhibit 58 –  1017**

**Emigration to the United Kingdom**

193.    Once his mother passed away in 1992, Iouri no longer had any immediate family left in Russia. (JKH 2969.) He fled for the United Kingdom in the Spring of 1993 (JKH 2966, 2968), earning a living in the metals trade. (JKH 2963.) He never returned to Russia.

194.    Upon arriving in the United Kingdom, Iouri's social world revolved around other Russian speakers—he remained unassimilated in British society. In his interview with government expert Dr. Richard Wetzel, Iouri reported that he was not fluent in English at the time that he lived in the UK and did not master the language until his move to the United States years later. (He reported that he first started an intensive study of the language during an extended stay in the U.S. in 1996.) Iouri reported to Dr. Wetzel that he did not need to know English while he was in the U.K. because all of his contacts were Russian speakers. (JKH 3101.)[61] Among them were Yelena Gray, an old childhood friend of Natasha Alifanova's. (JKH 2753.) Through Gray, Iouri met Karine Solloway and her solicitor husband, Richard Solloway. (JKH 3396.) Iouri would learn the ins and outs of business from Karine, who was also a Russian expatriate. He maintained a relationship with the Solloways on both personal and business levels right up to the time he was arrested. Years later, Karine would introduce Iouri to Marina Karagodina, the woman with whom he would ultimately enter into the type of relationship that bore the trappings of family that he so intensely sought. (JKH 3432.) This desire for a family was a goal that he attempted to achieve repeatedly. The failures of these attempts appeared to be connected to the lack of positive modeling in his life.

---

[61] In this same interview, Iouri also noted that he was "sheltered from the outside world by all kind of personal assistants"—suggesting continuing social isolation as well as isolation from the broader English-speaking community (JKH 3101).

**Exhibit 58 -  1018**

195.     From an early age, Iouri experienced exclusion, rejection, and neglect. As a descendant of Germans with an identifiably foreign surname, he was made to feel as though he was not a full citizen despite having been born in Russia. His own parents considered him an unwanted surprise, a disruption to their lives to the point that his mother even considered terminating the pregnancy, as he arrived at a point in their lives when they believed they were too old to have children. (JKH 803-804.) His mother was contending with her own mental and physical health issues, along with work obligations, which led to Iouri being left in boarding nurseries at a young age for extended periods. (JKH 804.) His father passed away when he was still a child. His relationship with his brother, Vladimir, was never warm due to their 15-year age difference and the haunting repercussions of Vladimir's military service that pushed him into alcoholism. (JKH 805.) Iouri's behavior as he became an adult indicated a desire to form the types of relationships, both of friends and family, that he never had growing up.

196.     As previously noted, Iouri maintained a relationship with Natalia Alifanova from the time he was still a teenager. It was perhaps the longest-standing relationship in his life. Older and with a child, Natalia seemed to represent family in the broadest sense. They eventually became romantically involved, and she looked after his ailing mother after he left Russia. He brought her out to England and the US when he had the funds to do so. His finances were always unpredictable.

197.     Natasha visited Iouri in London in the summer of 1993; she stayed for several months, then returned to Russia. (JKH 2968-2969.). The next time she saw him after that was in December of 1993 or January of 1994, again in London. (JKH 2969.)

198.     According to Natasha, travel was Iouri's passion. (JKH 3017.) He wanted to see everything: he would walk from morning until night, from breakfast until he could not walk

**Exhibit 58 -  1019**

anymore. Per Natasha, "he even had blisters" because he would walk so much. (JKH 3019.) She noted that Iouri's love of travel seemed to stem from his search for a home, something he had been chasing his entire life. (JKH 3017.)

199.     He was extremely generous with friends, paying for them to accompany him on his travels. He remained close with his friends from home, who visited him in London many times. They had attested to the care he extended to them, particularly in times of need. Unfortunately, his young life was littered with losses from his circle. His best friends, Vladimir Startsev and Sergey Obsharov, both died young, Vladimir of a brain tumor, Sergey from stomach cancer. (JKH 2970-71, 2990-97.) Another close friend, Dmitri Koginov, died of a heart attack. (JKH 2982.) These early deaths left their spouses and families in turmoil. Koginov's widow, Svetlana, stated that she was lost after her husband passed away, and that Iouri tended to all of the funeral arrangements. He stood out among her circle of friends. Startsev's widow, Olga, recounted how he took her to Paris as a birthday present. Iouri loved to travel, but particularly enjoyed taking friends along on trips so that they could experience new places together. When Vladimir passed away from cancer, Olga and her daughter went through a difficult time. Iouri sent money and helped her gain employment. He purchased a car for her. Despite his own unstable financial status, Iouri spent liberally on those around him when he did have money, which reflected both his loyalty and some measure of naivete about personal finance. He did not know how to budget or save. (JKH 3019.)

200.     Eventually, Iouri made his way to the United States in the mid-1990's, although he frequently returned to the UK. Towards the end of 1999 he visited Karine Solloway at a restaurant in London. He enlisted her help on a business proposition to set up a plastic surgery clinic in Monaco with an American couple. (JKH 3397.) Through this process Karine became

73

**Exhibit 58 - 1020**

more familiar with Natasha Strawbridge, who played a central role in the clinic project. To her knowledge Strawbridge had been hired as a secretary by Iouri in the early 1990's, however, their relationship did not appear so simple to define. (JKH 3397.) Certainly, Iouri had made efforts to establish a life in the US that seemed focused on an idealized vision of family, both literally and figuratively, through partners, friends, and business associates. What he pursued seemed never quite in reach.

**Iouri's time in Southern California**

201.    Iouri settled in Los Angeles in 1995. At that time, Iouri was already acquainted with Walter Bril, the son of his attorney in St. Petersburg, Benjamin Bril.

202.    Walter owned a store that sold cell phones in Thousand Oaks, California. (JKH 3421.) Walter introduced one of his employees, Elizabeth Taddy, to Mikhel in 1995. Taddy was already pregnant at the time that she and Mikhel met; they later began dating, and married four months after her child was born, on February 14, 1996. (JKH 3421.) In living together along with Taddy and her baby, Mikhel was again creating almost with a snap of his fingers a complete and ready-made family. Taddy described Iouri as kind, mature, and having a good sense of humor. She said that he was good with her son, and that she trusted Iouri to watch him when she was not home. (JKH 3448.) In an interview with the FBI, Taddy reported that Mikhel was private about his life and activities. She believed that he exported metal from Russia for a living and that he traveled internationally for work. Regarding his life in Russia, Mikhel told Taddy that his parents were dead and that he had a brother, but had not spoken to him in years (apparently unaware that his brother had passed away in August 1996). (JKH 3422.) They grew apart over time, and ultimately separated amicably around 2000. (JKH 3421-22.) The marriage did not succeed because Iouri was incapable of adjusting his life to include his partner. Despite her hope that

**Exhibit 58 -  1021**

marriage would open him up, Iouri remained tight-lipped about himself. Before the divorce was finalized, Iouri provided Taddy with financial support, without which she acknowledged she and her son would probably have needed to go on public assistance. They had no further contact once the divorce became final. (JKH 3422-23.)

203.   After his separation from Taddy, Mikhel moved to the Palm Springs area. Mikhel suffered through a period of financial difficulty, as he eventually moved into the condo of a golf instructor he had befriended, Gary Gentile. This followed a pattern of boom and bust that extended back to his time in the UK, and continued moving forward. The manner in which he was described by friends and acquaintances reflected the instability of his income, as they would refer to his apparent wealth while some of those same people noted that it seemed to be a mirage. (JKH 3437-38, 3443-44.) A former employee, Alexey Shakirov, said that he did not believe Mikhel or his cohorts had money or any real connections. Shakirov noted that the collapse of the Soviet Union resulted in a free-for-all, with criminals benefiting the most and becoming glamorized. It was not unusual for Russians to give the impression that they were wealthy or even connected to criminal groups. This made it impossible to know for sure if people were who they presented themselves to be. (JKH 3443.)

204.   Mikhel continued to hold his personal affairs close to the vest, asking favors of people that seemed questionable, and proposing business ventures that would have required funding far beyond his means. He was gregarious, quick to make friends and--as before--often spent lavishly to take them on holidays when he had the means. His life in the US was an extension of what it had been previously, centered as it was on establishing circles of friends, as though he were recreating family. Only now, in addition to his loose financial footing, he was

Exhibit 58 -  1022

also observed to exhibit unsettlingly erratic changes in behavior, changes that often ended relationships.

205.    Valeriy Prasol was a heating and air-conditioning tech when he met Mikhel on a house call. Mikhel had just arrived in the US. Recognizing each other as from the former Soviet Union, they became close friends. Prasol described Mikhel as worldly, well-read, and fun to talk to. Mikhel took Prasol and his family on trips, even teaching them how to ski. At first, Mikhel spent money as though he had a lot of it, but he eventually reached a point of destitution where he had to ask Prasol to let him borrow his phone and fax. (JKH 3445.) Their friendship fractured towards the end of the decade when Mikhel's demeanor towards him changed so dramatically that Prasol walked away and did not speak to Mikhel for a long period of time. A rapprochement in early 2000 was brief, with Mikhel initially being friendly but quickly displaying the same harsh demeanor that ended the friendship for good. (JKH 3445-46.) This severe change in personality was noticed by another friend, Gary Gentile.

206.    Mikhel engaged in a golf-related proposal called Babylon Virtual Country Club, with Gentile and another friend named Charles Kirkpatrick, during a period when he seemed to be financially solvent. The idea itself was ahead of its time: a lavish clubhouse with high-end services and an array of golfing simulators to allow members to "play" rounds at courses around the world without being subject to the elements. The proposal never got off the ground because, according to Gentile's belief, Mikhel did not provide sufficient funds for it. Mikhel soon asked Gentile if he could move into Gentile's condo, evidence Gentile took to indicate that Mikhel was experiencing serious financial difficulties. It was clear that the circumstances that led Mikhel to believe he could establish this business were nowhere close to reality. (JKH 3437-38.)

Exhibit 58 -  1023

207.    In 1999, while living at Gentile's condo, Mikhel had occasion to visit Turkey. Upon Mikhel's return from this trip, Gentile received a frantic late-night phone call from Natasha Alifanova, who was staying with Mikhel and had become alarmed about his condition. When Gentile arrived at his old condo, he observed Mikhel lying in bed, sweating profusely and apparently hallucinating. He was waving his arms as though he saw someone or something, and said, "Don't do that", or "I don't want to do that". Gentile noted that Mikhel's personality changed afterwards. Previously easy-going, Mikhel seemed angry and under an immense amount of financial pressure. They soon had an argument that ended their friendship. Whatever had occurred in Turkey appeared to have had a significant effect on Mikhel. (JKH 3438.)

208.    Two important facets of Iouri's life are worth mentioning here: possible action in the aluminum trade, and on-again/off-again access to large sums of money. First, if Iouri was trying to enter the aluminum trade, even on the margins, then he was entering a risky business, arguably riskier than the rare metals trade in the earlier 1990s. According to one account, Iouri was trying to engage in trade of "extra pure aluminum." (JKH 3428.). The late 1990s was the moment of the "aluminum wars," when various Russian economic and political elites were scrambling to gain from consolidating the production and export of aluminum. Key actors included emerging oligarchs Oleg Deripaska and Roman Abramovich, among others. The Western firm TransWorld invested in this field in the 1990s but was forced to sell its holdings and leave the Russian market because of growing risks to those investments and the lives of those involved. Physical harm was a real threat, and killings over investment and control of aluminum assets was a real phenomenon. As in other aspects of Russia's 1990s economy, the stakes and possible profits were great enough that human life became expendable: as one

**Exhibit 58 -  1024**

commentator noted, it seemed as if someone was killed every few days.[62] At this time witnesses noted that Iouri seemed stressed and did not talk about the source. One possibility is that, in trying to enter this field even as a marginal player, he perceived or even received threats from more powerful figures.

209.    A second point is that Iouri would come into money and spend it generously on those close, and then end up in debt. Such behavior is not unique to Iouri. The 1990s was a time when Russians borrowed heavily from each other, whether for survival, business, or personal entertainment. This was a Soviet-era habit that gradually wore off in the 2000s but was still significant in the 1990s.[63] One problem of borrowing money is that the creditor might call in the debt. As a rule, close personal relations (close friends or family) are more likely to write off the debt than force its payment. However, if Iouri was borrowing money (then spent lavishly on friends and family) from sources who were not so close—perhaps from figures linked to organized crime (even if peripherally)—they might call in the debt.[64] Thus, it is possible that Iouri was financing his lifestyle not entirely from profits or wages, but from debts from sources who would be less forgiving of nonpayment.[65]

210.    These two speculations—about the proposed (and failed) aluminum deal and cash flow—are provided to suggest reasons for Iouri's changes in behavior in the late 1990s and

---

[62] For example, see "Gangster-free capitalism," *Forbes* (November 26, 2001).

[63] In my fieldwork and everyday experiences in St. Petersburg and Tula in the 1990s, I saw many examples of individuals, personally or in their roles as businessmen, borrow heavily from others. In one case, a savvy entrepreneur with a talent for investment consistently lent money to other businessmen to keep them afloat or for ventures, and to friends so that they could survive or pursue relatively dignified lifestyles. I have also seen examples of academics borrowing money from businessmen friends to publish books or launch research projects.

[64] In one notable moment, I witnessed a a businessman and members of an organized crime gang negotiating the life of a businessman who borrowed a large sum of money from both and then disappeared when the bandits came calling for payment. Mercifully, the businessman convinced the bandits not to kill the debtor.

[65] Given Iouri's weak relations to other Russians, I see this as a distinct possibility.

**Exhibit 58 - 1025**

radical decisions and events that followed. These are in addition to his social safety net that was already weak before the collapse of communism and his emigration to the UK and USA.

211.   In February of 2000, Iouri received plastic surgery from a San Bernardino doctor named David Morrow. (JKH 3379.) Iouri became friendly with Morrow and partnered with him in another attempted business venture, this time a cosmetic surgery center in southern France. Mikhel committed five million dollars to the proposal. (JKH 3380.) The business venture ultimately foundered, but Iouri got to know Morrow and his wife, Linda. As Orthodox Jews, the Morrows observed the Sabbath by opening their home for elaborate, special meals and discussions on a wide range of topics. Linda invited Iouri to these Sabbath meals and described him as polite and kind, and a knowledgeable conversationalist. She even tried to play match-maker for him. (JKH 3439-40.)

212.   By then, Iouri was associated with a woman named Natasha Strawbridge. Strawbridge became integrally involved in the southern France project with Morrow and his wife, which underwent such a prolonged cycle of optimism and disappointment that Mrs. Morrow came to believe the failures were intentional. Strawbridge took control of the project from Iouri, cutting him out of the deal, before the Morrows ultimately decided to bow out themselves. (JKH 3389-97, 3439.)

213.   It was also at some point after this trip that Iouri met Jurijus Kadamovas, who was part of the moving crew that helped Iouri relocate to Woodland Hills. (JKH 3366.) In Kadamovas, Iouri found a friend and confidant, another compatriot to accompany him on holidays. As their relationship progressed, Kadamovas introduced Iouri to Ainar Altmanas, and brought Iouri in as a partner in his business, Designed Water World. They grew close, traveling for business and pleasure to Aspen, Jamaica, Canada, Europe. (JKH 3368-69.)

**Exhibit 58 - 1026**

214.     In the summer of 2000, Mikhel met Michelle Lancaster at a resort in Jamaica. She was a member of a wealthy, well-known family that owned numerous businesses throughout the country, including a resort hotel. They began dating and enjoyed holidays together in Europe and Canada. At the end of 2000, Mikhel was invited to Jamaica, where Michelle's family threw him a Christmas party. Mikhel flew in friends from the UK, France, Russia, and the US, to share in the revelry. (JKH 3368-69, 3398, 3424, 3429.) He was so taken by the warmth of Michelle's family that thoughts of marriage passed through his mind. In a familiar pattern, Mikhel engaged in a business venture with Michelle to buy and refurbish a casino in Jamaica. (JKH 3377-78.)  It failed because he had nowhere near the money required to complete the deal.

215.     This was another a demonstration of Mikhel's inability to grasp the fine details of building a relationship, instead focusing on large gestures that would elicit equally large responses but were ultimately devoid of substance. This was also the behavior of one of many Russians enamored by new wealth and status of New Russians and other new elites after the collapse of communism, but who lacked resources, skills, and networks to bring myriad ambitious plans beyond intentions, let alone to fruition.[66]

216.     In February of 2001, Mikhel was visited in California by Marina Karagodina, a Russian woman who had been introduced to him in London by Karine Solloway. They had met the previous summer while she was unhappily married to an abusive husband. After a slow start the relationship intensified rapidly. By the fall Marina had left her husband and moved to Los Angeles with her son, Anton, to live with Mikhel. Iouri became close to Anton, spending time with him as though he were his own child. (JKH 3432-33.) Anton recalled how Iouri filled a

---

[66] For some examples of Russian entrepreneurs in the 1990s who also were enamored with prospects of prosperity but lacked the basics to make them happen, see Hass, *Power, Culture, and Economic Change in Russia*, especially chapters 2 and 3.

**Exhibit 58 -  1027**

need he had for a positive paternal figure, someone who taught him to ride a bike, played sports with him, enrolled him in a private school, showed him kindness. Anton stated that Iouri was "the only man in [his] life that played the role of a father." (JKH 3433.) This was an element missing from Iouri's own childhood. Marina would soon become pregnant. It appeared that Iouri had finally found a life partner in her, someone who had chosen him.

217.    Now Iouri had achieved the family he had always yearned for, with a child of his own on the way. He purchased a house inappropriately large for a family of four. Gaudy from the outside, it was barely furnished and the upkeep was overwhelming for a pregnant woman with a small child. (JKH 3442.) Ultimately, it came crashing down, like the façade of a house on a movie set or the proverbial house of cards. And as rapidly as he had acquired his assets, Iouri stripped them apart for pennies on the dollar after he was arrested.

**Concluding Observations**

218.    Humans have some agency, but they are also shaped and compelled by complex circumstances (institutional, generational, cultural) that shape perceptions and expectations. An individual's life context—family and socioeconomic context, institutional and legal experiences (including a repressive system), stability or uncertainty of one's economic and political and social environments—can shape how they perceive opportunities and challenges, and their resilience to face challenges. If *successive generations* of the same family tree face repeated challenges and obstacles, due not only to chance ("bad luck") but also repressive contexts, the cumulative effect over time is real. Families and communities that continuously face oppressive environments over the years can "learn" powerlessness, despondency, worthlessness, cynicism, and general feelings that playing by the rules (if there are stable, fair rules) only reproduces pain

**Exhibit 58 -  1028**

and leaves a void of positive meaning around which one can build a sense of a worthwhile self and hopes for a positive future.[67]

219.    Such is the case for Iouri Mikhel, whose family history is a chain of challenges, traumas, and tragedies spanning more than a century. Generations can show resilience, but that resilience can melt away if generation after generation faces hardships that do not allow stability, let alone mobility. Some Blockade survivors and World War II veterans had the appropriate human capital or networks to rebound after 1945 and recoup some losses of the war, but others did not. We do not know the exact number of each, because the Soviet government did not want to admit the degree of suffering of Blockade survivors and war veterans; however, some of each became vagrants or worked in the shadow economy, as they had no other viable options.

220.    Some Soviets had the resources and social networks to move beyond traumas of repression and the war, while others were less lucky and continued to struggle to survive or obtain a modicum of stability and dignity. The Mikhel family falls in the latter category. Successive generations faced duress, but survival strategies had limits; over time there was less and less hope and fewer and fewer successful models of behavior to count on to adapt in troubling Russian, Soviet, and post-Soviet contexts.

221.    Iouri's childhood health and family life, on their own, were challenging enough. His childhood health was far from ideal, with need for medical attention repeatedly. His parents were older than on average for raising children and themselves were suffering the effects of

---

[67] For one study of repression and powerlessness across generations in one set of communities, and how this created senses of powerlessness and worthlessness, see John Gaventa's prize-winning study of poor coal communities in Appalachia, *Power and Powerlessness* (Urbana, IL: University of Illinois Press, 1980). Another ethnographic study, of how such contexts of hopelessness can create a similar sense of powerlessness and despondency, is Jay MacLeod's highly acclaimed *Ain't No Makin It* (New York: Routledge, 2008). Data limitations have impeded conducting similar rich historical and ethnographic studies for similar cases in the Soviet/Russian experience, but some works speak to a similar dynamic: for example, Michelle Parsons, *Dying Unneeded* (Nashville: Vanderbilt University Press, 2014).

**Exhibit 58 -  1029**

years of challenges. Iouri's relations with his parents and his older brother were not the ideal of a close-knit family. Army service affected older brother Vladimir, and through Vladimir Iouri was introduced to the shadow economy. He appears to have had few strong connections to wider peer groups to balance this. Lacking less risky means to avoid the draft, Iouri resorted to forgeries and was caught, spending time in Kresty and elsewhere. Upon leaving prison he faced the increasingly turbulent years of perestroika and post-socialism, in which institutions and social norms were in flux—previous norms already eroding (along with respect for the rule of law), new norms evolving, some of which were not so conducive to a society playing by unclear economic and political rules (e.g. New Russians and organized crime, political conflict). This was a new economic world turned upside down and where adages about good behavior bringing rewards seemed illusory at best. Iouri's flight to the UK and USA provided some chances for opportunity, but also continuing problems of no real social safety net.

222.    This is one person's story, but the stories of his parents and previous generations add layers of trauma and tragedy that affected each successive generation, creating near-insurmountable obstacles to a normal life. Let us recall: Iouri's parents experienced Stalinist repression, the Blockade, and direct exposure to wartime fighting, all of which left physiological damage and likely psychological scars (e.g. Margarita's low appetite and sitting in dimly lit rooms). Gherman and Margarita gave birth to Iouri later in life when personal histories and socioeconomic challenges left them exhausted. If we go further back, we see a Mennonite community established and then repressed, and additional stories of political oppression on maternal and paternal lineages.  They adapted, but constant trauma takes its toll over time.

223.    As he became an adult, Iouri adapted as many Russians did around him, by turning to shadow markets and entrepreneurial opportunities that promised quick pay-offs (but

**Exhibit 58 -  1030**

also risks) and by succumbing to the lure of conspicuous consumption. In emigration, Iouri found some company in other Russians abroad but, like many of those emigres, found it difficult to create enduring ties to replace the weak family structure that had endured in his formative years. A prominent forefather of sociology, Emile Durkheim, once noted that the lack of a resilient social safety net (what he called *anomie*) was a prime contributor to suicide and in general to a lower quality of life, including meaninglessness.[68] Iouri Mikhel's biography and family history attest to this insight.

I declare under penalty of perjury under the laws of the United States of America and of the State of Virginia that the foregoing is true and correct to the best of my knowledge.

DATED: _9 / 12 / 2023_

JEFFREY HASS

---

[68] In an interview with state psychologist Dr. Wetzel, Iouri asked how so many events in life could have happened to him, not only those involving the law (including arbitrary application of the law in Russia). (JKH 3129-3130).

84

Exhibit 58 - 1031

# Appendix A

**Exhibit 58 -  1032**

**JEFFREY K. HASS**

Department of Sociology & Anthropology, 28 Westhampton Way
University of Richmond, VA 23173
804-289-8071 (office), 804-287-1278 (fax)
jeffhass89@post.harvard.edu, jhass@richmond.edu, jeffhass89@gmail.com

### EDUCATION

**Princeton University**, Princeton, NJ (1990-1998): Ph.D. and M.A., Sociology. Doctoral dissertation: "To the Undiscovered Country: Institutions, Authority, Culture and Russia's Transition to the Market, 1988-1997." Economic and political sociology, states, social change, Russia.

**Harvard University**, Cambridge, MA (1985-1989): A.B., cum laude (honors track) in Chemistry. Significant additional coursework in Soviet history and domestic policy. Dean's List. —(1989-1990): Special Student, Soviet Studies Program. Graduate-level work and research.

### POSITIONS HELD

***University of Richmond***, Richmond, VA (2006-present): Professor, Department of Sociology and Anthropology. Department Chair (07/2022-06/2025), IRB Chair (05/2022-06/2025).
- Research: economic sociology; political sociology; Russian and Soviet politics, economics, and society; war; comparative social change; power; organizations; culture; moral sociology.
- Teaching: social change, political sociology, economic sociology, post-socialism, organizations, war and society, introduction to sociology, theory.

***St. Petersburg State University***, St. Petersburg, Russia (2013-present): Professor, Faculty of Economics, Department of Economic Theory and History of Economic Thought.
- Consultant, MA Program "Institutional Analysis of Contemporary Markets," and special seminars on post-socialism, economic sociology, organizations, institutions.
- Member, editorial board, *Vestnik Sankt-Peterburgskogo Universiteta, Seriia 5—Ekonomika* (economics); and *Noveishaia istoriia Rossii* (history)

***University of Pittsburgh***, Pittsburgh, PA (1996-2006): Research Associate, Center for Russian and East European Studies.

***University of Reading***, Reading, UK (2000-2006): Lecturer, Department of Sociology. Supervised BA and MRes theses. Part One coordinator; Director of Undergraduate Studies (2000-02, remade curriculum); Deputy Director, Center for Euro-Asian Studies (2000-02).

***Washington and Lee University***, Lexington, VA (1998-1999): Visiting Assistant Professor.

***Princeton University***, Princeton, NJ: Teaching assistant: Social Change (spring 1994); Introductory Soviet Politics (fall 1991, 1992); Elites (spring 1992).

***Harvard University*** (fall 1988 - spring 1990): Course assistant, Department of Mathematics.

**Exhibit 58 -  1033**

2

## BOOKS

### PUBLISHED

2021    *Wartime Suffering and Survival: The Human Condition under Siege in the Blockade of Leningrad, 1941-1944*. New York: Oxford University Press (https://doi.org/10.1093/oso/9780197514276.001.0001).
*Co-Winner*: Outstanding Book Award, Section on Peace, War, and Social Conflict, American Sociological Association (2022).
*Winner*: Mirra Komarovsky Book Award, Eastern Sociological Society (2023)
*Honorable Mention*: Distinguished Scholarly Book Award, American Sociological Association (2022).
*Nominated for*: Pulitzer Prize; Barrington Moore Jr. Book Award in Comparative-Historical Sociology; Mary Douglas Book Prize, and Outstanding Book Award for Altruism, Morality, and Social Solidarity (American Sociological Association); Davis Center Book Prize in Political and Social Studies and Wayne S. Vucinich Book Prize (Association for Slavic, East European, and Eurasian Studies).

2020    *Economic Sociology: An Introduction. Revised edition*. New York and Abingdon, UK: Routledge (https://doi.org/10.4324/9781315439686).

2018    *Re-examining the History of the Russian Economy: A New Analytic Tool from Field Theory*. New York and Basingstoke, UK: Palgrave Macmillan (https://doi.org/10.1007/978-3-319-75414-7). Editor and contributor.

2012    *Rethinking the Post-Soviet Experience. Markets, Moral Economies, and Cultural Contradictions of Post-Socialist Russia*. New York and Basingstoke, UK: Palgrave Macmillan (https://doi.org/10.1057/9780230358768).

2011    *Power, Culture, and Economic Change in Russia 1988-2008: To the Undiscovered Country of Post-Socialism*. New York and Abingdon, UK: Routledge (https://doi.org/10.4324/9780203817292).
*Nominated for*: Viviana Zelizer Prize, American Sociological Association; Ed Hewett Prize, Association for Slavic, East European, and Eurasian Studies.

2007    *Economic Sociology: An Introduction*. New York and Abingdon, UK: Routledge.

### IN PROGRESS

*Soviet Power Under Siege: War, the State, and Soviet Political Economy in the Blockade of Leningrad, 1941-1944* (with Nikita Lomagin). Analysis of tensions of adaptation and continuity, and of pragmatism and purity, for authority and institutions in extreme wartime duress (Blockade of Leningrad). In progress for invited submission to University of Pittsburgh Press.

*Civilians Under Siege: Olga Epshtein's Diary and the Blockade of Leningrad* (with Nikita Lomagin and Kirill Boldovskii). This translation of a Blockade diary relates experiences class, gender, suffering and survival. In progress for invited submission to Oxford University Press.

**Exhibit 58 - 1034**

3

*Troubled Phoenix: The Politics of Reconstructing Power and Culture in Post-War, Post-Blockade Leningrad.* This project analyzes politics and practices of rebuilding Leningrad after the Blockade and World War II. Three central themes are: tensions between rebuilding versus wartime legacies of survival; the politics of "dreaming" of the post-war city (reimagining Soviet civilization) versus "nostalgia" for the pre-war era; and pragmatism versus theocratic purity.

*The Origins of Post-Socialist Dictatorship and Democracy.* This project compares variation in post-socialist political trajectories, with a focus on coercion, capital, coalitions, and the structure of power. Cases include democracies (Baltics), problematic democracies (Poland, Hungary), authoritarian systems (Belarus, Russia), and unsettled systems (Ukraine).

*A Theory of Conflict* (with Ori Swed). This project aims to develop an encompassing framework for explaining social conflict in its various forms (war and civil war, repression and genocide, contentious politics, etc.). The project involves both theoretical construction and propositions, and empirical cases to flesh out the theory.

*Rationality of Russian Political Economy.* This collaboration with Russian colleagues explores change, continuity, and contradictions in institutional rationalities of Russian political economy. In progress for submission to Palgrave Macmillan.

*Socialism: A New Anthology* (with Paul Christensen). This anthology of writings on socialism over time provides original texts with commentary on evolution, variation, and contention in meanings and core issues. In progress for submission to Penguin or Oxford University Press.

*Soviet Lives: The Soviet Project as Lived Reality.* Using a qualitative and quantitative analysis of the *Prozhito* archive (diaries, letters, accounts from across the USSR, 1917-1991), this project explores the USSR as a lived experience across various places, historical contexts, and social positions, to portray this experience as an historical whole.

*Age of Resentment.* This project compares politics in the United States, Great Britain, Russia, and the EU to explore political rhetoric, practices, and policies grounded in *ressentiment*.

## ARTICLES AND BOOK CHAPTERS

### PUBLISHED OR FORTHCOMING

2023    "War, Bolshevik Politics, Russian History, Soviet Suffering—and the Blockade of Leningrad: A Roundtable Discussion of *Wartime Suffering and Survival: The Human Condition under Siege in the Blockade of Leningrad* (Jeffrey K. Hass)." *Noveishaia istoriia Rossii*, vol. 13, #4 (forthcoming).

2023    "Chërnyi rynok." Entry in *Akademicheskaia entsiklopediia blokady* (forthcoming), edited by Nikita Lomagin.

2023    "Eda: strategii vyzhivaniia." Entry in *Akademicheskaia entsiklopediia blokady* (forthcoming), edited by Nikita Lomagin.

**Exhibit 58 - 1035**

4

2023    (with Nikita Lomagin) "Unseen Roots of an Unexpected Revolution: Party Elites, Economic Reforms, and Expectations versus Outcomes in Late 1980s Leningrad." *Noveishaia istoriia Rossii*, vol. 13, #2: 412-429 (https://doi.org/10.21638/spbu24.2023.210).

2023    "Power and Culture." In George R. Goethals, Scott T. Allison, and Georgia J. Sorenson (eds.), *SAGE Encyclopedia of Leadership Studies* (Thousand Oaks, CA: SAGE): 739-743 (DOI: 10.4135/9781071840801)

2023    "Social Change." In George R. Goethals, Scott T. Allison, and Georgia J. Sorenson (eds.), *SAGE Encyclopedia of Leadership Studies* (Thousand Oaks, CA: SAGE): 871-875. (DOI: 10.4135/9781071840801)

2023    "Resilience of the Simple? Lessons from the Blockade of Leningrad." In Miguel Centeno, Peter W. Callahan, Paul Larcey, and Thayer Patterson (eds.), *How Worlds Collapse: What History, Systems, and Complexity Can Teach Us About Our Modern World and Fragile Future* (New York: Routledge): 237-258. (DOI: 10.4324/9781003331384-15)

2022    (with Andrew Buck) "Understanding the War in Ukraine." *Trajectories*, vol. 33, #1: 9-12.

2021    (with Nikita Lomagin) "Seeing Like a Starving State: The Soviet Political Economy of Death (and Life) in the Blockade of Leningrad." *Noveishaia istoriia Rossii*, vol. 11, #2: 324-338. (https://doi.org/10.21638/11701/spbu24.2021.202)

2020    (with Nikita Lomagin) "Making Peace with War: Adaptation and the Soviet Political Economy in the Blockade of Leningrad." *Noveishaia istoriia Rossii*, vol. 10, #1: 53-69. (https://doi.org/ 10.21638/11701/spbu24.2020.104)

2019    "Moral Economies: Possibilities for a New Framework of Economic Structure and Change." *Vestnik Sankt-Peterburgskogo Universiteta*, Series 6, economics, vol 35, #3: 311-329. (https://doi.org/10.21638/spbu05.2019.301)

2019    (with Nikita Lomagin) "States and *Dirigisme* versus Markets: Hydrocarbons, Agriculture, and Russia's Trade Policy, 1991-2017." In Sergei Sutyrin, Olga Trofimenko and Alexandra Koval (eds.), *Russian Trade Policy: Achievements, Challenges and Prospects* (New York: Routledge): 43-65. (https://doi.org/10.4324/9780429464041-4)

2018    "Soviet Discursive Power versus War: Agitation and Propaganda in the Blockade of Leningrad." *Noveishaia istoriia Rossii*, vol. 8, #4: 827-840. (https://doi.org/10.21638/11701/spbu24.2018.402)

2018    "Fields in Flux: Post-socialist Reorganization of Property and Power." In Jeffrey Hass (ed.), *Re-examining the History of the Russian Economy: A New Analytic Tool from Field Theory* (New York and Basingstoke, UK: Palgrave Macmillan): 319-345.

**Exhibit 58 - 1036**

2018    "Fields in Russian Economic History." In Jeffrey Hass (ed.), *Re-examining the History of the Russian Economy: A New Analytic Tool from Field Theory* (New York and Basingstoke, UK: Palgrave Macmillan): 1-19.

2018    (with Andrew Buck) "Coalitional Configurations: A Structural Analysis of Democratization in the Former Soviet Union." *Demokratizatsiya*, vol. 26, #1: 25-54.

2017    "Anchors, *Habitus*, and Practices Besieged by War: Women and Gender in the Blockade of Leningrad." *Sociological Forum*, vol. 32, #2: 253-276. (https://doi.org/10.1111/socf.12329)

2017    "Moral Economies of Wartime Intimacy: One Facet of Gender in the Blockade of Leningrad." *Noveishaia istoriia Rossii*, #2 (#19): 68-80. (https://doi.org/10.21638/11701/spbu24.2017.206)

2017    "Vyzhivanie i stradanie v gody blokady Leningrada: blokadnye narrativy kak aktsional'nye modeli, gorod i ego zhiteli kak aktory." In Polina Barskova and Riccardo Nicolosi (eds.), *Blokadnye narrativy* (Moscow: Novoe Literaturnoe Obozrenie): 103-125.

2015    "War, Fields, and Competing Economies of Death. Lessons from the Blockade of Leningrad." *Poetics*, vol. 48: 55-68. (https://doi.org/10.1016/j.poetic.2014.12.003)

2014    "Techniques, Technologies, and Politics of Crisis and Post-Crisis Economics: Anglo-American Macroeconomics and Alternatives." *Vestnik Sankt-Peterburgskogo Universiteta*, Series 6, economics, #4: 5-27.

2014    "Voina i vosproizvodstvo gendernykh otnoshenii: sluchai blokadnogo Leningrada." In N. V. Mikhailov and J. Plamper (eds.), *Malen'kii chelovek i bol'shaia voina v istorii Rossii: seredina XIX-seredina XX v* (St. Petersburg: Nestor-Istoriia): 435-447.

2014    "Wartime Norms and Survival." *Rossiiskaia istoriia*, #3 (May-June): 17-22.

2014    (with Maksim Storchevoi) "Historical Overview." In Tamara Galkina and Sören Kock (eds.), *Taking Your Business to Russia. A Guidebook and Historical Overview for Entrepreneurs* (Hensinki: Hanken School of Economics): 70-103.

2013    "Political Culture of Post-Soviet Economic Change: The Case of Financial-Industrial Groups." In D. E. Raskov (ed.), *Al'manakh Tsentra issledovanii ekonomicheskoi kul'tury* (St. Petersburg: Gaidar Institute Press): 193-209.

2013    "Sustainable What? An Overview and Assessment of 'Sustainable Development.'" In V. S. Iag'ia (ed.), *Aktual'nye problemy mirovoi politiki v XXI veke. Ezhegodnyi al'manakh, vypusk 6* (St. Petersburg: St. Petersburg State University): 11-24.

2011    "Norms and Survival in the Heat of War: Normative versus Instrumental Rationalities and Survival Tactics in the Blockade of Leningrad." *Sociological Forum*, vol. 26, #4: 921-949. (https://doi.org/10.1111/j.1573-7861.2011.01290.x)

**Exhibit 58 - 1037**

2011    "Vyzhivanie v gody voiny i 'istoriia.' Problema samostoiatel'nosti vybora i razlichnye modeli chelovecheskogo povideniia vo vremia leningradskoi blokady" ("Surviving War and 'History.' Agency and Narratives of the Blockade of Leningrad"). In A. N. Chistikov (ed.), *Rossiia. Vek dvadtsatyi.* (St. Petersburg: Nestor-Istoriia and Academy of Sciences): 105-122.

2010    (with Gastón Beltrán) "Illusions of Market Paradise: State, Business, and Economic Reform in Post-socialist Russia and Post-crisis Argentina." *Laboratorium. Russian Review of Social Research*, #2: 123-154.

2009    "The Experience of War and the Construction of Normality. Lessons from the Blockade of Leningrad." In Nikita Lomagin (ed.), *Bitva za Leningrad. Diskussionnye problemy* (St. Petersburg: Evropeiskii Dom): 235-271.

2007    "Sotsiologicheskii neoinstitutsionalizm i analiz organizatsii (predislovie k razdelu)." (Sociological Neoinstitutionalism of Organizational Analysis: Preface to Classics of Management Theory) *Vestnik St. Peterburgskogo Universisteta, Seriia "Menedzhment"* (St. Petersburg University Vestnik, Management Series), series 8, vol. 3: 112-125.

2007    (with Tony Walter) "Parental Grief in Three Societies: A Study of Networks and Religion as Social Supports in Mourning." *Omega*, vol. 54, #3: 179-198.

2005    "Trials and Tribulations of Learning the Market. Culture and Economic Practice in Russia's Market Transition," *The Carl Beck Papers in Russian and East European Studies* (Pittsburgh: Center for Russian and East European Studies, University of Pittsburgh).

2005    *World Encyclopedia of Political Systems and Parties*. New York: Facts on File Publications, 2005 (following chapters): Russian Federation; Ukraine, Belarus; Poland; Romania; Hungary; Bulgaria; Lithuania; Latvia; Estonia.

2000    (with Maksim Storchevoi) "Vlast', kul'tura i stanovlenie rynka." *Vestnik Sankt-Peterburgskogo Universiteta*, Series 6, economics, Issue 2, #14 (June): 83-87.

1999    "The Great Transition: The Dynamics of Market Transitions and the Case of Russia, 1991-1995." *Theory and Society* vol. 28: 383-424.

1997    "Making Markets: Rationality, Institutions, Culture, and Economic Change in Russia." *Problems of Post-Communism* vol. 44, #4: 44-51.

UNDER REVISION FOR INVITED RESUBMISSION, UNDER REVIEW, OR IN PROGRESS

(with Nikita Lomagin) "War, Survival, and Soviet Power: Bolshevism and Shadow Exchange in the Blockade of Leningrad." In preparation for submission to *Kritika*.

(with Nikita Lomagin) "Wartime Survival, War, Bolshevik Power, and Communication: Leningraders' Letters to Smol'ny in the Blockade of Leningrad." In preparation for submission to *Russian Review*.

**Exhibit 58 -  1038**

7

"Violent Capital." In progress for submission to *Theory and Society*.

"Resilience under Duress: War, Political Authority, and the Blockade of Leningrad." In progress for submission to *American Journal of Sociology*.

"Dropping the F-Bomb: Putin, Russia, and Fascism." In progress for submission to *Journal of Democracy*.

"Shadow Markets, Soviet Power, and War: Desperate Markets and Wobbling Hierarchies in the Blockade of Leningrad." In progress for submission to *Theory and Society*.

(with Andrew Buck) "Power and Praise: Fields of Power and Positive Discourses in the Late Soviet Period." In progress for submission to *Sociological Forum*.

(with Nikita Lomagin) "Speaking Blockade Bolshevik: Shadow Talk and the Soviet State in the Blockade of Leningrad." In progress for submission to *Russian Review*.

(with Nikita Lomagin) "Political Economy of Soviet Bodies at War: From Governmentality to Governance in the Blockade of Leningrad." In progress for submission to *Europe Asia Studies*.

"Soviet Postwar Dreams? A Fleeting Future for Postwar, Post-Blockade Leningrad, and a Story of Failed Soviet Postwar Hope." In progress for submission to *Kritika*.

"Soviet Front and Back Stages: A Personal Versus a Public Account of the Blockade of Leningrad." In progress for submission to *Slavic Review*.

"Gender, Class, and Economic Change. Insights from Russian Postsocialism and One Small Firm." In progress for submission to *Theory, Culture and Society*.


### PRESENTATIONS AND CONFERENCE ACTIVITY

2023    "New Market, New *Habitus*: Gender and Class in the 1990s." Association for Slavic, East European, and Eurasian Studies annual convention, Philadelphia, December 1.

2023    (with Andrew Buck) "Power and Praise: Fields of Power and Positive Discourses in the Late Soviet Period." American Sociological Association annual convention (virtual session), October 20.

2023    "Pugnacity, Brutality, and Better Angels: Reflections on Siniša Malešević, *Why Humans Fight*." American Sociological Association annual convention, War and Society Mini-Conference, Philadelphia, August 17.

2023    "Resilience under Duress: War, Political Authority, and the Blockade of Leningrad." American Sociological Association annual convention, War and Society Mini-Conference, Philadelphia, August 17.

**Exhibit 58 - 1039**

8

2023   "Wartime Suffering and Survival." Invited lecture, Elliott School of International Affairs and Institute for European, Russian, and Eurasian Studies, George Washington University. Washington, DC, April 20.

2023   "Power, Resilience, and Survival: Lessons from the Soviet Experience of Wartime Duress." Eastern Sociological Society annual convention, Baltimore, February 23.

2023   "History Repeats Itself, First Time as Tragedy, Second Time as Tragedy: Fascism Again?" Eastern Sociological Society annual convention, Baltimore, February 23.

2023   "What Do We Do Now? Studying, Teaching, and Thinking about Russia." Virtual panel "One Year since 24 February: The Effect of the Russia-Ukraine War on Writing and Teaching History of Eastern Europe." University of Manitoba, Canada, February 16.

2022   Book discussion (author-meets-critics): "*Wartime Suffering and Survival* (or How Leningraders Survived Hell)." Association for Slavic, East European, and Eurasian Studies annual convention, Chicago, November 12.

2022   "Russian Import Substitution: An Institutional Comparison." Association for Slavic, East European, and Eurasian Studies annual convention, Chicago, November 12.

2022   "Chërnyi rynok blokadnogo Leningrada" (The Black Market of Blockaded Leningrad). Conference "The Blockade of Leningrad: New Sources and Directions for Research," St. Petersburg Institute of History, Russian Academy of Sciences, October 14.

2022   Invited participation in roundtable discussion (online), "Goroda-geroi: front i tyl v krupneishikh bitvakh Velikoi Otechestvennoi voiny" (Hero-cities: the front and the rear in the greatest battles of the Great Fatherland War). European University at St. Petersburg, May 24.

2022   "*Wartime Suffering and Survival*." SRB Podcast, University of Pittsburgh Center for Russian, East European, and Eurasian Studies (online), April 29. (https://srbpodcast.org/2022/05/10/suffering-and-survival-in-leningrad/?fbclid=IwAR3fbZtVvxG-IaYdXUSUkCLHZ6A2CPXOg1N1zqyw-KNwJmz9gFeDKu3t3Bg).

2022   "Wartime Suffering and Survival." Invited seminar presentation, St. Petersburg Institute for History of the Academy of Sciences and European University at St. Petersburg, April 11 (https://youtu.be/VNZw1P62SHg).

2022   (with Nikita Lomagin) "Russian Dirigisme and Institutional Variation: Hydrocarbons and Agriculture." VI International Economic Symposium, St. Petersburg, March 17.

2022   "The Sensuous Nature of Social Fields: Actors, Social Fields, and Anchors of Valence." Eastern Sociological Society annual convention, Boston, March 13.

2022   Author Meets Critics: *Wartime Suffering and Survival*. Southern Conference on Slavic Studies annual convention, Richmond, February 26.

**Exhibit 58 -  1040**

2022    "Suffering, Survival, and Tragic Agency in the Blockade of Leningrad." Invited talk, Central and East European Program Speaker Series, University of Manitoba (online), January 27 (https://www.youtube.com/watch?v=4-teCmx0JVk).

2021    "Conceptualizing and Explaining Russian Reforms: Questions, Approaches, Possibilities." Association for Slavic, East European, and Eurasian Studies annual convention, online, December.

2021    "Conceptualizing and Explaining Russian Reforms: Questions, Approaches, Possibilities." Research seminar, Department of Economic Theory, Faculty of Economics, SPbGU, September.

2021    "The Political Economy of COVID: State Structures, Policies, and Economy in the USA and UK, or, How To Screw Up a Response to a Pandemic." III Moscow Academic Economic Forum, May 27.

2021    "Fields of Collapse: A Field Interpretation of the 2008 Recession." V International Economic Symposium, St. Petersburg State University, March 25.

2021    "Practices of Political Economy Under Siege: Bolshevism and the Blockade of Leningrad." Invited talk, Economics and Culture Seminar, Faculty of Liberal Arts and Sciences, St. Petersburg State University, March 25.

2021    "Pressures or Parallels from Below: War, Postwar Politics, and Dreams of Socialism" (in Russian, "Davlenie ili paralelli snizu: voina, poslevoennaia politika i mechty o sotsializme"). Conference, Twentieth Party Conference of the CPSU: preconditions and consequences (XX sezd KPSS: predposylki i posledstviia), Institute of History of the Russian Academy of Sciences, St. Petersburg, March 3.

2020    "Resilience of the Simple? Lessons about Order from the Blockade of Leningrad." Conference, Memory of the Second World War, European University at St. Petersburg, November.

2020    (with Nikita Lomagin) "Seeing Like a Starving State: The Soviet Political Economy of Death in the Blockade of Leningrad." Association for Slavic, East European, and Eurasian Studies annual convention, online, November.

2020    (with Nikita Lomagin) "The Unseen Revolution: Party Elites, Economic Reforms, and Expectations versus Outcomes in Late 1980s Leningrad." Association for Slavic, East European, and Eurasian Studies annual convention, online, November.

2020    "Making Sense of Postsocialism: What in the Name of God Happened, and Why?" Invited lecture, European University at St. Petersburg, St. Petersburg, April 29.

2019    "Postwar Dreams: A Brief Glimpse of Hopes for a Postwar, Post-Blockade Leningrad." Association for Slavic, East European, and Eurasian Studies annual convention, San Francisco, November.

**Exhibit 58 -  1041**

10

2019    "Enlightenment or Obfuscation? Social Science and Russian Studies: The Case of Sociology." Invited lecture, European University at St. Petersburg, St. Petersburg, November 4.

2019    "Soviet Power under Siege: The State, Shadow Markets, and Political Economy of Food and Control in the Blockade of Leningrad." First International Petersburg Historical Forum, St. Petersburg, October 31.

2019    "Resilience of the Simple? Lessons about Order from the Blockade of Leningrad." Workshop, Historical Systemic Collapse, Princeton Institute for International and Regional Studies, Princeton University, April 26-27 (https://www.youtube.com/watch?v=5L43DeWn474&feature=youtu.be).

2019    "Gender, Class, and Economic Change: Insights from Russian Postsocialism and One Small Firm." Eastern Sociological Society annual convention, Boston, March.

2019    "Moral and Market Economies: Not So Distinct and Different After All." Eastern Sociological Society annual convention, Boston, March.

2018    "Contentious Fields of the Post-Soviet Economy: Identities, Interests, and Ideologies of Normal Post-Soviet Economy." Association for Slavic, East European, and Eurasian Studies annual convention, Boston, December.

2018    "States, Markets, and War: Shadow Economies and Soviet State Power in the Blockade of Leningrad." Eastern Sociological Society annual convention, Baltimore, February.

2017    "Pain, Theodicy, and Making Sense of War: Logics of Narratives of Suffering." Association for Slavic, East European, and Eurasian Studies, Chicago, November.

2017    "Sensuality of Fields: Sensations and Signals, Anchors of Valence, and Field Positions and Relations." Eastern Sociological Society annual convention, Philadelphia, February.

2017    "Not Eternal, But Pretty Durable: Class, *Habitus*, and Duress of War. Survival in the Blockade of Leningrad." Eastern Sociological Society annual convention, Philadelphia, February.

2017    Panelist and commentator, author meets critic, Arlene Stein's *Reluctant Witnesses*. Eastern Sociological Society annual convention, Philadelphia, February.

2016    "Not Eternal, But Pretty Durable: Class, *Habitus*, and Duress of War. Survival in the Blockade of Leningrad." Association for Slavic, East European, and Eurasian Studies, Washington DC, November.

2016    "Not Eternal, But Pretty Durable: Class, *Habitus*, and Duress of War. Survival in the Blockade of Leningrad." American Sociological Association annual conference, Seattle, August.

2016    "Sensuality of Fields: Sensations and Signals, Anchors of Valence, and Field Positions and Relations." American Sociological Association annual conference, Seattle, August.

**Exhibit 58 - 1042**

11

2016    Conference co-organizer: "Issues in the History of the Blockade of Leningrad," European University at St. Petersburg, St. Petersburg, Russia, June 15-16.

2016    "Not Eternal, But Pretty Durable: Class, *Habitus*, and Duress of War. Survival in the Blockade of Leningrad." Conference "Issues in the History of the Blockade of Leningrad," St. Petersburg, Russia, June 15-16.

2016    "Western Historiography and the USSR in World War II." Invited lectures: European University at St. Petersburg, St. Petersburg, Russia, April 27 (in English), Faculty of History, St. Petersburg State University, May 6 (in Russian).

2016    "Power, Culture, and Post-Socialism." Annual conference, "Sustainable Development: Society and Economy." St. Petersburg, Russia, April 22 (in Russian).

2015    "Breaking and Making the Rules as Things Fall Apart: Desperation, Innovation, and Traces of Order in the Blockade of Leningrad." Public lecture, Princeton University, Princeton Institution for International and Regional Studies, December 9.

2015    (with Nikita Lomagin) "A Lesser-Known Blockade of Leningrad: Policies and Institutional Practices in the Second Year of the Siege." Association for Slavic, East European, and Eurasian Studies, Philadelphia, November.

2015    Discussant, panel "Faces of Death in Socialist Culture." Association for Slavic, East European, and Eurasian Studies, Philadelphia, November.

2015    "Anchors, Habitus, and Practices under the Siege of War: The Story of Women and Gender in the Blockade of Leningrad." American Sociological Association annual conference, Chicago, August.

2015    "Coping with Suffering: Sense and Perception, Fields, and Narratives of Theodicy." Conference, "Narrating the Siege. The Blockade of Leningrad and its Transmedial Narratives." Ludwig-Maximilians University, Munich, June 2015.

2015    "Fields and the Post-Soviet Economy." Annual conference, "Sustainable Development: Society and Economy." St. Petersburg, Russia, April 24 (in Russian).

2015    "Anchors, Habitus, and Practices under the Siege of War: The Story of Women and Gender in the Blockade of Leningrad." Eastern Sociological Society annual conference, New York City, February.

2014    "War, Subjectivity, and Economics of Death. The 'Leningrad Death' in the Blockade of Leningrad." Association for Slavic, East European, and Eurasian Studies, San Antonio, November.

2014    "Techniques, Technologies, and Politics of Post-Crisis Economics." Annual conference, "Sustainable Development: Society and Economy." St. Petersburg, Russia, April 25 (in Russian).

**Exhibit 58 - 1043**

12

2013    "Lysistrata's Paradox: How War Shaped Gender in the Case of the Blockade of Leningrad." Association for Slavic, East European, and Eurasian Studies, Boston, November.

2013    "Voina i vosproizvodstvo gendernykh otnoshenii: sluchai blokadnogo Leningrada." Conference "The little person and the great war in Russia's history, 19th-20th centuries." St. Petersburg, Russia, June (in Russian).

2013    "Economic Sociology." Public lecture series, St. Petersburg University, Faculty of Economics. May (in Russian).

2012    "Coercion, Symbolic Power, and Post-Soviet State Capacity: A Political Sociology of Post-Socialist Political Change." Association for Slavic, East European, and Eurasian Studies, New Orleans, November.

2012    "Political Culture of Post-Soviet Economic Change: The Case of Financial-Industrial Groups." Conference on post-socialism and economic culture, St. Petersburg State University (Russia), Faculty of Humanitarian and Free Sciences, June 30.

2011    "Securing the State: 'Security' and the Trials of Rebuilding State Authority under Yeltsin and Putin." Association for Slavic, East European, and Eurasian Studies, Washington, D.C., November.

2011    "Authority and War: World War II and Challenges to Political and Social Authority." Panel organizer and discussant. Association for Slavic, East European, and Eurasian Studies, Washington, D.C., November.

2011    "Norms and Survival in the Heat of War: Normative versus Instrumental Rationalities and Survival Tactics." American Sociological Association, Las Vegas, August.

2011    (with Nikita Lomagin) "Lysistrata's Paradox: Wartime Duty, Survival, and Gender Status. Lessons from the Blockade of Leningrad." American Sociological Association, Las Vegas, August.

2010    "Contested Bread: Embedded Meanings and Practices of Wartime Survival. Moral and Market Economies of Food in the Blockade of Leningrad." Association for Slavic, East European, and Eurasian Studies, Los Angeles, November.

2010    "A Moral Economy of War: Lessons from the Blockade of Leningrad." American Sociological Association, Atlanta, August.

2010    (with Irene Petten and Alison Heslin) "The Politics of Legitimating Subcultures, Lifestyles, and Movements: Expanding Boundaries versus Inverting Norms. A Comparison of Body Modification and Veganism." American Sociological Association, Atlanta, August.

2009    "Cosmologies of Self, Soviet Power, and Suffering: War, Political Normality, and Survival Practices in the Blockade of Leningrad." American Association for the Advancement of Slavic Studies, Boston, November 13. *Also panel organizer*.

**Exhibit 58 -  1044**

13

2009    (with Nikita Lomagin) "*Habitus*, Framing, and Wartime Survival: The Impact of Class and Gender in the Blockade of Leningrad." American Association for the Advancement of Slavic Studies, Boston, November 15.

2008    "Gendered Postsocialist Economic Change: Constitutive or 'Add Gender and Stir'?" American Association for the Advancement of Slavic Studies, Philadelphia, November.

2008    "Globalization: An Evaluation and Critique." Invited lecture, summer school in globalization and economic sociology, St. Petersburg, Russia, July.

2008    "Russian Business and Economic Culture." Invited lecture, Summer School in Business, St. Petersburg University, Faculty of Economics, Department of World Economy, June.

2008    "Making the Memory of War: Interpretations of War and the Construction of Normality. Lessons from the Siege of Leningrad." Southern Sociological Society Annual Convention, Richmond, April 12.

2008    Panel Organizer: Thematic Session, "War, Movement, and Meaning," Southern Sociological Society Annual Convention, Richmond, April 12.

2007    "Making the Memory of War: Interpretations of War and the Construction of Normality. Lessons from the Siege of Leningrad." Conference on the Blockade of Leningrad, St. Petersburg, Russia, September 6-8.

2006    (with Andrew Buck) "Origins and Contingencies of Post-Socialist Democracy and Dictatorship. Comparative Insights." American Sociological Association, Montreal, August.

2005    "Social Context and the Search for Meaning: Networks and Culture in a Comparative Context." International Conference on Death, Dying, and Disposal, University of Bath, September 17.

2005    "Power and Post-Socialism: A Radical View. Lessons from Enterprise Restructuring." American Sociological Association, Philadelphia, August 13, 2005.

2003    "A Sociological Perspective on Russian Business." Invited lecture, Department of Economics, St. Petersburg University, St. Petersburg (Russia), July 15.

2001    "Sociology and Economics: Institutions and History." Summer School for New Institutional Economics, St. Petersburg, Russia, August 9.

2000    "Organizing the Market: Power/Knowledge, Resistance, and the Process of Organizational Change. The Case of Russia's Market Revolution." American Sociological Association, Washington D.C., August 15.

2000    "Unclenching the Invisible Hand: Authority-Building and Economic Change. The Case of the Russian Transition." North Central Sociological Association convention, Pittsburgh, April 15.

**Exhibit 58 -  1045**

14

2000    "'So That Each Person Knows His Place': Discipline and Market-Building. The Experience of the Russian Market Experiment." North Central Sociological Association convention (session on work and occupations), Pittsburgh, April 14.

2000    "Russia's Transition: Power/Knowledge, Resistance, and Organizational Change." Center for Russian and East European Studies, University of Pittsburgh, February 2.

1998    "To the Undiscovered Country: The Dynamics of Economic Change in Russia," Center for Russian and East European Studies, University of Pittsburgh, February 2.

1997    "A 'Patterned Mess': Creating Economic Culture and Russia's Market Transition," Center for Russian and East European Studies, University of Pittsburgh, February 19.

1996    "The Great Transition: The Market Transition in Russia and Institutional Change, 1991-1995." Economic Sociology Workshop, Princeton University, November 11.

1995    "Paths Not Taken: Policy Regimes and Russia's Transition." St. Petersburg University, International Relations Summer Academy, St. Petersburg (Russia), June 29.

1992    "Critical Mass: Workers, Culture, and Collective Action, 1905 and 1989-91." AAASS Regional Conference, Columbus, Ohio, May 1.


### FELLOWSHIPS AND GRANTS

2022    Faculty Research Grant, University of Richmond ($6000): "Origins of Post-Socialist Dictatorship and Democracy"

2021    Sabbatical Fellows Program, University of Richmond (full-year sabbatical): "Soviet Power Under Siege"

2021    Faculty Research Summer Fellowship, University of Richmond ($6000): "Survival and After: Wartime and Postwar Challenges, Practices, and Power"

2020    Faculty Research Summer Fellowship, University of Richmond ($6000): "Survival and After: Wartime and Postwar Challenges, Practices, and Power"

2019    Faculty Research Summer Fellowship, University of Richmond ($6000): "Survival and After: Wartime and Postwar Challenges, Practices, and Power"

2019    Faculty Research Grant, University of Richmond ($4520): "Survival and After: Wartime and Postwar Challenges, Practices, and Power"

2018    Faculty Research Summer Fellowship, University of Richmond ($6000): "Troubled Phoenix"

**Exhibit 58 -  1046**

15

2017    Faculty Research Summer Fellowship, University of Richmond ($6000): "Troubled Phoenix"

2016    Faculty Research Summer Fellowship, University of Richmond ($6000): "Troubled Phoenix"

2016    Faculty Research Grant, University of Richmond ($4950): "Troubled Phoenix"

2016    Russian Fund for the Humanities (RGNF): Application for grant for project "Field Theory and Russian Economic Reality." Collective application with colleagues from the department of economic theory, Faculty of Economics, St. Petersburg State University. Grant application turned down, but reviews were positive.

2016    Russian Scientific Fund (RNF): Application for grant for project "Moral norms in the Russian economy: impact on effectiveness and possibilities of regulation." Collective application with colleagues from School of Management, St. Petersburg State University.

2014    National Endowment for the Humanities Fellowship, Grant #FB-57514-14 (stipend, $50,400): "A Siege Mentality"

2014    University of Richmond Dean's Enhanced Sabbatical Award (declined, to take full NEH)

2014    NEH Summer Fellowship, University candidate for submission (submission ultimately withdrawn because one cannot hold two NEH fellowships in the same calendar year)

2014    Faculty Research Summer Fellowship, University of Richmond ($6000): "A Siege Mentality"

2013    Faculty Research Summer Fellowship, University of Richmond ($6000): "A Siege Mentality"

2012    Faculty Research Summer Fellowship, University of Richmond ($6000): "A Siege Mentality"

2011    Faculty Research Summer Fellowship, University of Richmond ($6000): "A Siege Mentality"

2011    IREX Short-Term Travel Grant, alternate recipient (contingent on government funding)

2009    National Endowment for the Humanities (NEH) collaborative grant for $30,000, administered by ACTR, for joint project with Nikita Lomagin: "War and Power: Practices, Meanings, and Political and Moral Economies of War. The Case of the Blockade of Leningrad"

2009    Mednick Memorial Fellowship of the Virginia Foundation for Independent Colleges ($2000): "War and Power: Practices, Meanings, and Political and Moral Economies of War. The Case of the Blockade of Leningrad"

**Exhibit 58 - 1047**

16

2008   Weinstein Family Fellowship, University of Richmond: "Art Negotiates Power: Film as an Expression of Hegemony and Dissent." With Alison Heslin, David Brandenberger.

2007   Faculty Research Grant, University of Richmond: "To the Undiscovered Country"

2006   Faculty Research Grant, University of Richmond: "To the Undiscovered Country"

2006   Student Award for Outstanding Contributions to Teaching and Learning Support, University of Reading (nominated)

2004   Nuffield Foundation Social Science Small Grant (£6000): "The Meaning of War and the Politics of Legitimacy: The Case of the Siege of Leningrad"

2004   Award for Teaching Excellence, University of Reading (short-listed)

2003   Award for Teaching Excellence, University of Reading (nominated)

2001   University of Reading Research Grant (£3500)

2000   University of Reading Research Grant (£3500)

1999   IREX Short-Term Travel Grant (summer research, Russia); $2700 for final data collection for project on Russian economic change, "To the Undiscovered Country"

1994   American Council of Teachers of Russian (ACCELS) dissertation grant

1994   Council on Regional Studies research grant and Center for International Studies grant, Princeton University ($10,000)

1994   Center for International Studies grant , Princeton University ($10,000)

1993   Princeton University Fellowship

1993   State Department research and language training grant (through CIEE program)

1992   Princeton University Fellowship

1991   Foreign Language Area Studies Fellowship (FLAS)

1991   Research/language study award (CIEE)

1990   Social Science Research Council fellowship for underrepresented fields in Soviet studies

1989   Harvard University Russian Research Center summer research grant

1989   Harvard College Scholarship

1987   NSF training/research grant

**Exhibit 58 -  1048**

17

### AWARDS

2023    Mirra Komarovsky Book Award for *Wartime Suffering and Survival*, Eastern Sociological Association

2022    Distinguished Scholar Award, University of Richmond

2022    Distinguished Scholarly Book Award (Honorable Mention) for *Wartime Suffering and Survival*, American Sociological Association.

2022    Outstanding Book Award (Co-winner) for *Wartime Suffering and Survival*, Section on War, Peace, and Social Conflict, American Sociological Association

2006    Student Award for Outstanding Contributions to Teaching and Learning Support, University of Reading (nominated)

2004    Short List, Student Award for Outstanding Teaching, University of Reading (nominated)

### COURSES TAUGHT

Economic Sociology
Political Sociology
Social Change
Post-Socialism
Sociological Theory (graduate seminar)
Social Stratification (graduate seminar)
Sociological Theory (undergraduate)
Money, Power, Society
Institutions and Economic Sociology (Russian)

Power, Control, and Resistance
Across the Pond: Europe vs USA
Introduction to Sociology
Criminology
Social Problems
Race and Ethnicity
Socialism (First-Year Seminar)
Sociology Capstone
Introduction to Global Studies

### MEMBERSHIP AND SERVICE

- Chair, Department of Sociology and Anthropology, University of Richmond (2022-2025)
- Institutional Review Board, University of Richmond (2011-present; chair 2022-2025)
- Faculty Research Committee, University of Richmond (2013-14, 2017-20, Chair 2018-2020)
- International Education Committee, University of Richmond (2011-2014)
- Marshal Shulman Book Prize Committee for the Association for Slavic, East European, and Eurasian Studies (2017-2020, Chair 2018-2019, 2020-2021)
- Book Prize Committee, Section on War, Peace and Social Conflict, American Sociological Association (2022-2023)

- Member, Global Systemic Risk, Princeton University (2019-present)

**Exhibit 58 -  1049**

18

- Member, Association for Slavic, East European, and Eurasian Studies (formerly American Association for the Advancement of Slavic Studies) (1992, 1998, 2007-present)
- Member, Russian Business Ethics Network (2020-present)
- Member, American Sociological Association (1992, 2000, 2005-11, 2015-2016)
- Member, Eastern Sociological Society (2014-present)

- Member, editorial board, *Vestnik Sankt-Peterburgskogo Universiteta, Seriia 5—Ekonomika*, economics journal for St. Petersburg State University (2014-present)
- Member, editorial board, *Noveishaia istoriia Rossii*, history journal for St. Petersburg State University (2018-present)
- Editor, political economy section, *International Encyclopedia of the Social and Behavioral Sciences* (Elsevier)

- Reviewer, National Endowment for the Humanities, Social Science and History of Science fellowships (2017)
- Reviewer, National Endowment for the Humanities summer fellowship applications (autumn 2012)
- Reviewer, undergraduate and graduate fellowship applications, Fulbright (autumn 2011, 2012, 2013, 2016)
- Reviewer and consultant, Ebert Foundation (Germany)
- Reviewer: *American Sociological Review*; *Theory and Society*; *Journal of Historical Sociology*; *Russian Review*; *The Carl Beck Papers in Russian and East European Studies*; *Theory, Culture, and Society*; *Poetics*; *Gender and Society*; *Time & Society; Contemporary Sociology; Sociological Currents*;
- Reviewer: Oxford University Press; Yale University Press; Sage Publications; Palgrave; Routledge; Indiana University Press.

**Exhibit 58 - 1050**

# Appendix B

Exhibit 58 -  1051

## APPENDIX - IOURI MIKHEL

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 1. | Birth Certificate of Iouri Mikhel | JKH-001 |
| 2. | Medical Record Book in Russian, 1972-1984 | JKH-002 |
| 3. | Medical Record Book, 1972-1984 (English Translation, Author Unknown) | JKH-453 |
| 4. | Medical Certificate for Iouri Mikhel in Russian, 1990 | JKH-481 |
| 5. | School Records and Class Photo for Iouri Mikhel in Russian, 1975-1978 | JKH-482 |
| 6. | School Certificate for Iouri Mikhel in Russian, 1991 | JKH-486 |
| 7. | Driving Exam Certificate for Iouri Mikhel in Russian, 1992 | JKH-487 |
| 8. | Mikhel Family Tree | JKH-489 |
| 9. | Marriage Certificate of Margarita Fot and Gherman Mikhel in Russian with Handwritten Note in English | JKH-490 |
| 10. | Mikhel Family Photos with Handwritten Notes in Russian; Post-Its and Pages of Handwritten Notes in English | JKH-493 |
| 11. | Black and White Copies of Mikhel Family Photos with Notes in English and in Russian *(May Contain Duplicates from Tab 10)* | JKH-724 |
| 12. | Photos of Vladimir Mikhel with Iouri Mikhel, and of Vladimir and Wife | JKH-766 |
| 13. | Trial Exhibit 3138: Photograph with Writing in Russian and English Translation | JKH-767 |
| 14. | Trial Exhibit 3139: Photograph with Writing in Russian and English Translation | JKH-769 |
| 15. | Trial Exhibit 3135: Autobiography of Margarita Fot in Russian | JKH-771 |
| 16. | Trial Exhibit 3136: Autobiography of Margarita Fot in English | JKH-773 |
| 17. | Military Records Search Results for Gherman Mikhel in Russian and English | JKH-776 |
| 18. | Military Records for Gherman Mikhel in Russian and English with Attachment, 03/28/1945 | JKH-777 |

1

**Exhibit 58 - 1052**

APPENDIX - IOURI MIKHEL

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 19. | List of Military Awards for Gherman Mikhel in Russian and English, with Award Dates | JKH-780 |
| 20. | List of Military Awards for Gherman Mikhel | JKH-781 |
| 21. | Medal for the Capture of Berlin, Commemorative Record for Gherman Mikhel in Russian and English with Attachment | JKH-782 |
| 22. | Medal for Military Merit Commemorative Record for Gherman Mikhel in Russian and English | JKH-787 |
| 23. | Order of the Red Star, Commemorative Record for Gherman Mikhel in Russian and English with Attachment | JKH-789 |
| 24. | Order of the Red Star Commemorative Record for Gherman Mikhel in Russian and English, 1944-1945 | JKH-794 |
| 25. | Order of the Red Star Award Certificate for Gherman Mikhel in Russian with Attachment, 04/27/1945 | JKH-796 |
| 26. | Military Records for Gherman Mikhel in Russian and English with Attachment, 03/17/1945 | JKH-799 |
| 27. | Memorandum of Interview of Edward Mikhel, Date Unknown | JKH-802 |
| 28. | Death Certificate of Anna Fot in Russian | JKH-807 |
| 29. | Commemorative Index Military Record for Anna Fot in Russian and English | JKH-808 |
| 30. | Military Records for Anna Fot in Russian and English | JKH-810 |
| 31. | Death Certificate of Sofia Petrova in Russian; Handwritten Notes in English | JKH-820 |
| 32. | Summary of Military Awards for Andrey Ivanovich Miguel *[spelled "Miguel" in the document]* | JKH-823 |
| 33. | Military Record for Andrey Ivanovich Mikhed *[spelled "Mikhed" in the document]* | JKH-824 |
| 34. | Military Records for Andrey Ivanovich Mikhel in Russian and English with Attachment | JKH-825 |

2

Appendix B - 20

**Exhibit 58 - 1053**

**APPENDIX - IOURI MIKHEL**

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 35. | Burial Record of Boris Michal *[spelled "Michal" in the document]* in Foreign Language and English with Attachment | JKH-827 |
| 36. | Transcript of Trial Testimony of Marshall Goldman, 01/30/2007 | JKH-829 |
| 37. | Transcript of Trial Testimony of Craig Haney, 02/01/2007 | JKH-869 |
| 38. | Transcript of Trial Testimony of Craig Haney, 02/02/2007 | JKH-913 |
| 39. | Transcript of Trial Testimony of Craig Haney, 02/06/2007 | JKH-996 |
| 40. | Transcript of Trial Testimony of Elena Zdravomyslova, 02/02/2007 | JKH-1095 |
| 41. | Birth Certificate of Iouri Mikhel in Russian and English (U.S. Notarization) | JKH-1183 |
| 42. | Death Certificate of Anna Fot in Russian | JKH-1185 |
| 43. | Death Certificate of Gherman Mikhel in Russian | JKH-1187 |
| 44. | Disability Certificate for Iouri Mikhel in Russian, 1993 | JKH-1188 |
| 45. | School Certificate for Iouri Mikhel in Russian, 1991 | JKH-1190 |
| 46. | Death Certificate of Margarita Mikhel in Russian (Original) | JKH-1192 |
| 47. | USSR International Passport of Iouri Mikhel, No. 3315556, 1995-2000 | JKH-1193 |
| 48. | USSR International Passport of Iouri Mikhel, No. 0900730, 1992-1997 | JKH-1211 |
| 49. | Klassen Reynolds, Lynda, "The Aftermath of Trauma and Immigration: Detections of Multigenerational Effects on Mennonites who Emigrated from Russia to Canada in the 1920s" (Ph.D. Dissertation from California School of Professional Psychology, 1997) | JKH-1229 |
| 50. | Video Interview of Edward Mikhel by Holly Jackson, Date Unknown | JKH-1348 |
| 51. | Video Interview of Natalia Alifanova by Chris Filipiak, 10/29/2002 | JKH-1349 |
| 52. | Video Interview of Natalia Alifanova by Holly Jackson, 10/19/2005 | JKH-1350 |

3

**Exhibit 58 - 1054**

## APPENDIX - IOURI MIKHEL

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 53. | Three Mitigation Videos Titled "Iouri Home - Dacha", Date Unknown | JKH-1351 |
| 54. | Russian Criminal Records for Iouri Mikhel in Russian and English | JKH-1352 |
| 55. | List of Handwritten Names in Russian | JKH-1377 |
| 56. | List of Handwritten Names in Russian with Notes in English | JKH-1378 |
| 57. | Mikhel Family Photos and Postcards | JKH-1379 |
| 58. | Green Photo Album of Mikhel Family with Notes | JKH-1594 |
| 59. | Case File of Margarita Ghenrichovna Fot-Mikhel, 1945-1947 | JKH-1633 |
| 60. | Central Archive of the Ministry of Defense of the Russian Federation, Personal File of Anna Nikolaevna Fot | JKH-1647 |
| 61. | Employment Records of Margarita Ghenrichovna Mikhel, 1947-1973 | JKH-1693 |
| 62. | Pension Fund of the Russian Federation, File re Margarita Ghenrichovna Mikhel | JKH-1695 |
| 63. | Certificate of Illness and Disability of Evdokia Kurmanova | JKH-1701 |
| 64. | Description of Aleksey Kurmanov's Service in the Red Army with Handwritten Notes | JKH-1703 |
| 65. | Description of Evdokia Kurmanova with Handwritten Notes | JKH-1707 |
| 66. | Reply re Letter to Stalin, 05/17/1950 | JKH-1711 |
| 67. | Description of Yulia Kurmanova with Handwritten Notes, 08/19/1947 | JKH-1713 |
| 68. | Certificate for Aleksey Kurmanov re Right to Shoot, 12/05/1918 | JKH-1715 |
| 69. | Certificate for Aleksey Kurmanov re Military Commander of the Rifle Division, 03/08/1920 | JKH-1717 |

4

Exhibit 58 - 1055

**APPENDIX - IOURI MIKHEL**

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 70. | Communist Party Mandate for Aleksey Kurmanov, 08/16/1921 | JKH-1719 |
| 71. | Extract from Records about Aleksey Kurmanov's Service in the Red Army and Outside of It | JKH-1721 |
| 72. | Document re Aleksey Kurmanov's Position as Prosecutor | JKH-1725 |
| 73. | Certificate re Sending Aleksey Kurmanov to the Western Region to Check the Progress of Collectivization, 02/11/1931 | JKH-1727 |
| 74. | Photo of Evdokia Kurmanova at 20 with Handwritten Notes | JKH-1729 |
| 75. | Photo Portrait of Yulia Kurmanova with Handwritten Notes | JKH-1733 |
| 76. | Photo Portrait of Evdokia Kurmanova at 60 with Handwritten Notes | JKH-1737 |
| 77. | Handwritten Autobiography of Evdokia Kurmanova, 1923 | JKH-1740 |
| 78. | Photos from Album Dedicated to Aleksey Kurmanov with Handwritten Notes | JKH-1750 |
| 79. | Photos of Aleksey Kurmanov and General Vasily Shchvetsov Against the Backdrop of Red Square in Moscow, with Handwritten Notes | JKH-1761 |
| 80. | Photos of Aleksey Kurmanov Funeral with Handwritten Notes | JKH-1769 |
| 81. | Report by ███████████ re Kaspar Mikhailovich Mikhel and the Mikhel Family Line, 08/18/2020 (in Russian) | JKH-1777 |
| 82. | Final Report by ███████████ re History of the Tzvetkov Family (in Russian) | JKH-1798 |
| 83. | Final Report by ███████████ re History of the Tzvetkov Family (English Translation by Lydia Bryans) | JKH-1836 |
| 84. | Report by ███████████ re Social History Investigation in Ukraine (Part One), 10/04/2020 (in English) | JKH-1876 |
| 85. | Report by ███████████ re Social History Investigation in Ukraine (Part Two), 10/04/2020 (in English) | JKH-1911 |

5

Appendix B - 23

**Exhibit 58 - 1056**

**APPENDIX - IOURI MIKHEL**

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 86. | Videos Files Nos. 1-10, 15, 16 re ▉▉▉▉▉▉▉ Trip to Mostovoye | JKH-1949 |
| 87. | Videos Files Nos. 11-14 re ▉▉▉▉▉▉▉ Interview of Mostovoye Residents | JKH-1950 |
| 88. | Report by ▉▉▉▉▉▉ re Stage 7 Investigation on Albert Timokhin, 12/27/2021 (in Russian) | JKH-1951 |
| 89. | Report by ▉▉▉▉▉▉ re Stage 7 Investigation on Albert Timokhin, 12/27/2021 (English Translation by Lydia Bryans) | JKH-1964 |
| 90. | English Translation by Margaret Michaelian of Medical Record Book, 1972-1984[1] | JKH-1978 |
| 91. | Leningrad Prosecutor's Office Records re Gherman Mikhel, 1944-1965 (in Russian with English Translation by Lydia Bryans) | JKH-2292 |
| 92. | USSR Communist Party Records re Edward Mikhel, 1966-1967 (in Russian with English Translation by Lydia Bryans) | JKH-2314 |
| 93. | Registry Entry re Marriage of Kaspar Mikhel with Identifier "173", 1865 (in Russian with English Translation by Lydia Bryans) | JKH-2340 |
| 94. | Registry Entry for Aleksey Kasparovich Mikhel, 1879 (in Russian with English Translation by Lydia Bryans) | JKH-2352 |
| 95. | Registry Entry re Gherman Mikhel, 1911 (in Russian with English Translation by Lydia Bryans) | JKH-2354 |
| 96. | Record of Admission for Medical Care for Aleksey Kasparovich Mikhel, with Identifier "Mikhel - 57", 1917 (in Russian with English Translation by Lydia Bryans) | JKH-2356 |
| 97. | State Archives of the Tver Region - Records re Mikhel Family Members, 1929 (in Russian with English Translation by Lydia Bryans) | JKH-2358 |
| 98. | Saint Petersburg's Central State Archive - Personal File of Boris Ivanovich Mikhel (in Russian with English Translation by Lydia Bryans) | JKH-2364 |
| 99. | State Archives of the Russian Federation - Personal Files of Ivan Kasperovich Mikhel and Andrei Ivanovich Mikhel (in Russian with English Translation by Lydia Bryans) | JKH-2398 |
| 100. | Vital Records for Vladimir Ghermanovich Mikhel (in Russian with English Translation by Lydia Bryans) | JKH-2502 |

---

[1] See Tab 2 for original in Russian.

6

**Exhibit 58 - 1057**

**APPENDIX - IOURI MIKHEL**

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 101. | English Translation by Lydia Bryans of Report by ████████ re Kaspar Mikhailovich Mikhel and the Mikhel Family, 08/18/2020 | JKH-2512 |
| 102. | English Translation by Lydia Bryans of Video Interview of Edward Mikhel by Holly Jackson, Date Unknown[2] | JKH-2543 |
| 103. | English Translation by Lydia Bryans of the Autobiography of Margarita Fot (Trial Exhibit 3135) [3] | JKH-2560 |
| 104. | Letter from the FSB to ████████ re Summary of Criminal Charges Against Gherman Mikhel, 01/20/2021 (in Russian with English Translation by Lydia Bryans) | JKH-2562 |
| 105. | Diary of Clara Rachman 1941-1943 (English Version of Webpage by Google) (URL: https://sites.google.com/site/istoriaskoly327/книга-памяти 327/рассказывают-наши-учителя/дневник-клары-рахман) | JKH-2566 |
| 106. | Diary of Clara Rachman 1941-1943 (in Russian) (URL: https://sites.google.com/site/istoriaskoly327/книга-памяти 327/рассказывают-наши-учителя/дневник-клары-рахман ) | JKH-2582 |
| 107. | Goldstein, Darra, *Women under Siege: Leningrad 1941-1942* (2005) (URL: https://www.jstor.org/stable/j.ctt5vk2tn.13) | JKH-2599 |
| 108. | Varga-Harris, Christine, *The Quest for Normalcy: Coming Home, Settling Down, Moving Forward* (2015) (URL: https://www.jstor.org/stable/10.7591/j.ctt15hvs37.12) | JKH-2618 |
| 109. | Sparén, Pär et al, *Long Term Mortality After Severe Starvation During the Siege of Leningrad: Prospective Cohort Study* (2004) (URL: https://www.jstor.org/stable/41708260) | JKH-2654 |
| 110. | Manley, Rebecca, *Nutritional Dystrophy: The Science And Semantics Of Starvation In World War II* (2015) (URL: https://www.jstor.org/stable/j.ctt16gzkwj.10) | JKH-2659 |
| 111. | Koupil, Shestov et al, *Blood pressure, hypertension and mortality from circulatory disease in men and women who survived the siege of Leningrad* (2007) (URL: https://www.jstor.org/stable/27822757) | JKH-2719 |

---

[2] See Tab 50 for video interview in Russian.
[3] See Tab 15, Bates JKH-771 for Russian original.

**Exhibit 58 - 1058**

**APPENDIX - IOURI MIKHEL**

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 112. | Vågerö, Koupil et al. *Long-Term Health Consequences Following the Siege of Leningrad* (2013) (URL: https://www.researchgate.net/publication/277939256_Long-Term_Health_Consequences_Following_the_Siege_of_Leningrad) | JKH-2732 |
| 113. | FBI Interview Memo of Natalia Alifanova, 04/08/2004 | JKH-2752 |
| 114. | FBI Report Attaching Transcript of 03/23/2005 FBI Interview of Marina Karagodina, 04/28/2006 | JKH-2766 |
| 115. | English Translation by Lydia Bryans of Chris Filipiak's Video Interview of: -Benjamin Bril, 10/24/2002 -Natalia Alifanova, 10/29/2002 (Part 1) | JKH-2961 |
| 116. | English Translation by Lydia Bryans of Chris Filipiak's Video Interview of Natalia Alifanova, 10/29/2002 (Part 2) | JKH-2968 |
| 117. | English Translation by Lydia Bryans of Holly Jackson's Video Interviews of: -Svetlana Koginova, 10/18/2005 -Galina Koginova, 10/18/2005 -Olga Startseva (part 1), 10/18/2005 | JKH-2980 |
| 118. | English Translation by Lydia Bryans of Holly Jackson's Video Interviews of: -Olga Startseva (part 2), 10/18/2005 -Yana Startseva, 10/18/2005 -Margarita Dorchenko, 10/27/2005 | JKH-2990 |
| 119. | English Translation by Lydia Bryans of Holly Jackson's Video Interview of Margarita Dorchenko, 10/27/2005 | JKH-2998 |
| 120. | English Translation by Lydia Bryans of Holly Jackson's Video Interview of Natalia Alifanova, 10/19/2005 | JKH-3001 |
| 121. | Notes from Holly Jackson regarding Vladimir Mikhel, Undated | JKH-3022 |
| 122. | Memorandum of Interview of Natalia Alifanova, by Chris Filipiak, 10/22/2002[4] | JKH-3024 |
| 123. | English Translation by Lydia Bryans of Anna Fot Death Certificate with Original in Russian, Issued 03/24/1979 | JKH-3026 |
| 124. | English Translation by Lydia Bryans of Margarita Mikhel Death Certificate with Original in Russian, Issued 06/10/1992 | JKH-3028 |

---

[4] This is the date Filipiak writes in his memo. In the video, however, at approximately min. 19:29, Filipiak states "today is October 29, 2002"

8

**Exhibit 58 - 1059**

**APPENDIX - IOURI MIKHEL**

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 125. | English Translation by Lydia Bryans of Anna Fot Military Records, 11/04/1944 *(original previously sent under tab 30, starting Bates JKH-810)* | JKH-3030 |
| 126. | English Translation by Lydia Bryans of Gherman Mikhel Military Records, 1945 *(originals included under previously sent tabs 18 through 26)* | JKH-3040 |
| 127. | English Translation by Lydia Bryans of Iouri Mikhel's Criminal History in Russia, 1986-1992 *(the original document is included in the document previously sent as tab 54, at Bates JKH-1356 - 1374)* | JKH-3063 |
| 128. | Testimony Outline for Dr. Elena Zdravomyslova | JKH-3073 |
| 129. | Transcript of Disc 3 of MMPI Testing of Iouri Mikhel Conducted by Dr. Richard Wetzel (Disc 3), Undated | JKH-3090 |
| 130. | English Translation by Lydia Bryans of Mikhel Family Photos with Notes, with Originals *(some of the original photos included under this tab might be duplicates of pages previously sent under tabs 10 and 11)* | JKH-3169 |
| 131. | Lee Aspin, *The Soviet Soldier*, The New York Times, 06/08/1982 | JKH-3303 |
| 132. | Catriona Kelly, *Children's World - Growing Up in Russia 1890-1991*, pp. 324-332 | JKH-3308 |
| 133. | Anna Baerg, *Diary of Anna Baerg 1916-1924*, pp. 10, 24, 35, 36, 53, 75, 76, 85, 89, 112, 122 | JKH-3315 |
| 134. | Yitzhak Tarasulo, *A Profile Of the Soviet Soldier,* ARMED FORCES & SOCIETY, Vol. 11, No. 2 (Winter 1985), pp. 221-234 | JKH-3328 |
| 135. | James Urry, *Who are the Mennonites?*, EUROPEAN JOURNAL OF SOCIOLOGY, 1983, Vol. 24, No. 2, Unnecessary Revolution (1983), pp. 241-262 | JKH-3342 |
| 136. | Barclays Bank - Currency Treasury Deposit, $1,580,000, 11/23/1998 | JKH-3364 |
| 137. | FBI Interview Memo of Jurijus Kadamovas, 02/19/2002 | JKH-3365 |
| 138. | FBI Interview Memo of Mark Rabinovich, 08/08/2003 | JKH- 3373 |
| 139. | FBI Interview Memo of Anthony Harris, 08/14/2003 | JKH- 3377 |

**APPENDIX - IOURI MIKHEL**

| TAB | DESCRIPTION | BATES NO. |
|---|---|---|
| 140. | FBI Interview Memo of David Morrow, 04/21/2004 | JKH-3379 |
| 141. | FBI Interview Memo of Linda Morrow 04/23/2004 | JKH-3389 |
| 142. | IRS Interview Memo of Karine Solloway, with attached exhibits, 03/25/2005 | JKH- 3395 |
| 143. | IRS Interview Memo of Richard Solloway, 03/25/2005 | JKH- 3418 |
| 144. | FBI Interview Memo of Elizabeth Taddy, 07/08/2005 | JKH- 3421 |
| 145. | Interview Memo of Vladimir Sobolev, conducted by Christian Filipiak and Dale Rubin, 10/22/2005 | JKH- 3424 |
| 146. | IRS Interview Memo of Guennadi Kogan, 03/23/2006[5] | JKH-3426 |
| 147. | Declaration of Anton Abramkin, 02/16/2023 | JKH-3432 |
| 148. | Declaration of Gary Gentile, 02/21/2023 | JKH-3437 |
| 149. | Declaration of Linda Morrow, 03/08/2023 | JKH-3439 |
| 150. | Declaration of Erna Roiz, 03/27/2023 | JKH- 3441 |
| 151. | Declaration of Alexey Shakirov, 03/29/2023 | JKH- 3443 |
| 152. | Declaration of Valeriy (Larry) Prasol, 04/01/2023 | JKH- 3445 |
| 153. | Declaration of Cynthia Hamilton, 08/04/2023 | JKH- 3448 |

---

[5] Document contains redactions

10

**Exhibit 58 - 1061**

# EXHIBIT

# 59

DECLARATION OF MICHAEL TYNAN

I, MICHAEL TYNAN, declare as follows:

1.      I am 65 years old and a former federal inmate with a register number of 16023-424, currently living in Illinois. I am Thomas Tynan's brother and former brother-in-law of Sabrina Tynan, former wife of my brother Thomas.

2.      I pled guilty to one count of Conspiracy for being part of an escape attempt from the Metropolitan Detention Center Los Angeles (MDC) which involved my brother, Sabrina Tynan, and Iouri Mikhel, that I knew of. I was sentenced to 18 months in custody and 3 years under supervised release.

3.      I was picked to take part in this escape attempt because Thomas trusted me and I know my way around tools, since I had been a welder and a mechanic.

4.      Looking back, the escape was a bit farfetched but doable, even if the odds were stacked against us. The escape was almost movie worthy.

5.      I never met Iouri, but I did speak to him several times via cell phone. At first, I was told that Iouri was a hacker. Once I got arrested I found out the truth about Iouri and the other Russians having killed people. I found out the hacker was a man named Petrov.

6.      At the time I was purchasing tools, I did not understand the risk I was in. I was using a lot of cocaine around that time.. I used cocaine regularly at home in Illinois, but Sabrina would not allow me to use drugs while I was in California.

7.      I felt pressure to help Thomas. My brother knew too much, so he had to take part in the escape attempt. I felt I needed to take part to protect my brother from any threats and potential harm. I was also promised money for my help. I do not remember how much,

1

Initials

**Exhibit 59 - 1062**

but it was supposed to be enough money so as not worry about finances for the rest of my life.

8.      In our phone calls, Iouri was cordial to me except the one time I did not show up. I made three trips and provided them with three bags of tools.

9.      The first bag was easy enough. This bag contained the cell phones. As the bag was pulled up it banged against the wall cracking one of the phones.

10.      The second bag had some small tools, like a half of hacksaw blade. I am not sure how a half of a hacksaw blade would be useful to them but I sent it up. It is what they asked for. For this trip I had to take the bus to MDC because my glasses had broken and I could not see. It was probably not smart of me to take the bus to help someone escape from prison.

11.      The third bag was more difficult. It took three tries to do and weighed 50 pounds. The first time Iouri threw the string but it did not make it to me because it landed on the window landing. I was to tie the string to the rope. The second attempt failed because I lost my keys to my car. I had a few alcoholic drinks in me. I parked at the gas station and went in to get a candy bar or something. I got back in my car and took a nap and passed out. When I woke up my phones and keys were missing. I was not sure if one of the sketchy people in the area had reached in and took the phone and keys. I panicked. I found the phone and keys had fallen between my seat and the center console, by this time it was too late to get the bag up. I was to deliver the bag between 8:30 pm and 9 pm. At one point Iouri yelled down from the window and this made me nervous.

2

*M J*
Initials

**Exhibit 59 - 1063**

12.    I know that Iouri had two guards on the payroll as well as others. Thomas told me that Iouri got the tool to unscrew and open the windows from a maintenance guy at MDC.

13.    No one ever asked me to testify. I did get a subpoena to testify while I was at a halfway house in Chicago but ultimately nothing ever happened. If I had been contacted, I would have told them what I know and would have testified truthfully.

I declare under penalty of perjury the foregoing is true and correct.

Executed On:  5-7-23    _Michael Tynan_
MICHAEL TYNAN

3

Initials

**Exhibit 59 - 1064**

# EXHIBIT

# 60

DECLARATION OF WILLIAM VICARY

I, William Vicary, declare as follows:

1.    I worked as a forensic and clinical psychiatrist until 2019, when I retired.

2.    In 2006, I was retained by Iouri Mikhel's defense team to examine him. I testified at his penalty-phase trial in 2007. I recently met with Mikhel's post-conviction counsel and investigator to discuss my work on this case. They showed me the following documents to refresh my memory: (1) a letter that I sent to attorney Dale Rubin, dated September 5, 2006; (2) a letter that I sent to Dr. Ralph Ihle, dated September 12, 2006; (3) a report that I wrote regarding Iouri Mikhel, dated January 25, 2007; and (4) my testimony from the penalty phase of Mikhel's trial.

3.    I no longer have any of my records from my work on Mikhel's case. When I closed my practice a few years ago, I destroyed all of the records from my forensic practice. I kept records from clinical practice, as required by law.

4.    I do not recall receiving a referral letter from Mikhel's defense team or any document formulating a precise referral question. I believe the defense team hired me to conduct a general psychiatric evaluation.

5.    I remember working with attorney Dale Rubin on this case, and I have a vague memory of working with Holly Jackson, Mikhel's mitigation specialist. I do not recall any other members of the defense team.

6.    I have no present recollection of the date of my first visit with Mikhel. Based on my review of my reports in this case, it appears I evaluated Mikhel on September 2, 2006, and this was my first visit with him. Mikhel's current counsel informed me this was just days before the guilt phase trial began. Ideally, I would have come on board much sooner. In a capital case, you want as much time as possible to prepare and to build rapport with the client.

1

W.V.
Initials

**Exhibit 60 - 1065**

7. Based on my review of my reports, I believe I visited Mikhel three times in total. Trial counsel never joined me on any of these visits with Mikhel. Ideally, I would have had multiple visits with Mikhel over a much longer period of time before I was called to testify.

8. I don't recall receiving much input from Mikhel's defense team about the specific mental health symptoms he was manifesting. I think the lawyers in this case under-estimated the extent of Mikhel's mental illness. They just thought he was being difficult or obstructive; they didn't realize how sick he was.

9. I did not find Mikhel difficult or obstructive. Mikhel was cooperative with my examination, and he answered all of my questions. Mikhel had a tendency to downplay his symptoms. I got the sense that he did not want other people to view him as sick.

10. I have never had doubt that Mikhel was experiencing genuine mental health symptoms. I diagnosed Mikhel with bipolar disorder, and I stand by this diagnosis.

11. In my report dated January 25, 2007, I wrote that "paranoia, depression, and agitation has compromised [Mikhel's] ability to rationally cooperate with counsel." This was a finding that Mikhel could not rationally assist counsel, meaning that he was not competent to stand trial.

12. I visited Mikhel at MDC, where he was housed under extremely severe and strict conditions of confinement. My evaluation took place in Mikhel's housing unit, which was a special restricted unit consisting of 4-5 cells around a central guard station. Mikhel's cell had window as a front wall; a guard could see in at all times. This meant that Mikhel had no privacy whatsoever.

13. Mikhel's trial team shared very little information with me about Mikhel's background before I testified. It's clear from my testimony that I did not have adequate

2

W.V.
Initials

**Exhibit 60 - 1066**

information about Mikhel's family's circumstances when he was growing up in the Soviet Union. The prosecutor cross-examined me about Mikhel's life history. I was unprepared to answer these questions because no one provided me with Mikhel's social history.

14.    The team "siloed" its experts off from one another. I can only recall meeting one other defense expert in this case, a mitigation expert. I no longer remember her name. I met her when I came to court to testify, and I can no longer recall if we spoke before or after I testified. I chatted with her briefly about the case, and I got the sense that she had a lot of important information to share. But no one had made advance arrangements for us to meet or for an exchange of information between us. Our meeting happened organically, without direction from the attorneys.

15.    Rubin did not meet with me to prepare me for my testimony by running through direct examination or cross examination questions. I may have been prepped out in the hallway before I testified, but I have no specific memory of this.

16.    I have no recollection of Dr. Jose Flores-Lopez's involvement in this case. Mikhel's current counsel informed me that Dr. Flores-Lopez opined that Mikhel was a strong candidate for involuntary medication. Information like this would have been crucial for me to determine whether forced medication could have helped Mikhel on the basis that he was a danger to himself, and to determine if involuntary medication may have helped get Mikhel's mania under control.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

DATED: 9/7/2023      _____
                WILLIAM VICARY

3

W.V.
Initials

**Exhibit 60 - 1067**

# EXHIBIT

# 61

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE S. JAMES OTERO, JUDGE PRESIDING

UNITED STATES OF AMERICA,          )
                                   )
                                   )
                                   )
                    Plaintiff,     )
                                   )
                                   )
                                   )
          Vs.                      )    No. CR 02-220 (B) SJO
                                   )
                                   )
                                   )
PETRO KRYLOV,                      )
                                   )
                                   )
                                   )
                    Defendant.     )
                                   )
_____  )

REPORTER'S DAILY TRANSCRIPT OF TRIAL PROCEEDINGS

A.M. SESSION, VOLUME I

LOS ANGELES, CALIFORNIA

FRIDAY, APRIL 13, 2007

LEANDRA AMBER, CSR 12070, RPR
OFFICIAL U.S. DISTRICT COURT REPORTER
312 NORTH SPRING STREET, # 442
LOS ANGELES, CALIFORNIA 90012
(213) 613-0179

UNITED STATES DISTRICT COURT

Exhibit 61 - 1068

transaction.

MS. DeWITT:  I have no further questions, your Honor.

THE COURT:  Redirect?

MR. EVANS:  No questions, your Honor.

THE COURT:  Thank you.

Thank you for your testimony, sir.

MR. EVANS:  Your Honor, at this time we would call Svetlana Kagermazova.

THE CLERK:  Ma'am, do you solemnly swear that the testimony you are about to give in the matter now pending before this Court shall be the truth, the whole truth, and nothing but the truth so help you God.

THE WITNESS:  I do.

THE CLERK:  Thank you, ma'am.  Please be seated.

**SVETLANA KAGERMAZOVA,**

called as a witness by counsel for the defense being first duly sworn, testified as follows:

THE CLERK:  Ma'am, for the record would you please state your name and then spell your last name.

THE WITNESS:  Svetlana Kagermazova.  That is K-a-g-e-r-m-a-z-o-v-a.

THE CLERK:  Thank you.

THE COURT:  Your witness.

MR. EVANS:  Thank you.

**Exhibit 61 - 1069**

27

### DIRECT EXAMINATION

BY MR. EVANS:

Q.    Miss Kagermazova, how are you employed?

A.    I am a certified court interpreter.  I work for the unified court system in New York.

Q.    During the process of preparation for the defense in this case, were you employed by me to translate certain documents and to assist in the interview of various family members and friends of the defendant?

A.    Yes, I was.  I am.

Q.    Are you here pursuant to subpoena?

A.    (Inaudible response.)

Q.    Have I served a subpoena on you to ensure your appearance here?

A.    Yes.

Q.    During the process of your assistance to me, did you translate a number of telephone calls between defendants in the Kern County Jail and various other parties?

A.    Yes, I did.

Q.    Do you recall translating a number of telephone calls attributed to Ainar Altmanis?

A.    Yes, I do recall translating several hundred of those telephone calls.

Q.    And of the several hundred, were many of those from other codefendants?  Iouri Mikhel?

**Exhibit 61 - 1070**

28

A.   Yes.

Q.   What -- how many did you listen to in which you understand Ainar Altmanis participated?

A.   About a dozen.

Q.   Okay.  Sometime last fall at my invitation did you come to Los Angeles and watch Mr. Altmanis testify in court?

A.   Yes, it was last October.

Q.   Okay.  Based on that observation, were you able to verify that the person whom you had heard speaking on these intercepted telephone conversations was the same person who testified in court --

A.   Yes.

Q.   -- that is, Ainar Altmanis?

A.   Yes.

Q.   During the -- your review of those conversations, did you hear any conversations in which Ainar Altmanis -- to whom was he speaking on these conversations?

A.   He was speaking to his wife -- or at least a woman who was identified as Alona, his wife, and also his brother, Raymond --

Q.   During --

A.   -- and there were other conversations between him and Mikhel.

Q.   During those conversations, did you ever hear Mr. Altmanis urge his wife to have his family in Latvia run

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1071**

29

for fear of retribution because of his testifying in this case about criminal elements in the former Soviet republics?

A.   Oh, yes.

          MR. DUGDALE:  Objection, your Honor.  That's hearsay.

          THE COURT:  The objection is overruled.

BY MR. EVANS:

Q.   During those conversations between Mr. Altmanis and Alona, did you ever hear any discussion of Mr. Altmanis seeing a psychologist?

A.   Yes.

Q.   During those conversations, did you ever hear Mr. Altmanis say he was suffering from hallucinations and hearing voices?

A.   Yes.

Q.   What's your educational background, Mrs. Kagermazova?

A.   I graduated from Moscow University with a masters degree in psychology, and I graduated from postgraduate school of St. Petersburg University with a Ph.D. degree in sociology. I also have a certificate from the Sorbonne University in Paris in French language and French history.

Q.   So you're fluent in French, English, and Russian?

A.   Yes, I am.

Q.   Based on listening to those dozen or so conversations between Ainar Altmanis and the woman identified as Alona and

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1072**

30

having heard him testify in court, did you notice a difference between his patterns of speech during his testimony while on the phone and his testimony in court?

A.   Yes, I did.

MR. DUGDALE:   Objection, your Honor.   Relevance.

THE COURT:   Overruled.

BY MR. EVANS:

Q.   Were you able to hear him speak Russian in court?   He was obviously talking through an interpreter.

A.   Yes.   He spoke in Russian through the interpreter -- through the court interpreter, yes.

Q.   What was the difference between his patterns of speech on the telephone calls and his patterns of speech in court?

A.   Well, it may -- put it this way, his speech in the courtroom was polished.   He spoke in a very soft way.   And his speech, as well as his looks, were very different from what I saw on the videotapes and listened and -- during my work with the tapes.

Q.   And how were they different?

A.   Mr. Altmanis, in his normal, everyday life -- he used obscenities, his speech was very rough, and he was -- he seemed like a very hyper person, while in the courtroom he was very calm, very well put together.

Q.   Would you characterize the speech that you heard on the intercepted telephone conversations and you saw on videotapes

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1073**

31

as abusive?

A.    Some parts of it, yes.

MR. DUGDALE:  Objection.  Calls for speculation, your Honor.

THE COURT:  Overruled.

MR. EVANS:  No further questions, your Honor. Thank you.

THE COURT:  Cross.

MR. DUGDALE:  Thank you, your Honor.

CROSS-EXAMINATION

BY MR. DUGDALE:

Q.    Good morning, ma'am.

A.    Good morning.

Q.    The conversations that you are talking about here concerning Mr. Altmanis took place over five years ago; isn't that right?

A.    The dates were never provided by the Government.  So I can't really tell when exactly those conversations were placed, but most of them were from the jail facility and when he was calling his wife and his brother.

Q.    So you don't even know when these conversations occurred?

Is that what you're saying?

A.    I cannot tell for sure.

Q.    He was talking about -- in these conversations, however,

**Exhibit 61 - 1074**

32

he was talking about the fact that he had just started cooperating with the Government; isn't that correct?

A.    Yes.    That was about that time.

Q.    And, in fact, these conversations occurred within the first month, after he first met with the FBI he started cooperating; correct?

A.    That, I cannot tell you for sure.

Q.    They came from a jail; is that right?

A.    Yes.

Q.    You have no foundation he even discussed what the -- where the conversations came from, apart from knowing that they came from a jail; is that -- is that right?

A.    Well, if we're talking about the conversations between him and his wife, Alona, yes.  They were placed from the jail facility to the place where she lived at the time.  But there were also other conversations that were made before they were all arrested between him and Mikhel, for example.

Q.    So you're talking about conversations over the wire tap in that instance; is that right?

A.    Yes.

Q.    Now, you don't know anything about the conditions of confinement that Mr. Altmanis was placed in as a result of the need to protect him, do you?

A.    No, not in details.

Q.    And you don't know -- you talked about hearing that he

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1075**

33

was going to visit a psychologist.  You have no idea why he was going to visit a psychologist, do you?

A.    No.

Q.    You have no idea how many times he saw the psychologist?

A.    No.

Q.    You have no idea when he saw the psychologist?

A.    Well, if you would like to have my thoughts on this, I can elaborate.  I --

Q.    Well, do you know the date that he saw a psychologist, ma'am?

A.    No.

Q.    And do you know how many times he saw the person?

A.    No.  He just mentioned that he saw a psychologist on several occasions.

Q.    And he didn't say anything about any diagnosis given to him by a psychologist or anything like that, did he?

A.    I do not recall him and his wife discussing that in detail, no.

Q.    In fact, in this conversation you don't even know if this visit with the psychologist that they were talking about ever even took place, do you?

A.    Could you please repeat your question.

Q.    Sure.

       You don't know if the visit that they talked about even ever took place, do you?

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1076**

A.   No.  I think it was quite clear that he visited a psychologist.

Q.   Now, you've talked about these -- him talking about hallucinations and hearing things.  Isn't it a fact his wife asked him if he started having hallucinations during this call?

A.   From what I understand, his wife was aware that he had those conditions -- those incidents before because he was saying something like, "You know how I become.  You know how it gets to me," you know.

Q.   His wife told him specifically, "Did you start having hallucinations?" during this phone call, didn't she?

A.   Are you trying to cite the telephone conversation between them?

Q.   Specifically, I'm looking at a phone call -- the transcript for a phone call on March 27th of 2002, just so we're clear.  His wife said, "Did you start having hallucinations?"

     Would you like to see the transcript, ma'am?

A.   Yes, I don't mind seeing it.

     MR. DUGDALE:  May I approach, your Honor?

     THE COURT:  Yes.

BY MR. DUGDALE:

Q.   Do you see at the bottom there, ma'am?

     See?

**Exhibit 61 - 1077**

35

A.   Yes, it -- it shows.

Yes.   To my understanding it shows clearly that she knew that he has hallucinations --

Q.   Okay.  Ma'am --

A.   -- on a regular basis.

Q.   Okay.  Can I question from here briefly, your Honor?

THE COURT:  Please.

MR. DUGDALE:  Thank you.

BY MR. DUGDALE:

Q.   Rather than talking about your understanding of what happened, can we talk about what Mr. Altmanis said here?

MR. EVANS:  Could the counsel be provided with the Government's translation?

THE COURT:  Pardon?

MR. EVANS:  Could counsel be provided with a copy of the Government's translation?

MR. DUGDALE:  I --

THE COURT:  Do you have the --

MR. DUGDALE:  Pardon?

THE COURT:  Do you have another copy of what you're showing the witness?

MR. DUGDALE:  No, I do not.  Mr. Evans can join me if he wishes.

THE COURT:  Mr. Evans.

THE CLERK:  I'll make a copy of it real quick.

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1078**

36

THE COURT:  We'll make you a copy, Mr. Evans.

MR. EVANS:  Thank you, your Honor.

MR. DUGDALE:  Thank you.

MS. DeWITT:  Your Honor, could we just ask Mr. Dugdale to speak up because we're --

MR. DUGDALE:  I'm sorry.  I'll go back over there.

MS. DeWITT:  I'm sure the jury would as well.

MR. DUGDALE:  If we can have a copy.

Sorry.  I have to speak from the microphone.

(Whereupon a handheld microphone was handed to Mr. Dugdale.)

MR. DUGDALE:  Thank you.  Karaoke night.

Thank you.

And, your Honor, since I can use the microphone, now I'm going to make full use of it.  We're going to have this marked as Government's Exhibit Number 1997 when I can get a sticker.

(Exhibit 1997 identified.)

BY MR. DUGDALE:

Q.    And would you like that, ma'am?

A.    Yes, please.

THE COURT:  Okay.  The transcript --

MR. DUGDALE:  I'm talking this with me.

THE COURT:  The transcript of two pages is this 1997?

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1079**

MR. DUGDALE:  Yes, your Honor.

THE COURT:  Okay.  Thank you.

BY MR. DUGDALE:

Q.   And, ma'am, do you recall, does this -- these two pages that I have provided to you here, does this accurately reflect a portion of the conversation -- one of the conversations between Mr. Altmanis and his wife that you reviewed?

A.   Yes, I believe so.

Q.   Okay.

MR. DUGDALE:  And, your Honor, at this time the Government would move for the admission of Government's Exhibit Number 1997, which is a two pages of a transcript from of a call on 3-27-02 between and Mr. Altmanis and his wife; is that right?

THE COURT:  Any objection?

MR. EVANS:  Your Honor, we would suggest submitting the entire document.

THE COURT:  Well, do you have an objection to the two pages?

MR. EVANS:  No.

THE COURT:  Pardon?

MR. EVANS:  No.  I do not at this time, your Honor.

THE COURT:  Okay.  The two pages of 1997, numbered pages 40 and 41, are received.

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1080**

MR. DUGDALE:  Thank you, your Honor.

(Exhibit Number 1997 received.)

BY MR. DUGDALE:

Q.   And just to publish the first page of this because I really like this.

In this conversation Mr. Altmanis discusses being given some medication; isn't that true?

A.   Yes.

Q.   And then he said he got high, and he's talking about getting high of a result of whatever medication was given to him; isn't that right?

A.   It can be understood that way, yes.

Q.   Well, that's what he said; right?

A.   I believe so, yes.

Q.   And then his wife asked him, "Did you start having hallucinations?"

A.   Yes.

Q.   And then he said, "Not hallucinations -- not hallucinations, but I saw all kinds of shit"; correct?

A.   Correct.

Q.   And then on the following page he talks about having dreams; isn't that right?

A.   Dreams?  Okay.  Where is that?  Can you point to the line where you see that?

Q.   Sure.

**Exhibit 61 - 1081**

39

It's later on in this conversation he talked about how he was having dreams; isn't that right?

A.   Yes.

Q.   So he had an adverse effect to some medication that was given to him.

Isn't that a fair inference of what happened during this telephone call?

A.   Well, I understand they were discussing his state of mind at that particular time.  And I don't know if it was as a -- if it was a result of the medication he was given or some other reasons.

Q.   Now, during the same conversation now -- it's not on these two pages -- didn't he tell his wife during the same conversation -- he talked about cooperating with the FBI? Right?

A.   I cannot tell you now, if I don't see the document in front of me where he says that.

Q.   Well, in general, in the conversations that you reviewed between Mr. Altmanis and his wife, he talked about the fact that he was cooperating with the Government; correct?

A.   I don't believe him as saying that in those particular words, but it was clear to his wife that she [sic] is cooperating.  That's my recollection.

Q.   It was clear that he was cooperating -- correct? -- Mr. Altmanis?

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1082**

A.    That he was cooperating, yes.

Q.    And in those conversations when he talked about his cooperation he said to his wife, you know he told him the truth, only the truth.  Didn't he say that?

A.    Sir, you are asking me to -- you are giving me quotations that I cannot say if they are true or not because I don't see them on the page -- on the paper.

Q.    I understand.

A.    I translated hundreds and hundreds of documents.

Q.    Uh-huh.

A.    I cannot tell you what exactly he said at this point because that was, I don't know a year ago, maybe less. But I'm just --

Q.    So you don't remember the fact that he told his wife that he was telling them the truth and only the truth, do you?

A.    I believe he was trying to convince her that he is doing the right thing, and he is trying to tell the truth and telling the Government the way it was.

Q.    Now, in your process of reviewing all those phone calls for defense counsel, did you review any phone calls between the defendant, Mr. Krylov, and his wife?

A.    No.  Between the defendant -- between the defendant --

Q.    Sure.

      Mr. Krylov and his wife.

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1083**

41

A.    -- Krylov and Altmanis -- Mr. Altmanis?

Q.    No.    No, ma'am.

      Did you review any conversations between the defendant, Mr. Krylov, and his wife, Natalya Krylov?

A.    Oh, yes.    Yes.

Q.    And those were conversations that occurred shortly after he was arrested; correct?

A.    Yes.

Q.    And during those conversations, at no point in time did Mr. Krylov tell his wife that he was scared, did he?

A.    Yes.    I remember that.

Q.    He never told his wife that, did he?

A.    He told his wife that he was scared and concerned about his situation, yes.    I remember that.

Q.    He told his wife that he was scared and concerned about the situation that he was in jail; right?

A.    Yes, of course.

Q.    He didn't -- he didn't tell his wife that he was scared and concerned about any of his codefendants, did he?    You don't remember anything about that, do you?

A.    Are you implying that he was talking about Altmanis to his wife?

Q.    No.    Any of his codefendants.

A.    Okay.

Q.    He didn't say anything about being scared or concerned

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1084**

42

about any of his codefendants, did he?

A.    You know, I don't want to say yes or no because I remember -- I remember hearing a conversation where they spoke about codefendants, but I cannot tell you for sure now because --

Q.    It's fair to say you don't have a transcript of the conversation --

A.    If I -- if I --

Q.    -- between --

A.    If I had a transcript in front of me, I would --

Q.    And you don't have one at your fingertips where you can show that the defendant spoke with his wife and expressed his concern of being afraid about his codefendants, do you?

A.    I don't have a transcript in front of me.  I cannot cite it off the top of my head, but I remember a very similar conversation between him and his wife.

Q.    And is it the case that after he was arrested, the defendant told his wife that he had nothing to do with any of this stuff?

A.    Yes.

Q.    And he told his wife that Mr. Mikhel had nothing to do with any of this?

A.    Mr. Mikhel?

Q.    Correct.

A.    No, I don't remember that.

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1085**

43

Q.    And he told his wife that Mr. Kadamovas didn't have anything to do with any of these crimes, didn't he?

A.    No, not to my recollection.

Q.    He didn't mention that he participated in any of these murders to his wife, did he?

A.    He mentioned that he was arrested for nothing and he has absolutely nothing to do with this.

Q.    That's what he told his wife after --

A.    Yes.

Q.    -- he was arrested?

A.    Yes.

Q.    He had absolutely nothing to do with this.  Isn't that the case?

A.    Yes.

Q.    He didn't mention, like Mr. Altmanis did, about sending his family off and telling his family off in -- residing in another country, sending them off to hide anywhere, did he?

A.    No.

Q.    He didn't say anything to his wife about leaving the apartment where she still lives today and going off and hiding, did he?

A.    No, he was sure that when it all becomes clear, he will be released.  He didn't express any fear that his family will be persecuted by the other codefendants or whoever.

Q.    Okay.  So just so we can be clear about that, when he

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1086**

44

spoke with his wife after he was arrested, he didn't express any fear that his family would be persecuted by the codefendants; correct?

A.    Yes.  Because he was absolutely convinced of his innocence.

Q.    He said, "I have nothing to do with this"; right?

A.    Yes.  He said he was arrested for nothing and he has nothing to do with all this.

        MR. DUGDALE:  Thank you very much, ma'am.

        THE COURT:  Sorry.  There is --

        THE WITNESS:  There is more.  Okay.

        THE COURT:  There is more.

        THE WITNESS:  Sorry.

        MR. DUGDALE:  Would you like this?

        MR. EVANS:  No.  It's fine.  That's a good idea, though.

        MS. DeWITT:  Don't ever do that again, your Honor.

        MR. DUGDALE:  Okay.  I'm passing it back.

                    REDIRECT EXAMINATION

BY MR. EVANS:

Q.    Miss Kagermazova -- I'm going to mispronounce your name again.

        Miss Kagermazova, I want to go back to the conversation, an excerpt of which is before you.

        MR. EVANS:  Your Honor, at this time -- may I

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1087**

45

approach the clerk and provide the exhibit?

THE COURT: Yes.

What exhibit number is this?

MR. EVANS: It's on the -- I believe it's on the second page, your Honor.

THE COURT: 2090?

MS. DeWITT: Yes.

THE COURT: 2090.

And it looks like a 15-page document.

MR. DUGDALE: Your Honor, can we have a brief sidebar about this document, very brief?

THE COURT: What's your -- do you have an objection?

MR. DUGDALE: I do, your Honor. It's not a verbatim transcript of anything. It also contains multiple instances of hearsay and multiple levels of instances of hearsay.

THE COURT: Do you have a verbatim transcript?

MR. EVANS: This is a verbatim transcript of the telephone conversation, your Honor.

THE COURT: Is there a dispute as to whether it's verbatim or not?

MR. DUGDALE: Your Honor.

THE COURT: Is there a dispute?

MR. DUGDALE: Yes.

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1088**

46

THE COURT:  Yes?

MR. DUGDALE:  Yes.

THE COURT:  Okay.  Then we need to resolve that dispute.  Let me have the jury excused so we can resolve this dispute.  This should not be an issue.  This should -- counsel should have an agreement with this, but we'll resolve it outside the presence of the jury.

(Whereupon, at 9:29 a.m., the jury exited the courtroom.)

THE COURT:  Okay.  We have -- the jury has been excused.

May I have the door shut, please.

You can -- you can remain there if you like or else you can take another seat in the courtroom.  It's up to you.

THE WITNESS:  No, I'm comfortable.

THE COURT:  You're comfortable.

Okay.  We have Exhibit 1997, which has been received, offered by the Government.  It's apparently a transcript of a phone call between Mr. Altmanis and his wife. The date on -- on 1997 is 3-27-02.

Mr. Evans has offered Exhibit 290 [sic], which consists of 15 pages.  It appears also to be a transcript of a telephone call.  I'm not sure who the person speaking in reference to 290 are.

Mr. Evans, would you identify the speakers.

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1089**

MR. EVANS: Your Honor, the speaker -- I would -- through Miss Kagermazova, I would identify the speakers as Alona and Ainar Altmanis.

THE COURT: So it's Mr. Altmanis and his wife?

MR. EVANS: Yes. We would -- your Honor, we were never provided with translations of the documents. The reason we don't have a date on this is we were given CD's of the conversations. We provided these to Miss Kagermazova to translate.

THE COURT: Okay.

MR. EVANS: This is her translation, this document. The Government's exhibit is an excerpt of that. Whether it tracks exactly her translation, I couldn't tell you because I didn't see it before.

THE COURT: Okay. You're ahead of me.

The question I have is -- is 290 [sic] a transcript of a telephone call between Mr. Altmanis and Mrs. Altmanis that occurred on or about -- on 3-27-02.

MR. EVANS: We don't know the dates, your Honor, because it was not provided to us. We believe -- it is the same conversation. The conversation which the Government's excerpt is extracted from is this conversation.

THE COURT: Okay. So just for clarity, Government's Exhibit 1997 is an excerpt of -- from the conversation that is reflected in Exhibit 2090. Yes?

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1090**

48

MR. EVANS:  I believe that's correct, your Honor.

THE COURT:  Okay.  Then would you direct me to the page on -- in 2090 where the conversation reflected in 1997 appears.

MR. EVANS:  I'm trying to find it, your Honor.

May I have just a moment, your Honor.

Your Honor, I apologize to the Court and the counsel.  This is a separate document.  The document that was a reference to the hallucinations in which this is extracted is another document which I have in my hand, and I had copied the wrong one.

THE COURT:  Okay.  So you're not offering 2090?

MR. EVANS:  No, I'm not, your Honor.  I'm seeing if I have copies of this.

THE COURT:  Okay.  2090 is withdrawn.

Let her keep it.

MR. EVANS:  Your Honor, I apologize to the Court.  I'll simply question her about the conversation, your Honor.

THE COURT:  Okay.

MR. DUGDALE:  I'm sorry.

Your Honor, this is the issue.  They can question her about conversations that Mr. Altmanis had, but only if they're a prior inconsistent statement with his testimony.

THE COURT:  We're bringing the jury back.

Exhibit Number 2090 has been withdrawn.  If he

**Exhibit 61 - 1091**

49

wishes to continue questioning this witness, you can raise your objections in open court, and the Court will rule.

MR. DUGDALE: I appreciate that, your Honor. Thank you.

THE COURT: I would -- I would also just place on the record that several of the questions asked by the Government were beyond the scope of direct, and now we're in a situation that I didn't anticipate but for the fact that questions asked on cross were well beyond the scope of direct. So we're in a whole new area now.

Let's bring the jury back in.

(Whereupon, at 9:37 a.m., the jury entered the courtroom.)

THE COURT: Okay. The jury is reassembled with the alternates.

Okay. Let me -- we have literally hundreds of thousands of pages of evidence. We resolved the issue, I believe.

Mr. Evans, you can continue questioning the witness.

MR. EVANS: Thank you, your Honor.

BY MR. EVANS:

Q. Miss Kagermazova, do you recall listening to conversations between Ainar Altmanis and his wife in which he talked about hearing voices?

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1092**

A.    Yes, I do.

Q.    Hearing the voices of children and of old people?

A.    Yes.

Q.    And it's your recollection that he spoke of hearing a psychologist on several occasions?

        MR. DUGDALE:  Objection.  Leading, your Honor.

        THE COURT:  I didn't hear the question.

BY MR. EVANS:

Q.    Is it your recollection that he spoke of hearing -- of seeing a psychologist on several occasions?

        THE COURT:  The objection is overruled.

        THE WITNESS:  Yes.

        MR. EVANS:  I have no further questions, your Honor.

        THE COURT:  Recross?

        MR. DUGDALE:  Nothing, your Honor.  Thank you very much.

        THE COURT:  Thank you very much for your testimony.

        THE WITNESS:  You're welcome.

        THE COURT:  Next witness.

        MR. BUEHLER:  Your Honor, we would recall Special Agent Davidson.

        THE CLERK:  Good morning, sir.

        THE WITNESS:  Good morning.

        THE CLERK:  Once again, you are reminded that you

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1093**

CERTIFICATE OF REPORTER

COUNTY OF LOS ANGELES )
                       ) SS.
STATE OF CALIFORNIA    )

I, LEANDRA AMBER, OFFICIAL FEDERAL COURT REPORTER, REGISTERED PROFESSIONAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

DATE:    3-26-09

LEANDRA AMBER, CSR 12070, RPR

FEDERAL OFFICIAL COURT REPORTER

UNITED STATES DISTRICT COURT

**Exhibit 61 - 1094**

# EXHIBIT

# 62

DECLARATION OF VALERIY PRASOL

I, VALERIY PRASOL, declare as follows:

1.      I am a resident of Chatsworth, California.

2.      On July 8, 2021, I was interviewed at my workplace by an investigator named David Park with the Federal Public Defender's Office. He asked me about my recollections of his office's client, Iouri Mikhel.

3.      I met Iouri around 1993 or 1994. I was working as a heating and air-conditioning technician, and received a service call to repair a furnace. The renter had a familiar accent so I asked if he was Russian. This was Iouri. He said he was new to Los Angeles, and I offered to show him around. For the next year or two I considered him my best friend. I had him over to my house. He met my wife and son.

4.      Iouri was very smart and well-read, and was fun to talk to because of his knowledge. He seemed to have traveled a lot because he told stories about other countries. He knew about wines and pairing them. He said he had lived in Britain for a while. He made friends easily.

5.      We went on trips together. One was to Big Bear where he taught us how to ski. Another was to San Francisco to visit Alcatraz.

6.      Iouri seemed good with money, and spent it like he had a lot of it. He said he was in a trade business involving some kind of materials. But after a while he told me that he was having lots of problems with his business and had no money to live on or for rent. He had to shut off his telephone and fax. I agreed to let him use my fax if he paid back the fees.

7.      Our friendship began to go downhill when Iouri became short-tempered and mean-spirited towards me. He made comments that made me feel as though he did not want me

1



Initials

**Exhibit 62 - 1095**

around anymore. I suspected that this happened because I refused to execute a strange bank transaction for him. We stopped communicating for a long time.

8.      At the end of 1999, right before the new year, I came home from work and found a gift basket filled with cookies and wine inside my apartment. The manager told me that a man had come around and left it for me. Iouri had included a signed card with his phone number. I called him and we caught up. He said he was living in Palm Springs and was heading to Las Vegas to celebrate. We met up in January after he returned. He seemed excited and said life was good. He had bought a new car and asked if I wanted to drive it while he was away in Turkey.

9.      Iouri brought back presents for me from Turkey, including minerals for good luck or good energy, and a handmade Aladdin-style lamp. Our renewed friendship did not last long as he became mean and nasty again. I decided I didn't need that in my life.

10.     The last time I saw Iouri was at the end of 2001 or the beginning of 2002. I was told that Iouri had bought a house in Encino and wanted an estimate for appliances, so I called him and went over. I met Jurijus Kadamovas there for the first and only time. Iouri showed me the house, and we talked about old friends. This was the last time I saw him.

//

//

//

//

//

//

//

2

_LP._
Initials

**Exhibit 62 - 1096**

11.   A couple of days later, friends of mine told me that they went to the house to install heating and air-conditioning, but the house was taped off by police. Later when I was in San Francisco, a friend called and told me that Iouri was all over the news. I read about the crimes in newspapers and on the Internet when I returned. The Iouri in the articles and the one I knew seemed like two different people.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: _04/01/2023_

_(signature)_

VALERIY PRASOL

_(Larry Prasol) L.P._

_my new legal name_

3

**Exhibit 62 - 1097**

# EXHIBIT

# 63



Exhibit 63 - 1098

LB-001

| BIRTH CERTIFICATE | PARENTS |
|---|---|
| Citizen <u>Mikhel</u><br>        (surname)<br><u>Iouri Germanovich</u><br>(name, patronymic)<br><br>Born ▮▮▮▮ <u>1965</u><br>        (numerically and written out)<br><u>Ninth of April in the year one thousand nine hundred</u><br><u>sixty-five.</u><br><br>Place of birth (city, town, village) <u>Leningrad</u><br>Region: <u>Smolninsky</u><br><br>Republic: <u>Russian Soviet Federative Socialist Republic</u><br>To that effect, a record was made in the Vital Records<br>Book<br>Of Births <u>1965</u> year, <u>June</u> month<br>        <u>9</u> date<br>Record number <u>705</u> | Father <u>Mikhel</u><br>        (surname)<br><u>German Ivanovich</u><br>(name, patronymic)<br><br>Ethnicity <u>Russian</u><br><br>Mother <u>Mikhel</u><br>        (surname)<br><u>Margarita Genrikhovna</u><br>(name, patronymic)<br><br>Ethnicity <u>Russian</u><br><br>Place of marriage: <u>Office of Vital Records,</u><br><u>Smolninsky district, Leningrad</u><br><br>Date <u>6 June 1965</u><br>[seal] [signature]<br>        No. 204331 |

**Exhibit 63 - 1099**

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _____ *Los Angeles* _____ } ss.

On _____ *2-11-00* _____ , before me, _____ *Vitaly Sigal* _____ ,
<span style="font-size:smaller">Date                               Name and Title of Officer (e.g., "Jane Doe, Notary Public")</span>

personally appeared _____ *Iouri Mikhel* _____ ,
<span style="font-size:smaller">Name(s) of Signer(s)</span>

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
<span style="font-size:smaller">Signature of Notary Public</span>

**VITALY B. SIGAL**
COMM. # 1170671
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
COMM. EXP. JAN. 23, 2002

Place Notary Seal Above

───────────────── **OPTIONAL** ─────────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _____ *Birth Certificate* _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

| RIGHT THUMBPRINT OF SIGNER |
|---|
| Top of thumb here |

© 1997 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

**Exhibit 63 - 1100**

# EXHIBIT 64



РСФСР

МИНИСТЕРСТВО ЗДРАВООХРАНЕНИЯ

**Ленинградский
научно-исследовательский
институт травматологии
и ортопедии
им. Р. Р. Вредена**

Ленинград, П-46
Парк имени Ленина, д. № 5
Тел. 232-15-88

## СПРАВКА

Дана гр. Михелю Ю.Г. в том, что он находился на стационарном лечении с 19.02.90 г. по 2.04.90 г. с диагнозом: склеротический артрозо-артрит правого височно нижнечелюстного сустава.

За время нахождения в клинике больному проведено полное консервативное лечение по основному забоеванию. После осмотра травматолога определено повреждение наружной связки правого коленного сустава. Проведен курс физиотерапевтического лечения. Выписывается в удовлетворительном состоянии 2.04.90.

Рекомендовано по месту жительства закончить курс ФИБС № 20. В случае обострения основного заболевания обратиться в ЛНИИТО для решения вопроса о дальнейшем лечении.

Регистр. № 1335
(история болезни)

Справка выдана для представления По требованию

« 2 » апреля 1990 г. Зав. отд. _____ Леч. врач _____ Глав. врач _____

Вахд. тип. зак. 4640 1977 г.

Exhibit 64 - 1101

Russian Soviet Federative Socialist Republic (RSFSR)

   MINISTRY OF PUBLIC HEALTH

**Research Institute of Orthopedic and Trauma**
**City of Leningrad after R.R. Vredena**
5 Lenin's Park, Structure - 46
Leningrad
Phone: 232-15-88

### DOCTOR'S NOTE

Given to: Mikhel, I. G. that he has been hospitalized from February 19, 1990 to April 2, 1990 with
diagnosis: Sclerosing Temporomandibular Joint Osteoarthritis.
During the hospitalization he received conservative treatment for the main diagnosis.
Was consulted by trauma specialist, exam revealed right knee ACL injury. He received physical therapy
session.
He is being discharged in satisfactory condition on April 2, 1990.
Recommended to continue and complete treatment with *FIBS (biostimulator)* № 20.
In case of the condition gets worse please return to Research institute of orthopedics and trauma
City of Leningrad for further treatment.

Registration № 21335_____         Note given to be presented _____Upon request_____
       (medical chart)


2 –April- 1990    Chief of Department __*(signed)*__ Doctor__*(signed)*_  *Chief Medical Officer*__(signed)__


**Exhibit 64 – 1102**

DECLARATION OF MARGARET MICHAELIAN, M.D.

I, Margaret Michaelian, declare as follows:

1.      The Federal Public Defender for the Central District of California (FPD) has retained me as a translator in *United States v. Mikhel*, Case No. 02-cr-00220. I am a native Russian speaker, and I have expertise in medical translation and interpretation from Russian to English.

2.      I received my medical degree from Yerevan State Medical University, in Yerevan, Armenia. From 2004 to 2015, I worked as a medical interpreter and translator for St. Elizabeth's Medical Center in Boston, Massachusetts. From 2005 to 2015, I worked as a medical interpreter for Mount Auburn Hospital in Cambridge, Massachusetts. From 2015 to the early 2020, I was lead clinical research coordinator in St. Elizabeth's Medical Center, Boston, Massachusetts. In 2020, I became an Associate Clinical Project Manager at Cardiovascular Clinical Sciences.

3.      The FPD sent me the attached document consisting of a one-page doctor's note for Mr. Iouri Mikhel to translate from Russian to English. With this declaration, I certify that my one-page translation of this doctor's note is true and accurate.

I declare under penalty of perjury that to the best of my abilities and belief, this is a true and correct translation of English language text.

DATED: 25/Sep/2023         _____
                           Margaret Michaelian

1

Initials

**Exhibit 64 - 1103**

# EXHIBIT

# 65



**УДОСТОВЕРЕНИЕ**

Настоящее удостоверение выдано ——————
_Михелю Юрию Германовичу_
(фамилия, имя, отчество)

в том, что он(она) с „10" _июня_ 1991 г.

по „15" _июня_ 1991 г. повышал(а)

свою квалификацию с отрывом / без отрыва от производства

в экспресс-университете при Правлении Ленинградской организации общества „Знание" РСФСР

по _Практике_
(наименование раздела науки)
_Брокерского бизнеса_

Тов. _Михель Ю. Г._

проработал(а) следующие темы по указанному разделу:

| №№ п.п. | Тематика | Кол-во часов | Примечание |
|---|---|---|---|
| 1 | Бизнес-план | 4 | |
| 2 | Фондовая биржа | 10 | |
| 3 | Товарная биржа | 4 | |
| 4 | Психология и техника брокерства | 8 | |
| 5 | Опыт предпринимательства | 6 | |
| 6 | Участие в биржевых торгах | 4 | |
| 7 | Деловая игра | 4 | |
| | | 40 | |

**Руководитель экспресс-университета**
_Б. С. Лисовик_

**Первый заместитель председателя**
**Правления ЛООЗ РСФСР**
_С. М. Климов_

Город _Ленинград_

„15" _июня_ 1991 г.

Регистрационный номер _107_

МП „Ривьера" З. 378 Т. 500

Exhibit 65 - 1104

Case 2:02-cr-00220-MCS    Document 2475-4    Filed 10/05/23    Page 165 of 653    Page ID #:20661

**CERTIFICATE**

This certificate was issued to

<u>Mikhel, Iouri Germanovich</u>

(surname, name, patronymic)

To the effect that (s)he, from <u>10 June 1991</u>

through <u>15 June 1991</u> took a training course <u>with a break</u>

without a break

from work at the Express University under the Board of the Leningrad

Community Organization "Knowledge" of the Russian Soviet Federative

Socialist Republic in:

<center>The Practice</center>

<center>(name of subdiscipline)</center>

<center>of the Brokerage Business</center>

_____

_____

Comrade <u>Mikhel, I. G.</u>

Studied the following topics in said section:

| No. | Topic | Number of hours | Notes |
|---|---|---|---|
| 1. | The Business Plan | 4 | |
| 2. | The Stock Market | 10 | |
| 3. | The Commodities Market | 4 | |
| 4. | The Psychology and Methods of Being a Broker | 8 | |
| 5. | The Experience of Entrepreneurship | 6 | |
| 6. | Participating in Stock Trading | 4 | |
| 7. | A Business Game | 4 | |
| | | 40 | |

Director of the Express University
[signature] B. S. Lisovik
[seal]
First Deputy Chairman of the Board of the Leningrad Community Organization "Knowledge" of the RSFSR
[signed] S. M. Klimov
City <u>Leningrad</u>

"15" June 1991

Registration Number <u>107</u>

Small Enterprise Riviera Z. 378, 500 copies

**Exhibit 65 - 1105**

# EXHIBIT

# 66

Case 2:02-cr-00220-MCS   Document 2475-4   Filed 10/05/23   Page 168 of 653   Page ID #:20664



Дата и место рождения ▮▮ 65г.

Домашний адрес *Лен. обл. г. Гатчина* ▮▮ ▮

Паспорт: серия ▮ выдан *Сеговинского РОВД*

Медицинское освидетельствование прошел _____ ✓

номер медучреждения, номер справки и дата освидетельствования

Прошел обучение по программе _____ *КАТ = В =*
указать на какую категорию транспортных средств

*Татгинские и ПО ДОСААФ*
обучался и в какой организации

*РК* _____ _____ 5 *09 11* 19 *92*
Получил свидетельство № ▮ от

*10 06* 19 *92*г.   Личная подпись _____ ✓

## Экзаменуется на получение удостоверения водителя
(нужное подчеркнуть)

Категория транспортных средств

| А | (В) | С | Д | Е | Трамвая | Троллейбуса | Мотоцикла | Мопеда |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

*Данные сверил паспортист ГАИ* _____ подпись

_____ 19   г.

Примечание: Экзаменационная карточка водителя хранится водителем и представляется им в ГАИ при замене водительского удостоверения и получении дубликата.

Exhibit 66 - 1106

## Результаты экзаменов

| Раздел программы | Дата экзамена | По каждому вопросу (сдал, не сдал) | | | | | | | | | | Общий результат | Подписи членов экзаменационной комиссии |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | |
| =B= Теоретический экз | 10.09.92 | | | | | В = 20 | | | | | | сдал | |
| -//- Практический экзамен | | в опережение | | | | | | | | | | сдал | |

### Выданы удостоверения

| Категория | Серия | Номер удостоверения | Серия и № талона предупреждения | Дата выдачи | Примечания |
|---|---|---|---|---|---|
| =В= | ЯГГ | 469304 | | 10.09.92 | |

Председатель комиссии _____
подпись

Место печати

«____»_____ 19___ г.

Гатч. тип. ППО-1 з 2281 т. 3000 11.08.87

**Exhibit 66 - 1107**

[Photo]

Date and place of birth: ████    *1965*

Home address: *Leningrad region, City of Gatchina,* ██████████

Passport: series ██████  No. ██████  issued by *Smolninsky District Office of Internal Affairs*

[seal]

Did they pass a medical examination?    √
name

_____
of medical institution, number of document, and date of examination

Completed training for the program *Cat. = B =*

*Gatchina Driving School of the Russian Army, Air Force, and Navy Volunteer Society*
Name of training organization

Received certificate No ██████  dated *5 September* 19*92*

10 June 1992                                    Personal signature √

**Is Taking an Exam to Obtain A Driver's License**
(underline as needed)
Vehicle Category

A ·          Ⓑ          C          D          E          Streetcar          Trolley coach          Microcar          Moped
·

· Data was checked by a passport officer of the State Automobile Inspectorate [signed]
signature

_____ _____ 19

This driver's exam card is kept by the driver and presented to the State Automobile Inspectorate for license replacement and duplicate receipt.

Exhibit 66 – 1108

# EXAM RESULTS

| Program section | Exam date | For each question, pass/fail | | | | | | | | | | Total result | Exam commission signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | | |
| =B= Knowledge exam | *10 Sept. '92* | | | | | *B =20* | | | | | | *passed* | [signed] |
| -//- Practical exam | | | | | | | *Driving: passed* | | | | | | [signed] |

| LICENSES ISSUED | | | | | |
|---|---|---|---|---|---|
| Category | Series | License number | Series and No. of warning slip | Date of issue | Note |
| *=B=* | AGP | *469304* | | 10 Sept '92 | [seal and signature] |

*Commission Chairman* _____
                    Signature

Place for stamp

_____19_____

Gatch Print Shop PPO-1 z 2281. 3000 copies 11 August '87

**Exhibit 66 – 1109**

# EXHIBIT

# 67

1503004

„Заключения врачебно-трудовых экспертных комиссий об условиях и характере труда инвалидов являются обязательными для администрации предприятий, учреждений и организаций" (ст. 50 Основ Законодательства Союза ССР и союзных республик о здравоохранении).

Министерство социального обеспечения

_С-Петербург_

(союзная республика, АССР, край, область, район)

_Плюз?_

(вид, профиль врачебно-трудовой экспертной комиссии)

СПРАВКА Сер. ВТЭ-48 № 049034

(выдается инвалиду)

_Михель Юрий Германович_

(фамилия, имя, отчество)

Дата рождения _1965_ Дата освидетельствования _16/IX-92_

Освидетельствование _июль_

Группа инвалидности _вторая_

(указывается прописью)

Причина инвалидности _общ. заб-е_

Инвалидность установлена на срок до 1 _X_  _16_  _VIII_  19_93_ г.

Дата очередного переосвидетельствования _16_ · _VIII_  19_93_ г.

Exhibit 67 - 1110

Линия отреза

Заключение об условиях и характере труда

_Нетрудоспособен_

Рекомендуемые мероприятия по восстановлению трудоспособности

Основание: акт №_ освидетельствования во ВТЭК.

Дата_ 10/ IX - 92

М. П.

Председатель ВТЭК_

Пермская печатная фабрика Гознака. 1986.

**Exhibit 67 - 1111**

| LB-578 | | | |
|---|---|---|---|
| | | | 1503004 |

Findings of the Medical-Labor Expert Commission about the conditions and nature of the labor of disabled people are mandatory for the administration of an enterprise, institutions and organizations.* Article 50 of the *Fundamentals of Legislation of the USSR* and union republics on health).

<div align="center">

Ministry of Social Welfare
_St. Petersburg___
(union republic, kray, region, district)


*Brain*
Type, profile of the expert committee of doctors and labor


CERTIFICATE Ser. VTE-48 No. 049034
*IOURI GHERMANOVICH MIKHEL*
Name, patronymic, surname

</div>

| Birth date | *1965* | Date of exam | *September 16, 1992* |
|---|---|---|---|
| Exam | illeg | | |
| Disability group | *Second* | | |
| Reason for disability | *General illness* | | |
| Disability is established for a timeframe until | | | *October 1, 1993* |
| Date of the next exam | | | *August 16, 1993* |

**Exhibit 67 - 1112**

LB-570

**Findings about the conditions and nature of labor**

*Unable to work*

**Measures recommended to restore the ability to work**

| | | | |
|---|---|---|---|
| Justification act No. ......51   exam at Medical-Labor Expert Commission    [illeg] | | | |
| | | | |
| Date Sept. 16, 1992 | | | |
| **Chairman of MLEC** [signature] | | | |

**Exhibit 67 – 1113**

# EXHIBIT

# 68

Вид учета: СУДИМОСТИ И РОЗЫСК

Проверяемый:
МИХЕЛЬ ЮРИЙ ГЕРМАНОВИЧ ██████ 1965 года рождения
м.р.: ЛЕНИНГРАД
ДАКТИЛОФОРМУЛА 19 97343 20 69773.  ГРУППА КРОВИ HE( )
Результат проверки OOCИ ИЦ ГУВД Санкт-Петербурга и области:

(1) 28.10.1985 ЛЕНГОРСУДОМ
ОСУЖДЕН ПО СТАТЬЕ 80 часть 1, 196 часть 1, 17,15-174 часть 1, 194, 17-174
часть 1, 40 УК РСФСР
8 ЛЕТ ЛИШЕНИЯ СВОБОДЫ
ПРИГОВОР ВСТУПИЛ В ЗАКОННУЮ СИЛУ 10.02.1986
ПО ОПРЕДЕЛЕНИЮ ФРУНЗЕНСКОГО Н/С ЛЕНИНГРАДА ОТ 28.04.1989
ОСВОБОЖДЕН НА СНХ ПО СТ 53-2 УК РСФСР
ОСТАВШИЙСЯ СРОК 3 ГОДА 10 МЕСЯЦЕВ 21 ДЕНЬ
УБЫЛ ИЗ УЧР УС-20/6 ЛЕНИНГРАДА 16.05.1989
ПО АДРЕСУ: С/К ЛУГА Г ЛЕНИНГРАДСКОЙ ОБЛ.
ПО ОПРЕДЕЛЕНИЮ ГАТЧИНСКОГО Н/С ЛЕНИНГРАДСКОЙ ОБЛ. ОТ 27.11.1992
ОСВОБОЖДЕН УСЛОВНО-ДОСРОЧНО
ОСТАВШИЙСЯ СРОК 3 МЕСЯЦА 22 ДНЯ
УБЫЛ ИЗ С/К ЛУЖСКОГО ОВД ЛЕНИНГРАДСКОЙ ОБЛ. 27.11.1992
ПО АДРЕСУ: ЛЕНИНГРАД

Сведения подготовил(а): ГИЦ МВД
Справка N 14123493
Проверку производил(а): МАСЛОВ И.Ю.    27.05.2004



КОПИЯ ВЕРНА

81525

**Exhibit 68 - 1114**



81527

**Exhibit 68 - 1115**

МВД РОССИИ

## ТРЕБОВАНИЕ

~~В ОСО ИЦ ГУВД Московской области~~
~~В ОСО ЗИЦ ГУВД г. Москвы~~
~~В ГИЦ МВД России~~
В РИЦ МВД России

1. Фамилия  Михель

2. Имя  Отчество  Юрий  Германович

3. Родился  ▮▮▮▮▮  1965 г.  4. Место рождения

г. Ленинград

5. Адрес: БОМЖ.

6. Чем вызвана проверка      -Р-

7. Какая нужна справка    Полная

**НАЧАЛЬНИК** 16 отдела ГУБОП СКМ
МВД России                        Ю.Н. Мосин

« 14» мая 2002 г.

Исполнитель Мокробородов

КОПИЯ ВЕРНА

№ 6

81530

Exhibit 68 - 1116



81532

**Exhibit 68 - 1117**

" СОГЛАСЕН "

Начальник 1 отдела Следственной части
ГУВД Санкт-Петербурга и области ,
майор юстиции   ХУДЯКОВ А.А.
"_____" _____1993 г.

ПОСТАНОВЛЕНИЕ
о привлечении в качестве обвиняемо

г. Санкт-Петербург .                    " 31 "   мая    1993 г.

        Старший следователь _____ 1 отдел Следственной части ГУВД
Санкт-Петербурга и области майор юстиции _ХРУСТАЛЕВ Е.А._____ ,
рассмотрев материалы уголовного дела N __452687____ и принимая во
внимание, что по  делу  собраны  достаточные  доказательства  для
предъявления гр.__МИХЕЛЮ ЮРИЮ ГЕРМАНОВИЧУ_____
обвинения в том, что он он в составе организованной группы совер-
шил вымогательство,  т.е.  требование передачи личного  имущества
граждан под  угрозой  насилия над личностью потерпевшего и убийс-
тва, соединенное с насилием, не опасным для жизни и здоровья.

        Так 22 сентября 1992 г. он (Михель), совместно с Молотковым
и Степановым вступил в предварительный сговор с лидером организо-
ванной преступной группы Кимбаровским и участниками его группы на
совершение вымогательства  личного  имущества граждан,  а именно,
дорогостоящего медицинского препарата - альфафетопротеина,  при-
надлежащего  директору частного предприятия " Биологические и ме-
дицинские технологии"  Пашинину Ю.В. и работникам этого предприя-
тия.

        С этой целью,  22.09.1992 г.,  в дневное время,  он вместе с
Молотковым и  Степановым  пришел к Кимбаровскому в офис ТОО "Ори-
ент", расположенный в С-Петербурге по адресу: Греческий пр., дом
17, где они все вместе разработали план совершения преступления и
приступили к его реализации.

        В тот же день,  действуя в соответствии с указанным планом,
Молотков и Степанов,  встретившись в 17 часов с Пашининым  и  его
знакомым Руденком у станции метро " Политехническая " ,  под бла-
говидным предлогом отвели их в сторону от выхода из метро в мало-
людное место,  где неустановленные лица из числа участников прес-
тупной группы Кимбаровского напали на Пашинина и  Руденка,  лишая
их возможности ориентироваться в обстановке и одновременно запом-
нить приметы нападавших,  надвинули им на лица спортивные  шапки,
после  чего  насильно посадили в автомашины и доставили сначала в
не установленный следствием адрес,  а затем в офис ТОО " Ориент",
по указанному выше адресу.  При этом, неустановленные соучастники
в пути следования высказывали Пашинину угрозы физической расправы
и убийства.

        В помещении офиса он (Михель) и Кимбаровский,  не  позволяя
Пашинину снять надвинутую ему на глаза шапку, используя состояние
страха, в котором находился потерпевший, вызванного совершенным на
него нападением и ранее высказанными угрозами,  в присутствии Мо-

81534

**Exhibit 68 - 1118**

- 2 -

лоткова и Степанова, по сговору с ними и другими соучастниками, потребовали от Пашинина передать им для реализации принадлежащий тому медицинский препарат альфафетопротеин в количестве не менее 5 гр., стоимостью 1,5 миллиона долларов США за 1 гр. на общую сумму 7,5 миллионов долларов США, что в соответствии с официальным курсом Центрального банка России на 22.09.1992 г. составляло 1 миллиард 807 миллионов 500 тысяч рублей из расчета 241 рубль за 1 доллар США.

Опасаясь за свою жизнь и личную безопасность, Пашинин был вынужден дать согласие на передачу преступникам своего препарата, находившегося в одной из лабораторий в здании Института Цитологии, расположенного в С-Петербурге по адресу: Тихорецкий пр-т, д.4.

Для непосредственного получения от Пашинина альфафетопротеина в тот же день, около 22 часов, вместе с потерпевшим в Институт был направлен один из участников группы - Вышенков.

Являясь сотрудником милиции, используя свое служебное удостоверение, Вышенков вместе с Пашининым беспрепятственно прошел через вахту в здание института, однако завладеть препаратом не смог, благодаря своевременно принятым мерам со стороны Пашинина и других работников его предприятия, т.е. по независящим от него и других соучастников причинам.

При этом лично он ( Михель ), вступил в сговор с Молотковым, Степановым и лидером организованной преступной группы Кимбаровским на совершение данного преступления, разработал план его совершения, и лично требовал от потерпевшего передачи его имущества,

т.е. совершил преступление, предусмотренное [...].3 УК РФ.

Руководствуясь ст.ст. 143 и 144 УПК РФ

П О С Т А Н О В И Л :

Привлечь _____ МИХЕЛЯ ЮРИЯ ГЕРМАНОВИЧА в качестве обвиняемого по настоящему делу, предъявив ему обвинение в преступлении, предусмотренном ст._____ 148 и 3 _____ УК РФ, о чем __ему__ объявить.

Следователь_____ХРУСТАЛЕВ Е.А.

Постановление мне объявлено " "_____1993 г., сущность обвинения разъяснена. Одновременно мне на основании ст.149 УПК РФ разъяснены следователем права обвиняемого на предварительном следствии, предусмотренные ст. 46 УПК РФ.

Обвиняемый_____

Защитник_____

Постановление объявил, права разъяснил

Следователь_____

КОПИЯ ВЕРНА

81535

**Exhibit 68 - 1119**

ПОСТАНОВЛЕНИЕ

об объявлении розыска обвиняемого

г. Санкт-Петербург                                    31 июля 1993 г.

Старший следователь 1 отдела следственной части ГУВД Санкт-Петербурга и области майор юстиции Хрусталев Е.А., рассмотрев материалы уголовного дела N 820492,

УСТАНОВИЛ:

В ходе расследования установлено, что МИХЕЛЬ Ю.Г. и СТЕПАНОВ А.А., 22 сентября 1992 г. по предварительному сговору и совместно с Молотковым, Кимбаровским, Вышенковым и неустановленными следствием лицами, в составе организованной преступной группы, возглавляемой Кимбаровским, совершили вымогательство личного имущества гр. ПАШИНИНА Ю.В., директора частного предприятия "Медицинские биологические технологии", а именно принадлежащего потерпевшему и работникам его предприятия биохимического препарата альфафетопротеина в количестве не менее 5 граммов на сумму не менее 1 миллиарда 807 миллионов 500 тысяч рублей.

При этом названные лица, действуя согласно заранее разработанного плана, каждый в пределах отведенной для него роли захватили потерпевшего у станции метро "Политехническая", насильно доставили его в помещение офиса ТОО "Ориент", расположенного по адресу: С-Петербург, Греческий пр., д.17, где потребовали передать им указанный препарат.

Постановление о привлечении Михеля Ю.Г. и Степанова А.А. в качестве обвиняемых по ст. 148 ч.3 УК РФ вынесено 31.05.1993 г. Принятыми мерами розыска установить местонахождение обвиняемых Михеля Ю.Г. и Степанова А.А. не представилось возможным.

Принимая во внимание, что установленный срок предварительного следствия истек, все следственные действия, производство которых возможно в отсутствии обвиняемых Михеля, Степанова, выполнены, руководствуясь п.1 ст.195 УПК



ПОСТАНОВИЛ:

1. Производство предварительного следствия по уголовному делу N 820492 приостановить.

2. Объявить розыск обвиняемого МИХЕЛЯ ЮРИЯ ГЕРМАНОВИЧА 1965 г.рождения, уроженца г.Ленинграда, русского, не работающего, ранее судимого в 1985 г. по ст.ст. 80 ч.1; 196 ч.1; 17,15; 174 ч.1; 194; 17,174 ч.1 УК РФ с применением ст. 40 УК РФ к 8 г. лишения свободы, в Санкт-Петербурге не прописанного.

3. Избрать в отношении Михеля Ю.Г. меру пресечения подписку о невыезде.

4. Розыск обвиняемого Михеля Ю.Г. поручить ОУР Смольнинско-

81538

**Exhibit 68 - 1120**

- 2 -



го РУВД Санкт-Петербурга.

5. Копию постановления направить прокурору Санкт-Петербурга.

Старший следователь 1 отдела
Следственной части ГУВД
Санкт-Петербурга и области                    Хрусталев

81539

**Exhibit 68 - 1121**

Форма № 77

# ПОСТАНОВЛЕНИЕ

(об избрании меры пресечения)

31 июля 19 93 г.

Следователь 1 отдела следственной части ГУВД Санкт-Петербурга и области майор юстиции Хрусталев Е.А.

звание и фамилия

рассмотрев материалы уголовного дела № __820492__ о преступной деятельности.

Фамилия ___Михель___

Имя и отчество ___Юрий Германович___

Год рождения ███ 1965   Место рождения ___Ленинград___

Профессия и специальность _____

Место работы и должность ___не работает___

Образование ___среднее___

Национальность ___русский___   Гражданство ___РФ___

Семейное положение ___холост___

Судимость ___1985 г. по ст.ст.80 ч.1, 196 ч.1,17,15,174 ч.1,194, 17, 171 ч.1 УК РФ___

Домашний адрес ___гор. из___

## УСТАНОВИЛ:

Михель Ю.Г. _____ изобличается в том, что

фамилия

22.09.1992 г. совместно с Молотковым, Хмбаровским, Выкенковым Степановым и неустановленными лицами, в составе организованно ...

**Exhibit 68 - 1122**

т. е. в преступлениях, предусмотренных ст. ст. _____148 ч.3_____ УК РСФСР

Принимая во внимание, что _____Михель совершил умышленное преступление_____

— фамилия обвиняемого,

основание принятия той или иной меры пресечения

и руководствуясь ст. ст. 89—92 УПК РСФСР.

ПОСТАНОВИЛ:

Мерой пресечения способов уклонения · от следствия и суда _____Михелю Юрию_____

фамилия,

Германовичу

имя, отчество

избрать _____подписку о невыезде_____

о чем в порядке ст. 92 УПК РСФСР, объявить обвиняемому расписку в настоящем постановлении, копию которого направить прокурору.

«Согласен»   КОПИЯ ВЕРНА

Следователь _____   Начальник отдела (отделения, ст. группы) _____

Настоящее постановление объявлено «____» _____ 19   г.

подпись

ПО-3 Всес. тип. зак. В-661 тир. 1000 000 15.04.93 г.          81543

**Exhibit 68 - 1123**

LB-583

*78*

Type of record: Prior Convictions and Crime Investigation
Person being checked:
MIKHEL, IOURI GHERMANOVICH Date of birth: ██████████ 1965
Place of birth: Leningrad
Dactyloscopy 19 97343 20 69773 BLOOD TYPE  NE ()
Results of the check: Dept of Operational Information, Information Center, Main Directorate of Internal Affairs, St. Petersburg and district:
(1) October 28, 1985. Leningrad City Court
    Convicted under Article 80, part I, 196 part I, 17, 15-174 part I, 194, 17-174
Part I, 40 of the Criminal Code of the Russian Soviet Federative Socialist Republic (RSFSR)
8 years deprivation of liberty
The sentence took legal effect on February 10, 1986.
By determination of the Frunze People's Court of Leningrad on April 28, 1989
Released to the Council of the National Economy under Article 53-2 of the Criminal Code of the RSFSR
Time remaining 3 years 10 months 21 days
Departed from the institution Construction Management -20/6 of Leningrad on May 16, 1989
At the Address: Construction Complex Luga in Leningrad Region
By the determination of the Gatchina People's Court of Leningrad Region on November 27, 1992
He was released conditionally / early
Time remaining 3 months 22 days
Departed from the Construction Complex, Luga Dept for Internal Affairs, Leningrad Region, November 27, 1992
Address: Leningrad

| | |
|---|---|
| Information prepared by Main Information Center, Ministry of Internal Affairs | TRUE COPY<br>[signature]<br>Stamp: Prosecutor's Office, Moscow |
| Certificate No. 14123493 | Prosecutor's Office of the Russian Federation,<br>Tver Interdistrict Prosecutor's Office |
| Check performed by: I. Yu. Maslov May 27, 2004 | |

81525

**Exhibit 68 - 1124**

LB-584

| On issuance of passport | 1. Mikhel, Iouri Ghermanovich | Illeg. Handwriting |
|---|---|---|
| | (Surname, first name, patronymic) | |
| | 2. ██████ 1965                          3. City of Leningrad | |
| | (Month, day, and year of birth)      (Place of birth-village, town, city, district, region, | |
| | 4. Russian | |
| | Krai, republic (per existing administrative/territorial division)      (Ethnicity) | |
| | 5. Not married | |
| | (Family status, if married, state full name of wife or husband, where and when married) | |
| | Father: Gherman Ivanovich Mikhel – deceased | |
| | Mother: Margarita Genrikhovna Mikhel | |
| | (Parents' full names) | |
| | ████████████████████, Leningrad | |
| | (Residential address building, street, wing, apartment, city, town, village) | |
| | (Did they ever have foreign citizenship, when did they get Soviet citizenship | |
| | No | |
| | When and from which country did (s)he arrive in USSR through registration, moving) | |
| | [photo]      Please issue (exchange) passport because ___Age 16___<br>(Indicate reason)<br>26 June (July?) 19 v      [signed]<br>(signature)<br>Signature of citizen _Mikhel_  I authenticate  [illegible]<br>(Surname)                        (Signature)<br>Issue passport on the basis of _birth certificate_<br>(Name)<br>II Yu. B 204331 issued June 9, 1965      Vital Records<br>Bureau Smoln. District<br>(Document, series, number. Issue date and issuer)<br>Leningrad<br>Chief of Passport Service [signed]<br>(signature)<br>Passport specialist who processed passport [signed]<br>(signature)<br>Passport series ████████████<br>_Dated 28 May 1981_      _TRUE COPY_ Stamp:<br>Prosecutor's Office, Moscow<br>Prosecutor's Office of the Russian Federation,<br>Tver Interdistrict Prosecutor's Office | |

81527

**Exhibit 68 - 1125**

LB-585

Ministry of Internal Affairs of Russia

Request

~~To Organizational Statistics Dept., Information Center, Dept of Internal Affairs, Moscow Region~~

~~To Organizational Statistics Dept., Zone Information Center, Dept of Internal Affairs, City of Moscow~~

To Main Information Center, Ministry of Internal Affairs of Russia

1. Surname Mikhel

2. Name, patronymic  Iouri Ghermanovich

3. Born ████ 1965        4. Place of Birth

   Leningrad

5. Address: homeless

6. Reason for check    Search

7. Type of check needed       Full

 Chief, Section 16, Main Anti-Organized Crime Directorate, Criminal Police Service

Ministry of Internal Affairs, Russia [signed] [Name is hidden]

May 14, 2002

Initiated by Mokroborodov             Stamp: No. 6          TRUE COPY
                                                        Prosecutor of the R. F.
                                                        Prosecutor of Moscow
                                                        [signed] [seal]

81530

**Exhibit 68 - 1126**

LB-586

*Was convicted by Leningrad City Court*

*October 28, 1985 under Article 196 part I, 17, 15-174, part I.*

   *17-174 part I 80 part I Criminal Code of the RSFSR*

*Sentence 8 years deprivation of liberty*

*[illeg] Frunze District of Leningrad*

   *April 28, 1989    Leningrad*

   *[illeg]                3 years, 10 months, 21 days*

*Wanted by Main Internal Affairs Directorate St. Petersburg*

*And Leningrad region*

*Convicted under Article 148 part III Criminal Code, RSFSR*

  *Certificate of ending   [illeg]*

| | |
|---|---|
| TRUE COPY<br>Prosecutor of the R. F.<br>Prosecutor of Moscow<br>[signed] [seal] | Inquiry by an employee of the Center of Criminal Information, Main Information Center, Ministry of Internal Affairs, Russia:<br><br>     Ye. V. Dudina [signed]  199_<br><br>May 27, 2002 |

81532

**Exhibit 68 - 1127**

LB-587

<table>
<tr><td>APPROVED<br><br>Chief, Section 1 of the Investigative Unit, Main Internal Affairs Directorate of St. Petersburg and Region, Major of Justice A. A. KHUDYAKOV<br><br>____ _____ 1993</td><td>*8 72*<br><br>*38*<br>TRUE COPY<br>Prosecutor of the R. F.<br>Prosecutor of Moscow<br>[signed] [seal]</td></tr>
</table>

## ORDER
### On the Bringing of a Person as a Defendant

St. Petersburg                                                                    May 31, 1993

Senior Investigator _____ of Section 1 of the Investigative Unit, Main Internal Affairs Directorate of St. Petersburg and Region, Major of Justice YE. A. KHRUSTALEV,
having reviewed materials in criminal case N 452687 and considering that sufficient evidence was collected to bring an accusation against IOURI GHERMANOVICH MIKHEL that he, as part of an organized group, committed extortion, i.e., demanded that personal property of citizens be given under a threat of violence to the personhood of the victim and murder, connected with violence not hazardous to life or health.
Thus, on September 22, 1992, he (Mikhel), together with Molotkov and Stepanov entered a preliminary conspiracy with Kimbarovsky, a leader of an organized criminal group, and participants of his group to commit extortion of personal property of citizens; namely, an expensive medication, alpha-fetoprotein, belonging to Yu. V. Pashinin, director of a private enterprise, Biological and Medical Technologies ("Biologicheskie i meditsinskie tekhnologii") and to employees of that enterprise.

To that end, on September 22, 1992, during the daytime, he, together with Molotkov and Stepanov came to Kimbarovsky at the office of Orient, a limited liability partnership, located at 17 Grechesky Pereulok, St. Petersburg, where all of them together developed a plan to commit a crime and began to implement it.

On that same day, acting pursuant to said plan, Molotkov and Stepanov, having met at 1700 hours with Pashinin and his acquaintance Rudenok at the Polytekhnicheskaya subway station, under an excuse, led them away from the subway exit to a thinly-populated area, where unidentified individuals from a group of participants of Kimbarovsky's criminal group assaulted Pashinin and Rudenok, denying them a chance to orient themselves in the environment and simultaneously recall a description of the assailants, put athletic hats over their faces, after which they forced them into automobiles and drove them first to an address unknown to the investigation and then to the Orient office at the aforementioned address. Meanwhile, unidentified co-participants along the way made threats to Pashinin of physical harm and murder.

In a room of the office, he (Mikhel) and Kimbarovsky, not allowing Pashinin to remove the hat that had been put over his eyes and using the victim's state of fear caused by the assault on him and threats in the presence of Molotkov and Stepanov, per conspiracy with them and other co-participants, demanded that Pashinin give them a medication belonging to him, alpha-fetoprotein, to sell, in the amount of at least 5 grams, costing 1.5 million US dollars per 1 gram, for a total sum of  7.5 million US dollars, which, at the official Russian Central Bank exchange rate on September 22, 1992 (241 rubles to the dollar), was 1 billion, 807 million, 500 thousand rubles.

81534

**Exhibit 68 - 1128**

Fearing for his life and personal safety, Pashinin was forced to consent to giving the criminals his medication, which was in one of the laboratories in a building at the Institute of Cytology, located in St. Petersburg at 4 Tikhoretsky Prospekt.

In order to directly receive the alpha-fetoprotein from Pashinin, that same day at 2200 hours, Vyshenkov, one of the participants of the group, was sent to the Institute together with the victim. Vyshenkov, an employee of the police, used his service badge and along with Pashinin easily passed through the booth into the Institute building; however, he was unable to get the medication, thanks to timely measures taken by Pashinin and other employees of his enterprise; i.e., for reasons independent of him and the other co-participants. Meanwhile, he (Mikhel) personally entered into a conspiracy with Molotkov, Stepanov, and the leader of the organized crime group, Kimbarovsky, to commit this crime, developed a plan to commit it, and personally demanded the victim hand over his property,

| |
|---|
| TRUE COPY<br>Prosecutor of the R. F.<br>Prosecutor of Moscow<br>[signed] [seal] |

i.e., committed a crime, set forth in [illegible] of the Criminal Code of the RF.

Guided by Articles 143 and 144, Rules of Criminal Procedure of the RF

ORDERED:

Bring Iouri Ghermanovich Mikhel as a defendant in this case for the crime set forth in [illegible] of the Criminal Code of the RF and notify him of this.

Investigator [signed] YE. A. KHRUSTALEV

This decree was announced to me on _____ ___ 1993 and the substance of the accusation was explained. At the same time, on the basis of Article 149 of the Rules of Criminal Procedure of the RF, the investigator explained the rights of the defendant at the preliminary examination as set forth in Article 46 of the Rules of Criminal Procedure of the RF.

Defendant_____

Defense Attorney _____

Charge has been announced, rights explained

Investigator _____

81535

**Exhibit 68 - 1129**

LB-589

## ORDER
### Announcement of a Search for a Defendant

St. Petersburg                                                                                      July 31, 1993

Senior Investigator of Section 1 of the Investigative Unit, Main Internal Affairs Directorate of St. Petersburg and Region, Major of Justice Ye. A. Khrustalev, having reviewed materials in criminal case N 820432,

### ESTABLISHED:

In the course of the investigation, it has been established that I. G. MIKHEL and A. A. STEPANOV, on September 22, 1992, under preliminary conspiracy and together with Molotkov, Kimbarovsky, Vyshenkov, and individuals unidentified by the investigation, as part of an organized crime group led by Kimbarovsky, committed extortion of the personal property of citizen Yu. V. PASHININ, director of private enterprise, Medical Biological Technologies ("Meditsinskie biologicheskie tekhnologii"), namely of a biochemical preparation, alpha-fetoprotein, belonging to the victim and employees of his enterprise, in an amount no less than 5 grams for a sum of not less than 1 billion, 807 million, 500 thousand rubles.

Meanwhile, said individuals, acting under a previously developed plan, each acting within the role assigned to him, captured the victim by the Polytekhnicheskaya subway station, forcibly delivered him to the office of Orient, a limited liability partnership, located at 17 Grechesky Pereulok, St. Petersburg, where they demanded he give them said preparation.

The order on bringing I. G. Mikhel and A. A. Stepanov as defendants under Article 148 Part 3 of the Criminal Code of the Russian Federation was issued on May 31, 1993. It was impossible to establish the location of defendants I. G. Mikhel and A. A. Stepanov using search measures taken.

Considering that the time established by [illegible]
for the preliminary examination has expired, all examination
[illegible] which are possible in the absence of defendants
Have been done, guided by item 1 of Article 195 of the Rules of Criminal Procedure of the RF

> TRUE COPY
> Prosecutor of the R. F.
> Prosecutor of Moscow
> [signed] [seal]

### ORDERED:

1. Stop the preliminary examination process [illegible] Case N 820492.
2. Announce a search for defendant Iouri Ghermanovich Mikhel, born ▮▮▮ 1965, in Leningrad, Russian, unemployed, previously convicted in 1985 under Articles 80 part 1; 196 part 1; 17.15, 174 part 1; 194; 17, and 174 part 1 of the Criminal Code of the RF with application of Article 40 of the Criminal Code of the RF to 8 years deprivation of freedom. Not registered as a resident of St. Petersburg.
3. Impose a measure to restrict foreign travel for I. G. Mikhel.
4. Assign the search for I. G. Mikhel to the Criminal Investigation Dept. of Smolninsky Regional Internal Affairs Directorate of St. Petersburg.

81538

**Exhibit 68 – 1130**

LB-590

5.      Send a copy of the order to the prosecutor's office of St. Petersburg.

Senior investigator of Section 1
Investigative Unit of Main Internal Affairs Directorate
St. Petersburg and region

| |
|---|
| TRUE COPY<br>Prosecutor of the<br>R. F.<br>Prosecutor of<br>Moscow<br>[signed] [seal] |

Khrustalev

81539

**Exhibit 68 -  1131**

LB-591

ORDER

(on restraint measures)

<u>July 31</u>, 19<u>93</u>

Investigator _____ <u>Section 1 of the Investigative Unit of the Main Internal Affairs Directorate of</u>

<u>St. Petersburg and region Major of Justice Ye. A. Khrustalev</u>_____

_____

Rank and surname

Having reviewed materials in case No. <u>820492</u> on criminal activity.

Surname <u>Mikhel</u>

Name and patronymic <u>Iouri Ghermanovich</u>

Year of birth ▮▮▮▮ <u> 1965</u>          Place of birth <u>Leningrad</u>

_____

Profession and specialty _____

Place of work and title _____<u>doesn't work</u>_____

Education_____<u>secondary</u>_____

Ethnicity_____<u>Russian</u>_____Citizenship_____<u>RF</u>_____

Family status_____<u>bachelor</u>_____

Prior convictions <u>1985 under Articles 80, part 1, 196 part 1, 17.15.174 part 1. 194, 17</u>

<u>171 part 1 of the Criminal Code of the RF</u>

Home address:___<u>homeless</u>

ESTABLISHED:

_____<u>I. G. Mikhel</u>_____ is accused of

Surname

<u>on September 22, 1992, together with Molotkov, Kimbarovsky, Vyshenkov, Stepanov, and unidentified</u>

<u>individuals as part of an organized crime group led by Kimbarovsky, committing extortion</u>

<u> [illegible]</u>

<div style="border:1px solid black; display:inline-block;">
TRUE COPY<br>
Prosecutor of the R. F.<br>
Prosecutor of Moscow<br>
[signed] [seal]
</div>

81542

**Exhibit 68 - 1132**

LB-592

_____

_____

_____

_____

_____

_____

i.e., in crimes set forth in Articles _____148 part 3_____ of the Criminal Code of the RSFSR

Considering that _____Mikhel committed a willful crime
                        Defendant's surname

_____
                 Reason for restraint measure

And guided by Articles 89-92 of the Rules of Criminal Procedure of the RSFSR.

ORDERED:

To prevent ways of evading investigation and court for __Iouri Ghermanovich Mikhel___
                                                        Name, patronymic and surname

Select as a restraint measure ___restrict foreign travel_____

About which, in the manner of Article 92, Rules of Criminal Procedure of the RSFSR, announce to

[illegible] about this order, a copy of which shall be sent to the Prosecutor's Office.

                                                        Investigator [signed]

                                                        Chief of Section_____

Approved

        Investigator

| TRUE COPY signature, seal |
| Prosecutor of the R. F. |
| Prosecutor of Moscow |

This order has been announced        _____ ____ 19__

| TRUE COPY signature, seal |

                                        _____
                                                        Signature

                                                                            81543

**Exhibit 68 - 1133**

# EXHIBIT

# 69

Копия

НАРОДНЫЙ КОМИССАРИАТ ВНУТРЕННИХ ДЕЛ СССР

Отдел актов гражданского состояния

УНКВД по Лен.обл.

Бюро АГС

Смольнинского р-на

II августа 1946 г.

Ленинград

СВИДЕТЕЛЬСТВО О БРАКЕ

№ 2632

Гр. МИХЕЛЬ Герман Иванович

Гр-ка ФОТ Маргарита Генриховна

вступили в брак, о чем в книге записей актов гражданского состояния о браке за II/УШ-1946 г. одиннадцатого августа тысяча девятьсот сорок шестого года произведена соответствующая запись под № 2632.

Фамилия после заключения брака

он МИХЕЛЬ Г.И.

она МИХЕЛЬ М.Г.

II августа 1946 г.

/Зав.бюро ЗАГС - подпись

Делопроизводитель

Печать учреждения

выдавшего докум返т

31 марта 19 78 Года я, Докукина Г.А.

государственный нотариус ПЕРВОЙ государственной нотариальной конторы города Ленинграда, свидетельствую верность этой копии с подлинником документа, в последнем подчисток, приписок, зачеркнутых слов и иных неоговоренных исправлений или каких-либо особенностей не оказалось,

зарегистрировано в реестре за № 1к-4423

взыскано государственной пошлины 02коп,

Государственный нотариус

**Exhibit 69 - 1134**

Копия

НАРОДНЫЙ КОМИССАРИАТ ВНУТРЕННИХ ДЕЛ СССР
Отдел актов гражданского состояния

УНКВД по Лен.обл.
Бюро АГС
Смольнинского р-на
II августа 1946 г.
Ленинград

СВИДЕТЕЛЬСТВО О БРАКЕ
№ 2632

Гр. МИХЕЛЬ Герман Иванович
Гр-ка ФОТ Маргарита Генриховна
вступили в брак, о чем в книге записей актов гражданского состояния о браке за II/VIII-1946 г. одиннадцатого августа тысяча девятьсот сорок шестого года произведена соответствующая запись под № 2632.

Фамилия после заключения брака он МИХЕЛЬ Г.И.
она МИХЕЛЬ М.Г.

II августа 1946 г.

/Зав.бюро ЗАГС - подпись
Неразборчиво
Печать учреждения
выдавшего документ

LB-532

Copy

### PEOPLE'S COMMISSARIAT OF INTERNAL AFFAIRS OF THE USSR
### Vital Records Office

Management of the People's Commissariat of Internal Affairs for Leningrad Region
Vital Records Bureau
Smolninsky district
August 11, 1946
Leningrad

| | Marriage Certificate No. 2632 |
|---|---|

Citizen GHERMAN IVANOVICH MIKHEL

Citizen MARGARITA GENRIKHOVNA FOT

Entered into marriage. To that effect, entry No. 2632 was made in the book of marriage at the vital records bureau for August 11, 1946, the eleventh of August, one thousand nine hundred forty-six.

Surname after marriage       he  G.I. MIKHEL
Surname after marriage       she  M.G. MIKHEL

August 11, 1946

Chief of the Vital Records Bureau – signature
Secretary
Seal of the institution/issuer

March 31, 1978
I, Dokukina [signed], government notary officer of the First State Notary Office of the City of Leningrad, do hereby attest that this is a true copy of the =====signed document [illeg]

[seal] Entered in the registry as No. 1k-4423
State tax 020 kopecks
State Notary Officer [signature]

**Exhibit 69 - 1136**

LB-533

[Reverse side of 532 with words showing through]

**Exhibit 69 - 1137**

# EXHIBIT

# 70

# А В Т О Б И О Г Р А Ф И Я .

Я, Ф О Т Маргарита Андреевна /Генриховна/ родилась ███ 1919г. в селе Широком Запорожского округа Хортицкого района. В паспорте ошибочно вписано вместо Хортицкого района Молчанский район - место рождения отца.

РОДИТЕЛИ: Отец ФОТ Генрих Генрихович /Андрей Андреевич/ русско-подданный меннонит-колонист /хлебороб/. Родился в селе Кульшанка /к.Тигервейд Молчанского района Мелитопольского округа (бывшей Таврической губернии). Проживал все время при родителях, которые тоже русско-подданные меннониты- колонисты. НИКУДА ИЗ РОССИИ НЕ ВЫЕЗЖАЛИ.

ВОЕННУЮ СЛУЖБУ ОТБЫВАЛ с 1915г. по 1918г. во Всероссийском Земском Союзе Красного Креста работая военно-обязанным санитаром при аптеке в госпитале, где заведывала аптекой ЦВЕТКОВА Анна Николаевна. Уволен от военной службы вовсе по болезни в 1919 году.

МАТЬ - ЦВЕТКОВА-ФОТ Анна Николаевна, русская, родилась в 1892г. в селе Никольском Кадуйского района Вологодской области. Бракосочетание родителей было заключено в г.Екатеринославе в русской православной церкви, в присутствии трех русских свидетелей.

К родителям отца в с.Кульшанку переехали в 1919г., где вскоре разошлись. ~~................................~~

Прожили вместе не более 1½ года - я была еще грудным ребенком.

Отец остался жить при родителях, а мать оставила их дом в 1919г. и жила со мною самостоятельно на свой заработок работая акушеркой в Александровольском мед.участке до отъезда на родину.

В 1921г. переехали с матерью на ее родину, а с 1922г. по 1930г. проживали в г.Череповце. Мать работала в качестве фельдшерицы акушерки при Областной больнице г.Череповца и на участке Сев.жел.дороги.

В 1923г. мать вышла вторично замуж. ПЕТРОВ Иван Иванович, русский родился в 1890 г. в дер.Заболотье Пришекснинского района Вологодской области. Секретарь Губ.Суда г.Череповец. По настоящее время отчим проживает с нами вместе. В Красной Армии находился с 1941г. по 1943г. По сие время работает на военном заводе ЛЕНИНА.

Мать в 1932г. как общественница и ударница по службе была командирована на учебу во 2-й Лен.Мед.Институт без отрыва от производства от Октябрьской жел.дороги г.Ленинграда. По окончании Института в 1937г. прошла Курсы Усовершенствования Врачей получив специальность врача-бактериолога.

С 1937г. по 1940г. работала на периферии в г. Демянске Ленобласти в качестве Заведывающей районной сан.бак.лаборатории. По возвращении в Ленинград работала в Районной лаборатории.

Во время ВЕЛИКОЙ ОТЕЧЕСТВЕННОЙ ВОЙНЫ работала во Фронтовом Инфек-



DEFENDANT'S EXHIBIT

CASE NO. CR-02-220-DT

EXHIBIT NO. 8135

Exhibit 70 - 1138

= 2 =

ционном госпитале 860 Начальником лаборатории выполняя ответственную работу врача-бактериолога с 1941 года    24 июня по 1945г. 25 Октября /4 года 4 месяца/.

ПРИСВОЕНО ЗВАНИЕ  М А Й О Р А  м/службы.

Награждена ОРДЕНОМ " КРАСНАЯ ЗВЕЗДА ", имеет разрешение на медали "ЗА ВЗЯТИЕ КЕНИГСБЕРГА" и медаль " ЗА ПОБЕДУ НАД ГЕРМАНИЕЙ в  ВЕЛИКОЙ ОТЕЧЕСТВЕННОЙ ВОЙНЕ 1941-1945г."

За все время работы НЕ получала никаких замечаний, кроме благодарностей, как по госпиталю, так и по фронту.

На основании вышеизложенных данных и принимая во внимание мое воспитание русскими родителями, а также до получения паспорта 16 лет числилась русской, а потому имею право и считаю себя РУССКОЙ , а слово немка в паспорте не соответствует действительности и внесено в паспорт моей матерью без моего ведома и согласия при получении паспорта.

С 1930г. проживаю в г.Ленинграде.

В 1959г. окончила 10-ти летку 3-ей средней школы Смольнинского р-на г.Ленинграда. В том-же году поступила в 1-й Ленинградский Гос.Педагогический Институт иностранных языков.  Училась до начала войны 1941г.

С июля мес.1941г. по апрель мес. 1942г. несколько раз была на работах по обороне г.Ленинграда, как под городом, в самом городе, так и за пределами Ленинграда.

С 10 апреля  по 10 июля 1942г. работала делопроизводителем в Дом-хозяйстве № 357 по ул.Красной связи д.№ 17/5. С 4 сентября 1942г. по 10 декабря 1942г. работала счетным работником в бухгалтерии 2-ой Мех.Рай.базы Смольнинского района.

С 10 декабря 1942г. по 10 апреля 1943г. работала на оборонных работах в/части 55798 Е в качестве т/армейца и была освобождена в распоряжение Смольнинского Райсовета, от которого получила разрешение на учебу, 16 апреля 1943г. была зачислена студенткой 1-го Лен.Фельдш.Техникум.

С 1 июня 1943г. по 3 июля 1943г. работала на торфоразработках.

4 июля 1943г. эвакуировалась в Вологодскую область на родину матери и жила до 7-го октября 1945г. в с.Никольском Кадуйского района у бабушки ЦВЕТКОВОЙ Александры Семеновны. Временами работала в колхозе и одновременно состояла донором.

6-го октября 1945г. вернулась в г.Ленинград на постоянное местожительство.

25 октября 1945г. восстановилась в 1 Лен.Гос.Пед.Институте Иностранных языков и зачислена  студенткой Ш курса английского факультета.

Во время ВЕЛИКОЙ ОТЕЧЕСТВЕННОЙ ВОЙНЫ я состояла ДОНОРОМ сначала в ленинградском Институте Переливания Крови, а затем при Кабинете Переливания Крови в г.Череповец с июля мес. 1941г. по август мес.1945г.

Представлена на получение медали " За ОБОРОНУ ЛЕНИНГРАДА".

20 декабря 1945г.

Exhibit 70 - 1139

LB-534

## AUTOBIOGRAPHY

I, Margarita Andreyevna /Genrikhovna/ FOT, was born on ▇▇▇▇, 1919, in the village of Shiroky, Khortitsk district, Zaporozhsky region. In my passport they erroneously wrote Molchansky district, my father's birthplace, instead of Khortitsk.

PARENTS: Father, Genrikh Genrikhovich/Andrey Andreyevich Fot was a Russian subject, Mennonite/colonist/farmer. Born in Melitopolsky province, Molchansky district, town of Kulshanka, Tigervey, formerly Tavrichesky Governorate. Always lived with his parents, who are also Russian subjects, Mennonite/colonists. THEY NEVER LEFT RUSSIA.

SERVED IN THE MILITARY from 1915 to 1918 in the All-Russian Zemstvo Union of the Red Cross working as a conscripted aide at the pharmacy where Anna Nikolaevna TSVETKOVA was the director. He was released from military service due to illness.

MOTHER: Anna Nikolaevna TSVETKOVA-FOT, Russian, was born in 1892 in Vologda region, Kaduisk district, Nikolskoye village. Parents married in Ekaterinoslav in a Russian Orthodox Church in the presence of three Russian witnesses. They moved to my parents' father in 1919 in Kulshanka, where they soon divorced. They had lived together no more than 1 1/2 years, I was still a nursing baby.

My father stayed with his parents and my mother left them in 1919, living with me on her own, working for a living as a midwife in Aleksandrovolsky Medical Center before returning to her homeland.

In 1921, my mother and I moved to her homeland, and from 1922 through 1930, we lived in Cherepovets. Mother was a feldsher/midwife at the Cherepovets regional hospital and a section of the N. railroad.

In 1923, mother married for the second time. Ivan Ivanovich PETROV, Russian, was born in 1890 in Vologda region, Zabolote, [illeg]. Governorate Clerk of Court in Cherepovets. My stepfather lives with us to this day. He was in the Red Army from 1941 to 1945. He still works at the LENIN military plant.

My mother, being community-minded and energetic was sent in 1932 to study at the Number 2 Leningrad Medical Institute without a break from work from the Oktyabrsk Railroad of Leningrad. Upon completion of the institute in 1939, she did Courses for Doctors' Improvement and became a Doctor-Bacteriologist.

From 1937 through 1940, she worked on the periphery in Demyansk, Leningrad region as Director of the regional sanitation/bacteriological laboratory. Upon her return to Leningrad, she worked at the regional laboratory.

During the GREAT PATRIOTIC WAR, she worked at the frontline infectious

DEFENDANT'S EXHIBIT
Case No. CR-02-220-DT
Exhibit No. 3135

**Exhibit 70 - 1140**

LB-535

2

diseases hospital 860 as the Chief of the Laboratory, doing very important work as a doctor/bacteriologist from June 24, 1941 through October 25, 1945 / 4 years, 4 months.

Her RANK WAS MAJOR IN THE MEDICAL BRANCH.

She earned a RED STAR; she has the right to a CAPTURE OF KÖNIGSBERG medal and  VICTORY OVER GERMANY in THE GREAT PATRIOTIC WAR 1941-1945 medal.

Over the entire time, she got no comments, except for gratitude, both for the hospital and the front.

Based on the aforementioned, and taking into account my being raised by Russian parents, and before receiving my passport at 16 I was considered Russian, and thereby have the right and I consider myself RUSSIAN, and the word German in the passport is incorrect and was written in by my mother without my knowledge and consent while getting the passport.

I have lived in the city of Leningrad since 1930.

In 1939, I graduated from Intermediary School No. 3 in the Smolninsky district of Leningrad, a 10-year school. That same year, I enrolled in No. 1 Leningrad State Pedagogic Institute of Foreign Languages. I was a student until the war started in 1941.

From May 1941 to April 1942, I worked to defend Leningrad; both near the city and in the city and outside Leningrad.

From April 10 to July 1942, I was a clerk at _____ company No. 357 at 17/5 Krasnaya Svyaz Street. From September 4, 1942 through December 10, 1942, I was an accounts clerk in the accounting department of Int. Dist. Base in Smolninsky district.

From December 10, 1942 to April 10, 1943, I was part of the defense at unit 55798 E as a t/soldier and was released in an order from the Smolninsky District Council, permitting me to study, on April 16, 1943 and was counted as a student at the No. 1 Leningrad Feldsher Training School.

From June 1, 1943 to July 3, 1943, I was harvesting peat.

On July 4, 1943, I evacuated to the Vologda Region to my mother's homeland and lived with my grandmother TSVETKOVA, ALEKSANDRA SEMYONOVNA in Kaduisk district, Nikolskoye village. At times, I would work at a collective farm (kolkhoz) and was a blood donor.

On October 6, 1945, I returned to Leningrad as a permanent residence.

On October 25, 1945, I resumed study at the No. 1 Leningrad State Pedagogical Institute of Foreign Languages and was counted as a student in Year III, English Department.

During the GREAT PATRIOTIC WAR, I was a donor, first at the Leningrad Institute of Blood Transfusion and then at the Cherepovets Office of Blood Transfusion from June 1941 to August 1945.

Presented to receive a medal FOR THE DEFENSE OF LENINGRAD.

December 20, 1945

**Exhibit 70 - 1141**

# EXHIBIT 71

AUTOBIOGRAPHY

I, FOT, Margarita Andreyevna /Genrikhovna/ was born on ▮▮▮ 1919, in the town of Shirokoye, Zaporozhsky okrug, Khortitsky region. In my passport by mistake, instead of Khortitsky region, it says Molchansky region – the place of my father's birth.

PARENTS: Father – FOT, Genrikh Genrichovich /Andrei Andreyevich/ Russian subject, Mennonite – colonist /a farmer/, was born in the town of Kulshanka /k. Tigerveid/ Melchansky region, Melitopolsky okrug (former Tavrichesky guberniya). All the time had lived with his parents who were also Russian subjects, Mennonite – colonists. THEY HAD NEVER LEFT RUSSIA.

HE SERVED IN THE MILITARY from 1915 through 1918 in the Russian National Zemsky Union of the Red Cross in the capacity of a military orderly in the Hospital Pharmacy, in charge of which was TSVETKOVA, Anna Nikolayevna. Due to an illness was discharged from the military in 1919.

MOTHER – TSVETKOVA-FOT, Anna Nikolayevna, ethnic Russian, was born in 1892 in the town of Nikolsky, Kaduisky region, Vologodsky oblast. Their marriage took place in the city of Yekaterinoslav, in the Russian Orthodox Church in the presence of three Russian witnesses.

In 1919 they moved in with my father's parents in the town of Kulshanka. Soon they parted. They had lived together no longer than 1,5 years – I was still a baby. My father remained with his parents. My mother left their home in 1919 and lived independently, together with me, on her own salary of a midwife in Alexandrovolsky medical facility until she returned to her motherland.

In 1921 my mother and I moved to her motherland, and from 1922 through 1930 we lived in the city of Cherepovets. My mother worked as a midwife in the Regional Hospital of the city of Cherepovets and in the North Rail Road Department.

In 1923 my mother remarried. PETROV, Ivan Ivanovich, ethnic Russian was born in 1890 in the village of Zabolotye, Prishekoninsky region, Vologodsky oblast. Worked as a secretary of the Regional Court of the city of Cherepovets. Currently my stepfather is living with us. He had served in the Red Army from 1941 through 1943. Up till now has been working in the military plant named after LENIN.

In 1932 my mother being a top-notch employee was sent by the Octyabr Department of the Leningrad Railroad to the Leningrad Second Medical Institute to get education while working. After graduating from the Institute in 1937 she studied at the Medical Continuing Education Courses and was conferred the degree of Medical Doctor in bacteriology.

1

DEFENDANT'S EXHIBIT

CASE NO. CR-02-220-DT

EXHIBIT NO. 3136

Exhibit 71 - 1142

From 1937 through 1940 she worked in the town of Demyansk, Lena Oblast in the capacity of the director of the regional bacteriological laboratory. After returning to Leningrad she worked in a local laboratory.

During THE GREAT PATRIOTIC WAR she worked at the front hospital No 860 in the capacity of the director of the laboratory, doing important work of a medical bacteriological doctor from June 24, 1941 through October 25, 1945. /4 years and 4 months/

SHE HAS BEEN PROMOTED TO THE RANK OF A MAJOR OF MEDICAL CORPS
Has been awarded THE ORDER OF RED STAR, has permission for the medal "for Kenigsberg" and medal for "the victory over Germany in the Great Patriotic War of 1941 – 1945"
During her work has never been reprimanded, has been commended both for her work in the hospital and at the front.

Based on the above mentioned information and considering my upbringing by the Russian parents, and the fact that before being issued a passport at the age of 16 I was known to be ethnic Russian, I consider myself ETHNIC RUSSIAN, and the word "German" in my passport does not reflect the reality and was written in my passport on my mother's request without my knowledge or consent.

I have been living in Leningrad from 1930.
In 1939 I graduated from High School No 3 in Smolensky region of the city of Leningrad. The same year I was admitted to the 1st Leningrad State Pedagogical Institute of Foreign Languages, where I was a student till the beginning of the War in 1941.

From July 1941 through April 1942 I worked to ensure the defense of Leningrad, both inside and outside the city.

From April 10, 1942 through July 10, 1942 I worked as a book keeper in the management office No 357 at 17/5 Krasny Svyaz Street. From September 4, 1942 through December 10, 1942 I worked as a book keeper in the Financial Department of the 2nd regional warehouse in Smolnensky region.

From December 10, 1942 through April 10, 1943 I worked as a military worker, ensuring the defense of the military unit 55/93 E, and was discharged in the disposal of Smolnensky Raisovet, which gave me permission to continue education. On April 16, 1943 I was admitted to the 1st Medical Nursing School.

From June 1, 1943 through July 3, 1943 I worked at peatery.
On July 4, 1943 I was evacuated to the Vologodsky oblast, my mother's home town and lived there till October 7, 1945, in the town of Nikolsk, Kadujsky region with my grand mother Tsvetkova Aleksandra Semyonovna. Occasionally I worked in the collective farm, and at the same time I was a blood donor.

2

Exhibit 71 - 1143

On October 6, 1945 I returned to Leningrad for permanent residence. On October 25, 1945 I got readmitted to the 1st Leningrad State Pedagogical Institute of Foreign Languages to the third year of the English Language Department.

During the GREAT PATRIOTIC WAR I was a blood donor at first in the Leningrad Institute of Blood Transfusion and then at the Department of Blood Transfusion in the city of Cherepovets from July 1941 through August 1945.

I was awarded the medal "For the defense of Leningrad".


December 20, 1945.

3

Exhibit 71 - 1144

# EXHIBIT

# 72



СВИДЕТЕЛЬСТВО О СМЕРТИ

Гражданин (ка) _Михель_
                          фамилия,
_Маргарита Генриховна_
          имя, отчество
умер(ла) _04 июня 1992 года_
                число, месяц, год
_тысяча девятьсот_
          (цифрами и прописью)
_девяносто второго года_
в возрасте _72_ лет, о чем в книге регистрации актов о смерти
19 _92_ года _июля_ месяца _10_ числа
произведена запись за № _611_
Причина смерти
_Рак желудка_

Место смерти: город, селение _Санкт Петербург_
район _Смольнинский_
область, край
республика _Россия_
Место регистрации _1 отд. ЗАГС Мэрии_
                      наименование и
_г. Петербург Смольнин р-н_
      местонахождение органа ЗАГСа
Дата выдачи „_10_" _июля_ 19_92_г.
Заведующий отделом (бюро)
записи актов гражданского состояния

VI-АК    № 263724

МТ Гознака. 1990.

**Exhibit 72 - 1145**



# DEATH CERTIFICATE

Citizen  **Mikhel**
     Surname

    **Margarita Genrikhovna**
     Name, patronymic

Died on <u>04 June 1992</u>
    Day, month, year
    <u>The year one thousand nine hundred ninety-two</u>
    Numerically and written out

At the age of <u>72</u> years. To that effect, entry Number <u>611</u> was made in the register of deaths on 19<u>92</u> year <u>June</u> month <u>10</u> day.

Cause of death: <u>stomach cancer</u>

Place of death: city, village: <u>Saint Petersburg</u>

District: <u>Smolninsky</u>

Region, krai:_____

Republic: <u>Russia</u>

Place of registration: <u>I branch of Vital Records Office, City Hall, St. Petersburg, Smolninsky District</u>
     Name and location of Vital Records Office

[seal: Vital Records Office]

    Date of issue: <u>10</u> <u>June</u> 19<u>92</u>

    Vital Records Office (Bureau) Director [signed]

    VI-AK No. 263724

    MT Goznak Print Shop 1990

**Exhibit 72 - 1146**

# EXHIBIT

# 73



**Exhibit 73 - 1147**



# DEATH CERTIFICATE

Citizen       <u>Fot</u>
Surname

<u>Anna Nikolaevna</u>
Name, patronymic

Died on <u>24 March 1979</u>
Day, month, year
<u>The year one thousand nine hundred seventy-nine</u>
Numerically and written out

At the age of <u>86</u> years. To that effect, entry Number <u>594</u> was made in the register of deaths on 19<u>79</u> year <u>March</u> month <u>24</u> day.

Cause of death: <u>sclerosis of the brain vessels</u>

Place of death: city, village: <u>Leningrad</u>

District: <u>Smolninsky</u>

Region, krai:_____

Republic: <u>The Russian Soviet Federative Republic of the Soviet Union</u>

Place of registration: <u>Branch of Vital Records Office, Lengorispolkom (Leningrad Municipal Executive Committee)</u>
Name and location of Vital Records Office

[seal]

Date of issue: <u>24 March</u> 19<u>79</u>

Vital Records Office (Bureau) Director [signed]

II-AK No. 384325

MT Goznak Print Shop 1977

**Exhibit 73 - 1148**

# EXHIBIT

## 74

Копия

## СВИДЕТЕЛЬСТВО О СМЕРТИ

Гражданин  МИХЕЛЬ  Герман Иванович

умер  31 марта  1977 г.

тысяча девятьсот семьдесят седьмого года

в возрасте  66 лет, о чем в книге регистрации актов

о смерти  1977 года марта месяца 31 числа произведена

запись за № 637.

Причина смерти:  Рак предстательной железы.

Место смерти:  город Ленинград

район Смольнинский,

республика  РСФСР

Место регистрации: отд.ЗАГС  Ленгорисполкома

Дата выдачи  31  марта 1977 г.

Заведующий отделом (бюро)

записи актов гражданского состояния – подпись

II-АК № 275146

Печать учреждения

выдавшего документ.

30 марта 78

государственный нотариус конторы города Ленинград государственной нотариальной линейном документ свидетельствую верность этой копии с под-слов и иных неоговоренных подчисток, приписок, зачеркнутых исправлений или каких-либо особенностей не оказалось,

Зарегистрировано в реестре за № 1к-4403
Взыскано государственной пошлины

Государственный нотариус

Exhibit 74 - 1149

LB-1089

Copy

## DEATH CERTIFICATE

Citizen MIKHEL, Gherman Ivanovich ----------
Died on March 31, 1977 ----------
The year nineteen hundred seventy-seven ----------
At the age of 66. To that effect, record No. 637 ----------
was made in the vital records book of deaths on March 31, 1977. ----------

Cause of death: prostate cancer. ----------
Place of death: Leningrad ----------
Smolninsky district, ----------
The Russian Soviet Federative Socialist Republic

Place of registration: Leningrad City Executive Committee vital records bureau ----------

Date of issue: March 31, 1977 ----------

Director of department (bureau) ----------

Vital records bureau - signature

II-AK No. 275146 ----------

Seal of the institution issuing the document ----------

*March 30, 1978,*   *N. A. Dokukina*

[faded and illegible] state notary office of the city of Leningrad .....that this copy is true

with a genuine [there are no] erasures, additions, crossed-out words, or other special features.

Registered as No. *-4403*
State fee charged *020 kop*
*[seal]* State notary  *[sgd]*

**Exhibit 74 - 1150**

# EXHIBIT 75



## СВИДЕТЕЛЬСТВО О СМЕРТИ

Гражданин (ка) _Петрова_
фамилия,
_София Васильевна_
имя, отчество
умер (ла) _8 февраля тысяча
девятьсот восемьдесят
третьего года_
(цифрами и прописью)

в возрасте _90_ лет, о чем в книге регистрации актов о смерти

19 _83_ года _февраля_ месяца _9_ числа

произведена запись за № _446_

Причина смерти _Ишемическая болезнь._

Место смерти: город, селение _Ленинград_

район _Фрунзенский_

область, край

республика _РСФСР_

Место регистрации _1-Отдел ЗАГСа_
наименование и
_Ленгорисполкома_
местонахождение органа ЗАГСа

Дата выдачи „_9_" _февраля_ 19_83_ г.

Заведующий отделом (бюро)
записи актов гражданского состояния

III-АК    № 374892

MT Гознака. 1981.

**Exhibit 75 - 1151**

LB-572



# DEATH CERTIFICATE

Citizen          <u>Petrova</u>
                 Surname

<u>Sofiya Vasilievna</u>
Name, patronymic

Died on <u>08 February 1983</u>
        Day, month, year
        <u>The year one thousand nine hundred eighty-three</u>
        Numerically and written out

At the age of <u>90</u> years. To that effect, entry Number <u>446</u> was made in the register of deaths on 19<u>83</u> year <u>February</u> month <u>9</u> day.

Cause of death: <u>Hypertension</u>

Place of death: city, village: <u>Leningrad</u>

District: <u>Frunzensky</u>

Region, krai:_____

Republic: <u>Russian Soviet Federative Socialist Republic</u>

Place of registration: <u>IV branch of</u> <u>Vital Records Office</u>
                       <u>Leningrad Municipal Executive Committee</u>
                       Name and location of Vital Records Office
[seal: Vital Records Office]

Date of issue: 9 February 1983

Vital Records Office (Bureau) Director [signed]

III-AK No. 374892

MT Goznak Print Shop 1981

**Exhibit 75 - 1152**

# EXHIBIT 76

Edward Mikhel
DOB: ███████ 1937
First Cousin of Iouri Mikhel

Iouri Mikhel's father, Gherman Mikhel, was born to Ivan Kasperovich Mikhel and Sofia, in 1911. Ivan was of Swiss heritage. In 1852, Ivan's father died in Switzerland and his wife, along with her 5 children, traveled to Moscow and requested permission to grant her and her children Russian citizenship as they had a huge piece of land here (an estate). (See copy of Authorization for Citizenship dated 1852). One of these five sons was Ivan Kasperovich. Ivan later married Sofia and also had 5 sons: Gherman (Iouri Mikhel's father), Vladimir, Iouri, Andrei, and Boris.

Vladimir Mikhel had a son, Edward. Edward Mikhel is the first cousin of Iouri Mikhel. The statements that follow are from Edward Mikhel.

When Edward heard the nature of the crimes alleged against Iouri Mikhel, he was saddened and said he was sorry that someone in his family is connected with such crimes.

In the years following Perestroika (approx 1990), Edward sought and obtained official records documenting his family's history. These documents were classified in Soviet times and could not be obtained. Edward said he couldn't even imagine asking for such documents. Edward learned many facts about his family's background.

At the time of the Bolshevik Revolution in 1917, Ivan and his family lived together in their estate near Moscow. When the Bolsheviks came and took over the estate, Ivan's family was separated he and his elder sons were "repressed" and spent their exile in the North in concentration camps. Only Gherman, being a young boy, was permitted to stay with his mother Sofia; the two were sent to St. Petersburg. Vladimir, the eldest son and Edward's father, also managed to escape the repressions imposed by the Bolsheviks because he as serving in the Red Army (the Bolshevik Army).

Gherman and his mother, Sofia, lived with the eldest son Vladimir and his family. They remained in St. Petersburg until the war began in 1941. Gherman first worked with his father at a printing office after Ivan's children managed to buy him out of the concentration camp. In the years right before the start of the war Gherman worked as the head of a shop at a plant that manufactured radios. Gherman was awarded a special radio ("1934 Model") for all his great service. Edward recalled seeing the radio saw that inscribed on the radio, on a plaque it was printed "Gherman Mikhel is awarded as a participant in the development of Russian radio technology." Gherman loved that radio. When the war broke out, all Russian citizens were prohibited from owning radios and were ordered to turn them in to their nearest post office or face punishment. Gherman kept his special radio and hid it at his place of work. The authorities found his radio and arrested him. Gherman's loyalty was called into question and he was charged by the KGB as possible spy. During the war years, there was a special KGB division called "Death to Spies." In order to test his loyalty (and save his life), Gherman was ordered after a short trial to which there were only three witnesses, to go to war to "wash off his

**Exhibit 76 - 1153**

blame with his blood." Gherman was wounded twice during the war, and after years of service, his "condemnation was taken away." He was sent to the front and remained there throughout the war until the Soviet Army entered Berlin. He was in Berlin when the war ended.

When the war ended, Gherman was a colonel, second in command behind full colonel. At this time, Gherman was able to buy his father, Ivan, out of the concentration camp. In the camp, Ivan worked digging a canal between the Baltic Sea and the White Sea, a terrible form of slavery, with hundreds of thousands of people dying each year.

Shortly after the war, in 1947, Gherman married Margarita Fott. Margarita was an undergraduate when they married. She was studying languages. From the time she graduated until her death, she worked as a teacher of German and English.

As her passport indicated, Margarita and her mother, Anna Fott were both of German descent. Margarita's German heritage was a great obstacle in her career. She had to defend herself as being a true Russian despite what was put in her passport. As a teacher, Margarita was paid very poorly. During the war, Margarita had to donate large amounts of blood. As a result, she was cold all the time, and her health was poor. Edward recalls Margarita was always wrapped in a blanket.

Before the war, Gherman lived with his brother, Vladimir, in a 3-room flat in St. Petersburg. During the war, a KGB officer took over the flat for his own uses. After the war, Gherman and Vladimir attempted to reclaim their home, but the KGB man would only agree to give them two of the three rooms. Gherman and Margarita lived in one room; and Vladimir and his family lived in the other room.

While living in this one room, Gherman and Margarita had two sons, Vladimir and Iouri Mikhel. Vladimir was born in 1950. 15 years later, in 1965, to everyone's surprise, Iouri was born. In approximately 1968, Gherman was given a one-room flat because he was a war veteran and the family managed to swap it with Anna Fott's neighbors, so the neighbors got that 1-room flat, while Anna Fott and the Mikhels could live together in the 2-room flat. Before that, Anna Fott, though a war veteran, also shared a 2-room flat with the neighbors. Edward found it interesting that Iouri's brother, Vladimir, did not move with his family into the new flat, but stayed behind by himself in the one room previously shared by his family.

Edward Mikhel recalls Gherman's family quite well because he, too, lived with his family in the apartment shared by the KGB man. In 1957, Edward's father, Vladimir, died while Edward was working at sea on ice breakers. Edward's mother continued to live in the apartment shared by Gherman and Margarita.

Edward remembers Iouri's brother, Vladimir very well. He watched the young Vladimir grow up. Vladimir was a nice, simple boy. As Vladimir grew up, Edward considered him to be of "weak character." He seemed a bit spoiled and he lacked ambition.

**Exhibit 76 - 1154**

Edward vividly recalled the family's "shock" when Margarita became pregnant with Iouri in 1964. Margarita was well into her 40s and she believed that she was unable to bear a child. Although abortions were prohibited at the time, Margarita had a friend who was a gynecologist who might perform the abortion, but she was told that she was too far along in her pregnancy to abort the child. Gherman, who was nearly 54 years old, was shocked and upset by the news of Margarita's pregnancy. Margarita lived with her mother, Anna, for the duration of her pregnancy.

Margarita worked throughout her pregnancy and she took only a short leave for the delivery. Iouri's family was always economically strained. Both Iouri's parents had to work and they were struggling to make ends meet. Margarita was supporting her elderly and ailing mother and grandmother. Gherman and Margarita, considering the atmosphere in the family, could not give Iouri much attention. Edward recalled that they felt compelled to send Iouri to a 24 hour boarding nursery, first to a children's nursery and then to kindergarten. He would only see his family during days off when both his parents were off of work. This was only on Sundays. He was in and out of boarding nurseries until he was of school age.

At the time of Iouri's birth, both Gherman and Margarita were required to work in order to secure as much pension (and salary) as was possible as they approached their age of retirement; only the last years counted when determining the size of ones pension. They could not care for Iouri and they could not afford a nurse or nanny.

Gherman was a hard-working, intelligent man. He worked as a civil specialist at a military enterprise. Had he worked as a military engineer he might have earned more money, however, he was formally trained by the military and could not hold a military post.

Around the same time, Gherman became ill with prostate cancer and over the next 3-4 years his condition deteriorated substantially. Gherman could no longer work and so they began to sell everything they had to earn money. They sold furniture and various family keepsake items. At the end of his life, the family was extremely poor. Gherman spent the last 2 years of life confined to his bed. It became even more difficult for Margarita to care for the young Iouri. Edward described Iouri as an "abandoned child." Iouri lived in a 24-hour boarding school, and occasionally saw his mother on a Sunday (as Saturday was considered a workday). Gherman died when Iouri was 12.

Shortly after Gherman's death, Anna Fott also fell seriously ill. Margarita spent most of her time caring for her ailing mother. Within 2 years of Gherman's death, Anna also died. Margarita had very little pension at the time, and in addition to the after school language lessons she gave, she would knit items and then sell them to make ends meet. Margarita herself was in poor health, aggravated by her mother and husband's deaths and she could not care for Iouri very well.

Iouri was a child with very little family support. Unlike Iouri, Vladimir was raised in a strong family unit. During summers when Vladimir was a child, Gherman bought a little

**Exhibit 76 - 1155**

dacha near the location of his families' former estate, and they would spend summers there together as a family.  By the time Iouri was born, however, Gherman, Anna, and Margarita's health had deteriorated to the point where they were unable to participate in the activities they once enjoyed.  Each had endured the siege of Leningrad and the war and, in their elder years, they were ailing and had nothing left to give Iouri.

Iouri went to school and managed to finish his secondary education.  However, he went to work at was Edward considers a young age.  Edward recalls Vladimir (Iouri's brother) working for a photo shop, developing film.  He said Vladimir would use Iouri to help him develop photos.  Iouri was "underage" at the time.

Edward remembers Iouri being sent to prison right at the time Perestroika began, when there were mass arrests of people on charges of selling or making false "coupons."  This was a time of "great deficits" throughout the country.  There were shortages of toilet paper and books among other things.  Citizens had to exchange waste paper to obtain coupons which they could then exchange for shortage items.  Much of the crime in the city was connected with forging these coupons.

Edward is unsure of much of Iouri's criminal case because Margarita never mentioned it.  Edward and his wife spoke with Margarita often during the years Iouri was incarcerated and she never spoke of him.  Margarita was very private and Edward believes she must have been ashamed.  They heard one story, however, about Margarita being approached by some criminals for money and she believed she should pay or they would hurt Iouri in prison.  Edward believes such stories are normal part of the Russian prison culture.

Edward heard many horrible stories about Russian prisons and the Russian military.  Edward's only son served in the Russian military and said the experience changed his son. He said "Vladimir came home a different person." Edward recalls Vladimir sending home lists of items he needed in the military in order give to older recruits.  All Edward could say is "Russian prisons are much worse."

On the subject of whether or not it was common for people to work outside of the official channels, Edward responded that it was not unusual.  People often tried to work more than one job to make ends meet.  Edward himself worked several jobs for 12 years.  He explained that when he first worked he worked on ice breakers at sea and was able to afford his families' expenses.  His wife did not have to work.  However, after he started working in the industry on dry land he could not afford to live on his reduced salary so he had to get other jobs.  He would work 4-5 hours more each day after work and then have to be back in the office by 10 in the morning.  The regime at work was very strict.  He worked for forty years of his life and for 12 of those he had to do extra work to support his family.  Working odd jobs was not a part of the shadow economy.  In Soviet times, this term did not even exist.  Instead, it was called "speculation" – when you bought things for a lower price and then tried to sell them for a higher price.  This kind of activity was prohibited and punishable.

**Exhibit 76 - 1156**

Edward expressed his sorrow that his family member is associated with terrible crimes in the United States. Edward said he was "shocked" to learn of it because he saw no signs in the family of violence. Edward recalled Iouri playing the violin as a boy and described him as young man with a "strong character." He said he could understand if Iouri might have cheated someone, but it was impossible for Edward to believe he could have killed someone. Edward said "maybe he was let down." Edward hopes for mercy for Iouri. He wishes he could attend the trial but his health prevents him from traveling.

End.

Exhibit 76 - 1157

# EXHIBIT

## 77

Mikhel, Edward Video 1

Voice 1: By the court in the case United States versus Iouri Mikhel. And we are in St. Petersburg, Russia today. Also present is Dr. Craig Haney and our Russian language interpreter, Maria Smirnova, who will introduce herself now.

Maria: I am Maria Smirnova, I am a qualified translator and interpreter and I will be interpreting the interview of Edward Mikhel. Also present is Lusa Mikhel, the wife of Edward Mikhel.

Voice 1: Good morning. Could you tell us your name and where we are today?

Maria: Introduce yourself please and tell us where are are right now.

Edward: Good afternoon.

Maria: Good afternoon.

Edward: We are in my home.

Maria: We are in my home.

Edward: The address is Russia, St. Petersburg, 40 Yesenin Street, apartment 338.

Maria: The address is Russia, St. Petersburg, 40 Yesenin Street, apartment 338.

Maria: Introduce yourself.

Edward: I am Edward Vladimirovich Mikhel.

Maria: I am Edward Vladimirovich Mikhel.

Voice 1: And are you related to Iouri Mikhel?

Maria: Are you related to Iouri Mikhel?

Edward: Yes, I confirm that I am a relative of Iouri Ghermanovich Mikhel.

Maria: Yes, I confirm that I am a relative to Iouri Ghermanovich Mikhel.

Edward: He is a relative, he is my cousin.

Maria: He is my cousin.

Edward: On my father's side.

Maria: On my father's side.

Edward: Our fathers were brothers.

Maria: Our fathers were brothers.

Voice 1: And at some point in time recently, we you able to research and learn about your father and Iouri's father's heritage and history?

Maria: How did you come to know recently the history of your family, of where your father came from, his history and the history of Iouri's father?

Edward: It happened along with Perestroika.

Maria: It happened together with Perestroika.

Edward: When it became possible to obtain and study archived documents.

Maria: When it became possible to get to archived documents, to get archived documents in your possession.

Edward: These are documents from the Russian history archives.

Maria: These are documents of the historical archives of Russia.

Edward: I approached the archive,

Maria: I addressed the archives personally

Edward: to the state historical archives of Russia

Maria: to the state historical archives of Russia

Edward: and I was given copies, Xerox copies of documents showing that I, the last name Mikhel, comes from Swiss citizens

Maria: And I got Xerox copies of documents confirming that our family name, Mikhel, comes from Swiss citizens

Edward: from the canton of Glarus

Page 1 of 8

**Exhibit 77 - 1158**

Maria: from the canton of Glarus

Voice 1: And can you tell us a little bit about your father's family?

Maria: And can you tell us a little bit about your father's family?

Edward: my father's family

Maria: my father's family

Edward: Well, my father was one of five brothers

Maria: my father was one of five brothers

Edward: the eldest one

Maria: the eldest one of the five brothers

Edward: He was born in 1904.

Maria: He was born in 1904.

Edward: before the revolution they owned a big piece of land, an estate on the bank of the Seliger lake

Maria: before the revolution they owned a big piece of land, an estate on the bank of the Seliger lake

Edward: since my great grandfather, his grandfather, was a Swiss citizen,

Maria: as his grandfather was a Swiss citizen

Edward: No, great grandfather...no, grandfather

Maria: His grandfather was a Swiss citizen

Edward: So they would spend some of their time on the estate in Russia and some in Switzerland

Maria: So they would spend some of their time on the estate in Russia and some in Switzerland

Edward: After the revolution, my grandfather was repressed

Maria: After the revolution, my grandfather was repressed

(soft voice in background)

Edward: My grandfather after the revolution was repressed, the estate was nationalized

Maria: the estate was nationalized was taken over by the state

Edward: Three brothers were also repressed

Maria: Three elder brothers were repressed

Edward: My father and his middle brother escaped repressions

Maria: My father and one of the middle brothers escaped from repressions

Edward: My grandfather served during the repression at the Solovki prison camp

Maria: My grandfather who was repressed was sent to a concentration camp to the north of the country

Edward: Two of his sons, Iouri and Andrei,

Maria: Two of his sons, Iouri and Andrei,

Edward: Were also sent away, one to Monchegorsk and one to Murmansk

Maria: were also sent to two concentration camps in the north of the country, one in Monchegorsk and one in the town of Murmansk

Edward: by that time, by that time, my father, as the eldest son, yes?

Maria: by that time, my father, as the eldest son

Edward: he was, he served in the Red Army

Maria: he served already in the Red Army

Edward: in the engineering troops

Maria: engineering troops

Edward: and his middle brother, Boris

Maria: and another brother Boris

Edward: Ivanovich, he was a student

Maria: he was a student

Edward: yes. That is the story of the Mikhels

Maria: that is the story of the Mikhel family

**Exhibit 77 - 1159**

Edward: what else can I tell you?

Maria: what else can I tell you?

Voice 1: Ok. I see that you have some pictures here. Could you tell us who's in that photograph?

Maria: I see that you have some pictures here. Could you tell us who's in that photograph?

Edward: This picture shows my father.

Maria: This picture shows my father.

Edward: a middle brother, Boris Ivanovich

Maria: one of the middle brothers, Boris

Edward: and this is Gherman Ivanovich

Maria: and this is Gherman Ivanovich Mikhel

Edward: that's the father of Iouri Ivanovich, er, Ghermanovich

Maria: father of Iouri Ghermanovich Mikhel

Voice 1: Is the person on the far right Gherman Mikhel?

Maria: Is the person on the far right Gherman Mikhel?

Edward: yes

Maria: yes

Voice 1: And is that Iouri Mikhel's father?

Maria: And is that Iouri Mikhel's father?

Edward: yes

Maria: yes

Voice 1: Can you tell us about Gherman Mikhel and his early life?  Iouri's father?

Maria: What happened with Gherman Mikhel in the early years of his life?

Edward: Gherman Ivanovich was the last of the brothers

Maria:  he was the youngest brother

Edward: who stayed with his father at the estate

Maria: and was the last to stay in the estate with his parents

Edward: after the father, Ivan Kasperovich, was repressed

Maria: after his father was repressed

Edward: he arrives in Leningrad

Maria: he moved to Petersburg, Gherman moved to Petersburg

Edward: and lives, and lives with our family, with the family of my father

Maria: and they would stay in the family of Vladimir

Edward: with his mother

Maria: Gherman came here together with his mom, Sofya, and they would stay with the family of Vladimir, the eldest son

Voice 1: And Vladimir is your father?

Maria: Vladimir is your father?

Edward: Yes, Vladimir Ivanovich is my father

Maria: Vladimir is my father

Voice 1: Ok. And do you know what Gherman did during that time?

Maria: What was Gherman doing during that time?

Edward: Gherman Ivanovich was a student and when he came of age

Maria: and when he came of age, he started working

Edward: First he was helping his father, who had returned from incarceration [whispering] they bailed him out

Maria: first he worked with his father,

Edward: yes, they bailed him out of incarceration

Page 3 of 8

**Exhibit 77 - 1160**

Maria: they managed to buy him out of the concentration camp

Edward: at first, he helped his father at the Plekhanov print shop

Maria: at first, he helped his father at the Plekhanov printing shop, printer's office, or something like this

Edward: before, in 1941, Gherman Ivanovich was working as the chief of a shop in the Kozitsky radio plant

Maria: in last years before the Great Patriotic War in 1941, Gherman Ivanovich was working as head of a shop in the Kozitsky radio plant

Voice 1: Ok. Is there, do you remember anything about the time when he worked in the radio shop

Maria: Do you remember any details about him working at the Kozitsky radio plant

Edward: well as far as I know, he was successful

Maria: as far as I know, very well, he belonged to the plant administration

Edward: he was awarded a radio from the plant

Maria: and once he was awarded by the plant administration with a radio, a new radio developed by this plant

Edward: the first radio, KL-34 was the brand name of the radio

Maria: it was the first Russian radio, make KL-34

Edward: I personally have seen this radio

Maria: Edward personally saw this radio

Edward: with a gift plate

Maria: and it had a memorial plate

Edward: with the name, Mikhel Gherman Ivanovich

Maria: it said to Gherman Mikhel

Edward: acknowledging your participation in developing Soviet radio equipment

Maria: awarded as a participant in developing Russian radio technology

Edward: but this award, this radio, turned out to be tragic in his fate, his biography

Maria: but it turned out to be so that this radio, which was in fact a bonus, turned out to be a tragical step in his biography

Edward: Are you interested in that?

Maria: Are you interested in it?

Voice 1: Yes, please.

Maria: Yes, please.

Edward: Then I will continue. From the start of the war, there was an order from the central authorities that radio equipment, including radios, should be turned in

Maria: Then I will continue. From the start of the war, there was an order from the central authorities that it is prohibited for citizens to keep a radio at home, all radio appliances

Edward: to post offices

Maria: people were supposed to bring them to post offices, these were the places they were supposed to bring them

Edward: but cherishing his gift,

Maria: But Gherman was [inaud] this gift very much

Edward: Gherman Ivanovich violated

Maria: and his violated this order

Edward: this order, and did not turn in the gift

Maria: and so he wouldn't bring this gift to the proper place

Edward: he brought it to his work

Maria: he brought it to his work

Edward: and left it somewhere in storage

**Exhibit 77 - 1161**

Maria: and put it somewhere in the storage place

Edward: But it became known to the authorities

Maria: But it became known to the authorities

Edward: and was arrested by the office known as Death to Spies

Maria: and he was arrested by the, so to say, Death to Spy division of KGB

Edward: according to a very quick court decision (3 people)

Maria: according to a very quick court decision, with only 3 people present

Edward: his sentence was to wash off his blame with his blood

Maria: his sentence was to wash off his blame with his blood

Edward: and that is what he did

Maria: and that is what he did

Edward: in the front

Maria: on the front

Edward: he went all the way to Berlin

Maria: he was on the frontlines, he participated in the war and he went all the way with our troops as far as Berlin

Edward: he received government awards

Maria: he was awarded as a war participant by the state

Edward: and finished as a lieutenant colonel

Maria: and finished the war as a colonel, it is the next rank just under full colonel

Edward: and he was demobilized right after the war because he did not have a military education but was an engineer

Maria: immediately after the war, he became a civil person because he had not had a military education, so he became a civil specialist, not a military specialist

Civil engineer

Voice 1: Thank you. And after the war, did he marry?

Maria: Did he marry after the war?

Edward: Yes, he married after the war, in 1947.

Maria: Yes, he married after the war, in 1947.

Edward: He married Margarita Genrikhovna Fot.

Maria: He married Margarita Genrikhovna Fot.

Edward: By that time, Margarita Genrikhovna was in the next-to-last year of study in foreign languages.

Maria: She was an undergraduate in a language institute, language school

Edward: In 1948, Margarita Genrikhovna graduated from the language school.

Maria: In 1948, she graduated from the language school

Edward: And until her death, she taught German and English

Maria: And until her death, she worked as a teacher of German and English languages

Voice 1: And is there a photograph here of Margarita?

Maria: Is there a photograph here of Margarita?

Edward: Yes, this is an early photo of her. I'm seeing it for the first time

Maria: this is an early photo of her, actually it's the first time I see it.

Voice 1: And that is Margarita as you recall her looking like this

Maria: you recognize her

Edward: yes of course

Voice 1: I believe you mentioned earlier that your father and Gherman, Iouri's father lived together after the war?

**Exhibit 77 - 1162**

Maria: I believe you mentioned earlier that Vladimir and Iouri lived together before the war, and after the war, did they also live together?

Edward: With Iouri, no, but with Vladimir, yes

Maria: with Iouri's father

Edward: Yes, with Iouri's father

Maria: yes, with Iouri's father

Edward: because we had a single apartment,

Maria: we had the same apartment

Edward: we had rooms that were connected

Maria: just rooms next to each other

Edward: the family of my father, Vladimir Ivanovich

Maria: the family of my father, Vladimir

Edward: lived in one room,

Maria: in one room

Edward: and the family of Gherman Ivanovich in another room

Maria: and Gherman's family lived in the room next to ours

Edward: two families living in connected rooms

Maria: there were two families just living under one roof, you know, in one apartment

Voice 1: OK, and did you – did Gherman and Margarita have children?

Maria: Did Gherman and Margarita have children?

Edward: Yes of course, 2 children.

Maria: yes 2 children.

Edward: First was Vladimir Ghermanovich

Maria: the second son was Iouri Ghermanovich

Voice 1: And do you remember how many years between the 2 boys?

Maria: what was the age difference between the boys?

Edward: a big difference

Maria: a big difference

Edward: Vladimir was born in 1952, 53

Maria: Vladimir was born in 1952, 53

Voice 1: And do you recall when Iouri was born?

Edward: Margarita Genrikhovna was...'65, probably

Maria: He was born in '65

Edward: He was born in '65, so the age difference was big

Voice 1: And do you remember how old Margarita Fet was when Iouri was born?

Maria: And do you remember how old Margarita Fet was when Iouri was born?

Edward: She was about 50.

Maria: She was about 50.

Edward. Around 50.

Maria: Around 50.

Voice 1: Is that unusual in Russia to have a child at that age?

Maria: Was that unusual in Russia to have a child at that age?

Edward: it was very, very atypical

Maria: it was very atypical

Edward: For Margarita Genrikhovna is was....unexpected

Maria: it was unexpected for Margarita herself

Edward: And for Gherman Ivanovich it was unexpected

**Exhibit 77 - 1163**

Edward: Because by the time she got pregnant, she was at the age when a woman doesn't think she will become pregnant

Maria: Because by the time she got pregnant, she was already at an age when a woman is sure she will never have children anymore

Edward: And it happened in such a way that it was too late to do anything medically so that Iouri would not be born

Maria: It happened that she could not do anything in the medical line to prevent this child, it was too late that she learned about it

Voice 1: Was she working at that time?

Maria: Was she working at that time?

Edward: While she was pregnant, she was working, of course, and then went on maternity leave

Maria: While she was pregnant, she was working, of course, and then went on short leave for the delivery

Edward: I assume that you are interested in the childhood of Iouri Ghermanovich?

Maria: I assume that you should be interested in Iouri's childhood?

Edward: the family had material troubles all the time

Maria: the family was in very bad financial conditions all the time

Edward: Both the father Gherman Ivanovich and the mother had to work

Maria: Both Iouri's parents had to work

Edward: and Margarita Genrikhovna

Maria: both his father, Gherman, and his mother Margarita

Edward: and by that time, Margarita Genrikhovna had a very elderly and ailing mother

Maria: and by that time, Margarita also had a very elderly and sick mother

Edward: and her own grandmother

Maria: and her own grandmother

Edward: under these circumstances, naturally Margarita Genrikhovna and Gherman Ivanovich could not give him that much attention

Maria: considering this atmosphere in the family, it is evident that Margarita and Gherman could not pay much attention to Iouri

Edward: so as an emergency measure, they would sent Iouri to a children's boarding house for a 24-hour period

Maria: so they would send Iouri to a 24-hours boarding [inaudible] where he would stay

Edward: Sort of a day care center

Maria: First it was a children's nursery and then kindergarten

Edward: and he would only be with his family on days off

Maria: and he would only meet his family on days off

Edward: when his mother wasn't working and his father wasn't working

[cross-talk]

Edward: Saturday and Sunday

[whispering]

Maria: in those days, we had only one day off, it was Sunday

Edward: yes one day

Edward: and during that whole period, Margarita Genrikhovna and her son lived on Krasnaya Svyaz street

Maria: during this period, they already lived on Krasnaya Svyaz street

Edward: and her husband, my uncle, Gherman Ivanovich and his older son lived at the old address

Maria: Margarita's husband and her older son, they stayed at the old address, the previous address

**Exhibit 77 - 1164**

Edward: in the room I spoke of
Maria: in the room I spoke of
Voice 1: Gherman and Vladimir stayed
Maria: Gherman and Vladimir stayed
Edward: yes, yes.

**Exhibit 77 - 1165**

Edward: until a certain time

Maria: until a certain time, to stay there

Edward: because it was too crowded

Maria: because there was no room

Edward: it was a necessary measure, to split up the family

Maria: they had to do it, they had to share this family in halves because [inaudible]

Edward: because there they had only one room

Maria: in both places, in both apartments they only owned one room

Edward: in the room on Krasnaya Svyaz street, there were son, mama and two grandmothers

Maria: in the room on Krasnaya Svyaz street, there were Iouri, his mom, grandma, and great grandma

Edward: and here it was us, and Gherman Ivanovich and Vladimir

Voice 1: Do you know how long Iouri would be placed in boarding facilities, for how many years?

Maria: Do you know how long Iouri would be placed in boarding facilities, for how many years?

Edward: before school

Maria: before he went to school

Voice 1: At some point, did Iouri's father become ill?

Maria: At some point, did Iouri's father become ill?

Edward: Yes, already at the age of 11 or 12, Iouri was

Maria: I think Iouri was 11 or 12

Edward: when his father came down with a terrible disease, cancer

Maria: when his father came down with a terrible disease, it was cancer

Edward: prostate cancer. In that period, Gherman Ivanovich's last place of work was the chief of mechanization at a construction organization

Maria: prostate cancer. Gherman's last place of work was he was responsible for mechanization at a civil engineering trust, civil engineering company

Edward: And Margarita Genrikhovna was already retired, or was she still teaching?

Maria: and I don't quite remember whether Margarita had retired or whether she was just still teaching

Edward: and so he was 13 or 14

[crosstalk]

Maria: I think Iouri was around 13 when his father died

Edward: Iouri was around 12 or 13 when his father died

Edward: and he remains with his mother

Maria: and he remains alone with his mother

Edward: but his mother, having survived the blockade here

Maria: but his mother had lived through the Siege of Leningrad in the city

Edward: and having been a blood donor

Maria: and having been a blood donor all during the Siege

Edward: her health was weak

Maria: she was also in very poor health

Edward: and it was aggravated by the fact that her husband died

Maria: and it was aggravated by the fact that her husband died

Edward: Her mother died

Maria: Her mother died

Edward: and she is left, herself ailing, with her son

Maria: she stays alone, she herself was rather sick, and she stays alone with her son

Edward: naturally, Iouri is going to school

Maria: naturally, Iouri is going to school

**Exhibit 77 - 1166**

Edward: he graduates from secondary school

Maria: he finishes the secondary education

Edward: and after that, for some period of time, in order to help his mom

Maria: and after that, for some period of time, in order to help his mom

Edward: he helps his older brother with his work

Maria: he helps his elder brother in his work

Edward: in a photo studio

Maria: in a photo studio

Edward: because his older brother specialized in artistic photography in a photo studio

Maria: because his older brother specialized in artistic photography in a photo studio

Voice 1: And do you know about how old Iouri would have been at that time?

Maria: How old was Iouri at that time?

Voice 1: When he helped his brother?

Maria: When he helped his brother?

Edward: I don't really remember, probably about 17, or 15?

Maria: He was around 15

Voice 1: Is that ordinary for a child of that age to be working?

Maria: Is that ordinary for a child of that age to be working?

Edward: No. It is unusual, of course

Maria: No. It is absolutely unusual

Edward: It is unusual, of course, but life circumstances forced it

Maria: It is unusual, of course, but circumstances made him do it, life circumstances

Edward: Because their financial circumstances were so tough

Maria: They lived so poorly financially

Edward: that at the very first opportunity

Maria: that at the very first opportunity

Edward: they'd take any job

Maria: they would try to do any job

Edward: to earn something and help

Maria: to earn something and help the family

Voice 1: Ok. And you've already indicated that his mother was elderly at that point. Did she also continue to work, even though she was quite old?

Maria: Did his mother continue to work, even though she was quite old?

Edward: She became a tutor.

Maria: she would give private lessons.

Edward: her clients were both high schoolers and college students. Pupils in the upper grades

Maria: she would give private lessons to students and senior high school students.

Voice 1: And that was after she was retired, when she was a pensioner?

Maria: And that was after she was retired, when she was a pensioner?

Edward: yes. And for some time, when she was retired, she taught evening class

Maria: for some time when she was retired she combined, she taught at the evening school

Edward: to young working people. Not a day school but an evening school

Maria: it wasn't a day school, but an evening school

Voice 1: Was it common, despite a person having a pension, that there would still be a need for additional work?

Maria:  Was it common, despite a person having a pension, that there would still be a need for additional work?

**Exhibit 77 - 1167**

Edward: That is natural, natural.

Maria: It is natural.

Edward: Because the pensions were so small

Maria: Because pensions were so low

Edward: Even when you had worked all your life

Maria: She worked, she had her full working, she worked all her life

Edward: most people could barely make ends meet, the only families who could were strong, where everybody worked

Maria: the family should have been very strong, have many people who used to work and have people who still worked, in those families it was possible for retired people just to live on pension. Not here. Not in this case

Voice 1: So, Iouri supplemented the income for the family?

Maria: So Iouri also tried to bring some income to the family?

Edward: Of course, at the first opportunity

Maria: Of course, at the first opportunity, to bring some money in the family

Edward: Of course! Of course! By helping his older brother, he helped the family

Maria: By helping his elder brother in the photo studio, he would help his family

Voice 1: OK. And was there a strong family support outside of Iouri and his mother, were there people that could help?

Maria: Around Iouri and his mother, was there support in the family or others who could help?

Edward: No. Who? There was nobody else.

Maria: No. No one could help them. They didn't have anyone.

Edward: There was no one to help them.

Voice 1: Ok. And at some point, did you learn that Iouri got into trouble as a teenager?

Maria: And at some point, did you learn that Iouri got into trouble?

Edward: I learned that Iouri was in trouble when Margarita Genrikhovna, my aunt, was already sentenced to death by her illness

Maria: I learned that Iouri was in some trouble, already when my aunt, Iouri's mother, was already sentenced to death

Edward: Before that

Maria: She was already on her deathbed

Edward: Before that

Maria: Before that

Edward: It was hidden from us

Maria: Before that, Iouri's mother would conceal it from the family

Edward: She did not want any bad news for her family

Maria: She was ashamed or more probably she did not want any trouble for the family

Edward: She did not want to share her troubles with the family

Maria: She did not want to share her troubles with the family

Edward: She did not want to

Maria: She did not want to

Edward: She was ashamed

Maria: She was ashamed

Voice 1: And are you aware of any problems associated with a child being in jail or prison?

Maria: And are you aware of any problems associated with a child being in jail or prison?

Edward: As his mother told us,

Maria: As his mother told us

**Exhibit 77 - 1168**

Edward: My wife was the main person who would talk to his mother

Maria: She used to talk to my wife

Edward: I understood from those words, from that conversation

Maria: I understood from my wife, from what they were talking about

Edward: I understood that Iouri ended up in trouble because of some book coupons

Maria: I understood that Iouri ended up in trouble because of some coupons, connected with deficit

Edward: At that time, there was a campaign to turn in wastepaper

Maria: At that time, there was a campaign when everyone was invited to bring wastepaper

Edward: When you brought wastepaper, they gave you coupons

Maria: When you would bring wastepaper, you would be given coupons

Edward: With these coupons, you could buy subscriptions to magazines

Maria: With these coupons you could buy books

Edward: or books of which there was a deficit

Maria: or books which were in deficit, there was a deficit of books

Edward: What exactly Iouri Ghermanovich was doing with these coupons, I don't know

Maria: how Iouri was involved somehow, I don't know

Edward: But apparently it was prosecutable as a crime

Maria: But it was a criminal case

Voice 1: And are you aware that he went to prison after these offenses?

Maria: He went to prison

Voice 1: in Russia

Edward: Yes, he was convicted

Maria: Yes, he was convicted

Edward: he was convicted

Voice 1: And after he was in prison, did his mother ever tell you any stories about his incarceration?

Maria: [interpreting simultaneously]

Edward: His mother, the only things she said

Maria: the only thing she said

Edward: when he was in prison, people would come to her flat on Krasnaya Svyaz street

Maria: some people would come to her flat, some people would come to her in Krasnaya Svyaz strreet

Edward: completely unknown to her

Maria: they were unknown to her

Edward: allegedly from him

Maria: allegedly they were from him, from prison

Edward: from Iouri, with notes

Maria: with notes

Edward: in which he was requesting

Maria: in which he was requesting for the person who brought the note

Edward: that this person be given a sum of money

Maria: that she give a certain sum of money to this person

Edward: a sum of money. And there was more than one such visit

Maria: and there were several visits like this

Edward: and the mother, helping her son, because she knew that if she didn't fulfill the request

Maria: and the mother wanted to help her son, she knew that otherwise

Edward: she would worsen the incarceration of her son

Maria: she would make his condition in the prison even worse

Edward: and she tried her best to fulfill all her son's requests

Page 4 of 9

**Exhibit 77 - 1169**

Maria: and she tried to satisfy these requests of her son

Edward: in order to fulfill these requests, she had to take on more work

Maria: in order to satisfy these requests, she had to do some extra work

Edward: be imaginative

Maria: to invent things

Edward: here are some napkins

Maria: I want to show you some little things

Edward: she would get scraps of cloth from some place

Maria: she would get little pieces of cloth

Edward: she would quilt them together, embroider them

Maria: she would embroider them

Edward: she would take them out to Nekrasovsky Market and sell them

Maria: she would bring them to the market and sell them

Edward: they are patchworked

Maria: Can you see, it's a patchwork

Voice 1: Yeah, yes, it's lovely. And she did this in response to people coming and attempting to extort money?

Maria: [interpreting simultaneously] visits basically to extort money

Edward: Yes. Yes. Yes.

Voice 1: I see.

Edward: Because the pension- she started selling, I mean it started even earlier, selling family items

Maria: selling possessions that belonged to the family

Voice 1: I see. And do you have any other understanding of what Russian prisons were like at that time?

Edward: Well, I can only judge Russian prisons by Silovki prison camp

[you weren't there] based on stories

Maria: I can only judge Russian prisons by Silovki, stories form my relatives, for example, by their stay in concentration camps

Edward: about "washing off your blame with blood"

Maria: the story of Gherman, how he washed off his blame with his blood

Edward: and from mass media

Maria: and of course from mass media

Edward: and reading detective stories

Maria: and reading detective stories

Edward: But I think that the army, serving in the army, wasn't that far from a prison, maybe a bit better

Maria: But I think serving in the army wasn't that far from prison, maybe a bit better

Voice 1: Do you have experiences with the army?

Edward: Only through my son

Maria: Yes, through my son, only through my son

Voice 1: And what impressions do you have about those experiences?

Maria: And what impressions do you have about those experiences?

Edward: Most sad.

Maria: most sad

Voice 1: Can you explain?

Edward: My son, Volodya [affectionate form of Vladimir]

Maria: My son, Vladimir

Edward: He was an athlete, a Candidate for a Master of Sport

Maria: he was a sportsman, used to be a sportsman

**Exhibit 77 - 1170**

Edward: He graduated from a sports school

Maria: he graduated from a sports school

Edward: he qualified as a candidate master of sport in academic rowing

Maria: his qualification was academic rowing

Edward: when he was of draft age, he was drafted

Maria: he enlisted

Edward: to the airborne troops

Maria: to the airborne troops

Edward: we saw ourselves how he changed. He had been very gentle

Maria: he changed, he used to be a kind and tender boy

Edward: he was very responsive

Maria: he was very responsive

Edward: and I remember when mother and I went to visit him after he took the oath

Maria: and I remember when mother and I went to visit him after he took the oath

Edward: we saw him standing at his post

Maria: we saw him standing at his post

Edward: we waved to him

Maria: and they waved their hand to him

Edward: but since he was on duty

Maria: but he was on duty at that moment

Edward: he was armed

Maria: he was with a gun

Edward: but we waited for the shift to end

Maria: they waited 'til he was off his duty

Edward: we had a tradition in our family, as you saw, to greet each other with a kiss

Maria: we had a tradition in our family, as you saw, to kiss each other

Edward: I would greet mama and him with a kiss

And we brought him a package, and he said I will take this package

[Maria interpreting simultaneously]

So that we could take a walk without that package, but when he got back after taking it, we saw that he had changed dramatically.

Maria: we saw when he got back that there was a drastic change in him

Edward: And we asked him, what happened? Why did you change so much?

Maria: And we asked him, what happened? Why did you change so much?

Edward: And he said, they said you are going to get it today for being kissed by your parents

Maria: for the fact that you kissed me today, for the fact that you were kissed by your parents, you will get it tonight

Edward: for that. And then the junior enlisted ranks, and the soldiers who stay with them all the times, In violation of the military charter, could abuse them as much as they wanted

Maria [interpreting simultaneously] abuse younger soldiers as much as they wanted

Voice 1: And is it your impression that those experiences by your son, is it something similar as would be in Russian prisons?

Maria: Do you think it is similar in Russian prisons?

Edward: Much worse.

Maria: Much worse in prison/

Edward: and I think the reason why it became so bad in the army

Maria: and I think the reason why it became so bad in the army

**Exhibit 77 - 1171**

Edward: which can be compared to prison

Maria: which can be compared to prison

Maria: the situation in the army can only be compared to places of imprisonment

Edward: the army changed this way after they started enlisting people who had been in prison before, who had been convicted before

Maria: the situation in the army changed this way after they started enlisting in the army people who had been who had been convicted before, in prison before,

Edward: this group of people brought prison-style behavior to the army

Maria: this contingency of people brought prison regulations to the army

Voice 1: I see. I see.

Maria: I see.

Voice 1: Thank you for sharing those unfortunate circumstances about your son.

Can I ask you something, when you were mentioning some of the things that Margarita would do, outside of her pension and with Iouri and other people doing work for extra money, was it common for people to do things outside of the official means as a way of earning money to survive?

Maria: you were mentioning some of the things Margarita would do, outside of her pension and with Iouri and other people doing work for extra money, was it common for people to do things outside of the official means as a way of earning money to survive?

Edward: Naturally

Maria: Yes, naturally.

[cross talk] Edward: I worked for forty years

Maria: I worked for forty years

Edward: I also could not, after the navy, working on ships in he Arctic

Maria: I worked on ice-breaker ships in the Arctic

Edward: I had a chance for my wife not to work, after the children were born

But when I stopped working and came to industry

Maria: but when I stopped working on ice breakers and started working in the industry

Edward: on that salary, I could not live and my wife had to start working

And I had to combine jobs for 12 years

Maria: [interpreting simultaneously] I had to combine jobs for 12 years, to combine several jobs

Edward: 12 years. So after I finished at one job I would go to another one, and work for 4-5 hours

Maria: [interpreting simultaneously] and work for 4-5 hours

Edward: I would come home and---and at 8 I had to be at the other job

Maria: and at 8 o'clock in the morning I was supposed to be back in the office

Edward: and these companies were very regimented, [taps watch]

Maria: the regime at work was very strict

Voice 1: Was this extra work and this, what you're describing, is that related to what we're hearing about shadow economy, and things like that?

Edward: no, no, this is industry, no, no, this is industry. This is purely professional work. It's not sales.


Video 3


Edward: speculation

Voices: [she doesn't understand what speculation is, yes]

Voice 1: And can I ask you a little bit about what exactly is shadow economy, in your impression?

Maria: what is the unofficial, shadow economy in your view

[whispering]

**Exhibit 77 - 1172**

Edward: In Soviet days, there was no such term, shadow economy

Maria: In Soviet days, the term didn't exist in Soviet times

Edward: there was a term, speculation

Maria: there was a term, speculation

Edward: when you buy something cheaply and sell at a higher price

Maria: you buy at a lower price and sell at a higher price

Voice: it carried a punishment

Maria: it was punishable

Edward: because taxes were not paid from this work of buying and selling

Maria: when you just buy and sell, you would never pay taxes

Edward: and the very concept of speculation was a criminal offense, punishable

Maria: and the very term was punishable

Voice 1: Thank you

Maria: thank you

Voice 1: Can I ask you a little bit about your health now, today

Maria: How do you feel now?

Edward: Now? What do you mean?

Maria: Now? What do you mean?

Edward: Do you mean materially or physically?

Maria: Do you mean financially or physically?

Voice 1: Physically. As you know we've invited you to the United States, to be in court in person, for Iouri and you've indicated that your health would prohibit that.

Maria: [interpreting simultaneously]

Edward: Pardon me, please, but talking about illness; aches and pains, isn't very polite.

Maria: it's not very good to speak about one's health condition, but

Edward: But I have sort of a bouquet

Maria: I have sort of a bouquet of diseases

Edward: I am disabled, since 19...

Maria: handicapped person since 1991

Edward: since...my

Maria: heart attack, infarction

Edward: yes, heart

Edward: and then you add my eyes,

Maria: my blindness added

Edward: so, I am very grateful to you for inviting me to visit the United States

Maria: thank you very much for your invitation to visit the United States

Edward: but, due to my physical condition

Maria: but due to my physical state

Edward: it is painful for me, but I have to decline

Maria: it is painful for me, but I have to refuse

Edward: thank you very much, but I cannot accept your offer

Maria: thank you very much, but I cannot accept this proposal

Edward: So, I will just wait for you here

Maria: I will only be expecting you here

Voice 1: Well, we thank you for your willingness to come and speak on your cousin's behalf

Maria: [interpreting simultaneously]

Voice 1: thank you for that.

**Exhibit 77 - 1173**

Edward: in defense of my relative,
Maria: just to speak on behalf of my cousin,
Edward: the only thing I ask, the only thing I ask
Maria: the only thing I ask, the only thing I ask
Edward: is that the court be merciful [forgiving, lenient, gracious]
Maria: is for the court to be merciful
Edward: maximally merciful to my relative
Maria: as merciful as it possible to my cousin, to my relative
Edward: well, what else can I say?
Maria: what else can I say?
Edward: the only thing, to be merciful, merciful, merciful
Maria: to be merciful, merciful, merciful
Voice 1: Thank you.
Maria: Thank you.

**Exhibit 77 - 1174**

# EXHIBIT

# 78

Benjamin, Marina, Natalia, and Anton 1.

Voice: Yes, go ahead.

Voice: Today is October 24, 2002. We're at the law offices of Benjamin in St. Petersburg, Russia, and Benjamin was Iouri Mikhel's attorney. And so, we're going to ask him a couple questions through our interpreter, Sergey.

So, um, if you could ask Benjamin just to say his name.

Sergey: Benjamin Vladimirovich, tell us your name, please.

Benjamin: My last name is Bril. Bril, Benjamin Vladimirovich. I am an attorney. I've been practicing as a defense attorney on criminal cases since 1946.

Sergey: So, he is a lawyer and uh, Benjamin is practicing as a lawyer from 1949, uh, 1946. Sorry.

Voice: And does he specialize in criminal law?

Sergey: Do you specialize in criminal law?

Benjamin: Only. Yes, I handle cases only in criminal law. I specialize in criminal law.

Sergey: Benjamin specializes only in criminal law.

Voice: And how did he meet Iouri Mikhel?

Sergey: How did you meet Iouri Mikhel?

Benjamin: Yes. The story of my acquaintance with Iouri Mikhel is as follows. The details of course I don't remember now, but I can say in a professional sense, that the meeting occurred in a common way, some of my friends, told me that one of their acquaintances, Iouri Mikhel, a very nice young man, was having some legal problems and asked if I could help him. Iouri Mikhel came to my consultation office as I now recall, told me his story, and I agreed to help him. Over a period, a comparatively short period of time, we worked on a matter of interest to him at the time. The exact year of our acquaintance I cannot say, but a lot of time has passed, a lot of time. I think maybe even about, something like, 8 or 10 years.

Sergey:  Uh, so it was long ago. Something like 8 or 10 years ago. Uh, the friends of Benjamin told him that their neighbor had some troubles and uh, asked Benjamin if he would help him. Then Iouri came to Benjamin, they had a talk, and Benjamin decided to help him.

Voice: And what was the problem that he was helping Iouri with?

Sergey: What was the problem?

Benjamin: I don't remember details right now, but the general, as they say, impression remains. The information that I will provide is reliable in the full sense of that word. So..

Sergey: Benjamin doesn't remember the exact details but uhhh, he do remember the main reason of this case.

Benjamin: The matter, of course, was a criminal one. The relevant legislation at that time in our country created conditions whereby a person who had been sentenced to incarceration could, under certain circumstances, be subject to a different punishment that would eliminate the need for him to be---to be incarcerated in a colony for individuals who have committed a crime. That means he could have been assigned a punishment – although it's connected to 'losing your freedom' – the criminal would serve their sentence in what was called the building of the national economy. So, he would have to do work assigned to him at a certain location and time. If his behavior was ideal, if he fulfilled his responsibilities properly, then pursuant to a letter from the administration of the place he was assigned to work, the punishment could be vacated or he could be released from serving his punishment. That was Mikhel's problem. He was convicted under Article 24.2 as it was called, which said, he was guilty of a criminal offense, but the court ruled he be sent to serve his punishment building the national economy. And that is what he did. For some time, for part of his sentence, he served building the national economy,

**Exhibit 78 - 1175**

and then according to a submission from the administration, there was to be decision on whether he would be released from punishment entirely.

Sergey: So, according to the law system of that time, the person committed nonviolent crime could be released from the prison and uh, according to some special circumstances, and to be transferred to execute some physical labor. Uh, so that was a problem of, uh, Iouri.

Voice: OK.

Sergey: That administration of the prison worked out the decision that, uh, Iouri was the model prisoner and he hasn't committed uh the serious crime, he wasn't dangerous to the society, and decided to transfer him to these physical labors.

Voice: OK.

Benjamin: So. Under the rules in effect, a necessary condition for release from punishment - when a person was sentenced to build the national economy, was ideal behavior and attitude toward the work. That measure was applied as a reward, so individuals sentenced to that type of punishment had to, of course, to be released, they had to exhibit positive qualities as much as possible. Having set forth these circumstances, I would like make two points – Seryozha [nickname for Sergey]

Sergey: After the person was transferred to these physical labors, uh, he could be released from these labors uh, on one special circumstance. If his behavement was perfect and uh that's it.

Benjamin: The first point, which in my view, has great significance in this situation, is that his crime wasn't a felony. If it had been a felony, the law of serving a sentence by building the national economy would not have applied. And indeed, as I recall, he was found guilty of an attempt to, or of actually giving a bribe for some sort of personal matter, I don't know, was linked to, I don't know. Well, regardless, the crime was not a felony in nature. And the fact that at the administration, there was a question of releasing him from punishment, is testament to the fact that his behavior at the colony was perfect.

Sergey: Uh, so that's why we can say a few words about his life in colony and at the prison. As he was transferred then this crime he committed was nonviolent. He was accused in bribery. Uh, and as he was released, then we can say the words about his behavement, so it was good enough and he was a model prisoner.

Voice: And did you make an appearance for Iouri in Gatchina to try and convince the judge to let him out early?

Sergey: Uh, what impression did Iouri make on the judge and court in Gatchina and did that help release him early?

Benjamin: Of course, to resolve his matter, certain references were required. And that is were there was a hiccup. As I recall, as far as I recall, once or twice, I don't remember, over the whole time, he was late – he was on leave in the city, as he had an opportunity to see loved ones – he was late returning to the colony, there were difficulties which had to be explained and it had to be proven that it hadn't been his fault. Yes. The court viewed this objectively and was attentive to the story and followed everything about his character and behavior at the colony, and the court made absolutely definite decisions. It granted our petition and released him from further service of his punishment.

Sergey: So, the main reason of participating Benjamin in this trial, uh, was that Iouri, for one or a couple of times, was late returning from the weekends to his labors, so that could be the reason that uh, that he made his release, uh, impossible. During the process, they, uh, studied all the information and decided that uh, it would be alright if Iouri will be uh freed from the labor works.

Voice: So, the judge decided to agree that Iouri could be released.

Sergey: Told the judge decided that Iouri could be released.

Voice. OK. So then, sometime later, um, Iouri, once Iouri was out of the prison system, he invited you to England.  Is that correct?

Sergey: Uh, some time after Iouri was released from prison, he invited you to England, correct?

Benjamin: Yes, yes. [crosstalk] Should I speak about that, or what?

**Exhibit 78 - 1176**

Sergey: Uhhh....

Benjamin: Do I need to speak about it, or?

Sergey: Should I speak about it?

Voice: What was Iouri doing in England? What kind of business was he doing?

Sergey: What was Iouri doing in England?

Benjamin: In England?

Sergey: What business?

Benjamin: My understanding was that he was acting as an intermediary – I observed, he had a correspondence. I asked him what his work was and he explained that he was an intermediary for some certain transactions -- with metal, I remember that, the deals were with metal, and the metal would go through the Baltic states, as I understood. It happened when he invited me for Christmas, to celebrate that holiday together.

Sergey: Uh, so, when Iouri invited Benjamin to his apartment, it was during the Christmas, uh, Iouri told Benjamin that, and Benjamin understood it this way, that Iouri participated uh, in the business of transferring metal through the Baltic region.

Voice: OK. Um, how would you describe Iouri's character?

Sergey: How can you describe Iouri?

Benjamin: The piece that appeared in the Russian-language newspaper published in America was a shock to me personally. I understood, of course, that as a productive person, who is active, who has a business, particularly in the context of serious constraints that existed in our country, maybe in the Baltics, I don't know, I understand that he could break the law, rules, commercial ones, maybe, but those violations are very widespread over here, unfortunately. But to imagine that he could commit some violent actions....including felonies, participate in a murder, as the newspaper said vaguely about that whole story, and I did not get it, whether he himself did the killing or facilitated some deceitful actions, I don't know...and naturally I do not have a full understanding of the whole story....but just the thought that he could participate in the commission of such a felony crime as involving a murder, I could not imagine. Even now, I do not believe that he could participate specifically in that type of crime. He could commit commercial...there could be some crimes, but what I read about him in paper does not match my understanding of his behavior and his personal qualities.

Sergey: Uh, when Benjamin read about Iouri's case in the article in the Russian newspaper printed in the Unites States, uh, he was really shocked, because knowing Iouri very well, uh he uh can't imagine that Iouri can commit such crime. Of course, doing business in this situation, uh, in the strict uh, laws of Russian Federation, Iouri can commit some, um, can break some administrative law or trade law, but he'd never participate crime like this.

Voice: I just want to give you an opportunity to speak directly to the jury, um, to the issue of whether or not you would ask them to spare his life, uh.

Benjamin [looking at Sergey]: What?

Sergey: Christian wants to give you the opportunity to speak directly to Iouri uh, and ask him, um...

Voice: It's a difficult question.

Sergey: It's too difficult for me to (ay hash?) well, it means....whether you want to speak to Iouri or the judges so that the judges can, um, not apply the most extreme punishment.

Benjamin: Well, I'm assuming, I'm assuming that he didn't commit a crime.

Sergey: Well, yeah, based on your...your personal opinion of Iouri...what could you say?

**Exhibit 78 - 1177**

Benjamin: Ioura [translator note: affectionate form of the name Iouri], if you have a chance to see this tape, I would like you to know that the people who know you well cannot imagine that the charge against you is true and serious. We want to believe, and we are convinced, that you are the victim of some circumstances, and we hope that a qualified and serious court and the law, which is protected, in America as far as we know, with certain guarantees, will give a chance for the question of your responsibility to be resolved fairly, with dignity. We believe you are innocent of this crime but, speaking human to human, I am very pained that you have become a figure in such a case. Be strong! Behave properly, honestly, and do everything to defend your innocence, if you are innocent.

Sergey: So, Iouri, if you will have a possibility to uh, watch this tape, uh, I want you to know that uh people who uh, people who knew you, uh, they strictly believe that you are nonguilty. And uh Benjamin, he is really uh disappointed that you are a figure in this trial, in this, that you are accused in such a crime, but he truly believes that you are nonguilty and Benjamin believes that uh, trail will find a truth.

Voice: Ok. Thank you, Benjamin.


Voice: So we are going to start over again.

Exactly.

OK, so, today is October 29, 2002. My name is Chris Filipiak, I'm the defense investigator, and we're here at Natasha, uh, Af-

Over again.

Exactly.

OK, so today is October 29, 2002. My name is Chris Filipiak, I'm the defense investigator, and we're here at Natasha, uh, Af- say your name for me.

Natasha: Alifanova, Natasha.

Chris: Very good. And our interpreter today is Sergey, and we're here to ask Natasha a few questions. So, let's start off with, how old are you?

Sergey: How old are you, Natasha?

Natasha: 47.

Sergey: 47 years.

Chris: 47. And where are we, what is the address of this place?

Sergey: Where are we?

Natasha: Kharkovskaya street, building 8A, apartment 1.

Sergey: Kharkovskaya street, house number 8A, apartment number 1.

Chris: And we're in St. Petersburg, Russia. Natasha, how do you know Iouri Mikhel?

Sergey: How did you meet Iouri Mikhel?

Natasha: When I was married, we lived in the same building. After I divorced, he found me, and we lived together.

Sergey: Uh, when Natasha was married, uh, they were living in one house as neighbors and after she divorced, he found her, and they lived together.

Chris: OK, when you say, he found her, uh...

**Exhibit 78 - 1178**

Sergey: Iouri found her and they lived together.

Chris: OK, and what year was your divorce, when you started living with Iouri?

Sergey: When did you divorce and start living with Iouri?

Natasha: I divorced in 1985 and we started living together in 1989, early 1990.

Sergey: Natasha divorced in 1985 and started to live with Iouri in 1989, 1990.

Chris: OK now before you lived actually with Iouri, you lived in Iouri's house with his mother, correct?

Sergey: Before you started living directly with Iouri, you were living at first with his mother in one building – in one apartment.

Natasha: yes, when he was away every week, I was with her.

Sergey: Yes, that's true.

Chris: OK, in 19- so I'm just going to summarize what I understand. So, in 1985, after your divorce, you moved in with Iouri's mother, but Iouri was not there, living at that time, he was in prison, correct?

Sergey: Uh, after you got divorced, you went to live with Iouri's mother, but he at that time was in custody, correct?

Natasha: No, when he was in custody, I lived with my mother. I lived with his mother when he was in a [illegible] at work.

Sergey: No, when he was in prison, Natasha lived with her own mother. When he was transferred to the physical labors, she started living with the mother of Iouri.

Chris: Ok, so in 1989, Iouri was transferred to – from the prison to do physical labors.

Sergey: So, in 1989, Iouri was transferred from prison to building the national economy.

Natasha: Yes.

Chris: And do you remember the address of the house that you were living in?

Sergey: Do you remember the address of the house that you were living in?

Natasha: Yes, of course. Krasnaya Svyaz Street, Building 17 slash 5.

Sergey: Yes of course, the street of Red...the street of Krasny Svyazi – house number and the apartment?

Natasha: 17 slash 5 apartment 26.

Sergey: The house number is 17 point five apartment 26.

Chris: OK, very good. So what happened next in your relationship with Iouri?

Sergey: Uh, Natasha, what happened next, how did your relationship with Iouri develop?

Natasha: I don't know how to answer...how did the relationship...

Sergey: She doesn't understand the way...

Chris: The question, ok, it's a bad question [laughs]. Ok, no problem, we'll just re-ask the question. While Iouri was doing labor, do you know where he was?

Sergey: When Iouri was building the national economy, you knew where that was?

Natasha: Yes, of course.

Sergey: Yes, it's true.

**Exhibit 78 - 1179**

Chris: What's the name of the place?

Sergey: What is the name of it?

Natasha: First it was Luga, then Gatchina.

Chris: First it was Luga then it was Gatchina region.

Chris: And during the time that he was in Luga and Gatchina, was he able to visit you on weekends?

Sergey: When he was in Luga and Gatchina, was he able to visit you on weekends?

Natasha: Yes, I would meet him at the train station on Friday evening and Sunday morning take him back.

Sergey: Yes, Natasha was meeting him at the railway station on Friday night and Sunday morning she would take him back, take Iouri back.

Chris: When Iouri was finished with his prison time and his labor, what did he do?

Sergey: What did Iouri do when he was completely released?

Natasha: What did he do, well formally the company was metal trade, I don't know much about his business.

Sergey: Natasha doesn't know a lot of his business, but says that the company name was, like, metal trade or something like this.

Chris: Did Iouri come back home after the labor, after he was finished with his labor, did he come back home and live at the house with you and his mother?

Sergey: After Iouri was finished building the national economy, he came back here and lived with you and his mother?

Natasha: Yes.

Chris: In addition to working in the metals trade business, was he also going to school?

Sergey: In addition to his working at that company, did he attend any schools or courses?

Natasha: Yes, he completed courses in economics.

Sergey: Uh, yes, he finished the courses in economics.

Chris: You previously had given this to me. Is this the same document as a diploma of some sort?

Sergey: Is that the same document as you were referring to?

Chris: And that's for his...economics school?

Sergey: Is that the diploma for the economics course?

Natasha: Yes, business courses.

Sergey: That's right.

Chris. Thank you. So then at some point I understand he left St. Petersburg. Uh, do you know what year and do you know where he went?

Sergey: Uh, Christian knows that he left St. Petersburg, can you specify when he left and where he went?

Natasha: When he left St. Petersburg the first time, he went to England.

Sergey: He left St. Petersburg for England. In Russian: When was that?

Natasha: It's difficult to remember. I think it was 1993.

**Exhibit 78 - 1180**

Sergey: It's difficult to remember. Natasha supposes that it was 1993.

Chris: Mmm, and.

**Exhibit 78 - 1181**

# EXHIBIT

# 79

Benjamin, Marina, Natalia, and Anton 2


Chris: Does she know what month?

Sergey: When was it – the month - was it summer?

Chris: Or what season?

Natasha: Spring.

Sergey: It was spring.

Chris: It was spring of 1993. Uh, did she go with him? To London?

Sergey Natasha, did you go with him to London?

Natasha: No.

Sergey: No.

Chris: How soon after he left did she visit him?

Sergey: How soon did you visit him after he left?

Natasha: That same year in summer.

Sergey: The same year in summer.

Chris: And what did she do, while she was there?

Sergey: And what did you do in England?

Natasha: I visited with a [girl]friend who lives there. Nothing special. Just lived.

Sergey: Just communicated with some friends. Just having a rest.

Chris: Tourist stuff?

Sergey: Tourism?

Natasha: Of course, seeing the city.

Sergey: Tourist stuff also

Chris: OK. So, um, how long did you stay?

Sergey: How long did you stay?

Natasha: Several months.

Sergey: For several months.

Chris: And then, where did you go after that?

Sergey: And then, where did you go after that?

Natasha: Then I returned here.

Sergey: Natasha returned to Russia.

Chris: And uh what was Iouri doing while he was in London? If she knows.

Page **1** of **12**

**Exhibit 79 - 1182**

Sergey: What was Iouri doing in London, if you know?

Natasha:  I don't know what business, but he was doing business.

Sergey: Natasha doesn't know, exactly.

Chris: And when was the next time that she saw him?

Sergey: When was the next time you saw him?

Natasha: December, January.

Sergey: December or January.

Natasha: 1994, I think.

Sergey: December or January of 1994.

Chris: And she saw him in London?

Sergey: Uh, you saw him in London the next time?

Natasha: Yes.

Sergey: Right.

Chris: OK. And, I forgot to ask you, um, before Iouri went to London, did his mother die, and if you know, when did she die, approximately?

Sergey: Before Iouri went to London, did his mother die, do you know when she died?

Natasha: Yes, she died before he went to London, it was June, 1992.

Sergey: It was June of 1992. Before he left for London.

Chris: And does she know what the mother died of?

Sergey: Do you know what Iouri's mother died of?

Natasha: Yes, stomach cancer.

Sergey: Yes. Cancer of stomach.

Chris: And does she know uh Iouri's father, if he's alive or dead, and when he died?

Sergey: Can you say anything about the father of Iouri, is he alive or has he died and if so, when?

Natasha: I know he died. He died quite a long time ago, I may be mistaken, maybe, somewhere around 1985.

Sergey: Uh, yes, he died, like in 1985 or something.

Chris: Um-hm. 85 or 75?

Sergey: 85 or 75? How old was Iouri?

Natasha: He was young.

Sergey: So 75.

Natasha: Probably.

Sergey: So, as Iouri was small uh at that time, she supposes that 75.

**Exhibit 79 – 1183**

Chris: 1975.

Sergey: 1975.

Chris: OK. And did he also die of cancer?

Sergey: Did he also die of cancer?

Natasha: Yes.

Sergey: Correct.

Chris: And did Iouri have any brothers or sisters?

Sergey: Did Iouri have any brothers or sisters?

Natasha: He had a brother.

Sergey: He had brother.  Iouri had brother.

Chris: And what was the brother's name, and what's happened to him?

Sergey: Uh, what is the brother's name and what happened to him?

Natasha: His name was Vladimir, what happened to him, I don't know. Maybe he is still alive or maybe he died already, I don't know.

Sergey: The name of brother was Vladimir. But Natasha doesn't know exactly what happened to him.

Chris: Does she suspect that he's dead?

Sergey: Uh, she- he could be possible dead or not.

Chris: She doesn't know.

Sergey: She doesn't know.

Natasha: I saw him only once, at the funeral for Iouri's mother.

Sergey: She saw uh, Vladimir only once, on uh Iouri's mother funeral.

Chris: Mm-hm. Ah. Who was uh, Iouri's best friend and what kinds of things did they do?

Sergey: Uh, who was Iouri's best friend and [inaudible] what they did

Natasha: His best friend was Vladimir Startsev, and Sergey Obsharov, but unfortunately, they have died.

Sergey: So, Vladimir Startsev, and Sergey Obsharov were the two best friends of Iouri however she however, they died.

Chris: Both of them died?

Sergey: Both of them died.

Chris: And what - does she know what they died of?

Sergey: Do you know how they died?

Natasha: Yes, I know. Vladimir had a brain tumor.

Sergey: Vladimir is a cancer of brain.

Natasha: Sergey from stomach cancer.

**Exhibit 79 – 1184**

Sergey: And Sergey had cancer of stomach.

Natasha: There was another friend, but he died long ago. Koginov, Dmitry.

Sergey: And also one more close friend. Koginov, Dmitry, he died long ago.

Natasha: He had a heart attack.

Sergey: He had stroke.

Chris: So all of Iouri's friends and family are dead, except for you.

Natasha: Yes. [cross talk]

Natasha: It seems only I am left.

Sergey: Just Natasha left. That's it.

Chris: Um, so, then let's go back to the story where we left off, which was, uh, what happened uh, when he left London, where did Iouri go?

Sergey: Let's go back a little – what happened after Iouri left London, where did he go?

Natasha: He went to the United States.

Sergey: He left for the United States.

Chris: Does she know where he went, to the United States?

Sergey: Uh, where specifically in the United States?

Natasha: Los Angeles.

Sergey: Los Angeles.

Chris: And did you visit him in Los Angeles?

Sergey: Did you visit him in Los Angeles?

Natasha: Yes, I was there three times.

Sergey: Uh yes, Natasha visited him for three times.

Chris: Mm-hm. And, uh, what did you do when you visited him, did he show you different sights in the United States, or?

Sergey: Uh, what did you do during these visits, did he show you the sights?

Natasha: If it was winter, we went skiing, uh, went to Las Vegas, mmm, I don't remember what it's called, a fantastic park with roller coasters.

Sergey: She visited uh, if it was in winter, they practiced mountain skiing. And then, uh, they went to Las Vegas and Disneyland.

Chris: Oh! OK. Did Iouri seem happy when you were visiting him?

Sergey: Iouri was happy when you were visiting him?

Natasha: Yes, of course.

Chris: And, what was he doing for work? Did he tell you what his business was?

Sergey: Did he happen to tell you about his business?

**Exhibit 79 - 1185**

Natasha: He did not tell me, because I never asked.

Sergey: Actually, Natasha was never asking him about this.

Chris: And he never mentioned                    what his work was

Sergey: and he never mentioned

Chris: OK. Uh, when you were in the United States, did you meet any of his friends?

Sergey: When you were in the States, did you meet any of his friends?

Natasha: Well, I would not say friends, rather, they were acquaintances.

Sergey: Not a close friends, just familiar, just people he was

Chris: Ok. There are some uh, photographs that you gave to us and I'd like you to look at a few of them, because, uh, you gave us probably a hundred photographs, so, I'm just going to show you a few of these and if you could identify, uh, the picture and maybe the approximate age, uh, of Iouri, uh, that would be great.

Sergey: So, uh, here is a photo from those we chose, if you could tell us his approximate age and any other details.

Natasha: Here, he's approximately 10 years old.

Sergey: He is approximately 10 years old.

Natasha: I think it's just a photograph.

Chris: Is that a traditional uh Russian

Natasha: No

Sergey: Is it a traditional, Russian?

Natasha: No

Sergey; No, it's not

Natasha: More likely, [inaudible]

Chris: These are a little, they're out of order, but that's Iouri – what age do you think he is there?

Natasha: I think it's a school photo, he is maybe 15 or 16

Sergey: Natasha supposes it's a school photo uh of 15, 16 years old

Chris: Ah. OK. Here's a photo, it looks like Iouri with his parents. Is that accurate?

Sergey: Uh, is this Iouri with his parents?

Natasha: Yes, it's little Ioura with his parents, I think it's a celebration of some sort.

Sergey: She suppose its a sort of celebration, a small Ioura with his parents

Chris: Mhm.

Sergey: Around the table.

Chris: So, this is the father?

Natasha: Yes

Chris: And this is, do you know who this girl is?

**Exhibit 79 - 1186**

Natasha: I don't know.. this mother

Chris: This is the mother, and do you know who these other two people are?

Natasha: No.

Sergey: No.

Chris: Ok. And I think that's a picture of Iouri and his mother?

Natasha: Yes. He's probably a year old here.

Sergey: Uh, he is like, one.

Chris: One years old? Here's a picture, I think of Iouri and his mother and his grandmother.

Natasha: [nods] Yes.

Sergey: That's correct - at the same time.

Chris: Here's a...oh, these two pictures came at the same time? A picture of Iouri, is that some traditional Russian, uh, clothing?

Sergey: What is this clothing? Something from the mountains?

Natasha: Yes, from the mountains, as though from Dzhiginka [Krasnodar region of southern Russia]

Sergey: Some traditional, our highlander clothes, or something like that, from Caucasus.

Chris: Mm-hm. Ahh, and here's Iouri with, what is that a volleyball, or a soccer ball?

Sergey: Uh, here's Iouri, is that a volleyball or a soccer ball?

Natasha: Soccer ball, I think it's at the dacha [country house].

Sergey: That's a football- soccer ball [cross talk] Natasha supposes it's at his kitchen garden and summer house.

Chris: Ah. So, uh, his family had a summer house ---

Natasha: Yes

Chris:  -- A dacha

Sergey: His parents had a summer house?

Natasha: Yes.

Sergey: That is correct.

Chris: And was that a favorite place of Iouri's during the summer?

Sergey: Was that the favorite place of Iouri?

Natasha: It was Iouri's favorite, he loved to gather mushrooms and berries

Sergey: Uh, he liked mushroom and uh, berry picking

Chris: Oh

Sergey: that was one of his most favorite places

Chris: Oh, very good, and he went there every summer?

**Exhibit 79 - 1187**

Sergey: And he went there every summer?

Natasha: Yes

Sergey: Yeah, that's correct

Chris: Here's a picture of him [laughs] looks like he's hugging a loaf of bread

Natasha: [laughs] a loaf

Sergey: That's correct.

Chris: Here's a picture of Iouri with, it looks like his, uh, father on the left and do you know who the man on the right is?

Natasha: [pointing] this is his father and I don't know who this.

[cross talk]

Sergey: She doesn't know who is the man on the right, but on the left, is his father and in the center, Iouri, however they could be in one regiment, these 2 people with the medals

Chris: Huh, so these medals...he was obviously in the military.

Sergey: He obviously served in some branch of the military.

Natasha: Yes.

Sergey: Obviously.

Chris: Now, one of these medals is, uh, significant, right, it's uh you were telling me about the medal in one of these pictures, what was, which one was it? The medal of Lenin, I think you said, is in this picture somewhere- which one is that?

Sergey: Uh, in the middle. On the breast of Iouri and between the pocket and the second medal.

Chris: Oh, ok. And that's a very prestigious medal.

Sergey: It's quite prestigious.

Chris: So that would be, like, right here, correct?

Sergey: In the middle. Correct.

Chris: So here's another picture, uh, of Iouri, his

Voice: Whose medal?

Chris: Um, well I assume if he's wearing it, it was his father's. Do you know if he, Iouri's father, was awarded the medal of Lenin?

Sergey: Do you think these are the medals of his father, of Iouri's?

Natasha: I think so. And the medals still exist, I have the medals.

Sergey: So, these medals survived, and Natasha has these medals.

Chris: Oh, you have the medals?

Natasha: Yes, yes.

Sergei: These medals were of his father, Iouri's father.

**Exhibit 79 - 1188**

Chris: Very good. Ok. Um. So, this looks like a picture of his grandmother with her medals, uh, and do you know what Iouri's grandmother did, in the military?

Sergey: Uh, this is a photograph of Iouri and his grandmother. Do you know, Natasha, what his grandmother did, I mean, what did she do in the service?

Natasha: She, I know she was a doctor, I think a microbiologist.

Sergey: Uh, she was a doctor. Possibly in microbiology. And she participated in the military, she was like a military doctor.

Chris: Mm-hm. What does this picture show?

Sergey: What does this picture show?

Natasha: This is at the dacha, little Iouri with his grandmother and mother.

Sergey: That's Iouri's summer house, with uh her, his mother and grandmother.

Natasha: Maybe this is his brother, but...

Sergey: It possibly could be his brother on the left.

Chris: OK. So that is a picture of the summer dacha, that's the outside.

Sergey: That's correct.

Chris: And, this last picture

Sergey: and the last one

Chris: Of Iouri, is that, was there a lake near the dacha?

Sergey: Was that a lake, near the dacha?

Natasha: No, I don't think, probably a river, because there's no lake there

Sergey: Natasha supposes that's correct, it was near dacha, however it's river or something, there was no lake near dacha

Chris: Ah. One of the areas I'd also like to talk about is Iouri's health. Can you tell me generally what Iouri's health was like when he was uh growing up and before he left for London.

Sergey: Natasha, if you could, tell about Iouri's heath when he was a teenager, and when, or when he left for London.

Natasha: I know that his health has always been not so good, as a child he had chronic pneumonia and big problems with his ears, constantly had ear infections ("otitis")– basically, his medical record is very thick – he was quite ill.

Sergey: Natasha says that he always got problems with health. When he was a child, he had chronical pneumonie –

Chris: Pneumonia

Sergey: Pneumonia. Uh, and problems with his airs.

Chris: Ears.

Sergey: Ears. And that's it.

Chris: OK.

Sergey: He had very thick medical documents.

**Exhibit 79 - 1189**

Chris: Mm-hm. Now, previously, when you were going through [inaud] some boxes of Iouri's stuff that you have, you came across this book, um, is this the same book that you'd given to me before?

Sergey: Uh, when you were looking for Iouri's documents, you found this book, is it the same book, the medical book?

Natasha: Yes.

Sergey; that's the medical book you had before

Chris: And so that is a diary of all of his medical problems growing up as a child, correct?

Sergey: So, this is a diary of all of his illnesses, basically anything related to his health, from when he was a child?

Natasha: Yes, this is from his birth to when he was 14.

Sergey: Yes, it's correct. It covers the period from his birth until when he was 14.

Chris: Fourteen years old, huh, ok, thank you. Now, when he was older, from a previous discussion we had, you told me that he had uh, another sickness, do you remember what it was?

Sergey: When he grew up, he had another problem, do you remember what it was?

Natasha: Yes, he had a problem, but I don't know the name of the illness

Sergey: She doesn't know the exact name of the disease

Natasha: problem was something with vessels in the brain

Sergey: Uh, something with the vascular [inaudible] with the brain

Natasha: And he always had a problem with his blood pressure. High blood pressure.

Sergey: Uh, he, and also, he always had high blood pressure.

Chris. Mm. Mm-hm. During the time that Iouri was in prison, were you able to visit him?

Sergey: Uh, when Iouri was in prison, could you visit him, or did you visit?

Natasha: No. I wasn't there.

Sergey: Never. Never.

Chris: Never? And, was there anybody who did visit him during the time?

Sergey: Did anyone visit him?

Natasha: His mother visited.

Sergey: Only his mother.

Chris: And how often did she get to visit him?

Sergey: How often could she visit?

Natasha: I think she visited him whenever it was possible, how often, I don't know, once a month, once every three months.

Sergey: Uh, she visited him, uh, like, once a month or once in three months. So that's it.

Chris: Once every three months.

Sergey: Once every three months.

**Exhibit 79 – 1190**

Natasha: I just know that when there were visits, she would go there, and there was a special area where they could be, for, I think, 2 days.

Sergey: Uh, so, these visits were organized like that, that she arrived to the prison and then she could stay at some special apartments at the prison with him for a couple of days.

Chris: Oh. Um. OK. What were some of Iouri's, uh, favorite things to do? Do you know any of his favorite things to do? Hobbies?

Sergey: Some of Iouri's favorite activities, hobbies, maybe you know?

Natasha: Hobbies? He really liked sports.

Sergey: He liked sport very much

Natasha: He would always go to the gym, the pool.

Sergey: He was always visiting a swimming pool and gyms.

Natasha: He studied English.

Sergey: He was studying uh, English.

Natasha: He's learned it already (smiles).

Sergey: Studied.

Natasha: He wanted to study another language.

Sergey: Wanted to pick the second language to study.

Chris: Mm. Where did he learn his English?

Sergey: Where did he learn English?

Natasha: I think he may have had teachers, private ones, not much, mostly he learned it himself.

Sergey: He basically studied English by himself. And if he had some private uh, teachers, but not for the long time.

Chris: Mm-hm. Was his mother an English teacher?

Sergey: Was his mother an English teacher?

Natasha: Yes, English and German.

Sergey: Yes, she was a teacher of English language

Chris: And what did the father do for a living?

Sergey: What did his father do for a living?

Natasha: His father worked at a factory, I think he was an engineer, I think quite top-tier.

Sergey: He was working as a leading engineer at some factory.

Chris: So, they were always employed, the mother and the father?

Sergey: So, they were always employed, his parents?

Natasha: Yes of course.

Sergey: Always.

**Exhibit 79 - 1191**

Chris: How would she describe their life, would she describe it as lower class, middle class, or upper class? If you can describe it that way.

Sergey: How would you describe their level of life, was it lower class, middle class or...

Natasha: It was middle class, even higher than middle, because they had a good apartment

[cross talk]

Sergey: It was higher than average. It was a little bit higher than the middle class. As they had good apartments and quite a good level of life.

Chris. Mm-hm. And how was Iouri's relationship with his parents?

Sergey: How was Iouri's relationship with his parents?

Natasha: I think it was good – with the father, I don't know, because I did not see the father.

Sergey: Natasha doesn't know what about father, but he had, Iouri had quite good relations with his mother.

Natasha: His grandmother loved Iouri very much.

Sergey: And grandmother loved Iouri very much.

Chris: Was uh Iouri very uh sad, did it depress him, when his mother died in 1992?

Sergey: Was he very sad and depressed when his mother died?

Natasha: Well, yes, of course.

Sergey: Definitely.

Chris: Yes. So, um, let's, let me ask you, are there any other questions that you want to go into, any other areas?

Voice: I don't think so.

Chris: Ok. Um. Well, let me ask you this, Natasha. Is there anything that you would like to say uh, to the court? Just in your own words.

Sergey: Natasha, is there anything you'd like to say to the court, well, just something about Iouri? In your own words.

Natasha: Yes. I don't believe that something like this could happen to him.

Sergey: I can't believe that it could happen to him.

Natasha: I can believe, if he committed an economic crime.

Sergey: I could believe he committed some economical crime, or.

Natasha: But he couldn't kill a person.

Sergey: But he would never killed man.

Natasha: And as far as I know him, he was always a wonderful, caring person.

Sergey: As I know him, he was always been a good, kind, calm person.

Natasha: He took care of his mother, my mother, and me.

Sergey: Uh, he took care about his own mother, about Natasha's mother, and Natasha herself.

Natasha: And, I don't know. I love him. I remember him. And I don't believe that anything like this could happen to him.

**Exhibit 79 - 1192**

Sergey: Uh, Natasha loves him very much and she remembering him, she would never believe that something like this could happen to him.

Natasha: I can't do anymore. That's it.

Sergey: That's all.

Chris: OK. Well, thank you for speaking with us. What other questions, is there anything else that you, as we were going along, you know the story as good, as well, as we do, is there anything else that we should have asked or any other areas that we should go into, Dale, anything with the penalty phase that might be of some help, did we miss any questions, like about family or things, to personalize it more? Things that he did?

Voice: Natasha, let me ask you, if the jury finds Iouri guilty of these crimes,

Sergey: Natasha may I ask you, if the court finds Iouri guilty

Then they will be making the decision whether or not he should.

**Exhibit 79 - 1193**

# EXHIBIT

# 80

Video 1 from 8/10/2020

Voice 1: Good morning
Sveta: Good morning
Voice 1: What is your name?
Sveta: Sveta
Voice 1: your full name
Voice 3: full name, if possible
Sveta: Sveta Koginova, Svetlana Koginova
Voice 1: OK. And, uh, do you know Iouri Mikhel?
Sveta: Yes.
Voice 3: Yes I do.
Voice 3: Do you know Iouri Mikhel?
Voice 1: How do you know him?
Voice 3: From where do you – when – from where do you know him?
Sveta: college years ["student years"] we met through a mutual friend
Voice 3: we got acquainted when, uh, I was a student, it was many years ago and we met through a mutual friend of ours
Voice 1: Ok. And who is your husband?
Voice 3: Who is your husband?
Sveta: My husband was a plastic surgeon.
Voice 3: My husband was a plastic surgeon
Voice 1: And what was his name?
Voice 3: What was his name?
Sveta: Dmitry Koginov
Voice 3: Dmitry Koginov
Voice 1: And were Iouri and your husband friends also?
Voice 3: Were Iouri and your husband friends?
Sveta: Yes, they were, and they were quite close.
Voice 3: Yes, they were friends and they were really close friends
Voice 1: OK. And so all three of you knew each other when you were younger?
Voice 3: So, all three of you knew each other when you were younger?
Sveta: Yes. Yes.              It was college, we could go to the movies, hang out/vacation  --- I have great memories of that time [cross talk]
Voice 3: Yes   -- go to the movies, have a nice time together, I have the best reminiscences of those days
Voice 1: Alright. Do you have photographs with you today?
Voice 3: Did you bring photographs today?
Sveta: Yes, I did bring photos.
Voice 3: Yes, I do.
Sveta: Shall I show them?
Voice 3: Shall I show them?
Voice 1: Yes.
Sveta: shall I show them to the camera?
Voice 3: we will do it ourselves
Voice 1: Can you tell us who is in this photo?
Sveta: This photo I think is a birthday
Voice 3: It's somebody's birthday, somebody's birthday party.
Voice 1: And where is this photograph that's in my hand?
Voice 3: This photo, which..
Voice 1: Where was that taken?
Sveta: it's a birthday party, my birthday.

**Exhibit 80 - 1194**

Voice 3: It's Svetlana's birthday party.
Voice: And where is it?
Voice 3: Where does it take place?
Sveta: At my home.
Voice 3: at her place
Voice 1: Do you have another photo?
Sveta: Mm-hm.
Voice 1: And who is in this photograph?
Voice 3: Who is in this photograph?
Sveta: In this photo is my husband Dmitry Koginov and Natalia
Voice 3: Svetlana's husband Dmitry and Natalia
Voice 1: So that is Dmitry?
Sveta: Mm-hm that is Dmitry.
Voice 3: It is Dmitry.
Voice 1: and?
Sveta: this photo is at the country house
Voice 3: this photo is at the country house, at the dacha
Sveta: When Natalia and Iouri would come visit us at the dacha
Voice 3: When Natalia and Iouri would come to visit us at the dacha
Sveta: they often, when there was a small baby, would drive us to the dacha and back
Voice 3: they would drive us to the dacha and back when we had a baby
Sveta: they were pretty mobile and were always willing to
Voice 3: they were mobile and were always ready to help, to drive us, whenever we wanted
Sveta: we would spend the weekend there
[cross talk] Voice 3; we would spend weekends there and come back to town together
Voice: Can you describe what a dacha is?
Voice 3: Tell us what a dacha is.
Sveta: It's very difficult to explain
Voice 3: Very difficult to explain.
Sveta: country house... you imagine what a house outside the city is...we can spend weekends there
Voice 3: country house. ......it's a place where we can go for the weekend...
Sveta: we can celebrate holidays there, in the summer you can leave your child with Grandma
Voice 3: It's a place where you can leave the kid at summer with your, with the kid's grandmother
Voice 1: And it's away from the city
Voice 3: Is it far from the city?
Sveta: No it's not very far......................an hour's drive
Voice 4: Seventy
Voice 3: not far         it's about an hour's drive
Voice 1: and you would spend time there with Iouri and your husband?
Voice 3: and you would spend time there with Iouri and your husband?
Sveta: Yes. And Natalia would come, not for a long time, just 1 or 2 days, a weekend
Voice 3: And Natalia would come, for a weekend, a day or 2, for the weekend
Sveta: And then we would all leave, of course, the working week would start
Voice 3: We would all come back for the week, for the hard week of work
Voice 1: Can you tell us about Iouri, what you remember about him?
Voice 3: Tell us about Iouri, what you remember
Sveta: Well I remember him very young, when we had just met ---
Voice 3:         I remember him very young, just when we met, he was a very young man
Sveta: I found him to be a nice young man, kind of loose and fun
Voice 3: I found him a very nice and easy-going young man, he was very...merry
Sveta: yeah, he was pretty open and you know, free, when you chatted

Page 2 of 10

Exhibit 80 - 1195

Voice: he was rather open and communicative
Sveta: he wasn't shy [cross-talk]
Voice 3: I can't say that he was reserved
Sveta: when we met                I felt like I'd known him a long time
Voice 3: when we met for the first time I felt as if we had known each other for a long time already
Sveta: I have to say it happens very rarely    when people        have just met and            have contact
Voice 3: it happens very rarely when people meet for the first time but they have good contact between themselves immediately
Sveta: Mm-hm. And then we started hanging out often ------- we were young, we'd drive places, walk places
Voice 3: Later we would often meet, we were young then, we would go somewhere together
Sveta: He would invite us to his place
Voice 3: He would invite us to his place
Sveta: because his apartment wasn't far from us
Voice 3: Because we didn't live far from each other
Sveta: the geography was convenient
Voice 3: closer...geographically it was convenient
Voice 1: And what were you studying at that time?
Voice 3: Where were you studying?
Sveta: At the medical university
Voice 3: at medical university
Voice 1: And was Dmitry also studying?
Voice 3: And your husband Dmitry also studied there?
Sveta: Yes. We studied together.
Voice 3: Yes. We studied there together.
Voice 1: Mm-hm. And what is your profession today?
Voice 3: And what is your profession today?
Sveta: A dentist.
Voice 1: You're a dentist, and what, is Dmitry a medical doctor - was a medical doctor?
Voice: And Dmitry was also a doctor?
Sveta: Yes. But he was a plastic surgeon, worked in the Institute of Traumatology and Orthopedics, but that was later
Voice 3: He was a plastic surgeon, worked in the Institute of Traumatology and Orthopedics, but that was later
Voice 1: Oh, ok. And did something happen to Dmitry, did he become ill?
Voice 3: Did something happen to Dmitry, did he become ill?
Sveta: A terrible thing happened to my husband.
Voice 3: A terrible thing happened to my husband.
Sveta: It was right after my birthday, you just saw the photos, I showed you...[gets interrupted]
Voice 3: you have just seen the photos and it happened practically a few days after my birthday party
Sveta: he drove to do errands, to work, and the next day...
Voice 3: The next day after the birthday party he would go to work
Sveta: he came back, and there is a terrible thing called, heart attack of young people
Voice 3: and a terrible thing happened, called a heart attack of the young people.
Sveta: it happened at home
Voice 3: it happened at home
Sveta: everyone was home, and nothing could be done to help...when they came...
Voice 3: it was a sudden heart attack and everybody was at home and the emergency came but nobody could help him
Sveta: I don't remember the moment well, of course
Voice 3: It's difficult to remember now this moment

**Exhibit 80 – 1196**

Sveta: But I remember for some reason that the first impluse- I call Iouri for some reason, I don't remember why I called him

Voice 3: I called Iouri, first I called Iouri, not even the emergency – I don't know why I called Iouri it was just a rush of the soul

Sveta: Yes, even though we had a lot of common friends..whom I thought of as more...close, let's say

Voice 3: We had a lot of other mutual friends and as it seemed in those days, more close.

Sveta: I called Iouri and now it seems it did everything for me that was possible

Voice 3: I called Iouri and now it seems it did everything for me that was possible

Sveta: Because I was in a sort of twilight consciousness...– sometimes I did not understand, remember

Voice 3: I was sort of shocked I was practically        couldn't understand what was happening around me

Sveta: And, I don't know how, he didn't cry and moan, he would drive us, make arrangements

Voice 3: he didn't cry and moan, he would drive us, talk to people, to necessary people to arrange everything

Sveta: And I can say now, I don't know what would have happened without him

Voice 3: I don't know what could have happened if it hadn't been for him

Sveta: And then, by comparison, when grief happens, some people ask, how can we help? But some don't ask, they just do.

Voice: Just to understand this, if something happens with you, they are people who ask, what can we do for you? And there are people who do not ask anything, but they just come and do things and he was one of those.

Voice 1: So he was that close to you, and...

Voice: So, he was a pretty close friend at that time.

Sveta: Yes. Of course

Voice 3: Yes.

Sveta: And then....

Voice 3: And after

Sveta: When, you, know, we might say, post factum, when you start to realize what happened...

Voice 3: Later on when you start thinking over what had happened

Sveta: Yes, and your mood and your status aren't getting better [cross-talk, inaudible]

Voice 3: and your condition is still very bad   Iouri was the person who managed to somehow stimulate

Sveta: I don't remember, he would talk, come by, I had a feeling of emptiness, and a child, who [inaudible]

Voice 1: And he would talk, come over, she had a feeling of emptiness and a kid who loved his dad very much

Sveta: and take us out

Voice: 3: Iouri would come and take them out so she didn't feel alone

Sveta: and maybe with some actions, I remember he sent me to a fitness club, so I could work out

Voice: She remembers very well that he took her to a fitness club, just for her to do something, to be busy with something.

Voice 1: And how do you feel about Iouri today?

Voice 3: How do you feel now, how do you feel about him now?

Sveta: I can only feel positive about him. [inaudible] nice man to whom I am grateful, let's say, he really did a lot

Voice 3: She can only say nice things, she knew only the best, he was the nicest person and she is very thankful to him, because he really did a lot

Sveta: and there was no hint of – in our relationship, sometimes, people are friends and

Voice 3: and everything was perfect in their relations...so that sometimes there may be some contradictions even when people are friends and here everything was...

Sveta: I mean I knew him...I don't even know when it happened, 14 years ago...and I have nothing but warmth and gratitude for him

Voice 3: This took place 14 years ago, she doesn't feel anything but warmth and gratitude towards him.

Page 4 of 10

**Exhibit 80 - 1197**

Voice 1: OK was there anything else you wanted to tell

Voice 3: maybe you want to add something to pass on?

Sveta: yes, of course, I don't know, I guess I'd like to wish him courage

Voice 3: I would like to wish him every courage

Sveta: And that everything would wrap up for him in a more favorable way   -- I am grateful to him, I remember him

Voice 3:  so that everything would be well for him I'm pretty thankful to him and wish him only good things

Sveta: I think maybe someone up there could help him

Voice 3: Maybe somebody form above is going to help him [crosstalk] because she knows that there are a lot of people to whom he brought real help.

Voice 1. Thank you.

Voice 1: Good morning. What is your full name?

Interpreter: Introduce yourself, please, with your full name.

Galina: Galina Pustushkina.

Voice 1: We hear Svetlana in the background. Are you related to Svetlana?

Interpreter: Are you related to Svetlana?

Galina: Yes, I am her mother.

Interpreter: Yes, I am her mother.

Voice 1: And did you also know Iouri Mikhel?

Interpreter: And did you also know Iouri Mikhel?

Galina: Yes, I did.

Interpreter: Yes, I've known him.

Galina: From the very first day when he met Sveta.

Galina: From the very first day my daughter met him.

Voice 1: Can you tell us about Iouri?

Interpreter: Tell us something about him.

Galina: what can I say, I just know he was very responsive.

Interpreter: He was a very good listener, he would come anytime.

Galina: if you needed a ride to the dacha, sure, from the dacha, sure [inaud]

Interpreter: whatever you needed, he would come, if you wanted to go to the dacha he would come, he would help us anyway, he would come, he treated us really nicely

Galina: he was very nice to the child

Interpreter: and he loved our kid and treated him very well

Voice 1: Was it difficult for you to listen to Svetlana talk about Dmitry?

Galina: Yes, very hard, because Iura was the one to came to help

Interp: Yes, very hard, because Iura was the first one to came to help us

Voice 1: And you spent time with him?

Interp: Did you spend a lot of time with him?

Galina: Well I would not say a lot of time but when he came over, I would see him and talk with him

Interp: I wouldn't say that I spent a lot of time, but he would come to our place, and I would come and talk to him.

Voice 1: And you would observe him?

Interp: And you would observe him?

Galina: yes, and I really like him, he treated us well

Interp: I like him very much, he was a big friend of ours

Voice 1: Would you like to say something to him, or about him                today?

Interp: Is there anything you want to tell him or something else about him

Galina: I just hope everything turns out well, his health, and I am grateful to him, grateful for everything.

Interp: I wish him very good health because I am so thankful to him.

**Exhibit 80 - 1198**

Galina: It's very hard for me to speak about the past

Interp: It's very hard for me to speak about the past

Galina: because it's as if this all happened yesterday and Ioura meant a lot to us

Interp: And Ioura was for us very much and he meant so much to us in those days

Voice 1: And you remember the time that he helped Svetlana after Dmitry's death?

Interp: And you remember the time that he helped Svetlana after Dmitry's death?

Galina: I remember everything.

Interp: I remember everything.

Galina: Yes. It was a very hard period, but...he was always nearby.

Galina: Yes. It was a very hard period, but...he was always by our side.

Voice: Ok.

Galina: he would even try to be a father to the child, who suffered...

Interp: To some extent he tried to be like a dad for the kid [crosstalk] and he would come specially to talk with the child.

Galina: because she really loved her dad and it was male attention

Interp: because she loved her dad very much and she needed male's attention.

Voice 1: And how is your granddaughter?

Interp: How is your granddaughter?

Galina: She is fine, she's grown up. Eighteen.

Interp: She's okay, she is 18 now. A big girl already.

Voice 1: Ok. Thank you.

Interp: Thank you very much.

Galina: You're welcome.


Voice 1: Hi. Can you tell us your full name?

Interp: Introduce yourself please, first and last name.

Olga: Startseva, Olya. Olga Aleksandrovna.

Voice 1: Are you Yana's mother?

Interp: Are you Yana's mother?

Olga: Yes.

Voice 1: Do you know Iouri Mikhel?

Interp: Do you know Iouri Mikhel?

Olga: Yes. I know him well.                I've known him since he was a boy

Interp: Yes, I know him. I know him very well and I knew him when he sort of a young boy.

Olga: My husband was his friend.

Interp: My husband was a friend of his.

Olga: We would often come, I had a friend, Natasha, and we would go visit him.

Interp: We would often come, Natasha was my friend, and we would come and visit them.

Olga: And Iouri lived around the same courtyard as Natasha.

Interp: The idea was that Natasha was my friend, and Iouri lived in the same yard as Natasha.

Olga: And later I realized that even as a boy, he was in love with Natasha, a grown woman.

Interp: And probably I didn't see it at first but I understood it much later that he was a young boy and she was sort of a grown-up woman, she was older, and it was only later that I understood that he was always in love, he had been always in love with her, she was sort of a grown up woman, an adult woman but he had been always in love with her.

Olga: Natasha's husband turned out not to be a very good husband.

Interp: Natasha's husband turned to be not a very reliable person.

Olga: And it happened, that Ioura waited until she was alone, and

Interp: And it happened Iouri waited long enough, til she was alone

Olga: And they lived together

Interp: And they lived together

**Exhibit 80 - 1199**

Voice 1: And they were, uh, boyfriend and girlfriend?

Interp: And they lived together without marrying?

Olga: no

Interp: No, just like boyfriend and girlfriend

Olga: they always had a good relationship [inaud]

Interp: It could be seen that when a person, when a person really loves a person

Voice 1: And you spent a lot of time with them?

Interp: And you spent a lot of time with them?

Olga: Yes.

Interp. Yes, we used to spend a lot of time together.

Olga: Our daughter was small

Interp: Our daughter was small then

Olga: And in the summer we would send her to the village, to her grandma's

Interp: And in the summer we would send her to the village, to her grandmother

Olga: and we would miss her in the summer, so we'd have to drive back and forth

Interp: in summer we would miss our daughter and we had to visit her and we wanted to visit her very often

Olga: And we would go with Iouri there, also

Interp: And often we'd go there with Iouri

Olga: and here we would meet up

Interp: And here we would often meet

Olga: He used to laugh at how I would drive

Interp: He used to laugh at how I would drive

Olga: The first time, he and I agreed, I went to the subway to pick him up  And he'd say, maybe I should drive?

Interp: I would go to the metro station and Iouri would suggest, maybe it will be me who will drive?

Olga: And I would say, why, I'm driving you! And we'd reach the first intersection and he'd say, ok, I see I don't have to replace you

Interp: And I'd say I am driving you, we'd reach the first crossroads and he'd say, ok, I see I don't have to replace you

Olga: I get it, I can drive with you

Interp: you drive very well, I can drive with you

Olga: he would often come over to our place

Interp: he would often come visit us

Olga: Yes, when we lived  nearby

Interp: when we lived  nearby

Olga: we would have holidays at his place, all holidays

Interp: And during holidays, we celebrated all holidays together

Olga: the only thing was, to be honest, from the outside he looked totally normal

Interp: to be honest, from the outside he looked ordinary man

Olga: But he was often in the hospital             but did not talk about it   but maybe had some pain inside

Interp: But he was often in the hospital and he would never tell people, like, I am sick, but there was some pain inside

Olga: He was at the hospital a lot

Interp: So he would often go to hospital

Voice 1: And you remember that?

Interp: And you remember that?

Olga: Yes.

Interp. Yes

Voice 1: At some point in time, did you travel with Iouri?

**Exhibit 80 - 1200**

Interp: Did you travel together with Iouri?

Olga: Yes, we traveled a lot.

Interp: Yes, we traveled a lot together.

Olga: For a long time, we weren't allowed to travel.

Interp: you understand that at first we could not travel at all in the Soviet Union.

Olga: Then when the opportunity was there, Iouri, as the organizer, he would gather all his friends, so we could go and see something

Interp: When we had an opportunity to travel, to meet together, to help them probably to travel, so he would come at them so they could also see the world

Olga: He would say, ok, we are all going to have new year somewhere

Interp: we are all going to have new year together, abroad

Olga: Or, it's my birthday and I invite you my birthday

Interp: Or, it's my birthday and I invite you my birthday in Paris

Olga: So that everyone could be together

Interp: so that they could all be together

Olga: he liked when everyone was together, like in the photos

Interp: he liked when everyone was together, have you seen those photos?

Voice: So, friendships were important to him?

Interp: So, friendships were important to him?

Olga: Yes, of course.

Interp: Yes, of course, of course.

Olga: In terms of friendship, he was great. This was a person you could rely on, always.

Interp: He was a nice guy. This was a person you could rely on, always.

Voice 1: Can you tell us who's in that photograph?

Interp: Can you tell us who's in that photograph?

Olga: Yes, in the photo here, should I show?

Interp: Yes

Olga: This is my husband on the right. Sveta, Natasha, and I can't see.

Interp: My husband is on the right, Svetlana, Natasha

Interp. Iouri.

Olga. Iouri. Iouri. This photo is without Yana?

Interp: This photo is without Yana?

Voice 1: And your husband is on the right?

Olga. Yes.

Voice 1. Vladimir.

Interp. Vladimir.

Olga: Yes, Vladimir.

Interp. Yes.

Voice 1: Here is another photo.

Olga: Yes, Yana is in this one.

Interp. You can see Yana too.

Olga: Benjamin Vladimirovich, Vika, his wife.

Interp. Benjamin Bril and his wife.

Olga: Sveta, Natasha, myself, and Yana and Ioura.

Olga: Svetlana, Natasha, myself and Yana and Iouri.

Voice 1: And these were Iouri's closest friends?

Interp: And these were Iouri's closest friends?

Olga: yes. Mostly he would gather everyone together.

Interp: these are people who he would collect together, gather together.

Voice 1: And Iouri is on the left, next to your daughter?

Interp: Iouri is on the left, next to your daughter?

**Exhibit 80 - 1201**

Olga: Yes. He raised her, in a way: She loved him, when she was small she was naughty...when she would behave badly, he would say, you aren't behaving well.

Interp: She loved him, when she was small she was naughty, He raised her up! He would always tell her how to behave.

Olga: She was...not... shy of him, but she listened to him, basically. He'd say, Yana, you should behave, and she would say, ok.

Interp: but she listened to him, basically. He'd say, Yana, you should behave, and she would say, ok.

Voice 1: He was a good influence on her.

Interp: He was a good influence on her.

Olga: Yes..[inaud]

Interp: Yes, she wouldn't pay any attention to her mom. But she would always listen to Uncle Ioura.

Voice 1. Good. And is this the group of friends with whom Iouri would travel?

Interp: And is this the group of friends with whom Iouri would travel?

Olga: Mostly, yes.

Interp: Yes, mostly.

Olga: we traveled everywhere...

Voice 1: Do you have another photo?

Olga: He would have lots of photos taken, would say, stand here, here's a good view, he wanted memories.

Interp: He would take lots of photos, would say, stand here, here's a good view, he wanted memories. He wanted to have things to remember.

Olga: Taking photos everywhere. We would be gone from morning til night, barely able to stand, going to all the museums. We went to Madame Tussaud, he'd take one group and the if some people were sleeping he'd come back and take them to the same museum.

Interp: We would be gone from morning til night, barely able to stand, going to all the museums. We went to Madame Tussaud, he'd take one group and the if some people were sleeping, Sveta would be sleeping.. he'd come back and take them to the same museum. You cannot miss it.

Voice 1: So travel was important to him?

Olga: Yes, very important.

Voice 1: And he learned to take photos.

Olga: It was when we were in London. This is Volodya my husband and Ioura. If we were sitting at home, he'd say let's get together and go somewhere.

Interp: He didn't like the idea of sitting at home, he'd say, why are we sitting at home, let's get together and go somewhere.

Olga: And if you're tired, don't say it, you still have to walk.

Interp: And no one could say they were tired,

Olga: we haven't been there or there, so...

Interp: We haven't seen this place and that place...

Olga: too bad if you are tired, you will rest at home...

Interp: if you are tired, rubbish, you will have take rest at home...

Olga: to see the maximum that he could

Interp: he wanted to see maximum of the things possible

Voice 1: Did he talk to you about love of travel, and..

Interp: Did he talk to you about love of travel, and..

Olga: he always did                 and we knew it

Interp: that is what he always said and it wasn't necessary to say, we knew it as it was

Olga: and we loved to travel, my husband and I

Interp: and we loved to travel, my husband and I

Olga: as soon as we had the opportunity, we went to Turkey, Sweden

Interp: as soon as we had the opportunity, we went to Turkey, Sweden

Olga: Finland, where else did we go, again to Turkey

**Exhibit 80 - 1202**

Interp: Finland, where else did we go, Turkey once again

Olga: Again Finland, to Austria,

Interp: Again Finland, to Austria,

Olga: Went to America because I have a friend in New York

Interp: Went to America because I have a friend in New York

Olga: we traveled a lot, it's fun to see other places

Interp: we traveled a lot, it's fun to see other places

Voice 1: And at some point did your husband get sick?

Interp: And at some point did your husband get sick?

Olga: Yes, he had brain cancer, it was a tumor in his brain, the kind that grew quickly, to fight it was impossible

Interp: he had brain cancer, there was a tumor that developed very quickly, and to fight it was impossible

Voice 1: And was Iouri there at that time?

Interpreter: Was Iouri here at that time?

Olga: No.

Interpreter: No.

Olga: He helped.

Interp: But he helped.

Olga: He helped. Sending money for the operation.

Interp: He helped from abroad. He sent money because you need a lot of money when you have an operation.

Olga: And I had a hard time in my life, after my husband died, I had to change jobs and for a time I was unemployed. And there was a whole set of circumstances that came together, it was a hard time for me and my daughter. And my daughter said, Mom I can't eat macaroni any more.

Interp: And I had a hard time in my life, after my husband died, I had to change jobs and for a time I was unemployed, all the circumstances together, it was a very tough time for me and my daughter. And my daughter used to say, mommy, I can't eat pasta any more.

Olga: And then Iouri helped us, very much. And I could even, almost....well you know sometimes when you have a positive thing happen...

Interp: Iouri helped us very much....you need some positive impulse,

Olga: And then everything works out...

Interp: and then everything becomes better

Olga: [inaudible]                    Yana also works....

Interp: after he helped me, I found job, I came back to my...we have quite a decent life, Yana also works....

Olga: She works and goes to an institute, she will go to English courses

Interp: She will go to English courses, English language courses

Voice 1: And Iouri was positive in that respect

Interp: In that sense, Ioura deserves credit

Olga: Yes

**Exhibit 80 - 1203**

# EXHIBIT

# 81

[too much crosstalk with Olga and Interp, so I focused on Olga]
Olga: because, I could have gotten lost
Interp: It could have been, I would have gotten lost without him
Olga: there is sometimes a stage in a person's life, where you can take a step up or you can lose everything
And that was the push that allowed my life to get better
Voice 1: and did you have other experiences with Iouri, similar to that?
Olga: The thing is, helping- he helped everyone, helped my husband with a car, as I'm remembering it, it just happened naturally, as if on its own...he would not just sit by and watch someone suffer
And he would give advice, that is also help
Voice 1: So he was a close friend to you and your husband
Olga: Yes. But it was not like a friendship between one person and one person. We had a collective, a group...and we are still friends, we talk and socialize. Svetlana takes care of our teeth
Voice 1: The dentist
Olga: She is our dentist and we would not go to anyone else
Voice 1: So you've all still remained friends
Olga: Yes
Voice 1: But many of your spouses are no longer here..is that true?
Olga: Yes.
Voice 1: Is there anything else you would like to say about Iouri to to Iouri?
Olga: Yes, I would, I would like him to come back to us. Iourka, come back, please. I miss you, honestly. Just come back, please, we believe that you couldn't have done anything bad. Seriously, you couldn't. So it's a mistake. We are waiting for you, Iourka.
Voice 1: Thank you.

(English-only interview with Interpreter Maria Smirnova)
(English-only interview with Interpreter Maria Smirnova)

Voice 1: Good morning
Yana: Good morning
Voice 1: What is your full name?
Yana: My name is Yana.
Voice 1: And your last name?
Yana: Startseva
Voice 1: Where are we today?
Yana: We are /where we are, right?
Interp: We are at...
Yana: Yes
Interp: Uh-huh
Yana: We are in the home of Natasha
Interp: We are at Natasha's place
Voice 1: And Natasha is who?
Yana: She is my godmother,
Voice 1: Does she know your parents?
Yana: Yes, she knew my parents.

**Exhibit 81 - 1204**

Uh, my father he died 6 years ago, my mother she is living now. She is a friend of , a good friend of uh Natasha, and u, yes

Voice 1: Ok. And your father, did he know Iouri Mikhel?

Yana: Yes, he was a good friend of Iouri, uh they had a friendship

Interp: OK speak Russian if you feel better

Yana: They were friends for a long time

Interp: they had been friends for a long time.

Voice 1: And when did you meet Iouri?

Yana: I don't know whether to speak English, or Russian. I met him when I was six years old. I remmeber very well his mother, he was a teacher of English

Interp: She was

Yana: [inaudible] the street and she gave me a lot of books in English, I liked it very much

Voice 1: So you're practicing your English

Yana: yes, I'm practicing, I'm trying to do this

Voice 1: you're doing a nice job. Um, I see that you're looking at a photograph. May I see that?

Yana: this is a photograph, we were in London in 1994.

Voice 1: Who is in it?

Yana: This is Iouri, this is me, this is Natasha.

Voice 1: May I see the photograph? How old were you in this photograph?

Yana: I was 10 years old. I remember that when we visited the Museum of Madam Tussaud, I was with my father, my mother, Iouri, and Natasha. I didn't want to go with my mother and father, I wanted to go with Natasha and Ioura, because, how do I say, I see my mother and father every day,

Interp: because I see my mom and my dad every day

Yana: And it was maybe the second day of my visiting London, and I

Interp:  Speak Russian, OK?

Yana: I was missing my godmother and Iouri,

Interp:  she was missing her godmother and Iouri very much and she wanted to go with them, to be with them, and not her parents

Voice 1: Did you like Iouri?

Yana: Yes but when I was uh 10 years old I was very naughty girl and all friends of Iouri and my mother and father told me that, not told me but,

Interp: spoke between themselves

Yana: spoke between themselves that who wants to kill themselves they must take me for one day [laughter]

Voice 1: that would be enough

Yana: no people said that Yana is flower. And when I was naughty, he would always say, you're not right. You need to do another way

Interp: right

Yana: another way, right way and I always / took offense

Interp: I would take offense

Yana: went to my room/ slammed the door

Interp: banged the door

Yana: banged the door, and told that Ioura I don't like you, go away

Now, when I am 22 I understand that my / behavior

Interp: behavior

Yana: My behavior was so wrong but when he told me

Interp: Speak Russian, ok

**Exhibit 81 – 1205**

Yana: I understand that what he was saying was right

Interp: now I understand that what he said was exactly the right thing for me

Yana: and my father died six years ago. He had a cancer. And my mother was very bad, and she began to drink alcohol and she was very bad I think because I remember

Interp: speak Russian

Yana: I can't speak Russian. I remember – it's hard – I was really worried and I was nervous, I was 15 years old, and I was left alone because my father passed away. He was my ideal.

Interp: I was nervous, I was 15 and I was left alone because my father passed away and he was sort of ideal for me.

Yana: And Ioura, when mom was in that situation, he told Natasha

Interp: when there was such a situation, Iouri told Natasha

Yana: that I want to give Olga a gift

Interp: that I want to help Olga

Yana: and the best -- well, I won't give her money, how about you will help, you'll buy a car

Interp: we cannot give money to her. Let us help her buy a car. Let it be not money but a car.

Yana: And so Natasha helped her buy a car.

Interp: Natasha helped her to buy a car.

Yana: And mama felt better

Interp: Sort of from that point, her mother recovered

Yana: She understood that she need to work, she need to talk with her daughter, with me, and she need to live – it was a very good, I think, deed

Interp: it was a very good deed of his, of Iouri's

Yana: Yes.

Voice 1: So, you're fond of Iouri? You like him?

Interp: So, you like Iouri?

Yana: Yes, that's why.

Voice 1: I see you're looking at his picture a lot.

Yana: I am just remembering and feeling emotions.

Interp: I remember many things and so I am full of emotions.

Yana: I was very naughty.

Voice 1: And he helped you get through that. I can't.

Yana: I just want to wish him all the best,

Interp: I just want to wish him only good.

Yana: And I would like, I want to meet him. I want to talk with him. I am very worried.

Interp: I am very much excited.

Yana: I am sorry.

Voice 1: That's ok. Thank you.

Yana: Thank you.

I remember. That is all that I remember. Because I was too young.

Voice 1: was she sick when you knew her, or was she ok?

Yana: She was ok, she was ok.

Voice 1: But did you learn that she later passed away?

Interp: But did you learn that she later passed away?

Yana: Yes.

Voice 1: You did. Ok.

Is there anything else that you'd like to say to Iouri or to people who might be wanting to know about him?

**Exhibit 81 – 1206**

Interp: Is there anything else that you'd like to say to Iouri or to people who might be wanting to know about him? To him or about him.

Yana: I don't even know what to say.

Interp: I don't even know what to say. Maybe some details?

Voice 1: Do you wish him the best?

Yana: Yes. I wish. All that I knew and remember I told you, I think.

Voice 1: OK, thank you.

Voice 1: What is your full name?

Yana: My full name is Yanina. And the second name is Startseva. Glad to meet you.

Voice 1: And where are we today?

Yana: We are in Natasha's house.

Voice 1: And who is Natasha?

Yana: Natasha is my godmother, um, I love her. I really love her. She is like my second mom.

Interp: She is like a second mom to me.

Voice 1: And who are your parents?

Yana: My father's name was Vladimir.

Interp: My father's name was Vladimir.

Yana: My mother's name is Olga.

Voice 1: And is Natasha friends with your parents?

Yana: Yes, my mother is still friends with Natasha.

Interp: my mother is still a friend of Natasha's.

Yana: And my father was also a friend of Natasha and her brother. They served together.

Interp: my father used to be a friend of Natasha and her brother. They served in the army together.

Voice 1: And did your father know Iouri Mikhel?

Yana: yes, they knew each other, they were friends

Interp: yes they were friends

Yana: they helped each other in difficult situations

Interp: they helped each other in difficult situations

Voice 1: they were friends?

Yana: Yes, they were friends.

Voice 1: Alright. You know a little bit of English? And you're practicing?

Yana: I'm trying to practice English because I am a teacher of English but I didn't have practice for three years. And I think I /forgot

Interp: forgot

Yana: forgot all of English words, a little bit nervous

Voice 1: Sure. You can speak in whatever you feel comfortable with. That's just fine. That's fine. Can you, do you remember Iouri?

Yana: Yes, I remember. When I was six years I think was the first time when I met him/ we would come to visit him and his mother

Interp: we would come to visit him and his mom, [crosstalk] she would give me a lot of English books

Yana: I still have them

Interp: I liked it very much, those books are still with me, I keep them because she died, and it's very sad

Interp: I am very upset about it

Yana: And

Voice 1: Do you remember Iouri?

**Exhibit 81 – 1207**

Yana: Yes, I remember him very well

Interp: Yes, I remember him very well

Yana: When I was 10 years old, uh, me, my mother, and my father we went to Iouri, to London, and we spend two, two weeks, I remember it was the Thanksgiving day, um, we did we made a big turkey And we ate it.

 I remember his present for me was a / money box

Interp: money box

Yana: a money box, like a burger, and you need to put a coin and press it, and the burger would eat the coin

Interp: the burger would eat the coin

Yana: and the present from my father was a /t-shirt

Interp: A t-shirt

Yana: with a /drawing

Interp: with a drawing

Yana: it was written

Interp: it was written

Yana: it was written, Oh No! And a man sitting /on a chair

Interp: on a chair

Yana: on a chair and doing like this, Oh No! And I have a photo of my father, he's in this t-shirt, and doing like this, oh no! and on the t-shirt, the same written, yes, and when we went to Madame Tussaud we walked a lot we walked in London /on foot

All 2 weeks and I remember when we were in Madame Tussaud, it was the second day or the third day and I didn't want to go with my mother and father /I was tired of them

Interp: I was tired of them

Yana: I was tired of them always Natasha, Iouri, and this is my photograph with Iouri, Natasha and me

Voice 1: So Iouri is here and you're there, how old are you?

Yana: I am 10 years old.

Voice 1: And Natasha's also in that photograph.

Yana: Yes. Natasha, Iouri and me.

Voice 1: and you remember that day?

Yana: yes, I remember it because I remember /the trip

Interp: a trip

Yana: I remember a trip in London because I was a very naughty girl, I didn't speak, /listen

Interp: I wouldn't listen to

Yana: I wouldn't listen to my father, I wouldn't listen to my mother, only Ioura would talk to me

Interp: I wouldn't listen to my father, I wouldn't listen to my mother, it was only Ioura who spoke to me

Yana: and he would tell me what I should be doing, that what I'm doing wasn't right. And I would take offense... slamming the door

Interp: and he would tell me which correct things I should do and what I should do correctly and I would always take offense with him,

I would bang the door probably

Yana: but now I understand that if he hadn't said those things, then no one could have handled me

Interp: but now I understand that if he hadn't told all those things to me, no one would have been able to deal with me at all

Yana: And all friends told, all friends of my mother and father who was with us, told if you want to kill yourself take Yana for one day, it was told me, Yana is a flower

Voice 1: Did Iouri ever take the challenge [inaudible]

**Exhibit 81 - 1208**

Yana: Yes. He always said, this this and this. You must to do, you needn't to go for a walk alone because I wanted to go for a walk, we was in a hotel/ I went down to the reception   alone

Interp: I went down to the reception alone

Yana: and I said I want to take a walk and he said don't go for a walk because there are mean people and they can take you away

Interp: the man at the reception told me, don't take a walk, there are bad people there they can take you away

Yana: and Iouri said, don't do that

Interp: And Iouri put my mind on the right side of that

Voice 1: Ohhh, ok. And you're in London in that photograph?

Yana: Yes I was in London, at Madame Tussaud

Voice 1: Did you live there at any time, or did your father?

Yana: My father lived there for one year, I think

Voice 1: and was that with Iouri?

Yana: yes it was with Iouri. There was a situation, my papa

Interp: there was a situation in our life

Yana: he had a cancer

Interp: my dad had cancer

Yana: He spent in the hospital for half a year and when, when he died, my mother  was very bad, and Iouri said to Natasha, you need to help Olga, and he owed some money to my father

Interp: he owed some money to Volodya, to Yana's mom, but her mother had problems, alcohol problems

Yana: Iouri said to Natasha, not to give money to Olga, but buying a car

Interp: Iouri said to Natasha, not to give money to Olga, but buy a car

Yana: And Natasha helped my mother to buy a car and, uh, my mother started to feel much better, he recovered, she found a job, she found strength

Interp: [interpreting over] she recovered after that, she found a job, and she found force in herself

Yana: I think it was the best deed for my mother and me

Interp: It was the best thing one could do for us, for my mom and myself

Yana: If my mom didn't have a car, I am not sure what would have become of us

Interp: If my mom didn't have a car, I don't know what would happen to me now

Yana: I would very much like to talk to Iouri, to see him

Interp: I would very much like to talk to Iouri now, to see him

Yana: and I hardly have any friends of my father left, because many of them have died

Interp: and I hardly have any friends of my father left, because many of them have died

Yana: It's very hard for me that I'm not going to see any of them

Interp: It's very hard for me that I'm not going to see any of them

Voice: And you think he helped your mother very much during

Yana: I think that he had- he did best thing for my mother and me, I think he need to be with us, I think it, I hope

Voice 1: And is there anything else that you want to say about Iouri?

Yana: I really much want to hear you, to see you, and I miss you very much. Thank you.

Voice 1: thank you.

Voice 1: Good morning

Interpreter: Good morning

Voice 1: Could you tell us your name?

**Exhibit 81 – 1209**

Interpreter: Introduce yourself, please first and last names

Margarita V: Dorchenko, Margarita Vasilievna

Interp: Dorchenko, Margarita Vasilievna

Voice 1: And what is today's date?

Interp: today's date, if you'd be so kind

Margarita V: 27th of October

Interp: Today is October the 27th

Voice 1: 2005

Interp: 2005

Voice 1: Where are we today?

Interp: Where are we today?

Margarita V: You are at school 166, central district of St. Petersburg

Interp: We are at gymnasium, school number 166, in the central district of St. Petersburg

Voice 1: And are we at recess?

Interp: Is it break time?

Margarita V: Yes

Voice 1: I can hear children. How long have you taught here?

Margarita V: This is my 40th year working at this school

Interp: I have been working at this school for 40th year now, for 40 years

Voice 1: 40 years, four zero. Did you teach in the mid-70s?

Interp: And you were a teacher in the mid-70s?

Margarita V: Yes.

Voice 1: And what was your subject then?

Margarita V: I taught history

Interp: I am a teacher of history and I used to be a teacher of history

Voice 1: And was one of your former students Iouri Mikhel?

Interp: Was Iouri Mikhel one of your former students?

Margarita V: Former students, yes, I taught in that class for 2 or 3 years, I don't remember now

Interp: Former students, yes, I taught in that class for 2 or 3 years, I don't remember it exactly

Voice 1: Do you remember Iouri?

Interp: Do you remember Iouri?

Margarita V: I do.

Interp: Yes, I do.

Voice 1: And did you call him by any special name?

Interp: And did you call him by any special name?

Margarita V: what?

Interp: Did he have a particular name?

<div align="right">**Exhibit 81 – 1210**</div>

# EXHIBIT

# 82

Video 3 with Margarita Vasilievna

Interp: Did he distinguish himself in some way?
Margarita: No, he didn't...
Interp: No, he didn't.
Margarita: He was an ordinary, average student.
Interp: He was just an ordinary, average pupil. Student.
Margarita: He wasn't very bright [inaud]
Interp: He wasn't very bright, but he wouldn't also get bad marks.
Voice 1: There's a photograph in front of you, is that Iouri?
Interp: There's a photograph in front of you, is that Iouri?
Margarita: Yes, it is Iouri.
Interp: Yes, it is Iouri.
Margarita: [inaudible]
Interp: I remember him snub-nosed
Voice 1: Do you recognize him?
Interp: Do you recognize him?
Margarita: Yes, I recognize him.
Interp: Yes, I recognize him.
Voice 1: And this was about the age at which you taught him?
Interp: And this was about the age at which you knew him?
Margarita: No, I think he's younger here.
Interp: A little bit younger. A little bit younger.
Voice 1: A little bit younger. So he was older when she taught him?
Interp: So he was older when you worked with him?
Margarita: Yes, I think I taught him in the 5th and 6th grade.
Interp: 5th and 6th grade.
Voice 1: And do you remember if he had a brother or sister?
Interp: And do you remember if he had a brother or sister?
Margarita: I know he had a mother and older brother.
Interp: I know he had a mother and older brother.
Voice 1: And do you know about his father?
Interp: And do you know about his father?
Margarita: No, I've never met him.
Interp: No, I've never met him.
Margarita: Only his mother.
Interp: I've only met his mother.
Voice 1: And do you recall whether or not Iouri was able to attend gym class?
Interp: And do you recall whether or not Iouri was able to attend gym class?
Margarita: I think he did go to gym class, but maybe one year he was excused.
Interp: I remember that for one year he was excluded from gym.
Margarita: Usually if children are sick, they are excused from gym for one day to recover, but if he was excused for an entire year, it means he had a serious illness, I don't recall what.
Interp: For a short period of time, but if he was released for a whole year, then it means he had a serious disease, but I don't actually remember which, exactly.
Voice 1: Ok, and that's the general reason why someone would miss gym?

Page 1 of 3

**Exhibit 82 - 1211**

Interp: And that's the general reason why someone would miss gym?

Margarita: yes

Interp: Yes, that's the reason why

Voice 1: OK. And are you the head of the school now?

Interp: Are you the head of the school now?

Margarita: I am the deputy principal.

Interp: I am the deputy principal of this school, the deputy director of this school.

Margarita: For the academic program.

Interp: I am responsible for the academic program, academic stuff.

Voice 1: And over 40 years, you've seen a lot of children.

Interp: And over 40 years, you've seen a lot of children.

Margarita: Quite a lot.

Interp: Quite a lot.

Voice 1: And you remember Iouri?

Interp: And you remember Iouri?

Margarita: Yes, I do...

Interp: Yes, I do.

Voice 1: And did you like him?

Margarita: ...he has an unusual last name.

Interp: He has an unusual last name.

Margarita: An unusual last name.

Voice 1: Oh, ok. And what was unusual about it?

Interp: What's unusual about it, it's not Russian?

Margarita: Well, not Russian. I mean, in those days, we had few last names that were unusual.

Interp: It doesn't sound Russian...in those days we had very few unusual last names in the school.

Voice 1: OK. And that

Margarita: Now we have different last names, but back then, there were few.

Interp: Now we have different last names, but in those days, we mostly had Russian last names

Voice 1: And this was not a Russian last name?

Interp: And this was not a Russian last name?

Margarita: No.

Voice 1: Oh, Ok. And did you like Iouri? Can you tell us about him as a little boy?

Interp: Did you like Iouri? Can you tell us about him as a little boy?

Margarita: He was an ordinary boy.

Interp: [simultaneously] he was just an ordinary boy, like all boys are, he would be noisy sometimes, like everybody else, during the recess time.

Margarita: together with the class. He had friends in class.

Interp: he would have friends in his class

Margarita: We could go on class trips..........holidays

Interp: We would go on excursions; he would take part in holidays in school

Margarita: He was polite, raised well

Interp: He was polite, well brought up

[crosstalk]

Interp: I never remember him being rude to anybody

Voice 1: Thank you very much

Interp: thank you. Thank you very much.

**Exhibit 82 - 1212**

Voice 1: Was there one more thing that you wanted to say?

Interp: What did you want to add?

Margarita: Yesterday after I talked to you, I felt anxious...

Interp: Yesterday after I talked to you, I felt somehow worried

Margarita: I could not fall asleep and found this photograph

Interp: it was at night that she found this picture:

Voice 1: And could she describe this photograph?

Interp: Can you tell us who is in this photo?

Margarita: Here is Ioura.

Interp: That is Ioura. That is Iouri. This is Iouri in this picture.

Voice 1: Is that a class photograph?

Interp: Is that a class, school photograph?

Margarita: Yes.

Voice 1: Is that you in the center?

Interp: Is that you in the center?

Margarita: Yes.

Voice 1: Ok. And you went and you found this in the evening?

Interp: You found that in the evening

Margarita: At night, very early this morning

Interp: At night, but late at night

Voice 1: May we keep this and we will give you a copy?

Interp: Can we keep this?

Margarita: If you have to for your work, of course

Interp: If it's necessary for your business, then of course you can take it.

Voice 1: Thank you so much. We'll return it to you.

Interp: Thank you so much. We'll return it to you.

Margarita: You're welcome.

**Exhibit 82 -  1213**

# EXHIBIT

# 83

107. Alifanova 1:

US person: Good morning
Alifanova: Good morning
US person: What is your name, please?
Alifanova: Natalia Alifanova
US person: and where are we today?
Interpreter: where are we located?
Alifanova: we are at my home          my apartment
Interpreter: we are at my place    my apartment
US person: are we in St. Petersburg, Russia?
Alifanova: this is St. Petersburg
Interpreter: yes, it is Petersburg, Russia
US person: what is today's date?
Interpreter: what is today's date?
Alifanova: today is the 19th of October 2005
Interpreter: today is October the 19th, 2005
US person: thank you. And do you know Iouri Mikhel?
Interpreter: Do you know Iouri Mikhel?
Alifanova: yes, I know him very well.
Interp: yes, I know him very well.
US person: how do you know him, how did you meet him?
Interp: how did you meet him?
Alifanova: we met a very long time ago. I would say, approximately – 80? Around 1978, maybe
Interp: It was very long ago, it was at the end of seventies, 1978 probably
Alifanova: if I am not mistaken, Iouri was 18 years old
Interp: if I am not mistaken, he was around 18 then
US person: can you tell us the circumstances of how you met him?
Interp: please tell us how you met him
Alifanova: the first time we met it was completely random
Interp: We met for the first time just accidentally
Alifanova: my husband and I were driving in a car and arrived at the building
Interp: my husband and I were driving in a car and we came up to the building
Alifanova: Iouri was also in a car and having a bit of car trouble
Interp: Iouri was also driving his own car and his car got broken
Alifanova: and he asked us to help him
Interp: and he asked us to help him
Alifanova: so he met my husband, we chatted, he came to our place
Interp: so he met my husband, we talked, and he would come visit us from time to time
Alifanova: with his girlfriend, he had a girlfriend at the time named Lena
Interp: with his girlfriend, he had a girlfriend in those days, her name was Lena
US person: And where did that happen, where did that meeting take place?
Interp: where did that meeting take place?
Alifanova: it took place – we lived in the same building, on Krasnoi Svyazi street

Page 1 of 11

**Exhibit 83 -  1214**

Interp: the meeting took place at the building on Krasnoi Svyazi street because we used to live in the same building

US person: and you lived in different apartments but in the same building?

Interp: and you lived in different apartments but in the same building?

Alifanova: different apartments but in the same building

Interp: we lived in different apartments in the same building

US person: OK. And you came to know Iouri through living in the same building?

Interp: so basically you came to know him by living in the same building?

Alifanova: of course, living in the same building - and then he had trouble, he went to prison

Interp: and later he got into trouble, he went to prison

Alifanova: and I did not hear anything from him for a long time

Interp: and for some period of time, I haven't heard anything of him

Alifanova: and then I got divorced, that was in 1985

Interp: and then I got divorced, and it was in 1985

Alifanova: and through his mother, Margarita Genrikhovna, he found me

Interp: and he managed to find me through his mother Margarita

US person: so you knew his mother

Interp: so you knew his mother

Alifanova: no, I met her later

Interp: I got personally acquainted with her a bit later

US person: ok and at the time you were living in the same building did you know whether Iouri had other relatives?

Interp: at the time you were living in the same building did you know whether Iouri had other relatives?

Alifanova: Yes, I knew - he had a brother, father had died, a grandmother who had died, but the brother did not live with them

Interp: he had a brother, his father was dead already, grandmother also died, but his brother wouldn't live with them

Alifanova: I just knew, since we lived in the same building, Margarita Genrikhovna, I had seen her, I knew she was his mother, we would say hello and goodbye

Interp: I just knew, since we lived in the same building, Margarita Genrikhovna, I had seen her, I knew she was his mother, we would say hello and goodbye

Alifanova: How's Ioura, but then he asked her, she told him my phone number

Interp: He just asked her to find Natasha and she learned the phone number, he asked his mother to learn Natasha's address and he wrote a letter to her from prison

Alifanova: we wrote letters to each other

Interp: we used to write letters to each other

Alifanova: and then when they took him to the "chemicals" *[slang term for forced labor, perhaps once at chemical plants]*, he found me

Interp: he was moved to halfway house and he found me personally, we could meet

Interp: He came and from that time on

US person: Thank you. Do you know, can you describe for us what a halfway house is?

Interp: Tell us, please, what is the "chemicals"?

Alifanova: Chemicals is when a person is still in prison

Interp: A halfway house is when a person is considered still in prison, so to say

Alifanova: a special settlement where they work all week

Interp: a special settlement where they work for a week

**Exhibit 83 -  1215**

Alifanova: and they are not allowed to leave, but they can go home on weekends, like they can leave on Friday evening but must return on Sunday evening

Interp: and they are not allowed to leave, but they can go home on weekends, like they can leave on Friday evening but must, they are supposed to go back on Sunday evening

US person: Ok, and you were corresponding with, communicating with Iouri during the time that he was in this halfway house?

Interp: so when he was at the chemicals you were writing letters and seeing him

Alifanova: No we wrote letters when he was in prison

Interp: no we only corresponded when he was in prison

Alifanova: when we were unable to meet

Interp: when we were unable to meet

Alifanova: but as soon as he was transferred to chemicals

Interp: as soon as he was transferred to halfway house

Alifanova: The first thing he did was come home

Interp: The first thing he did of course was he came home

Alifanova: gave flowers to his mother, bought one rose and came to me

Interp: gave flowers to his mother, bought one rose and came to me

US person: aw, how nice

Alifanova: and then he invited me, he and I took a walk, on that same day

Interp: On that same day we had a short walk

Alifanova: And then he invited me to his house because he said his mom promised to make pancakes

Interp: And then he invited me to his house because he said his mom promised to make pancakes

Alifanova: we came back, and that day an interesting movie was on TV, Heart of a Dog

Interp: and that very day there was a very interesting film on, on TV

Alifanova: His mother made the batter and sat down to watch the movie, saying, I have no time
And so I ended up cooking the pancakes and feeding him

Interp: His mother prepared the dough and sat down to watch the movie, saying, I have no time
And so it happened so that I had to cook the pancakes and feed the family while they were watching tv

US person: wow, quite a welcome to the family

Alifanova: Ioura would come every Friday, and my car was old

Interp: Ioura would come to town every Friday evening, because the settlement was out of town [crosstalk] I would go to the railway station, meet Iouri and we were together since that time

US person: and did you come to know his mother during that time?

Interp: and at that time, you met his mother and became closer?

Alifanova: yes, it happened because she was – she was lonely (or alone)

Interp: Yes it happened because she was very lonely

Alifanova: She was always at home by herself, knitting

Interp: seems like she was always very lonely, sitting at home, just knitting, she would save money on her food, she wouldn't buy good things

Alifanova: I worked in St. Petersburg and lived with my mom outside the city

Interp: I worked in St. Petersburg and lived with my mother in a suburb

Alifanova: but because my mother was still energetic

Interp: my mother used to be quite energetic in those days

Alifanova: she was a pensioner but still working

Interp: she was a pensioner but she would continue working

**Exhibit 83 - 1216**

Alifanova: so it wasn't a problem for me to leave her and go to Margarita Genrikhovna, I was basically living with her

Interp: it wasn't a problem for me to leave my mom, she was quite a capable person, but I had to leave her because I felt that Margarita weak and alone so I practically moved to Margarita and lived with her.

US person: And by that time, did Margarita have any of her family still with her? Her mother or her husband?

Interp: And by that time, did Margarita have any of her family still with her? Her mother or her husband?

Alifanova: no, no one, by that time was living with her

Interp: no, no one, she was absolutely alone

Alifanova: The older son left the family a long time before, I didn't even see him

Interp: the elder son had left long before I appeared, I have never seen him

Alifanova: I only saw him once, after Margarita died, at her funeral

Interp: I only saw him once, after Margarita died, at her funeral

US person: Did you know anything about the older son, did you know his name?

Interp: Did you know his name or anything about him?

Alifanova: I know his name is Vladimir

Interp: I know his name, his name is Vladimir

US person: so during the time you were with Margarita, you did not see him?

Interp: so during the time you were with Margarita, you did not see him?

Alifanova: I did not see him even once and also, I want to say, she told me, if Galya calls, don't call me to the phone

Interp: I did not see him even once and also, I want to say, she told me, if Galya calls, don't call me to the phone Don't ask me to take the phone

Alifanova: I asked who is Galya

Interp: I asked who is Galya

Alifanova: and she said that is Vladimir's wife

Interp: and she said that is Vladimir's wife

Alifanova: and I don't want to speak to him or to her

Interp: and Margarita said I don't want to speak neither to him, nor to her

Alifanova: she did not want to explain, I asked her often, she did not want to say what happened

Interp: she would often ask and Margarita would never explain

Alifanova: I know he was an alcoholic and would drink with his wife

Interp: the only thing I know is that he was an alcoholic and would drink together with his wife, that is probably the reason for it

US person: ok and how long is the period of time in which you spent with Margarita

Interp: how long is the period of time in which you spent with Margarita

Alifanova: a very long time, several years, up until her death

Interp: it was a very long time          a few years up to her death

Alifanova: three years

Interp: it was about three years

US person: before or after?

Interp: three years before her death

US person: would you see her every day?

Alifanova: yes, I would go to work in the morning and return in the evening

Interp: yes, I would go to work in the morning and return in the evening

US: you were basically living there

Interp: you were basically living there

**Exhibit 83 -  1217**

Alifanova: yes, except for the times I was seeing my mother

Interp: yes, except for the times I was seeing my mother

US person: ok and did you have a chance over the years

[crosstalk]

Alifanova: I was interested in Iouri's life, his childhood, trying to figure out why as such a young man he ended up in prison

Interp: it was very interesting and important for me to find out, why he so young had gotten into prison

US person: I see. And what did you come to learn?

Interp: what did you learn?

Alifanova: I learned quite a lot of things, many sad stories

Interp: I learned quite a lot of things, and those were very sad stories

Alifanova: Ioura was born to them when they were much older

Interp: They were aged parents

Alifanova: And the age difference between him and his older brother was maybe 15 years

Interp: I don't remember exactly but it was about 15 years, the age difference with his elder brother

Alifanova: and so Ioura was born late, maybe that is the reason, he was a very sickly child

Interp: probably this was the reason, that his parents were elderly people, but he was a very sick child

Alifanova: he was very sick, and the illnesses were serious ones [crosstalk]

Interp: serious diseases like ear inflammation, otitis and pneumonias,

Alifanova: as a child he would spend time in childcare centers where they are living, not going home

Interp: as a small kid, under 3, he would spend most of his time in boarding house nursery, it is a place where children practically live for a week and more and they do not see their parents

Alifanova: at hospitals, at sanatoriums,

Interp: he would spend a lot of time at hospitals, sanatoriums,

US person: can you tell us what a sanatorium is?

Interp: can you tell us what a sanatorium is?

Alifanova: a sanatorium is like a kindergarten but outside the city, where it's green, there are trees

Interp: it's a sort of kindergarten or nursery but it is out of town  where there would be  greenery around

Alifanova: And since, perhaps the family wasn't very well-off, these round-the-clock nurseries and sanatoriums were free of charge

Interp: I think the family was quite in poor conditions, those boarding house nurseries and sanatoriums are free

US person: and you think the family did not have the ability to pay for those services?

Interp: you don't think the family had much money

Alifanova: right, because the grandmother was a pensioner, now veterans get a bigger pension, but back then they didn't

Interp: right, because his grandmother was a pensioner, now war veterans get a high pension and in those days their pensions were very low

Alifanova: his grandmother was a "medik" (medical worker) and in those days they were not well paid

Interp: his grandmother was a doctor and in those days doctors were not well paid

Alifanova: Margarita Genrikhovna was a teacher, that also is not well paid

Interp: Margarita worked a teacher, it's also very low salary

Alifanova: his father was often ill

Interp: their father was a very sick man

Alifanova: and he died early I think Iouri was 12

Interp: and he died very early, Iouri was I think he was about 12

Exhibit 83 -  1218

US person: ok I see some photos in front of you, did you have an opportunity to receive photos from Margarita during the time you lived with her

Interp: [crosstalk] during the time you lived with her, did she talk about them  -- of course she would tell a lot of stories, she was fond of showing photographs, I keep now all those photos, here for example Iouri is 5 and he is in a sanatorium.

US person: can you describe what is written

Interp: may I do it?

US person: yes

Interp: It is written in the upper right hand corner Village of Ushkovo, Sanatorium "Zvyozdochka" zvyozdochka means starlit, it's the name of the sanatorium, 1970.

US person: And Iouri is present on the left

Interp: Iouri is on the left

US person: and is there another photo there?

Interp: what are these photos?

Alifanova: this is his grandmother

Interp: this is a photo of his grandmother

Alifanova: a veteran of the war

Interp: she's a war veteran

Alifanova: she had a very interesting- when Margarita died, I got all the photos

Interp: When Margarita died, I got access to – I got all these photos, Margarita used to tell me, but it's the grandmother- it's a very strange hobby of hers, she inscribed all those photographs, where it is, when it happened, who is in the picture, what happened to a person and things like this

US person: And this would be writing on the right-hand side by his grandmother?

Interp: Yes, yes

US person: and is this what his grandmother looked like when you saw her?   At this age    at the apartment building

Interp: and is this what his grandmother looked like when you saw her?   At this age    when you would see her in the courtyard or in the building

Alifanova: yes, it seems like she always looked this way

Interp: the impression for Natasha is that she always looked like this, she always looked like this

US person: older, I would say.   Is there another photo?

Alifanova: this is a photo of Iouri's elder brother Vladimir when he was in the Soviet army

Interp: this is a photo of Iouri's elder brother Vladimir when he was in the army

US person: and you said you met him only once [crosstalk]

Interp: you said you only met him once can you tell us when

Alifanova: it was when Margarita Genrikhovna died. Ioura and I arrived at the morgue

Interp: when Margarita died Ioura and I came to the morgue to take a coffin.

Alifanova: And he came there with his wife which shocked me

Interp: what surprised me and shocked me

US person: What was surprising about what you saw?

Interp: what shocked you?

Alifanova: well naturally, the mama has died, we were very worried, [or greiving] Ioura was very sad, and she had become a relative to me, and he came as though he had an excuse to drink,

Interp: [interpreting simultaneously] And he came as if it was a good excuse for him to drink, and he would come straight to the morgue and drink with the person working there

US person: He actually had a drink with the mortician

**Exhibit 83 -  1219**

Interp: He had a drink with the person in the morgue

US person: I see. Could you, do you have one more photo there?

Interp: whose photo is this?

Alifanova: This is Margarita Genrikhovna in her youth

Interp: it is a photo of Margarita when she was young

Alifanova: The grandma did not write anything so I don't know how old she is here

Interp: It is not described by the grandmother so it's difficult to say how old she is here

US person: OK

Interp: But she was sort of young

[crosstalk]

Interp: When you met her, she was much older

Alifanova: Of course

US person: ok. You have a book in front of you, it appears to be an older book, could you tell us about that?

Alifanova: This is Ioura's medical record from when he was young

Interp: It's not actually a book, it is Ioura's medical records from when he was a small boy

Alifanova: The history of all his illnesses

Interp: The history of his illnesses til he was 14

Alifanova: [crosstalk] I read it later- history of all the illnesses

Interp: Everything is recorded here, his illnesses, all his boarding nursery schools, kindergartens

US person: And can you tell us some of the things that you read?

Interp: What do you remember of what you read?

Alifanova: what I remember is that the boy is in a round-the-clock childcare center because his father is ill

Interp: I remember that the child is in a boarding, a 24-hours kindergarten because his father is ill

Alifanova: And the mother did not see a doctor in time because she was taking care of the ill father

Interp: mother wouldn't address the doctor on time because she had to take care of the father who is sick

Alifanova: [starts talking, Interp speaks over her] They sent him to a sanatorium because he was sick and there was no one to – the grandmother is also sick the father is ill and there is no one to look after the child

US person: and do recall some of the actual illnesses of the child?

Interp: what illnesses did he have, actually? Do you remember?

Alifanova: many.  Otitis.

Interp: A lot of things, He had right ear inflammation, pneumonia many times
To say nothing of acute respiratory diseases, colds.  Ioura would tell me how he remembers all those incessant pneumonias

US person: And they were all documented in this book?

Interp: they are written about in this book?

Alifanova: Of course

Interp: Yes

Alifanova: Everything is written here, what the child was ill with, when, where, which vaccinations, which hospital, what treatment he received

Interp: Here is everything, what the child was ill with, vaccinations, which hospital, what treatment he received

US person: Could you tell us some of your observations and communications with Margarita?

Interp: can you tell us what you discussed with Margarita, what you observed, what is was like to live with her?

Alifanova: Well how do I say this, on the one hand living with her was easy

Interp: on the one hand it was very easy to live with her

Alifanova: And on the other hand, it was difficult, you had to make her to eat normally

Interp: But it was also very difficult, she had to be made to eat properly

**Exhibit 83 -  1220**

Alifanova: Because her favorite- she had a favorite place, a dumpling shop

Interp: she wouldn't eat at home she would eat in a very low rate canteen [crosstalk] in a low-rate canteen for working people, a very simple place, because she would economize on food, she would economize

Alifanova: although [crosstalk]

Interp: although she could cook very well she would economize all her life

Alifanova: I wonder if it was because of the "blockade" [Siege of Leningrad]-- I think it was a consequence of her having stayed in St. Petersburg during the siege, during the war

Alifanova: she would tell me that she underwent the siege in the apartment she and I were living in

Interp: She would tell me that she spent the entire siege of Leningrad in the apartment where we then lived together

Alifanova: she would remember the cold, the hunger

Interp: She would remember the starvation, and the cold all the time, an oven, a stove which they had to install in the kitchen not to die of cold

Alifanova: And she retained a habit of buying lots of grains, lots of macaroni, [crosstalk]

Interp: And she had a habit of storing cereals, storing pasta, storing sugar

Alifanova: Lots. Lots.

Interp: Have a constant stock of food

Alifanova: And one time she called me, saying, Natasha what is this, have a look

Interp: And one time she calls me and says, what's there? Have a look!

Alifanova: And they were small mice --- because she would buy it and set it there

Interp: And there were even small mice living in those cereals because she would buy and store products

US person: and this was in the late '80s, early 90s?

Interp: and this was in the late '80s, early 90s?

Alifanova: Yes

Interp: Yes, exactly

US person:  And do you recall other stories?

Interp: What else do you remember

US person: About her history or family history

Alifanova: I also remember she had a habit- she had 2 rooms, they were bright

Interp: I also remember she had a habit, there were 2 rooms in the flat, they were sort of, there was light in them there was also a kitchen where there was natural light from the windows,

Alifanova: she would sit in the hallway under a little bulb and knit   ---            I would scold her, you're hurting your eyes, go to the room

Interp: sit in the dark corridor, under a little bulb knitting something and Natasha would shout at her      you are spoiling your eyesight, go to the room

Alifanova: so that, maybe it was a way of economizing on electricity

Maybe she was economizing on electricity

US person: She would sit in dark corridors? How often would she do that?

Interp: how often did she do that?

Alifanova: whenever I came there after work [crosstalk]

Interp: every time when Natasha would come from work to give her her dinner

Alifanova: I would sort of encourage it, and in daytime she might be in other parts of the apartment but in the evening she'd be sitting knitting or sleeping

Interp: [crosstalk] in the evening she'd be sitting knitting or sleeping

Alifanova: What else can I remember? She had golden hands, of course, she could knit and sew, young girls would come to her and she's show them how to knit and sew

**Exhibit 83 -  1221**

Interp: She had golden hands, of course, she could knit and sew

Young girls would come to her and she would show them how to knit and how to sew

Alifanova: that was her great hobby

US person: Do you recall her interaction with Iouri?

Interp: What were her interactions with Iouri?

Alifanova: with Iouri...he treated her with great tenderness....it seemed like when I came along, all the cares could just be offloaded onto me

Interp: Thinking of her, I had sort of impression that when I appeared, she was very happy uh just to move all the responsibility for Iouri on me, just to take all the responsibility off herself

US person: what do you mean by that?

Interp: what do you mean by that specifically?

Alifanova: Specifically, what do I mean? Specifically, what I mean is, if I would go home to Ko---inaudible town, I'd come back and ask did you eat, nope, we were waiting for you..if he came home and I wasn't there she did not feed him

Interp: concrete facts, I go home, I go to my suburb home, I would ask her di you eat she said no we were waiting for you, so if Iouri came home and Natasha wasn't there she wouldn't even give any food to him, she would wait for Natasha to come and feed him

Ok, did you have other observations?

Alifanova: well, Ioura-  since she was always saving, she saved up some money and Ioura made her, just **made** her get a foreign passport [for travel]

Interp: get her foreign passport and go to Germany and visit her relatives

US person: She was German?

Interp: She was of German descent?

Alifanova: Yes she was of German descent. I would like to request, I am quite nervous, let's take a small break.

Interp: Excuse me. I am very nervous, if we just could have a break now.

US person: Yes. Ok we're back, I've added battery. Where we just left off I believe you were talking about Margarita's ancestry being German. Did that include her mother, Iouri's grandmother?

Interp: Where we just left off I believe you were talking about Margarita's ancestry being German. Did that include her mother, Iouri's grandmother?

US person: was she also German?

Interp:  was she also German?

Alifanova: yes, yes.

Interp: yes, of course she was also German

Alifanova: And they have a lot of relatives in Germany – in 1939 as the war was starting, there was a campaign to exile them

Interp: they have many relatives in Germany, the idea was that in 1939 when the second world war started germans were prosecuted in this country,  there was a campaign, they were exiled to the Volga, to Kazakhstan, far from the European part of the country

Alifanova: at a certain point, relatives were allowed to emigrate because they wanted to, and Margarita Genrikhovna always wanted to stay in Russia

Interp: at some period of time, their relatives were able to emigrate because they wanted to, and Margarita Genrikhovna wanted to stay in Russia, she would tell me a lot about her mother going to the front, her husband, it was a very hard time, I have spoken about it, during the war and during the siege when she was in the city

Alifanova: and it's not that she held on to it, it's just that this was all very dear to her and she did not want to go anywhere, she felt her whole life that was proving that she deserved to be in Russia and to be Russian

**Exhibit 83 -  1222**

Interp: it was very important for her to prove she didn't want to leave to Germany, for some reason it was very important fore her to prove that she had every right to live in Russia.

**Exhibit 83 -  1223**

Page 11 of 11

**Exhibit 83 -  1224**

<u>Mikhel Video 108</u>

Interp: Russia and to be called Russian

Alifanova: when she died, I found her autobiography

Interp: when she died, I managed to see her autobiography because all the documents of the family came to be in my possession because they didn't have any more relatives --

Alifanova: and with all her life, her work she believes she has a right to be called Russian

Interp: and with all her life, her work she thinks that she has a right to be called Russian

Alifanova: so by the end of her life, with all the hardships...she seemed like she was in a depression; maybe that is why she did not take care of Iouri

Interp: if we keep in mind her hard life and her not very good health,   there was an impression she was constantly in depression that is; probably because of that she would never take care of Iouri.

Alifanova: at first she couldn't because of the parents she couldn't because her mama, his grandmother was sick, her husband was sick then her husband died

Interp: first she simply couldn't because parents were sick, then her husband was sick. First her husband died then her mother died.

Alifanova: and for her it was like, I didn't take care of Ioura and

Interp: I did not take care of the child in his childhood and I'm not going to take care of him now

Alifanova: I also want to say that his father fought in the war and after the war he drank a lot.

Interp: I want to say that his father was also at war and it was after the war       He used to drink a lot. Iouri's

Alifanova: And his elder brother, Iouri's started being an alcoholic in the army

Interp: Iouri's elder brother started being an alcoholic while in the army

Alifanova: All these stories, her stories about the siege, and war and grandmother told Ioura about the war

Interp: and Iouri's grandmother would tell him a lot of stories about war about her war experience

Alifanova: this affected him in the sense that he wanted to avoid the army at all cost

Interp: and maybe this was one of the reasons why he would try to evade army in any possible way

Alifanova: in terms of his nature, he really is a very tender, a very caring person

Interp: in terms of his nature, he a very tender, very gentle person

Alifanova: for him to hit someone, it's impossible

Interp: for example it's impossible for him to hit anyone

Alifanova: and in those days when he was to serve in the army, we had Afghanistan

Interp: And in those days when he was supposed to go to the army, Soviet Union was, so to say, helping Afghanistan [crosstalk] and young boys were sent actually to the war and it was a great surprise to me that Iouri's mother, who used to know a lot about war, and who lived here during the war

Alifanova: living here during the war, why couldn't she help him?

Interp: why she couldn't and wouldn't help her son?

Alifanova: now there is a Committee of Mothers

Interp: nowadays in Petersburg there is a so-called Committee of Mothers

Alifanova: and they do everything so that their children don't have to go to the army, because even now there are a lot if incidents and accidents

Interp: even now, a Russian mother would do anything possible for her son not to go to the army- incidents and accidents in the army, young boys would be killed there somehow, accidentally

US person: How could Margarita have helped Iouri?

Interp: How could Margarita have helped Iouri?

Alifanova: very simple. He was a sick boy. We have proof, we have the record, after childhood illnesses there are complications ,,, and he had problem with his leg, his knee

<div align="center">Page 1 of 7</div>

<div align="right">**Exhibit 83 -  1225**</div>

Interp: He was a sick boy, we have evidence, we have the records, there are complications which would last for all his further life, and he had a problem with his leg, with his knee,

Alifanova: so based on medical data

Interp: it would be very easy to release him from the army on medical, based on medical evidence. He had poor eyesight/ For some reason he had to struggle himself, he had no support

Alifanova: His brother left. His grandma died, father died

Interp: His brother had left the family long before, his grandmother had died, his father died

Alifanova: and the mom did not seem to care [crosstalk]

Interp: and the mom, it was all the same to her, what was going to happen to him

Alifanova: and when he was in prison, she just went to the 2-day visit, he told me that

Interp: when he was in prison she would only visit him once for 2 days

Alifanova: it is prison, you know how they are fed, and she'd have small jars of jam

Interp: it was prison, it was evident how they are fed in prison and she would only bring him small jars of jam

Alifanova: Because, at the dacha. She basically loved the dacha.

Interp: She loved being at the dacha.

Alifanova: there are berries

Interp: So there are free berries at the dacha and she would make homemade jam. And that was what she brought him.

Alifanova: and when Ioura, yes, I also want to tell a story about the mother's attitude

Interp: Probably I would like to tell you a story showing her typical attitude

Alifanova: when Ioura was still in prison

Interp: Iouri was still in prison

Alifanova: there was a need to telephone an official

Interp: it was necessary to call one official

Alifanova: I would try, I would go, I would call, and they would ask who are you, and I say, the wife

Interp: anyone would ask her, who are you, to him?

Alifanova: I would say I am his wife, but he is not married

Interp: but he is not legally married

Alifanova: I asked Margarita Genrikhovna to call

Interp: I asked Margarita to call

Alifanova: today, at this time, please call

Interp: Margarita, today at this and that time, would you please call?

Alifanova: I would get home from work, did you call?

Interp: Natasha came home from work and asked did you call?

Alifanova: And she says no, I just woke up

Interp: And she says no, I didn't have time enough and uh, I've just got up

Alifanova: and it's already evening

Interp: and it's already evening

Alifanova: I'm not saying-I mean, I did get it done [crosstalk]

Interp: Natasha managed to do the thing and she managed to bring him home

Alifanova: With a lawyer and at the last moment we managed

Interp: She managed to do it with a lawyer and at the very last moment they managed to help him

[talking over Alifanova] It was a serious case because he was in halfway and they could have make him go back to prison again because of some mistake

Alifanova: and what happened, I will tell you, he got sick and was in the hospital for a time

Interp: The idea was, while he was in the halfway, he got ill and was kept for some time in the hospital

**Exhibit 83 -  1226**

Alifanova: and after that he had a paper, saying that if he is sick, he has a right to be home

Interp: if you are a sick person and you are in the halfway, you have a right to stay at home during your illness

US person- Uh-huh

Alifanova: but the police came with no explanation and took him away from home

Interp: but the police came with no explanation and took him away from home

Alifanova: they said we will shut him away and that's it

Interp: they said we will put him in prison again

Alifanova: it was very hard and I achieved it – because I was nobody to him

Interp: it was very hard for me – formally I was nobody to him and his mother who do nothing to him

Alifanova: his mother was not doing anything. Also I want to say that I lived with her for three years,

Interp: also I want to say that I stayed with her for three years         my friends would visit me

Alifanova: once she said to, why haven't your friends come in a long time?

Interp: she asked me, why won't the girls come often? I am bored

Alifanova: what was going on with Iouri, that he needs help, she was not interested

Interp: she was not interested in Iouri's affairs and she had to help him in those days, [talking over Alifanova] she could get busy helping Iouri, but she liked sitting in the kitchen with my friends and just chatting with them, socializing with them

US: and this information you learned through your time with Margarita, and the photos and memorabilia

Interp: you learned about all of this while you lived with Margarita

Alifanova: yes of course – I really wondered, I've already spoken about it, the family is normal

Interp: Yes. I've already told about it, I was very much interested, it is a normal family,

Alifanova: how could a young man, from such an ordinary family who values friendship, who helps people

Interp: how could a kid from such a normal family, who would appreciate friendship, who would help everybody, how would, how could a good kid from such a normal family get into a situation like this, so I would ask and ask questions

Alifanova: yes, photos,

Interp: I was very much interested in the history of the family

Alifanova: And it was very surprising for me, very surprising, that a person who experienced so much, doesn't help their son

Interp: that a person who herself has lived through so many hardships, wouldn't help her son

US person: And you felt that that somehow contributed to his prison commitment and ---

Interp: you think it was her actions that led to him going to prison?

Alifanova: yes I do.

Interp: yes, I am afraid, yes it was her fault to some extent

Alifanova: because starting in school, he was his own

Interp: since he was a small boy, he had to raise himself up

Alifanova: what happened was, he had to survive on his own, to do something

Interp: the boy had to survive, had to do everything for himself

US person: And do you know why he actually went to prison?

Interp: And do you know why he actually went to prison?

Alifanova: he didn't really like talking about it   - blackmail

Interp: It isn't that he would like telling me about it

Alifanova: in some way, he was trying to evade the army

Interp: What I know is he was trying to evade the army

Alifanova: he'd say, it's in the past and over now

Interp: what he would say is, everything is in the past; I don't want much to talk about it

**Exhibit 83 -  1227**

Alifanova: Yes, maybe he was offended that his mother wasn't helping him, he tried to do something himself and it didn't work

Interp: But I know, I know for sure that this was because his mother couldn't help him and he tried to do something himself and he failed to evade the army

Alifanova: but I want to say, the way he treated others – he was sitting in prison

Interp: but I want to say one thing, in this country people would look at a person and say, oh he was in prison

Alifanova: maybe this will tell you what kind of person he is, after he was released

Interp: But I want to stress one characteristic of his: when he came back from prison, when he was released

Alifanova: all his friends accepted him back

Interp: all his friends accepted him, let him back into their families

Alifanova: he had a friend, Dmitry, he dies very young when he was 26

Interp: he had a friend, Dmitry, he dies very early, he was 26 or something

Alifanova: it was a big shock for Iouri, he found his friend, and lost him right away

Interp: it was a big shock for Iouri, he had just been released, he found his friend again and he lost him again immediately

Alifanova: He was young and the whole family was depressed

Interp: [speaking over] Iouri practically organized the funerals himself

Alifanova: he did everything. If the relatives did not know something, they would say, ask Iouri.

Interp: if there were any questions, the relatives would say ask Ioura about it

US person: he was responsible

Interp: he was in charge, responsible for it

US person: and he cherished his friendships

Interp: he cherished his friendships

Alifanova: he really did

US person: do you recall some of his other friends

Interp: Can you tell an episode?

Alifanova: he had a second friend who died, Vladimir, but that was later

Interp: he had a second friend who died, Vladimir, it was much time later

Alifanova: he left a widow and a child, and she wasn't a strong enough person to well I won't say stand on her feet, but to live independently

Interp: he left a widow and a child, and she wasn't a strong enough person to live a life on her own

Alifanova: and she started drinking with unknown people

Interp: she started drinking with some strange people and when Iouri learned about it he asked Natasha not to give her any money

Alifanova: she had an old car, she sold it, they helped her buy a new one; she understood she needs to drive and she cannot drink anymore

Interp: --she is a driver, she cannot drink anymore and she found a job, she started her life again, she repaired her flat, she started looking after the kid

US person: and this, just going back a little bit, this is after Iouri has been released from the halfway house, can you tell us about the time when he is finally released from the halfway house, is his mother still alive? Do you remember when she died?

Interp: can you tell us about the time when he is finally released from the halfway house, is his mother still alive? Do you remember when she died?

Alifanova: Yes she died in June 1992.

Interp: she died in June 1992.

**Exhibit 83 -  1228**

Alifanova: I remember it very well even without any documents because Iouri had a birthday in April and there is a photo of her, 2 months before her death

Interp: And I remember it was 2 months before she died

Alifanova: And she wasn't feeling well at all – and I want to say about her illness, she was very ill, she had problems with her liver and stomach. When Iouri was able to, he sent her to the hospital for a full set of tests

Interp: when Iouri had the opportunity he put her in the hospital for a full examination, they discovered stomach cancer

Alifanova: they transferred her to another hospital where she had surgery, that they had caught it early, it was the early stage, the surgery went well. But after that – then Iouri sent her to a sanatorium. But she needed to follow a strict diet. And she didn't. She could have lived for a long time. The last hope was her going to the Institute of Emergency Medicine, they had new technologies. I don't recall exactly but it was related to blood transfusions.

Interp: [interpreting all of the above] When Iouri heard about it, he put her in that hospital. But it was too late, it wouldn't help.

US person: So he wanted to help his mother

Interp: so he always helped his mother

Alifanova: he wanted her to live, to recover, and she did nothing to that end

Interp: he wanted her to recover and she would do nothing to help herself

US person: Mm-kay. And she eventually passed away, and after that, Iouri is now free, can you talk a little bit abut your life together at that point? What's happening in the country?

Interp:  And she eventually passed away, and after that, Iouri is now free, can you talk a little bit abut your life together at that point? What's happening in the country?

Alifanova: at that time it was Perestroika.

Interp: we had Perestroika, reconstruction, in the country

Alifanova: this time was very hard for Iouri, he'd been cut off from society, many changes had taken place – Perestroika meant chaos

Interp: this time was very hard for Iouri, he spent many time in prison, he'd been cut off from society, many changes had taken place – Perestroika means chaos

Alifanova: almost everyone was working illegally, a lot of freedom, and he was sort of lost

Interp: the situation was that everyone was working illegally in the country, because a lot of freedom

Alfanova: with his profession, they one he had, it was impossible to live

US person: what was his profession?

Alifanova: furniture repair and restoration. No one was restoring anything at that time, too much else going on

US person: can you tell us more about what life was like, can you tell us what were the changes before, as opposed to after

Interp: can you tell us what were the changes before, as opposed to after?

Alifanova: I would love to tell you, but first of all, I am nervous and also I am not a politician; I can tell you I was protected, I was a medical worker and [crosstalk]

Interp: --you could ask a specialist about that; I was protected; I was a doctor, not a doctor but a medical worker and I had a permanent place of work and I got a salary

US person: and if you hadn't had that?

Interp: If you hadn't had that what would you have had to do?

Alifanova: Hadn't had what?

Interp: a profession

Alifanova: it's scary to think about that

Interp: it's hard even to think about it, it's awful even to think about it

**Exhibit 83 -  1229**

Alifanova: I don't even know

US person: and when you said it would be common for people to do illegal things, can you talk about what that means?

Interp: and when you said it would be common for people to do illegal things, can you talk about what that means?

Alifanova: it means it was the only way to survive

Interp: it means that people could not live otherwise

US person: What types of activities are considered illegal?

Alifanova: It means everything, sales, politics, I think, I don't know.

Interp: It means everything: trade, politics..

US person: OK, so at this point in time, when, that is what's happening around the time that Margarita passes away and Iouri is released, around 1990, 1992?

Alifanova: Yes. All of that period.

Interp: Yes, all that period of time.

US person: OK can you start to describe your life at this period, with Iouri? As your partner, how did you begin to build your life?

Interp: can you start to describe your life at this period, with Iouri? As your partner, how did you begin to build your life?

Alifanova: I don't know, it was so simple and easy with him, we did not build our life, it just was

Interp: it was so simple and easy with him, we did not have to build our life, we just had it

Alifanova: I never imagined I would have somebody else by my side except for Iouri

Interp: I never imagined I would have somebody else by my side except for Iouri

Alifanova: we had a great life together, the ten years I spent with him were 10 years of happiness, there were small quarrels...

Interp: we had a great life together, the ten years I spent with him were 10 years of happiness, there were small quarrels...

US person: Mm-hmm. What types of things did you do together?

Alifanova: what else happened with Perestroika, they opened borders [crosstalk]

Interp: what else happened with Perestroika, they opened borders, this was important - they opened all the frontiers of the country; we could get an international passport, buy tours, and travel. The first place we went was London because a friend of mine lived there.

Alifanova: we traveled a lot, we took a cruise

Interp: we took an international tour, we were in different countries,

Alifanova: it's very hard to travel with Iouri, I must say. I prefer passive recreation, not active recreation!

Interp: traveling with Iouri was very difficult, I do not prefer active recreation, I prefer passive rest

Alifanova: the very first thing he did was drag me through museums. Sorry, can we take a break?

US person: yes

Alifanova: I am a bit nervous; remembering all these things is both pleasant and difficult

Interp: pleasant reminiscences and also very hard

US person: you were talking about your travels

Interp: you were talking about your travels

Alifanova: he loved to travel, it was his passion

Interp: he loved to travel, it was a passion for him

Alifanova: when his mother died, he lost everything here, he lost the apartment, friends [inaudible], he probably wanted to find a home [crosstalk]

Interp: he probably wanted to find a home

**Exhibit 83 -  1230**

Alifanova: since he lost friends, he was maybe looking for new friends

Interp: perhaps he was traveling for new friendships, because friendship was very important and to have a friend was very important

Alifanova: when Dmitry died, his widow Svetlana was depressed and Ioura sent her to Turkey to cheer her up

Interp: [interpreting] to support her somehow

Alifanova: with me

Interp: send her to Turkey together with me, he would invite her there and other friends several times

Alifanova: and another of my friends. I always said, close down the charity!

Interp: other friends of mine and I would always tell him, stop your charitable activity! Close up your charitable society.

Alifanova: and he had a phrase, If I feel good, I want everybody around to feel good.

Interp: he had a phrase, If I feel good, I want everybody around to feel good.

Alifanova: my family became his family, my friends became his friends

Interp: my family became his family, my friends became his friends

US person: and you traveled a lot with him. To many places.

Alifanova: yes, to many places. Europe – in my car, we drove through practically all of it, we'd get in my car and the visa was a Schengen, all the borders were close

Interp: there are many countries close to each other

US person: what kinds of things would you do, this was personal, this was personal time, vacation?

Alifanova: we went to all the museums, he would look at everything and take photos of everything, it was like a hobby for him, he wanted to show everyone where he'd been and the sights he'd seen

Interp: we went to all the museums, he would look at everything and take photos of everything, it was like a hobby for him, he wanted to show everyone where he was and the sights saw

Alifanova: he photographed my friends and he was very fond of museums, especially painting

US person: I'm getting a signal that this tape is running out, I need to insert a new tape.

Interp: the tape is ending, we have to insert a new one

US person: Um, ok, I think we left off with your wonderful stories of travel.

Alifanova: yes, it seemed like he felt freedom, he'd been locked up...

Interp: He'd been sort of confined in his childhood

Alifanova: in 4 walls

Interp: hospitals, kindergarten, sanatoriums, and suddenly he can travel

Alifanova: He wanted to see everything.

Interp: he wanted to see everything and show Natasha everything

Alifanova: and it wasn't so easy for Natasha because travel isn't cheap

Interp: Rather expensive to travel

Alifanova: there are cheap tours and expensive tours

Interp: there are cheap tours and expensive tours

Alifanova: I had to work hard to get money. Speaking of illegal business, I did it too. A neighbor is sick, I can give injections, I am driving, someone is hitchhiking, I give them a ride, if my boss goes on vacation at the pharmacy I replace her and get paid extra, now that is legal. Or babysitting. Odd jobs.

US person: So odd jobs here would be considered illegal?

Alifanova: yes, they are illegal because you don't pay tax. If I pick up someone in my car, I don't tell about that, its my car, my gas, and here it is normal. We can go outside right now and lift our hand and just get a ride, like everywhere else.

**Exhibit 83 - 1231**

109. Alifanova 3:

US person: and so, would you, you were trying to make extra money?

Interpreter: you were trying to earn money?

Alifanova: yes, we were trying to earn money. And Iouri did not have saving tendencies

Interpreter: yes, we tried to make extra money but Iouri never - never saved money

Alifanova: he wanted to get enjoyment

Interpreter: he wanted to enjoy the money and to enjoy everything

Alifanova: and on the trips, he looked at museums, castles, parks, exhibitions

Interpreter: [crosstalk] he would go to museums, parks, exhibitions, everything

Alifanova: from morning til night, from breakfast til you can't walk anymore, he even had blisters

Interpreter: from morning til night -- he even had those things on his feet when you cannot walk because of a lot of walking, I forgot the word- sore feet. Sore feet because of walking.

US person: sore feet, OK

Alifanova: I have a lot of albums with photos

Interpreter: I've got a lot of albums, photographs

US person: I see a lot of albums around you.

Alifanova: these are trips, to America, Salt Lakes,                Las Vegas

Interpreter: Salt Lake in America

Alifanova: you couldn't **not** see them

Interpreter:                        or Las Vegas

Alifanova: here is a photo when I was dying of hunger and he would take pictures of the window displays

Interpreter: here is a photo when I was dying of hunger but he would take pictures of me

US person: [chuckling] he liked his photographs. You mentioned the United States – at some point did he

Interpreter: You mentioned the United States

US person: did he travel to the US?

Interpreter: at a certain point, did he travel to America?

Alifanova: No, I think the first time he went not to travel, he went to New York

Interpreter: first he went to New York

Alifanova: But that's difficult for me to talk about it

Interpreter: for me it's difficult to talk about

Alifanova: I at a certain moment, as a woman, realized      he was leaving me

Interpeter: because at some point as a woman I just thought that going to America, he was leaving me

Alifanova: later I got a visa

Interpreter: later I also obtained visa

Alifanova; I went to visit him in Los Angeles

Interpreter: I went to visit him in Los Angeles

Alifanova: and several more times I would come

Interpreter: and I would come several more times

Alifanova: but I realized I could not live there, it wasn't my thing

Interpreter: I could not stay there forever, I could not live there, it wasn't my idea

Alifanova: I had more roots here, Ioura had no one here

Interpreter: I had a lot of roots here, because my home is here

Alifanova: Many friends

Interpreter: A lot of friends

**Exhibit 83 - 1232**

Alifanova: I have my mother here, my house here....finally, the tombs of my brother, grandpa, grandma

Interpreter: I have my mother here, my house here....there are graves, tombs of my brother, grandpa, grandma

Alifanova: and I realized that he and I need to part, it seemed like when he got to America he found what he was looking for

Interpreter: and I understood that he and I need to part, it seemed like when he got to America, it was an impression that he had found what he had been looking for

US person: and what did you think...what did he like about America?

Interpreter: what did he like about it there?

Alifanova: what did he like? Well the first thing he did was sign up for a gym

Interpreter: the first thing he did in America is he enlisted in a sports club

Alifanova: he would spend a lot of time there

Interpreter: he would spend a lot of time there

Alifanova: and when I would go there,

Interpreter: when I came to America,

Alifanova: I was supposed to go to the gym

Interpreter: I had to go to the sports clubs too with him

Alifanova: I will tell you

Interp: I will tell you

Alifanova: a half hour on the bike

Interp: a half hour cycling

Alifanova: 2 hours on the machines

Interp: 2 hours on training machines

Alifanova: and then to make it stick, an hour on the bike

Interp: and then one more hour on the bike, just to fix everything

Alifanova: it was hard at first but then it felt good [crosstalk]

Interp: it was hard and first but then it was pleasant to look at yourself in the mirror

US person: the healthy lifestyle

Interpreter: the healthy lifestyle

Alifanova: yeah, then I had to buy one, I cannot live without it

Interpreter: I got used to it and I had to buy a bicycle trainer for me because I cannot do without it

US person: But you found it difficult to stay there yourself?

Interp: but it was hard for you to live there full-time?

Alifaniva: yes it was hard for me to live there full-time because my mom is elderly

Interp: yes it was hard for me to stay there forever because my mom was elderly [crosstalk]

Alifaniva: she was often ill, she had 2 heart attacks

Interp: she was often ill, she had 2 heart attacks

Alifanova: and there was an accident where she injured her head

Interp: and there was an accident when my mother had been hit on her head

Alifanova: my mom's memory wasn't very good

Interp: her mom's memory is not very good and this is why I have to be here

Alifanova: I want to say that...

Interp: I want to say that...

Alifanova: I wasn't against him being without me, living in America,

Interp: ----the fact that he is living in America and without me

Alifanova: I knew that he needed this life

Interp: I knew that he needed this life

**Exhibit 83 - 1233**

Alifanova: that he has friends, and naturally, a woman

Interp: he has new friends, he would have some women there

Alifanova: it's natural, because I left a long time ago

Interp: but I left America long ago

Alifanova: but we remained friends

Interp: we are still very good friends

Alifanova: he would call me often

Interp: he would call me very often

Alifanova: once we didn't have a good phone call

Interp: once we had a sort of quarrel

Alifanova: I was angry and hung up the phone,

Interp: Natasha was - I was angry and I hung up on him

Alifanova: the next day he sent me a bouquet of flowers

Interp: the next morning he sent me a bouquet of flowers, he managed to send it from America

Alifanova: and a note

Interp: with a note

Alifanova: Let's remember only the best things

Interp: Let's remember only the best things

Alifanova: So

Interpreter: so that's it

Alifanova: I really miss him

Interp: and I am missing him very much

Alifanova: I miss him as a friend

Interp: I miss him as a friend

Alifanova: and it's really hard without him

Interp: and it's very hard for me to be without him

Alifanova: and neither I nor his friends here

Interp: and neither I nor his friends here

Alifanova: could believe that he could do something like this

Interp: could ever believe he could be involved in any awful thing

Alifanova: because he really loved life

Interp: because this is a person who loves life, he wanted to live

Alifanova:    he is intelligent and strong

Interp:       he is intelligent and he's strong

Alifanova: since childhood, he survived on his own,  -- reached everything on his own   he helps everyone I cannot continue

Interp: he is a self-made man, he is a man who reached everything himself, and at the same time he helped everybody around      I cannot continue

US person: thank you.

Page 3 of 3

**Exhibit 83 -  1234**

# EXHIBIT

# 84

Memo of Investigation                                                                    Page 1 of 2

Subj:    **Mikhel-Alifanova**
Date:    6/7/2005 3:34:25 PM Pacific Standard Time
From:    drubin@socal.rr.com
To:      rmcallahanjr@earthlink.net
CC:      Hjackson1@aol.com
Sent from the Internet (Details)

## Memo of Investigation

On 10/22/02, Attorney Dale Rubin and I interviewed Natasha Alifanova at her residence,  8a Markovskaya Street, Apartment N-1, St Petersburg, Russia. Telephone # 271-0464. We identified ourselves as the defense team for Iouri Mikhel, she said she understood and agreed to speak with us.

Alifanova has known known Mikhel since childhood. Alifanova lived in the same apartment complex as Mikhel. After she divorce from her husband, she moved in with Mikhel's mother Margarita Fot Mikhel at 17/5 Velinskii, St Petersburg Russia. This was the house Mikhel was raised in as a child. During this time, Mikhel was in prison in St. Petersburg Russia.

Alifanova worked at a drug store in a hospital at the time of her divorce. She is currently unemployed.

When Mikhel got out of prison he was sent to Luga to work laboring as part of his final sentence. After about six months in Luga, Russia, he was moved to Gatchnia Russia to finish his last 6 months of labor. During the time he was in Gotchnia, Mikhel employed an attorney named Benjamin ??????? to assist in helping him to gain an early release.

When Mikhel was released from the labor camp, he moved back home with his mother and Alifanova. Mikhel obtain employment with a metals trading business in St. Petersburg. He became friends with a fellow worker named Vladimir Starcev. Unfortunately, Starcev died at age 44 of cancer of the brain.

Mikhel's mother, Margarita Mikhel was an English and Dutch teacher in Gotchnia, Russia. Magarita retired in 1980 and died in 1992. Mikhel's father, was an engineer and died in 1972 of prostate Cancer.

Several years after Margarita died, he moved to London to start a Metals trading business. Initially, Natasha went with him. Mikhel's friend Vladimir Starcev and his wife Olga Starcev also went to London. After about three weeks, Natasha and Olga returned to Russia. Alifanova was invited to stay in London but did not want to move from St. Petersburg.

Mikhel attended a professional college in St. Petersburg to learn about refinishing antiques. Sometime during this period he also attended an economic school. ???????

Mikhel had a brother named Vladimir Mikhel whom she suspects died a few years ago. A few years ago, she tried to find Vladimir in order to have him sign some documents relating to a piece of property but was told he had died. Iouri and Vladimir did not get along well. Vladimir had a drinking problem and other problems Alifanova is not aware of. The only time she ever met Vladimir was at Margarita's funeral and they did not speak very much to each other.

During the summers, Mikhel usually spent the time at a summer home about 40 kilometers from St. Petersburg.

Approximately two years ago, Alifanova visited Iouri in Los Angeles, California.

Tuesday, June 07, 2005 America Online: Hjackson1

**Exhibit 84 - 1235**

Memo of Investigation                                                        Page 2 of 2

In 1983, at 18 years old, Iouri went to prison in St. Petersburg Russia for trying to get out of serving in the Army.

In 1985, the same year as Alifanova was divorced, she moved in with Margartia.

In 1987, Iouri was released from Kresti prison to go Luga labor camp. During the time Iouri lived in Luga, he was allowed to stay at home in St.Petersburg on weekends. Iouri was released from prison early because he developed a medical condition in his brain. Iouri's medical doctor, Dmitri Koginova, has since died. However, the doctor's wife, Sveltana Koginova, who is also a doctor, is still in St. Petersburg and knows about the exact illness Iouri suffered from. Iouri was treated with a very expensive experimental drug called Cerebrolizin.

In 1989, Iouri moved back home to Margarita's apartment in St. Petersburg and began working in the metal business.

Alifanova never visited Iouri at Kresti in prison because they only allow direct family, wives, parents and siblings to visit. Even then, these people were only allowed to visit him once every thee months.

Alifanova stated it was very common to avoid military service by bribing a government official.

When Iouri was 16 to 19 years of age he had a girl friend named Lena (LNU).

**USA v. Mikhel**
**CR-02-???-???**
**Interview of: Natasha Alifanova**

Tuesday, June 07, 2005 America Online: Hjackson1

**Exhibit 84 - 1236**

# EXHIBIT

# 85

(MM-002)

Archive 22 *(illegible)*

Mikhel, Iouri Germanovich

Year of Birth - 1965

Address:

1982-1984

1

**Exhibit 85 -  1237**

(MM-003)

## INDIVIDUAL CHART FOR AMBULATORY PATIENT

**Patient's Last, First, and Patronymic Name**: Mikhel, Iouri Germanovich

**Age**: 1965 **Years** _____ **Months** _____ **Weeks.  Patient's Address:** USSR

**Province** _____ **District** _____ **Populated Center** _____

**Street:** Krasnoy Sviazy    **Building Number**: 17/5    **Apartment:** 72

**Place of works/service**: Art College # 16

**Occupation, position**: Dependent

**Medical History**: _____

_____

_____

2

**Exhibit 85 – 1238**

(MM-004)

## LIST OF FINALIZED (CONFIRMED) DIAGNOSES

| Month, day and year of treatment | Finalized (confirmed) diagnoses | Initial diagnosis (mark +) | Doctor's signature (last name written clearly) |
|---|---|---|---|
| December 1st | Neuro-circulatory dystonia, hypertensive type (**Hypertension** *under new nomenclature)* | + | Nemedov |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3

**Exhibit 85 – 1239**

(MM-005)

| (illegible) | (illegible) | (illegible) | (illegible) |
|---|---|---|---|
| | December 1, 1983 | | |

4

**Exhibit 85 - 1240**

(MM-006)

## INDIVIDUAL CHART FOR AMBULATORY PATIENT

**Patient's Last, First, and Patronymic Name**: Mikhel, Iouri

**Age**: ▮ 1965 **Years** _____ **Months** _____ **Weeks.** **Patient's Address:** USSR _____

**Province** _____ **District** _____ **Populated Center** _____

**Street:** ▮ _____ **Building Number:** ▮ _____ **Apartment:** ___▮ _____

**Place of works/service**: _____

**Occupation, position** _____ School # 154 _____ **Dependent** _____

**Medical history:** _____

Mantoux test (TB skin test)  March 1979 size 4

*(illegible)* February 13, 1980  W 0642 *(illegible)*

5

**Exhibit 85 – 1241**

(MM-007 to MM-010)

## Summary of Medical History

This is 44th day under my care. Born full term, neonatal period was unremarkable.

Growth and development-according to age. During first year of life he had upper respiratory infection once and middle ear infection. From age 1 until age 7 often had strep throats, ear infections, acute respiratory infections, 7 times had pneumonia. He was under regular care for chronic pneumonia from 1967 to 1975, discharged from regular care (registry) in 1975. Last time had pneumonia in 1971. During school age, mostly had acute respiratory infections. Never had infectious diseases. In September 1974 had surgery for acute phlegmonous appendicitis. In May 1975 suffered from head contusion, has not had any other traumas. Last visit to ambulatory clinic was in January 1980 for upper respiratory infection.

<div align="center">Doctor: <em>(signed)</em></div>

6

**Exhibit 85 – 1242**

(MM-012)

| Date of visit (including ambulatory, at home) First visit -mark "1" | Complaints, assessment (objective data), history of presence illness, signatures of doctors and consultants | Diagnosis | Prescriptions | Note about issue of disability certificate  (№ certificate and number of days on disability) |
|---|---|---|---|---|
| March 5, 1981 | Patient has ingrown nail of Left first toe. He refused surgical removal of ingrown toenail.<br><br>Doctor: *(signed)*<br><br>Follow up on March 9. | | | |

7

**Exhibit 85 – 1243**

(MM-014)

**December 1, 1983**
**House Call**

Chief Complains: dizziness, eye floaters, weakness.

Typhoid, *(illegible),* tuberculosis, hepatitis-negative. He had no infectious contacts.

Vitals: Blood Pressure-160/80, HR -88 bpm,

Objective: In general, his condition is satisfactory. Lymph nodes are not enlarged. Heart sounds are muffled, normal rate and rhythm. Lungs are clear to auscultation, no wheezing, rales or rhonchi. Abdomen is nontender. Liver edge palpable at the coastal margin. He has no edema. Bowel movement and urine are normal.

Diagnosis**:** Neurocirculatory dystonia, hypertonic type. (Hypertension)

Treatment:

*(illegible)*- 1 tab. TID

*(illegible)* -1 tablespoon TID

*(illegible)* -1 tab at bedtime

Doctor's Note given from December 1st to 3rd, 1983

8

**Exhibit 85 – 1244**

(page MM-016)

**December 7, 1983**
**Ophthalmologist**

Patient has no complaints.

Vision Exam:  OD (right eye) = 1.0
              OS (left eye) = 1.0

Fundoscopic Exam: Optic Disc with defined margins, pink colored. Arteries are slightly narrowed.

<u>Diagnosis:</u> Moderate retinal angiopathy.

Doctor: *(signed)*

9

**Exhibit 85 – 1245**

(page MM-017)

*(stamp)* February 1981
        Ultra-High Frequency Light Treatment
        *(illegible)*

**December 7, 1983**
**Ophthalmologist**

Patient has no complaints.

Vision Exam:  OD (right eye) = 1.0
               OS (left eye) = 1.0

Fundoscopic Exam: Optic Disc with defined margins, pink colored. Arteries are slightly narrowed.

<u>Diagnosis</u>**:** Moderate retinal angiopathy.

        Doctor: *(signed)*

10

**Exhibit 85 – 1246**

(page MM-018)

Mikhel, Iouri  18 years old

████████████████

Diagnosis: Hypertensive Disease

Doctor's Note: December 1-3, 1983

December 5, 1983

*(illegible)* on December 6, 1983

11

**Exhibit 85 - 1247**

(page MM-019)

**December 7, 1983**

**<u>Ophthalmologist (second opinion)</u>**

Vision Exam: Both eyes = 0.5

Right eye= 0.5D= *(illegible)*

Left Eye= 0.5D = *(illegible)*

**Exhibit 85 – 1248**

(page MM-020)

Mikhel, I.G.  18 Years old

█████████████████

Diagnosis: Hypertensive Disease.

Doctor's Notes  given from December 1st to 3rd,  1983

Dec. 5, 1983  *(illegible)*  Dec.6,1983

13

**Exhibit 85 – 1249**

(page MM-021)

# EMERGENCY MEDICAL SERVICES OF LENINGRAD

*(stamp)* Ambulance sub-station # 19

## CALL CARD

**To the ambulatory Clinic №** 38 of Smolninsky District

**Reporting to you, that** on November 29, 1983 **in your region call was responded by a Doctor of ambulance, urgent services (underline) to a patient**: 18 years of age, Iouri Mikhel.

**At the address**: 17/5 Kracnoy Sviazy , Apt. 72

**Reason for the call**: Headache

**Time of call service**: from 21:22  to 23:25

**Assistance provided for**: Vasovagal dystonia, hypertonic type. BP- 150/80

**Treatment provided**: intramuscular injection of

1. Magnesium Sulfate solution 25%- 10ml
2. Diphenhydramine 1%- 4 ml
3. Papaverine 2%-2 ml

**Repeat blood pressure**:  110/70

**Patient left at the location, referred to hospital, required active visit of primary (area) doctor, regular treatment in ambulatory clinic.**

Doctor _____(signed)_____     Nurse_____

**Date** "29"  November, 1983

14

**Exhibit 85 – 1250**

(page MM-022)

# MORBIDITY CHART

1. **Last, first, patronymic name:** Mikhel, Iouri G.    22 Feb.1984
2. **Address:** ▮▮▮▮▮▮▮▮▮▮▮ on the left side of the courtyard
3. **Gender Male or Female (underline)**
4. **Year of birth**: 18 years old
5. Employed or not (underline)
6. **If employed, please specify** _____
   (**Position or occupation**)
7. **Place of work** _____
8. **If disabled, indicate disability group** _____
9. **Name of medical establishment** _____

| Date | Month | Year | Final Diagnosis | New diagnosis or not (+ -) | Year 1980 | | For chronic conditions | |
|------|-------|------|-----------------|----------------------------|-----------|--|------------------------|--|
| | | | | | Doctor's specialty | Number of visits | Discharged from surveillance | |
| | | | | | | | Date 1978,79,80 | Cause of resolution (moved, died) |
| | | | | | | | | |

15

**Exhibit 85 - 1251**

(page MM-023)

**February 22,1984**

Chief Complaint<u>s:</u>  pain with swallowing, weakness, and headache.

Temperature- 37.3°C

Objective: enlarged erythematous tonsils

<u>Diagnosis:</u> Flu, pharyngitis

<u>Treatment and plan:</u>

Antiviral

Sulfametopyrazine

Gargling with nitrofurazone

Follow up in clinic on February 28, 1984

       Doctor*: (Signed)*

**February 25, 1984**

Patient has no complaints.

Objective: Normal physical exam.

**February 27, 1984**

Patient has no complaints. His condition improved.

Can return to work starting February 28, 1984

16

**Exhibit 85 – 1252**

(page MM-024)

**December 9, 1983**
**Ambulatory Clinic visit**

According to the patient, he has doctor's notes since Nov. 29 with diagnosis vasovagal dystonia, hypertensive type (Hypertensive Disorder).

BP: 120/80

Condition is satisfactory. Physical exam within normal limits. *(illegible)*  no nystagmus present.

Can return to classes starting December 10.

17

**Exhibit 85 – 1253**

(page MM-025)

**December 9, 1982**

On December 3rd and 4th, 1982 the patient did not see a doctor and did not request home visit.

Noted in records about violation of the routine, did not show for the appointment on 3rd and 4th of December 1984.

**Exhibit 85 –  1254**

**(pages MM-027 to MM-058 are duplicates of MM-003 to MM-026)**

**(pages MM-059 (with note) and MM-060 (without note) are duplicates)**


Mikhel, Iouri

Date of Birth: ███ 1965

Address: ████████████████

**Exhibit 85 - 1255**

*(page MM-061 different patient name,-not translated)*

20

**Exhibit 85 - 1256**

(page MM-062)

Chronic pneumonia, stage I   Nursery school- *(illegible)*

November 1968

Chronic Otitis Media, right

*(stamp)*Taken on the registry on April 27,1965

       Removed from the registry _____

Mikhel, Iouri

Date of Birth: ▮▮▮ 1965

Address: ▮▮▮▮▮▮▮▮▮▮


Removed from the registry on September 10, 1975

*(stamp)* ENT specialist

       Date: *(illegible)*

21

**Exhibit 85 – 1257**

(page MM-062)

## Year 1974

April 25,1974 - Acute respiratory disease (new diagnosis)

*(illegible day)* April, 1974 - Chronic Pneumonia.  Removed from the registry in 1974

September 8, 1974 – Appendicitis (new diagnosis)

February 4, 1975 Acute Respiratory Infection (new diagnosis)

February 14, 1975 Acute Respiratory Infection, Relapse (new diagnosis)

January 29, 1976 Acute rhinitis (new diagnosis)

April 15, 1977 Acute Respiratory Infection (new diagnosis)

September 14, 1977 Acute Respiratory Infection, bronchitis (new diagnosis)

**Exhibit 85 -  1258**

(pages MM-064, MM-065)

## LIST OF FINALIZED (CONFIRMED) DIAGNOSES

Removed from the registry for Chronic Pneumonia in 1975

| Month, day and year of treatment | Finalized (confirmed) diagnoses | Initial diagnosis (mark with "+") | Doctor's signature (last name written clearly) |
|---|---|---|---|
| *(illegible)* | Common Cold | + | |
| *(illegible)* | Bacterial Otitis Media, right | + | |
| *(illegible)* | Upper Respiratory Infection | + | |
| *(illegible)* | Otitis Media, right | + | |
| *Nov. 1966* | *(illegible)* | - | |
| *Feb. 1967* | *(illegible)* | + | |
| *May 17, 1968* | *(illegible)* | + | |
| *Sep. 6, 1968* | *391-0* | | |
| *December 11, 1969* | *Folliculitis* | + | |
| Nov.2, 1968 | Chronic pneumonia | - | |
| Jan. 8, 1969 | Bacterial ear infection, right | | |
| Feb.18, 1969 | Asthmatic Bronchitis | + | |
| May 19,1969 | Bacterial infection of right ear | + | |
| May 19, 1969 | Chronic Pneumonia | | |
| Nov. 4 1969 | Lacunar Pharyngitis | + | |

December 20, 1963 (470)+ 391 *(illegible)*

23

**Exhibit 85 – 1259**

(page MM-066)

# LIST OF FINALIZED (CONFIRMED) DIAGNOSES

## Year 1971

| Month, day and year of treatment | Finalized (confirmed) diagnoses | Initial diagnosis (mark with "+") | Doctor's signature (last name written clearly) |
|---|---|---|---|
| Jan 7, 1971 | Right ear infection | | |
| Feb 20, 1971 | Upper respiratory infection | | signed |
| Mar 21, 1971 | Bilateral Interstitial pneumonia | + | |
| Jun 3,1971 | Chronic Pneumonia | | |
| Dec 13, 1971 | Upper respiratory Infection | + | signed |
| Jan 29, 1972 | Acute Respiratory Infection | + | signed |
| Feb 15, 1972 | Ear infection | | |

24

**Exhibit 85 – 1260**

(page  MM-067)

## LIST OF FINALIZED (CONFIRMED) DIAGNOSES

| Month, day and year of treatment | Finalized (confirmed) diagnoses | Initial diagnosis (mark with "+") | Doctor's signature (last name written clearly) |
|---|---|---|---|
| Feb 25, 1972 | Nasopharyngitis | + | signed |
| Sep 18, 1972 | Hordeolum | + | |
| Sep 22,1972 | Folliculitis Chronic Pneumonia | + | |
| Sep 22, 1972 | Folliculitis | | signed |
| Mar 28, 1973 | Chronic Pneumonia | | |
| May 11,1973 | Right eye Hordeolum | + | |
| May18,1973 | Chronic bacterial infection of right ear | | |
| Oct 3, 1973 | Chronic Pneumonia | | |
| March 1974 | Chronic pneumonia | | |
| Sep. 10, 1975 | Chronic right ear infection | | |

25

**Exhibit 85 – 1261**

(page MM-068)

# IMMUNZATION LOG

Smallpox: Date  Sep. 30, 1965    Set 39    Result "–"

Smallpox: Date  Oct. 23, 1965    Set 8    Result "+ +"

## VACCINATION AGANST POLIOMYELITIS

Date: Sep.15, 1965    Set: 49    Dose: Single dose

Date: Oct.15, 1965    Set: 49    Dose: Single dose

Date: Mar. 4, 1967    Set: 54    Dose: Single dose

Date: Oct.3, 1967    Set: 51    Dose: Single dose

Date: Oct 3, 1968    Set: 81    Dose: Single dose

Date: Mar.26, 1969    Set: 147    Dose: Single dose

Date: Jan. 23, 1970    Set: 106    Dose: Single dose

## VACCINATION AGANST DIPHTHERIA

Diphtheria Vaccine:    Date: Dec. 24, 1965    Set: 61    Dose: 0.5 I/M

Diphtheria Vaccine:    Date: Jan.26, 1966    Set: 93    Dose: 0.5 I/M

Diphtheria Vaccine:    Date: Feb. 23, 1966    Set: 59    Dose: 0.5 I/M

Diphtheria Vaccine:    Date: Sep.6, 1967    Set: 63-4    Dose: 0.5

Diphtheria DTap Vaccine:  Date: Aug. 10, 1971  Set: 37-4  Dose: 0.5

## VACCINATION AGANST PERTUSSIS (WOOPING COUGH)

Date: _____    Set: _____    Dose: _____

## TUBERCULIN SKIN TEST

Pirquet:    Date Sep. 15, 1965    Result "-"    Vaccination BCG: Jul 15,1965    Set: 49

Date Dec. 22, 1965    Result "-"

Date Aug. 23, 1966    Result "-"

Date Oct. 23, 1967    Result "-"

Mantoux w/5 Tuberculin Units (RM5TU), Date Oct.21, 1968

RM5TU 0.1 Dec. 2, 1969 "+" Size 2X

RM5TU  0.1 Feb. 7, 1971 Size 5X

RM5TU Mar. 21, 1972

26

**Exhibit 85 – 1262**

(page MM-069)

Call from prenatal care received on January 12, 1965

Home Visit done on January 13, 1965

**Exhibit 85 - 1263**

(pages MM-070, MM-071)

## LIST OF CONFIRMED DIAGNOSES

| Month, day and year of treatment | Finalized (confirmed) diagnoses | Initial diagnosis (mark with "+") | Doctor's signature (last name written clearly) |
|---|---|---|---|
| Dec. 15, 1969 | Acute bacterial infection of right ear | + | |
| Dec. 20, 1969 | Acute respiratory Infection (acute nasopharyngitis) | + | |
| Feb. 16, 1970 | Chronic right ear infection | - | |
| Apr. 9, 1970 | Bacterial infection of right ear | + | |
| Mar. 18 ,1970 | Chronic Pneumonia (Stage I) | - | |
| Mar. 3, 1973 | Chronic bacterial infection of right ear | - | |
| October 1973 | Chronic Pneumonia | - | |
| Mar.5, 1974 | Chronic infection of right ear | - | |
| Sep. 13, 1977 | Acute respiratory infection, bronchitis | | |
| Feb. 13, 1978 | Acute respiratory  infection | | |

28

**Exhibit 85 – 1264**

(page MM-072)

## LIST OF COMPLETED CHEST IMAGES

Dec. 14,1966
Nov. 29,1967
Apr. 1, 1968 (hospital)
Oct. 16, 1968
Dec. 1, 1969
Jun. 4, 1971
Oct. 4, 1972
Oct. 19, 1972
Oct. 10, 1074
Sep. 20, 1973

**Exhibit 85 –  1265**

(pages MM-073, M-074, and MM-083)

## ROUTINE MEDICAL MONITORING DATA

### January 13, 1965
### Prenatal Home Visit

Mikhel, Margarita, born in 1919. She is a teacher at school for working youth № 28 of Zhdanovsky District.

Spouse – Mikhel, G. I. born in 1911. Works as *(illegible).* Monthly salary per person – 50.00.

This is her fourth pregnancy and they have 14-year-old son. She is having morning sickness and has varicose veins.

(*illegible)* was negative on November 28, 1965.  Blood test result from December: ESR - 15mm/h, WBC-5,200, Hemoglobin-61 U.

Nutrition is complete, consumes fruits; however, she has no appetite. Rest and sleep alternates with work properly. Wearing loose cloths.

Room 22 m², they live *(illegible), t*here is no space for the crib. The room is clean, filled with items.

Recommendations
Multivitamins
Vitamin D3
Fish oil 1 tablespoon BID
Vegetables, fruits, dairy products
Rest, walking
Breast preparation for lactation.
Rearrange the room to create corner for the baby's crib
Purchase infant's clothes
Mother's personal hygiene

30

**Exhibit 85 –  1266**

(page MM-075)

| Month, day and year of treatment | Finalized (confirmed) diagnoses | Initial diagnosis (mark with " +") | Doctor's signature (last name written clearly) |
|---|---|---|---|
| May 22, 1978 | Upper Respiratory Infection | | |
| November 15,1978 | Upper Respiratory Infection | + | |
| January 11, 1979 | Upper Respiratory Infection | | |
| | | | |
| | | | |
| | | | |

31

**Exhibit 85 – 1267**

(pages MM-077, MM-078)

<div align="center">

**Urinalysis № <u>16</u>**

</div>

**Name**: Mikhel, Iouri
**Age:**  1 year old
**Address:** ██████████████████

**Color:** Straw
**Acidity**: Acidic
**Specific Gravity**:1020
**Clarity**: Clear
**Proteins**: not present
**Albumin**: "-"
**Glucose**: not present
**Ketones**:
**Bilirubin:**

<div align="center">

**MICROSCOPIC EXAM OF CEDIMENT**

</div>

**Epithelial cells**
**Squamous epithelial cell**: <u>moderate amount</u>
**White Blood Cells**: isolated/hpf

Test done by _____ *(signed)* _____
**Date:**  April 22, 1966

32

**Exhibit 85 – 1268**

(page MM-079)

## Children's Hospital of Smolninsky District

### LABORATORY

### BLOOD TEST

**Child**: Mikhel, I.  1 Year old

**Hemoglobin**: <u>12.6 gr% -75UU</u>   **Color index**:_____

**Reed Blood Cells**: _____ in $1^3$ mm_____

**White Blood Cells**: <u>20100</u>

**ESR in 1 hour** : 15 mm

April 22, 1966

**Signature**      _____*(signed)*_____

33

**Exhibit 85 – 1269**

(MM-080)

# CHILDRENS HOSPITAL OF SMOLHINSKY DISTRICT

## LABORATORY

### Fecal Analysis

**Child**: Mikhel, I.  1 year old

**Gregersen Reaction** _____
**Ova and parasite** <u>not found</u>

April 22, 1966

34

**Exhibit 85 – 1270**

(pages MM-081, MM-082)

## ROUTINE MEDICAL MONITORING DATA

### April 23, 1965
### Doctor and Nurse Initial Home Visit

This is child of elder parents, born from 4th pregnancy, second birth. He is born full term, cried immediately and loud. Breast feeding started on time. Weight at birth was 3700.0 grams, length- 53 cm. Weight at discharge 3620.0 grams.  BCG s/q done on Apr.15, 1965; set 498-0.02.

Breast milk production is sufficient. In general, the newborn looks well. Skin and mucous membranes are clear. Shape of head is normal. Normal breath sounds on lung auscultation. Heart sounds are clear. Umbilical cord is dry.  Abdomen is soft. Liver and spleen are not enlarged. Bowell movement 3 time a day.

Diagnosis: Newborn

Recommendations:
Nursing 7 times, every 3 hours
Tea (illegible)
Umbilical cord care
Care instructions and nursing instructions provided
Recommendation for the mother:
Complete nutrition.
Fish oil 1 tablespoon QID
Vitamin D
Routine care instructions

35

**Exhibit 85 –  1271**

(pages MM-082, MM-083)

<div align="center">

**April 23, 1965**
**Home Visit**

</div>

Umbilical cord care is done. Newborn can be given a bath.

      Nurse: *(signed)*

<div align="center">

**April 24, 1965**
**Home Visit**

</div>

Baby was given a bath. Umbilical cord is dry. Exam of mouth revealed appearance of thrush. Treat with 2% sodium bicarbonate solution.

      Nurse: *(signed)*

<div align="center">

**April 26, 1965**
**Home Visit for Routine Follow Up**
**15 Days**

</div>

Baby's suction is good. Mother's milk production is sufficient, and she is pumping.

The baby sleeps alone, the linens are clean. Mother follows daily routine, taking Vitamin D, diet is well balanced and complete, she takes walks every day.

On exam the baby's mouth thrush is still present. There is heat rash on abdomen and buttocks.

Recommendations:
Do not bathe the baby
Continue same feeding routine
Take walks outside

      Nurse: *(signed)*

36

**Exhibit 85 – 1272**

(page MM-084)

**April 28, 1965**
**Clinic Visit**
**19 Days**

Weight -3880 grams, he gained 240 grams in 6 days (since discharge). Monitoring feeding: 100.0 cc.

Baby is on breastfeeding, schedule followed, bathed every day.

In general, the baby looks well. Rash on abdomen and groin looks infected. Oral mucosa exam revealed thrush. The rest of organ and systems exam is unremarkable.

Diagnosis: Heat rash, mouth thrush

Recommendations:
Continue previous recommendations; skin care, treatment of mouth with solution of sodium bicarb.

37

**Exhibit 85 - 1273**

(pages MM-085, MM-086)

**May[1] 30, 1965**
**Home Visit**

Mouth thrush has resolved. Heat rash looks a little better.

The baby is bathed every day. Lactation is adequate.

Nurse: *(signed)*

**May 4, 1965**
**Follow up Home Visit**
**26 Days**

The baby is on breastfeeding, bathed every day. Lactation is adequate, mother is pumping. Mother follows her daily schedule.

Baby's skin and mucus membranes are clear. The baby can hold his head in vertical position. Smiling, follows with eyes.

Care is good, sleeps alone, linens are clean. Mother takes walks twice a day with the baby.

Recommendations:
Vitamin D
Fish Oil- 5 drops, once a day
Scraped apple
Air baths, abdominal massage, tummy time
Hanging toys 70 cm above his chest
Return to follow up at 1 month

---

[1] Translator's note: The original document says "May," which is likely an error. The correct date is most likely April 30, 1965.

38

**Exhibit 85 – 1274**

(pages MM-087, MM-088)

**May 12, 1965**
**Clinic Visit**
**1 month and 2 days**

Weight 5,500, gained 800.0 grams in 1 month

Height-

Head circumference- 36 cm

Chest circumference- 39 cm

Baby boy is active, react to sounds and light. Assessment:  overall condition is satisfactory.

Skin and mucus membranes are clear.  Anterior fontanel measuring 2x2 cm, ridges are firm. The rest of organ/system   exam is unremarkable.

Diagnosis: Healthy baby

Recommendation:
Fresh air baths
Tummy massage, tummy time
Hanging toys
Breastfeeding 7 times a day, every 3 hours
Fish oil-5 drops, once a day
Vitamin D
Scraped apple
Walks
Return for follow up in 2 weeks

Doctor: *(signed)*

39

**Exhibit 85 – 1275**

(pages MM-088, MM-089)

**May 17, 1965**
**Follow up Home Visit**
**1 month and 10 days**

Baby is on breastfeeding. Lactation is adequate. The baby is sucking actively.

Mother has no complaints, care is good. Mother is nursing per schedule, does not breastfeed at night.

Complementary feeding started with tea and apple puree. The baby is taking Vitamin D and Fish oil.

He is having some tummy time regularly, hanging toys are introduced, getting tummy massage, and air baths. Sleeps alone, linens are clean. Bathed every day. They take walks for 1-2 hours every day.

Objective: Skin and mucus membranes are clear. Follows objects with eyes, can hold his head lying on his tummy, smiling, and calm.

Nurse: *(signed)*

Referred for Ultra-High Frequency Light therapy.

May 18  *(signed)*

40

**Exhibit 85 – 1276**

(page MM-090)

**May 25, 1965**
**Follow up Home Visit**
**1 month and 20 days**

The baby is on breastfeeding and complementary feeding. He is given sweetened tea, apple, fish oil, Vit. D. Everything is given regularly. Breastfeeding per schedule, follows feeding routine I, care is good. They take walks outside for 3-4 hours a day. Bathed every day.

In general, the baby looks well, lying on his belly. Skin and mucus membranes are clear.

Baby is holding his head well, cooing and follows objects with eyes.

Taking air baths, getting tummy massage.

Will not be coming for Ultra-High Frequency Light treatments, the family is going away and will be staying at the summer house for a month.


Nurse: *(signed)*

41

**Exhibit 85 – 1277**

(pages MM-091, MM-092)

**May 28, 1965**
**Clinic Visit**
**1 month and 28 days**

Weight is  5050 grams, gained 50.0 grams in 2 weeks. On May 30, 1965 the family is going away to stay at the summer house for a month.

He is eating well, on breastfeeding. *(illegible)*

In general condition is satisfactory. *(illegible)* Skin and mucous membranes are clear. *(illegible)*

Heart and lung exam within normal limits. Abdomen nontender. Liver is not enraged. Normal bowel movement and urination.

Diagnosis: Healthy

Recommendations:
Breastfeeding 6 times a day
Juices
*(illegible)*
Calcium Gluconate 5% - 1 gr TID
Care instruction
Call the doctor as needed


Leaving on May 30, 1965  to stay at the summer house.

42

**Exhibit 85 – 1278**

(pages MM-093, MM-094)

**June 8, 1965   Follow up Home Visit**

The baby is at the summer house.

Nurse: *(signed)*

**June 21 , 1965**

The baby is at the summer house.

Nurse: *(signed)*

**July 1, 1965**

The baby is at the summer house.

Nurse: *(signed)*

**July 12, 1965**

The baby is at the summer house.

**August 4, 1965**

The baby is at the summer house.

Doctor: *(signed)*

43

**Exhibit 85 –  1279**

(pages MM-094, MM-095)

**September 3, 1965**
**Follow up Home Visit**
**4 months and 26 days**

The baby is on mixed feeding, breastmilk and formula, juices, apple puree.

He is getting vitamin D, eats well. Looks calm, in general his condition is satisfactory.

Skin and mucus membranes are clear.

The baby can roll on his side, trying to sit up, cooing, smiling. Grabbing toys with hands.

Mother is feeding the baby per feeding schedule II. The baby spent time outside a lot at the summer house. Getting baths every day. Massage and exercises are not done regularly. Mother is back to work, and the baby is staying with his grandmother.

Recommendation:
Vitamin D, Fish Oil, Juices.
Toys should be hanging 30 cm. from baby's chest.
*(illegible)* from 4 to 5 months.
Follow up in clinic for smallpox vaccination.


      Nurse: *(signed)*

44

**Exhibit 85 – 1280**

(page MM-096)

**September 15, 1965**
**Clinic visit**

The boy in now 5 months old. His Weight is 8,500 grams, gained 3,450 grams in 3 months.

The baby is on mixed feeding, breast milk and formula.  He is gaining weight well.  The baby takes Vitamin D and drinks juices. The boy is active, babbles more, can turn from his back to his belly. Anterior fontanel size is 0.5 by 0.5 cm., edges are stiff. No teeth are present. The rest of the exam without abnormalities. He is not getting treatments with Ultra-High Frequency Light; mother is unable to take him for treatments.

Diagnosis: Healthy baby

Recommendations:
Feeding routine III
Breastfeeding 3 times
Start 10 % porridge, 80.0 gr once a day
Apple puree
Vegetables puree
Egg yolk
Juices
*(illegible)*
Pirquet  TB  test
First vaccine against poliomyelitis

　　　　　Doctor: *(signed)*

Exercise routine teaching is done for the baby, to be performed at home for the next month.

45

**Exhibit 85 - 1281**

(page MM-097)

*(stamp)*  Pirquet test done on Sep. 15, 1965
    Signature:  (signed)
    Checked on  Sep. 17,1965.
    Result  (-)
    Signature:  (signed)

*(stamp)*  First Poliomyelitis vaccine is done
    Set 49
    September 15, 1965

**September 29, 1965**  - Vaccinate against Smallpox.  Please note that the whole family had flu.

*(stamp)* Smallpox vaccine is done

    Set 39
    September 30, 1965

46

**Exhibit 85 –  1282**

(pages MM-098, MM-099)

**Oct. 8, 1965**
**Follow up Home Visit**
**6 months**

Smallpox vaccine was unsuccessful.

The baby is on mixed feeding; breastmilk, vegetable puree, porridge, egg yolk, juices, and apple puree. He eats willingly, taking Vitamin D.

Baby boy is active, calm. He is rolling, trying to sit up, cooing, smiling, recognizes people around him. Grabbing toys and playing with them.

Skin and mucus membranes are clear, no rash or ulcers. Anterior fontanel size 0.5X0.5 cm, edges are stiff. There is slight boldness on the back of his head. No teeth are present. He is squinting his eyes.

Following feeding routine III. They take walks for 3-4 hours daily. The baby is bathed every other day. The baby does not have a crib. Sleeps on adult bed, alone. During the day, he stays in the swing. Regular massage and exercise are done and should be continued until next visit at 7 months.

Referred to see doctor for strabismus. Repeat smallpox vaccination.

*(stamp)*  Smallpox vaccine done
        *Set 49*
        October 15,1965

47

**Exhibit 85 –  1283**

(pages MM-099, MM-100)

**October 19, 1965**
**Clinic Visit**

The patient is now 6 months old. Today his weight is 9,600 grams, he gained 1,100 grams.  Height -70 cm. Head circumference- 45 cm, chest circumference- 50 cm.
The baby is on mixed feeding. Mother is feeding the baby incorrectly, too many feedings with porridge.
The boy is gaining weight *(illegible).* Physical development above average.
Overall, his condition is satisfactory. Skin and mucus membranes are clear. The rest of the organ/system exam without abnormalities.

Diagnosis: Healthy Baby

Recommendations:
Follow feeding routine III
Breastfeeding twice a day
Porridge only once a day
Vegetable puree
Juices
Kefir (yogurt drink) and cottage cheese
Fish oil 1 teaspoon twice a day.

**October  22, 1965**   Repeat Smallpox vaccine.

*(stamp )*  Smallpox Vaccination is done
          *Set 8*
          October 23,1965

48

**Exhibit 85 –  1284**

(page MM-101)

**November 1, 1965**
**Initial Home Visit**
**6 months**

The boy was vaccinated against Smallpox on Oct. 23, 1965. On October 31,1965 at night he had fever, temperature of 39 ° (102.2 F). Was consulted over the phone by the emergency medicine doctor. A*midopyrine* ½ tablet was given for fever, after which his temperature was normalized.

Physical Exam: in general, his condition is satisfactory. Exam of organ/systems without abnormalities. On the right forearm two puss-filled smallpox pustules, with surrounding hyperemia.

Diagnosis: Reaction to the Smallpox Vaccine

Treatment/recommendations:
Plenty of fluids
Amidopyrine 0.15 twice a day

Doctor: (*signed)*

49

**Exhibit 85 - 1285**

(pages MM-102; MM-103)

## November 11, 1965
## Follow up Home Visit

The boy is 7 months and 2 days old. He is on mixed feeding; consumes breastmilk, juices, apple puree, Kefir (store- bought), vegetable puree, and porridges.

The child is taking Fish oil and Vitamin D. He can sit up with help, unable to sit up on his own, rolling, laughing, cooing is loud and melodic, shows interest in toys.

Skin and mucus membrane are clear, no rash or ulcers are present. Anterior fontanelle size 0.5X 0.5 cm, ridges are stiff, has 2 lower teeth.

Smallpox pustules are still preset. He has not been bathed since the vaccination.

They take walks for 2-3 hours daily. He sleeps in his crib, the family is arranging a playpen. Massage and exercise are done regularly.

Recommendations:
Toughening up and walks outside.

**November 12, 1965**
Watch after proper complementary feeding (weight is high).

**November 24, 1965**
Did not show for the visit. Should return to the clinic for visit.

**November 24, 1965**
Visit is scheduled.

Nurse: *(signed)*

50

**Exhibit 85 – 1286**

(pages MM-104, MM-105)

**November 30, 1965**
**Clinic visit**
**7 months 3 weeks**

Weight -10,700 grams, gained 1,100 grams in 1.5 months.

Mother has no complaints, feeding *(illegible).* The boy is not getting breastmilk since *(illegible).* Takes, Vitamin D, drinks juices.

Follows sleep routine*. (illegible)*

Can stand with help, can sit *(illegible)*.   Skin and mucus membranes are clear. Heart and lung exam is normal. Abdomen is soft. Liver is not enlarged. Bowel movement is normal.

Diagnosis: Healthy

Recommendations:
Follow feeding routine III,
*(illegible)*
Juices
Naps for 0.5 hour 3 times a day
Vitamin D
Calcium Gluconate 5 % - 5.0 TID
Multivitamins
*(illegible)*

51

**Exhibit 85 – 1287**

(pages MM-106, MM-107)

**December 17, 1965**
**Follow up Routine Home visit**

The boy is 8 months and 8 days old.

The child is getting breast milk and infant diet. He is fed well, eats variety of food. He drinks juices, eats pureed fruits and vegetables.

Has no complaints. Can sit on his own, can stand with help, trying to say syllables, laughs loudly, and looks happy. They follow feeding routine III correctly and take walks for 2-3 hours daily. The baby sleeps alone, linens are clean. He is bathed every other day. Skin and mucus membranes are clear, has 6 teeth. Squinting his left eye. Getting massage and exercise. *(illegible)*


　　　　Nurse: *(signed)*

**Exhibit 85 –  1288**

(pages MM-107, M-108)

# MEDICAL CHART № _____

### December 22, 1965
### Clinic Visit

The boy is 8.5 months old. Weight - 11kg, gained 300 grams in 22 days. Has no complaints. Weaned form breastfeeding 2 months ago. He is on infant diet; pureed vegetables, porridges, juices. Daily routine followed, *(illegible),* can say syllables, cannot stand on his own.

Skin and mucus membranes are clear, turgor *(illegible),* has 6 teeth. Heart: normal rhythm and rate, sounds are clear. Abdomen is soft, liver is not enlarged. Stool is normal.

Diagnosis: Healthy

Recommendations:
Start feeding routine IV
Continue Infant diet)
Juices, fruits, vegetables
Toughening up
*(illegible)*
First vaccination against pertussis and diphtheria

53

**Exhibit 85 – 1289**

(page MM-109)

*(Stamp)*  Pirquet's skin test done
December 22, 1965
Checked on December 24, 1965
Result: negative
Signature: *(signed)*


*(Stamp)*  First Vaccine against Pertussis and Diphtheria done

Set: 6/ (signed) Dose: o.5. December 24, 1965.

Temperature- 36.4°.

Nurse: *(signed)*

54

**Exhibit 85 – 1290**

(pages MM-109, MM-110)

**January 17, 1966**
**Home Visit**

The boy is 9 months and 8 days old. He is taking baby formula and diverse food; juices, fruits, and vegetables.  Eats willingly. Fish oil is not given regularly.

The boy looks somewhat overweight. Anterior fontanel is closed. Has six teeth. Can sit on his own, standing with help, loudly laughing, can say syllable, plays with toys, and looks calm.  They take walks not regularly, but he sleeps with open window. Bathed 3 times a week, sleeps in his crib, linens are clean. Following feeding routine III.

Recommendations:
Start feeding routine IV
Massage and exercise every day
Start potty training
Start introducing wind-up toys and surrounding objects
Second vaccine against diphtheria
Follow up in clinic.

55

**Exhibit 85 – 1291**

(pages MM-111, MM-112)

**January 26, 1966**
**Clinic Visit**

Weight – 11 kg

Height -76 cm

Head circumference – 47 cm

Chest Circumference- 50 cm.

The boy is 9.5 months old, cheerful and active. He is on infant diet. The child is overfed.

Mother has no complaints.  Skin and mucus membranes are clear, has 7 teeth (upper 4 and lower 3). Anterior fontanel measuring 1.0X1.0 cm. The rest of the organ/system exam without abnormalities.

Cannot stand on his own, can say words.

Diagnosis: Healthy

Recommendations:
Follow feeding routine IV
Continue infant diet
Juices
Walks outside
Massage and exercise
Second vaccination against pertussis and diphtheria is due.

*(stamp)*  Second vaccine against pertussis and diphtheria is done
        Set- 93  Dose- o.5
        Temperature is normal
        January,26, 1966- intramuscular injection.

            Nurse*: (signed)*

*(stamp)*  Third vaccine against pertussis and diphtheria is done
        Set- 59  Dose- o.5
        Temperature is normal
        February 23, 1966- intramuscular injection.

            Nurse*: (signed)*

56

**Exhibit 85 – 1292**

(pages MM-113, MM-114)

**February 17, 1966**
**Routine Home visit**

The boy is 10 months and 8 days old. He is currently on feeding routine IV, on infant diet, consumes variety of food. He drinks juices, eats vegetables and fruits, takes fish oil.

Skin turgor is normal. Anterior fontanelle is closed, has seven teeth. Care is good, gets adequate amount of walks outside. The baby is bathed 3 times a week, sleeps alone, linens are clean.

Massage and exercise are done regularly, gets air baths. Baby boy is happy, can stand on his own in the crib, takes steps. He recognizes people around him, laughing, cooing, can say syllables. Interested in toys.

Second Vaccination against pertussis and diphtheria he tolerated well.

Recommendations:
Spend time in playpen
Start wind-up toy introduction
Potty training
Follow up with Doctor in clinic for 10 months check up
He is due for third DTaP vaccine (pertussis, diphtheria, tetanus).

Nurse: *(signed)*

57

**Exhibit 85 – 1293**

(page MM-115)

## February 23, 1966
## Clinic Visit

The boy is 10 months and 14 days old.

Mother has no complaints. In general, he looks well. Eating well. Skin and mucus membranes are clear, has 7 teeth. Heart sounds are clear. Lungs are clear to auscultation, no wheezing, rales or rhonchi. No signs of rickets. Anterior fontanel is closed.

Referred for third TDaP vaccination.

**Exhibit 85 – 1294**

(page MM-116)

**March 6, 1966**
**Initial Home Visit**

The patient is 10 month old boy, who had no sick contacts. Complaining of fever, nose congestion, and runny nose.

Temperature- 38.5° (101.3 F). In general, he looks fair and fussy. Skin is clear, pharyngeal mucosa is erythematous. Lymph nodes are nontender. Heart – fast heart beats. Breathing sounds are coarse on lung auscultation. The rest of the exam without abnormalities.

<u>Diagnosis</u>: Flue

<u>Recommendation</u>:
Excedrin  ½ tab. TID
Follow up home visit on March 7

**March 7, 1966**
**Follow up Home visit**

Temperature- 36.4°. In general, his condition is satisfactory, has no complaints. Skin and pharyngeal mucosa are clear and normal color. The rest of the exam within normal limits.

<u>Diagnosis</u>: Flue

<u>Recommendations </u>: *(illegible)*

59

**Exhibit 85 –  1295**

(pages MM-117, MM-118)

**March 29, 1966**
**Routine Home Visit**

The boy is 11 months and 20 days old. He is on infant diet, eating well, feeding routine IV is being followed, his nutrition is complete.

Overall, his condition is satisfactory. Skin and mucus membranes are clear. Anterior fontanelle is closed, has 8 teeth. The boy looks happy, walks in his crib and says syllables. He is laughing with loud voice, recognizing close relatives. Can point subjects, plays with toys. Spends time in playpen, massage and exercise done regularly.

Recommendation:
Follow up in clinic


       Nurse: (*signed)*

60

**Exhibit 85 – 1296**

(page MM-119)

Mikhel, Iouri 11 month old

██████████████

**April 1, 1966**
**Home Visit**

The boy had sick contact, family member with flue. Chief complaints: disturbing cough and runny nose.

Temperature-36.4°. In general, his condition is satisfactory.  Skin is clear, pharyngeal mucosa is slightly erythematous. Heart sounds are clear. Lung auscultation: breath sounds are coarse, no wheezing, rales or rhonchi. Abdomen is soft, nontender. Liver is not enlarged. Stool is normal.

Diagnosis: Flue

Recommendations:
(illegible)3.0-150.0
Mustard plaster
Sulfadimidine 0.15 QID
Warm fluids
Ephedrine nasal spray BID


Nurse will follow up on his condition on April 4.

61

**Exhibit 85 -  1297**

(pages MM-120, MM-121)

**April 4, 1966**
**Nurse assessment**

In general, his condition is satisfactory. Temperature is normal. He has cough, runny nose. No other complaints. They are following doctors recommendations.

Plan: Continue prescribed treatment.

**April 15, 1966**
**Routine Home Visit**

The boy is 1 year old. He is on infant diet, eats diverse food, follows feeding routine IV. Appetite is good, eats willingly. Consumes fruit and vegetables.

The boy looks calm. Skin is clear, no rash present. Some runny nose is still present. Pharyngeal mucosa is clear. He has no cough, and no other complaints.

Can walk with help, recognizes people around him, plays with toys.

He is getting massage and exercise regularly. They take walks daily, bathing every other day.

He is given orders for routine checkup.

Return to clinic for 1-year routine visit.

62

**Exhibit 85 – 1298**

(pages MM-121, MM-122)

**April 23, 1966**
**Initial Home Visit for Sick Call**

This is a one-year-old boy who had no sick contacts.

Temperature- 36.5°. last night he had fever, temperature of 39.4° (102.9 F). This morning temperature was 38° (100.4 F). Coughs, has no runny nose. Yesterday vomited once, bowel movement is normal. Skin is clear, pharyngeal mucosa normal color, pink. Heart sound and lungs are clear. Abdomen is non tender, liver is not enlarged. Stool is normal. The boy is teething.

Diagnosis: Teething

Prescriptions/recommendations:
Excedrin - 0.1 TID
Plenty of warm fluid
Follow up with nurse on April 24, 1966

**April 24, 1966**
**Nurse Assessment**

His condition is satisfactory. Skin is clear, pharyngeal mucosa is erythematous. This morning at 9 am his temperature was 39° (102.2 F), at 11:30 decrease to 37.2°. They are following doctor's recommendation.

Follow up with Doctor on call.

Nurse: *(signed)*

63

**Exhibit 85 – 1299**

(page MM-123)

**April 25, 1966**
**Follow up home visit**

This is a 1-year-old boy, who has been sick for 3 days.  He has no cough, nose is not congestion. Since yesterday purulent drainage started from his right ear.

Temperature- 38° (100.4 F). In general, his condition is fair. Skin is clear, pharyngeal mucosa looks slightly erythematous. Heart and lung sounds are clear. Abdomen is non-tender, liver is not enlarged. Bowel movement is normal.

Diagnosis: Bacterial otitis media, right

Referrals: ENT Doctor for home visit

Prescriptions/recommendations:
Penicillin 120
Streptocide 100 (intramuscular injection)
Calcium Chloride solution 5% solution
Ear compress

64

**Exhibit 85 –  1300**

(page MM-124)

**April 29, 1966**
**Home Visit**

The boy is having fever at night, temperature up to 38°. Current temperature is normal. In general, his condition is fair. On Exam: skin is clear. Purulent drainage from his ear has stopped. Pharyngeal mucosa is slightly erythematous. Oral exam revealed mouth sores. Heart and lung exam is normal. Abdomen is non-tender, liver is not enlarged. Has normal bowel movement.

Diagnosis: Otitis media, right. Stomatitis

Recommendations:
Continue Penicillin and Streptocide
Nystatin 75,000
Multivitamins
Mouth sore treatment

Was seen and examined by ENT doctor on April 26. Nurse should follow up on his condition on April 30.

Doctor: *(signed)*

65

**Exhibit 85 – 1301**

(page MM-125)

*(stamp)*  Children's Health Center № 44

Mikhel, Iouri   1 year old

Penicillin 120 000 Units

Streptomycin 100 000 Units intramuscular injections twice a day.

Started on April 25.

                Nurse*: (signed)*

66

**Exhibit 85 –  1302**

(pages MM-126, MM-127)

**Check list for Penicillin injections**

Mikhel, Iouri 1 year old

███████████████████

| | |
|---|---|
| Apr. 25, 1966 | Penicillin 120 000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 25, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 26, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 26, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 27, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 27 , 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 28, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 28, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 29, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 29, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 30, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| Apr. 30, 1966 | Penicillin 120000 U + Streptomycin 100 000 U, intramuscular injection |
| May 1, 1966 | injected intramuscularly Penicillin 120 000 + streptomycin 100000 |
| May 1, 1966 | injected intramuscularly Penicillin 120000 + streptomycin 100000 |
| May 2, 1966 | injected intramuscularly Penicillin 120000 + streptomycin 100000 |

**May 6, 1966**
**ENT consult**
**Home visit**

Right bacterial otitis media. Today on exam of the right ear there is drainage, tympanic membrane opaque and bony landmarks are not well defined. Left ear exam is normal.

Doctor: *(signed)*

67

**Exhibit 85 – 1303**

(page MM-128)

### April 30, 1966
### Home Visit

Has low appetite, and he is fussy.  In general, his condition is fair. Temperature: 36.4°.

Skin is clear. There are aphthous ulcers on mouth mucosa. Tympanic membrane *(illegible),* there is *no* drainage from ear. Nose in not congested. He is taking prescribed medications.

Doctor: *(signed)*

### May 4, 1966
### Home visit

Today the boy is feeling well, appetite is good.

Temperature- 36.4°. Skin is clear, there is no discharge from his ear. Stomatitis is improving.

Tests are not done yet.

He will see ENT Doctor on May 5.

On May 6th will follow up in clinic.

Nurse: *(signed)*

68

**Exhibit 85 – 1304**

(page MM-129)

**May 6, 1966**
**Clinic Visit**

This is 1 year and 1 month old boy. Weight - 12 kg 300 grams.

He has no complaints. In general, he looks well. Appetite is good. Skin and mucus membranes are clear. The rest of organs/system exam without abnormalities. Stool is normal.

<u>Diagnosis:</u> Healthy

<u>Recommendations:</u>
Continue to follow feeding routine IV
Juices
Regular exercise and massage
Walks outside

69

**Exhibit 85 – 1305**

(pages MM-130, MM-131)

## First Year Medical History Summary

The baby was born to mother Gravida 4 Para 2. Mother experienced morning sickness during pregnancy, labor and delivery- without complications. Weight at birth - 3700 gr., height -53 cm. Development of the baby was good. Was on breastfeeding until 9 months. At 5 months started complementary feeding with baby formula and cereal. Feeding was done not correctly, resulting in excessive weight gain; 1300 grams in 1 month. Daily routine was followed. Received prophylaxis of Rickets, Vitamin D. Psychomotor development is normal. At age of 1 year he walks, can say about 6 words. The boy had right ear infection at age 1, received treatment with penicillin and streptomycin, intramuscular injections.

Registered for regular check-ups without any health problems. Vaccinations are up to date.

Doctor: *(signed)*

70

**Exhibit 85 – 1306**

(pages MM-131, MM-132)

**August 30, 1966**
**Clinic Visit**

The boy is 1 year and 5 months old.  He is attending day care № 256.

Weight is 13 kg 600 gr

Blood test: hemoglobin -79 Units, ESR- 12 mm/hr, WBC-8,700

Urinalysis: normal

Stool test: negative for ova and parasites.

The boy has well-built, looks  overweight. Skin and mucus membranes are clear. The rest of the exam is without any abnormalities.

Pirquet test

*(stamp)*  Pirquet test done on August 30, 1966

checked on Sep.1, 1966

Result: negative.

71

**Exhibit 85 – 1307**

(page MM-133; MM-134)

## September 8, 1966
### Home Visit

This is 1 year and 5-month-old baby, attending daycare № 256. He is not on quarantine.

He has been sick for one day, coughing. Temperature is 38.5°.

Skin is clear, pharyngeal mucosa is pink. Heart and lung sounds are clear. Abdomen is not- tender, liver is not enlarged. Stool is normal.  There is purulent drainage form the right ear.

Diagnosis: Otitis media, right

Prescriptions:

Tetracycline -1/3 tablet  TID

Excedrin- 0.1  TID

Warm compress on the ear

ENT consult

Follow up with the doctor on September 9. 1966

Doctor: *(signed)*

## September 9, 1966
### ENT clinic visit

The boy has been sick for 2 days. Complaining of ear pain and drainage from the right ear.

Right ear exam: in ear canal epidermal *(illegible)*. Tympanic membrane is red, bony landmarks are not defined. Pharyngeal mucosa is slightly erythematous. Nose: clear rhinorrhea.

Diagnosis: Upper respiratory infection and right acute otitis media

Treatment plan:

Nose spray

Continue prescriptions of primary care physician

Ultra-High Frequency Light treatment of right ear

*(illegible)* at night

Follow up on September 12, 1966

*(stamp)* First Ultra-High Frequency Light   Treatment of right ear done on September 9th.

*(stamp)* Second Ultra-High Frequency Light Treatment of right ear done on September 10th.

*(stamp)* Third Ultra-High Frequency Light   Treatment of right ear done on September 12h.

72

**Exhibit 85 –  1308**

(page MM-135)

**September 12, 1966**
**ENT Clinic Visit**

Right Ear exam: Tympanic Membrane is erythematous and retracted. <u>Tympanocentesis performed</u>, resulted in <u>purulent</u> drainage. Left ear exam today is unremarkable. Pharynx is slightly erythematous, clear nasal discharge.

<u>Diagnosis:</u> Bacterial otitis media, right

<u>Treatment plan:</u>

Start penicillin 100000 + Streptomycin 100 000 intramuscular injections on September 13

Continue prescribed treatment

Follow up on September 13, 1966.

Doctor: *(signed)*

73

**Exhibit 85 – 1309**

(page MM-136)

## September 13, 1966
## ENT Clinic Visit

Last night he was comfortable. Temperature is normal.

Right ear exam: purulent drainage, tympanic membrane is pink in color, landmarks are not defined.

Area behind the ear is not inflamed. (status post tympanocentesis on September 12, 1966)

Left ear exam is normal.

Diagnosis: The same

Treatment Plan: Continue treatment as prescribed.

## September 14, 1966
## ENT Clinic Visit

Right ear exam revealed pussy drainage in ear canal, tympanic membrane is opaque, bony landmarks are not defined. Area behind the ear is not inflamed.

Left ear exam is normal.

Diagnosis: The same

Treatment Plan:

Ultra-High Frequency Light Treatment (three sessions)

(illegible)

74

**Exhibit 85 –  1310**

(page MM-137)

### September 16, 1966
### ENT Clinic Visit

Temperature is normal. Last night he had earache again.

Right ear exam: tympanic membrane looks cloudy and grey in color, posterior upper section is bulging, no drainage again. Tympanocentesis is done with bloody purulent drainage. The area behind the ear is not inflamed.

Left ear exam is normal.

Diagnosis: Bacterial otitis medica, right

Plan: Blood test and follow up on September 17th.

75

**Exhibit 85 – 1311**

(pages MM-137, MM-140)

**September 17, 1966**
**ENT Clinic Visit**

Temperature is normal. In his right ear (*illegible)*

Behind the ear is not inflamed.

Plan:

Continue prescribed treatment

Blood test

**September 19, 1966**
**ENT Clinic Visit**

Temperature is normal. He is having restful nights.

Right ear exam: there is no drainage. Paracentesis is dry. Tympanic membrane pale in color.

Left ear exam is normal.

Diagnosis: Bacterial otitis media, right

Recommendations:
Return for Follow up on September 21
Continue all prescribed treatments

**September 21, 1966**
**ENT clinic visit**

Right ear exam: there is no purulent drainage present. Paracentesis- slight moisture.

Lower part of tympanic membrane is retracted. Left ear exam is normal.

Diagnosis: Bacterial Otitis Media, Right

Recommendations:
Continue prescribed treatment
Return for follow up on September 23, 1966

**Exhibit 85 – 1312**

(page MM-138)

*(Stamp)* 44th Children's Health Care Center

**Nurse's Note**

Mikhel, Iouri  1 ½ years old

Penicillin 100,000  BID  I/M injection , Streptomycin 125,000 BID

████████████████

September 12, 1966

77

**Exhibit 85 – 1313**

(page MM-139)

## Checklist for Penicillin Injections

September 12, 1966    Penicillin 100000 + Streptomycin 125000

September 13, 1966    Penicillin 100000 + Streptomycin 125000

September 14, 1966    Penicillin 100000 + Streptomycin 125000

September 14, 1966    Penicillin 100000 + Streptomycin 125000

September 15, 1966    Penicillin 100000 + Streptomycin 125000

September 15, 1966    Penicillin 100000 + Streptomycin 125000

September 16, 1966    Penicillin 100000 + Streptomycin 125000

September 16, 1966    Penicillin 100000 + Streptomycin 125000

September 17, 1966    Penicillin 100000 + Streptomycin 125000

September 17 , 1966    Penicillin 100000 + Streptomycin 125000

*(illegible)* completed

Nurse: *(signed)*

78

**Exhibit 85 – 1314**

(page MM-141)

<div align="center">

**September 23, 1966**
**Clinic Visit**

</div>

Stool test for ova and parasites was negative.

Today he has no complaints. Overall, his condition is satisfactory. Physical exam is done.

<u>Diagnosis:</u> Healthy

Doctor's Note is given for the day care

         Doctor: *(signed)*

79

**Exhibit 85 - 1315**

(pages MM-142 and MM-143 are duplicates)

## MEDICAL CHART №_____

Mikhel, Iouri    1 year 5 months old

█████████████████

Doctor's Note №2867 from September 16, 1966 to September 29, 1966

Doctor's Note №2867 from September 20, 1966 to September 25, 1966

**September 23, 1966
ENT Exam**

The boy has been diagnosed with bacterial right middle ear infection. Currently there is a slight discharge in the right ear. In general, his condition is satisfactory. Temperature is normal. Sleeps well at night., appetite is good.

<u>Diagnosis:</u> Recovering form bacterial right middle ear infection

<u>Plan and recommendations:</u>
γ-Globulin 1 dose
*(illegible)*
Alcohol ear drops
Follow up on September 26, 1966
He can return to daycare on September 25, 1966

Doctor: *(signed)*

80

**Exhibit 85 – 1316**

(page MM-144)

**September 26, 1966**
**ENT Visit**

Temperature is normal. In general, condition is fair. On right ear exam-tympanic membrane looks pale, retracted. *(illegible)* Area behind the ear has no signs of inflammation.

Left ear exam is normal.

Diagnosis: Improving right otitis media

Plan: Follow up on September 28, 1966

        Doctor: *(signed)*

**Exhibit 85 – 1317**

(pages MM-144, MM-145)

**October 3, 1966**
**Home Visit**

(illegible) 26. This is 1 year and 5-month-old boy, who is on quarantine. The boy has been coughing for the last 4-5 days. Last night his cough got worse, had fever -temperature of 39.0 ° (102.2 F).

Current temperature is 36.8° (98.2 F). Overall, his condition is satisfactory. Skin is clear, pharyngeal mucosa is erythematous. He has greenish nasal discharge. Test on *(illegible)* is negative.

Heart sounds are clear, normal rhythm and rate. Lungs sounds are coarse, no wheezing, rales or rhonchi. Abdomen is non-tender. Liver palpable o.5 cm below the costal margin. Stool is normal, per mother.

Diagnosis: Upper Respiratory Infection

Treatment plan:

Sulfadimezin 0.25 QID

Mustard plasters

Ephedrine nose spray

Solution *(illegible)* nose spray

Call the doctor if needed

Follow up on October 5th.

ENT consult

        Doctor: *(signed)*

82

**Exhibit 85 – 1318**

(page MM-146)

### October 4, 1966
### Home Visit

He has no fever and no new complaints. Temperature is normal. Still has upper respiratory infection symptoms.  Pharyngeal mucosa is moderately erythematous. Nose congested, heavy rhinorrhea. The rest of the exam without any new changes. Stool is formed, observed.

Diagnosis: The same

Plan:

ENT Consult

Follow up on October6[th] or October 7th.

83

**Exhibit 85 – 1319**

(page MM-146 continuation, and page MM-150)

**October 5, 1966**
**Follow up Home visit**

Last night he had a fever, temperature was 40° (104 F).  This morning he was restless, did not nap. Current Temperature is 36.0° (96.8 F). Overall, his condition is satisfactory. Skin is clear, no rash present. He has runny nose. Pharyngeal mucosa is erythematous. Heart sounds are normal. The rest of the organ/systems exam without new changes.  Tragus test is nonconclusive.

Diagnosis: The same

Plan:

Urinalysis

ENT consult

84

**Exhibit 85 –  1320**

(page MM-147)

███████████████

Mikhel, Iouri 1.5 years old

## URINALYSIS

**Color**: Light straw

**Clarity:** Slightly cloudy

**Acidity**: Neutral

**Specific Gravity**:1015

**Proteins**: Not present

**Glucose**: Not present

**Ketones: --**

## MICROSCOPIC EXAM OF CEDIMENT

**White Blood Cells**: 0-1-2/hpf

**Epithelial cells:** Moderate number of casts

**Mucus**: Excess amount

October 6, 1966

Signature: *(signed)*

85

**Exhibit 85 - 1321**

(pages MM-148, MM-149)

Mikhel. Iouri
1 year 9 months old

██████████████████

**October 7, 1966**
**ENT Clinic Visit**

The boy is under surveillance for bacterial right middle ear infection since September 9, 1966.

Today his temperature in normal. In general, his condition is fair.

Multiple (2-3 times) tympanocentesis of the right ear performed from September 26, 1966 to October 7, 1966.  *(illegible)* not contacted (due to sickness of her husband).

Since October 3, 1966 the boy has been sick with upper respiratory infection.

Right ear exam: today again tympanic membrane *(illegible) ,* bulging of posterior-superior part of the membrane. Tympanosentesis is done, resulted in purulent drainage. Area behind the ear has no signs of inflammation.

Left ear exam is normal.

Diagnosis: Bacterial right otitis media

Exhibit 85 – 1322

(page MM-150 continuation, and page MM-152)

## October 8, 1966

### *(stamp)* ENT Visit

### ENT Exam

In the ear canal excessive amount of clear drainage mixed with blood. Back of the ear has no signs of inflammation. *(illegible),* Temperature is normal.

Yesterday tympanocentesis done at ENT department of Raukhfus Children's Hospital*,* they will go there tomorrow *(illegible)*

## October 10, 1966
### ENT Clinic Visit

Yesterday he was at the Raukhfus Children's Hospital, he is receiving strengthening therapy and Ultra-High Frequency Light  therapy.

Temperature is normal. In general, he looks well.

Right ear exam: there is less purulent drainage today. Tympanic membrane *(illegible),* today looks retracted. No signs of inflammation behind the ear. Left ear exam is normal.

Diagnosis: The same

Return for follow up on October 12, 1966

**Exhibit 85 –  1323**

(page MM-151)

███████████████

# Children's Hospital of Smolninsky District
## LABORATORY
## BLOOD TEST

**Child:** Mikhel, Iouri    1 year 5 months old

**Hemoglobin-** <u>11.4</u>   **Color index-**<u>68 Units</u>

**WBC-**<u>8600</u>

**ESR in 1 hour** <u>-15 mm</u>

## White Blood Cell Differential

**Band cell-** 5 %

**Segmented cells-** 50 %

**Eosinophils-** 5 %

**Basophils** –

**Lymphocytes-** 34%

**Monocytes-** 6 %

**Red cells are showing** -slight anisocytoses

October 8, 1966

       **Signature** *(signed)*

**Exhibit 85 –  1324**

(page MM-153)

**October 12, 1966**
**ENT Clinic Visit**

Overall condition is satisfactory. Temperature is normal. Sleeps well, appetite is normal.

Right ear exam: Purulent discharge in ear canal. Tympanic membrane is bluish in color. Behind the ear no signs of inflammation.

Left ear exam is normal.

Diagnosis: Bacterial otitis media, right

Treatment:

(illegible)- 5.0 intramuscular injection

Vitamin C and Vit B1 intramuscular injection every other day

Ultra-High Frequency Light Treatment

Streptomycin - ear drops

**September 14, 1966**
**ENT Visit**

Otoscopy – no signs of improvement.

Follow up on October 7, 1966

     Completed

*(stamp)*  Ultra-High Frequency Light Treatment of right ear.

     September 15, 1966. 5 Sessions.

89

**Exhibit 85 – 1325**

(pages MM-154, MM-155)

**LABORATORY REFERRAL**

**Name**: Mihkel, Iouri

**Age:** 1 year 6 months

**Address**: ██████████████████

**Specimen**: Stool for Dysentery test, E.Coli, for the registry

**Date:** Oct 3, 1966

**Doctor's signature** *(signed)*


*(Stamp)* Ministry of Public Health
       Sanitary -Epidemiological Station (illegible) District
       Laboratory
       For fecal analysis

**5591**       **October 4, 1966**

*(stamp)* Enteropathogenic E. Coli not found

Stool culture result:  S. Typhi, Paratyphi and dysentery not found

**October 6, 1966**

90

**Exhibit 85 – 1326**

(page MM-156)

## Children's Hospital of Smolninsky District

### LABORATORY

### BLOOD TEST

**Child**: Mikhel, Iouri   1 year

**Hemoglobin:** 12.0 gr.%   Color index: 70

**White Blood Cells**: 7400

**ESR in 1 hour**: 10 mm

May 23, 1966

     **Signature**  *(signed)*

91

**Exhibit 85 – 1327**

(page MM-157)

**October 17, 1966**
**ENT Visit**

Temperature is normal. Appetite is good. Sleeps well. Stool, per mother is normal.

Right Ear Exam: There is moisture. Tympanic membrane is not bulging, but (*illegible)* in color.  The area behind the ear without signs of inflammation.

<u>Diagnosis:</u> The same

<u>Treatment Plan:</u>

Apply heat on the ear

Gamma Serum 5.0

Vitamin C and B1 intramuscular injection

Follow up on October 19, 1966

92

**Exhibit 85 – 1328**

(pages MM-157, MM-158)

## October 19, 1966
## ENT Visit

Temperature is normal. In general, he looks well. Sleep and appetite are good.

Right Ear Exam: there is no discharge, tympanic membrane is retracted.

All recommendations are being followed. *(illegible).* Behind the ear without signs of inflammation.

Left ear exam is normal.

Diagnosis: Bacteria Otitis Media, right. (Recovering)

Mother asked for a note for daycare.

*(illegible)*

Doctor's Note: Can return to daycare on October 20, 1966

Follow up on October 21, 1966.

## October 21, 1967
## Clinic Visit

Weight-16 kg

Height-94 cm

Chest circumference- 54 cm

Head circumference- 50 cm

This is 2 year 5 months old boy, attending daycare 256.

He has no complaints. In general, his condition is satisfactory. Skin and mucus membranes are clear. Posterior pharynx has no signs of inflammation. Heart sounds are clear.

93

**Exhibit 85 – 1329**

(page MM-159)

6:05 pm-6:25 pm                                                      *(illegible)*

**MEDICAL CHART №_____**

Date form completed:  **November 6, 1966**        <u>Boy</u>
                                                  Girl

Mikhel, Iouri

1 ½ year old

███████████████████████████████████

94

**Exhibit 85 – 1330**

(page MM-160)

**November 6, 1966**
**Home visit**

This is 1 year and 6 month old boy who has been sick for the past 3 days.

Chief Complaint: Fever, cough, runny nose, increased irritability for 3 days.

Temperature -39.0° (102.2 F). In general, he looks moderately sick, very restless. Skin is clear, no rash present, pharyngeal mucosa is erythematous, clear rhinorrhea, lymph nodes are non-tender.

Heart sounds are normal. Lungs auscultation revealed coarse breath sounds.

The rest of organ/system exam without abnormal findings. Stool is normal.

Intramuscular injections done:  Metamizole 25 %-0.3 and Caffeine 10%-0.2

Given Orally:  Benadryl  0.005
                        Pyrazolone  0.15

After 15 minutes condition improved, temperature - 38.2° (100.7 F).

Diagnosis:  Flue

Treatment and Plan:

*(illegible)* -1 teaspoon  4 times

Tetracycline-50 QID

Epinephrine solution 2% -nose spray

Mustard plasters

Warm fluids

Follow up with doctor on November 7, 1966.

                    Doctor: *(signed)*

95

**Exhibit 85 – 1331**

(pages MM-160, MM-161)

**November 7, 1966**
**Home visit**

Condition satisfactory, he is active. Still having symptoms but feeling better.

Temperature is normal. Skin is clear, no rash present. Pharyngeal mucosa is erythematous, without lesions.

Heart sounds are clear. Lungs are clear to auscultation. Abdomen is soft and non-tender.

Diagnosis: Bacteria otitis media, right (recovering)

Treatment plan:

(illegible)

Call doctor on call, if needed

Follow up on November 10.

Doctor: *(signed)*

96

**Exhibit 85 – 1332**

(pages MM-161, MM-162)

## November 14, 1966
## Home visit

The boy is having fever since yesterday, current temperature is 37.9°. Overall, his condition is satisfactory.
Skin is clear, no rash present. Posterior pharynx non-erythematous.
Heart sounds are clear, tachycardia. Lungs are clear to auscultation, no wheezing, rales, or rhonchi.
Abdomen is soft and non-tender, liver is not enlarged. Stool is normal.

Diagnosis: Flu

Treatment plan:
Sulfadimezine 0.25
Aspirin 0.1 TID
Follow up on November 15, 1966.

## November 15, 1966
## Follow up Home visit

His condition is getting better, still having runny nose. Temperature is 36.7°. Heart sounds are clear. Lungs clear to auscultation, no wheezes, rales or rhonchi. Abdomen is soft, non-tender. Liver Is not enlarged. Stool is normal. Tragus test is negative (ear exam).

Diagnosis: Recovering

Plan: Continue prescribed treatment

97

**Exhibit 85 –  1333**

(page MM-163)

*(stamp)* **Children's Health Center № 44**

**Name and age of the patient:** <u>Mikhel, Iouri  3 years and 5 months</u>
**Date:** <u>November 19, 1968</u>
**Name of the Doctor:** (illegible)

Solution of Levomycetin (chloramphenicol)
0.5%-10.0 Eye drops
Apply 2 drops tree time a day

                Doctor: (*signed*)

**Exhibit 85 – 1334**

(page MM-164)

**November 28, 1966**
**Home visit**

This is 1 year and 7 month old boy, attending nursery school 256. He had no sick contacts.

Chief complaints: disturbing cough, fever, temperature up to 38.0 this morning.

On exam: current temperature 37.0. In general, his condition is satisfactory. Skin is clear. No rashes present. Posterior pharynx erythematous. Heart sounds are clear. Coarse breath sounds on lungs auscultation, whit scattered wheezes. Abdomen nontender. Liver is not enlarged.  Stool is normal.

Diagnosis: Upper Respiratory Infection

Plan:
(illegible)  3.0-15 , 1 teaspoon
Mustard plasters
Aspirin 0.1 TID
Penicillin 75000 units QID
Multivitamins

99

**Exhibit 85 – 1335**

(page MM-165)

**November 30, 1966**
**Follow up Home Visit**

Condition is satisfactory, cough is still present. Temperature- 38.2°. Respiratory rate- 39/min

On Exam: Skin is clear. Posterior pharynx is slightly erythematous. Heart sounds are clear.

Lung auscultation: coarse breath sounds with scattered wheezes and crackles; resonant sound on percussion. Abdomen is soft, nontender.  Stool is normal. Liver edge is not palpable.

Diagnosis:  Bilateral pneumonia.
            Chronic pneumonia ?

Plan:

γ (gamma) globulin

Continue prescribed treatment

            Doctor: *(signed)*

100

**Exhibit 85 – 1336**

(page MM-166)

# Children's Hospital of Smolninsky District

## LABORATORY

## BLOOD TEST

**Child**: Mikhel, Iouri   1 year old

**Hemoglobin** -13.4 gr%   MCH- 80

**White Blood Cells** - 6900

**ESR in 1 hour**-15 mm

November 13, 1966

**Signature:** *(signed)*

101

**Exhibit 85 – 1337**

(page MM-167)

# Children's Hospital of Smolninsky District

## LABORATORY

## URINALYSIS

Name: Mikhel Iouri  1 year and 7 months

**Color**: Light yellow

**Clarity**: Clear

**Acidity**: Neutral

**Specific Gravity:** not enough specimen received

**Proteins**: not present

**Glucose:** not present

## MICROSCOPIC EXAM OF CEDIMENT

**White Blood Cells**: 0-1-2/hpf

**Epithelial cells**: moderate number of casts

**Mucus**: Excess amount

December 13, 1966

**Signature**: *(signed)*

102

**Exhibit 85 – 1338**

(page MM-168)

### December 1, 1966
### Home Visit

The condition is getting better. Temperature is normal. Respiratory Rate- 20 bpm.

He just fell asleep and I was asked not to wake him up.

<u>Diagnosis:</u> The same

### December 2, 1966
### Home Visit

In general, he looks better. He is still having productive cough.

Temperature is normal. Lungs: breath sounds on auscultation are coarse with rhonchi and fine crackles bilaterally. Stool is normal.

<u>Diagnosis:</u> The same

<u>Plan:</u> Continue prescribed treatment until December 5.

103

**Exhibit 85 – 1339**

(page MM-169)

**December 7, 1966**
**Home Visit**

In general, his condition is satisfactory. He is coughing less.

Temperature is normal. Skin and oropharyngeal mucosa are clear.   Tragus test is negative. Lungs are clear on auscultation. Abdomen nontender, liver is not enlarged. Stool is normal.

Diagnosis: The same. Recovering

Plan:

(illegible) - 3.0-150.0

Mustard plasters every other day

**Exhibit 85 – 1340**

(pages MM-169; MM-170)

**December 9, 1966**
**Home Visit**

Condition satisfactory. Skin is clear, posterior pharynx without lesions. Heart sound are clear. Lungs are clear to auscultation. Abdomen is soft, nontender. Liver is not palpable, stool is normal.

Diagnosis: Pneumonia, recovering

(stamp)  Chest X-Ray
December 14, 1966    2226

On Chest X-Ray exam there is peri- bronchial changes in mediastinum of the right.  Hilar enlargement on the right.

Follow up chest X-Ray in 10-12 days.

105

**Exhibit 85 – 1341**

(page MM-172)

**December 13, 1966**
**Clinic Visit**

In general, his condition is satisfactory. He is still having occasional cough.

Temperature is normal. Skin is clear, oral mucosa without lesions. Heart sounds are clear. Lungs clear on auscultation. Abdomen is soft, nontender. Liver is not palpable. Stool is normal.

Boy is being assigned to overnight day care because mother is at work all day. The boy is staying with grandmother and another elderly with health conditions.

Diagnosis: Pneumonia, recovering.

**Exhibit 85 – 1342**

(page MM-171)

*(illegible)*

**Exhibit 85 - 1343**

(page MM-173)

**December 30, 1966**
**Home Visit**

The boy is not on quarantine. He has disturbing cough.

Temperature -37.6°, Respiratory Rate-30 /min.

On exam:  Skin with signs of exudative dermatitis, pharyngeal mucosa is slightly erythematous, no lesions.

Heart sounds are clear. Coarse breath sounds on lung auscultation, no wheezes, rales or rhonchi. Abdomen is soft, nontender. Liver is not enlarged. Stool is mushy.

Diagnosis:  Bilateral multifocal pneumonia. Chronic?

Treatment /plan:

Sulfadimesin 0.25 QID,

*(illegible) 3*.0 150

Mustard plaster every other day

Aspirin 0.1 TID

108

**Exhibit 85 – 1344**

(page MM-174)

**December 31, 1966**
**Home Visit**

In general, condition is satisfactory, the boy is active. Temperature- 37.0°.

On exam: exudative eczema with signs of scratches. Pharyngeal mucosa non-erythematous. Heart sounds are clear. Coarse breath sound on lung auscultation, occasional rhonchi, crackles on the left subscapular area. Abdomen is soft, nontender. Liver is not palpable. Stool is normal.

<u>Diagnosis:</u> Bilateral multifocal pneumonia

<u>Plan</u>:

Continue prescribed treatment

Follow up on January 2, 1967

Doctor: *(signed)*

109

**Exhibit 85 – 1345**

(page MM-175)

### January 2, 1967
### Home Visit

In general, he looks better. Still coughing.

Temperature is normal. Skin is clear. Pharyngeal mucosa is slightly erythematous. Heart sounds are clear. Bronchial breath sounds and a few rhonchi on lung auscultation. Abdomen is soft, nontender. Liver is not palpable, stool is normal.

Diagnosis: The same

Plan: Referred to the hospital to be admitted.

<div style="text-align:center">Doctor: <em>(signed)</em></div>

110

**Exhibit 85 – 1346**

(pages MM-176 to MM-179)

## **Discharge Summary**

The boy was hospitalized at Children's Hospital of Smolninsky district from January 2, 1967 to February 3, 1967.

Referred Diagnosis: Chronic Bilateral localized pneumonia, Class I

Final Diagnosis: Exacerbation of chronic pneumonia (multifocal pneumonia + interstitial). Dyspnea, pulmonary etiology.

Hypochromic anemia, infectious etiology. Upper respiratory infection.

The boy was admitted on the 7th day of being sick, in fair condition with clinical symptoms of pneumonia. Received treatment with resolution of pneumonia clinically and on chest X-ray on 14th day of treatment. On Day 16 of hospitalization patient developed signs of upper respiratory infection, had fever for 2 days, temperature up to 38°.  On Chest X-ray on January 14th there were hilar enlargement and enhancement of lung vasculature as a result of pneumonia.

Urinalysis from January 28, 1967 was normal.

Fecal test from February 2, 1967 was normal.

Blood test result from January 31, 1967:

Hemoglobin -11.8 -71 U; MCH- 0.88,;RBC-4,500; WBC- 6,600, ESR-6 mm/hr.

limphocytes-32, monocytes-12, eosinpophils-7, Band cells-6, segmented neutrophils-43.

**ENT consult**- no abnormalities found.

Treatment received: Tetracycline, nystatin, sulfadimezin, benadryl, Vitamin B6 and B12, promethazine, Iron.

Ultra-High Frequency Light therapy of chest, received 11 treatments.

Electrophoresis with ascorbic acid- four therapies. Ultra-High Frequency Light treatment of face- 3 treatments.

Discharged in satisfactory condition, can return to day care on February 4, 1976. No quarantine is required.

Recommendations: spend time outside, complete nutrition, follow up with neurologist for "rocking" habit. *(illegible)*

111

**Exhibit 85 – 1347**

(page MM-180)

## February 11

For the nurse: follow up about daycare attendance.

For the Doctor: Patient should be on the registry for chronic pneumonia.

Nurse- *(illegible)* about follow up visit.

## February 14, 1967

The boy is attending day care № 256.

Nurse: *(signed)*

112

**Exhibit 85 -  1348**

(page MM-181)

**March 24, 1967**
**Home Visit**

This is 1 year and 11 months old boy, who is attending day care 256. He currently is not on quarantine.

Temperature- 37.2° has occasional cough and runny nose. There is purulent discharge from eyes. Skin is clear, no rashes present. Oropharynx is slightly erythematous with a few tonsillar exudates. Heart sounds are clear. Breath sounds are coarse on lung auscultation without wheezes, rales or rhonchi. Abdomen is nontender, liver is not enlarged. Stool is normal.

Diagnosis: Upper respiratory infection. Conjunctivitis.

Treatment/Plan:

Sulfadimesine 0.25 QID

*(illegible)*

Salicylic solution 1%-100.0

Mustard plasters

Plenty of warm fluids

Ephedrine solution nose spray

Sulfacetamide (Albucide ) 15% solution eye drops

Follow up as needed.

    Doctor: *(signed)*

113

**Exhibit 85 – 1349**

(pages MM-182 to MM-185)

## Discharge Summary

This is a 2-year-old boy with history of chronic pneumonia, severe strep throat with high fever complicated with febrile seizure. Strep throat was complicated with right sided *(illegible)* otitis.

From April 1st to April 10th had allergic skin reaction, and on the first day thought to be a scarlet fever rash, considering history of follicular throat infection. However, the character of the rash- not small papulose and looking more like pustulous on the pale base, and time of rash appearance -up to two weeks, negative bacterial growth from oropharynx, and no sick contacts, diagnosis of scarlet fever was not confirmed. The boy was isolated and was treated as possible scarlet fever.  And accordingly, was followed by Infectious Disease specialist.

Was getting ready for adenectomy; however, due to possible sick contact was discharged home.

In the hospital received treatment:

Penicillin and Streptomycin intramuscular injections, Benadryl, *(illegible)*, Prednisolone (7 days),

γ-globulin intramuscularly (3 doses), multivitamins.

Tests:

Blood test done on April 13:

| Hemoglobin | RBC | WBC | Granulocytes | Neutrophils | Segmented neutrophils | Eosinophils | Basophils | Lymphocytes | Monocytes |
|---|---|---|---|---|---|---|---|---|---|
| 73 | 4900000 | 6,700 | 24% | 10 | 38% | 17% | 1% | 29% | 5% |

ESR done on April 18- 10 mm/hr.

Urinalysis done on April 11: Result was normal

Oropharyngeal culture: negative for strep A

ECG: without any abnormal changes

Chest X-ray done on March 27th increased hilar and lung vasculature in lower mediastinal sections. There is no localized consolidation. Heart silhouette is normal, diaphragm is elevated, no pleural effusion.

Recommendations: Return to the hospital to be admitted on May 3 for pre-op testing before adenectomy.

In case if attends day care after May 3rd,        please collect urine specimen for analysis.

Weight at discharge-15100 gr., gained 600 gr.

Quarantine until May 1, 1967.

P.S  Was hospitalized from March 25 to April 18

Referral Diagnosis:  Exacerbation of Chronic Pneumonia

Clinical Diagnosis: Follicular tonsillitis. Allergic dermatitis.  Right adenoiditis. Chronic Pneumonia, Class I, stable.

114

**Exhibit 85 - 1350**

(page MM-186)

Note for the Doctor: Please referred to the hospital on May 3rd, 1967 for admission before adenectomy.

**April 22, 1967**
**Home Visit**

Temperature is normal, condition is satisfactory. Skin and mucus membranes are clear, no rashes or ulcers. The rest of the organ/system exam within normal limits.

Diagnosis: Healthy

**Exhibit 85 – 1351**

(page MM-187, MM-188, MM-189)

## Discharge Summary

Mikhel, Iouri, two-year-old boy, was hospitalized from May 3 to May 13th.

Diagnosis on admission: Chronic pneumonia, Class I, stable. Adenoiditis.

Clinical Diagnosis: The same.

Adenectomy was performed, post- surgical period was without complication.

Treatment received: Calcium chloride 10% solution, vitamin K, multivitamins.

Tests performed:

Urinalysis from May 4th was normal.

Oropharyngeal culture for *(illegible)*– no growth.

Stool culture from May 7th- was negative.

Blood test:

| Hemoglobin | RBC | WBC | Granulocytes | Neutrophils | Segmented neutrophils | Eosinophils | Basophils | Lymphocytes | Monocytes |
|---|---|---|---|---|---|---|---|---|---|
| 87 | 5000000 | 6,000 | 15% | 2% | 36% | 4% | 0% | 46 | 11% |

Platelets-310,000.

Bleeding time -1' 20"

Clotting time (tube agglutination test)-10'

Discharged in satisfactory condition, can attend day care. No quarantine required.

116

**Exhibit 85 – 1352**

(page MM-190)

**October 2, 1967**
**Clinic Visit**

Weight- 16 kg.
Height- 94 cm
Chest circumference- 54 cm
Head circumference-50 cm

He has no complaints. Skin and oropharyngeal mucosa are clear. Heart sounds are normal, soft apical systolic murmur. Lung sounds are normal on auscultation and percussion. Abdomen is soft, liver is not enlarged.

Diagnosis: Chronic pneumonia, Class I (stable).

Plan:
Blood test, urinalysis, stool for ova and parasites.
Follow up with ENT.
Chest x-ray.

Doctor: *(signed)*

117

**Exhibit 85 - 1353**

(pages MM-191 and MM-195)

**October 2, 1967**
**ENT Visit**

Currently has no complaints. Otoscopy is normal. Oropharynx: tonsillar hypertrophy 2+. Had adenectomy.

Doctor: *(signed)*

**October 5, 1967**
**Tuberculosis Specialist Clinic Visit**

This is 2 years and 5 months old boy, attending daycare 256, who is under regular care for chronic pneumonia. He did not have exacerbations of pneumonia in the summer.
On exam: Skin is clear. Oral mucosa is clear. Heart sounds are normal. Breath sounds on lung auscultation clear, no wheezes, rales, or rhonchi. Abdomen is soft and nontender.
Had Tuberculosis contact. Pirquet skin test is negative.

Diagnosis: Healthy. TB contact.  Chronic pneumonia, currently stable.

118

**Exhibit 85 – 1354**

(page MM-192)

# Children's Hospital of Smolninsky District
## LABORATORY

**FECAL ANALYSIS**

**Child**: Mikhel, Iouri  2 years and 5 months
**Ova/ parasites-** not found.

October 2, 1967

119

**Exhibit 85 -  1355**

(page MM-193)

**Children's Hospital of Smolninsky District
LABORATORY**

**BLOOD TEST**

**Child:** Mikhel, Iouri  2 years

**Hemoglobin**-12.8 g/dL
**White Blood Cells** – 6000
**ECR in 1 hour-**10 mm

October 5, 1967

**Signature_____**

120

**Exhibit 85 – 1356**

(page MM-194)

# Children's Hospital of Smolninsky District
## LABORATORY

### Urinalysis

Mikhel, Iouri  2 years and 5 months

**Color**: straw -yellow
**Clarity**: Clear
**Acidity:** Acidic
**Specific Gravity**: 1020
**Proteins**: trace
**Glucose:** not present

### MICROSCOPIC EXAM OF CEDIMENT

**Red Blood Cells**: isolated unchanged cells

**White Blood Cells**: 1-3/hpf

**Epithelial cells:** sporadic number of casts

**Mucus**: Excess amount

October 2, 1967

**Signature**_____

121

**Exhibit 85 - 1357**

(pages MM-195, MM-199)

**October 17, 1967**
**Home Visit**

This is 2 years and 5 months old boy, attending daycare 256. He currently is not in quarantine. Yesterday, at day care the boy had a few episodes of vomiting and high fever. He has some cough, no other complaints. Current temperature- 36.7°. He had no bowel movement today, urine color is normal. Skin is clear, oropharynx non-erythematous. Heart: clear sounds, regular rhythm. Breath sounds on lung auscultation are normal. Abdomen is soft. Liver not palpable.

Diagnosis: Observation

Plan:
Stool culture urinalysis
Blood test
Follow up with doctor on October 18th.

Doctor: *(signed)*

122

**Exhibit 85 - 1358**

(pages MM-196, MM-197, MM-198

# Children's Hospital of Smolninsky District
## LABORATORY

Last Name: Mikhel, I  2years and 6 month

**BLOOD TEST**

Transaminase Activity

ALT- 68 units

October 20, 1967

Last Name: Mikhel, I  2years and 6 month

**BLOOD TEST**

Transaminase Activity

ALT- 75 units

October 23, 1967

# Children's Hospital of Smolninsky District
## LABORATORY

Last Name: Mikhel, I  2years and 6 month

**URINALYSIS**

**Color**: straw -yellow
**Clarity**: Cloudy
**Acidity**: Acidic
**Specific Gravity**: Not enough specimen received
**Proteins**: not present
**Glucose**: not present

**MICROSCOPIC EXAM OF CEDIMENT**

**Red Blood Cells** : -

**White Blood Cells** : 0-1/hpf

**Epithelial cells**: sporadic number of casts

**Salts:** Uric acid salts in excess amount

October 18, 1967

123

**Exhibit 85 – 1359**

(page MM-200)

### October 18, 1967
### Home Visit

The boy is feeling well, looks cheerful. Temperature is normal. Skin is clear, no rashes. Oropharyngeal mucosa non-erythematous. The rest of organ/system exam within normal limits. Stool is normal, formed.

Tests are done.

### October 20, 1967
### Clinic Visit

Physical exam is done. Healthy. Note for day care.

Attending day care 256.

*(stamp)* Pirquet test date October 23, 1967.

Result- negative.

124

**Exhibit 85 – 1360**

(page MM-201)

**October 25**
**Clinic visit**

Physical exam was done by the head of the department.

He has no complaints, appetite is good. Had no episodes of vomiting. Temperature is normal.

On Exam: Condition is satisfactory. Skin is clear, oropharyngeal mucosa non-erythematous. Heart sounds are clear, regular rate and rhythm. Normal breath sounds on lung auscultation. Abdomen is soft, nontender. Liver edge palpable at costal margin. Stool is normal, urine color is normal according to mother.

Diagnosis: Observation

125

**Exhibit 85 – 1361**

(page MM-202)

# Children's Hospital of Smolninsky District
## LABORATORY

Last name: Mikhel, I   2 years and 6 months

### URINALYSIS

**Color**: Straw-yellow
**Clarity**: Cloudy
**Specific Gravity**: 1012
**Bile pigments**: negative reaction
### MICROSCOPIC EXAM OF CEDIMENT

Urine is contaminated, repeat analysis needed.

October 26, 1967

126

**Exhibit 85 – 1362**

(pages MM-203, MM-204)

## October 26, 1967
## Home Visit

He has no complaints. The boy is cheerful, active. His appetite is good.

Temperature is normal.

On Exam: Condition is satisfactory. Skin is clear, normal color. Posterior pharynx non-erythematous.

The rest of organ/system exam is within normal limits. Urine and stool examined during the visit, normal color.

Diagnosis: The same.

Plan: Follow up with Doctor on October 27, 1967

       Doctor: *(signed)*

## October 27, 1967
## Clinic Visit

Examination is done by the head of the department.

He has no complaints, has good appetite. Looks cheerful.

Temperature is normal.  Skin is clear, normal color. Oropharyngeal mucosa non-erythematous, without lesions. Heart and lung exams without abnormalities. Liver edge is palpable at costal margin, nontender. Percussion reveled no hepatosplenomegaly. Stool is normal.

He is under observation for elevated transaminase -75 units.

127

**Exhibit 85 – 1363**

(pages MM-204, MM-205)

## October 30, 1967
### Clinic Visit with Primary Physician

He has no complaints, appetite is good.

Skin and oropharyngeal mucosa are clear. Liver nonpalpable, nontender. The rest of organ/system exam within normal limits.

Plan: Follow up on November 2.

## November 2, 1967
### Clinic Visit

He has no complaints, appetite is good. He did not vomit.

He has daily bowel movement, stool is formed, normal color (brown). Urine is normal.

Skin and oropharyngeal mucosa are clear. Liver nonpalpable, nontender on palpation, on percussion no hepatomegaly.

Blood test, transaminase on November 3, 1967 – 28 units.

Note sent to day care.

128

**Exhibit 85 - 1364**

(pages MM-206, MM-207)

# Children's Hospital of Smolninsky District
## LABORATORY

███████████████

Last Name: Mikhel, I

**Blood Bilirubin test (Van den-Bergh reaction)**

Transaminase activity-28 Units

November 3, 1967

# Children's Hospital of Smolninsky District
## LABORATORY

Last Name: Mikhel, I

**Blood Bilirubin test (Van den-Bergh test)**

Reaction: not direct

Result: 0.4 mg/dl

Transaminase activity-80 Units

October 27, 1967

129

**Exhibit 85 – 1365**

(page MM-208)

## Summary of Chronic Pneumonia

The boy is under observation for Chronic Pneumonia since February 1967. At age of one year he had ear infection. In November 1966 was diagnosed with pneumonia for the first time. Was treated at home. In January 1967 was admitted to the hospital and diagnosed with chronic pneumonia. Received treatment with tetracycline and nystatin, sulfadimesine, Ultra-High Frequency Light, and electrophoresis.

Did not have exacerbation of chronic pneumonia. ENT exam from October 2, 1967 was normal. In May of 1967 had adenectomy.

Tests: Urinalysis was done on October 18 and was normal. Stool for ova and parasites from October 2nd- was negative. Blood test was done on October 5: Hb-76, WBC-6,000, ECR- 10 mm/h

Weight- 16100 gr, Height- 94 cm, chest circumference – 54 cm.

Doctor: *(signed)*

130

**Exhibit 85 – 1366**

(page MM-209)

## November 29
## Committee for Chronic Pneumonia

Objectives: well *(illegible)*, on the skin signs of petechiae. Oropharynx:  tonsils are enlarged, hypertrophied mucosa of posterior pharynx. Lungs: normal breath sounds on auscultation. The rest of exam within normal limits.

Diagnosis: Chronic Pneumonia, Class I (dyspnea on exertion)**.**  (Under regular monitoring)
Nasopharyngitis

Recommendations:
Ultra-High Frequency Light treatment of chest interchangeably with photo radiation therapy.
Local treatment of nasopharynx
Desensitizing therapy
γ- Globulin
Respiratory therapy
Toughening up


            Doctor: *(signed)*

131

**Exhibit 85 – 1367**

(page MM-210)

*(stamp)* **Chest X-Ray November 29, 1967**
         **№ 1975**

On the chest image there are peri-bronchial changes in lower mediastinal area. Bilateral hilar enlargement, *(illegible)* (chronic pneumonia). No new acute changes.

**December 13, 1967**
**Clinic Visit with Tuberculosis Specialist**

This is a 2 years and 8 months old boy who had bacterial otitis media at age 1, later often was having upper respiratory infections, twice had pneumonia.
On Exam: Skin and oropharyngeal mucosa are clear. Heart and lung sounds are clear.

132

**Exhibit 85 – 1368**

(pages MM-211 to MM-213)

(stamp) Ambulatory Division
Unit № 2 of  Raukhfus Children's Hospital
Of Smolninsky District

Time: 17:40                    Doctor: Aksenova

## MEDICAL CHART №_____

**Name:** Mikhel, Iouri
**Age:**  2 years and 8 months
**Address:** ██████████████████

### January 1, 1968

Chief complains: Right ear pain, fever.

The boy has been sick since December 31st. Today he had fever, temperature of 39° and drainage form right ear canal.

Current temperature is 38.1°. Heart rate -120 bpm.

The boy has been diagnosed with chronic pneumonia, class I (dyspnea on exertion).

He has history of right bacterial otitis media in 1966.

Objectives: In general, he looks moderately ill, in no acute distress. He is playing *(illegible)*.

Skin is clear. Posterior pharynx moderately erythematous, tonsils are enlarged (II degree), with puss filled trabeculae bilaterally. Submandibular lymph nodes nontender. Heart sounds are clear. Breath sounds are coarse on lung auscultation, rhonchi bilaterally.

Abdomen is soft, nontender. No hepatosplenomegaly. Meningeal symptoms are negative.

Right era exam revealed purulent discharge in the ear canal.

Diagnosis: Follicular tonsillitis. Right otitis media. Chronic pneumonia.

Treatment  and Recommendations:
Bed rest
Multivitamin,
*(illegible)* -75 QID
Plenty of warm fluids with raspberries
Amidopirin 0.15 TIQ
Mustard plasters
*(illegible)*- 3.0 - 100.0 TID
Warm ear compress
Boric acid 5% alcohol solution ear drops ( 5 drops into right ear TID)
Follow up ion clinic on January 2, 1968.

133

**Exhibit 85 –  1369**

(page MM-214)

## Ophthalmologist

Day Care 256

**May 17, 1968**

Purulent eye discharge for 3 days.

On Exam: Hyperemia and swelling of conjunctiva of the right eye. In *(illegible)* excessive mucopurulent discharge. Swelling of eyelids.

Diagnosis: Acute bacterial conjunctivitis of right eye.

Follow up on May 20, 1968

## Ophthalmologist

**May 22, 1968**

Recovered, healthy.

Note to the Day Care is given.

134

**Exhibit 85 – 1370**

(pages MM-215; MM-216)

# 1St  Ambulatory Division of Smolninsky District
## LABORATORY REFERRAL

Name: Mikhel,  Iouri

Age: 3 years

Address: ██████████████████

Specimen: Stool for ova/parasites

Diagnosis: For  Day Care

Date: November 3, 1967


Doctor's  signature *(signed)*


*(stamp) (illegible)*        November 4, 1976

Laboratory

1/20 Mitninsky Street Tel. 92-78


Result: Shigella dysenteries not found.


November 10, 1967 (Signed)

135

**Exhibit 85 – 1371**

(page MM-217)

Age:  2 years 6 months
        *(illegible)*


Chief complaints: low appetite

Hilar enlargement. Enlarged submandibular and neck lymph nodes.  Groin lymph nodes enlarged (bean size), dense, and nontender.

He referred to Committee for Sanatorium selection, town Pushkin.

### January 2, 1968
### Home Visit

This is a 2 year and 8 months old boy, attending day care 256. He currently is not on quarantine.

Has been sick for a couple of days. Had fever on January 1st, temperature up to 38.0. Having discharge form right ear and cough. Appetite is good.

Current temperature – 36.8°.

Oral Exam: Extreme tonsillar enlargement. Skin is clear. Heart sounds are clear. Breath sounds are coarse, a few rhonchi on auscultation. No signs of consolidation on percussion.

Abdomen is soft. Stool is normal.

Diagnosis: Bacterial Otitis Media

Plan: Referral for ENT consult

Doctors note is given from January 2nd to 5th.

136

**Exhibit 85 –  1372**

(page MM-219)

**January 5, 1968**
**Visit with Tuberculosis Specialist**

The child is referred to pediatric sanatorium in Pushkin city from January 10, 1967 for 4 months.

Diagnosis: *(illegible)*, suspected allergic reaction. Chronic pneumonia.

**June 13, 1968**

The child is away, at the summer house with his parents.

137

**Exhibit 85 – 1373**

(page MM-220)

### January 29, 1968

The boy is healthy, currently he is in sanatorium.

### June 25, 1968

The boy is away with his parents, they will stay at the summer house until fall.

### September 6, 1968
### ENT Exam

Bilateral acute otitis external. The rest of ENT exam without acute abnormalities.

138

**Exhibit 85 – 1374**

(page MM-221)

**September 11, 1968**
**ENT Exam**

The signs of acute inflammation in his ears are gone.


**September 13, 1968**
**Clinic Visit**

The boy is attending nursery school 62.
He has no complaints. Condition is satisfactory. Exam performed.

Stool for gram negative bacteria from September 9, 1968 № 12913[2] was negative.

Diagnosis: Healthy

Doctor's Note to nursery school is given.

139

**Exhibit 85 – 1375**

(pages M-222, M-223)

**October 10**
**Home Visit**

This is a 3 year and 6 months old boy, who is attending nursery school 62. He has no known ill contacts. According to mom, yesterday the boy had fever at the day care. At home later at night his temperature was normal. They have no other complaints.
Objective: Temperature- 36.7°. Condition is satisfactory. Skin on exam is clear. Oropharynx is non - erythematous. Heart sounds are clear. Breath sounds are vesicular, no rhonchi, wheezes, or rales. Abdomen is soft and nontender. Liver not palpable. Stool is normal.

Diagnosis: Chronic Pneumonia, Class I. Stable.

Plan: Tests for chronic pneumonia
                 Doctor: *(signed)*

*(stamp)* Chest X-Ray done in October 1968

On the chest roentgenogram there are no acute changes.
Impression:  Chronic Pneumonia, stable.

For the doctor:  Please issue summary of chronic Pneumonia

140

**Exhibit 85 – 1376**

(pages MM-224, M-225)

## **Summary of the Disease, Chronic Pneumonia**

The boy is on the registry for chronic pneumonia since February 1967. In the first year of life the boy had ear infection. First episode of pneumonia was in November 1966, for which he received treatment at home. Chronic pneumonia (Class 1) was diagnosed in January 1967 during hospitalization. In the hospital he was treated with tetracycline, nystatin, sulfadimidine, Ultra-High Frequency Light therapy of chest, electrophoresis with *(illegible)*.

Has not had exacerbations of chronic pneumonia.  The boy was in pediatric sanatorium in city of Pushkin from January to May. Summer spent at the summer house; he has not been sick during his stay.

　　　　　Doctor: *(signed)*

They will return for assessment by the committee.  September 22, 1968

　　　　　Doctor: *(signed)*

141

**Exhibit 85 – 1377**

(pages MM-225, MM-226)

## **Assessment by the Committee for Chronic Pneumonia**

Weight-16 kg and 600 gr
Height-98.5 cm
Chest circumference- 57 cm
Blood test from October 18 was normal. Urinalysis -within normal limits.
Mantoux skin test done on October 21st.

Objective: Well-developed, well-nourished boy.
Oropharyngeal mucosa without lesions, tonsils slightly enlarged, without exudate or erythema. Lymph nodes are not enlarged. Lung sounds are normal on auscultation and percussion. Abdomen is soft. Liver is not enlarged.

Diagnosis: Chronic Pneumonia (outpatient observation)

Plan:
1.Strengthening, desensitizing treatments
2.Treatment at sanatorium
3.Toughing up

        Doctor*: (signed)*

142

**Exhibit 85 – 1378**

(pages MM-227, MM-228)

**November 27, 1968**
**Ophthalmologist**

On the left upper eyelid there is demarcated infiltration without discharge. Left upper eyelid is erythematous and swollen. The rest of the eye exam is normal.

Diagnosis:  Furunculosis of left upper eyelid

Treatment plan:
Ultra-High Frequency Light treatment
Surgery consult
*(illegible)* 0.5%- 10.0 QID


                Doctor: *(signed)*

**November 29, 1968**
**Ophthalmologist**

Swelling of upper eyelid is worse today. They have not seen a surgeon yet. Received 3 sessions of Ultra-High Frequency Light Treatment**.**

Plan:
Continue Ultra-High Frequency Light treatment to complete 5 sessions
Surgery referral

**December 1, 1968**
**Triage at the hospital**

The child is examined. Impression: Furunculosis of left upper eyelid.

**December 11, 1968**
**Clinic Visit**

There is no erythema and swelling on left upper eyelid. Scar is healing well.

Can attend nursery school.

143

**Exhibit 85 – 1379**

(page MM-229)

**January 8, 1969**
**ENT Visit**


Chief complaints: Pain in right ear since January 4th, pussy discharge.


Right ear exam: Tympanic membrane is opaque, purulent drainage observed, bony landmarks not visualized. Left Ear Exam is normal.
Posterior pharynx is erythematous. Nose – clear rhinorrhea.


Diagnosis: Bacterial otitis media, right.


Treatment plan:
Erythromycin and chloramphenicol (alcohol solution) ear drops.
(illegible)
Follow up on January 10, 1969

**January 10, 1969**
**ENT Visit**


Temperature is normal. Right Ear exam: There is no purulent discharge today, tympanic membrane still opaque. Overall exam looks better.
Left ear exam is normal.
Diagnosis: Otitis media, right


Plan:
Continue treatment
Follow up on January 13, 1969.

144

**Exhibit 85 – 1380**

(page MM-230)

**January 13, 1969**
**ENT Visit**

Right ear exam: Tympanic membrane is pale, no purulent drainage present. Left ear exam is normal. Posterior pharynx is erythematous. Nose: no congestion and no rhinorrhea.

Diagnosis: The same (recovering)

Plan: Continue prescribed treatment and follow up.

145

**Exhibit 85 – 1381**

(pages MM-231, MM-232)

<div align="right">
Doctor Note for Parent<br>
№ 054695<br>
From 18th to February 20, 1969
</div>

**February 18, 1969**
**Home Visit**

This is a 3.5-year-old boy who is attending nursery school 62. He has been sick for 2 days. Did not have any ill contacts.
Chief complains: Fever, temperature of 37.8°, cough, difficulty breathing.
Objective: Current temperature is 37.3°. In general, mildly ill-appearing, having  difficulty breathing.
Skin on exam is clear. Posterior pharynx slightly erythematous, without lesions. Heart sounds are clear.
Lung auscultation: coarse breath sounds and wheezing, normal sound on percussion.
Abdomen is soft on exam. Stool is normal.

Diagnosis: Asthmatic bronchitis

Plan:
Bed rest
Tetracycline -100 mg tabs  TID
Ephedrine -0.015 BID
Mustard plaster
Doctor will follow up on February 19th
Return for follow up in 7 days

       Doctor: *(signed)*

146

**Exhibit 85 - 1382**

(page MM-233)

**February 19, 1969**
**Home visit**

Today he is feeling better.
Objective: Temperature is 36.5°. In general, he looks well.
Skin is clear. Lung auscultation revealed significantly less wheezes. Abdomen is soft.

Diagnosis: The same

Plan:
Continue prescribed treatment until the 22nd
Follow up on February 24th
Call the doctor as needed

147

**Exhibit 85 – 1383**

(page MM-234)

Doctor's Note
№ 1057
From February 21th to February 24

**February 24, 1969**
**Clinic Visit**

He still has a cough, but significantly less.
Objectives: In general, looks better. Skin is clear. Pharyngeal mucosa is erythematous. Coarse breath sounds on lung auscultation with a few wheezes. Abdomen is soft.

Diagnosis: The same

Plan:
Mustard plasters
Expectorants
Follow up on February 28.

148

**Exhibit 85 – 1384**

(page MM-235)

## February 28, 1969
## Clinic Visit

Physical Exam performed. The patient has recovered.

Doctor's Note: Can return to nursery school.

**Exhibit 85 – 1385**

(page MM-237)

2:45/2:46  2:55-3:25

(stamp) Ambulatory Division
       Unit № 2 of Raukhfus  Children's Hospital
       Of Smolninsky District

Address_____        Doctor  <u>Shalman</u>

<div align="center">

**MEDICAL CHART №_____**

</div>

**Date of Completion:** March 29, 1969
**Name:** Mikhel, Iouri
**Age:**  3 years and 11 months
**Address:** ███████████████████████████

Choking chough

**Exhibit 85 - 1386**

(page MM-238)

**March 29, 1969**
**Nursery school 62**

This is a 3 year and 11 month old boy, attending nursery school 62. He did not have any sick contacts. This is first day he is sick, having dry cough and shortness of breath.
Objective: Temperature is normal. In general, he is severely-ill appearing. He has dry barking cough. Skin is clear, pharynx erythematous. Lung auscultation: coarse breath sounds with wheezes over the lung fields. Heart: sounds are clear. Abdomen is soft. Stool is formed.

Diagnosis: Croup.
Treated with Adrenaline 0.1% solution o.4 cc subcutaneous injection and Benadryl 1% solution, 0.5 cc subcutaneous injection.
Plan: Referred to hospital for admission.

151

**Exhibit 85 – 1387**

(page MM-239)


**March 29, 1969**- Patient hospitalized to (illegible) hospital.

Dispatcher *(signed)*


**April 29, 1969**

For the Nurse-please follow up with the patient and find out his current status and location.  Document hospitalization information in the patient chart.


Doctor: *(signed)*

**Exhibit 85 -  1388**

(pages MM-240, MM-242)

## Hospitalization Note:

The patient was admitted to Infectious Disease hospital on March 29, 1969 and was discharged on April 17, 1969 with diagnosis Upper Respiratory Viral infection, bilateral pneumonia, laryngotracheitis (mild obstruction), bronchitis.

Diagnostic testing and procedures:
Throat culture for Corynebacterium diphtheriae was negative.
Urinalysis was normal.
Stool test for ova and parasites was negative.
Blood test was done on April 14, 1969: RBC-4300000, Hb-13gr/dL, MCH-0.9, WBC-6300, ECR-20 mm/hr and from Apr.17-17 mm/hr. Lymphocytes -29%, monocytes -9%, granulosyts-24%, neutrophils-1%, segmented neutrophils-47%.
Chest X-ray was done on April 29, 1969: in mid-lover areas there are changes and signs of pneumonia over the enhanced vasculature. Heart and diaphragm without specific features.

Treatment received:
On March 29th received two doses of γ-Globulin, penicillin intramuscularly, Filatov's serum (plasma substitute solution) - five intramuscular injections, alternating with Vitamins B1 and C- six injections. Five Ultra-High Frequency Light treatments of the chest, electrophoresis of Ethilmorphine with Vitamin C. Orally received multivitamins and other symptomatic treatments.

Objectives: On the day of discharge in general, his condition was satisfactory. Temperature was normal. Skin and oropharynx- clear on exam. Lung sounds on auscultation and percussion are normal, no wheezes or rhonchi on auscultation. Heart: regular rhythm, S1 on apex - not clear. Abdomen on exam is soft, nontender. Stool is normal.
Can attend nursery school № 62.

153

**Exhibit 85 – 1389**

(page MM-241)

Mikhel, Iouri  3 year and 11 months
Nursery School  62
███████████████

### March 31, 1969

Message form Epidemiology *(illegible)*
The child is diagnosed with Pulmonary Croup
*(illegible)* March 29, 1969 the child is hospitalized with the diagnosis.

### April 29, 1969

For the Nurse-please follow up with the patient and find out his current status and location. Document hospitalization information in the patient chart.

Doctor*: (signed)*

154

**Exhibit 85 - 1390**

(page MM-243)

**May 19,1969**
**ENT Exam**

Overall, his condition is satisfactory. Temperature is normal.
Right ear exam: abundance of purulent drainage in ear canal.
Left ear exam is normal.
Pharynx is clear. Nose -mucopurulent discharge.

<u>Diagnosis:</u> Bacterial Otitis Medica, Right. Rhinitis.
<u>Treatment:</u> Erythromycin and Chloramphenicol alcohol solution ear drops.

**May 21, 1969**
**ENT Exam**

Temperature is normal. Right ear exam revealed less drainage, tympanic membrane without infiltrate, *(illegible)*.

<u>Diagnosis:</u> The same

155

**Exhibit 85 – 1391**

(page MM-244)

**May 19, 1969**
**Clinic Visit**

This is a 4-year-old boy, who is attending nursery school № 62.
Weight 18 kg.
Height-104 cm.

*(illegible)* He is coughing and currently diagnosed with bacterial otitis media. In general, his condition is
fair *(illegible)* Skin and mucus membranes are clear.
Lung percussion -short sound, auscultation revealed crackles on the left.
Heart sounds are normal. Abdomen is soft, no hepatosplenomegaly.

Diagnosis: Chronic Pneumonia. Bacterial Otitis Media.

Treatment plan:
Mustard plasters
Vitamin A
Multivitamins
*(illegible)* 1/3 tab TID
Follow up in one week.

156

**Exhibit 85 – 1392**

(page MM-245)

## May 23, 1969
## ENT Exam

The boy is examined. Infection in the ear resolved.


## August 25, 1969
## Clinic Visit

The patient is 4-year-old boy. In general, his condition is satisfactory. He is having some cough.
Skin is clear. Oropharyngeal mucosa is clear. Normal heart sound on auscultation. Breath sounds are
coarse on lung auscultation, no wheezes, rhonchi or rales. Abdomen is nontender. Liver is not enlarged.
Stool is normal.

Diagnosis: Healthy. Under regular care for chronic pneumonia.

The patient is referred to sanatorium.

157

**Exhibit 85 – 1393**

(page MM-246)

**August 25, 1969**  Referral to Sanatorium "Koster".

<div align="center">

**November 3, 1969**
**Clinic visit**

</div>

This is 4 years and 7 month old boy, who is attending nursery school № 62.
From September 2nd to October 31, 1969 the boy was at sanatorium "Koster".
During the stay he had respiratory infection, was treated with tetracycline and aspirin.

Received 10 treatments with Ultra-High Frequency Light.

Today he has no complaints. Exam is within normal limits. He is healthy and he is cleared to attend nursery school.

Doctor *(signed)*

158

**Exhibit 85 – 1394**

(page MM-247) **(page MM-248 is duplicate)**

## Summary chronic pneumonia committee

The patient is on the registry since February 1967. First time had pneumonia in November 1966. Last exacerbation of asthmatic bronchitis was in February 1969. Last episode of chronic pneumonia exacerbation was in April 1969. In March-April 1969 was hospitalized with respiratory infection, pneumonia and croup. In April 1969 had bacterial middle ear infection. From August to October 31, 1969 was in sanatorium "Koster".

He had routine check-up before leaving to sanatorium. ENT exam – without abnormalities.

Doctor *(signed)*

159

**Exhibit 85 – 1395**

(pages MM-249, MM-250)

The chart is in the office of the committee for chronic pneumonia.

Duplicate November 4, 1969 (472.6)

Mikhel, Iouri

███████████████

**November 4, 1969**
**Initial Home Visit**

This is a 4.5-year-old boy, who is currently not on quarantine.

He has been feeling well until yesterday. Yesterday he was at the nursery school, where he got his feet wet during the walk. Later that night he developed fever; temperature rose up to 38° (100.4 F).

Chief complaints: throat pain with swallowing.

Objective: There is no known ill contact. Current temperature -37.5°.

Overall condition is fair. Skin is clear. Pharyngeal exam: tonsils are enlarged with exudate.

Heart sounds are clear. Clear breath sounds on lung auscultation, no wheezes, rhonchi, or rales. Abdomen is soft, nontender. Stool is normal.

Diagnosis: Lacunar tonsillitis

Treatment Plan:

*(illegible)*

Tetracycline with Nystatin -TID

Gargling

Follow up on November 5th.

160

**Exhibit 85 – 1396**

(page MM-251)

# CHILDRENS HOSPITAL OF SMOLHINSKY DISTRICT

## LABORATORY

██████████████

**Mikhel, Iouri**

## URINALYSIS

**Color**: Straw -yellow

**Acidity**: Acidic

**Specific Gravity**:1028
**Clarity**: Cloudy

**Proteins:** not present

**Glucose**: not present

**MICROSCOPIC EXAM OF CEDIMENT**

**White Blood Cells** :2-4 /hpf

**Epithelial cells**: moderate amount

**Crystals**: --

**Salts**: --

**Mucus:** moderate amount

November 10, 1969

**Signature _____**

161

**Exhibit 85 – 1397**

(pages MM-252 to MM-254)

*(stamp)* 44th Children's Ambulatory Clinic

Milkhel, Iouri   4 years old   █████████████

Stool for gram negative pathogens.

<u>Diagnosis</u>:  Post streptococcal throat infection.

November 4th

*(signed)*

*(stamp)* Laboratory
    1/20 Mitninsky Street Tel. 92-78
    November 5, 1969        20619/2

**Stool culture report:**

Stool culture revealed no growth for typhi, paratyphoid, and dysentery bacteria.

November 10, 1969

162

**Exhibit 85 – 1398**

(page MM-255)

## November  *(illegible)* , 1969
## Follow up Home visit

Today he is feeling better, has no complaints.

Objective: Temperature- 36.4°. Skin is clear. Posterior pharyngeal wall has cobblestone appearance, erythematous with exudate on the left. Heart sounds are clear. Breath sounds are normal on lung auscultation, no wheezes,rales or rhonchi. Abdomen is soft, nontender.

Diagnosis:  the same

Plan:

Continue prescribed treatment

Follow up on November 6th.

## November *(illegible),* 1969
## Visiting Nurse Home Visit

The doorbell was not answered.

Nurse:*(signed)*

163

**Exhibit 85 – 1399**

(pages MM-256 and MM-259)  **Duplicate**

Mikhel, Iouri    4 years old

███████████████████

Nursery School 62

### November 13, 1969
### House call

He has been sick since November 3, 1969, had strep throat (Doctor November 4th). Was treated with aspirin and tetracycline. Had no fever. On November 12th he had appointment with the doctor. However, on November 12th in the afternoon he had fever, temperature of 38.3°, and developed ear pain. He was not given any treatment orally, only ear drops.

Objective: Currently his temperature is 36.0°. In general, he is moderately ill looking, in no acute distress. Skin and mucus membranes are clear. Posterior pharyngeal mucosa is slightly erythematous, tonsils are enlarged without exudate. On the left side there is enlarged submandibular lymph node 1.5 cm in size, nontender.

There is no ear drainage.

Heart and breath sounds are clear. Abdomen is soft and nontender. No hepatomegaly.

Diagnosis: Sore throat, recovering. Submandibular lymphadenitis. Possible ear infection.

Treatment Plan:

Blood test

Urinalysis

Compress and Ultra-High Frequency Light treatment of submandibular area

ENT referral

Follow up with pediatrician on November 14, 1969.

164

**Exhibit 85 – 1400**

(page MM-257)

# CHILDRENS HOSPITAL OF SMOLHINSKY DISTRICT

## LABORATORY

**BLOOD TEST**

Mikhel, Iouri  4 years old
ESR- 10 mm/h
Hgb- 13 g/%
MCH-78 U
WBC-8500 in 1 mm³

*Signature*

Date: November 27, 1969

165

**Exhibit 85 – 1401**

(page MM-258)

# CHILDRENS HOSPITAL OF SMOLHINSKY DISTRICT

## LABORATORY

**BLOOD TEST**

Mikhel, Iouri  4 years old

ESR- 12 mm/h
WBC-10000 in 1 mm³
                    **Signature** *(signed)*

Date: November 11, 1969

166

**Exhibit 85 – 1402**

(page MM-260)

**November 14, 1969**
**Clinic Visit**

He has no complaints; has no ear pain, no cough.

Temperature-36.5°. In general, his condition is satisfactory. On Exam: skin is clear, oropharynx non-erythematous. Left submandibular lymph node- nontender. The rest of organ/system exam within normal limits.

Diagnosis: Healthy, recovered.

Plan: Follow up with ENT.

167

**Exhibit 85 – 1403**

(page MM-261)

## November 14, 1969
## ENT Consult

Otoscopy-no drainage, the rest of the exam is within normal limits.

Left submandibular lymph node is enlarged.

168

**Exhibit 85 – 1404**

(page MM-262)

**November 17, 1969**
**Routine Clinic Visit**

This is a 4.5 year-old-boy, who is attending nursery school № 62.

He has been followed for enlarged left submandibular lymph node, for which he is receiving treatment with Ultra-High Frequency Light, completed 2 sessions.

In general, he looks well. Skin on exam is clear. Oropharyngeal mucosa is non-erythematous. Stool is normal.

Plan: Follow up on November 19, 1969

                        Nurse: *(signed)*

*(stamp)* Completed treatment with Ultra-High Frequency Light on November 20th, received 5 sessions.

169

**Exhibit 85 - 1405**

(page MM-263)

## November 24, 1969
## Clinic Visit

He has no complaints. On exam: skin is clear, oropharyngeal mucosa without lesions and non-erythematous. Heart sounds are clear. Breath sounds on lung auscultation are clear, no wheezes, rales, or rhonchi.

Stool culture from November 17 was normal № 21 381

Diagnosis: Recovered from Strep throat infection.

Doctor's Note : can attend nursery school

(stamp) **Chest X-Ray**
          Date: December 1, 1969  №2244

There is diffuse lung vasculature and bronchial enhancement. Bilateral hilar enlargement, not well defined. There are no acute changes. Heart size is normal.

Impression: Chronic Pneumonia, stable

170

**Exhibit 85 – 1406**

(page MM-264)

**December 3, 1969**
**Chronic Pneumonia Committee**

Weight -19 kg
Height-107 cm
Chest circumference-58 cm

Physical development is average for age.
The boy recently returned from sanatorium "Koster". Exam revealed enlarged lymph nodes, the rest of organ /system exam within normal limits.

<u>Diagnosis:</u> Chronic Pneumonia, Class I Dyspnea *(on exertion)*

<u>Recommendations:</u>
1. Vitamin A aerosol
2. Ultra-High Frequency Light therapy twice a year
3. Desensitizing therapy twice a year
4. Respiratory therapy and breathing exercises
5. Follow up with pulmonologist

December 3rd *(signed)*

171

**Exhibit 85 – 1407**

(pages MM-265, MM-266)

44th Children's  Ambulatory Clinic of Smolninsky District

Referral to Sanitary and Epidemiological Services of Smolninsky District Laboratory
1/20 Mitinsky St., Tel: 77-02-80

Test referral: <u>initial</u>
                        follow up
Test: antibiotic sensitivity of ear drainage

1. Name: Mikhel, Iouri
2. Age: 4 years and 8 months
3. Address: ███████████████████
4. Reason for test: (sick, sick contact, recovered, bacterial carrier, starting or returning to childcare facility, or sanatorium, and etc.) should be underlined.
5. For the patient with probable diagnosis:  <u>Ear infection</u>
6. Time of the specimen collection_____

                    Date: December 15, 1969 Signature: *(signed)*

Laboratory test results:___

Test:

                    Signature: *(signed)*

(stamp) Laboratory
1/20 Mitninsky Street Tel. 92-78

Corynebacterium diphtheriae- Not found
Streptococcus Hemolyticus- Not found

<u>Antibiotic sensitivity:</u>
Chloramphenicol- 0
Biomycicn-15 mm
Ctreptomycin-20 mm
Penicillin- 10 mm
Tetracycline- 12 mm
Monomycine-25 mm
Neomycin-28 mm
Erythromycin- 30 mm

                    December 17, 1969    *(signed)*

172

**Exhibit 85 – 1408**

(page MM-267)

(stamp)  **Tuberculosis Specialist Consult**
**December 4, 1969**

This is a 4 year and 7 month old boy, who returned from *(illegible)* one month ago. Currently has no complaints. He had upper respiratory infection. *(illegible)* since he is in the overnight nursery school.

Objective: Weight -19 kg, height -107 cm, chest circumference – 58 cm. Overall condition is satisfactory. Skin and mucus membranes are clear. Coarse breath sounds on lung auscultation, no wheezes, rales, or rhonchi. Heart sound are clear. Abdomen is soft. Liver is not enlarged.

Diagnosis: Chronic Pneumonia, Class 1

173

**Exhibit 85 – 1409**

(page MM-268)

**December 15, 1969**
**ENT Exam**


Exam revealed bacterial infection of right middle ear.

Treatment Plan:
Silver Nitrate 1% solution, 1 drop TID
Chloramphenicol alcohol solution ear drops
Right ear electrophoresis 5 sessions
Era drainage for culture and sensitivity test


**December 17, 1969**
**ENT Exam**


Today he has no complaints. Temperature is normal.
Right ear exam: today there is no drainage in ear canal, tympanic membrane pink in color, landmarks
are visible. However, there is scaring of tympanic membrane.
Left ear exam is normal.

Diagnosis: The same, recovering

174

**Exhibit 85 – 1410**

(page MM-269)

**December 20, 1969**
**Home Visit for Sick Call**

This is a 4 years and 8 months old boy, who is attending nursery school № 62. There are not known ongoing quarantine at the school.
Chief complaints: runny nose, cough, and fever.
Objective: Temperature- 38.2° (100.8). In general, he looks fair, in no acute distress.
Skin and oral mucosa are clear. Posterior pharyngeal mucosa is erythematous with some exudate.
Coarse breath sounds on lung auscultation, no wheezes, rales, or rhonchi.
Heart sounds are clear. Abdomen is soft, nontender. Liver is not enlarged.

Diagnosis: Upper Respiratory Infection. Acute Nasopharyngitis.

Treatment plan:
Bed rest
Warm liquids
Gargling
Excedrin 0.2 BID
Mustard plasters
Follow up with doctor on December 22nd.

175

**Exhibit 85 – 1411**

(page MM-270)

**December 22, 1969**
**Follow up Home Visit**

Today he is feeling better, the cough is almost gone.

Temperature is normal. In general, looks well. Lugs auscultation revealed normal breath sounds, no rhonchi or wheezes. Abdomen is soft, nontender.

<u>Diagnosis:</u> the same, recovering.

**December 24, 1969**
**ENT Exam**

Otoscopy reveled resolution of signs of ear infection.

(stamp) Right ear electrophoresis treatment completed
        December 19, 1969    Received 5 sessions.

176

**Exhibit 85 – 1412**

(page MM-271)

**December 24, 1969**
**Clinic Visit**

Patient has no complaints.
Skin and oropharyngeal mucosa are clear. Clear heart sounds on auscultation. Lungs: vesicular breath sounds, no wheezes or rhonchi. Abdomen is soft, nontender. Stool is normal.

Diagnosis: Recovered from upper respiratory infection.

Doctor's Note: Can return to nursery school.

(stamp) Completed phototherapy on December 25, 1969.
        Received 12 sessions.

177

**Exhibit 85 – 1413**

(page MM-272)

**February 9, 1970**
**ENT Exam**

Right ear Exam: There is no free purulent drainage in the ear canal, but tympanic membrane scars have slight moisture.
Area behind the ear appears normal, without signs of inflammation.
Left ear exam is normal.

Diagnosis:  The same

Plan:
Use ear drops, 5 drops once a day
Follow up in a week.

**February 16, 1970**
**ENT Exam**

Right ear exam: There is no drainage, tympanic membrane looks dry. The area behind the ear without signs of infection.
Left ear exam is normal.

Diagnosis: Chronis Otitis Medica, Right

Plan: Continue ENT follow ups

178

**Exhibit 85 – 1414**

(page MM-273)

**March 16, 1970**
**ENT Exam**

Today otoscopy revealed no abnormal finding.

**March 16, 1970**
**Clinic Visit**

This is a 4 year and 11 months old boy, who is attending nursery school № 62. He had no sick contacts.
Has occasional productive cough during the day.
Objective: Temperature- 36.6°. Skin and mucus membrane are clear. Heart sounds are clear.
Lung auscultation: coarse breath sounds, rhonchi over the lung fields bilaterally. Percussion: resonant sound. The rest of organ /system exam within normal limits.

Diagnosis: Bronchitis

Treatment plan:
Althaea officinalis Syrup (cough syrup) 3 dessert spoon TID
Mustard plasters
Sulfaethiodolum  0,35 QID
Multivitamins
Follow up on March 18, 1970.

179

**Exhibit 85 – 1415**

(page MM-274)

**March 18, 1970**
**Clinic Visit**

He has no complaints. On Exam: skin and oropharyngeal mucosa are clear. Lung Auscultation: no wheezing, rails or rhonchi and vesicular breath sounds.
Mother is insisting on discharge.

Diagnosis: Chronic pneumonia, Class I, stable.

Cleared to attend nursery school.

**Exhibit 85 – 1416**

(pages MM-274, MM-275) (MM276 - Duplicate)

**April 9, 1970**
**Home Visit**

This is a 5-year-old boy, who is attending nursery school № 62. He has been sick for two days, last night had fever, temperature was 38.2°. He is complaining of runny nose and ear pain. Today drainage from the right ear started, bloody and purulent. *(illegible)* today is normal.
Objective: Current temperature is 37.2°. In general condition is fair. He is active, running around the house. On exam skin is clear, somewhat pale. Nose is congested, there is copious mucopurulent nasal discharge. Submandibular lymph node is enlarged, about size of a walnut, nontender and not attached to surrounding tissue.
Posterior pharynx slightly erythematous. Coarse breath sounds on lung auscultation, no wheezing, rales or rhonchi. Heart sounds are clear. Abdomen is soft, nontender. Liver is not palpable.

Diagnosis: Bacterial Otitis Media, right. Rhinitis.

Treatment plan:
Alcohol compress of the ear
Cleaning with Hydrogen Peroxide
*(illegible)* alcohol solution *2%,* 2 drops BID
Tetracycline 50,000 QID
Ephedrine  1% solution nose spray- TID
*(illegible)*
Call Doctor on-call if needed.
                    Doctor *(signed)*

181

**Exhibit 85 – 1417**

(page MM-277)

**April 13, 1970**
**ENT**

The boy has been sick since April 9th. Had fever, temperature of 38.2° (100.8). Drainage from right ear started again.
Temperature is normal. In general, his condition is fair. Right Ear Exam: Purulent drainage in ear canal, tympanic membrane looks retracted. Area behind the ear has no signs of inflammation.
Left ear exam is normal. Nose: clear rhinorrhea bilaterally.

Diagnosis: Upper respiratory infection. Bacterial Otitis media, right (chronic).

**April 13, 1970**
**ENT**

Right Ear Exam: there is less drainage in ear canal, tympanic membrane opaque, normal landmarks are absent. Skin behind the ear without signs of inflammation.
Left Ear exam is normal.

Diagnosis: The same

Treatment:
Silver Nitrate 1 % solution, ear drops QID
Hydrocortisone ear drops
Follow up on April 15, 1970.

182

**Exhibit 85 – 1418**

(page MM-278)

**April 20, 1970**
**ENT**

Temperature is normal. Right ear exam: there is no pus in ear canal, tympanic membrane is opaque. Skin and area behind the right ear is without signs of inflammation.

Diagnosis: The same, improving.

Recommendations:
Ultra-High Frequency Light treatment of right ear
Alcohol *(illegible)*
Follow up on April 22, 1970.

**April 22, 1970**
**ENT**

Today on right ear exam there is no purulent drainage in ear canal. Tympanic membrane is opaque. Area behind the right ear is without signs of inflammation. Left ear exam is normal.

Diagnosis: Exacerbation of chronic otitis media, right. Recovered.

183

**Exhibit 85 - 1419**

(pages MM-279, MM-280)

**September 28, 1970**
**Clinic Visit**

Mother is here in the clinic without the child. The boy is being referred to Sanatorium for Chronic Pneumonia. Laboratory orders are provided.

**Fall Check Up**

5-year-old boy who is attending Nursery School № 62 .
Completed *(illegible)* resort chart for Sanatorium "Zvezdochka".

Weight- 20.5 kg
Height- 110 cm
Chest circumference- 59 cm

This is a 5-year-old boy who is attending Nursery School № 62. Overall physical development is average. He was not sick during the summer, he got taller.
On Exam: skin and mucous membranes are clear, decrease skin turgor.
Lungs: resonant sound on percussion, coarse breath sounds on auscultation, a few rhonchi over the lung fields. Heart sounds are clear. Abdomen is soft. Enlarged submandibular lymph nodes.

Diagnosis: Chronic Pneumonia, Class I. Chronic Otitis Media.

Recommendations: Referred to Sanatorium "Zvezdochka" for chronic pneumonia.

*(signed)*  October 3, 1970

184

**Exhibit 85 – 1420**

(page MM-280)

## October *(illegible),* 1970    Clinic Visit

The patient does not have any signs of skin disorders. Cleared to attend sanatorium.

## Blood Test

Hgb-72 U
WBC-750
ESR-10

Urinalysis and stool tests are within normal limits from October 1970.

185

**Exhibit 85 – 1421**

(page MM-281)

## Summary of the Disease for Chronic Pneumonia Committee

The patient is on the registry since February 1967. He had his first episode of pneumonia in November 1966. Last episode of chronic pneumonia exacerbation was in April 1969. During the last year he had acute upper respiratory infections, a few times he had ear infections. In April 1970, the boy was diagnosed with chronic right otitis media.
Since October 3, 1970 he was in sanatorium "Zvezdochka".  Before departure to sanatorium he underwent required check-ups.

Doctor: *(signed)*

186

**Exhibit 85 – 1422**

(page MM-282)

*(stamp)*  Sanitary and Epidemiological Services
of Smolninsky District Laboratory
1/20 Mitinsky St., Tel: 92-78

4311/2            from September 30, 1970

Stool culture result
Corynebacterium Diphtheriae not found.

Report Date: October 3, 1070

187

**Exhibit 85 – 1423**

(page MM-283)

# LABORATORY REFERRAL

Last, First name:  Mikhel, Iouri
Age: 5 Years
Address:  ████████████████████
Specimen: swab for *(illegible)*
Diagnosis:  Sanatorium clearance
Date: September 29, 1970

              Doctor's signature: *(signed)*

September 30, 1070   3:15 pm  Nurse: *(signed)*

188

**Exhibit 85 - 1424**

(page MM-284)

## October 23, 1070
## Committee for Chronic Pneumonia

(The patient is not present)

*(illegible)*
The patient twice received treatment at Sanatorium. Currently he is at sanatorium " Zvezdochka".

Diagnosis: Chronic Pneumonia, Class I. On the registry.
        Chronic Otitis Media

Recommendations:
1. Continue follow up with ENT specialist
2. Desensitizing treatments twice a year
3. Strengthening treatment, follow recommendations of the family doctor

189

**Exhibit 85 – 1425**

(page MM-285)

Mikhel, Iouri  5 years old
████████████████████

**January 5, 1971**
**ENT**

Exam performed at the nursery school.

The patient has history of chronic right bacterial otitis media.
Currently there is no drainage form the right ear.
Left ear exam is normal. Oropharyngeal mucosa is clear. Has nasal adenoids, breathing *(illegible)* is satisfactory.

Diagnosis: Chronic Bacterial Right Otitis Media, stable.

**January 27, 1971**
Attending nursery school № 62.

        *(signed)*

Currently at the sanatorium

190

**Exhibit 85 – 1426**

(page MM-286)

**February 20, 1971**
**Home Visit**

This is a 5-year-old boy, who is attending nursery school № 62.
He has been sick for one day, has cough, runny nose and fever.
Current temperature is 38.8° (101.8). Condition in general is fair. Skin is clear. Posterior pharyngeal mucosa is pail, no exudate present. Heart sounds are clear. Breath sounds are coarse, no wheezing, rhonchi or rales. Abdomen is soft, no hepatosplenomegaly. Stool is formed. Meningeal signs are negative.

Diagnosis: Acute upper respiratory infection. Chronic pneumonia, stable.

Treatment plan:
Bed rest
Tetracycline 70,000
Acetaminophen 0.25 - 5 times a day
*(illegible)*

Follow up with Doctor on February 21, 1971.

191

**Exhibit 85 – 1427**

(page MM-287)

**February 21, 1971**
**Follow up Home visit**

This morning temperature was 37.8° (100 F), cough is worse. Has no diarrhea or vomiting.
Current temperature is 37.3° (99.1 F).
Respiratory Rate-38.
Heart Rate- 100

Objective: In general, his condition is fair. Skin is clear. Posterior pharyngeal mucosa not erythematous. Heart: Regular rate and rhythm, normal S1 and S2, no murmur. He is tachypneic, crackles on the right on lung auscultation. Percussion- normal lung sound. Abdomen is nontender. Liver not enlarged. Stool is normal.

Diagnosis: Upper Respiratory Infection. Chronic Pneumonia.

Treatment plan:
Continue prescribed treatment
*(illegible)* ½ tablet TID
Multivitamin
Ephedrine 0.012 nose spray TID.

192

**Exhibit 85 – 1428**

(pages MM-288, MM-289, MM-290)

**February 23, 1971**
**Doctor**
Discharge summary

Patient was hospitalized from February 22, 1971 to March 21, 1971.
Referred Diagnosis: Bilateral multi-focal pneumonia. Chronic ear infection.
Final Clinical Diagnosis: Bilateral interstitial pneumonia.

Tests and procedures: ENT consult done on February 24, 1971 and was within normal limits.

Blood test from March 13, 1971: WBC-6.30, ESR-15 mm/h, Hb- 13.6 g/dL, MCH-82,  *(illegible)*-0.9, RBC-4,570000, Neutrophils-6, segmented neutrophils-33, eosinophils-16, basophils-2, limphocyts-36, monocyts-7.
Urinalysis form March 5, 1971: Specific Gravity-1023, the rest within normal limits.
Stool culture form March 15, 1971- negative
Stool test for ova and parasites done on February 24, 1971- negative.
Chest X-Ray from February 22, 1971- Interstitial Pneumonia
Chest X-ray form March 15, 1971: On the repeat image pneumonia changes are persisting.

Treatment received:
Penicillin I/M injections for 10 days
Streptomycin I/M injections for 10 days
Benadryl for 10 days
Dibazole for 10 days
*(illegible)* for 15 days
Vitamin A, 5 drops for 6 days
*(illegible)* for 7 days
Streptomycin orally for 6 days
*(illegible)* since March 16, 1971
*(illegible)* aloe 1.0  Subcutaneous 7 times
Vitamin B1 and B5  for 21 days
Electrophoresis  17 times with *(illegible)* ascorbic acid and *(illegible)* physical therapy.

Discharged in satisfactory condition. Will be followed by the primary physician.
Cannot attend Nursery School for two weeks.

Recommendations:
1. Follow daily routine
2. Take walks outside
3. Fish oil, 10.0 BID
4. Multivitamins, 1XX TID
5. Physical Therapy
6. Repeat chest X-ray in three weeks

No quarantine for (illegible).
March 26, 1971 For the Doctor to follow discharge recommendations.

193

**Exhibit 85 – 1429**

(pages MM-291, MM-292)

## **Medical Chart** № *(illegible)*

Date completed: February 22   Gender: Male
Last Name: Mikhel, Iouri    5 years old
Address in details: ██████████████████████
                    Yard on the left, second floor.

Attending nursery school № 62, has no known ill contacts. He had chicken pox. Patient is complaining of cough, high fever. Sick since February 19. Was under care of primary care doctor, was treated with tetracycline.
Objective: Current Temperature is 38.5° (101.3 F).
In general, moderately ill- appearing. Dyspneic, with respiratory rate of 36. Pulse -118 bpm.
Skin is clear. Posterior pharyngeal mucosa is clear, tonsils are enlarged. Heart sounds are clear. Lungs on auscultation-crackles in subscapular area bilaterally. Abdomen is nontender. Liver and spleen are not enlarged. Did not have bowel movement for 2 days.

Diagnosis: Bilateral *(illegible)*  bronchitis, Dyspnea I degree *(shortness of breath on exertion*).

Called *(illegible),* referred to the hospital.
February 22   Note for the nurse: Check with hospital and notify them to contact the area doctor.

Patient admitted to the hospital.

*(illegible)* until March 5, 1971.

194

**Exhibit 85 – 1430**

(page MM-293)

**Blank discharge summary template.**

**Exhibit 85 – 1431**

(pages MM-294, MM-295)

**March 29, 1971**
**Clinic Visit**

Attending nursery school 62. Today has no complaints. Temperature is normal.
In general, his condition is satisfactory. Skin and oropharyngeal mucosa are clear. The rest of the exam within normal limits.

Diagnosis: Pneumonia, recovered.
Recommendations:
Complete treatment course with aloe
Monitoring chest x-ray on April 13, 1971
Return for follow up

**April 2, 1971**
**Clinic Visit**

He has no complaints. In general, looks well. Skin and oral mucosa normal in color and clear. Pharyngeal mucosa not erythematous. Heart sounds are clear. Breath sounds are normal. Abdomen is soft, nontender. Stool is normal.

Diagnosis: Recovered from pneumonia.

Doctor's Note: can return to nursery schools on April 5, 1971.

Note for Nursery school № 62:
Was recommended to not attend. Was sick with pneumonia.

196

**Exhibit 85 – 1432**

(pages MM-298 and MM-301)

**May 3, 1971**
**Clinic Visit**

This is a 6-year-old boy, who is attending nursery school № 62.
Today he has no complaints. On May 1st and 2nd had some cough. They used mustard plasters and chest rub.
Temperature in normal. Overall condition is fair. Skin and mucus membranes are clear. Posterior pharynx is clear. Breath sounds are coarse, no wheezing or rhonchi. Heart sounds are clear. Abdomen is soft, liver is not enlarged.

Diagnosis: Healthy. Recovered from pneumonia.

Doctor's Note to nursery school is given.

197

**Exhibit 85 – 1433**

(pages MM-301, MM-302)

**June 3, 1971**
**Spring Check-up**

Weight 22.0 kg
Height 118 cm
Chest circumference-60 cm

Fall of 1970 the patient was at Sanatorium "Zvezdochka".
After returning from the Sanatorium he had exacerbation of chronic pneumonia.
At sanatorium received course of treatment with aloe, chest massage.
The child attending overnight nursery school and unable to come for treatments.
Objective: In general, looks fair. Skin color is normal. Posterior pharyngeal mucosa not erythematous and clear.
Lungs: resonant sound on percussion, coarse breath sounds on auscultation, no wheezing or rhonchi.
Heart sounds are clear. No hepatosplenomegaly.

Diagnosis: Chronic Pneumonia, Class I, stable

Recommendations:
Toughening up
*(illegible)*
Mantoux skin test

198

**Exhibit 85 – 1434**

(page MM-296)

*(stamp)*  **44ᵗʰ Children's Ambulatory Clinics**
           <u>Physiotherapy room</u>

Mikhel, Iouri 5 years old

████████████████████

Referral for Aloe injections- 9 sub -cutaneous injections daily.

March 24, 1971

                    Doctor: *(Signed)*

199

**Exhibit 85 - 1435**

(page MM-297)

March 25, 1971      Aloe 1.0 I/M

March 26, 1971      Aloe 1.0 I/M

March 27, 1971      Aloe 1.0 I/M

March 28, 1971      Aloe 1.0 I/M

March 29, 1971      Aloe 1.0 I/M

March 30, 1971      Aloe 1.0 I/M

March 31, 1971      Aloe 1.0 I/M

April 1, 1971       Aloe 1.0

April 2, 1971       Aloe 1.0


Completed

200

**Exhibit 85 – 1436**

(page MM-298)

*(stamp)*  Chest X-Ray
　　　　Date: April 9, 1971  № 1744

There is dramatic right lung hilar enlargement, with ill-defined borders. There are no new acute consolidations. Diaphragm is normal.

Impression: Chronic pneumonia post exacerbation.

Recommendations: Repeat exam in the fall before the committee assessment.

201

**Exhibit 85 – 1437**

(pages MM-299, MM-300)

*(Stamp)*  Department of National Education of Smolninsky District
       Nursery school № 62

       Comrade Mikhel!

Iouri is due for immunization against diphtheria and measles. Mantoux skin test for tuberculosis screening is not done.
Everything should be completed before departure to the summer house. However, he had pneumonia recently. It is important to have a consultation with tuberculosis specialist urgently, to find out if immunization can be done now. Otherwise, during the visa audit before summer house departure it might become an issue.
If vaccination allowed by the tuberculosis specialist, please make sure to complete all vaccinations at the ambulatory clinic.

Vaccination note done due to being away in sanatorium and sickness after the return.

Date: May 2 *(signed)*

202

**Exhibit 85 – 1438**

(page MM-303)

**June 7, 1971** *(illegible)*

They left to the summer house.

**September 1971**

Called and scheduled for a visit with pulmonologist.

Nurse: *(signed)*

203

**Exhibit 85 – 1439**

(pages MM-303 and MM-306)

**September 29, 1971**
**Fall Check up**

Weight-22.8 kg
Height- 121 cm

This is a 6-year-old boy, who is attending nursery school № 62. He did not get sick this summer. *(illegible)* has receiving treatment at Sanatorium "Zvezdochka". He was not able to get *(illegible)*treatment since the boy is attending overnight nursery school.

Objective: (*illegible)* Skin is clear, turgor is normal.
Lungs- resonant sound on percussion, breath sounds are coarse on auscultation, no wheezing, rales, or rhonchi. Heart sounds are clear. Abdomen is soft, no hepatosplenomegaly.
Tonsils enlarged 2 +.

Diagnosis: Chronic pneumonia, Class I, stable.

*(stamp)* Chest X-ray
          Date: October 4, 1971 № 2284

On the chest roentgenogram there are no acute changes.

Impression: Chronic pneumonia, stable.

204

**Exhibit 85 – 1440**

(pages MM-304; MM-305)

**Blood Test № 5**

Name: Mikhel, Iouri
Age: 6 years old

██████████████████

RBC- 4,660000  (range 4.5-5 10 mil in 1 mm³)

Hemoglobin- 84 (range 80-100

Color Index-0.9 (range- 0.8-1.0)

WBC- 4900 (range 6-8 k)

Basophils- 1 (range- 0- 0.5%)

Eosinophils -12 (range- 3-4%)

Neutrophils (Bands)- 1 (range- 4%)

Segmented neutrophils- 39 (63-67%)

Lymphocytes- 43 (range- 24-30%)

Monocytes- 4 (range- 6-8%)

ESR- 3 mm/h

Test done by: *(signed)*
October 6, 1971

205

**Exhibit 85 – 1441**

(page MM-307)

# Children's Hospital of Smolninsky District
**LABORATORY**

**STOOL TEST**

Date: October 18, 1971
Name: Mikhel, I
Age: 6 years old
Address: 1 █████████████

Results: No ova/parasites found.

October 18, 1971

206

**Exhibit 85 – 1442**

(pages MM-308, MM-309)

## Urinalysis

**Laboratory** ___43___

Name: Mikhel, I
Age: 6 years old
Address: █████████████████

Color: light

**Acidity:** Acidic

**Specific Gravity**: not enough specimen received

**Clarity**: Clear

**Proteins**: not present

**Glucose**: not present

## MICROSCOPIC EXAM OF CEDIMENT

**Epithelial cells**

**Squamous cells**: Small number_____

**White Blood Cells**: isolated/hpf_____

Signature: *(signed)*
December 14, 1971

207

**Exhibit 85 – 1443**

(pages MM-310, MM-311)

**Urinalysis**

Date: October 18, 1971
Name: Mikhel, I
Age: 6 years old
Address: ███████████████

**Color:** light yellow

**Acidity:** Acidic

**Specific Gravity**: not enough specimen received

**Clarity**: Clear

**Proteins:** not present

**Glucose**: not enough specimen received

### MICROSCOPIC EXAM OF CEDIMENT

**Epithelial cells:**

**Squamous epithelial cell**: 2-3 hpf

**White Blood Cells**: 1-2  hpf


       Signature: *(signed)*
       Date: October 18, 1971

208

**Exhibit 85 – 1444**

(page MM-312)

**October 20, 1971**
**ENT Exam**

The patient has history of chronic pneumonia.
Otoscopy: right ear– chronic otitis, stable.
Posterior pharynx- *(illegible).* Breathing through nose is satisfactory.

209

**Exhibit 85 – 1445**

(pages MM-312; MM-313)

## Summary of disease for Chronic Pneumonia Committee

He has been on the registry since 1967. Last episode of pneumonia was in February -March 1971. At that time he was admitted to the hospital. The boy has not had any treatment between exacerbations since he was attending overnight nursery school. Underwent his fall checkup.
ENT exam done, revealed stable chronic otitis media.
Blood test, stool test, and urinalysis are normal.

Diagnosis: Chronic Pneumonia, stable.

Next visit in February 1972.

210

**Exhibit 85 – 1446**

(pages MM-313, MM-314)

## October 22, 1971
## Committee for Chronic Pneumonia

Diagnosis: Chronic Pneumonia, Class I. Chronic Otitis Media.

Recommendations:
1. Treatment and follow up  with ENT specialist
2. Dibazole – 10 *(illegible)* 0.0002*(illegible)*
3. Desensitizing therapy twice a year
4. Treatment at sanatorium since the child attending overnight nursery school
5. Physical therapy and respiratory therapy
6. *(illegible)* twice a year with Vitamin A
7. Oxygen cocktails
8. Electrophoresis of the chest twice a year

Follow up in February 1972

   Doctor: *(signed))*

Immunization can be done if:
1) Blood test is normal
2) Desensitization therapy is completed

### December 10, 1971

The child had sick contact with scarlet fever at nursery school 62.

   Doctor: *(signed)*

211

**Exhibit 85 – 1447**

(page MM-317)

**December 13, 1971**
**Follow Up Visit**

This is a 6.5-year-old boy, attending nursery school № 62.
There is quarantine at the nursery school for scarlet fever. On December 9 the child was referred to follow up with primary physician form nursery school. He had fever, occasional cough, and, and mild runny nose.
<u>Objective:</u> Temperature-36.7° (98.0 F)
Overall, his condition is satisfactory. Skin is clear, pharyngeal mucosa is slightly erythematous.
Heart sounds are clear, regular rhythm. Breath sounds are coarse, no wheezing or rales.
Abdomen is soft. Stool is normal, no urinary symptoms.

<u>Diagnosis:</u> Upper Respiratory Infection. Scarlet fever contact.

<u>Plan and Recommendation</u>:
Drink plenty of warm fluids
*(illegible)*
Mustard plasters
CaCl- 10% solution
Multivitamins
Benadryl-  0.02  twice
Pharyngeal swab test for strep
Urinalysis
Follow up on December 14th

Doctor's note given from December 13 to 15.

212

**Exhibit 85 – 1448**

(pages MM-315, MM-316)

## REFERRAL TO LABORATORY

Name: Mihkel, Iouri

Age: 6 Years old

Address: ██████████████████

Specimen: Swab for hemolytic streptococcus

Diagnosis: Scarlet fever contact and upper respiratory infection

Date: December 13, 1971

*(stamp)*   Sanitary and Epidemiological Services
     of Smolninsky District Laboratory
     1/20 Mitinsky St., Tel: 92-78

December 14, 1971   5830/I

Hemolytic Streptococcus not found

December 17   *(signed)*

213

**Exhibit 85 – 1449**

(page MM-318)

**December 14, 1971**
**Home Visit**

This is a 6.5-year-old boy, attending nursery school № 62.
Condition is fair. He has cough, *(illegible)*.
Skin is clear. Pharyngeal mucosa slightly erythematous. Heart sounds are clear. Lungs: breathing sounds are coarse, no wheezing, rales, or rhonchi. Abdomen is soft and nontender. Stool is normal.

Diagnosis: The same

Recommendations:
Continue prescribed treatment

Doctors Note № 5813 until December 16th.

214

**Exhibit 85 – 1450**

(pages MM-318, MM-319)

**December 18**
**Clinic Visit**

He has no complaints. Temperature is normal.
In general, he looks well. Physical exam is done.

Diagnosis: Healthy

Stool test from December 14th -negative.

Doctor's Note is given -can return to the school.

Doctor: (*signed*)

215

**Exhibit 85 - 1451**

(page MM-320)

Mikhel, Iouri
7 years old   Nursery school 62

████████████████

**January 4, 1972**

Message received form the nursery school - the boy had sick contact, scarlet fever on December 30, 1971.

Doctor's assessment is scheduled on January 5, 1972

216

**Exhibit 85 – 1452**

(pages MM-320, MM-321)

**January 5, 1971**
**Initial Home Visit**

The child is attending nursery school № 62. He has not been sick; however, was not attending the school since December 30. There was a case of scarlet fever at the nursery school, and the school does not allow kids back without assessment.

In general, he looks well. Skin is dry. Feet and hands are without *(illegible)*.
Pharyngeal mucosa without signs of inflammation.
Heart sounds are clear. Breath sounds on auscultation are normal. Abdomen is soft, nontender.

Impression: Healthy (had scarlet fever contact)

Plan:
Throat swab for hemolytic streptococcus
Stool exam for ova/parasites
Follow up with results

217

**Exhibit 85 – 1453**

(page MM-322)

**January 10, 1972**
**Clinic Visit**

He has no complaints. In general, his condition is satisfactory. Skin and oropharyngeal mucosa are clear. Heart sounds are clear. Breath sounds are normal. The rest of the organ/system exam is normal.

Throat swab test from January 6 was negative.
Stoll test for ova/parasites 456/2 -was negative.

218

**Exhibit 85 – 1454**

(pages MM-323, MM-324)

**January 29, 1972**
**Initial Home Visit**

The boy is attending Nursery School №62. He is on the registry for chronic pneumonia, class I.
*(illegible)* for 2 days, coughing for a few days. He is not on quarantine.
Temperature – 37.5 (99.5). In general, his condition is satisfactory.
*(illegible)* signs of inflammation in nasopharynx. Tonsils without exudate. He does not look dyspneic.
Heart – normal size on percussion.
There is shortened lung sound on percussion and wheezing on auscultation on the left subscapular area.
Abdomen is soft. Stool is normal.

Diagnosis: Acute respiratory infection. Possible exacerbation of chronic pneumonia.

Plan and recommendations:
1. *(Illegible)*
2. Oleandomycin -125 QID
3. Expectorant- 1 teaspoon TID
4. Multivitamins- TID
5. *(illegible)* 100 %-TID

Mustard plasters on the chest

Follow up on the condition on January 30, 1972.

Follow up with primary doctor on January 31, 1972

219

**Exhibit 85 – 1455**

(pages MM-324, MM-325)

**January 31, 1972**
**Home Visit**

His condition has improved significantly, coughs less. Temperature is normal. Following all recommendation.

On exam skin is clear. Moderately erythematous nasopharyngeal mucosa.
Heart sounds are clear. Lung percussion revealed resonant sounds, normal breath sounds on auscultation. Abdomen is soft. Stool and urine are within normal limits.

Diagnosis: Upper respiratory infection, recovering

220

**Exhibit 85 – 1456**

(pages MM-326, MM-327)
***MM-326 is a duplicate of MM-325***

**February 9, 1972**
**Registry Visit**

Weight -25 kg
Height-123 cm
Chest circumference -59

The boy is on the registry for chronic pneumonia. He has not had episodes of exacerbation more than a year. In general, his condition is satisfactory, physical development according to his age.
Heart sounds are clear. Normal lung sound on percussion, clear breath sound on auscultation. Abdomen is soft and nontender. Stool without abnormalities.

Diagnosis: Recovered from upper respiratory infection. Chronic Pneumonia, stable.

Recommendation:
1. Recommendation for daily routine
2. Oxygen cocktail № 8
3. *(illegible)*
4. Dibazole- 0.002 TID
5. *(illegible)* -0.005 TID

          Doctor: *(signed)*

221

**Exhibit 85 – 1457**

(page MM-328)

**February 15, 1972**
**ENT Exam**

Doctor Note for Parent
From February 14
№ 083366
      Exacerbation of right chronic middle ear infection.
      The child is referred to the Raukhfus Children's Hospital.


        *(signed)*


The boy has been hospitalized to ENT department at Rukhfus Children's Hospital.

222

**Exhibit 85 - 1458**

(pages MM-329, MM-330, MM-331)

Mikhel, Iouri
6 Years old

████████████████████

**February 25, 1972**
**Initial Home Visit**

The boy was hospitalized from February 15 to February 25, 1972 with diagnosis - right adhesive chronic otitis media.
Treatment received: Tetracycline, Penicillin, Ultra-High Frequency Light therapy, and *(illegible).*

Discharged with improvement of the scaring in posterior upper quadrant.
There was a quarantine for mumps in the hospital department since February 21.
There is quarantine at the nursery school for mumps also since February 14, 1972.
Recommended to avoid getting water into the ear.

Blood Test result: Hgb-84 units, ESR- 10mm/h

Urinalysis: within normal limits

The boy has been having runny nose and mild fever for a few days.
On exam in general, his condition is fair. Skin is clear, somewhat pale looking.
Heart sounds are clear. Normal breath sounds on lung auscultation. Nose is congested. There is mild grainy rash on posterior pharyngeal mucosa. Abdomen is soft. Stool and urine are normal.

Diagnosis: Acute nasopharyngitis. Otitis media-recovering. Chronic pneumonia, stable. + ill contact with mumps.

Recommendations and plan:
1. Nose spray *(illegible)* 2%-10, solution *(illegible)* 1:1000
2. *(illegible)*
3. Vitamin A- 5 drops QD
4. Multivitamins
5. Calcium Glycerophosphate- 0.2 BID

Follow up with ENT specialist in 4-5 days

       Doctor: *(signed)*

223

**Exhibit 85 – 1459**

(pages MM-332, MM-333)

Follow up with pulmonologist in October 1971
*(signed)*

**March 17, 1972**
**Clinic Visit**

The boy is attending nursery school № 62. Currently at home on quarantine for mumps.
He has no complaints, has no cough. Stool test returned normal.
In general, he looks well. Skin and mucus membranes are clear. No drainage in ear canals.
Heart sounds are clear. Normal breath sounds on lung auscultation. Abdomen is soft. Has normal bowel movement.

Diagnosis: Recovering from otitis media and nasopharyngitis. Chronic pneumonia, stable.

Recommendations:
Can attend nursery school
Restart prescribed treatment from February 9, 1972

*(stamp)*  **Dermatology Specialist Examination**
         **March 30, 1972**

*(stamp)* Skin and mucous membranes are clear. No fungal infection found.

Assessment is done for sanatorium clearance.

         Doctor: *(signed)*

224

**Exhibit 85 – 1460**

(Page MM-334)

**March 31, 1972**
**Clinic Visit**

This visit is for referral to sanatorium "Koster."
Currently the patient has no complaints.
Oropharynx – *(illegible)*
Hearth sounds are clear. Breath sounds are coarse, no wheezing, rales, or rhonchi.
Abdomen is soft. Stool is normal.

Diagnosis: Chronic pneumonia, Class I. Stable

Recommendations: *(illegible)*

     Doctor: *(signed)*

225

**Exhibit 85 – 1461**

(page MM-335)

**March 31, 1972**
**ENT Exam**

Assessed for sanatorium clearance.
Right otitis media.
Tympanic membrane infiltrated centrally, no discharge.

Recommendations:
Avoid getting water in the right ear.
Prophylaxis *(illegible)* of the diseases.

Blood test from March 31, 1972
Hgb- 14.1-86 units
WBC-7,250
ESR-3 mm/h

226

**Exhibit 85 – 1462**

(page MM-336)

<u>Urinalysis</u> from March 31, 1972 within normal limits.

<u>Stool test for ova and parasites</u> from M arch 31, 1972- negative

The child is examined.

<u>Diagnosis:</u> Chronic pneumonia, Class I. Stable.

Sanatorium chart is completed for sanatorium "Koster" referral.

       Doctor: *(signed)*

**April 4th, 1972**  Completed assessments for Sanatorium "Koster."

       Doctor: *(signed)*

227

**Exhibit 85 – 1463**

(pages MM-337, MM-338)

Referral to laboratory

Stool test for ova and parasites.

Name: Mikhel, Iouri
Age: 6 years old
Address: ██████████████

Diagnosis: For Sanatorium clearance

     March 30, 1972

(stamp) Laboratory of Smolninsky District
     1/20 Mitninsky Street Tel. 92-78
     March 30, 1972
     3885/2

Results: stool culture was negative for typhoid, paratyphoid, and diphtheroid.

     April 3, 1972

228

**Exhibit 85 – 1464**

(page MM-339)

He was at the Sanatorium "Koster" from April 1 to May 25, 1972.
He gained 1200 grams in weight. During his stay he had upper respiratory infection and follicular tonsillitis, ear infection. He will be attending school № 166.

### September 18, 1972
### Ophthalmology Exam

There is a localized hyperemic infiltration with necrotic center in the upper left eyelid.

Diagnosis: Hordeolum *(Sty)* of the left upper eyelid.

Recommendation and treatment:
Ultra-High Frequency Light Treatment
*(Illegible)* Solution 0.3%

229

**Exhibit 85 - 1465**

(page MM-340)

## September 20, 1972
## Ophthalmology Exam

The infiltrate on upper left eyelid significantly improved, no purulent discharge present.

Diagnosis: Hordeolum, improving.

Doctor's note for the school is given.

Recommendations:
Continue Treatments with Ultra-High Frequency Light, total 4 sessions.

Doctor: *(signed)*

230

**Exhibit 85 – 1466**

(pages MM-340, MM-341)

**September 22, 1972**
**Clinic Visit**

Weight- 26.0 kg
Height-126 cm

The boy is a 1st Grade student at school 291 He spent the summer in *(illegible)* district, has not been sick and has not had exacerbation of chronic pneumonia. Over the past few days developed skin furunculosis, on his neck and chest.

In general, his condition is satisfactory. Skin *(illegible)*
Abdomen is soft.
*(illegible)*

Diagnosis: Furunculosis. Chronic Pneumonia, stable.

Plan:
Blood test
Stool test for ova/parasites.
Referral to see a surgeon.

231

**Exhibit 85 – 1467**

(pages MM-342, MM-343)

**Urinalysis**

Address: ████████████

Name: Mikhel, Iouri

Age: 7 years old

Color: Straw yellow

Acidity: Acidic

Specific Gravity: 1010

Clarity: Clear

Proteins: not present

Glucose: not present

**MICROSCOPIC EXAM OF CEDIMENT**

Epithelial cells

Squamous epithelial cell: 2-3/hpf

White Blood Cells : 4-5/hpf

September 29, 1972

232

**Exhibit 85 – 1468**

(pages MM-341, MM-344)

**September 22, 1972**
**Surgical Assessment**

Condition is satisfactory. Chief complaints: pain in the chest area and back on the neck.

<u>Diagnosis:</u> Furunculosis

**September 25, 1972**
**Surgeon**

Condition is satisfactory. Continue dressing changes.

233

**Exhibit 85 – 1469**

(pages MM-345, MM-347)

**October 13, 1972**

The boy has recovered from furunculosis and hordeolum.


**October 18, 1972**
**Assessment for Registry**

Weight-26 kg 800 gr
Height- 127 cm
Chest circumference-62 cm
Normal physical development, average.


The boy is first grade student at school № 291. He is on the registry for chronic pneumonia. The summer spent in *(illegible)* district, and has not been sick.
Has history of nasopharyngitis. In October had furunculosis.
On exam his condition is fair. Skin and mucus membranes are clear.
There are marks from resolved furunculosis on his neck and chest.
*(Illegible sentence)*
Heart sounds are normal. Normal breath sounds on lung auscultation. Abdomen is soft. Stool is normal.


Diagnosis:  Chronic pneumonia (Class I), not in exacerbation.


Recommendation:
Chest X-Ray
Urinalysis
Stool test for ova/parasites
Oxygen cocktail
Nebulizer with Vitamin A
Physical therapy


        Doctor: *(signed)*

*(stamp)*  **Chest X-ray**
       **October 19, 1972  №264748**


On the roentgenogram of the chest there are chronic pneumonia changes.
Impression: Chronic pneumonia, not in exacerbation (Class I-II)


**October 3, 1972**
**ENT Exam**

The patient has history of chronic right otitis media.
Right ear exam: there is no drainage, and no signs of infection.
Left ear exam is normal.
Posterior pharyngeal mucosa is clear. Regular ENT doctor care is required.


234

**Exhibit 85 – 1470**

(page MM-346)

**LABORATORY of**
**Smolninsky District Children's Hospital**

**STOOL TEST**

████████████

Mikhel, Iouri
Age: 7 years old

Result: Ova of parasites not found

October 19, 1972

235

**Exhibit 85 – 1471**

(pages MM-348; MM-351)

**October 26, 1972**

<u>Summary of chronic pneumonia for registry</u>

This is a 7-year-old boy, attending school № 291, first grade.

Since February 1967 he has been on the registry for chronic pneumonia. Last episode of exacerbation had in March of 1971.

This year he has had bacterial middle ear infection, upper respiratory infections, furunculosis.

In April-May 1972 he was in sanatorium "Koster" where he has had upper respiratory infection, lacunar tonsillitis, and otitis media.

At the sanatorium he received whole complex of strengthening therapy.

Spring and fall checkups were within normal limits.

In the fall he again was prescribed nebulizer treatment with Vitamin A and oxygen cocktail. Referred to ENT specialist.

Check-up Chest X-ray revealed pneumonia, Class I-II.

The patient is scheduled for the committee assessment for chronic pneumonia on October 27, 1972.

Mantoux skin test done on March 22, 1972. Area of induration-3 mm.


Doctor: *(signed)*

236

**Exhibit 85 – 1472**

(page MM-349, MM-350)

**BLOOD TEST № 3**

Name: Mihkel, Iouri
Age: 7 years old

| | |
|---|---|
| RBC- | 4470,000 (range 4.5-5 mil /1 mm$^3$) |
| Hgb- | 13.4 – 80 U (range 80-100) |
| Color Index- | 0.89 (range 0.8-1.0) |
| WBC- | 3,500 (range 6,000-8,000) |
| Basophils- | 1 (range 0-0.5 %) |
| Eosinophils- | 10 (range 3-4%) |
| Bands- | 2 (range4%) |
| Segmented neutrophils- | 51 (range 63-67%) |
| Lymphocytes- | 31 (range 24-30%) |
| Monocyts- | 5 (range 6-8%) |
| ESR- | 12 mm/h |

Test performed by: (signed)

October 27, 1972

237

**Exhibit 85 – 1473**

(page MM-351, MM-352)

**August 27, 1972**
<u>Committee for chronic pneumonia</u>

<u>Diagnosis</u>: Chronic pneumonia (Class I). Chronic otitis media

<u>Recommendations:</u>
1. Continue regular checkups
2. Vitamin B1 and B6 every other day - 1.0 each *(illegible)*
3. Vitamin A and Fish Oil
4. Physical Therapy
5. Oxygen Cocktail
6. Sanatorium in the spring
7. ENT specialist regular care

Follow up in February 1973
        Doctor: *(signed)*

**March 3, 1973**
**ENT Exam**

The boy is examined at the school 291.
Nose and oropharynx without abnormalities.
Right ear exam: perforated l tympanic membrane, no drainage present.
Left ear exam is normal.
Follow up in 2 months.

**March 24, 1973**

The child is scheduled for a visit for the registry.

        Doctor: *(signed)*

238

**Exhibit 85 – 1474**

(pages MM-353; MM-354)

For the registry
**Laboratory:** <u>6</u>

Name: Mikhel, I
Age: 7.5 years
Address: <span style="background:black;">                  </span>

Color: light yellow
Acidity: Acidic
Specific Gravity: 1022
Clarity: Slightly cloudy
Proteins: not present
Glucose: not present

MICROSCOPIC EXAM OF CEDIMENT
Epithelial cells
Squamous epithelial cell: small number
White Blood Cells : 0-1/hpf
RBC: isolated/hpf
Salts: oxalates in significant amount

Signature: *(signed)*

**Urinalysis**
Date: April 10, 1973

239

**Exhibit 85 – 1475**

(page MM-355)

## For the registry
Laboratory _____

Name: Mikhel, I
Age: 7 years
Address: █████████████

**Stool test:** for ova / parasites.
**Result:** not found
Signature: *(signed)*

**Stool test**
**Date**: April 10, 1973

240

**Exhibit 85 – 1476**

(page MM-356)

# LABORATORY  <u>1</u>

Name: Mikhel, I
Age: 7 years old
Address: <span style="background-color:black">                    </span>

**BLOOD TEST**

| | |
|---|---|
| RBC- | 4,260000 |
| Hgb- | 13gr% , 78 units |
| Color Index- | 0.92 |
| WBC- | 4900 |
| Basophils- | 1 |
| Eosinophils- | 18 |
| Bands- | 1 |
| Segmented- | 52 |
| Lymphocytes- | 23 |
| Monocytes- | 5 |
| ESR- | 6 mm/h |

**Signature**: *(signed)*
Date: April 10, 1973

241

**Exhibit 85 –  1477**

(page MM-357)

**March 28, 1973**
**Clinic Visit for Regular Check-ups**

Weight-28 kg
Height-130 cm
Chest circumference-61 cm

This is an 8-year-old boy, first grade student at school 291. The boy is on a registry for chronic pneumonia, Class I. Has history of chronic middle ear infection.
During the last 6 months he has not been sick.
On Exam: heart sounds are clear, normal breath sounds on lung auscultation, no wheezing, rales or rhonchi. Abdomen is soft, stool is normal.

Diagnosis: Chronic Pneumonia, Class I.

Recommendations:
1. Pulmonology specialist exam
2. Blood test
3. Urinalysis
4. Stool test for ova/parasites
5. Spend time at countryside
6. Physical Therapy
7. 7)ENT Exam

242

**Exhibit 85 – 1478**

(pages MM-358; MM-359)

**April 12, 1973**
**Summary of spring check up**

This is an 8-year-old boy, who is attending school № 291, first grade. He is on the registry for chronic pneumonia (Class I) since February 1967. Last episode of chronic pneumonia exacerbation was 2 years ago (March 1971). He has a history of relapsing chronic otitis media. During the last 6 months the boy has not been sick.
During the school brake he spent time at countryside.
In March of 1973 was examined by the ENT doctor at the school, found to have perforated tympanic membrane and no drainage form the ear.

Blood test, urinalysis, and stool test are done and within normal limits.

Recommendations:
1. Continue monitoring for the registry
2. Pulmonology referral
3. Continue physical therapy, oxygen cocktail
4. Spend summer at the countryside (is possible, treatment at the Sanatorium)
5. Continue regular check ups
6. Desensitizing therapy (eosinophils-1%)

Follow up in September 1973

Doctor: *(signed)*

243

**Exhibit 85 – 1479**

(page MM-360)

*(stamp)* **May 11, 1973**
     **Ophthalmology Exam**

First grade student at school 291.
*(illegible)* pain of right eye.
Right Eye exam: there is significant swelling of the sclera and redness.
Lower eyelid is swollen, hyperemic. Mucosa in the outer eye corner is edematous and erythematous.
There is a presence of purulent discharge.
Left eye exam is normal.

Diagnosis: Meibomitis of right lower eyelid.

Recommendation:
(illegible)
(illegible) 5% TID
Ultra-High Frequency Light treatment of the right eyelid
Follow up on May 14, 1973.

*(Stamp)*  Physiotherapy
     May 11, 1973

244

**Exhibit 85 – 1480**

(page MM-361)

*(stamp)* **May 14, 1973**
      **Ophthalmology Exam**

Right eye exam: mucosa of the eyelid is erythematous. At the outer corner there is an infiltrated area.
Left eye exam is normal.

Diagnosis: Acute signs of meibomitis

Recommendation:
Ultra-High Frequency Light therapy
May 15 *(illegible)*
Dry heat
*(illegible)*
*(illegible)*
Return if condition get worse.

245

**Exhibit 85 - 1481**

(page MM-362)

**May 14, 1973**
**Clinic Visit**

He is coughing. (*illegible*) normal. Eosinophils - 18.
(illegible) Heart sounds are clear. On percussion resonant sound with *(illegible).*
Abdomen is soft, nontender. No hepatosplenomegaly.

Diagnosis:  Asthmatic Bronchitis?

Recommendations:
*(illegible)*
*(illegible)* -1tab BID
Multivitamins

Follow up in 3 days.

246

**Exhibit 85 – 1482**

(pages MM-363, MM-364)

**May 18, 1973**
**ENT Exam for the Registry**

The boy has history of chronic pneumonia and otitis media.
Right Ear exam: currently there is no drainage, ear canal is dry. There is central perforation of tympanic membrane. No signs of inflammation in the area behind the ear.
Left Ear exam is normal.
Pharynx – normal exam. Nose not congested.

Recommended to return for check up in the fall.

**May 23, 1973**
**Clinic Visit**

He has no complains, currently he is not coughing.
On Exam- signs of inflammation of oropharynx are resolved. Heart- sounds are clear.
On lung auscultation normal breath sounds, no wheezing, rales, or rhonchi. Abdomen is soft. Stool and urine within normal limits.

Diagnosis: Chronic Pneumonia, stable.

Recommendations:
Cupping therapy of the back.

247

**Exhibit 85 – 1483**

(pages MM-364 and MM-369)

**October 3, 1973**
**Clinic Visit for Registry Assessment**

Weight -30 kg
Height-132 cm
Chest circumference- 63 cm

Physical development is average.

The boy is a second grade student at school 291.  He is on the registry for chronic pneumonia. He spent the summer at the summer house and has not been sick.
On Exam: skin is clear, looks tanned. Lymph nodes are not enlarged. Pharyngeal mucosa is moderately erythematous. Heart sounds are clear. Normal breath sounds on lung auscultation, no wheezing, rales, or rhonchi. Abdomen is soft.

Diagnosis: Pharyngitis. Chronic pneumonia, stable

Recommendations:
Blood test
Urinalysis
Stool test for ova/parasites
ENT referral
Alkaline oil aerosol therapy
Pulmonology referral.

Doctor: *(signed)*

248

**Exhibit 85 - 1484**

(page MM-365)

**For the Registry**

**Name:** Mikhel, I
**Age:** 8 years old
**Address:** ███████████████████

**STOOL TEST** <u>for parasite ova</u>

**Result:** Ova not found

Signature: *(signed)*
Date: October 12, 1973

**Exhibit 85 - 1485**

(pages MM-366, MM-367)

**For the Registry**

**Laboratory _____**

**Name**: Mihkel, Iouri
**Age:** 8 Years old
**Address:** █████████████████

**URINALYSIS**

**Color**: straw -yellow
**Clarity**: Clear
**Acidity:** Acidic
**Specific Gravity**: 1015
**Proteins**: not present
**Glucose:** not present

**MICROSCOPIC EXAM OF CEDIMENT**

**Epithelial cells:**
Squamous epithelial cell: in small amount
White Blood Cells : 0-1/hpf

Signature: *(signed)*
Date: October 12, 1973

250

**Exhibit 85 – 1486**

(page MM-368)

## Children's Hospital of Smolninsky District
LABORATORY

**BLOOD TEST**

**Name:** Mihkel, Iouri
**Age:** 8 Years old
**Address:** ███████████████████

Hemoglobin-       13.6 gr%
Color index-     83 units
WBC-             7,500
ESR-             8 mm/h

**Date:** October 8, 1973

**Signature**: *(signed)*

251

**Exhibit 85 - 1487**

(page MM-370)

**October 4, 1973**
**ENT Exam**

The patient is being seen for pharyngitis. He has been prescribed alkaline oil aerosol therapy.
Right ear exam: There are scars on tympanic membrane, no signs of infections.
Left ear exam is normal.

Diagnosis: Right chronic otitis media, stable.

*(stamp)*  Aerosol therapy
          Date: October 12, 1973

Received 5 alkaline oil aerosol therapies, 5 treatments.

252

**Exhibit 85 – 1488**

(pages MM-371, MM-372)

**October 15, 1973**
<u>Summary of chronic pneumonia</u>

This is an 8-year-old boy who is a second grade student at school № 291. He has been on the registry since February 1967 with chronic pneumonia diagnosis. Last episode of exacerbation was in March 1971.
He also has a history of right chronic middle ear infection. During the past year, the boy has not had any respiratory infections. He had meibomitis of left lower eyelid.
He spent summer in a countryside on the lake *(illegible)*. Parents refused treatment at sanatorium.
Spring and fall checkups for the registry are done, no abnormal findings found. Blood test, urinalysis, and stool test are done and within normal limits.
He was examined by the pulmonologist in May of 1973. ENT exam was done in March and October 1973 and was diagnosed with stable chronic otitis media.
He received recommended following treatments:
physical therapy at the school, fish oil, multivitamins, desensitizing treatments.

During the past year, the boy has developed physically, looks well and tanned.

<u>Diagnosis</u>:  Chronic pneumonia (Class I ), stable

He is being referred for assessment by the committee for chronic pneumonia.

        Doctor: *(signed)*

253

**Exhibit 85 – 1489**

(page MM-373)

**October 20, 1973**
**Committee for Chronic Pneumonia**

Mantoux skin test for TB done in March, result was negative.

Diagnosis: Chronic pneumonia (Class I)
        Chronic Otitis media

Recommendations:
1.  Toughening up
2.  Physical therapy
3.  Fish oil
4.  Oxygen cocktails

Follow up in October 1974

254

**Exhibit 85 – 1490**

(pages MM-374 and MM-378)

*(stamp)* Skin and mucous membrane are normal. Signs of fungal infection not found.

> Doctor: *(signed)*
> January 28, 1974

### January 28, 1974
### Pulmonology assessment

This is an 8-year-old boy, second grade student, attending school 291.
Chief Complaints: *(illegible)*, coughing.
*(Illegible)* Skin and mucous membranes are clear. The rest of the organ and systems exam are normal.

Diagnosis: Chronic pneumonia, Class I. Stable.

Recommendations:
Blood test for blood glucose
Urine for glucose
Stool test for ova/parasite

255

**Exhibit 85 – 1491**

(page MM-375)

# Children's Hospital of  Smolninsky District
## LABORATORY

Last Name: Mikhel, I  8 years old
Address: ████████████████████

**TEST**

Fasting Blood Glucose- 120 mg%

Date: January 30, 1974

256

**Exhibit 85 – 1492**

(page MM-376)

**Laboratory** _____

**Name**: Mikhel, I
**Age:** 8  Years old
**Address:** ███████████████

**Stool test** for ova and parasite
**Result:** not found

Date: January 30, 1974

Signature: *(signed)*

257

**Exhibit 85 – 1493**

(page MM-377)

Date: January 30

**24 hour urine test for Glucose**

Name: Mihkel, Iouri
Age: 8 years old
Address:

Result: Glucose -negative

Diagnosis: screening

258

**Exhibit 85 – 1494**

(pages MM-379, MM-380)

Mikhel, Iouri 1965

████████████████████

        *(stamp)*  ENT specialist
            Date: March 5, 1974

The exam is done at the school.
Ha has not had drainage from the right ear in the past 3 years.
Right ear exam: there are scars on tympanic membrane, no drainage present in ear canal.
Left ear exam is normal.

Follow up in September 1974.

## April 23, 1974
## Initial Home visit

The boy is a second grade student at school № 291. He is on a registry for chronic pneumonia.
He has been sick for 3 days. Complaining of cough, runny nose, and fever.
Current temperature -36.4 (97.5). In general, his condition is satisfactory. Has dry cough and moderate nose congestion. Moderate erythema of the pharyngeal mucosa, voice is unchanged.
Normal lung sound on percussion, clear breath sounds on auscultation, no wheezing, rales, or rhonchi.
Abdomen is not distended. Stool is normal, regular bowel movement.

Diagnosis: Acute respiratory infection. Chronic Pneumonia (Class I).

Recommendations and plan:
1.  Multivitamins BID
2.  Aerosol  0.35 QID
3.  *(illegible)*
4.  Mustard plasters

Follow up on April 29th.

259

**Exhibit 85 - 1495**

(page MM-381)

## <u>For the registry for Chronic Pneumonia</u>

**Laboratory** _____

**Name**: Mikhel, Iouri
**Age:**  9 Years old
**Address:** ███████████████████

**Stool test** for ova and parasite
**Result:** Ova/parasite not found

Date: April 26, 1974
Signature: *(signed)*

260

**Exhibit 85 – 1496**

(pages MM-382, MM-383)

For the Chronic Pneumonia Registry

**Urinalysis**

**Name**: Mikhel, Iouri
**Age**: 9 years old
**Address**: █████████████████

**Color**: straw
**Acidity**: Neutral
**Specific Gravity**: 1016
**Clarity:** Slightly cloudy
**Proteins**: not present
**Glucose**: not present

**MICROSCOPIC EXAM OF CEDIMENT**

**Epithelial cells**:
**Squamous epithelial cell:** 1-2 /hpf
**White Blood Cells**: 0-1-3 /hpf
**RBC:** None
**Casts**: None

Signature: *(signed)*
Date**:** April 26

261

**Exhibit 85 – 1497**

(page MM-384)

**April 17, 1974**
**Clinic Visit**

The boy is still coughing. Temperature is normal, 36.7. In general, he looks well.
Heart sounds are clear. Normal lung sounds on percussion, breath sounds are clear on auscultation.
Abdomen is soft.

Diagnosis: Recovering from Upper Respiratory Infection. Chronic Pneumonia, stable.

Recommendations and Plan:
Blood test
Pulmonology specialist assessment
Toughening up
Oxygen cocktail

       Doctor: *(signed)*

262

**Exhibit 85 – 1498**

(page MM-385)

**Blood test**

LABORATORY_____

**Name**: Mikhel, Iouri
**Age**:  8 years old
**Address:** ██████████████████

**Hemoglobin:** 14.2 gr% ( M 13-16 F 12-14)
**WBC**: 6,300 (4.5-9.5)
**ESR:** 6 mm/h

**April 29**, *(illegible)*
Signature: *(signed)*

263

**Exhibit 85 – 1499**

(page MM-386)

**April 29, 1974**
**Pulmonology Visit**

Weight- 31 kg, gained 4 kg in a year.
Height-136.5 cm, grew 5 cm.
Pulse- 80 bpm
Respiratory rate-18

The boy is a second-grade student at school 291. During the past year he had upper respiratory infection once. *(Illegible)*

<u>Objective</u>: In general, his condition is satisfactory. Skin is clear. Pharynx – hyperplastic tonsils, II degree with well-defined lacunar picture. Breath sounds are clear on lung auscultation, no wheezing, rales, or rhonchi. Resonant sound on lung percussion. Abdomen is soft, nontender, liver is not enlarged.

<u>Diagnosis:</u> Chronic Pneumonia (Class I), stable

<u>Recommendations:</u>
Chest X-ray for surveillance
Blood Test
Multivitamins
*(illegible)*

264

**Exhibit 85 – 1500**

(page MM-387)

**May 3, 1974**
**Summary of spring check-up**

This is an 8-year-old boy, who is a second grade student at school 291. He is on the registry for chronic pneumonia and chronic otitis media since February 1967.

Since October of 1973 he was transferred to passive registry by the committee for chronic pneumonia. During the past 6 month he had one episode of upper respiratory infection without any changes in the lungs. From the recommended treatments he received toughening up procedures, fish oil, and physical therapy at the school.

265

**Exhibit 85 – 1501**

(page MM-387, MM-388)

**March 5, 1974**
**ENT Exam**

He has not had any episodes of exacerbation of chronic otitis media for the past 3 years. There is scaring on the right tympanic membrane on otoscopy. Teeth *(illegible).*
Blood test, urinalysis, and stool test results are within normal limits. Ha has been examined by pulmonologist.

Recommendations:
1. Continue regular check ups until fall of 1974. (If condition remains stable, no exacerbations, he can be discharged from regular checkups)
2. Physical therapy
3. Fish oil and multivitamins
4. Oxygen cocktails
5. Spend summer at the countryside

Follow up in September 1974.

266

**Exhibit 85 – 1502**

(pages MM-389, MM-390)

## September 8, 1974
## Initial Home Visit

This is a 9-year-old boy, who is a third-grade student at school 178. He is complaining of abdominal pain on the right since this morning. No nausea or vomiting, and no resent sick contacts.
Temperature – 39.2° (100.6 F). In general, he looks moderately ill, weak, having hard time turning to his side.
On exam -skin is clear, blushing on his cheeks. Oral exam revealed white coating on the tongue.
Lungs and heart exam are normal. Abdominal exam: there is some rigidity on the right, tenderness on palpation. Area around umbilicus is tender on palpation.
Per mother, he had bowel movement yesterday and it was formed.

Diagnosis: Appendicitis

Ambulance was called, referral provided.

Note for the Nurse: Please follow up about the hospitalization.

     Doctor: *(signed)*

## September 9, 1974

The boy was hospitalized on September 8, 1974. Had surgery on September 8, 1974.

     Nurse: *(signed)*

267

**Exhibit 85 – 1503**

(page MM-391)

<div align="center">

**September 18, 1974**
**Clinic Visit**

</div>

This is a 9-year-old boy, third grade student at school № 178.
He was hospitalized with diagnosis acute phlegmonous appendicitis. He underwent appendectomy on September 8 with uneventful post-operative period. He can attend school in one week and can resume physical education class in one month. He received 2 courses of electrophoresis.

268

**Exhibit 85 – 1504**

(pages MM-392, MM-393)

**October 10, 1974**
**Committee for Chronic Pneumonia**

Weight- 31.6 kg
Height- 138.5 cm
Chest circumference- 66 cm
Mantoux skin test in February 1974 was negative.
BCG received on February 9, 1974.
The rest of vaccination up to date.

Skin is clear, somewhat pale looking. Teeth- *(illegible)*
Lungs: percussion and auscultation are normal. Heart sounds are clear. No hepatosplenomegaly. Stool is normal.

1. In 1974 Blood glucose test done, result -120gr%- High.
2. Chest X-ray for chronic pneumonia surveillance. If normal, he can be discharged from the registry.

Recommendations:
1. General physical fitness
2. Toughening up
3. Dental care
4. Vaccination (*illegible)*

*(Stamp)*  Image № 2962
          October 10, 1974

**Chest X-Ray**
*(illegible sentence).* There are no acute changes in the lungs. Normal contour of diaphragm. Normal contours of the heart. (Old signs of pneumonia in the past)

Follow up Chest X-ray showed no acute changes. He was discharged from the registry.

269

**Exhibit 85 – 1505**

(page MM-394)

**Children's Hospital of Smolninsky District
LABORATORY**

**Name**: Mikhel, Iouri
**Address:** █████████████████
**Age**: 9 years old

## Glucose challenge test

**Fasting:** 94 mg%
**After 15 minutes post glucose load**:  --
"30 minutes"                128mg%
"60 minutes"                114mg%
"1 hour and 30 min"        114mg%
"2 hours"                    102mg%
"2 hour and 30 min":        87mg%

Signature_____
Date: October 28, 1974

270

**Exhibit 85 – 1506**

(page MM-395)

*(Stamp)*  (illegible)
№ 15   Date: October 17, 1974

**October 21, 1974**
**General Surgery Visit**

The patient has no complaints. Abdomen is not distended, soft, and nontender.
Follow up in November.

271

**Exhibit 85 – 1507**

(pages MM-396, MM-397)

Mikhel, Iuori   9 years old

███████████████████████

**February 4, 1975**
**Initial Home Visit**

Third-grade student at school 178.

The patient has been sick for 2 days. Mother has flue.
He has occasional cough, low grade fever up to 37.3, and runny nose. He was taking aspirin for fever.

Objective: Current temperature- 36.9. In general, his condition is satisfactory. Skin is clear. Nose is congested, has difficulty breathing through his nose. Pharyngeal mucosa is erythematous.
Heart sounds are clear. Vesicular breath sounds on lung auscultation.
Abdomen is soft. Stool is normal.

Diagnosis: Upper respiratory infection. Flu contact.

Recommendations:
1) Warm fluids
2) Antigrippin - 1 tab. BID
3) Mustard plasters
4) Multivitamins

Follow up in 5 days.

**February 7, 1975**
**Clinic Visit**

His condition got better. Voice is normal. There is some inflammation in nasopharynx. Heart sounds are clear. The rest of the exam is normal.

Diagnosis: Upper respiratory infection, resolving.

Recommendation:

Home stay for additional 2 days.
Follow up  on February 10th.

272

**Exhibit 85 -  1508**

(page MM-398, MM-399)

**February 14, 1975**
**Follow up Home Visit**

This is a 9-year-old boy, who has been sick with flu in early February. He has been attending school for a week. Since February 13, 1975 he is complaining of headaches, sore throat with swallowing, and low-grade fever (37.2, 37.3).
Current temperature-38°. In general, he looks pale. Pharynx is erythematous and swollen, tonsils are swollen with white patchy exudates. Bean size submandibular lymph nodes, moderately tender on palpation.
Breath sounds are coarse on auscultation, no wheezing or rales. Heart sounds are clear. Abdomen is soft, liver is not enlarged.

Diagnosis: Flu relapse. Tonsillitis

Recommendations:
He should stay home for 5-7 day
*(illegible)* -150,000 TID
Aspirin -0.3 TID
Vitamins C, B1, B2- TID
*(illegible)* in area of submandibular lymph nodes
Follow up if needed

**February 14, 1975**
**Phone follow up**

Today confirmed over the phone that the condition of the boy did not ger worse. They will follow up in clinic on February 18 or 19th .

        Doctor: *(signed)*

273

**Exhibit 85 – 1509**

(pages MM-399 and MM-404)

**February 19, 1975**
**Clinic visit**

He has no complaints today. Has low appetite. Grainy appearance of posterior pharyngeal mucosa. Tonsils are not enlarged. Heart sounds are clear. Normal breath sounds on lung auscultation. Abdomen is soft. Stool is normal.

Diagnosis: Healthy. Status post upper respiratory infection.

Recommendations:
Home stay for additional 2 days

       Doctor: *(signed)*

274

**Exhibit 85 - 1510**

(pages MM-400 and MM-401)

*(Stamp)* Pediatric Health Center № 44
of Smolninsky District
**Urgent Care**

Mikhel, Iouri 10 years old



**House Call**

Chief complaints: vomiting.

The patient is 10-year-old boy, third-grade student at school № 178. He had no sick contacts.
He has been sick since 8 PM. At 6 PM he fell from the bicycle, hit the right side of his head. At 8 PM he started having frequent vomiting, 6 episodes.
He has not had any unusual food, no new changes in the diet.
Temperature is normal. In general, he looks moderately sick, in no acute distress.
Skin is clear. Posterior pharyngeal mucosa is erythematous.
Breath and heart sounds are clear. Abdomen is soft, nontender. Stool is normal. Negative for meningitis signs. On the right side of his head in temporal area there is hematoma 6X6 cm in size.

Diagnosis: Head Concussion

Referred to the hospital.

275

**Exhibit 85 - 1511**

(page MM-402)

The boy has been admitted to Raukhfus Children's Hospital with diagnosis: head contusion.

Dispatcher: *(signed)*

**September 5, 1975**
**Note from ENT**

Please refer for the ENT exam immediately at his next visit to the clinic.

**September 9, 1975**

The boy is attending school № 166, 4th grade. Appointment with ENT doctor in scheduled.

276

**Exhibit 85 – 1512**

(page MM-406)

**September 10, 1975**
**ENT exam**

The patient was asked to come in today for checkup. At age of three years he was diagnosed with chronic ear infection. There is no drainage from the ear today.

<u>Objectives</u>: Nose and oropharyngeal exam within normal limits.
Right ear exam revealed scaring of tympanic membrane. Left ear- exam is normal.

The patient can be discharged from regular surveillance, recovered.

277

**Exhibit 85 - 1513**

(page MM-405)

Mikhel, Iouri
Date of Birth: ███████ 1965
████████████████

### November 12, 1975
### Committee for Chronic Pneumonia

Weight 35.7 kg
Heght-145 cm
Chest circumference-70 cm
Physical development above average.
Mantoux skin test in March 1974 was negative.
BCG received in 1974.

In 1975 had appendectomy. He has not had exacerbations of chronic pneumonia for a few years. He was spending summers at the summerhouse with his parents. He had head contusion, was hospitalized at Raukhfus Children's Hospital.
Exam today without abnormal findings.

He can be discharged from the registry due to recovery.

Discharged in 1975.

278

**Exhibit 85 - 1514**

(page MM-406, MM-407)

**January 29, 1976**
**Home Visit**

10-year-old boy who is a 4th grade student at school 166. He has no sick contacts.
Chief complaints: runny nose since yesterday. He did not have fever. Current temperature 36.5°. In general, his condition is satisfactory. Skin is clear. Clear nasal discharge. The rest of the exam is within normal limits. Stool is formed.

Diagnosis: Acute rhinitis.

Recommendations: Ephedrine nose spray

**January 1976**

This is a 10-year-old boy who is 4th grade student at school 166. His condition in general is fair. Posterior pharyngeal mucosa is moderately erythematous, no exudate is present.
Skin and oral mucosa are clear. The rest of organ/system exam without abnormalities.

Diagnosis: Residual symptoms of upper respiratory infection.

Follow up on February 3rd.

Doctor: *(signed)*

279

**Exhibit 85 – 1515**

(pages MM-408, MM-409)

*(stamp)* Children's Ambulatory Clinic № 44
Of Smolninsky District

<u>At the Laboratory</u>

Mikhel, Iouri
11 Years old

███████████████████

Test: 24- hour urine glucose

November 23, 1976

<u>Result</u>
Specific Gravity- *(illegible)*
Glucose- not present

November 25   *(signed)*

280

**Exhibit 85 - 1516**

(page MM-410)

## Clinic Visit

He has no complaints. No signs of inflammation of posterior pharynx. Vesicular breath sounds on lung auscultation, no wheezing or rales. Heart sound are clear, normal rhythm and rate. Abdomen is soft. Stool is formed.

Diagnosis: Recovered from upper respiratory infection.

Doctor's Note: Can return to school.

Doctor: *(signed)*

281

**Exhibit 85 – 1517**

(page MM-411)

Mikhel, Iouri
11 Years old
██████████████████
School 174, 6th Grade

**November 5, 1976**

The patient had no sick contacts. Complaining of sore throat for one day, and fever. Temperature-38.5°. In general, he looks moderately ill, in no acute distress. Skin is clear. Pharyngeal mucosa is erythematous, enlarged tonsil with patchy exudate. Submandibular lymph nodes are enlarged. Heart sounds are clear. Breath sounds are coarse, no wheezing or rales. Abdomen is soft. Liver not enlarged. Stool is normal, formed.

Diagnosis: Bacterial lacunar pharyngitis.

Recommendations:
*( Illegible)*
Antigrippin – 1 tab TID
Eremomycin - 0.1 QID
Gargling
Warm fluids
Follow up on November 6th.

282

**Exhibit 85 - 1518**

(page MM-412)

**November 6, 1976**
**Follow up Home Visit**

His condition got better. Today he has no fever, temperature- 36.7°. Skin is clear. Pharyngeal mucosa looks edematous and erythematous. Tonsils are enlarged, 2+, more on the right.
Tonsillar follicles are covered with white purulent exudate bilaterally. Lymph nodes enlarged. Heart sounds are clear. Vesicular breath sounds on lung auscultation, no wheezing or rales. Abdomen is soft, nontender.
He is following doctor's recommendation and taking prescribed medications.

Diagnosis: Follicular pharyngitis

Recommendations:
Continue prescribed treatment
Follow up with doctor on November 7th, 1976 if needed
Return to clinic on November 10th.

283

**Exhibit 85 – 1519**

(page MM-413)

**April 15, 1977**
**Initial Home Visit**

This is 12-year-old boy who is 5th Grade student at school 166.
He is complaining of fever, temperature up to 38.3°, runny nose, and earache since yesterday.
Current temperature is 36.9. In general, his condition is fair. Skin is clear, normal color. Pharynx moderately erythematous, no exudate.
Breath sounds are normal on auscultation, no wheezing or rales. Resonant sound on percussion. Heart- normal rhythm and rate, clear sounds. Abdomen is soft, nontender. Liver is not enlarged. Stool is formed.

Diagnosis: Upper Respiratory Infection.

Recommendations:
Warm fluids
Mustard plasters
Antigrippin (Theraflu)
Multivitamins

Follow up on April 20.

      Doctor: *(signed)*

284

**Exhibit 85 – 1520**

(page MM-414)

**April 20, 1977**
**Clinic Visit**

This is a 12-year-old boy, 5th Grade student at school 166.
He has no complaints.
On exam there is clear nose discharge. Oropharyngeal mucosa moderately erythematous, no exudates.
The rest organ/system exam is normal. Stool is normal.

Diagnosis: Upper respiratory infection, recovering.

Recommendations:
Continue prescribed treatment.

Doctor: *(signed)*

285

**Exhibit 85 - 1521**

(page MM-415)

**April 23, 1977**
**Clinic Visit**

This is a 12-year-old boy who has been sick since April 15, 1977 with upper respiratory infection. The boy is examined today.

Diagnosis: Recovered from Upper respiratory infection.

Doctor's Note: Can attend school.

        Doctor: *(signed)*

286

**Exhibit 85 – 1522**

(pages MM-416; MM-417)

<div align="right">September 13, 1977<br>Doctor <em>(last name)</em></div>

## MEDICAL CHART № _____

*(stamp)*  Children's Health Care Center № 44
Of Smolninsky District
Urgent Care

Mikhel, Iouri
12 Years old

██████████████████████████████

<div align="center">

**September 13, 1977**
**House Call**

</div>

Chief complaints: headache, sore throat, and fever.
He had no sick contacts. Has been sick for one day. Current temperature 38.5° (101.3).
In general, he looks moderately ill, in no acute distress.
Skin is clear. Pharynx erythematous, no exudate is present. Lungs are clear on auscultation. Heart sounds are clear. Abdomen is soft, nontender. No hepatomegaly. Stool is formed.

Diagnosis: Upper respiratory infection.

Recommendations:
Metamizole-0.25 QID
 Aspirin- 0.25 TID
 *(illegible)*- 0.5 BID
 *(illegible)* - 0.02 BID.

Follow up on September 14.

Doctor: *(signed)*

287

**Exhibit 85 - 1523**

(page MM-418)

**September 14, 1977**
**Initial Home Visit**

This is a 12-year-old boy, who has been seen on September 13. Reported fever, headache, and sore throat.
Current temperature is 36.4.
<u>Objective:</u> In general, his condition if fair, looks pale.
Pharynx is moderately erythematous. Lungs: resonant sound on percussion, vesicular breath sounds on auscultation, no wheezing or rales. Heart sounds are clear. Abdomen is soft. Stool is formed.

<u>Diagnosis:</u> Upper Respiratory Infection.

<u>Recommendations:</u>
1)Sulfadimidine -0.5 TID
2) *(illegible)*- 2 tabs. TID
3) Gargling with 2% sodium bicarb solution four times a day.

Follow up on September 16.

       Doctor: *(signed)*

288

**Exhibit 85 – 1524**

(pages MM-419, MM-420)

**September 19, 1977**
**Clinic Visit**

This is a 12-year-old boy, 6th grade student at school № 166.
Chief complaints: low grade fever at nights, temperature of 37.5° and cough for 2 days. He has no appetite, stool is normal.
Objective: In general, his condition is fair. Pharyngeal mucosa is erythematous.
There are a few rales over right mid lung filed on auscultation. On percussion normal lung sound.
(*illegible sentence)* Abdomen is soft, nontender*.

Diagnosis: Upper Respiratory Infection, possible exacerbation of chronic pneumonia.

Recommendations:
Etazole -0.5 QID
Ultra-High Frequency Light treatment - 5 sessions
Chest X-ray
Blood test

Return for follow up on September 25th.

(*Stamp*)  Image № 2613
          September 20, 1977

**Chest X-Ray**
Bilateral hilar enlargement. There are peri-bronchial changes, increased vascular marking in mid-lower area of right lung.  Contours of diaphragm (*illegible)*
Repeat image in 3-4 weeks.

289

**Exhibit 85 – 1525**

(page MM-421)

Mother refused hospitalization.

**September 23, 1977**
**Clinic Visit**

12-year-old boy in the clinic for upper respiratory infection follow up.
In general, his condition is satisfactory. Temperature is normal. Skin and oral mucosa are clear. Pharynx moderately erythematous. Lungs: resonant sound on percussion, on auscultation in the lower field of right lung *(illegible).* Heart sounds are clear. Abdomen is soft. Stool is formed.

Diagnosis: Upper respiratory infection. Right sided Pneumonia.

Recommendations:
1. Penicillin -500,000 BID, intramuscular injections for 7 days
2. Tuberculosis Specialist consult
3. *(illegible-)* 2 tab TID
4. *(illegible)* – 0.01 TID

Follow up on September 26th.

    Doctor: *(signed)*

290

**Exhibit 85 – 1526**

(page MM-422)

<div align="center">In room 13 from 10 -16:00</div>

*(stamp)*  Children's Health Center№ 44
     of Smolninsky District

<div align="center"><u>In the procedure room</u></div>

Mikhel, Iouri   12 years old

███████████████████

Penicillin 500,000 twice a day for 7 days.

(Skin test)
September 28, 1977.

<div align="center">Doctor: *(signed)*</div>

291

**Exhibit 85 - 1527**

(page MM-423)

**PROCEDURE LIST**

*(stamps)*

Penicillin
Dose: 500 K BID
Date: September 24, 1977

Penicillin
Dose: 500 K BID
Date: September 25, 1977

Penicillin
Dose: 500 K BID
Date: September 26, 1977

Penicillin
Dose: 500 K BID
Date: September 27, 1977

Penicillin
Dose: 500 K BID
Date: September 28, 1977

Penicillin
Dose: 500 K BID
Date: September 29, 1977

Penicillin
Dose: 500 K BID
Date: September 30, 1977

292

**Exhibit 85 - 1528**

(page MM-424)

# Urinalysis

### Laboratory ___59___

Mikhel, Iouri
Age: 12 years old
Address: █████████████
Date: September 27, 1977

Color: Yellow
Acidity: Acidic
Specific Gravity: 1018
Clarity: Clear
Proteins: not present
Glucose: not present

### MICROSCOPIC EXAM OF CEDIMENT

Epithelial cells
    Squamous epithelial cell: 0-1-3 hpf
White Blood Cells : 0-1-2 hpf
Casts: not present

Signature_____*(signed)*_____

Date: September 27, 1977

293

**Exhibit 85 – 1529**

(page MM-425)

**Blood Test**

**Laboratory** ____5____

Mikhel, Iouri 12 years old

██████████████████

| | |
|---|---|
| Hemoglobin - | 13.2 gr% (range 13-16) |
| Hemoglobin in units- | 79 U(range 78-96) |
| WBC- | 5,000 (range 4,500-9,500) |
| Eosinophils- | 18% (range 1-5) |
| Bands- | 1% (range 1-5) |
| Segmented cells- | 35% (range 50-72) |
| Lymphocytes- | 38% (range 18-38) |
| Monocytes- | 7% (2-10) |
| ESR- | 19 mm/h |

Diagnosis: Pneumonia

**Signature**: *(signed)*

**Date**: September 23, 1977

294

**Exhibit 85 – 1530**

(page MM-426)

**September 26, 1977**
**Clinic Visit**

This is a 12-year-old boy, 6th grade student at school № 166.
In general, he looks well. Skin is clear, pharynx slightly erythematous. Resonant sound lung percussion, on auscultation coarse breath sounds, some wheezing and rhonchi over the mid right lung field. Heart sounds are clear. Abdomen is soft. Stool is formed.

Diagnosis: Upper Respiratory Infection. Bronchopneumonia.

Plan:
Continue prescribed treatment. Penicillin received for three days

        Doctor: *(signed)*

295

**Exhibit 85 - 1531**

(page MM-427)

**Laboratory    8**

Name: Mikhel, Iouri
Age: 12 years old
Address: ███████████████████

**Blood Test**

RBC-                        4.27 M (range 4.5-5.0)
Hemoglobin -                13.0 gr% (range 13-16)
Hemoglobin in units-        78 U(range 78-96)
Color Index-               0.91 (range 0.9-1.1)
WBC-                        6,000 (range 4,500-9,500)
Eosinophils-                6% (range 1-5)
Bands-                      1% (range 1-5)
Segmented cells-            70% (range 50-72)
Lymphocytes-               17% (range 18-38)
Monocytes-                  5% (2-10)
ESR-                        6 mm/h

Diagnosis: Upper respiratory infection. Bronchitis.

            Signature: (signed)

Date: October 3, 1977

296

**Exhibit 85 – 1532**

(page MM-428)

**September 30, 1977**
**Clinic Visit**

This is a 12-year-old boy, 6th grade student at school 166.
Chief complaints: cough.
In general, his condition is satisfactory. Skin is clear, pharynx erythematous.
Lung auscultation revealed coarse breath sounds, no wheezing or rales. Heart sounds are clear.
Abdomen is soft. Stool formed.

Diagnosis: Upper respiratory Infection. Bronchitis.

Recommendations:
Ultra-High Frequency Light treatment
Repeat Blood test
Follow up on October 5th.

Doctor: *(signed)*

297

**Exhibit 85 - 1533**

(page MM-429)

Second floor, room 27   Hours: 9-13:00 and 15:00- 19:00

## PROCEDURE LIST

Mikhel, Iouri  12 years old

████████████████████

Ultra-High Frequency Light Treatment of the Chest ,№ 5+3

Diagnosis: Bronchitis

### September 18, 1977

*(stamp)* Ultra-High Frequency Light Therapy of the Chest
　　　　　№ 5 +2+1

1.　　September 19, 1977
2.　　September 20, 1977
3.　　September 21, 1977
4.　　September 22, 1977
5.　　September 23, 1977
6.　　September 27, 1977
7.　　September 28, 1977
8.　　September 29, 1977
9.　　October 4, 1977

298

**Exhibit 85 – 1534**

(page MM-430)

## MEDICAL CHART №_____

**October 5, 1977**
**Clinic Visit**

12-year-old boy, 6 grade student at school № 166.
He has no complaints today. In general, he looks well. Skin and oropharynx are clear. Lungs: resonant sound on percussion, vesicular breath sounds on auscultation. Heart sounds are clear. Abdomen is soft. Stool is formed.

Diagnosis: Healthy

       Doctor: *(signed)*

299

**Exhibit 85 – 1535**

(pages MM-431, MM-433)

# MEDICAL CHART №_____

Mikhel, Iouri  12 years old

████████████████████

School 166 - Grade 6

**February 13, 1978**
**Initial Home Visit**

Chief Complaints: low grade fever, temperature of 37.8°, headache, sore throat, and weakness. The boy has been sick since February 10th. He had no sick contacts. Current temperature is 36.3. In general, his condition is satisfactory. Skin is clear. Pharynx:  soft palate grainy in appearance. Normal lung sounds on percussion, coarse breath sounds on auscultation, no wheezing, rales, or rhonchi. Heart sounds are clear. Abdomen is soft, nontender. Stool is formed.

Diagnosis: Upper Respiratory Infection

Recommendations:
Blood test
Aspirin- 0.25 gr for fever over 38.
*(illegible)*- 0.015 TID
Aloe Juice- 1 tablespoon TID
Multivitamins- TID
Mustard plasters

       Doctor: *(signed)*

Returned from *(illegible)* on February 7th where he was in quarantine for scarlet fever.

       Doctor: *(signed)*

300

**Exhibit 85 - 1536**

(page MM-432)

**Laboratory ___7___**

Name: Mikhel, I
Age: 12 years old
Address: ███████████████████

**Blood Test**

Hemoglobin gr%- 15.4 (range M 4.5-5.0)
Hemoglobin in U-92 (range M 78-96)
WBC- 10.8 (range M 4.5-9.5)
ESR-6 mm/h

Date: February 16

Signature: *(signed)*

301

**Exhibit 85 – 1537**

(page MM-434)

**March 16, 1978**
**Clinic Visit**

This is a 12-year-old boy who has been having low grade fever since March 11, 1978, temperature of 37.5 and runny nose.

Objective: In general, his condition is satisfactory. Skin and pharynx are clear. Normal breath sounds on lungs auscultation. Heart sounds are clear, normal rate and rhythm. Abdomen is soft. Stool is formed.

Diagnosis: Recovered from upper respiratory infection.


        Doctor: *(signed)*

302

**Exhibit 85 – 1538**

(page MM-435)

# DATA OF ONGOING MEDICAL MONITORING
## May 22, 1978
## Initial Home Visit

This is a 13-year-old boy, 6th grade student at school 166.
He had no sick contacts. Complaining of fever, temperature of 38.0°, headache.
In general, his condition is satisfactory. Current temperature is 37.6°. Skin is clear, normal color and turgor. Heart sounds are clear. Lungs are clear on auscultation, no wheezing, rales or rhonchi. Abdomen is soft. Stool is normal.

Diagnosis: Upper Respiratory Infection

Recommendations:

*(illegible)*
Multivitamins
Contact the doctor if needed
Follow up on May 27.

## May 26

Today's complaint is some runny nose. Exam is within normal limits.

Diagnosis: Recovered from upper respiratory infection

303

**Exhibit 85 – 1539**

(page MM-436)

## November 15, 1978

13-year-old boy, 7th grade student at school 166. Had no sick contacts.
Chief complaints: cough, runny nose, and sore throat.
Temperature -36.6. In general, his condition is satisfactory. Skin and oral mucosa are clear. Pharynx is slightly erythematous; no exudate is present. Abdomen is soft, nontender. No hepatosplenomegaly. The rest of the exam is unremarkable.

Diagnosis: Upper Respiratory Infection

Recommendations:
Bed rest
*(illegible)*
Plenty of fluids
Mustard plasters
Follow up on November 22

Doctor: *(signed)*

**Exhibit 85 – 1540**

(page MM-437)

**November 22, 1978**
**Clinic Visit**

He has no complaints today. Physical exam is done. He recovered form upper respiratory infection.

<u>Diagnosis:</u> Healthy

Doctors Note: Can return to school.

    Doctor: *(signed)*

305

**Exhibit 85 – 1541**

(page MM-438)

# DATA OF ONGOING MEDICAL MONITORING

Mikhel, Iouri   13 years old

**January 11, 1979**
**Initial Home Visit**

He is complaining of low-grade fever, temperature of 37.6, sore throat, and runny nose for one day. He had no ill contacts.
Current tempareture-37.3. In general, his condition is satisfactory. Skin is clear. Pharynx is erythematous, no exudate. Heart sounds are clear. Lungs are clear to auscultation, no wheezing, rale or rhonchi. Abdomen is soft, nontender. Stool is formed.

Diagnosis: Upper Respiratory Infection

Recommendations:
Antigrippin -1tab TID
Nose spray
Mustard plasters
Gargling.
No indications for hospitalization
Follow up on January 17th

    Doctor: *(signed)*

306

**Exhibit 85 – 1542**

(page MM-439)

**BLOOD TEST FOR GLUCOSE**

Ambulatory Clinic 44

██████████████████

**Patient:** Mikhel, I

**Fasting blood glucose**: 82 mg%

Date: January 19, 1979

Doctor: *(signed)*

307

**Exhibit 85 – 1543**

(page MM-440)

**Laboratory**_____

Name: Mihkel, Iouri
Age: 15 years old
17/5 Kranoy Sviazy Street, # 72

**Urinalysis**
Specific Gravity: 1023
Glucose: Not present

Date: January 18, 1979

**Exhibit 85 – 1544**

(page MM-441)

**January 17, 1979**

Today he is complaining of runny nose, not coughing.

In general, his condition is satisfactory. Skin is clear. Pharynx erythematous. Heart and lung sounds are clear. Stool is formed.

Diagnosis: Recovering form upper respiratory infection

Recommendations:
Urinalysis
Blood for glucose
Follow up on January 19th.

     Doctor: *(signed)*

**Exhibit 85 – 1545**

(page MM-442)

## PROCEDURE LIST

**January 1979**

Procedure: Ultra -High Frequency Light Therapy  № 3

*(stamp)* Ultra -High Frequency Light Therapy
          № 3+3

Mikhel, Iouri

<u>Diagnosis:</u> Right upper eyelid hordeolum

Session 1- January 20
Session 2 -January 22
Session 3- January 23
Session 4- January 24

Ultra -High Frequency Light Therapy continuation № 3
Session 5 - January 25
Session 6- January 26

310

**Exhibit 85 – 1546**

(pages MM-443, MM-444)

**January 29, 1979**
**Clinic Visit**

The boy is under ophthalmologist care for eyelid hordeolum.

Exam is done. Recovered, healthy.

Doctor's Note: Can return to school.

Doctor: *(signed)*

**January 30, 1980**
**Clinic Visit**

This is a 14-year-old boy, 8th grade student at school 154. He had no sick contacts.
According to him -he has been sick with upper reparatory infection since January 25. He had fever (temperature of 37.5), cough, and runny nose. They did not call the doctor for home visit.
On exam in general, his condition is satisfactory. Skin is clear. Pharyngeal mucosa is slightly erythematous. Heart sounds are clear, normal rate and rhythm. Lungs are clear on auscultation. Stool is formed.

Diagnosis: Healthy

Doctor's Note: Can return to school

Doctor: *(signed)*

311

**Exhibit 85 – 1547**

(page MM-445)

# DATA OF ONGOING MEDICAL MONITORING
## February 18, 1980
## Initial Home Visit

This is a 14-year-old boy, 8th grade student at school 154. Had no sick contacts.

Chief complaints: headache and cough for one day. The boy had no fever, no vomiting; however, in the morning was very week was "unable to move".

Family History: According to father he has hypertension and headaches (back of the head) associated with it.

Objectives: In general, his condition is fair. Skin and oropharyngeal mucosa are clear. Clear heart sounds, normal rhythm and rate. Normal breath sounds on lungs auscultation. Abdomen is soft, nontender. Stool is normal. Negative for meningeal signs.

Diagnosis: Monitoring

Recommendation and plan:
Metamizole 0.5 TID
Follow up on February 19
Check Blood Pressure
Neurology consult

312

**Exhibit 85 – 1548**

(page MM-446)

## DATA OF ONGOING MEDICAL MONITORING
### February 19, 1980
### Clinic Visit

This is a 14-year-old boy in the clinic for blood pressure check and neurology consult.
Blood Pressure - 125/80.
The boy examined by the neurologist.

Diagnosis: Healthy

Doctor's Note: Can return to school

313

**Exhibit 85 - 1549**

(page MM-450)

*(this is a different patient's chart and name)*

**Exhibit 85 - 1550**

DECLARATION OF MARGARET MICHAELIAN, M.D.

I, Margaret Michaelian, declare as follows:

1.      The Federal Public Defender for the Central District of California (FPD) has retained me as a translator in *United States v. Iouri Mikhel*, Case No. 02-cr-00220-DT. I am a native Russian speaker, and I have expertise in medical translation and interpretation from Russian to English.

2.      I received my medical degree from Yerevan State Medical University, in Yerevan, Armenia. From 2004 to 2015, I worked as a medical interpreter and translator for St. Elizabeth's Medical Center in Boston, Massachusetts. From 2005 to 2015, I worked as a medical interpreter for Mount Auburn Hospital in Cambridge, Massachusetts. From 2015 to the early 2020, I was lead clinical research coordinator in St. Elizabeth's Medical Center, Boston, Massachusetts. In 2020, I became an Associate Clinical Project Manager at Cardiovascular Clinical Science Foundation, Boston, Massachusetts. A copy of my resume is attached to this declaration as Addendum A.

3.      The FPD sent me the attached document consisting of 452 pages of Mr. Iouri Mikhel's medical records to translate from Russian to English. With this declaration, I certify that my 314-page translation of these records is true and accurate.

1

*m m*
Initials

**Exhibit 85 - 1551**

4.      My translation is complete, with the exception of illegible text in the source document. I have indicated such omitted text with the word "illegible."

5.      I used my medical training and expertise to translate abbreviations and symbols used in Mr. Mikhel's medical records. Two examples follow:

- "Liver –": translated as "liver is not enlarged."
- "Stool N": translated as "stool is normal."

6.      When possible, I indicated the title of the person signing off on a particular medical note, such as a doctor or a nurse, and where a particular examination had taken placed, such as at home or day care.

I declare under penalty of perjury under the laws of the United States of America and of the State of California that to the best of my abilities and belief, this is a true and correct translation of English language text.

DATED: 05-Jan-2021

Margaret Michaelian

2

Initials

**Exhibit 85 - 1552**

# Addendum A

Exhibit 85 - 1553

# Margaret Michaelian

Mobile: (857)-373-9293
mgmichaelian@aol.com

## Summary

Dedicated and motivated with years of clinical research expertise. Demonstrated ability to run multiple complex studies in a dynamic atmosphere with competing demands. Exceptional organizational skills and proven ability to mentor and lead junior research staff. Eager to build career to maximize professional skills and talent in dynamic environment, fostering continued learning and professional growth.

## Skills

- Strong clinical background
- Good Clinical Practices
- Laboratory procedures
- Patient safety
- Patient Recruitment
- Clinical record reviews
- Regulatory documentation
- Russian (Native); Armenian (Native); Interpretation
- Proven clinical leadership and supervision
- Multiple EDC systems and Microsoft Office applications

## Education and Training

Yerevan State Medical University, Yerevan, Armenia                          July 1996
**Doctor of Medicine (M.D.)**

## Work Experience

Cardiovascular Clinical Science Foundation, Boston MA                          2020-Present
**Associate Clinical Project Manager**

- Responsible for management of multi-center Phase I-IV clinical trials
- Responsible for oversight and supervision of Sr. Clinical Project Coordinators, Clinical Project Coordinators, and Clinical Trial Assistants
- Regulatory document oversight and internal approval
- Central IRB submission and communications
- Preparation of Monthly Trial newsletters
- Preparation and distribution of meeting agendas and meeting minutes for team calls
- Clinical site management – escalation plan implementation
- Provide clinical assistance to sites

St. Elizabeth's Medical Center, Boston, MA                          2015 - 2020
**Lead Clinical Research Coordinator**

- Responsible for managing over twenty (20) clinical trials
- Generate and submit regulatory documents to the local Institutional Review Board in support of study approval
- Collaborating with local IRB in reviewing and amending Standard Operating Procedures

**Exhibit 85 - 1554**

- Collaborating with local IRB in institutional Informed Consent template updates according to FDA regulations
- Review and edit of cost analysis proposals during budget negotiations
- Manage, collect and analyze data for investigator-initiated studies
- Assist in creation of protocol, laboratory procedures and manuals, informed consent, case report forms, and regulatory documents for investigator-initiated studies
- Coordinate communication between investigators, sponsors, representatives, and local research administration
- Creating enrollment plans to facilitate recruitment in accordance with protocol specifics
- Conduct and oversee research visits, data collection and data entry
- Safety data collection and reporting
- Train new staff on study protocol requirements and regulatory document completion, all compliance procedures for conducting clinical trials
- Manage workload and study responsibility distribution among coordinators
- Create, organize and maintain study regulatory binders and electronic regulatory files

St. Elizabeth's Medical Center, Boston, MA                                                  2004- 2015
**Medical Interpreter**
- Provided in person interpretation services for inpatient, outpatient, and Emergency Department settings.
- Review and translate medical records for non-English speaking patients.
- Manage on-call schedule.

Mount Auburn Hospital, Cambridge, MA                                                       2005-2010
**Medical Interpreter**
- Provided interpreting services for Russian and Armenian speakers for inpatient and outpatient visits.

Tufts University School of Medicine                                                           2007 - 2009
**Research Fellow**
Design experiments based on given hypothesis.
- Conduct experiments.
- Data collection and interpretation.

New England Eye Clinic, Boston MA                                                          2003- 2004
**Administrative and Clinical Services Assistant**
- Perform diagnostic visual field testing.
- Review and edit dictations.
- Medical Billing.
- Manage scheduling.
- Train newly hired administrative assistants.

## Publications

- Boucher W., Kempuraj D., Michaelian M., Theoharides T.C. Corticotropin-releasing hormone-receptor 2 is required for acute stress-induced bladder vascular permeability and release of vascular endothelial growth factor. BJU Int., 2010 Nov; 106(9: 1394-1399)
- Papaliodis D., Boucher W., Kempuraj D., Michaelian M., Wolfberg A., House M., Theoharides T.C. Niacin-induces "flush" involves release of PGD2 from mast cells and serotonin from platelets: Evidece from human cells in vitro and an animal model. J Pharmacol. Exp Therap., 2008 Dec; 327(3): 665-672

**Exhibit 85 - 1555**

## Languages

English (Fluent)
Russian (Native)
Armenian (Native)

## Certifications

- Educational Commission for Foreign Medical Graduates (ECFMG), December 2006
- Certification for Licensure in Pediatric Cardiology, September 1999
- Collaborative Institutional Training initiative (CITI)
- Certified in Good Clinical Practice, Conflict of Interest, Biomedical Researchers, Clinical Trial Billing Compliance, and Responsible Conduct of Research
- NIH Stroke Scale Certification (NIHSS)
- Modified Rankin Scale (mRS)

**Exhibit 85 - 1556**

# EXHIBIT

# 86



Exhibit 86 - 1557

Case 2:02-cr-00220-MCS   Document 2475-4   Filed 10/05/23   Page 640 of 653   Page ID #:2136

Exhibit 86 - 1558

## Сводная ведомость учета успеваемости и поведения учащихся

1976 - 77

| №№ по порядку | Список учащихся | Русский язык | | | | | | | Литература | | | | | | Родной язык | | | | | | | Родная литература | | | | Арифм. (мат. 4 кл.) Алгебра | | | | | | Геометрия | | | | | | История | | | | | | География | | | | | Биология (Природоведен.) | | | | | Физика | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | I четв. | II четв. | III четв. | IV четв. | годовая оценка | экзамен | итоговая оценка | I четв. | II четв. | III четв. | IV четв. | годовая оценка | | I четв. | II четв. | III четв. | IV четв. | годовая оценка | экзамен | итоговая оценка | I четв. | II четв. | III четв. | | III четв. | IV четв. | годовая оценка | экзамен | итоговая оценка | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 | Ананьенков Анд. | 3 | 4 | 3 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | Андреев Алексей | 3 | 3 | 3 | 3 | | | | 3 | 4 | | 4 | 4 | | | | | | | | | | | | | | 4 | 3 | | | | | 3 | 4 | 4 | | 4 | 4 | 5 | | 5 | | 4 | 4 | 4 | | 4 | 4 | | | | | | | | |
| 3 | Бутиков Анд. | 3 | 3 | 3 | 3 | | | | 3 | 3 | | 4 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 3 | 3 | 3 | 3 | 3 | 4 | 4 | | 4 | | 3 | 3 | 4 | | 3 | 4 | | | | | | | | |
| 4 | Борнева Вик. | 3 | 3 | 3 | 3 | | | | 4 | 3 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 3 | 3 | 4 | 3 | 3 | 5 | 4 | | 4 | | 4 | 3 | 3 | | 4 | 4 | | | | | | | | |
| 5 | Петрова Таня | 3 | 3 | 3 | 3 | | | | 4 | 3 | | 3 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 3 | 3 | 3 | 3 | 4 | 4 | | 4 | | 3 | 3 | 3 | | 3 | 3 | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3 | 4 | 4 | 3 | 3 | 4 | 3 | | 4 | | 3 | 3 | 4 | | 3 | 3 | | | | | | | | |
| 7 | Жилова Анд. | 3 | 4 | 4 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | Веселова Свет. | 3 | 4 | 4 | 4 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | | | | | | | 4 | 3 | 4 | | | 4 | 3 | | 4 | | 4 | 4 | 4 | | 3 | 5 | 4 | | | | | | | |
| 9 | Гусакова Мар. | 3 | 3 | 3 | 3 | | | | 3 | 4 | | 4 | 3 | | | | | | | | | | | | | | | | | | | | 4 | 3 | 4 | | | 4 | 3 | | 4 | | 4 | 4 | 4 | | 4 | 4 | 4 | | | | | | | |
| 10 | Заманин Ник. | 3 | 3 | 3 | 3 | | | | 3 | 4 | | 4 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 3 | | | | 4 | 4 | | 4 | | 3 | 3 | 3 | | 3 | 3 | | | | | | | | |
| 11 | Зуваров Алекс. | 3 | 3 | 3 | 3 | | | | 3 | 5 | | 3 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 3 | | | | 3 | 4 | | 4 | | 3 | 3 | 3 | | 3 | 3 | 3 | | | | | | | |
| 12 | Зубова Мар. | 4 | 4 | 4 | 4 | | | | 5 | 5 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 3 | 3 | 3 | | 3 | 3 | 3 | | | | | | | |
| 13 | Королева Елена | 5 | 4 | 4 | 4 | | | | 5 | 5 | | 5 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 5 | 5 | | 5 | | 4 | 4 | 4 | | 4 | 4 | 4 | | | | | | | |
| 14 | Жанов Сергей | 3 | 3 | 3 | 4 | | | | 3 | 5 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 4 | | | | 5 | 5 | | 5 | | 4 | 4 | 5 | | 4 | 4 | 4 | | | | | | | |
| 15 | Усаков Олег | 3 | 2 | 3 | 3 | | | | 4 | 4 | | 3 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 3 | 3 | | | | 3 | 4 | | 4 | | 3 | 3 | 3 | | 3 | 4 | 4 | | | | | | | |
| 16 | Ламаринова А. | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 4 | | | | 4 | 3 | | 4 | | 3 | 4 | 4 | | 3 | 3 | 3 | | | | | | | |
| 17 | Корнева Юлия | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 3 | | | | 3 | 3 | | 4 | | 3 | 3 | 3 | | 3 | 3 | 3 | | | | | | | |
| 18 | Катилнева А. | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 3 | | | | 4 | 3 | | 4 | | 3 | 3 | 3 | | 3 | 3 | 3 | | | | | | | |
| 19 | Мартыненко | 4 | 4 | 4 | 4 | | | | 5 | 5 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 3 | 3 | 3 | | 3 | 3 | 3 | | | | | | | |
| 20 | Михайлова О. | 3 | 3 | 3 | 3 | | | | 4 | 5 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 3 | 4 | 4 | | 3 | 4 | 4 | | | | | | | |
| 21 | Михель Юрий | 3 | 3 | 3 | 3 | | | | 3 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 3 | 3 | 4 | | 4 | 4 | 4 | | | | | | | |
| 22 | Наревникова Н. | 4 | 4 | 4 | 4 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 5 | 5 | | 5 | | 4 | 4 | 5 | | 4 | 4 | 4 | | | | | | | |
| 23 | Никифорова Т. | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 4 | | | | 5 | 4 | | 4 | | 4 | 4 | 4 | | 4 | 4 | 4 | | | | | | | |
| 24 | Онищинаев | 3 | 3 | 3 | 3 | | | | 5 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 4 | 4 | 4 | | 4 | 4 | 4 | | | | | | | |
| 25 | Орел Эдуард | 3 | 4 | 4 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 5 | 4 | | 5 | | 4 | 4 | 4 | | 4 | 4 | 4 | | | | | | | |
| 26 | Попова Над. | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 3 | 4 | | | | 4 | 4 | | 4 | | 4 | 4 | 4 | | 4 | 4 | 4 | | | | | | | |
| 27 | Постникова Лид. | 3 | 3 | 3 | 3 | | | | 3 | 3 | | 3 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 3 | 3 | | | | 4 | 4 | | 4 | | 3 | 3 | 3 | | 4 | 4 | 4 | | | | | | | |
| 28 | Прокоп Лариса | 3 | 3 | 3 | 3 | | | | 3 | 4 | | 3 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 3 | 3 | | | | 3 | 3 | | 3 | | 3 | 3 | 3 | | 3 | 3 | 3 | | | | | | | |
| 29 | Попова Света | 3 | 3 | 3 | 3 | | | | 3 | 3 | | 3 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 3 | 3 | | | | 3 | 3 | | 3 | | 3 | 3 | 3 | | 3 | 3 | 3 | | | | | | | |
| 30 | Рос Василий | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 3 | 4 | | | | 4 | 4 | | 4 | | 3 | 3 | 3 | | 3 | 4 | 4 | | | | | | | |
| 31 | Рыбенко Анд. | 4 | 4 | 4 | 4 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 5 | 5 | | 5 | | 4 | 4 | 5 | | 5 | 4 | 4 | | | | | | | |
| 32 | Святнова Свет. | 3 | 4 | 4 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 4 | 4 | 4 | | 4 | 4 | 4 | | | | | | | |
| 33 | Степанов Юра | 3 | 4 | 3 | 3 | | | | 4 | 4 | | 3 | 3 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 3 | 4 | 4 | | 4 | 4 | 4 | | | | | | | |
| 34 | Толачев Серг. | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 3 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 4 | 3 | 3 | | 4 | 3 | 3 | | | | | | | |
| 35 | Фильцов Влад. | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 3 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 3 | 3 | 3 | | 3 | 3 | 3 | | | | | | | |
| 36 | Васинева Алек. | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 4 | 4 | 4 | | 3 | 4 | 4 | | | | | | | |
| 37 | Васенков Ю. | 3 | 3 | 4 | 4 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 4 | 4 | 4 | | 4 | 4 | 4 | | | | | | | |
| 38 | Сайке Наташа | 3 | 3 | 3 | 3 | | | | 3 | 4 | | 4 | 4 | | | | | | | | | | | | | | 3 | 4 | | | | | 4 | 4 | | | | 5 | 5 | | 5 | | 4 | 4 | 4 | | 3 | 3 | 3 | | | | | | | |
| 39 | Шахов Ан.др. | 3 | 3 | 3 | 3 | | | | 4 | 5 | | 4 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 4 | 3 | | | | 4 | 3 | | 4 | | 3 | 3 | 4 | | 3 | 3 | 3 | | | | | | | |
| 40 | Щеголюва Св. | 3 | 3 | 3 | 3 | | | | 4 | 4 | | 3 | 3 | | | | | | | | | | | | | | 3 | 3 | | | | | 3 | 3 | | | | 4 | 4 | | 4 | | 3 | 3 | 3 | | 3 | 3 | 3 | | | | | | | |
| 41 | Щеголева Св. | 4 | 4 | 4 | 4 | | | | 4 | 4 | | 4 | 4 | | | | | | | | | | | | | | 4 | 4 | | | | | 4 | 4 | | | | 4 | 4 | | 4 | | 4 | 4 | 4 | | 5 | 4 | 4 | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Итого

| | | I | II | III | IV | год | | | I | II | III | IV | год | | | | | | | | | | | | | IV | год | | | | | I | II | III | IV | год | | | | | | I | II | III | IV | год | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Итого | 5 | 1 | 1 | - | 0 | | | | 3 | 6 | | - | - | | | | | | | | | | | | | | - | - | | | | | 3 | 2 | 2 | 3 | 2 | 5 | 1 | | 3 | | 3 | 1 | 2 | | 2 | 1 | 0 | | | | | | | |
| | 4 | 7 | 13 | 12 | 13 | 12 | | | 13 | 22 | | 19 | 18 | | | | | | | | | | | | | | 16 | 16 | | | | | 28 | 19 | 20 | 20 | 21 | 17 | 20 | | 16 | | 21 | 18 | 17 | | 15 | 18 | 7 | | | | | | | |
| | 3 | 32 | 26 | 28 | 27 | 28 | | | 14 | 12 | | 21 | 20 | 22 | | | | | | | | | | | | | 12 | 24 | | | | | 9 | 19 | 18 | 17 | 16 | 18 | 19 | | 21 | | 16 | 21 | 23 | | 24 | 22 | 23 | | | | | | | |
| | 2 | - | - | - | - | - | | | - | - | | - | - | | | | | | | | | | | | | | - | - | | | | | - | - | - | - | - | - | - | | - | | - | - | - | | - | - | - | | | | | | | |

Case 2:02-cr-00220-MCS   Document 2475-4   Filed 10/05/23   Page 641 of 653   Page ID #:2137

64

**Сводная ведомость учета успеваемости** и поведения учащихся

1975-76

| №№ по порядку | Список учащихся | Русский язык | | | | | | | Литература | | | | | | Родной язык | | | | | | | Родная литература | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | I четв. | II четв. | III четв. | IV четв. | годовая оценка | экзамен | итоговая оценка | I четв. | II четв. | III четв. | IV четв. | годовая оценка | экзамен | итоговая оценка | I четв. | II четв. | III четв. | IV четв. | годовая оценка | экзамен | итоговая оценка | I четв. | II четв. | III четв. | IV четв. | годовая оценка | |
| 1 | Андреев Алексеи | 3 | 3 | 4 | 3 | | | | 4 | 4 | 3 | 4 | | | | | | | | | | | | | | | | |
| 2 | Андрианов Андрей | 3 | 3 | 3 | 4 | | | | 5 | 4 | 4 | 5 | | | | | | | | | | | | | | | | |
| 3 | Белякова Ольга | 3 | 3 | 4 | 4 | | | | 3 | 4 | 4 | 5 | | | | | | | | | | | | | | | | |
| 4 | Бодрова Юлия | 3 | 3 | 3 | 3 | | | | 3 | 3 | 4 | 3 | | | | | | | | | | | | | | | | |
| 5 | Бодрова Виктор | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 4 | | | | | | | | | | | | | | | | |
| 6 | Бурмилов Дм. | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 3 | | | | | | | | | | | | | | | | |
| 7 | Веселова Свет. | 3 | 4 | 4 | 4 | | | | 4 | 5 | 5 | 5 | | | | | | | | | | | | | | | | |
| 8 | Гусаков Андрей | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 3 | | | | | | | | | | | | | | | | |
| 9 | Дудович Макс. | 4 | 4 | 4 | 4 | | | | 5 | 4 | 5 | 5 | | | | | | | | | | | | | | | | |
| 10 | Иванов Андрей | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 3 | | | | | | | | | | | | | | | | |
| 11 | Исаков Эрик | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 4 | | | | | | | | | | | | | | | | |
| 12 | Илларионов | 3 | 3 | 3 | 3 | | | | 3 | 4 | 3 | 3 | | | | | | | | | | | | | | | | |
| 13 | Кулешкиев С. | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 3 | | | | | | | | | | | | | | | | |
| 14 | Капущенко Л. | 3 | 3 | 3 | 3 | | | | 3 | 2 | 4 | 4 | | | | | | | | | | | | | | | | |
| 15 | Марищенко | 3 | 4 | 4 | 4 | | | | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | |
| 16 | Михайлова О. | 3 | 3 | 3 | 3 | | | | 4 | 3 | 4 | 3 | | | | | | | | | | | | | | | | |
| 17 | Мишников А. | 3 | 3 | 3 | 3 | | | | 3 | 3 | 4 | 3 | | | | | | | | | | | | | | | | |
| 18 | Михеев Юрий | 3 | 3 | 3 | 3 | | | | 4 | 4 | 5 | 4 | | | | | | | | | | | | | | | | |
| 19 | Никифорова Т. | 3 | 4 | 3 | 3 | | | | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | |
| 20 | Овчинников В. | 4 | 4 | 4 | 4 | | | | 5 | 5 | 5 | 5 | | | | | | | | | | | | | | | | |
| 21 | Орлов Эрик | 3 | 3 | 4 | 4 | | | | 3 | 4 | 4 | 4 | | | | | | | | | | | | | | | | |
| 22 | Петров Игорь | 3 | 3 | 3 | 3 | | | | 4 | 4 | 5 | 4 | | | | | | | | | | | | | | | | |
| 23 | Постников Мих. | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 3 | | | | | | | | | | | | | | | | |
| 24 | Пшеничная кр. | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 3 | | | | | | | | | | | | | | | | |
| 25 | Попова Людм. | 3 | 3 | 3 | 3 | | | | 3 | 4 | 3 | 3 | | | | | | | | | | | | | | | | |
| 26 | Фео Василии | 3 | 3 | 3 | 3 | | | | 3 | 3 | 3 | 3 | | | | | | | | | | | | | | | | |
| 27 | Савченко мих. | 3 | 3 | 3 | 3 | | | | 3 | 4 | 4 | 4 | | | | | | | | | | | | | | | | |
| 28 | Скворцова С.В. | 4 | 4 | 4 | 4 | | | | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | |
| 29 | Степанов К. | 3 | 3 | 3 | 3 | | | | 3 | 4 | 4 | 4 | | | | | | | | | | | | | | | | |
| 30 | Трахнев С. | 3 | 3 | 3 | 3 | | | | 3 | 3 | 4 | 3 | | | | | | | | | | | | | | | | |
| 31 | Удальцов Влад | 3 | 3 | | | | | | 3 | 4 | 4 | 4 | | | | | | | | | | | | | | | | |
| 32 | Фомичева А. | 4 | 4 | 4 | 4 | | | | 4 | 4 | 5 | 5 | | | | | | | | | | | | | | | | |
| 33 | Шамшурова И. | Выбыла | | | | | | | Выбыла | | | | | | | | | | | | | | | | | | | |
| 34 | Шахов М.Р. | 3 | 3 | 3 | 3 | | | | 4 | 4 | 4 | 4 | | | | | | | | | | | | | | | | |
| 35 | Шиховцова Свет | 3 | 3 | 3 | 3 | | | | 3 | 3 | 4 | 4 | | | | | | | | | | | | | | | | |
| 36 | Шенгова Свет | 3 | 3 | 4 | 3 | | | | 4 | 3 | 4 | 4 | | | | | | | | | | | | | | | | |
| 37 | Юлиев Гога | | 3 | 3 | 4 | 3 | | | | 4 | 4 | 4 | | | | | | | | | | | | | | | | |
| 38 | Янкин Дима | | | 3 | 4 | 3 | | | | | 4 | 4 | | | | | | | | | | | | | | | | |
| 39 | Усарова мар. | | | 3 | 3 | | | | | | 4 | 4 | | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 41 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Итого 5 | — | — | — | — | | | | 3 | 1 | 4 | 9 | 7 | | | | | | | | | | | | | | | |
| | 4 | 4 | 5 | 8 | 15 | 8 | | | | 11 | 18 | 14 | 18 | 19 | | | | | | | | | | | | | | |
| | 3 | 31 | 31 | 29 | 18 | 30 | | | | 21 | 17 | 16 | 10 | 14 | | | | | | | | | | | | | | |
| | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| №№ по порядку | Арифм. (матем. 4 кл.) Алгебра | | | | | | | Геометрия | | | | | | | История | | | | | | | География | | | | | | Биология (Природоведен.) | | | | | Физика | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | I четв. | II четв. | III четв. | IV четв. | годовая оценка | экзамен | итоговая оценка | I четв. | II четв. | III четв. | IV четв. | годовая оценка | экзамен | итоговая оценка | I четв. | II четв. | III четв. | IV четв. | годовая оценка | I четв. | II четв. | III четв. | IV четв. | годовая оценка | I четв. | II четв. | III четв. | IV четв. | годовая оценка | I четв. | II четв. | III четв. | IV четв. | годовая оценка | | | |
| 1 | 4 | 4 | 4 | 4 | | | | | | | | | | | 3 | 3 | 3 | 4 | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | |
| 2 | 3 | 4 | 4 | 4 | | | | | | | | | | | 3 | 4 | 4 | 4 | 3 | | | | | | 5 | 4 | 5 | 4 | | | | | | | | | |
| 3 | 4 | 4 | 4 | 4 | | | | | | | | | | | 4 | 4 | 4 | 4 | | | | | | | 5 | 4 | 4 | 4 | | | | | | | | | |
| 4 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | |
| 5 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 3 | 3 | 4 | 4 | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | 4 | 5 | 5 | 5 | | | | | | | | | | | 3 | 4 | 5 | 4 | | | | | | | 3 | 4 | 4 | 4 | | | | | | | | | |
| 8 | 3 | 4 | 4 | 4 | | | | | | | | | | | 3 | 3 | 4 | 4 | | | | | | | 3 | 3 | 5 | 4 | | | | | | | | | |
| 9 | 4 | 4 | 4 | 4 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 3 | 3 | 3 | 3 | | | | | | | | | |
| 10 | 3 | 3 | 3 | 3 | | | | | | | | | | | 4 | 4 | 5 | 4 | | | | | | | 4 | 4 | 5 | 4 | | | | | | | | | |
| 11 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 3 | 3 | 3 | 3 | | | | | | | | | |
| 12 | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | | 4 | 4 | 3 | 4 | | | | | | | | | |
| 13 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 4 | 3 | 3 | | | | | | | 3 | 3 | 4 | 4 | | | | | | | | | |
| 14 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 3 | 3 | 3 | 3 | | | | | | | | | |
| 15 | 4 | 4 | 3 | 4 | | | | | | | | | | | 3 | 4 | 3 | 4 | | | | | | | 3 | 3 | 3 | 3 | | | | | | | | | |
| 16 | 4 | 4 | 4 | 4 | | | | | | | | | | | 3 | 4 | 4 | 4 | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | |
| 17 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 3 | 4 | 4 | 4 | | | | | | | | | |
| 18 | 3 | 4 | 4 | 4 | | | | | | | | | | | 3 | 4 | 4 | 4 | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | |
| 19 | 3 | 4 | 4 | 4 | | | | | | | | | | | 4 | 4 | 4 | 4 | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | |
| 20 | 5 | 4 | 5 | 4 | | | | | | | | | | | 4 | 3 | 4 | 4 | | | | | | | 3 | 4 | 4 | 4 | | | | | | | | | |
| 21 | 4 | 4 | 4 | 4 | | | | | | | | | | | 3 | 4 | 4 | 4 | | | | | | | 4 | 4 | 5 | 4 | | | | | | | | | |
| 22 | 4 | 4 | 4 | 4 | | | | | | | | | | | 5 | 4 | 4 | 4 | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | |
| 23 | 3 | 3 | 3 | 3 | | | | | | | | | | | 4 | 4 | 4 | 4 | | | | | | | 3 | 5 | 4 | 4 | | | | | | | | | |
| 24 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 3 | 3 | 4 | 4 | | | | | | | | | |
| 25 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 3 | 3 | 3 | 3 | | | | | | | | | |
| 26 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 3 | 3 | 3 | 3 | | | | | | | | | |
| 27 | 4 | 3 | 4 | 4 | | | | | | | | | | | 4 | 3 | 3 | 3 | | | | | | | 3 | 3 | 3 | 3 | | | | | | | | | |
| 28 | 5 | 5 | 4 | 4 | | | | | | | | | | | 5 | 5 | 5 | 5 | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | |
| 29 | 3 | 4 | 4 | 4 | | | | | | | | | | | 5 | 4 | 4 | 4 | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | |
| 30 | 3 | 3 | 3 | 4 | | | | | | | | | | | 4 | 5 | 4 | 4 | | | | | | | 3 | 4 | 4 | 4 | | | | | | | | | |
| 31 | 3 | 3 | 3 | | | | | | | | | | | | 4 | 5 | 3 | 4 | | | | | | | 4 | 4 | 4 | 4 | | | | | | | | | |
| 32 | 4 | 4 | 4 | 4 | | | | | | | | | | | 4 | 4 | 4 | 4 | | | | | | | 3 | 3 | 4 | 4 | | | | | | | | | |
| 33 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 34 | Выбыла | | | | | | | | | | | | | | Выбыла | | | | | | | | | | Выбыла | | | | | | | | | | | | |
| 35 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 3 | 3 | 4 | 4 | | | | | | | | | |
| 36 | 3 | 3 | 3 | 3 | | | | | | | | | | | 3 | 3 | 3 | 3 | | | | | | | 4 | 3 | 4 | 4 | | | | | | | | | |
| 37 | 4 | 4 | 4 | 4 | | | | | | | | | | | 4 | 3 | 4 | 4 | | | | | | | 3 | 4 | 4 | 5 | | | | | | | | | |
| 38 | 4 | 4 | 4 | | | | | | | | | | | | 4 | 4 | 4 | 4 | | | | | | | 4 | 4 | 5 | 4 | | | | | | | | | |
| 39 | 3 | 3 | | | | | | | | | | | | | 5 | 5 | 3 | 3 | 4 | | | | | | 4 | 4 | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | | | | | | | | | | | 4 | 4 | | | | | | | | | | | |
| | 1 | 2 | 1 | 2 | 2 | | | | | | | | | | 4 | 4 | 3 | 3 | 1 | | | | | | 1 | 1 | 3 | 7 | 1 | | | | | | | | |
| | 15 | 16 | 17 | 17 | 11 | | | | | | | | | | 11 | 15 | 16 | 19 | 18 | | | | | | 5 | 2 | 15 | 24 | 3 | | | | | | | | |
| | 19 | 20 | 18 | 18 | 19 | | | | | | | | | | 16 | 17 | 18 | 15 | 19 | | | | | | 25 | 14 | 9 | 6 | 6 | | | | | | | | |
| | — | | | | | | | | | | | | | | — | | | | | | | | | | — | | | | | | | | | | | | |

Оценки Гоновей Людмиле выставлены на основании справки из санатория. Дир

Case 2:02-cr-00220-MCS   Document 2475-4   Filed 10/05/23   Page 642 of 653   Page ID #:2138

Exhibit 86 - 1560

Сводная ведомость успеваемости и поведения учащихся

| №№ п/п | Фамилия и имя учащихся | | Родной язык | Родная литература | Русский язык | Русская литература | Математика | Алгебра и начала анализа | География | Природоведение | Биология | Физика | Химия | Черчение | Иностранный язык | Изобразительное искусство | Пение и музыка | Физич. культура | Трудовое обучение | Поведение | Решение педагогического совета (дата и номер) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Мартыненко Илья | I четверть | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 4 | 4 | 4 | осв | 4 | уд | Переведен в 7 класс |
| | | II четверть | | | 4 | 4 | | 4 | 4 | | 3 | 4 | | | 5 | 3 | 4 | осв | 4 | уд | |
| | | III четверть | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 5 | 4 | 4 | осв | 4 | уд | |
| | | IV четверть | | | 4 | 4 | | 4 | 4 | | | 3 | | | 4 | 4 | 4 | осв | 5 | уд | |
| | | Год. оценка | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 4 | 4 | 4 | осв | 4 | уд | |
| | | Экз. оценка | | | | | | | | | | | | | | | | | | | |
| | | Итог. оценка | | | | | | | | | | | | | | | | | | | |
| 20 | Михайлова Ольга | I четверть | | | 3 | 3 | | 4 | 3 | | 4 | 3 | | | 3 | 4 | 4 | осв | 4 | уд | Переведена в 7 класс |
| | | II четверть | | | 3 | 3 | | 3 | 3 | | 3 | 4 | | | 3 | 4 | 4 | осв | 4 | уд | |
| | | III четверть | | | 3 | 4 | | 4 | 4 | | 3 | 4 | | | 4 | 4 | 4 | 5 | 5 | уд | |
| | | IV четверть | | | 3 | 3 | | 4 | 4 | | 3 | 4 | | | 4 | 4 | 4 | 5 | 5 | уд | |
| | | Год. оценка | | | 3 | 3 | | 4 | 4 | | 3 | 3 | | | 4 | 4 | 4 | 5 | 5 | уд | |
| | | Экз. оценка | | | | | | | | | | | | | | | | | | | |
| | | Итог. оценка | | | | | | | | | | | | | | | | | | | |
| 21 | Михель Юрий | I четверть | | | 3 | 4 | | 4 | 4 | | 3 | 4 | | | 4 | 4 | 3 | осв | 5 | уд | Переведен в 7 класс |
| | | II четверть | | | 3 | 3 | | 4 | 3 | | 3 | 4 | | | 3 | 3 | 3 | осв | 5 | уд | |
| | | III четверть | | | 3 | 4 | | 3 | 5 | | 3 | 3 | | | 4 | 4 | 3 | осв | 4 | уд | |
| | | IV четверть | | | 3 | 3 | | 3 | 3 | | 3 | 3 | | | 4 | 4 | 3 | осв | 5 | уд | |
| | | Год. оценка | | | 3 | 4 | | 3 | 3 | | 3 | 3 | | | 4 | 4 | 3 | осв | 5 | уд | |
| | | Экз. оценка | | | | | | | | | | | | | | | | | | | |
| | | Итог. оценка | | | | | | | | | | | | | | | | | | | |
| 22 | Нарядчикова Наталья | I четверть | | | 4 | 4 | | 4 | 4 | | 5 | 4 | | | 4 | 4 | 4 | осв | 4 | пл | Переведена в 7 класс |
| | | II четверть | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 4 | 5 | 5 | осв | 5 | пл | |
| | | III четверть | | | 4 | 4 | | 4 | 5 | | 4 | 4 | | | 5 | 4 | 5 | осв | 5 | пл | |
| | | IV четверть | | | 4 | 4 | | 5 | 4 | | 4 | 4 | | | 4 | 5 | 5 | осв | 5 | пл | |
| | | Год. оценка | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 4 | 5 | 5 | осв | 5 | пл | |
| | | Экз. оценка | | | | | | | | | | | | | | | | | | | |
| | | Итог. оценка | | | | | | | | | | | | | | | | | | | |
| 23 | Никифорова Татьяна | I четверть | | | 3 | 3 | | 4 | 4 | | 3 | 4 | | | 3 | 3 | 5 | осв | 5 | пл | Переведена в 7 класс |
| | | II четверть | | | 3 | 3 | | 4 | 3 | | 3 | 4 | | | 3 | 3 | 5 | осв | 5 | пл | |
| | | III четверть | | | 3 | 3 | | 3 | 4 | | 3 | 4 | | | 3 | 4 | 5 | 3 | 5 | уд | |
| | | IV четверть | | | 3 | 3 | | 4 | 4 | | 3 | 3 | | | 4 | 4 | 5 | 3 | 5 | уд | |
| | | Год. оценка | | | 3 | 3 | | 4 | 4 | | 3 | 4 | | | 4 | 4 | 5 | 3 | 5 | уд | |
| | | Экз. оценка | | | | | | | | | | | | | | | | | | | |
| | | Итог. оценка | | | | | | | | | | | | | | | | | | | |
| 24 | Овчинников Валерий | I четверть | | | 4 | 5 | | 4 | 5 | 4 | | 5 | 4 | | | 4 | 4 | 4 | 4 | 4 | уд | Переведен в 7 класс |
| | | II четверть | | | 4 | 3 | | 5 | 5 | 4 | | 3 | 4 | | | 4 | 3 | 4 | 4 | 3 | уд | |
| | | III четверть | | | 4 | 5 | | 4 | 4 | 4 | | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | уд | |
| | | IV четверть | | | 4 | 5 | | 4 | 4 | 4 | | 4 | 4 | | | 4 | 4 | 3 | 4 | 4 | уд | |
| | | Год. оценка | | | 4 | 5 | | 4 | 4 | 4 | | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | уд | |
| | | Экз. оценка | | | | | | | | | | | | | | | | | | | |
| | | Итог. оценка | | | | | | | | | | | | | | | | | | | |

Exhibit 86 - 1561

| Table of Students, their Academic Progress, and Behavior, 1976-77 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Number in order | Student | Russian Language | | | | | | | Literature | | | | | | | Native Language | | | | | | | Native Literature | | |
| | | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Exam | Final | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Exam | Final | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Exam | Final | Qtr I | Qtr II | Qtr III |
| 1 | Andreyanov, Andr | 3 | 4 | 3 | 3 | 3 | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 2 | Andreyev, Alexei | 3 | 3 | 3 | 3 | 3 | | | 3 | 4 | 3 | 3 | 3 | | | | | | | | | | | | |
| 3 | Booblikov, Dm. | 3 | 3 | 3 | 3 | 3 | | | 3 | 4 | 3 | 4 | 3 | | | | | | | | | | | | |
| 4 | Bodrova, Vikt. | 3 | 3 | 3 | 3 | 3 | | | 4 | 3 | 4 | 3 | 3 | | | | | | | | | | | | |
| 5 | Bodrova, Iuliya | 3 | 3 | 3 | 3 | 3 | | | 4 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 6 | Belyakova, Olga | 3 | 4 | 4 | 3 | 4 | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 7 | Veselova, Svetl. | 3 | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 8 | Gusarova, Mar. | 3 | 3 | 3 | 3 | 3 | | | 4 | 4 | 3 | 4 | 3 | | | | | | | | | | | | |
| 9 | Gollanin, Dm. | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 10 | Gusarov, Alexei | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 11 | Dubovik, Maks. | 4 | 4 | 4 | 4 | 4 | | | 5 | 5 | 4 | 4 | 4 | | | | | | | | | | | | |
| 12 | Yefimova, Yelena | 5 | 5 | 4 | 4 | 4 | | | 5 | 5 | 4 | 4 | 4 | | | | | | | | | | | | |
| 13 | Ivanov, Andrei | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 14 | Isakov, Ernest | 3 | 3 | 3 | 3 | 3 | | | 4 | 4 | 3 | 3 | 3 | | | | | | | | | | | | |
| 15 | Illarionov, A. | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 4 | 3 | | | | | | | | | | | | |
| 16 | Korneyeva, Iulia | 3 | 3 | 3 | 3 | 3 | | | 4 | 4 | 3 | 3 | 3 | | | | | | | | | | | | |
| 17 | Katushenok, An | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 18 | Martynenko, M | 4 | 4 | 4 | 4 | 4 | | | 4 | 5 | 4 | 4 | 4 | | | | | | | | | | | | |
| 19 | Mikhailova, O | 3 | 3 | 3 | 3 | 3 | | | 4 | 5 | 3 | 3 | 3 | | | | | | | | | | | | |
| 20 | Mikhel, Iouri | 3 | 3 | 3 | 3 | 3 | | | 3 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 21 | Naryadchikova N | 4 | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 22 | Nikiforova | 3 | 3 | 3 | 3 | 3 | | | 3 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 23 | Ovchinnikov, V. | 4 | 4 | 4 | 4 | 4 | | | 5 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 24 | Orlov, Eduard | 3 | 3 | 3 | 4 | 3 | | | 4 | 4 | 3 | 4 | 4 | | | | | | | | | | | | |
| 25 | Petrov, Igor | 3 | 4 | 3 | 4 | 3 | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 26 | Postnikov, Mikh. | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 27 | Pchelin, Valer. | 3 | 3 | 3 | 3 | 3 | | | 3 | 4 | 3 | 3 | 3 | | | | | | | | | | | | |
| 28 | Popova, Lyudm. | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 29 | Roo, Vasilii | 3 | 3 | 3 | 3 | 3 | | | 4 | 4 | 3 | 3 | 3 | | | | | | | | | | | | |

| # | Name | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Svyatenko, Al-dr | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | |
| 31 | Skvortsova Svetl | 3 | 4 | 4 | 4 | 4 | 4 | 4 | | 4 | 5 | 4 | 4 | 4 | 4 | | | | | | | |
| 32 | Stepanov Konst. | 3 | 4 | 3 | 3 | 3 | 3 | 3 | | 4 | 4 | 3 | 3 | 3 | 3 | | | | | | | |
| 33 | Trakhachev, Serg | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 4 | 3 | 4 | 3 | 3 | 3 | | | | | | | |
| 34 | Udaltsov, Vlad | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 4 | 3 | 3 | 3 | 3 | 3 | | | | | | | |
| 35 | Fomicheva, | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | |
| 36 | Khalikov, Iourii | 3 | 3 | 4 | 4 | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | |
| 37 | Chaika, [illeg] | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 3 | 4 | 3 | 3 | 3 | 3 | | | | | | | |
| 38 | Shakhov, Al-dr | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 4 | 5 | 4 | 3 | 3 | 4 | | | | | | | |
| 39 | Shekhovtseva, Sv | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | 3 | 3 | 3 | 3 | 3 | 3 | | | | | | | |
| 40 | Shchegoleva, Sv | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | | |
| | Total 5 | 1 | 1 | – | – | – | 0 | | 3 | 6 | – | – | – | – | | | | | | | |
| | 4 | 7 | 13 | 12 | 13 | 12 | 12 | | 23 | 22 | 19 | 20 | 18 | | | | | | | | |
| | 3 | 52 | 26 | 28 | 27 | 28 | 28 | | 14 | 12 | 21 | 20 | 22 | | | | | | | | |
| | 2 | – | – | – | – | – | – | | – | – | – | – | – | | | | | | | | |
| | 1 | – | – | – | – | – | – | | – | – | – | – | – | | | | | | | | |

Exhibit 86 - 1562

Exhibit 86 – 1563

Table of Students, their Academic Progress, and Behavior, 1976-77

| Number, in order | Student | Arith mat. Class 4) Algebra | | | | | Geometry | | | | | | | History | | | | | Geography | | | | | Biology (Nature Studies) | | | | | Ph | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qtr III | Qtr IV | Mark for Year | Exam | Final | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Exam | Final | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Qtr I | Qtr II |
| 1 | Andreyanov, Andr | | 3 | 3 | 3 | | | | | | | | | | 4 | 3 | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | | |
| 2 | Andreyev, Alexei | | 4 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | | |
| 3 | Booblikov, Dm. | | 4 | 3 | 3 | | | | | | | | | | 4 | 3 | 3 | 4 | 4 | 3 | 3 | 4 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | | |
| 4 | Bodrova, Vikt. | | 3 | 3 | 3 | | | | | | | | | | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | |
| 5 | Bodrova, Iuliya | | 3 | 3 | 3 | | | | | | | | | | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | | |
| 6 | Belyakova, Olga | | 4 | 4 | 4 | | | | | | | | | | 4 | 4 | 4 | 3 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | | |
| 7 | Veselova, Svetl. | | 4 | 4 | 4 | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | |
| 8 | Gusarova, Mar. | | 3 | 3 | 3 | | | | | | | | | | 4 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | | |
| 9 | Galanin, Dm. | | 4 | 4 | 3 | | | | | | | | | | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | | |
| 10 | Gusarov, Alexei | | 4 | 4 | 3 | | | | | | | | | | 4 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | |
| 11 | Dubovik, Maks. | | 3 | 3 | 4 | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | | |
| 12 | Yefimova, Yelena | | 3 | 3 | 4 | | | | | | | | | | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | | |
| 13 | Ivanov, Andrei | | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | |
| 14 | Isakov, Ernest | | 4 | 4 | 3 | | | | | | | | | | 4 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | | |
| 15 | Illarionov, A. | | 4 | 4 | 3 | | | | | | | | | | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | | |
| 16 | Korneyeva, Iulia | | 3 | 3 | 3 | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 4 | 5 | 4 | 3 | 3 | 3 | 4 | 3 | | |
| 17 | Katushenok, An | | 3 | 3 | 3 | | | | | | | | | | 4 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | | |
| 18 | Martynenko, M | | 3 | 3 | 4 | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | |
| 19 | Mikhailova, O | | 4 | 4 | 4 | | | | | | | | | | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 4 | 4 | | |
| 20 | Mikhel, Iouri | | 3 | 4 | 4 | | | | | | | | | | 4 | 4 | 4 | 5 | 4 | 5 | 4 | 5 | 3 | 4 | 5 | 5 | 4 | 4 | 4 | | |
| 21 | Naryadchikova N | | 5 | 4 | 4 | | | | | | | | | | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | |
| 22 | Nikiforova | | 4 | 4 | 4 | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | |
| 23 | Ovchinnikov, V. | | 4 | 4 | 4 | | | | | | | | | | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | |
| 24 | Orlov, Eduard | | 4 | 4 | 4 | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | | |
| 25 | Petrov, Igor | | 4 | 3 | 3 | | | | | | | | | | 3 | 4 | 4 | 4 | 4 | 3 | 4 | 5 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | | |

| # | Name | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Postnikov, Mikh. | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 5 | 3 | 3 | 3 | 3 |
| 27 | Pchelin, Valer. | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 28 | Popova, Lyudm | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 29 | Roo, Vasilii | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 3 |
| 30 | Svyatenko Al-dr | 4 | 5 | 4 | 5 | 4 | 5 | 4 | 5 | 4 | 4 | 4 | 5 | 5 | 4 | 4 | 4 | 4 |
| 31 | Skvortsova Svetl | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 32 | Stepanov Konstantin | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 33 | Trakhachev, Serg | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 5 | 4 | 4 | 5 | 3 | 4 | 3 |
| 34 | Udaltsov, Vlad | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 3 | 4 | 3 | 3 | 3 | 3 |
| 35 | Fomicheva, | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 36 | Khalikov, Iouri | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 5 | 4 | 4 | 4 | 4 | 5 | 5 | 4 | 4 |
| 37 | Chaika, [illeg] | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 4 | 5 | 3 | 4 | 3 | 3 | 3 |
| 38 | Shakhov, Al-dr | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 3 | 3 | 4 | 3 | 3 | 3 |
| 39 | Shekhovtseva, Sv | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| 40 | Shchegoleva, Sv | 4 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 4 | 4 |

Exhibit 86 - 1564

| ysics | Mark for Year | Qtr IV | Qtr III |
|---|---|---|---|
| | | | |

**Exhibit 86 - 1565**

Case 2:02-cr-00220-MCS   Document 2475-4   Filed 10/05/23   Page 648 of 653   Page ID #:21144

| Number in order | Student | Russian Language | | | | | | | Literature | | | | | | | Native Language | | | | | | | Native Literature | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Exam | Final | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Exam | Final | Qtr I | Qtr II | Qtr III | Qtr IV | |
| 1 | Andreyev, Aleksei | 3 | 3 | 3 | 4 | 3 | | | 4 | 4 | 3 | 4 | 4 | | | | | | | | | | | | |
| 2 | Andreyanov, Andrei | 3 | 3 | 3 | 4 | 3 | | | 5 | 4 | 3 | 4 | 4 | | | | | | | | | | | | |
| 3 | Belyakova, Olga | 3 | 3 | 4 | 4 | 4 | | | 3 | 4 | 4 | 5 | 4 | | | | | | | | | | | | |
| 4 | Bodrova, Iuliya | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 4 | 3 | 3 | | | | | | | | | | | | |
| 5 | Bodrova, Viktoriya | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 4 | 3 | 3 | | | | | | | | | | | | |
| 6 | Booblikov, Dm. | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 4 | 3 | | | | | | | | | | | | |
| 7 | Veselova, Svet. | 3 | 3 | 4 | 4 | 4 | | | 4 | 4 | 5 | 5 | 5 | | | | | | | | | | | | |
| 8 | Gusakov, Andrei | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 9 | Dubovik, Maks. | 4 | 4 | 4 | 4 | 4 | | | 5 | 4 | 5 | 5 | 5 | | | | | | | | | | | | |
| 10 | Ivanov, Andrei | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 11 | Isakov, Ernest | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 4 | 3 | | | | | | | | | | | | |
| 12 | Illarionov | 3 | 3 | 3 | 3 | 3 | | | 3 | 4 | 3 | 3 | 3 | | | | | | | | | | | | |
| 13 | [illeg] | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 14 | Katushenko, A | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 4 | 4 | 4 | | | | | | | | | | | | |
| 15 | Martynenko | 3 | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 16 | Mikhailova, O | 3 | 3 | 3 | 3 | 4 | | | 4 | 3 | 4 | 4 | 4 | | | | | | | | | | | | |
| 17 | [illeg] | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 18 | Mikhel, Iourii | 3 | 3 | 3 | 3 | 3 | | | 4 | 4 | 4 | 5 | 4 | | | | | | | | | | | | |
| 19 | Nikiforova, T | 3 | 3 | 3 | 3 | 3 | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 20 | Ovchinnikov, V. | 4 | 4 | 4 | 4 | 4 | | | 5 | 5 | 5 | 5 | 5 | | | | | | | | | | | | |
| 21 | Orlov, Eduard | 3 | 3 | 4 | 4 | 4 | | | 3 | 4 | 4 | 5 | 4 | | | | | | | | | | | | |
| 22 | Petrov, Igor | 3 | 3 | 3 | 4 | 3 | | | 4 | 3 | 3 | 5 | 4 | | | | | | | | | | | | |
| 23 | Postnikov, Mikh. | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 24 | Pchelin, Valer. | 3 | 3 | 3 | 3 | 3 | | | 3 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 25 | Popova, Lyudm. | 3 | 3 | 3 | 3 | 3 | | | 3 | 4 | 3 | 3 | 3 | | | | | | | | | | | | |
| 26 | Roo, Vasilii | 3 | 3 | 3 | 3 | 3 | | | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | | | |
| 27 | Svyatenko | 3 | 3 | 4 | 3 | 3 | | | 3 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 28 | Skvortsova Svetl | 4 | 4 | 4 | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |
| 29 | Stepanov Konst. | 3 | 3 | 3 | 3 | 3 | | | 3 | 4 | 4 | 4 | 4 | | | | | | | | | | | | |

**Table of Students, their Academic Progress and Behavior, 1975-76**

Exhibit 86 – 1566

| # | Name | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Trakhachev, Serg | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 |
| 31 | Udaltsov, Vlad. | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 4 | 4 | 3 |
| 32 | Fomicheva, A. | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 |
| 33 | [illeg] | | | withdrew | | | withdrew | | | | | | |
| 34 | Shakhov | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 4 | 3 | 3 | 3 |
| 35 | Shekhovtseva, Sv | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 |
| 36 | Shchegoleva, Sv | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 37 | Khalikov, Iourii | | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 38 | Galanin, Dima | | | 3 | 4 | 3 | 4 | 3 | 3 | 3 | 3 | 3 |
| 39 | Gusarova, Mar. | | | 3 | 3 | 4 | 5 | 4 | 4 | 3 | 3 | 4 |
| | Total 5 | – | 5 | – | – | – | 3 | 1 | 4 | 9 | 4 |
| | 4 | 4 | 31 | 8 | 15 | 8 | 11 | 18 | 17 | 18 | 10 |
| | 3 | 31 | 31 | 29 | 22 | 30 | 21 | 17 | 16 | 10 | 14 |
| | 2 | – | – | – | – | – | – | – | – | – | – |
| | 1 | | | | | | | | | | |

Marks for Popova, Lyudmila were given based on a certificate from a sanatorium -signature

Exhibit 86 - 1567

Case 2:02-cr-00220-MCS   Document 2475-4   Filed 10/05/23   Page 650 of 653   Page ID #:21146

**Table of Students, their Academic Progress, and Behavior, 1975-76**

| Number, in order | Student | Arith (mathematics, grade 4) Algebra | | | | | | | Geometry | | | | | | | History | | | | | | Geography | | | | | Biology (Nature Studies) | | | | | Physics | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Exam | Final | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Exam | Final | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year | Qtr I | Qtr II | Qtr III | Qtr IV | Mark for Year |
| 1 | Andreyev, Aleksei | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | 3 | 3 | 3 | 4 | 3 | | | | | | 4 | 4 | 4 | 4 | 4 | | | | | |
| 2 | Andreyanov, Andrei | 3 | 3 | 4 | 3 | 3 | | | | | | | | | | 3 | 4 | 4 | 3 | 3 | | | | | | 5 | 4 | 5 | 4 | 4 | | | | | |
| 3 | Belyakova, Olga | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | | | | | | 3 | 4 | 4 | 4 | 4 | | | | | |
| 4 | Bodrova, Iuliya | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 4 | 3 | | | | | | 3 | 3 | 4 | 4 | 4 | | | | | |
| 5 | Bodrova, Viktoriya | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 4 | 3 | | | | | | 3 | 3 | 4 | 4 | 4 | | | | | |
| 6 | Booblikov, Dm. | 4 | 5 | 4 | 5 | 5 | | | | | | | | | | 3 | 4 | 5 | 5 | 4 | | | | | | 3 | 4 | 4 | 5 | 4 | | | | | |
| 7 | Veselova, Svet. | 3 | 4 | 4 | 4 | 4 | | | | | | | | | | 3 | 3 | 4 | 5 | 4 | | | | | | 3 | 4 | 4 | 5 | 4 | | | | | |
| 8 | Gusakov, Andrei | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 4 | 3 | 3 | 3 | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | |
| 9 | Dubovik, Maks. | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | 4 | 4 | 5 | 4 | 4 | | | | | | 3 | 4 | 5 | 4 | 4 | | | | | |
| 10 | Ivanov, Andrei | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | |
| 11 | Isakov, Ernest | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | | 4 | 4 | 3 | 4 | 4 | | | | | |
| 12 | Illarionov | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 4 | 3 | 3 | 3 | | | | | | 3 | 3 | 4 | 4 | 4 | | | | | |
| 13 | [illegible] | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | | 5 | 3 | 4 | 3 | 3 | | | | | |
| 14 | Katushenko, A | 4 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 4 | 3 | 4 | 3 | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | |
| 15 | Martynenko | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | 3 | 4 | 4 | 4 | 4 | | | | | | 4 | 4 | 4 | 4 | 4 | | | | | |
| 16 | Mikhailova, O | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | | 3 | 4 | 4 | 4 | 4 | | | | | |
| 17 | Melnikov, A. | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | 3 | 4 | 4 | 3 | 3 | | | | | | 3 | 4 | 4 | 4 | 4 | | | | | |
| 18 | Mikhel, Iourii | 3 | 3 | 4 | 4 | 4 | | | | | | | | | | 3 | 4 | 4 | 4 | 4 | | | | | | 4 | 4 | 4 | 4 | 4 | | | | | |
| 19 | Nikiforova, T | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 4 | 3 | 4 | 4 | 4 | | | | | | 3 | 4 | 4 | 5 | 4 | | | | | |
| 20 | Ovchinnikov, V. | 5 | 4 | 5 | 5 | 5 | | | | | | | | | | 5 | 5 | 4 | 4 | 4 | | | | | | 4 | 4 | 5 | 5 | 5 | | | | | |
| 21 | Orlov, Eduard | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | 5 | 4 | 4 | 4 | 4 | | | | | | 4 | 4 | 4 | 5 | 4 | | | | | |
| 22 | Petrov, Igor | 4 | 4 | 4 | 4 | 4 | | | | | | | | | | 4 | 4 | 4 | 4 | 4 | | | | | | 3 | 5 | 4 | 4 | 4 | | | | | |
| 23 | Postnikov, Mikh. | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | | 3 | 3 | 4 | 4 | 4 | | | | | |
| 24 | Pchelin, Valer. | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | | 3 | 4 | 4 | 5 | 4 | | | | | |
| 25 | Popova, Lyudm. | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | |
| 26 | Roo, Vasilii | 3 | 3 | 3 | 3 | 3 | | | | | | | | | | 4 | 3 | 3 | 3 | 3 | | | | | | 3 | 3 | 3 | 3 | 3 | | | | | |
| 27 | Svyatenko | 4 | 3 | 4 | 4 | 4 | | | | | | | | | | 4 | 5 | 5 | 5 | 5 | | | | | | 4 | 4 | 3 | 4 | 4 | | | | | |

**Exhibit 86 – 1568**

| # | Name | | | | | | | | | | | | | | | |
|---|------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Skvortsova Svetl | 4 | 5 | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 | 5 | 4 | 4 | 4 | 4 |
| 29 | Stepanov Konst. | 3 | 3 | 3 | 3 | 3 | 4 | 5 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 |
| 30 | Trakhachev, Serg | 4 | 3 | 4 | 4 | 4 | 4 | 5 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| 31 | Udaltsov, Vlad. | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 4 |
| 32 | Fomicheva, A. | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 4 |
| 33 | [illegible] | withdrew | | | | | withdrew | | | | | withdrew | | | | |
| 34 | Shakhov | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 3 | 3 | 3 | 4 | 4 | 4 |
| 35 | Shekhovtseva, Sv | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 3 | 4 | 4 | 4 |
| 36 | Shchegoleva, Sv | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 3 | 4 | 4 | 4 | 5 |
| 37 | Khalikov, Iourii | | 4 | 4 | 4 | 4 | | 4 | 3 | 4 | 4 | | 4 | 4 | 4 | 4 |
| 38 | Galanin, Dima | | | 4 | 4 | 4 | | 4 | 4 | 4 | 4 | | 4 | 4 | 4 | 4 |
| 39 | Gusarova, Mar. | 5 | | 3 | 3 | 3 | 5 | 5 | 3 | 3 | 4 | 5 | | 4 | 4 | 4 |

| | Total 5 | 1 | 2 | 1 | 2 | 2 | 4 | 4 | 3 | 3 | 1 | 1 | 1 | 3 | 1 | 7 |
| | 4 | 15 | 16 | 18 | 17 | 17 | 11 | 15 | 16 | 19 | 18 | 9 | 21 | 25 | 24 | 31 |
| | 3 | 19 | 20 | 18 | 18 | 19 | 10 | 17 | 18 | 15 | 19 | 25 | 14 | 9 | 6 | 6 |
| | 2 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| | 1 | | | | | | | | | | | | | | | |

**Exhibit 86 - 1569**

Table of Student Academic Progress and Behavior, **1977-78**

| # | Student name and surname | | Native language | Native literature | Russian Language | Russian Literature | Mathematics | Algebra; start of calculus | Geography | Nature Studies | Biology | Physics | Chemistry | Drawing | Foreign Language | Art | Singing and music | Physical Education | Shop | Behavior | Decision of the pedagogic council (date and number) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Martynenko, Ilya | Qtr I | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 4 | 4 | 4 | Ex-d | 4 | satis | |
| | | Qtr II | | | 4 | 4 | | 4 | 4 | | 3 | 4 | | | 5 | 3 | 4 | Ex-d | 4 | satis | Promoted to |
| | | Qtr III | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 5 | 4 | 4 | Ex-d | 4 | satis | 7th grade |
| | | Qtr IV | | | 4 | 4 | | 4 | 4 | | 4 | 3 | | | 4 | 4 | 4 | Ex-d | 5 | satis | |
| | | Yr | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 4 | 4 | 4 | Ex-d | 4 | satis | |
| | | Exam | | | | | | | | | | | | | | | | | | | |
| | | Final | | | | | | | | | | | | | | | | | | | |
| 20 | Mikhailova, Olga | Qtr I | | | 3 | 3 | | 4 | 3 | | 4 | 3 | | | 3 | 4 | 4 | 5 | 4 | satis | |
| | | Qtr II | | | 3 | 3 | | 4 | 3 | | 3 | 4 | | | 3 | 4 | 4 | Ex-d | 4 | satis | Promoted to |
| | | Qtr III | | | 3 | 4 | | 4 | 4 | | 3 | 4 | | | 4 | 4 | 4 | 5 | 5 | satis | 7th grade |
| | | Qtr IV | | | 3 | 3 | | 4 | 4 | | 3 | 3 | | | 4 | 4 | 4 | 5 | 5 | satis | |
| | | Yr | | | 3 | 3 | | 4 | 4 | | 3 | 3 | | | 4 | 4 | 4 | 5 | 5 | satis | |
| | | Exam | | | | | | | | | | | | | | | | | | | |
| | | Final | | | | | | | | | | | | | | | | | | | |
| 21 | Mikhel, Iouri | Qtr I | | | 3 | 4 | | 4 | 4 | | 3 | 4 | | | 4 | 4 | 3 | Ex-d | 5 | satis | |
| | | Qtr II | | | 3 | 3 | | 4 | 3 | | 3 | 4 | | | 3 | 3 | 3 | Ex-d | 5 | satis | Promoted to |
| | | Qtr III | | | 3 | 4 | | 3 | 5 | | 3 | 3 | | | 4 | 3 | 3 | Ex-d | 5 | satis | 7th grade |
| | | Qtr IV | | | 3 | 4 | | 3 | 3 | | 3 | 3 | | | 4 | 4 | 3 | Ex-d | 4 | satis | |
| | | Yr | | | 3 | 4 | | 3 | 3 | | 3 | 3 | | | 4 | 4 | 3 | Ex-d | 5 | satis | |
| | | Exam | | | | | | | | | | | | | | | | | | | |
| | | Final | | | | | | | | | | | | | | | | | | | |
| 22 | Naryadchikova, Natalia | Qtr I | | | 4 | 4 | | 4 | 4 | | 5 | 4 | | | 4 | 4 | 4 | Ex-d | 4 | excel | |
| | | Qtr II | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 4 | 4 | 5 | Ex-d | 5 | excel | Promoted to |
| | | Qtr III | | | 4 | 4 | | 4 | 5 | | 4 | 4 | | | 5 | 4 | 5 | Ex-d | 5 | excel | 7th grade |
| | | Qtr IV | | | 4 | 4 | | 5 | 4 | | 4 | 4 | | | 4 | 5 | 5 | Ex-d | 5 | excel | |
| | | Yr | | | 4 | 4 | | 4 | 4 | | 4 | 4 | | | 4 | 5 | 5 | Ex-d | 5 | excel | |
| | | Exam | | | | | | | | | | | | | | | | | | | |
| | | Final | | | | | | | | | | | | | | | | | | | |

**Exhibit 86 - 1570**

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | | Qtr I | | | 3 | 3 | | 4 | | 4 | | 3 | 4 | | | 3 | 3 | 5 | Ex-d | 5 | excel | |
| | Nikiforova, Tatiana | Qtr II | | | 3 | 3 | | 4 | | 3 | | 3 | 4 | | | 3 | 3 | 5 | Ex-d | 5 | excel | Promoted to |
| | | Qtr III | | | 3 | 3 | | 3 | | 4 | | 3 | 4 | | | 3 | 4 | 5 | 3 | 5 | excel | 7th grade |
| | | Qtr IV | | | 3 | 3 | | 4 | | 4 | | 3 | 3 | | | 4 | 4 | 5 | 3 | 5 | Satis | |
| | | Yr | | | 3 | 3 | | 4 | | 4 | | 3 | 4 | | | 4 | 4 | 5 | 3 | 5 | satis | |
| | | Exam | | | | | | | | | | | | | | | | | | | | |
| | | Final | | | | | | | | | | | | | | | | | | | | |
| 24 | | Qtr I | | | 4 | 5 | | 4 | | 4 | | 5 | 4 | | | 4 | 4 | 4 | 4 | 4 | satis | |
| | Ovchinnikov, Valerii | Qtr II | | | 4 | 3 | | 5 | | 4 | | 3 | 4 | | | 4 | 3 | 4 | 4 | 3 | satis | Promoted to |
| | | Qtr III | | | 4 | 5 | | 4 | | 4 | | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | satis | 7th grade |
| | | Qtr IV | | | 4 | 5 | | 4 | | 4 | | 4 | 4 | | | 4 | 4 | 3 | 4 | 4 | satis | |
| | | Yr | | | 4 | 5 | | 4 | | 4 | | 4 | 4 | | | 4 | 4 | 4 | 4 | 4 | satis | |
| | | Exam | | | | | | | | | | | | | | | | | | | | |
| | | Final | | | | | | | | | | | | | | | | | | | | |

**Exhibit 86 – 1571**