# EXHIBIT

# 87

Английский ф-т

Г. Лен. Гос. Педагогический

институт им. Герцена

I КУРС.

Отдел кадров

По описи

1947г.

399

# ДЕЛО

№ 10*

(Фот) Михель

Маргарита Генриховна

Начато _____ 1945 г.

Окончено _____ 194 7 г.

На ___ 26 27 ___ листах

с прилож. зачётн. книжка

Exhibit 87 - 1572

Case 2:02-cr-00220-MCS   Document 2475-5   Filed 10/05/23   Page 3 of 107   Page ID #:21152



Директору 1 Л.Г.П.И.И.Я. тов. Комарову

От ст-ки английского ф-та 4го курса 9ой гр. Михель М.Г. прожив по ул. Круглят. д. 7/5 кв. 1

Заявление

При распределении оканчивающих студентов на работу прошу Вас учесть, мое семейное положение. Мой муж Михель Г.И. работает на 1ой фабрике в качестве зав. производства. Моя мать Фрот. А.Я. бывший майор мед. сл. участник Отечественной войны II гр. ортопедии, находится в наблюдении и на учении при психиатрическом диспансере Советского на, работать не может и требует постоянного наблюдения. Кроме матери, у меня бабушка рожд. 1862 года оздоровления которая также требует материальной помощи, так как кроме меня нет никой кто бы мог оказать им материальную помощь.

Прилагаю к заявлению справку с листа где меня справки о заключении о болезни матери и её как мое содержание.

Михель

Exhibit 87 - 1573

Case 2:02-cr-00220-MCS    Document 2475-5    Filed 10/05/23    Page 4 of 107    Page ID #:21153



Exhibit 87 - 1574

Копия

НКО -СССР

ВОЕННО-ВРАЧЕБНАЯ
КОМИССИЯ
Местного Эвако-
пункта.
№ 201.
"23" июля 1945г.
№ 157.

С П Р А В К А.          3

Майор м/с.   Ф О Т   Анна Николаевна

по освидетельствованию в Военно-Врачебной Комиссии

при МЭП-201 20-го июля 1945г. Признан: ОГРАНИЧЕННО

ГОДНА   II /второй/ степени по ст. 10"б"/ десятой "б"/

гр. Ш /третьей/ приказа НКО-336-42г.

Название болезни:     Церебральный пресклероз с истеричес-
                                   кими реакциями.

                    ПРЕДСЕДАТЕЛЬ ВВК МЭП-201
     М.П.               ПОДПОЛКОВНИК м/сл. /Кирин/ /подпись/

                    Секретарь: /подпись/ /ЛОБАНОВ/

г.Ленинград,  1945г. Октября 26.

Ш    Государственный Нотариус.

     Третьей Ленинградской Государственной Нотариальной конторы
ЯКОВЛЕВА  Е.И. свидетельствует верность настоящей копии с подлин-
ником представленным в контору. При сличении настоящей копии с
подлинником в последнем поправок, подчисток, приписок, зачеркну-
тых слов и иных особенностей не оказалось.

     Взыскано марками -   рублей единой госпошлины.
     По реестру № 35821 взыскани "М" подпись 2 - случаи

                    Нотариус /подпись/

     М.П.

     1947 года IV-14 дня. Я, заместитель старшего Государственного
риуса Первой Ленинградской Государственной Нотариальной конторы
свидетельствую верность настоящей копии с копией ее, представленной в кон-
тору

     При сличении настоящей копии с копией, в последн+ поправок, подчи-
сток, приписок, зачеркнутых слов и иных особенностей не оказалось.
     Взыскано марками               2              рублей Единой Госпошлины.
     По реестру № 93240

Exhibit 87 - 1575

Копия с копии

ЛЕНИНГРАДСКИЙ ГОРОДСКОЙ СОВЕТ ДЕПУТАТОВ ТРУДЯЩИХСЯ.

ОТДЕЛ СОЦИАЛЬНОГО ОБЕСПЕЧЕНИЯ.                4

ВРАЧЕБНО-ТРУДОВАЯ ЭКСПЕРТНАЯ КОМИССИЯ.

ПТ-21984     ВЫПИСКА ИЗ АКТА ОСВИДЕТЕЛЬСТВОВАНИЯ № НП-605

для установления наличия, степени
и характера инвалидности.

"22" марта 1946г.

Фамилия:    Ф О Т    имя: Анна    отчество; Николаевна

Год рождения: 1892.    Место рождения  – Город – Область –
Район –    деревня –
Адрес местожительства: ▮▮▮▮▮▮▮▮▮▮▮▮▮.

Место работы    –    район    –

Группа инвалидности: вторая на 6 мес. по пенсионному делу.

Причины инвалидности/подчеркивается/.

Увечье в связи с профессиональной работой: –
Профессиональное заболевание по списку: –
Общее заболевание. Непрофессиональное увечье: –

Нуждается  в  л е ч е н и и .              М.П.
Необходим протез –

Переосвидетельствование требуется через "22" сентября 1946г.

ДИАГНОЗЫ ВРАЧЕБНО-ТРУДОВОЙ ЭКСПЕРТИЗЫ.
/полный перечень заболеваний; основной диагноз подчеркнуть/

СКЛЕРОЗ МОЗГОВЫХ СОСУДОВ С ПСИХИЧЕСКИМИ НАРУШЕНИЯМИ.
АНАЦИДНЫЙ  ГАСТРИТ.
МИОКАРДИОДИСТРОФИЯ.
Эмфизема легких.              Эксперты:  /подпись/
              М.П.              Ст.врач: –

ПРЕДСЕДАТЕЛЬ КОМИССИИ: /подпись/  Техсекретарь:    –
       "22" марта 1946г.

1946г.   марта 30 дня, Я,Государственный Нотариус 1 Ленинград-
ской Нотариальной конторы ▮▮▮▮▮▮▮ свидетельствую верность нас-
тоящей копии с подлинником ее представленным в Контору.

    При сличении настоящей копии с подлинником в последней по-
правок,подчисток,приписок,зачеркнутых слов и иных особенностей
не оказалось.
    Взыскано марками 2 рубля единой госпошлины по реестру
                     № 33185.

    Место        Зам.Нотариуса:/подпись/
    печати.

*Exhibit 87 - 1576*



**Exhibit 87 - 1577**



Автобиография                                      16

родилась [REDACTED] 1919 года на Украине. ... был сельским учителем, а в годы гражданской войны — санитаром. Он умер в 1920 г.

Мать до 1932 года была фельдшерицей. В 1932 г. она поступила во II Ленингр. мед. институт и в 1937 г. его окончила. В том же году была направлена учиться в Ленингр инст усоверш. врачей и окончила его. Теперь она работает в Демянске Ленингр. области.

Я до 1930 г. жила на Украине в немецкой колонии, где и начала учиться. Потом приехала в Ленинград и поступила в немецкую школу. Эта школа была расформирована и я перешла в 3-ю среднюю школу Смольнинского района. В этой я её окончила.

М Фот

Exhibit 87 - 1578

LB-683

| | | *English Department*<br>*1st Leningrad State Pedagogical Institute of Foreign Languages*<br>*Fourth Year* |
|---|---|---|
| *1947*<br><br><br>*599* | *Personnel Office*<br>CASE<br>No. *104*<br><br>*(Fot) Mikhel*<br>*Margarita Genrikhovna*<br><br><br><br>Began_____ 194<u>5</u><br>Ended_____ 194<u>7</u><br>On <u>26, 27</u> pages<br>[*with grade book excerpt*] | |

1

**Exhibit 87 - 1579**

LB-684

*To the Director of 1st L. S. P.  I. F. L.        1*
*Comrade Komarov*
*From M. G. Mikhel,*
*a student in the English Department*
*Fourth Year Group 9*
*Address: Krasnoi Svyazi Street, Building 17/5 Apt. [illegible]*

*Statement*

*When assigning graduating students to worksites, please consider my family situation. My husband, G. M. Mikhel, works at [illegible] factory as a production chief. My mother, A. N. Fot, is a former Major of the Medical Service and a decorated Group II disabled veteran of the Patriotic War. She is at [illegible] and is being treated at the psychiatric [illegible], Smolninsky district. She cannot [illegible] needs constant observation. In addition to a mother, I have a grandmother, [illegible] Tsvetkova, born in 1862, who also in addition to material assistance, needs caretaking. There is nobody but me who can provide help, care, and supervision.*

*Please find attached a reference about my husband's workplace, [illegible] commission and a certificate.*

*Mikhel*

2

**Exhibit 87 -  1580**

LB-685

[same as LB-684]

3

**Exhibit 87 - 1581**

LB-686

| People's Defense Commissariat [PDC]-USSR<br>Military Medical Commission<br>Local Evac Point (LEP)<br>No. 201<br>July 23, 1945<br>No. 157 | | COPY<br>3 |
|---|---|---|
| CERTIFICATE | | |
| | Major of the Medical Service Anna Nikolayevna Fot, being certified by the Military Medical Commission under MEP-201, on July 20, 1945 was declared PHYSICALLY LIMITED. II /second/ degree under Article 10/b/ /ten b/<br>Group III /third/ Order PDC 336-42 (year 1942)<br><br>Name of disease: Cerebral pre-sclerosis with hysterical reactions<br><br>CHAIRMAN of MMC, LEP No. 201<br>Lieutenant Colonel of the Medical Service /Kirin/ /signature/ | |
| Place for Stamp | Secretary: /signature/ /LEBANOV / | |

Leningrad, 1945. October 26.
        ~~Unclear~~
                III State Notary.
                The Third Leningrad State Notary Ye. I. Yakovleva hereby certifies that this is a copy of the original document presented to this office. When doing a line-by-line comparison of this copy with the original, the latter contained no corrections, erasures, additions, crossed-out words, and other particularities.
                Payment with duty stamps – rubles, state standard duty.
                Registry No 35821 [typo crossed out]
Place for stamp    Notary/signature/


    1947  April 14. I, deputy senior state notary at 1st Leningrad State Notary Office, [illegible name] hereby certify that this is a copy of the copy brought to my office.
_____
_____
    When doing a line-by-line comparison of this copy with the copy brought to my office, the latter had no corrections, erasures, additions, crossed-out words, and other particularities.
                State duty was collected of 2 rubles, the state standard duty
Registry No. [illegible]
[round stamp]

**Exhibit 87 - 1582**

LB-687

|  |  | Copy of a copy |
|---|---|---|

LENINGRAD MUNICIPAL COUNCIL OF WORKERS' DEPUTIES
Office of Social Welfare

*4*

MEDICAL DISABILITY COMMISSION.
P.R.-21984        Excerpt from Act of Certification NPP-605
To determine whether there is a disability, its extent, and its character

March 22, 1946

Surname: F O T                Name: Anna                Patronymic: Nikolayevna
Birth year: 1892         Place of birth – City - Region –
District – Village -
Address of residence: ██████████
Place of work – district –
Disability Group II for 6 months for pension issue

Reason for disability/underlined/

Injury from professional work: -
Professional illness from list: -
General illness. Non-professional injury –

Needs          T R E A T M E N T
Needs prosthesis        -      ----                    Place for stamp
Re-certification needed in                    Sept. 22, 1946

DIAGNOSES of the Medical Disability Commission
/Full list of illnesses; underline the main illness/
SCLEROSIS OF BRAIN VESSELS WITH PSYCHIATRIC DISORDERS.
SUBACID GASTRITIS.
MYOCARDIAL DYSTROPHY.
Emphysema
                    Place for Stamp   Experts /signature/
                        Senior Doctor: --
Chairman of Commission: /signature/ Secretary: -
                    March 22, 1946
On March 30, 1946, I, state notary at 1st Leningrad State Notary Office, [illegible name] hereby certify that this is a copy of the original brought to my office. When doing a line-by-line comparison of this copy with the original, the latter had no corrections, erasures, additions, crossed-out words, and other particularities.
                State duty was collected of 2 rubles, standard state duty
No. 33186
Place for stamp. Dep. Notary
signature/_____
_____

**Exhibit 87 - 1583**

LB-688

[seems to be another notary stamp]

1916 27 days [illegible]

66/191 [illegible]

**Exhibit 87 - 1584**

LB-689 [corrected April 6, 2021]

Autobiography

I was born on ███████ 1919 in Ukraine. My father was a village teacher and during the civil war, he was in the medical squad. He died in 1920.

Until 1932, my mother was a feldsher. In 1932, she entered the Leningrad Medical Institute No. 2 and in 1937 she graduated. In 1937. In the same year, she was sent to study at the Leningrad Institute for Doctors' Improvement.

Now she works in Demyansk, Leningrad region. Until 1930, I lived in Ukraine in a German colony, where I started my studies. Then I moved to Leningrad and entered a German school. The school was discontinued, and I went to Secondary School No. 3 in Smolninsky district. I graduated this year.

M. Fot

7

**Exhibit 87 - 1585**

# EXHIBIT 88

3

# ВЫПИСКА ИЗ ТРУДОВОЙ КНИЖКИ

ф. и. о.   *Михель Маргарита Генриховна*

Год рождения *1919*   Дата заполнения книжки *6 апреля 1949*

| Дата | | | Сведения о приеме и увольнении | На основании чего внесена запись (документы, их дата и №) |
|---|---|---|---|---|
| год | месяц | число | | |
| 1947 | VIII | 21 | Зачислена на должность учительницы английского языка в 173 школу Смольнинско района гор Ленинграда | Приказ Горо № 152 от 30/VIII |
| 1950 | IX | 1 | Уволена по переводу на основную работу в 28 школу рабочей молодежи Ждановского района  Директор | Приказ по 173 школ за № 66 от 1/IX-195 |
| 3 - 0 - 10 | | | | |
| 1950 | IX | 1 | 28 школа рабочей молодежи Зачислена учителем английского яз. по переводу из 173 шк Смольнинского рна  Директор | Приказ № 7 от 28/VIII по 28 |
| 1972 | IX | 1 | Уволена по переводу в среднюю школу № 476  Директор 28 всм | Приказ № 10 от 7 сентября по Ленгоро |
| 1972 | 09 | 1 | Назначена учителем иностранного языка - английского и немецкого языка в 476 ср. школу  Директор | Приказ Роно № 10 от 7/IX 1972 |
| 1973 | 09 | 1 | Освобождена от работы учителя анг. языка по собственному желанию  Директор | Приказ Роно № 43 № 12 от 30. VIII 197 |

**Exhibit 88 - 1586**

LB-824

*3*
RECORD OF EMPLOYMENT

Surname, name, patronymic *MIKHEL, MARGARITA GENRIKHOVNA*
Year of birth *1919*    Date when book was filled in *April 6, 1949*

| Year | Month | Day | Information about hiring and firing | Record is based on what document - date and number |
|------|-------|-----|-------------------------------------|---------------------------------------------------|
| 1947 | VIII | 21 | Hired as a teacher of English at School No. 173 Smolninsk district of Leningrad | Order No. 152 dated 20/VIII |
| 1950 | IX | 1 | Fired to be transferred to primary job at the School of the Working Young People No. 28 in Zhdanovsk district<br><br>Director [signed] | Order No. 173 school No. 66 Dated 1/IX 1950 |
| 1950 | IX | 1 | The School of the Working Young People No. 28 Hired as an English teacher transferred from school 173 in Smolninsk district Director | Order No. Dated 29 VIII in 28 |
| 1972 | IX | 1 | Fired to be transferred to Secondary School No. 476 Director, School of the Working Young People No. 28<br><br>Director [signed] [stamp] | Order No. 10 Dated 7 September in Lengor |
| 1972 | 09 | 1 | Hired as a teacher of a foreign language:  English and German at Secondary School No. 476 Director | Order of Regional Dept of People's Education No. 10 Dated 7 October 1972 |
| 1973 | 09 | 1 | Released at her request from English teacher job Director [signed] | Order of Regional Dept of People's Education No. 13 1973 |

The Date header spans the Year, Month, and Day columns.

**Exhibit 88 - 1587**

# EXHIBIT

# 89



РСФСР

Министерство Просвещения
Отдел народного образования
Колпинского Райисполкома
г. Ленинграда

«5» сентября 1973 г.

№ 186

г. Колпино, Ленинграда
ул. Коммуны, 11

С п р а в к а

Дана _Михеев Маргарите Генриховне_

в том, что он(а) работала в школе № _476_ гор.

Колпино с окладом заработной платы _Транспортной основной 130 руб._

_от 15 до 25 лет_

в месяц.

Справка выдана для представления _в Колпинский_

_Райсобес_

Директор _ПОНО-Орлов_

Секретарь _Вель_

Отпечатано тип. Заказ ...

Exhibit 89 - 1588

Case 2:02-cr-00220-MCS   Document 2475-5   Filed 10/05/23   Page 21 of 107   Page ID #:21170

Exhibit 89 - 1589



Министерство социального обеспечения

ВЫПИСКА ИЗ АКТА ОСВИДЕТЕЛЬСТВОВАНИЯ

К справке     Сер. ВТЭ-1     №  060900

Михеев Порфирий Терентьевич
1910,

Дата рождения _____
Дата освидетельствования _____    28. 05. 91.
Освидетельствование _____    перв
Группа инвалидности _____    перва
Причина инвалидности _____



Exhibit 89 - 1590

LB-821

| | |
|---|---|
| RSFSR<br>Ministry of Education<br>Dept of People's Education<br>Kolpino District Exec Cmte.<br>City of Leningrad<br>September 5, 1973<br>No. 186<br>City of Kolpino, City of Leningrad<br>11 Kommunaya Square | CERTIFICATE<br>Given to Margarita Genrikhovna Mikhel<br>To the effect that she worked at school *476*, City of<br>*state rate*<br>Kolpino with a salary (wage)         *130 rubles*<br>*from 15 to 25 years*<br>Per month<br>Certificate issued to submit to *Kolpino*<br>*District Social Welfare Dept.*<br><br>_____<br>[Stamp: RSFSR<br>Ministry of Education<br>Dept of People's Education]              [illegible signatures] |

Exhibit 89 - 1591

LB-822

MINISTRY OF SOCIAL WELFARE

EXCERPT FROM CERTIFICATION

To the certificate Series VTE 181 No. 060909

*MARGARITA GENRIKHOVNA MIKHEL*

Born *1919* Address: ██████████████████████████

Date of certification *April 28, 1992*

Certification; *first*

Invalid (disability) *Group I*

Reason for disability *general illness*

Exhibit 89 – 1592

LB-823

Diagnosis of the Medical Disability Expert Commission

Diagnosis: [illegible]

*Unable to work*

Recommended measures to restore the ability to work: [illegible]

Exhibit 89 – 1593

# EXHIBIT 90



Exhibit 90 - 1594



**Exhibit 90 - 1595**

# Лист званий

_Фрот Анна Николаевна_

(фамилия, имя и отчество)

| Военное звание | № приказа и дата | Военное звание | № приказа и дата |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit 90 - 1596



| | |
|---|---|
| 1. Фамилия, имя и отчество | *СРот Анна Николаевна* (*рукопись*) |
| 2. Год и месяц рождения | *1892г.* ▮▮▮ |
| 3. Место рождения (по административному делению в настоящее время) | *село Никольское, Кадуйского района, Вологодской области* |
| 4. Какой национальности | *Русская* |
| 5. Какой язык считает родным | *Русский* |
| 6. Каким иностранным языком владеет и в какой степени (пишет, читает, говорит, свободно или со словарем) | *Не владеет* |
| 7. Социальное положение | *служащая* |
| 8. Занятие родителей: а) до 1917 года (чем занимались и где); б) после 1917 года до настоящего времени, чем занимаются и где; в) местонахождение родителей | *а) Отец Крестьянин в с. Никольском умер в 1911г. мать имела.* *б) мать Колхозница на родине, с 1937 на иждивении дочери.* *в) мать — гор. Ленинград.* |
| 9. Лишены ли по суду избирательных прав родители или родители жены или ближайшие родственники (братья и сестры), за что, когда и где, их фамилии, имена и отчества | *не лишены* |
| 10. Был ли осужден, когда, кем, за что и на сколько | *не была* |
| 11. Семейное положение (холост или женат), имя, отчество, фамилия, возраст и место рождения жены, имена и время рождения детей | *Замужняя муж Иван Иванович Петров 1890г. Уроженец д. Заболотье Перепелкинского Района Вологодской обл. мать Александра Семенова Медова 1862г. рожд. уроженка Сел. Вешкое Вологод. обл.* |

| | | |
|---|---|---|
| **12. Образование** Сколько классов (курсов) какого учебного заведения, когда и где закончил | а) Общее | *Окончила 6 классов гимназии в г. Вологды в 1909г.* |
| | б) Специальное | *Окончила Акушерско-Гинекологич. институт Отта в Петербурге в 1912г. Окончила фельдшерскую Петербургское Училище в 1914г. Окончила 2 Ленинградский меди-цинский институт в 1932г.* |
| | в) Ученая степень | *не имеет* |
| | г) Партийное | *не имеет* |
| | д) Военное | *не имеет* |

**Exhibit 90 - 1597**



| | Вопрос | Ответ |
|---|---|---|
| | Имеет ли научные труды или изобретения, число их, характер, время издания | не имеет |
| ВЛКСМ | а) Состоит ли или состоял ли ранее в ВЛКСМ, с какого времени и какой организацией принят, когда, где и по какой причине выбыл | не состоит и не состояла |
| | б) номер комсомольского билета и какой организацией выдан | не имеет |
| | Состоит ли членом или кандидатом ВКП(б), с какого времени, какой организацией принят | не состоит |
| б) | Номер партийного билета или кандидатской карточки и какой организацией выдан | не имеет |
| в) | Состоял ли в братских компартиях (в каких, где и какой период) | не состояла. |
| г) | Состоял ли ранее в ВКП(б), сколько времени, где, когда и по какой причине выбыл | не состояла. |
| д) | Имеет ли партийные взыскания, когда, кем и за что наложены | не имеет |
| е) | Участвовал ли в оппозициях, в антипартийных группировках, каких, когда и где | не участвовала. |
| | Состоял ли в других партиях, в каких именно, с какого времени и по какое и где | не состояла |
| | Был ли за границей, где, когда | не была. |
| | Находился ли на территории, занятой белыми, где, когда и работа в этот период | с мая 1918г по 1921г. в немецкой колонии хулиганка и в Екатеринославле акушерка и конторщица Меркино. |
| | Был ли в плену во время гражданской войны, где, когда и при каких обстоятельствах попал в плен | не была |
| | Служил ли в белых или иностранных армиях, где и когда, последние должность и чин, участвовал ли в боях против Красной Армии, где и когда | не служила. |

**Exhibit 90 - 1598**

| | |
|---|---|
| 21. Имеются ли родственники за границей, где, с какого времени, кто (фамилия, имя, отчество и степень родства) и чем занимаются; имеет ли он или жена с ними связь | не имеют |
| 22. Служили ли или служат ли сейчас родственники или родственники жены в армиях других стран, где, когда (фамилия, имя и отчество, степень родства) и в какой должности | не служили и не служат |
| 23. Служили ли родственники его или жены в белых армиях, где, когда (фамилия, имя и отчество и степень родства, и на каких должностях) | не служили |
| 24. Служил ли в старой армии, когда вступил и закончил службу, последний чин и должность | не служил |
| 25. Состоял ли в Красной гвардии, где, когда и в какой должности (или в партизанских отрядах) | не состоял |
| 26. Когда (год, месяц и число), где (по призыву, добровольно или по партийной, профсоюзной и пр. мобилизации) вступил в Красную армию. | не служил |
| 27. Какие имеет ордена СССР, Союзных республик и награды, об'явленные в приказах НКО Союза ССР (указать номер и дату приказа) | не имеет |

| 28. Был ли на фронтах в период гражданской войны, ликвидации бандитизма (где, с какого по какое время, имеет ли ранения, контузии, увечья) | С какого времени | По какое время |
|---|---|---|
| не была. | | |

Exhibit 90 - 1599

3

29. Самостоятельная трудовая деятельность до поступления в РККА и после увольнения из РККА и служба в старой армии

| Д А Т А | | Название предприятия, учреждения и в какой местности (село, город, район, область, округ, фронт, армия, часть при службе в старой армии) | Род занятий или должность |
|---|---|---|---|
| какого времени (месяц и год) | По какое время (месяц и год) | | |
| Август 1914 | Январь 1915. | Больница Сел. Любегощи Новгор. губ. | Акушерка - фельдшерица |
| Январь 1915 | Май 1918 | Пироговец. Лазарет Кр. Креста Новгор. губ. | Фельдшерица. |
| Май 1918 | Апрель 1919 | Медсклад Кр. Креста гор. Екатеринослав | Конторщица. |
| Апрель 1919 | Январь 1920 | Колония Кульшанка. Таврич. губ. На имении мужа. | |
| Январь 1920 | Октябрь 1922 | Александровольский медучасток. Колония Кульшанка | Акушерка. |
| Октябрь 1922 | Октябрь 1923 | Районн. Больниц. г. Череповец | Фельдшерица. |
| Октябрь 1923. | Сентябрь 1925 | Детская Больниц. г. Череповец | — '' — |
| Сентябрь 1925 | Декабрь 1928 | Ж. Дор. Больниц. ст. Бабаево Ленингр. обл. | Фельдшериц.- акушер. |
| Декабрь 1928 | Декабрь 1930 | 28° участок ж. д. ст. Череповец | Акушерка обслуж. |
| Декабрь 1930 | Ноябрь 1931 | Поликлиниц. Окт. ж. д. г. Ленингр. | Акушерка. |
| Ноябрь 1931 | Август 1937 | 2° Ленингр. Медиц. Институт | студентка. |
| Август 1937 | Июнь 1940 | Санбак лаборатория г. Детское | Завед. лаборатор. |
| Июнь 1940 | | Сан. бак. Лабораторн. г. Ленингр. | Врач по забору крови и скорой помощи диагнозы микроб. |

**Exhibit 90 - 1600**

29. Самостоятельная трудовая деятельность до поступления в РККА и после увольнения из РККА и служба в старой армии

| ДАТА | | Название предприятия, учреждения и в какой местности | Род занятий или должность | С |
|---|---|---|---|---|
| С какого времени (месяц и год) | По какое время (месяц и год) | (село, город, район, область, округ, фронт, армия, часть при службе в старой армии) | | вр год |

30. В каких выборных партийных и советских органах состоял (состоит), когда и где

не состоит

(Собственноручная подпись лица, на которое составляет личное дело)

26. Января 19 41 г.
(дата заполнения)

Exhibit 90 - 1601



31. Прохождение службы в РККА

| С какого времени (год и месяц) | По какое время (год и месяц) | Должность | Часть, армия, фронт в военное время и округ (армия) в мирное время | № № и дата приказов |
|---|---|---|---|---|
| | | Не служила. | | |

Exhibit 90 - 1602

33. Прохождение действительной военной службы в запасе

| В какой части проходил сборы | По какой должности | Продолжитель-ность | №№ приказов части | Дата |
|---|---|---|---|---|
| | не проходила. | | | |

ПЕРЕУЧЕТ ПРОШЕЛ
«26» января 194_1_ г.
при _Смольнинск._Райвоенкомате
гор. Ленинграда

26.1.1941. Медкомиссией № 2 Смольнинского Р.В.К.
признани годной по 2 гр. 184 пр.

Примечание. Отмечается привлечение на все виды сборов и маневров; продолжительность сборов указывается в месяцах или днях.

**Exhibit 90 - 1603**

# ЛИЧНОЕ ДЕЛО

7

| | |
|---|---|
| 1. Фамилия имя и отчество | Фой Анна Николаевна |
| 2. Год и месяц рождения | 1892 г. |
| 3. Место рождения /по административному делению в настоящее время./ | с. Николвское Вологод. обл. Кадуйского р-на |
| 4. Какой национальности | Русская |
| 5. Какой язык считает родным | Русский |
| 6. Каким иностранным языком владеет и в какой степени /пишет, читает говорит свободно или со словарем/ | Иностранных языков не знаю |
| 7. Социальное положение /до поступления в РККА./ | Служащая Врач. |
| 8. Занятие родителей: а/ до 1917 года /чем занимались и где/ б/ После 1917 года до настоящего времени /чем занимаются и где/ 9/ Местонахождение родителей. | Отец крестьянин с семьей не жил умер в 1908. Мать крестьянка имела маленькое хозяйство и занималась швейн. работой после 1917 состояла в колхозе в данное время находится на моем иждивении с. Николвское Кадуйск. р-на Волог.об |
| 9. Лишены ли посуду избирательных прав родители или родители жены, или ближайшие родственники /братья и сестры/ за что, когда, где, их фамилии, имена и отчества. | Не лишены |
| 10. Был ли осужден, когда, кем, за что и на сколько. | нет |
| 11. Семейное положение /холост или женат/ имя, отчество, фамилия, возраст и место рождения жены, имена и года рождения детей. | Замужняя Петров Иван Иванович 54 год. д. Заболотье Вологод.об Пришекен. р-на Доч Маргарита 6/9/19 г. |

**Exhibit 90 - 1604**

| 12. Образование Сколько классов/курсов/какого учебного заведения, когда и ее закончил. | а/ Общее | Высшее |
| | б/ Специальное | 2й Мед Институт ленингр... Врач бактериолог |
| | в/ Учёная степень | Нет |
| | г/ Партийное | В партию не вступал |
| | д/ Военное | Нет |
| 13. Имеете ли научные труды или изобретения, их свойство, характер, время издания. | | Не имел |
| 14. Пребывание в ВЛКСМ | а/ Состоите или состояли ранее в ВЛКСМ с какого времени и какой организацией принят, когда, где и по какой причине выбыл. | |
| | б/ Номер комсомольского билета и какой организацией выдан. | Нет |

Exhibit 90 - 1605

8

**15. Партийное положение**

| Вопрос | Ответ |
| --- | --- |
| а/ Состоит ли членом или кандидатом ВКПб, с какого времени, какой организацией принят. | Нет |
| б/ № парт. билета или кандидатской карточки и какой организацией выдан | Не состояла. |
| в/ Состоял ли ранее в ВКПб, сколько времени, где, когда и по какой причине выбыл | Не состояла. |
| г/ Состоял ли в других компартиях (каких, где и какой период.) | Не состояла |
| д/ Подвергался ли парт. взысканиям, когда, кем и за что. | Нет |
| е/ Участвовал ли в оппозициях, антипартийных группировках, каких, когда и где. | Не участвовала |
| 16. Состоял ли в других партиях (каких именно, сколько времени и по какое и где | Не состояла |
| 17. Был ли за границей, где, когда | За |
| 18. Находился ли на территории занятой белыми, где, когда и работа за этот период. | Не находилась |
| 19. Был ли в плену во время гражданской войны где, когда и при каких обстоятельствах попал в плен. | Не была |
| 20. Служил ли в белых или в иностранных армиях, где и когда, последняя должность и чин, участвовал ли в боях против Красной Армии | Не служила. |
| 21. Имеются ли родственники за границей где, с какого времени, кто (фамилия, имя отчество и степень родства) чем занимаются, имеют ли он или жена связи с ними. | Не имеются |
| 22. Служили ли или служат сейчас родственники или родственники жены в армиях других стран, где, когда (фамилия, имя отчество, степень родства и в какой должности. | Не служила и не служил. |

**Exhibit 90 - 1606**

| | |
|---|---|
| 23. Служили ли родственники его и его жены в белых армиях, где, когда /фамилия, имя и отчество и степень родства и на какие должности. | Нет |
| 24. Служил ли в старой армии, когда вступил и закончил службу, последний чин и должность. | Нет |
| 25. Состоял ли в Красной гвардии, где, когда и в какой должности /или партизанских отрядах/ | Нет |
| 26. Когда /год, месяц, число/ где по призыву добровольно или по партийной, профсоюзной и пр. мобилизации/ вступил в Красную Армию. | 1941 г. 23/VI |
| 27. Какие имеет ордена ССР Союзных республик и награды, объявленные в приказах НКО Союза ССР /указать номер и дату приказа./ | Орден Красная Звезда |
| 28. Переводился ли по составу на свое подворье или по болезни членов семьи из одного округа в другой, когда, и в какого из какой округ. | Нет |

| 29. Бывали ли на фронтах в период гражданской войны, ликвидации и бандитизма /где, с какого, по какое время, имел ли ранения контузии, увечья /. | С какого времени | По какое время |
|---|---|---|
| Не была | | |

Exhibit 90 - 1607

30. Самостоятельная трудовая деятельн. до поступл. в РККА и служба в старой армии

| Дата | | Название предприятия, учреждения и в какой местности (село, город, район, область, округ, фронт, армия, часть при службе в старой армии | Род занятий или должность. |
|---|---|---|---|
| С какого времени (год и м-ц) | По какое время | | |
| 1914 декаб. | 1918 март | Лазарет 133 С. Кр. Кр. Новгород | д-ца. |
| 1918 май | 1922 июнь | Мд. с-ка. Кр. Кр. 133 С. Екатеринослав Мд. школа уч. | Акушерка |
| 1922 декаб. | 1925 сентяб. | Окружная б-ца. г. Череповец | д-ца. |
| 1925 ноябр. | 1930 ноябр. | 2в. жел. дорожный участ. г. Череповц. | д-ца ак-ка |
| 1930 ноябр. | 1932 | Б-ца. с ж. дор. Ленингр. | да — " |
| 1932 | 1937 | Студентка без отрыва от произ-ва м. мед. институт | |
| 1937 | 1940 | Вр. Зав. сан. лаб. | г. Осипен |
| 1940 | 1941 | Вр. р-ной. | Ленингр. Са лаб. |
| 1941 | после врем. | Нач. лаб. Нач. лаборатории. | Нач. лабор. военный госпиталь № 850 |
| 25/VI-1941 | | | |

Уволена из кадров Кр. Армии в запас по ст. 43 (по возрасту состава) Приказ войскам ПриВО № 0412 от 20/IX-45г.

3/X-45г.   Начальник по бою майор м/с   [подпись]   /Шулешин/

**Exhibit 90 - 1608**



31. В каких выборных партийных и советских органах состоял/состоит/ когда и где

(Собственноручная подпись лица, на которое составляется личное дело.)

3 мая 1945 г

дата заполнения

**Exhibit 90 – 1609**



**Exhibit 90 - 1610**

33. Прохождение военной службы в переменном составе территориальных частей

| С какого времени /год и м-ц/ | По какое время | Должность | Часть и округ /армия/ | № и дата приказов НКО или округа |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

34. Прохождение действия военной службы за время нахождения в запасе

| С какого времени /год и м-ц/ | По какое время | По какой должности | При какой части в каком округе /армии/ | № и дата приказов НКО или округа |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Exhibit 90 - 1611**



Exhibit 90 - 1612

— в Москве

настоящего времени, вторая домохозяйка проживает в с. никольском кадуйского р. Вологод. обл. третья учительствовала и учительствует по сие время в М. ижор. Тосненского района.

6-б) Окончила акушерско-фельдшерское училище в Ленинграде в 1914 году по окончании работала в следующ учреждениях:

2) С 1914 ¹/ₓᵢᵢᵢ   ф-ца акушерка   уездная б-ца Весьегонск

" 1915 ¹⁰/ᵢ — 18 ²⁷/ᵢᵢ   фельдшерица   Трясовский лазарет Кр. Кр.   Новгород. губ.

" 1918 ⁵/ᵢ — 19 ²⁷/ᵢᵢ   конторщица   мед. склад Кр. Кр.   Екатеринослав.

" 1920 — 1922 ¹²/ᵢ   акушерка   мед участок Александ токмак.

" 1922 — 1923 ¹/ₓ   фо-за   Советская районная б-ца   Черепов

" переведена 25.9 по личному желан ¹/ᵢₓ   "   рапонная деф. б-ца   "

" 1925 ¹¹/ₓ — 26 ²⁸/ₓᵢ   ф-за акуш.   б-ца жел-дорож Ст. Бабаев

переведена по личному желан и работала по 30. 15/ₓᵢ   акуш обследов.   28 уч ж д жележным пункай   г. Череп

" 1930 ¹⁴/ₓᵢ   акушерка   поликлин 1ое объедин. Лени Окр. ж.д

в 1931 командирована на учебу во 2й мед Институт безотрыва от производства Дорсанотделом Октябр. жел. дор. Окончила мед Институт в 1937. получ звание врача и была откомандиро зав. сан. бак лабораторией в Дешлак для выработки периферического стажа.

Exhibit 90 - 1613

12

Дополнительно окончила 4х месячные курсы по специализации бактериолог в Институте Усовершенствования врачей 1937г. В данное время работаю в бактериологической лаборатории на должности врача по забору крови для ранней диагностики тифа.

9) Беспартийная под судом и следствием не была

Ни в каких партиях не состояла
В белых армиях не служила, но проживала на территории занятой белыми проживала и работала в качестве акушерки и конторщик с 1918 по 1922 г.
За границей не была                    Конторщицей мед склада
                                       в городе Екатеринодаре
                                       с 1918 по 1919г.
                                       акушеркой в Алекс.
                                       уч. Таврической
                                       губ. 1920 по 1922 г.

Врач по забору крови для скорой постановки
диагноза тифа    Афон  19/7 41

Exhibit 90 - 1614



Фамилия _Фонъ_ Имя _Анна_

Отчество _Николаевна_ Год рождения _1899_

и 3

# КАРТА МЕДИЦИНСКОГО ОСМОТРА

Заключение врача окулиста _V пол 0,8_
_V = 0,8_
_год._

Подпись врача

Заключение врача ларинголога

Подпись врача

Тип. «Лен. Печатник» Зак. № 1454—10.000

Case 2:02-cr-00220-MCS    Document 2475-5    Filed 10/05/23    Page 48 of 107    Page ID #:21197

Exhibit 90 - 1615

## ХАРАКТЕРИСТИКА

Майор медицинской службы ФОТ Анна Николаевна работает в ЭГ-850 с начала войны, начальником лаборатории.

При частых передислокациях умело и быстро приспособлялась к новым условиям и лаборатория работала бесперебойно. В лаборатории проделывала следующие виды анализов: клинические, бактериологические, серологические и санитарно-гигиенические.

Несмотря на то, что госпиталь большую часть войны был загружен больными в 2-3 раза сверх нормы, а временами (в 1942-44 г.г. в 6-8 раз) лаборатория всегда справлялась хорошо. Отказов в приеме анализов не было. Анализы всегда были исчерпывающими и совпадали с клиническими данными.

Благодаря отличной постановке лабораторной работы в запутанных диагностических случаях, она своей умелой работой способствовала постановке правильного диагноза.

Кроме основной работы по лаборатории ФОТ А.Н. умела находить время и для научных работ, которые докладывались на научных конференциях и печатались во фронтовых сборниках.

Политически грамотна и выдержана. Все вместе взятое дает право рекомендовать ее, как отличного лабораторного работника, умеющего поставить научно дело.

(КОНДРАТОВ)

6 <sup>го</sup> августа 1945 г.

**Exhibit 90 - 1616**

LB-797

*N. 3246*

<u>People's Commissariat of Defense of the USSR</u>

[emblem of the Soviet Union]

PERSONAL FILE

*<u>Fot</u>*
Surname
*<u>Anna Nikolaevna</u>*
Name and patronymic


Birth year *<u>1892</u>*
Unit *<u>Medical</u>*   Military Occupational Specialty *<u>41</u>*
*<u>Smolninsk</u>* Military Commissariat
Reserve
~~15~~ 14 pages


*8574*

**Exhibit 90 - 1617**

LB-798

[photograph]

**Exhibit 90 - 1618**

LB-799

SHEET OF RANKS                                    2 1

Fot, Anna Nikolaevna

(surname, name, patronymic)

| Military Rank | No. of Order and date | Military rank | No. of order and date |
|---|---|---|---|
|  |  |  |  |

**Exhibit 90 - 1619**

LB-800

| 1. Surname, first name and patronymic | *Fot, Anna Nikolaevna* <br> *[illegible]* | | |
|---|---|---|---|
| 2. Year and month of birth | ██████████ *1892* | | |
| 3. Place of birth (administrative division, at the current time) | *Nikolskoye village, Kaduisk district, Vologodskaya region* | | |
| 4. Nationality | *Russian* | | |
| 5. Native language | *Russian* | | |
| 6. What foreign language do they know and to what level (writes, reads, speaks, fluently or with a dictionary) | *None* | | |
| 7. Social position | *Workers* | | |
| 8. Parents' occupations <br> a) pre-1917 (what did they do and where); b) post-1917 as of today, what do they do and where c) location of parents | *a) Father is a peasant in Nikolskye dies in 1911, mother is alive* <br> *b) Mother is a collective farm worker in her homeland, since 1937, he has been a dependent of her children* <br> *c) Mother in Leningrad* | | |
| 9. Did the parents or wife's parents or closest relatives (brothers or sisters) lose their voting rights in a court proceeding, when and where their surnames, names and patronymics | *No* | | |
| 10. Were they convicted, when, by whom, for what and how long? | *No* | | |
| 11. Family status (bachelor or married), name, patronymic, surname, age and place of birth of the wife, children's names and times of birth | *Married* <br> *Husband is Ivan Ivanovich Petrov 1890* <br> *Ukrainian village of Zabolotve [illegible district] Vologodskaya region* <br> *Mother is Aleksandra Semyonovna [illegible]* <br> *Born 1862[illegible village] Vologodskaya oblast* | | |
| 12. Education | How many grades (years) of what educational institution did they complete | a) General | *Completed 6 years of secondary school in Vokholkino in 1909* |
| | | b) Special | *Completed Midwife/gynecology OTTA in Petersburg in 1912 Completed the feldsher field medicine in Petersburg Institute in 1914 Completed the 2nd Leningrad Medical Institute in 1937.* |
| | | c) Academic degree | *None* |
| | | d) Party-based | *None* |
| | | c) Military | *None* |
| | | | |

**Exhibit 90 - 1620**

LB-801

| | | |
|---|---|---|
| Do they have academic papers, inventions; how many, their nature, when published | | *No* |
| In the All-Union Leninist Young Communist League (VLKSM) | a) Are they or have they been in the VLKSM, starting when, accepted by what organization, when, where and reason for leaving | *Not currently or in the past* |
| | b) Komsomol ticket number and issuing organization | *No* |
| Are they a member or candidate of the All-Soviet Communist Party (Bolsheviks), starting when and accepted by what organization | | *No* |
| c) Number of the party ticket or candidate card and issued by what organization | | *No* |
| d) Were they in fraternal communist parties (in which, where and what period) | | *No* |
| e) Where they previously in the All-Union Communist Party of Bolsheviks, for how long, where, and reason for leaving | | *No* |
| f) do they have party penalties, when, were and by whom levied | | *No* |
| Did they participate in oppositions, in antiparty groups, which, when and where | | *No, did not participate* |
| Were they in other parties, in which specifically, from when to when and where | | *No* |
| Were they abroad when and where | | *No* |
| Where they on territory occupied by the Whites, where when and what was the work at that time | | *From May 1918 to 1921, she was in a German colony Kulshanka and in Yekaterinislav as a midwife and office worker in the medical supply office* |
| Were they a prisoner of war during the civil war, where, when and under what circumstances did they get captured | | *No* |
| Did they serve in White or Foreign Armies, where and when, last ranks and titles, did they fight against the Red Army where and when | | *No* |

**Exhibit 90 – 1621**

LB-802

| | |
|---|---|
| 21. Are there relatives abroad, where, starting when, who (Surname, name and patronymic, and relation) their occupation, does he or his wife have contact with them? | *No* |
| 22. Did relatives or the wife's relatives serve or do they serve now in the armies of other nations, where, when (surname, name and patronymic, relation) and in what position | *Did not serve and do not serve* |
| 23. Did relatives or the wife's relatives serve in White armies, where, when (surname, name and patronymic) | *No* |
| 24. Did they serve in the old Army, when did they begin, and end service, last rank and position | *No* |
| 25. Were they in the Red Guard, where, when, | *No* |
| 26. When (year, month, and day) where (by order, voluntarily, or by party, union or other mobilization) did they enter the Party | *No* |
| 27. What decoration do they have from the USSR, Union republics and awards announced in orders of the People's Commissariat of the Defense of the USSR (indicate the number and date of the order) | *No* |

| 28. Were they at the front during the civil war, elimination of banditry, from and to what time, do they have injuries, concussions, wounds)<br><br><br>*No* | From what time | Until what time |
|---|---|---|

**Exhibit 90 - 1622**

LB-803

| 29. Independent labor activity before entering the Workers' and Peasants' Red Army and after quitting the WPRA *3* and service in the old army | | | |
|---|---|---|---|
| DATE | | Name of the enterprise, institution, and in what place (village, city, district, oblast, region, front, army, unit while serving in the old army) | Type of occupations or position |
| From what time (month and year) | Through what time (month and year) | | |
| *August 1914* | *January 1915* | *Hospital in Lubigushy, Novgorodskaya region* | *Midwife / feldsher* |
| *January 1915* | *May 1918* | *Tryasovetsk infirmary of the Red Cross, Novgorodskaya region* | *Feldsher* |
| *May 1918* | *April 1919* | *Medical warehouse of the Red Cross City of Yekaterinoslav* | *Office worker* |
| *April 1919* | *January 1920* | *Colony of Kulshanka Tavrichesky region* | *Dependent of husband* |
| *January 1920* | *October 1922* | *Aleksandravolsky Medical Office* | *Feldsher* |
| *October 1922* | *October 1923* | *Colony of Kulshanka, Regional Hospital of Cherepovets* | *-"-* |
| *October 1923* | *September 1925* | *Children's Hospital of Cherepovets* | *Feldsher / midwife* |
| *September 1925* | *December 1928* | *Railway Hospital of Babayev, Leningrad oblast* | *Midwife* |
| *December 1928* | *December 1930* | *25th Section of the Railway, Cherepovets station* | *Midwife / feldsher* |
| *December 1930* | *November 1931* | *Polyclinic Railway Leningrad* | *Midwife* |
| *November 1931* | *August 1937* | *2nd Leningrad Medical Institute* | *Student* |
| *August 1937* | *June 1940* | *Sanitary/ Bacteriological Laboratory, Demiansk* | *Chief of lab* |
| *June 1940* | | *Sanitary/ Bacteriological Lab, Leningrad* | *Doctor, taking blood, And diagnostics* |

**Exhibit 90 - 1623**

LB-804

| 29. Independent work activity before entering the Workers' and Peasants' Red Army (WPRA) and after quitting the WPRA and service in the old army | | | |
|---|---|---|---|
| DATE | | Name of the enterprise, institution, and in what place (village, city, district, oblast, region, front, army, unit while serving in the old army) | Type of occupations or position |
| From what time (month and year) | Through what time (month and year) | | |
| | | | |

| 30. In which electoral and Soviet agencies were they (are they), when and where |
|---|
| *None* |

| *January 26,* 19*41* (date of completion) | *Fot, A. N.* (signature of the individual, on whom the case file was compiled) |
|---|---|

**Exhibit 90 - 1624**

LB-805

| 31. Service in the Workers' and Peasants' Red Army (WPRA) | | | | | *4* |
|---|---|---|---|---|---|
| From what time (year and month) | Until what time (year and month) | Position | Unit, army, front in wartime and zone (army) in peacetime | No. No. and date of orders | |
| Did not serve<br>Fot, A. N.                (Fot)<br>Smolninsk [illegible]<br>Intendant of the 1st Rank [signed]<br><br>Chief, Recount Office [signed]<br>Senior Lieutenant<br><br>Chairman. Sanitary Dept<br>Leningrad military zone Doctor, 1st rank [signed] | | | | | |

**Exhibit 90 - 1625**

LB-806

| 33. Serving in active military service in the reserves | | | | |
|---|---|---|---|---|
| In what unit did they serve for deployment | In what position | Duration | No. No. and date of orders | Date |
| Did not serve | | | | |
| [Stamp: Passed the Recount<br>January 26, 1941<br>Under the Regional Military Command<br>City of Leningrad] | | | | |
| January 26, 1941 Medical Commission N. 2 Smolninsk Regional Mil. Cmnd.<br>Recognized as fit under 5 P.r. 184 | | | | |

**Exhibit 90 - 1626**

LB-807

| PERSONAL CASE FILE | *7* |
|---|---|
| 1. Surname, name and patronymic | *Fot, Anna Nikolaevna* |
| 2. Year and month of birth | *1892* |
| 3. Place of birth, | *Nikolskoye, Vologodskaya oblast, Kaduisk district* |
| 4. Nationality | *Russian* |
| 5. What language do they consider native | *Russian* |
| 6. What foreign language do they know and to what level (writes, reads, speaks, fluently or with a dictionary) | *I don't know foreign languages* |
| 7. Social position/before entering the WPRA | *Military doctor* |
| 8. Parents occupations, pre-1917 what did they do and where. post-1917 until now, what do they do and where, location of parents | *Father is a peasant, did not live with his family, died in 1908*<br>*Mother is a peasant, had a small farm, [illegible]*<br>*After 1917, she was in a collective farm, right now she is my dependent*<br>*From the Nikolsko-Kaduisk region, Vologodskaya oblast* |
| 9. Has the court stripped the parants or wife's parents, or closest relative (brothers and sisters) of voting rights, for what reason, where and when, their surnames, names and patronymics | *No* |
| 10. Were they convicted, when, by whom, and for how long | *No* |
| 11. Family status, married or bachelor, surname, name and patronymic of the wife, children's names and birth dates | *Married,*<br>*Petrov, Ivan Ivanovich*<br>*54 years*<br>*Zabolotne, Vologorod* |

**Exhibit 90 - 1627**

LB-808

| 12. Education | How many grades (years) of what educational institution did they complete | a) General | *Higher education* |
|---|---|---|---|
| | | b) Special | *2nd Medical Institute Leningradsky, Doctor/ Bacteriologist* |
| | | c) Academic degree | *None* |
| | | d) Party-based | *None* |
| | | c) Military | *None* |

| 14. In the All-Union Leninist Young Communist League (VLKSM) | a) Are they or have they been in the VLKSM, starting when, accepted by what organization, when, where and reason for leaving | |
|---|---|---|
| | b) Komsomol ticket number and issuing organization | *No* |

**Exhibit 90 -  1628**

LB-809

| | | |
|---|---|---|
| *15. Party position* | *a) Are they a member or candidate of the All-Soviet Communist Party (Bolsheviks), starting when and accepted by what organization* | *No* |
| | *b) Number of the party ticket or candidate card and issued by what organization* | *No* |
| | *c) Were they in fraternal communist parties (in which, where and what period)* | *No* |
| | *d) Where they previously in the All-Union Communist Party of Bolsheviks, for how long, where, and reason for leaving* | *No* |
| | *e) do they have party penalties, when, were and by whom levied* | *No* |
| | *f) Did they participate in oppositions, in antiparty groups, which, when and where* | *No, did not participate* |
| *16. Were they in other parties, in which specifically, from when to when and where* | | *No* |
| *17. Were they abroad when and where* | | *Illegible* |
| *18. Where they on territory occupied by the Whites, where when and what was the work at that time* | | *No* |
| *19. Were they a prisoner of war during the civil war, where, when and under what circumstances did they get captured* | | *No* |
| *20. Did they serve in White or Foreign Armies, where and when, last ranks and titles, did they fight against the Red Army where and when* | | *No* |
| *21. Are there relatives abroad, where, starting when, who (Surname, name and patronymic, and relation) their occupation, does he or his wife have contact with them?* | | *No* |
| *22. Did relatives or the wife's relatives serve or do they serve now in the armies of other nations, where, when (surname, name and patronymic, relation) and in what position* | | *Did not serve and do not serve* |

**Exhibit 90 – 1629**

LB-810

| 23. Did relatives or the wife's relatives serve in White armies, where, when (surname, name and patronymic) and in what positions | *No* | |
|---|---|---|
| 24. Did they serve in the old Army, when did they begin, and end service, last rank and position | *No* | |
| 25. Were they in the Red Guard, where, when, what position, | *No* | |
| 26. When (year, month, and day) where (by order, voluntarily, or by party, union or other mobilization) did they enter the Party | *June 23, 1941* | |
| 27. What decoration do they have from the USSR, Union republics and awards announced in orders of the People's Commissariat of the Defense of the USSR (indicate the number and date of the order) | *Red Star award* | |
| 28. Were they transferred for health reasons or an illness of their family members from one zone to another, from which and to which zone | *No* | |

| 29. Were they at the front during the civil war, elimination of banditry, from and to what time, do they have injuries, concussions, wounds)<br><br><br>*No* | From what time | Until what time |
|---|---|---|

**Exhibit 90 - 1630**

LB-811

| *30. Independent labor activity before entering the Workers' and Peasants' Red Army      3 and service in the old army* | | | |
|---|---|---|---|
| *DATE* | | *Name of the enterprise, institution, and in what place (village, city, district, oblast, region, front, army, unit while serving in the old army)* | *Type of occupations or position* |
| *From what time (month and year)* | *Through what time (month and year)* | | |
| *December 1914* | *March 1918* | *Lazarette in VZS Red Cross, Novgorod* | *illegible* |
| *May 1918* | *July 1922* | *Medical supply office of the Red Cross VZS Yekaterinoslav* | *Midwife* |
| *December 1922* | *September 1925* | *Regional Hospital in Cherepovets* | *illegible* |
| *November 1925* | *November 1930* | *28th Railway site in Cherepovets,* | *illegible* |
| *November 1930* | *1935* | *P-k railway, Leningrad* | *illegible* |
| *1932* | *1937* | *Part-time student while working 2nd Med Institute* | *City lab* |
| *1937* | *1940* | *Doctor, Chief of Lab* | *Chief of lab* |
| *1940* | *1941* | *Doctor, regional* | *Infectious diseases military hospital 860* |
| *1946* | *[illegible]* | *Chief of lab* | |
| *June 23, 1941* | | *Chief of lab, fired from Red Cross to the reserves due to age under Article 43* | |
| | | *Order to the forces No. 0442, Sept 18, 1945* | |
| *May 3, 1945* | | *Chief Med Service                                    [signed]* | |

**Exhibit 90 -  1631**

LB-812

| 31. What electoral party and Soviet organizations were / are they in / when and where | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

[Stamp: People's Commissariat of Defense Epidemiological Hospital] *A. N. Fot*

*Signature of the person for whom the personal file*
*was compiled*

*May 3, 1945*
*Date of completion*

**Exhibit 90 - 1632**

LB-813

*10*

| 32. Serving in the WPRA | | | | |
|---|---|---|---|---|
| *From what time year and month* | *Through what time* | *Position* | *Unit, army, front in wartime And zone /army/ in peacetime* | *No. and date of order of the People's Commissariat for the Defense At the zone or front For what period of time* |
| *June 23, 1941* | */* | *Chief of laboratory* | *[illegible]* | |

**Exhibit 90 - 1633**

LB-814

| 33. Military service during a period of [illegible] territorial units | | | | |
|---|---|---|---|---|
| *From what time year and month* | *Through what time* | *Position* | *Unit, army, front in wartime And zone /army/ in peacetime* | *No. and date of order of the People's Commissariat for the Defense Or zone* |
| | | | | |

| 34. Serving during combat while in the reserve | | | | |
|---|---|---|---|---|
| *From what time year and month* | *Through what time* | *Position* | *Unit, army, front in wartime And zone /army/ in peacetime* | *No. and date of order of the People's Commissariat for the Defense Or zone* |
| | | | | |

**Exhibit 90 - 1634**

LB-815

*WRITE LEGIBLY, NEATLY, AND ONLY IN BLACK INK*

*AUTOBIOGRAPHY*

*For <u>Doctor (Bacteriologist) ANNA NIKOLAEVNA FOT (TSVETKOVA)</u>*
*Name, patronymic, surname*

*To be compiled as desired, by hand, without crossed-out words and corrections, and the following questions must be addressed.*

*1) year and place of birth, born in what family, what did the parents do pre-October Revolution, what are they doing now, and their address. Do any close relatives live abroad, does this person or their parents have contact with them, and what is the contact (writing, personal etc). family status, occupation of wife, her parents, her siblings, pre-October Revolution, where are they and where do they work right now.*

*2) when did he start working independently, how long did he work (or serve), and where before entering the WPRA;*

*3) what general and specialized education was received, in what educational institutions did his study, where, whe completed, and if not, how many grades did he complete*

*4) where did he live and work during the February and October revolution (indicate exact address, location or work). How did he participate in the Oct. Revolution?*

*5) when did he enter the All-Union Communist Party of Bolsheviks, candidates or VLKSM, what organization accepted him; party ticket number (or candidate card). What party and community service did he do, when and how much time; if he used to be in the ACPB or VLKSM, reason for leaving*

*6) Were there party penalties, by what organizations, for what,*
*have the penalties been cleared or not;*
*Has he been in other parties (when, where and as whom, specifically)*

*7) was he in Trotskyite, right, national/chauvinist and other counter-revolutionary organizations,*
*Were there deviations from the general line of the party or doubts? If there were doubts, what were they about, and how long did they last. What party work did he do during the battle with the opposition in 1921, 1923-24, 1925-27, and in later years. Did he participate in the anti-party Belorussian/Tolmachev group;*

*8) Time and place of entering the WPRA (drafted or volunteer) when to what units, or agencies, what positions (indicate exact name of unit) what battles did they participate in, as part of what unit, did they get injuries, wounds, concussion, any awards. If there was a pause in service, why and for how long.*

*9) What military school did he attend in the old army, how long did they serve and what rank: military, political, special education was received in the Red Army – when, where and what institution was completed*

*10) Did he serve in the White Army, invader army, of anti-Soviet nationalistic armies (Uchredilovtsy, Petlyorovtsy, Musolites, Dashnaki, Mensheviks of Georgia, bands of Makhno, Antonov and others)*
*- when, where, and as whom did he get there, when and in what unit did he serve, how long, did he fight against the Red Army, in battle when and where*
*Was he a prisoner of war with the Whites or Invaders, when and where and under what circumstances was he captured, where did he serve and what did he do while a prisoner, when was he freed and how. If he was in a White or invader-occupied area, specify when and as whom did he work, at what age, and who he lived with.*

*11) did he work against the Tsarist, White and other bourgeois governments?*
*was he associated with underground organizations or certain Bolsheviks/revolutionaries – when and where in detail*
*Was he persecuted by the Tsarist, White or bourgeois governments, invaders; where when for what and by what courts and punishing bodies*

*12) was he abroad, when, where, and what did he do (at a permanent location or who sent him and what work did he do)*
*13) was he convicted by Soviet government agencies, where and for what, type of punishment*

*(When signing, indicate position you are in and date).*

*1) Born in 1892 in Nikolskoye village, Kaduisk district, Vologda region, in a peasant family. My father died about 30 years ago, my mother and daughter are with me. There are no relatives abroad. My first husband died in 1920. His parents are grain farmers. The second husband works as the chief of a warehouse in the 3rd Hog Trust, his parents are peasants (deceased). My three sisters – 2 of them studied, one is still studying in Moscow.*

**Exhibit 90 – 1635**

LB-816

*The second is a housewife in Nikolskoye village, Kaduisk district, Vologda region, the third was teaching and is still teaching now in Mazhor Tosnyansky district.*

*2, 3) I graduated from the midwifery/feldsher institute in Leningrad in 1914, when I graduated I worked at the following establishments:*

*4) August 1, 1914: midwife/feldsher   Town Hospital in Vesyagonsky uyezd*

*Jan. 10, 1915 – March 24, 1918: feldsher   Tryasovsky lazarette, Red Cross, Novgorod region*

*May 15, 1918 – April 25, 1919: office worker   Medical Supply office, Red Cross, Yekaterinoslav*

*From 1920- June 12, 1922: midwife at the medical office in Aleksandrov*

*1922-1923 (October 1): feldsher at Soviet regional hospital in Cherepovets*

*Transferred on Oct 9, 1925 at my request as a feldsher to a village hospital in Cherepovets*

*From Nov 11, 1925 – Dec 28, 1926: feldsher-midwife at the railway hospital Babayev station*

*Transferred at my request and worked until Nov 15, 1930, as a midwife 28th railway, admitting*

*Dec 14, 1930; midwife at the polyclinic, labor and delivery, Lena station of the Oktyabrsk railway*

*In 1931, I was sent to study at the 2nd Medical Institute without interrupting my work by the Oktyabrsk railway*

*I graduated in 1937 from the medical institute and was awarded the degree of Doctor and was sent to as a Chief of the Sanitary/ Bacteriological Laboratory in Demiansk to work for a certain number of years.*

**Exhibit 90 - 1636**

LB-817

*I also completed a 4-month course in bacteriology at the Institute for Doctors' Continuing Ed in 1937.*
*Right now I work at a Bacteriological Laboratory as a Doctor who takes blood for early detection of rickets.*
*5) No party. I have not been to court or under investigation.*
*I was not in any party.*
*I did not serve in White armies but lived in areas occupied by the Whites.  I was living and working as a midwife and office worker in 1918 through 1922.*
*I have not been abroad.                                        I worked 1918-1919 at a medical supply.*
*Midwife in Aleksandrov in Tavrichesky region 1920-22.*

*Doctor collecting blood for quick diagnosis of rickets*
*A. N. Fot*
*January 26, 1941*

**Exhibit 90 - 1637**

LB-818

| | |
|---|---|
| Surname *Fot*    Name *Anna* | |
| Patronymic *Nikolaevna*    Year of birth *1892* | |
| | *13* |

| [Stamp: Order of the People's Commissariat of Defense of the USSR Chairman of the Medical Commission, signed] | MEDICAL EXAMINATION CARD<br><br><br>Finding of the eye doctor: [illegible]<br><br>Doctor's signature: [signed]<br><br>Finding of the laryngologist [illegible]<br><br>Doctor's signature: [signed]<br><br><br><br><br>Print Shop Len. Pechatnik, No. 4454-10.000 |
|---|---|

**Exhibit 90 - 1638**

LB-819

*14*

<u>REFERENCE</u>

Anna Nikolaevna FOT, Major of the Medical Service, has been working at the IG-860 since the start of the war as Chief of Laboratory.

During frequent relocations, she was able to adapt to new conditions and laboratories in a skillful and quick manner and she worked continuously. In the lab, she did the following types: clinical, bacteriological, serological, and santiary/hygenic.

Despite the fact that the hospital for most of the war was caring for 2-3 times more patients than normal and sometimes (in 1944-46), 6 times more patients than normal, the lab always managed well. She did not refuse to process tests. Tests were always complete and matched clinical data.

Thanks to her excellent organization of the lab, in confused diagnostic situations, she was skillful enough to facilitate the correct diagnosis.

In addition to her primary job at the lab, A. N. Fot found time for research, the results of which were then presented at conferences and published in front-based collections.

She is politically aware and restrained. Taking all of this together, I can recommend her as an excellent lab worker, who can properly organize work in a scientific manner.

> [stamp] [signed] KODRATOV
> Head of the Infectious Military Hospital IG-860
> Major of the Med. Service

*August 6, 1945*

**Exhibit 90 - 1639**

# EXHIBIT

# 91

3/27/2020                                                Подвиг народа

Главная страница (/?#tab=navHome) / Фот Анна Николаевна (/?
#id=36130441&tab=navDetailManAward)

| ❮ To the previous search result () | To the next search result ❯ () |

# Фот Анна Николаевна 1892г.р.

---

ДОБАВИТЬ ФОТОГРАФИЮ ГЕРОЯ

О проекте «Дорога памяти» в Главном Храме Вооруженных сил России
(https://foto.pamyat-naroda.ru/about)

Year of birth: __.__.1892
капитан медслужбы
In the Red Army since __.__.1941
Place of birth: Вологодская обл., Кадуйский р-н, с. Никольское

Record number: 1108391419

## List of awards

1
1012
04.11.1944
Орден Красной Звезды
Show Awarding Paper ()

**Exhibit 91 - 1640**

3/27/2020                                    Подвиг народа

Главная страница (/?#tab=navHome) / Люди и награждения (/?#tab=navPeople_search) / Результаты поиска (/?#tab=navPeople_search) / Фот Анна Николаевна (/?#id=36130441&tab=navDetailManAward)

---

ДОБАВИТЬ ФОТОГРАФИЮ ГЕРОЯ

О проекте «Дорога памяти» в Главном Храме Вооруженных сил России (https://foto.pamyat-naroda.ru/about)

# Фронтовой приказ

№: 1012 From: 04.11.1944
Published ВС 1 Прибалтийского фронта
Archive: ЦАМО
Fund: 33
Inventory: 690155
Storage item: 7015

Record number 36130423

| ◀ | 35 / 48 ▼ | ▶ |
|---|---|---|



**Exhibit 91 - 1641**

3/27/2020                                    Подвиг народа

1. Основные данные о представляемом к нагр

1. Год и место рождения (область, район, деревня) *1892г. Вологодск*
*Кадуйского района село Никольское*

2. Национальность *Русская* _____ 3. Социположение *слу*

4. Партийность *б/п* _____ партбилет № *Нет*

5. Образование: общее *Высшее* _____ военное *Нет*

6. Стаж службы (с какого и по какое время): в НКВД *Нет* в Красной ар

7. Участие в гражданской войне в боеперациях *Не участвовал*

8. Участие в боях на фронтах великой Отечественной войны (в составе какой ч
время) *с 23июня 1941г. в Инфекционном госпитале 86*

9. Ранения и контузии *Нет*

10. Какими орденами и медалями СССР награжден (дата Указа, № и дата

а) в прошлом *Не награждалась*

б) за участие в Отечественной войне *Нет*

11. Был ли в плену или в окружении *Нет*

12. Семейное положение (фамилия, имя, отчество, возраст иждивенцев) *замужн*
*рита Генриховна доч. с1919г. рождения, м*
*Александра Семеновна 80 лет*

13. Адрес постоянного местожительства иждивенцев

II. Краткое конкретное изложение личного боевого подвига из
ставляемого к награждению.

*Капитан доч. Анна Николаевна работает в кач*

**Exhibit 91 - 1642**

3/27/2020                                                                    Подвиг народа

‹   35 / 48 ▼   ›

**Exhibit 91 - 1643**

3/27/2020                                                    Подвиг народа

Главная страница (/?#tab=navHome) / Люди и награждения (/?#tab=navPeople_search) / Результаты поиска (/?#tab=navPeople_search)

| ❮ To the previous search result () | To the next search result ❯ () |

# Фот Анна Николаевна 1892г.р.

ДОБАВИТЬ ФОТОГРАФИЮ ГЕРОЯ

О проекте «Дорога памяти» в Главном Храме Вооруженных сил России (https://foto.pamyat-naroda.ru/about)

Rank: капитан медслужбы
In the Red Army since 23.06.1941 Place of service: ИГ 860 1 ПрибФ

Record number: 36130441
Documents on this award

## I. The order (decree) of the award and accompanying documents to it

- In the award documents ()

- In the registration card index ()

- In the commemorative index ()

## II. Registration card

- Data in the card index ()

Орден Красной Звезды

**Exhibit 91 - 1644**

3/27/2020                                           Подвиг народа



Feat:

> Капитан фрот Анна Николаевна работает в качестве начальника лаборатории госпиталя с начала войны. Помимо своей работы, которую она исполняла аккуратно и своевременно независимо от большой нагрузки она занималась также и научной работой, исследуя действия сульфидина на бактерии в пробирке, что дало возможность правильно уничтожать суфидин при различных инфекционных больных и тем самым скорее и надежнее восстановить здоровье больных. Исполнительна, дисциплинирована. Достойна ордена „Красной звезды"

Exhibit 91 - 1645

13                                                    к. 02673

# НАГРАДНОЙ ЛИСТ

На _Капитана мед. службы фот Анна Николаевна_
(военное звание, фамилия, имя, отчество)

_Начальник лаборатории инфекционного госпи-_
(должность, наименование части)

_таля № 860  1-го Прибалтийского фронта_
(округа, фронта)

## I. Основные данные о представляемом к награде

1. Год и место рождения (область, район, деревня) _1892г. Вологодской области_
_Кадуйского района село Никольское_

2. Национальность _Русская_ — 3. Соцположение _служащая_

4. Партийность _б/п_ — партбилет № _нет_

5. Образование: общее _Высшее_ — военное _нет_

6. Стаж службы (с какого и по какое время): в НКВД _нет_ в Красной армии _с 23 июня 1941г._

7. Участие в гражданской войне в боеперациях _Не участвовала_

8. Участие в боях на фронтах великой Отечественной войны (в составе какой части, с какого по какое время) _с 23 июня 1941г. В инфекционном госпитале 860 и по настоящее время_

9. Ранения и контузии _нет_

10. Какими орденами и медалями СССР награжден (дата Указа, № и дата приказа войскам фронта):
а) в прошлом _Не награждалась_
б) за участие в Отечественной войне _нет_

11. Был ли в плену или в окружении _нет_

12. Семейное положение (фамилия, имя, отчество, возраст иждивенцев) _замужняя, дочь Маргарита Генриховна фот с1919г. рождения, мать Цветкова Александра Семеновна 80 лет_

13. Адрес постоянного местожительства иждивенцев

## II. Краткое конкретное изложение личного боевого подвига или заслуги представляемого к награждению.

_Капитан фот Анна Николаевна работает в качестве начальника лаборатории госпиталя с начала войны. Помимо своей работы, которую она исполняла аккуратно и своевременно Независимо от большой нагрузки она занималась также и научной работой, исследуя действие сульфидина на бактерии в пробирка, что дала возможность правильно изменить сульфидин при различных инфекционных болезнях и тем самым скорее и надежнее восстановить здоровье больных. Исполнительна, дисциплинирована._
_Достойна ордена "Красной Звезды"_

Нач. и.г. 860
майор м/с _[подпись]_

**Exhibit 91 - 1646**

Подвиг народа

Главная страница (/?#tab=navHome) / Фот Анна Николаевна (/?#id=36130441&tab=navDetailManAward)

---

ДОБАВИТЬ ФОТОГРАФИЮ ГЕРОЯ

О проекте «Дорога памяти» в Главном Храме Вооруженных сил России (https://foto.pamyat-naroda.ru/about)

# Фронтовой приказ

№: 1012 From: 04.11.1944
Published ВС 1 Прибалтийского фронта
Archive: ЦАМО
Fund: 33
Inventory: 690155
Storage item: 7015

Record number 36130423

| ◀ | 2 / 48 ▼ | ▶ | | ⊕ ⊖ 🖶 ⛶ |



**Exhibit 91 - 1647**

8. Капитана медицинской службы             начальника хи[...]
   ПАНЬКИНА Василия Логвиновича             ния эвакогоспи[...]

9. Майора медицинской службы               начальника от[...]
   ПОКРОВСКОГО Владимира Евгенье-          ля № 1845.
   вича

10. Старшего лейтенанта медицин-           старшего орди[...]
    ской службы ПРАСОЛОВУ Тамару           ля № 3841.
    Вадимовну

11. Капитана медицинской службы            начальника от[...]
    ПТИЦИНА Алексея Петровича               таля № 2846.

12. Старшего лейтенанта меди-              начальника 2-г[...]
    цинской службы СЛЮСАРЕВУ               таля легко-ран[...]
    Анастасию Михайловну

13. Капитана медицинской службы            начальника лаб[...]
    ФОТ Анну Николаевну                    ного госпиталя[...]

14. Майора медицинской службы              врача-бактерио[...]
    ЧАСОВНИКОВУ Галину Соломонов-          санитарно-эпид[...]
    ну                                     боратории № 16[...]

15. Старшего лейтенанта медицин-           врача-ординато[...]
    ской службы ЮРКОВУ Марию               раненых № 1182[...]
    Александровну

медалью "ЗА БОЕВЫЕ ЗАСЛУГИ"

**Exhibit 91 - 1648**

3/27/2020                                                    Подвиг народа



◄          2 / 48 ▼                →

**Exhibit 91 - 1649**

LB-536

3/27/2020            People's Victory

Home/Fot, Anna Nikolaevna

# Fot, Anna Nikolaevna. Birth year 1892

Add a photo of the hero

About the project Road of Memory in the Main Cathedral of the Armed Forces of Russia

(https://foto.pamyat-naroda.ru/about)

Year of Birth 1892

Captain in the Medical Branch

In the Red Army since 1941

Place of Birth Vologda Region, Kaduisk district, Nikolskoe village

Record number: 1108391419

List of awards

1

1012

November 4, 1944

Red Star Medal

Show Awarding Paper

**Exhibit 91 - 1650**

LB-537

3/27/2020                    People's Victory

Main page/People and Awards/

Search Results/Fot, Anna Nikolaevna

Add photo of hero

About the project Road of Memory in the Main Cathedral of the Armed Forces of Russia (https://foto.pamyat-naroda.ru/about)

# Frontline Order

No. 1012 From November 4, 1944
Published First Baltic Front Armed Forces
Archive: Defense Ministry Central Archive
Fund: 33
Inventory 690155
Storage item: 7015

Record number: 36130423

35/48
AWARD SHEET

For Captain in the Medical Branch Fot Anna Ni
   Military rank, surname, first name, patronymic
Chief, Laboratory of the Infectious Diseases Hospital
   Title, unit name
N 860  First Baltic Front
   District, front

**Exhibit 91 - 1651**

LB-538

[see 542 for complete image]

**Exhibit 91 - 1652**

LB-539

[see 541 for complete image]

**Exhibit 91 - 1653**

LB-540

3/27/2020                 People's Victory

Home/People and Awards/

Search Results/

# Fot, Anna Nikolaevna. Birth year 1892

### Add photo of a hero

**About the project Road of Memory in the Main Cathedral of the Armed Forces of Russia (https://foto.pamyat-naroda.ru/about)**

Rank: captain in the medical branch

In the Red Army since June 23, 1941 Place of Service: Infectious Disease Hospital 860 First Baltic Front

Record number: 36130441

Documents on this award

**1. The order (decree) of the award and accompanying documents to it**

-In the award documents ()

-In the registration card index ()

-In the commemorative index ()

**II. Registration card**

-Data in the card index ()

### Red Star Medal

**Exhibit 91 - 1654**

LB-541

3/27/2020                                        People's Victory


[image of star]

Captain Anna Nikolaevna Fot has been working as the Hospital Laboratory Chief since the war began. Aside from her work, which she performed carefully and in a timely manner, despite a large workload, she also does research, studying the effects of sulfides on bacteria in test tubes, making it possible to use sulfide correctly for various infectious-disease patients, which helped restore patient health faster and more reliably. She is responsible and disciplined.

She is worthy of a Red Star medal.

**Exhibit 91 - 1655**

LB-542

<table>
<tr>
<td rowspan="2" style="writing-mode: vertical-lr">FOR INSERTION</td>
<td>

With 02673

### AWARD SHEET

**1. Primary Data About the Candidate for Award**          [photo]

1. Year and place of birth (region, district, village) <u>1892, Vologda</u>

   <u>Kaduisk district, Nikolskoe village</u>

2. Ethnicity <u>Russian</u>                         3. Social Status <u>in service</u>

4. Party Affiliation <u>no party</u>              Party Document No. <u>none</u>

5. Education: <u>higher</u>                         Military Education <u>none</u>

6. Service Duration (from what to what time) NKVD secret police <u>no</u>  in Red Army <u>from June 23, 1941</u>

7. Participation in Civil War military operations <u>did not participate</u>

8. Participation in fights on fronts of the Great Patriotic War (as part of what unit

Time <u>June 27, 1941 in Infectious Diseases Hospital 860 until present</u>

9. Injuries and concussions          <u>none</u>

10. USSR awards and medals received (Order date, No. and date

      a) in the past          <u>did not receive</u>

      b) for participation in the Patriotic War          <u>none</u>

11. A prisoner of war or surrounded          <u>no</u>

12. Family Status (surname, name, patronymic address of offspring) <u>married, daughter: Marga-</u>

      <u>rita Genrikhovna Fot, born 1919, mother: Tsvetkova,</u>

      <u>Aleksandra Semyonovna 80 years old</u>

13. Address of permanent residence _____

_____

### II. Brief, Specific Description of the Military Achievement

**Presented for award**

<u>Captain Anna Nikolaevna Fot has been working as the Hospital Laboratory Chief since the war began. Aside from her work, which she performed carefully and in a timely manner, despite a large workload, she also does research, studying the effects of sulfides on bacteria in test tubes, making it possible to use sulfide correctly for various infectious-disease patients, which helped restore patient health faster and more reliably. She is responsible and disciplined.</u>
<u>She is worthy of a Red Star medal.</u>

    Director, I.D. H. 860 [signed] [stamp]

    Major

</td>
</tr>
</table>

<b>Exhibit 91 - 1656</b>

LB-543


3/27/2020                    People's Victory


Main page/People and Awards/Fot, Anna Nikolaevna


Add photo of hero

About the project Road of Memory in the Main Cathedral of the Armed Forces of Russia (https://foto.pamyat-naroda.ru/about)

# Frontline Order
No. 1012 From November 4, 1944
Published: First Baltic Front Armed Forces
Archive: Defense Ministry Central Archive
Fund: 33
Inventory 690155
Storage item: 7015

Record number: 36130423


2/48

6. Major in Medical Branch                    [right side cut off]

  Iouri Kazimirovich LEVKOVOKY

7. Lieutenant Colonel in the Medical Branch

  Leonid Vasilievich NOVOKSHENOV


**Exhibit 91 - 1657**

LB-544

| 8. | Captain in the Medical Branch<br>Vasiliy Logvinovich PANKIN | [right side cut off] |
|---|---|---|
| 9. | Major in the Medical Branch<br>Vladimir Yevgenievich POKROVSKIY | |
| 10. | First Lieutenant in the Medical Branch<br>Tamara Vadimovna PRASOLOVA | |
| 11. | Captain in the Medical Branch<br>Aleksey Petrovich PTITSIN | |
| 12. | First Lieutenant in the Medical Branch<br>Anastasia Mikhaylovna SLYUSAREVA | |
| 13. | Captain in the Medical Branch<br>Anna Nikolaevna FOT | |
| 14. | Major in the Medical Branch<br>Galina Solomonovna CHASOVNIKOVA | |
| 15. | First Lieutenant in the Medical Branch<br>Maria Aleksandrovna YURKOVA | |

Medal for Military Achievements

**Exhibit 91 - 1658**

LB-545

1. Second Lieutenant in the Medical Branch                                    [right side cut off]

   MARIA GRIGORIEVNA ANAEVA

2/48

**Exhibit 91 - 1659**

# EXHIBIT 92



**Exhibit 92 - 1660**

# EXHIBIT 93

6/2/2020                                    Михель Герман Иванович :: Память народа



### Медаль «За боевые заслуги»

**Наградной документ**

**Дата рождения:** __.__.1911

**Дата поступления на службу:** 16.07.1944

**Место призыва:** Угличский РВК, Ярославская обл., Угличский р-н

**Воинское звание:** ефрейтор

**Воинская часть:** 420 оиптдн 207 сд

**Даты подвига:** 10.03.1945-13.03.1945

**Приказ подразделения**

**№:** 16/н **от:** 28.03.1945

**Издан:** 207 сд

Информация об архиве+

**Михель Герман Иванович**

Медаль «За взятие Берлина»

**Михель Герман Иванович**

Медаль «За победу над Германией в Великой Отечественной войне 1941–1945 гг.»

Похожие документы

Feat

rst page of order or decree

e in the award

Award list

Declassified in accordance with the order of the Minister of Defense of the Russian Federation of 8 May 2007 N181 "On declassification of the Red Army and Navy archives regarding the period of the Great Patriotic War of 1941-1945" (as amended on 30 May 2009)

**Exhibit 93 - 1661**

**Медаль «За боевые заслуги»**



**Наградной документ**

**Дата рождения:** __.__.1911

**Дата поступления на службу:** 16.07.1944

**Место призыва:** Угличский РВК, Ярославская обл., Угличский р-н

**Воинское звание:** ефрейтор

**Воинская часть:** 420 оиптдн 207 сд

**Даты подвига:** 10.03.1945-13.03.1945

**Приказ подразделения**

**№:** 16/н **от:** 28.03.1945

**Издан:** 207 сд

Информация об архиве+

**Михель Герман Иванович**

Медаль «За взятие Берлина»

**Михель Герман Иванович**

Медаль «За победу над Германией в Великой Отечественной войне 1941–1945 гг.»

Похожие документы

**Exhibit 93 - 1662**



- 2 -

2. Рядового ЕКИМОВА                  – писаря старшего 255 отдельного
   Александра Платоновича                медико-санитарного батальона.

3. Ефрейтора М И Х Е Л Ь            – автомеханика 420 отдельного
   Германа Ивановича                     истребительного противотанково-
                                         го дивизиона.

КОМАНДИ .......... СТРЕЛКОВОИ
КРАСНОЗ .......... ДИВИЗИИ
ПОЛ .........

/ АСАФОВ /

Отпечат. 3 экз

экз № 1-2 ОК 3 УА
экз № 3 – в дело

исп. Краснов.
28.3.45 в.г.

Exhibit 93 - 1663

LB-556

6/2/2020                                    Mikhel, Gherman Ivanovich    People's Memory

**Medal for Military Merit**

[image of medal]

**Award Document**

Date of birth: 1911

Service Start Date: July 16, 1944

Recruitment Location: Uglich Recruitment Center, Yaroslavl region, Uglich district

Rank: Private First Class

Unit: 420th Detached Anti-Tank Battalion, 207th Rifle Division

Feat Date: March 10, 1945-March 13, 1945

**Subunit Order**

**No.** 16/н **Dated** March 28, 1945

Published: 207th Rifle Division

Information about the archive

**Mikhel, Gherman Ivanovich**

Medal for the Capture of Berlin

**Mikhel, Gherman Ivanovich**

Medal for Victory Over Germany in the Great
Patriotic War 1941-1945

Similar Documents

**Exhibit 93 - 1664**

LB-557


[duplicate of 556]

**Exhibit 93 - 1665**

LB-558

| 2 | |
|---|---|
| 2. Private Aleksandr Platonovich YEKIMOV | Senior Clerk, 255th Detached Medical Battalion |
| 3. Private First Class Gherman Ivanovich MIKHEL | Motor Vehicle Mechanic, 420th Detached Anti-Tank Division |

Commander, Rifle
[seal] Red-Banner Division
    [signed]        / ASAFOV /

3 copies printed
Copy No. 1,2 OK Z UL
Copy No. 3 to folder
Initiated
March 28, 1945

**Exhibit 93 - 1666**

# EXHIBIT

# 94



**Exhibit 94 - 1667**

# EXHIBIT

# 95



# Михель Герман Иванович 1911г.р.

О проекте «Дорога памяти» в Главном Храме Вооруженных сил России

Year of birth: __.__.1911
ефрейтор
In the Red Army since __.__.1943
Place of birth: Калининская обл., г.
Осташков

Record number: 1004573713

## List of awards

| | | | | |
|---|---|---|---|---|
| 1 | 16/н | 28.03.1945 | Медаль «За боевые заслуги» | Show Awarding Paper |
| 2 | 31/н | 05.05.1945 | Орден Красной Звезды | Show Awarding Paper |
| 3 | | 09.06.1945 | Медаль «За взятие Берлина» | Show Awarding Paper |

Exhibit 95 - 1668

LB-548

Mikhel, Gherman Ivanovich. Birth year 1911.

Add photo of the hero

About the project "Memory Road" at the Main Cathedral of the Armed Forces of Russia

Year of Birth 1911

Private First Class

In the Red Army since 1943

Place of birth: Kalininsky region, city of

Ostashkov

Record number: 1004573713

List of awards

| 1 | 16/H | March 28, 1945 | Medal for Military Merit | Show Awarding Paper |
|---|------|----------------|--------------------------|---------------------|
| 2 | 31/H | May 5, 1945 | Red Star Medal | Show Awarding Paper |
| 3 | | June 9, 1945 | Medal for Capture of Berlin | Show Awarding Paper |

**Exhibit 95 - 1669**