# EXHIBIT

# 96

PAMYAT NARODA 1941-1945

**HEROES** | COMBAT OPERATIONS | MILITARY GRAVES | WAR UNITS | DOCUMENTS OF UNITS | USER'S HISTORIES | Ru

Dear users! In connection with technological work, access to personal archives is temporarily limited. We apologize for any inconvenience caused.

Михель Герман Иванович | SEARCH

Main page / Heroes / — Back to search result

## Michel
### German Ivanovich
corporal

Copy the link to this hero page

| | |
|---|---|
| Military unit | 601 joint venture 415 apr 207 sd ( 601 joint venture , 415 apr , 207 sd ) |
| Name of the award | Medal 'For the capture of Berlin' |
| Fund ist. of information | 317 |
| Description ist. of information | 4554 |
| Case ist. of information | 225_t2 |
| Archive | TsAMO |

Add a hero to the gallery "Memory Road"

About the project "Memory Road" in the Main Temple of the Armed Forces of Russia.

Award documents | Battle rout Hero / Duty station | Additional Information

First page of order or decree    Line in the award list

**Medal "For the capture of Berlin"**

**Unit Order**
No: 90 from: 10/18/1945
Published: 601 minp 207 sd 415 abr
Archive: TsAMO
Fund: 317
Listing: 4554
Storage Unit: 225_t2
Record number: 1530057564

Page: 1 v at 1

Declassified in accordance with the order of the Minister of Defense of the Russian Federation of May 8, 2007 N181 "On declassification of the Red Army and Navy archives regarding the period of the Great Patriotic War of 1941-1945" (as amended on Mar 30, 2009 ).

© Ministry of Defense of the Russian Federation

**Exhibit 96 - 1670**

Секретно
экз № 2    462

## Акт 90

18 октября 1945 года, мною Командиром 601 минометного полка 415 артиллерийской бригады 207 стрелковой Померанской краснознаменной ордена Суворова дивизии подполковником Сероус на основании Указа Президиума Верховного Совета Союза ССР от 9 июня 1945 г. вручены медали „За взятие Берлина".

| №п/п | Фамилия, Имя и Отчество | Воен. зван. награжд. | № удостоверения |
|---|---|---|---|
| 1. | Андреев Виктор Кириллович | старший лейтенант | АП 250433 |
| 2. | Винокуров Борис Васильевич | капитан | АП 250427 |
| 3. | Вишняков Алексей Максимович | старший лейтенант | АП 250426 |
| 4. | Гриневич Семен Никитович | старшина | АП 250428 |
| 5. | Забегайло Григорий Максимович | старший лейтенант | АП 250429 |
| 6. | Кабанов Иван Васильевич | лейтенант | АП 250430 |
| 7. | Конгогашев Иван Васильевич | младший сержант | АП 250431 |
| 8. | Кундиренко Василий Николаевич | старший лейтенант | АП 250432 |
| 9. | Михель Герман Иванович | ефрейтор | АП 250438 |

Командир 601 минометного полка 415 а.бр 61 207 с.пр Померанской Краснознаменной ордена Суворова дивизии

подполковник — /подпись/ (Сероус)

Исп. 5 экз.
экз № 1 Серия
экз № 2, 4 - Штадив
экз № 5 - 415 А.бр.
исх. № 9 № 906

**Exhibit 96 - 1671**



Exhibit 96 - 1672

LB-549


[see 550 for better image]

**Exhibit 96 - 1673**

LB-550

*Secret 462*

*Copy No. 2*

<u>Act  90</u>

On October 18, 1945, I, Mr. Serous, Commander of the 601st Mortar Regiment, 415th Artillery Brigade, 207th Rifle Division (Pomeranian Red-Banner Order of Suvorov Division), on the basis of the Decree from the President of the Supreme Soviet of the Union of Soviet Socialist Republics of June 9, 1945, do hereby award the following medals for the Capture of Berlin:

|   | Name, patronymic, surname | Rank |  |
|---|---|---|---|
| 1 | Viktor Kirillovich Andreyev | First Lieutenant | An 250433 |
| 2 | Boris Vasilievich Vinokurov | Captain | An 250427 |
| 3 | Aleksey Makennovich Vishnyakov | First Lieutenant | An 250426 |
| 4 | Semyon Nikitovich Grinevich | First Lieutenant | An 250428 |
| 5 | Grigoriy Makennovich Zabegoylo | Second Lieutenant | An 250429 |
| 6 | Ivan Vasilievich Kabanov | Second Lieutenant | An 250430 |
| 7 | Ivan Vasilievich Konchegashev | Junior Sargeant | An 250431 |
| 8 | Vasiliy Nikolaevich  Kundirenko | First Lieutenant | An 250432 |
| 9 | Gherman Ivanovich Mikhel | Gefreiter | An 250438 |

Commander of the 601st Mortar Regiment,
415th Artillery Brigade,
207th Rifle Division (Pomeranian Red-Banner Order of Suvorov Division)
[seal] [signed] Serous

**Exhibit 96 - 1674**



LB-551

**Exhibit 96 - 1675**

# EXHIBIT 97

Case 2:02-cr-00220-MCS    Document 2475-6    Filed 10/05/23    Page 9 of 227    Page ID #:21265

Dear users! In connection with technological work, access to personal archives is temporarily limited. We apologize for any inconvenience caused.

Михель Герман Иванович __.__.1911                    SEARCH   ?

Main page / Heroes / ← Back to search result

☆ To the archive

# Michel
## German Ivanovich

corporal

Copy the link to this hero page

| | |
|---|---|
| Date of Birth | __.__.1911 |
| Place of call | Uglichsky RVK, Yaroslavl region, Uglichsky district |
| Military unit | 420 OPTDN 207 SD ( 420 OPTDN , 207 SD ) |
| Date of joining the service | 07/16/1944 |
| Name of the award | Medal for Military Merit |
| Feat dates | 03/10/1945 - 03/13/1945 |
| Fund ist. of information | 33 |
| Description ist. of information | 686196 |
| Case ist. of information | 2204 |
| Archive | TsAMO |

Add a hero to the gallery "Memory Road"

About the project "Memory Road" in the Main Temple of the Armed Forces of Russia

Award documents | Battle rout Hero / Duty station | Additional Information

Feat | First page of order or decree | Line in the award list | Award list

**Medal for Military Merit**

**Unit Order**

No: 16 / N from 03/28/1945
Published: 207 sd
Archive: TsAMO
Fund: 33
Inventory: 686196
Storage Unit: 2204
Record number: 27510333

Page: 3 ∨ of 59



Declassified in accordance with the order of the Minister of Defense of the Russian Federation of May 8, 2007 N181 "On declassification of the Red Army and Navy archives regarding the period of the Great Patriotic War of 1941-1945" (as amended on May 30, 2009 )

© Ministry of Defense of the Russian Federation

Exhibit 97 - 1676



Exhibit 97 - 1677



**Exhibit 97 - 1678**

LB-553



**Exhibit 97 - 1679**

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 13 of 227   Page ID #:21269



Exhibit 97 - 1680



LB-555

**Exhibit 97 - 1681**

# EXHIBIT

# 98

Dear users! In connection with technological work, access to personal archives is temporarily limited. We apologize for any inconvenience caused.

Михель Герман Иванович __.__.1911    **SEARCH**    ⑦

Main page / Heroes / ← Back to search result

☆ To the archive

## Michel
### German Ivanovich
corporal

Copy the link to this hero page

| | |
|---|---|
| Date of Birth | __.__.1911 |
| Place of call | Uglichsky RVK, Yaroslavl region, Uglichsky district |
| Military unit | 420 OPTDN 207 SD ( 420 OPTDN , 207 SD ) |
| Date of joining the service | 07/16/1944 |
| Name of the award | Order of the Red Star |
| Feat dates | 03/11/1945,16.04.1945-26.04.1945 |
| Fund ist. of information | 33 |
| Description ist. of information | 686196 |
| Case ist. of information | 5236 |
| Archive | TsAMO |

Add a hero to the gallery "Memory Road"

About the project "Memory Road" in the Main Temple of the Armed Forces of Russia

Award documents    |    Battle rout Hero / Duty station    |    Additional Information

Feat    First page of order or decree    Line in the award list    Award list

Order of the Red Star

Page: 2 ∨ of 170



**Unit Order**

No: 31 / n from 05/05/1945
Published: 207 sd
Archive: TsAMO
Fund: 33
Inventory: 686196
Storage Unit: 5236
Record number: 27136412

Declassified in accordance with the order of the Minister of Defense of the Russian Federation of May 8, 2007 N181 'On declassification of the Red Army and Navy archives regarding the period of the Great Patriotic War of 1941-1945' (as amended on May 30, 2009 )

© Ministry of Defense of the Russian Federation

- 2 -

12. Рядового ЕЛЕСИНА Владимира
Григорьевича
— старшего вычислителя 1 дивизиона 780 артиллерийского полка.

13. Гвардии лейтенанта МУРКИНА
Владимира Кузьмича
— командира стрелкового взвода 598 стрелкового полка.

14. Младшего лейтенанта ЗАГОРУЙКО-
ТАНАШУК Николая Макаровича
— командира стрелкового взвода 598 стрелкового полка.

15. Рядового ЗАГОЛЬНИК Михаила
Павловича
— заряжающего 7 батареи 780 артиллерийского полка.

16. Рядового ЗЕЛКОВСКОГО
Георгия Петровича
— водителя автомашин оперативного отделения дивизии.

17. Младшего лейтенанта СОЛЕВУ
Валентину Георгиевну
— помощника начальника медснабжения 255 отдельного медико-санитарного батальона.

18. Младшего лейтенанта КОНЬКОВА
Ивана Андреевича
— командира взвода управления 8 батареи 780 артиллерийского полка.

19. Младшего лейтенанта ЛАЩЕВСКОГО
Анатолия Владимировича
— командира взвода управления 780 артиллерийского полка.

20. Младшего лейтенанта ЛУНЕВА
Анатолия Анатольевича
— командира взвода управления 420 отдельного истребительного противотанкового дивизиона.

21. Старшего сержанта ЛЫСОГО
Сергея Игнатьевича
— помощника командира взвода связи 780 артиллерийского полка.

22. Рядового МАКШАНОВА Алексан-
дра Сергеевича
— шофера эвако-транспортного взвода 255 отдельного медико-санитарного батальона.

23. Сержанта МАНЬКО Никита
Степановича
— старшего радиотелеграфиста 1 дивизиона 780 артиллерийского полка.

24. Техника лейтенанта МАРКИНА
Петра Андреевича
— артиллерийского техника младшего 780 артиллерийского полка.

25. Ефрейтора МИХЕЛЬ Германа
Ивановича
— автотехника 420 отдельного истребительного противотанкового дивизиона

26. Младшего лейтенанта НАГОРНО-
ГО Владимира Михайловича
— командира огневого взвода 1 дивизиона 780 артиллерийского полка.

27. Старшину медицинской службы
НАЗАРОВУ Ольгу Нефедовну
— медицинскую сестру эвако-отделения 255 отдельного медико-санитарного батальона.

28. Старшего сержанта НАТРУСОВА
Алексея Федоровича
— командира орудия батареи 3 дивизиона 780 артиллерийского полка.

29. Старшего лейтенанта медицин-
ской службы НЕЦВЕТАЕВУ Алек-
сандру Ивановну
— старшего врача 780 артиллерийского полка.

30. Младшего лейтенанта ОВЧИН-
НИКОВА Владимира Емельяновича
— командира стрелкового взвода 594 стрелкового полка.

Exhibit 98 - 1683



**Exhibit 98 - 1684**



**Exhibit 98 - 1685**



Exhibit 98 - 1686

LB-565

| Mikhel, Gherman Ivanovich | |
|---|---|
| [image of Red Star award] | Better image on next page |

**Exhibit 98 - 1687**

LB-566

| # | Name | Position |
|---|------|----------|
| 12. | Private Vladimir Grigorievich KLESIN | Senior Computer, I Division, 780th Artillery Regiment |
| 13 | Guards Lieutenant Vladimir Kuzmich MURKIN | Commander, Rifle Platoon 598th Rifle Regiment |
| 14. | Junior Lieutenant Nikolai Makarovich ZAGORUISHKO-TANASHUK | Commander, Rifle Platoon 598th Rifle Regiment |
| 15. | Private Mikhail Pavlovich ZAUGOLNIK | Loader, 7th battery, 780th Artillery Regiment |
| 16. | Private Georgiy Petrovich ZELKOVSKIY | Driver, Operational Unit of the Division |
| 17. | Junior Lieutenant Valentin Georgiyevich ISAEV | Assistant to the Chief of Medical Supply, 255th Detached Health Battalion |
| 18. | Junior Lieutenant Ivan Andreyevich KONKOV | Commander, Management Platoon for 8th Battery, 780th Artillery Regiment |
| 19. | Junior Lieutenant Anatoliy Vladimirovich LASHEVSKIY | Commander, Management Platoon, 780th Artillery Regiment |
| 20. | Junior Lieutenant Anatoliy Anatolievich LUNEV | Commander, Management Platoon, 420th Detached Rifle Anti-Tank Divizion |
| 21. | Senior Sergeant Sergey Ignatievich LYSIY | Assistant of the Commander, Communications Platoon, 780th Artillery Regiment |
| 22. | Private Aleksandr Sergeyevich MAKSHANOV | Driver, Evacuation/Transportation Platoon, 255th Detached Health Battalion |
| 23. | Sergeant Nikita Stepanovich MANKO | Senior Radio Telegraphy Operator, 1st Divizion, 780th Artillery Regiment |
| 24. | Technical Lieutenant Pyotr Andreevich MARKIN | Artillery Junior Technician, 780th Artillery Regiment |
| 25. | Private First Class Gherman Ivanovich MIKHEL | Vehicle Mechanic 420th Detached Rifle Anti-Tank Divizion |
| 26. | Senior Lieutenant of the Medical Service Vladimir Mikhailovich AGORNIY | Senior Doctor, 780th Artillery Regiment |
| 27. | Chief of the Medical Service Olga Nefedovna NAZAROVA | Nurse, Evacuation Dept, 255th Detached Health Battalion |
| 28. | Senior Sergeant Aleksey Fedorovich NATRUSOV | Gun Captain, Battery, 3rd Divizion, 780th Artillery Regiment |
| 29. | Senior Lieutenant in the Medical Service Aleksandra Ivanovna NETSVETAEVA | Senior Doctor, 780th Artillery Regiment |
| 30. | Junior Lieutenant Vladimir Yemelyanovich OVCHINNIKOV | Commander, Rifle Platoon, 594th Rifle Regiment |

**Exhibit 98 - 1688**

Main page / Military Units / 420 wholesale

# 420 wholesale

☆ To archive

## Combat way parts

- ○ Combat operations: 420 military personnel
  06/29/1943 – 06/29/1945
- ○ Combat operations: 420 military personnel
  07/18/1943 – 07/18/1945
- ○ Combat operations: 420 military personnel
  03/13/1940 – 04/28/1945
- ○ Combat operations: 420 military personnel
  06/23/1940 – 10/23/1945



LB-567

**Exhibit 98 - 1689**

| | |
|---|---|
| Date of Birth | __.__.1911 |
| Place of call | Uglichsky RVK, Yaroslavl region, Uglichsky district |
| Military unit | 420 OPTDN 207 SD ( 420 OPTDN , 207 SD ) |
| Date of joining the service | 07/16/1944 |
| Name of the award | Order of the Red Star |
| Feat dates | 03/11/1945,16.04.1945-26.04.1945 |
| Fund ist. of information | 33 |
| Description ist. of information | 686196 |
| Case ist. of information | 5236 |
| Archive | TsAMO |



Add a hero to the gallery 'Memory Road'

About the project "Memory Road" in the Main Temple of the Armed Forces of Russia

Award documents | Battle rout Hero / Duty station | Additional Information



LB-568

**Exhibit 98 - 1690**



LB-569

**Exhibit 98 - 1691**

# EXHIBIT 99

# Михель Герман Иванович 1911г.р.



ДОБАВИТЬ ФОТОГРАФИЮ ГЕРОЯ

О проекте «Дорога памяти» в Главном Храме Вооруженных сил России

Rank: ефрейтор
In the Red Army since 16.07.1944 Place of recruitment: Угличский РВК, Ярославская обл., Угличский р-н

Place of service: 420 оиптдн 207 сд

Feat date: 11.03.1945,16.04.1945-26.04.1945

Record number: 27136438

## Орден Красной Звезды

Documents on this award

### I. The order (decree) of the award and accompanying documents to it

- In the award documents

- In the registration card index

- In the commemorative index

### II. Registration card

- Data in the card index

Feat:

Авто-техник дивизиона тов. Михель своей самоотверженной и неутомимой работой обеспечивает успешные боевые действия дивизиона...

Case 2:02-cr-00220-MCS    Document 2475-6    Filed 10/05/23    Page 27 of 227    Page ID #:21283

Exhibit 99 - 1692

Case 2:02-cr-00220-MCS    Document 2475-6    Filed 10/05/23    Page 28 of 227    Page
ID #:21284

# Михель Герман Иванович 1911г.р.



ДОБАВИТЬ ФОТОГРАФИЮ ГЕРОЯ

О проекте «Дорога памяти» в Главном Храме Вооруженных сил России

Звание: ефрейтор
в РККА с 16.07.1944 года Место призыва: Угличский РВК, Ярославская обл., Угличский р-н

Место службы: 420 оиптдн 207 сд

Дата подвига: 11.03.1945,16.04.1945-26.04.1945

№ записи: 27136438

Архивные документы о данном награждении

## I. Приказ(указ) о награждении и сопроводительные документы к нему

- первая страница приказа или указа

- строка в наградном списке

- наградной лист

## II. Учетная картотека

- данные в учетной картотеке

### Орден Красной Звезды

Подвиг:

Авто-техник дивизиона тов. Михель своей самоотверженной и неутомимой работой обеспечивает успешные боевые действия дивизиона...

PodvigNaroda.ru (Achievement of the People WW2 Awards)

Exhibit 99 - 1693

LB-570

Gherman Ivanovich MIKHEL, born 1911

Add photo of a hero

| Rank: Private First Class In the Red Army since July 16, 1944. Place of recruitment: Uglich Recruitment Center, Yaroslavl region, Uglich district Place of service: 420th Separate Anti-Tank Artillery Battalion, 207th Rifle Division Feat. Date: March 11, 1045, April 16, 1945-April 26, 1945 <br><br> Record number: 27136438 | [English] | [image of Red Star Award] |
|---|---|---|
| Feat: <br> [full version on 564] Divizion vehicle repairman Comrade Mikhel working selflessly and tirelessly, ensured the successful military actions | | |

Exhibit 99 - 1694

LB-571

[same as previous]

**Exhibit 99 - 1695**

# EXHIBIT

# 100

Главная страница (/?#tab=navHome) / Михель Герман Иванович (/?#id=27136438&tab=navDetailManAward)

---

ДОБАВИТЬ ФОТОГРАФИЮ ГЕРОЯ

О проекте «Дорога памяти» в Главном Храме Вооруженных сил России (https://foto.pamyat-naroda.ru/about)

# Приказ подразделения

№: 31/н От: 05.05.1945

Издан: 207 сд
Архив: ЦАМО
Фонд  33
Опись: 686196
Единица хранения: 5236

№ записи 27136412

| ◀ | 53 / 170 ⌄ | ▶ | | ⊕ ⊖ 🖶 ⛶ |
|---|---|---|---|---|



**Exhibit 100 - 1696**



2. Национальность. –

3. С какого времени состоит в красной армии. – с 16

4 Партийность. – беспартийный.

5 Участие в боях. – Участник Отечественной войны

6 Имеет ли ранения или контузии. – Легкое оско-
в левую ногу 14 сентября 1944 года, в районе Ереши

7. Чем ранее награжден. – медаль "За боевые засл
приказ № 016-н от 28 Марта, 1945 года по 207 Отрельно
знаменной дивизии.

8 Каким РВК призван. – Угличский РВК, Яросла

9. Постоянный домашний адрес. – город Ленинград
одинок.

родился:

1. Краткое изложение личного боевого подвига или
Авто-техник дивизиона тов. Михель своей самоо
неутомимой работой обеспечивает успешные б
дивизиона, содержа средства тяги дивизиона в
постоянной готовности. В бою в районе Дрезов
водством тов. Михель, было с поля боя выведено и
автомашин, которые быстро были восстановле
эксплоатацию. В боях с 16.04.45г. по 26.04.45г. тов. М
ственно на поле боя устранял повреждения у н
из строя автомашин, бесперебойно обеспечи з
создал маневренность батарей. Своими действием
успешности выполнению дивизионом боевой задач
правительственной награды

Орденом "Красная Звезда"

**Exhibit 100 - 1697**

Секретно
Экз № 1

Наградной лист.

Фамилия, Имя, Отчество. — Михель Герман Иванович
Военное звание. — ефрейтор
Должность и часть. — Авто-техник 420 Отдельного Истребительного противотанкового дивизиона, 207 Стрелковой Краснознаменной дивизии.

Представляется к ордену "Красная Звезда"

1. Год рождения — 1911 года   2. Национальность. — Русский
3. С какого времени состоит в красной армии — с 16 июля 1944 года.
4. Партийность. — беспартийный.
5. Участие в боях. — Участник Отечественной войны с 10 Августа 1944г.
6. Имеет ли ранения или контузии. — Легкое осколочное ранение в левую ногу 14 Октября 1944 года в районе Ерени (Латвия)
7. Чем ранее награжден. — медаль "За боевые заслуги" приказ № 016-н от 28 Марта 1945 года по 207 Отдельной Краснознаменной дивизии.
8. Каким РВК призван — Угличским РВК, Ярославской области.
9. Постоянный домашний адрес. — город Ленинград ул. Московская 8° кв 14 одинок.

родился:

1. Краткое изложение личного боевого подвига или заслуг.
Авто-техник дивизиона тов. Михель своей самоотверженной и неутомимой работой обеспечивает успешные боевые действия дивизиона, содержа средства тяги дивизиона в порядке и в постоянной готовности. В бою в районе Ерени 11-03-45г под руководством тов. Михель, было с поля боя вывезено шесть трофейных автомашин, которые быстро были восстановлены и пущены в эксплуатацию. В боях с 16-04-45г по 26-04-45г. тов. Михель непосредственно на поле боя устранил повреждения у пяти вышедших из строя автомашин, бесперебойно обеспечив горючим, чем создал маневренность батарей. Своим действием способствовал успешному выполнению дивизионом боевой задачи. Достоин правительственной награды.

Ордена "Красная Звезда."

Командир 420 Отдельного Истребительного противотанкового дивизиона

Исх № 0608
27.4.45.                                                    (Беседа?)

Exhibit 100 - 1698

LB-562

6/2/2020      PEOPLE AND AWARDS

MAIN PAGE  MIKHEL, GHERMAN IVANOVICH

ADD PHOTO OF A HERO
About the Memory Road Project

# Military Order

No. 31/н of May 5, 1945

Published: 207th Rifle Division

Archive: Defense Ministry Central Archive

Fund: 33

Number: 686196

Storage Unit: 5236

Record number: 27136412

[better image in 564]

**Exhibit 100 - 1699**

LB-563

[better image in 564]

**Exhibit 100 - 1700**

LB-564

Secret
Copy No. 1
*73*

Award Sheet

Surname, name, patronymic: Mikhel, Gherman Ivanovich

Rank: Private First Class

Position and unit: Vehicle Repair Person, 420th Detached Rifle Anti-tank Divizion, 207th Rifle Red-Banner Division

Is being nominated for a Red Star Award

1. Year of birth: 1911          2. Ethnicity: Russian

3. Date of Entry to the Red Army: July 16, 1944

4. Party Affiliation: No party

5. Participation in battles: Participated in Patriotic War starting on August 10, 1944.

6. Wounds and Concussions. On September 14, 1944, light shrapnel wounds on left leg near [illeg] (Latvia).

7. Prior awards. For Military Merit, decree 016-н March 28, 1945. 207th Rifle Red-Banner Division

8. Recruitment center: Recruited at Uglich Recruitment Center, Yaroslavsk region

9. Permanent home address: 80 Pionerskaya Street Apartment 14, Leningrad. Single.

Born:

Brief description of personal battle feats or achievements: Divizion vehicle repairman Comrade Mikhel working selflessly and tirelessly, ensured the successful military actions of the divizion; he serviced equipment, trucks of the divizion, keeping them in working order and always ready. In a battle near [illeg] on March 11, 1945, under the direction of Comrade Mikhel, six vehicles - trophies of war - were removed from the battlefield, were quickly restored, and put into operation. In a battle lasting from April 16, 1945 through April 26, 1945, Comrade Mikhel repaired five disabled vehicles directly on the battlefield and consistently provided fuel, which ensured battery maneuverability. His actions contributed to the division's successful completion of military tasks.

He is deserving of the governmental Red Star Award.

[seal] Commander, 420th Detached Rifle
Anti-tank Divizion [signed]
Major                                                    /BESSARAB/

Initiated No. 0608
April 27, 1945

**Exhibit 100 - 1701**

# EXHIBIT 101

Главная страница (/?#tab=navHome) / Люди и награждения (/?#tab=navPeople_search) / Результаты поиска (/?#tab=navPeople_search)

| ❮ To the previous search result () | To the next search result ❯ () |

# Михель Герман Иванович 1911г.р.

ДОБАВИТЬ ФОТОГРАФИЮ ГЕРОЯ

О проекте «Дорога памяти» в Главном Храме Вооруженных сил России
(https://foto.pamyat-naroda.ru/about)

Rank: ефрейтор
In the Red Army since 16.07.1944 Place of recruitment: Угличский РВК, Ярославская обл., Угличский р-н

Place of service: 420 оиптдн 207 сд

Feat date: 10.03.1945-13.03.1945

Record number: 27510364
Documents on this award

## I. The order (decree) of the award and accompanying documents to it

- In the award documents ()

- In the registration card index ()

- In the commemorative index ()

## II. Registration card

- Data in the card index ()

Медаль «За боевые заслуги»

**Exhibit 101 - 1702**

6/2/2020          ЛЮДИ И НАГРАЖДЕНИЯ Поиск людей по фамилии, имени, отчеству и тп в наградных листах, приказах о награждениях и в карто…



Feat:

В бою в районе Гросс Юстин с 10.03.45 по 13.03.45 г. тов. Микель, несмотря на ружейно-пулеметной и артиллерийский огонь противника, призирая опасность для жизни, со своими слесарями подвинулся к переднему краю и восстановил 6-автомашин и рискуя жизнью, вывел их с поля боя. Благодаря его самоотверженных действий, дивизион получил хорошее пополнение тягачами и готов выполнить любую боевую задачу.

**Exhibit 101 - 1703**



Секретно.
Экз № 1

Наградной лист.

Фамилия, Имя, Отчество — Михель Герман Иванович

Военное звание — ефрейтор

Должность и часть. — Автотехник 420 Отдельного Истребительного Противотанкового дивизиона, 207 Стрелковой Краснознаменной дивизии

Представляется к ордену „Красная Звезда"

1. Год рождения — 1911 г.            2. Национальность — русский.

3. С какого времени состоит в Красной Армии — с 16 июля 1944 года.

4. Партийность. — Беспартийный.

5. Участие в боях. — Участник Отечественной войны с 10 августа 1944.

6. Имеет ли ранения и контузии. — 14 сентября 1944г. легкое осколочное ранение в левую ногу, под Ерени (Латвия)

7. Чем ранее награжден. — Наград не имеет

8. Каким РВК призван. — Угличским РВК, Ярославской области.

9. Постоянный домашний адрес:

Родился:

1. Краткое изложение личного боевого подвига или заслуг.

В бою в районе Гросс Юстин с 10.03.45 то 13.03.45. тов. Михель, несмотря на ружейно-пулеметной и артиллерийский огонь противника, призирая опасность для жизни, со своими слесарями вдвинулся к переднему краю и восстановил 6-автомашин и рискуя жизнью, вывел их с поля боя. Благодаря его самоотверженных действий, дивизион получил хорошие пополнение тягачами и готов выполнить любую боевую задачу. Достоин представленной награды орденом „Красная Звезда"

Командир 420 Отдельного Истребительно-Противотанкового дивизиона Майор (Бессараб)

Исх № 0396

FPD, 03-26-2020

**Exhibit 101 - 1704**

LB-559

6/2/2020      People and Awards. Search for People by Surname, name and patronymic in award sheets, decrees

Main Page. People and Awards. Search Results

# Gherman Ivanovich Mikhel, Birth Year 1911

Add a photo of the hero

About the Project, Memory Road in the Main Cathedral of the Armed Forces of Russia

Rank: Private First Class

In the Red Army since July 16, 1944 Place of Recruitment: Uglich Recruitment Center, Yaroslavsk region, Uglich district

Place of service: Unit: 420th Detached Anti-Tank Battalion 207th Rifle Division

Feat Date: March 10, 1945-March 13, 1945

Record number: 27510364

Documents on this award

I. The order **(decree) of the award** and accompanying documents to it

--In the award documents ()

--In the registration card index ()

--In the commemorative index ()

II. **Registration card**

--Data in the card index ()

For Military Merit

**Exhibit 101 - 1705**

LB-560


6/2/2020      People and Awards. Search for People by Surname, name and patronymic in award sheets, decrees


[image of medal]

Feat: In a battle near Gross Justin from March 10, 1945 to March 13, 1945, Comrade Mikhel, despite the enemy's small-arms and artillery fire, despite hazard to his life, went to the front line with his mechanics and restored 6 vehicles, and risking life, removed them from the battlefield. Thanks to his selflessness, the division received a good replenishment of trucks and were ready to complete any military task.


**Exhibit 101 - 1706**

LB-561

Secret<br>Copy No. 1<br>*236*

<u>Award Sheet</u>

Surname, name, patronymic: Mikhel, Gherman Ivanovich

Rank: Private First Class

Position and unit: Vehicle Repair Person, 420th detached Rifle Antitank Division, 207th Rifle Red-Banner Division

Is being nominated for a Red Star Award

1. Year of birth: 1911

2. Ethnicity: Russian

3. Date of Entry to the Red Army: July 16, 1944

4. Party Affiliation: No party

5. Participation in battles: Participated in Patriotic War starting on August 10, 1944.

6. Wounds and Concussions. On September 14, 1944, light shrapnel wounds on left leg near [illeg] (Latvia).

7. Prior awards. None

8. Recruitment center: Recruited at Uglich Recruitment Center, Yaroslavsk region, Uglich district

9. Permanent home address:

Born:

Brief description of personal battle feats or achievements: In a battle near Gross-Justin from March 10, 1945 to March 13, 1945, Comrade Mikhel, despite the enemy's small-arms and artillery fire, despite hazard to his life, went to the frontline with his mechanics and restored 6 vehicles, and risking life, removed them from the battlefield. Thanks to his selflessness, the division received a good replenishment of tractors and was ready to complete any military task. He is deserving of a governmental Red Star Award.

[seal] Commander, 420th Detached Rifle Division [signed]

/BESSARAB/

Initiated P396
March 17, 1945

**Exhibit 101 - 1707**

# EXHIBIT

# 102

LB-627



Exhibit 102 - 1708

LB-627

| - | 20 | 21 | Yakov | Village Ryazanovshina, Peasant Nil Ioann, and his lawful wife, Yevdokia Yakovleva. Both Russian Orthodox Priest Aleksandr Golikov | Deacon Mikhail Ryazantsev His relatives: brother Pyotr and sister Anna, a girl, Ionnov |
| - | 7 | 22 | Gherman | Commoner of Ostashkov Ioann Kaspar Mikhel. And his lawful wife Sofiya Petrova. Both Russian Orthodox Priest Aleksandr Golikov | Deacon Mikhail Ryazantsev [illegible] Nikolay Fyodorov Vinogradov And sister Ioanna Aleksandra Smirnova maiden name Vorobyova. Borozdin Parish. Starits. Peasant. |
| | [seal] | | *Smirnov* | | Deacon Mikhail Ryazantsev Their son Georgiy and daughter-in-law Yekaterina Argeneyeva |
| | | | Vasiliy | Village of Parushnin peasant Mikhail Ippolionov and his lawful wife Aleksandra Yakovleva, both Russian Orthodox Priest Aleksandr Golikov | Deacon Mikhail Ryazantsev |
| 15 | 25 | 26 | Maria | Village of Barushin Reserve Enlisted man Nik- | [illegible] |

Exhibit 102 - 1709

# EXHIBIT

# 103

LB-825

ФЕДЕРАЛЬНАЯ
СЛУЖБА БЕЗОПАСНОСТИ
РОССИЙСКОЙ ФЕДЕРАЦИИ

(ФСБ России)

УПРАВЛЕНИЕ ПО ГОРОДУ САНКТ-ПЕТЕРБУРГУ
И ЛЕНИНГРАДСКОЙ ОБЛАСТИ

Служба
регистрации и архивных фондов

20 01.2021 № 10/2-3-124/16

г. Санкт-Петербург, 191123

Уважаемая ███████████

Ваше обращение рассмотрено в соответствии с Федеральным законом от 2 мая 2006 г. № 59-ФЗ «О порядке рассмотрения обращений граждан Российской Федерации».

Из материалов находящегося на хранении в архиве УФСБ России по городу Санкт-Петербургу и Ленинградской области архивного уголовного дела № П-42520 установлено, что

> Михель Герман Иванович, 1911 года рождения, уроженец с. Кустанцы, Осташковского района, Калининской области, беспартийный, образование – среднее, главный механик, 2-ой Картонажной фабрики, проживал в Ленинграде, ███████████

Михель Г.И. арестован 19 февраля 1943 г. УНКВД по Ленинградской области. Приговором Военного трибунала войск НКВД Ленокруга и охраны тыла Ленфронта от 10 апреля 1943 г. был признан виновным в совершении преступлений, предусмотренных статьями 58-10 ч. 2 и 182 ч. 4 УК РСФСР (антисоветская агитация в период военной обстановки, хранение холодного оружие без разрешения). Руководствуясь статьями 319 и 320 УПК РСФСР по совокупности совершенных преступлений на основании статьи 58-10 ч. 2 УК РСФСР Михель Г.И. осужден к лишению свободы с отбыванием в ИТЛ сроком на 8 лет, с последующим поражением в правах предусмотренными пунктами «а», «б», «в» и «г» статьи 31 УК РСФСР сроком на 3 года с конфискацией имущества и ценностей. По статье 16-59-6 УК РСФСР

**Exhibit 103 - 1710**

LB-826

2

Михель Г.И. оправдан, так как не являлся ответственным за сдачу радиоприемника (так в деле).

Наказание отбывал в Рыблаге НКВД (г. Углич).

Определением Военной Коллегии Верховного Суда СССР от 26 мая 1944 г. руководствуясь статьей 419 «а» УПК РСФСР состав преступления Михеля Г.И. переквалифицирован со статьи 58-10 ч. 2 УК РСФСР на Указ Президиума Верховного Совета СССР от 6 июля 1941 г. Мера наказания изменена на 5 лет тюремного заключения без поражения в правах. Учитывая, что Михель Г.И. может искупить свою вину на фронте, определено применить к нему примечание 2 к статье 28 УК и наказание отсрочить до окончания военных действий, с направлением Михеля Г.И. на фронт, освободив его из-под стражи. Разъяснить осужденному Михель Г.И., что если он проявит себя стойким защитником Союза ССР, то по ходатайству командования части он может быть и вовсе освобожден от наказания (так в деле).

13 июля 1944 г. Михель Г.И. из-под стражи освобожден и направлен в Рыбинский РВК.

Вопрос о реабилитации Михеля Г.И. не рассматривался, так как он осужден за общеуголовные преступления.

Зам Начальник службы                                        А.В. Фролов

                                                                          К.В. Григорьев

**Exhibit 103 - 1711**

LB-825

FEDERAL
SECURITY SERVICE (FSB)
OF THE RUSSIAN FEDERATION
(FSB OF RUSSIA)
ADMINISTRATION FOR THE CITY OF ST. PETERSBURG
AND LENINGRAD REGION

To: ███████████

███████████

SERVIVE OF
REGISTRATION AND ARCHIVES
January 20, 2021 No. 10/2-3-124/16
St. Petersburg, 191123

Dear ███████████

    Your inquiry was reviewed pursuant to Federal Law dated May 2, 2006, No. 59-FZ, "On How to Review Inquiries from Citizens of the Russian Federation."

    From materials stored in the archive of the Administration of the FSB of Russia for the city of St. Petersburg and Leningrad Region, the archive of criminal case No. P-42520, it is established that:

> Gherman Ivanovich Mikhel, born in 1911, from
>
> Kustantsy, Ostashkov District, Kalinin Region,
>
> Without Party, Education: secondary school, Main Mechanic. 2nd
>
> Cardboard Factory, lived in Leningrad,
>
> ███████████████████████.

    G. I. Mikhel was arrested on February 19, 1943 by the administration of the People's Commissariat of Internal Affairs (NKVD) for Leningrad region. By decree of the Military Tribunal of the Troops of the NKVD of Leningrad region and the Defense of the Rear Forces of the Leningrad Front dated April 10, 1943, he was named guilty of the commission of crimes set forth in Articles 58-10, Part 2 and 182 part 4 of the Criminal Code of the Russian Soviet Federative Socialist Republic (RSFSR) (anti-Soviet agitation in wartime and possessing a cold weapon without a permit). Guided by Articles 319 and 320 of the Rules of Criminal Procedure, RSFSR, based on the totality of crimes committed, under Article 58-10, Part 2 of the Criminal Code of the RSFSR, Mikhel was sentenced to a loss of freedom, to be served at a Correctional Labor Camp for 8 years, with a subsequent disenfranchisement as set forth in items "a" and "b" and "d" of Article 31 of the Criminal Code of the RSFSR for 3 years, along with the confiscation of property and valuables. Under Article 16-59-6 of the Criminal Code of the RSFSR

**Exhibit 103 - 1712**

LB-826

G. I. Mikhel was acquitted since he was not responsible for returning a radio receiver (as it says in the case).

He served his punishment in at the NKVD Ryblag Camp (City of Uglich).

By a determination of the Military Tribunal of the Supreme Court of the USSR dated May 26, 1944, guided by Article 419 "a" of the Rules of Criminal Procedure, RSFSR, the crime of G. I. Mikhel was requalified from Article 58-10 Part 2 of the Criminal Code of the RSFSR to a Decree of the Presidium of the Supreme Court of the USSR dated July 6, 1941. The punishment was changed to 5 years of imprisonment without disenfranchisement. Considering that G. I. Mikhel could atone for his guilt on the front, it was determined that Article 28, Note 2 of the Criminal Code be applied to him; his punishment would be delayed until the end of the war: G. I. Mikhel would be sent to the front, having been released from custody. Explain to the convicted G. I. Mikhel that if he proves to be a steadfast defender of the USSR, then by a petition of the command, he may be completely released from punishment (as it says in the case).

On July 13, 1944, G. I. Mikhel was released from custody and sent to the Rybinsky Regional Military Commissariat.

The question of rehabilitating G. I. Mikhel was not addressed since he was convicted for common crimes.

*Deputy* Chief of the Service                              A. V. Frolov

[signed] *K. V. Grigoriev*

**Exhibit 103 - 1713**

# EXHIBIT

# 104

LB-1028

Прокуратура города Ленинграда

ОТДЕЛ ПО НАДЗОРУ
ЗА РАССМОТРЕНИЕМ В СУДАХ
УГОЛОВНЫХ ДЕЛ

Отдел _____

Район _____

# НАДЗОРНОЕ ПРОИЗВОДСТВО

№ Ч-11/572

Наряд № _____

Фамилия _____ Михель

имя, отчество _____ Герман Иванович

Адрес _____

ст. 58-10 ч. II Ук

Начато „18" апреле _____ 1964 г.

Окончено „30 апреле _____ 1964 г.

на 6 п/л

Перечень № _____ 30

Срок хранения _____ постоянно

Центральный
Государственный Архив
Санкт-Петербург

Ленинградский Областной
Государственный Арх.
в гор. Выборге

Всеволожская тип. УД. Исполк. Зак. 2060 VII-65 г.

8975    1    872    р-4380    1    872
Фонд    Опись    хранен.
№    №    №

**Exhibit 104 - 1714**

LB-1029



ПРОКУРАТУРА СССР

**ВОЕННЫЙ ПРОКУРОР**
Ленинградского фронта

„30" марта 194 г.

№ н-29

Ч
18-IV-44.

При ответах ОБЯЗАТЕЛЬНО ссылаться на наш № и дату

ПРОКУРОРУ гор. ЛЕНИНГРАДА.

Копия: Ленобком ВКП/б/
Секретариат тов. ЖДАНОВА

На № 100/М от 21.3.44 г.

Направляется по принадлежности жалоба осужденного ВТ в/НКВД ЛО МИХЕЛЬ Г.И. с просьбой о пересмотре дела.
ПРИЛОЖЕНИЕ: по тексту.

ЗАМ ВОЕННОГО ПРОКУРОРА
Подполковник юстиции
/ЛИПАТОВ/

1

... а также за руководство оборонительных сооруж... в качестве Инженера Трудармейками Приморско... района. 11го февраля 1943 г. совершенно для меня н... жиданно на производство пришли с проверкою рад... узла ф-ки. При проверке радиоузла там находил... приемник принадлежащий ф-ки, марки СИ-235. а ... которои я совершенно незнал, что он должен быть ... дан с момента постановления Ленгорсовета так ... радиоузел в функции моей работы не входил. Ни смотря на мои объяснения и подтверждении ... дирекции ф-ки я был задержен Рай-НКВД. после ... не предъявили ордер ареста с обвинением по статьс ... ... Следственные органы меня обвин...

**Exhibit 104 - 1715**

LB-1030

Верному Сератнику дела Ленина -
Сталина. Отцу и Учителю Ленинградских
трудящихся. Жданову А.А.
от Заключенного Михель. Германа
Ивановича рожд. 1911года
находящегося в Исправ. Труд Лагере
гор. Углич Ярославской Обл. п/я 229/з-з
д/дело № 267III.

Заявление

Все время проживая в гор. Ленинграде я работал ни
когда не считаясь до своими силами применяя все свои
знании. С начала Великой отечественный войны, не считаясь
и теми трудностями нашего родного города я с еще большей
энергией работал и всегда старался дать больше и больше
полезного для фронта нашей родной армии, за что
в 1942 году был представлен к провительственный награде
будучи работая Главным механиком 2" Картонажной
ф-ки, а также за руководство оборонительных сооруже-
ний в качестве Инженера Трудармийцами Приморского
района. 11го Февраля 1943г. совершенно для меня не-
ожиданно на производство пришли с проверкою радио-
узла ф-ки. При проверке радиоузла там находился
приемник принадлежащий ф-ки, марки СИ-235. о
котором я совершенно незнал, что он должен быть
сдан с момента постановления Ленгорсовета так-как
радиоузел в функции моей работы не входил.
Ни смотря на мои объяснении и подтверждении
дирекции ф-ки я был задержен Рай-НКВД. после
мне предъявили ордер ареста с обвинением по статье
58-10 ч2. Следственные органы меня обвинили в моей
антисоветской деятельности, которой я не только
не занимался но и немел никогда никокого представления
Ни смотря на все мои докозательства, был предстовлен
свидетель Васильева, который на почве наших
натянутых взаимоотношений дала показании о моих
пораженческих высказываниях, что было совершенно

Exhibit 104 - 1716

LB-1031

Верному Соратнику дела Ленина -
Сталина. Отцу и Учителю Ленинградских
трудящихся. Жданову А.А.
от Заключенного Михель Германа
Ивановича рожд. 1911 года
Находящегося в Исправ. Труд Лагере
гор. Углич Ярославской Обл. п/я 229/з - 3
д/дело № 267 III.

Заявление

Все время проживая в гор. Ленинграде я работал ни
когда не считаясь со своими силами применяя все свои
знании. С начала Великой отечественный войны, не считаясь
и теми трудностями нашего родного города я с еще большой
энергией работал и всегда старался дать больше и больше
полезного для фронта нашей родной армии, за что
в 1942 году был представлен к правительственной награде
будучи работая Главным механиком 2й Картонажной
ф-ки, а также за руководство оборонительных сооруже-
ний в качестве Инженера Трудармейцами Приморского
района. 11го Февраля 1943г. совершенно для меня не-
ожиданно на производство пришли с проверкою радио-
узла ф-ки. При проверке радиоузла там находился
приемник принадлежащий ф-ки, марки СИ-235. а
о котором я совершенно незнал, что он должен быть
дан с момента постановления Ленгорсовета так как
радиоузел в функции моей работы не входил.
Ни смотря на мои объяснении и подтверждении
дирекции ф-ки я был задержен Рай-НКВД. после дали
мне предъявили Ордер ареста с обвинением по статье
58-10 чII. Следственные органы меня обвиняли в моей
антисоветской деятельности, которой я не только
не занимался но и немел никогда никакого представления
Нисмотря на все мои доказательства, был представлен
свидетель Васильева, которой на почве наших
натянутых взаимоотношений дали показании о моих
порожеских высказываниях, что было совершенно

**Exhibit 104 - 1717**

LB-1032



Exhibit 104 - 1718

LB-1033

...рункции моей работы не вхо...
... мои объяснения и подтверж...
... Я был задержен Рай-ЖКВ...
Ордер ареста с обвинением
...ственные органы меня обви...
... деятельности, Каторой я...
...но и кеммен никогда никокого
...е все мои доказательства, был...
Васильева, Каторая на ноч...
...взаимоотношений дали нока...
...е высказываниях, что было
...ютря на мое ниголас...
...мои занесением в прои...

**Exhibit 104 - 1719**

LB-1034



Я вынужден был вдвое подписать все предъявленные мне обвинения, так-как состояние мое было доверши слабо. На основании всего вышеизложенного Военный Трибунал Ленфронта присудил мне по ст. 58-10 ч. II 8 лет Испр. тр. лагерей и 3 года поражения в правах.

Прошу Вас, как Отца и нашего Защитника пересмотреть мое дело и вынести справедливое решение.

Обидно быть в стороне в такой момент, после всего пережитого в блокаде родного города и не быть участником в изгнании с родной земле лютого врага.

Если считают меня виновным прошу смыть мое поражение в правах и направить меня в ряды победоносной Красн. Армии. Там сможешь дать возможность доказать свою преданность перед Великой дорогой родиной.

4/февраля 1944 г.

Exhibit 104 - 1720

LB-1035



ПОСТАНОВЛЕНИЕ.

/о прекращении производства в порядке надзора/

1944 года, апреля 25-по дня, прокурор Уголовно-судебного отдела Прокуратуры города Ленинграда, младший советник юстиции СЯКИН, рассмотрев в порядке надзора жалобу осужденного МИХЕЛЬ, Г.И.,

Н А Ш Е Л:

Приговором Военного Трибунала войск НКВД Ленокруга от 10-го апреля 1944 года МИХЕЛЬ Герман Иванович, 1911 года рождения признан виновным по ст.ст. 58-10 ч. II 182 ч. IV УК РСФСР и приговорен к 8 годам лишения свободы с последующим поражением в правах сроком на три года.

Виновность МИХЕЛЬ, Г.И. установлена в том, что он высказывал свои пораженческие настроения в отношении СССР, слушал немецкие радиопередачи, содержание их передавал по-чи СУХАЧЕВУ.Кроме-того хранил у себя на квартире без надлежащего разрешения финский нож.

В своей жалобе осужденный ссылается на то, что показания свидетелей в отношении его даны ложно.Однако, как видно из имеющихся данных по делу допрошен ряд лиц и виновность МИХЕЛЬ судом признана доказанной,

а поэтому, не усматривая оснований к опротестованию приговора Военного трибунала войск НКВД Ленокруга,руководствуясь ст. 428 УПК

П О С Т А Н О В И Л:

Жалобу осужденного МИХЕЛЬ, Германа Ивановича оставить без удовлетворения, о чем и сообщить ему.
Производство в порядке надзора прекратить.-

ПРОКУРОР УГОЛОВНО-СУДЕБНОГО ОТДЕЛА
МЛ.СОВЕТНИК ЮСТИЦИИ                    /СЯКИН/

"СОГЛАСЕН"

СТ.ПОМ.ПРОКУРОРА г.ЛЕНИНГРАДА
НАЧ-К УГ.-СУДЕБНОГО ОТДЕЛА
МЛ.СОВЕТНИК ЮСТИЦИИ                    /ЯКОВЛЕВ/

Exhibit 104 - 1721

LB-1036

3

## ПОСТАНОВЛЕНИЕ.

/о прекращении производства в порядке надзора/

1944 года, апреля 25-го дня, прокурор Уголовно-судебного отдела Прокуратуры города Ленинграда, младший советник юстиции СЯКИН, рассмотрев в порядке надзора жалобу осужденного МИХЕЛЬ, Г.И.,

## НАШЕЛ:

Приговором Военного Трибунала войск НКВД Ленокруга от 10-го апреля 1944 года МИХЕЛЬ, Герман Иванович, 1911 года рождения признан виновным по ст.ст. 58-10 ч. II и 182 ч. IУ УК РСФСР и приговорен к 8 годам лишения свободы с последующим поражением в правах сроком на три года.

Виновность МИХЕЛЬ, Г.И. установлена в том, что он высказывал свои пораженческие настроения в отношении СССР, слушая чуждые радиопередачи, содержание их передавал по-чу СУХАЧЕВУ. Кроме этого хранил у себя на квартире без надлежащего разрешения финский нож.

В своей жалобе осужденный ссылается на то, что показания свидетелей в отношении его даны ложно. Однако, как видно из имеющихся данных по делу допрошен ряд лиц и виновность МИХЕЛЬ судом признана доказанной,

а поэтому, не усматривая оснований к опротестованию приговора Военного трибунала войск НКВД Ленокруга, руководствуясь ст. 428 УПК

## ПОСТАНОВИЛ:

Жалобу осужденного МИХЕЛЬ, Германа Ивановича оставить без удовлетворения, о чем и сообщить ему.
Производство в порядке надзора прекратить.-

ПРОКУРОР УГОЛОВНО-СУДЕБНОГО ОТДЕЛА
МЛ. СОВЕТНИК ЮСТИЦИИ                    /СЯКИН/

"СОГЛАСЕН"

СТ. ПОМ. ПРОКУРОРА г. ЛЕНИНГРАДА
НАЧ-К УГ.-СУДЕБНОГО ОТДЕЛА
МЛ. СОВЕТНИК ЮСТИЦИИ                    /ЯКОВЛЕВ/

**Exhibit 104 - 1722**

LB-1037

5

## ПОСТАНОВЛЕНИЕ.

/о прекращении производства в порядке надзора/

1944 года, апреля 25-го дня, прокурор Уголовно-судебного отдела Прокуратуры города Ленинграда, младший советник юстиции СЯКИН, рассмотрев в порядке надзора жалобу осужденного МИХЕЛЬ, Г.И.,

### НАШЕЛ:

Приговором Военного Трибунала войск НКВД Ленокруга от 10-го апреля 1944 года МИХЕЛЬ, Герман Иванович,1911 года рождения признан виновным по ст.ст. 58-10 ч. П и 182 ч. 1У УК РСФСР и приговорен к 8 годам лишения свободы с последующим поражением в правах сроком на три года.

Виновность МИХЕЛЬ, Г.И. установлена в том, что он высказывал свои пораженческие настроения в отношении СССР, слушая финские радиопередачи, содержание их передавал гр-ну СУХАЧЕВУ.Кроме этого хранил у себя на квартире без надлежащего разрешения финский нож.

В своей жалобе осужденный ссылается на то, что показания свидетелей в отношении его даны ложно.Однако,как видно из имеющихся данных по делу допрошен ряд лиц и виновность МИХЕЛЬ судом признана доказанной,

а поэтому,не усматривая оснований к опротестованию приговора Военного трибунала войск НКВД Ленокруга,руководствуясь ст. 428 УПК

### ПОСТАНОВИЛ:

Жалобу осужденного МИХЕЛЬ, Германа Ивановича оставить без удовлетворения,о чем и сообщить ему.

Производство в порядке надзора прекратить.-

ПРОКУРОР УГОЛОВНО-СУДЕБНОГО ОТДЕЛА
МЛ.СОВЕТНИК ЮСТИЦИИ                    /СЯКИН/

"СОГЛАСЕН"

СТ.ПОМ.ПРОКУРОРА г.ЛЕНИНГРАДА
НАЧ-К УГ.-СУДЕБНОГО ОТДЕЛА                    /ЯКОВЛЕВ/
МЛ.СОВЕТНИК ЮСТИЦИИ

**Exhibit 104 - 1723**

LB-1038



Углич, Ярославская область.
Начальнику ИТЛ, п/ящ. 229/3-3.

КОПИЯ:-Секретариат тов.ЖДАНОВА, А.А.
На № 100/М от 31.Ш-44 г.

Объявите з/к. МИХЕЛЬ, Герману Ивановичу 1911 года рожде
ния,что поданная им на имя тов.ЖДАНОВА и поступившая
в Прокуратуру гор. Ленинграда жалоба рассмотрена и
оставлена без удовлетворения, так как виновность его
по ст. 58-10 ч. П и 182 ч. 1У УК по делу является до-
казанной и оснований к опротестованию приговора ВТ не
усматривается.-

СТ.ПОМ.ПРОКУРОРА г.ЛЕНИНГРАДА
НАЧАЛЬНИК УГ.-СУДЕБНОГО ОТДЕЛА
МЛ.СОВЕТНИК ЮСТИЦИИ                    /ЯКОВЛЕВ/

прописью   6          листов

«22» октября 1965 г.

Секретарь: _____

Рволож. типогр. Зак. 3472 тир. 2ооо Х 1964 г.              12

Exhibit 104 - 1724

| LB-1028 | |
|---|---|
| **Prosecutor General Office of Leningrad** | |

| **Dept.** | Dept of Oversight<br>  Over Criminal Cases<br>Reviewed in Court |
|---|---|

| **Region** | |
|---|---|

**OVERSIGHT OFFICE**

*5*

**No.** 1/-11/512

**Order No.**

| Surname *Mikhel* |
|---|
| Name, patronymic  *Gherman Ivanovich* |
| Address |
| |
| |
| |
| |
| |
| *Article 58-10 Part II Criminal Code* |
| |
| |

| Started April 18, 1944 |
|---|
| Ended April 30, 1944 |

| | On 6 typed pages |
|---|---|
| List No. *20* | |
| Keep for how long *ongoing* | |

| St. Petersburg Central State Archive | | | Leningrad Region<br>State Archive in Vyborg | | |
|---|---|---|---|---|---|
| 8975 | 1 | 872 | Fund<br>r-4380<br>No. | Record<br>1<br>No. | 872<br>No. |

**Exhibit 104 -  1725**

LB-1029

| 4  /  18-IV-'44 | Replies must refer to our Number and date |
|---|---|
| [hammer and sickle emblem]<br>Prosecutor's Office of the USSR<br>MILITARY PROSECUTOR<br>Leningrad Front<br>March 30, 19[illegible]<br>No. N-29 | To the Prosecutor, City of Leningrad<br>Copy: Leningrad Regional Com. Communist Party<br>Secretariat Comrade Zhdanov<br>Re: No. 100/M dated 3/21/44 |
| *[diagonal handwritten note:*<br>*To Comrade Zyakin:*<br>*My opinion: the sentence was*<br>*correct*<br>*[the remainder is illegible]* | To whom it may concern: a complaint from G. I. MIKHEL, convicted by military tribunal NKVD, requesting review of the case.<br>ATTACHMENT: per text.<br>Deputy Military Prosecutor [signed]<br>Lt. Col. Of Justice<br>/LIPATOV/ |
|  |  |
| *[fragment from handwritten document seen on page LB-1032]* ||

**Exhibit 104 - 1726**

LB-1030

[see LB-1032]

**Exhibit 104 - 1727**

LB-1031

[see LB-1032]

**Exhibit 104 - 1728**

LB-1032

*To A.A. Zhdanov, a faithful associate in the cause of Lenin and Stalin,*
*A father and teacher of Leningrad workers*
*From Gherman Ivanovich Mikhel (born 1911),*
*an imprisoned man at the Correctional Labor Camp*
*City of Uglich Yaroslavsk oblast. P.O. Box 229/3-3*
*Personal File No. 267111*

*STATEMENT*

*All the time was I living in the city of Leningrad, I worked, doing whatever it took, applying all my knowledge. From the start of the Great Patriotic War, despite all the difficulties faced by my home city, I still worked with a lot of energy and always tried to do more and more that would be useful for the front, to our own army, and as a result, in 1942 I was a candidate for a governmental award for working as Lead mechanic at Cardboard Factory No. 2, and also for managing the construction of defense facilities as a laborer/serviceman of Primorskoye region. On February 11, 1944, completely unexpectedly for me, people came to the factory to inspect the radio relay center. During the inspection of the radio relay center, there was a SI-235 receiver belonging to the factory about which I knew nothing; it was to be given back since there was an order from the Leningrad City Council (Lengorsoviet); this was not part of my job.*

*Despite my explanations and confirmation to the factory management I was detained by the regional NKVD. After 7 days, I was presented with an arrest warrant with a charge under article 58-10 part II. Investigative bodies accused me of anti-Soviet activity, which I not only never engaged in, but also never had any idea about. Despite all my evidence, there was a witness, Vasilieva, who, because of our tense relationship, testified that I made defeatist statements, which was completely [illegible]*
*[small piece of paper: despite my not consenting to [illegible] inclusion in the protocol]*

**Exhibit 104 - 1729**

LB-1033

[detail from previous page, see LB-1032]

Exhibit 104 -  1730

LB-1034

*I was forced after all to sign all the charges against me*
*Since my condition was very weak*
*On the basis of the aforementioned*
*The military tribunal of the Lenfront sentenced me under Article 58-10 part II to*
*8 years correctional labor camp and deprivation of rights for 3 years.*

*As Father and Our Protector, please review my case and render a just decision.*
*It's sad to be on the side right now, after everything we lived through during the Siege of our*
*home city and not be able to participate in chasing the Enemy out from my homeland.*
*If I am found guilty, please restore my rights and let me serve in the victorious Red Army. In this*
*way, give me the opportunity to demonstrate my loyalty to my great, dear Motherland.*

*February 4, 1944*
*[signature]*

**Exhibit 104 - 1731**

LB-1035

ORDER

TO STOP OVERSIGHT PROCEEDINGS

In 1944, the 25th day of April, the prosecutor of the Dept of Criminal Justice, of the Leningrad Prosecutor's Office, Junior Counselor of Justice Mr. Syakin, having considered the case while reviewing a complaint from G. I. MIKHEL, a sentenced man

FOUND

By a sentence of the military tribunal of the NKVD in Leningrad district dated April 10, 1944, Gherman Ivanovich Mikhel (born in 1911) was found guilty under Article 58-10 Part 2, [illegible] and was sentenced to 8 years deprivation of freedom followed by a loss of rights for 3 years.

The guilt of G. I. Mikhel was established in the following: that he expresses his defeatist attitude about the USSR; he listens to Finnish radio programs and would tell Comrade Sukhachev about their contents. In addition, he was keeping a Finnish knife in his apartment without proper permission.

In his complaint, the convicted person writes that the witness gave a false statement about him. However, as we see from existing data in the case, several people were interrogated; a court found that his guilt was proven.

Therefore, because there are no grounds to appeal a military tribunal, the regional NKVD Office in Leningrad district guided by Article 428 of the Code of Criminal Procedure

DECIDED

The complaint from G. I. Mikhel shall not be satisfied, and he shall be notified as such. Oversight proceedings shall stop.

PROSECUTOR OF CRIMINAL PROCEEDINGS
JUNIOR COUNSELOR OF JUSTICE [signed]               /SYAKIN/

"APPROVED"
SENIOR ASSISTANT TO THE PROSECUTOR, LENINGRAD
CHIEF OF CRIMINAL JUDICIAL DEPT
JUNIOR COUNSELOR OF JUSTICE    [signed]               /YAKOVLEV/

**Exhibit 104 - 1732**

LB-1036

[see LB-1035]

**Exhibit 104 - 1733**

LB-1037

*5*

## ORDER
## TO STOP OVERSIGHT PROCEEDINGS

In 1944, the 25th day of April, the prosecutor of the Dept of Criminal Justice, of the Leningrad Prosecutor's Office, Junior Counselor of Justice Mr. Syakin, having considered the case while reviewing a complaint from G. I. MIKHEL, a sentenced man

## FOUND

By a sentence of the military tribunal of the NKVD in Leningrad district dated April 10, 1944, Gherman Ivanovich Mikhel (born in 1911) was found guilty under Article 58-10 Part 2, [illegible] and was sentenced to 8 years deprivation of freedom followed by a loss of rights for 3 years.

The guilt of G. I. Mikhel was established in the following: that he expresses his defeatist attitude about the USSR; he listens to Finnish radio programs and would tell Comrade Sukhachev about their contents. In addition, he was keeping a Finnish knife in his apartment without proper permission.

In his complaint, the convicted person writes that the witness gave a false statement about him. However, as we see from existing data in the case, several people were interrogated; a court found that his guilt was proven.

Therefore, because there are no grounds to appeal a military tribunal, the regional NKVD Office in Leningrad district guided by Article 428 of the Code of Criminal Procedure

## DECIDED

The complaint from G. I. Mikhel shall not be satisfied, and he shall be notified as such. Oversight proceedings shall stop.

PROSECUTOR OF CRIMINAL PROCEEDINGS
JUNIOR COUNSELOR OF JUSTICE                    [signed]                    /SYAKIN/

"APPROVED"
SENIOR ASSISTANT TO THE PROSECUTOR, LENINGRAD
CHIEF OF CRIMINAL JUDICIAL DEPT
JUNIOR COUNSELOR OF JUSTICE                                              /YAKOVLEV/

**Exhibit 104 - 1734**

LB-1038

| | | 6 |
|---|---|---|
| *30/IV* | Uglich, Yaroslavl Oblast<br>To the Chief of the Correctional Labor location, Post Office Box 229/3-3.<br><br>COPY: to the Secretariat, Comrade A.A.  ZHDANOV<br>In reply to No. 100/M dated March 21, 1944 | |
| | Announce to the incarcerated man Gherman Ivanovich MIKHEL, born in 1911, that the complaint he sent to Comrade ZHDANOV, which arrived at the Prosecutor's Office of the city of Leningrad, has been reviewed and has not been satisfied, since his guilt in the case under Article 58-10 Part II and 182 of Part IV of the Criminal Code has been proven and there are no grounds to appeal a sentence of the military tribunal.<br><br>SENIOR ASSISTANT OF THE PROSECUTOR, Leningrad   /YAKOVLEV/<br>CHIEF OF CRIMINAL COURT DEPT.<br>JUNIOR COUNCILLOR OF JUSTICE | |
| | *6 pages*<br>*22 October 1965*<br><br>*Secretary:   [signed]* | |
| | Print shop order 3472, 2000 copies X 1964 | |

**Exhibit 104 - 1735**

# EXHIBIT

# 105

LB-709





Государственное казенное учреждение
Тверской области
«ГОСУДАРСТВЕННЫЙ АРХИВ
ТВЕРСКОЙ ОБЛАСТИ»

170026, г. Тверь, ул. Горького, д. 71а
Тел./факс: (4822) 52-28-07
e-mail: tverarchive@mail.ru
ОКПО 13924993, ОКОГУ 23450
ОГРН 1036900025469
ИНН/КПП 6901026693/695201001

E-mail:

### АРХИВНАЯ СПРАВКА

23.11.2020 № С-2156

На № обращение от 02.11.2020

В документах архивного фонда Исполнительного комитета Осташковского районного Совета депутатов трудящихся имеется дело «Протокол организационного заседания пленума Жегаловского сельсовета, отчет о выборах в сельсовет, списки избранных членов, списки лиц, лишенных избирательных прав по сельсовету и др.» за 1934 год.

В указанном деле содержится список лиц, лишенных избирательных прав по Жегаловскому сельсовету Осташковского района, от 2 октября 1934 года, составленный по списку из архива 1929 года, в котором значатся:

| № | Фамилия Имя Отчество | Год рождения | За что лишен | Где проживает в данное время | Чем занимается в данное время | Пометка о восстановлении |
|---|---|---|---|---|---|---|
| 12 | Михиль (так в документе) Татьяна | | жена бывшего помещика | [неизвестно] | [неизвестно] | [неизвестно] |
| 13 | Михель Иван Касперович | | бывший помещик | г. Ленинград | - // - | - // - |
| 14 | Михель Софья Петровна | | жена бывш[его] помещика | - // - | - // - | - // - |
| 15 | Михель Андрей Иванович | 1905 | сын бывшего помещ[ика] | был сослан | - // - | - // - |
| 16 | Михель Борис Иванович | 1907 | «г. Ленинград» зачеркнуто, вписано этим же подчерком «сын быв[шего] помещика» | г. Ленинград | - // - | - // - |
| 17 | Михель Юрий (так в документе) Иванович | 190[9] | «г. Ленинград» зачеркнуто, вписано этим же подчерком «сын бывшего помещ[ика]» | г. Ленинград | - // - | - // - |

*Возраст точно знать не можем, потому что эти лица не проживают в с/сов.*

**Exhibit 105 - 1736**

LB-710

| № | Фамилия Имя Отчество | Год рождения | За что лишен | Где прожива-ет в данное время | Чем зани-мается в данное время | Пометка о восстанов-лении |
|---|---|---|---|---|---|---|
| 18 | Михель Герман Иван[ович] | 1911 | сын бывш[его] помещ[ика] | г. Ленинград | - // - | - // - |

Основание: Ф. Р-1534. Оп. 1. Д. 94. Л. 7.

Директор архива  Е.Н. Ефремова

Кораблева А.В.
8 (4822) 525694

2

**Exhibit 105 - 1737**

Exhibit 105 - 1738



Прошито, пронумеровано
и скреплено печатью
2 (два) листа(ов)
Подпись _Корсак_
«23» 11 20 20 г.

LB-709

| [emblem]<br><br>State Government Institution of Tver Region<br>State Archive of Tver Region<br><br>71a Gorky Street, Tver, 170026<br>Tel./fax: (4822) 52-28-07<br><br>Email. tverarchive@mail.ru<br>OKPO code 13924993, National Classifier of Governmental Entities 23450<br>Primary Reg State No. 1036900025469<br>Tax ID/Registration Reason Code: 6901026693/695201001<br><br>ARCHIVE CERTIFICATE<br><br>November 23, 2011 No. C-2156<br>Re: letter dated Nov 2, 2020 | <br><br>Email. ██████████ |

The archive of the Executive Committee of the Ostashkovo district Council of Workers' Deputies has a folder, Protocol of the Organizational Meeting of the Plenary of the Zhegalov Village Council, report on elections to the village council, lists of members elected, lists of those who lost their voting rights in the village council, and others" for 1934.

This folder has a list of individuals who lost their voting rights in the Zhegalov Village Council of the Ostashkovo district, dated October 2, 1934, compiled using a list from the archive from 1929, including:

| No. | Surname, name, patronymic | Year of birth | | Why right was lost | Where do they live at this time | What are they doing at this time | Note of restoration |
|---|---|---|---|---|---|---|---|
| 12 | Mikhil [written this way in the document] Tatiana | We cannot know the exact age, because these individuals don't live in the village council. | | Wife of a former landowner | [unknown] | [unknown] | [unknown] |
| 13 | Mikhel Ivan Kasperovich | | | Former landowner | Leningrad | -II- | -II- |
| 14 | Mikhel Sofya Petrovna | | | Wife of a former landowner | -II- | -II- | -II- |
| 15 | Mikhel Andrey Ivanovich | | 1905 | Son of a former landowner | Was exiled | -II- | -II- |
| 16 | Mikhel Boris Ivanovich | | 1907 | Leningrad is crossed out and in the same handwriting, it says "son of a former landowner" | Leningrad | -II- | -II- |
| 17 | Mikhel Yuriy [written this way in the document] Ivanovich | | 190[9] | Leningrad is crossed out and in the same handwriting, it says "son of a former landowner" | Leningrad | -II- | -II- |

**Exhibit 105 - 1739**

LB-710

| No. | Surname, name, patronymic | Year of birth | Why right was lost | Where do they live at this time | What are they doing right now | Note of restoration |
|---|---|---|---|---|---|---|
| 18 | Mikhel German Ivan[ovich] | 1911 | Son of a former landowner | Leningrad | *-II-* | *-II-* |

Justification: F. P-1534. Op. 1. D 94 L. 7.

Archive Director                    [seal of the archive] [signed]                    Ye. N. Yefremova

Korableva A. V.
8 (4822) 525694                                                                    2

**Exhibit 105 - 1740**

LB-711

Bound, numbered and sealed
<u>2</u> (two) pages [signed] November 23, 2020
[seal]

**Exhibit 105 - 1741**

# EXHIBIT

# 106



# ЛЕНИНГРАДСКИЙ ЭЛЕКТРОТЕХНИЧЕСКИЙ ИНСТИТУТ
## им. В. И. УЛЬЯНОВА (ЛЕНИНА)

Народного Комиссариата Оборонной промышленности.

Арх. 5062

Отдел кадров.

# ДЕЛО №

**Фамилия** Михель

**Имя, отчество** Борис Иванович

Год приема 19 30 г.

Начато „30“ октября 1932 г.

Окончено „19“ октября 1933 г.

На 12 листах

Центральный Государственный Архив Санкт-Петербурга

| 3295 | 21 | 4587 |

**Exhibit 106 - 1742**

К/л. делу № ..................

Пролетарии всех стран, соединяйтесь!

# Личный листок по учету кадров.

Фамилия ... МИХЕЛЬ ............ Имя ... Борис ....... Отчество ... Иванович ...

1. Родил ся /ась в ... 1908 ...... году в ... февр. ... мес. 2. Место рождения ... Тверской губ.хут.Куст. ...

.................................... 3. Пол ... муж. 4. Народность ... Великоросс ...

5. Соц. происхождение: а) быв. сословие (звание) ... Крестьянин ...

б) Основное занятие родителей ... Служащий ...

6. Основная профессия (занятие для членов ВКП(б) к моменту вступления в партию, а для беспартийных к моменту начала работы в советских учрежд. ... учащ. /лабор./ ...

7. Ск. лет работал по этой профессии ... 1/2г. ... 8. Год ухода с производства или оставления

с/х. ............ 9. Соц. положение ... Служащий ... 10. Партийность ..................

11. Партстаж ........... № п/б ........... или канд. карт. ........... 12. Состоит ли в ВЛКСМ ... 188321 ...

с какого времени ... 1927г. 13. Состоял-ли в др. партиях (каких, когда, как долго и где)

.......................... н е т ..........................

14. Состоял-ли ранее в ВКП(б) ........... с какого по какое время ... нет ...

и причины выбытия .............................................

15. Членом какого профсоюза состоит ... Электропромышл. ... с какого времени ... 1927г. ...

16. Образование ... незаконченное высшее ...

| Название учебного заведения (вуза, комвуза, школы и пр.) и его местонахождение | Название факультета, отделения, цикла или уклона | Окончил или нет | Дата (м-ц. год) | | Продолжительность обучения (лет, м-ц) | Если не окончил, то с какого курса ушел | Какую узкую специальность получил в результате окончания учебного заведения |
|---|---|---|---|---|---|---|---|
| | | | Вступления | Окончания или ухода | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Электротехнич. Ин-т Ленинград | Проводная связь | | | | | | |
| | | | | | | | |

17. Имеет ли научные труды и изобретения и по каким вопросам ... нет ...

................ (в приложении дать перечень с указанием, где опубликованы)

18. Был ли за границей (где, когда, как долго и цель поездки) .......................

.......................... нет ..........................

Тип. „Новая Жизнь". Зак 7343.

*(в левом поле:)* Заполнение всех граф обязательно.

*(в таблице слева:)* Общее и специальное / Партийно-политическое

Exhibit 106 - 1743



ЦГА СПб    01. 09. 2020
(название ...)

19. Рабочий и служебный стаж, начиная с начала работы по найму по момент заполнения личного листка (указывается работа продолжительностью не менее одного года).

| Местонахождение учреждения или предприятия (район, область, край или республ.) | Название учреждения, организации или предприятия (указать, кому подчинено и род производства) | Должность или выполняемая работа | Является ли должность особовой или по совместительству | Дата (м-ц, год) Вступ. | Дата (м-ц, год) Ухода | Продолжит. пребывания на должности Лет | Продолжит. пребывания на должности Мес. |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Ленинград | 154 Совшкола | | | 26 | 27 | I | |
| | Зав.Кр.Заря Телеф. | Техник-мастер | | 28 | | 4 | 6 |

20. Участие в вы...

Где (местонахожд... выборного орг...

1

Заполняйте листок разборчиво.

21. Знание ин...

Знание яз...

1

Иностранных

Народностей

22. Участие в...

23 Подвергал... каким)...

24. а) Отнош... рядовог... к учету: Разряд... по кото... Катего...

Exhibit 106 - 1744

К/л. делу № .................

Пролетарии всех стран, соединяйтесь!

# Личный листок по учету кадров.

Фамилия *Михель*    Имя *Борис*    Отчество *Иванович*

1. Родился в *1908* году в ▓▓▓▓  2. Место рождения *Тверской губ. Кушалино*

3. Пол *мужч.* Народность *Великоросс*

5. Соц. происхождение: а) быв. сословие (звание) *Крестьянин*

   б) Основное занятие родителей *Служащий*

6. Основная профессия (занятие для членов ВКП(б) к моменту вступления в партию, а для беспартийных к моменту начала работы в советских учрежд. *Учащийся (Лаборант)*

7. Ск. лет работал по этой профессии *1/2 г.*  8. Год ухода с производства или оставления с/х. ——  9. Соц. положение *Служащий* 10. Партийность *чл. ВЛКСМ.*

11. Партстаж *1927г.* № п/б *138321* или канд. карт. ——  12. Состоит ли в ВЛКСМ с какого времени ........  13. Состоял-ли в др. партиях (каких, когда, как долго и где)

*Нет*

14. Состоял-ли ранее в ВКП(б) ............ с какого по какое время *Нет*

   и причины выбытия ..........

15. Членом какого профсоюза состоит *Электропромышл.* с какого времени *1927г.*

16. Образование *Незаконченное высшее*

| Название учебного заведения (вуза, комвуза, школы и пр.) и его местонахождение | Название факультета, отделения, цикла или уклона | Окончил или нет | Дата (м-ц, год) | | Продолжительность обучения (лет, м-ц) | Если не окончил, то с какого курса ушел | Какую узкую специальность получил в результате окончания учебного заведения |
|---|---|---|---|---|---|---|---|
| | | | Вступления | Окончания или ухода | | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| *Электротехнический институт. Ленинград* | *Проводная слабо* | | | | | | |
| | | | | | | | |

17. Имеет ли научные труды и изобретения и по каким вопросам *Нет*

   (в приложении дать перечень с указанием, где опубликованы)

18. Был ли за границей (где, когда, как долго и цель поездки) *Нет*

Тип. „Новая Жизнь". Зак 7343.

Exhibit 106 - 1745



Exhibit 106 - 1746

4

| Продолжит. пребывания на должности | | |
|---|---|---|
| Лет | Мес. |
| 7 | 8 |
| 1 | 6 |

...нения личного

...од)

...кода

6

**Заполняйте листок разборчиво.**

20. Участие в выборах (парт., советских и проф.) органах.

| Где (местонахождение выборного органа) | Название выборного органа | В качестве кого избран | ДАТА | |
|---|---|---|---|---|
| | | | Избрания | Ухода |
| 1 | 2 | 3 | 4 | 5 |
| | | | | |

21. Знание иностранных языков и языков народностей СССР.

| Знание языков | Название языка, на котором читает или переводит со словарем | Название языка, на котором читает и может объясняться | Название языков, которыми владеет свободно |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| Иностранных | Немецкий | | |
| Народностей СССР | | | |

22. Участие в револ. движении до 1917 года (характер, место и продолжит. работы) ...................

23 Подвергался ли репрессиям за революц. деятельность до Октябр. Революции (за что, когда, каким) ...................

24. а) Отношение к воинской службе в настоящее время: 1) Невоеннообязанный, 2) военнообязанный рядового, младшего, среднего, старшего и высшего начсостава (подчеркнуть). б) Отношение к учету: долгосрочно-отпускной, вневойсковик, запасной первой, второй очереди (подчеркнуть).

Разряд учета ............... Род войск *Снертна как учащий* должность, по которой состоит на учете *до 1935г.*

Категория должности ...............

**Exhibit 106 - 1747**

ЦГА СПб     01 09 2020

в) Учетно-воинский билет № .................... (или каким документом подтверждается вышеуказанное)
........................................ Кем и когда выдан ....................
............................................................................

25. Служил ли в армиях: а) в старой армии с ......... по ......... всего ......... лет ......... мес.
последний высший чин ......................... на должности .........................
б) В Кр. Гвардии и РККА с ......... по ......... всего ......... лет ......... мес., последняя
высшая должность .........................................................
в) Участвовал ли в боях во время гражданской войны (где, когда и в качестве кого) .........
............................................................................

26. Служил ли в войсках или учреждениях белых правительств (где, когда и в каких должностях)
............................................................................

27. Привлекался ли к служебной ответственности, админ. или дисциплинарным взысканиям (когда,
за что и каким) ......... нет .........
............................................................................

28. Какие награждения получил после Октябрьской Революции .........................

29. Проходил ли чистку госаппарата (где, когда и результат чистки) ......... нет .........

30. Подвергался ли партвзысканиям за время пребывания в ВКП (б).

| Дата (м-ц, год) | Кем наложено партвзыскание | За что (сущность дела) | Какое наложено партвзыскание |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |

„3" Октября 1932 года.
(Дата заполнения)

Подпись лица, на которое составлен листок .........................

С подлинным верно:

Должность и подпись снимавшего копию .........................

„ ......... 193 ... года.
(Дата составления листка)

Exhibit 106 - 1748



ЛИСТ-ЗАВЕРИТЕЛЬ ДЕЛА

В деле подшито и пронумеровано _12/ двенадцать_ ли

Михеев Борис Иванович рожд. 1908 г.
соц. происхождение из крестьян, соцположение служащий, член ВЛКСМ с 1927 г., член профсоюза с 1927 года.

Академическая успеваемость ниже средней работает над собой недостаточно, в пределах сдачи зачета.

Политически развит слабо. Отношение к общественно-политическим дисциплинам пассивное.

Подготовка ниже средней, способности хорошие.

Отношение к общественно политическим вопросам пассивное.

Использован может быть в качестве рядового инженера конструктора.

А. Васильев

21/X 32

**Exhibit 106 - 1749**

ЛИСТ-ЗАВЕРИТЕЛЬ ДЕЛА



Exhibit 106 - 1750

Case 2:02-cr-00220-MCS    Document 2475-6    Filed 10/05/23    Page 93 of 227    Page ID #:21349

Exhibit 106 - 1751



Ленинградский Электротехнический
Институт зав В.У.С.

6

От гр-на
Андреева Николая
Ивановича землеуст-
рителя Вознесенского
района Ленинградск. обл.

29/XI

заявление

Михеев сын крупного помещика в Тверской
губернии Осташковского уезда Ковлиновской во-
жегаловского сельсовета. Земли имели до 1000 гектар
всегда держали рабочих сами никогда не работали.
В 1927 году семья была выслана народным
судом. По имеющимся сведениям, один сын
учится в вашем институте только незнаю
старший или младший у него было два.



**Exhibit 106 - 1752**



Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 95 of 227   Page ID #:21351

Exhibit 106 - 1753

ЛИСТ-ЗАВЕРИТЕЛЬ ДЕЛА



Exhibit 106 - 1754



Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 97 of 227   Page ID #:21353

Exhibit 106 - 1755

в) Учетно-воинский билет № _____ (или каким документом подтверждается вышеуказанное)

Кем и когда выдан _____

ЛИСТ-ЗАВЕРИТЕЛЬ ДЕЛА

13. Если работаете, то в каком предприятии — учреждении, в качестве кого, с какого времени и получаемый оклад

14. Кем командирован / в случае если направлен в порядке коман- дировки /

15. Партийность / непартийный / время / год вступления в партию

№ билета

16. Состоит членом ВЛКСМ или был ВЛКСМ / год вступления и № билета / №138321 21/III-1927

17. В каких политических партиях и когда, где состоял прежде

18. Общественный стаж / работа в советах, партработа, в ком- сомоле и т.п.

19. Социальное положение родителей / до революции, после революции и в настоящее время:

Материальное обеспечение родителей / какое имущество имеют, какой средний годовой заработок и размер налога

На какие средства живет поступающий?                На личный заработок.

Адрес Ленинград

28/VII 1930 г.    подпись: / Подпись /

Изложенное в анкете заверяем / на основание учреж- дения должностей, лиц удостоверяющих правильность данных сведений /

29/VII Проф. Уполном П.Р.Б   / подпись /

Печать.

29/XI-32   С подлинным верно.
Секрет. Кириллова

ЛИСТ-ЗАВЕРИТЕЛЬ ДЕЛА

В деле подшито и пронумеровано _12 /двенадцати/_ листов
(цифрами и прописью)

с № _____ по № _____

Ленинград, Песочная 5.

ДИРЕКТОРУ .. Электро-Техниче-
ского .. института ..

10

ГУУЗ НКТП направляет при этом выписку из
протокола заседания Центральной Аппеляционной Комис-
сии при ГУУЗ НКТП исполнения утвержденного Зам. Нач.
ГУУЗ"а НКТП СССР тов. ПВЕТКР.-

ПРЕДСЕДАТЕЛЬ ЦАК - /Линкевич/.-

Секретарь - _____

ОТ ИН-та ........

С Л У Ш А Л И :

Заявление Михелева Б.И.
студента IV курса ленинград-
ского Электротехнического
ин-та, Михель Б И год рож-
дения 1908, соц. происхожде-
ние - из помещиков, соц. по-
ложение служащий, член
профсоюза с 1927 года, исклю-
чен за скрытие соц. проис-
хождение, при поступле-
нии в институт. При раз-
боре дела установлено
что студент Михель Б.И.
является сыном помещика,
имевшего /1000/ тысячу
гектаров земли.

П О С Т А Н О В И Л И :

Решение
директора
подтвердить
Михель Б.
исключить
на один год.

ПРЕДСЕДАТЕЛЬ ЦЕНТР. АППЕЛ ЦИ
КОМИССИИ при ГУУЗ НКТП:

ЛИНКЕВИЧ

**Exhibit 106 - 1756**

ЛИСТ-ЗАВЕРИТЕЛЬ ДЕЛА

В деле подшито и пронумеровано ___12/двенадцать___ /листов
(цифрами и прописью)

с № _____ по № _____

Решение утверждаю Вам.Нач.
ГУУЗ"а тов. ШВЕЙЦЕР.-

__В Ы П И С К А__

ИЗ ПРОТОКОЛА № 65 от "23/XII ... 1933 г.

Заседания Центральной Апелляционной комиссии при
Главн. Управлени Учебн. Заведен. НКТП СССР.-

ПРИСУТСТВОВАЛИ: от ГУУЗ"а НКТП - тов. Линкевич,
от Ц.Б.Пролетстуда " ...
от ЦК ВЛКСМ ...... " Кондрушов
от Ин-та ........

СЛУШАЛИ:                          ПОСТАНОВИЛИ:

Заявление Михелева Б.И.
студента IV курса ленинград-
ского Электротехнического
ин-та, Михель Б.И. год рож-
дения 1908, соц. происхожде-
ние - из помещиков, соц. по-
ложение служащий, член
профсоюза с 1927 года, исклю-
чен за скрытие соц. про-
схождение, при поступле-
нии в институт. При раз-
боре дела установлено,
что студент Михель Б.И.
является сыном помещика,
имевшего /1000/ тысячу
гектаров земли.

Решение
директора
подтвердить
Михель Б.
исключить
на один год.

ПРЕДСЕДАТЕЛЬ ЦЕНТР.АПЕЛЯН.
КОМИССИИ при ГУУЗ НКТП.-

Линкевич

**Exhibit 106 - 1757**

В деле подшито и пронумеровано _12/одиннадцать_ /лист

(цифрами и прописью)

с № _____      по № _____

Решение утверждаю Вим.Нач.
ГУУЗ"а тов. ШВЕЙЦЕР.-

_В Ы П И С К А_

ИЗ ПРОТОКОЛА № .65.. от "23/ХII ...193**3** г.

Заседания Центральной Аппеляционной Комиссии при
Главн.Управлени: Учебн.Заведен.НКТП СССР.-

ПРИСУТСТВОВАЛИ: от ГУУЗ"а НКТП - тов. Линкевич,
от П.Б.Пролетстуда ". Коменский,
от ПК ВЛКСМ ..... " Кондриков
от Ин-та .........

С Л У Ш А Л И :

Заявление Михелева Б.И. студента IV кура ленинград-ского Электротехнического ин-та, Михель Б.И. год рождения 1908, соц. происхождение - из помещиков, соц положение служащий, член профсоюза с 1927 года, исключен за скрытие соц происхождение, при поступлении в институт. При разборе дела установлено что студент Михель Б.И. является сыном помещика, имевшего /1000/тысячу гектаров земли.

ПОСТАНОВИЛИ :

Решение директора подтвердить Михель Б. исключить на один год.

ПРЕДСЕДАТЕЛЬ ЦЕНТР.АППЕЛЯЦ.
КОМИССИИ при ГУУЗ НКТП:-

Линкевич

**Exhibit 106 - 1758**

LB-712

# V. I. ULYANOV (LENIN) LENINGRAD ELECTROTECHNICAL INSTITUTE

People's Commissariat of the Defense Industry

| [illegible] |
| --- |
| 3295 \| 21\| 4587 |

~~Arch. 5062~~

*Personnel Office*

**CASE No. __**

Surname: <u>Mikhel</u>

Name, patronymic: <u>Boris Ivanovich</u>

Year of acceptance 19<u>30</u>

Began 30 October 19<u>32</u>

Ended 19 October 19<u>33</u>

<u>On 12 pages</u>

| [illegible] |
| --- |
| 3295 \| 21\| 4587 |

**Exhibit 106 - 1759**

LB-713

For the personal Case No.__                                                                    Proletarians of all countries, unite!

Personnel Office: Individual Sheet

Surname <u>Mikhel</u>     Name <u>Boris</u>        Patronymic <u>Ivanovich</u>

1. Born in <u>1908</u> in ▮ month                          2. Place of birth <u>Tver region, village of Kust</u>.

_____3. Sex <u>Male</u> 4. Ethnicity <u>Great Russ</u>

5. Social provenance: a) former position (title) <u>peasant</u>

  b) main job of parents <u>office workers</u>

6. Main profession (occupation for members of the Communist Party when entering the party, and for non-party members, when he started working at Soviet agencies <u>student/laboratory</u>

7. How many years in that profession <u>1/2 year.</u> 8. Year of leaving production or agriculture _____

9. Social position <u>office worker</u> 10. Party_____

11. Party term of         No. of party card or cand card 12. Are they in the Leninist Young Communist League of the Soviet Union [<u>VLKSM</u>]? 138321

Starting in 1927. 13. Was he in other parties (which, when, how long, and where)

<u>NO</u>

14. Was he in the All-Soviet CP before ___starting and ending    <u>no</u>

And reason for leaving_____

15. Member of what union <u>Electroindust.</u> Starting <u>1927</u>

16. Education <u>incomplete college</u>

| | Name of educational institution (higher education, school, etc) | Name of dept, cycle or concentration | Completed or not | Date Enroll, Depart | Duration of course | If departed, after what year | What narrow specialty was received as an outcome of study at the educational institution |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4  |5 | 6 | 7 | 8 |
| General and major | Electrotechnical institute of Leningrad | Wire communications | | | | | |
| Party/political | | | | | | | |

17. Does he have academic papers and inventions and on what topics_____

_____(attach a list and note where published)

18. Has he been abroad (where, when, for how long and purpose of the

trip)_____NO_____

_____

New Life print shop Order 7343

**Exhibit 106 - 1760**

LB-714

19. Working and professional term of service, starting at the beginning of work when hired through the moment when the personal sheet is being filled out (indicate jobs at least one year in duration).

| Location of institution, organization, or enterprise (district, region, krai or republic) | Name of institution, organization, or enterprise | Title or work performed | Is this the main job or a secondary job | Date (month, year) | | Duration of time in the position | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Arr | Dep | Year | Month | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | |
| Leningrad | 154 Sovschool Red Dawn Telephone factory | Technician/master | | 26<br><br>28 | 27 | 1<br><br>4 | 6 | | Fill out legibly |

**Exhibit 106 - 1761**

LB-715

For the personal Case No.__                                              Proletariat of all countries, unite!    *3*
*2793*

### Personnel Office: Individual Sheet

Surname <u>Mikhel</u>    Name <u>Boris</u>        Patronymic <u>Ivanovich</u>

1. Born in <u>1908</u> in ▮▮▮▮ month 2. Place of birth <u>Tver region, village of Kustantsy</u>
_____3. Sex Male 4. Ethnicity <u>Great Russ</u>

5. Social provenance: a) former position (title) <u>peasant</u>
    b) main job of parents <u>office workers</u>

6. Main profession (occupation for members of the Communist Party when entering the party, and for non-party members, when you started working at Soviet agencies <u>student/laboratory specialist</u>

7. How many years in that profession <u>1/2 year</u>. 8. Year of leaving production or agriculture _____

9. Social position <u>office worker</u> 10. Party <u>The Leninist Youth Communist League of the Soviet Union [VLKSM]</u>

11. Party seniority <u>1927</u> No. of party card <u>138321</u> or cand. Card_____ 12. Are they in the Leninist Youth Communist League of the Soviet Union [VLKSM] 13. Was he in other parties (which, when, how long, and where)

NO

14. Was he in the All-Soviet CP before ___starting and ending    <u>no</u>

And reason for leaving_____

15. Member of what union <u>Electroindust</u>.                         Starting <u>1927</u>

16. Education <u>incomplete college</u>

| | Name of educational institution (higher education, school, etc) | Name of dept, cycle or concentration | Completed or not | Date<br>Enroll \| Depart | Duration of course | If departed, after what year | What narrow specialty was received as an outcome of study at the educational institution |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 \| 5 | 6 | 7 | 8 |
| General and major | Electrotechnical institute of Leningrad | Wire communications | | | | | |
| Party/political | | | | | | | |

17. Does he have academic papers and inventions and on what topics____<u>No</u>_____
_____(attach a list and note where published)

18. Has he been abroad (where, when, for how long and purpose of the trip)_____<u>No</u>_____

New Life print shop Order 7343

**Exhibit 106 - 1762**

LB-716

19. Working and professional term of service, starting at the beginning of work when hired through the moment when the personal sheet is being filled out (indicate jobs at least one year in duration).

| Location of institution, organization, or enterprise (district, region, krai or republic) | Name of institution, organization, or enterprise | Title or work performed | Is this the main job or a secondary job | Date (month, year) | | Duration of time in the position | | | Fill out legibly |
| | | | | Arr | Dep | Year | Month | | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | |
| Leningrad<br><br>Leningrad | 154 Sovschool<br>Red Dawn Telephone factory | [illegible]<br><br>[illegible] | | 1926<br><br>1928 | 1927 | 1<br><br>4 | <br><br>6 | | |

**Exhibit 106 - 1763**

LB-717

20. Participation in elections (party, Soviet, and union) bodies                          *4*

| Where (location of election body) | Name of election body | Elected to what position | Date | |
|---|---|---|---|---|
| | | | Election | Departure |
| 1 | 2 | 3 | 4 | 5 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

21. Knowledge of foreign languages and languages of the USSR

| Knowledge of languages | Name of the language in which they read and translate using a dictionary | Name of the language in which they read and can explain themselves | Name of the language in which they are fluent |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| Foreign | *German* | | |
| USSR | | | |

22. Participation in revolutionary movement pre-1917 (nature, duration, and duration of work)
_____

23. Repressed for revolutionary activity pre-October Revolution (for what, by whom, and how)?

24. a) Relation to military service right now: 1) not enlisted 2) enlisted: private, junior, middle, senior or higher commanding staff (underline). b) relation to list, long-term /leave, ex-rank, reserve one, line two (underline)

Position on list_____Force *Deferred as a student*                          Duty assignment

Under which they are on the list  _ *Until 1935*

Category of duty assignment_____

**Exhibit 106 - 1764**

LB-718

Central State Archive, St. Petersburg  Sept. 1, 2020

c) Military card No._____or what document confirms the foregoing
_____-_____ When issued, issuing body_____

25. Did he serve in the armies a) the Old Army from \_\_\_\_\_to_____, total years\_\_\_\_\_, months_____
    Last highest rank_____ in duty assignment_____
    b) Red Guard and Workers' and Peasants' Red Army from \_\_\_\_\_to_____, total years\_\_\_, months\_\_\_\_
       last highest rank assignment_____
    c) Did he participate in battles during the civil war (where, when, and in what capacity)
_____
_____

26. Did he serve in White governments' military units or bodies (where, when, and in what assignments)
_____

27. Has he been charged with official liability, admin. or disciplinary penalties (when, for what, and which)
_____no_____

28. Awards received after the October Revolution_____-_____

29. Did he undergo a purge of the state apparatus (where, when, and result of the purge)\_\_\_no\_\_\_\_\_

30. Did he undergo party penalty while in the All-USSR Communist Party?

| Date Year, month | Who levied the party penalty | For what (essence of the matter) | What was the party penalty |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

October 3 1932 (date of completion)

Signature of the individual for whom the sheet was completed [signed]

   True with the original:

Title and signature of the person who made the copy:

**Exhibit 106 - 1765**

LB-719

SHEET/AUTHENTIFICATION OF THE CASE
Bound pages in the case *12/twelve*

*Mikhel, Boris Ivanovich   born in 1908*

*Social provenance: from peasants, social status: office worker. Member of Leninist Youth Communist League of the Soviet Union [VLKSM] since 1927. Union member since 1927.*

*Academic success is below average. Doesn't work on himself enough, within passing a test.*

*Political development is weak, he has a passive attitude toward social-political disciplines.*

*Training is below average, capabilities are good.*

*Passive attitude toward social-political matters.*

*He could be used as a common engineer, designer. [signed]*

*21 October 1932*

**Exhibit 106 - 1766**

LB-720

SHEET/AUTHENTIFICATION OF THE CASE

*Surname, name, patronymic  Mikhel, Boris Ivanovich*

*Year, month, and date of birth 1908* ▮▮▮▮*, Tver region*
　　　　　　　　　　　*Hamlet Kustantsy*

*Ethnicity: Russian*

---

*Copy 29/91*

*Leningrad Electrotechnical Institute Chief of V.U. S. [Military Service Desk?]　　　　6*


　　　　　　　　　　　　　　*From Comrade Nikolay Ivanovich Andreyev*
　　　　　　　　　　　*Land Surveyor, Voznesenski district, Leningrad Region*


　　　　　　　　　　*STATEMENT*
*Mikhel is the son of a major landowner in Tver region, Ostashkovo uezd, Povlikhovsky volost, Zheganovsky.*
*They had up to 1000 hectares, they always had workers, never worked themselves. In 1927, the*

---

　　　　　　　　　*Certificate No. 293, 27 August 1927*
*Studied for how many years and where　　in Ostashkovo*
*Exact address from where he arrived last  Tver region, Ostashkovo uezd, hamlet of Kustantsy*
*Has he undergone court penalties*
*When, where, for what, and result　　　　　　　No*

**Exhibit 106 - 1767**

LB-721

*Hamlet of Kustantsy*

*Ethnicity: Russian*

*Copy 29/91*

*Leningrad Electrotechnical Institute Chief of V.U. S. [Military Service Desk?]*

*From Comrade Nikolay Ivanovich Andreyev*
*Land Surveyor, Voznesenski district, Leningrad Region*

*STATEMENT*

*Mikhel is the son of a major landowner in Tver region, Ostashkovo uezd, Povlikhovsky volost, Zheganovsky. They had up to 1000 hectares, they always had workers, never worked themselves. In 1927, the family was evicted by a people's court. There is information that one son studies at your institute, but I don't know if it's the older or younger, he had two*

**Exhibit 106 - 1768**

LB-722

[better copy on next page]

**Exhibit 106 - 1769**

LB-723

*Sons approximately now 22-26 years old.*

*For a more accurate description of the social status  [illegible] learned from*

*Zhegalovsk Village Council, Ostashkovo district [region].*

*I know him well personally because I myself was born in Ostashkovo district in 10*

*from landowner Mikhel whom everyone knows in Zhegalovsk Village Council western region.*

> *[illegible signature]*
>
> *Member of All-Sov Comm Party of Bolsheviks since 1929*
>
> *No. b0394194*
>
> *29 October 1933*

**Exhibit 106 - 1770**

LB-724

*Surname, name patronymic Mikhel Boris Ivanovich*
*Year, month and date of birth 1908,* ████████ *Tver region, hamlet of Kustantsy*
*Ethnicity Russian*
*Sex male*
*How many times has he applied to the educational inst.        1st time*
*Family status     Bachelor*

*Profession and specialty   Technician, practical man*

*[illegible] Red Dawn Factory 1928-30*

*Member of which union? Metall [illegible] No. 20/25*

*Position regarding military: Pre-draft*

*Previous schooling: Nine-year school*

*How long did he study and where   Certificate No. 203 27 August 1927*

*Exact address where he arrived from: Tver region, Ostashkovo, hamlet of Kustantsy*

*Did he undergo court penalties?*

*When, where, for what, and result     NO*

**Exhibit 106 - 1771**

LB-725

| c) Military card No. _____(or what document confirms the | | SHEET/AUTHENTIFICATION OF THE CASE | |
|---|---|---|---|
| 13. If he worked, at what institution, enterprise, as whom, from what time and does he get an income | Factory Red<br><br>technician | Material level of parents/what property do they have, what is the annual income and size of tax | |
| 14. Who was he assigned by/sent on business | | 1. What is he living on?    On personal income | |
| 15. Party membership right now/ time entered the party/No. of ticket | | 2. Address; ▮▮▮▮▮▮▮▮▮▮▮<br>Leningrad<br>28 July 1930 signature | |
| 16. Is he in the All-Union Leninist Young Communist League/year of entry/ticket | No. 138321<br>March 2, 1927 | We hereby certify that which was entered in the questionnaire [name of organizations /positions, persons who certify the accuracy of this information | |
| 17. In what political parties was he before? | ___ | July 29, Professionally authorized initials signature<br><br>Seal / true with original<br>Nov 29, 1933 Secretary Kirillova | |
| 18. Experience in societal work in councils/party work/Komsomol etc | | | |
| 19. Social status of parents/pre-revolution, post-revolution, and currently.<br>a) worker<br>b) peasant and of what specific<br>Social group<br>c) Office specify what job | Office worker /peasant/<br><br><br>From 1925 not living with father<br><br>[illegible] | | |

**Exhibit 106 - 1772**

LB-726

Leningrad, 5 Pesochnaya Street
To the Director of the Electrotechnical
Institute
10

The Main Admin. of Educational Institutions is sending you an excerpt from the protocol of a meeting of the
Meeting of Central Appellate Commission under
Main Admin. of Educational Institutions, Peoples' Commissariat of Heavy Industry, USSR, executed by the
Dep. Dir.  Of MAEI PCHI, USSR, Comrade illeg.

Chairman of the Central Appellate Commission [signed] LINKEVICH
Secretary [illegible]

| We heard: | Be it resolved: |
|---|---|
| Statement from B. I. Mikhelev, student in Year IV of the Leningrad Electrotechnical Institute. B. I. Mikhel was born in 1908, social provenance: landowners, social rank: office workers, member of a union since 1927, expelled for hidden provenance when enrolling in the institute. When looking at the case, it was established that student Mikhel B. I. is the son of a landowner who had /1000/ one thousand hectares of land. | Decision of the director<br>Confirmed<br>Expel Mikhel, B. for one year |

[seal] Chairman of the Central. Appellate
Commission at MAEI, PCHI
[signed] Linkevich

**Exhibit 106 - 1773**

LB-727

[Better copy on next page]

**Exhibit 106 -  1774**

LB-728

I APPROVE Decision Dep. Dir.
Main Admin. of Educational Institutions
*11*

EXCERPT
From Protocol No. 65 dated 23 December 1933
Meeting of Central Appellate Commission under
Main Admin. of Educational Institutions, Peoples' Commissariat of Heavy Industry, USSR

In attendance: from Main Admin of Ed. Inst. Comrade Linkevich
From P. B. Proletstud: [crossed out]                    Kondrikov
From Central Committee, Leninist Young Communist League of the Soviet Union (VLKSM)
From the Institute.........................

| We heard: | Be it resolved: |
|---|---|
| Statement from B. I. Mikhelev, student in Year IV of the Leningrad Electrotechnical Institute. B. I. Mikhel was born in 1908, social provenance: landowners, social rank: office workers, member of a union since 1927, expelled for hidden provenance when enrolling in the institute. When looking at the case, it was established that student Mikhel B. I. is the son of a landowner who had /1000/ one thousand Hectares of land. | Decision of the director<br>Confirmed<br>Expel Mikhel, B. for one year |

[seal] Chairman of the Central. Appellate
Commission at MAEI, PCHI
[signed] Linkevich

**Exhibit 106 - 1775**

# EXHIBIT

# 107



**Exhibit 107 - 1776**

Форма № 6

| №№ п|п. | Фамилия, имя и отчество | Звание и должность | Подразде- ление | № книги учета ф. № 4 | Примечание |
|---|---|---|---|---|---|
| | Лукин Василий Василь | красноар | Горн. ч. | | пехотное училище вг. Омске. |
| | Матюшечкин Андр Я серге. | — « — | | | « |
| | Лукьянов Ш.Ш. | красноар | — « — | | |
| | Менгард Роланд Андрол | — « — | 19/чч | | Строитель-ный батальон |
| | Миллер Альберт Алексан | — « — | — « — | | |
| | Левовацкий Альвид Люд | — « — | 18/чч | | |
| | Майнер Давид Давид | — « — | — « — | | |
| | Майер Яков Иванович | — « — | — « — | | |
| | Макаренко Иосиф Фил | — « — | — « — | | |
| | Майор Владимир Карлов. | — « — | — « — | | « |
| | Миллер Эдуард Егоров. | — « — | — « — | | « |
| | Мартын Хартфрид Ан | — « — | — « — | | « |
| | Мараш Яков Иванов. | — « — | — « — | | « |
| | Миллер Генрих Егоров | — « — | — « — | | « |
| | Миллер Фед. | — « — | — « — | | « |
| | Мандулов Г.З. | — « — | — « — | | « |
| | Михель Андрей Иванов | — « — | — « — | | « |
| | Малев | — « — | — « — | | « |
| | Миллер Федор Иванов | — « — | — « — | | « |
| | Морайц Адам Петров. | — « — | — « — | | « |
| | Минка Игнат Андр | — « — | — « — | | « |
| | Миллер Роман Антонов. | — « — | — « — | | « |
| | Миллер Андрей Андреев | — « — | — « — | | « |

Тип. № 1 Новосибирского Облисполкома. Зак. № 4515

**Exhibit 107 - 1777**

Exhibit 107 - 1778

LB-574

People's Memory

Thu May 28

# Mikhel, Andrey Ivanovich

Mentioned in 1 document- Military Reshipment locations and Reserve Regiments – About the document

Page 31 of 394

[clip of document shown in full on next page, 575]

LB-575

Form No. 6

|   | Surname, name, patronymic | Rank and position | Unit | No. of record book, f. no. 4 | Notes *16* |
|---|---|---|---|---|---|
| 1 | Mukhin, Vasiliy Vasilievich | | Red Army soldier | [illeg] | Infantry school |
| 2 | Matyushechkin, Andr. Ya | | Sergeant | | |
| 3 | Musazhov M. M. | | Red Army soldier | | |
| 4 | Melgaf, Roland Atraf. | | -- // -- | [illeg] | Construction Battalion |
| 5 | Miller, Albert Aleksandr. | | -- // -- | -- // -- | -- // -- |
| 6 | Mravitskiy, Alvid | | -- // -- | [illeg] | -- // -- |
| 7 | Manner, David, Davidovich | | -- // -- | -- // -- | -- // -- |
| 8 | Maier, Yakov Ivanovich | | -- // -- | -- // -- | -- // -- |
| 9 | Makarenko, Iosif Fil. | | -- // -- | -- // -- | -- // -- |
| 10 | Maier, Vladimir Karlov. | | -- // -- | -- // -- | -- // -- |
| 11 | Miller, Eduard Yegorov. | | -- // -- | -- // -- | -- // -- |
| 12 | Martyn, Kartfrid Al. | | -- // -- | -- // -- | -- // -- |
| 13 | Morash, Yakov Adamov | | -- // -- | -- // -- | -- // -- |
| 14 | Miller, Gepren Yegorov. | | -- // -- | -- // -- | -- // -- |
| 15 | Miller, F. D. | | -- // -- | -- // -- | -- // -- |
| 16 | Manuilov, R. Z. | | -- // -- | -- // -- | -- // -- |
| 17 | Mikhel, Andrey Ivanovich | | -- // -- | -- // -- | -- // -- |
| 18 | Megev | | -- // -- | -- // -- | -- // -- |
| 19 | Miller, Fyodor Ivanovich | | -- // -- | -- // -- | -- // -- |
| 20 | Morantz, Aadam Petrovich | | -- // -- | -- // -- | -- // -- |
| 21 | [illeg] | | -- // -- | -- // -- | -- // -- |
| 22 | [illeg] | | -- // -- | -- // -- | -- // -- |
| 23 | Miller, Andrey Andreyevich | | -- // -- | -- // -- | -- // -- |

Printshop No. 1, Novosibirsk Reg. Exec. Cmte. Order No. 4515

**Exhibit 107 - 1779**

# EXHIBIT 108

Case 2:02-cr-00220-MCS    Document 2475-6    Filed 10/05/23    Page 124 of 227    Page ID #:21380

И.К. и А.И., прожив. на

Павловской вол., Осташков-

ской губернии.

613.

…прав, как б. крупные зем-

…ел 180 дес. земли. По…

…куратурой — закабаляли крестьян

Сообщено…

Exhibit 108 - 1780

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 125 of 227   Page ID #:21381

Р. С. Ф. С. Р.

# Народный Комиссариат Юстиции

Москва, Воздвиженка, № 5.

Всероссийский Центральный Исполнительный Комитет Советов.

2 7 ФЕВР 1929

Ап 815/4613.

Кому: В ЦЕНТРИЗБИРКОМ
Здесь, Кремль.

На Ваш № Ап 815-4613 от | 21 12 19

Наш № 033в164а23 от 26 | 2 19

По вопросу: С материалами расследования по делу Михель.

Отдел Общего Надзора Прокуратуры Республики препровождает на распоряжение материалы расследования жалобы гр. хут.Кустенц Павлиховской вол., Осташковского у. Ив.Каспаровича МИХЕЛЬ о лишении его избирательных прав.

Как видно из сообщения ВИК гр. МИХЕЛЬ имел до революции 18 дес.земли, эксплоатировал наемный труд. Будучи управляющим име б. посла в Турции Панафидина, Михель закабалял крестьянство.

По этим соображениям мы полагаем, что жалоба гр. МИХЕЛЬ д на быть отклонена.

Пом.Прокурора Республики                    (Стрельцов)

Прокурор при НКЮ                             (Богомолов).

НБ/тж.
25.П.

Exhibit 108 - 1781

Совета Крестьянск. Депутатов
Осташковского у., Тверской губ.
Делопроизводство

"7" Февр. 192 года
№ 3042

б. кв. Е

Возвращая при сем Вашу переписку от 5 Января с.г. за № 3124 на 13 листах по жалобе гр-на хутора Кустанцы Михель Ивана о неправильном лишении его с семьей избирательных прав, по существу настоящего дела Павлиховский Волисполком дает следующее заключение:

1. Социальное положение Михель и его семьи до Революции:
помещик, сам Иван Михель до Революции имел кулчую землю в количестве 180 десятин и паравую мельницу на паях с одним гражданином.
До 1913 года Иван Михель служил у крупного помещика Панафидина в имении "Боржики" Павлиховской волости и занимал должность управляющего по данному имению, а с 1913 года проживал в своем собственном имении "Кустанцы"

2. В настоящее время Михель Иван имеет земли и другого инвентаря и скота следующее количество:
земли: пашни 3 десятины и сенокосной площади 2,20 десят., а всего 5,20 дес каковая земля ему прирезана из бывшей его собственной земли 180 десят. которая после Революции была передана в леса местного значения обществу деревни Подгорья.
скота: 2 лошади, 1 корова, 1 нетель, 1 бык, 4 овцы.
постройки: 1 хороший дом с 4 комнатами и 1 кухней, 1 большое гумно, 1 амбар, 1 баня, а так же имеет совместно со своим родным братом Александром Михель ряд хозяйственных построек.

3. Наемный труд Иван Михель применял, в дореволюционное время с 1913 года проживая у себя в имении Кустанцы и являясь помещиком Михель во время полевых работ нанимал для обработки земли крестьян окружающих селений, а сенокосную площадь сдавал беднякам и батракам выкашивать из половины и таким образом закабалял окружающее население.
Кроме того до 1913 года Иван Михель, хотя и выдает себя в качестве управляющего имения Панафидина, но фактически являлся с одной стороны управляющим, а с другой полупомещиком и неограниченным доверенным лицом Панафидина и фактически, как полупомещик закабалял окружающее население, так как сам помещик Панафидин занимая пост Русского посла в Турции никогда не проживал в имении, а находился все время заграницей.
Помимо эксплоатации со стороны Михель окружающего населения по своему поместью Кустанцы, таковой пользовался наймом рабочей силы и эксплоатировал батраков и бедняков на паравой мельнице, как собственник последней, которая ему приносила большие доходы.

4. Отношение Ивана Михель и членов его семьи к Советской Власти

Exhibit 108 - 1782

Иван Михель относится с недоверием к ... пролетариата, заугольно высмеивает Сов.власть и вспоминает старое хорошее время и былые дни в ожидании,что оно придет, вредный элемент хитрый и осторожный ведет неуловимую подпольную антисоветскую агитацию, которую пока неудается уловить,но как за неблагонадежным и вредным элементом местный орган власти ведет соответствующее наблюдение.

Члены его семьи так же ничем лучшем от своего отца не отличаются, нигде себя в общественных делах не проявили и население в особенности молодежь на его детей смотрит,как на чуждый элемент рабочего класса.

~~....~~
~~....~~
~~....~~

В отношении приложенных к переписке приговоров некоторых селений, в части выгораживания Ивана Михель не числа эксплоататоров и его поведения, выданные ему в 1925 году, то данные приговора опротестованы и анулированы приговорами окружающих селений и даны отзывы о Михель в худшую сторону с требованием о выселении обоих братьев Михель ивана и Александра,как бывш. помещиков из пределов Павликовской волости. Приговора эти написаны в 1928 году,каковые с постановлением ВиКа о выселении направлены в Президиум Уисполкома и Уземуправление.

5| Иван Михель после революционного времени по настоящее время хотя и обрабатывает землю своим личным трудом,но в момент полевых работ пользуется наймом рабочей силы до 5 и более человек вовремя жатвы и молотьбы.

В заключении Волисполком добавляет,что Михель и его семья являются чуждыми элементами Пролетарского Государства и на основании требования окружающих селений Подгорья и Желыбня, а так же отзывов всех общественных организаций-волости твердо поставлен вопрос о его выселении из пределов Павликовской вол.,как помещика,который проживает в своем бывшем поместье пустынцы и помещичьем доме и восстановление его в избирательных правах недопустимо.

ПРЕДСЕДАТЕЛЬ ВОЛИСПОЛКОМА                        |КУСТОВ|

СЕКРЕТАРЬ                                         |АЛЕКСЕЕВ|

**Exhibit 108 - 1783**

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 128 of 227   Page ID #:21384

Exhibit 108 - 1784

# из поселенного списка по Е. С.-Х. Налогу 1928

гр. _Михель Иван Касп_ деревни выс. _Кустаку_ волости
Фамилия, имя и отчество.                     села

уезда _Осташковск_ Тверской губернии.

| | Площадь в десятинах. | | | | | | Количество голов | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Площадь посева льна облаг. по половин. норм. | Спец. отрасли земледелия. | | Сенокоса. | | Пчеловодство. | | Лошадей. | | Крупн. рог. скота. | |
| | | Пром. сады. | Пром. огороды. | Залив-ного. | Не за-ливного. | Рамоч-ных. | Колод-ных. | От 2-х до 4-х лет. | От 4-х лет и старше. | Необлага-емого. | Облагае-мого. |
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 7 | 0,15 | — | — | — | 2,20 | — | — | 1 | 1 | 2 | 1 |
| 38 | 4 05 | — | — | — | 46 20 | — | — | — | 28 00 | - | 21 00 |

| | | Число занятых в каждом промысле лиц. | | Сумма дохода. | | | Итого дохода (гр. 18 + 24). | Надбавка к доходу от сельского хозяйства. | | Определённый в индивидуал. порядке. | Всего на хозяйство. | Всего за вычетом 20 р. на едока. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Наёмных рабочих. | Членов семьи. | Учтён-ная. | Утвер-ждённая. | Причисл. к обло-жению. | | % к гр. 18. | В рублях на хоз. | | | |
| | | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | — | — | — | 100 | 15f | 367 83 | — | — | — | 368 р. | 228 р. 24 |
| | | | | | 300 | 105f | | | | | | |
| | | | | | 100 | 15f | | | | | | |

Выписка верна Дель

« 4 » февраля

М. П.

**Exhibit 108 - 1785**



Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 130 of 227   Page ID #:21386

ПРОКУРОРУ РЕСПУБЛИКИ.-

По жалобе гр-на МИХЕЛЬ.-

Возвращая при сем материал Центр.Избиркома по жалобе гр-на хут.Кустенцы,Павлиховсной вол.,Осташковского у.Ивана Каспаровича МИХЕЛЬ на лишение его и семьи избирательных прав,Губпрокуратура представляет при сем сообщение Павлиховского ВИК"а от 7 февраля с./г.за № 3042,с каковым Прокуратура согласна и полагает,что лишение избирательных прав произведено правильно.-

ПРИЛОЖЕНИЕ:- на 16 листах.-

Губернский Прокурор-         (ГРАЧЕВ)

Пом.Прокурора по Общ. надзору -         (Трофимов)

Exhibit 108 - 1786



Case 2:02-cr-00220-MCS    Document 2475-6    Filed 10/05/23    Page 131 of 227    Page ID #:21387

Н. К. Ю.    Р. С. Ф. С. Р.

*Прокурор Тверской губернии.*

Тверь, Площадь Правды.

| Дата вх. | | часть | исполнит. |
|---|---|---|---|
| Срок исп. | | исп. | д. № |

Кому: **В Павлиховский ВИК Осташков-
ского уезда.**

| На Ваш № | от | 192.........г. |
|---|---|---|
| Наш № **ЗП24** | от **5 | I** | 192 9 г. |

По вопросу:

Губпрокуратура препровождая при сем попученные из Прокурату-
ры Республики материалы Центроизбиркома по жалобе гр. хут. Кусти-
цы Павлиховской вол.Осташковского уезда Ивана Каспаровича Михепь
на пишение его и семьи избирательных прав, предпагает ВИК"у дать
заключение по следующим вопросам:
1/о социальном попожении Михепь до ревопюции и его семьи.
2/о копичестве земли и другого их инвентаря и скота.
3/применяп пи Михепь наемный труд в дореволюционное время
   и попе ревопюции.
4/его отношение к Советской Впасти.
5/Проверьте его хозяйство с точки зрения выявпения законности,
   попьзования землей как хутора образовавшегося на купленной
   земпе и быпо пи там какое поместье до ревопюции.
Испопнение ожидается к 20/I-29 г.

3677—28.

Пом.Прокурора по
общему надзору                    /ТРОФИМОВ/

Вх № 3042
14/I 1929 г.
Депо

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 132 of 227   Page ID #:21388

Р. С. Ф. С. Р.

**ТВЕРСКОЙ**
Губернский Исполнительный
**КОМИТЕТ**
СОВЕТА
Рабоч., Крест. и Красноарм.
**ДЕПУТАТОВ.**

**ПРЕЗИДИУМ.**

16/XI дня 1928 г.

№ 051/204

Гор. Тверь. Телеф. № 191.

(При ответах делать ссылку на
наш номер и Число).

Всероссийский Центральный
Исполнительный Комитет
СОВЕТОВ.
19 НОЯБ 1928

Подлежит исполнению

«_____» _____ 1928 е.

Центризбиркому при ВЦИК.

г. Москва-Кремль.

На № А.П. 815/4613 от 12 мая 1928.

Оргтдел Губисполкома препровождает весь материал
об избирательных правах по делу гр-на Михель Ивана
Каспаровича, прож. на хут. Кустанун Павликовской вол. Осташковского уезда

ПРИЛОЖЕНИЕ: на " 13 " листах.

Зав. Оргтделом Губисполкома                    /Горелов/

Делопроизводитель                    /Арефьев/

Exhibit 108 - 1788



Утверждено на заседании
Президиума ГИК"а 10-го ноября 1928г
/ пр. № 6, § 12/ .

ВЫПИСКА ИЗ ПРОТОКОЛА № 16

Заседания Губернской Избирательной Тройки от 1-го Ноября 1928 года

ПРИСУТСТВУЮТ: т.т. Юдин, Жукова, Козырев и Ладышкин.

Председательствует тов. ЮДИН          Секретарь тов. ЛАДЫШКИН.

| С л у ш а л и | П о с т а н о в и л и |
|---|---|
| § 1. Ходатайство гр- на хут. Кустанцы, Павлиховской волости, Осташковского уезда - МИХЕЛЬ, И.К. о восстановлении в избирательных правах. Лишен, как бывш. крупный землевладелец. | Согласиться с постановлением Президиума Уисполкома от 13-го Июля с.г. и в ходатайстве гр-ну МИХЕЛЬ ОТКАЗАТЬ. |

П.П.  Председатель /ЮДИН/
          Секретарь /ЛАДЫШКИН/

В е р н о :
Делопроизводитель                                      /Арефьев/

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 133 of 227   Page ID #:21389

Exhibit 108 - 1789

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 134 of 227   Page ID #:21390

"...... ИЮЛЯ 1928 года.   ПАВЛИХОВСКОМУ ВИК"у, и гр-ну МИХЕЛЬ

№.... 7456   И.К. х. Кустанцы Павлиховской волости

Для сведения и исполнения.-

ГИК"у -для сведения.-

Секретарь УИК"а

Тверской Губисполком-28 г.

| Дата регистрации. | Упрайделами |
|---|---|
| 20/X | |
| За вопрос. | № карточки. |
| 052/У -22.24 | |
| Колич. приложен. | Дата исполнения. |



Exhibit 108 - 1790



В ы п и с к а

из протокола № 30 заседания Президиума Осташковского УИК-а от 13/УII-28 г.

§ 20. С л у ш а л и :

Заявление гр.д.Кустанцы,Павлиховской вол.,МИХЕЛЬ И К о восстановлении его в избирательных правах,лишенного таковых,как бывшего помещика.-

П о с т а н о в л е н и е :

Не находя достаточных мотивов в заявлении и принимая во внимание заключение ВИК-а в восстановлении гр.МИХЕЛЬ в избирательных правах отказать.-

В е р н о : Управделами УИК-а

Case 2:02-cr-00220-MCS    Document 2475-6    Filed 10/05/23    Page 135 of 227    Page ID #:21391

Exhibit 108 - 1791



Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 136 of 227   Page ID #:21392

Exhibit 108 - 1792

Р.С.Ф.С.Р.

**ОСТАШКОВСКИЙ**

Уездный Исполнительный Комитет
СОВЕТА

Рабочих Крестьянских и .........
ДЕПУТАТОВ

ПРЕЗИДИ...

19 Апрель 1928 г.

№ 6073

гор. Осташков, Тверск. губ.

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 137 of 227   Page ID #:21393

В Президиум Осташковского УиК-а

На № 6077

Р. С. Ф. С. Р.

**ПАВЛИХОВСКИЙ**

Волостной Исполнительн.
КОМИТЕТ
Совета Крестьянск. Депутатов
Осташковского у., Тверской губ.
Делопроизводство ОИЦ

„ 6 . 7 . 1928 г.

№ 5037

б. им. Бухвостово
Осташковского у., Тверской губ.

С возвращением переписки по вопросу лишения в избирательных прав гр-на МИХЕЛЬ Ивана, на предмет восстановления в таковых, ВИК со своей стороны считает, что восстановление в избирательных правах Михель Ивана как бывшего помещика и эксплоататора в корне недопустимо, так как соседние селения имеют массовые нарекания против его существования на своей бывшей помещичьей земле, а его трудолюбивость к земле, как он заявляет, так это нет иного выхода, ибо эксплоатировать больше в трудовой стране не допускается и и невольно приходится влачить жалкое существование, в тоже время как непримиримые враги рабочего и крестьянина остается в душе неиоколебим, и требует к собой пролетарского наблюдения. -

Предволисполкома

За Секретаря

Осташковский Уиисполком
ПОЛУЧЕНО.
ИСПОЛНЕНО.
9-VII 19-8 г.
Вх. № 6654
Депо №

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 138 of 227   Page ID #:21394

Exhibit 108 - 1794



Дорогой Михаил Иванович!

Борясь с несправедливостью уже несколько лет, обращаюсь к Вам с просьбой, как единственному защитнику трудящихся масс, и прошу выслушать мое чистосердечное письмо, в котором я описываю подробно свою биографию и жизнь за 60 лет моего существования, а также и моей трудовой семьи. Я хлебопашец Тверской губ. Осташковского у. Павлищевской волости х. Кузеницы Иван Касторович Михель. Отец мой был Швейцарский подданый Кастор Михайлович Михель из пролетарской семьи, который приехал в Россию не знаю в каком году настоящим пролетарием с квалификацией сыровара и кондитера, искать счастья и лучшей жизни за пределами своей родины. Много лет служил сыроваром у разных помещиков, и женился на Русской мещанке с небольшими средствами, на кои приобрел небольшой участок земли в Тверской губ. Осташковского у. и стал заниматься сельским хозяйством. Но жить на хозяйстве ему долго не пришлось, он умер оставив большую семью в числе 7 человек, старшему из которой, мне Ивану Михель было 15 лет. Семья осталась в крайней нужде за отсутствием совершенно работников, и мне пришлось уйти в услужение людям. Прослужил у соседнего помещика Полозова около 20 лет на жаловании 25 руб. Перешел в русское подданство 1890 году, женился на русской, быв. крепостной безземельной крестьянке Софии Романцевой, которая тоже в детства, служила у того-же помещика и стали иметь семью в числе 6 человек детей. Существовать на таком жаловании в семьей стало очень трудно и за время Революции, пришлось уйти со службы на свой участок земли, доставшийся мне при разделе ой мамаше в количестве 80-ти десятин из коих на мою долю было только 9 десятин, остальная была под зарослью и болотами, на своем участке земли, построил на скопленные мною и моей женой деньги, жилья, и необходимую сельско-хозяйственную постройку и стал заниматься хлебопашеством, своим личным трудом.



Exhibit 108 - 1795



и моей семьи, которым осталось жить немного, и грустно смотреть на голодных ни в чем не повинных детей, которые воспрашивают за борт общественной жизни нашей трудовой Республики и не дают возможности развернуть свои молодые силы на работе на благо трудового Общества. Дорогой Михаил Иванович! прошу вашей защиты, справедливости и раскрытия итого трудника в котором нахожусь я и моя семья. Всякая работа выпадает из рук, находясь под гнетом сознания, что ты не трудовик, не нужный элемент и что ты не можешь находиться в рядах трудового Общества. Прошу ответить мне и моей семье могу ли я быть отнесен к таковому а так-же мои сыновья?

При сем письме посылаю все мои документы, которые подтверждают справедливость написанного в нем.

Жителница Тверской губ. Осташковского у. Павлюковской в. д. Кустынь Иван Каспарович Михель.

1928 г. Мая 2го.

Почтовый Адрес: г. Осташков. Тверской губ. п/о. „Святица". Иван Каспарович Михель.



Приговор.

Мы гр-не дер. Подгорья Павлицовской волости Остроп-
ковского у. даем настоящий приговор гр-ам Кузьмичу
Владимиру Ивановичу Михель и Андрею Ивановичу Михель
в том, что они с самого детства жили на к. участке
занимались хлебопашеством, обрабатывая землю,
своим личным трудом, в религиозных культах
служителями не были, торговлей не занимались,
в частных предприятиях не служили, и против
Советской власти за период её существования никаких
выступлений не было. К чему и подписуемся:

25/X 25 г.    Гр-н дер. Подгорья:  /подписи в количестве 18 дворов/.

Подписи рук гр-н дер. Подгорья Свидетельствую

Пред. Сельсовета  /подпись/

Подписи рук Председатель Желонского Сельсовета
Разумихина, Павлицовский ВИК удостоверяет.

Пред. ВИК  /подпись/

/печать/    Секретарь  /подпись/

Свидетельствую Председатель Желонского Ж—В ...
5/X ...

Case 2:02-cr-00220-MCS Document 2475-6 Filed 10/05/23 Page 142 of 227 Page ID #:21398

Exhibit 108 - 1798

*Копия*

# ВЫПИСКА

*определения*

из журнала открытого заседания Осташковской Уездной Земельной Комиссии при УЗУ

от „25" Сентября 1924 г.

Председатель *Ласточкин*

Члены: { Народный Судья *Отюгов.*
{ Уземлеустроитель *Васильков.*

При секретаре

**Примечание:** Постановление может быть обжаловано в кассационном порядке в 14 дневн. срок в Губ. Зем. Комиссию с подачей жалобы чрез Уездн. Зем. Комиссию.

| Слушали. | Постановили. |
|---|---|
| § 4. Дело по наст. Реестру 1924 года за № 322, по заявлению гр. хутора Кустанцы Павлиховской волости Ивана и Александра Комаровых Михель, о признании их трудовыми землепользователями. | УЗК рассмотрев заявление гр. Иван и Александра Комаровых Михель о признании их трудовыми землепользователями и принимая во внимание, что вышеназванные гр-не по классовому состоянию не принадлежали к числу помещиков, что и в дореволюционное время они вели трудовой образ жизни, не применяя наемного труда и обрабатывая землю личным трудом, что и видно из представленных ими документов что вышеназванны гр-не и в настояще время имея небольшое количество земля, разрабатывая ее личным трудом, не претендуют на землю в большем количестве, постановила: Признать гр-н Ивана и Александра Михель трудовыми землепользователями и закрепить за ними землю фактического пользования руководствуясь цируляром Наркомзема за 186 |



Копия определения У.З.К. на обороте сего выдана

гр-ну аут *Куштанину Павлик* волости Ивану

*Каспарову Михель* согласно его заявления .

Канцелярский сбор в сумме "5" коп. по квитанции №

Председатель У.З.К. *Ластин*

Секретарь

Исх 685
24/XII 24 г

Exhibit 108 - 1799

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 144 of 227   Page ID #:21400

Р. С. Ф. С. Р.

**ОСТАШКОВСКИЙ**

Уездный Исполнительный Комитет
С О В Е Т А
Рабочих, Крестьянских и Красноармейских
ДЕПУТАТОВ

«24» дня    VII    1928 г.

7457

гор. Осташков Твер. губ.

Коммуф.: Предумп'а № ?, Канцел. № ?

При ответах ссылаться на
наш номер.

ОРГ-ОТДЕЛУ ТВЕРСКОГО ГИК-а

на №-052/У.24.04.

Ч/16

Весь материал по делу об избирательных правах гр.Михель И.К.направлен в Губисполком при №-7156 от 18-го июля с.г.

Секретарь Уисполкома

Управделами    М. Бурков

| 10-Тверской Губисполком-28 г. | |
|---|---|
| Дата регистрации. | Дата направления. |
| 30/VII | / / |
| № | |
| 052/У-35.04 | |
| Колич. приложен. | Дата и визия. |
| | |

Exhibit 108 - 1800

Exhibit 108 - 1801

**Exhibit 108 - 1802**



Граждане деревни Тарасова Павлюковской волости Осташковскаго уезда Тверской губерни все единогласно даем настоящий приговор проживающему в нашей волости в двух верстах от нас, гражданину хутора "Кустамлево" Ивану Касторову Михель в том, что он действительно и его семья находились в услужении около 20 лет у нашего бывшаго помещика Понафидина. Находясь в батрачестве Иван Касторов Михель постепенно, на своем хуторе делал постройки, выстроил домик и необходимыя для хозяйства постройки и за 6 лет до революции переехал со своей семьей из 8 человек к себе, и стал заниматься хлебопашеством, своим личным трудом как до революции так и по сие время на своей купчей земли около 80 десятин из которой, пахатной и сенокосной около 9 десятин, а остальная земля под мелким лесом отошедшая в государственный лесной фонд. В чем и удостоверяем своею подписью граждане деревни Тарасова 1925 года Апреля 21 дня.

Ф. Ануров. Егор Владимиров /В. Иванов.
С.Юрьев. Гр. Федосеев Иван Александрин
Василий В. Федотов Петров Иван Иванов
Я Гаврилов. Егоров Прок А. Сорокина
Я Корнюхова С Туманова В.Филин С. Васильев
Н Лаврентьев Л. Федосеев А. Лаврентьев Андреев
В. Баранов Зо Апр. В Егоров В.Авдеев.



Exhibit 108 - 1804

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 149 of 227   Page ID #:21405

Exhibit 108 - 1805

1925 года Апреля 17 дня Все мы нижепод-
писавшіяся граждане деревни Жельбни Повлих-
ской волости Осташковскаго уезда Тверской губ.
даемъ настоящій приговоръ гражданину хутора
Кустанцы Ивану Касперову Михель нашей воло-
сти въ томъ что его бывшая купчая земля
около восьмидесяти десятин смежна съ нашей
надельной землей. И въ указаннаго количества
гражданинъ Иванъ Каспаровъ Михель имелъ па-
хатной земли около в десятинъ покосе около
ло 5 десятинъ остальная земля подъ болота-
ми и суходолами подъ заросиью лиственнаго
и хвойнаго леса и в томъ числе есть болото
моховое съ глухимъ озеркомъ около в десятинъ
вся эта земля отошла въ государственный
лесной фондъ. Гражданинъ Иванъ Каспаровъ
Михель какъ до Революціоннаго время такъ и
по сіе время пахотную и сенокосную пло
обрабатываетъ своими личными трудомъ.
Добрососедскія отношенія были самыя хорошія.
Кроме всего этого все мы граждане подтверждаемъ
что гражданинъ И. К. Михель и его жена Софія Петро
ва Михель находились въ услужении у Повлиха
Повлиховской волости Понафидина свыше пят-
надцати летъ и въ періодъ своего батрачества
на скопленныя деньги выстроили себе домъ и
необходимыя хозяйственныя постройки и
переехали со своей семьей изъ восьми человекъ
за время революціи где по сіе время зани-
маются хлебопашествомъ на указанной земли
своимъ личнымъ семейнымъ трудомъ въ чемъ
и удостоверяемъ своими подписями граждане
деревни Жельбни        Федоръ  Владимаровъ  Н. Владимировъ
Я. Соломоновъ  Михаилъ  Владимуровъ  ма михаиловъ
Михаилъ Романовъ  М. Николаевъ  Соколовъ  за негра
мотнаго  Федора  Владимирова  по его личной просьбе  расписа-
си  Федоръ  Владимаровъ



за Алёну Иванову и Женину Евфимиеву
по их личной просьбе расписался Владимир
бор. Романов

Подпись рук ... дер ... жи
... Пред ... 18 апр 1925 г.
Подписи руки ...
Павлюковского ... Овсянниковского
уезда, Тверской ... удостоверяет.
Пред ...

22/IV 1925

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 151 of 227   Page ID #:21407

20

Губпрокурору - г. Тверь.
Копия: в Центроизбирком. - Здесь,Кремль

Ап815/46І3
ОЗЗвІ64а23 29-XII 8

о расследовании жалобы гр. Михель.

Препровождая материалы Центроизбиркома по жалобе гр. хут.
Кустинцы, Павлиховской вол. Осташковского у. Ивана Каспаровича
МИХЕЛЬ на лишение его и семьи избирательных прав, как б. поме-
щика, - Отдел Общего Надзора Прокуратуры Республики предлага-
ет проверить указанные в жалобе факты, установив расследова-
нием противоречивость имеющихся в деле материалов, так как из
постановлений Избиркомиссий видно, что Михель применял наем-
ный труд, а из жалобы, постановления УЗК от 25 сентября 1924г.
и ряда удостоверений крестьян видно, что Михель обрабатывал
имевшуюся у него землю своим трудом. Выясните эти противоре-
чия, а также имущественное положение жалобщика до революции и
теперь.

Материалы расследования с Вашим заключением представьте
нам не позже 10 февраля.

НВ/А.Тр.
28.12

Пом. Прокурора Республики

/Нюрина/

Прокурор при НКЮ

/Богомолов/

ожидаю до 10/II 29г.

Exhibit 108 - 1807



**Exhibit 108 - 1808**

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 153 of 227   Page ID #:21409

Срок 21/II

Р. С. Ф. С. Р

# Народный Комиссариат Юстиции

Москва, Воздвиженка, № 5.

Дата вх.

Срок исп.

Всероссийский Центральный Исполнительный Комитет

часть          Исполнит.

2 ЯНВ 1929

исп. Ап 815/4613 д. №

Кому: Губпрокурору – г. Тверь.
Копия: в Центроизбирком. – Здесь, Кремль

На Ваш № Ап 815/4613 │ 192 г.

Наш № О33в164в23 от 29/XII 1928 г.

22

По вопросу:          о расследовании жалобы гр. Михель.

Препровождая материалы Центроизбиркома по жалобе гр. хут. Кустынцы, Павлиховской вол. Осташковского у. Ивана Каспаровича МИХЕЛЬ на лишение его и семьи избирательных прав, как б. помещика, – Отдел Общего Надзора Прокуратуры Республики предлагает проверить указанные в жалобе факты, установив расследованием противоречивость имеющихся в деле материалов, так как из постановлений Избиркомиссий видно, что Михель применял наемный труд, а из жалобы, постановления УЗК от 25 сентября 1924г. и ряда удостоверений крестьян видно, что Михель обрабатывал имеющуюся у него землю своим трудом. Выясните эти противоречия, а также имущественное положение жалобщика до революции и теперь.

Материалы расследования с Вашим заключением представьте нам не позже 10 февраля.

НБ/А.Тр.
28.12

Пом. Прокурора Республики          /Нюрина/

Прокурор при НКЮ          /Богомолов/

Exhibit 108 - 1809



Вх.№ 815/4613

21. ДЕП. 1928

В НКЮ РСФСР тов. БОГОМОЛОВУ.

Лично.
------

Всероссийская Центральная Избирательная Комиссия препровождает при этом для расследования материалы по делу об избирательных правах гр-на МИХЕЛЬ И.К.

О результатах расследования просьба сообщить в Центризбирком.

ПРИЛОЖЕНИЕ: на "13" лист.

Секретарь Центризбиркома
(Клинцевич)

ВЕРНО

Exhibit 108 - 1811



Дело № ап 815/4613    г. Богомолов    24

Михель И. К — хут. Кустанцы, Павликовской вол, Осташковского у. Тверской губ.

кк б. крупный землевладелец.

Крестьянин.

1. После раздела с матерью, до революции имел 80 дес. земли из коей 9 дес. было пахотной (установлено из приговора гр-н села).

УЗКомиссия признала его трудовым землепользователем, не применявшим как до революции, так и после таковой наемкой рабочей силы.

Имущ. пол: Дом, 2 лош. 1 кор 4 овцы. член. семьи — 7 чел.

Имеет 4 отзыва кр-н, о том, что наемным трудом никогда не пользовался

2) ВИК — отн. как труженику, лишь в силу того, что эксплоатировать в Совстране нельзя и настроенному против Сов-власти.

УИК и ГИК кк б. помещику.

один сын в Кр. Арм — семья пользуется льготами — другой для заочном в тыл. опол. 50.-ннол



он и жена
около 70 лет
служили у помещика

Case 2:02-cr-00220-MCS    Document 2475-6    Filed 10/05/23    Page 156 of 227    Page ID #:21412

Exhibit 108 - 1812

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 157 of 227   Page ID #:21413

*Срок 28/I*

25

Вх. № *Ли 815/46.13*

**1 3. НОЯ. 1928**

*В Тверской Лик*

*к № 052/ц - 11.74 - 11/VIII - 28*

Всероссийская Центральная Избирательная Комиссия просит ускорить ответ на предложение Центризбиркома от *7/VIII - 28* за № *Ли 815/46.13* по делу об избирательных правах гр.

*Милик И. Я.*

Секретарь Центризбиркома

(Клинцевич).

ВЕРНО:
Делопроизводитель
Орготдела В. Ц. И. К.

Exhibit 108 - 1813



Вх. № 052/Ц.И.74.

**Р. С. Ф. С. Р.**

**ТВЕРСКОЙ**
**Губернский Исполнительный**
**КОМИТЕТ**
**СОВЕТА**
Рабоч., Крест. и Красноарм.
**ДЕПУТАТОВ.**

**ПРЕЗИДИУМ.**

11/VIII дня 1928 г.

№ 052/Ц-11.74

Гор. Тверь. Телеф. № 191.

(При ответах делать ссылку на
наш номер и число).

Подлежит исполнению

«_____»_____1928 г.

Центризбиркому при ВЦИК
/Москва, Кремль/.

на № АП 815/4613 от 7/У111 т.г.

Оргoтдел Губисполкома сообщает, что дело об изби-
рательных правах гр-на МИХЕЛЬ И.И. находится в стадии
разрешения. О результатах Вам немедленно будет сообще-
но.-

За Зав.Орг.отд.
/Троицкий/

Делопроизводитель
/Арефьев/

13 АВГ 1928

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 159 of 227   Page ID #:21415

Exhibit 108 - 1815

Срок 7/X

27

Вх. № *Аб 815/463*

7 — АВГ.1928

В Тверской Инк

Всероссийская Центральная Избирательная Комиссия просит ускорить ответ на предложение Центризбиркома от *19 мая с/г* за № *Аб 815/463* по делу об избирательных правах гр. *Михеев И. К.*

Секретарь Центризбиркома
(Клинцевич)

Exhibit 108 - 1816

Срочно 19/VI

Вх. № 815/46139
1925-28

В Тверской ГИК

Всероссийская Центральная Избирательная Комиссия препровождает при этом на рассмотрение ГИКа ходатайство гр. Михель И. К. о восстановлении в избирательных правах. О результатах рассмотрения ходатайства просьба уведомить Центризбирком, а в случае отклонения ходатайства, дело вернуть в Центризбирком.

Приложение: на "4" листах.

Секретарь Центризбиркома
/Сапунов/

ВЕРНО.
Делопроизводитель
Оргтотдела В. Ц. И. К.



**Exhibit 108 - 1817**

Case 2:02-cr-00220-MCS Document 2475-6 Filed 10/05/23 Page 162 of 227 Page ID #:21418

30

**Всероссийский Центральный Исполнительный Комитет Советов.**

*Центризбирком*

# ДЕЛО № *Акт 815/*

*Михель А. И.*

*Тверской губ.*

По вопросу: *о восст. в избират. правах*

Начато _____ 192 ___ г.

Закончено _____ 192 ___ г.

**Москва—Кремль.**

Exhibit 108 - 1818



КРЕСТЬЯНСКАЯ ГАЗЕТА
11 ФЕВР 1929

В юридическую консультацию. Крестьянская газета.

31

Уважаемая газета!!

Читая 2 года "Крестьянскую газету", я убедился, что газета является большим помощником и указатель во многих делах, обращающих к ней с теми или иными просьбами, а посему и я решил обратиться с просьбой, дать мне разъяснение и походатайствовать по своему делу. Я гр-н д. Кустанца Павликовской вол. Осташковского уезда Тверской губ. Михель Андрей Иванович рождения 1905 г., живя с самого детства постоянно на своем хуторе и занимался исключительно земледелием лишен гражданских прав по причине как сын быв. помещика и как не проявившего себя ни в какой общественной работе. Теперь скажу о составе моей семьи в которой я живу и в настоящее время. Мой отец мещанин по происхождению Михель Иван Мастерович пришлый трудовым землепользователем, так, как до Революции и после занимался земледелием исключительно ведя хозяйство при трудовом силой своей семьи, что видно из прилагаемого к сему письму документу. Семья отца состояла из 8 человек из коих: отец, мать, матьотца, и 5 сыновей, старшему в момент Революции было 15 лет а младшему 6 лет, которые с самого детства и до настоящего времени своими силами поддерживают среднее хозяйство. И вот в 1925 году Волостная избирательная комиссия лишает всю семью прав как семью быв. помещика, не смотря на то что отец был пришлый трудовым. За избирательный подали заявление в Волгубизбирком о восстановлении в правах указывая на трудовой образ жизни и нас в правах восстановляют. Брат старший рождения 1904 года идет служить в Армию, а я в это время выбираюсь членом Правления местного кооператива соседней волости где и работал 1½ месяца исполняя должность счетовода. Во время работы в кооперативе в 1927 г. меня опять Волгубизбирком лишает гражданских прав опять по причине как сын быв. помещика, и не проявившему себя в общественной работе, я подаю жалобу в Угубизбирком, получаю отказ, подаю Губернию и оттуда получил очень лаконический ответ "в просьбе отказать" ни какия разъяснений и ни какия причин я не знаю и до сего времени. Как раз подошел мой год 1905 г. к призыву в Армию, меня зачисляют в Тыловое ополчение и заставляют уплатить военный налог. Вот тут уже я стал совсем в тупик, получив и получив в 1928 г. извещение о лишении в правах.

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 164 of 227   Page ID #:21420

с одной стороны, семья пользуется льготами красноармейца, а с другого члена семьи, нисколько не отличающегося, берут военный налог. Обращался к пом Губ прокурора г. Осташкова за разъяснением, он мне посоветовал жаловаться в Губизбирком но он этого дело не получилось и я досих пор не знаю правды. Я не могу найти сам причин лишения меня прав, отец мой помещиком не был, он им и не признан а признан трудовым, я с самого детства своими руками обрабатывал землю ничем не занимался кроме службы в кооперативе, что говорит приговор соседнего селения приложенный к сему письму, работая в коопера- тиве я работал и на Общественной работе, а по сему в Избиратель- ной инструкции, прав на лишение не нашел, а на оборот, не узнал причина есть, что я на 1 год позже родился моего брата, который отслужил в Армии и имеет права, а я нет. Такое абсурдное яв- ление в семьи прямо ставит в тупик. Прошу ответить редакцию газеты; если я справедливо лишен прав то какие на то причины и что нужно сделать для восстановления; если же нет то прошу направить дело с прилагаемыми документами и походатайст- вовать на победу справедливости, также создавшегося положения которое заставляет опустить руки, человека молодых сил, могущего всегда быть полезным Обществу.

Гр-и. Михель Андрей Иванович. х. Кустанция Павлиховской вол. Осташковского у. Тверской губ.

При сем прилагаю: Копия постановления Особой комиссии, удостоверение о моей службе в Коопер., приговор Об-ва и другие докум.

Почтовый Адрес

П/А „Свапуще= Осташков. у. Твер. губ. Михель Андрею Ивановичу.

1929г. Февраля 7го.

Exhibit 108 - 1820

№ 19.

Копия с копии.

Постановление

1925 года Октября 28 дня Особая Губернская Комиссия по рассмотрению дел о смягчении бывш. помещиков прав на землепользование и проживание в принадлежавших им до Октябрьской Революции хозяйствах, в составе: Председателя Завед. Г.З.У. тов. Виноградова, членов от Г.З.У. тов. Большакова, от Г.П.У. тов. Перкона, от Губпрокуратуры тов. Числова при докладчике тов. Антонове и Секретаре тов. Виноградове рассмотрев дело о выселении бывш. помещиков бр. Александра и Ивана Михель из принадлежавшего им имения Кустаницы, расположенного в Осташковском у. Павлиховской вол. близ др. Подгорье установила: гр-не Александр и Иван Каспаровичи Михель по происхождению мещане, хотя точно не установлено, что видно из прилагаемых анкет, из заявления же Ивана Михель видно, что отец последнего имел царский подданный и в 1890 году принял русское подданство и отнесен к числу мещан. Имели имение с земельной площадью в 240 дес. купленную в 1890 году из числа последней пахотной земли значилось незначительное количество, остальная находилась под суходолом и лесом, которая с местными ревмоскми была зачислена в лесфонд. В деле имеется выписка протокола ликвидационной комиссии при Осташковском У.З.У. от 28 марта 1923 года, где указано ввиду хорошего состояния построек хозяйство сохранить за У.З.У. сдав в аренду в нем проживающим. Вопрос же с землей предоставить разрешить Отд. Зем-ва. Также же в деле имеется выписка из протокола Петровицкого Волземотдела от 31 Декабря 1921 года. Последний своим постановлением определил передачу Здес. в пользование Ивану Михель.

8 Октября 1923 года гр-ми Михель было подано в Осташковское У.З.У. заявление с просьбой пересмотреть вопрос о национализации их хоз-ва и причислении их к числу трудового населения. 23 Сентября 1924 года Осташковская У.З.К. рассмотрев дело и придя во внимание, что гр-не Михель по классовому состоянию не принадлежали к числу помещиков, что земля обрабатывалась личным трудом на основе чего, признать гр-н Михель трудовыми землепользователями и закрепить за ними землю фактического их пользования. Осташковским У.З.У. а равно и

Exhibit 108 - 1822

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 166 of 227   Page ID #21422

районный уполномоченный по Г.З.И. 24 ноября 24 года подали кассационную жалобу в Г.З.К. указывая на неправильное постановление У.З.К. в жалобе указывается.

Отсутствие при разборе дела Зав. Г.З.И.

и что гр-не Михель числятся крупными землевладельцами и ряд других причин, но так как срок обжалования У.З.У. был пропущен ввиду несвоевременного объявления постановления У.З.К. Г.З.К. своим постановлением от 23 января 25 года определила: дело вместе с жалобой возвратить в Осташковск. У.З.К. для рассмотрения ходатайства У.З.У. о восстановлении срока на обжалование. 11 апреля 25 г. Осташков У.З.К. вынесла постановление, срок на обжалование восстановить, после что дело опять передали в Г.З.К. Последняя своим постановлением от 14 мая 25 г. определила: дело разбором прекратить, передав его на разрешение Особой Комиссии по выселению быв. помещиков.

Из материалов видно, что гр-не Александр и Иван Михель хозяйство ведут обособленно. В настоящее время один из братьев Александр Михель имея семью 5 чел. пользуется участком земли в кол. 14 дес. а Иван семья 8 8 чел. 15 десятин. Документов на право пользования землей никаких не имеется. В деле имеется 4 одобрительных приговора гр-н окружающих селений, в последних указано применения наемного труда, тогда как в анкете отмечено, что часть земли сдавалась в аренду, и часть обрабатывалась самими владельцами.

Особая Комиссия приняв во внимание: 1. что гр-не Михель Александр и Иван Каспаровичи, по происхождению немцы, 2. что последние по количеству имевшейся земли относятся к числу крупных землевладельцев, но земля в своем большинстве не удобная. 3. что раньше хозяйство велось при трудовом строе своей семьи, что подтверждается рядом селений. 4. что и в настоящее время гр-не Михель ведут хозяйство не применяя наемного труда. Постановили: применить к гр-ам Александру и Ивану Михель ст. 3 постановления ВЦИК и С.Н.К. от 20/III 25 года, в отношении же землепользование дело передать земорганам на предмет ограничения на землепользование.

Председатель — Виноградов

т.н.п.   Большаков
12/XI 25.   Членов Терков

Секретарь — Виноградов.

С подлинным верно Пред — Жегаловского С — Орлов.
29/XI 25 г.

ВЫПИСКА

Из протокола № 8 заседания Павлиховской Волост. Избират. Комиссии

о. 11-го Января 1927 года.

СЛУШАЛИ:

§ 4 Заявление Андрея МИХЕЛЬ хутора Кустянцы о восстановлении его в избирательных правах.

ПОСТАНОВИЛИ:

В виду того, что Андрей МИХЕЛЬ лишен избирательных прав, как сын бывш. помещика правильно и что Михель находится до сего времени в материальной зависимости от отца и что за период Октябрьской революции до сего времени МИХЕЛЬ не проявил себя ни в какой общественной работы в просьбе отказать

С подлинным верно:

Секретарь Волизбиркома

Чегаловской Сельской Избирательной Комиссии [копия гр. МИХЕЛЬ]

Для сведения.

Председатель Волизбиркома

секретарь

14/I 1927г. №...416.....

# В Ы П И С К А

из протокола № 5 заседания рабочей тройки тверской губернской избира-
ной комиссии от 5-го Апреля 1927 года.

## С Л У Ш А Л И:

§ 14. Ходатайство гр-на хут. Кустыни, Павлиховской волости, Осташковс-
кого МИХЕЛЬ Андрея Михайловича о восстановлении его в избирательных правах
лишенного таковых как сын быв. помещика.

## П О С Т А Н О В И Л И:

Постановление Осташковской уездной избирательной комиссии от 24-го фев-
ля с.г. протокол № 8 § 6 утвердить, в ходатайстве гр-ну Михель отказать.

## С Л У Ш А Л И:

§ 15. Ходатайство гр-на хут. Корново, Павлиховской волости ФАДДЕЕВА В.
с выпиской из протокола № 9 § 12 заседания Осташковской уездной избира-
тельной Комиссии от 8/III 27г о восстановлении его в избирательных правах
лишенного таковых, как быв. помещика.

## П О С Т А Н О В И Л И:

Постановление Осташковской уездной избирательной комиссии от 8-го Мар-

Exhibit 108 - 1824



1927 года протокол № 9 § 13 утвердить, гр-ну Фадееву в ходатайстве отказать.

Верно: Управделами УИКа ГОРЯЧЕВ

С копией верно:

Секретарь Волисполкома

Жегаловскому Сельсовету [копия гр-жам МИХЕВ А. и ФАДЕЕВУ В.]

для сведения.

ПРЕДСЕДТЕЛЬ ВИКа

СЕКРЕТАРЬ

31-го МАЯ 1927 года.

№ 1030.

Exhibit 108 - 1825



**Exhibit 108 – 1826**



**Exhibit 108 - 1827**



**Exhibit 108 – 1828**

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 173 of 227   Page ID #:21429

Exhibit 108 - 1829



Справка.

Михель Андрей Иванович состоит членом Свапущенского драм-кружка с ноября м-ца 1925 года и по настоящее время. За этот период времени принимал активное участие в постановке спектаклей и все возложенные на него по этой работе выполнял аккуратно и без отказов.

Руководитель Свапущенского драмкружка [подпись]

1/II - 27 года.    Председатель драм-кружка - Розин И.Д.

Правильность работы в кружке подтверждает А. Миха...
Секретарь ячейки Свапущенской ВЛКСМ -
Сек-тарь А.Владимиров

Правильность настоящей справки, а так-же правильность подписей рук свидетельствует член сель-совета - М.Шюнов

Правильность подписи руки члена с/сов. М.Иванова
Свидетельствую Пред Упицкого с/сов. А.Кылосов
1/II 27г.

Case 2:02-cr-00220-MCS   Document 2475-6   Filed 10/05/23   Page 174 of 227   Page ID #:21430

Exhibit 108 - 1830

Р.С.Ф.С.Р.

...ГАЛОВСКИЙ
...ЬСКИЙ Совет
...иховской волости
...ашковского уезда.

...Февраль...92...г.

№ _____

дер. Жегалова,
т. А-во Бухвостово,
...верской губернии.

Ваш № _____

Справка

Дана сия гр-ну х. Кусталицы Павелюховской...
Осташковского у. Тверской губ. Михель
Андрею Ивановичу в том, что действит...
но в хозяйстве где он проживает имеет...
2 лошади, 1 корова, 1 нетель, 4 овцы, учте...
в хозяйстве в 1928 г. по окладному листу...
полуш 2-77 десятины; - 2,20 сенокосу, доход...
сельского хозяйства 232 рубля 83 к, он неземледельчес...
...работков 135 руб. Всего учтено дохода 367 руб. 83 к. Сельхо...
...га по окладному листу к уплате 22р-35к., но как с...
...спода пользовалось скидкой в размере 75%. Ед...
...в хозяйстве имеется 7. Что и удостоверяется.
...ред Жегаловского С/с - Член с/сов ...Орлов



Exhibit 108 - 1831

LB-732

I.K. and A.I., residing at      Ot
Pavlovskaya vol. Ostashkov-
Region.
613.
As former major land-
180 desiatina
*[Translator's Note: an old Russian unit of area, approximately 10,925 square meters (the Treasury/official desiatina) or 14,567 square meters (proprietor's desiatina) of land]*
 -- they enslaved peasants

[stamp, Reported ___ April 15]

**Exhibit 108 - 1832**

LB-733

| [emblem] RSFSR<br>People's Commissariat of Justice<br>Moscow, Vozdvizhenka, No. 5 | All-Russian Central Executive Committee<br>[illegible]                           2<br>February 27, 19 [illegible]<br>*Ap 815/4613* |
|---|---|
| To:<br>Central Electoral Commission<br>Here, Kremlin | 21 12<br>In reply to your: Ap 815-4613   dated \|   19<br>Our ref.: 033 v 164a23   dated 26 \| 2 |

Re: With materials of the investigation in the Mikhel case

The Department of the Common Oversight of the Prosecutor's Office of the Republic hereby sends on order materials about the investigation into the complaint from Iv. Kasparovich MIKHEL (citizen of the farm of Kustents [page is cut off] Pavlikhovsky vol., Ostashkovo uyezd) on his having lost voting rights.

As seen in the message of the Supreme Electoral Committee, Citizen MIKHEL has pre-revolution 18 desiatinas of land, enslaved land labor. As the manager ambassador to Turkey Panafidin, Mikhel enslaved the peasantry.
For these reasons, we believe that the complaint of Citizen MIKHEL must be rejected.

      Assistant Prosecutor of the Republic    [signature] [surname scratched out]
      Prosecutor at People's Commissariat of Justice  [signature] Bogomolov.

Exhibit 108 – 1833

LB-734

| | |
|---|---|
| Council of the Peasants' Deputies<br>Ostashkovo volost, Tver region<br>Initiator [initials]<br>Feb. *7*, *1929*<br>No. *3042* | As we return herein your correspondence dated January 5 of this year, numbered No. 3124 on 13 pages regarding the complaint of citizen Ivan Mikhel, of the farm of Kustantsy, that he and his family were improperly denied voting rights, the Pavlikhovskiy Volost Executive Committee hereby issues the following finding on the substance of the matter: |

1) The social standing of Mikhel and his family pre-revolution:
Landowner, son Ivan Mikhel himself had a title to land in the amount
of 180 *desiatinas* and a steam mill, shared with a citizen.
Before 1913, Ivan Mikhel worked for a major landowner Panafidin at the estate of
Bortniki in Pavlikhovsky volost and occupied the position of estate manager, and starting in
1913 was living at his own estate "Kustantsy"
2) Right now, Ivan Mikhel has land and other inventory and livestock in the following amount:
Lands: tilled land: 3 desiatinas, haymaking area: 2.20 desiatinas, for a total of 5.20 des
This land was an additional piece to him from his own former land 180 desiat.,
which post-revolution was transferred to local forest to the community of the village of
Podgorya.
Livestock: 2 horses, 1 cow, 1 heifer, 1 bull, 4 sheep.
Buildings: 1 good house with 4 rooms and 1 kitchen, 1 large barn floor,
1 barn, 1 banya, and he also has: together with his brother, Aleksandr
Mikhel, several out-buildings.
3) Ivan Mikhel used hired labor, in the pre-revolutionary time
 in 1913 while living at his place in Kustantsy and being a landowner
Mikhel, during field work, hired peasants to work the land
from neighboring settlements, and leased haymaking land to poor men and farm hands
to mow up to half and in this way, he enslaved the surrounding population.
In addition, until 1913, Ivan Mikhel, although he'd call himself a manager
of Panafidin's estate, he was actually a manger, on one hand,
but on the other, he was a semi-landowner and Panafidin's
unconstrained proxy and actually as a semi-landowner, enslaved
the surrounding population, because Panafidin himself occupied the post of
Russian ambassador to Turkey never lived at the estate, he was always
abroad.
In addition to Mikhel's exploitation of the surrounding populace,
on his estate Kustantsy, he also used hired workers and
exploited poor men and farm hands to work the steam mill as the owner of the
latter, which brought him great income.
4) The attitude of Ivan Mikhel and his family members to the Soviet government

**Exhibit 108 - 1834**

LB-735

Mikhel is suspicious [unreadable first line]
proletariat- laughing at the Soviet government behind their back, remembering
the good old days as he waits for them to return, a dangerous element
is crafty and carefully conducts subtle, underground anti-Soviet agitation
which cannot yet be captured, but the local authorities are surveilling it accordingly,
as an untrustworthy, dangerous element.
Members of his family are no better, they don't deign to participate in
community work, and the population, particularly the young people
look at his children as an alien element of the working class.

In terms of the determinations enclosed with the correspondence of certain settlements
with respect to shielding Ivan Mikhel from the group of exploiters
and his behavior, given about him in 1925, these determinations were protested and
annulled by determinations of surrounding settlements, given about Mikhel, that he is worse,
and they demand the eviction of both Mikhel brothers, Ivan and Aleksandr
as former landowners from Pavlikhovsky volost.
The determinations were written in 1928; they were sent along with a decree from the Volost Executive
Commitee about the eviction to the Presidium of the local executive committee and to the local land
administration.
5) Ivan Mikhel post-revolution and now although he works the land
with his own labor, but when field work begins, he uses hired labor, up to 5 and more people
during harvesting and threshing.
In conclusion, the volost executive committee adds that Mikhel and his family
are alien elements of the proletarian state and per demands of the surrounding
settlements, Podgorye and Zhelybnya as well as comments from all
community organizations of the volost, we have firmly set the question of his eviction from
Pavlikhovsky volost as a landowner who lives in his former estate Kustantsy
and landowner home, his voting rights cannot be restored.

    Chairman of the Volost Executive Committee [signature] KUSTOV
    SECRETARY [signature]                ALEKSEYEV

**Exhibit 108 - 1835**

LB-736

From the population list for common Agriculture Tax 1928

Citizen *Mikhel Ivan Kasp.*        *Kustantsy* farm            volost
        Surname, name, patronymic
Of the uyezd *Ostashkovsk* Tver region

| Area in desiatinas | | | | | | Beekeeping | | Number of heads | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Planting area is taxable at half norm | Special areas of landownership | | Haymaking | | | | | Horses | | Large horned cattle | |
| | | | | | | | | | | | |
| | Commercial orchards | Commercial vegetable gardens | Bottom-land | Non-bottom land | | Frame | Trough | From 2-4 years old | From 4 years old and older | Tax-exempt | Taxable |

**Exhibit 108 - 1836**

LB-737

| Number of people employed at each operation | | Income amount | | | Total income (gr. 18+24). | Surplus to income from agriculture | | Determined on individ. basis | Total for the enterprise | Total minus 20 r. per eater | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hired workers | Members of the family | Listed | Approved | Levied | | % to gr. 18 | In rubles for ag. | | | | |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| - | - | - | *100*<br>*300*<br>*100* | *15 r.*<br>*105 r.*<br>*15 r.* | *367.83* | - | - | - | *368 r.* | *228 r.* | *24* |
| | | | | | | | | | Excerpt is true [signed]<br>4 February | | |

**Exhibit 108 - 1837**

| LB-738 | | |
|---|---|---|
| Tver region Prosecutor's Office 14/2   9  Re: 24 Truth Square Office No.1 *529* LV | People's Commissariat *033-61642* *19/20* | TO the PROSECUTOR'S OFFICE of the REPUBLIC.- Re: complaint of Citizen Mikhel<br><br>1929.<br>As we return herein the material of Central Electoral Committee about the complaint of Citizen Ivan Kasparovich Mikhel, of the farm at Kustantsy, Pavlikhovsky Volost, Ostashkovsk uyezd, that he and his family were improperly denied voting rights, the Regional Prosecutor's Office is sending herein a message from the Pavlikhovskiy Volost Executive Committee dated February 7 of this year, numbered 3042, with which the prosecutor's office is in agreement and thinks that the voting right was properly withdrawn.<br>Enclosure: 16 pages<br><br>Regional Prosecutor [signature]                              (GRACHEV)<br>Assistant Prosecutor for General Surveillance [signed] (Trofimov) |

**Exhibit 108 – 1838**

LB-739

| | [emblem: Proletarians of the world, unite! Russian Soviet Federative Socialist Republic] | People's Commissariat of Justice Prosecutor of the Tver Region Tver, Truth Square | Date of incoming   part   fulfillment Deadline   fulfillment   Case No.   *6* |
|---|---|---|---|
| When replying, refer to our No. and date | To: Pavlikhovsky Volost Exec. Cmte. Of Ostashkovsk uyezd | | In reply to your letter No   dated 192.... Our No. ZP24   dated 5 January 1929 |
| | Subject: The regional prosecutor's office is enclosing materials received from the Prosecutor's Office of the Republic. The materials are from the Central Electoral Committee concerning the complaint of Citizen Ivan Kasparovich Mikhel of the farm of Kustantsy, Pavlikhovsky volost, Ostashkovsk uyezd. He complains that his voting rights and those of his family were withdrawn. We propose that the Volost Exec. Cmte issue findings on the following matters: 1. on the social position of Mikhel pre-revolution and his family 2. on the amount of land and other inventory and livestock 3. did Mikhel use hired labor in the pre-revolutionary time and post-revolution 4. his attitude toward the Soviet government 5. Check his farm from the perspective of ascertaining the law, land use as a farm formed from purchased land and was there an estate there in pre-revolutionary times. Fulfillment is expected by 20 January 1929. Assistant Prosecutor for General Surveillance [signature] /TROFIMOV/ | | |

Exhibit 108 - 1839

LB-740

| Russian Soviet Federative Socialist Republic<br>Tver Region Executive Committee<br>Of the Council of Workers', Peasants', and Red<br>Army Soldiers' Deputies<br>PRESIDIUM<br>_November 16_, 1928<br>No. _05/204_<br>City of Tver Telephone No. 191<br>(when replying refer to our number and date) | All-Russian Central<br>Executive Committee<br>Of Councils<br>19 November 1928<br>_Ap 815/4613_ | To be fulfilled by<br>"____" _____1928 |
|---|---|---|
| | To the Central Electoral Committee under the All-Russian Central Electoral Committee Organizational Office of the Regional Exec. Committee is hereby sending you material about the voting rights in the case of Citizen _Mikhel, Ivan Kasparovich, who lives at the farm Kustantsy, Pavlikhovsky volost, Ostashkovsk uezd._<br>ENCLOSURE: 13 pages<br>Chief, Organizational Office, Regional Electoral Committee [signed] /Gorelov/<br>Initiator        [signed]        /Arefev/ | |

**Exhibit 108 – 1840**

LB-741

| | Approved at meeting<br>Of the Presidium of the Regional Exec. Cmte.<br>November 10, 1928<br>[illegible   6   § 12] |
|---|---|
| EXCERPT FROM PROTOCOL  16<br>Meeting of the Regional Electoral Threesome from November 1, 1928<br>Present: Comrades Yudin, Zhukov, Kozyrev, and Ladyshkin<br>Chairman: Comrade YUDIN    Secretary Comrade LADYSHKIN | |
| HEARD | RESOLVED |
| § Petition from Citizen at the farm, Kustantsy, Pavlikhovsky volost, Ostashkovsk uyezd – I. K. MIKHEL on the restoration of voting rights.<br>DENIED as a former major landowner. | Agree with the statement of the Presidium of the Uyezd Exec. Cmte. Dated July 13 of this year<br>And deny the petition of Citizen MIKHEL. |
| Place for stamp     Chairman /YUDIN/<br>                          Secretary /LADYSHKIN/<br><br>                True: initiator | <br><br>                [signature]                      /Arefov/ |

**Exhibit 108 – 1841**

LB-742

| JULY 1928<br>No. *7156* | To the Pavlikhovsky Volost Exec. Cmte. and citizen MIKHEL<br>at the farm, Kustantsy, Pavlikhovsky volost, Ostashkovsk uyezd<br>    For information and fulfillment<br>To the Regional Exec. Cmte. for information |
|---|---|
| [stamp] | Secretary of the Local Exec. Cmte.<br>Office manager<br><br>    [handwriting] |

**Exhibit 108 - 1842**

LB-743

EXCERPT

From protocol No. 30 of the meeting of the Presidium of the Ostashkovsk
Uyezd Executive Committee dated July 13, 1928.

§ 20. Heard:

Statement from citizen of Kustantsy, Paclikhovsky volost, I. K. MIKHEL about the restoration of his voting rights, that they were revoked since he was a former landowner.

Resolved:

Not finding sufficient reasons in the statement and taking into consideration the conclusion of the Volost Exec. Cmte, the petition to restore the voting rights of I. K. MIKHEL shall be denied.

True: Office Manager of the Uyezd Exec. Cmte. [signature]

**Exhibit 108 - 1843**

LB-744

| R.S.F.S. R.<br>Ostashkovsk<br>Uyezd Exec. Cmte.<br>Of the Council of Workers', Peasants', and Red Army Deputies<br>[illegible]<br>*19 June* 192*8*<br>*6077* | To: Pavlikhovsky Volost Exec. Cmte.<br>[illegible] |
|---|---|

**Exhibit 108 - 1844**

LB-745

| | |
|---|---|
| R.S.F.S.R.<br>Pavlikhovsky<br>Volost Exec.<br>Committee<br>Of the Council of Peasants' Deputies<br>Ostashkovsk uyezd, Tver region<br>Office manager *gen*<br>July 6, 1928<br>No. *5037*<br>Bukhvostovo boulevard<br>Ostashkovsk uyezd, Tver region<br><br>[stamp: received July 6, 1928] | To the Presidium of the Ostashkovsk Uyezd Executive Committee<br>In reply to No. 6077<br><br>Returning the correspondence regarding the withdrawal of voting rights of citizen Ivan MIKHEL, on the matter of restoring same, from its side, the All-Russian Electoral Committee thinks that restoring the voting rights of Ivan Mikhel as a former landowner and exploiter is essentially unacceptable because the neighboring settlements have massive complaints against his existence on his former landowner land, but his ambition to work the land, as he says, there is no other solution because exploitation in a laboring country is not allowed and people must eke out an impoverished existence, while intractable enemies of the worker and peasant remain steadfast in their soul and require proletarian surveillance.<br><br>Chairman of the Volost Executive Committeee [signature]<br><br>For the secretary [signature] |

**Exhibit 108 - 1845**

LB-746

*Dear Mikhail Ivanovich!*
*Having been fighting injustice for several years, I am turning to you, as the only defender of the working masses, with a request, and ask that you listen to my sincere letter, in which I describe in detail my biography, and life over 60 years of my existence, as well as that of my working family. I am a grain farmer in Tver region Ostashkovsk uyezd in Pavlikhovsky volost; Kustantsy, Ivan Kasperovich Mikhel. My father was a Swiss national, Kasper Mikhailovich Mikhel from a proletarian family, who came to Russia in what year I don't know, as true proletariat with the qualifications of a cheese maker and confectioner, in pursuit of happiness and a better life outside of his homeland. For many years, he served as a cheese maker for different landowners and married a Russian commoner of modest means, and using those they purchased a small plot of land in Tver region, Ostashkovsk uyezd, and he began to engage in agriculture but he did not get to live long on the farm. When he died, he left behind a large family of seven people, the eldest of whom – me, Ivan Mikhel, was 17 years old. The family was extremely impoverished because we did not have adult workers. And I had to go work for others. I worked for a neighbor landowner, Mr. Panofidin, for about 20 years, for a salary of 25 rubles. I switched to Russian citizenship in 1890. I married a Russian, a former peasant with not land, Sofya _____ who also had been working for the same landowner since she was a child, and I had a family of 6 children. Trying to live on that salary with a family became very hard, because 6 years later the revolution happened, I had to leave the job and come to my land, that I got when there was a division from my mother, 180 desiatinas, of which only 9 desiatinas were tillable, the rest were for overgrown and swamp, I built a small house on my land using the money saved by me and my wife and any necessary agricultural buildings and started raising grain with my own labor.*

**Exhibit 108 – 1846**

LB-747

*From the moment of the revolution, all the land, except that worked by me, was taken into the state forest. During the revolutionary years, working the land with young workers was very hard. Then my sons grew up and started to work the rest of the land that I had. We never exploited other people's labor, we did not sell things, and did not have other income. Right now, we are just living on our farm which is scarce.  Now with the family of 7, I have 2 horse, 1 cow, 4 sheep, and I don't know who we are – are we the "serednyaks" or "bedyaks."*

(Translator's Note: There were 3 categories of peasants: "kulak" (highest) "serednyak" (middle), "bednyak" - poor)

*My oldest son is in the Red Army, the others are working. The local authorities (the Volost Exec. Cmte) has stripped me and my whole family of voting rights, I don't know why, they consider me a former landowner. In the same way they brand my sons, who are innocent. My second son started working in a local cooperative as a member of the management and bookkeeper. And after the eldest was drafted to serve in the Red Army, my second son and my entire family are being stripped of our rights as the son of a former landowner and they are being fired from jobs in the Commune, since he lost his rights, and also during the draft last year to actual service, they do not let him go, they send him to the reserves and there is a 50-ruble tax, which they took. On one land, the farm has Red Army benefits, but on the other hand, giving 50 rubles annually will ultimately ruin our already weak farm. All attempts to find justice have failed. Now in the near future as you can see the other 2 sons who live with me on the farm will meet the same fate, to say nothing of me*

**Exhibit 108 - 1847**

LB-748

*and my wife, who don't have long to live. It is hard to look at small innocent children being thrown overboard, outside the realm of the society in our hard-working republic, and they are not given the chance to use their energy to serve the working society. Dear Mikhail Ivanovich, please defend justice and help us out of the dead-end that me and my family find ourselves in. We cannot focus on our work because we feel the pressure of being aware that one is not a worker in the society, a superfluous element, you cannot be in the ranks of the laboring society and I beg you to reply to me and my family, can I be categorized this way, and my sons? I am enclosing all my documents that will confirm the truth of what I wrote.*

*Ivan Kasparovich Mikhel*
*Grain farmer, Kustantsy, Tver Region, Pavlikhovsky volost*
*May 2, 1928*

*Address:  Ivan Kasparovich Mikhel, Ostashkovsk, Tver Region, Post office [illegible]*

**Exhibit 108 - 1848**

Case 2:02-cr-00220-MCS    Document 2475-6    Filed 10/05/23    Page 193 of 227    Page ID #:21449

LB-749

*Verdict*               *Copy*

*We, citizens of the village of Podgorye, Pavlikhovsky volost, Ostashkovsky uyezd, give the following verdict to the citizens of the Kustantsy farm, Vladimir Ivanovich Mikhel and Andrey Ivanovich Mikhel, with respect to the fact that since childhood, they have been living on the farm with their father, they were grain farmers, working the land with their own labor, they did not serve in religious cults*

*They did not sell things, they did not work at private enterprises, and they haven't spoken against the Soviet power as long as it has existed, to which we sign*

*The year '25 signatures of /8 homes/*

*Signatures of citizens of the village of Podgorye, I hereby certify*

*[seal] Chairman of the Village Council /signature/*

*Signatures of the Chairman of Zhegalovo Village Council*

*Razumikhin of Pavlikhovsky volost Executive Committee /signature/*

*[seal] Chairman of the volost*

*20 [date illegible]*

*Secretary /signature/*

*True to the original. Chairman of the Zhegalovo Village Council [signature]*

*[date illegible] [seal]*

Exhibit 108 – 1849

LB-750

*Copy*

~~Excerpt~~

Determination of the Ostashkovsky Uyezd Land Commission under the Uyezd Land Administration

Dated *September 25*, 19<u>24</u>

Chairman *<u>Lastochkin</u>*      Members: Peoples' Judges *<u>Stogov</u>*

Uyezd Land Surveyor *<u>Vasilkov</u>*

Note: Decree may be appealed on a cassation basis in a 14-day timeline at the Regional Land Committee by submitting a complaint through the Uyezd Land Commission.

| Heard: | Resolved: |
|---|---|
| § 4. The case is No. 322 in the current Register of the year '24, regarding a statement from Ivan and Aleksandr Kasparovikh Mikhel, citizens of the farm at Kustantsy in Pavlikhovsky volost, on recognizing them as laboring land users.<br><br>*[illegible]* | The a Land Commission has reviewed the statement of citizens Ivan and Aleksandr Kasparovikh Mikhel on recognizing that they are laboring land users and considering that the aforementioned citizens, in terms of class status, did not belong to the landowner category, and that in the prerevolutionary time, they led a laboring lifestyle, without using wage labor and worked the land with their own labor, which is evident from the documents that they have submitted, that the aforementioned citizens still today have a small amount of land, are working it with their own labor, they aren't claiming a larger piece of land, and hereby <u>resolved</u> that Ivan and Aleksandr Mikhel should be recognized as laboring land users and formalize the land they are actually using, guided by [illegible]. |

**Exhibit 108 – 1850**

LB-751

| |
|---|
| Copy of the determination from the Uyezd [illegible] Commission on the reverse side of this page was issued<br>To *Citizen Ivan Kasparov Mikhel of the Farm at Kustantsy, Pavlikhovsky volost*<br>In response to his statement.<br>Administrative fee of 5 kopecks for receipt No. |
| Outgoing Ref. 685    Chairman of the Uyezd Land Use Commission *Lastochkin*<br>Secretary [signed] |

**Exhibit 108 – 1851**

LB-752

| R.S.F.S.R.<br>OSTASHKOVSKY<br>Uyezd Executive Committee<br>Of the COUNCIL<br>Of Workers', Peasants, and Red Army<br>DEPUTIES<br>*July 24, 1928*<br>7451<br>[illegible]<br>When replying, refer to the number. | *I-16*<br><br>ORAGNIZATIONAL DEPT OF THE TVER REGION EXEC COMMITTEE<br>In reply to No. 052/V.24.04<br><br>All material on the case of the voting rights of Citizen I. K. Mikhel was sent to the Regional Exec. Cmte. with No. 7156 dated July 18 of this year.<br><br>Secretary of the Uyezd Exec. Cmte [signed]<br><br>Administrator [signed] |
|---|---|
| | 10 Tver Regional Exec. Cmte. Year '28 |

| Date of regist. | Date of sending |
|---|---|
| July 30 | |
| 052/U-3504 | |
| Number of enclosures | |

**Exhibit 108 – 1852**

LB-753

*Admin. fee 5 kopecks No. 849*

*All of us, citizens located in the village Stariye Syola in Pavlikhovsky volost, Ostashkovsky uyezd, in Tver Region, hereby give this certificate, which we can always affirm: that the citizen Ivan Kasparov Mikhel from the farm at Kustantsy, Pavlikhovsky volost, and his wife Sofya Petrova Mikhel indeed worked for our landowner, Panafidin. The former served for 18 years and his wife, for over 20 years, and her parents were landless serfs also for landowner Panafidin.  As a continuation of their wage-laboring life, Ivan Kasperov Mikhel gradually began building at his farm. He built a house and other buildings needed for the farm. He completed everything within 6 years of the revolutionary time. He and his wife and children moved to his place and began growing grain at his small plot of land using their own family labor, not exploiting wage labor, which we affirm with our signatures on April 21, 1925, citizens of the Stariye Syola village.*

*[illegible names: Smirnov, Krylova, Ivan Fedotov, A. Kirillov, I. Tikhoobrazov, I. Tsvetkov and others]*

**Exhibit 108 – 1853**

LB-754

*[illegible names and signatures]*

*April 22, 1925*

Exhibit 108 – 1854

*LB-755*

*No.549*

*Citizens of the village of Tarasov, Pavlikhovsky volost, Ostashkovsky Uyezd, Tver Region, hereby unanimously give this verdict.*

*The citizen living in our volost, 2 versts from us, Citizen of the Farm at Kustantsy, Ivan Kasparov Mikhel, that he indeed and his wife were serving our former landowner Panafidin for 20 years. While he worked, Ivan Kasparov Mikhel was building on his farm, he built a house and other buildings needed. And six years prior to the revolution, he moved with his family of eight to his place. And started growing grain with his own labor both pre-revolution and through today on the land for which he had a title, it is about 80 desiatinas, of which about 9 are tillable or for haymaking and the rest is a small forest.*

*We the citizens of the village of Tarasov, hereby set our signatures to this effect, April 21, 1925.*

*[signatures]*

**Exhibit 108 – 1855**

LB-756

*[illegible signatures,*

*Date April 22, 1925]*

Exhibit 108 – 1856

LB-757

*Secretary*

*On April 17, 1925, all of us, the undersigned*

*Citizens of the village of Zhelybnya, Pavlikhovsky volost, Ostashkovsky uyezd, Tver Region, hereby give this verdict to Ivan Kasparov and Aleksandr Kasparov Mikhel, citizens of the farm at Kustantsy, of our volost, to the effect that his former titled land*
*Of about eighty desiatinas, milled with our land, from the amount indicated, Ivan Kasparov Mikhel had tillable land*
*Of about 6 desiatinas, 3 desiatinas for cutting hay, the rest of the land was swamp or uplands*
*With deciduous and coniferous tree forest, and also there is a swamp with moss, with a small lake,*
*about 6 desiatinas in size - all of that land went to a state forest. And Ivan Mikhel both pre-revolution and today*
*tills the land and cuts the hay with his own labor. We have had good neighborly relations.*
*Besides all that, all of us citizens confirm that Citizen I. K. Mikhel and his wife Sofya Petrova Mikhel were working for Panafidin, a landowner in Pavlikhovsky volost, for over 15 years and in the period of his work, Mikhel used money he saved to build a house and necessary buildings. Six years before the revolution, they moved with their family of 8, where, up to today, they are grain farmers on that land, using their own family's labor and we certify that with our signatures, citizens of the village of Zhelybnya.*
*[signatures]*
*[one signed for Fyodor Vladimirov at his request, due to his being illiterate]*

**Exhibit 108 – 1857**

LB-758

*April 22, 1925 [illegible signatures]*

Exhibit 108 – 1858

LB-759

*20*

| Regional Prosecutor – City of Tver<br>Copy: to the Central Electoral Commission – Here, Kremlin | An815/4613<br>033B164B29-XII 8 |
|---|---|

On the investigation of citizen Mikhel's complaint

As we forward materials of the Central Electoral Commission on the complaint of Citizen Ivan Kasparovich MIKHEL of the farm at Kustantsy, Pavlikhovsky volost, Ostashkovsky uyezd, about his and his family's voting rights, as he is a former landowner, the Dept. of General Surveillance of the Prosecutor's Office of the Republic proposes to check the facts in the complaint, having established that there are contradictory materials in the case, because we can see in the decrees of the Electoral Commission that Mikhel used hired labor, but from the complaint and decrees from the Uyezd Land Use Commission dated September 28, 1924, and several certificates from peasants, it is evident that Mikhel himself works the land he has. Clear up these contradictions, as well as the property-related position of the complainant before the revolution and now.
Submit to us the investigation materials and your conclusion by February 10.

      Assistant to the Prosecutor of the Republic  /Nyurina/
      Prosecutor at the People's Commission for Justice    /Bogomolov/

NB/A. Tr.
28.12
              *Expect by Feb 10, 1929*

**Exhibit 108 – 1859**

LB-760

*Expedited to People's Commissariat of Justice of the R.S.F.S.R.*

*February 22        March 25*

*21*

Exhibit 108 – 1860

LB-761

| | [emblem] *deadline Feb 21*<br>R.S.F.S.R.<br>People's Commissariat of Justice<br>5 Vozdvizhenka, Moscow | [stamp]<br>January 2, 1929<br>An. 815/4613 |
|---|---|---|
| When replying, cite our No. and date | Regional Prosecutor – City of Tver<br>Copies: to the Central Electoral Commission – Here, Kremlin | In reply to your ref.: An815/4613<br>Our Ref.: 033B164B29-XII 8<br>Dec 29, 1928<br>*22* |
| NB/A.<br>Tr.<br>28.12 | Subject: On the investigation of the complaint of Citizen Mikhel<br><br>As we forward materials of the Central Electoral Commission regarding the complaint of Ivan Kasparovich MIKHEL, a citizen from the farm at Kustantsy, Pavlikhovsky volost, Ostashkovsky uyezd, about his and his family's voting rights, as he is a former landowner, the Dept. of General Surveillance of the Prosecutor's Office of the Republic proposes to check the facts in the complaint, having established that there are contradictory materials in the case, because we can see in the decrees of the Electoral Commission that Mikhel used hired labor, but the complaint and decrees from the Uyezd Land Use Commission dated September 28, 1924, and several certificates from peasants, say that Mikhel himself works the land he has. Clear up these contradictions, as well as the property-related position of the complainant before the revolution and now.<br>Submit to us the investigation materials and your conclusion by February 10.<br>                Assistant to the Prosecutor of the Republic   /Nyurina/<br>                Prosecutor at the People's Commission for Justice     /Bogomolov/<br>*True [signature]* |

**Exhibit 108 – 1861**

LB-762

| Deadline Feb 21 | Incoming No. 815/4613<br>December 21, 1928     *23* |
|---|---|
| To the People's Commissariat of Justice, Comrade BOGOMOLOV<br><u>Personal</u> ||
| The All-Russian Central Electoral Commission hereby encloses materials in the case of the voting rights of citizen I. K. MIKHEL for an investigation.<br><br>Inform the Central Electoral Commission about the results of the investigation.<br><br>Enclosure: 13 ||
| Secretary of the Central Electoral Commission<br>(Klintsevich) | Expedited [signature]<br>February 23, 1929 |

Exhibit 108 – 1862

LB-763

*Case N. an 815/4613  Bogomolov*
*24*
*I. K. Mikhel, Farm at Kustantsy, Pavlikhovsky volost*
*Ostashkovsky Uyezd in Tver Region*
*As a former major landowner*

*Peasant*
*1) After the separation with the mother, before the revolution*
*He had 80 desiatinas of land of which 9 desiatinas*
*Was tillable (established by the verdict of citizens of the village)*
*The Uyezd Land Use Commission has recognized him as a laboring land user*
*Who did not use (pre-revolution and after) a hired labor force*
*Property position House, 2 horses*
*1 cow, 4 sheep*
*Family members: 7 people*
*Has 4 statements from citizens saying that hired labor was never used*
*2) The Volost Exec. Cmte. – thinks he is hardworking only because*
*In a Soviet country you cannot exploit people and they think he is against the Soviet power*
*Uyezd Exec. Cmte and City Exec. Cmte think he is a former landowner*
*One son is in the Red Army – family has benefits-the other one is at home and part of the homefront*
*50 tax.*

**Exhibit 108 – 1863**

LB-764

> *He and his wife*
> *worked for a landowner*
> *for about 20 years*

**Exhibit 108 - 1864**

LB-765

*Deadline January 28*

Incoming Ref. *Ap 815/46 13    25*
Nov. 13, 1928
*To Tver City Executive Commission*
*N 052/ Y – 11.74    -11/VIII – 28*

The All-Russian Central Electoral Commission requests that you expedite a response to a proposal of the Central Electoral Commission
Dated *May 19, 1928*, number *Ap 815/4613*
Regarding the matter of the electoral rights of citizen
*Mikhel I. K.*

Secretary of the Central Electoral Commission
(Klintsevich)

[stamp: True                                        [signed]
Initiator
Org. Dept, All-Russian Central Electoral Commission]

**Exhibit 108 – 1865**

LB-766

| A.F. 26 |
| --- |

R.S.F.S.R.
Tver
Regional Executive Committee
Of the Council
Of Workers, Peasants and Red Army Deputies
Presidium
*August 2, 1928*
No. 052/Y -11/74
City Tver Telephone No. 191
(when replying, refer to our number and date)

*[deadline Oct. 7]*

Incoming No. 052/C.I. 74.

To be fulfilled by

_____, 1928

To the Central Electoral Committee at the All-Russian Central Executive Commission
/Moscow, Kremlin/

In reply to No. AP 815/4613 dated August 7 of this year

The Organizational Department of the Regional Executive Committee hereby informs you that the matter of the voting rights of Citizen I. K. MIKHEL is at the stage of being resolved. You will be immediately informed of the results. –

For the Chief of the Org. Dept. [signed]
/Troitsky/
Initiator [signed]
/Arefev/

[stamp
August 13, 1928
Ap 815/4613]

**Exhibit 108 - 1866**

LB-767

*Deadline October 7*                                                                                                                27

Incoming Ref. *Ap 815/46 13*
August 7, 1928
To Tver City Executive Committee

The All-Russian Central Electoral Commission requests that you expedite a response to a proposal of the Central Electoral Commission
Dated *May 19 of this year*, number Ap 815/4613
Regarding the matter of the electoral rights of citizen
*Mikhel I. K.*

Secretary of the Central Electoral Commission
[illegible]

**Exhibit 108 – 1867**

LB-768

*Deadline July 19*                                                    *Ap 815/4613*            28

*19 [month illegible] 1928*

*Tver City Executive Committee*

*I. K. Mikhel*


*[signed]*

Exhibit 108 - 1868

LB-769

*Ap-815/4613*
*To the Tver City Executive Committee*
*For consideration*
*[illegible]*

Exhibit 108 – 1869

LB-770

The All-Russian Central Executive Committee of Councils
CASE NO. 815
I. K. MIKHEL
On the matter of *restoring voting rights*
Begun 192_
Ended 192_

Moscow-Kremlin

Exhibit 108 – 1870

LB-771

Exhibit 108 – 1871

Krestyanskaya ("Peasant") Newspaper
Feb. 11, 1929

*31*

*To the Legal Consultation, Krestyanskaya*

*Dear Newspaper!*

*I've been reading this newspaper for 2 years and I've become convinced that the newspaper is a big helper and advocate in many matters, for people who contact you with various requests, and that is why I decided to write to you about my case. I am citizen Andrey Ivanovich, born in 1905, from the farm at Kustantsy, Pavlikhovsky volost, Ostashkovsky uyezd; I have been living at my farm since I was a child and have always been a farmer only. I have lost my voting rights because "I am the son of a former landowner who hasn't done community activities." Now I will tell you about my father and my family with whom I am living today. My father is a commoner in his origins, Ivan Kasperovich has been recognized as a laboring land user since the pre-revolutionary period, and after, he has been working the land, only by being a farmer, using the labor of his family, which can be seen from the documents enclosed with this letter. There are eight people in my father's family: father, mother, father's mother, five sons. The older one was 13 when the revolution started and the youngest was 6, from childhood and up to today they are "medium-income" ("srednyak") farmers. In 1925, the Volost Electoral Commission is withdrawing rights from the whole family as though we are the family of a former landowner, despite the fact that my father was recognized as a working man. I and my older brother have made petitions to the Volost Electoral Committee asking that our rights be restored, indicating that we lead a working lifestyle and our rights are being restored. My older brother was born in 1904 goes to serve in the army and I at that time am elected as a member of the local co-op management in the neighboring volost where I work as a bookkeeper for 1 year and 3 months. While working in the co-op in 1927, I'm again told that I am losing my voting rights as the son of a former landowner and because they tell me I don't do enough community activities. I lodge a complaint to the Electoral Commission and it's rejected, then I go to the regional level to lodge another complaint and get a terse reply (" your request has been denied") and I still haven't received any explanation or reasons.*

*Now, my birth year of 1905 is being drafted, I am assigned the reserves. And I have to pay a military tax. And here I find myself at a dead-end, getting _____in 1928 a notice that my rights are withdrawn.*

LB-772

*On one hand, the family gets a benefit as a large family with someone who serves in the Red Army, and I am no different than the other family members, yet why am I being charged a military tax? I have appealed to the assistant of the prosecutor of the city of Ostashkovo for an explanation; he advised me to complain to the Regional Electoral Committee, but this did not help and I still don't know the truth. I alone can't find the reason for why my rights were withdrawn. My father was not a landowner. He is not recognized as such. He is recognized as a laborer. Since childhood, I have been working the land and haven't done anything else, except working at the co-op, which you see from verdicts written by neighboring villages, enclosed herewith. While working at the co-op, I was engaging in community activities and I haven't seen reasons in the electoral guidelines for withdrawing my rights. Quite the contrary: I cannot believe that simply by being born one year later - my brother has voting rights while I don't. I would like a response from the Editorial Board: should my voting rights have been withdrawn and if so, why? If not, please send this case with the documents enclosed and advocate for the triumph of justice. I am a young man and this situation makes me throw up my hands, I can always be useful to society.*

*Citizen Andrey Ivanovich Mikhel, Kustantsy, Ostashkovsky uyezd, Pavlikhovsky volost, Tver Region*

*Please find enclosed a copy of the decree from a special commission, certificate from my job at the co-op, verdict from the community and other documents.*

*Address: Andrey Ivanovich Mikhel, Svatushe, Ostashkovsky uyezd, Tver Region.*

*February 7, 1929*

Exhibit 108 - 1872

LB-773

No. 19                                                                            *Copy of a copy*

        *Resolution*

On October 28, 1925, there was a meeting of the Special Regional Commission met to consider the matter of having withdrawn the right to land use from former landowners and living in places they owned pre-October Revolution. Present: Chairmen, Chief of GZU comrade Vinogradov, [illeg.] from GZU comrade Bolshakov; from GGU, comrade Perkana; from Regional Prosecutor's Office Comrade Chislov

Presenting: Comrade Antonov

Secretary: Comrade Vinogradov

Having considered the matter of evicting brothers Aleksandr and Ivan Mikhel from Kustantsy, located in Ostashkovsky uyezd, Pavlikovskiy volost close to Podgorye, the commission has established that the citizens are commoners although we have not established it exactly from the questionnaires attached; from a statement from Ivan Mikhel that the father of the latter was a Swiss citizen and in the 1890s, became a Russian citizen and was assigned to the category of commoners. They had an estate with a plot of land (240 desiatinas) bought in 1890 from the latter; tillable land was small. The rest was upland or forest which from the moment of the revolution was turned over to forest land. There is an excerpt of a protocol of a meeting of the liquidation commission at Ostashkovsky Uyezd Land Use Admin (UZU) dated March 28, 1923, which says that since their buildings are in good shape, the farm should remain with Uyezd Land Use Administration (UZU), while renting it out to those who live there. The question of what to do with the land was transferred to—

Also the case includes a conclusion from Kolkhoz Land Use Dept dated Dec 31, 1921, the latter resolution says that 3 desiatinas should be given to Ivan Mikhel. On Oct 8, 1923, the Mikhel brothers submitted a petition to the Ostashkovsky UZU to reconsider the nationalization of their farm and to assign them to the category of the working public. On Sept 23, 1924, Ostashkovsky UZK, having reviewed the case and considering that the Mikhels are not landowners, that they worked the land themselves, the Mikhels are laboring land users and to formalize for them the land they are actually using. Ostashkovsky UZU

Exhibit 108 – 1873

LB-774

*and the regional authorized body for GZU on Nov 24, 1924 submitted an appeal to GZK saying that the UZK was incorrect. In the complaint they say*

*I. Chief of GZU was absent*

*II. The Mikhel citizens are major landowners and several other reasons but since the appeal period was skipped because UKZ had been late, GZK in its January 23, 1925, determined that the case and the complaint be sent back to Ostashkovsky UZK to review the petition of UZU to restore the appeal timeline*

*On April 11, 1925 Ostashkovsky UZK announced its resolution: the appeal period can open again, after which the case went back to GZK.*

*In the latter's resolution dated May 14, 1925, the case should be closed, having sent it to a Special Commission for Evicting Former Landowners.*

*From the materials we see that citizens Ivan and Alexander Mikhel have are farming in an individual way: right now, one brother, Aleksandr Mikhel, having a family of 3, is using a plot of land of 14 desiatinas, while Ivan with a family of 8, uses 15 desiantinas. There are no documents showing any right to use the land. In the case file there are 4 complimentary verdicts from neighboring villages, which cite that they [don't use] hired labor but a questionnaire says thta some one the land was rented out, and some was worked by the owners.*

*The Special Commission has taken into account that 1) Aleksandr and Ivan Kasparovich Mikhel are commoners by their origins*

*2) the latter were major landowners but for the most part it wasn't usable 3) the family was working the land, which is confirmed by neighbors*

*4) right now, the Mikhel brothers are farming without hiring help*

*Resolved: apply to Aleksandr and Ivan Kasparovich Mikhel Article 3 of the resolution of Central Electoral Commission (TsIK) and SNK dated 20 March 1925, send the case on land use to the Land Agencies on the matter of limiting their use of land*

*Chairman Vinogradov, Bolshakov, [seal, signatures}*

*November 12, 1925*

*Orlov, Chairman of Zhegalov village council*

*29 [month illegible], 1928*

Exhibit 108 – 1874

LB-775

*33*

EXCERPT

[illegible] No 8 meeting of the Pavlikhovsky Volost Electoral Commission

From January 11, 1927

HEARD:

§ 4 Statement from Andrey MIKHEL, from the farm at Kustantsy regarding the restoration of his voting rights.

RESOLVED:

In consideration of the fact that Andrey MIKHEL losing his voting rights as a son of a landowner is correct and that Mikhel has been until the current time materially dependent on his father and that during the period of the October Revolution until the current time MIKHEL has not participated in community service, the request should be denied.

True with original:

Secretary of the Volost Electoral Commission [signed]

[Zhegalovsk] Village Electoral Commission |copy of citizen MIKHEL|

For information.

Chairman of the Volost Electoral Commission [signed]

Secretary [signed]

14|1 1927 No. *416* [signed]

**Exhibit 108 – 1875**

LB-776

*34*

EXCERPT

From protocol No. 5 of the meeting of the working [illegible] of the Tver Region Electoral
Commission on April 5, 1927.
HEARD:
§ 14. The petition of citizen Andrey Mikhailovich MIKHEL
of the farm at Kustantsy, Pavlikhovsky volost, Ostashkovo:
regarding the restoration of his electoral rights
Which were withdrawn from him as the son of a former landowner.

RESOLVED:

The Ostashkovsk Uyezd Electoral Commission dated February 24 of this year, protocol No. 8, resolved to deny citizen Mikhel's petition.

HEARD:

§ 15. Petition of citizen of farm at Korzhevo [?], Pavlikhovsky volost, V. FADDEYEV with an excerpt from the protocol No. [illegible]

12 meeting of Ostashkovsk Uyezd Electoral Commission dated March 8, 1927 about the restoration of his voting rights [illegible]

RESOLVED:

The resolution of the Ostashkovsk Uyezd Electoral Commission dated March 8

Exhibit 108 - 1876

LB-777

1927 protocol No. 9, resolve to deny Faddeyev in his petition.

True: Office Manager [illegible] GORYACHEV

True with copy:

    Secretary of the Volost Electoral Committee [signed]

To the Zhegalova Village Council | copy to citizens A. MIKHEL and FADDEYEV V |

Chairman [illegible] [signed]

SECRETARY [signed]

May 3rd, 1927

No. 4030

Exhibit 108 – 1877

118

35

*Verdict*
*[illegible]*

LB-778

**Exhibit 108 - 1878**

LB-779   [illegible]

**Exhibit 108 - 1879**

LB-780

Copy

| | |
|---|---|
| *Svatushe*<br>*Society*<br>*Ostashkovsky uyezd*<br>*Tver Region*<br>*January 31, 1928*<br>*AF 21*<br>*Post office Ostashkov*<br>*Village of Svatushe* | *Certification*<br>*Hereby given to citizen Andrey Ivanovich Mikhel of the farm at*<br>*Kustantsy, Pavlikhovsky volost, Ostashkovsky uyezd, Tver Region*<br>*to the effect that he indeed from November 14, 1926 through*<br>*February 1, 1928 was a bookkeeper in the Svatushe consumers'*<br>*club and worked in a responsible way, did all tasks on time; the*<br>*signatures and stamps are certified.*<br>*/stamp/ Chairman of the Management /signature/*<br>*For the Secretary of the Management /signature/*<br>*[illegible] Zhegalovo Village Council /signature/*<br>*[stamp] March 29, 1928* |

**Exhibit 108 – 1880**

LB-781

*37*

*Statement*
*Andrey Ivanovich Mikhel has been a member of the Svatushe drama club from November 1925 to today. In that period, he has been an active participant, preparing shows and he has readily done everything asked of him properly.*
*The director of the Svatushe theatre club [signed]*
*February 1, 1927*
*I certify he works well in the club. All-Union Leninist Young Communist League (VLKSM)*
*I certify this is a good certificate [signed] Ivanov, Chairman of the Village Council*
*I certify that is Ivanov's signature.*
*I certify that this is [illegible] of the village council of M. Ivanov*
*I certify Chairman [illegible] village council [signed]*
*February 1, 2927 [stamped]*

**Exhibit 108 – 1881**

LB-782

| RSFSR | Certificate | 38 |
|---|---|---|
| *[left margin is somewhat obscured]*<br>*February 1929*<br>*No----*<br>*Village of*<br>*Zhegalova* | *This was given to Andrey Ivanovich Mikhel, citizen of the farm at Kustantsy, Pavlikhovsky volost, Ostashkovsky uyezd, Tver Region to the effect that at the farm in Kustantsy where he lives there are indeed 2 horses, 1 cow, 1 heifer, 4 sheep, [illegible]*<br>*At the farm in 1928 pursuant to the income sheet*<br>*Tillable 2,-47 desiatinas, -2,20 hayfields, income*<br>*From agriculture 232 rules 83 kopecks, from non-land-use*<br>*135 rubles. Total income is 367 rubles 83 kopecks*<br>*The agricultural tax per the income sheet*<br>*to be paid is 22 rubles 35 kopecks*<br><br>*The family of a Red Army soldier has a discount of 75%.*<br>*There are 7 eaters in the family as certified*<br><br>*Chairman of the Zhegalova village council Orlov* | |

Exhibit 108 – 1882

LB-783

*38*

*Thirty eight*

*1932 January 2 [signed]*

Exhibit 108 – 1883