# EXHIBIT

# 109

Отдел записи актов гражданского
(наименование органа, осуществляющего государственную
регистрацию актов гражданского состояния)
состояния Фрунзенского района
Комитета по делам записи актов гражданского
состояния

Форма № 12

## СПРАВКА О СМЕРТИ № А-03157

Михель
(фамилия)

Владимир
(имя)

Германович
(отчество (при наличии)

« ▮ » ▮▮▮▮ 1950 г.,
(дата рождения)

Санкт-Петербург
(место рождения)

-
(гражданство)

русский
(национальность)

Дата и время (если оно установлено) смерти « 13 » августа 1996 г. в - ч. - мин.
Место смерти _____ Санкт-Петербург

Причина смерти _____
Асфиксия-повешение, Род смерти: Самоубийству

Запись акта № _____ 6692 _____ от « 26 » августа 1996 г.,
которую составил _____ Отде. лваписи актов гражданского состояния Администрации
(наименование органа, которым была произведена государственная регистрация смерти)
Красногвардейского района Санкт-Петербурга (СМЭС)

Иныесведения*:
_____

Дата выдачи « 17 » июня 2021 г.

Руководитель органа, осуществляющего
государственную регистрацию
актов гражданского состояния
(уполномоченный работник) _____
(подпись)

Волкова М.А.
(расшифровка подписи)

* _казываются запрашиваемые сведения, содержащиеся в записи акта о смерти.

**Exhibit 109 - 1884**

Отдел записи актов гражданского                                    Форма № 4
_____
(наименование органа, осуществляющего государственную
регистрацию актов гражданского состояния)
состояния Фрунзенского района Комитета
_____
по делам записи актов гражданского состояния

### СПРАВКА О РОЖДЕНИИ № А-03162

В органе записи актов гражданского состояния имеется запись акта о рождении
№ _____ 910 _____ от « 27 » _____ апреля _____ 1950 г.,
которую составил _____ Бюро ЗАГС Ждановского района Ленинграда Управления МВД по
(наименование органа, которым была произведена государственная регистрация рождения)
Ленинградской области

Ребенок _____ Михель _____
                                      (фамилия)
_____ Владимир _____
                                      (имя)
_____ - _____
                                  (отчество (при наличии)
« ■ » ▬▬▬▬ 1950 г.,                              -
        (дата рождения)                        (место рождения)

Родители:
отец _____ Михель _____
                                      (фамилия)
_____ Герман _____
                                      (имя)
_____ Иванович _____
                                  (отчество (при наличии)
_____ - _____
                                  (гражданство)
« - » ____ - ____ - г. _____ русский _____
        (дата рождения)                  (национальность)
мать _____ Михель _____
                                      (фамилия)
_____ Маргарита _____
                                      (имя)
_____ Генриховна _____
                                  (отчество (при наличии)
_____ - _____
                                  (гражданство)
« - » ____ - ____ - г. _____ немка _____
        (дата рождения)                  (национальность)

Иные сведения*:
_____
_____
_____

Дата выдачи « 17 » _____ июня _____ 2021 г.

Руководитель органа, осуществляющего
государственную регистрацию
актов гражданского состояния
(уполномоченный работник) _____ _____ Волкова М.А.
                                              (подпись)          (расшифровка подписи)

*Указываются запрашиваемые сведения, содержащиеся в записи акта о рождении.

**Exhibit 109 - 1885**

Отдел записи актов гражданского

(наименование органа, осуществляющего государственную регистрацию актов гражданского состояния)

состояния Фрунзенского района

Комитета по делам записи актов гражданского состояния

Форма № 5

## СПРАВКА О ЗАКЛЮЧЕНИИ БРАКА № А-03160

В органе записи актов гражданского состояния имеется запись акта о заключении брака

№ ___3425___ от « 11 » апреля 1974 г., которую составил

Дворец бракосочетания №2 Исполнительного Комитета Ленинградского

(наименование органа, которым была произведена регистрация заключения брака)

Совета депутатов трудящихся

Он _____ Михель

(фамилия)

Владимир

(имя)

Германович

(отчество (при наличии)

« ■ » _____■_____ 1950 г. _____Ленинград_____

(дата рождения) (место рождения)

_____-_____ русский

(гражданство) (национальность)

Она _____ Хныжова

(фамилия)

Светлана

(имя)

Константиновна

(отчество (при наличии)

« ■ » _____■_____ 1949 г. _____Ленинград_____

(дата рождения) (место рождения)

_____-_____ русская

(гражданство) (национальность)

После заключения брака присвоены фамилии: мужу Михель

жене Михель

Иные сведения*:

Брак расторгнут.

Дата выдачи « 17 » июня 2021 г.

Руководитель органа, осуществляющего
государственную регистрацию
актов гражданского состояния
(уполномоченный работник) _____    Волкова М.А.

(подпись)          (расшифровка подписи)

* Указываются запрашиваемые сведения, содержащиеся в записи акта о заключении брака.

**Exhibit 109 - 1886**

Отдел записи актов гражданского

(наименование органа, осуществляющего государственную регистрацию актов гражданского состояния)

состояния Фрунзенского района

Комитета по делам записи актов гражданского состояния

Форма № 7

## СПРАВКА О РАСТОРЖЕНИИ БРАКА № А-03159

В органе записи актов гражданского состояния имеется запись акта о расторжении брака

№ 80 от « 12 » февраля 1976 г., которую составил

Отдел записи актов гражданского состояния Исполкома Куйбышевского

(наименование органа, которым была произведена государственная регистрация расторжения брака)

районного Совета депутатов трудящихся г.Ленинграда

Он                     Михель

(фамилия)

Владимир

(имя)

Германович

(отчество (при наличии)

« ■ » ▬ 1950 г.                     -

(дата рождения)                     (место рождения)

-                     русский

(гражданство)                     (национальность)

Она                     Михель

(фамилия )

Светлана

(имя)

Константиновна

(отчество (при наличии)

« ■ » ▬ 1949 г.                     -

(дата рождения)                     (место рождения)

-                     русская

(гражданство)                     (национальность)

После расторжения брака присвоены фамилии: ему                     Михель

ей                     Михель

Иные сведения*:

Дата выдачи « 17 » июня 2021 г.

Руководитель органа, осуществляющего
государственную регистрацию
актов гражданского состояния
(уполномоченный работник)

_____                     Волкова М.А.

(подпись)                     (расшифровка подписи)

М.П.

* Указываются запрашиваемые сведения, содержащиеся в записи акта о расторжении брака.

**Exhibit 109 - 1887**

Отдел записи актов гражданского
(наименование органа, осуществляющего государственную
регистрацию актов гражданского состояния)
состояния Фрунзенского района
Комитета по делам записи актов гражданского
состояния

Форма № 5

## СПРАВКА О ЗАКЛЮЧЕНИИ БРАКА № А-03158

В органе записи актов гражданского состояния имеется запись акта о заключении брака

№ 290 от « 28 » марта 1981 г., которую составил

Отдел записи актов гражданского состояния Ждановского района
(наименование органа, которым была произведена регистрация заключения брака)
Исполнительного комитета районного Совета народных депутатов Ленинграда

Он Михель
(фамилия)

Владимир
(имя)

Германович
(отчество (при наличии)

« ■ » ▮▮▮ 1950 г. Ленинград
(дата рождения)                  (место рождения)

-                                     русский
(гражданство)                      (национальность)

Она Максимова
(фамилия)

Галина
(имя)

Ивановна
(отчество (при наличии)

« ■ » ▮▮▮ 1947 г. Ленинград
(дата рождения)                  (место рождения)

-                                     русская
(гражданство)                      (национальность)

После заключения брака присвоены фамилии: мужу Михель
жене Михель

Иные сведения*:

Дата выдачи « 17 » июня 2021 г.

Руководитель органа, осуществляющего
государственную регистрацию
актов гражданского состояния
(должностное лицо, иной работник)

_____          Волкова М.А.
(подпись)                (расшифровка подписи)

М.П.

* Указываются запрашиваемые сведения, содержащиеся в записи акта о заключении брака.

**Exhibit 109 - 1888**

**LB-981**

Form No. 12

**Vital Records Department**
(name of the agency that keeps state vital records)
**Frunzensky district**
Committee for Vital Records

## DEATH CERTIFICATE No. A-03157

Citizen     _Mikhel_
         (surname)
         Vladimir
         (name)
         Ghermanovich
         (patronymic (if there is one)

Born on ▮▮▮▮, 1950    St. Petersburg
     Date of birth      Place of birth

_____    **Russian**
Citizenship            Ethnicity

Date and time (if established) of death _August 13,_    _1996_    at ___ (hour)    (minute)

Place of death   St. Petersburg

Cause of death:
Asphyxiation by hanging Type of death: suicide

Record number _____6692_____ dated August 26, 1996
Was compiled by Department of Vital Records of the Administration
         (name of the agency that keeps vital records)
         Of Krasnogvardeysky district of St. Petersburg (SMES)

Other information*_____

Date of issue: June 17, 2021

Director of the agency keeping
State vital records
(authorized employee)
[seal]

                   [signed]  M. A. Volkova
                   [signature]  [printed name]

*Other information from the death certificate

**Exhibit 109 - 1889**

**LB-982**

Form No. 4

**Vital Records Department**
(name of the agency that keeps state vital records)
**Frunzensky district**
Of the Committee for Vital Records

# BIRTH CERTIFICATE No. A-03162

The Vital Records Bureau has birth record
No. _____910              dated April 27, 1950
Made by the Vital Records Bureau of the Zhdanovsky District of Leningrad, Administration of the
(name of the agency that made the state birth registration)
Ministry of Internal Affairs for Leningrad Region

**Child**        _Mikhel
                (surname)
                Vladimir
                (name)
                _____-
                Patronymic (if there is one)

**Born on** ▮▮▮▮▮. 1950              -
                Date of birth        Place of birth
**Parents:**
**father:** _____ **Mikhel**
                        (surname)
                        **Gherman**
                        (name)
                        **Ivanovich**
                        (patronymic, if there is one)
                        -
                        (citizenship)

_____-                               **Russian**
(date of birth)                      (ethnicity)

**mother:** _____ **Mikhel**
                        (surname)
                        **Margarita**
                        (name)
                        **Genrikhovna**
                        (patronymic, if there is one)

        (citizenship)
                                     **German**
(date of birth)                      (ethnicity)
Other information* _____
Date of issue: June 17, 2021
Director of the agency keeping
State vital records
(authorized employee)
[seal]                               [signed] M. A. Volkova
                                     [signature] [printed name]

*Other information from the birth certificate

**Exhibit 109 - 1890**

**LB-983**

Form No. 5

<u>**Vital Records Department**</u>
(name of the agency that keeps state vital records)
<u>**Frunzensky district**</u>
Of the Committee for Vital Records

## MARRIAGE CERTIFICATE No. <u>A-03160</u>

The Vital Records Bureau has marriage record
No. <u>3425</u> dated <u>April 11, 1974</u>
<u>Made by Wedding Palace No. 2 of the Executive Committee of the Leningrad</u>
(name of the agency that made the wedding registration)
<u>Council of Workers' Deputies</u>

He: <u>Mikhel</u>
(surname)
<u>Vladimir</u>
(name)
Ghermanovich
(patronymic, if there is one)

███, 1950 | <u>Leningrad</u>
(date of birth) | (place of birth)

\- | <u>Russian</u>
(citizenship) | (ethnicity)

She: <u>Khnyzhova</u>
(surname)
<u>Svetlana</u>
(name)
<u>Konstantinovna</u>
(patronymic, if there is one)

███ 1949 | <u>Leningrad</u>
(date of birth) | (place of birth)

\- | <u>Russian</u>
(citizenship) | (ethnicity)

After the marriage, the husband took the surname <u>Mikhel</u>
The wife took the surname <u>Mikhel</u>

Other information* <u>The marriage was dissolved.</u>

Date of issue: <u>June 17, 2021</u>

Director of the agency keeping
State vital records
(authorized employee)
[seal]

[signed]   <u>M. A. Volkova</u>
[signature] [printed name]

*Other information from the marriage certificate

**Exhibit 109 - 1891**

**LB-984**

Form No. 7

**Vital Records Department**
(name of the agency that keeps state vital records)
**Frunzensky district**
Of the Committee for Vital Records

## DISSOLUTION OF MARRIAGE CERTIFICATE No. A-03159

The Vital Records Bureau has a record of the dissolution of marriage
No. __        80        dated        February 12, 1976
**Made by the Vital Records Department of the Exec. Cmte of Kuibyshev**
(name of the agency that recorded the dissolution of marriage)
**Regional Council of Workers' Deputies, Leningrad**

He: _____**Mikhel**_____
                    (surname)
        __ ____**Vladimir**__
                    (name)
        __ **Ghermanovich** __
                (patronymic, if there is one)
▬▬▬, 1950
(date of birth)                         (place of birth)

        -                         **Russian**
(citizenship)                    (ethnicity)

She: __    __**Mikhel**
                    (surname)
        __    **Svetlana**____
                    (name)
        __    **Konstantinovna**
                (patronymic, if there is one)
▬▬▬ 1949
(date of birth)                 (place of birth)

        -                         **Russian**
(citizenship)                    (ethnicity)

After the dissolution of the marriage, the husband took the surname **Mikhel**
                        The wife took the surname **Mikhel**

Other information*

Date of issue: June 17, 2021

Director of the agency keeping
State vital records
(authorized employee)
[seal]                                [signed]    M. A. Volkova
                                      [signature] [printed name]

*Other information from the dissolution of marriage certificate

**Exhibit 109 - 1892**

**LB-985**

Form No. 5

**Vital Records Department**
(name of the agency that keeps state vital records)
**Frunzensky district**
Of the Committee for Vital Records

## MARRIAGE CERTIFICATE No. **A-03158**

The Vital Records Bureau has marriage record
No. _                          290                     dated March 28, 1981
Made by the Vital Records Bureau of the Zhdanovsky District
(name of the agency that made the wedding registration)
Executive Committee of the Council of Workers' Deputies, Leningrad

He:                          **Mikhel**
                          (surname)
                          **Vladimir**
                          (name)
                          **Ghermanovich**
                          (patronymic, if there is one)
████, 1950                          **Leningrad**
(date of birth)                          (place of birth)

_____-___                          **Russian**
(citizenship)                          (ethnicity)

She:          **Maksimova**
                          (surname)
          **Galina**          ____
                          (name)
          **Ivanovna**
                          (patronymic, if there is one)
████ 1947                          **Leningrad**
(date of birth)                          (place of birth)

_____-                          **Russian**
(citizenship)                          (ethnicity)

After the marriage, the husband took the surname **Mikhel**
                          The wife took the surname **Mikhel**

Other information*

Date of issue: June 17, 2021

Director of the agency keeping
State vital records
(authorized employee)
[seal]                              [signed]    M. A. Volkova
                              [signature]  [printed name]

*Other information from the marriage certificate

**Exhibit 109 - 1893**

# EXHIBIT

# 110

LB-1039

КОММУНИСТИЧЕСКАЯ ПАРТИЯ СОВЕТСКОГО СОЮЗА

**ПАРТКОМ** *Северного* **ЗАВОДА**

г. ЛЕНИНГРАД

*Ждановский район.*

ФАМИЛИЯ *Михель*

ИМЯ *Эдуард*

ОТЧЕСТВО *Владимирович*

ПАРТАРХИВ
Лен

Фонд № 245
Опись № 3
Ед. хр. 457

Начато *24 сентября* 1966 г.

Окончено *25 сентября* 1967 г.

на *16 шестнадцати* листах

Зак. 124. 15-III-68.

**Exhibit 110 - 1894**

LB-1040

2

Пролетарии всех стран, соединяйтесь!

# АНКЕТА
## ВСТУПАЮЩЕГО КАНДИДАТОМ В ЧЛЕНЫ КПСС

Первичная парторганизация — *организации п/я 493*
(название парторганизации, куда подано заявление)

район, город. *Ленинград* — обл. края. республики *Р.С.Ф.С.Р.*

1. Фамилия *Михель* Имя *Эдуард* Отчество *Владимирович*

2. Пол *муж* Год и месяц рождения *1936* ▬ Место рождения *г. Ленинград*
(село, район, город, округ, область, край, республика)

5. Национальность *русский* 6. Родной язык *русский* 7. Социальное положение *рабочий*
(заполняется секретарем РК, ГК)

8. Занятие родителей в настоящее время *отец умер в 1957 г.*
*мать пенсионерка*

9. Пребывание в ВЛКСМ с *1956* по *1964* 10. Образование *среднее техническое*
(начальное, неполное, среднее, н/высшее, высшее)

а) В каких учебных заведениях учился, где, когда, окончил их *окончил 9 классов*
*21 Ш.Р.М. г. Ленинграда в 1954 г. и Ленинградскую*
*мореходную школу в 1956 году.*

б) Какую получил специальность по образованию *техник по электро радио*
*навигационным приборам.*

11. Где учится в настоящее время *не учусь.*

12. Род занятий с начала трудовой деятельности:

| С какого по какое время (м-ц, год) | Название местности (село, район, город, округ, область, край, республика) | Занятие или должность, в каком предприятии, учреждении |
|---|---|---|
| XI 1953 — VII 1954 | г. Ленинград | слесарь, ученик револьверщика. Окружной производственный комбинат Лен ВО. |
| IV 1954 — VIII 1954 | г. Ленинград | Временно не работал. |
| IX 1954 — VI 1956 | г. Ленинград | Курсант Мореходной школы. |
| VII 1956 — VIII 1957 | г. Ленинград | матрос Балтийское Гос. морское пароходство. |
| III 1957 — VII 1965 | г. Мурманск | электрик техник электро. радио навигатор. Мурманское Гос. Морское Арктическое пароход. |
| VII 1965 — IX 1965 | г. Ленинград | Временно не работал. |
| IX 1965 — н.в. | г. Ленинград | регулировщик радио аппара. турн. п/я 493 |

Exhibit 110 - 1895

LB-1041

13. Состоит ли на военном учете и в качестве кого (командный, политический начальствующий или рядовой состав, воинское звание) _состою матросов_

14. Имеет ли ученое звание, степень, научные труды, изобретения и открытия (какие и к какому времени относятся) _не имею._

15. Какими языками (иностранными и народов СССР) свободно владеет _не владею._

16. Какие имеет почетные звания и правительственные награды _не имею_

17. Состоял ли в братских компартиях (каких, когда, где) _не состоял_

18. Состоял ли в КПСС раньше (когда, где, причины выбытия) _не состоял._

19. Какое участие принимает в работе советов, профсоюзов, комсомола, колхозов и т. д. _профорг участ_

20. Жил ли за границей, где, когда, сколько времени, причины возвращения в СССР _не жил._

21. Кто из родственников живет за границей, где, сколько времени и чем занимаются _не проживаю_

_24. сентября_ 1966г.    Личная подпись подавшего заявление о вступлении в КПСС _Михель_

Список членов КПСС, давших рекомендации:

| Фамилия, имя, отчество | Партстаж | № партбилета | Место работы и занимаемая должность | С какого времени рекомен знает вступающего в КПСС |
|---|---|---|---|---|
| 1 Камбулатов Георгий Маркович | 1942 | 01896302 | чр-ин чч 493 наставнике | I. 1905 |
| 2 Андреев Николай Алексеевич | 1950 | 01343339 | чр-ин чч 493 наставнике | 1963 |
| 3 Тузов Станислав Михайлович | сент. 1961 | 09901867 | чр-ин чч 493 ст. инженер | 1963 |

Рекомендации, заверенные секретарями первичных парторганизаций, в которых состоят рекомендующие, прилагаются к анкете.

Решение общего собрания первичной парторганизации о приеме кандидатом в члены КПСС

от _26. сентября_ 196_6_ г.    (содержание) _Принять т. Михель Эдуарда Владимировича кандидатом в члены КПСС единогласно_

_24 сентября_ 196_6_г.    Подпись секретаря первичной парторганизации _подпись_

Решение райкома, горкома КПСС о приеме кандидатом в члены КПСС

от _24. Сентября_ 196_6_ _пр. 27_ (содержание) _Утвердив решен первич парторганиз. от 26.09.66 г. Михель Эдуарда Владим кандид решен в члены КПСС. канд. стаж счит с 26._

М. П.    _24. Сентября_ 196_6_г.    Подпись секретаря райкома, горкома _подпись_

_30. сентября_ 196_6_г.    Выдана кандидатская карточка № _739/985_

Примечание. Ввиду того, что содержание решений о приеме кандидатом в члены КПСС записывается в анкету, выписку из протоколов прилагать не следует.

Типография им. Володарского. Зак. № 9150. Тир. 5600.

**Exhibit 110 – 1896**

LB-1042

3

Автобиография.

Я, Михель Эдуард Владимирович, родился ███████ 1936 г. в г. Ленинграде, в семье служащего.

В 1945 году поступил в 1 класс 52-ой школы Ждановского р-на г. Ленинграда. Окончив 8 классов в 1953 году из-за затруднённого материального положения в семье, поступил работать слесарем электро-монтажником в Окружной производственный Комбинат Лен ВО, одновременно учась в 9 классе 21 ШРМ. Окончив 9-ый класс в 21 ШРМ поступил курсантом в Ленинградскую Мореходную Школу на отделение электро-радио навигации. Будучи курсантом Л.М.Ш. вступил в В.Л.К.С.М. в 1956 году. В июле 1956 г. окончил Л.М.Ш. и получил специальность техника по электро-радио навигационным приборам. В июле 1956 г. поступил работать в Балтийское Государственное Морское пароходство в качестве матроса. В сентябре 1956 года зачислен в штат матросом II класса т/х "А. Крылов". В марте 1957 г.

**Exhibit 110 - 1897**

LB-1043

4

уволился из Б.Г.М.П. с переходом на постоянную работу в Мурманское государственное Арктическое пароходство. С 1957г по 1963г работал техником по электро-радио навигационным приборам на ледоколах "К. Белоусов, л/к "Москва" и "Ленинград". В 1963 г уволился из Мурманского пароходства и поступил на работу в качестве регулировщика радио-аппаратуры на п/я 493 г. Ленинграда; где и работаю по настоящее время.

Мой отец Лихачь Владимир Иванович родился в 1904г. Последнее время работал в г. Ленинграде на заводе "Пневматика" главным конструктором. Умер в 1957 г.

Моя мать Лихачь Екатерина Адамовна родилась 1905г. В настоящее время пенсионерка.

Моя жена Лихачь Муза Алексеевна родилась. Родилась 1937г. В настоящее время работает техником телефонной станции п/я 493 г. Ленинграда. Имею сына и дочь.

24.09.66г.   Лихачь —

Exhibit 110 - 1898

LB-1044

Рекомендация

Михель Эдуарду Владимировичу рожд. 1936 г.
образование ср./тех.

Я, Камбулатов Георгий Маркович рождения 1915 года
член КПСС с мая 1942 года парт./билет. 01896302
Знаю его с июля 1965 год по настоящее время.
За указанный период показал себя технически
грамотным рабочим, настойчивым, трудолюбив,
дисциплинирован в трудовой и общественной
жизни, за что среди товарищей пользуется
заслуженным деловым честным рабочим
Политически грамотный человек, хорошо
разбирается в общественно-политической жизни
внутренней и внешней обстановке
Работая бригадиром много уделяет внимания
подготовке техников, как людей, а также
и подготовке рабочих своей бригады.
По своим деловым и политической подготовке
достоин быть кандидатом в члены КПСС
За данную рекомендацию, как член партии,
несу полную ответственность

/Камбулатов/
22/9. 66.

Подпись чл. КПСС с 1942 г., ч/б № 01896302,
чл. Камбулатова Георгия Марковича
заверяю.
Зам. секретаря
парткома:       /Новиков/
27.9.66.

21.09.66 г.      Тузова Вячеслава Михайловича
заверяю:   Зам. секретаря парткома 27.9.66 /Новиков

Exhibit 110 – 1899

LB-1045

*Рекомендация.*

Михель Эдуарду Владимировичу.

Я, Андреев Николай Алексеевич, член КПСС с сент. 1950 года, партийный билет № 01343339, знаю тов. Михель Э.В. по совместной работе в организации п/я 493 с октября 1963 года по наст. время. Знаю, как отличного специалиста своего дела, обслуживаемый участок тов. Михель Э. В. по его вине не имел простоев. Тов. Михель Э.В. пользуется авторитетом среди коллектива, общителен, правдив и принципиален. Технически грамотный. Работает над повышением уровня своего технической подготовки. Активно участвует в общественной жизни коллектива.

Женат, морально устойчив.

Тов. Михель Э.В. достоин быть кандидатом в члены Коммунистической Партии Советского Союза.

За данную рекомендацию несу полную партийную ответственность.

23 сент. 1966 г.

Подпись чл. КПСС с 1950 г. п/б № 01343390
т. Андреева Николая Алексеевича.
Заверяю: зам. секр. парткома. 27.9.66. /Новиков/

Член КПСС /Тузов/.
Подпись чл. КПСС с сент. 1961 п/б № 15099901867
21.09.66 г. т. Тузова Вячеслава Михайловича
заверяю: Зам секретаря парткома 27.9.66. /Новиков/

**Exhibit 110 – 1900**

LB-1046



Рекомендация                                    6

Михелю Эдуарду Владимировичу

Я, Тузов Вячеслав Михайлович, член КПСС с сентября 1961 года, партийный билет № 09901867, старший инженер организации п/я 493, знаю тов. Михеля Эдуарда Владимировича по совместной работе с сентября 1963 года по настоящее время.

За время работы в организации п/я 493 тов. Михель Э. В. показал себя технически грамотным, трудолюбивым, исполнительным настройщиком. Общителен, скромен. Среди товарищей пользуется должным авторитетом. Охотно передает свои знания и опыт товарищам по работе. Принимает активное участие в общественной жизни цеха. Являлся профгрупоргом участка. Морально устойчив. В быту скромен.

Образование среднее - техническое. Женат.

Рекомендую Михеля Эдуарда Владимировича принять кандидатом в члены КПСС.

За данную рекомендацию несу партийную ответственность.

Член КПСС  /Тузов/.

21.09.66г.   Подпись чл. КПСС с сент. 1961 № 15 09901867
Тузова Вячеслава Михайловича
заверяю: Зам секретаря парткома 27.9.66г.

**Exhibit 110 - 1901**

LB-1047



**Exhibit 110 - 1902**

LB-1048

[Handwritten Russian text, cursive, partially legible:]

...чесов урочный постройки. Лично участвует в общественной жизни цеха. Я вношу предложение принять тов. Михеля Эдуарда Владимировича кандидатом в члены КПСС и рекомендовать по партийному собранию.

тов. Камбулатов: Я поддерживаю предложение тов. Будова о принятии тов. Михеля Э.В. кандидатом в члены КПСС.

Постановили:

Рекомендовать партийному собранию принять тов. Михеля Эдуарда Владимировича кандидатом в члены КПСС

Постановление принято единогласно

Выписка верна.

Секретарь партбюро                                              /Камбулатов/
24.09.66г.

Exhibit 110 - 1903

LB-1049



**Exhibit 110 – 1904**

LB-1050

А Н К Е Т А

Пролетарии всех стран, соединяйтесь!

КАНДИДАТА ПАРТИИ, ВСТУПАЮЩЕГО В ЧЛЕНЫ КПСС

Первичная парторганизация *Северного завода*

район, город *Ленинград* обл., края, республика *РСФСР*

1. Фамилия *Михель* Имя *Эдуард* Отчество *Владимирович*

2. Пол *муж*, Год и месяц рождения 1936 ▮▮▮ Место рождения *г. Ленинград*

5. Национальность *русский*; Родной язык *русский*; Социальное положение *рабочий*

8. Занятие родителей в настоящее время *мать пенсионерка*
*отец умер 1957 г.*

9. Время вступления в кандидаты *сентябрь 1966 г. Жданский*
*РК КПСС г. Ленинграда*

10. Пребывание в ВЛКСМ с *1956* по *1964* 11. Образование *среднее техническое*

а) В каких учебных заведениях училась, где, когда, окончил ли *окончил 9 классов*
*81 ШРМ г. Ленинграда в 1954 г. Лен. Мор.*

б) Какую получила специальность по образованию *школу 1956 г. по эл. рад. навиг.*
*приборам.*

в) Где учится в настоящее время *Не учусь.*

12. Род занятий с начала трудовой деятельности:

| С какого по какое время (мес., год) | Название местности (село, район, город, округ, область, край, республика) | Занятие или должность, в каком предприятии, учреждении |
|---|---|---|
| с XI 1953 по III 1954 | г. Ленинград | слесарь, ученик револьверщик окружной комбинат Лен ВО. |
| с IV 1954 по VIII 1954 | г. Ленинград | Временно не работал. |
| с IX 1954 по VI 1956 | г. Ленинград | Курсант Мореходной школы. |
| с VII 1956 по III 1957 | г. Ленинград | матрос Балтийского гос. |
| с III 1957 по VII 1963 | г. Мурманск | морск. пароходство. электрик, техник элект-рорадионавигатор. Мурманки гос. Морск. Арктического пароходства. |
| с VII 1963 по IX 1963 | г. Ленинград | Временно не работал. |
| с IX 1963 по I 1967 | г. Ленинград | регулировщик радио ап-паратуры п/я 403 |
| с I 1967 по н.в. | г. Ленинград | регулировщик радио ап-паратуры Северный з-д. |

**Exhibit 110 - 1905**

LB-1051

ЦГАИ...

13. Состоит ли на военном учете и в качестве кого (командный, политический, начальствующий или рядовой состав), воинское звание. *состою матросом.*

14. Имеет ли ученое звание, степень, научные труды, изобретения и открытия (какие и к какому времени относятся) *не имею.*

15. Какими языками (иностранными и народов СССР) свободно владеет *не владею*

16. Какие имеет почетные звания и правительственные награды *не имею*

17. Состоял ли в братских компартиях (каких, когда, где) *не состоял.*

18. Состоял ли в КПСС раньше (когда, где, причины выбытия) *не состоял.*

19. Какое участие принимает в работе советов, профсоюзов, комсомола, колхозов и т. д. *профорг.*

20. Жил ли за границей, где, когда, сколько времени, причины возвращения в СССР *не жил*

21. Кто из родственников живет за границей, где, сколько времени и чем занимаются *не проживают*

*19. сентября* 196*7* г. Личная подпись подавшего заявление о вступлении в КПСС *Лишик*

Список членов КПСС, давших рекомендации:

| Фамилия, имя, отчество | Парт-стаж | № партбилета | Место работы и занимаемая должность | С какого времени знает вступающего в КПСС |
|---|---|---|---|---|
| 1 Франскунас Станислав Ионович | 1956 | 0347532 | Северный завод мастер | 1965 |
| 2 Видгоф Николай Александрович | 1950 | 0343333 | Северный завод нач. строй цеха — регулировщик | 1963 |
| 3 Боздов Василий Михайлович | 1961 | 03901867 | Северный завод ст. инженер | 1963 |

Рекомендации, заверенные секретарями первичных парторганизаций, в которых состоят рекомендующие, прилагаются к анкете.

Решение общего собрания первичной парторганизации о приеме из кандидатов в члены КПСС

от *19. сентября* 196*7* г. (содержание) *Принять т. Михеля Эдуарда Владимировича в члены КПСС Постановление принято единогласно.*

*19. сентября* 196*7* г. Подпись секретаря первичной парторганизации *подпись*

Решение районного, горкома КПСС о приеме из кандидатов в члены КПСС

от *21. сентября* 197*7* г. пр 16 (содержание) *Утвердить решение первичной парт. организ. от 19.09.67г. Принять т. Михеля Эдуарда Владимировича в чл. КПСС Партстаж считать с сентября 1967.*

*21. сентября* 197*7* г. Подпись секретаря райкома, горкома *подпись*

*25. сентября* 196*7* г. выдан партбилет № *14807443*

Примечание. Ввиду того, что содержание решений о приеме в члены КПСС записывается в анкету, выписок из протоколов прилагать не следует.

Типография им. Володарского. Заказ № 9141. Тираж 70 000.

Exhibit 110 - 1906

LB-1039

[Archive stamp upside down]

COMMUNIST PARTY OF THE SOVIET UNION

Party Committee of the *Northern* Factory

City of LENINGRAD

Zhdanov region

Surname *Mikhel*

Name *Eduard*

Patronymic *Vladimirovich*

[Archive stamp]

Started 24 September 1966
Ended 25 September 1967
Pages 16 sixteen

**Exhibit 110 - 1907**

LB-1040

Proletariat of all countries, unite!

| QUESTIONNAIRE | | |
|---|---|---|
| **For entering the membership of the Communist Party of the Soviet Union as a candidate** | | |
| First party organization | *Organization at P.O. Box 493* | |
| | Name of party organization where application is filed | |
| Region, city *Leningrad*  oblast, krai, republic *Russian Soviet Federative Socialist Republic* | | |
| 1. Surname *Mikhel* Name *Eduard*  Patronymic *Vladimirovich* | | |
| 2. Sex *M*    3.Year and month of birth *1936* ▮ | | 4. Place of birth *Leningrad* |
| | | (village, city, oblast, krai, republic) |
| 5. Ethnicity *Russian*    6. Native language  *Russian* | | 7. Social status  *worker* |
| | | RC, GC fills this in |
| 8. Parents' occupations at this time        *father died in 1957* | | |
| *mother is a pensioner* | | |
| 9. In VLKSM (Komsomol) from  *1956* to *1964*. 10. Education *secondary technical* | | |
| | | Elementary, secondary, higher education |
| a) in what educational institutions did he study, when, where, did he graduate? *Completed 9 grades* | | |
| *21st School of Working Youth in Leningrad in 1954, and Leningrad Naval School in 1956* | | |
| b) what was his major: *radio navigation instrument technician* | | |
| 11. Where is he studying right now? *I am not studying* | | |
| 12. Occupations since the start of work history: | | |
| From when<br>Month and year | Name of the place<br>Village, region, city, district, oblast, krai, republic | Occupation or position at what enterprise, institution |
| *From XI 1953*<br>*Through III 1954* | *Leningrad* | *Metalworker*<br>*Revolver-maker's apprentice, regional production factory, Leningrad military district* |
| *From IV 1954*<br>*Through VIII 1954* | *Leningrad* | *Temporarily did not work* |
| *From IX 1954*<br>*Through VI 1956* | *Leningrad* | *Student at the navy school* |
| *From III 1957*<br>*Through VII 1963* | *Leningrad* | *State Baltic shipping company seaman* |
| *III 1957*<br>*VII 1963* | *Murmansk* | *Electrician and technician*<br>*Radio navigator, Murmansk State Naval Arctic steam navigation* |
| *VII 1963*<br>*IX 1963* | *Leningrad* | *Temporarily did not work* |
| *IX 1963*<br>*- current time* | *Leningrad* | *Tuner of radio equipment*<br>*Facility at P.O. Box 493* |

**Exhibit 110 – 1908**

LB-1041

13. Is he on the military registry, as whom (command, political leadership or enlisted man, rank) *Yes, seaman*

14. Does he have an academic position, degree, academic papers, inventions, discoveries (which ones and what time are they associated with)?    *No, I do not.*

15. In what languages is he fluent (foreign and Soviet)    *None*

16. What honorary titles and government awards does he have    *None*

17. Was he in fraternal comm. parties (which, when, where)?    *No*

18. Was he in the Communist Party before (when, where, reasons for leaving)    *No*

19. What involvement does he have in councils, labor unions, Komsomol, collective farms, and so on?    *None*

20. Did he live abroad, where, when, for how long and reason for return to USSR    *No*

21. Who of his relatives lives abroad, where, how long, and occupation?    *No*

*24 September 1966*    Personal signature of applicant for joining Communist Party *[signed]*

List of Party members who gave recommendations:

| Surname, name, patronymic | Party seniority | Party ticket no. | Workplace and job title | When did recommender meet applicant |
|---|---|---|---|---|
| 1. Kambulatov, Georgiy Markovich | 1942 | 01896302 | Organization at P.O. Box 493 tuner | I. 1965 |
| 2. Andreyev, Nikolay Alekseyevich | 1950 | 01343339 | Organization at P.O. Box 493 tuner | 1963 |
| 3. Tuzov, Vyacheslav Mikhailovich | September 1961 | 09901867 | Organization at P.O. Box 493 Senior engineer | 1963 |

Recommendations certified by secretaries of the first party organizations that the recommenders belong to are attached to this questionnaire.

Decision of the first party organization's general meeting to accept this person as a candidate as members of the Communist Party

*Dated September 26, 1966* (content) *Accept Mikhel,*

*Eduard Vladimirovich  as a candidate for membership in the Communist Party unanimously*

*September 26, 1966*   Signature of the secretary of the first party organization *[sgd]*

Decision of the regional committee, city committee of the CPSS on accepting a candidate for membership September 28, 1966 27 (content) Approve the decision of org dated 09/26/1966 Comrade Mikhel Eduard Vladimirovich

[illegible] to membership of CPSS to become a candidate from 26 [cut off]

28 September 1966 Signature of the secretary of reg committee, city committee [signed]

[seal] *30 September 1966* Candidate card issued *No. 7391985*

Note: Since the content of decisions on accepting a candidate to the CP is recorded, an excerpt from the meeting protocol is not attached to the questionnaire.

Volodarsky Print shop Order No. 9150. Copies printed 50,000.

**Exhibit 110 - 1909**

LB-1042

*Autobiography*

*I, Mikhel, Eduard Vladimirovich, was born on ▮▮▮▮▮▮, 1936, in Leningrad to a family of an office worker.*

*In 1945, I entered first grade at school No. 52 in the Zhdanov district of Leningrad.*

*Having completed 8th grade in 1953, due to difficult material circumstances in the family, I started working as a metalworker, electrician/assembler at the regional production factory Leningrad military district while in 9th grade at 21st School of Working Youth. Having completed 9th grade at 21st School of Working Youth, I enrolled as a student in the Leningrad Naval School in the department of electro-radio navigation. While a student at the LNS, I entered the VKLSM (Komsomol) in 1956.*

*In June 1956, I graduated from LNS and obtained a specialization to be a technician for electro-radio navigation instruments. In July 1956, I began working in the State Baltic Shipping Company as a seaman. In September 1956, I was made a Class II seaman on the A. Krylov motor ship. In March 1957, I was confirmed as Deputy Secretary of the party committee 27 February 1966 /Novikov.*

**Exhibit 110 - 1910**

LB-1043

*I left the State Baltic Shipping Company and transferred to a full-time job at the Murmansk State Arctic Shipping Co. From 1957 through 1983, I worked as a technician with electro-radio navigation instruments on ice-breakers "K Belousov" and "Lyusk*

*"Leningrad". In 1963, I left the Murmansk co and started working as a tuner of radio equipment at P.O. Box 493 in Leningrad, where I work today. My father Mikhel, Vladimir Ivanovich was born in 1904. Recently he worked in Leningrad at a plant called Pnevmatika as the chief designer.*

*He died in 1957. My mother Mikhel Yekaterina Adamovna was born in 1905. She is a pensioner.*

*My wife Muza Aleksandrovna Mikhel was born in 1937. She is a TV station technician at P.O. Box 493 Leningrad. I have a son and a daughter.*

*24 September 1966. [signature]*

**Exhibit 110 - 1911**

LB-1044

*Recommendation*

*To: Eduard Vladimirovich Mikhel, born in 1936, education: secondary technical*

*I, Kambulatov Georgiy Markovich, born 1913*

*Have been a Communist Party member since May 1942*

*I have known him since Jan 1965 until today. In the stated period, he has shown himself to be a technically knowledgeable worker*

*He is positive and hard working, he is interested in his work and social life*

*For which among his comrades he is known as an earnest worker*

*He is a politically literate comrade, has a good sense of political and social life internally and externally*

*He worked as a team leader and paid attention to technical training, both for himself and for his workers*

*Both in terms of his work-related and political preparation, he is worthy of being as a candidate for membership in the Communist Party*

*I am fully responsible for this recommendation as a member of the party*

*Kambulatov*

*Sept 22, 1966*

*[signed member of CP since 1942, Part ticket No. 01896302*

*Kambulatov Georgiy Markovich. Confirmed by Dep. Party Secretary [sgd] Sept 27, 1966*

*[fragment from another page]*

**Exhibit 110 - 1912**

LB-1045

*Recommendation*

*To Mikhel, Eduard Vladimirovich*

*I, Nikolay Alekseyevich Andreyev, have been a member of the Communist Party since Sept. 1950, party ticket No. 01343339. I have known Comrade E. V. Mikhel from working together at the Organization at P.O. Box 493, since Oct. 1963 through today. I know him as an excellent specialist of his work. The area served by Mikhel did not sit unused through any fault of his. Comrade E. V. Mikhel has authority in his collective. He is communicative, honest, and principled. Technically literate, he works to improve his preparation, and is active in the community life of the collective.*

*He's married and morally sound. Comrade Mikhel is worthy of being a candidate as a member of the Communist Party of the Soviet Union.*

*For this recommendation, I bear full party responsibility.*

*September 23, 1966. [Signed] member of the CPSU since 1950, party ticket 01343390.*

*Comrade Nikolay Alekseyevich Andreyev. Confirmed: Deputy Sec. Party Cmte. Novikov, Sept. 27 1966.*

*[Signed: Member of CPSU Tuzov] Vyacheslav Mikhailovich Tuzov, member of the party since Sept 1961, party ticket No. 1809901867. Confirmed: Deputy Sec. Party Cmte. Novikov, Sept. 27 1966.*

**Exhibit 110 - 1913**

*LB-1046*

*Recommendation for Mikhel, Eduard Vladimirovich*

*I, Tuzov, Vyacheslav Mikhailovich, have been a member of the CPSU since September 1961; party ticket No. 09901867, senior engineer at the organization at P.O. Box 493. I have known Comrade Mikhel has shown himself to be technically knowledgeable, hardworking and a capable tuner.*

*He is communicative and modest. Among his comrades, he has authority. He likes to share his knowledge and experience with those he works with. He takes active part in the community life of the factory floor.*

*He is a labor union team organizer in the segment. Morally sound. Outside of work, he is unassuming.*

*Education is secondary technical. He is married.*

*I recommend Eduard Vladimirovich Mikhel be considered as a candidate for the CPSU.*

*I bear full party responsibility for this recommendation.*

*Member of the CPSU [signed] Tuzov*

*Sept. 21, 1966. Signature CPSU since Sept 1961Ticket 1809901867*

*Tuzov, Vyacheslav Mikhailovich certified by Dep. Secretary of party committee on 27 Sept 1966 /Novikov*

**Exhibit 110 - 1914**

LB-1047

*Excerpt from protocol N15*

*Of the party bureau meeting of the  party organization dated Sept. 24, 1966.*
<u>*Present:*</u> *party bureau members: Kambulatov, Kirillov, Kudryavtsev, Silin, Tuzov, Frantskunas.*
<u>*Heard:*</u> *application from Comrade Eduard Vladimirovich Mikhel for accepting him as a candidate member of the CPSU.*
*/Speaker: Comrade Kambulatov, party bureau secretary*
<u>*Questions*</u> *for Com. E. V. Mikhel*

*Com. Kambulatov: what changes occurred in the party's charter at conference XXIII?*
*Answer: per decision made at conference XXII*

*Com. Kudryavtsev:  in what countries were you when you worked at the Baltic Shipping Co and how did you behave when abroad?*

*Answer: I was in Finland, the Federal Republic of Germany, England, and France. My behavior was befitting that of a Soviet citizen abroad.*

*Com. Frantskunas: what social responsibility do you have right now?*
*Answer: I am a labor union group organizer.*

<u>*Speakers:*</u>
*Com. Tuzov: I have known E. V. Mikhel since were schoolchildren. He was always a good person; he has seen a lot in his work life. His colleagues treat him as an authority.*

**Exhibit 110 - 1915**

LB-1048

*He is technically literate as a tuner, actively participates in the social life of the factory floor. I have a proposal that we accept Eduard Vladimirovich Mikhel as a member of the CPSU and recommend him to the party meeting.*

*Com. Kambulatov: I second the motion of Com. Tuzov that we accept Eduard Vladimirovich Mikhel as a member of the CPSU.*

*<u>Decided:</u>*

*Recommend that the party meeting accept Com. E. V. Mikhel as a candidate member of the CPSU.*
*The decision was accepted unanimously.*
*Excerpt is true.*
*Party Bureau Secretary   [signed] /Kambulatov/*
*September 24, 1966*

**Exhibit 110 - 1916**

LB-1049

*To the first party organization of the integrated test*
*stand at the Northern Factory from*
*A candidate for membership in the CPSU since September 1966*
*Candidate card No. 7391085*
*Mikhel, Eduard Vladimirovich*

<u>*STATEMENT*</u>
*Please accept me as a member of the Communist Party of the Soviet Union. At the lovely anniversary of the Great October [revolution], I would like to be in the avant-garde of building the communist society in our country.*

*September 19, 1967 [signed]*

**Exhibit 110 - 1917**

LB-1050

*10*
Proletariat of all countries, unite!

| QUESTIONNAIRE<br>**For a party candidate joining the membership of the Communist Party of the Soviet Union** |
|---|
| First party organization          *Northern factory* |
| Name of party organization where application is filed |
| Region, city *Leningrad*   oblast, krai, republic *Russian Soviet Federative Socialist Republic* |
| 1. Surname *Mikhel* Name *Eduard*  Patronymic *Vladimirovich* |
| 2. Sex *M*    3.Year and month of birth *1936* ███            4. Place of birth *Leningrad* |
| (village, city, oblast, krai, republic) |
| 5. Ethnicity *Russian*     6. Native language  *Russian*        7. Social status  *worker* |
| RC, GC fills this in |
| 8. Parents' occupations at this time          *mother is a pensioner* |
| *father died in 1957* |
| 9. Entered as a candidate in   *Sept 1966*. [illegible place] |
| (village, city, oblast, krai, republic) |
| *Reg. Comm. of CPSU Leningrad* |
| 10. Time in VLKSM (Komsomol) *1956-1964*        Education *secondary technical* |
| Elementary, secondary, higher ed |
| a) in what educational institutions did he study, when, where, did he graduate? *Completed 9 grades;* |
| *21st School of Working Youth in Leningrad in 1954, and Leningrad Naval School in 1956* |
| b) what was his major: *radio navigation instrument technician* |
| 11. Where is he studying right now? *I am not studying* |
| 12. Occupations since the start of work history: |

| From when<br>Month and year | Name of the place<br>Village, region, city, district, oblast, krai, republic | Occupation or position at what enterprise, institution |
|---|---|---|
| *From XI 1953-*<br>*Through III 1954* | *Leningrad* | *Metalworker*<br>*Revolver-maker's apprentice, regional production factory Leningrad military district* |
| *From IV 1954-*<br>*Through VIII 1954* | *Leningrad* | *Temporarily did not work* |
| *From IX 1954-*<br>*Through VI 1956* | *Leningrad* | *Student at the navy school* |
| *From III 1957-*<br>*Through VII 1963* | *Leningrad* | *State Baltic Shipping Company seaman* |
| *III 1957-*<br>*VII 1963* | *Murmansk* | *Electrician and technician*<br>*Radio navigator, Murmansk State Naval Arctic steam navigation* |
| *VII 1963-*<br>*IX 1963* | *Leningrad* | *Temporarily did not work* |
| *IX 1963-*<br>*I 1967* | *Leningrad* | *Tuner of radio equipment*<br>*Facility at P.O. Box 493* |
| *I 1967 –*<br>*Current time* | *Leningrad* | *Tuner of radio equipment*<br>*Northern factory* |

**Exhibit 110 – 1918**

LB-1051

13. Is he on the military registry, as whom (command, political leadership or enlisted man, rank) *Yes, seaman*

14. Does he have an academic position, degree, academic papers, inventions, discoveries (which ones and what time are they associated with)?   *No, I do not.*

15. In what languages is he fluent (foreign and Soviet) *None*

16. What honorary titles and government awards does he have *None*

17. Was he in fraternal comm. parties (which, when, where)? *No*

18. Was he in the Communist Party before (when, where, reasons for leaving)   *No*

19. What involvement does he have in councils, labor unions, Komsomol, collective farms, and so on? *Labor union org*

20. Did he live abroad, where, when, for how long and reason for return to USSR  *No*

21. Who of his relatives lives abroad, where, how long, and occupation? *No*

*19 September 1967*  Personal signature of applicant for joining Communist Party *[signed]*

List of Party members who gave recommendations:

| Surname, name, patronymic | Party seniority | Party ticket no. | Workplace and job title | When did recommender meet applicant to CPSU |
|---|---|---|---|---|
| *1. Frantskunas, Stanislav Sheovich* | *1956* | *03475352* | *Northern factory master* | *1965* |
| *2. Andreyev, Nikolay Alekseyevich* | *1950* | *01343339* | *Northern factory tuner* | *1963* |
| *3. Tuzov, Vyacheslav Mikhailovich* | *1961* | *09901867* | *Northern factory Senior engineer* | *1963* |

Recommendations certified by secretaries of the first party organizations that the recommenders belong to are attached to this questionnaire.

Decision of the first party organization's general meeting to accept this person from candidate to membership in the CPSU
*Dated September 19, 1967* (content) *Accept Comrade Mikhel, Eduard Vladimirovich  as a member of the Communist Party*
*Decision accepted unanimously*
*September 19, 1967*   Signature of the secretary of the first party organization *[sgd]*

Decision of the general meeting of the party committee on accepting a person from candidate to membership September 21, 1967 pr16 (content) Approve the decision of first party org dated 9/19/67 to accept Comrade Mikhel Eduard Vladimirovich
[illegible] to membership of CPSU; party tenure shall start in Sept
*21 September 1967* Signature of the secretary of party committee *[signed]*
[seal] *25 September 1967* Party ticket issued *No. 14807443*

Note: Since the content of decisions on accepting a candidate to the CP is recorded, an excerpt from the meeting protocol is not attached to the questionnaire.

Volodarsky Print shop Order No. 9141. Copies printed 70,000.

**Exhibit 110 – 1919**

# EXHIBIT

## 111

LB - 620

Exhibit 111 - 1920



LB - 621



Exhibit 111 - 1921

LB - 622



Exhibit 111 - 1922

LB - 623



Exhibit 111 - 1923

LB - 624



Exhibit 111 - 1924

LB - 625



**Exhibit 111 - 1925**

LB-620

| Record of Marriages for 1865 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Marriage No. | | Title, name patronymic and religion of husband and what marriage | [illegible] | Title, name patronymic and religion of bride and what marriage | [illegible] | Who performed the ceremony | Who was the guarantor |
| 1 | 20 | Assistant Yelena Alekseeva Tolstoya Village Gory. Peasant's son Kuntar Kasparov, First marriage | 29 | Official of Yeliseyevskoy parish daughter, widow Natalia Maksimova Russian Orthodox | 23 | Priest [illegible] With Deacon Pyotr Razumikhin Clerk [illegible] | Giving away: Tatiana Tolstaya Village Gory Peasant Iokhim Nikolay Ivanov Her Brother [illegible] Village Berestov [Illegible] Pyotr Maksimov Peasant Grigoriy Ivanov |
| 2 | 22 | Priest Pyotr Gryaznov Petrovskaya district Village Tarasaova Peasant son Lavrentiy Gavrilov Russian Orthodox | 20 | Deacon Pyotr Razumikhin Petrovtskoy [illegible] Peasant daughter Maria Ivanova | 21 | Clerk Mikhail Priest Pyotr Gryaznov Verbin With Grigoriy | Sexton Grigoriy Vyakherev Assistant guarantor peasant brother Theodore Gavrilov Brother Ivan Ivanov Villiage Zogorye Peasant son Dmitriy Efremov |
| 3 | 24 | Priest Pyotr Gryaznov Swiss citizen Of the Canton of Glarus Mikhel living in the village of [illegible] A foreigner, Kaspar A Catholic | 24 | Deacon Pyotr Razumikhin Ostashkov A commoner daughter Aleksandra Ivanova [illegible] Russian Orthodox | 19 | Clerk Mikhail Verbin Priest Pyotr With Razumikhin With Verzin Sexton Grigoriy Vyakherev | Verbin sexton Grigoriy Vyakherev Assistant guarantor [illegible] Brother Mikhail Mikhailov Citizen of Saxony Assistant Andrei Yegorov  Ostashkov Peasant Ivan Petrov Deacon Pyotr Razumikhin Verbin sexton Grigoriy Vyakherev |
| | | Priest Pyotr Gryaznov | | Deacon Pyotr Razumikhin | | Clerk Mikhail Verbin Priest Pyotr | |

Exhibit 111 - 1926

LB-621

| Record of Marriages for 1865 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Marriage No. | | Title, name, patronymic and religion of husband and what marriage | [illegible] | Title, name patronymic and religion of bride and what marriage | [illegible] | Who performed the ceremony | Who was the guarantor |
| 1 | 20 | Assistant Yelena Alekseeva Tolstoya Village Gory. Peasant's son Kuntar Kasparov, First marriage | 29 | Official of Yeliseyevskoy parish Village of Berestova. Peasant daughter widow Natalia Maksimova Russian Orthodox | 23 | Priest [illegible] With Deacon Pyotr Razumikhin Clerk [illegible] | Giving away: Tatiana Tolstaya<br><br>Village Gory<br><br>Peasant Iokhim Nikolay Ivanov<br><br>Her Brother illegible Village Berestova<br><br>[Illegible] Pyotr Maksimov<br><br>Peasant Grigoriy Ivanov<br><br>Sexton Grigoriy Vyakherev<br><br>Assistant guarantor peasant brother Theodore Gavrilov |
| 2 | 22 | Priest Pyotr Gryaznov Petrovskaya district Village Tarasaova Peasant son Lavrentiy Gavrilov Russian Orthodox | 20 | Deacon Pyotr Razumikhin Petrovtskoy [illegible] Peasant daughter Maria Ivanova | 21 | Clerk Mikhail Priest Pyotr Gryaznov Verbin With Grigoriy | Brother Ivan Ivanov Village Zogorye<br><br>Peasant son Dmitriy Yefremov<br><br>Verbin sexton Grigoriy Vyakherev<br><br>Assistant guarantor [illegible] Brother Mikhail Mikhailov |
| | | | | | | | |

Exhibit 111 - 1927

LB-622

| | | | | | |
|---|---|---|---|---|---|
| 3 | 24 | Priest Pyotr Gryaznov Swiss Citizen Canton of Glarus Mikhel, living in the town of Priest Pyotr Gryaznov Swiss citizen Of the Canton of Glarus Mikhel living in the village of [illegible] A foreigner, Kaspar A Catholic | Deacon Pyotr Razuminkhin City of Ostashkov Commoner daughter girl Town of Kustantsy Alexandra Ivanovna Tolbubnina Russian Orthodox | 21 | [illegible] |
| 4 | 24 | Priest Pyotr Gryaznov [illegible] Village of Marriage Russian Orthodox | Deacon Pyotr Razuminkhin Pavlikovskoye district Village of Mogilev Temporarily responsible Peasant Widow Matryona Ivanova Second marriage Russian Orthodox | 19 | Clergyman Mikhail Verbin, Sexton Grigoriy Vyakherev Priest Pyotr [illegible] guarantor [illegible]  Brother Mikhail Mikhailov |
| 5 | 24 | Priest Pyotr Gryaznov Peasant son of the village of [illegible] Pyotr Samolov Russian Orthodox | Deacon Pyotr Razumikhin Temporarily responsible Peasant daughter Village of Tarasov | 34 | [illegible] |

Exhibit 111 – 1928

LB-623

| 3 | 24 | Priest Pyotr Gryaznov<br>Swiss Citizen Canton of Glarus<br>Mikhel, living in the town of Priest Pyotr Gryaznov<br>Swiss citizen<br>Of the Canton of Glarus Mikhel living in the village of [illegible]<br>A foreigner, Kaspar<br>A Catholic | Deacon Pyotr Razumikhin<br>City of Ostashkov<br>Commoner daughter girl<br>Town of Kustantsy<br>Alexandra Ivanovna<br>Tolbubnina<br>Russian Orthodox | 21 | [illegible] |
|---|----|---|---|----|---|
| 4 | 24 | Priest Pyotr Gryaznov<br>[illegible]<br>Village of<br>Marriage Russian Orthodox | Deacon Pyotr Razumikhin<br>Pavlikovskoye district<br>Village of Mogilev<br>Temporarily responsible<br>Peasant Widow Matryona Ivanova<br>Second marriage<br>Russian Orthodox | 19 | Clergyman Mikhail Verbin, Sexton Grigoriy Vyakherev<br>Priest Pyotr [illegible] guarantor [illegible]<br><br>Brother Mikhail Mikhailov |

Exhibit 111 - 1929

LB-624

| 3 | 24 | Priest Pyotr Gryaznov<br>Swiss Citizen Canton of Glarus<br>Mikhel, living in the town of Priest Pyotr Gryaznov<br>Swiss citizen<br>Of the Canton of Glarus Mikhel living in the village of [illegible]<br>A foreigner, Kaspar<br>A Catholic | Deacon Pyotr Razumikhin<br>City of Ostashkov<br>Commoner daughter girl<br>Town of Kustantsy<br>Alexandra Ivanovna<br>Tolbubnina<br>Russian Orthodox | 19 | |

Exhibit 111 - 1930

LB-625

[illegible about Priests and Church Clergy]

Exhibit 111 - 1931

# EXHIBIT

# 112

LB-610

Exhibit 112 - 1932

| | | | | | |
|---|---|---|---|---|---|
| 10. | — | 19. | 20. | Алексѣй. | ... |
| 11. | — | 21. | 22. | Василій. | ... |

LB-610

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Ivanov and his lawful widow Tatiana<br>His lawful wife Maria Fyodorova<br>Religion: Orthodox<br>Priest Pyotr Gryaznov, Deacon Mikhail | Ivan daughter Tatiana<br>Ksenofontova | Sexton: [illegible] |
| 10 | | 19 | 20 | Aleksei | Village of Kustantsy. Foreigner Kaspar<br>Mikhel German-Catholic Religion<br><br>His lawful wife Aleksandra Ivanova,<br>Religion: Orthodox | Deacon Mikhail<br>Prince Vladimir Ivanov<br>Shakhovstvoi Ostashkov<br>commoner Natalia<br>Antonova | Sexton Grigoriy Vyakherev<br><br>Priest Petr Gryaznov and Deacon Mikhail Verzinov |
| 11 | | 21 | 22 | Vasili | Village Petrovshiny, Beloshov under Constanin<br>Denisov<br>His lawful wife Anna Feoktistiva<br>Both Orthodox | [illegible]<br>Mikhail Dmitriev<br>Maiden Daria Sergeyeva | Sexton Grigoriy Vyakherev<br><br>Priest Petr Gryaznov and<br>Sexton Grigoriy Vyakherev |

Exhibit 112 - 1933

# EXHIBIT

# 113

LB-609

Михель

Всероссійскій Земскій Союзъ — Форма Б.
помощи больнымъ и раненымъ воинамъ.

## УВѢДОМЛЕНIЕ О ПРIЕМѢ
раненаго или больного, поступившаго съ театра военныхъ дѣйствій.

Губернія _Тверь_

Уѣздъ _____

Лѣчебница _____

Спец. госпиталь (патронажъ) _Шк. Максимов_

№ _2223_

1. Фамилія _Михель_
   Имя _Алексѣй_ отчество _Каспаровъ_
2. Хол., женат., вдовъ _____
3. Неграм., грамотн., образован. 4. Возрастъ _38_
5. Народность _рус_
6. Вѣроисповѣданіе _П гр_
7. Войск. часть, должность (занятіе) _р.547_
   **Сѣвероданец.** _п гр_
8. Мѣсто родины: губ. _Тверской_
   уѣздъ (городъ) _Осташковскаго_
9. Мѣстожительство (передъ войной): губ. _____
   уѣздъ (городъ) _____
10. Занятіе (передъ войной) _Хлѣбопаш_
11. Болѣзнь или поврежденіе (какое, когда и гдѣ получено)
    _зав. 12.10–17г._
    _катарь кишекъ_
12. Принять мѣс. _II_ числа _6_ 191 _7_ г.
13. Откуда прибылъ _св. п. О-ва кр. Кр_

Подпись врача _____

**Exhibit 113 - 1934**

LB-609

*57*

## *Mikhel*

| | | |
|---|---|---|
| All-Russian Zemstvo Union | [image of cross] | Form |
| | | Assistance to sick and wounded soldiers |

Notification of Admission

Of a wounded or sick person admitted from a theatre of combat operations

Government: <u>Tver</u>

Uezd:

Clinic:

Spec. hospital (patronage): <u>School of Maksimov</u>

No. <u>2223</u>

1. Surname <u>Mikhel</u>

   Name <u>Aleksei</u>   Patronymic <u>Kasparov</u>

2. <u>Single,</u> married, widowed

3. Illiterate, <u>literate</u>, educated      4. Age <u>38</u>

5. Ethnicity <u>Rus</u>

6. Religious Affiliation   <u>Orthodox</u>

7. Military Unit, occupation    [illegible] company 547

8. Homeplace: <u>Tver</u>

   Uezd (city) <u>Ostashkov</u>

9. Residence (before the war) government:

   Uezd (city):

10. Occupation (before the war): Grain farmer

11. Illness or damage (what, when and where received):

   Fell ill on February 12, 1917 intestinal catarrh

12. Admitted month <u>III</u> day <u>6</u>   191 <u>7</u> year

13. Arrived from where: [illegible]

*Doctor's signature_____*

**Exhibit 113 - 1935**

# EXHIBIT

# 114

# Х А Р А К Т Е Р И С Т И К А

вдовы КУРМАНОВОЙ Евдокии Николаевны

*дана окружающим населением двора*

КУРМАНОВА Е.Н., возраст 52 лет, проживает в домах ипподрома с 1924 года, т.е. с того года, как ее муж был назначен ЦК ВКП/б/ директором ипподрома. Она имеет высшее педагогическое образование, которое закончила на наших глазах заочно после смерти мужа.

I. Тов.КУРМАНОВА со своим образованием и истинно советскими политическими убеждениями всегда проявляла себя как общественница по культурно-просветительной работе на ипподроме.
В 1925 году она безвозмездно 5 месяцев работала по обследованию домашней среды детей служащих и конюхов ипподрома и тем самым вызвала необходимость открытия длительного детсада.
В 1925 году когда дошкольная сеть сворачивалась рабочком выдвинул ее на заведывание детсадом, который т.Курманова наладила как один из лучших садов быв.Краснопресненского района. Воспитала хороший актив из родителей в помощь детсаду.

2. В 1947г. в тягчайших условиях с больным здоровьем после тяжелой хирургической операции - активно помогала восстановить детсад УиГВ.

3. В 1949г. с населением двора взрослым и детским озеленила двор. Вовлекла в работу больше 100 чел. взрослых и детей. Все лето население двора проводило время на воздухе среди зелени и цветов. Дети под руководством КУРМАНОВОЙ Е.Н. многому научились в смысле озеленения. Они ее уважают и любят как своего товарища.

4. В своей квартире она работает как кварт.уполномочен- ный. Активно борется за сохранение дома и всего государствен- ного имущества и приучает к этому окружающих. Активно участвовала в ходатайствах о ремонте дома и в самом ремонте.
5. Во всех избирательных кампаниях по перевыборам она активно участвует и предоставляет для этого свою квартиру.
6. В период Отечественной войны никуда не выезжая участвовала в обороне Москвы по организации эвакуации населения,по противопожарной охране - проверке постов с 1ч.до 4ч.ночи.
Вообще тов.КУРМАНОВА является высоко сознательным, культурным,истинно советским человеком с коммунистическими

К-43-II
14/IY-50

**Exhibit 114 - 1936**



**Exhibit 114 - 1937**

LB-648

*54  3*

REFERENCE

For Widow Evdokia Nikolayevna KURMANOVA

*From the surrounding people in the courtyard*

E. N. KURMANOVA, age 52, has lived in Horse Track housing since 1924, i.e., since the year her husband was named Horse Track Director. She has higher education in pedagogy, which we watched her complete in evening classes after her husband passed.

1. Comrade KURMANOVA with her education and genuinely Soviet political convictions has always demonstrated community spirit in cultural outreach work at the Horse Track.
In 1925, she volunteered for 6 months to study the home environments of Horse Track workers' children and in doing so, determined that there was a need for a kindergarten center.
In 1926, when a network of preschools was being established, the workers' committee nominated her to be the director of a kindergarten, which she set up as one of the best in the formerly Krasnopresnensky district. She encouraged a good group of parents to help the kindergarten.
2. In 1947, she actively helped rebuild the UMGV kindergarten, while in very difficult conditions with poor health after a difficult surgery.
3. In 1949, with the population of the courtyard, adults and children, she added landscaping to the courtyard. She recruited over 100 people (adults and children) to help. All summer, the population of the courtyard spend time in the fresh air among the green foliage and flowers. Children as led by E. N. KURMANOVA learned a lot about plants. They amuse her and love her like their comrade.
*16 years* 4. In her apartment, she works as an apartment authority; she actively fights for the preservation of the building and all government property; she also recruits others to do so. She was active in petitions for building repairs and in the repairs themselves.
5. She actively participates in all the re-election campaigns and offers her apartment for them.
6. During the Great Patriotic War, she did not leave, she participated in the defense of Moscow, organizing evacuations, and all activities, in fire safety – checking posts from 1 AM to 4 AM.
Overall, Comrade KURMANOVA is very conscientious, cultured, genuinely Soviet person with communist

*K-43-*
*March 14, 1950*

4

**Exhibit 114 - 1938**

LB-649

-2-

views and everyday she works to transmit her knowledge to others whenever and wherever she can, with great dedication, despite weak health.

But the frequently-changing management of the Horse Track, and the building management, don't leave Comrade KURMANOVA in peace. She has a lot of stress because the apartment was terribly destroyed and wasn't fixed, the bathtub was destroyed in the war and the water heater was taken for Director Priov.

In 1947, Director Mogilev [illegible] as if in an exchange, as though temporarily, took the kitchen, let people live there, and after a fire, used Comrade KURMANOVA's apartment to house people who'd lost their homes in the fire. They could have been housed in the kindergarten temporarily and even after orders from the Leninsk Regional Committee ZKP and Regional Executive Committee to release Kurmanova from those made homeless by fire, building management was determined to then accommodate a family from the emergency bunker.

We, residents of the building confirm. [signatures and apartment numbers]
Parents from the kindergarten 1926 [signatures]
Parents from the kindergarten 1947-48 [signatures]

Population of the building and courtyard

Children/pupils of School 146 [signatures]

5

**Exhibit 114 - 1939**

# EXHIBIT

# 115

Копия.

5

НАРКОМСОБЕС РСФСР
Москва
/назв. НКСО АССР, край,
обл. гор. райсобеса/
ВРАЧЕБНО-ТРУДОВАЯ
Экспертная комиссия
/В.Т.Э.К./
при ........... поликлинике
........... амбулатории
госпиталя №...
21.У-1947г.

Действительно до установленного срока
переосвидетельстсования

СПРАВКА № В 52857

Гр. КУРМАНОВА Евдокия Николаевна
/фамилия, имя и отчество/
Год рождения 1898, освидетельствован
26.1У-1947г. акт № 1244
/число, месяц/

Диагноз /по русски/
Инволюционная депрессия.

Признан инвалидом второй группы
/прописью/

Причина инвалидности:

Заболевание: общее, профессиональное, детства,
связанное или несвязанное с пребыванием на
фронте /подчеркнуть/.
Травма, ранение, контузия, увечье: связанное
или несвязанное с прохождением военной службы,
с производством /подчеркнуть/

может выполнять работу ...........
...........
/указать условия и примерные профессии/

Подлежит направлению на обучение в специальное
учреждение системы социального обеспечения /какое
и по какому профилю/ ...........
........... /для инвалидов второй
группы/

может быть приспособлен к работе ...........
........... при создании условий...
...........
/для инвалидов отечественной войны первой и второй
группы/

Назначен срок переосвидетельствования 26 октября
1947г.
/число, месяц/

н.п. Председатель ВТЭК: - Подпись
Секретарь - Подпись

Печать Отдела социаль-
ного обеспечения Московского
Совета.
Верно:

Exhibit 115 - 1940



LB-645

<table>
<tr><td>

[illegible] RSFSR
Moscow
[illegible]
Medical Disability
Commission (MDC)
At
.......................at clinic
.......................outpatient
Hospital No...
[date illegible] 1947

A Conclusion of the Medical Disability Commission about Conditions of Work for People Who Have Partially Lost their Ability to Work is Required for Enterprises and Organizations When Hiring Them. Para 16 from the Law on Medical Disability Commission, Council of People's Commissars USSR dated December 5, 1942. Number 1936.

</td><td>

Copy. *5.*

Valid until the established recertification date
Certificate B62687

Citizen Evdokia Nikolayevna Kurmanova
/name, patronymic, last name/
Born 1898
Was certified on April 26, 1947
Act 1244
/day, month/
Diagnosis/in Russian/
<u>Age-Related Depression</u>
She is a Group Two Invalid
/written out/

Reason for Disability:
Illness: <u>general</u> professional childhood war-frontline-related
Trauma, injury, post-contusion, injury: related or not military service, work/underline/
Can work...........................................................
.............................................................................
............................................................................
/indicate conditions and sample professions/
Can be sent for training to a special enterprise in the social welfare system
/what and under what profile/.......................
............................... for Group 2 Invalids
Can do work...............
............................................................
If conditions are created....................
...............................................................
For Patriotic War Groups 1 and 2 Invalids
Date of recertification 26 October 1947
/date, month/
Auth. Rep. Chairman of MDC        -Signature
Secretary                                        -Signature
[seal: Social Welfare Dept. Moscow Council]
                         TRUE:

</td></tr>
</table>

**Exhibit 115 - 1941**

# EXHIBIT

# 116



**Exhibit 116 - 1942**



**Exhibit 116 - 1943**



**Exhibit 116 - 1944**



**Exhibit 116 - 1945**



**Exhibit 116 - 1946**

LB-665

2nd. Patriotic War. Moscow 1941-1945 (actually, who I was and where I worked)

Memoirs of E. N. Kurmanova, nee Tsvetkova.

Dear Comrade Rudakov:

At the 40th anniversary of the October Revolution, you in the Cherepovetsk Government gave me an award for my labor. Since I am not an official party member, I'm excited about it. Even with Aleksey Nikolayevich, I felt bad that I wasn't a member. I always thought I was too late, even before I got married.

And that is why I joined my life with a man who was a dedicated party member.

**Exhibit 116 - 1947**

LB-666

1923.  We had a misfortune in Cherepovets. We had a delightful girl, but she had an umbilical hernia. The surgeon in Cherepovets suggested surgery. They gave her 25 grams of chloroform; she did not fall asleep. They gave her 50 grams. She died, having been lively, playful, and healthy. She was a copy of A. N. He was on a business trip in Leningrad. I was alone with the child and her dead body grew cold in my arms. In the morning, I waited for my husband, went outside to meet him. I heard the sounds of horses' hooves from the Executive Committee. I lost consciousness and fell on the street. The horse stopped and I was taken into the building, passed out. They cut my clothes and brought me back to my senses. I was okay, but after burying my daughter, I lost 16 kg. My heart hasn't been the same since then and my health generally has suffered. What a senseless way to lose a child. I couldn't look at children. I continued my education in Leningrad. My husband was transferred to Moscow and I followed hm. My health was bad. In 1924, Lenin died. What a tragedy! Lenin called us and I was sick. I was outside the Party again. The Soviets were under threat all those years. I thought a war was coming and it would be hard times for me. I began to gain some weight and started in Moscow for children of workers

**Exhibit 116 - 1948**

LB-667

a children's center. It was wonderfully organized. In 1926, my second daughter was born, I raised her and worked in the children's center. And then in Leningrad joined the unemployment bulletin board and also, I'm organizing a children's group in my apartment for the children of management, since our children were not accepted at kindergarten because they were considered well-off.  At the same time, I'm setting up a club-type red corner (communism-themed area) in the building / 600 people 300 children, a children's group, including the railway workers' children and all as a volunteer. In '29, Kurmanov was sent to Moscow to the Agricultural Academy to study. I enroll in evening classes. Daughter is at a kindergarten that I set up at the academy.

[photo portrait 1943-45]

Husband was exhausted from studying and traveling to farms that sow seeds and store seeds and cleanup committee. I fall ill from strep throat, I get an anti- diphtheria transfusion; it was done incorrectly. I am ill and my heart is damaged for about 2 years. My husband's wonderful brother dies. Pyotr Nikolayevich, chairman of the collective farm, at a meeting in 1932. My husband graduates from the Academy but dies 2 years later. I become completely ill and only one year later I am working as a statistician at the Equine Husbandry Institute. Daughter is going to school and I am on the school council. I work as a volunteer.

**Exhibit 116 - 1949**

LB-668

-4-

**How we were in 1943-44.**

as an artist with pupils to make visual aids. Later, I am invited to teach biology, I work to earn 80 rubles per month. There are three of us, my daughter and my mother who is 75. I need to earn more money. I enroll in a 6-month class on making silk flowers. I graduate and start taking work to do at home. I earn 2 months from 450 to 500 rubles. At the time, I graduate from university in the Lenin Pedagogical Institute in the Dept of Biology. In 1940-41, the war begins. I look for a job as a volunteer in property management. I am assigned to volunteer fire defense, I must check 28 positions at night, from 1 – 4 AM. I would sometimes bring my 13-year-old daughter with me. I help evacuate children. Winter 1942. I take a 6-month class on cooking sorrel, mushrooms, berries, and medicinal herbs with Young Pioneers of Moscow. 120 in the woods. We are saving children from hunger, scurvy, one summer I take 6 families, 80 people. Provided 2 people with food and preserved food for the winter. While saving children twice, I almost die of food poisoning. 1943 I organized schools in hospitals for children whose parents had tuberculosis. One in Moscow, one in Zvenigorod. Children were stressed and ill, they'd bite the doctors, but they loved me. And here is how wonderful my daughter and I looked, skin and bones, we did embroidery, making banners.

-5-

In 1945, having crippled myself working with children, and trying not to starve, I was ill and walked with kids every day 20-30 km through the forests, and in the hospital schools, we would work for up to 16 hours per day and more. I had to have surgery. Three times they prepared my heart, but it was postponed until 1946 because I needed to get stronger. My daughter became an orphan. In 1946, they did surgery to remove a 7 1/2 pound tumor and then were two more surgeries and by some miracle I survived. I chose a hospital near the crematorium so it would be easier to bury me. After surgery, I was bedridden for a year and it was 5 degrees Celsius in winter. In the war, I couldn't live in my apartment and I had to stay with strangers. In 1947, lawless people from the Ministry of Social Welfare, inspector of personal pensions and the secretary took my personal pension. They made me, a sick woman, live for 7 months with no pension and then transferred me to the local one. Didn't even do an exam. But in 1950, the repub. pension was returned to me 350 rubles and starting May 1, I got a USSR pension of 650 rubles. I decided to write to Mr. Voroshilov and soon received on May 1 1957. Now I live well. Daughter is at university.

**Exhibit 116 - 1950**

LB-669

-6-
I wrote all this to you and here I am making you read it. But I want you to know I wasn't idle. I always lived out the ideas of the Great Lenin and his Great Party. I worked as hard as I could. And raised my daughter in the spirit of Lenin's ideas, and in the spirit of my dear Aleksey Nikolayevich. Even though I was not officially a party member. My health would not permit it.
I was not always able to fulfill party assignments due to poor health and I would be ashamed to call myself a party member or give up the cause.
This is my confession.

Be well, forgive me, Kurmanova

**Exhibit 116 -  1951**

# EXHIBIT

# 117



Исполнительный Комитет
Московского Городского Совета
Депутатов Трудящихся

Москва, ул.Горького,13

Тел _____

80/  6

17 мая 1950г.
№-К-9120/св

Директору Московского Ипподрома
тов. КАЛАНТАР М.С.

Копия: тов.КУРМАНОВОЙ Е.П.

██████████████████████████
/Беговой двор/.

Направляя Вам адресованное на имя товарища Сталина И.В.
заявление персональной пенсионерки т.Курмановой Е.П.,прошу
Вас принять меры к освобождению кухни в ее квартире от
жильцов и проведению необходимого ремонта этой квартиры,учиты-
вая,что занимаемая т.Курмановой квартира закреплена за ней
пожизненно.
Наряду с этим работникам комендатуры прошу Вас указать о
необходимости более внимательного отношения к семье
персональной пенсионерки Курмановой,муж которой с 1923г. по
1934г. работал в качестве директора Ленинградского и
московского ипподромов и начальником исследовательского
института коневодства и умер в 1934г. на указанном посту.

О принятых Вами мерах прошу сообщить заявительнице
и в Исполком московского Совета.

Заместитель Председателя
Исполкома Моссовета:            /Т.Селиванов/

**Exhibit 117 - 1952**

LB-650

| Executive Committee<br>Moscow City Council<br>Workers' Deputies<br>13 Gorky Street, Moscow<br>Tel____ | *80/6*<br>May 17, 1950<br>N-K-9120/<br>To: Comrade M. S. KALANTAR<br>Moscow Horse Track Director |
|---|---|

CC: Comrade E. N. KURMANOVA

█████████████████████

Racetrack Courtyard

Sending you a request addressed to Comrade I.V. Stalin from Comrade E. N. Kurmanova, a personal [distinguished] pensioner, I hereby request that you take measures to remove the residents from the kitchen in her apartment and conduct the necessary renovation of the apartment, mindful of the fact that the apartment occupied by Com. Kurmanova is hers for life.

In addition, to the Kommandatura employees, I request that you tell people to be more attentive to the family of personal pensioner Kurmanova, whose husband worked from 1923 to 1934 as director of the Leningrad and Moscow Horse Tracks; he was chief of the equine-husbandry research institute and died in 1934 in that position.

Please keep the requestor and the Moscow Council Executive Committee informed of measures taken.

Deputy Chair of the Moscow Council Executive Committee                    /T. Selizanov/

**Exhibit 117 - 1953**

# EXHIBIT
# 118



ХАРАКТЕРИСТИКА

КУРМАНОВА Юлия Алексеевна, год рождения 1926, по национальности русская, по соц.происхождению - из служащих, учащаяся IУ-го курса Политехникума им.Моссовета, кандидат в члены ВКП/б/ с 1947 года.

Тов. КУРМАНОВА Ю.А. поступила в Моск.Политехникум им.Моссовета в 1944г.  В 1946-1947 уч.году успешно окончила Ш-й курс отделения конструирования и моделирования одежды и переведена на IУ-й курс.

В течение учебного года т.КУРМАНОВА сдавала все дисциплины учебного плана только на "хорошо" и "отлично" и в срок выполняла все задания при прохождении производственной практики.

Избранная в состав профкома Политехникума т.КУРМАНОВА показала себя на этой работе дисциплинированным, активным, требовательным к себе работником, пользуясь большим авторитетом среди товарищей.

Как активная общественница, дисциплинированная и успешно успевающая учащаяся тов.КУРМАНОВА была в 1947 году принята парторганизацией Политехникума кандидатом в члены ВКП/б/.

КУРМАНОВА является политически грамотным товарищем.

Характеристика дана для представления в Мосгорсобес.

Зав. учебной частью:                     /Коротков/

За секретаря партбюро:                   /Алпарова/


19 августа 1947г.

Exhibit 118 - 1954

LB-651

*From 1940 to 1945, daughter worked for the defense and was released only        1965*
*Daughter Kurmanova is a straight-A student. Workers of*
*Ministry of Social Welfare as represented by Chief of the Pension Dept Rusakevich, in 1946*
*Didn't let her receive even secondary- school education, taking away a pension, and the mother was a Group 2 invalid, bedridden and ill and grandma of 83 [illegible].*

REFERENCE

Yulia Alekseevna KURMANOVA was born in 1926. She is Russian, her social rank is daughter of office workers. She is in year 4 of her studies at the Polytechnic named for the Moscow Council and a candidate for the All-Union Communist Party since 1947.

Comrade Yu. A. KURMANOVA enrolled in the Moscow Polytech named for the Moscow Council in 1944. In 1946-47, she successfully completed Year 3 in the Garment Construction and Design Department and advanced to Year 4.

Over the school year, Com, KURMANOVA passed all the disciplines in her academic plan with marks of "good" or "excellent" and completed all assignments on time during internships.

Elected to the Professional Committee at the Polytech, Comrade KURMANOVA has shown herself to be a disciplined, active worker who demands a lot of herself.  She is a great authority among her comrades.

Comrade KURMANOVA was accepted in 1947 by the party organization at the Polytech as a candidate for the All-Union Communist Party, since she was an active volunteer as well as a disciplined and successful student.

 KURMANOVA is a politically aware comrade.
 This reference was given for submission to the Moscow City Social Welfare Department.
 Academic Director    /Korotkov/
 For the Party Bureau Secretary /Alparova/

August 19, 1947

7

**Exhibit 118 - 1955**

# EXHIBIT

# 119



Ворошилову К.Я.

102

8

Копия.

Пролетарии всех стран, соединяйтесь!

РОССИЙСКАЯ КОММУНИСТИЧЕСКАЯ ПАРТИЯ /большевиков/
УЕЗДНЫЙ КОМИТЕТ

№-4               Череповец 16 августа 1921 года

МАНДАТ.

Дан от Уездной Комиссии по пересмотру, проверке
и очистке РКП товарищу КУРМАНОВУ в том, что назначен членом
Череповецкой Уездной Комиссии по пересмотру, проверке и
очистке организации Р.К.П.

На основании постановления Губернской Комиссии
от 9 Августа 1921 года и инструкции по очистке партии
тов. КУРМАНОВ состоит Укомиссии по пересмотру, проверке
и очистке партийных организаций на территории Череповецкого
уезда.

В своей работе тов. Курманов и Укомиссия руковод-
ствуется инструкциями и постановлениями Ц.К. и Губернской
Комиссии и под"отчетны и подчинены исключительно Губернской
Комиссии.

При выполнении своих обязанностей товарищу КУРМАНОВУ
предоставляется право пользования всеми средствами
транспорта и связи / проезда в вагонах специального
назначения, подачи телеграмм А, разговоры по прямому
проводу и т.п./

Все партийные организации и Советские учреждения
приглашаются оказывать товарищу КУРМАНОВУ в его работе
полное содействие.

Вышеизложенное удостоверяется подписями и печатью
Р.К.П. /б/

Председатель уездной комиссии:          /подпись/

Секретарь УКОМА:                        /подпись/
печать

Подлинник Красиков и Вдова
Курманова

**Exhibit 119 - 1956**

LB-654

*To: Voroshilov*

*102*

Copy              *8*

Proletariat of all nations, unite!
RUSSIAN COMMUNIST PARTY (RCP)/Bolsheviks/
Provincial Committee

No. 4                                              Cherepovets August 16, 1921

MANDATE.

Given from the County-level Commission on Reconsideration, Verification and Cleanup of the RCP to Comrade KURMANOV to certify that he has been named a member of the Cherepovets County-level Commission on Reconsideration, Verification and Cleanup of the RCP.

On the basis of a decree from the Regional Committee dated August 9, 1921 and instructions on cleanup of the party, Comrade Kurmanov is in the P. Committee on Reconsideration, Verification and Cleanup of party organizations on the territory of Cherepovets region.

In their work, Comrade Kurmanov and the County-level Committee are guided by instructions and decrees of the Central Committee and the Regional Committee and report exclusively to Regional Committee.

Comrade Kurmanov, to fulfill his responsibilities, has been granted the right to use all transport/communication equipment, ride in special-purpose train cars, send "A" telegrams, use special telephone lines, and so on.

All party organizations and Soviet agencies are hereby invited to render complete assistance to comrade KURMANOV in his work.

The aforementioned is certified by signatures and the RCP seal /Bolsheviks/.

Chairman of the County-level Committee:                              /signature/

County-Level Committee:                                               /signature/

Seal

*Original is kept by widow Kurmanova*

10

**Exhibit 119 - 1957**

# EXHIBIT

# 120



Case 2:02-cr-00220-MCS   Document 2475-7   Filed 10/05/23   Page 87 of 168   Page ID #:21570

ЦЕНТРАЛЬНАЯ КОНТРОЛЬНАЯ КОМИССИЯ ВКП/б/
НАРОДНЫЙ КОМИССАРИАТ РАБОЧЕ-КРЕСТЬЯНСКОЙ ИНСПЕКЦИИ СССР
Адрес:Москва Центр, Ильинка,21.
Для телеграмм: ЦКК РКИ

- - - - - - - - - - - - - - - - - - - - - - - - - -

11 февраля 1931 г.
При ответе ссылаться на № 51

У Д О С Т О В Е Р Е Н И Е.

Тов. КУРМАНОВ А.Н. командируется в Западную Обл.
КК - РКИ для проверки хода коллективизации в Западной
области.
Для проведения порученной ему работы т.КУРМАНОВ
А.Н. имеет право пользоваться всеми необходимыми ему
материалами и справками.
Срок удостоверения - 22 февраля 1931г.
ОСНОВАНИЕ: Пост.Презид.ЦКК и Коллег.НКРКИ СССР от 7.II-31г.

п/п.УПРАВЛЯЮЩИЙ ДЕЛАМИ - подпись.

Печать:-

| | | |
|---|---|---|
| 3.Работа собран.и коллекти-сти кооперир.и коллекти-визац. докл.тов.КЛИМЕНКО | 1-е слово в прек. 2-е " " " | 10" 5" |
| 4.Итоги и дальнейшая рабо-та по землеустройству докл.тов.РОЗИТ | слово к порядку веден.собран. | 3" |
| 5.О лесном хозяйстве докл.тов.КОЗЫРЕВ | Заключ.слово: докладчику содокладч. | 30" 15" |

Exhibit 120 - 1958

LB-658

*46*

CENTRAL CONTROL COMMISSION of the COMMUNIST PARTY /Bolsheviks/
PEOPLE'S COMMISSARIAT OF WORKERS/PEASANTS OF THE INSPECTORATE, USSR
Address: 21 Ilinka, Moscow Center. For Telegrams: CCC WPI
-----------------------------------------------------------------------------------------------------------------

February 11, 1931
Refer to No. 51 when replying

CERTIFICATION.

Comrade A. N. KURMANOV is being sent to the Western Region CC-WPI to check on the progress of collectivization in the Western Region.

To do the job assigned to him, c. KURMANOV has a right to use all the materials and references that he needs.

This certificate is valid until February 22, 1931.

JUSTIFICATION: Post. Presid. CCC and Colleg. PCWPI USSR dated Feb 7, 1931.

Auth. rep of CHIEF CLERK – signature

Seal:/

_____

[incomplete portion of meeting agenda]

**Exhibit 120 - 1959**

# EXHIBIT 121



Российская Федерат.Советская
РЕСПУБЛИКА

Исполнительный Комитет
Череповецкого Губернского
С О В Е Т А
Крестьян.,Рабочих и красноарм.
депутатов

5 декабря дня 1918 г.
№-4398

г.Череповец

У Д О С Т О В Е Р Е Н И Е

Предъявитель сего член
Череповецкого Уисполкома
т.КУРМАНОВ командируется
как политический Комиссар
с отрядом 80 чел. Красн.армейцев

и коммунистов в волости: Ягановскую, Ивановскую и пр.
для подавления мятежа и восстановления порядка не
останавливаясь ни перед какими мерами, вплоть до
расстрела на месте.

Все граждане по пути следования отряда обязаны по
требованию т.Комиссара оказывать ему полное содействие,
равно и подачей подвод в потребном количестве для
дальнейшего следования.

Председатель Губисполкома:                    /подпись /

Председатель Губвоенкома:                    /подпись/

Две печати

Exhibit 121 - 1960

LB-652

*To: Voroshilov*

*101* Copy

*2*

Russian Federative Soviet
Republic
Executive Committee
Of the Cherepovets Region COUNCIL
Peasant, Workers, and Red Army Deputies
December 5, 1918
N. 4398
City of Cherepovets

C E R T I F I C A T E

The submitter of this is a member
of the Cherepovets
Executive Committee
Comrade KURMANOV is being sent as a
Political Commissar with a detachment of
80 people, Red Army personnel

and Communists, to the districts of Yeganovskaya, Ivanovskaya, and others, to suppress an uprising and restore order using any measures, including execution on the spot.
All citizens along the detachment's route must obey the Comrade Commissar's orders to provide any assistance and give him horse-drawn carriages in the requested amount for travel.

Chairman of the Region Executive Committee:                    /signature/
Chairman of the Region Military Commissariat:                   /signature/

Chief
2 seals
 ORIGINAL [illegible]

8

**Exhibit 121 - 1961**

# EXHIBIT

# 122



РСФСР
Военно-Политический
Комиссар
16-ой бригады
6-ой
Стрелковой дивизии                    УДОСТОВЕРЕНИЕ.

8 марта 1920 г.
№ 180

    Пред"явитель сего есть действительно
Военный Комиссар Школы Младшего Командного Состава
16-й Бригады 6-й Стрелковой Дивизии тов. КУРМАНОВ
Алексей Николаев.

    Имеет право свободного проживания и пред-
вижения в районе расположения 16-й Бригады с оказа-
нием ему при исполнении своих служебных обязанностей
всеми Совдепами, Управлениями и частями Военного и
Морского Ведомства полного содействия.

    Настоящее удостоверение выдано также на
право хранения и ношения при себе огнестрельного ору-
жия и полевого бинокля.

    Что подписями с приложением печати удо-
стоверяется. Удостоверение действительно сроком по
" 8 " Апреля 1920 года.

        ВОЕННЫЙ КОМИССАР 16-й
          БРИГАДЫ    - подпись
          СЕКРЕТАРЬ - подпись

Печать :-

**Exhibit 122 - 1962**

LB-653

*3*

| | |
|---|---|
| Russian Soviet Federative Socialist Republic<br>Military-Political Commissar<br>16th Brigade<br>Of the 6th Rifle Division<br>----<br>March 8, 1920<br>No. 180 | CERTIFICATE. |

The bearer is in fact comrade Aleksey Nikolayev KURMANOV, a Military Commissar from the Junior Command School of the 16th Brigade, 6th Rifle Division.

He has the right to live and move freely near the 16th Brigade and be assisted by all Soviet Deputies, Directorates and units of Army and Navy units, provided he fulfills his responsibilities.
This certificate also grants the right to bear and carry a firearm and field binocular.
          As certified by the signatures and enclosed seals
          Certificate is valid through April 8, 1920.

MILITARY COMMISSAR, 16th<br>Brigade - signature<br>Secretary - signature

Seal:-

**Exhibit 122 - 1963**

# EXHIBIT

# 123



Выписано из личного дела Курманова. А.Н.    Ворошилову К.Е.

Копия.   110

**Занимаемые должности КУРМАНОВЫМ А.Н. в Красной Армии**

1. Мобилизован по партийн. мобилизации 1918г. 27 ноября в Красную Армию Череповецкой организации:
2. Командир роты 43 стрел. полка                      1918г.   Декабрь
3. Комендант штаба 43                                 1918г.   Май
4. Комендант штаба I стрел. бриг. 6-й дивизии          1918г.   сентябрь
5. Комиссар бригады школы млад. ком. состава          1920г.   февраль
6. Зам. председ. дивизионной комиссии по борьбе с дезертирством   1920г.   Мая 15
7. Комиссар 16 стрелк. бригады 6-й стрелковой дивизии  1920г.   Август 30
8. Мобилизован ЦК РКП/большевиков/ в ряды РККА         1923г.   Декабря 14
9. Назначен пом. полит. части Начвоенхозснабкора        1923г.   Декабрь 22
10. Врид Военкома Управления Военхозснабжения I-го стрел. корпуса   1924г.   Апрель месяц

РВСР 3-й армии за продолжительную и активную работу в рядах Красной Армии награжден золотыми часами ВЦИК приказ № 532/309 1920г. дек. 16 с надписью " честному воину за боевые заслуги от ВЦИК"а".

ПО ПОЛИТИЧЕСКОЙ РАБОТЕ: /также выписано из личного дела/

Участие в политических занятиях выражалось в порученных бюро ячейки и проведение бесед по сельскохозяйственным темам, в которых т. Курманов был силен. Поручения выполнял аккуратно. Прочие партобязанности выполнял беспрекословно. В отношении теоретической подготовки силен и особенно в аграрном вопросе.

Врид. военкома        /подпись/

**ДЕЯТЕЛЬНОСТЬ ВНЕ ВОЕННОЙ СЛУЖБЫ ПО СОВЕТСКОЙ и ПАРТИЙНОЙ РАБОТЕ.**

1. Председатель Пригаевского Волисполкома 1918г. январь
2. Зав. отделом Управления Череповецкого Уисполкома                 1918г.   сентябрь
3. Товарищ председ. Череповецкого Губисполкома и зам. председателя Губэкоса   1921г.   март 2
4. Заведующий Губземуправления и член президиума Череповецкого Губисполкома   1923г.   январь 1
5. Начальник 2-го Государствен. Ипподрома /конских испытаний/           1923г.   октябрь

Врид. Нач. военснабхозкора        /подпись/

Вр. военкома        /Подпись/

6. Председатель Центр. Управ. Московского Государственного Ипподрома по   1924г.   июль 1   1927г. март 20
7. Директор Гос. Мелиорацион. треста   1927г.   март 20

**Exhibit 123 - 1964**

-2-



8. Зам. директора Государ. Научно-исследов.
   Мелиорационного Ин-та Всесоюзн. значения   1928г. июль 24
9. Зам. зав. Ленинградского Обл. Управления     1929г. ноябрь 15
10. Учился в Академии Соц. земледелия            1929г. по 1932г.
11. Начальник сектора Наркомзема РСФСР           1932г. по 1935г.
12. Директор Научно-исслед. Института
    коневодства Всесоюзного значения
    участник 8-го и 10-го съездов Советов.

В 1913 году член Петроградского Совета девятого созыва. Был начальником карательного отряда в 80 чел. против кулацкого восстания Ягановской и Ивановской волостей Череповецкой губ. Ликвидировал восстание без кровопролития /был пламенный трибун-оратор/.

Уходя с работы Московского Госуд. Ипподрома на другую работу трудящиеся Москипподрома преподнесли ему адрес благодарности и огромный фото-альбом с лошадьми, в период его работы выращенные и давшие лучшие рекорды по испытаниям.

После смерти КУРМАНОВА А.Н. в 1937г. на родине б. Ленинградской области, теперь Вологодской, колхозники Кадуйского района поднимали вопрос об увековечении памяти КУРМАНОВА А.Н. переименованием Кадуйского района в Курмановский, Ципелевский Сельсовет в Курмановский, неполную среднюю школу созданную им назвать именем Курманова и деревню Михайловскую, где он родился — в Курмановку.

Ходатайство было поддержано районными и областными организациями, но совпало с новым районированием Ленинградской и Вологодской обл. и Череповец стал районным центром. Работники были перемещены и дело осталось не разрешенным.

Также пока Череповец был Губернским центром предполагалось в нем сделать революционную галерею, у меня взяли снимки, но по той-же причине нового районирования Череповец стал районным центром, экономика изменилась.

Прах КУРМАНОВА А.Н., его урна по желанию общественности стояла 5 лет в музее коневодства, как памятник, напоминающий как надо жить и работать людям Ленинской эпохи. После занятия музея Министерством военного флота урна с прахом КУРМАНОВА А.Н. перенесена на Пооводанчье кладбище.

Где бы он не работал, сколько не имел перебросок по распоряжению ЦК партии — работая только на "отлично". Он по состоянию здоровья имел право получать персональную пенсию, но говорил "рано еще".

*Личное дело Курманова А.Н.*

*Хранится у вдовы Курманова*

**Exhibit 123 - 1965**

LB-655

*From the personal file of A.N. Kurmanov*                    *To: K. Ye. Voroshilov*

Copy

<u>A.N. KURMANOV: Positions Held in the RED ARMY</u>

| | | |
|---|---|---|
| 1. Mobilized in party mobilization | 1918 | 27 Nov |
| To the Red Army of the Cherepovets Organization: | | |
| 2. Commander of Company, 43rd Rifle Regiment | 1918 | December |
| 3. Commandant of Headquarters 43 | 1918 | May |
| 4. Commandant of Headquarters, 1st Rifle Brigade, 6th Division | 1918 | September |
| 5.Commissar of the Brigade School of Junior Command Staff | 1920 | February |
| 6. Deputy Chairman of the Division Anti-Desertion Committee | 1920 | May 15 |
| 7. Commissar of the 16th Rifle Brigade of the 6th Rifle Division | 1920 | August 30 |
| 8. Mobilized Communist Party, RKC/Bolsheviks<br>  To the ranks of the Worker/Peasant Red Army (WPRA) | 1923 | December 14 |
| 9. Appointed assistant for polit. matters to Chief of Mil. Supply Corps | 1923 | December 22 |
| 10. Acting Mil. Com., Directorate of Mil. Supply, 1st Rifle Corps | 1924 | Month of April |
| Revolutionary Mil. Council of 3rd Army for continued and active work<br>in the Red Army ranks, awarded: gold watch, All-Russian Central Exec. Cmte. (ACEC),<br>Order No. 532-309, Dec 16, 1920, inscription, "To an honest warrior for military merit from ACEC" | | |
| POLITICAL WORK/also taken from personal file/<br>Participation in political activities, namely: local communist party tasks, discussions about agriculture, an area in which Kurmanov was skilled. He did the tasks well. Other assignments were carried out readily. He is skilled at theoretical preparation, particularly in agriculture. Acting Mil. Com. signature | | |
| | | |
| ACTIVITIES OUTSIDE THE MILITARY FOR SOVIET AND PARTY WORK | | |
| 1. Chairman Pregaevsk Town-level Exec. Cmte. | 1918 | January |
| 2. Chief of Dept. Cherepovets County-level Exec. Cmte. | 1918 | September |
| 3. Asst. Chairman of the Cherepovets Reg. Exec. Cmte. And Deputy Chairman of Regional [illegible] | 1921 | March 2 |
| 4. Chief Reg. Land Admin and Member of the Presidium of the Cherepovets Reg. Exec. Cmte. | 1923 | January 1 |
| 5. Chief of 2nd State Horse Track /horse testing/ Certification | 1923 | October |
| Acting Chief of Mil. Supply Corpus /signature/<br>Acting Mil. Com.                    /signature/ | | |
| 6. Chairman of Central Admin. Of Moscow | 1924 | July 1 |
|   State Horse Track                    through | 1927 | March 20 |
| 7. Director of State Land Development Trust | 1927 | March 20 |

**Exhibit 123 – 1966**

LB-656

| -2- | | |
|---|---|---|
| 8. Dep. Director of State Land Dev. Institute, All-USSR-level | 1928 | July 24 |
| 9. Dep. Director of Leningrad Reg. Admin. | 1929 | Nov. 15 |
| 10. Studied at the Academy of Socialist Land Use | 1929 | Through 1932 |
| 11. Chief of Sector for People's Commissariat of Land Use, RSFSR | 1932 | Through 1933 |
| 12. Director of Science and Research Institute of Equine Husbandry, All-USSR-level<br>Participant in 8th and 10th All-Russian Congresses of Soviets | | |

In 1918, member of the Petrograd Soviet 9th session. Was chief of the punitive squad 80 people against the Kulak uprising in Yeganovskaya and Ivanovskaya towns in the Cherepovets region. He suppressed the uprising without bloodshed. /He was a fiery orator from the podium./

Departing from the State Moscow Horse Track to another job, the employees at the Moscow Horse Track gave him a thank you letter and a huge photo album with photos of horses who were raised while he worked there and who gave the best results in tests.

After Mr. Kurmanov died, in 1937 in the homeland (formerly Leningrad) now Vologodsk, collective farm workers in the Kaduisk region suggested memorializing him by renaming the Kaduisk region to the Kurmanov region, the Tsipilevsky Soviet to the Kurmanovsky Soviet, by naming the school he created the Kurmanov School, and renaming his village of Mikovsky to Kurmanovka.

Their petition was supported by regional and provincial organizations, but this coincided with redrawing the regions in Leningrad and Vologda regions, and Cherepovets was the new regional center. The workers were moved to a new place and the matter was not resolved.

Also, while Cherepovets was the county center, there was an idea to make a revolution gallery, and photos were taken from me, but for the same reason of redrawing the regions, Cherepovets was the new regional center, and the economy changed.

The urn with A. N. Kurmanov's ashes was kept in the Horse Husbandry Museum as a memorial at the request of the community to remind people how to live and work during Lenin's time.  After the museum was occupied by the Minister of the Navy, the urn with A. N. Kurmanov's ashes was buried at Novodevichy Cemetery.

Wherever he worked, however many assignments he had from the Party's Central Committee, he always  did an excellent job. His poor health enabled him to get a personal pension, but he said, "it's too soon."

*Personal file of A. N. Kurmanov, held by widow E. N. Kurmanova*

**Exhibit 123 - 1967**

# EXHIBIT

# 124



*Подлинник храниться у вдовы Курмановой Е.Н.*

97

## КРАТКАЯ ХАРАКТЕРИСТИКА РАБОТЫ В КРАСНОЙ АРМИИ
### тов. КУРМАНОВА Алексея Николаевича

КУРМАНОВ Алексей Николаевич с первых дней вступления в Красную Армию с весны 1919г. до демобилизации в феврале 1921 года выполнял ряд ответственных должностей и заданий, являясь энергичнейшим организатором и выдержанным политическим руководителем.

Особо проявил свою энергию и организационный политический опыт т. КУРМАНОВ А.Н. будучи комендантом 6-й стрелковой дивизии и комиссаром 48-го полка на Петроградском фронте, участвуя и непосредственно осуществляя руководство полком во всех боевых действиях последнего.

После ликвидации Петроградского фронта т.Курманов А.Н. в марте-апреле 1920 года назначается Зам.председателя Комиссии по борьбе с дезертирством и бандитизмом 6-й стрелковой дивизии. Формирует отряд особого назначения и в составе дивизии, участвует во всех операциях на польском фронте.

Во время наступления в Варшаве - своим умелым руководством работой комиссии и отрядом тов. КУРМАНОВ А.Н. обеспечил очистку районов расположения дивизии от бандитских дезертирских элементов и белобандитской партизанщины и этим обеспечил спокойствие и прочность ближайшего тыла дивизии, закрепляя таковой организацией ревкомов во всех занятых городах и местечках: Глубово, Лукино, гор.Лида и т.д.

В период расположения дивизии по реке Буг т. Курманов А.Н руководя непосредственно небольшим особым отрядом, неоднократно ликвидирует прорыв на отдельных участках и этим обеспечивает организованное отступление дивизии до Гродно, неоднократно находясь непосредственно в рядах отряда при самых яростных атаках белополяков /г.Осовец/.

В августе 1920г. в г.Гродно т.КУРМАНОВ А.Н. назначается комиссаром 15 бригады и здесь быстро восстанавливает потерянную при отступлении боеспособность бригады, заняв один из ответственных участков обороны Гродно, а при дальнейшем отступлении, организованно, без всяких потерь, выводит бригаду последней, уничтожив переправы через реку Неман, дал возможность дивизии в полном порядке выйти из неприятельского окружения с трех сторон.

Кроме образцовой военной работы и политической работы непосредственно в руководящих частях,тов.КУРМАНОВ вел широкую политическую разъяснительную работу среди германского населения по пути следования Красной Армии- эта работа многим помогла действующим частям Красной Армии получать поддержку от местного населения.

Демобилизовался тов.КУРМАНОВ из армии после ликвидации Польского фронта в феврале 1921г. по распоряжению ПУР"а.

Exhibit 124-1968



-2-

96
2

на основе ходатайства Череповецкий губернских организаций, где он на Губернском съезде Советов был избран заместителем Губисполкома.

Вся работа тов.КУРМАНОВА А.Н. в Красной Армии была образцом и примером,присущим преданнейшему революционеру- большевику.

п.п.Быв.Комиссар 6-й стрелков. дивизии:                                        /Смирнов/    иля

Бывш.Нач.Полит.Отдела:                                /Боген/

Бывш.Зам.Предкомиссии по борьбе с дезертирством и бандитизмом:                                      /Беляев/

Подпись Нач.Политотдела канц.Зав.Горздравом г.Боген удостоверяется:

25.П-34г. Управляющий Горздравотдела:                              /подпись/

Печать: Отдел Здравоохранения Ленинградского Совета Рабочих,# Крестьянских  и Красноармейских Депутатов.

Подпись директора Инженерно-Экономического Института А.С.Смирнова удостоверяется

Зав.Канцелярией        - ГИПР

21.П-34г. печать

**Exhibit  124 -1969**

LB-646

[small white paper] Cherepovets Center for Document Storage
List of Documents Used
Fund No. 1569, Date, Who took the document, Type of document, Pages, Signature
 [illegible handwriting of documents taken]

*Original is Owned by Widow E. N. Kurmanova*

████████████████

A Brief Reference of Service in the Red Army for
Comrade Aleksey Nikolayevich Kurmanov

From his first days in the Red Army, Aleksey Nikolayevich Kurmanov, from Spring 1919 through the demobilization in February 1921, had a series of important positions and completed tasks while being an extremely energetic organizer and thoughtful political manager.

In particular, Comrade A. N. Kurmanov demonstrated his energy and political organizing experience while Commander of the 5th Rifle Division and Commissar of the 48th Regiment at the Petrograd frontline, participating directly by managing the regiment in all combat activities of the latter.

After the Petrograd rollup, Comrade A. N. Kurmanov in March-April 1920 was named Deputy Chairman of the Anti-Desertion and Anti-Banditry Committee of the 6th Rifle Division. He forms a special detachment and as part of the Division participates in all operations on the Polish front. During the Warsaw offensive, under his skillful leadership over the work of the committee and the detachment, Comrade A. N. Kurmanov ensured the purge of any bandit/deserting elements and White bandit guerrilla fighters in areas around the detachment and in this way facilitated order and strength at the rear, reinforcing the organization of Revolutionary Committees in all populated cities and towns: Glubova, Schukina, Lida, and so on.

When the Division was on the Bug River, Comrade A. N. Kurmanov was in charge of a small special detachment that often stopped enemies in particular places, helping the Division retreat to Grodno in an organized manner; he was often located in the detachment rows when the White Polish Army attacked/City of Osovets.
In August 1920, in the city of Grodno, Comrade A. N. Kurmanov is named Commissar of Brigade 16. And here he quickly restores the Brigade's military readiness, lost during the retreat, by occupying one of the most important defense positions for Grodno. During subsequent retreats, he and the Brigade were the last to retreat, doing so in an organized fashion, without losses, having destroyed the passage across the Neman river, and gave the Division a chance to retreat from enemies on three sides in an orderly way.

In addition to exemplary military work and political work, working directly in management units, Comrade A. N. Kurmanov provided information to the Germanic population along the Red Army's path. This work greatly helped active units of the Red Army receive support from the local population.
After the Polish front was rolled up, he demobilized in February 1921, as ordered by the Political Directorate

2

**Exhibit 124 - 1970**

LB-647

<table>
<tr><td>-2-</td><td>96/2</td></tr>
</table>

On the basis of a Request of the Cherepovets Regional Organization where in Cherepovets at the local meeting of councils, he was elected Deputy of the Regional Executive Committee. All the work of Comrade A. N. Kurmanov in the Red Army was exemplary for a Bolshevik Revolutionary.

Former Commissar of the 6th Rifle Division                                     /Smirov/
Former Chief of the Political Department                                        /Bogen/
Deputy Chairman of the Anti-Desertion and Anti-Banditry Committee               /Belyaev/
For Bogen, Chief of the Political Dept. City Health Dept. is certifying:
[date illegible] 1934 Chief of City Health Dept            /Signature/

[seal from the Health Dept in Leningrad Council of Workers, Peasant and Red Army]
Signature of the Director of the Engineering and Economics Institute A.S. Smirnov is certified by
 Chief of the Records Office - GIPR
[date illegible] 1934
seal

3

**Exhibit 124 - 1971**

# EXHIBIT

# 125



губ?у 7 № 7
........ т. Куршанову 13

Р.С.Ф.С.Р.
...ый Комиссариат
ЮСТИЦИИ
ПРОКУРОР
...ской губернии
23/II
№ 1313
г. Череповец

Настоящим сообщаю, что на основании циркуляра № 1 Н.К.Ю. от 3 Января с/г, выписки из протокола № 6 заседания Бюро Череповецкого Губкома РКП /б/ от 16-го Февраля с.г. и приказа Череповецкого Губпрокурора от 22 Февраля с.г. № 15 § 1 — ВН утверждены в состав обвинителей при Череповецкой Губпрокуратуре.—
+ постоянных

СЕКРЕТАРЬ ГУБПРОКУРОРА — /ШАРАШКИН/

Делопроизводитель — /ПОСКАКУХИН/

09 1159
24 II. 23 г.

губернии.

Зам ПРЕДГУБИСКОСО —

СЕКРЕТАРЬ —

LB-657

| From: Prosecutor | Regional Land Use Admin                    N7 |
|---|---|
| *1813* | To Comrade Kurmanov |
| *February 24, 1923* | I am informing you that pursuant to circular no. 1 from the People's Commissariat of Justice, dated Jan 3 of this year, an excerpt from Protocol No. 6 of the meeting of the Bureau of the Cherepovets Regional Committee of the Russian Communist Party  /Bolsheviks/ dated Feb 16 of this year, and an order from the Cherepovets Reg. Prosecutor's Office dated February 22 of this year No. 15-I, YOU are approved as a part of a group of accusers in the Cherepovets Reg. Prosecutor General's Office.<br><br>SECRETARY OF THE REG. PROSECUTOR GENERAL'S OFFICE [signed] /SHARASHKIN/<br>Initiator                              [signed]<br>/POSKAKUKHIN/                [signed]<br><br>[illegible seals and signatures] |

13

**Exhibit 125 - 1973**

# EXHIBIT

# 126



**Exhibit 126 - 1974**



**Exhibit 126 - 1975**



**Exhibit 126 - 1976**



**Exhibit 126 - 1977**

LB-679

| [photo] | [photo] |
|---|---|
| [see 680] | [see 681] |
| [photo] | [photo] |

**Exhibit 126 - 1978**

LB-680

[photo]

1934. January 28. A. N. Kurmanov is his coffin. His sick spouse E. Kurmanova with daughter of Aleksey Nikolayevich. Brother Fyodor Nik with nephew Mikha
Sister wife and mother as honor guards, employee of the Kalinin Institute S
Who also died 5 years later age 32
In 1934 people died in our apartment: Aleksey Nikolayevich, his employee and his wife comrade Belyakova

**Exhibit 126 - 1979**

LB-681

By the coffin of A. N. Kurmanov is his sick wife E. N. Kurmanova
As the honor guard
Employee of the Institute, Lyubimov   Jan 23, 1934

**Exhibit 126 - 1980**

LB-682

[see above]

Exhibit 126 -  1981

# EXHIBIT

# 127



# Science

## AAAS

DNA Modification Mechanisms and Gene Activity during Development

Author(s): R. Holliday and J. E. Pugh

Source: *Science*, Jan. 24, 1975, New Series, Vol. 187, No. 4173 (Jan. 24, 1975), pp. 226–232

Published by: American Association for the Advancement of Science

Stable URL: https://www.jstor.org/stable/1739057

**REFERENCES**
Linked references are available on JSTOR for this article:
https://www.jstor.org/stable/1739057?seq=1&cid=pdf-
reference#references_tab_contents
You may need to log in to JSTOR to access the linked references.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*American Association for the Advancement of Science* is collaborating with JSTOR to digitize, preserve and extend access to *Science*

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 15:01:38 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 127 - 1982**

# DNA Modification Mechanisms and Gene Activity during Development

Developmental clocks may depend on the enzymic modification of specific bases in repeated DNA sequences.

R. Holliday and J. E. Pugh

It is generally accepted that the differentiated state of a given type of cell is associated with the activity of a particular set of genes, together with the total inactivity of those sets associated with the differentiation of other cell types. It is also clear that the differentiated state of dividing or nondividing cells is often extremely stable. In this article we suggest mechanisms that may account for this stability and that also attempt to explain the ordered switching on or off of genes during development.

The phenotype of the organism depends on the genotype, and the genetic contribution from both parents is in almost all cases equal. Since the ultimate control of development resides in the genetic material, the actual program must be written in base sequences in the DNA. It is also clear that cytoplasmic components can have a powerful or overriding influence on genomic activity in particular cells, yet these cytoplasmic components are, of course, usually derived from the activity of genes at some earlier stage in development. A continual interaction between cytoplasmic enzymes and DNA sequences is an essential part of the model to be presented.

## Modification Enzymes

In bacteria, enzymes exist which modify DNA by methylating adenine in the 6-position (1). These enzymes are extremely specific in their action; they modify bases at particular positions in short defined sequences of DNA, which, at least in some instances, form a palindrome. (A palindrome in DNA is an inverted duplication, with twofold rotational symmetry. The $3' \rightarrow 5'$ base sequence is the same on each strand.) These modifications prevent the DNA

being degraded by restriction enzymes, which are equally specific in their action. In higher organisms, bases are also modified: 5-methylcytosine is a common component of DNA (2), and 6-methyladenine has been identified in simple eukaryotes (3). It is not yet known whether these modifications occur at specific sites. In the case of transfer RNA (tRNA) of both bacteria and higher organisms, a number of bases are modified at specific sites (4).

The methylation of adenine in DNA is not heritable in the usual sense, but a bacterium with a modification enzyme could, in principle, have a very different phenotype to one without if the presence or absence of methylation affected transcription. Hawthorne (5) and Scarano (6) have suggested that certain other base modifications could lead to heritable changes in base sequences and that these could control the activity of adjacent structural genes. We explore these possibilities further and suggest that such changes could operate developmental clocks which turn genes on or off after a specific number of cell divisions. In addition, we propose that the same ordered control of the transcription of genes could be achieved by the methylation of bases, without changes in sequence. The modification mechanisms are as follows.

1) To explain the instability of the mating type loci in certain strains of yeast, Hawthorne (5) has suggested that an operator region could exist in two alternative states. One state has $A \cdot T$ (adenine · thymine) base pairs at particular sites in the controlling region, and the other has $G \cdot C$ (guanine · cytosine) base pairs at the same sites. The transition from $A \cdot T$ to $G \cdot C$ or $G \cdot C$ to $A \cdot T$ requires cell division, and it occurs as follows. The modification of adenine at particular sites could occur

by the removal of an amino group at the 6-position. This gives rise to inosine (I), and it is known that inosine base pairs with cytosine rather than thymine (7). Therefore one round of replication after modification will produce $A \cdot T$ and $I \cdot C$, and at the following replication a $G \cdot C$ base pair is formed. The reverse transition occurs by the action of a second modifying enzyme, which removes an amino group from the 6-position of cytosine to give uracil ($\check{U}$). After two rounds of replication, the original $A \cdot T$ base pair is restored. These transitions are illustrated in Fig. 1a. The change in base sequence that occurs is irreversible if only one of the two modifying enzymes is present. Since there is now genetic evidence that mismatched bases in DNA are repaired to give normal base pairing (8), Hawthorne suggests that the modification occurs in the short stretches of single-stranded DNA in the replication fork. There would therefore be no opportunity for the repair of mismatched bases such as $I \cdot T$ or $G \cdot U$.

2) Another possibility, which has been discussed by Scarano (6), in connection with the problem of differentiation, depends on the methylation of cytosine at the 5-position, followed by deamination at the 6-position to give thymine. In this way a $G \cdot C$ pair would be changed to an $A \cdot T$ pair after replication (Fig. 1b). The amination of thymine to 5-methylcytosine, which pairs with G, will give the reverse change.

3) To maintain methylated bases in DNA, a modification enzyme must always be present. To segregate methylated from nonmethylated cells, two enzymes are necessary. One model is illustrated in Fig. 2. The first enzyme, E1, methylates one strand within a stretch of palindromic DNA and the other strand just outside this stretch. This does not provide a substrate for the second enzyme, E2, until replication occurs, and then only one of the daughter molecules is methylated by E2. This enzyme resembles bacterial modification enzymes in adding a methyl group to the other half of the palindrome, but it differs in not acting on nonmethylated DNA. [The same discrimination between half-methylated and nonmethylated DNA is shown by restriction enzymes of bacteria (1).] Therefore, once both strands of the se-

R. Holliday is head of the Genetics Division, National Institute for Medical Research, Mill Hill, London NW7 1AA, England, and J. E. Pugh is a Medical Research Council Scholar in the same division.

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 15:01:38 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 127 - 1983**

quence are methylated, all subsequent progeny are modified, provided that E2 remains present. The other product of the first division segregates further methylated cells as long as E1 is present, but in its absence only nonmethylated progeny will be formed. The methylated state could be extremely stable, as the methyl groups would be diluted out only if the modification enzyme is lost through mutation in its structural gene. However, an essential part of our model is the switching on or off of the genes for modification enzymes during development or differentiation.

In bacteria and their viruses, specific mechanisms for the control of gene activity at the level of transcription are well known, and it has been shown that operator regions have palindromic features (9). It is generally believed that similar control mechanisms must exist in higher organisms. There are several simple ways in which changes in base sequence or methylation could determine whether or not a particular gene is transcribed, some of which have already been discussed by Venner and Reinert (10). One possibility is that the sequence where modification occurs is also an operator sequence to which a repressor binds. In one state of the DNA the repressor binds to the operator and the contiguous structural gene is inactive. In the other state the repressor does not bind to the operator and transcription occurs. Alternatively, modification could occur in the promoter sequence, that is, the short region of DNA to which the transcribing RNA polymerase first binds; in one modified state the gene would be transcribed and in the other it would not. [It is known in several instances that promoter regions contain short palindromes, since they can be attacked by restriction enzymes (11).] Binding sites for RNA polymerase will be common to many or all structural genes, yet the modification enzyme is specifically inactivating or activating particular genes. We must therefore postulate that the specificity of binding is provided by a defined sequence adjacent to the promoter, but that modification actually occurs in the promoter region. A third possibility, even simpler, is that base changes would simply introduce (or remove) a polypeptide chain terminating sequence within a structural gene.

In the subsequent discussion we often refer to enzymes which modify DNA as controlling enzymes and to their substrates as controlling sequences.

## Somatic Segregation of Gene Activities

The modifications outlined in Figs. 1 and 2 can result in the formation of an unaltered cell, together with one in which a particular gene is activated or inactivated. This situation is like that of a stem line cell which continually divides to form cells with new functions. The stem line cell is unstable, but the daughter cells which are modified are quite stable. However, although the switching on of a single gene may commit the cell to differentiation, it is unlikely to be sufficient to bring about all the changes required for differentiation. One obvious possibility is that the first activated gene codes for another modifying enzyme that is active at several other sites in the genome, which have the same controlling sequence. This may, for instance, shut off genes whose activity is necessary for cell division and turn on others which synthesize those proteins that give the cell its particular properties. It is easy to see how somatic segregation could lead to the triggering of sequential regulatory events, or the type of cascade regulation discussed by Britten and Davidson (12) and Pontecorvo (13). A further possibility is where a gene is switched on transiently. A controlling enzyme may modify the controlling sequence adjacent to its own structural gene. The enzyme is first switched on by the action of some other controlling enzyme, but as soon as it is synthesized it overrides the action of the first enzyme by reversing the modification. In this way a controlling enzyme would only be present for one or two cell divisions, but during this time it could, of course, affect the activity of other genes.

Certain complications could arise when one considers the possible segre-



Fig. 1. (a) The transition from an A · T to a G · C base pair and the reverse transition, based on the scheme of Hawthorne (5). The modification of adenine occurs by the removal of an amino group at the 6-position to give inosine (I), which pairs with cytosine (C). The modification of cytosine occurs by the removal of an amino group at the 6-position to give uracil (U), which pairs with adenine. The modifications occur at the time of replication. Bases in conserved strands are underlined. (b) The transition from a G · C to an A · T base pair and the reverse transition, based on the scheme of Scarano (6). Cytosine is methylated at the 5-position (5 MC) and then deaminated at the 6-position to give thymine. Only one replication is necessary for the change from G · C to A · T. The reverse change involves the addition of an amino group to thymine at the 6-position to give 5-methylcytosine, which pairs with G at the subsequent replication.



Fig. 2. The segregation of methylated DNA from an unmethylated precursor. The first modification enzyme, E1, methylates one-half of a palindromic sequence and an adjacent sequence in the complementary strand. Replication provides one substrate for the second enzyme, E2, which methylates the other half of the palindrome and all subsequent progeny molecules. In the presence of E1 and E2, unmodified or partially modified cells continually give rise to stable modified ones. If E1 is inactivated or disappears, stable modified and unmodified cells are formed.

227

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 15:01:38 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 127 - 1984**

gation events that can occur in the division of a diploid cell. Each controlling sequence occurs on each homolog, and therefore modification at both sites will result in the production of daughters with one, two, or no modifications in the ratio 1 : 2 : 1. In many instances this may not matter, as a single activated gene may set in train all the required changes. Another possibility which we favor is that controlling sequences are modified and activate genes on only one of the two homologous chromosomes. In differentiated antibody forming cells, only one of the two structural genes in a heterozygote is transcribed (14), and in female mammals only one of the two X chromosomes is active (15). The mechanisms discussed suggest how modification could occur in only one of two homologous chromosomes in a cell. Suppose the controlling sequence is a

substrate for both a repressor and a modification enzyme, E1, but the affinity of the repressor is very much greater. There is therefore a low probability of modification, and a very much lower probability that both controlling sequences on both chromosomes will be modified in one cell generation. Once modification has occurred, it prevents repressor binding and allows transcription of the adjacent structural genes. The products of these inactivate E1 and switch off its synthesis. Provided that the initial modification is in both arms of a palindromic sequence, a maintenance enzyme, E2, keeps one chromosome methylated in all subsequent generations, as in the lower half of Fig. 2, whereas its homolog is unmethylated and remains so. We do not propose that this simple model will alone account for whole X chromosome inactivation.

Segregation of gene activities is not the only important event, as we have to consider also the mechanisms whereby all the progeny from a particular cell are altered or differentiated in the same way at a particular time in development. The application of the model to this situation is developed below.

**Developmental Clocks**

It can be readily seen how in principle the modification mechanism could enable a cell to count the number of divisions it has gone through during a particular stage in development. Consider the hypothetical repeating sequences shown in Fig. 3a. At the right end there is a sequence to which the modification enzyme binds. This sequence is first modified by an A → I → G transition. When this has occurred, the site of action for the enzyme has now moved eight bases to the left. This process will be repeated as many times as there are repeats of the sequence. At the end of the precisely determined number of divisions, the operator or promoter site is altered in the way that has been mentioned and the developmental switch comes into operation.

Such a developmental clock will not operate precisely if the bases modified are on one strand. In this case modified and unmodified strands segregate, and the subsequent progeny of a single cell will have modified a varying number of control sequences. This difficulty is avoided if both strands are modified (Fig. 3b). There is a binding sequence for the controlling enzyme which can exist in two forms, differing in at least two base pairs. It is adjacent to a very similar sequence which will be modified in both strands by the enzyme. These sequences when modified become the same as the binding sequences. Therefore the modifications move progressively from one end of the region of repetitive DNA to the other, and the divisions are counted.

Methylating enzymes may also count cell divisions. Of several possible mechanisms we describe one (Fig. 4). The clock is started by E1, which acts on a specific substrate at one end of the repeated sequences. It methylates one strand, and this is an essential signal for the second enzyme, E2, which inserts further methyl groups on both strands within the next sequence. This enzyme cannot act on DNA methylated on both strands in one sequence, but it does so



Fig. 3. (a) A mechanism for counting cell divisions based on the A · T → G · C transition in Fig. 1a. The modification enzyme recognizes the first sequence of eight bases, because it contains G at the 5-position, together with the whole or some part of the sequence to its left. The A at the 5-position of this second sequence is changed to G to give a new recognition sequence eight bases to the left. When all the sequences have been successively modified, a structural gene at the extreme left of the repeated controlling sequences (not shown here) is activated. (b) The modification of both strands of a controlling sequence. The controlling enzyme recognizes a sequence which has a G · C pair at either the 4- or 5-position. (If each controlling sequence forms a short palindrome, the recognition sequences can be structurally identical, as shown here.) In both cases it modifies A at the 4- and 5-position of the sequence to the left. Both these modified sequences then become recognition sequences after replication. The modifications therefore move progressively from right to left and count cell divisions as in (a).

228

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 15:01:38 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 127 - 1985**

after replication again provides substrates with only one methylated strand. In this way an additional segment of the clock is modified at every division until the end is reached, whether or not all the sequences behind the growing points are methylated.

In both these types of clock, all the offspring from a progenitor cell will reach the same stage of development after they have gone through some specified number of divisions. The clock may, of course, trigger one or several segregation events that lead to specific differences in cell types within the clone. Separate clocks could run sequentially at the same time, overlapping each other in time within one cell lineage.

Britten and Davidson (*12*) have pointed out that the existence of multiple repeats of DNA sequences in the genome suggests that common regulatory sequences may be adjacent to many different structural genes. The developmental clocks that we have described would suggest an additional function for repetitive DNA which is not transcribed. These sequences would be tandem repeats of palindromes. Evidence for the existence of many such sequences in the DNA of higher organisms has been obtained (*16*).

### Development of the Chick Limb Bud

The recent experiments on the early development of the chick wing (*17*) provide a convincing example of a developmental clock. The tip of the limb bud, which is called the progress zone, contains dividing cells, and the products of division form in strict sequence the various structures of the limb from its base to the extremity. If the progress zone from a limb in which the basic structures are nearly fully formed is transplanted to a very young limb from which the progress zone has been removed, then none of the structures are produced. On the other hand, if a young progress zone replaces one on the end of a wing which has already laid down all essential structures, then another wing is formed at the end of the first. In this case, the sequence of bone rudiments would be humerus, radius or ulna, hand, humerus, radius or ulna, hand. These results show that there is a temporal order in the laying down of successive structures, and this order might very well be related to the number of cell divisions that have elapsed in the cells of the progress zone.

## A Clock for Aging?

The life-span of an organism is under genetic control, and it has frequently been asserted that there must be a developmental program for aging. More specifically, it has been suggested that the aging program might be related to division potential of cells, because diploid cells in culture have a clearly defined life-span which is dependent on the number of population doublings rather than chronological time (*18*). Current interest in mechanisms of aging has centered around error theories, for which some evidence has been published. If, instead, the life-span of these cells is programed, we think that a clock of the type outlined in Figs. 3 and 4 might provide the necessary specificity in doubling potential before senescence and cell death occurred. When the clock runs out, there are many possible deleterious or lethal events that might be triggered. For instance, the enzymes for chromosome replication or any other essential cellular function may be switched off; alternatively, there may be a general reduction in the accuracy of information transfer between macromolecules.

There is no doubt that programed death of certain tissues or groups of cells is a normal component of embryogenesis and development (*19*). This program could be based on the clock mechanisms we suggest; furthermore if restriction enzymes (specific deoxyribonucleases) (*1*) occur in higher organisms, substrates for these might be created by the loss or gain of modification enzymes in particular cells, and this would be followed by the degradation of the DNA and death of these cells.

### The Developmental Program

The combination of developmental clocks and precise segregation mechanisms which together determine which genes will be activated provides the essential requirement for an ordered genetic program for development. One can describe the determined changes as being part of a developmental tree, where, at precise times during development, cells branch out into different



Fig. 4. A mechanism for counting cell divisions based on the methylation of palindromic controlling sequences. The first enzyme, E1, switches on the clock by recognizing a starter sequence, at the extreme left, which is adjacent to the first of the repeated sequences of the clock. One strand of this sequence is methylated by E1, and this provides a substrate for E2, which inserts three more methyl groups in the first two controlling sequences. E2 does not act further once both strands are modified. However, after replication new substrates of E2 are formed, allowing the next sequence to be methylated. (All the sequences behind the "growing point" may become modified, but this does not affect the clock mechanism.)

229

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 15:01:38 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 127 - 1986**



Fig. 5. An explanation for transdetermination based on an event in a single cell. The diagram on the right represents a clone derived from a cell in which a developmental clock has been triggered. It takes ten divisions for the clock to induce transdetermination in a group of cells. The induction of mitotic crossing-over by irradiation occurs after the clock has started and it produces a genetically marked clone (or patch of cells, as shown on the left) which can overlap the transdetermined region (*33*).

sublines that later themselves become subdivided into more diverse classes. At each stage the cells become more and more tied to a specific pathway of development and more and more distinct from cells derived from branches of the tree. Moreover, once a differentiated state has been reached, the model explains why it is so stable. Base changes are obviously stable, and methylated bases are maintained provided that the necessary enzyme is present. They would be lost only as a result of mutation in the structural gene for the modification enzyme.

Although the model suggests that development is clonal, it should be noticed that specific events can occur in groups of cells rather than individual ones. For instance, after fertilization a developmental clock or clocks may be set so that after $n$ divisions one or more segregation events are triggered. At this time the $2^n$ cells that have been formed may segregate into two or more types of cell. Embryonic cells with specific cell surfaces can recognize each other (*20*); these cell types may therefore aggregate together into groups. This is possibly what happens when different embryos are fused to form mosaic allophenic mice (*21*).

The model described is more likely to provide an explanation for the ordered development of embryos of the mosaic type than it is for those of the regulative type. In the former, exemplified by *Drosophila* (*22*), the parts of the embryo are rigidly determined to develop into particular larval or adult structures. Removal of groups of cells of the deter-

mined embryo results in loss of specific differentiated structures. In the latter, removal of parts of the developing organism, or the inhibition of cell division, may simply result in the formation of a smaller complete organism at some later stage in development (*23*).

We do not wish to underestimate the importance of a cell's environment in the determination of its subsequent fate during development. It is, for instance, widely believed that the pattern of development is determined by fields or gradients set up by organizing or signaling cells or groups of cells (*24*). We would simply point out that the origin of such a situation must initially depend on programed differences between cells in the developing organism, and some of these differences could come about in the way suggested. Moreover, some of the switches or clocks we have discussed could be triggered by hormonal or other influences, or alternatively they may determine how a cell will respond to such stimuli. It may be significant that some cells can accept positional information only if they are first appropriately conditioned by cell division (*25*).

**Totipotent Nuclei**

In extensive experiments by Gurdon and his associates (*26*), nuclei from differentiated cells were injected into anucleate eggs. For instance, nuclei from tadpole intestinal epithelial cells supported embryonic development to a stage where many types of differentiated

cell were present, and in some instances adult animals were formed. In other experiments, nuclei derived from adult skin tissue were successfully transplanted into anucleate eggs. These results show that nuclei in differentiated cells can be reprogramed by egg cytoplasm: they are totipotent because they can subsequently give rise to all other types of cell. There are, however, types of differentiated cell such as neurons, which contain nuclei that do not support normal development after transplantation, and in these cases the changes in genetic activity that occur during differentiation may be irreversible.

The modification mechanisms described are all reversible; therefore it is possible that a battery of specific enzymes exists in the egg cytoplasm which recognize controlling sequences and reverse many—although not necessarily all—modifications. The specificity of these enzymes may be somewhat less than those which originally introduced the modifications during development. For instance, all the modified bases in the repeated sequences of a developmental clock could be erased at a single step. It is not at all unlikely that there is a special mechanism for reprograming in the egg cytoplasm, since apart from the transplantation experiments just mentioned, the oocyte and the spermatozoan are highly specialized products of meiotic division, the nuclei of which themselves have to be reprogramed. Nevertheless, we find it hard to believe that reprograming could actually involve base changes in the DNA, and for this reason we tend to prefer the version of our model that depends on methylation of particular bases. A general demethylating enzyme is a possibility (provided that it was removed before the embryo started development), but we prefer the following alternative.

If the egg cytoplasm contains no maintenance enzyme, then methyl groups will simply be diluted out during the early cleavage divisions. At each nuclear division the number of chromosomes containing methyl groups will be reduced by half. After $x$ divisions the probability of any one chromosome remaining modified is $2n/2^x$, where $n$ is the haploid chromosome number. Where $n$ is between 10 and 30, it would need between 11 and 13 divisions to reduce the number of cells containing at least one modified chromosome to 1 percent. We suggest that an initial clock, immune from the diluting out process,

230

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 15:01:38 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 127 - 1987**

would set in train the whole process of development after approximately this number of nuclear divisions has occurred.

## Effect of Bromodeoxyuridine on Differentiation

Perhaps the strongest evidence that DNA is directly implicated in differentiation comes from numerous studies with the thymidine analog bromodeoxyuridine (BrdU). It has frequently been shown that low concentrations of BrdU which are nontoxic to cells specifically inhibit differentiation or development. There is no effect if excess thymidine is added at the same time as the analog, but in several instances once the BrdU is incorporated into DNA, the block in differentiation cannot be reversed by adding excess thymidine. Only a few of the many examples of the specific action of BrdU can be mentioned [for a full review, see (27)]. Myogenic cells can be cultivated in vitro for several days. After this time, DNA synthesis ceases, the cells fuse to form multinucleate tubules and synthesize the contractile proteins actin and myosin. Bromodeoxyuridine does not prevent the myoblasts from proliferating, but its presence, even for one cell division, completely inhibits their differentiation (28). Mesoderm of the chick limb bud differentiates into cartilage in cell culture, and this differentiation is irreversibly blocked by the substitution of approximately 2 percent of the thymine in DNA with the bromo analog. After treatment with BrdU is terminated, the analog rapidly disappears from the dividing cells, but even so differentiation does not then occur (29). In other instances, the analog is diluted out by replication and differentiation follows. Finally, it has been shown that BrdU blocks the development of embryos if applied at an early cleavage stage (30).

We propose that these effects are brought about by the substitution of a bromine atom for the methyl group on the 5-position of thymine, and this prevents the normal modification of controlling sequences during development. This could occur either by preventing the loss or gain of a methyl group of a particular pyrimidine base (for instance, in the change from cytosine to thymine previously mentioned) or, more generally, by altering the action of modification enzymes on controlling sequences containing BrdU-substituted DNA.

24 JANUARY 1975

## Determination and Transdetermination in Drosophila

The stability of differentiated cells has already been mentioned, but we now turn to the remarkable studies of Hadorn and his associates (22, 31), who have demonstrated that the determined state of undifferentiated larval cells can be very stable. The adult structures of *Drosophila* are formed during metamorphosis from imaginal discs in the larva. Imaginal disc tissue can be grown in the abdomen of adult flies and continuously propagated by transfer of pieces of tissue to fresh adults. Disc tissue reimplanted in larvae differentiates during metamorphosis to produce a particular adult structure, such as part of a wing, leg, or antenna. This is triggered by the hormone ecdysone, which activates the developmental program and allows the further events required for differentiation to proceed. A particular line of disc cells is determined to produce a specific adult structure. This is inherited from cell to cell, as disc fragments have been subcultured for more than 70 transfer generations over a period of several years without any change in determined state. We suggest that this stability is due to the inheritance of appropriate modifications in their DNA. Sometimes disc tissue that is determined to develop in one direction spontaneously changes to another determined state. This transdetermination never occurs in the absence of proliferation; indeed, its frequency is related to the number of cell divisions which have occurred. If during growth the modifications are occasionally lost, then these cells may move into a determined state distinct from the first one. It is a characteristic of transdetermination that specific changes occur more frequently than others and that successive changes follow particular pathways.

Kauffman (32) has presented a detailed model for determination based on the setting of a number of bistable states, or developmental switches. The various pathways for transdetermination are explicable if the setting of the switches alters with given frequencies, one state changing to the other more frequently than the reverse change. His analysis is quite consistent with our model if the switches are modified or unmodified states of particular controlling sequences and one change, for instance the failure to methylate DNA, is more frequent than the reverse.

By use of mitotic crossing-over to mark particular groups of cells, it is possible to show that a patch of tissue in which transdetermination has occurred can occasionally overlap one which has arisen as a result of mitotic crossing-over in a single cell. It is therefore impossible for each patch to be an individual clone, and it has consequently been argued that transdetermination occurs in groups of cells (33). However, this argument no longer holds if transdetermination depends on two events: first, the reversion in one cell to a predetermined state, then a given amount of proliferation to a new determined state. If only a proportion of the cells in the clone have undergone sufficient divisions to reach the new determined state (and such cells are known to aggregate together), then it is quite possible for the patch from mitotic crossing-over to be included within this larger clone, only part of which has undergone transdetermination (Fig. 5).

Homoeotic mutants are those that produce developmental defects analogous to transdetermination. For instance, the mutation *aristapedia* in *Drosophila* results in the development of a leg structure in place of part of an antenna (34). Such mutants may have a defect either in a controlling enzyme, which fails to recognize a particular controlling sequence, or alternatively they might have an altered controlling sequence which is not recognized by the appropriate controlling enzyme. As a result, cells are channeled into an alternative developmental pathway. It has been shown that a homoeotic mutant can mimic transdetermination in that the developmental abnormality originates in a group of cells rather than in one. But in this case the cells are part of a larger clone, the whole organism, with a particular genetic defect. In a similar way a patch of transdetermined cells could originate from a larger clone derived from a cell with altered DNA.

## Conclusions

We are aware that no direct evidence exists for specific modification enzymes in eukaryotes, let alone that such enzymes might exercise control of gene activities. Nevertheless, in view of our almost complete ignorance of the mechanism for the unfolding of the genetic program during development, it seems justifiable to suggest speculative hypotheses that may lead to meaningful experi-

231

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 15:01:38 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 127 - 1988**

mental approaches, particularly when these hypotheses are based on some of the known features of modification systems in bacteria. It is significant that Sager (35) has argued, from a quite different viewpoint, that restriction and modification mechanisms may exist in higher organisms.

A direct search for specific modification enzymes and modified bases in specific sequences will be difficult, as the number of controlling sequences of any one type in the genome may be only one or a few. Methylases have been identified in sea urchin embryos (36), and there is evidence that the distribution of methyl groups in DNA is not random. It may be significant that the doublet CpG is the most highly methylated (6, 36), but occurs much less frequently than expected from the overall base composition of eukaryotic DNA (37). A search for the transition of cytosine to thymine by methylation and deamination has not so far been successful (38).

Although further study of methylases and the pattern of methylation of certain families of reiterated DNA in different tissues or at different stages of development might well be profitable, we feel that it is unlikely that biochemical studies alone will provide direct evidence for our model. The use of developmental mutants is probably essential, since by comparison with wild-type organisms it may be possible to identify the nature of their biochemical defects. We would predict two general classes of mutant: those with altered controlling sequences, which may be dominant (as in the case of operator constitutive mutations); and those with altered controlling enzymes, which would usually be recessive and obtainable in temperature sensitive form. Analysis of developmental pathways can be assisted by the use of homoeotic mutants, and in this connection we agree with McClintock (39), who has emphasized that, if the ordered processes of development are deranged, then genes which usually become active at very specific times may instead be activated spasmodically or in random fashion during development. Her studies with maize [for a review, see (40)] have led to the discovery of unstable states and controlling elements. The latter not only control the stability and level of expression of nearby genes, but also transpose from one chromosomal location to another. The possibility of transposition of genetic elements has also been discussed in connection with the problem of immunoglobulin synthesis from genes coding for constant and variable regions (41). Many of the properties of such systems as McClintock's could, we believe, be explained on the basis of repeated sequences of controlling DNA, which could dissociate from and reassociate with several chromosomal sites by means of genetic recombination. What may now be needed is an examination of these genetic elements in a higher organism in which both biochemical and genetic studies can be undertaken.

### References and Notes

1. W. Arber, in *The Bacteriophage Lambda*, A. D. Hershey, Ed. (Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y., 1971), p. 83; M. Meselson, R. Yuan, J. Heywood, *Annu. Rev. Biochem.* **41**, 447 (1972); J. D. Smith, W. Arber, U. Kühnlein, *J. Mol. Biol.* **63**, 1 (1972).
2. J. Doskocil and F. Sorm, *Biochim. Biophys. Acta* **55**, 953 (1962); G. R. Wyatt, *Biochem. J.* **48**, 584 (1951).
3. M. A. Gorovsky, S. Hattman, G. L. Pleger, *J. Cell Biol.* **56**, 697 (1973).
4. D. Soll, *Science* **173**, 293 (1971).
5. D. C. Hawthorne, personal communication and in preparation.
6. E. Scarano, *Adv. Cytopharmacol.* **1**, 13 (1971).
7. D. R. Davies and A. Rich, *J. Am. Chem. Soc.* **80**, 1003 (1958).
8. R. Holliday, *Genetics*, in press.
9. W. Gilbert, N. Maizels, A. Maxam, *Cold Spring Harbor Symp. Quant. Biol.* **38**, 845 (1973); T. Maniatis, B. G. Barrell, M. Ptashne, J. Donelson, *Nature (Lond.)* **250**, 394 (1974); B. Lewin, *Cell* **2**, 1 (1974).
10. H. Venner and H. Reinert, *Z. Allg. Mikrobiol.* **13**, 613 (1973).
11. B. Allet, R. J. Roberts, R. F. Gesteland, R. Solem, *Nature (Lond.)* **249**, 217 (1974); R. Maurer, T. Maniatis, M. Ptashne, *ibid.*, p. 221.
12. R. J. Britten and E. H. Davidson, *Science* **165**, 349 (1969); E. H. Davidson and R. J. Britten, *Q. Rev. Biol.* **48**, 565 (1973).
13. G. Pontecorvo, *Proc. R. Soc. Lond. Ser. B* **158**, 1 (1963).
14. B. Pernis, *Cold Spring Harbor Symp. Quant. Biol.* **33**, 333 (1967).
15. M. F. Lyon, *Biol. Rev. (Camb.)* **47**, 1 (1972).
16. D. A. Wilson and C. A. Thomas, *J. Mol. Biol.* **84**, 115 (1974); T. R. Cech, A. Rosenfeld, J. E. Hearst, *ibid.* **81**, 299 (1973).
17. D. Summerbell, J. Lewis, L. Wolpert, *Nature (Lond.)* **244**, 492 (1973).
18. L. Hayflick, *Exp. Cell Res.* **37**, 614 (1965); J. Ponten, *Inst. Natl. Santé Rech. Med.* **27**, 53 (1973).
19. A. Glucksmann, *Biol. Rev. (Camb.)* **26**, 59 (1951); J. W. Saunders, Jr., *Science* **154**, 604 (1966).
20. S. Roth, *Dev. Biol.* **18**, 602 (1968); R. Nöthiger, *Wilhelm Roux' Arch. Entwicklungsmech. Org.* **155**, 269 (1964).
21. B. Mintz, *Symp. Soc. Exp. Biol.* **25**, 345 (1971); M. N. Nesbitt and S. M. Gartler, *Annu. Rev. Genet.* **5**, 143 (1971).
22. H. Ursprung and R. Nöthiger, *Biology of Imaginal Discs* (Springer Verlag, Berlin, 1972).
23. J. S. Huxley and G. R. de Beer, *The Elements of Experimental Embryology* (Cambridge Univ. Press, Cambridge, 1934); J. Cooke, *Nature (Lond.)* **243**, 55 (1973).
24. L. Wolpert, *J. Theor. Biol.* **25**, 1 (1969); F. H. C. Crick, *Symp. Soc. Exp. Biol.* **25**, 429 (1971).
25. P. A. Lawrence, F. H. C. Crick, H. Munro, *J. Cell Sci.* **11**, 815 (1972).
26. J. B. Gurdon, *J. Embryol. Exp. Morphol.* **10**, 622 (1962); ——— and R. A. Laskey, *ibid.* **24**, 227 (1970); J. B. Gurdon and V. Vehlinger, *Nature (Lond.)* **210**, 1240 (1966).
27. H. Holtzer, H. Weintraub, R. Mayne, B. Mochan, *Curr. Top. Dev. Biol.* **7**, 229 (1972).
28. R. Bischoff and H. Holtzer, *J. Cell Biol.* **48**, 523 (1971).
29. D. Levitt and A. Dorfman, *Proc. Natl. Acad. Sci. U.S.A.* **69**, 1253 (1972).
30. M. Gontcharoff and D. Mazia, *Exp. Cell Res.* **46**, 315 (1967); R. Tenser and J. Brachet, *Differentiation* **1**, 51 (1973).
31. E. Hadorn, *Brookhaven Symp. Biol.* **18**, 148 (1965); H. Wildermuth, *Sci. Prog.* **58**, 329 (1970); W. Gehring, *J. Embryol. Exp. Morphol.* **79**, 731 (1973).
32. S. A. Kauffman, *Science* **181**, 310 (1973).
33. W. Gehring, *Dev. Biol.* **16**, 438 (1967).
34. E. Balkaschina, *Wilhelm Roux' Arch. Entwicklungsmech. Org.* **115**, 448 (1929).
35. R. Sager and R. Kitchin, personal communication and in preparation; R. Sager and Z. Ramanis, *Theor. Appl. Genet.* **43**, 101 (1973).
36. P. Grippo, M. Iaccarino, E. Parisi, E. Scarano, *J. Mol. Biol.* **36**, 195 (1968).
37. J. H. Subak-Sharpe, *Br. Med. Bull.* **23**, 161 (1967); J. M. Morrison, H. M. Keir, H. Subak-Sharpe, L. V. Crawford, *J. Gen. Virol.* **1**, 101 (1967).
38. T. W. Sneider, *J. Mol. Biol.* **79**, 731 (1973).
39. B. McClintock, *Cold Spring Harbor Symp. Quant. Biol.* **16**, 13 (1951); *ibid.* **21**, 197 (1956); *Brookhaven Symp. Biol.* **8**, 58 (1955); *ibid.* **18**, 164 (1965).
40. J. R. S. Fincham and G. R. K. Sastry, *Annu. Rev. Genet.*, in press.
41. W. J. Dreyer and J. C. Bennett, *Proc. Natl. Acad. Sci. U.S.A.* **54**, 864 (1965); E. S. Lennox and M. Cohn, *Annu. Rev. Biochem.* **36**, 365 (1967); J. A. Gally and G. M. Edelman, *Annu. Rev. Genet.* **6**, 1 (1972).
42. We thank Drs. B. Alberts, J. Cooke, F. H. C. Crick, R. M. Gaze, J. B. Gurdon, B. Lewin, A. McLaren, Zh. A. Medvedev, and L. E. Orgel for their helpful comments.

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 15:01:38 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 127 - 1989**

# EXHIBIT

# 128

**The New York Times**    https://www.nytimes.com/1982/06/08/opinion/the-soviet-soldier.html

# THE SOVIET SOLDIER

**By Les Aspin**

June 8, 1982



See the article in its original context from
June 8, 1982, Section A, Page 27    Buy Reprints

**VIEW ON TIMESMACHINE**

TimesMachine is an exclusive benefit for home
delivery and digital subscribers.

*About the Archive*

*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

**Exhibit 128 – 1990**

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

The Pentagon normally reduces comparisons of Soviet and American military power to ''bean counts,'' to use its own term. In the standard news magazine chart, this boils down to a row of Soviet tanks and a shorter row of American tanks. This chart usually includes a row of Soviet soldiers in sihouette and a shorter row of American soldiers in sihouette.

The bean count approach overlooks the more crucial question of quality. This is especially true of manpower. The United States Army tends to be dismissed by liberals and conservatives alike as a collection of misfits and dummies. The Soviet Army, on the other hand, consistently comes off as a corps of tough if brutal professionals - almost superhuman.

Military attaches with the United States liaison mission in West Germany have visited Soviet forces in East Germany and come away to write with amazement at the tremendous physical specimens filling that force. Their evidence: not one single soldier was seen wearing eyeglasses. These observations have been quoted approvingly dozens of times without anyone's mentioning that the Soviet Army does not issue eyeglasses and that therefore many of those soldiers can't see well enough to aim their rifles.

Those who tout the wonders of the Soviet military tend to be nearsighted, too. Life in the Red Army is tough - not Marine Corps tough, but concentration camp tough. The evidence is available from a variety of sources. Some of the most interesting comes from American and European interviews with Soviet emigres. The themes that run through their descriptions of Soviet military life paint a far different picture from that usually held by Americans:

* Alcoholism is rampant, dwarfing the drug problem faced by the United States armed forces.

* Food is poor - and young recruits are often denied all but table scraps.

* Physical brutality is the norm, with senior soldiers freely allowed to get their ''kicks'' by assaulting younger soldiers. The composite picture is perhaps most dramatically summed up by the results of a survey by Richard A. Gabriel, author of ''The New Red Legions,'' in which 113 Soviet emigres were asked: ''Did anyone in your unit ever attempt to commit suicide?'' More than 53 percent answered yes. That points to something considerably different from tough training.

The Soviet military is far from the classless society that ideology decrees. The men in each unit are in effect divided into two distinct classes. The upper class - those who have been in uniform more than a year -are allowed to unleash a reign of terror on the lower class.

**Exhibit 128 - 1991**

Kirill Podrabinek, a conscript who served in an infantry unit in Turkmenistan in the mid-1970's, graphically described conditions, in a letter smuggled out of the Soviet Union in 1976 to emigres in West Germany. He said that younger troops were beaten from the first day they arrived in the unit. The senior troops ''instill terror right away,'' he wrote.

It's not just physical assault that causes demoralization. As many emigres have said, the food in the barracks is poor - when there is food. Lieut. Viktor Belenko, who flew his MIG to Japan in 1976, said, ''I think if we took a pig from a good kholkhoz (state farm) and put it in a mess hall, that pig would faint.''

A little overdrawn, perhaps. But Podrabinek describes how younger troops are deprived of food. First-year soldiers sit at the end of the table away from the pot of food. Senior soldiers are served first. ''It is understood that if there is something worth looking at in the pot, let's say potatoes, and not just barley gruel, nothing at all reaches the other end of the table. Even if it's barley gruel, the person at the foot of the table may not get any. At the foot sits the weakest youngster or the one who has received the worst maltreatment.''

Another former soldier, Aleksandr Makushechev, a sergeant, has described how brutality and deprivation of food causes friction between the two classes of soldiers. Interviewed on Radio Liberty, he said that first-year soldiers were often denied cartridges on the rifle range for fear they might shoot their seniors.

In the United States, the military worries about alcohol abuse. In the Red Army, they no longer bother to worry. Alcoholism defines Soviet society as apple pie defines American society, so the fact that drinking is endemic in the military is not surprising. Soviet soldiers, paid the equivalent of about $1.50 a week, go to considerable trouble to find free alcohol. Lieutenant Belenko has described how his mates would steal, sell or drink the alcohol intended for the coolant systems of MIG fighters. Others tell of sneaking into army tanks to extract brake fluid in order to drink it.

Soviet leaders frown on drug abuse. Despite this, Soviet emigres report growing use of plan (made from opium), anasha (a form of hashish) and chefir (a stimulant made by boiling tea leaves), not to mention medicines stolen from medical units.

When we look at the Soviet Army and see a 10-foot-tall hardened soldier, we may be looking at a ''Potemkin village.'' In fact, the Soviet Army once literally created a Potemkin military unit to ensure a perfect performance for the hierarchy, the pseudonymous Viktor Suvorov, a former tank company commander, relates in his book ''The Liberators.'' In 1967, officers were assembled and dressed as privates to make sure that everyone involved in the exercise performed well. In a real war, however, that option for mobilizing quality troops does not present itself.

**Exhibit 128 - 1992**

The two keys to the effectiveness of a fighting unit are cohesion and leadership. Cohesion stems from pride and mutual respect among the troops, who fight because to do otherwise would be to forfeit the esteem of their comrades. But comradeship is an element no longer found in quantity in the Soviet forces. The system of two classes among the troops doesn't generate cohesion; it militates against it. In Professor Gabriel's survey of former soldiers, a remarkable 30 percent said they had not made even one close friend in the service. You cannot have cohesion without the bonds of friendship. Some think that tough living conditions produce a tough soldier. Podrabinek says that's nonsense: ''It makes them cowards. A slave who has accepted his lot is always cowardly.''

Leadership is the second key element in forming a real fighting force. The quality of that leadership is indicated by the failure of Soviet officers to address the brutality, the drug and alcohol abuse, the food deprivation and the many other unsavory characteristics of Soviet military life.

This failure is built into the system. Soviet military regulations require commanders to report offenses by subordinates to the next higher headquarters. But the regulations also hold the commander responsible for the subordinate's conduct. The result is that at every level breaches are ignored. Even the Soviet press has acknowledged that reports to headquarters are often little more than ''eyewash'' as officers seek to cover up indiscipline.

There is a danger of overstating this case. Not every Soviet soldier is beneath contempt. We should not replace the myth of the 10-foot-tall hardened Russian infantryman with yet another myth of a three-foot-tall starving coward holding an empty cartridge case.

What is needed is a better perspective when Soviet and American fighting troops are being compared.

Is the American military filled with too many ''dummies''? The United States armed forces will not accept the least intelligent oneseventh of the population. Soviet law provides no such exemption. Perhaps the Soviet Army has too many ''dummies'' then.

Do too many American recruits have trouble reading? The Soviet Army takes in young men from the country's minorities who have only the barest acquaintance with the Russian language. Furthermore, as the birth rate falls among Russians and rises among, say, Uzbeks, Kazakhs and other minorities, the proportion of these peoples who do not speak Russian will rise to one-third of all recruits, according to a United States Census Bureau analysis of Soviet census data.

Are we suffering an absence of experienced sergeants because ''only'' one-third of those finishing their tours of duty re-enlist? In the Soviet military, only 1 percent re-enlist, and the military doesn't really have any corps of experienced noncommissioned officers.

**Exhibit 128 – 1993**

The Soviet Army does present a serious threat. But we only fool ourselves and threaten to undermine our own morale when we exaggerate the qualities of the Soviet military.

The Pentagon, which likes to drag out the tough Soviet soldier when it is budget time, seems not to understand that its propaganda could impress so many that the public might throw up its hands and say, ''What's the use of spending any money on defense?'' ---------------------------- ---------------------------------------- Les Aspin, Democrat of Wisconsin, is a member of the House Armed Services Committee.

**Exhibit 128 – 1994**

# EXHIBIT

# 129

JAMES URRY

## *Who are the Mennonites ?*

W H O do you think the Mennonites are ?  What do you think their future will be ?  These were the questions I most commonly encountered among older 'Russian' Mennonites in Canada (1).   The ethnographer who enters the field expecting to ask questions is a little disconcerted to be quizzed by informants.   It is worse, however, when one is expected to pronounce upon their history or to make prophetic statements concerning their future !  Yet the questions were asked in all sincerity ; suddenly I was placed in the role of the expert and expected to issue a final judgement on Mennonite identity. I soon learnt to be very cautious of providing answers, particularly to the first question.   The question obviously involved a search for a Mennonite identity and it was clear that this had a long and troubled history.   For a hundred years 'Russian' Mennonites have been searching for an identity acceptable both to themselves and to the wider world.   This paper will attempt to explain how and why Mennonites have sought different identities at different periods in their history (2).

### *The Anabaptist background* (3)

Mennonites derive their name from Menno Simons (*c.* 1496-1561), a major Anabaptist leader in Flanders and Frisia during the Reformation.   Anabaptism was an extremely diverse sixteenth-century European religious movement, whose origins and early nature

(1) This paper is *not* concerned with European Mennonite groups in France (Séguy 1977), Germany or Switzerland but with groups living in North America, particularly in Canada. The Canadian Mennonites discussed are mainly those of 'Russian' descent, not the Ontario 'Swiss' Mennonites.

(2) For a Mennonite view of this search for an identity see Epp 1978 ; I should point out that a Mennonite sociologist, Leo Driedger, has examined in a number o papers aspects of Mennonite 'ethnicity' using sociological methods which differ from the approach taken in this paper, see Driedger 1975 ; Driedger and Peters 1973.

(3) There is an extensive literature on Anabaptism by both Mennonites and other scholars (Williams 1962, Klaassen 1973) and recent synopses (Stayer, Packull and Deppermann 1975 ; Stayer 1977).

241

*Arch. europ. sociol.*, XXIV (1983), 241-262 — 0003-9756/83/0000-472 $02.50 © 1983, *A.E.S.*

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 1995**

JAMES URRY

are the subject of considerable debate among historians. While the conflicts between Catholics and Protestants during the Reformation are well known, the real diversity of movements and ideas at this period only recently have been investigated in detail.

Anabaptists eschewed infant baptism and attempted to create exclusive Christian communities. Through adult baptism Anabaptists chose to accept particular doctrines, to join a community and live by its rules. While early Anabaptist history possesses colourful leaders who often preached radical ideas, the later movement settled down after the Reformation. Though other churches continued to view Anabaptists as anarchic revolutionaries, most Anabaptists formed quiet communities, withdrawn from 'wordly' affairs.

Anabaptists in Switzerland, southern and northern 'Germany', though separated by location and origin, created similar social groupings. These consisted of communities, separated from the 'world', dependent only upon each other. Mennonites were grouped into *Gemeinden* (congregations and communities) in contrast to Protestants who formed *Kirchen* (churches). To Mennonites faith and life were united, all existence was 'religious'. Through baptism people entered a *Gemeinde* and subordinated their individuality to the community. By joining a *Gemeinde* they hoped to achieve salvation through following the narrow path of life, leading a 'pure' existence among fellow believers. Life was essentially pragmatic ; all exchanges, social and religious, were restrained within the community. The whole system was bound firmly by a set of rules defined through the interpretation of God's will made manifest through his Word in the Bible. Authority was administered by those chosen by the *Gemeinde* from their membership who enforced God's will among the 'chosen'.

The Truth of God's Word and the 'Chosen People' were to endure until the Day of Judgement. Some early Anabaptists had attempted to establish God's Kingdom on earth through force but later Mennonites were content merely to remain separate and peacefully to await the millennium. The 'world' was condemned to degeneration while Mennonites, secure in their *Gemeinden*, were withdrawn in space and time until the final judgement. No man knew when this was to be, and no man knew if he were saved. Mennonites lived in the expectation rather than in the certainty of salvation ; faith depended upon the continuation and maintenance of the correct Way. If the Truth was true, it was true in all ages and change was a manifestation of the 'world' degenerating. Mennonites therefore became

242

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 1996**

WHO ARE THE MENNONITES ?

extremely conservative, maintaining practices and appearances which elsewhere had passed away.

By separating themselves from the 'world' Mennonites created distinctive identities and denied the 'world' any claim to their allegiance. Basically they were apolitical ; political concerns belonged to the 'world'. Though they were willing to recognise earthly princes and to pay taxes they ultimately accepted only God's authority. This final denial of earthly authority was really a 'political' act, as were Mennonite efforts at separation, exclusiveness and rejection of the 'world' in everyday life. It is not surprising that in a Europe in which Church and State were seen as the sources of spiritual and temporal authority, Anabaptists were suspected of treason and heresy and were severely persecuted. In Catholic regions many were martyred though in places Mennonites came to terms with local authorities who recognised their skills as farmers and craftsmen. Mennonites though were tolerated rather than accepted. Any opposition by the 'world' merely confirmed Mennonite ideologies and persecution strengthened communities ; *Gemeinden* were both defined and maintained by the opposition of a hostile, external 'world'.

### *The Prussian and Russian background*

Severe persecution in Frisia and especially Flanders forced many Mennonites to flee to West Prussia, the free city of Danzig and the Vistula Delta region. As farmers they drained marshes, but many became merchants and craftsmen in country towns and in Danzig. Population increases encouraged Mennonites to move further into Prussia and up the Vistula. West Prussia nominally was ruled by the Polish King, though local officials controlled most affairs. The Mennonites' neighbours included Polish and German-speaking groups. Within this environment the Mennonites maintained their life-style, their religion and the use of Dutch in services, though in normal discourse they adopted the common local low-German dialect often with Polish loan-words (4). Their separation from the 'world' was assisted by their isolation and often legitimated by special privileges given by the King and local authorities. Nearly all the communities consisted of descendants of earlier settlers, not converts, and common kinship ties were recognised through the sharing of 'Mennonite' surnames. A few Poles, however, joined *Gemeinden* and their names were added to this list of surnames.

(4) The development of Mennonite language forms is a complex subject (Thiessen 1973).

243

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 1997**

JAMES URRY

The Mennonite population continued to grow until by 1772 it had reached 13,495 among those living outside Danzig (Horsch 1950 : 230). Mennonites began to experience difficulties in purchasing land for this growing population. In 1772 Poland was partitioned between Hohenzollern Prussia, Austria and Russia. The Hohenzollerns acquired West Prussia and though they recognised Mennonite rights of exemption from military service they restricted new land purchases. In 1786 the Russian government offered Mennonites the opportunity to settle in southern Russia and the Mennonites saw a way of relieving their population problems and a new opportunity in a new land. The Russian policy of attracting foreign settlers had existed since 1762 (Bartlett 1979), but after 1774, following the conquest of the Crimean Khanates, a vast new area became available for settlement. After negotiations with the Russians thousands of Mennonites emigrated, first to Khortitsa on the Dnepr and later to Molochnaia north of the Azov Sea (Rempel 1974 ; Urry 1978). Emigration continued throughout the early decades of the nineteenth century and during the 1850s new colonies were founded on the Volga. As the population of the colonies increased Mennonites formed new settlements elsewhere in southern Russia, the Caucasus and Siberia. By 1914, despite the emigration of many Mennonites to Canada and the U.S.A. in the 1870s, there were over 100,000 Mennonites in Russia. With Russian guidance and through their own industry Mennonites flourished in Russia, evolving a new life style. The success of the Mennonites had been founded on agriculture, first with mixed farming, then sheep rearing and finally through intensive grain production (Rempel 1974). Industry developed in the colonies, machine manufacturing producing mainly agricultural tools, and a profitable milling industry. Outside the colonies many became owners of large estates. Mennonite industry and business acumen, cheap Russian labour and a generous Russian government created prosperous settlements and wealthy individuals. But the way of life the Mennonites had taken from Prussia to Russia was changed beyond recognition and conceptions and beliefs were transformed as Mennonites came to terms with a modern, capitalistic world (Urry 1978).

In Russia Mennonites were forced to live together in densely populated colonies, separated from neighbouring groups of Tatars, Russians, Russian Sectarians and other foreign colonists. Different Mennonite *Gemeinden* were forced to coexist, which they achieved only with considerable difficulty. But the Russian authorities supported Mennonite advancement, giving the colonists a large degree

244

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 1998**

WHO ARE THE MENNONITES ?

of autonomy in their affairs as long as they flourished and presented a model of industry to their neighbours.   The Mennonites responded to this special attention and foreign visitors were often directed through the colonies to witness the achievements of Russian policy. The Mennonites were not only the People of God but also models of industry and materialism for Russian peasants.

The transformation of the Mennonites was not achieved without considerable opposition within the communities.   The economic, social and educational reforms were often resisted and those who wished for the maintenance of the old ways were often forced to one side.   In the 1860s social and religious conflict erupted in the colonies and this period of instability coincided with movements for reform in Russia itself following the defeats of the Crimean War. Serfdom was abolished and massive reforms initiated in many areas of Russian life.   Two reforms particularly affected the Mennonites : firstly the special status of foreign colonists and their governmental institutions were abolished ; secondly plans were drawn up to introduce universal military conscription.   Failing to see that the reforms concerned all Russians, many Mennonites interpreted the changes as attacks upon their customs and faith.   The military reforms were the final straw for many Mennonites and over 18,000 emigrated to Canada and the U.S.A. after 1874.   The Russian government exempted Mennonites from military service providing alternative service in state forests and those who remained in Russia accepted these conditions and continued to prosper.

### Mother Russia

In Prussia, and indeed in Russia in the early years of settlement, problems of national identity did not concern the Mennonites (5). The population of Europe was still largely peasant in nature and people had little concept of belonging to a state, but instead felt allegiance to the local community and its established authorities. Very few Mennonites felt any close affinity with Hohenzollern Prussia, especially as its policies had been a factor in their migration.

During the reign of Nicholas I (1825-1855) an Official Nationality policy was initiated in Russia which aimed at instilling in the populace

(5) On the difficulties of the Mennonites who remained in Prussia reconciling themselves to 'German' nationalism in the nineteenth and twentieth centuries see Friesen 1980.

245

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 1999**

JAMES URRY

a sense of common identity centred not on racial or cultural criteria but upon the existing social order, epitomized by the autocratic power of the Tsar (Riasonovsky 1959). Europe, with its parliaments and liberal movements, was seen on the verge of anarchy; only Russia, secure under the Tsar, promised security. The Russians believed they had liberated Europe from the Napoleonic yoke and when revolution broke out in Europe in 1848 the Russian army was mobilised and the Molochnaia Mennonites offered cavalry horses as a sign of loyalty to the Tsar (Isaak 1908 : 23-5; Friesen 1911 : 163).

The Mennonites, like other foreign colonists in Russia, received special rights but they had demanded and received their own Privilegium (Rempel 1974). Each new Tsar was asked to reaffirm these rights, particularly those concerning exemption from military service. In 1854 the Crimean War broke out close to the Mennonite settlements and colonists were encouraged and apparently forced to transport supplies and wounded soldiers (Urry 1978 : 415-30). Certain teachers, imbued with Official Nationality, wrote patriotic poems and letters supporting the Russian cause. These outbursts of nascent nationalism and close involvement with the military shocked many Mennonites and contributed to the desire for migration in the 1870s. When the emigration movement was at its height, however, there were those who viewed the abandonment of Russia as akin to treason (see Krahn 1974).

The Russians had always considered Mennonites a distinct group of colonists. Though mainly from West Prussia and using a low-German dialect the Mennonites were not considered 'German' colonists. The numerous 'German' colonists were known as *nemetskiia kolonisty*, the Mennonites as *mennonisty kolonisti*. A Russian official involved with colonists made this clear in an account of the colonies :

The term 'German' [*nemetsky*] does not apply to the Mennonites, who constitute an entirely separate category of settlers. We request that our readers keep this in mind all along, since the current distinction between the German colonists and the Mennonites has been adopted in official acts as well as by us (Klaus 1869 : 21 n. 2 quoted in Rempel 1974 : 37).

For administrative convenience the Russians used the German language in dealings with the colonists until the 1870s, while the Mennonites viewed high-German as the language of faith. After 1880 the authorities insisted that Russian be used in the administration and Russian became the language of school instruction in

246

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2000**

WHO ARE THE MENNONITES ?

all subjects except religion.   Many Mennonites viewed this as an 'official' campaign of Russification.

After 1880 Russian nationalism took a reactionary path.   The Slavophiles gained 'official' support, while minority groups and Jews were increasingly persecuted.   The unification of Germany and its military successes over Austria and France disturbed the Russian government.   German speaking groups within the Empire often were suspected of harbouring German sympathies.   In northern Russia Baltic Germans, who often held important administrative posts in the government, felt the effects of Greater Russian chauvinism (Pistohlkors 1976) ; elsewhere in the Empire 'German' colonists were also affected.   The Mennonites, because of their economic success, were often singled out in these 'revelations' of German enemies within.   Scurrilous articles and books appeared, often with tacit government approval, accusing Mennonites of pro-German sympathies (cf. especially Velitsyn 1893) (6).   Though other Russians defended Mennonites from these accusations (Kamensky 1895), anti-colonist feelings permeated through to the local Russian peasantry.

Most Mennonites felt little or no allegiance to Germany.   Nearly all considered themselves Russian patriots, though not all supported the establishment.   By 1900 Russian customs and attitudes had become part of their lives and often the first language a child learnt was Ukrainian from a Russian nurse.   In schools Mennonites were taught in Russian, they sang Ukrainian songs and ate Russian food. Mennonites served their country in the forestry service and held administrative and government posts outside the colonies (7).   Even though German was the language of faith, Mother Russia was their country and they felt they served her well.

But behind this feeling of security there existed a sense of uneasiness.   The position of Mennonites in Russia was anomalous and this could be revealed to them painfully and unexpectedly.   In his account of a Russian Mennonite childhood before the First World War, Arnold Dyck describes how a young Mennonite boy is suddenly turned upon by his Russian teacher.

Because I am Russian I was rejected and treated as an inferior.—That's how you German colonists are.   You look down on the Russians with disdain.—And yet,

---

(6) Velitsyn was a pseudonym for A. A. Paltov, the book originally appeared in serial form in the journal *Russkii Vestnik.*

(7) The highest positions reached were by two Mennonites who were elected to the Russian Duma (Hermann Bergmann to the Third and Fourth Duma, 1907-12, 1912-17 and Peter Schroeder to the Fourth) see Rempel 1974 : 92.

247

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2001**

JAMES  URRY

all the time you are the foreigners here, you are guests, because this country belongs to us, the Russians, after all !—Yet look around, observe the German villages and then look at the Russian ones, a few steps away from your door.    What a contrast ! It seems our landlords had to perish in order to make room for you Germans. Their land went into your hands.    And the Muzhik [*peasant*] ?    He was left holding the bag, remained poor as he had always been.    Your sons and daughters don't go into service—not even to other Germans, not to speak of Russians.    They remain snugly at home on the full homesteads, and when they marry, they themselves suddenly also possess such homesteads : sixty-five desiatins of land (8).    How you do it, God only knows.    It is as though your acres produce pure gold.    But the sons and daughters of our farmers must go into servitude to you, in the fashion in which they worked for their landlords as serfs in former years.    How could it be otherwise when their fathers cultivate no more than three to five desiatins, because that's all the land they have ?—I also don't know why, on top of this, their land always yields only half as good crops as yours.    It seems that God himself is for you Germans and against us Russians (Dyck 1974 : 316).

### *A world destroyed : an identity lost*

In July 1914 Russia went to war with Germany.    Mennonites reacted as patriotic Russians and young men volunteered for service in the Red Cross (*Sanitär*) where their services were praised (Gunther, Heidebrecht and Peters 1966 ; Rempel & Rempel n.d.).    Soon, however, Mennonites found themselves accused of German sympathies.    Journals and newspapers contained warnings of the 'enemy within', and the government closed the German-language newspapers, including Mennonite, and banned the use of German in public places.

To counter these accusations the Mennonites issued booklets to inform the public of their history and identity (Braun 1914 ; *see* Rempel 1965).    The accounts detailed past Mennonite loyalty to the Tsar and made allusions to aspects of Mennonite identity.    One account argued that Mennonites had (except for a very brief period) lived under Slav rule before coming to Russia and the presence of Slavic Mennonite surnames indicated that many Mennonites were Slavs by descent.    But a stronger claim was that the Mennonites were Dutch not German in origin, a convenient argument because the Netherlands was neutral during World War I (Rempel 1965 : 3 ; 1968 : 11).

During 1915 the Russians enacted a number of discriminatory laws aimed at liquidating land owned by Russian subjects of enemy

---

(8) A *desiatin* of land was about 2.7 acres ; the original size of land awarded to Mennonite colonists was 65 *desiatins*. By the middle of the nineteenth century the plots could be divided into smaller units and by 1914 there were many Mennonites in the colonies who only owned very small plots and others who owned none at all.

248

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2002**

WHO ARE THE MENNONITES ?

descent (Rempel 1932 ; 1968). Certain members of the Russian Duma opposed the legislation but Russia's disastrous military defeats increased anti-German hysteria and moves were made to implement the laws. The legislation caused panic among colonists, but in the event very little Mennonite land was expropriated. But the existence of the laws cast dark shadows over the colonies ; the war disrupted farm economies, estates and factories. Under the threat of expropriation the colonists often failed to plant the same quantity of crops as in previous years. Mennonites attempted to prove their 'Dutch' ancestry, ransacking family archives for old Dutch books and journals. But a special commission in Petrograd declared that though the Mennonites were not German in origin, they were German by culture and therefore subject to the expropriation laws (Rempel 1932 : 61 n. 37).

Not only the Mennonites but also the general Russian population, weary from three years of war, welcomed the 1917 February Revolution. When the Kerensky government abolished restrictive laws based on discrimination by religion or nationality the threat of land expropriation vanished. But the Mennonites' problems had hardly begun.

Pipes has summarized what happened in southern Russia during the next two years :

The history of the Ukraine from 1917, when the old regime had collapsed, until early 1920, when Soviet rule was finally established, reflects a state of rapidly spreading anarchy, which, both in its extent and its duration, is perhaps unique in the history of modern Europe. Over these three years, no fewer than nine different governments attempted to assert their authority over the land. None succeeded. The democracy of the Provisional Government, the moderate socialism of the Rada and its General Secretariat, left- and right-wing Communism, the Cossack Hetmanate and the German occupation armies, the proto-fascist Directory, peasant anarchism, and the military rule of the White Armies—all failed alike. With each year the country disintegrated further, until by 1919 it no longer represented one country, but an infinite number of isolated communities (Pipes 1964 : 148-9).

Mennonites in Canada who lived through this period have blurred the real pattern of events and the allegiances of the many groups involved (9). The brief German and Austrian occupation of 1918 appears as a time of peace and order (this in spite of its brutality to the local peasantry which later had dire consequences for the Mennonites). Bolsheviks and anarchists are confused ; Makhnovschchina (10) appear as bandits. Because the Bolsheviks seized food

(9) Most of my research in Canada concentrated on these Mennonites. As the historical events are extremely complex I have not attempted to explain them here in detail.
(10) The Makhnovchchina were fol-

249

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2003**

JAMES URRY

supplies and took over estates and factories they are often confused with anarchist/bandit bands. For most Mennonites however, only their own suffering is recalled, that of the Russian peasants forgotten, as if they alone had been singled out for terror and suffering. And suffering was commonplace. Most estate owners lost their land, houses, possessions and members of their families; Khortitsa was occupied and devastated by murder, rape, theft, famine and disease (Schroeder 1974; Neufeld 1977).

Civil war and revolution was fought out in Russia in terms of ideology and nationalism. The Mennonites were often caught between the warring factions. The Ukrainian nationalists saw Mennonites as foreigners exploiting their land and people; the White Army officers occasionally viewed them as 'German' traitors; the anarchists saw them as bourgeois landlords of the old order; to Bolsheviks Mennonites were *kulaks* (rich peasants) and religious deviants.

The Bolshevik triumph was a victory for ideology, but victory had been achieved through the careful recognition of nationalistic claims (Pipes 1964). With the establishment of Soviet control peace returned to southern Russia. The Mennonites' first task was to gain Soviet recognition. Many groups in Russia claimed special status, mainly on the grounds of nationality, or because they had been persecuted under the old regime. During the late nineteenth and early twentieth century the Mennonites had forgotten many of their long-standing differences and developed organisations to unite different settlements and *Gemeinden* in a common task. But they had no real experience of producing a distinctly Mennonite political entity, based upon the recognition of a common identity. The new situation forced them to consider their position yet again. In 1921 they formed the *Verband der Mennoniten Süd-Russlands* (Union of Mennonites in South Russia) but the Russians objected to the use of the word 'Mennonite' which designated a religious group. The title was changed in 1922 to *Verband des Bürger Holländischer Herkunft* (Union of Citizens of Dutch Lineage). Once more the term 'Dutch' proved useful and avoided the title 'German' but the change

lowers of Nestor Makhno (1889-1934), an anarchist and leader of one of the larger bands operating in southern Russia during the Civil War. Makhno fought both the Whites and the Bolsheviks, eventually joining forces with the Red Army only in turn to be destroyed by them once the Whites had been defeated. He died in exile in Paris. His political allegiances are the subject of varying interpretations (Peters 1970; Palij 1976; Adams 1977) but to Mennonites he was a bandit and murderer whose name can still provoke feelings of terror.

250

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2004**

denied the distinctive 'Mennonite' designation (Toews 1967 : 54, 76-8, 111, 115) (11).

The new organisations were intended not only to deal with the Soviets but also to assist the Mennonites in reconstructing their devastated colonies and channeling aid and assistance to those who wished to emigrate from Russia. Many Mennonites welcomed the peace and were willing to give the new regime a chance but others, either embittered by their treatment in Russia or in such dire straits that reconstruction was impossible, decided to leave (Epp 1962 ; Toews 1967).

### The appeal of Deutschtum (12)

During the 1920s over 20,000 Mennonites migrated from Russia to Canada (13). Most were not migrants seeking a new life but refugees and exiles from their Russian homeland (14). While Canada was accepted as a new home it was also a refuge ; Mennonite attitudes to their Russian 'fatherland' were very confused. Their Russian identity acquired in southern Russia was suppressed or denied but their need for a new identity was hardly fulfilled in Canada. With bitter hatred many blamed 'communism' for the loss of their land and their rightful inheritance. Yet the 'Dutch' identity upon which they had depended in times of crisis was patently presumptive ; they did not speak Dutch and knew practically nothing about the Netherlands.

The Mennonites were not really welcome in Canada. During the First World War the Mennonites who had migrated in the 1870s had suffered because of their use of German and for their pacifism (Epp 1974 : 365-89) (15). The entry of more Mennonites was viewed with alarm by many Canadians. The descendants of the

(11) Other organisations were established most notably the *Allrussicher Mennonitischer Landwirtschaftlicher Verband* (All Russian Mennonite Agricultural Union) (Toews 1967 : 111-17) which was concerned mainly with economic matters but which actually had considerable influence.

(12) *Deutschtum* is difficult to translate ; it means 'Germanness' or 'German culture' with an undertone of nationalism.

(13) Other groups went to Paraguay joining Mennonites from Canada from the 1870 migration who were seeking a new life after the First World War.

(14) The fact that they were exiles rather than migrants is significant as many continued to yearn for Russia and hoped to be allowed to return. This is an important factor in the political allegiances many were to espouse in the interwar period. On the importance of the spirit of exile at this period in Western thought see Tabori 1972.

(15) Besides those who went to Paraguay many settled in northern Mexico (Sawatzky 1971) because of events in Canada.

251

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2005**

1870s migrants (known in Mennonite circles as the *Kanadier*) and the new immigrants (the *Russländer*) did not always get on together, even though the *Kanadier* assisted their new brethren. The *Russländer* were accused of being proud and too educated and many *Kanadier* suspected the *Russländer* of concealing their wealth to obtain charity. To the *Russländer* the *Kanadier* appeared backward, narrow-minded and uneducated. Behind such accusations lay fifty years of different social and cultural development.

Canada in the interwar years, particularly the Prairie provinces, was still a frontier land. Here the new migrants found no cheap labour to work farms or to act as servants. Education and 'culture' were not held in high esteem and foreigners were despised by the Anglo-Saxon elite. The social structure and political system were alien to most Mennonites. Many Mennonites struggled to re-establish themselves ; some succeeded through agriculture but others abandoned farming for the cities, particularly Winnipeg. Educated Mennonite school teachers exhausted themselves gaining qualifications, only to find that such certificates were not accepted or not required for the posts they managed to obtain. It seemed to many they were fighting against an overwhelming tide of prejudice often based on cultural differences. Just as many Mennonites felt they were succeeding and regaining their lost sense of purpose and dignity, the Depression gripped Canada. Often in debt to emigration agencies, their property mortgaged and with growing families to support, life became intolerable.

Not all the Mennonites had migrated straight from Russia : a few settled in Germany, often to complete their education. But these often young Mennonites grew to maturity in a Germany not conducive to the development of liberal attitudes. Many were attracted to the ideologies of the extreme right and through these Mennonites fascist ideas spread to Canadian *Russländer*. The German government often assisted Mennonite migration and they later cancelled a major debt in this regard (16).

The resurgence of German nationalism through fascism during the 1930s appealed to many *Russländer*. The larger Canadian society, particularly the Anglo-Saxon elite, favoured the assimilation of immigrants into their culture. Many young Mennonites found English an easy language to learn but the older generation feared that the loss of German would mean the loss of their faith. *Deutsch*

---

(16) The cancellation of this debt was a shrewd political move by the German government and increased Mennonite sympathy for things German (Epp 1962 : 321).

252

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2006**

WHO ARE THE MENNONITES ?

*und Religion* soon became a rallying call, but encouragement of the German language led to an interest in German culture and politics.

Fascism, with its virulent anti-communism, attracted many Mennonites. Germany was seen as the European bulwark against the anarchy of Bolshevism stemming from Soviet Russia. The new German nationalism was also based upon concepts of racial and cultural superiority. Many Mennonites began to deny their 'Dutch' identity for 'German-Frisian' links, a legitimate Aryan ancestry for inclusion in the master race (Schroeder 1934, 1936 ; Quiring 1934, 1936). Such racial claims brought out sinister antisemitic attitudes (Dueck and Froese 1974) which perhaps played upon Mennonite prejudices latent in Russia. In fascist ideology the Jewish world conspiracy and communism were synonymous, a message which found a ready audience in Mennonite circles who recalled how many Jews were involved in the Russian revolutionary movement.

The German government under Hitler encouraged links with peoples of German descent living overseas. German consuls, often clandestinely, supported German cultural organisations and German language newspapers. The *Deutsche Ausland-Institut* in Stuttgart and other organisations taken over by the Nazis flooded Mennonite homes with German propaganda (Ritter 1976). Many *Russländer* now believed that at last they had discovered their true identity : they were German in blood, culture and faith (17).

The appeal to a German identity and the close identification with Nazi Germany led Mennonites into antisemitism and political extremism. A number of radical right-wing movements were formed in Canada during the 1930s, not only among immigrant communities but also among French and English-speaking groups (Betcheman 1975). Germans in the United States first organised fascist political parties (Diamond 1974) and in 1934 the *Deutscher Bund Canada* was founded (Wagner 1977). Many *Russländer*, directly or indirectly, were involved in these movements, and Mennonites appeared in photographs in Winnipeg newspapers singing Nazi songs and saluting pictures of the *Führer*. Worse, some were involved in anti-Jewish and fascist riots in Winnipeg (Epp 1962 : 324).

The main means of communication between *Russländer* communi-

(17) Wagner (1974 : 206) argues that the Mennonite sympathies for Germany derives from *völkisch* tendencies developed in eighteenth-century Prussia ; this is entirely without foundation. Mennonites in Canada today rarely discuss these events of the interwar period, but often allude to them. No large scale account of their pro-German sympathies has yet been published in Canada though the German Mennonites have recently published an account of life in Germany under Hitler (Lichdi 1977).

253

3

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2007**

JAMES URRY

ties in Canada was a newspaper, *Der Bote*, founded by migrants in 1924. The editor of the paper, Dietrich H. Epp, published both pro- and anti-German articles and letters. His exact attitude towards Germany is unclear, but he did allow virulent antisemitic and pro-German articles space in the paper (Epp 1965). Jakob Toews declared in the paper in 1936 : 'I am a German Mennonite, not a Mennonite German' (Toews 1936 in Epp 1962 : 324) but extreme articles, particularly by Jacob (Walter) Quiring (18), continued to appear. As the political situation in Europe deteriorated the newspaper debates became more violent. Then in 1939, an influential Mennonite, B. B. Janz, decided it was time to speak out (19). In a number of Mennonite newspapers he published an article entitled 'Am I a National Socialist ? God forbid !'. He wrote :

All this extravagant emphasis on language, which includes a certain contempt for other languages, this emphasis on German blood, Aryanism, defence, German books, bookclubs, stamp collecting, etc., have only one object : to tie us geographically to Germany [...] It is well known that I personally have done my share in working for the preservation of the German language for church purposes, but that does not mean that I have included in the German language adherence to German politics (Janz 1939 : 1).

His comments were met with a cry of outrage in certain quarters and the Winnipeg German Consul, Seelheim, demanded an apology. The debate was overtaken by events ; in September Canada declared war on Nazi Germany.

Across Canada *Russländer* hurriedly destroyed all their pro-German literature. But the real effects of Deutschtum were only felt in 1940 when the Canadian government required foreigners of German or Italian descent to register as enemy aliens. Many Mennonites registered as Germans, though members of the same family often registered differently ! Eventually the problems were sorted out and 90 % of Mennonites conveniently remembered their 'Dutch' ancestry (Epp 1962 : 325) (20).

(18) Quiring rejected the name Jacob because of its Jewish connotations, adopting Walter instead. A few Mennonites did this, while others with Slavic surnames adopted German names (i.e. Sawatzky was often changed to Siemens).

(19) Janz had been instrumental in the Mennonite migration movement in the 1920s and an important Mennonite Brethren leader (Toew 1967 ; 1978).

(20) In the 1941 census the number of peoples claiming 'German' descent in many areas of Canada dropped dramatically from earlier census figures while the 'Dutch' increased. This was especially true in Mennonite areas (Ryder 1955 : 473-4).

254

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2008**

WHO ARE THE MENNONITES ?

### Ethnicity, 'Anabaptism' and multiculturalism

Those Mennonites who remained in Russia experienced a brief period of prosperity after 1920 only to see their lands collectivized, their men arrested in purges and the colonies destroyed in the 1930s. As the German armies advanced into the southern Ukraine in 1941 they found the remnants of the settlements : women, children and old men. Classed as *Volksdeutschen* these Mennonites retreated with the Germans as the Red Army advanced and at the war's end large numbers were 'repatriated' to the Soviets to face imprisonment or banishment to Siberia and central Asia (Epp 1962 ; Tolstoy 1978). Those who avoided 'repatriation' often claimed 'Dutch' ancestry, crossed into the Netherlands and eventually found new homes in Canada or Paraguay. The new migrants found many of the *Russländer* strange. They often seemed politically extreme and reluctant to discuss the reality of totalitarian regimes. The *Russländer* preferred to view communism as anarchy, and some doubted the reports of Nazi atrocities (21).

Most *Kanadier* viewed the interwar activities of *Russländer* with disdain. *Kanadier* often employed *Russländer* as schoolteachers and Mennonite social, religious and cultural life was deeply influenced by the 1920s migrants. Mennonites were organised into larger units and became more vocal in the wider community. Although the *Russländer* had scorned the traditions of the *Kanadier*, the young *Kanadier* educated by the *Russländer* were less willing to abandon the ideals of their parents. In postwar Canada they rejected the *Russländer* claims of a German identity and attempted to discover their own.

At the end of the Second World War the Manitoba government, in association with the local Historical and Scientific Society, funded research into provincial ethnic groups. In 1945 a sociologist, E. K. Francis, started work among Manitoba Mennonites and his research generated considerable interest in their communities. Two things emerged from Francis' work. Firstly, in terms of the history of Manitoba the contributions of the *Kanadier* had been considerably greater than those of the *Russländer*, and secondly the *Kanadier* were

(21) In recent years large numbers of Russian Mennonites have been released to West Germany. The problems experienced by Mennonites in Russia since the Second World War do not concern nationality as much as their maintenance of a religious identity separate from the Russian Baptist churches with whom they have forged spiritual links (Sawatsky 1979).

255

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 – 2009**

JAMES URRY

undoubtedly more distinctive in social and cultural patterns than the later emigrant groups. But the *Russländer* had often belittled these historical contributions and patterns of life ; *Kanadier* now discovered they could be proud of them.

Francis' book was published in Canada in 1955, by a southern Manitoba Mennonite publisher, D. W. Friesen & Sons. It was a success among both academics and Mennonites. Throughout the book Francis had employed the term 'ethnic group' using the term in a sociological sense (Friesen 1947 ; 1955). Francis argued that as long as the Mennonites maintained their distinctive religious values and communities their separate identity would continue.

As long as a Mennonite remains part of a local community in which such values are still dominant, neither secularization nor even apostasy are able to destroy his religious heritage entirely, or to eliminate altogether the social controls exercised by the church. This connection is further strengthened by a keen and wide-spread sense of historical and biological continuity (Francis 1955 : 277).

The *Kanadier* had been vindicated ; the term 'ethnic group' was increasingly accepted as a term to describe their own communities (22). A problem remained, however. If the *Kanadier* claimed an identity according to cultural and historical criteria and the *Russländer* had appealed to national labels, Mennonite religious views somehow had been forgotten. In attempting to prove themselves good citizens they had overlooked the need to appear as good Christians. In the U.S.A. the 'Swiss' and 'south-German' Mennonites who had migrated to the Americas in the seventeenth and eighteenth centuries cared little for national identity but during the late nineteenth and early twentieth centuries they were concerned about their place in America's religious community (23). The problem became critical as Mennonites faced the dual challenge of American liberalism and religious revivalism. Like their Russian brethren the American Mennonites were transformed in the nineteenth century as educational and religious reforms were introduced. To maintain their religion the Mennonites from the late 1920s onwards investigated the history of their faith and the origin of their communities. They hoped to develop from this research a distinctive theology which would separate them historically and ideologically from other 'Protestant' denominations. They discovered an 'Anabaptist' past.

(22) It would be interesting to discover how influential Francis' book was among Mennonites, particularly in Manitoba. Certainly many Mennonite families I visited possessed copies and though out of print it was still eagerly sought after.

(23) Interestingly the Russian Mennonites who settled in Kansas in the 1870s developed pro-German sympathies before America's entry into the First World War. These Mennonites were politicized long before their Canadian brethren (Juhnke 1975).

256

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2010**

## WHO ARE THE MENNONITES?

The search for 'Anabaptist' origins was both historical research and theological revelation.  Scholars from the 1940s onwards attempted to define *the* fundamental essence of 'Anabaptism' to revitalize Mennonite faith in the present.  But each scholar had a different view of the real 'Anabaptist' essence (24).  The debate though became meaningless, for the term 'Anabaptist' was a catch-all phrase for something distinctly 'Mennonite' in theology and church practice.  Exactly *what* it was was no longer important, only that it existed and could justify differences between Mennonites and other religious groups in the past and the present (25).

It took some time for the idea of 'Anabaptism' to filter through to ordinary Mennonites but the establishment of Mennonite higher educational institutions, the development of Mennonite publishing, particularly English-language newspapers, helped to spread the concept.  By the 1970s young Canadian Mennonites often discussed religious, social and political issues in terms of 'Anabaptism' though they used, and continue to use, the word in a very simplistic manner.  However, the term now has developed its own meaning, somewhat independent of continuing historical scholarship.  It is a search back to origins, to a safe foundation not unlike the claims of many of the Reformation figures who themselves looked back to the early Christian church for models of religious behaviour and community organisation.

The appeal of both ethnicity and 'Anabaptism' is that they are distinctly Mennonite and the distinctiveness is derived from historical experiences.  Through 'Anabaptism' Mennonites discovered a 'theological' origin and putative kinship connections with early Anabaptist individuals.  Just as today kinship links most Mennonites in Canada, so too are they united with their 'Anabaptist' ancestors.  Later history explains their distinctive ethnic identity.  The Mennonite diaspora from Russia in the 1870s, 1920s and 1940s also is seen as a confirmation of faith.  The problem of national identity, however, still remains unresolved.

Canada is a new nation.  It is also a nation divided by language, culture and history, most notably between the French and the English.  Since 1900 large numbers of immigrants of other cultural backgrounds

(24) The most important early contribution was by Bender (1944) and considerable debate followed among Mennonite scholars on the nature of Anabaptist theology.

(25) This not to deny that Mennonite historians continue to make significant contributions to Reformation scholarship nor that other Mennonite historians are not unaware of the problems of deriving a theology from history.

257

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2011**

JAMES URRY

have settled in Canada, further adding to this diversity. It was assumed for a long time in Canada, as in the U.S.A., that immigrants would form a melting pot, assimilating into a dominant English culture rather than producing a new identity. In Canada by the 1950s it was obvious that this process had not occurred and also that the tensions between the English and French communities were increasing.

In 1963 the Canadian government established a Royal Commission to inquire into and report on Canadian bilinguism and biculturalism. Though the Commission concentrated on English/French relations it also investigated the cultural contributions of other ethnic groups (Canada, *Report of the Royal Commission... 4,* 1969). The Commission recommended not only increased bilingual programmes but also recognition of Canadian multiculturalism. The government accepted the recommendations, multiculturalism became official policy and assistance was given to various groups to develop cultural activities.

There has been a general ethnic revival in Canada (Porter 1975) and an extensive academic industry has developed to 'study' this phenomena (Schroeter 1978). But the government-inspired multicultural programme is clearly an attempt to produce a new Canadian identity by playing down both the English and French ancestry of many Canadians. At the same time the distinctive identities of the various ethnic groups are merged. The general principle of multiculturalism is that various ethnic groups are encouraged to be different, as long as they are all different in the same way. Therefore *cultural* rather than *political* or *racial* activities are encouraged and these cultural activities are promoted in similar ways. When all the various groups are singing or dancing, albeit in different ways, they are united in a common purpose. This is the myth of multiculturalism. Multiculturalism 'may be viewed as the development of a consciousness of one's ancestral roots or ethnicity for creative purposes in the hope that a distinctive Canadian identity will emerge' (Canadian Consultative Council on Multiculturalism... 1975 : 5). Multiculturalism is nationalism in disguise (26).

Since their outset Mennonites have been active in the multicultural programmes, receiving grants and income from government

(26) As Epp (1978 : 291) has written : '[...] multiculturalism can, for the Mennonites, be a wolf in sheep's clothing. What it may really represent in the long run is a Canadianism as devastating of minority values as all proud nationalisms have been. Unless multiculturalism is profound and honest it is but a new word for the old melting pot of the dominant culture'.

258

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2012**

advertisements in Mennonite newspapers promoting multiculturalism. Many Mennonites have been encouraged to search for their cultural traditions, but with limited success. They have no distinctive costume (at least among those likely to support the programmes), no dances (dancing was frowned upon) and no real songs (apart from some rather bawdy low-German pieces hardly worthy of public exhibition). Surprisingly, one particular section of the Mennonite community has responded to multiculturalism : a group of cultural Mennonites who often reject the Mennonite faith but wish to continue kinship ties and what they consider 'cultural' aspects of Mennonitism. Low-German has been revived, particularly in plays, though usually in the form of comedies. *Kulturfests* have been arranged, with men dressed in dark costumes and women in nineteenth-century crinolines, producing a bizarre effect. There has even been a Mennonite beauty queen !

Young Canadian Mennonites have adopted English and Canadian nationalism but remain Mennonites, defining this identity more on the basis of faith than ethnicity. They also have a sense of being *Canadian* Mennonites, an identity strengthened through an underlying opposition to the United States and to American-run Mennonite religious bodies (27). In Canada Mennonites have created extensive social networks through membership of numerous committees concerned with issues of faith and life, and regional, provincial and national organisations co-ordinate these activities. Tertiary-education institutions ensure that many young Mennonites receive higher education mainly within Mennonite-controlled colleges. It is through these corporate, bureaucratic institutions that Mennonites have begun to forge a new identity which preserves their own faith without having to remain separate from the 'world' or feeling challenged by appeals of nationalism.



Identity is an appeal to some criterion, concept or category which gives meaning to a person, his actions and the world in which he exists. This identity may not be explicit but may remain hidden to be revealed only in particular situations. Most people do not

(27) This anti-American form of Canadian Mennonite nationalism reflects the general emergence of Canadian nationalism in recent years. The Vietnam war and the large number of draft-avoiders who entered Canada also highlighted Canadian Mennonite identity ; many younger Mennonites in Canada and the U.S.A. opposed the war on pacifist grounds.

259

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2013**

JAMES URRY

adopt an identity, it is part of their cultural tradition. But identities are open to change, especially in a world where changes are valued for their own sake. New identities can be fostered or imposed from without by governments or 'experts', or from within by pressure groups. Where an indigenous identity is opposed or rejected, the acceptance of a new identity is fraught with difficulties. This is what happened to Mennonites.

Before migrating to Russia Mennonites considered they were a distinctive group because of their faith. The fact that their solidarity was as much a result of kinship ties, social structure and geographic isolation did not occur to them. In Russia Mennonites were seduced into the economic, educational and religious systems of the wider world, and thus attempted to identify with developing Russian nationalism. It was not that their own identity, 'Mennonite', was wholly unacceptable to the Russians, but Mennonites *wanted* to belong to the country of their adoption. No longer did they wish to remain separate from the 'world' as their ancestors had done. Thus the boundaries of their own identity were weakened and when they were rejected by the Russians, instead of appealing to a Mennonite identity, they appealed to concepts which were entirely alien. In Canada in recent years, through the concepts of ethnicity and Anabaptism, they have begun to reinvent a distinctly 'Mennonite' identity ; whether it succeeds or not, only time will tell *.

* Fieldwork in Canada was funded by the SSRC and the Radcliffe-Brown Fund of the ASA. I would like to thank my Mennonite friends and the staff and students of the Canadian Mennonite Bible College, Winnipeg and Conrad Grebel College, University of Waterloo, Ontario for their hospitality. Earlier versions of this paper were read at seminars at Oxford and the Australian National University, Canberra. I wish to acknowledge the continuing stimulus of Dr David G. Rempel for his interest in my research into aspects of Mennonite history and culture and Mr Peter Rempel of Winnipeg for his criticisms of an earlier draft of this paper.

## R E F E R E N C E S

ADAMS, A. E., The great Ukrainian Jaquerie, *in* T. HUNCZAK (ed.), *The Ukraine, 1917-1921 : a study in revolution* (Cambridge, Mass., Harvard University Press, 1977).

BARTLETT, R., *Human Capital : the settlement of foreigners in Russia, 1762-1804* (Cambridge, Cambridge University Press, 1979).

BENDER, H. S., The Anabaptist vision, *Church History*, XIII (1944), 3-24.

BETCHERMAN, L.-R., *The Swastika and the Maple Leaf : fascist movements in Canada in the thirties* (Toronto, Fitzhenry and Whiteside, 1975).

BRAUN, P., *Kto takie Mennonity ? Kratkii istoricheskii ocherk* (Halbstadt, Raduga, 1914).

Canada : Report of the Royal Commis-

260

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2014**

WHO ARE THE MENNONITES ?

sion on bilingualism and biculturalism, *The Cultural Contribution of the Other Ethnic Groups* (Ottawa, Queen's Printer, Book IV : 1969).

DIAMOND, S. A., *The Nazi Movement in the United States* (Ithaca, Cornell University Press, 1974).

DRIEDGER, L., Canadian Mennonite urbanism : ethnic villages or metropolitan remnant ? *Mennonite Quarterly Review*, XLIX (1975), 226-41.

DRIEDGER, L. *and* J. PETERS, Ethnic identity : a comparison of Mennonite and other German students, *Mennonite Quarterly Review*, XLVII (1973), 225-44.

DUECK, D. *and* D. FROESE, Attitudes towards Jews encountered among selected segments of Mennonites in Canada (*Unpublished paper* in author's possession, 1974).

DYCK, A., *Lost in the Steppe*, transl. H. D. Dyck (Steinbeck, Derksen, 1974).

EPP, F. H., *Mennonite Exodus : the rescue and resettlement of the Russian Mennonites since the Communist Revolution* (Altona, D. W. Friesen, 1962).

EPP, F H., An analysis of Germanism and National Socialism in the Immigrant Newspaper of a Canadian minority group, the Mennonites, in the 1930s (*Unpublished Ph. D. thesis*, University of Minnesota, 1965).

EPP, F. H., *Mennonites in Canada, 1776-1920 : the history of a separate people* (Toronto, Macmillan, 1974).

EPP, F. H., Problems of Mennonite identity : a historical survey, *in* L. DRIEDGER (ed.), *Canadian Ethnic Mosaic* (Toronto, McClelland and Stewart, 1978).

FRANCIS, E. K., The nature of the ethnic group, *American Journal of Sociology*, LII (1947), 393-400.

FRANCIS, E. K., *In Search of Utopia : the Mennonites in Manitoba* (Altona, D. W. Friesen, 1955).

FRIESEN, J., The relationship of Prussian Mennonites to German nationalism, *in* H. LOEWEN (ed.), *Mennonite Images* (Winnipeg, Hyperion Press, 1980).

FRIESEN, M. W., *Kanadische Mennoniten bezwingen eine Wildnis. 50 Jahre Kolonie Menno, Chaco (Paraguay) 1927-1977* (Asuncion, Artes Graficas Zamphitopolos, 1977).

FRIESEN, P. M., *Die Alt-Evangelische Mennonitische Brüderschaft in Russland (1789-1910) im Rahmen der Mennonitischen Gesamt-geschichte* (Halbstadt, Raduga, 1911).

GUNTHER, W., HEIDEBRECHT, D. P. *and* G. J. PETERS, 'Onsi Tjedils' : Ersatzdienst der Mennoniten in Russland unter den *Romanows* (Yarrow, British Columbia, Columbia Press, 1966).

HORSCH, J., *The Mennonites in Europe* (Scottdale, Herald Press, 1950).

ISAAK, F., *Die Molotschnaer Mennoniten. Ein Beitrag zur Geschichte derselben* (Halbstadt, H. J. Braun, 1908).

JANZ, B. B., Bin ich Nationalsozialist ? Bewahre ! *Der Bote* 15, January 11, 1939, p. 1.

JUHNKE, J. C., *A People of Two Kingdoms : the political acculturation of the Kansas Mennonites* (Newton, Faith and Life Press, 1975).

KAMENSKY, P. V., *Vopros ili nedorazumenie ?* (Moscow 1895).

KLAASSEN, W., *Anabaptism : neither Catholic nor Protestant* (Waterloo, Conrad Press, 1973).

KLAUS, A. A., *Nashi Kolonii : opyty i materialy po istorii i statistike inostrannoi kolonozatsii v Rossii, vypusk 1.* (St. Petersburg, V. V. Nusval't, 1869).

KRAHN, C., Views on the 1870 migrations by contemporaries, *Mennonite Quarterly Review*, XLVIII (1974), 447-58.

LICHDI, D. G., *Mennoniten im Dritten Reich. Dokumentation und Deutung* (Pflaz, Mennonitischer Geschichtsverein, 1977).

NEUFELD, D., *A Russian Dance of Death : revolution and civil war in the Ukraine*, transl. and ed. A. Reimer (Winnipeg, Hyperion Press, 1977).

PALIJ, M., *The Anarchism of Nestor Machno, 1918-1921 : an aspect of the Ukrainian revolution* (Seattle, University of Washington Press, 1976).

PETERS, V., *Nestor Makhno : the life of an anarchist* (Winnipeg, Echo Verlag, 1970).

PIPES, R., *The Formation of the Soviet Union : communism and nationalism 1917-1923* (Cambridge, Mass., Harvard University Press, 1964).

PISTOHLKORS, G. von, 'Russifizierung' und die Grundlagen der deutschbaltischen Russophobie, *Zeitschrift für Ostforschung*, XXV (1976), 618-31.

PORTER, J., Ethnic pluralism in Canadian perspective, *in* N. GLAZER *and* D. P. MOYNIHAN (eds), *Ethnicity : theory and experience* (Cambridge, Mass., Harvard University Press, 1975).

QUIRING, (J.) W., Mennonitisches Volk, *Der Bote* 11, May 23, 1934, p. 2.

QUIRING, (J.) W., Artfremdes Blut ist Gift, *Der Bote* 13, April 15, 1936, pp. 2-3.

REMPEL, D. G., The expropriation of the German colonists in south Russia during

261

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2015**

JAMES HURRY

the Great War, *Journal of Modern History*, IV (1932), 49-67.

REMPEL, D. G., 'Slavische' und 'russiche' Mennoniten, *Der Bote* 21, May 18, 1965, pp. 3-4.

REMPEL, D. G., A response to the *Lost Fatherland* review, *Canadian Mennonite*, August 13, 1968, pp. 7-12.

REMPEL, D. G., The Mennonite commonwealth in Russia : a sketch of its founding and endurance, 1789-1919 (*privately printed* : the author, 1974) [appeared originally in *Mennonite Quarterly Review*, XLVII (1973), 259-308 ; XLVIII (1974), 5-54].

REMPEL, J. G. *and* D. G., Of things remembered : recollections of war, revolution and Civil War 1914-1920 (*Unpublished manuscript* in the author's possession, n.d.).

RIASANOVSKY, N., *Nicholas I and Official Nationality in Russia, 1825-1855* (Berkeley, University of California Press, 1959).

RITTER, E., *Das Deutsche Ausland-Institut in Stuttgart 1917-1945. Ein Beispiel Deutscher Volkstumsarbeit zwischen den Weltkriegen* (Weisbaden, Franz Steiner, 1976).

RYDER, N. B., The interpretation of origin statistics, *Canadian Journal of Economics and Political Science*, XXI (1955), 466-79.

SAWATSKY, W., What makes Russian Mennonites Mennonite? *Mennonite Quarterly Review*, LIII (1979), 5-20.

SAWATZKY, H. L., *They Sought a Country : Mennonite colonization in Mexico* (Berkeley, University of California Press, 1971).

SCHROEDER, G. P., *Miracles of Faith and Judgement* (the author, 1974).

SCHROEDER, H., Vom Wesen des friesischen Volksstammes, *Der Bote* 11, September 12, 1934, p. 2.

SCHROEDER, H., *Russlanddeutsche Friesen* (Dolstadt, Selbstverlag, 1936).

SCHROETER, G., In search of ethnicity : multiculturalism in Canada, *Journal of Ethnic Studies*, VI (1978), 98-107.

SÉGUY, J., *Les assemblées anabaptistes-mennonites de France* (Paris, Mouton E.H.E.S.S.], 1977.

STAYER, J. M., Reflections and retractions on *Anabaptists and the Sword*, *Mennonite Quarterly Review*, LI (1977), 196-212.

STAYER, J. M., PACKULL, W. A. *and* K. DEPPERMANN, From monogenesis to polygenesis : the historical discussion of Anabaptist origins, *Mennonite Quarterly Review*, XLIX (1975), 83-121.

TABORI, P., *The Anatomy of Exile : a semantic and historical study* (London, Harrap, 1972).

THIESSEN, J., *Studien zum Wortschatz der kanadischen Mennoniten* (Marburg, N. G. Elwert, 1963).

TOEWS, J., Mennonitischer Deutscher oder Deutscher Mennonit ? *Der Bote* 13, March 4, 1936, p. 3.

TOEWS, J. B., *Lost Fatherland : the story of the Mennonite emigration from Soviet Russia, 1921-1927* (Scottdale, Herald Press, 1967).

TOEWS, J. B., *With Courage to Spare* (Hillsboro, Mennonite Brethren Board of Literature, 1978).

TOLSTOY, N., *Victims of Yalta* (London, Hodder and Stoughton, 1978).

URRY, J., The closed and the open : social and religous change amongst the Mennonites in Russia (1789-1889) (*Unpublished D. Phil. thesis*, Oxford University, 1978).

VELITSYN, A. A., *Nemtsy v Rossii. Ocherk istoricheskago razvitiia i nastoischago polozheniia nemetskikh kolonii na yuge i vostoke Rossii* (St Petersburg, Izdanie russkago vestnika, 1893).

WAGNER, J. F., Transferred crisis : German Volkish thought among Russian Mennonite immigrants to western Canada, *Canadian Review of Studies in Nationalism*, I (1974), 202-20.

WAGNER, J. F., The *Deutscher Bund Canada 1934-9*, *Canadian Historical Review*, LVII (1977), 176-200.

WILLIAMS, G., *The Radical Reformation* (Philadelphia, Westminster Press, 1962).

262

This content downloaded from
198.91.36.79 on Wed, 25 Jan 2023 14:20:21 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 129 - 2016**

# EXHIBIT

# 130



# DIARY OF
# ANNA BAERG
## 1916 ~ 1924

Exhibit 130 - 2017

CMBC Publications
600 Shaftesbury Boulevard
Winnipeg, Manitoba
R3P 0M4

All rights reserved. No part of this book may be reproduced in any form without permission in writing from the publisher, except by a reviewer who may quote brief passages in a review to be printed in newspapers or magazines.

Cover: Gerald Loewen

First Printing October 1985
Second Printing June 1987

Copyright 1985 by
Canadian Mennonite Bible College

ISBN 0-920718-09-4

Printed in Canada
by
Friesen Printers, Altona, Manitoba

Exhibit 130 - 2018

## 1918

### February 6th

They didn't come to a complete decision yesterday about the redistribution because the four *Volosts* (municipalities) were not all represented. By now everyone wishes that they would divide everything and be done with it, just so that no blood will be spilled! Yet God will protect us, He can do everything.

### The same day in the evening

Horrible things have taken place in Halbstadt these last few days. Seven people have been shot, including our neighbor Mr. Suderman, who had fled there with his family. A fourteen year old boy is also one of the victims. And you ask, "Why all this?" Yes, why? Anyone who doesn't quite agree with these newly-baked governing heroes and their program for freedom is cleared out of the way without question whether he is guilty or not. How terrible!

### February 8th

Today they will finally meet to decide on the division of property. It's enough to make one laugh. How many meetings have they already had without coming to any agreement! The meeting will be held at Sudermans' house and will be represented by Russian farmers, coach drivers, and itinerant workers. Wisdom is getting easy to come by in Russia. The leader of the whole potpourri is a young sailor, about twenty-six years old, who has been around here since that memorable night. I feel sorry for the poor fellow. Even if he has to wear his coat on both sides, it's good to hear him say that it's a difficult task for him, especially to divide this farm, because he has developed such a good relationship with the Dicks. Still, I'd like to know how everything will turn out.

### February 13th

What should I write today? Should I tell you about yesterday, which Mrs. Dick thinks was more terrifying than January 11th? Oh yes, it was a frightening day. Two Kommissars from Halbstadt paid us a visit after coffee. One of them, a German, was the one who had shot Mr. Suderman. They searched through everything, taking silverware, material and sugar. After that, the German ordered Mr. Dick to accompany them to the neighboring farm. Everyone knew what this meant, and pleading and crying only seemed to make "the dark one," as he was called, more enraged. But God must have heard our prayers. Our sailor overseer, who guessed the danger Mr. Dick was in, prevented the misdeed by offering to take the Kommissar with him on the back sleigh. And so they arrived safely. Since the town meeting happened to be assembled there that evening and all the men from the surrounding Russian villages were present, Mr. Dick was permitted to return home later that night. But it was God who really came to the rescue. As it turned out, the murderous

10

**Exhibit 130 - 2019**

## 1918

always disturb me the most when they are not directed at me personally. What concerns our father, however, applies to all of us. As long as he suffers in silence, it is still bearable. But Father is, after all, a man, a very special man to be sure, for no ordinary man could endure what he has so often had to swallow. It is probably not right for me to speak this way. Our masters are also children of God, and I don't want to say anything more against Mr. Dick; however, Mrs. Dick can sometimes be extremely ungracious when things aren't going according to plan — and one can't say that she is particularly choosy about her words at such times. But now, enough of that! Anna Baerg, you are completely losing yourself in other people's weaknesses just as before and are consequently falling into them yourself.

### Later

I am truly sorry about what I said concerning Mrs. Dick. Certainly she does have a hot temper, but doesn't everybody have his faults, myself included? Yes, and that is just the way people are: they say things in anger which they later regret. What else should I write? It just doesn't seem to want to get warm here. The weather is cool and dry, although the sky is constantly clouded over. Looking at the yard, the grass is as yellow as in fall. In Crimea, they say that people are cutting their crops for feed. What will happen if there should be a crop failure? There is starvation in many areas already. God give us rain and bread!

### June 21st

Early this morning our parents and younger brother Willi left for Crimea. They plan to return in a week. The trip is sure to do them good. These last few weeks have not been very easy on Father. But why waste words? Everyone has long known the fact that station in life does not make the man.

So we are now alone in the house. I wonder whether little Heinz will miss our parents? He depends a lot on Father. And what will it be like in Crimea? How I too would like to go there sometime.

### June 27th

It's already the second day after Pentecost. How quickly the days have passed. For some it is perhaps a blessing that time never stands still, for others a sorrow. It rained a little on Pentecost. Even though it wasn't as much as we'd hoped for, it did have some positive effect. On the second holiday, a truck carrying twenty-six German soldiers appeared. The men were billeted out on these three neighboring estates. From here they sent patrols to the outlying Russian villages, where supposedly it has become quite restless. They hide during the day and look for Bolsheviks during the night. Tonight they brought back a prisoner from Vassilyevka. Recently, a Russian was grazing his horses on Sudermans' pasture without their permission. He refused to leave,

24

**Exhibit 130 - 2020**

## 1919

the teachers alone, otherwise our school will have to close again, just like last year.

There is a lot of discussion nowadays about emigration. Yes, Russia's Germans want to leave their homeland. It is said that one expedition will be sent to Africa and another to America to gather information. Who knows where the end of this new year might find us? Mother is particularly fearful of the ocean. For my part, I would very much like to see more of the world, but when I consider the idea of leaving, my heart becomes heavy with the thought of parting with so many cherished people. I might not see many of them again.

**January 26th**

It's Sunday today, such a quiet Sunday as one only rarely experiences. Mother and the youngest children went for a visit to the neighbors. Nela is reading. Father, Abram and Hans are outside somewhere. Heinz is sleeping and I am sitting at my diary again. We are waiting for visitors, but they don't seem to drop by very often at Apanlee. Our music sessions have stopped too. Mr. Teichrob had to join the military. Where they will go they themselves don't know. One day they say it will be against the bandit groups, the Makhnovtse and the Petlurovtse; then, they say, it is against Moscow and the actual Bolsheviks. Their "Volunteer Army," as they call themselves, is supported by England and France — otherwise it would probably not have undertaken such a formidable enterprise, for as of yet it is nothing but an enterprise.

In the last weeks we have heard the thunder of cannons for the first time, coming from the Melitopol area. Volunteer cannons, they say, but no one knows very much about it, for the rumors seem to vary a great deal. Some say that a few of the Russian villages resisted the mobilization. Another rumor has it that the Kommissar who shot our neighbor Mr. Suderman and threatened Mr. Dick was in those villages forming a resistance group which returned the White officers' fire. How much truth lies in these reports, which come mainly from the mouths of those in sympathy with the Bolsheviks, we don't really know. In any case, the situation has not yet resolved itself.

**February 9th**

The situation here has become very serious — nobody can deny it. The Makhnovtse, whose supporters are growing in number, are carrying out more and more attacks, and not without success. In the last bloodbath we lost twenty-four men. What sad news for those personally affected. May God comfort them, and may we think of them too, for it is a loss that affects us all. Terrible events have taken place, particularly where these anarchists have been; heartrending the cruelties they have perpetrated on men, women and children. One can only implore: God put an end to these abominations!

35

**Exhibit 130 - 2021**

## 1919

### February 28th

The last days have appeared to be messengers of spring. The overcast sky has broken up and the snow has melted into rivulets that have made their way to our little river which is now filled to the brim. Even the frost, which has been monopolizing the ground for so long, had to let its prisoner go. It turned into a gummy mass and then slowly hard again as it dried. Nevertheless, last night Frost stormed the earth again, taking it by force. Now the sun is shining, and if you look into its fiery eye, it is almost as if Spring were glaring out at you. This eternal back and forth must be tiring for Mother Nature and I can certainly understand if all she wants is peace and quiet. Yes, that is how to describe the Fatherland in its struggle with Bolshevism: exhausted. Here too, things seem to pass from one hand to the next for quarters. The English, on the other hand, are still sitting in Crimea and haven't made any advances against the enemy. Word also has it that the German military is coming back this way; in fact, the same one as last year. When the Germans were called out of Russia, the Poles didn't give them free passage through their country. Many of the German soldiers didn't want to endure the insult of having their weapons taken away and turned back to Russia. To be sure, the Bolsheviks haven't welcomed their return with garlands of roses; nevertheless, the Germans courageously managed to break through the defences and are now said to be in Nikolaiev. People say they will be in our area soon.

### March 5th

People have become so depressed everywhere. No one knows what the near future will bring. Many are thinking of fleeing. There have been terrible murders in Rosenhof, perpetrated by a band called the Sub-kovtse. The landowners themselves were no longer there, but a number of servants, six of them, *Prikaschtschicks* like us, were cut down. The poor widows and orphans! How long can God allow this to happen?

### March 9th

Such a quiet cheerful Sunday passed over the earth today. It was as if the day came clothed in spring. Such days draw people out of their houses, indeed, out of themselves. My brothers and sisters and the teacher and I went for a walk to the dam. When people go for walks around here they always end up at the dam. It's the most interesting place to go in these parts, a place where there are hills and hollows made by the water which one can imagine to be mountains and valleys — at least on a small scale. As we crossed the bridge on our way home, we stopped to watch a number of Russian workers amuse themselves by testing the thin ice on the reservoir. Suddenly, there was a crack and one of them fell in. Luckily he was near the bank where it wasn't deep, otherwise the fun might have turned sour. ... Typhus has broken out

36

**Exhibit 130 - 2022**

## 1919

### December 10th

Fortunately, my brother doesn't have to go into the army because he is now considered the head of the family. This certainly isn't always the case. In the families around here, for example, only one man has remained. And today, all teachers and students between the ages of seventeen and thirty-five also had to register. As a result, most of the classes in the schools have to be cancelled, if not completely suspended. Even Mr. Peters had to go, and if he gets conscripted, my chances for studying are finished. Our choir also stands to lose a number of singers. There are rumors that the Reds are approaching. The news seems to have a paralyzing effect on everyone. If it would only be different here in Russia ...

### December 22nd

God only knows what kind of Christmas we will be celebrating this year. The Volunteers are in full retreat, this time all the way to Crimea. They move through the villages in droves, taking horses, wagons, and anything else they want. They just left here with Uncle's carriage. Why they are leaving or what is coming up behind them is a riddle that no one can answer. In any event, the panic has become widespread. Many Mennonites, particularly those from Halbstadt, have joined the soldiers in fleeing to Crimea. Only a very small number have left Alexanderkrone and neighboring villages. Where should we go? Crimea is probably overfilled with people. Heinrich Koop, who had also been conscripted into the White Army, was on his way to Crimea but then turned around and came home again. Even the teachers who had recently been drafted only got as far as Halbstadt and had to turn back because the rail traffic is so irregular. The future looks bleak if the Reds come back. What then?

Nowadays there is sickness everywhere, particularly influenza, which has already taken many lives. Just yesterday we carried a young girl to the grave. First she had influenza, then developed a lung infection and died. Many others are suffering from the same symptoms. Agnes Koop has diptheria, Matthies' boys the measles, and Matthies himself has a sore on his throat that gives him a great deal of trouble. In many places there is typhus and smallpox. The whole world appears to have become one big field hospital.

### December 27th

Had anyone told us that this is the way we were going to celebrate Christmas, I would never have believed it! An unbroken chain of Volunteer soldiers passed through here the whole week long, stopping only yesterday afternoon. By evening the Reds were here. We had to take in four men, fortunately for us, quite nice people. At first we didn't know whom we were dealing with until finally, one of them set us straight. Up

53

**Exhibit 130 - 2023**

# V

## Aftermath

The cumulation of one disaster after another left the Mennonite colonies in shambles. It would be difficult to assess exactly how many lives were lost due to anarchy and civil war. The massacres at Sagradovka alone claimed at least 200 lives. Another 250 people were murdered in Chortitza and the community of Yazykovo to the north at around the same time. The list goes on and on. But the real killers from which there was little defence were the outbreaks of typhus and smallpox spread by the constant occupation of troops and bandits. Chortitza, with a population of 18,000, lost about 4,400 people in the short space of three years, mostly due to disease. The toll in property loss had an equally devastating effect. In 1920, the Chortitza district lost as much as one half of its consumable grain to the Red Army, making its food supply extremely precarious. The Molotschna colony, in contrast, was less affected at first and was able to send relief to its sister colony. But by the time the Civil War had ended, its inhabitants too had little to hope for. Their stocks had been exhausted by the constant demands of soldiers, bandits and the local proletarian government. In the Halbstadt area alone, more than 3,250,000 rubles had been handed over to marauders and governing officials. What capital remained became almost worthless when, after the Red takeover, the dollar value of the Russian currency was inflated from two to around 33,000 rubles. By the spring of 1921 the farmers had hardly enough seed grain for planting, or horses to work the soil. To make matters worse, there followed two extremely dry years which ended in crop failures. Suddenly beggars roamed about everywhere. People who still had their own small rations of food were helpless to alleviate the suffering. Soon even the most thrifty felt the pain of not having enough to eat, and across the Ukraine, millions of people were dying of hunger.

> We wander, we wander
> From one place to another
> And barely do we stop and stay
> Fate drives us and our loves away.

**August 12, 1921**

What a shock we had this morning! Our best cow fell into the well and died. No one saw what happened, but we saw the local bull wandering around here this morning and he is likely the cause of our misfortune. It's only a miracle that our other cow didn't get pulled in too, for both cows were tied together by the same thick rope. Yes, she has found a deep

75

**Exhibit 130 - 2024**

1921

grave.

**Saturday, August 15th**

"And the love of many will grow cold." Oh, how difficult it has become to find love here on earth. Yes, where it can be used to one's own advantage, there it can still be found; but when you begin looking for love for its own sake, you usually find no one at home and the doors locked. Yet it takes so little to make another person happy through a friendly word or some good advice.

**August 17th**

Had a wonderful evening again yesterday. It was decided that we meet at Regehr's for afternoon choir practice and from there we would go to other people's homes to sing. At first we sang for the young Mrs. Toews, one of the many with consumption. Then we all walked to Lichtfeld to visit Mr. Martens who is very ill. We took the path through the meadow. The moon shone brightly lighting the way for the happily chatting little group of singers. Oh, how beautiful it is to be alive and young! After we all had gathered at Martens' house, we sang: "Es geht nach Haus' ", "Laßt mich gehen," and other songs. We returned by the same path we had come, singing all the way.

**October 27th**

The sky is enveloped in grey and a sweeping storm howls around the house. It's dark not only outside, but inside as well. Life is so full of shadow and turbulence. It has recently been decreed that every village must give up a certain number of weapons. If they aren't forthcoming the local citizens are taken instead. In the Russian villages several people have already been shot on this account. They have arrested eight men here. Unfortunately, they are finding more guns than they had anticipated. The Reds' method is simple. They don't look for the guns themselves but demand rather that a certain quota be filled. Where people manage to find these weapons is no concern of theirs. Life holds little importance to them. And so everyone is searching wildly for guns. Even the children have been interrogated and not without success. In Halbstadt in particular the atmosphere has become extremely tense. People are searching in despair to fill their quota.

**Sunday, January 2, 1922**

This afternoon, by request, we sang the Christmas Cantata once again at the Lichtfeld prayerhouse. At the end of the concert our director proposed that we take a vacation seeing as we had been singing so much lately. But we plan to meet once more to review all the things that have happened in the last year and to talk about our goals and aspirations. The meeting is to take place on Tuesday.

Gerhard Harder, our boarder, has invited me to his room a number of

76

**Exhibit 130 - 2025**

1922

rection and the Life!" Thank God! Therefore, I can only plead "Through Christ's blood, Lord, give me a peaceful end."

I wonder how Mrs. Harder is doing in Kleefeld. Had to think of her often today. Oh, if only we could live our lives that God would answer our prayers.

**February 16th**

It is a sign of our times: people everywhere are becoming dull and apathetic. What would once have brought tears of compassion and pity now elicits little but the show of sympathy. The tears have barely dried and we begin complaining about our own situations, worrying how we ourselves will make it through the difficult times ahead. And the poor wander around, hunger itself peering out from their eyes. Even with the best intentions we cannot help them all. These are impossible circumstances. If only the promised aid would finally arrive! Even its arrival may not change the situation very much, for the starvation has become widespread. There are rumors that in some places even the corpses in the graveyard are not secure, and in one instance a father wanted to butcher and eat his own child.

I heard that a telegram was sent with the message that Mr. Miller was to arrive in Orloff and that supplies were also on the way — but it has already taken so long that it is difficult to believe anything. People are also quite preoccupied with the idea of emigration, frantically trying to sell all their worldly goods at auctions. Today another auction took place in town. And even if the prices seemed high, for example 600,000 rubles for a mattress, the money doesn't amount to much. A *pud* of flour costs almost three million! A dismal picture all in all which we try not to think about.

Right now we are having a full fledged thaw; water and mud everywhere — not very pleasant and yet we are all overjoyed with the prospects of another fruitful year. However, as we all know, one must have seed in order to harvest. But we will leave that to Another. "Doesn't He help us at every turn, and help us too when we need Him most?".

**February 25th**

A day like today draws all life out of its gloomy chambers into the open air, awakening new energy and the desire to go on, even in those where depression and hopelessness reigned. We've already prepared the garden today and have seeded potatoes and other vegetables. To be sure, it is still early, but the weather is so beautiful and one must reckon with our present conditions. In this year we will have to exist almost entirely on vegetables, for soon there will be no bread left. The poor children, how sorry I feel for them. Mrs. Goosen told us that when Mr. Miller visited the school the children had been so happy. Later she took up the word "happy" with the beginners. "Who is happy?" she asked the

85

**Exhibit 130 - 2026**

1922

here, graves were dug in advance because it was feared that people wouldn't have the strength to do it later on. I have heard that some people have even eaten their own children. And how many physically and morally ravaged people wander up and down the countryside begging for a piece of bread. It takes an almost superhuman strength to remain true to oneself and one's principles against such odds and not to succumb to the despair that wells up in the soul.

We too have experienced some of this hardship. Although we haven't actually starved, we are hardly ever full. Today at lunch, for example, there was buttermilk and water, thickly cooked wheat with a sauce made from milk, oil, and onions, and a small piece of bread. Bread, by the way, isn't made according to the old recipe anymore — half of it consists of clay. And last time we added old, brewed *Prips* grounds to the dough. Not long ago we would have pushed the concoction away in disdain. Now we don't even ask how it tastes just as long as it's edible. Yes, we will be thankful if it remains as it is, but our supply has already diminished considerably. Thanks to the aid we may be saved from the worst.

Tonight there was a raid at the mill and we finally found a clue as to the identity of some of the thieves. The band is made up of a variety of people but consists mainly of German Samarian refugees who were given shelter in the Mennonite villages. It goes without saying that our men weren't exactly tender with the ones they caught, since feelings of compassion and neighborliness have become all but nonexistent lately.

It's cold outside today and it snowed again. In the evening we had choir practice at Kornelsens'. Lately we've been singing in private homes because our supply of petroleum is running low.

**March 10**

The weather certainly isn't getting any better. It's as if winter is wreaking revenge on spring for trespassing on its domain those few nice days at the end of February. If it's not snowing and stormy, it's rainy and cold. The sun refuses to shine. This wet weather has taken its toll on my body. Yesterday we went to Lichtfeld for old Mrs. Dick's funeral. On the way there I felt quite bad. Fortunately we stopped at Dicks' for a while; otherwise I would never have made it. Where does this lameness in my legs come from? I don't want to grumble, but it is so difficult not to sometimes.

What else should I write about? As of yesterday the American kitchen is in full operation here. Had a look at it already. The arrangements are really practical. It's just that the food is a bit strange to the Mennonite palate. Every needy person receives one portion of food a day and a piece of white bread. There are already over 160 people who find themselves in the first qualifying category. Only kitchen personnel (among them my sister Nela) and people on the village committees receive a

89

Exhibit 130 - 2027

1923

government. Not long ago a manifesto was read at a village meeting. First there were a number of points regarding taxes: every village must pay, but only after the harvest; no one can obtain eggs directly from the producer; small livestock should not be taxed; and cows, to which every Peter and Vanya thought they had a right, cannot be requisitioned at anybody's whim. Now that is a step in the right direction. But what followed serves to raise up neither the people nor the state: all religious meetings in private homes have been banned; Sunday schools or any other kind of religious education for young people, except within the family, are no longer allowed; any teacher who has as much as sung in a religious choir is fired without ado; no one under the age of 18 is allowed to be baptized, or rather, such a high tax is placed on child baptism that no poor person would even consider baptizing his children.

Regarding the emigration: if everything goes according to plan the first contingent of emigrés will be leaving on the 22nd of July. That means that we will be able to leave next spring. If I can only stay healthy until then. I was at the doctor's yesterday. His diagnosis is not very comforting: I am to lie in bed a lot — otherwise the curvature in my back will get worse. When Mother asked him whether it might be consumption, he said there were no definite symptoms but that I should be careful. Well, I will lie in bed and even drink "bertram" if only I get better.

**Saturday, June 24**

Mrs. Peters has lent me her chaise lounge for a while, and now I am lying at the entrance to the garden in the shade of a cluster of apricot trees with my books and my handiwork on my lap. Meanwhile, Mother and Willi are weeding, while Heinz, my good knight, is asserting his right to the cherries, seeing to it that I also get some to eat. A brisk morning wind is rustling through the garden, snatching at the green leafwork in the trees overhead, now and then sending a curious finger between the pages of my diary. Thank God I'm feeling better again today. Abram warned me yesterday in a brotherly fashion that he was going to watch over me more carefully, for it would be too bad if I had to stay behind. He would rather carry me around in his arms than leave me here. Well, it hasn't come to that yet, but I am a little anxious about next week when Dr. Buetner wants to have a look at all the prospective emigrants. I wonder whether we will come through this trial as fortunately as we did the one yesterday. The Americans only want people who are able to work. Every emigrating family must therefore not only have two special references but also the vote of the community. If 75 percent vouch for the family, it goes; if less, it has to stay behind. Five families have been struck from the list in this way. Everyone voted that Mother go. But it still hasn't been decided whether or not we really are leaving, since the government has been causing so many problems. In the Old Colony,

112

**Exhibit 130 - 2028**

1924

crocuses are in bloom. Enns has come home. The passes are not ready yet, but they still hope to get away in May. The refugees are also supposed to be leaving in the spring. Well, when it gets that far, then hopefully I will feel like celebrating. But I still don't want to think about it.

**Wednesday, April 23**

A wonderful day. I baked rolls and sugar cakes and colored the eggs for Easter. The children helped us with this last activity — that's the tradition here. I personally don't like it because it takes the surprise away and the Easter rabbit loses his job. ... Also made a wreath today which Marie and I took to Father's grave in the evening.

**May 1**

Today is a big holiday. No one is supposed to work in the fields and the schools have a day off. Before lunch all the students from the Kleefeld and the Lichtfeld public schools were assembled on the front yard at the Business School. All the villagers were invited as well. Our new mayor Isenko had a few words to say after which one of the teachers was asked to give a speech — a somewhat painful duty that fell on Mr. Martens. He did a good job, considering. There was also a gymnastics demonstration and the people from Neukirch presented a few musical numbers. Then all the schools were assembled in the hall where there were some more lectures and presentations. I wasn't present at either of the ceremonies but I did get a certain impression which made me rather sad. A truck passed through the streets, from where I don't know; Russians probably, from one of the state farms. It was packed with children, one of them holding a placard with the words *"DOWN WITH IGNORANCE!"* They all sang the "International" and I heard the words, "This is our last, decisive struggle ..."

> Citizens, O hear the signal
> Of the last and greatest fight.
> Hear the International
> Striving for our human right.

This is Russia's future. It is already taken for granted that anti-religious ideas will be introduced into the schools. Because of this, a great number of teachers, among them Germans, have already been sent to Moscow for indoctrination. Outside it is raining endlessly, and although it would seem that the sun should be shining soon, it doesn't seem that the spring will ever come.

**Monday, May 5**

The Gerhard Reimers and the Dueckmans left today. It was hard to say goodbye. A commission of doctors has been stationed in Kleefeld to inspect people who want to emigrate on their own. Quite a few of them have been held back, including the Johann Dicks who had already sold

122

**Exhibit 130 - 2029**