# EXHIBIT

# 131

# A Profile
# Of the Soviet Soldier

YITZHAK TARASULO
*U.S. Army, Russian Institute*

R arely does a day pass without publication of a new article or book attempting to assess Soviet military strength. Every week new calculations of the balance of weaponry are made: estimated totals of American versus Soviet missiles, submarines, airplanes, and tanks. However, the human factors of motivation and morale are ignored; ideological, cultural, and language barriers have kept the Soviet military spirit an enigma in the Western mind. Even the experts find it difficult to avoid stereotypes when they examine the daily functioning of the Soviet military. One example of this beclouded thinking is the image of the Soviet army as the embodiment of orderliness, discipline, and might. This view, often ascribed to the Pentagon, is disputed by those who consider the Soviet army a gigantic Potemkin village. Andrew Cockburn describes the Soviet armed forces as so disorganized that if Western leaders were to take his analyses to heart, they would immediately proceed to rip open the iron curtan, expecting no resistance from the drunken and half-witted Soviet conscripts.[1]

Military specialists depend on the knowledge of emigrés, but the emigrés are often misunderstood. Richard Gabriel in his book *The New Red Legions* lumps together information from interviews with emigrés who served at different times. Through his selective use of this data he paints an unrealistically negative picture.[2] On the other hand, Herbert Goldhamer, author of *The Soviet Soldier*, might have benefited from such data. Had Goldhamer spoken with emigrés, he would have never made such mistakes as tying physical training to political education; although the political officers run intramural sports programs, these programs have no political content.[3]

ARMED FORCES & SOCIETY, Vol. 11 No. 2, Winter 1985  221-234
©1985 by the Inter-University Seminar on Armed Forces and Society

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2030**

**Profile of the Soviet Soldier**

This article is based on the author's firsthand experience during his four-year service in the Soviet army as a draftee from 1958 to 1962. To bring these observations up-to-date, the author interviewed over 20 emigrés who served between 1970 and 1980, and also studied the Soviet military press of that period. In addition to the empirical material, he drew on his study of Russian, Soviet, and European military history.

The military conflicts of the latter half of this century prove that in winning conventional wars, the number of men and the quality of their equipment are less important than the skill and fighting spirit of the regular soldier. In the Russian tradition, especially as viewed by the West, the fighting soldier is invincible; defeats in battle are caused not by soldiers, but by incompetent officers, strategic weaknesses, and the like.[4] Closer examination, however, shows that on the one hand Soviet soldiers are not omnipotent, and on the other that Soviet officers do possess clear perception and good judgment.[5]

Although with passing time the spirit and character of the Soviet army have changed surprisingly little, a number of technological, administrative, and structural reforms over the past 20 years have made it a professional armed force. In the period after World War II, it shed its last revolutionary trappings and became truly professional, but it was under Nikita Khrushchev that significant developments occurred.

*Open Party-Military Struggle*

Khrushchev was enamored of technology and hardware. To produce the missiles and armaments he demanded, expenditures in other areas had to be cut back. Officers were fired shortly before reaching the 25 years of service entitling them to a pension; less-educated officers were also laid off. These reductions were less than popular. Khrushchev's denunciation of Stalin's cult of personality was also opposed by the politically conservative officer corps.[6] These officers were too young to have suffered in Stalin's purges; they saw him as a strong, victorious leader. These problems culminated in the rare spectacle of an open party-military struggle: a confrontation between Khrushchev and Marshal Zhukov, the minister of defense.[7] Zhukov had not only reduced the influence of political officers in the army, but he had also instilled an iron discipline, which unofficially included such extreme measures as beatings and sleep deprivation. After Zhukov's dismissal, Khrushchev reversed these measures, and the life of the average Soviet soldier improved considerably.

Three years after Khrushchev's fall from power in 1964, The USSR Law of Universal Military Service of 1967 was enacted. The new law

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

Exhibit 131 - 2031

**Yitzhak Tarasulo**

sharply reduced the required length of service for draftees and introduced a second call-up each year. Instead of serving three to three and a half years, soldiers now serve two years in all branches of the armed forces, with the exception of the navy, where the length of service was reduced from four to three years.

It should be noted that the social composition of the draft has not corresponded to that of Soviet society in general. Because university students are exempted, relatively few men from the families of the intelligentsia and government and party officials are drafted. Thus there is a disproportionately high percentage of children of peasants and workers. Indeed, military service is far from universal, and all are well aware of this. This social injustice provides the armed forces with more obedient and less demanding recruits, who are also physically stronger than their more privileged counterparts.

Educational statistics that show most draftees as having a high school diploma or the equivalent should be treated skeptically. Not all schools in the Soviet Union are equally good, and rural and evening schools lag far behind the average standards of those in the city. There are no nationwide achievement tests, nor are there remedial courses to handle functional illiteracy or even retardation. Nevertheless, consistent with the growth of education in Soviet society, the educational level of the Soviet soldier is much higher now than in any other period of Soviet history.

The 1967 Universal Military Service Law was originally intended to increase manpower in the general economy. Since the labor shortage in the civil sector shows no signs of abating, however, the law will most probably endure, despite military disfavor. The army was not enthusiastic about the law's enactment and agreed to it only after the party promised improvements in preinduction training, along with other benefits. Those benefits have not, for the most part, materialized, and the military remains dissatisfied.[8] Compounding the law's effect, the new shortened term of service forced the army to institute an intensive training course, which is held twice a year instead of once, thus disrupting other military activities.[9] Another program, a campaign to enlist demobilized personnel as ensigns and warrant officers to alleviate the shortage of experienced technicians, has met with limited success.

Spending considerably less on manpower than other nations, the Soviet army manages to maintain approximately five million men, spread over huge territories both at home and abroad. There is, as a result, never enough money to feed and equip the armed forces properly; in addition to this financial pressure, there is the pressure derived from

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2032**

**Profile of the Soviet Soldier**

the national belief that the Soviet soldier, like the Russian soldier before him, can endure any kind of hardship. This attitude was vividly summed up in Field Marshal Kutuzov's appeal to the Russian army when, in the winter of 1812, thousands of soldiers were freezing to death: "Should you be afraid of frost, children of the North?"[10]

*The Pressures of Service*

The shock of military service starts at the moment of induction: draftees are packed off in railway cars to unknown destinations without the slightest idea of what they will be doing. They are given short haircuts and badly fitting uniforms. The abbreviated training course, which puts soldiers under tremendous physical and psychological pressure, is made even more overwhelming by their geographical isolation: they are stationed in faraway places, often in unfamiliar climates.

For several reasons, soldiers are rarely stationed near their hometowns. It is still considered psychologically undesirable for soldiers to serve near their families, but there is much less deliberate shuffling of draftees from one corner of the country to the other than in the past. Today, troops are mostly needed either in areas with small populations (for example, guarding the immense Sino-Soviet border in Siberia) or abroad, in Afghanistan or Eastern Europe. Moreover, recruits are now distributed to posts primarily according to their educational and medical records. Loyalty is not, as many Westerners have assumed, a major consideration—principally because there are few points along the Soviet borders where a soldier could defect to the West. Baltic troops are not interested in defecting to Poland; likewise, posts in Afghanistan and on the Chinese border do not hold many attractions for central Asians seeking asylum. Suffice it to say that Soviet soldiers in Eastern Europe are not posted on borders with Western countries.

*Crowded Living Quarters*

Once at his post, the draftee finds crowded living quarters which are often smelly and poorly ventilated, and where freezing temperatures prevail in winter. It is not uncommon to see a hundred or more soldiers sleeping in an overcrowded, undivided room with three levels of bunks. Peasants' sons might not be surprised by the absence of hot water and lack of indoor toilets, but for those who grew up in city apartments, these are hardship conditions.[11] The situation is aggravated by the many new recruits who, as pampered only children, are totally unprepared for the severe physical conditions of military life. Even Soviet military leaders themselves are embarrassed by conditions in the barracks; at

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2033**

**Yitzhak Tarasulo**

a national meeting of army officers in 1977, Marshal D.E. Ustinov, the defense minister, devoted considerable attention to the problem of renovating the barracks, going so far as to say that the Russian word for barracks, *kazarma*, was outmoded.[12]

As in any army, one of the few daily pleasures in the Soviet soldier's life is food. Feeding the troops, however, has been as much a problem for the Soviet army as it was for the Russian army of the past. While endless wars and big battalions impose a burden on a country that has known numerous famines and a low agricultural output, the failure of modern-day Soviet agriculture has made many foodstuffs scarce, leading to rampant corruption and black marketeering among the supply officers.

*Food Varies According to Service*

Official rations for conscripts are set quite high (4,112 calories per day since 1971),[13] but the size and quality of rations vary considerably from service to service. The navy, air force and border guards are afforded better and more plentiful rations than the ground forces. Troops stationed in Siberia and the Far East have food inferior to that of European Russia, for most of the year eating dehydrated instead of fresh vegetables. Food is generally coarse and fatty, but tasteless rations are well-known in any army. Soviet soldiers, as one can easily see, are not starving.

Their usual diet is monotonous, consisting mostly of borscht, *kasha* (porridge), potatoes, and bread. It is possible for soldiers to supplement their diet by shopping in military cafeterias. However, their salaries are ridiculously low (about $5 a month, up to $15 for specialists and sergeants, as compared with $160 for the average worker) and even with supplemental money sent from home, most is spent on sweets, cigarettes, and alcohol. The most popular item sold in the cafeterias is *prianiki*, the cheapest type of cookie available.

The most common methods used by troops to improve their diet include growing their own agricultural products and raising their own animals. Pig breeding, for instance, is very widespread in the Soviet army. With its own money, a unit will buy one or two suckling pigs (or get them as gifts from a neighboring collective farm) and feed them with leftovers from the kitchen. The pigs are then killed and eaten on some of the revolutionary holidays, making these truly joyous events. Regiments may have their own pig-breeding farms, cattle, chickens, and greenhouses as well.

Finally, many garrisons and military districts have specialized agricultural units (*prikukhonnoe khoziaistvo*), where officers and soldiers

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2034**

**Profile of the Soviet Soldier**

work full time at producing agricultural products. The Naval Academy in Kaliningrad, for example, recently built a mechanized farm for 500 pigs and 20 sows, and the Central Asian military district proudly reports that it now has 30 farms with 5,000 swine and 178 greenhouses.[14] There is no other army in Europe with a similar preoccupation.

## Soviet Antidrinking Program

It is generally thought in the West that the Soviet army has an alcoholism problem equivalent to the drug problem in Western armies. This is not true. Alcohol serves very different purposes in the West and in the USSR. Russian alcohol consumption is almost exclusively social and always means overindulging in periodic binges that only rarely lead to alcohol dependence. Unlike the Westerner's idea of drinking a little to get ''high,'' the Russian's notion of drinking is to get quite drunk by consuming large quantities of alcohol at one sitting. Drinking parties contribute to the formation of social cliques, and this sharing of company and alcohol is an important part of Soviet social life. Although alcoholism is, on the whole, a major social problem in the Soviet Union, the army has had some success in attempts to eradicate drinking in the ranks of the soldiers.

The army has a built-in advantage to its antidrinking program. Soviet draftees, 18 and 19 years old, belong to a population group with a low percentage of heavy drinkers. After the initial period of abstinence and unsuccessful experimentation with alcoholic substitutes like wood alcohol, brake fluid, perfume, and sometimes toothpaste, even the heavy drinkers acclimatize themselves to long periods of abstinence.

Soviet army regulations completely forbid alcohol. Even in their free time or on leave in the city, soldiers are not allowed to have a drink. Endless exhortations on this point threaten the soldier with severe punishment for simply having one drink, not to mention getting drunk. These penalties are disproportionate to the act but are carried out with any proof whatsoever of alcohol consumption, even the scent of alcohol on one's breath. Punishments range from washing the floors to 10 days' confinement in the guardhouse and are often given in public in order to influence other soldiers, especially the young draftees. But no punishment, however severe, has ever prevented normal, healthy soldiers from securing an occasional bottle; their resourcefulness is truly limitless in this regard.

Other factors also help enforce the ban on alcohol. For one, most

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2035**

**Yitzhak Tarasulo**

military posts are located at a considerable distance from towns. Garrisons are fenced, with checkpoints whose primary purpose is to assure that alcohol is not smuggled in. Cars and soldiers are searched, and contraband bottles are broken immediately. Compounding the difficulties in obtaining alcohol is the tight control over each soldier's time, which makes procuring alcohol an almost impossible task.

The major deterrent, however, is the fact that the average soldier has very little money to spend on alcohol. A soldier's meager salary must cover all his expenses, including toiletries, food, sweets, and cigarettes (the army's tobacco is so strong few soldiers smoke it for long). A soldier's salary would not be enough for even one bottle of vodka a month. It should also be pointed out that there are very few places in the Soviet Union where one can buy a drink. There are no bars, in the Western sense, and in restaurants a single drink can cost more than a store-bought bottle of vodka. And if a soldier should manage, despite all the obstacles, to purchase a bottle, he would be sure to share it with his friends, thus making real drunkenness less likely.

Although the Soviet army has failed on the whole in endeavors to enforce its strict dry law, there can be no doubt that the American Army on its own consumes much more alcohol. American soldiers are allowed to buy and drink enormous amounts of alcohol, for which their Soviet counterparts have neither the money nor the opportunity. If there is any drinking problem among Soviet soldiers, it consists only in their defiance of the total ban on alcohol. In any event, drinking is neither a health hazard nor a danger to overall military performance in the Soviet army, nor does it affect a large percentage of soldiers.

*Draftees in Good Shape*

The draftees' physical training program includes a lot of jogging, especially in the morning, as well as gymnastics. Endurance and hardening are stressed. Most companies have parallel and horizontal bars, long horses, and weights. Exercise takes place year-round, in any kind of weather. Most draftees, however, are in good shape even at the start of training, due to the physical-education programs in school, supplemented by manual labor on farms and in factories.

Training is conducted primarily in the military academies and training corps. Once soldiers reach the field units, little effort is made to continue training although regulations require it. For instance, in firearms practice, the average soldier fires only three bullets a year. Efforts are concentrated toward the annual inspection; field maneuvers are secondary. All evaluations of the quality of training are made on the basis

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2036**

**Profile of the Soviet Soldier**

of reached indices. Hence, everything is done to reach higher indices, to the detriment of tactical provisions; even cheating is not excluded.

The party's model Soviet soldier is a true believer in Marxism-Leninism, one who faithfully executes the latest orders of the party and the regime. The ideal is "conscientious obedience," as opposed to "blind obedience." But in practice, the Soviet soldier obeys not on the basis of ideology, but because, like soldiers in all the armies of the world, he fears the consequences of disobedience. Soviet soldiers are required to obey all orders without exception.

According to one Soviet military writer, the role of conscientious obedience as a primary regulator of a soldier's behavior will be most significant in the event of nuclear war, when contact between commanders and subordinates may be interrupted. Faced with mass casualties, unimaginable destruction, fires and floods, the Soviet soldier will be expected to block his instinct for self-preservation and follow an internalized urge to carry out his military duty.[15]

*Psychology of Collectivism*

Collectivism is the primary social tool in Soviet life. Because of the doctrines of Marxism-Leninism, collectivism has been the cornerstone of the educational and moral systems for six decades. A.S. Makarenko, a teacher of delinquent adolescents who wrote about the healing qualities of the collective, applied this concept to education.[16] Thus, in Soviet military units the supremacy of the collective over the individual is constantly emphasized. This elevation of the group over the individual, although rooted in Soviet ideology as a result of the revolution, also has its genesis in the fact that privacy has always been suspect in Russian culture. In fact, there is no word for "privacy" in Russian, and the concept evokes images of secrecy and isolation.

The Soviet army closely resembles the archetypal total institution described by sociologist Erving Goffman, where all individual aspirations are subordinated to the interests of the institution.[17] Individuals must cloak personal goals in the language of group needs and conform to collective behavior, because individualism is viewed as antisocial, a vague accusation against which it is difficult to defend oneself. An example of this thinking is found in a story published in the Soviet military newspaper *The Red Star*, which tells of a ground-crew technician in the air force who was expelled from the Communist party for leaving the military in order to study in a trade institute, thus opting for "the easy life."[18]

In the collective psychology, praise and blame are attributed to the

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2037**

group, not to individuals. It is thus assumed that the collective, not the individual, understands what should be done; therefore, one must comply with all the demands of the collective as devised by the leaders of the group. A Soviet citizen will accept punishment more cheerfully as a part of a group than as an individual, because he is spared the shame of personal responsibility. It is not atypical for army commanders to apply peer pressure by blaming a whole group for the actions of one soldier. Accordingly, if a soldier has gone AWOL, his entire company may be deprived of a long-awaited day of liberty in town, spending it instead in a massive search for him.

The harshness of Soviet military life reinforces a soldier's need to make friends. Most friendships, understandably, develop among soldiers from the same ''call-up'' or geographical area, or among those who have previously served in the same units. Friendships are also formed within units, squads, and teams which live and work together, or among soldiers with common interests such as sports or secret drinking parties. These groups often form unofficial collectives with their own leaders. For instance, technical specialists whose equipment is housed outside their unit's main barracks sometimes turn their work places into social centers, complete with books, posters, and other personal possessions. Although the interests of official units and these social cliques often diverge, the army cannot destroy these groups; the commanders, however, seek to diminish their psychological importance.

It is not unusual for junior and senior soldiers within a squad or team to form friendships, often because of a common taste for drinking. Several recent newspaper and magazine articles, however, have cited instances of senior soldiers abusing juniors.[19] According to recent emigrés, however, this abuse seems to be limited, although it is a matter of concern for military commanders. The contemporary Soviet soldier considers himself the social equal of his officers and does not take abuse passively from anyone, including officers and sergeants. In fact, a significant number of draftees start their service in training centers where there are no senior soldiers at all. The most serious cases of mistreatment of young soldiers take place in the construction corps, where educational and health standards are the lowest. Abuse is much rarer in services with better educated and more homogeneous troops, such as the Strategic Missile Forces.

*Ethnic Discrimination*

Russian armies historically have always included soldiers from minority groups: Baltic Germans occupied key positions in the Czarist

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

Exhibit 131 - 2038

**Profile of the Soviet Soldier**

army, and the revolutionary Red Army had a significant number of minority personnel in important positions. In theory, the present-day Soviet army, too, is a collective of different nationalities designed to cultivate and strengthen friendships among Soviet peoples. But since there is no program of "affirmative action," it is often difficult for ethnic minorities to move up the ranks. Most minorities, for example, live in warm zones and find it hard to adapt to the cold climates in which they are stationed. In addition, the party imposes the use of the Russian language and cultural mores as the Soviet common denominator and leveler. This policy discriminates against most minority groups, which in recent years have increasingly attempted to preserve their national languages and ethnic folklore. Ironically, this makes today's Soviet army the most Russianized military in the history of modern Russia.

Ethnic minorities do not suffer direct discrimination. The absence of minorities in combat units is not due to questions of loyalty;[20] as with everything else in the Soviet army, troops are stationed according to practical considerations.[21] But since there is no affirmative action, soldiers who come from ethnic minorities often have a built-in disadvantage, because Russian is their second language; therefore, they tend to serve in roles that do not require complex training, such as in the construction corps or as prison guards. Only those who truly assimilate can advance. The expected significant rise in the percentage of minority recruits might necessitate changes in training and job assignment systems.[22] Nonetheless, since there is great ethnic diversity among these minorities, the Russian hegemony will not be threatened.

*Political Work and Indoctrination*

Along with their physical and military training, soldiers undergo political indoctrination (propaganda). But little headway is made in the area of Communist dogma because very few soldiers or officers, or even party members, are interested in ideology. It is assumed that Soviet citizens understand and uphold the fundamental values of Marxism-Leninism, and since communism is all-pervasive in the Soviet Union, loyalty to these tenets is not examined. Such "zero-order moral beliefs" (after the term used by social psychologist Daryl Bem) are not dissected by individual Soviet citizens.[23] Likewise, in the army, officers are requested to read some of Lenin's writings, but no real attempt is made to instruct soldiers in ideology.

The party fares much better in the other area of propaganda, political work: the dissemination of official lines of thought about current events and needs. This political work with soldiers is an important preoccupation

230|Armed Forces & Society

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2039**

**Yitzhak Tarasulo**

of the party. In his first political lecture of the day, the soldier is given "politinformation" about events in the USSR and abroad. While in the revolutionary sense politinformation was meant to be conducted by "agitators"—either politically skilled soldiers or sergeants elected by the soldiers themselves—now it is more often done by officers.

Currently, politinformation is included in regular politsessions, scheduled twice a week. Attendance is mandatory at these small group meetings, which are conducted by political officers or squad commanders. Soldiers are urged to participate in the round-table discussions. The intent of the politsessions is to steer the soldier through the complex problems of the ideological struggle between communism and the evil forces of bourgeois ideology (usually interchangeable with "American imperialism"), revisionist ideology (China), and Zionist ideology (Israel). In practice, the soldiers quickly tire of these abstract dilemmas, showing more interest in such prosaic subjects as the official explanation for current food shortages and the lack of ordinary consumer goods. The otherwise lethargic soldiers rouse themselves for these talks, usually asking the most embarrassing and ingenuously formulated questions. Officers customarily try either to provide standard answers or to avoid the queries altogether. As a result, politsessions rarely achieve the educational goals set by the official textbooks. Most soldiers dislike them so intensely that they prefer to take on any amount of hard physical work if it will excuse them from participating.

*Soldiers' Ideological Duties*

Communist ideology, it is true, is the foundation of Soviet political culture, and the party controls everything in the country, down to the kindergartens. In this sense, the army itself is but a reflection of the party in the same way that the work places and schools of the Soviet Union are. Indeed, there is no expression of political power in the USSR that does not involve current party doctrines. The party, as we have seen, expects the Soviet soldier to fight not only for national and patriotic interests but for ideological aims as well. The army's "international duty" is stressed: the Soviet soldier must come to the aid of his brother soldiers in ideologically compatible countries, just as siblings within a family are expected to help each other. In the *Soviet Military Review*, a monthly journal for the armed forces, leaders of Third World countries sympathetic to the USSR are often called "comrades" or "brothers," and are congratulated with great fanfare on their national holidays.

But to their disadvantage, Western political scientists are obsessed

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2040**

**Profile of the Soviet Soldier**

with this issue of party control over the army.[24] That the Communist party still exercises a strong influence on the armed forces is reflected in that more than half of all officers are party members. This influence, however, is limited to the ideological and political spheres. Since the armed forces have displayed no disloyalty, the party entrusts technical, strategic, and tactical decisions to military officers.

Despite its development and change over the years, Soviet military doctrine today is reminiscent of the eighteenth century militarist Suvorov's emphasis on offensive warfare and achievement of victory, regardless of human costs. Since the revolution, and the introduction of the most powerful security apparatus in the world, the military has not been required to police the USSR itself. Instead, all the efforts of the modern Soviet army are directed toward overextended security concerns abroad, which dictate the maintenance of strong occupational forces in Eastern Europe and combat forces in the south. These policies are reinforced by the Soviet army's strong emphasis on propagandistic praise for military values, myths of invincibility, and traditional distrust of the West.

Civilian life in the Soviet Union is hard by American or West European standards, so it is startling to realize that even Soviet citizens pity their soldiers. For the average soldier, military service is often a harsh and mandatory commitment, devoid of any entertainment or remuneration. Conditions are not so bad, however, that they serve to create explosive resentment among conscripts, and in the past two decades these conditions have improved substantially.

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 131 - 2041**

Yitzhak Tarasulo

## Notes

1. Andrew Cockburn, *The Threat: Inside the Soviet Military Machine* (New York: Random House, 1983).

2. Richard Gabriel, *The New Red Legions*, 2 vols. (Westport, Conn.: The Greenwood Press, 1980). See also Dale Herspring, "Using Emigres in Determining What Makes the Soviet Soldier Tick," *Armed Forces and Society* 7, 4 (Summer 1981): pp. 629-634.

3. Herbert Goldhamer, *The Soviet Soldier: Soviet Military Management at the Troop Level* (New York: Crane, Russak, 1975), p. 104.

4. This attitude is typified in major Russian novels—Leo Tolstoy, *War and Peace,* trans. Louise and Aylmer Maude (London, New York: Oxford University Press, 1965). Alexander Solzhenitsyn, *August 1914,* trans. Michael Glenny (New York: Farrar, Straus and Giroux, 1972).

5. For an evaluation of Soviet officers, see Richard S. Kosevich, "*Ne po shablonu*: Soviet Tactical Flexibility," *Military Review* (August 1982): p. 28.

6. Oleg Penkovskiy, *The Penkovskiy Papers* (New York: Avon Books, 1966), p. 231.

7. For a fuller discussion of this confrontation, see Timothy J. Colton, "The Zhukov Affair Reconsidered," *Soviet Studies* 29, 2 (April 1977): pp. 185-213.

8. Jeffrey Record, *Sizing Up the Soviet Army* (Washington, D.C.: The Brookings Institution, 1975), pp. 10-11.

9. I.F. Vydrin and others, *Military Pedagogy* (Moscow: Voyenizdat, 1973), p. 2.

10. Mikhail Kutuzov, *Sbornik dokumentov,* 5 vols. (Moscow: Voyenizdat, 1955), vol.4, pt.II, pp. 222-223.

11. Ellen Jones, "Manning the Soviet Military," *International Security* 71 (Summer 1982): p. 116.

12. *The Red Star*, 26 March 1983.

13. *Starshina serzhant*, October 1971, p. 13.

14. *The Red Star*, 16 January 1983.

15. Stepan Il'in, *Moral'nyi factor v sovremennykh voinakh* (Moscow: Voyenizdat, 1979), pp. 92-93.

16. Anton Makarenko, *O kommunisticheskom vospitanii; isbrannye pedagogicheskie proizvedeniia* (Moscow: Uchpedizdat, 1952).

17. Erving Goffman, "Interpersonal Persuasion Characteristics of Total Institutions," in Walter Reed Army Institute's *Symposium on Preventative and Social Psychiatry* (Washington, D.C.: GPO, 1957).

18. *The Red Star*, 9 June 1983.

19. Kirill Podrabinek, "An Inside Look at Life in the Soviet Army," *Russia* 3 (1981): pp. 3-11; Les Aspin, "The Soviet Soldier," *The New York Times*, 8 June 1982.

20. S. Enders Wimbush and Alex Alexiev, *The Ethnic Factor in the Soviet Armed Forces* (Santa Monica, Calif.: Rand, March 1982). An exaggerated emphasis on the loyalty question.

21. Jones, "Manning the Soviet Military," p. 119.

22. Murray Feshbach, "The Soviet Union: Population Trends and Dilemmas," *Population Bulletin* 37, 3 (August 1982): p. 5.

23. Daryl J. Bem, *Beliefs, Attitudes, and Human Affairs* (Belmont, Calif.: Brooks/Cole, 1970), pp. 5-6.

24. Ellen Jones and Fred W. Grupp, "Political Socialization in the Soviet Military," *Armed Forces and Society* 8, 3 (Spring 1982): pp. 357-387. Jones and Grupp describe persistent

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

Exhibit 131 - 2042

**Profile of the Soviet Soldier**

attempts to fill the soldier's free time with political content and to give all activities a political message. They rely heavily on official sources for figures on political activities in the armed forces. *Zampolits* (deputy commanders for political affairs) present to their superiors detailed monthly schedules of such activities. However, these schedules only remotely resemble what actually occurs. Movie screenings are required to include ideological discussions, which are reported to have taken place whether they did or not. An evening discussion session with the local youth listed on the schedule as "The Moral Beliefs of Communist Man" usually involves discussion only between the zampolit and shy local boys, while the soldiers dance with girls. Soldiers fiercely defend their free time through passive resistance. The authors cite 90-100 minutes per working day—and two to five hours on days off—of political indoctrination. These figures may reflect Soviet official statistics, but a more realistic estimate of hours spent on political work would be considerably less.

25.  Goldhamer, *The Soviet Soldier*, p. 147; Michael J. Deane, "The Main Political Administration as a Factor in Communist Party Control over the Military in the Soviet Union," *Armed Forces and Society* 3, 2 (Winter 1977): pp. 295-324. Both authors often uncritically cite Soviet official pronouncements in favor of their conclusions, especially in the area of promotions.

---

YITZHAK TARASULO was born in Russia in 1939. He served in the Soviet army as a radar operator in Siberia from 1958 to 1962; he later graduated from the University of Leningrad. Tarasulo left Russia in 1972 and received a Ph.D. in Russian history from Yale in May 1983. He was interviewed by the broadcasting media in regard to the shooting down of the Korean airliner in September 1983; he subsequently published an article about this incident in the February 1984 issue of *The Armed Forces Journal International*.

This content downloaded from 198.91.36.79 on Wed, 25 Jan 2023 14:15:44 UTC
All use subject to https://about.jstor.org/terms

Exhibit 131 - 2043

# EXHIBIT

# 132

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/14365491

# Early environmental regulation of forebrain glucocorticoid receptor gene expression: implications for adrenocortical responses to stress

**Article** *in* Developmental Neuroscience · February 1996

DOI: 10.1159/000111396 · Source: PubMed

CITATIONS
833

READS
1,966

**9 authors**, including:



Darlene D Francis
University of California, Berkeley
**57** PUBLICATIONS  **17,975** CITATIONS

SEE PROFILE

Christian Caldji
**22** PUBLICATIONS  **11,248** CITATIONS

SEE PROFILE

Jonathan Seckl
The University of Edinburgh
**705** PUBLICATIONS  **60,904** CITATIONS

SEE PROFILE

Paul M Plotsky
Emory University
**183** PUBLICATIONS  **33,578** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

11beta hydroxysteroid dehydrogenase View project

Retirement! View project

All content following this page was uploaded by Paul M Plotsky on 30 November 2015.

The user has requested enhancement of the downloaded file.

**Exhibit 132 - 2044**

Original Paper

**Developmental Neuroscience**

Dev Neurosci 1996;18:49–72

Michael J. Meaney[a]
Josie Diorio[a]
Darlene Francis[a]
Judith Widdowson[a,b]
Patricia LaPlante[a]
Christian Caldji[a]
Shakti Sharma[a]
Jonathan R. Seckl[b]
Paul M. Plotsky[c]

[a] Developmental Neuroendocrinology Laboratory, Douglas Hospital Research Centre, Departments of Psychiatry, and Neurology and Neurosurgery, McGill University, Montreal, Canada
[b] Molecular Endocrinology Laboratory, Department of Medicine, University of Edinburgh, UK, and
[c] Department of Psychiatry and Behavioral Sciences, Emory University, Atlanta, Ga., USA

# Early Environmental Regulation of Forebrain Glucocorticoid Receptor Gene Expression: Implications for Adrenocortical Responses to Stress

**Abstract**

The adrenal glucocorticoids and catecholamines comprise a frontline of defense for mammalian species under conditions which threaten homeostasis (conditions commonly referred to as stress). Glucocorticoids represent the end product of the hypothalamic-pituitary-adrenal (HPA) axis and along with the catecholamines serve to mobilize the production and distribution of energy substrates during stress. The increased secretion of pituitary-adrenal hormones in response to stress is stimulated by the release of corticotropin-releasing hormone (CRH) and/or arginine vasopressin (AVP) from neurons in the nucleus paraventricularis. In this way, a neural signal associated with the stressor is transduced into a set of endocrine and sympathetic responses. The development of the HPA response to stressful stimuli is altered by early environmental events. Animals exposed to short periods of infantile stimulation or handling show decreased HPA responsivity to stress, whereas maternal separation, physical trauma and endotoxin administration enhance HPA responsivity to stress. In all cases, these effects persist throughout the life of the animal and are accompanied by increased hypothalamic levels of the mRNAs for CRH and often AVP. The inhibitory regulation of the synthesis for these ACTH releasing factors is achieved, in part, through a negative feedback loop whereby circulating glucocorticoids act at various neural sites to decrease CRH and AVP gene expression. Such inhibitory effects are initiated via an interaction between the adrenal steroid and an intracellular receptor (either the mineralocorticoid or glucocorticoid receptor). We have found that these early environmental manipulations regulate glucocorticoid receptor gene expression in the hippocampus and frontal cortex, regions that have been strongly implicated as sites for negative-feedback regulation of CRH and AVP synthesis. When the differences in glucocorticoid receptor density are transiently reversed, so too are those in HPA responses to stress. Taken together, our findings indicate that the early postnatal environment alters the differentiation of hippocampal neurons. This effect involves an altered rate of glucocorticoid receptor gene expression, resulting in changes in the sensitivity of the system to the inhibitory effects of glucocorticoids on the synthesis of CRH and AVP in hypothalamic neurons. Changes in CRH and AVP levels, in turn, determine the responsivity of the axis to subsequent stressors; increased releasing factor production is associated with increased HPA responses to stress. Thus, the early environment can contribute substantially to the development of stable individual differences in HPA responsivity to stressful stimuli. These data provide examples of early environmental programming of neural systems. One major objective of our research is to understand how such programming occurs within the brain.

**Key Words**

Glucocorticoid receptors
Hippocampus
HPA axis
Neuronal differentiation
Serotonin
Stress

**KARGER**        © 1996 S. Karger AG, Basel

E-Mail karger@karger.ch
Fax +41 61 306 12 34
http://www.karger.ch

Michael J. Meaney
Developmental Neuroendocrinology Lab.
Douglas Hospital Research Centre
6875 Boul. LaSalle
Montreal, Que. H4H 1R3 (Canada)

Received:
August 20, 1995
Accepted:
December 27, 1995

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2045**

## The Hypothalamic-Pituitary-Adrenal Stress Response

The hypothalamic-pituitary-adrenal (HPA) response to stress is a basic adaptive mechanism in mammals. The increased secretion of corticotropin-releasing hormone (CRH) and cosecretagogues, such as arginine vasopression (AVP) and oxytocin, into the hypophysial-portal system of the anterior pituitary during stress enhances the synthesis and release of proopiomelanocortin (POMC) derived peptides, ACTH and β-endorphin [Antoni, 1986; Rivier and Plotsky, 1986; Whitnall, 1993]. Elevated ACTH levels, in turn, increase the synthesis and release of adrenal glucocorticoids. The highly catabolic glucocorticoids, in concert with the adrenomedullary catecholamines, produce lipolysis, glycogenolysis, and protein catabolism, resulting in increased blood glucose levels [Baxter and Tyrrell, 1987; Brindley and Rolland, 1989]. These actions assist the organism during stress by increasing the availability of energy substrates.

However, prolonged exposure to elevated glucocorticoid levels can present a serious risk, leading to a suppression of anabolic processes, muscle atrophy, decreased sensitivity to insulin and a risk of steroid-induced diabetes, hypertension, hyperlipidemia, hypercholesterolemia, arterial disease, amenorrhea, impotency, and the impairment of growth and tissue repair, as well as immunosupression [Baxter and Tyrrell, 1987; Munck et al., 1984; Brindley and Rolland, 1989]. It is in the organism's best interest to limit such metabolically costly stress responses.

The responsivity of the HPA axis to stress is, in part, determined by the ability of the glucocorticoids to regulate ACTH release (i.e., glucocorticoid negative feedback). Circulating glucocorticoids feedback onto the pituitary and specific brain regions to inhibit the secretion of releasing factors from hypothalamic neurons and ACTH from pituitary corticotrophs [Dallman et al., 1987, 1993; de Kloet, 1991; Feldman and Weidenfeld, 1995; Jacobson and Sapolsky, 1991; Keller-Wood and Dallman, 1984; McEwen et al., 1986]. In addition to pituitary and hypothalamic sites, there is now considerable evidence for the importance of the limbic system, the hippocampus and the frontal cortex in the regulation of HPA activity [de Kloet, 1991; Diorio et al., 1993; Feldman, 1994; Jacobson and Sapolsky, 1991]. Indeed, the hippocampus contains the highest density of corticosteroid receptors in the brain [McEwen et al., 1986].

## Environmental Regulation of HPA Development

Several years ago, Ader and Grota [1969], Denenberg, [1964], Hess et al. [1969], Levine [1957, 1962], Levine et al. [1967], Zarrow et al. [1972] and others showed that the development of adrenal glucocorticoid responses to stress were modified by early environmental events. These findings clearly demonstrated that rudimentary, adaptive responses to stress could be modified by environmental events. We have found that these environmental effects result in stable differences in HPA responsivity to stress and are mediated by effects on the differentiation of neurons which are ultimately involved in the negative feedback regulation of the HPA axis. Most notably, changes in glucocorticoid receptor gene expression in the hippocampus and frontal cortex.

These studies underscore the plasticity within brain regions that regulate the HPA axis, and provide a model for understanding how individual differences in responses to stress emerge. The importance of this type of research is underscored by the fact that individual differences in adrenal hormone and sympathetic responses to stress often appear to be of considerable importance in determining the vulnerability to pathology in a number of physiological systems [Chrousos and Gold, 1992; McEwen and Steller, 1993; Seckl and Meaney, 1994].

### Effect of Handling (or Infantile Stimulation) on the HPA Response to Stress

As adults, handled (H) rats exhibit attenuated fearfulness in novel environments and decreased HPA responses to a wide variety of stressors. The handling (or infantile stimulation) procedure involves removing rat pups from their cage, placing the animals together in small containers, and, some minutes later, returning the animals to their cage and their mothers. The manipulation is performed daily for the first 21 days of life, and the animals are tested as fully mature adults. In response to a wide variety of stressors H rats show smaller increases in ACTH and both total and free corticosterone (the principal glucocorticoid in the rat). H rats also show a faster return to basal levels following the termination of stress than do nonhandled (NH) animals (fig. 1) [Bhatnagar et al., 1995; Meaney et al., 1985a, 1989, 1988, 1992; Viau et al., 1993]. The integrated plasma hormone response to stress (prestress to 120 min poststress) is usually 40–50% lower in the H rats. These differences are apparent as late as 24–26 months of age indicating that the handling effect persists over the entire life of the animal [Meaney et al., 1988, 1991, 1992].

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:08:37 PM

**Exhibit 132 - 2046**

There are no differences between H and NH animals in adrenal sensitivity to ACTH, pituitary sensitivity to CRH, plasma corticosteroid-binding globulin (CBG) levels or the metabolic clearance rate for ACTH or corticosterone [Meaney et al., 1989, 1992]. Rather, NH animals show increased secretion of both hormones during and immediately following stress. Interestingly, the handling effects on HPA function are specific to conditions of stress. Adult H and NH animals do not differ in basal ACTH or corticosterone levels at any time point over the diurnal cycle [Meaney et al., 1989, 1992]. Differences in HPA activity observed during stress cannot be accounted for by altered prestress, basal glucocorticoid levels.

The differences in plasma ACTH levels between H and NH animals suggest that the mechanism(s) underlying the differences in adrenocortical activity between H and NH animals is located at or above the level of the pituitary and may be related to differential sensitivity of glucocorticoid negative-feedback processes (i.e., the processes by which glucocorticoids act at pituitary and neural sites to dampen HPA activity). Indeed, we [Meaney et al., 1989] found that corticosterone or dexamethasone given 3 h prior to a 20-min period of restraint stress suppressed ACTH responses to a greater extent in H than in NH animals; the $ID_{50}$ for both corticosterone and dexamethasone was 5–10 times lower in the H animals. These data suggest that H animals are more sensitive to the negative-feedback effects of circulating glucocorticoids on HPA activity.

This delayed form of negative feedback is mediated by the binding of corticosterone to soluble intracellular receptors, including both glucocorticoid and mineralocorticoid receptor sites in selected brain regions and pituitary. The results of several studies [Bhatnagar et al., 1995; Meaney and Aitken, 1985; Meaney et al., 1985b, 1988, 1989, 1992; Mitchell et al., 1990a; Sarrieau et al., 1988] demonstrated significant and tissue-specific differences in glucocorticoid receptor binding capacity as a function of handling. H animals show increased glucocorticoid receptor binding capacity in the hippocampus and frontal cortex, but not in septum, amygdala, hypothalamus, or pituitary. The difference in the receptor binding capacity is clearly related to the number of receptor sites, and not to the affinity of the receptor for [3H]-radioligand (either dexamethasone or RU 28362). Moreover, the difference occurs in glucocorticoid receptors, but not in mineralocorticoid receptor sites [Sarrieau et al., 1988]. The difference is also apparent using Western blotting, suggesting that receptor levels are increased in H rats. Finally, using in situ hybridization with probes



**Fig. 1.** Integrated plasma ACTH responses (pg/ml/min) to restraint stress in H and NH rats that were ADX, ADX and given basal levels of corticosterone replacement (ADX + B), and sham-operated controls (SHAM). *p<0.05: NH values differ from those of H animals.

for either the glucocorticoid or mineralocorticoid receptor mRNA, we [O'Donnell et al., 1994] found that glucocorticoid receptor mRNA expression (grains/cell) was higher throughout the hippocampus of H compared with NH animals. There were no differences in mineralocorticoid receptor mRNA expression. The effect on glucocorticoid receptor mRNA was apparent in all cell fields of the hippocampus, and was due to an increased amount of mRNA expression per cell, rather than an increase in the number of cells in which glucocorticoid receptor mRNA expression was detectable.

The difference in hippocampal glucocorticoid receptor levels appears to be related to the decreased HPA responsivity to stress in H animals. Chronic administration of corticosterone results in a 30–45% downregulation of hippocampal glucocorticoid receptor binding sites [Sapolsky and McEwen, 1985; Spencer et al.,

Downloaded by: P. Pelosky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2047**

1991]. The effect is highly specific to the hippocampus, such that receptor binding capacity in the hypothalamus and pituitary is unaffected. In one experiment, we [Meaney et al., 1989] treated H animals for 5 days with corticosterone, and allowed 2 days for steroid clearance. Hippocampal glucocorticoid receptor density was down-regulated in the H + corticosterone animals to levels that were indistinguishable from those of NH animals, and significantly less than that of the H + vehicle animals. There were no differences in glucocorticoid receptor density in the hypothalamus or pituitary. When animals in these groups were exposed to a 20-min period of restraint, the H + corticosterone animals, like the NH animals, hypersecreted corticosterone 60 and 120 min poststress in comparison to the H + vehicle, control animals. The chronic corticosterone treatment reversed both the handling-induced increase in hippocampal glucocorticoid receptor binding capacity and the difference in stress-induced HPA activity. These data suggest that the difference in negative-feedback efficiency between H and NH is related to the differences in hippocampal glucocorticoid receptor density.

It seems that the increase in glucocorticoid receptor sites in the hippocampus is a critical feature for the handling effect on HPA function. The increase in receptor density appears to enhance the sensitivity of the hippocampus to circulating glucocorticoids, increasing the efficacy of negative-feedback inhibition over HPA activity, and serving to reduce stress-induced secretion of ACTH and corticosterone in H animals. These findings are consistent with the data revealing that the hippocampus is a critical site for glucocorticoid-mediated inhibition of HPA activity [de Kloet, 1991; Jacobson and Sapolsky, 1991].

The effect of postnatal handling on HPA negative feedback likely involves glucocorticoid receptor differences in at least one other region. Handling also increases glucocorticoid receptor density in the frontal cortex [Bhatnagar et al., 1995; Meaney et al., 1985b], which is involved in the regulation of stress-induced HPA activity [Diorio et al., 1993]. Medial prefrontal cortex lesions result in increased levels of ACTH and corticosterone both during and following the termination of stress. Corticosterone implants directly into this region produce a 40–50% decrease in stress-induced ACTH and corticosterone levels. Interestingly, these effects are apparent only with more moderate stimuli, in this case restraint. Neither the medial prefrontal cortex lesions nor corticosterone implants into this region had any effect on ACTH or corticosterone levels observed using ether

stress; a more severe stressor associated with 2–3 times higher levels of ACTH responses. Moreover, these effects were observed only during or following stress; neither treatment altered basal ACTH or corticosterone levels at any point over the diurnal cycle. These findings suggest that the handling effect on HPA function may also involve altered glucocorticoid receptor density in the frontal cortex.

An interesting question that emerges here concerns the nature of the relevant glucocorticoid feedback signal. There are at least two obvious signals: basal corticosterone levels prior to stress and the elevated corticosterone levels occurring during stress. Stress-induced elevations in corticosterone could serve as the signal for the termination of the stress response, once the activational effect of the stress has been removed. Alternatively, the increase in plasma ACTH could be associated with differences in the tonic negative feedback signal associated with basal corticosterone levels prior to stress.

To examine this question, we [Viau et al., 1993] compared ACTH responses to restraint in H and NH (1) adrenalectomized (ADX) animals, which lack any glucocorticoid negative-feedback signal; (2) ADX animals provided the equivalent of a basal corticosterone signal (ADX + corticosterone), but lacking the negative-feedback signal associated with stress-induced increases in corticosterone, and (3) intact, sham-operated animals (SHAM) which possess both basal and stress-induced glucocorticoid signals. These animals were studied 5 days following ADX, when the HPA axis has generally stabilized in ADX + corticosterone animals [Akana et al., 1988; Bradbury et al., 1991; Jacobson et al., 1988; Levin et al., 1987]. The corticosterone pellets provided circulating hormone levels of about 5 µg/dl, equivalent to the integrated basal level of corticosterone over the diurnal cycle. Basal plasma ACTH and anterior pituitary POMC mRNA levels were substantially increased by ADX in both H and NH rats, and these effects were effectively reversed with corticosterone pellet implants in both groups of animals: the corticosterone pellet was equally effective in reversing the effects of ADX on basal HPA activity in H and NH rats (fig. 2). Similarly, corticosterone replacement reversed the ADX-induced increase in plasma CBG in both H and NH rats (fig. 2).

Of greatest interest were the effects on stress-induced increases in plasma ACTH in H and NH rats. First, there were no differences in the plasma ACTH responses to restraint in ADX/NH vs. ADX/H animals: adrenalectomy completely abolished the difference in ACTH responses to restraint stress in H and NH rats. This was

Meaney/Diorio/Francis/Widdowson/ LaPlante/Caldji/Sharma/Seckl/Plotsky

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2048**

an important finding, for it suggested that in the absence of a glucocorticoid negative-feedback signal, ACTH responses to stress are comparable in H and NH rats, confirming that the differences in HPA responses to stress observed in intact H and NH animals are associated with differences in glucocorticoid negative feedback sensitivity. As expected, among the intact animals plasma ACTH levels during and following restraint in the NH rats were significantly higher than in the H rats. Surprisingly, differences in plasma ACTH between H and NH animals were also observed in the ADX animals provided with basal corticosterone replacement. In the ADX + corticosterone/NH rats, the plasma ACTH response to restraint was comparable to that in the ADX/ NH animals. Basal corticosterone replacement did not attenuate the ACTH response to stress in the ADX/NH rats. In contrast, in the ADX + corticosterone/H rats the plasma ACTH response to restraint was significantly reduced compared to ADX/H rats, and significantly lower than in ADX + corticosterone/NH animals. Thus, basal corticosterone replacement was sufficient to reinstate the differences between H and NH rats in ACTH (fig. 2).

It is important to note the specificity of this effect. The corticosterone replacement regimen used in this study was sufficient to virtually eliminate the adrenalectomy-induced increase in resting-state pituitary POMC mRNA, basal ACTH and plasma CBG in both H and NH animals, but altered stress-induced ACTH secretion only in the H animals. A number of previous studies have shown that in laboratory rats corticosterone pellet replacement of this order of magnitude was sufficient to correct basal ACTH secretion [Akana et al., 1988; Bradbury et al., 1991; Jacobson et al., 1988; Levin et al., 1987] and CBG production [Levin et al., 1987], but not stress-induced increases in plasma ACTH. These findings are comparable to our data with ADX + corticosterone/NH rats. By contrast, the negative feedback signal associated with basal corticosterone replacement *did* attenuate the ACTH hypersecretion with stress in ADX + corticosterone/H rats. The reduced ACTH secretion in response to stress in the ADX + corticosterone/H animals is consistent with previous data showing increased glucocorticoid negative-feedback sensitivity in H animals. Taken together, these data also indicate that differences in HPA response to stress between H and NH animals are dependent upon the presence of basal, but not stress-induced elevations in corticosterone levels.

It is also interesting that corticosterone replacement similarly affected basal ACTH levels in ADX H and NH



**Fig. 2.** Basal plasma ACTH levels, plasma corticosteroid-binding globulin (CBG) levels and integrated plasma ACTH responses (pg/ml/min) to restraint stress in H and NH rats that were adrenalectomized (ADX), adrenalectomized and given basal levels of corticosterone replacement (ADX + B), and sham-operated controls (SHAM). *p<0.05: NH values differ from those of H animals.

rats, but differentially affected stress-induced ACTH release. Amongst intact animals, H and NH rats differ in stress-induced, but not basal ACTH levels. These findings are consistent with the idea that the glucocorticoid feedback differences between H and NH rats occur in response to basal glucocorticoid levels, but selectively influence stress-induced HPA activity. The question, then, is how this regulation occurs.

Regulation of Forebrain Glucocorticoid
Receptor Gene Expression

53

Downloaded by: J. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2049**

Negative-feedback differences between H and NH animals can occur in response to basal corticosterone levels. These differences are also reflected in differences in hypothalamic synthesis of various ACTH secretagogues. Under resting-state conditions, median eminence levels of CRH and AVP (but not oxytocin) are significantly higher in NH compared with H rats [Viau et al., 1993; Bhatnagar et al., 1995]. Similarly, hypothalamic CRH mRNA levels are about 2.5-fold higher in NH compared with H animals [Plotsky and Meaney, 1993], and these differences are apparent in those neurons which regulate ACTH secretion via projections to the median eminence [Francis et al., submitted] (fig. 3). Thus, under basal conditions, hypothalamic CRH and AVP synthesis appears to be elevated in NH rats; a difference that occurs in the presence of basal glucocorticoid levels.

The differences in median eminence levels of CRH and AVP offer an insight into the nature of the differences in glucocorticoid negative feedback between H and NH animals (fig. 4). Since H and NH animals do not differ in basal levels of ACTH or corticosterone, it seems likely that the differences in CRH and AVP represent changes in the readily releasable storage pools of these peptides in axons terminals of nucleus paraventricularis (PVN) neurons located in the median eminence. The excitatory signal at the level of the PVN associated with stress likely results in greater CRH and AVP release in the NH animals. This, in turn, would result in a greater plasma ACTH signal. This idea is consistent with the finding that H and NH animals differ in plasma ACTH responses to a wide variety of stimuli. Indeed, the differences in the terminal pools of CRH and AVP suggest that H and NH animals would differ in stressors mediated by either secretagogue, as is the case for most known forms of stress. This hypothesis has been at least partially confirmed in one recent study. We found that CRH release from the median eminence in response to restraint was significantly greater in NH compared with H rats, and this has been determined using measures of both peptide depletion from median eminence stores and portal blood concentrations [Plotsky and Meaney, 1993; Plotsky et al., submitted].

ADX + corticosterone animals do not differ in corticotrope sensitivity to CRH [Bradbury et al., 1991], and thus differences in ACTH release in response to stress most likely reflect differences in neural regulatory components of ACTH secretion. This idea is also consistent with available information on the role of the hippocampus in mediating glucocorticoid inhibition of HPA activ-



**Fig. 3.** Schematic representation of differences in CRH mRNA expression in the medial dorsal portion of the PVIV in H and NH rats. This region is a major source of CRH projects to the median eminence. The data are derived from grain counts per cell analysis within 25 arbitrarily defined subdivisions. About 20 cells were analyzed per division. High expression (dark circles) refers to divisions with 8 or more highly labelled cells (i.e., 10×background); moderate expression (hatched circles) refers to divisions with 5–8 highly labelled cells; low expression refers to divisions with 2–4 highly labelled cells. dp = ?; pml = ?; mpv = ?.

ity. Hippocampal lesions increase CRH and AVP mRNA levels in the hypothalamus [Herman et al., 1989] and HPA responses to stress [Sapolsky et al., 1984]. Hippocampal lesions also block the inhibitory effects of dexamethasone on pituitary-adrenal activity [Feldman and Conforti, 1980; Jacobson and Sapolsky, 1991]. Moreover, the inhibitory effect of the hippocampus on HPA function is mediated, in part at least, by glucocorticoid receptor activation. Thus, basal portal concentrations of CRH and AVP are negatively correlated with hippocampal glucocorticoid receptor occupancy [Sapolsky et al., 1990]. These findings suggest that an increased glucocorticoid receptor signal at the level of the hippocampus, such as that occurring in H rats, is associated with decreased levels of hypophysial CRH and AVP.

On the basis of these data, we proposed that (1) H and NH animals differ in delayed negative feedback and that this difference is reflected in differential rates of CRH and AVP synthesis in the PVN of the hypothalamus; (2) that differences in negative-feedback regulation are apparent even in response to basal corticosterone signals and occur as a result of the increased glucocorticoid receptor density in the hippocampus; (3) in response to

Meaney/Diorio/Francis/Widdowson/ LaPlante/Caldji/Sharma/Seckl/Plotsky

Downloaded by: P. Plotsky - 211806 Emory University 170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2050**



**Fig. 4.** A summary of our earlier understanding of the mechanisms underlying the differences in HPA responses to acute stress in H and NH animals. The increased glucocorticoid receptor levels confer greater sensitivity to corticosterone (B) in hippocampal tissue from H animals. Therefore, even under basal corticosterone levels (which do not differ in young, adult H and NH rats) there is a greater tonic inhibitory signal (−) on hypothalamic CRH and AVP synthesis in handled rats. In response to the neural signals associated with stress and impinging upon the hypothalamus, there is a greater release of CRH/AVP into portal circulation (+) in the NH rats, resulting in greater ACTH release. Grec = ?.

stress there is a greater release of CRH and/or AVP in the NH animals; (4) giving rise to a greater increase in plasma ACTH levels, and (5) a greater increase in plasma corticosterone levels which persists for a longer period of time (i.e., higher poststress plasma corticosterone levels in the NH animals). In our view, the central feature of the handling effect on HPA responsivity to stress involves the changes in hippocampal glucocorticoid receptor gene expression.

### Postnatal Handling: The Effects of Prenatal Environment

The offspring of prenatally stressed dams have been found to show increased HPA responses [McCormick et al., 1994; Weinstock et al., 1992]. Prenatal stress also increases median eminence CRH content [Smythe et al., in press]. The mechanism underlying these effects differs from that of postnatal manipulations. Prenatal stress decreases hippocampal mineralocorticoid receptor binding, without altering glucocorticoid receptor levels [Maccari et al., 1994; McCormick et al., 1994]. Prenatal stress also increases plasma CBG levels [McCormick et al., 1994]. The increase in plasma CBG is not sufficient to offset the increased corticosterone responses during stress in these animals; plasma free corticosterone responses to stress in prenatally stressed animals are significantly elevated. However, it could serve to dampen negative feedback efficacy by reducing the biologically active corticoid signal. Together with the reduced miner-

alocorticoid receptor sensitivity, this decrease in plasma CBG levels could provide an explanation for the increased CRH synthesis and elevated HPA responses to stress.

Postnatal environmental events occur against a background of prenatal life. Indeed, postnatal events can modify the expression of prenatal factors. Thus, postnatal handling, which serves to decrease HPA responses to stress, can attenuate the effects of prenatal stress on HPA responsivity [Smythe et al., in press]. In fact, the effects of postnatal handling are actually more pronounced in prenatally stressed animals. This is apparently also true for nociception [Smythe et al., 1994]. Prenatal stress increases pain thresholds. Postnatal handling completely reversed this effect. At the same time, postnatal handling had no effect at all in animals that had not been exposed to prenatal stress.

Maccari et al. [1994] reported that adoption served much the same role. Prenatally stressed animals that were raised by foster mothers did not differ from controls on measures of HPA responsivity to stress. As in earlier studies, prenatally stressed animals raised by their biological mothers showed increased pituitary-adrenal responses to stress. Maccari et al. [1994] also reported that the mothers of the adopted offspring showed increased licking and manipulating of their pups. Interestingly, mothers of H pups show the same pattern of maternal behavior [Lee and Williams, 1975]. These findings raise the possibility that the environmental effects

Regulation of Forebrain Glucocorticoid
Receptor Gene Expression

Downloaded by: A. Plotsky - 211808
Emory University
170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2051**

may be mediated by changes in the behavior of the mother [Levine, 1975] (see Biological Significance section below).

### Effects of Prolonged Periods of Maternal Separation on HPA Responses to Stress

These studies show that the HPA response to stress is modified by early handling. The handling procedure involves separating the pup from the dam for a period of ~15 min and exposing the pup to a novel array of sensory stimuli. In the course of normal mother-pup interactions, the dam is regularly away from the nest, and the pups, for periods of 20–30 min [Jans and Woodside, 1992; Leon et al., 1978]. Thus, the handling manipulation does not result in an abnormal period of separation or loss of maternal care. But what about much longer periods of separation, where there is a loss of maternal care (including the nutritional and thermal needs met by the mother)?

In one set of studies, we [Plotsky and Meaney, 1993] studied animals that were separated from their mothers once per day for 0, 15, 60, 180 or 360 min from days 2 to 14 of life and then studied as adults. The long-term effects of HPA responses to stress were qualitatively different depending upon the duration of maternal separation. As adults, animals exposed to repeated maternal separation of 180–360 min per day for the first 2 weeks of life showed significantly increased plasma ACTH and corticosterone responses to either restraint or novelty stress compared to 0-min-separation controls (animals reared in the same manner as NH animals). The animals exposed to the 15-min period of separation (animals reared in the same manner as H animals) showed reduced plasma ACTH or corticosterone responses to stress. These findings underscore the very different sequelae associated with handling versus maternal separation.

The longer periods of maternal separation also resulted in decreased glucocorticoid receptor binding in both the hippocampus and hypothalamus [Plotsky and Meany, unpubl.], important sites for glucocorticoid feedback regulation of CRH synthesis. Thus, the effects of maternal separation were also apparent at the level of the CRH neurons. Adult animals exposed to maternal separation for 180 or 360 min/day as neonates exhibited a marked increase in hypothalamic CRH mRNA as compared to either H or NH pups. Furthermore, stalk median eminence CRH peptide content paralleled the changes in hypothalamic mRNA. These studies are consistent with the idea that the hypothalamic CRH neurons are a target

for regulation by neonatal experience, and that this regulation results in permanent alteration of the HPA axis.

Adult animals exposed to repeated periods of prolonged maternal separation also differed in negative-feedback sensitivity to circulating glucocorticoids. Administration of dexamethasone suppressed basal HPA activity in H rats to a significantly greater extent than in maternal separation animals, suggesting that the efficiency of glucocorticoid negative feedback was reduced by repeated periods of maternal separation during early life. These findings are consistent with the decreased glucocorticoid receptor levels seen in these animals.

### The Effects of Neonatal Endotoxin Exposure on HPA Responses to Stress

Illness in early life represents a rather general and common event and, as it turns out, one with surprisingly robust effects on the development of the HPA axis. We [Shanks and Meany, 1994; Shanks et al., 1995] studied this phenomenon in rat pups exposed to a low dose of an endotoxin (Salmonella enteritidis) on days 3 and 5 of life. The dose was chosen in order to induce illness, but at a level that was not life-threatening (i.e., none of the treated pups died within the next 2 weeks). The endotoxin treatment did elevate plasma glucose levels, severely dampened behavioral activity, and increased body temperature [Shanks et al., 1994].

When the animals were examined as adults [Shanks et al., 1995], the endotoxin-treated animals showed significantly increased plasma ACTH and corticosterone responses to stress in comparison to both saline-treated and untreated controls. There was also a decrease in glucocorticoid receptor density in the endotoxin-treated animals that was apparent in frontal cortex, hippocampus and hypothalamus. Likewise, resting-state, median eminence levels of CRH and hypothalamic CRH mRNA expression were significantly higher in the endotoxin-treated animals compared with controls. In addition, median eminence AVP levels were significantly higher in the early endotoxin-treated animals. Again, we see evidence of differences in adult hypothalamic CRH/AVP activity as a function of early life events.

These animals also differed in glucocorticoid negative-feedback sensitivity. A 10 µg/g body weight injection of dexamethasone 3 h prior to restraint stress completely abolished plasma ACTH responses in the controls (100% suppression). In the endotoxin-treated animals, the plasma ACTH response to restraint was only partially suppressed (~40% suppression); indicating reduced glucocorticoid negative-feedback sensitivity.

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2052**

*Summary of Early Environmental Effects on HPA Responsivity to Stress*

The effects of handling are almost completely the opposite of those of maternal separation or neonatal endotoxin exposure. This suggests that the differentiation of neural structures, and notably glucocorticoid receptor systems within these areas, are sensitive to a variety of environmental signals during the postnatal period. These signals can act to permanently increase or decrease glucocorticoid receptor expression within specific neural structures, and in so doing to determine the responsiveness of the HPA axis to stress throughout the lifetime of the animal. We feel that these findings reflect a natural state of neural plasticity through which HPA responsiveness to stress in adulthood can be either enhanced or dampened as a function of early environmental events.

Each of the environmental manipulations discussed above permanently alters resting-state activity in hypothalamic CRH/AVP neurons. These cells furnish the neural signal by which stress activates the pituitary-adrenal unit. Thus, increased CRH/AVP synthesis is associated with increased HPA responses to stress. In each case, there is also evidence for altered glucocorticoid negative feedback sensitivity. Animals exposed to neonatal maternal separation or endotoxin treatment show decreased glucocorticoid inhibition of ACTH release, while handling increases negative feedback efficacy. Glucocorticoids are known to regulate the synthesis and release of hypothalamic CRH and AVP [Plotsky and Vale, 1984; Plotsky and Sawchenko, 1987; Plotsky et al., 1986; Sawchenko, 1987; Imaki et al., 1991]. Indeed, this process is considered as a basis for delayed glucocorticoid negative feedback effects [Dallman et al., 1993]. Thus, it is likely that the increased synthesis of ACTH secretagogues (CRH, AVP) in the endotoxin-treated and maternal separation animals occurs in response to a decreased tonic, glucocorticoid negative feedback signal. By contrast, in the H rat the increased glucocorticoid negative-feedback signal results in decreased CRH/AVP synthesis.

In each case, the changes in feedback sensitivity are associated with changes in glucocorticoid receptor expression in brain regions known to regulate HPA activity. This effect appears to provide a cellular mechanism for differences in glucocorticoid feedback sensitivity. By altering the differentiation of neurons in brain regions known to regulate HPA activity, early experience can permanently alter the neuroendocrine responses to stress. The forebrain glucocorticoid receptor system is

therefore an important and common target for early environmental regulation. In altering feedback sensitivity, the early environment establishes the tone for tonic glucocorticoid inhibition over hypothalamic CRH/AVP neurons, and thus modifies HPA responsivity to stress.

## Effect of Handling on HPA Responses to Chronic Stress and the Demise of Figure 4

The data discussed above provide an interesting, but somewhat flawed model for understanding the neural basis for differences in HPA responses to acute stress between H and NH rats. The problem here rests with the prediction that H and NH rats should differ in HPA responses to any stressor that acts via CRH/AVP neurons. Bhatnagar et al. [1995] reported a series of studies on the effects of handling on HPA responses to chronic, intermittent stress (i.e., the same stressor presented repeatedly to an animal on a regular basis for a specific period of time) using cold stress as the chronic stressor, and examined (1) habituation of HPA responses to the repeated stressor, and (2) facilitation of HPA responses to a novel stressor, restraint.

First, neither H nor NH rats differed in either plasma ACTH or corticosterone responses to a 4 h period of cold (4°C). This finding stands in stark contradiction to the prediction generated from figure 4. By the 22nd day of exposure to intermittent cold stress, the H animals, but not the NH animals, showed a significant decrease in plasma ACTH responses to cold, suggesting that some measure of habituation within the hypothalamic-pituitary unit occurred in the H, but not the NH rats.

When exposed to the novel stressor (acute restraint), the chronically stressed NH rats showed substantially greater facilitation of HPA responses than did the chronically stressed H rats. Among the chronically stressed NH rats, the magnitude of the plasma ACTH response to restraint was significantly greater than in the control NH rats. In H rats, the response to restraint was generally similar between chronically stressed and control animals. Thus, the H rats showed greater evidence of habituation to a chronic, intermittent stressor and reduced levels of facilitation of HPA responses to a novel stressor presented acutely.

There were no effects of chronic stress on glucocorticoid receptor binding in hippocampus, frontal cortex or hypothalamus. However, the difference in facilitation may, at least in part, be explained by differences in secretagogue synthesis. Chronically stressed NH rats

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2053**

showed a dramatic increase (150%) in median eminence CRH content; the increase in H rats was very modest (60%). Interestingly, both groups showed a comparable increase in median eminence AVP content. In absolute terms, AVP content in the chronically stressed NH rats was about 2-fold higher than in chronically stressed H rats, amplifying the difference observed in control H and NH animals. There was no difference among the groups in oxytocin levels. Together, these findings suggest that secretagogue levels were greatly increased in the chronically stressed NH rats, and only slightly increased in the chronically stressed H rats. This group difference may explain the difference in the degree of facilitation of plasma ACTH responses to a novel, acute stressor.

However, this explanation begs the question of why secretagogue synthesis was increased by chronic stress to a greater extent in NH than H rats. This finding likely reflects the feedback differences discussed above. Chronic stress serves to activate PVN neurons, increasing secretagogue synthesis. Acute stress has been shown to increase hypothalamic CRH mRNA levels [Lightman and Harbuz, 1993], and increases in AVPir following several forms of chronic stress have been consistently reported, including chronic cold stress [de Goeij et al., 1991]. A counterweight to this excitatory input is the negative-feedback effect of increased glucocorticoid levels associated with the stressor [Dallman et al., 1993]. H rats show increased glucocorticoid receptor expression in the hippocampus and the frontal cortex, regions known to regulate HPA activity. The increase in receptor density is associated with increased tissue sensitivity, and thus increased sensitivity to the negative feedback effects of circulating glucocorticoids. It seems likely to us that in the H rats the enhanced sensitivity to glucocorticoid feedback counters the effects of chronic stress more effectively, dampening the effects of secretagogue production and the facilitation of HPA responses to novel stressors.

This analysis does not explain differences in HPA responses to the homotypic stressor (cold). In this case, decreased plasma ACTH responses were observed in chronically stressed compared to control H rats despite an increase in median eminence AVP and a slight increase in CRH. Thus, repeated exposure to the same stressor reduced plasma ACTH responses to the homotypic stressor in the H rats, while responses to a novel stressor were unaffected. In the NH rats, exposure to a chronic stressor did not affect subsequent HPA responses to that stressor, but did serve to enhance responses to a novel stressor. In both cases, the effects of chronic stress on subsequent HPA responses differed depending on whether one probed the axis using the same or a novel stressor. Thus habituation to the familiar, homotypic stressor and facilitation to the novel stressor occur via different neural pathways which are both distal to the PVN. Dallman et al. [1993] have already made this argument in relation to pathways underlying facilitation.

We propose that habituation to the familiar, homotypic stressor occurs via an active, inhibitory input to PVN CRH/AVP neurons, and that the source of this input is also distal to the PVN. The reader familiar with the literature on the neurology of fear and emotion [for review, see LeDoux, 1992] will quickly realize that what we are suggesting is not at all new; save possibly for its application to endocrine systems. An active inhibitory input seems to be the only way in which one would see decreased plasma ACTH responses in the presence of increase secretagogue synthesis, as occurred in the chronically stressed H rats.

There are several components to the chronic intermittent stress paradigm used in these studies. One component involves the degree of novelty associated with the procedures. Several electrophysiological and behavioral studies have examined habituation to novelty, and the key feature of this habituation process is that it reflects an active process [Bodnoff et al., 1989; Gray, 1987; Vinogradova, 1975]. Responses to novelty are actively inhibited as the stimulus becomes increasingly familiar. We propose that such a mechanism accounts for the adaptation to the homotypic stressor, and that differences in H and NH rats in this inhibitory system explain the failure of the chronically stressed NH rats to show habituation to the homotypic stressor.

The results of both behavioral and pharmacological studies with H and NH rats at least indirectly support the idea that differences between H and NH animals in their responses to the homotypic stressor reflect differences in their responses to novelty. NH rats are more reactive and show increased fearfulness and anxiety in novel environments compared with H rats. Levine [1975] found that a single exposure to shock delayed appetitive behavior and increased defecation and freezing in an open field to a greater extent in NH than in H animals. Bodnoff et al. [1987] found that, compared with H rats, NH rats showed increased latencies to eat when provided food in a novel environment [also see Ferré et al., in press]. NH rats also show increased defensive behaviors in the presence of an intruder [Hilakivi-Clarke et al., 1991]. These findings, taken together with numerous studies of open

Meaney/Diorio/Francis/Widdowson/
LaPlante/Caldji/Sharma/Seckl/Plotsky

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2054**

field exploration [e.g. Denenberg, 1964] have suggested that NH rats are more responsive to novel stimuli [Fernandez-Teruel et al., 1992a, b].

Gray [1987] and others have proposed that the GABA/benzodiazepine receptor complex is involved in mediating the activity in neural systems responsive to novelty. Bodnoff et al. [1989] among others found that the latency to feed in a novel environment is decreased with benzodiazepine treatment. Further, repeated exposure to the novel environment results in adaptation to that stimulus, such that the latency to feed is decreased. This adaptation was completely reversed by administration of the benzodiazepine receptor antagonist RO15-1788, suggesting that the adaptation that occurs upon repeated exposure to a stimulus is an active process that involves the GABA/benzodiazepine receptor complex. Thus, the differences between H and NH rats in activity within benzodiazepine-sensitive systems may underlie the adaptation to the homotypic stressor that occurs in H, but not in NH rats. In support of this idea, we [Bodnoff et al., 1987] found that H animals have increased forebrain central benzodiazepine receptor levels.

The proposed process of active inhibition involved in the adaptation to the homotypic stressor should be considered as distinct from classical glucocorticoid feedback processes. Active inhibition of the response to a previously novel stimulus becomes stronger with repeated exposure to the stimulus. In contrast, repeated exposure to stress leaves glucocorticoid feedback sensitivity either unchanged or weakened.

Moreover, the active inhibitory process, like the glucocorticoid feedback effect, is not sufficient to eliminate the HPA response to a clear stressor; after all, 4–8 °C is still cold on the 22nd day. Rather, the aspect of the response that is reduced is the response to the novelty of the procedure.

This active inhibitory process (fig. 5) should be considered projecting either to the PVN or to excitatory inputs into the PVN. It is clearly distinct from the facilitatory input proposed by Dallman et al. [1993]. Based on numerous studies showing that HPA responses to a second presentation to a stressor are similar or even potentiated as compared to the HPA activation that occurs in response to the first presentation, they proposed that a single exposure to stress provides both a facilitatory and an inhibitory signal for subsequent stress-induced HPA activity. Under normal circumstances, the signals roughly balance, so that the capacity for an HPA response is sustained. They also proposed that the target for the facilitatory signal is distal to the PVN. The



**Fig. 5.** We present two related models that might explain, in part, conditions where H and NH rats differ in HPA responses to acute stress. This neural model involves sites responsible for dynamic regulation of CRH/AVP synthesis and release. Some of these sites are sensitive to glucocorticoid feedback inhibition and to the facilitatory effects of chronic stress, others are not. In addition, glucocorticoid feedback serves as a signal for tonic inhibition of CRH/AVP synthesis under resting-state conditions. Finally, we propose an active inhibitory site that serves to monitor the novelty of a stimulus. This site is active under conditions where a stimulus is familiar to the animal. Thus, HPA responses to novel stressors should exceed those occurring in response to familiar stressors. Note that this site is concerned only with the aspect of novelty, and does not serve to eliminate the HPA response, except under conditions where the original response occurred due only to the novelty of the stimulus. – = Greater tonic inhibitory signal; + = greater release of CRH/AVP into the portal circulation. BZ = benzodiazepine.

inhibitory signal here is apparently glucocorticoid sensitive [Dallman et al., 1993], and we would simply propose that the tonic inhibitory input (such as in fig. 4) into the PVN is the relevant site for the inhibition in the Dallman model, or that glucocorticoids feedback directly onto the site where facilitation occurs (fig. 5).

These considerations notwithstanding, the current concepts of glucocorticoid negative-feedback processes are in need of revision. In the absence of steroid feedback (i.e., ADX animals), the HPA response to at least some stimuli appear to undergo apparently normal shutoff [for example, see Bradbury et al., 1991]. Furthermore, Thrivikraman and Plotsky [1993a, b] recently demonstrated stimulus specificity of glucocorticoid negative-feedback processes in response to reexposure to an acute stimulus, implying that stressors might be simplistically categorized as physical stressors (i.e., those stressors to which animals do not habituate and which involve tissue damage, infection and/or pain) which are resistant to normal negative feedback processes, and

Regulation of Forebrain Glucocorticoid Receptor Gene Expression

**Exhibit 132 - 2055**

cognitive-emotional stressors (i.e., those stressors to which animals habituate upon repetition and which are emotional in nature) which are sensitive to classical glucocorticoid-mediated negative feedback processes, as well as to GABA/benzodiazepine activation. Glucocorticoid negative-feedback represents a conditional process which may require the action of corticosteroids at multiple sites (e.g., frontal cortex, hippocampus, hypothalamic sites, including the MPOA and the parvocellular PVN) *depending upon the natur of the stressor.* Inhibition of CRH/AVP activity in the PVN also occurs as a function of additional, probably steroid-independent input to the PVN. On the basis of our observations, we propose that the first presentation of a stressor feeds into an active inhibitory process (fig. 5), and that the continual activation of this system, as would result from chronic exposure to the stressor, causes the gradual dampening of hypothalamic-pituitary responses to the stressor (i.e., habituation).

Finally, we should realize that to date feedback has been an operationally defined construct – a process whereby specific signals dampen ACTH release. The critical sites of action are beginning to be identified. What is certainly not known are the relevant targets to which these sites project. Does the hippocampus or frontal cortex decrease HPA responses to stress because of input to the PVN or because it inhibits an excitatory (noradrenergic?) signal arising from the midbrain? Moreover, there is, in our opinion, no reason to assume that all potential sites, such as the hippocampus, are equally important for all stimuli. Together, these considerations suggest that (1) the neural substrates underlying glucocorticoid negative feedback differ depending upon on the stressor, and (2) the inhibition of HPA responses to stress can occur via nonglucocorticoid sensitive systems, such as the benzodiazepine/GABA system. Both systems appear to function with greater sensitivity in H rats.

### Acute Stress Responses in H and NH Rats Revisited

A major question, of course, is why H and NH rats did not differ in response to acute exposure to cold stress. This same finding emerged when we used acute endotoxin exposure as the stressor; again we observed no differences in plasma ACTH responses between H and NH rats [Bhatnagar et al., in press]. Thus, H and NH animals do not differ in HPA responses to all acute stressors. Why would animals that differ so greatly in resting state levels of secretagogue levels not differ in response to any acute stressor, as long as that response was mediated by either CRH or AVP?

We must now imagine that the neural systems that distinguish H and NH rats must be comprised of multiple systems: one which exerts a tonic influence over CRH synthesis, and others which are concerned with secretagogue release (again see fig. 5). The tonic process is clearly subject to glucocorticoid feedback regulation, and this is probably like the process described in figure 4.

However, HPA responses to endotoxin are not inhibited by prior exposure to glucocorticoids [see Lightman and Harbuz, 1993]; unlike responses to air-puff startle, restraint and novelty, which do distinguish H and NH animals. What is also interesting at this point is the finding that prior exposure to chronic stress does not serve to facilitate HPA responses to endotoxin [Bhatnagar et al., submitted]. Thus, the neural pathway mediating dynamic changes in CRH/AVP synthesis and release in response to endotoxin does not appear to be sensitive to either glucocorticoid feedback or to prior chronic stress. This implies the existence of multiple systems stimulating CRH/AVP release (which is certainly not an earth-shattering realization), and that only some of these systems are stress/GC sensitive (i.e., subject to both facilitation and glucocorticoid inhibition). It is worth noting that these systems may be differentially activated on the basis of either the nature or the intensity of the stressor. Ericsson and Sawchenko [pers. commun.] provided evidence showing that increasing doses of IL-1 administration recruit increasingly more complex neural patterns of activity (i.e., nuclei that respond only to higher doses). Hence a higher IL-1 signal is associated with a different pattern of cFOS-ir neural activation than a lower dose.

Two alternative models are provided in figure 5. These models postulate multiple sites controlling secretagogue synthesis and release, one (or some) of which are sensitive to facilitating effects of chronic stress and inhibitory effects of glucocorticoid negative feedback, and one (or some) of which are not. The latter likely control HPA responses to endotoxin which are affected neither by prior chronic stress nor by glucocorticoid feedback. In addition, there are sites regulating tonic synthesis of CRH and AVP. Herman et al. [1989] have suggested that these sites include the hippocampus and the bed nucleus of the stria terminalis. A number of other limbic sites have been identified, including the amygdala and septum [Feldman and Weidenfeld, 1995], the frontal

Meaney/Diorio/Francis/Widdowson/
LaPlante/Caldji/Sharma/Seckl/Plotsky

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:06:37 PM

**Exhibit 132 - 2056**

cortex [Diorio et al., 1993], as well as the medial preoptic area [Viau and Meaney, in press]. The PVN may be a source of tonic feedback via either local glucocorticoid actions or via CRH influences on CRH receptors located on PVN neurons. This list is surely incomplete, but it serves to give the reader an idea of the complex neural network that can serve to govern HPA responses to stress. It also looks remarkably like the old Papez-MacLean circuitry that was proposed several years ago as a neural basis for fear and autonomic activation. The consideration of such sites does serve to move the focus of attention away from CRH/AVP synthesis in the PVN towards sites that might be involved in regulating dynamic variations in CRH/AVP release. The best candidate system here is the ascending noradrenergic input into the PVN [Plotsky et al., 1989]. Noradrenergic input into the PVN drives CRH/AVP release largely, it would seem, through $\alpha_1$-receptor activation. Interestingly, glucocorticoids appear to regulate stress-induced increases in noradrenaline release in the PVN [Pacak et al., 1993]. These findings clearly open the possibility that these ascending noradrenergic neurons might be either direct or indirect targets for feedback regulation (fig. 5).

If this model has any merit, then H and NH rats would not be expected to differ in their response to the acute presentation of a stressor which activates dynamic changes in CRH/AVP synthesis and release via neural pathways that are not sensitive to glucocorticoid feedback or to facilitatory effects of prior stress. Studies are under way to examine this prediction, and will no doubt lead to yet another, hopefully improved, model. It is interesting, however, that H and NH animals would not differ in their responses to stressors that are not sensitive to either facilitation or glucocorticoid negative feedback. Both of these signals represent mechanisms by which the HPA response can be regulated in relation to ongoing events. It may be that for this class of stimuli, a certain level of adrenal output is absolutely essential and tissue demands thus override other concerns, as might occur during activation of immune or inflammatory responses with endotoxin, or serious metabolic challenges, such as cold. It is perhaps understandable why glucocorticoid negative feedback is the target for early environmental regulation, resulting in stable individual differences in HPA responses to certain classes of stressors.

## Biological Significance

We believe that the effects of early environment on the development of HPA response to stress reflect a naturally occurring plasticity whereby the early environment is able to 'program' rudimentary, biological responses to threatening stimuli. The activation of adrenocortical/sympathoadrenal responses to stress is both essential for survival and metabolically costly. Increased glucocorticoid responses to stress are associated with enhanced immunosuppression [see Munck et al., 1984 for a review] and increased risk for neuropathology in later life [Kerr et al., 1989; Meaney et al., 1988, 1991; Issa et al., 1990; Sapolsky et al., 1990]. While it is clearly in the animal's best interest to activate these neuroendocrine systems in response to threat, exaggerated or unnecessary activity can also be damaging. Hence the importance of an appropriate response to the existing threat.

Like humans, the Norway rat inhabits a tremendous variety of ecological niches, each with varied sets of environmental demands. The plasticity observed in these developmental studies could allow animals to adapt defensive systems to the unique demands of the environment. Since most mammals usually spend their adult life in an environment that is either the same or quite similar to that in which they were born, developmental 'programming' of CNS responses to stress in early life is likely to be of adaptive value to the adult. Such programming affords the animal an appropriate level of adrenal hormone response, minimizing the need for a long period of adaptation in adult life. The results of our studies suggest that this neonatal programming occurs via the forebrain neurons which govern HPA activity.

The data on early endotoxin exposure represent an interesting example of this process. Under normal conditions, early postnatal life represents a period of bacterial colonization [Williams, 1981], a time when a previously sterile milieu is inhabited by microorganisms which are likely to remain as threatening residents throughout the life of the animal. We can assume that there are considerable differences in the degree of colonization as well as in the species and the threat they represent [Williams, 1981]. It is also reasonable to assume that these processes as well as the level of pathogens in the environment represent a developmental signal that approximates the minimal level of immunological challenge that is likely to confront the animal over the course of its life. This signal, in turn, appears capable of regulating the development of the HPA axis. The HPA axis represents

Downloaded by: P. Plotsky - 211808
Emory University
170.140.237.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2057**

an important regulator of immune function. Munck et al. [1984] have argued that in the absence of adequate adrenocortical regulation, elevated immune activity can present a cytotoxic threat to the animal. Animals showing inadequate adrenocortical responses to immune challenge are highly vulnerable to autoimmune disorders [Sternberg et al., 1989] and the toxic effects of exaggerated immune responses [Mason, 1991]. These effects seem to involve glucocorticoid production. Following adrenalectomy or treatment with the glucocorticoid receptor antagonist, RU 38486, animals are more susceptible to endotoxic shock [Ramchandra et al., 1992; Lazar et al., 1992]. In this context, the enhanced HPA responsivity of the endotoxin-treated animal is probably of adaptive value.

What is curious is why this enhanced level of HPA responsivity becomes generalized to other forms of stress, and this may represent the biological cost extracted from the animal in anticipating (and adapting to) a higher level of immunological challenge. This condition may be related to the fact that while the brain may respond quite differently to various stressors, ultimately each results in an increase in HPA activity via a very limited peptidergic signal emitted by a small population of neurons, the parvocellular CRH/AVP neurons. While other peptides may be involved in regulating the ACTH response, most stimuli inevitably involve an increase in the CRH or AVP signal. In fact, this situation is analogous to the process whereby chronic exposure to one form of stress in the adult animal results in the enhancement of HPA responses to other forms of stress presented acutely [Dallman et al., 1993].

The various environmental paradigms used in these studies differ considerably, and yet each alters the development of forebrain glucocorticoid receptor systems. This has led us to wonder whether there is some common element to these manipulations. Do these procedures alter some naturally occurring event that is relevant to glucocorticoid receptor development? In this regard, it is interesting that among adult laboratory rats of the same strain, there are very wide variations in hippocampal glucocorticoid receptor binding capacity, with $B_{max}$ values ranging from 150 to 450 fmol/mg protein. Although our studies are performed with an outbred strain of rat, such variation in glucocorticoid receptor binding also characterizes inbred strains [E.R. De Kloet, pers. commun.]. Might such variation be associated with an epigenetic factor, such as variation in maternal care?

Bacterial colonization in early life is a normal event; handling is not. Moreover, the environment of the neonatal wild rat is characterized by a dearth of sensory stimulation, including remarkably stable ambient temperature, humidity, and noise levels [Daly, 1973]. Darkness prevails, and in general pups do not move outside of the burrow for quite some time after birth, and certainly a period that is longer than the first 3 weeks of life (although maturational markers in wild rats are not readily applied to the precocious laboratory strains). Thus, changes in the sensory environment simulated by handling are not common in the natural setting. Nevertheless, we believe that handling, as well as the maternal separation paradigm, do map onto naturally occurring individual differences in early life experiences involving maternal care [see Levine, 1975 for an earlier version of this hypothesis]. Handling results in changes in mother-pup interactions. We [Woodside et al., submitted] have examined the effect of handling on the amount of time the mother spends with her offspring. Typically, a nesting bout begins when the mother approaches the litter, gathers the pups under her, and suckles, and it terminates when the mother licks the pups and leaves the nest [the termination of a nesting bout is associated with an increase in the mother's body temperature; see Leon et al., 1978; Jans and Woodside, 1990]. Overall, we found that mothers of H pups spend the same amount of time with their litters as mothers of NH pups. However, mothers of H litters have shorter but more frequent nesting bouts and spend significantly more time manipulating their pups, especially licking of pups [also see Lee and Williams, 1974, 1975], than mothers of NH pups. This latter effect is likely due to the fact that mothers of H litters are getting on and off her pups more frequently, and licking is associated with the termination of each bout. H pups show increased ultrasonic vocalizations [Bell et al., 1971], and such calls elicit maternal care (e.g. retrieval). Several aspects of the mother-pup interactions are of known importance in neural development, especially maternal licking. Handling ultimately results in an increase in mother-pup contact, while both maternal separation and endotoxin exposure [Shanks, unpubl.] result in diminished mother-pup contact. Long periods of maternal separation clearly alter the amount of time the mother is in contact with her pups, and mothers of endotoxin-treated pups also spend less time in contact with their offspring, perhaps due to the increased body temperature of the pups, which serves to limit maternal contact [Jans and Woodside, 1990]. The question, then, is whether some aspect of this altered pattern of maternal behavior may serve as a critical stimulus for the environmental effects on the development of glucocorticoid

Downloaded by: P. Plotsky – 211806
Emory University
170.140.237.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2058**

receptor systems. The evidence is not plentiful, but certainly supportive. Hennessy et al. [1982] found that the strain of the mother determined the nature of the handling effect on adrenal glucocorticoid responses to novelty in mice.

In further support of the maternal-mediation hypothesis, Jans and Woodside [1990] found that heating the nest temperature to 32–33°C produces a pattern of maternal behavior that is similar to that in mothers of H pups. Interestingly, Jans [in press] found that heating the nest produces changes in latent inhibition that are comparable to those of handling. Indeed, NH animals reared on warmed nests did not differ from H rats in latent inhibition. It will be interesting to see if the same pattern of findings holds for handling-induced changes in HPA function.

Under natural conditions, there is considerable variation in the amount of time that mothers spend away from their litters [Calhoun, 1962]. This variation derives, in part, from the social status of the mother. Dominant female rats build their nests in proximity to food/water, and have ready access to these resources. Subordinate females are forced to locate their nests further from food and water, and gain access to these resources only in the absence of competition from dominant animals. Accordingly, Calhoun found that it is not uncommon for a subordinate dam to be off her litter for 2–3 h at a time. This is exactly the period of time that was used in the Plotsky and Meaney [1993] maternal separation study, and which produced significantly increased hypothalamic CRH mRNA expression and HPA responses to stress. In this manner, the behavior of the mother towards her offspring could alter the differentiation of limbic and cortical neurons that govern behavioral and endocrine responses to stress. Interestingly, in primates at least, the offspring tend to assume the rank of their mothers. In both rats and old world monkeys, subordinate animals show increased HPA activity [Blanchard et al., in press; Sapolsky, 1982, 1993]. The increased HPA activity of the subordinate could be adaptive in several respects. It could assist the animal in meeting the metabolic demands associated with the stress of social subordination. We assume that these animals are not biologically more or less fit based on their HPA responses to stress. These animals are simply different, and the differences can be at least partially understood in terms of the early environmental events – and perhaps in differences in maternal care.

## The Mechanism of Action of Handling on Glucocorticoid Receptor Development

The handling paradigm provides a model for understanding the mechanisms by which environmental stimuli can regulate neural development. This model is somewhat unique, since many other paradigms, involving alterations in either environmental or hormonal conditions, have focused on changes in either synapse formation or neuron survival [Purves, 1988]. In contrast, handling affects neurochemical differentiation in the hippocampus, specifically altering the sensitivity of hippocampal cells to corticosterone, via an effect on glucocorticoid receptor gene expression, and thus receptor density. Indeed, this effect seems to occur independent of processes such as neuron survival, since adult H and NH rats do not appear to differ in hippocampal morphology [Meaney et al., 1988]. Such variations in neuronal differentiation likely underlie important individual differences in tissue sensitivity to hormonal signals, and thus represent a biochemical basis for environmental programming of neural systems.

The handling effect on the development of glucocorticoid receptor density in the hippocampus shows the common characteristics of a developmental effect. First, there is a specific 'critical period' during which the organism is maximally responsive to the effects of handling. Second, the effects of handling during the first 21 days of life on glucocorticoid receptor density endure throughout the life of the animal. Finally, there is substantial specificity to the handling effect. Handling alters the glucocorticoid, but not mineralocorticoid receptor gene expression. Interestingly, glucocorticoid and mineralocorticoid receptors are coexpressed in virtually all hippocampal neurons. Thus, the handling effect on gene expression is really quite specific.

### Temporal Features of the Handling Effect

Handling during the first week of life was as effective as handling during the entire first 3 weeks of life in reducing adrenal steroid responses to stress [Levine, 1975] and in increasing hippocampal glucocorticoid receptor density [Meaney and Aitken, 1985]. Handling over the 2nd week of life was somewhat less effective, whereas animals handled between days 15 and 21 did not differ from NH animals in glucocorticoid receptor binding. Thus, in terms of both HPA activity and glucocorticoid receptor binding, the sensitivity of the system to environmental regulation wanes progressively over the first 3 weeks of life. Moreover, in comparison to NH

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2059**

animals of the same age, H animals exhibited significantly increased hippocampal glucocorticoid receptor density as early as day 7 of life, and the magnitude of the effect did not increase thereafter [Meaney and Aitken, 1985]. Thus, glucocorticoid receptor binding capacity appears to be especially sensitive to environmental regulation during the first week of life.

Note, however, that this does not preclude the possibility of other periods of environmental regulation. Mohammed et al. [1993] have reported that environmental enrichment during the postnatal period results in increased hippocampal glucocorticoid receptor mRNA expression. Ader and Grota [1969] had previously reported that handling during the postweaning period also reduced the magnitude of HPA responses to stress. Thus, there may exist a period during the postweaning period when HPA development is once more sensitive to environmental events. If this is indeed true, it will be interesting to compare the biological bases for the handling effects during these two periods.

The temporal pattern for the handling effect on hippocampal glucocorticoid receptor levels corresponds to the normal developmental changes in glucocorticoid receptor density occurring over the early postnatal life [see Meaney et al., 1994 for a review]. Glucocorticoid receptor density is low on postnatal day 3 (~30% of adult values) and increases steadily towards adult values which are achieved by about the 3rd week of life. A comparable pattern occurs for glucocorticoid receptor mRNA levels [see Meany et al., 1994, for a review]. It is during this period of ontogenetic variation that environmental events can influence the development of the receptor population. In contrast to the glucocorticoid receptor, mineralocorticoid receptor density varies minimally with age: hippocampal mineralocorticoid receptor density in early postnatal life is largely indistinguishable from that of adult rats [Rosenfeld et al., 1988; Sarrieau et al., 1988; and see Meaney et al., 1994], and, as mentioned above, handling has no effect on hippocampal mineralocorticoid receptor binding [Meaney et al., 1989; Sarrieau et al., 1988]. Thus, it is tempting to consider the relationship between the developmental pattern in hippocampal glucocorticoid receptor density and both (1) the sensitivity of this receptor system to environmental stimuli, and (2) the timing of the critical period for these stimuli on glucocorticoid receptor development. However, the developmental pattern for glucocorticoid receptor binding in regions not affected by handling, such as the hypothalamus, amygdala, and septum [Meaney et al., 1985c] is identical to that of the hip-

pocampus [refs. cited above] and the frontal cortex [Meaney and Aitken, 1985b]. Thus, it is unlikely that the handling effect on glucocorticoid receptor density in the hippocampus and the frontal cortex can be explained simply by the status of the glucocorticoid receptor system during the first weeks of life.

*The Role of Thyroid Hormones*

Handling during the first week of life activates the hypothalamic-pituitary-thyroid axis leading to increased levels of circulating thyroxine ($T_4$) and increased intracellular levels of the biologically more potent $T_4$ metabolite, triiodothyronine ($T_3$) [Sharma et al., submitted]. Moreover, the pituitary-thyroid axis is a major regulator of HPA development [see Meaney et al., 1994 for a review]. Thus, we [Meaney et al., 1987] examined whether the effects of handling might be mediated by increased exposure to thyroid hormones. Neonatal treatment with either $T_4$ or $T_3$ resulted in significantly increased glucocorticoid receptor binding capacity in the hippocampus in animals examined as adults. Like handling, neither $T_4$ nor $T_3$ treatment affected hypothalamic or pituitary glucocorticoid receptor density. Moreover, administration of the thyroid hormone synthesis inhibitor, propylthiouracil, to H pups for the first 2 weeks of life completely blocked the effects of handling on hippocampal glucocorticoid receptor binding capacity. These data are consistent with the idea that the thyroid hormones might mediate, in part at least, the effects of neonatal handling on the development of the forebrain glucocorticoid receptor system.

Systemic injections of neonatal rat pups represent a rather crude manipulation, particularly procedures involving thyroid hormones. While these data might implicate the thyroid hormones, there is no indication that the hippocampus is actually the critical site of action. To examine whether thyroid hormones might act directly on hippocampal cells, we used an in vitro system, using primary cultures of dissociated hippocampal cells [Banker and Cowan, 1977]. The hippocampal cells were taken from embryonic rat pups (E20), and, beginning on the fifth day after plating, the cultures were exposed to 0, 1, 10, or 100 n$M$ $T_3$. These cells express both mineralocorticoid and glucocorticoid receptor binding [Mitchell et al., 1990]. Indeed, both receptors as well as their mRNAs (on Northern blots) can be detected using material from a 60-mm dish. The cells were cultured in 10% fetal calf serum stripped of thyroid hormones. The results of several experiments have failed to detect any effect of thyroid hormones on glucocorticoid receptor

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2060**

density in cultured hippocampal cells [Sharma et al., submitted]. These in vitro data suggest that (a) the effects of the thyroid hormones on the glucocorticoid receptor binding occurs at some site distal to the hippocampal cells, or (b) thyroid hormones interact at the level of the hippocampus with some other hormonal signal that is obligatory for the expression of the thyroid hormone effect.

### The Role of Serotonin

Thyroid hormones have pervasive effects throughout the developing CNS, and one such effect involves the regulation of central serotonergic neurons [e.g., Savard et al., 1984]. Thyroid hormones increase serotonin (5-HT) turnover in the hippocampus of the neonatal rat [Mitchell et al., 1990a]. Handling also increases hippocampal 5-HT turnover [Mitchell et al., 1990a; Smythe et al., 1994] and thus both manipulations increase serotonergic stimulation of hippocampal neurons. There is also direct evidence for an effect of 5-HT on glucocorticoid receptor density in the neonatal rat. 5,7-Dihydroxytryptamine (5,7-DHT) lesions of the raphé 5-HT neurons dramatically reduce the ascending serotonergic input into the hippocampus. Rat pups administered 5,7-DHT on day 2 of life showed reduced hippocampal glucocorticoid receptor density as adults [Mitchell et al., 1990a].

5-HT also had a profound effect on glucocorticoid receptor density in cultured hippocampal cells [Mitchell et al., 1990b, 1992]. In hippocampal cells cultured in the presence of increasing concentrations of 5-HT, there was a twofold increase in glucocorticoid receptor binding. The effect of 5-HT was dose-related, with an $EC_{50}$ of $4-5$ n$M$, and the maximal effect was achieved at 10 n$M$ concentrations. A minimum of 4 days of treatment was required for the maximal effect of 5-HT. Shorter periods of exposure were ineffective, suggesting that the effect of 5-HT involves the increased synthesis of receptors. In support of this idea, we [O'Donnell and Meaney, unpubl.] found that the effect of 5-HT on glucocorticoid receptor density in cultured hippocampal cells was blocked by either actinomycin D or cycloheximide, and was paralleled by an increase in glucocorticoid receptor mRNA levels.

The effect of 5-HT on glucocorticoid receptor expression appears to occur uniquely in the neuronal cell population. We found no effect of 5-HT on glucocorticoid receptor binding in hippocampal glial-enriched cell cultures. This finding is not surprising, since our initial studies were performed with cultures comprised largely ($\sim85\%$) of neuron-like cells [Mitchell et al., 1990b].

Moreover, the composition of the cultures was unaffected by 5-HT treatment. We also examined the potential involvement of the glial cells by using a conditioned-medium experiment in which glial-enriched cultures were treated for 5 days with 5-HT and the medium was then used to feed neuronal cultures. This procedure had no effect on glucocorticoid receptor density, suggesting that the effect was not due to a 5-HT-induced glial secretory product.

The effects of 10 n$M$ 5-HT on glucocorticoid receptor density in cultured hippocampal cells was completely blocked by the 5-HT$_2$ receptor antagonists, ketanserin and mianserin [Mitchell et al., 1990b, 1992]. Moreover, the 5-HT$_{2A}$ agonists DOI, TFMPP, and quipazine were also effective in increasing glucocorticoid receptor binding in hippocampal culture, although not as effective as 5-HT. Selective agonists or antagonists of the 5-HT$_{1A}$ or 5-HT$_3$ receptors had no effect on glucocorticoid receptor binding. Using [$^{125}$I]-7-amino-8-iodo-ketanserin as radioligand, we found high affinity 5-HT$_{2A}$ binding sites in our cultured hippocampal cells. Teitler et al. [1987, 1992] reported that the ketanserin-labeled 5-HT$_2$ site exists in two states: an agonist state (5-HT$_{2AH}$) with a high, nanomolar affinity for 5-HT, and an antagonist state (5-HT$_{2AL}$) with a low, micromolar affinity for 5-HT. In both states, the receptor shows a high affinity for antagonists, such as ketanserin. The 5-HT$_{2AH}$ site binds with high affinity to DOI, TFMPP, and quipazine, and Teitler et al. [1987] have reported a $K_d$ of $\sim5$ n$M$ for 5-HT. This $K_d$ closely approximates the $EC_{50}$ ($4-5$ n$M$) for the effect of 5-HT on glucocorticoid receptors in cultured hippocampal cells. Taken together, these findings suggest that this effect of 5-HT appears to be mediated via high-affinity, 5-HT$_{2A}$-like receptor.

We have confirmed radiolabeled ketanserin binding in both the hippocampal cell cultures and in neonatal rat hippocampus (using in vitro autoradiography). However, while we [Holmes et al., submitted] found ample 5-HT$_{2A}$ receptor mRNA expression in neonatal rat dorsal hippocampus, there was no evidence for 5-HT$_{2C}$ receptor mRNA (consistent with earlier findings from studies with adult rats). Thus, while it is not particularly easy to pharmacologically discriminate between the 5-HT$_{2A}$ and 5-HT$_{2C}$ receptors, these findings would suggest the involvement of the 5-HT$_{2A}$ receptor.

We then begun to examine the nature of the secondary messenger systems involved in this serotonergic effect on glucocorticoid receptor binding. Mitchell et al. [1990b] found that low nanomolar concentrations of 5-HT ($EC_{50}=7$ n$M$ produce a fourfold increase in cAMP

Downloaded by: M. Pietsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:03:28 PM

Exhibit 132 - 2061

levels in cultured hippocampal cells, with no effect on cGMP levels. This increase in cAMP is blocked by ketanserin and at least partially mimicked by quipazine, TFMPP and DOI. Indeed, there is a rather good correlation (+0.97) between the effects of these 5-HT receptor agonists on cAMP and glucocorticoid receptor levels.

Treatment with the stable cAMP analog, 8-bromo-cAMP, or with 10 $\mu M$ forskolin produce a significant increase in glucocorticoid receptor density in cultured hippocampal neurons [Mitchell et al., 1992]. The effect of 8-bromo cAMP is concentration related, and the maximal effect of 8-bromo-cAMP ($\sim$190%) is comparable to that for 5-HT ($\sim$200%). Interestingly, as with 5-HT, the effects of 8-bromo cAMP on glucocorticoid receptor density were not apparent until at least 4 days of treatment, and served to increase glucocorticoid receptor mRNA levels.

Taken together, these findings suggest that changes in cAMP concentrations may mediate the effects of 5-HT on glucocorticoid receptor synthesis in hippocampal cells. We [Mitchell et al., 1992] also found that the cyclic nucleotide-dependent protein kinase inhibitor, H8, completely blocked the effects of 10 n$M$ 5-HT on glucocorticoid receptor binding in hippocampal cell cultures. In contrast, the protein kinase C inhibitor, H7, had no such effect. These data suggest that activation of protein kinase A might, at some point, be involved in the serotonergic regulation of hippocampal glucocorticoid receptor development.

In these studies, we are working with intact cells over long incubation periods, and there is ample possibility for an interaction between second messenger systems. This issue also arises, since the 5-HT$_{2A}$ receptor has been linked not to cyclic nucleotide, but phospholipase C-related second messenger systems. In vivo and in vitro, 5-HT$_{2A}$ agonists increase both diacylglycerol (DAG) levels and inositol phosphate metabolism (notably IP$_1$) in hippocampal membranes [Sanders-Bush et al., 1990]. There are numerous examples in the literature of such 'cross-talk' between second messenger systems, and the stimulation of inositol phosphate metabolism via phorbol esters has been shown to alter cAMP levels [e.g. Yoshimasa et al., 1987]. However, in contrast to other compounds, such as glutamate or carbachol, we found that stimulation of IP metabolism by 5-HT in hippocampal slices was rather modest in animals during the first week of life [Parent et al., submitted]. Interestingly, the effect of 5-HT on IP metabolism in hippocampal slices was decreased in the handled animals on day 7 of life, while the stimulation of DAG is slightly enhanced. How-

ever, the overall pattern of 5-HT stimulation was rather weak. This may be due to differences in receptor coupling at this time of life. In neonatal rat hippocampus, the stimulation of IP metabolism occurred via 5-HT$_{2C}$ and not 5-HT$_{2A}$ receptors during the first weeks of life [Ike et al., 1995]. Since there is little 5-HT$_{2C}$ receptor expression in dorsal hippocampus, this may explain the weak stimulation of phospholipase-C-related second messenger systems.

Together, these data suggest that we should perhaps attend to the idea 5-HT is directly stimulating cAMP formation in hippocampal neurons. This idea is a bit difficult to reconcile with the involvement of a 5-HT$_{2A}$ receptor. However, a number of 5-HT receptors have been cloned, and these receptors directly stimulate adenylyl cyclase activity. These include the 5-HT$_4$, 5-HT$_6$ and 5-HT$_7$ receptors [see Lucas and Hen, 1995 for a review]. The mRNAs for each of these receptors is expressed in rat hippocampus. Moreover, the 5-HT$_7$ receptor binds ketanserin with high affinity. Interestingly, antidepressants increase glucocorticoid receptor mRNA in cortical and hippocampal cell cultures [Pepin et al., 1989, 1992]. Both the 5-HT$_6$ and 5-HT$_7$ receptors bind various antidepressants with high affinity, and the 5-HT$_7$ receptor shows a high affinity for ketanserin.

Since there are no unequivocally selective ligands for these receptors, we are attempting to construct a pharmacological profile examining the effects of various agonists on cAMP formation in hippocampal slices from neonates and both cAMP and glucocorticoid receptor levels in hippocampal cell cultures. On the basis of these studies, we hope to see if any of these receptors are implicated in the environmental regulation of glucocorticoid receptor expression, and whether the effects of 5-HT might be mediated through the direct activation of cAMP.

### In vivo 5-HT Effects on Glucocorticoid Receptor Expression

Our in vivo studies [Smythe et al., 1994] of 5-HT activity have provided some insight into why the hippocampus is selectively affected by handling. In rat pups handled for the first 7 days of life, and sacrificed immediately following handling on day 7, 5-HT turnover was significantly increased in the hippocampus, but not in the hypothalamus or amygdala (regions where handling has no effect on glucocorticoid receptor density).

These data suggest that handling selectively activates certain ascending 5-HT pathways, and that it is this feature of the handling effect, together with the existence of

Meaney/Diorio/Francis/Widdowson/ LaPlante/Caldji/Sharma/Seckl/Plotsky

Downloaded by: P. Plotsky – 211806 Emory University 170.140.242.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2062**

a developing glucocorticoid receptor system that underlies the sensitivity of this receptor system in specific brain regions to regulation by environmental events during the first week of life. In current studies, we are examining whether or not handling alters different ascending 5-HT neuronal populations using *cfos* mRNA as a marker for neuronal activation. The expression of *cfos* has been shown to increase in raphé neurons in response to several forms of environmental stimulation. To date we have found that handling increases *cfos* expression (5× levels in NH animals) in about 20% of raphé neurons [Goldberg, Diorio and Meaney, unpubl.]. The hippocampus receives extensive 5-HTergic input that is derived from the raphé [see Tork, 1990 for a review]. The next question is whether these activated neurons project to the hippocampus. It will also be interesting to know the distribution of thyroid hormone receptors within the raphé nuclei.

The in vitro data suggested that 5-HT acts at a receptor with a pharmacological profile similar to that the 5-HT$_{2A}$ receptor to alter hippocampal glucocorticoid receptor density (but see above). Clearly, one concern here is the relationship between our in vitro results and the in vivo condition. In light of these thoughts, it was reassuring to find that effects of postnatal handling of rat pups on hippocampal glucocorticoid receptor binding are blocked by concurrent administration of ketanserin [Mitchell et al., 1990a]. Moreover, ketanserin treatment also blocks the effects of T$_3$ on hippocampal glucocorticoid receptor density [Sharma et al., submitted]. This finding also supports the idea that thyroid hormones mediate the handling effect by serving to increase 5-HT activity.

We have also examined the effects of handling on cAMP levels in hippocampal tissue in neonatal rats and found that handling stimulates a 4-fold increase in cAMP levels [Meaney et al., submitted]. These increases in cAMP are almost completely abolished by concurrent treatment with either ketanserin or the thyroid hormone synthesis inhibitor, propylthiouracil. Thus, to date the results from these in vivo studies certainly appear consistent with our earlier in vitro experiments.

The regulation of gene transcription by cAMP [De Groot and Sassone-Corsi, 1993; Habener, 1990; Imagawa et al., 1987; Montminy et al., 1990; Sheng and Greenberg, 1990; Vallejo, 1994; Walton and Rehfuss, 1992; Yamamoto et al., 1988] has been shown to be mediated by various transcription factors including cyclic nucleotide response element binding proteins (CREBs), cyclic nucleotide response element binding modulators

(CREMs), most of which seem to be antagonists for CREBs, and the activating transcription factor family (ATF-1, ATF-2, ATF-3). In addition to the CREB/CREM-ATF family, nerve growth factor inducible factors (NGFI-A and NGFI-B) as well as activator protein-2 (AP-2) have also been shown to be inducible by cAMP [Imagawa et al., 1987; Vaccarino et al., 1993]. The promoter region of the human and mouse glucocorticoid receptor gene has been cloned and at least partially sequenced [Leclerc et al., 1991; Strahle et al., 1992], and contains numerous binding sites for most of these transcription factors, providing a mechanism whereby cAMP might increase glucocorticoid receptor expression.

We [Meaney et al., submitted] have used a variety of techniques to study potential handling-induced changes in the expression of these transcription factors in neonatal rat hippocampus. Using in situ hybridization, we found that handling resulted in no change in NGFI-B mRNA expression, a significant (i.e. 2- to 3-fold) increase in AP-2 mRNA expression, and a very substantial (i.e. 8- to 10-fold) increase in NGFI-A mRNA levels. The increase in NGFI-A expression occurred across all hippocampal cell fields and in virtually every neuron. The increase in AP-2 and NGFI-A mRNAs is apparent immediately following the termination of handling, persists for at least 3 h and is associated with an increase in both AP-2 and NGFI-A immunoreactivity, indicating that the increase in mRNA expression is reflected in changes in protein levels.

In preliminary studies using immunocytohistochemistry, we have found that while handling produces no marked increase in either CREB or phosphorylated CREB staining, CREM staining is substantially decreased. de Groot and Sassone-Corsi [1993] have argued that most CREM isoforms (save for CREM tau) work as CREB antagonists at the CRE binding sites. Hence, a reduced CREM signal could serve to enhance CREB-regulated gene transcription. Note that the constitutive expression of CREB and phosphoCREB in neonatal rat hippocampus is intense, such that changes in CREM seem to be occurring against the background of a very substantial CREB signal.

To date these studies have indicated that at least three cAMP-related transcription factor signals are potentially altered by neonatal handling (table 1): NGFI-A, AP-2 and CREB via a decrease in CREM expression (table 1). Moreover, in a very recent study we used Western blotting and found that the handling-induced increases in AP-2 and NGFI-Air expression are blocked by ketan-

Downloaded by: P. Holsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2063**

serin. In current studies we are attempting to define the molecular targets for the early environmental effects. First, we are assuming that one target for regulation is the promoter region of the glucocorticoid receptor gene. To this end, we are attempting to identify relevant binding sites upstream from the 5' untranslated region of the rat glucocorticoid receptor gene encoding regions.

Preliminary work [as well as unpubl. data from M. Jacobson and K. Yamamoto] and studies with other species [Leclerc et al., 1991; Strahle et al., 1992] suggests the presence of multiple promoters for the glucocorticoid receptor gene, upstream of 5' differentially transcribed untranslated exons, and hence a rather complicated pattern of regulation. This is not surprising. The glucocorticoid receptor gene is expressed in virtually every cell type in the body, and thus tissue-specificity for glucocorticoid effects depend upon tissue-specific regulation.

### So How Do These Effects Result in the Long-Term Differentiation of Hippocampal Neurons?

There are two very intriguing features of the 5-HT effect that bear directly on the question of the hippocampal cell cultures as a model for neural differentiation. First, the effects of 5-HT on glucocorticoid receptor levels in hippocampal cell cultures are restricted to the first 3 weeks in culture. Thus, cultures treated with 10 n$M$ 5-HT for 7 days at any time during the first 3 weeks in culture show a significant increase in glucocorticoid receptor density; however, the effect is lost after this point. Cultures treated with 10 n$M$ 5-HT for 7 days during the 3rd to the 4th week following plating show no increase in glucocorticoid receptor binding. Second, and most exciting, the increase in glucocorticoid receptor binding capacity following exposure to 10 n$M$ 5-HT persists following 5-HT removal from the medium, for as long as the cultures can be studied, there is a sustained increase in glucocorticoid receptor levels well past the removal of 5-HT from the medium. We have gone as long as 50 days and seen no decrease in the magnitude of the 5-HT effect. Thus, the effect of 5-HT on glucocorticoid receptor density observed in hippocampal culture cells mimics the long-term effects of early environmental events.

Thus, we arrive at the most interesting feature of these effects: the finding that they persist well beyond the period of the treatment. There are at least two possible explanations for this finding. First, in vivo the increase in 5-HT turnover associated with the handling procedure might be accompanied by an increase in 5-HT innervation of the hippocampus which persists throughout the life of the animal. The increased 5-HT innervation could then serve to maintain the handling effect. This possibility seems unlikely. The effect in cell cultures persists in the absence of 5-HT in the medium. Moreover, handling does not seem to permanently alter 5-HT innervation into the dorsal hippocampus using either electrochemical [Smythe et al., 1994] or immunocytochemical [Desjardins and Meaney, unpubl.] measures of 5-HT content.

Alternatively, handling could result in a 'structural' change in the glucocorticoid receptor gene (and/or the promoter region) which sustains a difference in basal transcription rates throughout the life of the animal. There is considerable research to be done on this topic, including a verification of differences in transcription rates (which is currently in progress). However, this remains an interesting possibility, and one that might explain the persistence of the handling effect, an effect which may represent a rather intriguing example of receptor imprinting occurring in response to an environmental signal.

As a matter of speculation, we offer the reader one possibility: DNA methylation is a very active process in early development that appears to be associated with the inactivation of genes, a process whereby gene expression is rendered tissue specific [Strobl, 1990]. Thus, the early postnatal period is an active period of DNA methylation. Methylated sites are inactivated. CpG islands represent a potent target for methylation, and the glucocorticoid

**Table 1.** A summary of the results of immunocytohistochemical studies examining the effects of handling on the expression of various transcription factors in dorsal hippocampus

| Transcription factor | Basal | Stimulated (handling) |
|---|---|---|
| CREBir | high | high |
| pCREBir | moderate | moderate |
| CREMir | moderate | low |
| NGFI-Air | low | high |
| NGFI-Bir | low | low |
| cFOSir | low | low |
| AP-2ir | low | high |
| SP-1ir | ND | ND |
| cJUNir | low | moderate |

In all cases, except for pCREB, the effects are maximal at 120 min following handling and endure for at least 4 h. For the modest change in pCREB the effect was apparent immediately following handling. High = strong staining throughout all cellfields; moderate = clearly detectable staining in all cell fields; low = detectable, but not apparent in all cell fields; ND: no detectable staining.

Downloaded by: P. Plotsky - 211806 Emory University 170.140.237.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2064**

receptor promoter is rich in such sites. Some of these sequences may serve as binding sites for enhancers, such as the cAMP-inducible transcription factors discussed above. If, during early development, the binding of these factors is enhanced, then methylation at these sites could be attenuated by the presence of the protein-DNA binding. This would then leave these sites as unmethylated and available in later life. This would afford a greater number of potential sites in the promoter for enhancing gene expression. Clearly, this is highly speculative. However, handling does increase NGFI-A expression and might also increase CREB binding (through a decrease in CREM expression). At the very least, this hypothesis allows us to imagine how such differentiation processes emerge in neuronal populations.

## Implications for Health in Later Life

Environmental effects on the development of HPA responses to stress last throughout the life of the animal and these differences then form, in part, the basis for individual differences in vulnerability to stress-induced illness. Increased HPA activity is associated with a wide range of disease states [Chrousos and Gold, 1972; McEwen and Stellar, 1993; Seckl and Meaney, 1994] and we have found that differences in HPA activity are associated with altered vulnerability to pathology. For example, in later life, neonatally H rats show considerably reduced evidence of age-related neuropathology compared with NH controls, and we have provided evidence for the idea that this difference is directly related to differences in HPA activity [e.g., Meaney et al., 1988, 1993]. Together, these data provide a rather interesting example of how the seeds for adult vulnerability to pathology can be sown in early life.

Early environment might thus determine vulnerability to pathology. In the context of the current discussion, the vulnerability might, in part, include the efficacy with which an organism responds to conditions which threaten normal metabolic states. Efficacy here could be defined as the ability of animals to successfully defend a current homeostatic state, without overly activating glucocorticoid-induced catabolic processes. Exaggerated or insufficient HPA responses would render animals vulnerable. However, in animals carrying such a vulnerability, its consequences would emerge only under conditions of stress. Sapolsky and Donnelly [1985] have provided an excellent example of this idea. In this study, young and aged rats were implanted with a transformed tumor virus and some animals exposed to concurrent stress. Control young and aged rats were equally efficient in rejecting the tumor cells, as were young-stressed rats. However, in the aged rats, which hypersecrete the immunosuppressive glucocorticoids in response to stress, there was an increased rate of tumors. Interestingly, under normal conditions H and NH rats do not differ in either plaque-forming cell or in antibody responses to a sheep red-blood cell challenge. However, under conditions of chronic stress, both the plaque-forming cell and antibody responses are reduced to a substantially greater extent in the NH rats [Bhatnagar et al., 1995, in press]. In both instances, the altered HPA responses represent a vulnerability for pathology that is observed only under conditions of stress. Likewise, the greater immune suppression in the NH rats might, under some circumstances, be advantageous – protecting them against autoimmune disorders. Much of this is obviously a matter of speculation. However, it does provide a way of examining how early life events determine vulnerability to pathology in later life.

## Acknowledgements

Research was supported by grants from the Medical Research Council of Canada (MRCC) to MJM, the National Institute of Mental Health (MH50113) to PMP and MJM and a NATO Collaborative Research Grant to JRS and MJM. MJM is an MRCC Scientist and JRS is a Senior Fellow of the Wellcome Trust.

## References

Ader R, Grota LJ (1969) Effects of early experience on adrenocortical reactivity. Physiol Behav 4:303–305.

Akana SF, Jacobson L, Cascio CS, Shinsako J, Dallman MF (1988) Constant corticosterone replacement normalizes basal adrenocorticotropin (ACTH) but permits sustained ACTH hypersecretion after stress in adrenalectomized rats. Endocrinology 122:1337–1342.

Antoni FA (1986) Hypothalamic control of ACTH secretion: Advances since the discovery of 41-residue corticotropin-releasing factor. Endocr Rev 7:351–370.

Banker GA, Cowan MW (1977) Rat hippocampal neurons in dispersed cell culture. Brain Res 126:397–425.

Baxter JD, Tyrrell JB (1987) The adrenal cortex; in Felig P, Baxter JD, Broadus AE, Frohman LA (eds): Endocrinology and Metabolism. New York, McGraw-Hill, pp 385–511.

Bell RW, Nitschke W, Gorry TH, Zachman T (1971) Infantile stimulation and ultrasonic signaling: A possible mediator of early handing phenomena. Dev Psychobiol 4:181–191.

Downloaded by: P. Rolsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2065**

Bhatnagar S, Shanks N, Meaney MJ (1995) Hypothalamic-pituitary-adrenal function in handled and nonhandled rats in response to chronic stress. J Neuroendocrinology 7:107–119.

Bhatnagar S, Shanks N, Meaney MJ: Effects of chronic stress on hypothalamic-pituitary-adrenal and immune responses to acute stress in handled and nonhandled rats. Dev Psychobiol, in press.

Blanchard C, Sakai RR, McEwen BS, Weiss SM, Blanchard RJ: Subordination stress: Behavioral, brain and neuroendocrine correlates. Brain Behav Sci, in press.

Bodnoff SR, Suranyi-Cadotte BE, Quirion R, Meaney MJ (1987) Postnatal handling reduces novelty-induced fear and increases [³H]flunitrazepam binding in rat brain. Eur J Pharmacol 144:105–108.

Bodnoff SR, Suranyi-Cadotte BE, Quirion R, Meaney MJ (1989) Role of the central benzodiazepine receptor system in behavioral habituation to novelty. Behav Neurosci 103:209–212.

Bradbury MJ, Cascio CS, Scribner KA, Dallman MF (1991) Stress-induced adrenocorticotropin secretion: Diurnal responses and decreases during stress in the evening are not dependent on corticosterone. Endocrinology 129:99–108.

Brindley DN, Rolland Y (1989) Possible connections between stress, diabetes, obesity, hypertension and altered lipoprotein metabolism that may result in atherosclerosis. Clinical Sci 77:453–461.

Calhoun JB (1962) The ecology and sociology of the Norway rat. Bethesda, H.E.W. Public Health Service.

Chrousos GP, Gold PW (1992) The concepts of stress and stress system disorders. JAMA 267:1244–1252.

Daly M (1973) Early stimulation of rodents: A critical review of present interpretations. Br J Psychol 64:435–460.

Dallman MF, Akana S, Cascio CS, Darlington DN, Jacobson L, Levin N (1987) Regulation of ACTH secretion: Variations on a theme of B. Rec Prog Horm Res 43:113–173.

Dallman MF, Akana SF, Scribner KA, Bradbury MJ, Walker C-D, Strack AM, Cascio CS (1993) Stress, feedback and facilitation in the hypothalamo-pituitary-adrenal axis. J Neuroendocrinol 4:517–526.

de Goeij DCE, Kvetnansky R, Whitnall MH, Jezova D, Berkenbosch F, Tilders FJH (1991) Repeated stress-induced activation of corticotrophin-releasing factor neurons enhances vasopressin stores and colocalization with corticotrophin-releasing factor in the median eminence of rats. Neuroendocrinology 53:150–159.

de Groot RP, Sassone-Corsi P (1993) Hormonal control of gene expression: Multiplicity and versatility of cyclic adenosine 3′, 5′-monophosphate-responsive nuclear regulators. Mol Endocrinol 5:145–153.

De Kloet ER (1991) Brain corticosteroid receptor balance and homeostatic control. Front Neuroendocrinol 12:95–164.

Denenberg VH (1964) Critical periods, stimulu input, and emotional reactivity: A theory of infantile stimulation. Psychol Rev 71:335–351.

Diorio D, Viau V, Meaney MJ (1993) The role of the medial prefrontal cortex (cingulate gyrus) in the regulation of hypothalamic-pituitary-adrenal responses to stress. J Neurosci 13:3839–3847.

Feldman S, Conforti N (1980) Participation of the dorsal hippocampus in the glucocorticoid negative feedback effect on adrenocortical activity. Neuroendocrinology 30:52–55.

Feldman S, Weidenfeld J (1995) Neural mechanisms involved in the corticosteroid feedback effects on the hypothalamo-pituitary-adrenocortical axis. Prog Neurobiol 45:129–141.

Fernandez-Teruel A, Escorihuela RM, Driscoll P, Tobena A, Battig K (1992a) Differential effects of early stimulation and/or perinatal flumazenil treatment in young Roman low- and high-avoidance rats. Psychopharmacology 108:170–176.

Fernandez-Teruel A, Escorihuela RM, Nunez JF, Goma M, Driscoll P and Tobena A (1992b) Early stimulation effects on novelty-induced behavior in two psychogenetically-selected rat lines with divergent emtionality profiles. Neurosci Lett 137:185–188.

Ferré P, Nunez JF, Garcia E, Tobena A, Escorihuela RM, Fernandez-Teruel A: Postnatal handling reduces anxiety as measured by emotionality rating and hyponeophagia in female rats. Pharmacol Biochem Behav, in press.

Francis D, Plotsky PM, Meaney MJ: Handling increases CRH mRNA expression in selected hypothalamic neuronal populations, submitted.

Gray JA (1987) The Psychology of Fear and Stress. Cambridge, Cambridge Publications.

Habener J (1990) Cyclic AMP response element binding proteins: A cornucopia of transcription factors. Mol Endocrinol 4:1087–1094.

Hennessy MB, Vogt J, Levine S (1982) Strain of foster mother determines long-term effects of early handling: Evidence for maternal mediation. Physiol Psychol 10:153–157.

Herman JP, Schafer MK-H, Young EA, Thompson R, Douglass J, Akil H and Watson SJ (1989) Evidence for hippocampal regulation of neuroendocrine neurons of the hypothalamo-pituitary-adrenocortical axis. J Neurosci 9:3072–3082.

Hess JL, Denenberg VH, Zarrow MX, Pfeifer WD (1969) Modification of the corticosterone response curve as a function of handling in infancy. Physiol Behav 4:109–112.

Hilakivi-Clarke LA, Turkka J, Lister RG, Linnoila M (1991) Effects of early postanatal handling on brain b-adrenoceptors and behavior in tests related to stress. Brain Res 542:286–292.

Holmes M, Larocque S, Seckl JR, Meaney MJ: Developmental changes in 5-HT2A receptor binding and receptor mRNA expression in the rat forebrain. Mol Brain Res, submitted.

Ike J, Canton H, Sanders-Bush E (1995) Developmental switch in the hippocampal serotonin receptor linked to phosphoinositide hydrolysis. Brain Res 678:49–54.

Imagawa M, Chiu R, Karin M (1987) Transcription factor AP-2 mediates induction by two different signal-transduction pathways: Protein kinase C and cAMP. Cell 51:251–260.

Imaki T, Nahan J-L, Rivier C, Sawchenko PE, Vale W (1991) Differential regulation of corticotropin-releasing factor mRNA in rat brain regions by glucocorticoids and stress. J Neurosci 11:585–599.

Issa A, Rowe W, Gauthier S, Meaney MJ (1990) Hypothalamic-pituitary-adrenal activity in aged cognitively impaired and cognitively unimpaired aged rats. J Neurosci 10:3247–3254.

Jacobson L, Akana SF, Cascio CS, Shinsako J, Dallman MF (1988) Circadian variations in plasma corticosterone permit normal termination of adrenocorticotropin responses to stress. Endocrinology 122:1342–1348.

Jacobson L, Sapolsky RM (1991) The role of the hippocampus in feedback regulation of the hypothalamic-pituitary-adrenal axis. Endocr Rev 12:118–134.

Jans J, Woodside BC (1990) Nest temperature: Effects on maternal behavior, pup development, interactions with handling. Dev Psychobiol 23:519–534.

Jans J: Latent inhibition in nonhandled rats reared on different nest surface temperatures. Dev Psychobiol, in press.

Keller-Wood M, Dallman MF (1984) Corticosteroid inhibition of ACTH secretion. Endocr Rev 5:1–24.

Kerr DS, Campbell LW, Hao S-Y, Landfield PW (1989) Corticosteroid modulation of hippocampal potentials: Increased effect with aging. Science 245:1505–1509.

Lazar G Jr, Duda E, Lazar G (1992) Effect of RU 38486 on TNF production and toxicity. Fed Eur Biochem Soc 308:137–140.

Leclerc S, Xie B, Roy R, Govindan MV (1991) Purification of a human glucocorticoid receptor gene promoter-binding protein. J Biol Chem 266:8711–8719.

LeDoux JE (1992) Emotion and the amygdala; in Aggleton JP (ed): The amygdala: Neurobiological aspects of emotion, memory, and mental dysfunction. New York, Wiley-Liss, pp 339–351.

Lee MHS, Williams DI (1974) Changes in licking behaviour of rat mother following handling of young. Anim Behav 22:679–681.

Lee MHS, Williams DI (1975) Long term changes in nest condition and pup grouping following handling of rat litters. Dev Psychobiol 8:91–95.

Leon M, Croskerry PG, Smith GK (1978) Thermal control of mother-infant contact in rats. Physiol Behav 21:793–811.

Levin N, Akana SF, Jacobson L, Kuhn RW, Siiteri PK, Dallman MF (1987) Plasma ACTH is more sensitive than transcortin production or thymus weight to inhibition by corticosterone in rats. Endocrinology 121:1104–1110.

Levine S (1957) Infantile experience and resistence to physiological stress. Science 126:405–406.

Levine S (1962) Plasma-free corticosteroid response to electric shock in rats stimulated in infancy. Science 135:795–796.

Downloaded by: P. Plotsky - 211806
170.140.237.83 - 5/23/2014 3:03:28 PM

Exhibit 132 - 2066

Levine S (1975) Psychosocial factors in growth and development; in Levi L (ed): Society, Stress and Disease. London, Oxford University Press, pp 43–50.

Levine S, Haltmeyer GC, Karas GG, Denenberg VH (1967) Physiological and behavioral effects of infantile stimulation. Physiol Behav 2:55–63.

Lightman SL, Harbuz MS (1993) Expression of corticotropin-releasing factor mRNA in response to stress. Ciba Found Symp 172:173–187.

Lucas JJ, Hen R (1995) New players in the 5-HT receptor field: Genes and knockouts. Trends Pharmacol Sci 16:246–262.

Maccari S, Piazza PV, Kabbaj M, Barbazanges A, Simon H, Le Moal M (1994) Adoption reverses the long-term impairments in glucocorticoid feedback induced by prenatal stress. J Neurosci 15:110–116.

Mason D (1991) Genetic variation in the stress response: Susceptibility to experimental allergic encephalomyelitis and implications for human inflammatory disease. Immunol Today 12:57–60.

McCormick CM, Smythe J, Sharma S, Meaney MJ (1994) Sex-dependent effects of prenatal stress on the development of brain corticosteroid receptor systems and hypothalamic-pituitary-adrenal responses to stress. Dev Brain Res 79:260–266.

McEwen BS, de Kloet ER, Rostene WH (1986) Adrenal steroid receptors and actions in the nervous system. Physiol Rev 66:1121–1150.

McEwen BS, Steller E (1993) Stress and the individual: Mechanisms leading to disease. Arch Intern Med 153:2093–2101.

Meaney MJ, Aitken DH (1985a) The effects of early postnatal handling on the development of hippocampal glucocorticoid receptors: Temporal parameters. Dev Brain Res 22:301–304.

Meaney MJ, Aitken DH (1985b) [³H]Dexamethasone binding in rat frontal cortex. Brain Res 328:176–180.

Meaney MJ, Aitken DH, Bhatnagar S, Van Berkel Ch, Sapolsky RM (1988) Postnatal handling attenuates neuroendocrine, anatomical, and cognitive impairments related to the aged hippocampus. Science 238:766–768.

Meaney MJ, Aitken D, Bodnoff SR, Iny LJ, Tatarewicz JE, Sapolsky RM (1985a) Early, postnatal handling alters glucocorticoid receptor concentrations in selected brain regions. Behav Neurosci 99:760–765.

Meaney MJ, Aitken DH, Sapolsky RM (1987) Thyroid hormones influence the development of hippocampal glucocorticoid receptors in the rat: A mechanism for the effects of postnatal handling on the development of the adrenocortical stress response. Neuroendocrinology 45:278–283.

Meaney MJ, Aitken DH, Sapolsky RM (1991) Environmental regulation of the adrenocortical stress response in female rats and its implications for individual differences in aging. Neurobiol Aging 12:31–38.

Meaney MJ, Aitken DH, Sharma S, Viau V, Sarrieau A (1989) Postnatal handling increases hippocampal type II, glucocorticoid receptors and enhances adrenocortical negative-feedback efficacy in the rat. Neuroendocrinology 51:597–604.

Meaney MJ, Aitken DH, Sharma S, Viau V (1992) Basal ACTH, corticosterone, and corticosterone-binding globulin levels over the diurnal cycle, and hippocampal type I and type II corticosteroid receptors in young and old, handled and nonhandled rats. Neuroendocrinology 55:204–213.

Meaney MJ, Bodnoff SR, O'Donnell D, Rowe W, Sarrieau A, Rose GM, Poirier J, Seckl JR (1993) Glucocorticoids as regulators of neuron survival and repair in the aged brain; in Cuello AC (ed): Restorative Neurology. Amsterdam, Elsevier, vol 6, pp 267–289.

Meaney MJ, Diorio J, Widdowson J, LaPlante P, Caldji C, Seckl JR, Plotsky PM: Early environmental regulation of forebrain glucocorticoid receptor gene expression: Implications for adrenocortical responses to stress, submitted.

Meaney MJ, Diorio J, Yau J, Donaldson L, Seckl JR: Neonatal handling stimulates cAMP formation and altered expression of transcription factors involved in cAMP-regulated gene expression: The role of serotonin, submitted.

Meaney MJ, O'Donnell D, Viau V, Bhatnagar S, Sarrieau A, Smythe JW, Shanks N, Walker C-D (1994) Corticosteroid Receptors in Rat Brain and Pituitary During Development and Hypothalamic-Pituitary-Adrenal (HPA) Function; in McLaughlin P, Zagon I (eds): Receptors and the Developing Nervous System. London, Chapman and Hall, pp 163–202.

Meaney MJ, Sapolsky RM, McEwen BS (1985c) The development of the glucocorticoid receptor system in the rat limbic brain. I. Ontogeny and autoregulation. Dev Brain Res 18:159–164.

Mitchell JB, Betito K, Rowe W, Boksa P, Meaney MJ (1992) Serotonergic regulation of type II corticosteroid receptor binding in cultured hippocampal cells: The role of serotonin-induced increases in cAMP levels. Neuroscience 48:631–639.

Mitchell JB, Iny LJ, Meaney MJ (1990a) The role of serotonin in the development and environmental regulation of hippocampal type II corticosteroid receptors. Dev Brain Res 55:231–235.

Mitchell JB, Rowe W, Boksa P, Meaney MJ (1990b) Serotonin regulates type II, corticosteroid receptor binding in cultured hippocampal cells. J Neurosci 10:1745–1752.

Mohammed AH, Henriksson BG, Soderstrom S, Ebendal T, Olsson T, Seckl JR (1993) Environmental influences on the central nervous system and their influences for the aging rat. Behav Brain Res 57:183–191.

Montminy MR, Gonzalez GA, Yamamoto KK (1990) Regulation of cAMP-inducible genes by CREB. Trends Neurosci 16:184–188.

Munck A, Guyre PM, Holbrook NJ (1984) Physiological functions of glucocorticoids in stress and their relations to pharmacological actions. Endocr Rev 5:25–44.

O'Donnell D, Larocque S, Seckl JR, Meaney MJ (1994) Postnatal handling alters glucocorticoid, but not mineralocorticoid mRNA expression in adult rats. Mol Brain Res 26:242–248.

O'Donnell D, Larocque S, Seckl JR, Meaney MJ: Developmental changes in hippocampal glucocorticoid and mineralocorticoid receptor messenger RNA expression in relation to morphological changes in cell size, submitted.

Pacak K, Kvetnansky R, Palkovits M, Fukuhara K, Yadid G, Kopin IJ, Goldstein DS (1993) Adrenalectomy augments in vivo release of norepinepherine in the paraventricular nucleus during immobilization stress. Endocrinology 133:1404–1410.

Parent AR, Sharma S, Quirion R, Meaney MJ: Developmental profile of diacylglycerol and inositol phosphate production induced by the stimulation of muscarinic, glutamate, metabotropic, serotonin and endothelin receptors in the hippocampus of neonatally handled rats. J Pharmacol Exp Ther, submitted.

Pepin MC, Beaulien S, Barden N (1989) Antidepressants regulate glucocorticoid receptor messenger RNA concentrations in primary neuronal cultures. Mol Brain Res 6:77–83.

Pepin MC, Govidan MV, Barden N (1992) Increased glucocorticoid receptor gene promoter activity after antidepressant treatment. J Pharmacol Exp Ther 41:1016–1024.

Plotsky PM, Cunningham ET, Widmaier EP (1989) Catecholaminergic modulation of corticotropin-releasing factor and adrenocorticotropin secretion. Endocr Rev 10:437–458.

Plotsky PM, Meaney MJ (1993) Early, postnatal experience alters hypothalamic corticotropin-releasing factor (CRF) mRNA, median eminence CRF content and stress-induced release in adult rats. Mol Brain Res 18:195–200.

Plotsky PM, Otto S, Sapolsky RM (1986) Inhibition of immunoreactive corticotropin-releasing factor secretion into the hypophysial-portal circulation by delayed glucocorticoid feedback. Endocrinology 119:1126–1130.

Plotsky PM, Sawchenko PE (1987) Hypophysial-portal plasma levels, median eminence content and immunohistochemical staining of corticotropin releasing factor, arginine vasopressin and oxytocin following pharmacological adrenalectomy. Endocrinology 120:1361–1369.

Plotsky PM, Vale W (1984) Hemorrhage-induced secretion of corticotropin-releasing factor-like immunoreactivity into rat hypophysial portal circulation and its inhibition by glucocorticoids. Endocrinology 114:164–169.

Purves D (1988) A Trophic Theory of Development. University of Chicago Press, Chicago.

Ramchandra RN, Sehon A, Berczi I (1992) Neurohormonal defense in endotoxin shock. Brain Behav Immunol 6:157–169.

Rivier C, Plotsky PM (1986) Mediation by corticotropin-releasing factor of adenohypophysial hormone secretion. Annu Rev Physiol 48:475–489.

Rosenfeld P, Sutanto W, Levine S, De Kloet ER (1988) Ontogeny of type I and type II corticosteroid receptors in the rat hippocampus. Dev Brain Res 42:113–118.

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2067**

Sanders-Bush E, Tsutsumi M, Burris KD (1990) Serotonin receptors and phosphatidylinositol turnover. Ann NY Acad Sci 600:224–235.

Sapolsky RM (1982) The endocrine stress response and social status in the wild baboon. Horm Behav 16:279–292.

Sapolsky RM (1993) The physiology of dominance in stable vs. unstable social hierarchies; in Mason W, Mendoza S (eds): Primate Social Conflict. New York, SUNY Press, pp 171–204.

Sapolsky RM, (Armanini MP, Packan DR, Sutton SW, Plotsky PM (1990) Glucocorticoid feedback inhibition of adrenocorticotropic hormone secretagogue release: Relationship to corticosteroid receptor occupancy in various limbic sites. Neuroendocrinology 51:328–336.

Sapolsky RM, Donnelly TM (1985) Vulnerability to stress-induced tumor growth increases with age in rats: Role of glucocorticoids. Endocrinology 117:662–666.

Sapolsky RM, Krey LC, McEwen BS (1984) Glucocorticoid-sensitive hippocampal neurons are involved in terminating the adrenocortical stress response. Proc Nat Acad Sci USA 81:6174–6177.

Sapolsky RM, McEwen BS (1985) Down-regulation of neural corticosterone receptors by corticosterone and dexamethasone. Brain Res 339:161–165.

Sarrieau A, Sharma S, Meaney MJ (1988) Postnatal development and environmental regulation of hippocampal glucocorticoid and mineralocorticoid receptors in the rat. Dev Brain Res 43:158–162.

Savard P, Merand Y, Di Paolo T, Dupont A (1984) Thyroid hormone regulation of serotonin metabolism in developing rat brain. Brain Res 292:99–108.

Sawchenko PE (1987) Adrenalectomy-induced enhancement of CRF and vasopressin immunoreactivity in parvocellular neurosecretory neurons: Anatomic, peptide, and steroid specificity. J Neurosci 7:1093–1106.

Seckl JR, Meaney MJ (1994) Early life events and later development of ischaemic heart disease. Lancet 342:1236.

Shanks N, Larocque S, Meaney MJ (1995) Neonatal endotoxin exposure alters the development of the hypothalamic-pituitary-adrenal axis: Early illness and later responsivity to stress. J Neurosci 15:376–384.

Shanks N, Meaney MJ (1994) Hypothalamic-pituitary-adrenal responses to endotoxin challenge in neonatal rats: Mediation via CRH. J Neuroendocrinol 6:375–383.

Sharma S, Mitchell JB, Meaney MJ: Interaction between thyroid hormones and central serotonin in the development of glucocorticoid receptor systems in the rat, submitted.

Sheng M, Greenberg ME (1990) The regulation and function of c-fos and other early immediate genes in the nervous system. Neuron 4:477–485.

Smythe JW, McCormick CM, Meaney MJ: Median eminence corticotrophin-releasing hormone (CRH) content following prenatal stress and postnatal handling. Behav Brain Res, in press.

Smythe JW, McCormick CM, Rochford J, Meaney MJ (1994a) The interaction between prenatal stress and neonatal handling on nociceptive response latencies in male and female rats. Physiol Behav 55:971–974.

Smythe JW, Rowe W, Meaney MJ (1994b) Neonatal handling alters serotonin turnover and serotonin type 2 receptor density in selected brain regions. Dev Brain Res 80:183–189.

Spencer RL, Miller AH, Stein M, McEwen BS (1991) Corticosterone regulation of type I and type II adrenal steroid receptors in brain, pituitary, and immune system. Brain Res 549:236–246.

Sternberg EM, Young Jr WS, Bernardini R, Gold PW (1989) A central nervous defect in the stress response is associated with susceptibility to streptococcal cell wall arthritis in Lewis rats. Proc Nat Acad Sci USA 86:2374–2378.

Strahle U, Schmidt A, Kelsey G, Stewart AF, Cole TJ, Schmid W, Schutz G (1992) At least three promoters direct expression of the mouse glucocorticoid receptor gene. Proc Natl Acad Sci USA 89:6731–6735.

Strobl JS (1990) A role for DNA methylation in vertebrate gene expression. Mol Endocrinol 4:181–183.

Teitler M, Leonhardt S, Weisberg EL, Hoffman BJ (1992) 4-[$^{125}$I]Iodo-(2,5,-dimethoxy) phenyl-isopropylamine and [$^{3}$H]-ketanserin labelling of 5-hydroxytryptamine2 (5-HT$_2$) receptors in mammalian cells transfected with rat 5-HT$_2$ cDNA: Evidence for multiple states and multiple 5-HT$_2$ receptors. Mol Pharmacol 42:328–335.

Teitler M, Lyon RA, Davis KH, Glennon KH (1987) Selectivity of serotoninergic drugs for multiple brain serotonin receptors. Biochem Pharmacol 36:3265–3271.

Thrivikraman KV, Plotsky PM (1993a) Absence of glucocorticoid negative feedback to moderate hemorrhage in conscious rats. Am J Physiol 264:E497–E503.

Thrivikraman KV, Plotsky PM (1993b) Stressor-specific susceptibility of HPA-axis activity to fast-feedback in conscious rats (abstract No 357). 75th Annu Endocr Soc Meet, Las Vegas.

Tork I (1990) Anatomy of serotonergic systems. Ann NY Acad Sci 600:9–35.

Vaccarino FM, Hayward MD, Le HN, Hartigan DJ, Duman RS, Nestler EJ (1993) Induction of immediate early genes by cyclic AMP in primary cultures of neurons from rat cerebral cortex. Mol Brain Res 19:76–82.

Vallejo M (1994) Transcriptional control of gene expression by cAMP-response element binding proteins. J Neuroendocrinol 6:587–596.

Van Eekelen JAM, Jiang W, De Kloet ER, Bohn MC (1988) Distribution of the mineralocorticoid and glucocorticoid receptor mRNAs in the rat hippocampus. J Neurosci Res 21:88–94.

Viau V, Meaney MJ: The inhibitory effect of testosterone on hypothalamic-pituitary-adrenal responses to stress in the male rat: Role of the medial preoptic area. J Neurosci, in press.

Viau V, Sharma S, Plotsky PM, Meaney MJ (1993) The hypothalamic-pituitary-adrenal response to stress in handled and nonhandled rats: Differences in stress-induced plasma ACTH secretion are not dependent upon increased corticosterone levels. J Neurosci 13:1097–1105.

Vinogradova OS (1975) Functional organization of the limbic system in the process of registration of information: Facts and hypotheses; in: Isaacson RL, Pribram K (eds): The Hippocampus. New York, Plenum Press, vol 2, pp 1–70.

Weinstock M, Matlina E, Maor GI, Rosen H, McEwen BS (1992) Prenatal stress selectively alters reactivity of the hypothalamic-pituitary-adrenal system in the female rat. Brain Res 595:195–198.

Walton KM, Rehfuss RP (1992) Molecular mechanisms of cAMP-regulated gene expression. Mol Neurobiol 4:197–201.

Whitnall MH (1993) Regulation of the hypothalamic corticotropin-releasing hormone neurosecretory system. Prog Neurobiol 40:573–629.

Williams RF (1981) Colonisation of the developing body by bacteria; in Davis JA, Dobbing J (eds): Scientific Foundations of Paediatrics. London, William Heinemann Medical Books, pp 1045–1065.

Woodside B, Jans J, Plotsky PM, Meaney MJ: Maternal behavior of mothers of handled and nonhandled rat pups, submitted.

Yamamoto KK, Gonzales GA, Briggs III WH, Montimy MR (1988) Phosphorylation-induced binding and transcriptional efficiency of nuclear factor CREB. Nature 334:494–498.

Yoshimasa T, Sibley DR, Bouvier M, Lefkowitz RJ, Caron MG (1987) Cross-talk between cellular signalling pathways suggested by phorbol-ester-induced adenylate cyclase phosphorylation. Nature 327:67–70.

Zarrow MX, Campbell PS, Denenberg VH (1972) Handling in infancy: Increased levels of the hypothalamic corticotropin releasing factor (CRF) following exposure to a novel situation. Proc Soc Exp Biol Med 356:141–143.

Meaney/Diorio/Francis/Widdowson/ LaPlante/Caldji/Sharma/Seckl/Plotsky

View publication stats

Downloaded by: P. Plotsky - 211806
Emory University
170.140.237.83 - 5/23/2014 3:03:28 PM

**Exhibit 132 - 2068**

# EXHIBIT

# 133

# INFORMATION TO USERS

This manuscript has been reproduced from the microfilm master. UMI films the text directly from the original or copy submitted. Thus, some thesis and dissertation copies are in typewriter face, while others may be from any type of computer printer.

**The quality of this reproduction is dependent upon the quality of the copy submitted.** Broken or indistinct print, colored or poor quality illustrations and photographs, print bleedthrough, substandard margins, and improper alignment can adversely affect reproduction.

In the unlikely event that the author did not send UMI a complete manuscript and there are missing pages, these will be noted. Also, if unauthorized copyright material had to be removed, a note will indicate the deletion.

Oversize materials (e.g., maps, drawings, charts) are reproduced by sectioning the original, beginning at the upper left-hand corner and continuing from left to right in equal sections with small overlaps. Each original is also photographed in one exposure and is included in reduced form at the back of the book.

Photographs included in the original manuscript have been reproduced xerographically in this copy. Higher quality 6" x 9" black and white photographic prints are available for any photographs or illustrations appearing in this copy for an additional charge. Contact UMI directly to order.



# UMI

A Bell & Howell Information Company
300 North Zeeb Road, Ann Arbor MI 48106-1346 USA
313/761-4700    800/521-0600

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2069

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2070

THE AFTERMATH OF TRAUMA AND IMMIGRATION

DETECTIONS OF MULTIGENERATIONAL EFFECTS

ON MENNONITES WHO EMIGRATED FROM

RUSSIA TO CANADA IN THE 1920S

BY

LYNDA KLASSEN REYNOLDS

A dissertation submitted

in partial fulfillment of the requirements for the degree of

Doctor of Psychology

California School of Professional Psychology

Fresno Campus

1997

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2071**

UMI Number: 9734474

UMI Microform 9734474
Copyright 1997, by UMI Company. All rights reserved.

This microform edition is protected against unauthorized
copying under Title 17, United States Code.

# UMI

300 North Zeeb Road
Ann Arbor, MI 48103

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2072

ii

CALIFORNIA SCHOOL OF PROFESSIONAL PSYCHOLOGY

FRESNO CAMPUS

The dissertation of Lynda Klassen Reynolds, "The Aftermath of Trauma and Immigration:  Detections of Multigenerational Effects on Mennonites Who Emigrated From Russia to Canada in the 1920s," approved by her Chairperson, has been accepted and approved by the Faculty of the California School of Professional Psychology, Fresno Campus, in partial fulfillment of the requirements for the degree of Doctor of Psychology.

Dissertation Chairperson:

Leha Veaco, EdD

February 26, 1997

Elizabeth Davis-Russell, EdD, PhD
Dean for Academic and
Professional Affairs

Mary Beth Kenkel, PhD
Chancellor

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2073

iii

## DEDICATION

This work is dedicated with love and admiration in memory of my grandparents, Gerhard and Elizabeth Klassen. Their spirit and dedication to begin a new life in Canada, has left a legacy of hope and courage for future generations.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2074

iv

## ACKNOWLEDGMENTS

First, I wish to thank the people who participated in this study. Despite the pain of recalling the trauma by answering the questions, many wrote letters and notes describing the horrifying events of their persecution. I would also like to thank the people who wrote letters of encouragement and support for this project.

I would like to express my gratitude to the ministers in the five provinces who so generously distributed the questionnaires to their parishioners. Without their help this project would not have been successful. To those individuals who became enthusiastic about the project, and distributed the instruments to their friends and relatives, I thank you.

My parents, George and Elsie Klassen, coordinated and so generously financed the postal arrangements between Canada and the United States. Their willingness to support my project in this way helped to complete this study in a timely fashion.

Many individuals offered their expertise and insight from their unique perspectives. I would like to express my gratitude to my chairperson, Leila Veaco, Ed.D. Her interest in this project, and commitment to specifics and clarity of writing, were enjoyable and appreciated. Merle Canfield, Ph.D. encouraged and challenged my hypothesis, offering assistance during data analysis. Errol F. Leifer, Ph.D., whose inspirational teaching, and comprehensive understanding of the human condition, helped me to appreciate the legacy of my Mennonite heritage. Al Dueck, Ph.D. who offered his expertise and encouragement throughout the process, and shared the enthusiasm and pain of looking at the experience of our ancestors.

Finally, I am profoundly indebted to my sons, Elliott and Ryan. They gave up their home so that I could follow my dream. Their sacrifice and support have been a great gift. They exemplify the courage and hope of future generations.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2075**

v

ABSTRACT OF THE DISSERTATION

The Aftermath of Trauma and Immigration: Detections

of Multigenerational Effects on Mennonites Who

Emigrated From Russia to Canada in the 1920s

by

Lynda Klassen Reynolds

California School of Professional Psychology, Fresno Campus

Lelia Veaco, Ed.D.

Dissertation Chairperson

1997

This study compared the scores of Mennonites who emigrated from Russia to Canada during 1920 to 1929, and the scores of second and third generations Mennonites with the norms on the MMPI-2 and Personal Experience Questionnaires. The purpose of the study was to investigate the psychological effects of trauma and immigration on the first generation, and to determine if transmission of these symptoms was occurring across generations.

The subjects were recruited through Mennonite churches and personal referrals in the provinces of British Columbia, Alberta, Saskatchewan, Manitoba, and Ontario. The 67 first generation respondents, 32 male and 35 female, ranged in age from 67 to 94. The 104 second generation respondents, 43 male and 61 female, ranged in age from 28 to 82. The 42 third generation respondents, 14 male and 28 female, ranged in age from 15 to 54.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2076

vi

The measurement used in this study was the Minnesota Multiphasic Personality Inventory-2. Scales focused on Depression, Hysteria, and Psychasthenia, and Supplementary Scales on Post Traumatic Stress Disorder, Ego Strength, Anxiety, Repression, and Over-Controlled Hostility. A personal questionnaire was used to assess demographic data.

The findings supported the hypotheses that individuals of the first generation would demonstrate significantly greater levels of Anxiety, Somatic Complaints, Post Traumatic Stress Disorder, Psychasthenia, Inhibition of Aggression, Need for Affection, and lesser levels of Ego Strength. The second generation would manifest significantly greater levels of Inhibition of Aggression, Over-Controlled Hostility, Anxiety, and Depression. The third generation would show significantly greater levels of Anxiety and Depression. Additional hypotheses stating that the first and third generations would demonstrate significantly higher levels of Anxiety, Ego Strength, Depression, Hysteria, and Psychasthenia than the second generation were not supported.

Questionnaire data revealed that both the second and third generations strongly value the Mennonite identity and Pacifism. The second generation reported both negative and positive aspects resulting from being raised according to Mennonite values. As a group, the third generation strongly endorsed the positive influence of their grandparents and their desire to be more informed about their experiences. Strengths and limitations of this study and recommendations for future research were discussed.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2077

vii

## TABLE OF CONTENTS

Page

DEDICATION ....................................................................................... iii

ACKNOWLEDGMENTS ......................................................................... iv

ABSTRACT OF THE DISSERTATION .................................................... v

LIST OF TABLES ................................................................................. ix

Chapter

1. INTRODUCTION .......................................................................... 1

2. LITERATURE REVIEW .................................................................. 4

   Historical Context ........................................................................ 4

   Mennonites in Russia .................................................................. 6

   Reign of Terror ........................................................................... 9

   Political Events .......................................................................... 10

   Scenes of Violence ..................................................................... 13

   Famine and Disease ................................................................... 21

   Religious Dimensions ................................................................. 23

   Psychological Indicators ............................................................. 28

   Immigration ............................................................................... 34

   Developmental Concepts of Psychopathology ........................... 35

   Intergenerational Effects ............................................................. 44

   Conclusions ............................................................................... 46

   Hypotheses ................................................................................ 46

3. METHODS AND PROCEDURES .................................................... 49

   Subjects ..................................................................................... 49

   Instruments ................................................................................ 50

   Procedures ................................................................................. 54

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2078**

viii

Data Analysis .......................................................... 55

4. RESULTS ............................................................ 56

5. DISCUSSION ........................................................ 67

Major Findings ..................................................... 67

REFERENCES ............................................................ 79

APPENDICES ............................................................ 89

A. PERMISSION FOR USE OF MMPI-2 ................................. 90

B. QUESTIONNAIRES ................................................ 92

C. LETTER OF INTRODUCTION ....................................... 95

RESEARCH PROJECT RESPONSE

CLARIFICATION FACSIMILE

D. LETTER OF EXPLANATION ........................................ 99

POSTER

E. COVER LETTER ................................................. 102

F. LETTER OF CONSENT ........................................... 104

G. LETTER OF APPRECIATION ...................................... 106

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2079

ix

## LIST OF TABLES

Table                                                                      Page

1.   Three Generation Mean Percentage Scores Above the
     Norm on Scales of the MMPI-2 .................................................    57

2.   Percentage of Affirmative Endorsements for Generation 1  . .    58

3.   Percentage of Affirmative Endorsements for Generation 2  . .    60

4.   Percentage of Affirmative Endorsements for Generation 3  . .    61

5.   Summary of the t-Tests for the Differences Between
     First Generation Mennonites and the Norm ............................    63

6.   Summary of the t-Tests for the Difference Between All
     Three Generation Mennonites and the Norm .........................    64

7.   ANOVA:  Mean Scores of Generation 1 and 3 With
     the Mean of Generation 2  ....................................................    65

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2080

i

## Chapter 1

## INTRODUCTION

The definition of "Mennonite" used in this dissertation is both an ethnic and a religious group. Mennonites have their origins in the Anabaptist movements of 16th century reformation Europe. Mennonitism, as a way of living, called for righteous living and was symbolised by humility, simplicity, brotherhood, stewardship, non-resistance, and non-conformity to the standards of the secular society. By legal terms of their settlement in Russia the Mennonites were obligated to remain separate from their Russian host society and thus living apart, they became a community unto themselves.

The most traumatic reign of terror for the 110,000 members of the Mennonite community in Russia began with the Bolshevik Revolution in 1917, although revolutionary trouble had been brewing in Russia for more than a century. For the Mennonites, difficulties had begun nearly 50 years before this revolution causing 18,000 members to emigrate to North America in the 1870s. Of these, 7,442 settled in Canada and the remainder in the United States (Epp, 1962, Friesen, 1989).

From 1917, Mennonite communities were subjected not only to the Bolshevik Revolution, but to the German Occupation, the destructive forces of the Red and White Armies, and the Makhno Occupation. Records indicate a continuous climate of violence, plundering and rape. Toews (1982) documents an era of mass killing and extensive bloodbaths with mutilations that were gruesome and mindless. It was violence for the sake of violence. Property was confiscated and all means of production and distribution were nationalised. With the requisition of all farm inventory, followed by drought and famine, millions of people died of starvation during the period from 1921 to 1923, Mennonites lost hope of a future in Russia. More than 100,000 Mennonites in Russia were reported to be desirous of immigrating into Canada (Thielman, 1955).

Reproduced with permission of the copyright owner.   Further reproduction prohibited without permission.

Exhibit 133 - 2081

2

Responding to the lobbying of North American Mennonites, the Canadian Government rescinded their Order in Council which barred the Mennonite entry into Canada and approximately 20,200 people were permitted into the country between 1923 and 1929. In 1929 the Canadian Government again closed the immigration door, leaving thousands of desperate Mennonites encamped outside of Moscow threatened with deportation to Siberia. Thielman (1955) states that being at odds with the Soviet policy of socialization, they affirmed that they would sooner die than enter the collectives and abandon their religion and customs. Although the North American funds provided for passage and assistance, all pleas for permission to enter Canada and the United States were rejected.

The Mennonite immigrants of the 1920s were all compelled to begin their life in Canada on the farm, regardless of their occupation in Russia. Although many were artisans, businessmen or educated professionals uninterested in agrarian pursuits, no admittance would have been permitted if those pursuits were continued.

Hiebert (1929) describes the psychology of the situation that resulted from 4 years of a world war followed by 4 years of revolution and counter-revolution with the fronts of the two armies passing back and forth through the Mennonite colonies. Without reason the armies left ruin, death, and often what seemed worse than death in their wake wherever they passed. The terrible epidemics of typhoid fever and small pox left thousands with weakened constitutions and ruined health, besides mowing a deep swath for the grim reaper, Death; and finally the hollow-eyed, stalking monster, Famine, made its appearance and slowly engulfed, with relentless power and cruelty, the Mennonite settlements in Russia. While the earlier years had very much undermined the moral stamina and the vigour of the people, the latter left no apparent avenue of escape and literally blasted the hope and crushed the vitality of many. In some cases Mennonite groups were approaching the stage of general panic.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2082

3

Since 1930, most Mennonite-related literature has emphasised religious, cultural and historical information regarding the Mennonite experience. Information relating to the traumatic events, and the horror of the experience, often lack specificity and are related in a vague, perfunctory manner. There is a striking lack of attention focused on the psychological effects of the trauma experienced by these people. In addition, researchers have not studied the effects on the second and third generation offspring.

The purpose of this study was the exploration of literature to illuminate the events and extent of this traumatic experience of the Mennonite immigrants and to begin the investigation of the psychological effects on these people. The objective was to determine if the transmission of trauma or psychopathology was occurring across generations.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2083

4

## Chapter 2

### LITERATURE REVIEW

#### Historical Context

The Mennonites form a Christian community which had its beginnings in Reformation times. About 470 years ago this movement caused a new search for faithfulness in living out basic Christian ideals. Four major groups emerged: Lutherans, Reformed, Anglicans, and Anabaptists.

Led by the Swiss Conrad Grebel, Felix Manz and others, the Anabaptists believed that the church should be free from state controls, and that memberships should be completely voluntary. They marked this by baptism of adults upon their own confession of faith and held the Bible to be the only guide for faith and life. Members must follow the way of discipleship, patterned after Christ's life, which included love for one's enemies and a readiness to suffer for one's faith. This also meant not using violence, especially taking part in wars. The state churches rejected these views and much persecution followed. The designation Anabaptists is frequently used to describe these people but that was a name given them by their enemies.

Mennonites take their name from the Anabaptist Reformer, Menno Simons, a former Catholic priest who wrote about two dozen books which were a great help to the scattered and sometimes confused Anabaptists. Travelling among dispersed believers, he brought encouragement and hope. His writings helped to establish and hold together congregations. Although the original home of the Mennonites was in Switzerland, churches formed spontaneously in South Germany, Moravia (Czechoslovakia), the Lower Rhine country, Alsace (France), the Danzig region (Poland) and the Netherlands.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2084

5

The story of the Mennonites is an extended, chilling tale of persecution that lasted over 200 years. It is noted that by 1525 those who practised adult baptism faced banishment. In the next years persecution set in on the Anabaptists in full force. Executions grew into the tens of thousands. Under one governor of the Netherlands, alone, 18,000 died for their faith in 6 years. The methods of execution were cruel. Some were burned alive at the stake or occasionally roasted on a slow fire, some were tied to the stake and strangled before burning, some had a bag of gunpowder fastened to the neck before burning. Women and girls were put into barrels and drowned in rivers and lakes. Many were laid in open coffins, with crossbars secured, and buried alive. The dungeons were appalling, and the tortures to which they were subjected unspeakable. The rack was used to stretch men and women until their bones cracked and blood flowed. Screws were set on thumb and shinbone, their bodies were twisted and torn and whipped. They were hanged by the thumb with weights attached to their feet. To restrain them from praying or speaking, vises were screwed on their tongues and then the tips of the tongues were burned with red hot irons so they would swell up and cause the vises to stay in place. On one occasion, an executioner required seven blows with a dull axe to sever the head of an Anabaptist. The *Martyrs' Mirror*, a volume of 1500 pages written in 1685, contains the long and depressing narrative of the sufferings of the Mennonites (Dyck, 1967; Epp, 1962; Friesen, 1944; Horsch, 1893; Reimer, 1990; Reynolds, 1995; Schroeder, 1990; Unger, 1996; Wenger, 1977).

According to a Catholic historian, the blood of these people flowed like water. But hundreds of them of all ages, and both sexes, suffered the pangs of torture without a murmur, refusing to redeem their lives by recanting, and went to the place of execution with joy and singing Psalms (Friesen, 1944). In every scene of torture and execution stood the clergy, the vicars of Christ, ready to receive last-minute confessions. Not until 1815 were the Mennonites granted complete religious freedom in Switzerland.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2085**

6

Why were the Anabaptists seen as such a threat that they had to have these measures enacted against them? The basic reason is that what they believed ran counter to the state, and to the Protestant and Catholic religious establishments.

The refusal of infant baptism, and insistence that children must gain an understanding before receiving baptism, changed the perception of child development and affected their child-rearing practices. They developed a unique perspective of children which did not view them as evil, but rather as easily misled with base desires difficult to control. A system of degrees of obedience which corresponded with the stages of a child's development was established of which the final degree of obedience was adult baptism (Reynolds, 1995).

This particular kind of obedience included rejoicing in punishment (whether or not conscious of transgressions), fulfilling commands with love, and doing cheerfully the will of God. It produced peaceable and mild-natured persons who willingly accepted punishment. This would prepare the child to accept persecution or martyrdom. Mere understanding and knowledge of one's relationship to God was not enough, one must be tested and proved through affliction, bondage, imprisonment and hard work. What was important in education and child rearing was the development of a mild, good, obedient self (Schwartz, 1973).

### The Mennonites in Russia

The story of the Mennonite migration to Russia originates in 1762 when Catherine II, the German wife of Peter III, succeeded him as ruler of Russia and invited Germans and other Europeans to settle and occupy lands vacated by the Turks in southern Russia. Within 10 years her invitation resulted in the establishment of one hundred German colonies. It is to be noted that Mennonites did not emigrate until the 1780's and were not identified with the German colonies, as was later assumed by the Russian nation.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2086

7

Although motivated to move by the attraction of the promised land, terms of agreement were established to ensure the religious freedom desired by the Mennonites. These terms of agreement were laid out in the Imperial Manifesto to all foreigners, but the specifics were not agreed upon until 1788 in a Charter of Privileges. This charter granted Mennonites religious freedom, usufruct rights to 65 desiatina (75 hectares) of arable land per family, permission to erect factories, establish trades and sell their products without hindrance, common rights to rivers and forests, military exemption, commutation of all labour services contingent upon their maintaining bridges, ferries, roads, the distribution of mail, and a 10 year tax exemption (Longhofer, 1993).

The first long wagon train left the Danzig (Poland) area in 1788 and arrived in South Russia, north of the Black Sea, the following year. The Mennonite immigrants established the Chortitza, or Old Colony. In 1804, an even larger colony, Molotschna, was established about 160 kilometres to the Southeast of the Chortitza colony. In 1853, the huge Am Trakt Colony was established in Samars, some 800 kilometres to the Northeast. Six years later the Alexandertal Colony was established, also in Samars, hundreds of kilometres farther to the Northeast. These four mother settlements were eventually increased by 52 daughter settlements. In 1880 a colony was established in Trudkestan in Central Asia. Approximately a total of 10,000 Mennonites migrated to Russia (Baergen, 1981; Dyck, 1967; Epp, 1962; Wenger, 1977).

The pioneer life in Russia was initially marked by poverty and suffering, the natural accompaniments of refugee life, but the difficult pioneer years gradually gave way to years of remarkable prosperity. Whereas the settlers had originally occupied themselves primarily with small crafts and industries, the development of ports and ideal soil conditions for grain production brought economic affluence, allowing greater attention to be directed to educational, religious, and cultural affairs (Urry, 1995).

The high point of community development among the Mennonites in Russia was attained during the period from 1850 to 1920. Although 25,000 Mennonites emigrated to

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2087

8

Canada and the United States between 1873 and 1884 due to the fear of loss of military exemption and interference with their beliefs, most Mennonites remained optimistic about their future in Russia.

The Russian Mennonite Commonwealth was unique in Mennonite history. Its extensive institutional base exceeded in form and complexity any previous, and perhaps subsequent, social and cultural system organised and managed by Mennonites (Urry, 1992). Comprehensive statistics taken during the 1920's list 120,000 Mennonites residing in Russia. Mennonites concentrated on the production of agricultural machinery and the processing of their own agricultural products. By the early twentieth century they had 70 steam-powered flour miles, factories producing 15,000 mowers and 10,000 plows annually, creameries and other industrial projects. The first threshing machine was sold by a Mennonite manufacturer in 1853. Thirty-eight factories produced brick and tile, and eight major industrial firms had a working force of 1744 people. Six percent of industrial production in Russia was carried on by the Mennonites, but the majority were involved in farming (Dyck, 1967; Epp, 1962; Wenger, 1977).

Educational growth paralleled the economic prosperity, notably after 1870. In 1914 Mennonite settlements had 400 elementary schools, 13 high schools, 4 girls schools, two teachers colleges, two 4 year trade schools, and one 8 year business college (both trade and business schools required three languages, Russian, German, and French or English), one school for the deaf and mute, one deaconess institution, and one Bible school. Many of the teachers were graduates of universities in Russia, Switzerland or Germany. About 250 students were attending Russian colleges and fifty were attending seminaries or universities abroad (Dyck, 1967; Epp, 1962; Loewen & Urry, 1989; Reynolds, 1983; Wenger, 1990).

Epp (1962) describes the Mennonite community at the brink of disaster as having the most prosperous and well-developed rural communities in Russia. For half a century they had been the prize exhibits of Russian colonisation officials. Well-planned villages

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2088**

9

with brick structure, painted fences, flower gardens, rolling fields of grain, millions of cattle and sheep, and expanding industries were indeed a joy to behold. Schools, hospitals, welfare institutions, and church life were at the height of their development. But at the same time, insecurity in state and society was also approaching its peak. Planned, and unplanned, Russification was slowly but surely undermining their traditional way of life (Krestyaninov, 1967; Litvinchuk-Klassen, 1990).

The years before 1914 saw the final flowering of the Mennonite Commonwealth. Then the First World War eroded the economic base of community life and most of the ambitious pre-war social programmes were curtailed. The fall of the Imperial system and the failure to establish a state which permitted the continuance of their separate, almost "national" community, created a crisis of identity for Russian Mennonites. The Russia with which they had identified vanished, to be replaced by a state whose view of society and religion was anathema to their vision of life. They felt the loss not only of their former material well-being, but also of place and people, and loss of their political and social independence (Quiring & Bartel, 1963; Urry, 1994).

## Reign of Terror

Scholars of Russian Mennonites have consistently neglected the lives and writings of individuals who experienced the atrocities of this era, thus distorting the understanding of the extent of their effects. Loewen (1993), in a review of Mennonite literature, suggests that Mennonite writers in the West wrote largely about the loss of the Russian Homeland, generally looking back positively and nostalgically upon a closed chapter in Russian-Mennonite history. As diaries and letters from archives and family collections have become available resources, new information can be gleaned which lends a much-needed personal perspective on how these individuals were able to survive the trauma and chaos of their time (Dueck, 1984; Loewen & Urry, 1991).

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2089

10

The following section describes the political events pertinent to the reign of terror and subsequent immigration of many Mennonites. It is succeeded by personal accounts recapitulating the scenes of violence and terror, and the effects of famine and disease. The section concludes with a narrative account of the religious and psychological dimensions inherent in these personal accounts.

## Political Events

Although Russification with its strong emphasis on military involvement, the closer state supervision of education, and the mandated official use of the Russian language were cause for concern by the Mennonite communities, it was the threat of war and the inevitable hate campaign against the German minority in 1914 that began the reign of terror. Legislation was introduced to confiscate all German-held land and deport the colonists (Toews, 1982).

In an effort to prove their allegiance to Russia, Mennonites responded to the war by developing a voluntary service to the state. During 1914 and 1917, over 6,000 Mennonite men served in the medical service which operated the hospital trains and Red Cross hospitals. An additional 7,000 volunteered in the forestry service (Toews, 1967). Furthermore, Mennonites attempted to convince the governing officials that they were not "German Colonists" by sending a delegation to St. Petersburg in 1916 to document their Dutch origins (Epp, 1962). Their demonstration of loyalty toward Russia went unheeded. Perhaps the single most important factor in the persecution of Mennonites in Russia during World War I was that they were German-speaking immigrants from Prussia, and Russia was at war with Germany (Reynolds, 1995).

These events were subsequently overshadowed by the Bolshevik Revolution of 1917 which initially brought hope that the systematic process of discrimination would be reversed. What the Mennonites discovered instead was the end of their autonomy, full authority being given to roving bands of local revolutionaries to confiscate all their

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2090

11

money, land, livestock and anything else available, with the sanction of the Red Guards. Although this reversal lasted only a short while, ending with the German take-over in 1918, it was a crippling blow to the Mennonite society, one from which it did not have a chance to recover (Baerg, 1985; Epp, 1962; Toews, 1982; Toews, 1967).

The German occupation (April to November 1918) created stability of short duration. Partly as a response to civil unrest and partly due to the encouragement of German soldiers, Mennonites formed their own paramilitary organization known as the *Selbstschutz* (self defense corp) designed to protect their communities from marauding bands and hostile forces. This decision caused great trepidation among the Mennonites whose faith was based on non-violence and was viewed by many as a betrayal of all that Mennonites stood for. After a protracted and at times acrimonious debate, the decision of whether to join the *Selbstschutz* was left up to the individual conscience with the stipulation that both sides of the issues were to be respected (Dick, 1986).

Dick (1986) recorded that one heard arguments that to be robbed of possessions would not constitute cause for the use of weapons, but to have these bandits touch a wife or daughter would warrant the use of revolvers or other protective weapons. He goes on to state that in his opinion, the use of weapons was an impossibility because the bandits always captured the men first and therefore the weapons could not be used regardless of the crimes being committed. However, Dick (1986) acknowledged that the decision to use violence for self-defence was not an easy one. He reports speaking to a devout married man who told him that after much anguish, it had become clear to him where his duty lay when for the first time he saw abused women lying there bleeding, and their breasts had been cut off. His one and only thought was: "I've got to get home and grab a rifle" (p. 142).

In his diary, Dyck (1979), maintains that only those who participated can really explain those grievous days when young men who had seen their parents, other family members and friends massacred by the bandits of Nestor Makhno resolved to defend

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2091

112

themselves. **One young man** said that he was glad every time he saw that one of his **bullets had found its target.**

Reimer (1993) maintains that never in their history have Mennonites demonstrated more admirably their willingness to live up to their doctrine of nonresistance in time of war than in Russia in World War I, and never have they failed to live up to that doctrine more ingloriously than they did in the dismal period of the *Selbstschutz* during the Civil War that followed.

By the time the Germans had withdrawn from Russia in the fall of 1918, much of the territory was in the hands of the White Army, which elicited the help of the *Selbstschutz* against the most hated anarchist, Nestor Makhno. Neufeld (1977) records the reactions of the people to this name in his diary. "Makhno. Who doesn't quake at that name? It is a name that will be remembered for generations as that of an inhuman monster.... His professed aim is to put all capitalists to the sword" (p. 18). The alliance with the White Army, however, also had negative consequences when the Red Army gained control in March, 1919 and Mennonites were suspected of being White sympathisers.

The presence of the Red Army (March to July 1919) tended to curb the worst Makhno excesses, but did not prevent undesired violence, plundering, and rape. All the means of production and distribution were nationalised, a move which brought agricultural and industrial activity to a standstill.

In July to October 1919, the territory again fell to the White Army. The temporary peace was shattered, however, when Makhno and his army broke through their defenses and ravaged the settlements. The era of mass killing now began. Death became commonplace. The mutilations perpetrated by the bandits were particularly gruesome and mindless. Rape became routine. Farm and household inventory all but vanished by December, 1919.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2092**

13

In late December 1919 to June 1920 a successful Red Army forced the others to retreat, followed by a final resurgence of the White Army from June to November, 1920. The line of battle, accompanied by severe fighting and artillery bombardment, seesawed back and forth. Villages repeatedly changed hands, for some seven to ten times, and were forced to shelter and feed whatever side occupied their territory. Finally, in November of 1920 the Red Army regained control of most regions, but soldiers did not leave the areas till March, 1922.

Terror, banditry, anarchy, and civil war were accompanied by an invasion of disease and famine against which the Mennonites in their weakened physical condition were defenceless. Drought conditions contributed to massive famine in 1921-22, killing millions of people. Many Mennonites were saved from starvation only by the timely arrival of aid sent by the American Mennonite Relief. The epidemic of typhus and small-pox, spread by the constant occupation of troops and bandits, claimed more lives than either war or anarchy. Many settlements lost one third to one half of their population to these devastating diseases. In one village alone, 384 children were orphaned as a result of these plagues (Baerg, 1985; Epp, 1962; Toews, 1988).

## Scenes of Violence

Anderson (1977) records Louise Klassen Matson's flight to freedom during this reign of terror, and makes reference to the absurd rules of the Red Army. No one was allowed to step off their property without permission of Russian authorities. Sometimes at night guards came through the barracks of the prisons where the men were kept. They would awaken every third person, give him a pick and shovel and order him out in the yard. They were forced to excavate mammoth graves, large enough to accommodate 40 bodies. Then they were lined up and asked to make a choice, either they could accept Communism and renounce their faith in God and live, or refuse to acquiesce to such an alternative and die. Prisoners who remained true to their faith were tied together, one to

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2093

14

another, on the edge of the grave and facing it. On command they were executed, toppling forward into the communal grave where they were left to die. The next morning another contingent of prisoners was rounded up, given picks and shovels and ordered to close the grave. Many disappeared in the night. Where had they gone? To the concentration camps in northern Siberia? To communal graves? No one knew.

Anderson (1977) described the day Matson saw a horse drawn wagon passing Ljubimovda, a close-knit farm settlement where she lived. Home after home emptied as people closed in to see what it contained. Some people were screaming to the Lord. Men shook their heads sadly and women hid their faces in their aprons and moaned. Circumventing the crowd, Matson pushed her way to the wagon and soon wished she had not. On it lay a dead man, partially severed fingers dangling from outstretched hands. She realised that this man had been tortured and killed because he refused to denounce his faith.

Anderson summarised her experiences by stating that it has been said that children reflect the attitudes of their elders. This meant they reflected sound strong family ties, self-reliance, desire for religious freedom and a belief that government should not interfere in personal affairs, all standards which the Communists had obliterated. Obliteration came to mean liquidation of the kulaks: the bourgeoisie, the wealthier land owners, as well as anyone who opposed collective principles. In the Ukraine, thousands of Mennonites, classified as kulaks, were arrested, imprisoned and exiled to the far northern regions of Siberia. Condemned to a life of hard labour, they built Siberian railroads and dug mines. Trainloads of Mennonites were torn from their families never to be heard from again.

Anna Baerg recorded her experiences during 1916 to 1924 in a diary translated by Gerald Peters in 1985. She stresses the horrors in reference to the anarchists (Makhno and his army) called blacks because they displayed the black flag of anarchy as an emblem. They perpetrated terrible cruelties against several settlements. Fifteen people

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2094

15

were shot in one village and later the anarchists returned, ordering landlords to carry straw into their houses and set them on fire. After the order had been carried out they were shot, and their bodies tossed onto the burning straw. The inferno began at five o'clock in the evening and burned into the morning. From Alexanderdrone they could see the reddened sky that night, not knowing what it was all about. The anarchists devastated other surrounding villages as well. A total of 60 men fell to their wrath, not to mention the many horrible things done to the women. It was an indescribable sight! Word spread that they were going from village to village and many people, mostly women, fled. "Mother stayed behind with the little ones. But God protected her. Our yard was one of the few that these devils in human form overlooked. . . The Russian hatred. . . can no longer be controlled. The luckiest ones are probably those who have overcome the tribulations of the world and have entered their eternal home, like father" (p.52).

The following month Baerg (1985) responded to the military passing back and forth through their village, taking the wagons and drivers with them, including her brother. They came in droves. "What a time this is! And yet, it would be tolerable if only there were no murder or rape or torture" (p. 54).

Baerg concurred with Matson that it was not the Bolsheviks but the Makhnoists who instilled fear and terror in their hearts, stating that what they did to some villages was heinous. In one village, for example, they murdered all the heads of the families and then the women and children as well. Even the servants and maids were killed. In another village, only one house remained standing, everything else was burned to the ground.

DeFehr (1967) portrayed his experience with the arrest and imprisonment of Mennonites as hostages with no hope at all of ever appearing before court to defend themselves. Every night, between one and two o'clock in the morning, several men would enter the building, page through a book in which names of the prisoners were registered, and make crosses next to names. These names were then placed on a special

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2095**

list and guards would walk along the hallways, calling the names on the lists and closing the doors behind them. Those called were marched down to the basement one by one and either shot or stabbed to death. When all those on the list had been killed, their bodies were loaded on trucks and taken away. The number disposed of in a single night ranged between 25 and 30 persons. DeFehr (1967) states that the night prior to his brother's transfer, 36 persons had been called out of their cells and stabbed to death. The result was fear and terror throughout the building, as all the prisoners knew that one night soon it would be their turn.

Anna Dyck (1979) made reference to the disappearance of the women who became "friendly" with the Red soldiers. She wonders if they might not have done what three nurses of the White army did when the Red forces reappeared. "In terror of what might happen to them, they went to the barn and hanged themselves. How many terrible things like that happened!" (p. 49).

In another entry, Dyck (1979) stated that she will never forget some of the scenes of those days. They saw a pile of young men's corpses, their clothes removed. Nearby, a man was digging a large grave. When they saw this, they were terrified and fled. No one in their village knew why the men had been shot. She goes on to declare that to enumerate the many tragic events alone would serve no purpose (referring to death, famine, and homelessness) and assures the reader that eventually assistance came.

Dyck (1979) recalled many events that she witnessed, such as the scene where prominent women were forced to build stone roads from morning till evening in the hottest weather, breaking up large stones, without ever sitting down or ever allowed to have a drink from a nearby well. However, she also reiterated that she was one of the younger ones who did not know the full story of how many persons simply vanished, or were shot. Again she states that she will mention only one case when a young acquaintance of hers was beaten to death. Dyck questioned why this would happen, but to

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2096**

17

ask also would mean they would be condemned. She reached the conclusion that there was nothing anyone could do.

Peter Dyck's diary (1914-1924) revealed the terrible havoc that had been inflicted in many homes. Women were raped, including one in the last stages of pregnancy. Looting continued day and night. One drunk soldier hit old Mr. Warkentin over the head with a revolver, as he sat outside his door, so that he had to be taken to hospital (where he died the next day). At 11:30 at night the Giesbrechts were attacked. The family managed to get out and away but Mr. Giesbrecht was beaten with the butt of a rifle and had many bruises and wounds on his forehead. Aron Friesen's son Daniel, whose body was chopped into pieces, was buried that day. He described the never-ending assaults and arrests as causing "consternation" in the village of Halbstadt.

Enns (1994), in his autobiography, continues to depict the scenes in Halbstadt. A woman returning home witnessed the body of a Mr. Penner lying on a wagon made of boards. He lay there with his nose and ears missing. That night everyone stayed up watching and waiting in case they had to flee. He describes their experience as "the devil was turned loose" (p. 12). When the commissioner ordered Uncle Hamm to be shot, Enns recalls seeing Hamm holding his head with both his hands, speaking inaudibly, being led down the steps. After a while a shot was fired. He was killed with a shot through his head and Enns collapsed. Later one of the military men caught up with his friend Heinrich and shot him in the head. He collapsed right in front of the Enns' dining room window. Before the shot was fired, Heinrich turned to face his persecutor. When he saw the gun pointed at him, he put his hand in front of his left eye, but just for a moment, then the shot was fired. The shot entered the cheekbone and came out the brain, the whole back of his head was shattered. The corpse was dragged across the yard and thrown next to Uncle August on the veranda.

Shortly thereafter, a larger troop entered the village. They placed a machine gun at every entry and every exit, set fire to every building and shot every person who was in

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2097

18

sight. Then they chased all the men who could be located into a cellar and threw a hand grenade in after them. Twenty five of the town's inhabitants died. When Patalacha, a neighbour, came back that night and saw what had happened, he was foaming with rage but he did not retaliate.

Later Enns (1994) recalled the arrest of a neighbour's son who wrote to his mother. "Maybe even today I will see my Saviour-oh, how lovely it will be there above" (p. 25). He was taken out at night to the living room of a Richert family and tortured terribly. The woman in the next room covered her ears with pillows so she couldn't hear him scream. In the morning he was taken out to be shot. He asked that he be allowed to kneel down and pray. When he went down on his knees, a shot hit him in the head. The next day when his brother saw a policeman wearing his dead brother's clothes, he fell down the stairs in shock.

Neufeld (1977) chronicled his experiences as he travelled throughout Russia in an attempt to flee the country, describing never-ending scenes of violence. On the Island of Chortitza the bandits perpetrated a grisly St. Bartholomew massacre. All those who couldn't flee were killed. There was not a single Mennonite left on the Island. One evening, villagers reported to Neufeld that in a surprise raid, all inhabitants over the age of fifteen were cut down in cold blood. Eighty-four people lost their lives. Heart-rending scenes where women tried to shield their husbands or sons with their own bodies, only to lose their lives in the process were related. Many fled into the bitterly cold night, barefoot and in night clothes, only to be slaughtered.

One local man was flogged in an attempt to get him to name Mennonites who might have weapons. When the pain became unbearable, the man gave them a few names to escape further torture. As a result, the men who were named were put to the torture. For three days, almost hourly, they were whipped with *nagaikas* until they implored their torturers to finish them off. When they were finally sent home they were

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2098**

19

helplessly bedridden with hardly a spot on their bodies unhurt. Their clothes had become stuck to their now festering wounds.

In Gnadenfeld people lay about wounded, mutilated, and slain. Like savages, the riders would enter a house and without uttering a word start hacking at the father of the house with sabres. They raped women and girls, not even sparing the 13-year-olds. If a girl resisted, she was simply killed. In Orloff at least two girls became sacrifices to their own maidenly modesty.

The Zagradovka ordeal lasted 3 days in which 214 people were killed and six villages reduced to ashes. Physical mutilations and venereal diseases remained for a long time as pathetic proofs of that terrible fate. In Meunstergberg there were 84 dead, 18 of them women and 36 children.

As Neufeld called on W., he found the family in a state of shock and was handed a letter written by a relative:

> We write to you with petrified hearts and bewildered feelings. They came to our house. They undressed us down to our underclothes and began their sport with us. They shot our father through both hands and forced him to sit down at the table with them! Father gave us a look of profound anguish. It cut us to our souls. We all stood there in mute agony while they mocked and jeered us. But that wasn't enough for them. They took brother John upstairs, cut him about the face with sabres and tried to hack off his arms. He ran outside and later we found his body in a pile of chaff. They-for whom we can find no name because there is no word to describe them-had evidently enjoyed increasing the dying man's pain by sprinkling chaff into his wounds.
> Our youngest brother thought he could intimidate them by standing up to them, but they shot him and hacked him down. They beat our nephew Frank with knouts and blunt objects until he fell unconscious, never to wake up again. Henry tried to escape with his wife and child; but we found them later in the garden-dead. We are also wounded. My left ear is half gone and I have deep gashes on my forehead. I also have a dressing on my hand.... We have left our house and are in hiding with friends in the next village.... We also hear dreadful stories.... We wonder whether you are still alive. (p. 47)

Another scene describes Mr. Martens, a well-known public figure, running home to check on his family, only to stumble over the corpse of his wife. In his agony he

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2099

20

called out to heaven but his wife remained still. Then he remembered his children and horror of horrors greeted him! The mutilated remains of all five lay scattered about the rooms- the oldest off 11 years alongside the youngest. Their hands looked as if they had protectively tried to ward off sabre strokes. Driven by unbearable grief, Martens dashed away and lost control of his senses, scarcely aware of the severed children's heads set up on the window ledge. "His heart howled in measureless grief" (p. 85).

Herman and Katharina Neufeld (1984) record one incident of retaliation when the church service was interrupted by someone who said the H. Penner family had been murdered. Mr. Penner died from sabre wounds and a split skull, their son had twelve stab wounds, but recovered. A posse pursued the murderers and caught one of them who was interrogated, probably mishandled, and died the following morning.

Penner (1993) contributed his encounters with trauma as a school boy in Sagradoska. He describes three boys in the school who tearfully pleaded for mercy, but the bandits repeatedly stabbed Johann and Jakob and then cut them into pieces with their swords in the presence of his friend Heinrich. One bandit then told Heinrich to run as fast as he could and he would be allowed to live. However, a bullet struck him in the back and he fell wounded to the ground. Moaning in agony, he cried out for mercy but the bandit cut his throat right on the spot and he bled to death. Along with the news of his classmates, Penner heard that Principal H.D. Neufeld had been shot to death and that three of his uncles, four of his neighbours, a number of other men, young boys, girls and women had been slaughtered. Within the space of one and a half hours, the bandits had murdered a total of 45 people. A large number of girls and women had been raped and many houses, barns, machine shed and straw stacks and cattle fodder had been set ablaze.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2100

21

## Famine and Disease

The change from prosperity to poverty and starvation came so abruptly that no one had time to adjust to it. From 1917 to 1920 the rest of the world knew little of what was going on in Russia, except that communism was being attempted on a grand scale. Despite government censorship, news filtered out that outside help was needed to keep people alive. Although the Mennonites might have succeeded in sustaining life, despite the economic devastation, the droughts of 1920 made this impossible. In 1920 little rain fell on parts of Russia and by March 1921, it became so dry that grain was blown away by its roots. By 1922 there was no pasture for the stock, and little other food. Household items were exchanged for any available food. Leaves, bark, corn-stalks and "Kurai" (a small thistle) were ground into flour. Cats, dogs, crows, gophers, and even dead horses and cattle were eaten. It is impossible to give an adequate picture of conditions that existed (Hiebert & Miller, 1929).

Smucker (1979) depicts a time of despair in the Mennonite villages. Instead of the shrieking terror of the soldiers and bandits tramping into their houses, there was now the quiet unseen terror of drought, disease and famine. Month followed month with no relief. A year passed and life became as fragile as a stalk of straw. All of Russia suffered, and the children who lived, lost forever the growth and strength that food could have provided. The lives of the people in the starving villages slowed to a creeping pace. There was little energy to walk, or to lift, or even to hunt for food. But through the long days of the famine, the villagers shared with one another. She relates that "it was a desperate day when Aunt Lizzie cooked field mice and the bodies of crows that swarmed in the barnyard.... Peter swallowed the food with closed eyes. The taste didn't matter; he needed something inside him" (p. 104).

In his diary, Dyck (1981) summarizes the consequences of severe famine. He reports that their pig disappeared just outside their yard. Nothing, not even young

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2101

22

children could be left unguarded because there was talk of cannibalism. "That could happen only in Russia. How I wish we could emigrate," he states (p. 194).

Enns (1982) described streets where the dead and the half dead were picked up daily and taken out of town. Some people still had some wheat hidden to make bread and were given one slice per meal. When they sat down at the table, the door was closed and the windows covered with pillows. The hungry people were standing outside by the windows begging for bread. Margaret, who worked in the hospital, came home to find her little brothers and sisters sitting on the floor near the stove with swollen abdomens. Her brother them butchered a housecat. Their neighbour Braun, who always took it easy and never hid anything, had starved to death.

In an effort to visualise the famine conditions, Hiebert & Miller (1929) outline the scene. From day to day the pangs of hunger and the hopelessness of the situation continued to increase. As time wore on the complaints of the little ones became less emphatic. The loud cries for food had changed into quiet melancholy pleadings. Their voices became husky, their eyes watery, and their pleadings pathetic to the point of breaking one's heart. The sound of song and merry laughter gradually disappeared. Interest in life waned, and playing and running became a thing of the past. Their cheeks grew more hollow and their frail bodies more thin, until they were skin and bones. But unexpectedly, one morning there was a striking change in a boy of 10. His cheeks seemed fuller and his thin limbs had greatly increased in size during the night. Every day his face, limbs, and especially his abdomen grew plumper. He complained less than before, he spoke less, and hardly moved from his bed. What could this mean? It was swelling from starvation, the forerunner of a speedily following death.

Typhoid fever and small pox also ravaged the Mennonite communities. Neufeld (1977) chronicles his experiences of the dreaded diseases. In their delirium the people raved on and on about emigration but, alas, most of them emigrated to the cemetery. Daily, through the window, he saw the coffins go by until finally there were no more

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2102

23

coffins. The dead were then buried in wooden troughs or without anything. Even internment was difficult as there were scarcely any healthy men left to dig the graves.

Quarantining the patients would have been the most effective treatment but that was not feasible because the anarchists would not allow the sick to be removed. No medicines were left in the pharmacy. Sorrow and distress entered every home. In one village all 6000 inhabitants had been in contact with typhus patients. Finally all doctors were seriously ill or dead and no one was left to tend the sick. In addition, winter set in and no fuel was available to heat the houses and few people had the strength to chop the remaining trees left by the pillage.

Neufeld also became sick and was bedridden for 40 days. Looking at himself in a mirror he was shocked at his appearance. He stated, "I'm a mere caricature of myself. My eyes are deeply sunken in their sockets, my head is full of bald spots where the hair has fallen out, and my beard, neglected for so long, is long and straggly" (p. 59).

Although many adults died of this devastating disease, many children survived. As of June 1920 there were 578 orphaned children in the Chortitza district alone. These children were distributed among the remaining villages of the Old Colony (Neufeld, 1977).

### Religious Dimensions

Responses to the overwhelmingly disasters affecting Mennonites were many and varied when attempting to reconcile their faith with these events. Klassen (1994), after hearing the oral history of Lydia's struggle with life in Russia determines that it is endured internally, expressed through weeping and expurgated through receiving the light of faith. She reports that rare were the references to hunger, violence or fear, all of which were constant realities in Lydia's life. Her response to the chaos surrounding her was to rewrite it, submerging "the cares of this world under her own sinfulness-her criticism of others, gossiping, impatience and questioning of God's will, specifically his postponing of their immigration to Canada" (p. 437).

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2103

24

Matson recalls questioning her mother whether God didn't love them anymore. Her mother's response was, "God is love....It is men who are evil. We must trust God and be true to Him always as our forefathers were" (p. 16). However, despite the fact that her parents talked about the goodness of God, Matson became aware of apprehension creeping into their prayers. At 5 years of age, when her father became ill, she did what all "good Mennonites do", she prayed with her mother, trying to persuade God that they needed a husband and father. "God, you can't let Papa die! He's going to be a minister. Don't you know he has already bought his striped pants and long swallow-tail minister coat?" (p.31). As he lay in the coffin out in the pouring rain, she screamed, "I want my Papa! I want my Papa!... Why didn't God listen to our prayers? Didn't he have ears? Didn't he care that Father could no longer joggle us children on his knee or listen to our bedtime prayers?... I had always feared death.... Now I shuddered every time I thought about it. And for years falling rain was horrifying to me. I remember often asking God to let me die on a bright sunny day" (Anderson, 1977, p.p. 32-33).

Anderson (1977) also addresses their responses to Lenin and their oppressors. When seeing a picture of Lenin hanging on Mr. Friesen's wall, one person spoke up stating that Lenin was not their leader. Matson's stepfather stipulated that Lenin was their ruler and that "God says that we should pray for those who rule over us" (p. 40), and that is what they did every day during family devotions. They prayed that he would become the kind of leader they believed he should be. They also prayed that Lenin would choose Christ as his Lord and Saviour. However, when Lenin died they rejoiced and thought life would now be better.

When Anna Baerg (1985) becomes angry at the surrounding circumstances she admonishes herself for calling them "stupid Russians" (p. 7) and states that she has no right to hate them. They are people and as such God has placed them all, without exception, on the same level as she is. Although soldiers constantly invade the village, Baerg trusts in God and resigns herself peaceably. "His protection has never failed.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2104

25

What a great blessing to have faithful parents. Lord Jesus, thank you for that. And bring us and our masters into your protection tonight" (p. 7).

After a particularly terrorising day, Baerg (1985) insists that God has intervened when they needed him most and sent other guards to protect them. She pleads with God to send a better government so that order and justice will once again rule in the country. She then resigns herself, "But God will help when the time comes.... Let us praise him and leave our souls in His protection" (p. 9). A month later she implores God to "save me from this hatred towards the Lenin family.... Please help me, for Your sake, not to wish them evil. You prayed for Your enemies. But it is hard to tolerate such people whose show off friendliness is nothing but hypocrisy" (p. 11). She maintains that judging and condemning is always the easy way out and still it's not right and therefore asks God to give her strength to overcome.

When faced with the issue of pacifism, Baerg (1985) recorded the following words: "Sleeping Beauty has been roused from her slumbers and the prince who has awakened her is, in this case, the war, this civil war, this evil. Even a lean, hungry peace would be better than not being able to sleep at night for fear of being murdered. Sleep? Have we all been dreaming until now? Are we not pacifists? Is not pacifism the whole idea behind Christianity?... At least that's the way it should have been, yet it has turned out to be nothing but a dream, a beautiful dream" (p. 43). As a Russian neighbour shouts to her that Makhno will cut them all to pieces, Baerg responds by asking herself what "neighbourly love" really means. "The Lord says bless those that curse you ... but I fear that I was less concerned about her personal well-being than with avenging the insult given" (p. 63).

Dyck (1979) records the response to the death of his 18 year-old brother. Even his two favourite horses that carried the coffin neighed so vigorously that they could be taken away only with difficulty and they instinctively felt that something was happening to him. His mother was comforted by the words from another woman that God took her

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2105

26

son, Cornelious, at an early age to save him from worse things. Later when times became increasingly difficult during the terrible years of famine, death, and flight, his parents were thankful that their oldest son had been taken by God and spared him those experiences.

Other faith responses demonstrate a resignation to the events, trusting that "God is in control, and He doeth all things well. Obviously, this is a time of purification for our little Mennonite ethnic group" (p. 27). When many were killed without reason, efforts to understand the violence included, "The Lord permits so much that we cannot comprehend. When will we at last hear the 'because' in answer to all our 'whys'" (p. 61). Even in their admirable attempts to trust God to take care of them, uncertainty prevailed. "'All things work together for good to those who love God'! It is incomprehensible to us, why God allows many of these things, such as the beating and torture of innocent people" (Dyck, 1981, p. 77).

Often the only resort was prayer. Enns (1994) states that there was no doubt that death was upon them. His friend spoke his farewell to Enns and left, ready to meet his death. Two guards shot while the rest of the people dropped to their knees and screamed to God. When they got up nobody was in sight. His friend was not shot, obviously he was missed on purpose. "He was saved by our prayers, someone said" (p. 15).

In his response to the Selbstschutz, Neufeld (1977) spares no words in his criticism of the Mennonites for taking up arms instead of holding to their non-resistance. "As good Christians they had no right to show hatred toward their neighbour. Their duty was to love him even when he wronged them" (p. 73).

Self-recrimination was often used to explain their perplexing traumas. Penner (1993) recalls hiding from the soldiers in the raspberries bushes in a dense fog. As a family they thanked God that they had been spared. It was only through God's grace and guidance that he had been spared. Later he states that he personally would have fled from that awful place to any other spot on earth where peace and quiet would have been

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2106

27

found. And he asked God at that time, "Why did you allow this terrible catastrophe to ravage us? Why did so many innocent people have to suffer in such a horrible way? Many a person in those days asked: 'Why, O God, did you allow this terrible judgement to fall upon us Mennonite people of the Sagradowka colony? Were we so sinful and Godless'?" (p. 29). The result of this self-appraisal caused a general repentance of their past failings and a great spiritual revival was demonstrated in their settlement.

Klassen (1994) also notes the self-recrimination of Lydia when her oldest brother, her favourite brother, died. The blow was devastating. She was given over to misery and found no comfort anywhere. When the misery had allayed itself somewhat the thought came to her that she might also die young. And in her soul there emerged the anxious question, "What must I do to die blessed?" (p. 434) which ended her state of rebellion along with a confession of her sins.

When questioned by his grandson Peter on the purpose of the suffering, Smucker (1979) relates that Grandfather answered, "God's people have always suffered ... but they have never been destroyed" (p. 56). He encouraged the children, as well as the congregation, to pray for God's help and forgiveness if we have wronged our Russian neighbours unaware and to never forget that their early forefathers were persecuted for their beliefs, but their beliefs were not destroyed. Peter thought of Grandfather's faith and hoped that he could bear his hardships. When all churches were closed in Russia many wondered how they would survive. "We will keep our faith alive in our homes ... If our Bibles are taken from us we can repeat the verses from memory. No one can steal our faith. No sword can cut off our silent prayers," (p. 78) was Father's quiet response. The group joined hands in a circle and after a moment of silence it was ended with "Amen." It was like a pledge. God could, and would, be worshipped even if the church was closed.

During the most devastating time of famine and starvation, Dyck (1981) recalls G. Doerksen preaching on the nature of love. He responds with words of self-criticism,

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2107

28

"Oh, how we lack compassion especially in this tragic difficult time of famine. How will
we fare in the Last Judgement? The absence of love is particularly evident in group
conversation. There is a constant cruel criticism of idle beggars and their tendency to
steal. The criticism also extends to the poverty stricken of our village. Many of the
accusations are justified but that does not excuse our critical attitude towards the less
fortunate" (p. 27).

Hiebert & Miller (1929) describe famine conditions as the testing time for faith.
The morning worship, which in former days was always followed by a hearty meal,
became almost a torture. In the days of plenty it was easy to have faith in God and trust
Him for the daily food, but now! The father was daily compelled to face the children
whom he had taught to trust in God who would certainly care for them. He hardly dared
to read again, "Consider the lilies of the field." or "Take no thought for your life, what
you shall eat or what you shall drink," "Behold the fowls of the air, for they sow not,
neither do they reap, nor gather into barns, yet your heavenly Father feeds them. Are you
not much better than they?" (Matthew 6:28-34).

## Psychological Indicators

It seems astonishing that Mennonites should have abandoned the soul, since soul
looms so large in the Scriptures on which their faith is founded. In the Old Testament
there are some 450 references to *nephesh* ("soul" in Hebrew) and in the New Testament
there are over 50 references to *psyche* (Greek for "soul"). And yet, Mennonite literature
seldom addresses the psychological effects experiences by these people. Again one must
look to diaries and journals in an attempt to understand how the atrocities affected their
emotional lives (Dueck, 1988; Ebersole, 1960; Klassen, 1966; Klassen, 1994; Koop,
1988; Lehman, 1981; Neufeld, 1983; Thiessen, 1963).

The biography of Louise Klassen Matson points out that as a child she felt that
Mennonites were never encouraged to express their thoughts. Often she wondered if they

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2108

were even supposed to think.  As traumatic events continued, Matson "shuddered as I recalled the dramatic details of my recurring dream.  Though varied in detail and substance, the gaping, recently excavated grave remained intact.  Apparently my subconscious mind refused to be released from the horrors I had seen and heard" (p. 11).  Although only 3 years of age at the time, she states that memories and impressions stored deep in her subconscious do surface at times, among them the fear of loss when seeing belongings packed (Anderson, 1977).

Listening and watching other people also affected the children.  Matson recalls hearing an aunt talk about the many women and girls who had been raped.  Although she had no idea what it meant to be raped, Matson could tell by her distress that she thought death would be more tolerable.  When seeing her mother cry, Matson realised that grownups were also frightened but tried to hide their fear as her mother did.  Causes for alarm were never spelled out in so many words when the children were around but the children put bits of conversations together to know what was happening.

At times Matson states that she cannot adequately describe the emotional trauma they experienced as they made secret departures to safety.  Fleeing to China, she describes the farewell scene with Grandfather and other villagers.  The memory of Grandfather's parting prayer remains forever etched in her mind as he prayed for their protection and that all family members would accept Christ as Lord of their lives.  Men were torn between leaving their fiancees but had no choice but to flee.  She remembers the quick, emotion-filled hugs and kisses as the train pulled out of the station.  Only the girls wept bitterly as the train sped away.  On their arrival in China, Matson's mother would not permit them to be sad (Anderson, 1977).

Anna Baerg's (1985) diary contains only two entries related to mental health.  In July, 1921 she comments on an insane woman who had been running around behind the garden and in the churchyard.  Some said she was possessed and the children were calling her "the witch" at school.  She states, "Poor deplorable woman.  What may have

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2109

30

driven her to this? How much more insanity will these times produce?" (p. 74). By August, 1922, Baerg notes the changes in people as they were becoming dull and apathetic. What once would have brought tears of compassion and pity now elicited little but the show off sympathy. "The tears have barely dried and we begin complaining about our own situations, worrying how we ourselves will make it through the difficult times ahead" (p. 85). Although many poor people were wandering around, even with the best of intentions there was no help available. She heard rumours that in some places, among the Russians, even the corpses in the graveyard were not secure, and in one instance a father wanted to butcher and eat his own child.

Excerpts from the diary of Peter J. Dyck (1981) indicate the helplessness and futility of their attempts to accommodate themselves to the situation. He wonders what will become of them for it drives them insane to see all the things that are happening. Dyck describes the terror of a woman who ran screaming into the street filled with soldiers. He attempted to calm the maniac who began to beat her but retaliation was swift and painful, and as a result of his efforts Dyck's father suffered a severe blow to the head. After his father died of a fatal stoke, Dyck wondered if it was precisely on that spot that the blood vessel had burst.

Dyck (1981) witnessed the disbursement of 110 orphans and describes little children clinging to their older siblings so that no one had the heart to separate some of them. He states that the departure of the children was similar to a slave market. Even though siblings were to remain together if possible, many were separated, causing very painful scenes.

At times Dyck (1981) relates conditions without commenting on their effects. For example, he states that there was never a night that was peaceful and quiet. At other times he comments on the changes of behaviour that he observes. In school, children are no longer attending regularly, and although parents were sent a letter of encouragement, people appear to be indifferent and too lenient with their children. In one entry, he notes

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2110

31

twelve-year-old Joseph and his dying brother were deserted by their mother. The brother subsequently died. Dyck asks, "Would a mother forsake her children?" (p. 199).

Three authors, in documenting their memoirs, make only one reference to any emotional reactions to their circumstances. Enns (1994) recalls a celebration scheduled in a public school when news of an arrest was announced. He states that the "atmosphere became depressed.... All went home depressed" (p. 13). DeFehr (1967) was notified that his brother would be released from prison and went to meet him. His brother was weak and barely able to stand. He was skin and bones and clothed only in a ragged shirt. DeFehr responded, "The sight was pitiful indeed, but we were thankful from our hearts that God had heard our prayers and that we had been able to save our brother, at least for the time being" (p. 60). Hamm (1984) observes that at age eleven everything made a deep impression on him. He was impressed with the way his parents were able to "get along with the troops" (p. 194) and lists the individual positive qualities of the soldiers. Hamm was particularly intrigued with one of the soldiers, "a natural jester" and declares that "his audiences required no further psychological therapies to cure their blues" (p. 194). Later, however, when commenting on another aspect of the revolution, Hamm declares that "this was an experience of the bestiality of man never to be forgotten" (p. 61) but fails to elucidate what actually occurred.

Penner (1993) illuminates the responses elicited by various expressions of emotion. When attempting to inject a little humour into the classroom in order to cheer the teacher, the students were sharply reprimanded, "How can you two, in these times of great sadness and seriousness, engage in such foolish and frivolous activity?" (p. 26). The teacher went on to enumerate the many atrocities that had taken place. Penner states that it made his heart bleed to think of the many innocent children, women and men who had been senselessly slaughtered in a most gruesome and frightful manner. He recalls the "weird and foreboding feeling" (p. 28) experienced when the night was pitch black and the wind howled mournfully throughout the ruins. Often he would get a tremendous

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2111**

32

scare from riderless horses which had an "uncanny habit of showing up unawares behind you in the dead of night" (p. 28).

Coming home with his father one night, Penner (1993) encountered a scene of utter, indescribable devastation. Dead bodies, many of them dismembered, were lying among burned-out buildings. He states that it was heartrending to hear the sobbing, and to witness all the agony and sorrow of the grief-stricken people who had survived, and a verse of a poem by Friedrich Schiller came to his mind: "The lion's jaw may cause great terror, A tiger's fangs are just as bad. But nothing can exceed the horror, That's wrought by men-stark raving mad" (p. 29). Although many of the residents harboured feelings of bitterness in their hearts toward the perpetrators of the violence and destruction, it was very dangerous to openly show any resentments. Out of fear and anxiety no one wanted to get into the bad books of any of the factions of military bands that roamed the country.

Klassen (1994) describes Lydia's response to a woman's loss. "She pressed her hand to her heart as though it might break from sheer sadness. I know, I have also had such sensations. I have experienced a lot of sorrow in my life as an orphan, but not likely as deep a sorrow as this.... I realize that words cannot help here. That is why I only said we cannot comfort you, but the Lord will certainly do so" (p. 434).

Neufeld's (1977) journal captures numerous emotional responses by observing facial expressions. Entering a town he detects how one of his students has changed. Her youthful eyes were filled with an indescribable sorrow and others also looked pale and distraught. He declares that the marks of suffering would never be erased from those faces even if they did survive. People await their fate in a state of unbearable tension. Neufeld alleges that the mental strain is so great that it dwarfs all the other afflictions which they have to bear. There is no solace to be found anywhere and faces are fixed in stony expressions of resignation or apathy. Eyelids twitch in pain and mouths are etched in grief; there is no hope left in those faces. Trivial matters seem to upset some people

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2112

33

more than death; at least the dead are relieved of all their sufferings. Many of the living actually envy them.

Neufeld (1977) despairs when he is handed a list of 214 murder victims and discovers the names of his father and brothers. "I want to howl to make the earth tremble! Henry, my brother, if only I'd been able to die in your place! You had a wife and seven little ones. A tireless fighter for truth and ideals. Does crime have no limits then? Is there no end to this atrocity?" (p. 64). As he continues to listen to the accounts of death and destruction, Neufeld becomes paralysed and unable to master his whirling thoughts. At first he gave his emotions free rein and then his will power asserted itself and he became more composed. His nerves were throbbing and a stupefying ache of grief took hold of him. The pain that he felt over the many victims in his native settlement bored into his innermost being.

Neufeld (1977) also witnessed the emotional toll experienced by the children. He describes a scene confronted by the children, in their midst a dead mother and a short distance away the body of their father. In front of them blazing flames engulfed their home. Although the children were given homes with other families, their gruesome experiences continued to haunt them like a nightmare. The oldest girl of 15 struggled for 5 months and then went insane. Her sister was wrestling with the same heavy burden. Neufeld states that perhaps her mental reserves would prove to be strong enough to calm her senses eventually. In another home a doctor was given the choice to surrender his daughter for sexual pleasure or die. The daughter saved her father from his dilemma by offering herself voluntarily. Everywhere the raving madness allowed them no rest.

Responses to sorrow are illustrated by Smucker (1979) who recalls the time when a child realizes that many people were no longer able to laugh. Her aunt replies, "We must not pass our sorrows on from generation to generation. You need laughter to grow."

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2113

34

(p. 60). An invisible wave of relief passed among the other family members when they heard the aunt say these words. They were all glad that she would cease to show her sorrow.

## Immigration

In 1921 representatives of the Mennonite community met with the Soviet government with a petition requesting permission for refugee and landless Mennonites to emigrate. This initial step marked the beginning of a long and frustratingly complex dialogue with the communist regime. By 1923 the first group of 726 emigrants left by rail. Other groups followed as negotiations progressed. 1925 saw a steady decline in emigrations, because the Soviet government had become increasingly antagonistic toward the movement. Not only were they reluctant to lose so many productive people, but also a mass exodus presented a negative image internationally. By 1929 the emigration movement had been terminated. In 7 years 20,200 Mennonites, or about one quarter of the Russian Mennonite population, had made their way to Canada. (Baerg, 1985) and 250 to the United States (Anderson, 1977; Klippenstein, 1976).

This writer's grandfather summarises their departure in one paragraph, omitting the trauma and terror of leaving their home with five young children, being followed by bandits, with only enough room inside the trains for women and small children while men and boys clung to the roof. He does not express, in writing, the waves of joy and relief they experienced when crossing the Red Gate, a tall steel frame shaped like a barn across the tracks, with a big star stuck to the top of it and the Soviet flag flapping in the breeze and clusters of Russian soldiers waiting at the border crossing ready to stop the train at any time. Instead, Klassen (1960) documents:

> In May of 1924 we received permission to emigrate to Canada. The Russian government, as well, gave us the right to emigrate to Canada. It was difficult to separate from my mother, our brothers and sisters, our business and the share holders. God helped us to make the decision to leave Russia. On the 12th of July 1924, we left Gussarowka in Barwenkowa by train and travelled to northern Germany. We crossed

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2114

35

the North Sea by ship and came to South Hampton, England. We travelled by train
from South Hampton to Liverpool where we were kept in quarantine for four days.
During that time we were inspected by Doctors who declared us in good health. We
crossed the Atlantic Ocean on the huge steamship named Montclare in six days. We
arrived at Quebec City on the 8th of August. We travelled by train through Montreal,
Toronto and Winnipeg. We arrived in Winkler on the 12th day of August, at 8 o'clock
in the evening. (p. 3)

In a reappraisal of the condition of the Mennonite immigrants, Paetkau (1984)
reflects the fragmentation and confusion experienced by these newcomers. They were,
by all indications, a broken people, broken in body and spirit. A part of them reached
back into the past, seeking a history and experience that might never have been as they
thought they remembered it. Another part strained forward, anxious to get on with the
difficult task of building a new life in a new world. A part, perhaps, was broken and
shattered beyond repair. Although they sought each other's company and worked
together, they did not commit themselves individually to a broader community as they
had done in Russia. Their religion became more individualistic and personal and much
less communal and social. They were, it seems, now a people of two worlds and of two
minds (Epp, 1982; Redekop, 1986).

Dick (1986) ends his reflection on those days of terror with the following words:

May God Almighty be gracious to all of us and preserve us and all other countries
from similar tragedies! May the Lord's reign of peace begin soon, in which according
to Isaiah 2:4 swords shall be beat into plowshares and spears into pruning hooks.
Then delight and joy shall fill our hearts forever and ever. May God grant us this!
(p. 142)

Developmental Concepts of Trauma-Induced Psychopathology

Psychopathology may be defined as psychological emotional disturbances of
adaptation to the inner and outer environment. Developing out of intrapsychic conflicts
and dysfunctions, the manifestations are characterological, symptomatic, and
behavioural.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2115**

36

Langs (1989) traces the developmental of psychopathology from its genesis in intrauterine existence and experience which is influenced by the total inner environment provided by the mother. Intrauterine stresses may occur through illness of the mother, unusual physiological changes from various causes such as starvation, and traumas experienced by the mother. The infant's resources for handling these dangers are minimal and the outcome affects the basic endowments of the newborn. After birth the newborn's resources for dealing with traumas and stresses are entirely innate, psychophysiological, and primitive. The infant's need for the assistance from others is maximal and vital for survival. Traumatic situations, arising both from external and internal disturbances to which the newborn is subject, and the responses by the significant people of support, form one basis for further developmental problems and psychopathology.

Acute traumas occurring in the first 4 years of a child's life play a critical role in symptom formation. These traumas may tax the immature psyche beyond its resources and evoke anxieties, conflicts, and fantasies that are not adequately mastered and resolved. Acute dangers such as the loss of a mother, a sudden relocation, or illness are perceived in primitive terms and evoke primitive fantasies as the infant attempts to understand and master the overwhelming anxiety the experience has evoked. Such traumatic experiences may also stimulate primitive drive wishes causing additional anxieties and conflicts. Primitive defenses are then mobilised to ward off these anxiety-producing impulses; the failure of these defenses will lead to symptom formation.

These disturbances in the early years also contribute to basic disturbances in object relationships which promote later outer and inner conflicts and maladaptations. They cause fixations onto pathological means of resolving conflicts, including the use of defenses that later are inherently maladaptive and symptomatic (e.g. splitting, denial, projection). Later one observes impaired coping capacities during certain kinds of stresses with the reawakening of disturbing unconscious conflicts and fantasies, leading

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2116**

37

to adaptive failures (seen in symptoms) and regressive tendencies. The effects of these earlier disturbances on later ego, id and superego development are considerable, limiting and distorting it, and directing it in pathogenic avenues. They impair the resolution and integration of the self-concept leading to unrealistic goals, ideals and aspirations (Jilek-Aall, Jilek & Flynn, 1978; Langs, 1989; McWilliams, 1994).

Perlman (1993) notes that the earlier and the more severe the trauma, the greater the demand to forget the trauma (e.g. the less emotional support experienced by the victim), and the more likely it will be that the trauma will be dissociated and split off into the body. The body memory is then experienced as a sensation, many times as pain, pressure, or tension. Because these experiences may predate the stable use of language, the person's ability to verbalise their experiences is limited. Fears of destruction if the person remembers, or tells about the trauma, are overwhelming when the victim attempts to articulate and reintegrate the memories.

The years from 4 to adolescence present a time for the development of relatively stable and lasting personality structures, channels of drive discharge, conscience, ideals, self-concept, and self-boundaries to be finalised and consolidated. These determine the child's habitual modes of behaving, thinking, responding, and functioning. There is a whole sequence of major adaptive tasks which confront the person during these years. They include mastery of parental and peer interactions and the necessity of separating from the nuclear family. Each task may become a source of anxiety and conflict, of maladaption, and of subsequent difficulties. During dangerous situations, the reactions are characterised by aggressive and libidinal drives and experienced as conscious and unconscious wishes and fantasies. These intrapsychic dangers include fears of excessive drives, of loss of the mother and others, of the loss of love, and of disapproval; bodily fears of harm, and the internal disapproval by the superego. Acute traumas generate intrapsychic anxiety primarily through the arousal of these forbidden drive impulses. The assessment of these dangers is linked to repressed memories and past anxieties, and

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2117

38

influences the person's capacity to discriminate and respond selectively to the situation (Blanck & Blanck, 1986; Chessick, 1991; Langs, 1989).

Traumatic reality situations create intrapsychic conflicts that may tax the ego beyond its adaptive capacities. Experiences such as loss of a parent, attacks, accidents, sexual assaults, or illness evoke direct fears, intrapsychic anxieties, and conscious and unconscious fantasies. If these intrapsychic components do not serve adaptation, then these drives, which are of an aggressive or libidinal nature, evoke anxiety because they are seen as dangers that will lead to additional personal harm particularly when not assessed as consensually valid. This anxiety prompts the ego into mobilising defense mechanisms and represses the dangerous wishes. Such traumas can affect character development and become the key to symptom formation when they evoke intrapsychic conflicts caused by these forbidden drives.

Later in life, when a subsequent event resembles the original traumatic experience, or some aspect of it, a repetition of the past trauma will be regressively assessed. When this interplay, which is mostly unconscious, taxes the defenses and adaptive resources of the person, symptoms will occur. These symptoms are precipitated by reality events that are a version of the prior conflict-evoking trauma (Chessick, 1991; Freud, 1926; Langs, 1989).

Coltart (1992) asserts that when the ego cannot defend itself from dangers, it becomes the seat of anxiety and will continue to suffer anxiety, dread, helplessness, panic and fear. These symptoms will often be seemingly irrational. Separation anxiety is diversely and widely manifest and most often relates to fear of the loss of a loved or needed person. Objective anxiety, which refers to real dangers one should be afraid of, can become coloured by fantasy projected from within the person and the object of fear may become so invested with symbolic or fantastic input that the anxiety ceases to be realistic and becomes phobic or neurotic.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2118

39

Sullivan (1953) defines personality as the "relatively enduring pattern of recurrent, interpersonal situations which characterise a human life." A personality can never be isolated from the network of interpersonal relations in which the person lives. He maintains that the self becomes the guardian of awareness and will refuse awareness for the expression of things in the personality that are disapproved by the parent or other significant persons. When impulses, desires or emotions are terribly disapproved of they may become dissociated. Intense anxiety is the motivating force behind the dissociation. These dissociated tendencies, however, do not cease to exist merely because they are excluded from the self, they manifest themselves in actions and activities of which the person remains quite unaware (Chessick, 1991).

Repression is one example of the defense mechanisms that the ego may employ against unacceptable impulses, thoughts, emotions and desires brought into operation by anxiety. According to Freud (1926), anxiety is the central motivating power in the functioning of the personality. It is defined as a signal that the ego sends out in situations that threaten the ego and must be removed by the ego's actions.

Chessick (1991) points out that one of the perils of repression can be seen later when difficulties in living arise. People then have a tendency to regress to earlier points of fixation in their development. This regression to an earlier stage of life results in the revival of problems that were unresolved and unmastered in the earlier stage. These problems give rise to anxiety because they involve the expression of unsatisfied impulses and needs that are unacceptable to the ego and forces the ego to use additional defense mechanisms to aid repression. These defense mechanisms are often of a drastic nature causing the individual much difficulty leading to the development of an neurosis. Furthermore, guilt about the regression tends to increase the difficulties of the situation and encourage more repression.

Whether viewing psychological development from Freud's individual approach or Sullivan's interpersonal approach, both lead to the conclusion that disturbances in early

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2119

40

developmental history lead to disturbances later on in life. Sullivan emphasises the direction the person has taken in interpersonal relationships from early in life due to environmental experiences that may result in trouble. Freud adds that the trouble is connected to the pursuit of gratifications of the unmet needs, long repressed. This pursuit results in the inevitable psychological doom of repetition compulsion (recurrent patterns) in an attempt to rectify the situation.

Given the empirical data available regarding the effects of trauma on psychological development, it seems implausible that the Mennonite population would not have been similarly affected. Although many have died, there remain a substantial number of Mennonite immigrants who survived the reign of terror. Literature, and interviews with participants in all three generations conducted by this examiner, exhibited a sundry of responses to their experiences (Bar-On, 1990; Berger, 1977; Block, 1992; Dick, 1983; Eitinger, 1981; Flaherty, 1986; Gay, Fuchs & Blittner, 1974; Goodman, 1978; Nadler & Ben-Shushan, 1989; Rose & Garske, 1987; Schmolling, 1989; Sigel, Silver, Rakoff & Ellin, 1973; Sigel & Weinfeld, 1985, 1989; Tousinezhad, 1993).

The religious themes in the narratives exemplify the development of defense mechanisms as a way to cope with the trauma. To refrain from expressing hatred and anger toward the aggressor, emotional conflict is contained by substituting behaviour, thoughts, or feelings that are diametrically opposed to one's own unacceptable thoughts or feelings. One "prays for the enemies" (Anderson, 1977; Baerg, 1985; Hildebrand, 1992; Neufeld, 1977).

When reality becomes too painful, a refusal to acknowledge the experience may arise. This denial of the brutality of humans is subsumed under "God is in control." Devaluation, whereby an individual deals with emotional conflict by attributing negative qualities to the self, was demonstrated when the Mennonites "confessed their sins" and viewed the trauma as "a time of purification." This negation of self can be observed in

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2120**

41

the lack of assertion of the self in adults, and in the paucity of ego strength. Furthermore, it facilitates a distortion of the super ego (Dyck, 1981).

To minimise the emotional turmoil, intellectualisation and rationalisation are employed. Their emotions cannot be acceptable because "all people are equal in God's eyes" and "God's people have always suffered." As adults, these defense mechanisms continue to be employed as one observes a generation of people that rarely considers the emotional dimension of humanity. Decision are made with the rational mind; emotions are ignored or even disdained (Augsburger, 1963; Averill, 1983; Smucker, 1979).

Repressing disturbing thoughts and feelings from conscious awareness is a way of coping with the unbearable. Mennonites did not retell the story, preferring to "forget it." Although the ideas may have become detached, the feeling component may remain conscious. Thus these adults would repeatedly re-experience the emotional components or events. One 75 year-old survivor reported that she had not been affected by the experience and that the researcher was "way off the track." Her anger continues to be directed at the site to which they were forced to emigrate at the age of seven, calling the people who gave them a home "illiterate farmers." She reiterated that neither her children, nor grandchildren, had been affected by their experience. Further investigation, however, revealed that their middle-aged daughter had attempted to commit suicide several times, and that their son, an internationally-known artist, was estranged from the parents (Thiessen, 1996).

Another way of dealing with the trauma can be observed in their hope for a miracle, "God will protect us" and "God is in control." In their helpless situation, compounded by the disastrous results of the *Selbstschutz*, they turned to fantasy and passivity. Sixty years later the passive stance can still be observed, often mistaken for pacifism. It is not a strategy or a generousness to others that is truly virtuous, a well-chosen quietness, a careful withdrawal to gather strength; it is not an act of deference, gentleness and cost-to-self; these demonstrate having the strength to choose such

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2121

42

behaviours.  It is passivity that is reflected when people do not fully use their personal-emotional-spiritual assets not only to survive, but to accomplish and transcend.  This passivity is born of anxiety; it is a fear of utilising one's energies lest they endanger the approval of others, or risk failure at their own hands.  It is the failure to own one's nobler parts, one's self reliance, one's courage under fire, one's resolve to win, one's determination to inspire others to greater heights.  This passive stance is observed when personal accomplishments are attributed to God.  One respondent, on describing her child's accomplishments as a doctor, stated, "We thank God that he gave her those gifts."  When queried about the daughter's courage, fortitude, compassion, and intellect, the respondent answered, "Yes, God gave her those too" (Baerg, 1984; Dyck, 1981; Forsyth, 1983; Hogan, 1975; Hooley, 1974; Rottschafer, 1992; Weinstock, de-Man & Almagner, 1988; Wiebe & Vraa, 1976).

Sublimation demonstrated one of the more healthy defenses used to deal with the emotional conflict.  Mennonites dedicated themselves to hard work to rebuild their lives and prepare a better future for their children.  This work ethic was accompanied by the negation of pleasure and is evidenced in the guilt experienced by future generations when spending money for pleasure (Driedger, 1982; Nyce, 1987).  One second generation respondent stated, "I missed my high school graduation banquet because I chose to do my chores instead."  He did not blame his parents for his decision, stating that they were appalled at his decision and tried desperately to dissuade him from his choice.  He contributed this decision to his internalised world in which" (he) would have felt too bad leaving Dad with all the chores."

The experience of loss and trauma results in adults who have lived with excessive anxieties and have mobilised defenses to protect themselves.  As adults one sees disturbances in object relations where they are either overly-attached to the family of origin or emotionally detached from people.  A second generation respondent stated, "If my parents are participating in this survey, I won't do it."  Another 40 year-old woman

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2122

43

stated that she could not divorce her abusive husband until her parents died. She could not "shame" them.

When the individual deals with emotional conflict by separating ideas from the emotions associated with them, the individual loses touch with the emotions but remains aware of the cognitive elements. Thinking they have dealt with the issues, they are unaware that they are "stored deep in the unconscious" as one Mennonite wrote 62 years later. Thus one currently sees elderly people admitted to psychiatric wards due to their inability to continue to repress their terrorising experiences. Responses from other first generation Mennonites express their incredulity, "Why doesn't she just forget it?" or "Can you imagine that old woman carrying on like that?" and "What's the matter with her?" (Anderson, 1977; Koop, 1988; Redekop, 1982; Smucker, 1992; Toews, 1963).

If the trauma occurred while the child was in a preverbal stage, the effects may be seen in the body. Even though the psychic memory is repressed, the body memory remains. As elderly adults, one might now observe extensive chronicity, somatic pain, pressure and tension. If the trauma occurred at a pre-adolescent stage, the ego may have been taxed beyond its capacities. One is then likely to see symptoms of direct fears, intrapsychic anxieties, and conscious and unconscious fantasies which will in turn mobilise defense mechanisms. These anxieties may be ameliorated by the hope for a future in heaven. Themes in hymns illustrate this hope for relief from the stresses of living (e.g. "This world is not my home, I'm just passing through" or "In the sweet by and by").

Post-traumatic stress disorder occurs after a severe and unusual stressor. The intensity and duration of symptoms are usually less severe if the trauma is caused by nature (e.g. famine) than people (e.g. rape, torture). Normal responders react with sadness, anxiety, guilt, rage or shame. They may undergo periods of denial and intrusion and these periods are not considered pathological. When normal responses are not consensually validated, however, pathological intensification in the form of adjustments

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2123

44

disorders may occur. This reaction was demonstrated by "Mennonites didn't express their feelings" and "we were not permitted to be sad" (Anderson, 1977; Boldt, 1976).

A denial of the stressor, or its impact, results in maladaptive avoidances such as rigid thought, psychic numbing, alexithymia, and psychophysiologic symptoms (e.g. headaches, fatigue, bowel cramps). One author observed the people as "dull and apathetic," another stated that "we must not pass on sorrow" as a way of denying the emotion. Still another chose reaction-formation in denying reality by "looking at the positive qualities of the enemy soldiers" (Baerg, 1985; Enns, 1994; Hamm, 1984).

When normal reactions to intrusive thoughts are negated, symptoms of hypervigilance, obsessions, and symptoms of fight or flight (e.g. tremor, nausea, diarrhea, sweating) become intensified and enduring patterns of life. Instead of working through the events, frozen states or psychosomatic reactions, anxiety, and depressive symptoms or syndromes are evidenced. One observes the "envy of the dead" and the "insanity." Unusual incidents involving the desertion of children illustrated the characteriological changes resulting from the trauma (Baerg, 1985; Neufeld, 1977).

Encountering a circumstance similar to the original stressor often aggravates or rekindles symptoms (e.g. loss, accidents). Most respondents interviewed by the researcher denied the effects on the first generation, as well as subsequent generations. One second generation male queried why the examiner was using this population for research instead of the survivors of World War II. "These people didn't go through anything," he stated. Although this respondent had attended Mennonite institutions and was well-versed in Mennonite history, the denial of the atrocities endured by his parents and grandparents continued to be denied.

## Intergenerational Effects

Literature pertaining to Holocaust survivors and their descendants reveals that evidence exists for both negative and positive psychological effects on the next

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2124

45

generations (Bond & Harvey, 1991). Liebenau (1991) lists symptoms of survivors as: depression, anxiety, emotional lability, irritability, restlessness, insomnia, despair, guilt feelings and psychosomatic complaints. Strengths noted include: overall psychological health, transmission of cultural values and beliefs, self-actualisation tendencies, ability to establish and maintain intimate relationships and academic and socio-economic achievements.

Sigel and Weinfeld (1989) after a 10 year study in Montreal, note that the research and clinical literature consistently demonstrates that survivors of extreme, prolonged stresses are susceptible to enduring physical and psychological impairment. It seems reasonable to assume that depression, anxiety, or chronic physical illness in one parent is likely to adversely affect the spouse and children. The spouses have to cope with more than spouses generally have to cope with, and if the burden is too great for their coping capacities, they are going to be at risk for depression anxiety, or somatic problems themselves. As a result the children are at risk for having less than optimal parenting, and may have less adequate parental figures for identifying with or using as role models.

Allodi & Cowgill (1982) concur with these psychological effects in the study of Latin American refugees subjected to persecution and torture. These experiences were followed by a cluster of psychiatric symptoms including severe nervousness, insomnia, nightmares, physical damage, depression and suicide attempts.

Rubenstein, Cutter & Templer (1989), in their study of second and third generation holocaust survivors report that both the adult children, and grandchildren, of survivors obtained significantly higher scores of psychopathology than the control group. Multigenerational transmission was inferred from the findings.

Lefkowitz (1989) documents the reverberation of the terror experiences which lead to a distortion of present experiences. The person may have chronic mixed reactive depression and anxiety syndrome, undergo certain character changes and manifest

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2125

46

somatic and sleep disturbances.  Furthermore, she lists difficulties such as family discord, interpersonal problems, school behaviour, paranoia, depression, sleep disorders and anxiety as evidenced in the next generations.

Imprimis (1996) records that children of immigrant parents perform significantly better academically than those whose parents were born in America.  There is a greater tendency to harbour optimism about the future and they give their children more time and encouragement to study.

Blanck & Blanck (1986) agree with Freud (1926) that the effects of the first identification made in earliest childhood will be general and lasting.  Functions such as values, affectively tinged attitudes and other less tangible aspects of the parents are transferred to the self.  Also included are attitudes in forms of approved-of or disapprove-of self representations.  This transfer of functions from the parents to the child's self proceeds as a continuous exchange from the beginning of life throughout the life cycle.

## Conclusions

For the past 67 years, following the immigration of Mennonites from Russia, no systematic study existed which emphasised the psychological effects of their massive psychic trauma and reactions to their experiences of torture, separation and loss.  Furthermore, no psychological literature has focused on the transmission of these effects through the second and third generations.  Information regarding these effects, however, can be garnered from other ethnic groups with similar experiences.

Thus it is postulated that the experiences of the Mennonite immigrants have affected their psychological development which will be manifested in the second and third generations in the following variables:  depression, hysteria, Psychasthenia, post traumatic stress disorder, ego strength, anxiety, repression, and over-controlled hostility.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2126

47

## Hypotheses

The hypotheses are:

Hypothesis 1: The first generation will demonstrate significantly higher levels of Repression than the norm.

Hypothesis 2: The first generation will demonstrate significantly higher levels of Anxiety than the norm.

Hypothesis 3: The first generation will demonstrate significantly lower levels of Ego Strength than the norm.

Hypothesis 4: The first generation will demonstrate significantly higher levels of Somatic Complaints than the norm.

Hypothesis 5: The first generation will demonstrate significantly higher levels of Post Traumatic Stress Disorder than the norm.

Hypothesis 6: The first generation will demonstrate significantly higher levels of Psychasthenia than the norm.

Hypothesis 7: All three generations will demonstrate significantly higher levels of Over-Controlled Hostility and Inhibition of Aggression than the norm.

Hypothesis 8: All three generation will demonstrate significantly higher levels of Need for Affection than the norm.

Hypothesis 9: All three generations will demonstrate significantly higher levels of Anxiety than the norm.

Hypothesis 10: The first and third generation will demonstrate significantly higher levels of Depression than the norm.

Hypothesis 11: The first and third generation will demonstrate significantly lower levels of Ego Strength than the second generation.

Hypothesis 12: The first and third generation will demonstrate significantly higher levels of Anxiety than the second generation.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2127

48

Hypothesis 13: The first and third generation will demonstrate significantly higher levels of Hysteria than the second generation.

Hypothesis 14: The first and third generation will demonstrate significantly higher levels of Psychasthenia than the second generation.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2128

49

## Chapter 3

## METHODS AND PROCEDURES

### Subjects

The sample was composed of 67 first generation Mennonites who had been born in Russia and emigrated to Canada between 1915 and 1930, 104 second generation offspring, and 42 third generation offspring. Subjects were recruited with the assistance of Mennonite churches in 5 provinces in Canada. Twenty-nine respondents reside in Alberta, 58 in British Columbia, 89 in Manitoba, 13 in Ontario and 22 in Saskatchewan. Two respondents omitted provincial information. In addition, names were obtained from the researcher's family and friends. Strict confidentiality of subjects' names was maintained. Responses were forwarded to this experimenter by individual participants.

Of the 400 questionnaires that were mailed, there were 214 respondents, 213 of which were used for analysis. One hundred eighty six of the 400 were not completed. This was a 54% rate of return.

The Mennonite immigrants from Russia had an average age of 77.6 years with a range from 67 to 94. Thirty-two of the respondents were male and 35 were female.

The second generation had an average age of 57.2 years with a range from 28 to 82. Forty-three of the respondents were male and 61 were female.

The third generation had an average age of 31.5 years with a range from 15 to 54. Fourteen of the respondents were male and 28 were female.

### Instruments

The principle instrument used in this study was the Minnesota Multiphasic Personality Inventory-2 (Scale 2-Depression, Scale 3-Hysteria, Scale 7-Psychasthenia, Supplementary Scales: Post Traumatic Stress Disorder, Ego Strength, Anxiety,

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2129

50

Repression and Over-Controlled Hostility). Permission was granted by the University of Minnesota to enlarge and reproduce the 234 items to accommodate the elderly participants (see Appendix A). A brief, self-explanatory personal questionnaire was used to assess demographic data (see Appendix B). Completion of the instruments were estimated to take 20 to 60 minutes.

### Minnesota Multiphasic Personality Inventory-2

The MMPI-2 is a revision of the most widely used and researched personality instrument. The original MMPI test, devised by McKinley and Hathaway in 1940, contained 550 true/false items while the MMPI-2 edition contains 567. In addition to the 13 basic scales (three validity scales and 10 clinical scales), the MMPI-2 includes approximately 70 additional scales. These include A-Anxiety, R-Repression, ES-Ego Strength, and PTSD- Post Traumatic Stress Disorder. Another change in the MMPI-2 is that a T score of 65 is now the cut-off point indicating significance instead of 70 of the MMPI. It is an atheoretical instrument, constructed strictly in accordance with empirical findings. Empirical construction compares criterion groups to normal groups in order to establish a baseline for pathological entities.

### Reliability and Validity

Data indicate that the MMPI and MMPI-2 are both excellent tests in terms of reliability and validity. The restandardization sample included subjects between the ages of 18 and 90. The normative sample included 1138 males and 1462 females drawn from seven different states. To verify its reliability, 193 subjects were tested twice, with a mean interval of seven days between testing. Correlation ranged from .69 to .84 on the validity scales (L, F, and K), while for the clinical scales the range of correlation was from .58 to .92. Internal consistency, as measured by Cronbach's alpha, ranged from .58 to .87 (Hathaway & McKinley, 1989).

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2130

51

Scale 2 (Depression) on the MMPI-2 contains 57 items, three of which were deleted from the original MMPI. It was constructed empirically using a criterion group of people between the ages of 26 and 43. Individual were selected from colleges, normal married men and women, and from a clinical population. The MMPI-2 Depression score clearly differentiated depressed inpatients from norms, with a T score of 65 providing a reliable separation between the two groups.

Individuals with a high score on this scale are described as depressed, unhappy, dysphoric, pessimistic, self-deprecating, guilt-prone, and sluggish. They report having somatic complaints, weakness, fatigue, low energy, and tension. These individuals are prone to worry, indecisiveness, and low in self-confidence. They are viewed as introverted, shy, and timid and tend to maintain psychological distance. They are usually viewed as passive and unassertive and tend to make concessions in interpersonal relations to avoid conflict (Butcher & Williams, 1992).

In addition to the Scale 2 guidelines, Harris and Lingoes have developed five distinct subsets of item content which are only interpreted when scale 2 is greater than or equal to 60 and the subscales' scores is greater than or equal to 65. They include Subjective Depression, Psychomotor Retardation, Physical Malfunctioning, Mental Dullness and Brooding.

Scale 3 (Hysteria) on the MMPI-2 contains 60 items all of which were carried over from the MMPI. The test was constructed using 50 cases from a clinical population diagnosed with hysteria and a normative sample. Individuals who score high on scale 3 tend to react to stress by developing physical symptoms such as headaches, chest pains, weakness, and tachycardia. Symptoms appear suddenly and abate relatively quickly. These individuals are seen as lacking in insight about the underlying aetiology of the symptoms and about their own motives and feelings. Harris and Lingoes have developed 5 subscales which include Denial of Social Anxiety, Need for Affection, Lassitude-Malaise, Somatic Complaints, and Inhibition of Aggression.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2131

52

Scale 7 (Psychasthenia) on the MMPI-2 contains the same 48 items as the MMPI. A criterion group of 20 patients was contrasted with those of a normative sample. Internal consistency statistics were used to eliminate items that were not highly correlated with the total score. There are no specific content subscales for scale 7 since the items on the scale are homogeneous, measuring a single dimension.

People who score high on psychasthenia tend to be anxious, tense, and agitated. They report great discomfort, worry, and feelings of apprehension. They are often introspective, ruminative, indecisive, obsessive, and compulsive. They feel insecure and inferior, lack self-confidence, are plagued by self-doubt, are self-critical, self-conscious, and self-derogatory. They are viewed as rigid and moralistic since they profess high standards for themselves and others, are overly perfectionistic, conscientious, and guilt-prone. They are sensitive and tend to intellectualise and rationalise. They are often described as neat, orderly, organised, meticulous, persistent, and reliable.

Post Traumatic Stress Disorder was developed on the original MMPI and has been continued for the MMPI-2 as most of the 38 items are also found in the MMPI-2. The PTSD scale appears to be highly related to indices of anxiety such as the PT (psychasthenia) and A (anxiety) scale. PTSD symptoms include anxiety, depression, emotional turmoil, sleep disturbance, intrusive thoughts, and feelings of being misunderstood or mistreated. High scores do not indicate the experience of recent trauma.

The Ego Strength (ES) scale originally contained 68 items, however 12 were deleted during the MMPI revision. The use of the scale should be considered experimental until empirical research has further documented its predictive power (Butcher & Williams, 1992). Ego Strength indicators include the ability to withstand stress, emotional stability, tolerance and lack of prejudice, possessing self-confidence, being determined and persistent, having intelligence and resourcefulness, and being

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2132

53

accepted by others (Harmon, 1980; Schill & Thomsen, 1987; Schuldbert, 1992; Stein & Chu, 1967).

The Anxiety scale (A) was developed as a measure of the first, and largest, factor dimension in the original MMPI which also defines the first factor of the MMPI-2. All but one of the 39 items on the scale are endorsed true. It is highly correlated with the PT (Psychasthenia) scale (.75). Individuals who score high on the Anxiety scale are endorsing symptoms of anxiety, tension, inability to function, lack of efficiency in managing everyday affairs, and admitting numerous psychological symptoms.

The Repression (R) scale was derived through factor analysis and identifies the second major factor in the MMPI, overcontrol or denial of conflict. The scale is composed of 37 items that assess the tendency to deny problems. However, the scale also measures the general tendency of some subjects to respond false to all items. Individuals who score high on R appear to be uninsightful, overcontrolled, and socially inhibited. High scorers are considered emotionally constricted, bland, and nonspontaneous. They tend to deal with conflict by avoidance rather than direct action. Others view them as overly conservative in actions and behaviour. People who score high on the R scale generally report few psychological problems, tending rather to view themselves as problem-free compared to other people (Butcher & Williams, 1992).

## Personal Questionnaire

This instrument revealed pertinent information regarding the extent of personal involvement in the traumatic experiences in Russia. It consists of 15 objective questions which are answered either true or false. The 15 questions for the second and third generation off-spring consisted of items regarding their knowledge of their parents' experience and general impressions of how their parents, or grandparents, may have been affected by their experience in Russia. Several questions assess the importance of traditional Mennonite values (pacifism and Mennonite ethnicity).

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2133

54

### Procedure

The names of the pastors of Mennonite churches were obtained from conference files. Initially, a letter of introduction and explanation (Appendix C) was sent, soliciting pastors' cooperation in informing parishioners of the research study and making the instrument packet available. The letter explained the purpose of the research and stressed the confidentiality for each potential participant. Pastors were invited to insert an announcement in the Church Bulletin (Order of Service) for several Sundays. Envelopes, with all the necessary materials, would then be placed in a convenient location for participants. A poster, with instructions, would be provided to clarify any ambiguities. A letter of response, with a self-addressed stamp envelope, was enclosed to allow the pastors to indicate their consent to participate in the study. An opportunity was provided for the request of information concerning the outcome of this research project and a telephone and facsimile number was provided for any additional information they may require. A follow-up letter was faxed to clarify requests for instruments (Appendix C).

The instruments were mailed to pastors with a letter of explanation and the copy of a poster (Appendix D). Individual instrument packet consisted of a cover letter (Appendix E) introducing the researcher and thanking each potential subject for his or her participation. It emphasised the importance of the study and provided instructions regarding the procedures to be followed. Confidentiality of all supplied information was stressed. All materials were uncoded to ensure confidentiality. Participants were encouraged to add any additional information if they so desired.

A letter of consent (Appendix F) briefly described the research project and included a telephone and facsimile number where the researcher could be contacted in the event that the subjects might encounter some difficulties. Participants under the age

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2134

55

off 19) were requested to obtain the signature of a parent or guardian. Participants were informed that they were free to withdraw and discontinue participation at any time. A postage-paid envelope was provided for the participant to return the materials directly to the examiner. Subsequent letters of appreciation (Appendix G) were sent to the pastors for their participation in the study.

## Data Analysis

This study lists the frequency data for all the items of the MMPI-2 and the Questionnaire. The Means of the three generations were compared to test norms of the MMPI-2 using a t-test at the $p < .05$ level of significance. A Chi-square contingency test was used to determine the interrelationships between the frequency of responses in the Questionnaire and the level of psychopathology in the MMPI-2. The first and third generations were combined and compared to the second generation using a one way analysis of variance specifying contrasts which compare mean scores of the first and third generations with the second generation.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2135

56

## Chapter 4

## RESULTS

### Results of the MMPI-2

Table 1 presents a summary of the elevated scores (above norm) for Scale 2 (plus subscales), Scale 3 (plus subscales), Scales 7, and Supplementary scales: Anxiety, Repression, Over-Controlled hostility, Ego Strength, and Post Traumatic Stress Disorder. Thirty-one respondents designated either a true or false answer but qualified their answers by explanations or by adding the word "sometimes." A number of respondents described physical symptoms which might affect the outcome of the survey (e.g. I'm blind, I'm pregnant, menopause, etc.). Several respondents queried the use of a MMPI to determine outcome (e.g. "Many of the foregoing are not as black and white or true and false but have graduations between." "Many of the foregoing seem very irrelevant". "Many questions beg some qualifications because there were so many changes in my life.") Of the 214 returned surveys, 43 included additional comments, notations, or letters of explanations.

Table 2 presents the summaries of the 67 responses to the questionnaire for generation 1. These immigrants had an average age of 77.6 with a range of 67 to 94 years. Thirty-two of the respondents were male and 35 were female. Their ages at immigration ranged from 6 months to 27 years. Due to the young age at immigration, 9 did not answer all questions on the survey. Sixteen respondents added letters or notes of explanation regarding their experiences. One respondent questioned the validity of the survey. Out of the 15 questions, the mean number of affirmative answers was approximately 50 % (7.32).

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2136

57

Table 1

Three Generation Mean Percentage Scores Above the Norm on Scales of the MMPI-2

| Variable | Generation 1 | Generation 2 | Generation 3 |
|---|---|---|---|
| Scale 2, Depression | 48 | 25 | 16 |
| D1, Subjective Depression | 16 | 13 | 6 |
| D2, Psychomotor Retardation | 14 | 18 | 16 |
| D3, Physical Malfunctioning | 16 | 6 | 3 |
| D4, Mental Dullness | 16 | 10 | 6 |
| D5, Brooding | 5 | 10 | 3 |
| Scale 3, Hysteria | 18 | 7 | 10 |
| Scale 3, Below Norm | 38 | 31 | 20 |
| Hy1, Denial of Social Anxiety | 0 | 0 | 0 |
| Hy2, Need for Affection | 2 | 7 | 3 |
| Hy3, Lassitude Malaise | 27 | 18 | 6 |
| Hy4, Somatic Complaints | 20 | 5 | 9 |
| Hy5, Inhibition of Aggression | 21 | 12 | 16 |
| Scale 7, Psychasthenia | 13 | 2 | 6 |
| Anxiety | 29 | 11 | 6 |
| Ego Strength (below norm) | 93 | 75 | 78 |
| Overcontrolled Hostility | 48 | 48 | 31 |
| Post Traumatic Stress Disorder | 23 | 13 | 16 |
| Repression | 50 | 49 | 25 |

Greene (1991) Scores:    Below norm:            0 - 44
                         Norm:                  45 - 57
                         Moderate Elevations:   58 - 64
                         Marked Elevations:     65 +

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**Exhibit 133 - 2137**

58

Table 2

Percentage of Affirmative Endorsements for Generation 1

| Questions | Percent Positive Responses |
| --- | --- |
| My experiences in Russia: | |
| 1.  I saw a member of my family killed. | 13 |
| 2.  I saw a Mennonite killed. | 15 |
| 3.  I did not see it but I knew Mennonites who were killed. | 63 |
| 4.  I was raped in Russia. | 0 |
| 5.  I knew someone who was raped in Russia. | 50 |
| 6.  I saw my home destroyed in Russia. | 25 |
| 7.  I knew Mennonites whose homes were destroyed. | 63 |
| 8.  I was arrested in Russia because I was a Mennonite. | 6 |
| 9.  A member of my family was arrested in Russia because s/he was a Mennonite. | 66 |
| 10.  I spent time in prison because I was a Mennonite. | 2 |
| 11.  A member of my family spent time in prison because s/he was a Mennonite. | 53 |
| 12.  One of my parents was arrested and never heard from again. | 2 |
| 13.  A member of my family was arrested and never heard from again. | 47 |
| 14.  I remember living in fear in Russia. | 50 |
| 15.  I sometimes have bad dreams about that time in Russia. | 33 |

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**Exhibit 133 - 2138**

59

Table 3 presents a summary of the 104 respondents for Generation 2. The average age of these subjects was 57.2 with a range from 28 to 82 years. Forty-three respondents were male and 61 were female. Of the 115 questions, the mean number of affirmative answers was approximately 58 % (8.75). Two respondents questioned the validity of the instruments. Thirteen respondents added notations explaining answers to the MMPI-2 or letters in reference to their experience in regard to their Mennonite heritage.

Table 4 presents a summary of the 42 respondents of Generation 3. The average age of these subjects was 31.5 years with a range from 15 to 54. Fourteen of the respondents were male and 28 were female. Only one subject was under the age of 19. Of the 15 questions, the mean number of affirmative answers was approximately 50% (7.64). Three respondents added notations of explanations on the MMPI-2. No reference was made to their Mennonite heritage.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2139**

60

Table 3

**Percentage of Affirmative Endorsements in Generation 2**

| Questions | Percent Positive Responses |
|---|---|
| One or both of my parents emigrated from Russia between 1915-1930. | |
| 1. My parent(s) talked openly about their experience in Russia. | 74 |
| 2. My parent(s) mourned the loss of their home and lifestyle in Russia. | 50 |
| 3. My parent(s) could openly express their feelings of anger. | 41 |
| 4. I think my parent(s) had more headaches than the average Canadian. | 31 |
| 5. I think my parent(s) was more anxious (nervous) than the average Canadian. | 39 |
| 6. I sometimes felt (feel) guilty that my parent(s) suffered so much. | 21 |
| 7. My parents worried that I might marry someone other than a Mennonite. | 71 |
| 8. Being Mennonite is important to me. | 83 |
| 9. Being a Pacifist is important to me. | 77 |
| 10. My education was very important to my parents. | 73 |
| 11. I would describe my parent(s) as warm and affectionate. | 65 |
| 12. My parents could openly express their feelings of sadness. | 55 |
| 13. My parents regularly spent money and participated in activities for personal pleasure. | 14 |
| 14. Conforming to Mennonite norms was more important to my parents than my individuality. | 62 |
| 15. I wish my parents had been more relaxed while I was growing up. | 62 |

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**Exhibit 133 - 2140**

61

Table 4

Percentage of Affirmative Endorsements in Generation 3

—

| Questions | Percent Positive Responses |
|---|---|
| **One or both of my grandparents emigrated from Russia between 1915-1930.** | |
| 1. My parents or grandparents have told me the story of their traumatic experiences in Russia. | 60 |
| 2. My grandparents seem to be nervous people. | 17 |
| 3. I wish my grandparents had told me more about their experiences in Russia. | 93 |
| 4. My parents don't seem to know very much about what happened to my grandparents in Russia. | 47 |
| 5. I think my grandparents are more unhealthy physically than most other grandparents. | 20 |
| 6. I think my parents try to please my grandparents more than necessary. | 17 |
| 7. My parents get angry with my grandparents, but don't tell them. | 39 |
| 8. Being a Mennonite is important to me. | 87 |
| 9. Being a Pacifist is important to me. | 87 |
| 10. My grandparents have been a positive influence in my life. | 97 |
| 11. My grandparents are warm and affectionate with me. | 87 |
| 12. My parents are warm and affectionate with me. | 73 |
| 13. I am comfortable with the way my parents express anger. | 33 |
| 14. My parents would rather have me conform to Mennonite values than to develop my individuality. | 23 |
| 15. My parents worry about what other Mennonites will say about them. | 57 |

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2141

62

## Results of the t Test

To test Hypotheses 1 to 6, t tests were used. The level of significance chosen was .05. Table 5 presents the summary of the t tests. The results of the t tests reveal that first generation Mennonite immigrants manifest significantly greater levels of Anxiety, Psychasthenia, Somatic Complaints, and Post Traumatic Stress Disorder than the norm. They also manifest significantly lower levels of Ego Strength than the norm. They do not manifest significantly greater levels of Repression than the norm.

Table 6 presents the results of Hypotheses 7 to 10. The results indicate that Generation 1 demonstrated significant levels of Inhibition of Aggression, Need for Affection, and Anxiety. Generation 2 indicated significant levels of Inhibition of Aggression, Over-Controlled Hostility, Anxiety, and Depression. Generation 3 demonstrated significant levels of Anxiety and Depression.

## Results of the ANOVA

Table 7 presents the results of Hypotheses 11 to 14. The one-way analysis of variance specifies contrasts which compare the mean scores of Generation 1 and 3 with the mean of Generation 2. When comparing Ego Strength, a significant difference was demonstrated among the three groups but not between Generation 1 and 3 with 2. On the Anxiety, Hysteria, and Psychasthenia variables, no significantly greater levels of symptoms were manifested by the comparison.

...

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2142

63

Table 5

Summary of the t Tests for the Differences Between First Generation Mennonites and the
Norm

| Variable | X | SD | DF | t Value |
|---|---|---|---|---|
| Repression | 57.0 | 9.2 | 65 | .956 |
| Anxiety | 53.0 | 11.6 | 65 | .008* |
| Ego Strength | 40.2 | 12.9 | 65 | .000* |
| Somatic Complaints | 69.2 | 9.8 | 17 | .000* |
| Post Traumatic Stress Disorder | 49.9 | 10.1 | 65 | .000* |
| Psychasthenia | 44.5 | 11.7 | 65 | .000* |

*Significant at $p < .05$

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2143

64

Table 6

Summary of the t Test for the Mean Difference Between All Three Generation Mennonites and the Norm

| Variable | Generation 1 | Generation 2 | Generation 3 |
|---|---|---|---|
| Inhibition of Aggression | .002* | .011* | .577 |
| Over-Controlled Hostility | .322 | .023* | .079 |
| Need for Affection | .001* | .956 | .789 |
| Anxiety | .008* | .000* | .000* |
| Depression | .720 | .000* | .000* |

*Significant at $p < .05$

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2144

65

Table 7

ANOVA: Mean Scores of Generation 1 and 3 With The Mean of Generation 2

| Variables | F Probability | t Probability |
|---|---|---|
| Ego Strength | .000 | .111 |
| Anxiety | .019 | .132 |
| Hysteria | .637 | .498 |
| Psychasthenia | .129 | .223 |

*Significant at $p < .05$

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2145

66

## Summary

Overall, there was a 54% rate of return from all three generations with 67 respondents of first generation Mennonites who immigrated from Russia, 104 second generation respondents, and 42 third generation respondents. All statistics were calculated at .05 level of significance. All three generations demonstrated significantly higher levels of Anxiety than the norm. In addition, the first generation demonstrated significantly higher levels of Psychasthenia, Somatic Complaints, Need for Affection, Inhibition of Aggression, Post Traumatic Stress Disorder, and significantly lower levels of Ego Strength than the norm. The second generation manifested significantly higher levels of Inhibition of Aggression, Over-Controlled Hostility, and Depression. The third generation demonstrated significantly higher levels of Depression. When using a one-way analysis of variance in comparing the mean scores of Generation 1 and 3 with Generation 2, no significant differences were demonstrated in Ego Strength, Anxiety, Hysteria, or Psychasthenia.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2146

67

## Chapter 5

## DISCUSSION

### Major Findings

The study began with an exploration of literature to illuminate the events and extent of the traumatic experiences of the Mennonites who emigrated to Canada between 1920-1929. The purpose of the study was to determine if all three generations would significantly differ from the norm on variables Over-Controlled Hostility, Inhibition of Aggression, Need for Affection, and Anxiety. It was found that the first generation manifested significantly greater levels of Inhibition of Aggression, Need for Affection, and Anxiety. The second generation manifested significantly greater levels of Inhibition of Aggression, Over-Controlled Hostility, Anxiety, and Depression. The third generation showed significantly greater levels of Anxiety and Depression.

The first generation immigrants was looked at to determine if they significantly differed from the norm on variables of Repression, Ego Strength, Somatic Complaints, Post Traumatic Stress Disorder, and Psychasthenia. The results showed that all MMPI-2 variables, with the exception of Repression, were higher than the norm. Ego Strength was significantly lower levels than the norm.

Results of a comparision between the first and third generations to determine if there were significantly higher levels of Depression, Anxiety, Hysteria, and Psychasthenia and significantly lower levels of Ego Strength than generation two revealed no significant effects.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**Exhibit 133 - 2147**

68

## First Generation

Interest in the study was shown by the 67 first generation (67 to 94 years), when 177 participants added information ranging from one paragraph to several pages of personal experiences. Comments were included on 29 instruments to clarify, and augment, statements. Several respondents even sent letters of explanation for not participating in the study. Their willingness to recount their experiences despite handicaps of age, blindness, fear of anxiety, etc. may account for the normative results indicated on the Repression scale. Traditionally the first generation has remained relatively silent regarding their traumatic experiences in Russia. This was substantiated by the responses of the third generation participants, 93% of whom responded positively to "I wish my grandparents had told me more about their experiences in Russia" and 47% perceived their parents as knowing little about what had actually occurred in Russia. This may indicate that the first generation never consciously, or unconsciously, repressed the traumatic events, but chose not to discuss them as an attempt to forget the events or because, as stated by one subject, they "did not believe anyone would be interested" in their story.

Twenty-eight percent of the first generation witnessed the killing of a family member or acquaintance, and 63% knew people who were murdered. One 89 year old respondent wrote, "I came home from school and just as I was going to enter the house I heard a shot of a gun, followed by my mother's screams. I saw my brother in the barn door and ran to him and he said, 'they killed father'....so I didn't actually see him being shot, but I heard him being shot. Another day my brother and I hid in the woods....two older men from our village, whom we knew very well, were being escorted by two of the murderers, stripped to their underwear. Just a few minutes later, and just a few yards away from where we were, two rifle shots went off and they both were found dead." An 83 year old respondent wrote, "My uncle's head was cut off, right in front of the children". A second generation recalls, "My late mother had experienced terrible trauma

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2148

69

with the murder of her brother...During my own childhood she was still suffering from frequent morbidity and depression, exacerbated by great poverty..."

Twenty-five percent had their homes destroyed and 63% knew of people whose homes were destroyed. The number of incidents of arrests ranged from 6% who were themselves arrested to 66% who had a family member arrested. Forty-seven percent of the respondents had a family member arrested and never heard from again. One respondent stated, "Because the government demanded all the grain to be delivered and when they delivered the amount they had, they demanded more and put 15 in prison. The Mennonites bought them out (of prison) with land, rethreshing stacks, etc. It was a systematic way to starve people and do away with educated people so they would have no trouble."

Fifty percent of the first generation remembered living in fear in Russia and 33% continue to experience bad dreams "about that time in Russia." One respondent described life with her late husband who witnessed the murder of his relatives and the burning of his village as they fled for their lives. "These memories haunted him all his life. Waking up nights in cold sweat and fitful dreams. Bad headaches. High blood pressure. Refused to get counselling. In one way I suffered these with him." Another respondent stated, "I vividly remember the terrible nightmares I had as a 5 year old coming to Canada. This lasted well into my 8th year." Another immigrant stated, "Dad had lots of nightmares that he was back in Russia and couldn't get out. When we heard him groaning we'd wake him up and say, 'You're in Canada,' much to his relief. Cornelia also dreamed she was back there but her dream included a little aeroplane in her apron pocket so she wasn't up tight!!"

Although 50% of these respondents indicated that they knew people who had been raped, none of the subjects endorsed the variable as having been raped. It seems highly likely that these statistics are correct. One could hypothesise that the shame associated with rape may have caused respondents not to admit being raped.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2149

70

The findings that these early immigrants exhibited significant levels above the norm in Anxiety, Somatic Complaints, Post Traumatic Stress Disorder (PTSD), Psychasthenia, Inhibition of Aggression, and Need for Affection, are similar to those discussed in the literature (Langs, 1989, Maxmen, 1986, Perlman, 1993) resulting in symptomotology as a result of traumatic experiences . Variables PTSD, Psychasthenia, and Anxiety are highly correlated and characteristic of people who tend to be anxious and tense. They may report worry, feelings of apprehension, emotional turmoil, and sleep disturbances (Butcher, 1992).

Somatic Complaints are similar to those noted by Perlman (1993). They are experienced as body memories of trauma, as a sensation, or pain in an attempt to reintegrate the memories as they surface throughout life. This finding corresponds with the results of a study by Kestenberg & Brenner (1986) in which children who survived the holocaust experienced recurring somatic states as adults.

It is not surprising that a Pacifistic group such as these first generation Mennonites, would exhibit Inhibition of Aggression characterised by people who express concurrence with others and disavow violence. The low scores of Scale 3 (Hysteria) indicate that these people may use caustic and sarcastic remarks as a way to express their aggression (Greene, 1980). It is posited that when relatively well-structured group processes evolve in a task-oriented organisation, such as the Mennonites, aggression is channelled toward the decision-making process, particularly by evolving primitive-leadership characteristics in people in positions of authority (Kernberg, 1980). Similar evidence of a quick wit in a sarcastic vein was exhibited by Jews living through oppressive and traumatic circumstances (Ellenberger, 1970).

The significant level of variable Need For Affection, corresponds with its description as people who deny they are critical or resentful of others. They consider themselves impunitive; and they overly protest their optimism and faith in others (Greene, 1980). Not only was this attitude apparent in the literature, but corresponds

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2150

71

with a Pacifistic theology which espouses "forgiving the enemy," "turning the other cheek," and having faith and hope in a salvific God. Butcher (1992) adds that these people have a strong need for affection which is indicative of children who have experienced trauma and loss (Fromm, 1950; Langs, 1989, Sullivan, 1953).

Generation 1 also reported significantly lower levels of Ego-Strength than the norm. This scale has generated more controversy and discussion than any other in the MMPI-2 (Butcher & Williams, 1992). This instrument purports to measure the ability to withstand stress, emotional stability, possessing self-confidence, being determined and persistent, and having intelligence and resourcefulness. This finding appears to contradict what has occurred in the lives of these Mennonites. In order to survive and transcend the most difficult of circumstances, Mennonites have demonstrated their ability to withstand stress, their determination, resourcefulness, and intelligence. These results have been confirmed by their children and grandchildren.

Sigel and Weinfeld (1989) and Liebenau (1991) would not concur with these findings but offer studies which connote psychological health in immigrants who have endured similar trauma. Lefkovitz's (1989) study found that the church can have a major influence upon the well-being of ethnic groups which may be one reason for the seemingly contradictory results. Kestenberg's (1972) findings demonstrated the ability of these immigrants to generate strength of the ego to contend with life's situations. Her 1986 study revealed an ego strength that is quite resilient and flexible but masked by a split in the superego. This fragmentation of the superego encouraged survival. The variable may more accurately indicate a low level of self-confidence which is congruent with high levels of Psychasthenia, Post Traumatic Stress Disorder, and Anxiety found in this first generation.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2151

72

## Second Generation

In general the off-spring of Generation 1 reveal a gradual decline in symptomotology (Table 1). In evaluating their parents, respondents of Generation 2 stated that 74% of their parents "talked openly about their experience in Russia." This seems somewhat incongruent with the statement of the third generation, 47% of whom stated that their parents knew little about the Russian experience. One explanation for this discrepancy may be the interpretation of the word "experience." Most off-spring would be familiar with the historical account of the Mennonites through school curriculum and may have interpreted "experience" for historical facts (Wiebe & Scott, 1976).

When addressing the expression of emotions, 55% of the second generation responded that their parents could openly express feelings of sadness and 50% identified their parents as having mourned the loss of their lifestyle and homes in Russia. One respondent wrote "I remember much of my beautiful Ukraine." Sixty-five percent described their parents as warm and affectionate and 41% stated that their parents could openly express their feelings of anger. Again the information appears to be somewhat contradictory with the high level of Inhibition of Aggression exhibited by their parents as Generation 1 respondents. Lack of specific definitions of "warm," "affectionate," and "openly express" may account for the appearance of a discrepancy.

Second generation off-spring showed that 31% thought their parents had more headaches and 39% had greater levels of anxiety than the average Canadian. This would concur with the high levels of Somatic Complaints found in Generation 1. Sixty-two percent responded positively to the "wish that (their) parents had been more relaxed while (they) were growing up."

Fourteen percent responded that their parents would rarely spend money for personal pleasure, stating that, "there generally wasn't enough money for that," or "they

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2152

73

had nothing to spend." Twenty-one percent indicated that they continue to experience guilt due to the suffering their parents had to endure.

When addressing ethnic and religious values, 83% of Generation 2 indicated that being identified as Mennonite was important to them, and 77% included Pacifism as personally important. The ethnic identification also involves concern in 71% of Generation 1, to the extent that it becomes a "cause for worry" that their children might marry someone outside of the Mennonite tradition. Sixty-two percent endorsed that conforming to Mennonite norms was more important to their parents than their children's individuality. The strong connection with their ethnicity was elaborated by several respondents. "My parents emigrated from the Ukraine...and although neither is now alive, I cherish the memories of stories they told me about the land of their birth. When my brother visited the village of Schoenberg, Chortitza in 1994, and provided me with photos of the house in which my paternal grandparents and my parents lived...I felt an immense sense of connectedness with that place and the stories I had heard throughout my childhood." Another wrote, "Since retiring I have twice visited Russia and the Ukraine including: one grandfather's farm (and I brought back a jar of earth and gave samples to my children and grandchildren)... I found several elderly people in the Ukraine who remembered my parents and grandparents....On the whole, I regard my heritage positively and greatly appreciate it."

Studies by Kestenberg (1972), Sigel & Weinfeld (1985), Carli (1987), and Rubenstein (1981) on the effects of the Holocaust all found that the experiences of survivor-parents are transmitted to subsequent generations. In this study of Generation 2, variables Inhibition of Aggression and Over-Controlled Hostility were significantly higher than the norm. Both variables are described as displaying excessive control of their hostile impulses, and these people may be seen as rigid and not displaying anxiety overtly. This finding was similar to that of both Carli (1987) and Sigel & Weinfeld (1985) in adult children of survivors of the Nazi persecution.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2153

74

Rubenstein's (1981) results, however, indicated that the most common problem of the second generation Holocaust survivors was the display of aggressive behaviour. Augsburger's (1974) study of the control and management of hostility in Mennonites found a high incidence of guilt but a low incidence of assault and verbal hostility.  The religious and ethnic values of Pacifism may account for the difference between the overt or inhibited display of hostility and aggression found in this study of Mennonite immigrants.  Examples of comments which continue aggressive or hostile tones were only exemplified in Generation 2 responses.  In addressing the MMPI-2, comments included:  "I find that your questions assume incredible neuroses and all kinds of vague aches and pains.  You do not allow answers in some instances which assume normalcy. e.g. I never have constipation, I never have headaches-yet your questions imply that everyone must have some!," and "After reading the questions, I'm not prepared to take part in this kind of research.  My parents emigrated from Russia-and this being a multiphasic personality inventory- I feel it has little to do with that experience.  I am a retired R.N. and eventually we are responsible for our thoughts and actions and who we become in life.  Good luck to you in your research!"

Generation two also exhibited significantly higher levels of Anxiety than the norm.  Carli (1987) confirmed these effects as indicative of survivor's children. Relationships between feelings of guilt and anxiety of the second generation concurred with the Bourgeon (1986) study as a result of the impact of the original trauma in Generation 1.  Anxiety and guilt may account for the 75 letters and comments of explanation added by Generation 2.  Comments often addressed reasons why they had circled true or false such as:  "I have a retarded daughter and am retired," "My head says I'm about as capable and smart as most others but I don't feel it," "I resent but I don't hate!," "Rarer now than in the past."

Generation 2 exhibited significantly higher levels of Depression than the norm, and than Generation 1.  Individuals with a high score on this scale are described as prone

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2154

75

to worry, low in self-confidence, and dysphoric. They are usually viewed as passive and unassertive and tend to make concessions in interpersonal relations to avoid conflict (Butcher & Williams, 1992). These findings concur with that of Carli (1987) and Sigel, Silver, Rakoff and Ellin (1973). This also confirms Rubinstein's (1981) study that reported that the major features of the Holocaust "survivor syndrome" in the second generation are depression and anxiety. This similarity to be "survivors syndrome" seems to indicate that some effects are being transmitted.

### Third Generation

Generation 3 did not exhibit significant levels above the norm on variables Inhibition of Aggression (Generation 1 and 2 significant), Over-Controlled Hostility (Generation 2 significant), and Need for Affection (Generation 1 significant). This finding is in contrast to Rubenstein (1981) and Sigel (1971) who found the third generation off-spring more aggressive than the norm. However, Generation 3 reported significant levels above the norm on variables Anxiety and Depression. These findings seem to be consistent with the previously reported symptoms associated with the third generation of off-spring by Rubenstein (1981) and Sigel (1971). It is their contention that a common family atmosphere exists that is related to traumatisation and that the effects of the trauma would be transmitted and influence the rearing of the third generation. However, this is not the case in this study. The results of this study are more congruent with Sigel & Weinfeld's (1989) Holocaust survivors' research in Montreal which contends that the third generation are manifesting greater psychological health and that the extent to which the traumatising experiences of their grandparents is impacting their psychological development is unclear.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2155

76

Comparison of Generation One and Three With Generation Two

It was hypothesised in the present study that third generation descendants of the Mennonite immigrants are manifesting symptoms similar to those of Generation 1 on variables Anxiety, Hysteria, Ego Strength, and Psychasthenia.  In contrast to findings by Rubenstein (1981), Sigel (1971), and Kestenberg (1972), these results suggest that a gradual decline of psychopathology is manifested by each group.  A significant difference was found among the three generations in Ego Strength which indicated greater similarities between Generation 2 and 3, with Generation 1 scoring 93% below the mean.

Strengths and Limitations of the Study

The most unique contribution of this study is that it is the first in North America to investigate the psychological effects of trauma and immigration on Mennonites who emigrated from Russia to Canada between 1920-1929.  It is also the first study that contains a survey of personal experiences gleaned from diaries, narratives, and biographies related to the reign of terror, famine and disease, religion, and psychological manifestations.  Furthermore, it examines possible psychological strengths and weaknesses of the second and third generations, exploring the possibility of intergenerational transmission of symptomotology.  This information is vital to understanding how a history of family trauma may affect subsequent generations.

An additional strength of this study is its size.  Two-hundred and fourteen subjects are a substantial sample with which to make generalisations.  The integrity of the study was demonstrated by the validity patterns in which all instruments were clearly in the interpretable range and only one was discarded due to a procedural incorrectness.

Investigating this population also provided useful information regarding trends for the future in shaping programs and services for psychological services.

A major limitation of this study is that it precludes a comparison with Mennonites who immigrated to North America from before the onset of the trauma and persecution.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2156

77

This would aid in differentiating whether symptoms were related solely to the trauma or were also related to the theology and/or ethnicity of the Mennonites.

This study also missed the opportunity to investigate the dynamics between the all three main MMPI-2 scales plus the supplementary scales. Using the subscales severely reduces the number of subjects that could be included in the study due to the cut-off scores of the scales. Furthermore, within the scales, item analysis would clarify specific trends which contributed to the symptoms manifested by these instruments.

Finally, the questionnaires limited data analysis in determining whether responses could be correlated with symptomotology. Questions were positively and negatively skewed which precluded meaningful analysis. Furthermore, questions varied within each generation excluding the possibility of comparing the results.

## Conclusion

The importance of being identified as a Mennonite and a Pacifist was of paramount importance to the second and third generation. This study indicated that although the first generation exhibited many symptoms of psychopathology, the second and third generation experienced them as warm and affectionate. The grandchildren of these immigrants overwhelmingly endorsed the positive influence of their grandparents and desired to know more about their experiences.

First generation Mennonites who immigrated from Russia manifest significantly greater levels of Anxiety, Psychasthenia, Somatic complaints, Post Traumatic Stress Disorder, Inhibition or Aggression, and Need for Affection than the norm. They also manifest significantly lower levels of Ego Strength than the norm. This group manifests Repression, Over-Controlled Hostility, and Depression within the normal range. The findings support the contention that traumatic events have long-lasting effects on psychological symptoms.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2157

The results of this study support the assertion that negative intergenerational effects of severe family trauma, such as experienced in Russia, can be transmitted across generations. Second generation participants in this study are middle aged and they continue to reflect the psychological strengths and weaknesses of their immigrant parents. The filtering down of negative effects to the third generation was increasingly less than the two previous generations.

## Recommendations

For future research with this population the following recommendations are made: (a) compare the variables with those of Mennonites who have not experienced the traumatic events discussed in this study, (b) investigate the effects of a Pacifist theology on the variables, (c) utilise a methodological design to precisely pinpoint the exact nature of the relationship between experience and psychopathology, and (d) use post hoc statistical analysis comparing all three generations on the same variables.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2158

79

REFERENCES

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2159

80

# REFERENCES

Allodi, F. & Cowgill, G. (1982). Ethical and psychiatric aspects of torture: A Canadian study. Canadian Journal of Psychiatry, 27, 98-1102.

Anderson, M. (1977). Louise: Her flight To freedom from Russia. Wheaton, IL: Harold Shaw Publishers.

Augsburger, A. D. (1963). The influence of former control patterns upon behavior and personal and social development among freshmen from several Mennonite Colleges. Unpublished doctoral dissertation, Temple University, Pennsylvania.

Augsburger, D. W. (1974). The control and management of hostility in a nonviolent-nonresistant community. Unpublished doctoral dissertation Claremont School of Theology, California.

Averill, J. R. (1983). Studies on anger and aggression. American Psychologist, 1E, 1145-1160.

Baerg, A. (1985). Diary of Anna Baerg 1916-1924. (G. Peters, Trans.). Winnipeg: CMBC Publications. (Original work unpublished manuscript 1914-1924)

Baergen, R. (1981). The Mennonite story. KS: Mennonite Press.

Bar-On, D. (1990). Children of perpetrators of the holocaust: Working through one's own moral self. Psychiatry, 53, 229-245.

Berger, D. (1977). The survivor syndrome: A problem of nosology and treatment. American Journal of Psychiatry, 31, 238-251.

Blanck, G. & Blanck, R. (1986). Beyond ego psychology. New York: Columbia University Press.

Block, I. I. (1992). Assault of God's image. MB: Windflower.

Boldt, E. D. (1976). Acquiescence and conventionality in a communal society. Journal of Cross Cultural Psychology, 7, 21-36.

Bond, J. B. & Harvey, C. D.H. (1991). Ethnicity and intergenerational perceptions of family solidarity. International Journal on Aging and Human Development, 33, 33-44.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2160**

81

Bourgeon, M. (1986). Erziehungsberatunsstelle der Judischen Gemeinde Frankfurt, Fed Rep Germany. Praxis der Kinderpsychologie und Kinderpsychiatrie, 35, 222-228.

Butcher, J. N. & Williams, C. L. (1992). Essentials of MMPI-2 and MMPI-A interpretation. Minneapolis: University of Minnesota Press.

Carli, A. (1987). Psychological consequences of political persecution: The effects on children of the imprisonment or disappearance of their parents. Tidsskrift for Norsk Psykologfotening, 24, 82-93.

Chessick, R. D. (1991). The technique and practice of intensive psychotherapy. New Jersey: Jason Aronson.

Coltart, N. (1992). Slouching towards Bethlehem. London: Guilford.

DeFehr, C.A. (1967). Memories of my life. MB: D.W. Friesen.

Dick, B. J. (1986). Something about the selbstschutz of the Mennonites in South Russia (July, 1918-March, 1919). Journal of Mennonite Studies, 4, 133-142.

Dick, B. W. (1983). Psychology and Mennonite studies. Journal Of Mennonite Studies, 1, 149-160.

Driedger, L. (1982). Individual freedom vs. community control: An adaptation of Erikson's ontogeny of ritualization. Journal for the Scientific Study of Religion, 21, 226-242.

Dueck, A. (1988). Psychology and Mennonite self-understanding. In C. Redekop & S. Steiner (Eds.). Mennonite Identity (p. 203-224). New York: University Press.

Dueck, D. B. (Producer and Director). (1984). And when they shall ask [Film]. (Available from Dueck Film Productions, Winnipeg, Manitoba)

Dyck, A. R. (1979). Anna: From the Caucasus to Canada (P. J. Klassen, Trans.). KS: Mennonite Brethren Publishing. (Original work published 1979)

Dyck, C. J. (1967). An introduction to Mennonite history. PA: Herald Press

Dyck, P. J. (1981). Troubles and triumphs (1914-1924) (J. P. Dyck, Trans.). MB: Regehr. (Original work unpublished manuscript 1914-1924)

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2161

82

Ebersole, M. L. (1960).  A critical comparison of the Anabaptist view of the church and the therapeutic community in contemporary psychiatric practice.  Unpublished doctoral dissertation, University of Chicago.

Eitinger, L. (1981).  Studies on concentration camp survivors:  The Norwegian and global contexts.  Journal of Psychology and Judaism, 6, 23-32.

Ellenberger, H.F. (1970).  The discovery of the unconscious.  NY:  Harper.

Enns, H. (1994).  My life story.  KS:  Independent.

Enns, M. M. (1982).  Mia:  The story of a remarkable woman.  MB:  Christian Press.

Epp, F. H. (1962).  Mennonite exodus.  MB:  D.W. Friesen.

Epp, F. H. (1982).  Mennonites in Canada 1920-1940:  A people's struggle to survive.  PA:  Herald Press.

Flaherty, J. A. (1986).  Demoralization and social support in Soviet-Jewish immigrants to the United States.  Comprehensive Psychiatry, 27, 149-158.

Forsyth, D. W. (1983).  Motivational bases for conformity to religions norms.  Unpublished doctoral dissertation, University of California, San Diego.

Freud, S. (1926).  Inhibitions, symptoms, and anxiety.  London:  Hogarth Press.

Friesen, J. J. (1944).  An outline Of Mennonite history.  KS:  Herald.

Friesen, J. (Ed.). (1989).  Mennonites in Russia.  MB:  CMBC Publishing.

Fromm, E. (1950).  Psychoanalysis and religion.  New York:  Bantam.

Gay, M., Fuchs, J., & Blittner, M. (1974).  Characteristics of the offspring of Holocaust survivors in Israel.  Mental Health and Society, IL 302-312.

Goodman, J. S. (1978).  The transmission of parental trauma:  Second generation effects of Nazi concentration camp survival.  Unpublished doctoral dissertation, California School of Professional Psychology, Fresno.

Greene, R. L. (1980).  The MMPI:  An interpretive manual.  New York:  Grune & Stratton.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**Exhibit 133 - 2162**

83

Hamm, O. H. (1984). Memoirs of Ignatyevo: In light of historical change.
    SK: Hamm.

Harmon, M. H. (1980). The Barron ego strength scale: A study of personality correlates
    among normals. Journal of Clinical Psychology. 36, 433-437.

Hathaway, S.R., & McKinley, J.C. (1989). MMPI-2.
    MN: University of Minnesota Press.

Hiebert, P.C. & Miller, O. (1929). Feeding the hungry: Russia famine 1919-1925.
    PA: Mennonite Central Committee.

Hildebrand, M. A. (1992). Domestic violence: A challenge to Mennonite faith
    and peace theology. The Conrad Grebel Review, 10, 73-80.

Hogan, R. (1975). Theoretical egocentrism and the problem of compliance.
    American Psychologist, 10, 533-539.

Hooley, W. D. (1974). A comparison of the values, attitudes and beliefs of
    Mennonite youth who attended a church-related high school and those
    who attended public high schools. Unpublished doctoral dissertation, Western
    Michigan University.

Horsch, J. (1893). The Mennonites, their history, faith and practice.
    IN: Mennonite Publishing.

Imprimis, A. (1996). Children of immigrants. Mennonite Brethren Herald, MB:
    Christian Press.

Jilek-Aall, L., Jilek, W., & Flynn, F. (1978). Sex role, culture and psychopathology.
    Journal of Psychological Anthropology. 6, 473-488.

Kernberg, Otto. (1980). Internal world and external reality. NJ: Jason Aronson.

Kestenberg, J. (1972). Psychoanalytic contributions to the problem of children of
    survivors from Nazi persecution. Israel Annals of Psychiatry and Related Disciplines,
    10, 311-325.

Kestenberg, J. & Brenner, I. (1986). Children who survived the Holocaust: The roles
    of rules and routines in the development of the superego. International Journal of
    Psychoanalysis, 67, 309-316.

Klassen, G. J. (1960). Autobiographie von Gerhard J. Klassen: 1885-1966.
    [Autobiography of Gerhard J. Klassen], Unpublished manuscript.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2163

84

Klassen, P. (1994). What's bre(a)d in the bone: The bodily heritage of Mennonite women. The Mennonite Quarterly Review, 68, 229-247.

Klassen, P. E. (1994). Going by the moon and the stars. Stories of two Russian Mennonite women. ON: Wilfred Laurier University Press.

Klassen, P. E. (1994). Submerged in love: An interpretation of the diary of Lydia Reimer, 1922-24. Studies in Religion/Sciences Religieuses, 24, 429-439.

Klassen, W. (1966). The Mennonite syndrome. Mennonite Life, 21, 139-143.

Klippenstein, L. (1976). Mennonites in Manitoba. MB: Department of Education.

Koop, V. R. (1988). Psychology and Mennonite self-understanding. In C. Redekop & S. Steiner (Eds.), Mennonite Identity (p. 225-235). New York: University Press.

Krestyaninov, V.K. (1967). Mennonites. Moscow: Political Literature Publication.

Lambert, W. E. (1985). The fate of old-country values in a new land. Canadian Psychology, 28, 9-20.

Langs, R. (1989). The technique of psychoanalytic psychotherapy. New Jersey: Jason Aronson.

Lefkowitz, R. (1989). Interrelationships of three types of religious involvement, locus of control and life satisfaction. Unpublished doctoral dissertation, California School of Professional Psychology, Fresno.

Lehman, L. (1981). Mennonites and therapy: A search for support. Forum, 7-8.

Liebenau, K. (1991) A comparison of third generation descendants of Holocaust survivors scores with the norms of self-esteem, locus of control, behavioral and social problems. Unpublished doctoral dissertation, California School of Professional Psychology, Fresno.

Litvinchuk-Klassen, E. (1990). The strength of a tree is in its roots! Unpublished manuscript.

Loewen, H. (1993). Anti-Menno: Introduction to early Soviet-Mennonite literature (1920-1940). Journal of Mennonite Studies, 11, 23-39.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2164**

85

Loewen, H. H. & Urry, J. (1991) Protecting mammon. Some dilemmas of Mennonite non-resistance in late imperial Russia and the origins of the selbstschutz. Journal of Mennonite Studies, 9, 34-53.

Longhofer, J. (1993). Specifying the commons: Mennonites, intensive agriculture, and landlessness in nineteenth-century Russia. Ethnohistory, 40 (3), 384-409.

Maxmen, J.S. (1986). Essential psychopathology. New York: Norton.

McWilliams, N. (1994). Psychoanalytic diagnosis. New York: Guilford.

Nadler, A. & Ben-Shushan, D. (1989). Forty years later: Long-term consequences of massive traumatization as manifested by Holocaust survivors from the city and the kibbutz. Journal of Consulting and Clinical Psychology, 57, 287- 293.

Neufeld, D. (1977) A Russian dance of death. MB: Hyperion Press.

Neufeld, H. A. & Neufeld, K. (1984). Herman and Katharina: Their story (Abram H. Neufeld, Trans.). Canada: Christian Press. (Original work published 1899-1931)

Neufeld, V. H. (Ed.). (1983). If we can love: The Mennonite mental health story. KS: Mennonite Press.

Nyce, J. M. (1987). Convention, power and the self in German Mennonite magic. Unpublished doctoral dissertation, Brown University, Providence, Rhode Island.

Paetkau, H. (1984). Russian Mennonite immigrants of the 1920s: A reappraisal. Journal of Mennonite Studies, 2, 72-83.

Penner, A. (1993). My years in Sagradowka: 1902-1928 (A. Penner, Trans.). (Original work published 1983)

Perlman, S. D. (1993). Unlocking incest memories: Preoedipal transference, countertransference, and the body. The Journal of the American Academy of Psychoanalysis, 21, 363-386.

Quiring, W. & Bartel, H. (1963). Als ihre zeit erfullt war [And when their time had come]. SK: Modern Press.

Redekop, C. (1982). Psychology is the worst thing that has happened to the Mennonites. Festival Quarterly, 9, 10.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2165

Redekop, P. (1986). The Mennonite family in tradition and transition. Journal of Mennonite Studies, 4, 77-93.

Reimer, A. (1993). Sanitatsdienst and Selbstschutz: Russian-Mennonite nonresistance in World War I and its aftermath. Journal of Mennonite Studies, 11, 135-145.

Reimer, M. L. (1990). One quilt many pieces. ON: Mennonite Publishing Service.

Reynolds, E. C. (1995). Being in the world: Early Anabaptists in Europe and Mennonites in Russia (1525-1940). Unpublished manuscript.

Reynolds, L. (1983). The development of education of the Russian Mennonites (1789-1881). Unpublished manuscript.

Rose, S. L., Garske, J. (1987). Family environment, adjustment, and coping among children of Holocaust survivors: A comparative investigation. American Journal of Orthopsychiatry, 57, 332-344.

Rottschafer, R. H. (1992). The passive Christian: Personality disorder or role play. Journal of Psychology and Christianity, 3, 41-51.

Rubenstein, I. (1981). Intergenerational occurrence of survivor syndrome symptoms in the Holocaust survivors. Unpublished doctoral dissertation, California School of Professional Psychology, Fresno.

Rubenstein, I., Cutter, F. & Templer, D. (1989). Multigenerational occurrence of survivor syndrome symptoms in families of Holocaust survivors. Omega, 30, 239-244.

Schill, T. & Thomsen, D. (1987). Anger, hostility, and the Barron ego strength scale. Psychological Reports, 60, 1113-1114.

Schmolling, P. (1984). Human reactions to the Nazi concentration camps: A summing up. Journal of Human Stress, 10, 108-120.

Schroeder, W. (1990). What do these stones mean? A biography of Menno Simons. Unpublished manuscript.

Schuldbert, D. (1992). Ego-strength revised: A comparison of the MMPI-2 and MMPI-1 versions of the Barron ego-strength scale. Journal of Clinical Psychology, 48, 500-505.

Schwartz, H. (1973). Early anabaptist ideas about the nature of children. The Mennonite Quarterly Review, 47, 102-114.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2166**

87

Sigel, J., DiNicola, V., & Buonvino, M. (1988). Grandchildren of survivors: Can negative effects of prolonged exposure to excessive stress be observed two generations later? Canadian Journal of Psychiatry, 33, 207-212.

Sigel, J. J., Silver, D., Rakoff, V., & Ellin, B. (1973). Some second-generation effects of survival off the Nazi persecution. American Journal of Orthopsychiatry, 43, 320-327.

Sigel, J. & Weinfeld, M. (1985). Control of aggression in adult children of survivors off the Nazi persecution. Journal of Abnormal Psychology. 94, 556-564.

Sigel, J. J. & Weinfeld, M. (1989). Trauma and rebirth. New York: Praeger Publishers.

Smucker, B. C. (1979). Days of Terror. ON: Clarke, Irwin & Co.

Smucker, J. (1992). Religious community and individualism: Conceptual adaptations by one group of Mennonites. In D. Capps and R.K. Fenn (Eds.), Individualism reconsidered: Readings bearing on the indangered self in modern society (p. 125-141). Princeton: Princeton Theological Seminary.

Stein, K. B. & Chu, C. (1967). Dimensionality of Barron's ego-strength scale. Journal of Consulting Psychology. 31, 153-161.

Sullivan, H. S. (1953). The Interpersonal theory of psychiatry. New York: Norton & Co.

Thielman, G. G. (1955). The Canadian Mennonites: A study of an ethnic group in relation to the state and community with emphasis on factors contributing to success or failure of its adjustment to Canadian ways of living. Unpublished doctoral dissertation, Western Reserve University, Ontario.

Thiessen, I. (1963). Mental health and the Mennonites. Mennonite Life. 18, 114-115.

Thiessen, I (1966). Values and personality characteristics of Mennonites in Manitoba. Mennonite Quarterly Review. 40, 48-61.

Thiessen, K. (1996). Women of Russia-Mennonite heritage. MCC Women's Concerns Report. 124, 10.

Toews, A. P. (1963). The problem of Mennonite ethics. MI: Eerdmans Publishing.

Toews, J. B. (1967). Lost fatherland: The story of the Mennonite emigration from Soviet Russia. 1921-1927. PA: Herald Press.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**Exhibit 133 - 2167**

88

Toews, J. B. (1982). Czars, Soviets and Mennonites. KS: Mennonite Press.

Toews, S. (1988). Letters from Susan: A woman's view of the Russian
    Mennonite experience (1928-1941) (J. B. Toews, Trans.). KS: Speed.
    (Original work published 1941)

Tousinezhad, A. (1993). Factors affecting psychological distress within Iranian
    immigrants in the United States. Unpublished doctoral dissertaion, California School
    of Professional Psychology, Fresno.

Unger, W. (1996). Bloody Theatre. Mennonite Brethren Herald, 4, 31.

Urry, J. (1989). None but saints: The transformation of Mennonite life in
    Russia 1789-1889. MB: Hyperion Press.

Urry, J. (1992). The cost of community: The funding and economic management
    of the Russian Mennonite commonwealth before 1914. Journal of Mennonite
    Studies, 10, 22-49.

Urry, J. (1994). Mennonites, nationalism and the state in imperial Russia.
    Journal of Mennonite Studies, 12, 65-85.

Urry, J. (1995). After the rooster crowed: Some issues concerning the
    interpretation of Mennonite/Bolshevik relations during the early Soviet period.
    Journal of Mennonite Studies, 13, 13-43.

Weinstock, L., de-Man, A., & Almaguer, L. (1988). Purpose in life as a function of
    religious versus secular beliefs. Perceptual and Motor Skills, 67, 335-337.

Wenger, J.C. (1977). How Mennonites came to be. PA: Herald Press.

Wiebe, B. & Scott, T.B. (1976). Self-disclosure patterns of Mennonite adolescents to
    parents and their perceived relationships. Psychological Reports, 39, 355-358.

Wiebe, B & Vraa, C. W. (1976). Religious values of students in religious and in
    public schools. Psychological Reports, 38, 709-710.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2168

89

APPENDICES

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 -  2169

90

APPENDIX A

PERMISSION FOR USE OF MMPI-2

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2170

## Request for Research License

University of Minnesota Press
111 Third Avenue South, Suite 280
Minneapolis, MN 55401-2520

Organization/Individual requesting license _Lynda Reynolds M.A._ Date _____
Mailing address _2206 W. Hammond Ave_
_Fresno, CA 93728_
Phone _209-233-6836_ Fax _209-486-8760_ Email _Box 380_

### Nature of License
Instrument _MMPI-2_        ☑ Scoring by hand  ☐ Scoring by machine

Material to be reproduced  *Please give scale name or individual test booklet item numbers*
_scale 2, 3, 7_ ____ _Z1_ _____ _V_ __ __
_S, P, Prsp, eS, F=R_

Reproduction of the following materials in (please check all that apply): ☑ research instrument ☑ dissertation (It is the Press's policy not to approve the reproduction of large subsets of items since the MMPI instruments are readily available to qualified professionals) ☐ electronic media ☐ other _____

### Nature of Research
Investigator
Name _Lynda Reynolds - M.A._
Affiliation _California School of Professional_
Degree _Psy.D. (candidate)_ Psychology
Brief description of study _Intergenerational effects of trauma & immigration_

Advisor (if investigator is a student):
Name _____
Affiliation _Calif School of Professional Psychology_
Degree _D.D._

Time period _June - October 1996_   Site(s) _SC, MN, SF, MR, ON_
Subject population _Mennonite immigrants & next two generations_

### Permission Granted

☐ As requested
☑ With the following provisions:

Permission is granted for your research instrument only. As stated above, we do not approve the reproduction of large subsets of items since they are readily available to qualified professionals.

Beverly Kaummer                     Date
Test Division Manager               _4/19/96_

Providing the following credit line is used on the page(s) containing the licensed material:

Minnesota Multiphasic Personality Inventory-2 Copyright © by the Regents of the University of Minnesota 1942, 1943, 1951, 1967 (renewed 1970), 1989. Reproduced by permission of the publisher.

"MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks owned by the University of Minnesota.

Request processing typically requires 10 days.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2171

92

APPENDIX B

QUESTIONNAIRE

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2172

93

## Questionnaire

Province:_____   Male_____   Female_____

Birthdate:_____   Year Emigrated_____

Please check one of the following:

_____ I emigrated from Russia between 1915 and 1930*  (Please answer the questions listed under Section A below)

_____ One or both of my parents emigrated from Russia between 1915 and 1930** (Please answer questions listed under Section B below)

_____ One or both of my grandparents emigrated from Russia between 1915 and 1930*** (Please answer questions listed under Section C below)

**Section A  - My experiences in Russia.

Circle  True or False:

True   False   1.  I saw a member of my family murdered.

True   False   2.  I saw a Mennonite killed.

True   False   3.  I did not see it but I knew Mennonites who were killed.

True   False   4.  I was raped in Russia.

True   False   5.  I knew someone who was raped in Russia.

True   False   6.  I saw my home destroyed in Russia.

True   False   7.  I knew Mennonites whose homes were destroyed.

True   False   8.  I was arrested in Russia because I was a Mennonite.

True   False   9.  A member of my family was arrested in Russian because s/he was a Mennonite.

True   False   10.  I spent time in prison because I was a Mennonite.

True   False   11.  A member of my family spent time in prison because s/he was a Mennonite.

True   False   12.  One of my parents was arrested and never heard from again.

True   False   13.  A member of my family was arrested and never heard from again.

True   False   14.  I remember living in fear in Russia.

True   False   15.  I sometimes have bad dreams about that time in Russia.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**Exhibit 133 - 2173**

94

**Section B** One or both of my parents emigrated from Russia between 1915-1930

Circle True or False

True   False   1. My parent(s) talked openly about their experience in Russia.
True   False   2. My parent(s) mourned the loss of their home and lifestyle in Russia.
True   False   3. My parent(s) could openly express their feelings of anger.
True   False   4. I think my parent(s) had more headaches than the average Canadian.
True   False   5. I think my parent(s) was more anxious (nervous) than the average Canadian.
True   False   6. I sometimes felt (feel) guilty that my parent(s) suffered so much.
True   False   7. My parents worried that I might marry someone other than a Mennonite.
True   False   8. Being Mennonite is important to me.
True   False   9. Being a Pacifist is important to me.
True   False   10. My education was very important to my parents.
True   False   11. I would describe my parent(s) as warm and affectionate.
True   False   12. My parents could openly express their feelings of sadness.
True   False   13. My parents regularly spent money and participated in activities for personal pleasure.
True   False   14. Conforming to Mennonite norms was more important to my parents than my individuality.
True   False   15. I wish my parents had been more relaxed while I was growing up.

**Section C** One or both of my grandparents emigrated from Russia between 1915-1930.

Circle True or False:

True   False   1. My parents or grandparents have told me the story of their traumatic experiences in Russia.
True   False   2. My grandparent(s) seem to be nervous people.
True   False   3. I wish my grandparents had told me more about their experiences in Russia.
True   False   4. My parents don't seem to know very much about what happened to my grandparents in Russia.
True   False   5. I think my grandparents are more unhealthy physically than most other grandparents.
True   False   6. I think my parents try to please my grandparents more than necessary.
True   False   7. My parents get angry with my grandparents, but don't tell them.
True   False   8. Being a Mennonite is important to me.
True   False   9. Being a Pacifist is important to me.
True   False   10. My grandparents have been a positive influence in my life.
True   False   11. My grandparents are warm and affectionate with me.
True   False   12. My parents are warm and affectionate with me.
True   False   13. I am comfortable with the way my parents express anger.
True   False   14. My parents would rather have me conform to Mennonite values than to develop my individuality.
True   False   15. My parents worry about what other Mennonites will say about them.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2174

95

# APPENDIX C

## LETTER OF INTRODUCTION

## RESEARCH PROJECT RESPONSE

## CLARIFICATION FACSIMILE

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2175

96

August 19, 1996
2206 W. Hammond Ave.
Fresno, CA  93728

Dear Pastor,

I am a Canadian Mennonite graduate student currently pursuing my Doctorate in clinical psychology in Fresno, California. I was born in Manitou, Manitoba and attended both Mennonite Collegiate Institute in Gretna, MB and the Mennonite Brethren Collegiate Institute in Winnipeg, MB. My undergraduate degree is from the University of Manitoba and the University of Victoria and I have completed a M.A. at the Mennonite Brethren Biblical Seminary in Fresno, California.

As the daughter of Mennonites who emigrated from Russia in 1924, I am concerned about how we can best meet the needs of our elderly as well as to determine the intergenerational effects that may have resulted from the traumatization and loss in Russia, along with immigration to Canada, between 1915-1930.

I would greatly appreciate your assistance in conducting a research project pertinent to this topic. Data will be collected from 300 subjects in the provinces of Ontario, Manitoba, Saskatchewan, Alberta and British Columbia. Subjects will be equally divided into categories of:

1) people who were born in Russia and immigrated to Canada between 1915-1930,
2) people who have at least one parent who was born in Russia and immigrated to Canada between 1915-1930,
3) people who have at least one grandparent who was born in Russia and immigrated to Canada between 1915-1930.

The survey will take approximately one hour to complete. Confidentiality is ensured, no names are required on the forms. Return envelopes and postage will be supplied.

I am contacting pastors to determine if 15 people in each category (total 45) from their churches would be willing to participate in the survey. This project may involve several announcements in the Church Bulletin and placing the material in a convenient location to be selected by participants. A poster will be supplied to clarify procedures. Subjects will mail their responses directly to the researcher.

I have enclosed a form in which you may indicate your interest in helping facilitate this project or if you are interested in the results of the project. The survey material will then be sent to you as soon as possible.

I would like to express my gratitude for your time and attention to this project. If you have any questions regarding the procedures please do not hesitate to write or telephone/fax: (209) 233-6836.

With thanks,

Sincerely,

Lynda Klassen Reynolds, M.A.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2176

97

## RESEARCH PROJECT RESPONSE

1. I would like members of our church to have the opportunity to

   participate in this project.                    YES          NO

2. I would like 15 surveys for each generation (45 total).    YES          NO

3. I think more than 45 people will want to participate in the survey.

   Please send _____ surveys for each generation or _____ (total number of surveys).

4. I would like information concerning the outcome of this

   research project. (I understand it will not be available till 1997.)    YES    NO

---

Name

Church

Address

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

**Exhibit 133 - 2177**

98

2206 West Hammond Avenue
Fresno, CA, 93728

Telephone (209) 233-6836
Fax (209) 233-6836

## RE: RESEARCH PROJECT ON INTERGENERATIONAL EFFECTS RESULTING FROM TRAUMA, LOSS AND IMMIGRATION OF MENNONITES FROM RUSSIA BETWEEN 1915-1930.

I have had numerous responses regarding the options available for participation in this project. Many of you have indicated your desire to participate, but do not have sufficient numbers of people to fit the options of 15 or more of each generation.

Please be assured that I would be happy to have any number of participants, regardless of how small the number. Feel free to request the number you would like.

If you have already returned the response form and stated "No" because of the number required, and still want to be included, please fill out the form below and mail, or fax, your response and I will gladly send the materials.

Thank you for your consideration, encouragement, and suggestions with your responses.

Lynda Klassen Reynolds. M. A.
(209) 233-6836

I WOULD LIKE _____SURVEYS FOR EACH GENERATION.

Name/Church

Address

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2178

999

APPENDIX D

LETTER OF EXPLANATION

POSTER

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

**Exhibit 133 - 2179**

100

2206 West Hammond Avenue
Fresno, CA, 93728_____

Telephone (209) 233-6836
Fax (209) 233-6836

## RE: RESEARCH PROJECT ON INTERGENERATIONAL EFFECTS RESULTING FROM TRAUMA, LOSS, AND IMMIGRATION OF MENNONITES FROM RUSSIA BETWEEN 1915-1930.

Enclosed find the poster and packages for distribution. All directions, envelopes, and postage are included. The surveys are the same for all generations.

Thank you very much for your participation in this project. If you have any questions, please feel free to phone or fax and I will return your call as soon as possible.

Sincerely,

Lynda Klassen Reynolds, M.A.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2180

JKH-1341
Exhibit 133 - 2181

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



# Research Project
## Three Generations of Mennonites

| First Generation | Second Generation | Third Generation |
|---|---|---|
| IF YOU: | IF YOU HAVE: | IF YOU HAVE: |
| ✎ were born in Russia<br><br>✎ emigrated to Canada between 1915-1930 | ✎ one parent born in Russia who emigrated to Canada between 1915-1930 | ✎ one grandparent born in Russia who emigrated to Canada between 1915-1930 |
| **Take an envelope from**<br><br>**Section 1** | **Take an envelope from**<br><br>**Section 2** | **Take an envelope from**<br><br>**Section 3** |

102

APPENDIX E

COVER LETTER

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2182

103

2206 W. Hammmond Ave.
Fresno, CA  93728

Dear Participant,

Thank you very much for agreeing to participate in this research project and for taking the time to answer the enclosed questionnaire.  I hope the results will not only benefit your generation, but also the generations of Mennonites to come.

I am a Canadian Mennonite graduate student currently pursuing my Doctorate in clinical psychology in Fresno, California.  I was born in Manitou, Manitoba and attended both the Mennonite Collegiate Institute in Gretna, MB and the Mennonite Brethren Collegiate Institute in Winnipeg, MB.  My undergraduate degree is from the University of Manitoba and the University of Victoria and I have completed a M.A. at the Mennonite Brethren Biblical Seminary in Fresno, California.

As the daughter of Mennonites who emigrated from Russia in 1924, I am concerned about how we can best meet the needs of our elderly as well as to determine the intergenerational effects that may have resulted from the traumatization and loss in Russia, along with immigration to Canada between 1915 and 1930.

Please sign the CONSENT FORM and mail it in the enclosed white envelope.  In this way your answers will be confidential.  If you are under the age of 19, you must have a parent or guardian co-sign your consent form.  After you have completed the questionnaire, please mail it as soon as possible in the second envelope.  Because the questionnaire is quite time-consuming, please feel free to take breaks if you so desire.

I am most grateful for your help in completing this project.  I realize that for some of you, it may bring to mind very unpleasant memories, and I hope that the results will be beneficial for the children, grandchildren, and great-grandchildren of those Mennonites who suffered so much during those years in Russia.

If you have questions about the project, feel free to telephone or fax me at (209) 233-6836 or you may write to me at the above address.  If you wish to add anything to the questionnaire, please enclose it with the questionnaire or consent form.

With thanks,

Lynda Klassen Reynolds, M.A.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2183

!04

APPENDIX F

LETTER OF CONSENT

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2184

105

## CONSENT FORM FOR RESEARCH PARTICIPATION

You are being asked to participate in a study of the effects of the trauma and loss of Mennonites who immigrated from Russia to Canada between 1915 and 1930. We hope to learn more about how our elderly have been affected and how their experiences may have affected the second and third generations.

Your identity will remain confidential. The purpose of this project is to examine the effects of generations and not specific individuals. You may receive a summary of results by writing "copy of results requested" along with your name and address on the back of this form.

Your participation in the study is voluntary and you are free to withdraw your consent and discontinue participation at any time. If you have questions about the procedures, feel free to call or fax the researcher, Lynda Klassen Reynolds, M.A. at (209) 233-6836.

Your signature below indicates that you have decided to volunteer as a research subject and that you have read the information provided above.


Signature of participant                                          Date



Signature of investigator                                        Date




If you are under the age of 19, a parent or guardian's signature is required.




Signature of parent or guardian                                  Date


Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Exhibit 133 - 2185

1606

# APPENDIX G

## LETTER OF APPRECIATION

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2186

107

## LETTER OF APPRECIATION

Date
2206 W. Hammond Ave,
Fresno, CA  93728

Dear_____(Name of pastor and congregation),

     I would like to express my appreciation to you for taking the time and effort to inform members of your church about my research project regarding the intergenerational effects of trauma, loss, and immigration of Mennonites from Russia, and for making the materials available to participants.

     I would also like to thank the participants in your congregation who volunteered their time and effort to complete the questionnaires.  I realize that for some of you this was not an easy task and that it was done out of the goodness of your hearts.

     Without your help this study would not have been possible and I am indebted to you for making this project a reality.  I hope the information obtained from this project will be of great benefit to our future generations.

                                                            With thanks,

                                                      Lynda Klassen Reynolds, MA

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.
Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Exhibit 133 - 2187

# EXHIBIT

# 134

# 33

# Violence

## Effects of Parent's Previous Trauma on Currently Traumatized Children

### KATHLEEN OLYMPIA NADER

> Our parental inheritance is much more than just the genes. Every cell in the body is impregnated with consciousness that is laden with the thought forms and imprints passed down from generation to generation.
>
> GRISGAM, 1988, p. 37

The belief that the actions or experiences of one family member are transmitted intergenerationally predates written history and is multicultural. It has been handed down for many centuries among Japanese cultures (Motoyama, 1992) as well as specific Native American tribes (Nahwegahbow, 1995). It can be found in both Eastern and Western religious traditions. For example, the pre-Vedic verbal tradition in India describes the transmission of positive effects (Ledgerwood, 1979). The writings, dated 15th century B.C., sacred to both the Jewish and the Christian traditions (The Holy Bible, Exodus, 34:7, Numbers 14:18) as well as Talmudic writings in the Jewish tradition from the fourth to fifth century C.E. (A.D.) (Talmud, Sota 34a) depict the transmission of negative effects. This belief has found its way into "New Age" psychological and physical healing practices that are often based upon the ancient healing and spiritual traditions of several cultures (see Grisgam, 1988, opening quotation).

The intergenerational transmission of trauma has been investigated for children of Holocaust survivors, traumatized war veterans, and previously abused parents. Investigators have disagreed about the statistically measurable existence of a *direct* effect of a parent's trauma upon the children (see Studies of Children of Traumatized Parents section). This chapter examines the association of a parent's previous trauma with trauma in children exposed to a current traumatic event. It is a clinical case examination of two groups of children, including a subsample of children exposed to a sniper attack in south-central Los Angeles, California, in 1984, and a sample of children exposed to a hostage taking and suicide in Orange County, California, in 1987.

---

**KATHLEEN OLYMPIA NADER** • Consultant on Trauma and Traumatic Grief, P.O. Box 2316, Austin, Texas, 78767.

*International Handbook of Multigenerational Legacies of Trauma,* edited by Yael Danieli. Plenum Press, New York, 1998.

**Exhibit 134 - 2188**

## THE TRANSMISSION OF TRAUMA

The transmission of parental trauma to a child has been explained in a variety of ways through (1) overt communications; (2) overt behaviors; (3) covert or metacommunications, subliminally; and/or (4) genetically or biochemically. Whether transmission of traumatic themes and phenomena is overt or covert may be related to the nature of traumatic memories (e.g., explicit vs. implicit memory). Explicit memory is overt, conscious, and basically factual. Implicit memory is more covert and is described as unconscious or preconscious (i.e., overt awareness of the memories is lacking). The overt transmission of trauma may include verbal prescriptions (e.g., teaching children to expect trauma, the sense of belonging to a violent community), modeling (e.g., modeling violent interactions or helplessness), or parent's posttraumatic violent behaviors (e.g., intrafamilial abuse). Other forms of transmission are also discussed.

### Covert Transmission

It has been hypothesized that life experiences or their effects are covertly transmitted from one generation to subsequent generations by the nonverbal communication of intense unresolved personal conflicts, the handing down of family myths and beliefs, and the learning of life scripts. Covert transmission of trauma includes the communication of ideas, themes, and experiences without conscious awareness. This process may include issues of identification, learning, self-esteem, and mental organization. The following are a few of the theories that seek to explain the covert conveyance of repeated themes.

For children, the study of transgenerational trauma has included a discussion of intergenerationally repeated child maltreatment. Although a number of studies have observed that abusing parents report a high rate of emotional or physical maltreatment in their own childhoods (Curtis, 1963; Wasserman, 1973), the studies often do not have access to previously abused parents who are now providing adequate care for their children. Thus the maltreated–maltreating cycle may be overreported (Zeanah & Zeanah, 1989). Learning, identification, internalization, inadequate self-esteem, and impaired impulse control as a result of trauma have all been implied or discussed as explanations of the transgenerational repetition of abuse. According to Zeanah and Zeanah (1989), attachment theory (patterns of attachment to and intimately relating with others; Bowlby, 1969/1982, 1973, 1980) suggests shifting the focus to organizing themes of the parent–child relationship and their associated internal working models. In this theory, dynamic mental representations of self and others (working models), maintained largely out of awareness, guide appraisals of and responses to others. For example, mothers who are angry and punitive have toddlers who are angry and noncompliant. These toddlers have apparently internalized their parent's aggression and learned both the punitive and provocative roles of the relationship. Thus, the organizing themes of the relationship are transmitted across generations (Zeanah & Zeanah, 1989).

Szurek, in 1942, and Johnson and Szurek (1952) discussed the "superego lacunae" in relationship to adolescent delinquent behaviors. Singer (1974) summarized their theory as follows: "Specific areas of antisocial aggressive and sexual behavior coincid[ing] with the specific unconscious areas in the parents, usually the mother, that were forbidden, unacceptable and, although highly cathected, were totally unintegrated and usually unexpressed by the parent" (p. 795). These suppressed areas in the parent resulted in an unconscious dialogue between parent and child, via covert messages, characterized by an ongoing reciprocal system of message and countermessage. The unconscious sanctions for behaviors or experiences had

**Exhibit 134 - 2189**

more power than the conscious, overt messages to stop the behaviors or avoid the experiences. These metacommunications that encouraged acting out included, for example, the mother always expecting the worst. "Superego lacunae" was used to explain the behaviors of a suddenly school-phobic daughter. The family had been referred for treatment because the son had committed a minor crime; the mother also sought help for her daughter. The daughter, although unaware of her mother's childhood sexual trauma, became school-phobic when she reached the age the mother had been when first molested.

Feinstein and Krippner (1988) discuss the mythology passed down through a family, laden with the disappointments and hopes of prior generations. Genetics and cultural mythology are amalgamated into a unique "mythic" framework that shapes personal development. A personal myth is the constellation of feelings, beliefs, and images that is organized around a core theme and addresses one of the traditional functions of mythology. According to Campbell (1968), these functions, include the (1) urge to comprehend the natural world in a meaningful way; (2) search for a pathway through the succeeding epochs of life; (3) need for secure and fulfilling relationships within a community; and (4) longing to know one's part within the universe. Through these personal myths, individuals understand the present and find guidance for the future. Personal myths evolve as they are passed from one generation to the next. Similarly, Armsworth (1993) discussed the transgenerational transmission of trauma in terms of Eric Berne's "script" theory, which proposes that children learn life scripts from the opposite-sex parent and learn how to implement them from the same-sex parent.

"Self-fulfilling prophecy" is a commonly used term to denote that our strongly held beliefs often become reality (whether because of our actions or because of the actions we elicit from others). By this same process, commonly held familial or cultural beliefs may contribute to the phenomenon of transgenerational trauma as well, and thus provide a long history of anecdotal evidence that the parents' actions and experiences affect the lives of their children.

### Genetic or Biochemical Transmission

Studies of both animals and humans have provided evidence that characteristics affecting life circumstances are genetically or biochemically transmitted from one generation to another. In an extensive study of mice in the 1950s, Calhoun (May, 1995) observed parent mice who, under stress, became abusive (e.g., biting the babies' necks or tails). He found that the sequence of experiences through sequential generations altered the behavior toward increasing pathology. Subsequent generations of mice became fixed at a maturation level of 21 days for males and 45 days for females, and never developed the capacity to mate or reproduce. No change was observed after they were returned to a normal situation.

In a study of Rhesus monkeys, Suomi (1995; see also chapter 36, this volume) reported that certain monkeys had higher adrenocorticotropic hormone (ACTH) and cortisol rates when placed in stress situations. These more reactive monkeys became depressed and withdrawn rather than adjusting over time to the normal parental separation during breeding seasons. Reactive male rhesus monkeys consistently produced offspring who were high reactors and had higher ACTH and cortisol levels. These patterns tended to persist from infancy to adulthood. Male monkeys who, at adolescence, must leave the troop of monkeys into which they were born and find another troop, were more successful if they were not among the high reactive group. In a comparison of female rhesus offspring placed with foster mothers during early life and maturation, Suomi observed that when monoamine metabolite levels were measured after breeding separation, daughters' monoamine metabolite rates were closer to their natural mothers' than to their foster mothers' rates. High reactors were more likely to neglect or abuse their offspring.

**Exhibit 134 - 2190**

574                                                    KATHLEEN OLYMPIA NADER

In a study of spine–meningeal system adaptive holding patterns, Ward (1990) suggested that psychogenetic patterns were inherited and could be traced back up to five generations (Ward, Ward, & Behan, 1993). Ward (1990) also hypothesized that every new trauma, through the fetus, becomes an inherited dysfunctional psychogenetic experience. Studying the histories of preceding generations (a history sometimes unknown to the patient), Ward related later physical traumas (e.g., debilitation from a car accident) to, for example, a murdering grandparent, the near-death abuse of mother by father during pregnancy, or a grandparent's suicide. He concluded that degenerative ailments such as muscular dystrophy, myasthenia gravis, multiple sclerosis, cystic fibrosis, and cerebral palsy could be traced back to fetal, parental, or grandparental traumatic experiences such as abandonment, suicide, or being unwanted (Ward, 1993; personal communication, June 1995).

## STUDIES OF CHILDREN OF TRAUMATIZED PARENTS

A number of studies have examined the effects upon children of a parent's traumatic experience. Studies of the children of Holocaust survivors have sometimes disagreed about the etiology or existence of "effects" in children of survivors. After reviewing these studies, Solkoff (1992) concluded that clinical and anecdotal data point to psychopathology in the adjustment of children of survivors, whereas more methodologically sophisticated studies generally conclude that children of survivors are not substantially different from other children. Solkoff suggested that immigrant status may be as important as the Holocaust experience in determining differences in psychological adjustment among offspring.

Clinical studies have enumerated a variety of psychological difficulties in children of Holocaust survivors (Danieli, 1981; Freyburg, 1980; Klein & Kogan, 1986). Cited in association with these psychological effects were parenting methods characterized as overprotective, overcontrolling, and treating children like highly valued possessions (Freyburg, 1980), and parental qualities such as obsession with anxieties and fears, ambivalence, and disbelief in their children's ego strength (Klein & Kogan, 1986). In addition to issues of psychological adjustment, researchers have discussed whether or not children exhibit secondary trauma without direct exposure to their parents' traumatic experiences. Like Klein and Kogan, Barocas and Barocas (1979) reported, in a clinical sample of survivors' offspring, intrusive images and nightmares of their parents' Holocaust experiences. In order to separate the effect of a parent's posttraumatic behavior from the impact of the parent's traumatic experience, Dan (1995) examined the children (ages 12–17) of Vietnam veterans diagnosed with posttraumatic stress disorder (PTSD) and associated disorders, and children of veterans without any combat experience during the Vietnam era (with no PTSD). Both groups were substance abusing, so that differences in the children could not be attributed to any family disorganization and other effects of the substance abuse itself. Both the children of substance-abusing fathers with no PTSD and the children of substance-abusing combat-veteran fathers with PTSD had more trauma symptoms than normal children. However, most of these children had a subset of DSM-IV PTSD symptoms rather than PTSD. Children with moderate to severe PTSD levels generally had mitigating factors (e.g., high levels of violence in the home), which might explain their increased symptoms. Children of PTSD fathers had more conflict in their families.

Studies have also examined increased vulnerability during exposure to a traumatic experience as a result of a parent's previous trauma. Solomon, Moshe, and Mikulincer (1988) found that 1, 2, and 3 years after participation in the 1982 war in Lebanon, Israeli combat veterans whose parents were Holocaust survivors had higher rates of PTSD and greater numbers of

**Exhibit 134 - 2191**

PTSD symptoms than their combat-veteran counterparts whose parents were not survivors of the Holocaust. The decrease in PTSD symptoms over time was greater for soldiers with non-survivor parents.

# CHILDHOOD TRAUMATIC EVENTS AND PARENT'S PREVIOUS TRAUMA

This chapter primarily examines the issue of vulnerability in children whose parents have had traumatic experiences. Below are the results of this examination for two groups of children who were exposed to a traumatic experience as a group.

## Sniper Attack

In February 1984, a man opened fire on a crowded elementary school playground. One fifth-grade child and one passerby were killed and more than 14 others were injured, including one school staff member. Children witnessed as bullets went through one side of a fifth-grade girl, exiting the other side with lung and heart tissue. The passerby was cut open across his abdomen by the same automatic gunfire, and intestines were emerging from his abdomen. One child sustained severe intestinal and other abdominal injuries, another lost the use of his hand, and still another child had a pellet lodged in her throat. The sniper appeared to be shooting at any moving target, and many children were pinned down on the playground or behind nearby barriers that protected them from the sniper's sight. Children looking out through windows on the sniper side of the school saw severe, bloody injuries through the window or were frightened by bullets breaking through windows. Children in classrooms on the other side of the school saw their teachers tape paper over windows and/or were ordered to hide in closets or under desks. They feared gang members were attacking the school and would enter to kill them.

One month after the sniper attack, 77% of children present on the playground under direct attack and 67% of children in the school had moderate to severe PTSD. In contrast, 74% of children who had already gone home at the time of the attack and 83% of children on a 3-week vacation from this year-round school had mild to no PTSD. Within each exposure level, children who knew the deceased classmate had significantly more symptoms of PTSD (Pynoos *et al.,* 1987). Fourteen months later, children with greater exposure to the shooting continued to have significantly more symptoms and significantly greater severity of traumatic reactions. Children with lesser exposure had higher trauma scores if they knew the child who was killed or if they reported experiencing guilt feelings. Grief scores were associated with greater acquaintance with the deceased classmate, independent of exposure to the sniper attack. A child's previous trauma did not significantly affect trauma scores (Nader, Pynoos, Fairbanks, & Frederick, 1990).

## Methods

In order to examine the effects of a parent's previous trauma on children exposed to traumatic events, the acute-phase clinical diagnoses and Childhood PTSD Parent Inventory (CPTSD-PI; Nader, 1984) of 92 children were reexamined. Twelve children were omitted from this review because 10 were missing clinician's diagnoses and 2 were missing data regarding theirs and their parents' previous traumas (8 exposed, 4 not exposed). Of the remaining 80 children, 48 were exposed (on the playground or in the school) and 32 were not exposed (on the way home, at home, out of the area) to the shooting.

**Exhibit 134 - 2192**

576  KATHLEEN OLYMPIA NADER

All of the children on the playground during the sniper attack (estimated between 60 and 90) were invited to receive a clinical diagnostic interview with one of six members of the UCLA Trauma Team. A distinction was made between symptoms related to the sniper attack and those related to a previous experience. The unexposed group included 11 children randomly selected from the children unexposed to the shooting who had been interviewed in their classrooms using the Childhood Posttraumatic Stress Reaction Index (Frederick, Pynoos, & Nader, 1992) (12 were invited; one refused), 5 at-risk unexposed children (4 previous conduct disturbances and 1 depression), and 16 unexposed siblings of children in the exposed group. Because of sampling method and size, this particular review must be considered a clinical, descriptive examination of children.

## Results

*Subjects.* The sniper attack was an event that traumatically affected children primarily as a result of exposure to a threat to life and the witnessing of injury or death (Nader *et al.,* 1990; Pynoos *et al.,* 1987). Fifty percent (24) of the children in this sample who were exposed to the attack had parents with previous traumas and 50% (24) had parents with no previous trauma. Of the 32 unexposed children, 19 (59%) had a parent with prior trauma(s) and 13 (41%) had parents with no prior traumas. For the total group, 43 (54%) of the children's parents had experienced a previous trauma and 37 (46%) children's parents had no previous trauma (Table 1).

*Parent's Previous traumas and the Effects of the Sniper Attack.* Although exposure to the attack was highly correlated with traumatic response—regardless of specific other factors such as grief or the child's previous trauma (Pynoos *et al.,* 1987)—all of the unexposed children with PTSD had parents with previous traumas. None of the unexposed children in this sample whose parents were free of previous trauma had PTSD. The five children in this sample who, although exposed, had no PTSD (including those with selected trauma symptoms or aggression), were in the school building rather than on the playground; they reported no prior traumas, and their parents reported no prior traumas.

Having a parent with a previous trauma was associated with the presence of symptoms, following the sniper attack, related to this or another stressful experience. All 8 (100%) of the unexposed children with no PTSD, no selected symptoms of PTSD, and no aggression in response to this sniper attack, whose parents had a previous trauma, were reexperiencing the

**Table 1.  Parent's Previous Trauma, Sniper Attack**

|  |  | Parent trauma N = 24 | No parent trauma N = 13 |
| --- | --- | --- | --- |
| PTSD | Exposed | 0 | 19 |
|  | Not exposed | 3 | 0 |
| No PTSD | Exposed | 0 | 2 |
|  | Not exposed | 8 | 10 |
| Selected symptoms | Exposed | 0 | 2 |
|  | Not exposed | 3 | 1 |
| Aggression | Exposed | 0 | 1 |
|  | Not exposed | 5 | 2 |
| Total |  | 43 | 37 |

**Exhibit 134 - 2193**

symptoms of bereavement related to a previous loss or were reexperiencing specific traumatic symptoms related to a previous trauma (4 loss, 4 trauma). Of the 10 unexposed children with no PTSD, whose parents were previously untraumatized, only 1 of the 4 (25%) children with their own previous traumas was reexperiencing symptoms (Table 2).

The children of previously traumatized parents often reported a great deal of anxiety following the sniper attack. Children became fearful of a repetition of the parent's previous trauma or of harm to the parent. For example, a child who drew a heart with her mother's name in it tearfully described how, when her mother was 12, her stepgrandmother shot and killed her grandmother. After the sniper attack, the little girl, age 10, became very fearful that her mother would be killed. She had become anxious, hypervigilant, and unable to concentrate. Her sleep was disturbed and, in the night, she saw monsters, goblins, and her grandmother.

Previous studies have examined the caretaking child as a product of a parent's previous trauma (Armsworth, 1993). Although there was no direct inquiry about caretaking children in this study, a few children were so obviously parenting their parents that a note was made in the chart. At the beginning of the clinical diagnostic interview, children were asked to draw a picture of anything they wanted to and tell a story about it. A child who drew a picture of a deep, dark lake was one of the parenting children. She stated that she was drawing a park where she liked to play. She spent a great deal of time inking and reinking the lake. When the clinician commented that there must be things deep in that lake that no one could see, the child burst into tears. Since the sniper attack, the girl had been extremely worried that something would happen to her mother. Her mother had been traumatized by the traumatic death of her own mother.

***Parent's Previous Traumas and Children's Previous Traumas.***    The sniper attack was an incident that affected a school of more than 1,100 children. The child's location in relationship to the sniper was more important to his or her reaction than prior experience, family circumstances, or other factors. Children's previous traumas did not significantly affect trauma scores (Nader *et al.,* 1990; Pynoos *et al.,* 1987). Half of the children in this sample had experienced previous traumatic events themselves. These previous traumas included accidental injury to children or relatives, witnessing family violence, or having a relative violently killed or injured. Seventy-four percent of children (32) in the parents with trauma group had been traumatized before the sniper attack, compared to only 22% of the children (8) in the parents without pervious trauma group (Table 3).

Inasmuch as some of the children of abused parents have been observed to repeat their parent's specific traumatic experience, repetition of specific parental trauma was examined. Previously traumatized parents of the children in this sample had been exposed to violent deaths or injuries of relatives, witnessed severe bloody injury, or experienced armed robbery, war, disasters, their child's sudden/accidental death or injury, their own injury, rape, or domestic violence. One had a nervous breakdown after personal illness and the multiple deaths of

Table 2.  Unexposed Children, Sniper Attack

|  | % Parent with trauma | % Parent, no trauma |
|---|---|---|
| Traumatized | 16 | 0 |
| Reexperiencing | 42 | 8 |
| Selected symptoms | 16 | 8 |
| Aggression | 26 | 15 |
| Nonsymptomatic | 0 | 69 |

**Exhibit 134 -  2194**

578                                                              KATHLEEN OLYMPIA NADER

Table 3.  Child's Previous Trauma, Sniper Attack

|                     |             | Parent trauma | No parent trauma |
|---------------------|-------------|---------------|------------------|
| PTSD                | Exposed     | 19            | 2                |
|                     | Not exposed | 1             | 0                |
| No PTSD             | Exposed     | 0             | 0                |
|                     | Not exposed | 8             | 4                |
| Selected symptoms   | Exposed     | 0             | 0                |
|                     | Not exposed | 1             | 0                |
| Aggression          | Exposed     | 0             | 0                |
|                     | Not exposed | 3             | 2                |

loved ones. The child's previous trauma most often did not replicate the parent's previous trauma. For example, a father with a severe accidental leg injury had four children whose close cousin (mother's side) was shot in the head. One of the children was also badly burned in an explosion. A grandmother had two grandchildren in her care severely burned. Her child was bitten by a dog and witnessed a robbery in which she was threatened by the robber. A parent was attacked sexually, and in the same year, her brother was shot, losing an eye and a lung. Her child was hit by a car at age 5, resulting in a persistent leg injury.

In two cases, the child's trauma somewhat resembled a parent's traumas. In the first, a mother (1) was raped and attempted suicide, and (2) on a later occasion, watched while a friend was hit by a car and the friend's leg was cut off. Her son, who was exposed to the sniper attack, was traumatized by the injury of his sister in an automobile accident. In the second instance, in a family with ongoing spousal abuse, the mother was once stabbed by the father. Her daughter witnessed a man being stabbed by another man.

*Behaviors of Special Concern.*    Following the attack, several specific characteristics eliciting concern were found in previously traumatized parents and other "red flag" behaviors were found in children. Awareness of the child's sniper-attack experience appeared frequently to reawaken symptoms in the parent from a previous trauma or loss, or it resulted in intense avoidance. As a result, the parent was either emotionally unable or unavailable to assist the child, or was intolerant of the child's posttrauma reaction. Additionally, some of the traumatized or previously traumatized parents became overprotective of their children following the traumatic event.

Following the sniper attack, 18 of the 54 exposed children in this sample exhibited behaviors of significant concern. These behaviors included fire setting, suicide attempts (e.g., 3 siblings took large doses of their father's medication), increased acts of aggression, dangerous climbing behaviors (e.g., a child climbing on car and rooftop), injuries, night terrors with sleepwalking (e.g., a child who awakens screaming and tries to run out of the front door in the night), severe depression with vomiting, incessant crying, freezing in front of oncoming automobiles, and risk of suicide. These behaviors were associated with parental psychopathology, parent's and/or child's previous trauma, unresolved traumatic grief, and child's psychopathology.

## Hostage Taking and Suicide

A woman whose father had 10 years earlier committed suicide, and who had 3 years earlier divorced, was undergoing financial and emotional difficulties related to an on-the-job injury. In March 1987, she entered an elementary schoolyard through a side entrance, went into

**Exhibit 134 - 2195**

a fifth-grade classroom, and held the class and teacher at gunpoint. She dictated, to the teacher, a letter for the news media about her doctors, claiming inappropriate care. She waved two guns at the children, became agitated when other children appeared at the door to join the class, and accidently fired the gun, barely missing one child. Some of the children feared for their lives and the lives of their teacher and classmates. The teacher attempted to talk the woman out of killing herself. She asked the children if they wanted the woman to live, and they all yelled "Yes." When this was ineffective, she asked the children to put their heads down and pray that the woman did not shoot herself. The woman shot herself in the temple in front of the children. The woman slumped to the floor in the corner of the room. Blood poured from the side of her head and then from every opening in her face.

School staff escorted the children out of the room, called for help, and attempted to assist the woman. The fire alarm was sounded and all of the children in the school were ushered out onto the grounds and advised of the event. The hostage taking culminated in the assailant's death just before lunchtime. Psychologists and parents were called into the library area to comfort the exposed children. Other children had lunch inside their classrooms. A process of cleanup lasted into the night to prepare the school so that children could return to the classroom the next day.

*Methods.*    All of the children from the fifth-grade classroom that was held hostage and the sixth-grade classroom next door were interviewed in semistructured clinical interviews, and their parents were interviewed separately. The clinical diagnoses and CPTSD-PI (Nader, 1984) of these children were reviewed for the purposes of examining the issue of transgenerational trauma.

### Results: Parent's Previous Trauma and Children's Reactions.

*Exposed Children.*    In this sample, 50% of the exposed children had a parent with a previous trauma and 50% had parents without previous trauma. Traumatic reaction to the hostage taking and suicide was highly correlated with exposure to the event. Of the 24 children who were present (one was home ill) in the classroom held hostage and exposed to the suicide, 18 (75%) were symptomatic whether or not they or their parents had a previous trauma. Of the 6 children who were present but not symptomatic (25%), 4 had no previous trauma and no parent with a previous trauma, 1 had a parent who had been in an airplane crash and had undergone successful therapeutic intervention, and 1 had a previous trauma during which both parent and child took successful action toward their own survival. Sixty-nine percent (11) of the children whose parent(s) had a previous trauma also had a previous trauma (2 were intrafamilial violence). Only 22% (2) of the children whose parents had no previous trauma had a previous trauma. The 3 exposed children who showed both an increase in mature and in regressive behaviors had a parent with a previous trauma. For example, 1 young girl, who insisted upon being talked to by her mother as though they were peers, also began playing with toys appropriate for a younger child. Three of the exposed children complained of persistent fatigue following the event; in all three cases, both parent and child had had a previous trauma.

*Unexposed Children.* Twenty children in the classroom next door to the classroom held hostage were also interviewed. These children were aware of the shooting only after it had occurred. They did not witness the event. The bullet that nearly missed one child in the classroom held hostage went through the wall of their classroom and lodged in a file cabinet. They were unaware of this when it occurred. Six of these children were referred for treatment. Three were reexperiencing the symptoms of a previous trauma, 1 was reexperiencing grief for a grandparent, 1 was evasive upon questioning, and 1 exhibited increased aggression and defiance. Of

**Exhibit 134 - 2196**

the 6 children, 5 (83%) had parents with a previous trauma, and the sixth had a mother who was prone to panic attacks.

Fourteen other children in the school, who were not directly exposed to the hostage taking and shooting, were symptomatic after the event. Eleven of these children (79%) had parents with previous traumas (2 with a family trauma). Among the other 3 children, 2 had parents whose own parents had died when they were young (ages 5 and 14) and 1 lived two houses down from the assailant. Of these 14 children, 4 had a previous trauma and 1 had a mother who had seizures.

## DISCUSSION

The clinical examination of two groups of children exposed to catastrophic events suggests the transgenerational transmission of vulnerability. Traumatic events occurring in a group setting affected children with or without a parental history of trauma. Previous individual traumatic exposure, however, was more common among children with parents who had had a previous trauma. The parent's specific trauma was generally not repeated. Instead, children appeared more vulnerable to traumatic exposure of some kind and/or to increased symptoms.

More children in both groups whose parents had had a previous trauma had experienced a trauma of their own prior to the school event. These two samples were comprised of demographically very different groups of children. Although one group of children lived in a high-crime, low-socioeconomic region of Los Angeles in which children might be expected to have ample opportunity for traumatic exposure, the other group lived in an upper-middle-class area of Orange County, California, with a very low crime rate. The differences between children within each of these groups, in relationship to parents' previous trauma, lend strong evidence to an association between a parent's prior experience and a child's subsequent traumatic experience.

As has been found in studies of children of Holocaust survivors (Barocas & Barocas, 1980; Danieli, 1985; Klein & Kogan, 1986; Solomon *et al.*, 1988) and of Vietnam veterans (Dan, 1995), the two studies described in this chapter suggest that children whose parents have been previously traumatized may have a subset of traumatic symptoms, specific psychological and behavioral disturbances, and increased vulnerabilities to or during traumatic exposure. Recognizing the legal significance of these findings, it is important to iterate that the children in this study who had PTSD were traumatized by the occurrence of an actual traumatic event. They did not have PTSD as a result of the parents' trauma but in relationship to the sniper attack or the hostage taking and witnessing of suicide. A parent's trauma does not guarantee that a child will be subsequently traumatized. Not all parents who have been traumatized have children who are subsequently traumatized (see Dan, 1995).

This study has, nevertheless, dynamically demonstrated the possibility of increased symptoms, following a traumatic event, for children whose parents have been previously traumatized. The increase in symptoms may be related to the parent's emotional unavailability or overprotectiveness as a result of their own experience. Caretaker unavailability, intolerance, and overprotection have all been associated with increased traumatic reactions in children (Bloch, Silber, & Perry, 1956; McFarlane, 1987; Nader & Pynoos, 1993; Silber, Perry, & Block, 1958). In addition, the child's traumatic exposure may result in the parent's reexperiencing aspects or symptoms of his or her own traumatic experience. Adults' traumatic reexperiencing, increased avoidance, and increased arousal have been found to create difficulties in the recovery of children following traumatic exposure (Nader, 1994). Whether these or other

**Exhibit 134 - 2197**

factors are the primary contributors, the increased vulnerability of children during or follow-ing traumatic events suggests the need to include a parent's previous trauma among the list of risk factors for increased symptomatology following traumatic events.

In examining the vulnerability of Holocaust-survivor offspring to increased traumatiza-tion from a traumatic event, Solomon *et al.* (1988) have elaborated possible contributing fac-tors: (1) heightened vulnerability to stress among children of Holocaust survivors (see Danieli, 1980); (2) learned responses from parents; (3) the possible undermining of recovery by over-protective survivor parents; (4) a phenomenon similar to the increased intensity of a second combat trauma (i.e., the parent's previous trauma serves as the previous event); and (5) a sense of themselves as protectors of their surviving parents and as needing to undo the damage, which may add stress and issues of failure during the potentially traumatic experience (here, combat; see also Danieli, 1985). This study lends credibility to the relevance of these factors for children of traumatized parents in general. Like Holocaust survivors, other traumatized in-dividuals who are or become parents often exhibit overprotectiveness, emotional unavailabil-ity, reduced stress tolerance, and avoidance of traumatic issues, among other characteristics that affect parenting behaviors and their results.

The findings described in this chapter have also indicated some of the protective factors relevant to previous parental trauma. As has been suggested elsewhere, there is some evidence that the parent's resolution of his or her traumatic experience or successful action taken dur-ing a traumatic experience may serve to minimize traumatic response (see Nader & Pynoos, 1993; Pynoos & Nader, 1988). Moreover, children whose parents have not been traumatized have sometimes appeared to be less vulnerable than other children.

## Conclusions

These two clinical studies have provided the opportunity for a preliminary examination of the effects of parents' traumatic experience upon children. The results of these two studies strongly suggest that children whose parent(s) are traumatized by violence or disaster may, in fact, be more likely to be subsequently traumatized and are at risk of experiencing increased symptoms following a traumatic event. Additional study is needed to confirm these results and to examine their meaning. Danieli (1993) proposed that Holocaust-survivor parents who teach their children, out of love, to be prepared for the traumas that they themselves have en-dured may inadvertently be teaching them that these traumas are to be expected in their lives and may thus contribute to their vulnerability to a repetition of trauma. From transgenera-tional transmission described in the oral and written traditions of several cultures, it appears that experiences that occur with intensity—positive or negative—are imprinted on the parent or family in such a way that they emerge in subsequent generations. The separate studies of Suomi, Calhoun, and Ward described earlier suggest that this imprint occurs and is transmit-ted genetically or biochemically. It is likely that loving and other verbal prescriptions, learned behaviors, learned ideas, genetic or biochemical factors, and parenting styles contribute to this phenomenon. The increased vulnerability to traumatization found in the two studies re-ported in this chapter suggests the advisability of intervention following traumatic exposure to address symptoms and special issues with children whose parents have been previously traumatized.

ACKNOWLEDGEMENTS: The author would like to thank the former UCLA Trauma, Violence, and Sudden Bereavement Program for the opportunity to work with these children and parents, and to thank Drs. Robert Pynoos, Margaret Stuber, Spencer Eth, Bill Arroyo, and Arturo Torres for

Exhibit 134 - 2198

their collaboration. In addition, genuine appreciation is extended to Mary Avery of the San Diego District Attorney's office, to Mary Armsworth, and to Yael Danieli for the inspiration and opportunity to examine this issue.

## REFERENCES

Armsworth, M. N. (1993, October 25). *Examining the intergenerational effects of trauma from multiple perspectives.* Paper presented at a symposium of the Annual meeting of the International Society for Traumatic Stress Studies, San Antonio, Texas.

Barocas, H., & Barocas, C. (1980). Wounds of the fathers: The next generation of Holocaust victims. *International Review of Psychoanalysis, 5,* 331–341.

Bloch, D., Silber, E., & Perry, S. (1956). Some factors in the emotional reaction of children to disaster. *American Journal of Psychiatry, 113,* 416–422.

Bowlby, J. (1969/1982). *Attachment.* New York: Basic Books.

Bowlby, J. (1973). *Separation.* New York: Basic Books.

Bowlby, J. (1980). *Loss.* New York: Basic Books.

Campbell, J. (1968). *The hero with a thousand faces* (2nd ed.). Princeton, NJ: Princeton University Press.

Curtis, G. C. (1963). Violence breeds violence—perhaps. *American Journal of Psychiatry, 120,* 386–387.

Dan, E. (1995). *Secondary traumatization in the offspring of Vietnam veterans with posttraumatic stress disorder.* Doctoral dissertation submitted to Fielding Institute, Santa Barbara, California.

Danieli, Y. (1980). Families of survivors of the Nazi Holocaust: Some long- and shot-term effects. In N. Milgram (Ed.), *Psychological stress and adjustment in time of war and peace* (pp. 000–000). Washington, DC: Hemisphere.

Danieli, Y. (1981, March 15–16). Exploring the factors in Jewish identity formation (in children of survivors). In *Consultation on the Psychodynamics of Jewish Identity: Summary of Proceedings* (pp. 22–25). American Jewish Committee and the Central Conference of the American Rabbis.

Danieli, Y. (1985). The treatment and prevention of long-term effects and intergenerational transmission of victimization: A lesson from Holocaust survivors and their children. In C. R. Figley (Ed.), *Trauma and its wake* (pp. 295–313). New York: Brunner/Mazel.

Danieli, Y. (1993, October 25). *Holocaust survivors and their children.* A discussion group on Transgenerational Trauma at the Annual Meeting of the International Society for Traumatic Stress Studies, San Antonio, Texas.

Feinstein, D., & Krippner, S. (1988). *Personal mythology.* New York: St. Martin's Press.

Frederick, C., Pynoos, R., and Nader, K. (1992). *Childhood Post-Traumatic Stress Reaction Index* (CPTS-RI), a copyrighted semistructured interview for children with traumatic exposure (available from one of the authors).

Freyberg, J. T. (1980). Difficulties in separation–individuation as experienced by offspring of Nazi Holocaust survivors. *Orthopsychiatry, 50*(1), 87–95.

Grisgam, C. (1988). *The healing emotion.* New York: Simon & Schuster.

Johnson, A. M., & Szurek, S. A. (1952). The genesis of anti-social acting out in children and adults. *Psychoanalytic Quarterly, 21,* 323–343.

Klein, H., & Kogan, I. (1986). Identification processes and denial in the shadow of Nazism. *International Journal of Psycho-Analysis, 67*(1), 45–52.

Ledgerwood, G. (1979). *Lecture on enlightenment.* Costa Mesa, CA: Yoga Center of California.

McFarlane, A. C. (1987). Posttraumatic phenomena in a longitudinal study of children following a natural disaster. *Journal of the American Academy of Child and Adolescent Psychiatry, 26*(5), 764–769.

Motoyama, H. (1992). *Karma and reincarnation.* New York: Avon Books.

Nader, K. (1997). Treating traumatic grief in systems. In C. R. Figley, B. E. Bride, and N. Mazza (eds.), *Death and trauma: The traumatology of grieving* (pp. 159–192). London: Taylor and Francis.

Nader, K. (1984). *Childhood post-traumatic stress disorder (PTSD), parent inventory.* A semi-structured interview about children, for parents of children with traumatic exposure, copyright, 1984, 1992.

Nader, K., & Pynoos, R. (1993). School disaster: Planning and initial interventions. *Journal of Social Behavior and Personality, 8*(5), 299–320.

Nader, K., Pynoos, R., Fairbanks, L., & Frederick, C. (1990). Children's PTSD reactions one year after a sniper attack at their school. *American Journal of Psychiatry, 147,* 1526–1530.

Nahwegahbow, B. (1995). Healer, Nishnawbe Health, Toronto, Canada. Personal communication, May.

Pynoos, R., Frederick, C., Nader, K., Arroyo, W., Eth, S., Nunez, W., Steinberg, A., & Fairbanks, L. (1987). Life threat and posttraumatic stress in school age children. *Archives of General Psychiatry, 44,* 1057–1063.

**Exhibit 134 - 2199**

VIOLENCE                                                                                         583

Pynoos, R. and Nader, K. (1988). Psychological first aid and treatment approach for children exposed to community violence: Research implications, *Journal of Traumatic Stress,* 1(4): 445–473.

Silber, E., Perry, S., Bloch, D. (1958). Patterns of parent-child interaction in a disaster. *Psychiatry,* 21, 159–168.

Singer, M. (1974). Delinquency and family disciplinary configurations: An elaboration of the superego lacunae concept. *Archives of General Psychiatry,* 31, 795–798.

Solkoff, N. (1992). Children of survivors of the Nazi Holocaust: A critical review of the literature. *American Journal of Orthopsychiatry,* 62(3), 342–358.

Solomon, Z., Moshe, K. & Mikulincer, M. (1988). Combat-related posttraumatic stress disorder among second-generation Holocaust survivors: Preliminary findings. *The American Journal of Psychiatry,* 145(7), 865–868.

Suomi, S. (1995). Genetic and experiential factors influencing bio-behavioral reactions to stress in primates. A presentation at the first annual meeting of the Trauma, Loss and Dissociation Conference, Alexandria, Virginia, February 17.

Szurek, S. A. (1942). Notes on the genesis of a psychopathic personality. *Psychiatry,* 5, 1–6.

Ward, L. E. (1990). Chiropractics major scientific breakthroughs. *The American Chiropractor,* 12(9), 4–13.

Ward, L. E. (1993). The Spine-meningeal systemic basis of Duchenne and Becker's muscular dystrophy. *ICA International Review of Chiropractic,* July/August, 25–31.

Ward, L. E., Ward, S. M. & Behan, J. R. (1993). Chiropractic stressology: Exploring new frontiers. *Today's Chiropractic,* 22(5), 74–78.

Wasserman, S. (1973). The abused parent of the abused child. *Children,* 14, 175–179.

Zeanah, C. H., & Zeanah, P. D. (1989). Intergenerational transmission of maltreatment: Insights from attachment theory and research, *Psychiatry,* 52(2), 177–196.

**Exhibit 134 - 2200**

# EXHIBIT

# 135



RESEARCH ARTICLE  |  BIOCHEMISTRY  |  ✓

# DNA methylation is a reversible biological signal

Shyam Ramchandani, Sanjoy K. Bhattacharya, Nadia Cervoni, and Moshe Szyf   Authors Info & Affiliations

**May 25, 1999**    96 (11) 6107-6112    https://doi.org/10.1073/pnas.96.11.6107

VIEW RELATED CONTENT   +

📈 4,676 | 230

## Abstract

The pattern of DNA methylation plays an important role in regulating different genome functions. To test the hypothesis that DNA methylation is a reversible biochemical process, we purified a DNA demethylase from human cells that catalyzes the cleavage of a methyl residue from 5-methyl cytosine and its release as methanol. We show that similar to DNA methyltransferase, DNA demethylase shows CpG dinucleotide specificity, can demethylate mdCpdG sites in different sequence contexts, and demethylates both fully methylated and hemimethylated DNA. Thus, contrary to the commonly accepted model, DNA methylation is a reversible signal, similar to other physiological biochemical modifications.



**Sign up for PNAS alerts.**

*Get alerts for new articles, or get an alert when an article is cited.*

MANAGE ALERTS

Many lines of evidence have established that modification of cytosine moieties residing in the dinucleotide sequence CpG in vertebrate genomes plays a role in regulating a number of genome functions such as parental imprinting (1–2), X chromosome inactivation (3–4), suppression of expression of ectopic genes (5–6), and differential gene expression (7–10). DNA methylation can perform its function of differentially marking genes because CpG dinucleotides are differentially methylated, forming a pattern of methylation (11). It is clear that the pattern of methylation is fashioned by a sequence of methylation and demethylation events (12–15) during development and is maintained in the fully differentiated cell (7–10, 16).

Most biological modifications such as protein phosphorylation are reversible, and enzymes exist that can catalyze either the modification or its removal. This reversibility is essential for their functioning as biological signals that can respond to changing physiological cues. DNA methylation has been considered to be an exception because removal of a methyl group from

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

PDF

Help

**Exhibit 135 –  2201**

indirect mechanisms involving base excision and repair have been previously proposed to be responsible for removal of methyl groups from DNA at different stages of development ([17]–[21]). Because it has been believed that removal of methyl groups from DNA is a cumbersome process, the accepted model has been that DNA methylation is a heritable and stable signal ([7]–[10]). We have recently cloned a human cDNA that encodes a DNA demethylase (dMTase) activity that can catalyze the cleavage of a methyl residue from 5-methyl cytosine ([22]). This has provided molecular proof that true demethylation of DNA is biochemically feasible. If biological DNA methylation is a truly a reversible process in living cells, nuclei of mammalian cells should bear an activity that removes the specific products of the DNA methylation reaction. This report describes the testing of this hypothesis by purification of a dMTase from nuclear extracts of human cells and definition of its substrate and sequence specificity.

## MATERIALS AND METHODS

### Purification of DNA Demethylase Activity.

Nuclear extracts were prepared from A549 (American Type Culture Collection CCL 185) cultures at near confluence as described ([24]). A freshly prepared nuclear extract (1 ml = 6 mg) was diluted to a conductivity equivalent to 0.2 M NaCl in buffer L (10 mM Tris·HCl, pH 7.5/10 mM MgCl$_2$) and applied onto a DEAE–Sephadex A-50 column (Amersham Pharmacia) (2.0 × 1 cm) that was preequilibrated with buffer L at a flow rate of 1 ml/min. After a 15-ml wash with buffer L, proteins were eluted with a 5-ml linear gradient of NaCl (0.2–5.0 M). Fractions of 0.5-ml volume were collected and assayed for dMTase activity. dMTase eluted between 4.9 and 5.0 M NaCl. Active DEAE–Sephadex column fractions were pooled, adjusted to 0.2 M NaCl by dilution, and loaded onto an SP-Sepharose column (Amersham Pharmacia) (2.0 × 1 cm). After washing of the column as described above, the proteins were eluted with 5 ml of a linear NaCl gradient (0.2–5.0 M). Fractions of 0.5-ml volume were collected and assayed for demethylase activity. Demethylase activity eluted at ≈5.0 M NaCl. Active fractions were pooled, adjusted to 0.2 M NaCl by dilution, and applied to a Q-Sepharose (Amersham Pharmacia) column (2.0 × 1 cm), and proteins were eluted as described above. The demethylase activity eluted at ≈4.8–5.0 M NaCl. The pooled fractions of Q-Sepharose column were loaded onto a 2.0 × 2.0 cm DEAE–Sephacel column (Amersham Pharmacia) and eluted with 10 ml of buffer L. The activity was detected at fraction 4, which is very near the void volume. A silver-stained SDS/PAGE analysis of the active fractions revealed three polypeptides of 38–40 kDa that coeluted with dMTase activity in the last three chromatographic steps (data not shown). We have not yet resolved which of these polypeptides is the demethylase enzyme or whether they form a complex. A batch of 40 purified column fractions was pooled and subjected to cold vacuum evaporation followed by dialysis in 1 liter of buffer L (no salt) at 4°C with three changes at every 6-hour interval. The dMTase from 40 preparations was suspended in 0.1 ml of buffer L (no NaCl). Preparations so obtained were assayed for enzyme activity and used for subsequent experiments.

### Assay of the Conversion of Methyl-dCMP (mdCMP) to dCMP.

To assay mdCMP conversion to dCMP, we used methods described ([24]). One nanogram of

PDF

Help

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

 

**Exhibit 135 -  2202**

hours at 37°C, purified by phenol/chloroform extraction, and subjected to micrococcal nuclease digestion (100 µg at 10 µl) (Amersham Pharmacia) to 3' mononucleotides for 15 hours at 37°C and calf spleen phosphodiesterase (2 µg) (Boehringer Mannheim) for 2 hours at 37°C. The digestion products were loaded onto a TLC plate (Kodak, 13255 cellulose), developed in medium containing 132 ml of isobutyric acid, 40 ml of water, and 4 ml of ammonia solution, autoradiographed, and the intensity of the different spots was determined by using a phosphorimager (Fuji, BAS 2000). Poly[mdC$^{32}$pdA] and poly[mdC$^{32}$pdT] substrates were prepared as follows. 0.5 µg of 20-mer oligonucleotides 5'-(GG)$_{10}$-3', 5'-(GT)$_{10}$-3', and 5'(GA)$_{10}$-3' were boiled and annealed at room temperature with oligonucleotide 5'-CCCCCC-3', 5'-CACACA-3', and 5'-CTCTCT-3' respectively. The complementary strand was extended with Klenow fragment by using m5dCTP (Boehringer Mannheim) and either [α-$^{32}$P]dATP (100 µCi, 3,000 Ci/mmol; 1 Ci = 37 GBq) or [α-$^{32}$P]dTTP (100 µCi, 3,000 Ci/mmol), respectively.

### GC/MS Analysis.

The demethylation reactions (volume 50 µl) were run in conical vials having a total internal volume of 350 µl. The vials were closed with a Teflon-lined screw cap and left at room temperature for 18 hours. The vials were cooled in an ice bath and opened, and 10 mg of NaCl and 50 µl of toluene was added. The vials were frequently shaken over a period of 1 hour. The toluene phases were pipetted into clean vials in such a manner as to rigorously exclude water carryover. Anhydrous sodium sulfate (5 mg) was added to the toluene extracts to remove water, and the toluene phases were pipetted into autoinjector vials for GC/MS analysis. Aliquots of 3 µl were analyzed under the following instrumental conditions: instrument, Hewlett-Packard 5988A; column, 30 m × 0.25 mm i.d. fused quartz capillary with 0.25-µm DB-1 liquid phase, programmed after an initial hold for 1 min at 70 deg at 5°C/min to 80°C, then ramped ballistically to 280°C for bake-out for 5 min; injector and interface temperatures, 250°C; helium flow rate, 1.5 ml/min; mass spectrometer: ion source, 200°C; 70 eV electron impact ionization, scanning from $m/z$ 10–50 in full scan mode was begun 6 s after injection and halted at 1.5 min to avoid acquisition of the intense toluene solvent peak.

### Bisulfite-Treated DNA Methylation Analysis.

The primers used for the DNA methyltransferase genomic region (GenBank accession no. M84387) were: MET5'1, 5'-ggatttggtttatagtattgt-3' MET 5' (nested) 5'-ggaatttaggtttttatatgtt-3'; MET3', 1 5'-ctcttcataaactaaatattataa-3' and MET3' (nested) 5'-tccaaaactcaacataaaaaaat-3'.

## RESULTS

### Purification of a dMTase Activity from Mammalian Nuclei.

Because it has been previously proposed that the extensive hypomethylation observed in cancer cells might be a consequence of activation of dMTase activity by oncogenic pathways (23–24), we have used the human lung carcinoma cell line A549 as a source for purification of a DNA demethylation activity. To directly measure the conversion of 5-mdCMP in DNA to dCMP, we have used a completely methylated $^{32}$P-labeled [mdC$^{32}$pdG]$_n$ double-stranded oligomer that we previously described (24). After incubation with the different fractions collected from

Exhibit 135 - 2203

and dCMP were separated by using TLC, and the conversion of mdCMP to dCMP was directly determined (24). This assay provides a stringent test for demethylation and discriminates it from previously described 5 mCpG replacement activities (17–21).

Nuclear extracts prepared from A549 cells were subjected to a sequence of protein purification steps by using DEAE-Sephadex, Sp-Sepharose, Q-Sepharose and DEAE-Sephacel matrix chromatography, and active dMTase fractions were identified (Fig. 1*A* and Table 1). The purified dMTase activity is a protein because it is abolished after proteinase K treatment and is not inhibited but rather is enhanced after RNase treatment. ddCTP (500 μM), which inhibits DNA polymerase β (25–26), does not inhibit demethylation of the $[mdC^{32}pdG]_n$ substrate, nor is it inhibited by high concentrations of methyl-dCTP (500 μM) (Fig. 1*A*), which is consistent with the hypothesis that demethylation does not involve an excision and replacement mechanism. If a replacement mechanism is involved in demethylation, the presence of mdCTP should result in incorporation of methylated cytosines and essential inhibition of demethylation. Thus, the dMTase identified here is a protein and not an RNA and is unequivocally different from the previously published glycosylase based dMTase activities (17–21).



**Figure 1**

PDF

Help

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

**Exhibit 135 –  2204**



We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

Exhibit 135 -  2205

*fraction in the presence of RNase, and either ddCTP (500 μM) or mdCTP (500 μM), with DEAE-Sephacel dMTase fraction in the absence of RNase, or with DEAE-Sephacel dMTase fraction after preincubation for 30 min. with proteinase K (200 μg/ml). The reaction products were digested to 3' mononucleotides and analyzed on TLC ([24]). Methylated (ME) and nonmethylated (NM) [dC$^{32}$pdG]$_n$ substrates were digested to 3' mononucleotides and loaded on the TLC plate as controls. (B) Kinetics of dMTase activity. [mdC$^{32}$pdG]$_n$ double-stranded oligomer (1 ng) was incubated with either DEAE-Sephacel dMTase fraction (0.3 μg) for different time points and analyzed for demethylation as above. A representative chromatogram is shown. Chromatograms were quantified by a PhosphorImager, and the rate of transformation of mdCMP to dCMP was calculated and plotted. The results are a summary of three independent determinations ± SD. (C) Nuclear extracts were fractionated on a DEAE-Sephadex column. Fifty-microliter samples from each fraction (total fraction volume was 500 μl) were incubated with 1 ng of [mdC32pdG]$_n$ double-stranded oligomer, digested to 3' mononucleotides, and analyzed on TLC ([24]). Control methylated (ME) and nonmethylated (NM) [dC$^{32}$pdG]$_n$ substrates were digested to 3' mononucleotides and loaded on the TLC plate to indicate the expected position of dCMP and mdCMP. The active fraction is indicated by an arrow. DNA methyltransferase activity was determined by using a hemimethylated DNA substrate and [$^3$H]AdoMet$^{33}$ (○). One unit equals the amount of enzyme that catalyzes transfer of 1 pmol of tritiated methyl group on hemimethylated DNA per minute. The results are an average of three independent determinations. Protein concentration was determined by using the Bio-Rad Bradford kit (□). To test whether dCTP copurifies with dMTase, the elution profile of 20 μM of [α-$^{32}$P]dCTP (1.1 × 10$^6$ dpm) incubated with the protein was determined by scintillation counting of the different DEAE fractions (▲) and presented as fraction of dCTP loaded on the column.*

**Table 1**

*Purification of dMTase from A549 cells*

| Purification step | Total protein, μg | Specific activity, pmol/hour/μg | Fold purification |
|---|---|---|---|
| Nuclear extract | 6,000 | $1.83 \times 10^{-5}$ | — |
| DEAE-Sephadex | 3.75 | 0.156 | 844.5 |

EXPAND FOR MORE ⌄

Nuclear extract from A549 cells (1 ml, 6 mg) was applied sequentially onto a DEAE-Sephadex, SP-Sepharose, Q-Sepharose, and DEAE-Sephacel columns as described in *Materials and Methods*. dMTase was assayed by using a 50-μl sample of each 0.5-ml fraction using the assay described in Fig. 1 and Ref. 11. The specific activity of the active fractions after each purification step is represented as picomoles of CH$_3$ released per hour per microgram of protein. The ratio of specific activity of dMTase after each step to that of the nuclear extract is shown as fold purification.

The dMTase reaction proceeds without any requirement for additional substrates such as dCTP, redox factors such as NADH and NADPH, or energy sources such as ATP (data not shown). As shown in Fig. 1*B*, the dMTase reaction maintains its initial velocity up to 90 minutes and continues up to 120 minutes. This time course is inconsistent with dependence on enzyme-bound additional nonreplenishable substrates such as dCTP or ATP or a nonreplenishable redox factor such as NADH or NADPH. Exhausting the nonreplenishable substrate or redox factor would have resulted in rapid deceleration of the initial velocity.

As shown in Fig. 1*C*, a clear peak of dMTase activity is eluted at the high salt fraction 10. The first chromatography step purified the dMTase activity from the bulk of nuclear protein (Fig. 1*C*) and separated dMTase away from the DNA methyltransferase, suggesting that they are independent proteins. DEAE-Sephadex chromatography also purifies dCTP away from the dMTase at least $1 \times 10^6$-fold (Fig. 1*C*), thus excluding the possibility that the demethylation activity in fraction 10 is a glycosylase–apyrimidine nuclease-repair activity. If any dCTP is present in the nuclear extract, the remaining concentration after fractionation on DEAE is well

PDF

Help

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

**Exhibit 135 – 2206**

DNA methylation is a reversible biological signal | PNAS

**dMTase Reaction Produces Methanol.**

To determine the product of the demethylation reaction, we identified the leaving group. As illustrated in Fig. 2, incubation of methylated DNA with dMTase (dMTase + ME–DNA) results in release of a peak with the retention time and mass spectrum (peaks are identified at 32, 31, and 29 atomic mass, which are the atomic masses of methanol and ionized methanol, respectively), which is consistent with its identification as methanol. Incubation of dMTase with nonmethylated DNA does not release methanol, indicating that methanol is a product of the demethylation reaction. No methanol is released when the samples are incubated with dMTase pretreated with protease K, indicating that the release of methanol from methylated DNA is catalyzed by an enzymatic activity. These results demonstrate that we have purified a dMTase from a human cell.



**Figure 2**

PDF

Help

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

**Exhibit 135 -  2207**

DNA methylation is a reversible biological signal | PNAS



*Purified dMTase releases the methyl group in the form of methanol. Shown are GC/MS analyses of reference materials and incubated samples for methanol. (Left) A portion of the gas chromatogram*

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

Exhibit 135 -  2208

*chromatograms are caused by hydrocarbon impurities in the toluene solvent that would normally be of no consequence and not detected except that the instrumental sensitivity required for methanol detection is such that they are also detected. "Toluene" illustrates the results of the GC/MS analysis of the toluene solvent used in this study. The mass spectrum recorded at the retention time for methanol does not present ions that are prominent in the mass spectrum for dilute authentic methanol in toluene solution (1:1,000 by volume, m/z 15, 29, 31, and 32, "Methanol"). "dMTase + ME DNA" illustrates the results obtained for the DNA demethylation reaction [with methylated CpG DNA (400 ng) and purified dMTase (4.8 µg) in a volume of 50 µl at 37°C overnight] and demonstrates that a peak with the retention time and mass spectrum consistent with its identification as methanol is detected. An additional ion at m/z 18 is most likely caused by residual water in the toluene extract. "dMTase + NM-DNA" and "dMTase (protease K treated) + ME-DNA" are the results of the analyses for demethylation reaction with CpG DNA with purified dMTase and protease K-treated dMTase with methylated CpG DNA [these reaction were performed with 4.8 µg of purified dMTase and 400 ng of DNA in a reaction volume of 50 µl with overnight incubation at 37°C, 10 units of protease K was used for treatment of 4.8 µg of dMTase in a reaction volume of 42 µl at 50°C for 3 hours], respectively, and display none of the ions associated with methanol. The ion at m/z 18 is because of residual water in the extract. Prominent ions in the range m/z 39–43 are because of trace hydrocarbons in the toluene.*

### dMTase Displays mCpG Sequence Specificity.

If DNA methylation is a reversible process, the demethylase should be able to remove the specific products of the reaction catalyzed by DNA methyltransferase. DNA methyltransferase catalyzes the transfer of methyl groups to CG dinucleotides residing in many possible sequence contexts generating either hemimethylated or fully methylated DNA (27–28). The results presented in Fig. 3 demonstrate that dMTase is a general dMTase activity that demethylates fully or hemimethylated dCpdG in DNA flanked by a variety of sequences that are distributed at different frequencies, but does not demethylate methylated adenines or methylated cytosines that do not reside in the dinucleotide CG. First, as shown in Fig. 3*A*, a plasmid DNA methylated *in vitro* at all dCpdG sites with *Sss*I methylase, all d*CpdCpdGpdG sites with *Msp*I methylase (which methylates the external C in the sequence *CCGG, thus enabling the determination of demethylation at the CC dinucleotide) and *in vivo* with the *Escherichia coli* DNA cytosine methylase at dCmdCdA/dTdGdG sites and with the DNA adenine methylase at dGmdAdTdC sites (adenine methylated) was treated with dMTase. The state of methylation of the plasmid was determined by using the indicated methylation-sensitive restriction enzymes. dMTase demethylates CpG methylated sites as indicated by the sensitivity of the dMTase-treated plasmid to *Hpa*II and *Hha*I but does not demethylate C*C, C*A, or C*T methylated sites as indicated by the resistance to *Msp*I and *Eco*RII restriction enzymes, or adenine methylation, as indicated by its sensitivity to *Dpn*I. Second, bisulfite mapping analysis of methylation of five methylated C*G sites residing in a *Sss*I methylase *in vitro* methylated pMetCAT plasmid after dMTase treatment shows that all C*G sites are demethylated irrespective of their flanking sequences thus excluding the possibility that demethylation is limited to CCGG or CGCG sequences (Fig. 3*B*). Third, dMTase does not demethylate two fully methylated cytosine-bearing oligomers [dmC$^{32}$pdA]$_n$,[mdC$^{32}$pdT]$_n$ (15), demonstrating that mdCpdA and mdCpdT are not demethylated by dMTase (Fig. 3*D*). Fourth, dMTase demethylates a hemimethylated synthetic substrate [dCpdG]$_n$*[mdC$^{32}$pdG]$_n$ (Fig. 3*D*). Demethylation of the plasmid DNA is complete under these conditions (Fig. 3*A*), whereas demethylation of a methylated [mdCpdG]$_n$ substrate is not complete under the same conditions (Fig. 3*D*). This can reflect differences in the sequence composition of the substrate and the frequency of methylated cytosines. The [mdCpdG]$_n$ contains on average of 16-fold more methylated cytosines per molecule than plasmid DNA. Alternatively, these differences might reflect discrepancies in the assays used,

PDF

Help

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

 

**Exhibit 135 - 2209**

subjected it to dMTase treatment, and digested it to mononucleotides at different time points after the initiation of the reaction, and subjected the samples to a TLC analysis. As shown in Fig. 3*C*, the plasmid DNA is fully demethylated by 3 hours, which is consistent with the results obtained with methylation-sensitive restriction enzymes (Fig. 3*A*).

**Figure 3**



*Substrate specificity of dMTase. (A) Demethylation of methylated SK plasmid. Plasmid pBluescript SK (5 ng) was methylated with SssI methylase and MspI methylase. dMTase-treated (1.2 μg of concentrated DEAE Sephacel fraction for 3 hours) (methylated SK + dMTase) and nontreated plasmid (methylated SK) as well as nonmethylated SK plasmid were digested with EcoRII, DpnI, HhaI, MspI, and HpaII. The digestion products were analyzed on a 2% agarose gel, blotted onto a Hybond N+ filter, and hybridized with a $^{32}$P-labeled SK probe. The expected HpaII/MspI fragments are indicated on the right side of the figure, the expected HhaI fragments are indicated on the left side of the figure. Note that control plasmids are not digested with MspI because the plasmid is methylated with MspI methyltransferase). (B) Bisulfite methylation analysis of dMTase-treated pMetCAT plasmid. pMetCAT plasmid ([24]), methylated to completion with SssI, was subjected to a dMTase reaction as above. The dMTase-treated plasmid and nontreated control were subjected to bisulfite treatment as described ([31]), and the genomic region bearing five CpG sites upstream of the second exon of DNA methyltransferase was amplified by using PCR ([31]) and sequenced. Twenty clones were sequenced per DNA sample. Unmethylated cytosines are converted to thymidines by this protocol, whereas methylated cytosines are protected and are visualized as cytosines. One representative sequencing gel of bisulfite treated DNA is presented per condition. Arrows indicate the specific CpG sites by their position. The numbering is according to GenBank accession no. M84387. (Lower) The physical map of the genomic region residing upstream of exon 2 of DNA methyltransferase (indicated by filled boxes). Intronic sequence is indicated by a line. A blowup of the region amplified after bisulfite treatment is shown above the physical map. The different CpG sites in the fragment are presented as descending lines. Under these conditions, all the clones of the demethylase-treated plasmids were demethylated. (C) Plasmid pBluescript SK (5 ng) was methylated with SssI methylase and MspI methylase. The methylated pBluescript SK was used as template to DNA synthesis by using DNA polymerase and [α$^{32}$-P]dGTP, mdCTP, dTTP, dATP, and hexanucleotide primers. After two rounds of purification on NAP-5 column, the substrate was subjected to demethylation by using 0.12 μg of purified dMTase for different time intervals as indicated. (D) Demethylation of hemimethylated [mdC$^{32}$pdG]$_n$·[dCpdG]$_n$ (HM), [mdC$^{32}$pdA]$_n$ (CpA), and [mdC$^{32}$pdT]$_n$ (CpT) DNA substrates ([15]). One nanogram of the indicated substrates, as well as a double methylated substrate [mdC$^{32}$pdG]$_n$ (CpG), were*

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

Exhibit 135 - 2210

*with dMTase in the presence or absence of RNase (100 µg/ml). Nonmethylated [dC³²pdG]$_n$ served as a control for the position of dCMP.*

The $K_m$ of dMTase for hemimethylated and fully methylated DNA was determined by measuring the initial velocity of the reaction at different concentrations of substrate (Table 2). The calculated $K_m$ for hemimethylated DNA is 6 nM, which is 2-fold higher than the $K_m$ for DNA methylated on both strands, 2.5–3 nM (Table 2). It is unclear yet whether this small difference in affinity for the substrate has any significance in a cellular context. Thus, similar to the DNA methyltransferase, dMTase shows dinucleotide sequence selectivity, but differs from DNA methyltransferase (which has preference for hemimethylated substrates), because it prefers fully methylated DNA, which is consistent with a role for dMTase in altering established methylation patterns.

**Table 2**

*Kinetic parameters for dMTase*

| Substrate | $K_m$ (DNA), nM | $V_{max}$, pmol/hour |
|---|---|---|
| Methylated CpG | 2.5 | 340 |
| hemimethylated CpG | 6.0 | 402 |
| methylated SK-DNA | 3.3 | 40.42 |

For determination of kinetic parameters, the dMTase reactions were performed as in Fig. 1 except that varying DNA concentrations, from 0.1 nM to 50 nM, were used in a total volume of 100 µl containing 1.2 µg of DEAE-Sephacel dMTase fraction. Because it has been established that the reaction proceeds for at least 3 hours (Fig. 1*B*), the initial velocity of reaction was measured at 1-hour intervals. The velocity data was collected at each substrate DNA concentration. The $K_m$ and $V_{max}$ values for demethylase activity were determined from double-reciprocal plots of velocity vs. substrate concentration.

## DISCUSSION

Demethylase performs the reverse reaction to DNA methyltransferase and is an excellent candidate to be one of its important partners in shaping the methylation pattern of genomes. It remains to be seen whether lower organisms that bear DNA methyltransferases also harbor dMTases or whether this activity is unique to organisms where DNA demethylation plays a critical role in development and regulation of genome function.

Direct demethylation of DNA has in the past been considered highly unlikely. The identification of methanol as the leaving group of the demethylation reaction and water as a possible reactant provides an explanation for the thermodynamic feasibility of DNA demethylation. However, the questions remains whether there is a kinetic pathway that can lower the activation barrier enough for the reaction to take place? Cedar and Verdine (31) have recently proposed that one possibility is that dMTase, like methyltransferases, stabilizes the reaction intermediate by a combination of covalent catalysis at C6 and proton shuffling at N3. Once such an intermediate is stabilized by dMTase, a hydroxide ion can then attack the C5 methyl group.

Methylation patterns exhibit site specificity, yet one remaining question is how can a general enzyme demethylate certain sites and not others? One possible hypothesis that has previously

PDF

Help

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

**Exhibit 135 -  2211**

general availability of dMTase and methyltransferase determines the pattern of methylation ([23](#)–[24](#), [29](#)–[30](#)). The identification of dMTase enables future experiments to test this hypothesis.

The existence of a general dMTase(s) adds unexpected potential plasticity to DNA methylation patterns. The presence of a general enzyme that can remove well established methylation patterns and the potential for modulation of its activity by general signals ([24](#)) points to the possibility that the covalent structure of the genome could be modified postmitotically in response to extracellular signals, pathological as well as physiological.

## ABBREVIATIONS

| | |
|---|---|
| **dMTase** | DNA demethylase |
| **mdCMP** | methyl-dCMP |

## Note

A Commentary on this article begins on page [5894](#).

## Acknowledgments

We thank Dr. O. A. Memer for help with the spectrometry. This study was supported by the National Cancer Institute of Canada.

## References

**1**    M Lalande *Annu Rev Genet* **30**, 173–195 (1996).
↵ Go to reference  |  Crossref  |  PubMed  |  Google Scholar

**2**    A Efstratiadis *Curr Opin Genet Dev* **4**, 265–280 (1994).
↵ Go to reference  |  Crossref  |  PubMed  |  Google Scholar

**3**    C Beard, E Li, R Jaenish *Genes Dev* **9**, 2325–2334 (1995).
↵ Go to reference  |  Crossref  |  PubMed  |  Google Scholar

**4**    T Mohandas, R S Sparkes, L J Shapiro *Science* **211**, 393–396 (1981).
↵ Go to reference  |  Crossref  |  PubMed  |  Google Scholar

SHOW ALL REFERENCES

VIEW FULL TEXT  |  DOWNLOAD PDF

# Further reading in this issue

PDF

Help

COMMENTARY  |  MAY 25, 1999  ✓                    COMMENTARY  |  MAY 25, 1999  ✓

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

  

Exhibit 135 -  2212

COMMENTARY | MAY 25, 1999 | ●

## Searching for "downhill scenarios" in protein folding

William A. Eaton

## Most Read  Most Cited

RESEARCH ARTICLE | DECEMBER 30, 2013 | 🔓

### Bodily maps of emotions

Emotions coordinate our behavior and physiological states during survival-salient events and pleasurable interactions....

Lauri Nummenmaa, Enrico Glerean, [...] Jari K. Hietanen

RESEARCH ARTICLE | AUGUST 14, 2017 | 🔓

### Oxytocin-enforced norm compliance reduces xenophobic outgroup rejection

In the midst of rapid globalization, the peaceful coexistence of cultures requires a deeper understanding of the forces that...

Nina Marsh, Dirk Scheele, [...] René Hurlemann

RESEARCH ARTICLE | JUNE 11, 2018 | ●

### Neural network retuning and neural predictors of learning success associated with cello training

In sophisticated auditory–motor learning such as musical instrument learning, little is understood about how brain...

Indiana Wollman, Virginia Penhune, [...] Robert J. Zatorre

## Sign up for the PNAS Highlights newsletter

*Get in-depth science stories sent to your inbox twice a month.*

name@example.com                                                      SUBSCRIBE ›



### BROWSE

CURRENT ISSUE

*PNAS NEXUS*

SPECIAL FEATURES

COLLOQUIA

LIST OF ISSUES

COLLECTED PAPERS

PNAS IN THE NEWS

FRONT MATTER

JOURNAL CLUB

PODCASTS

### INFORMATION

ABOUT

DIVERSITY AND INCLUSION

EDITORIAL BOARD

AUTHORS

REVIEWERS

SUBSCRIBERS

LIBRARIANS

PRESS

COZZARELLI PRIZE

PNAS UPDATES

PDF

Help

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out

DNA methylation is a reversible biological signal

**Exhibit 135 -  2213**

DNA methylation is a reversible biological signal | PNAS

Copyright © 2023 National Academy of Science. All rights reserved. | Online ISSN 1091-6490
PNAS is a partner of CHORUS, CLOCKSS, COPE, CrossRef, ORCID, and Research4Life.

Contact  |  Site Map  |  Terms & Privacy Policy
|  Accessibility

PDF

Help

We use cookies on this site to enhance your user experience. By using this website, you are giving your consent for us to set cookies. Find out more

CONTINUE

**Exhibit 135 -  2214**

# EXHIBIT

# 136

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/12675226

## Strahl, B. D. & Allis, C. D. The language of covalent histone modifications. Nature 403, 41–45

**Article** *in* Nature · February 2000

DOI: 10.1038/47412 · Source: PubMed

CITATIONS
7,145

READS
1,569

2 authors:



Brian D Strahl
University of North Carolina at Chapel Hill
**260** PUBLICATIONS   **27,445** CITATIONS

C. David Allis
The Rockefeller University
**492** PUBLICATIONS   **112,559** CITATIONS

SEE PROFILE

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Project   Epigenetic control of the mating-type switching in fission yeast View project

Project   Structural Plasticity of Methyllysine Recognition by the Tandem Tudor Domain of 53BP1 View project

All content following this page was uploaded by Brian D Strahl on 30 May 2014.

The user has requested enhancement of the downloaded file.

**Exhibit 136 - 2215**

**progress**

# The language of covalent histone modifications

**Brian D. Strahl & C. David Allis**

*Department of Biochemistry and Molecular Genetics, University of Virginia Health Science Center, Charlottesville, Virginia 22908, USA*

**Histone proteins and the nucleosomes they form with DNA are the fundamental building blocks of eukaryotic chromatin. A diverse array of post-translational modifications that often occur on tail domains of these proteins has been well documented. Although the function of these highly conserved modifications has remained elusive, converging biochemical and genetic evidence suggests functions in several chromatin-based processes. We propose that distinct histone modifications, on one or more tails, act sequentially or in combination to form a 'histone code' that is, read by other proteins to bring about distinct downstream events.**

How eukaryotic genomes are manipulated within a chromatin environment is a fundamental issue in biology. At the heart of chromatin structure are highly conserved histone proteins (H3, H4, H2A, H2B and H1) that function as building blocks to package eukaryotic DNA into repeating nucleosomal units that are folded into higher-order chromatin fibres[1,2] (Fig. 1). Once thought of as static, non-participating structural elements, it is now clear that histones are integral and dynamic components of the machinery responsible for regulating gene transcription. The same is probably true for other DNA-templated processes such as replication, repair, recombination and chromosome segregation.

An extensive literature documents an elaborate collection of post-translational modifications including acetylation, phosphorylation, methylation, ubiquitination and ADP-ribosylation[3] that take place on the 'tail' domains of histones. These tails, which protrude from the surface of the chromatin polymer and are protease sensitive, comprise ~25–30% of the mass of individual histones[3,4], thus providing an exposed surface for potential interactions with other proteins (for example, Sir3/4 and Tup1 proteins in yeast[5,6]). Because of the inherent disordered nature of histone tails, their precise location in higher-order fibres and the atomic details of their structure are not known[1,7].

Long-standing models have suggested that histone modifications may alter chromatin structure by influencing histone–DNA and histone–histone contacts[4,8]. However, growing awareness of the remarkable diversity and biological specificity associated with distinct patterns of covalent histone marks has caused us and others[9–13] to favour the view that a histone 'language' may be encoded on these tail domains that is read by other proteins or protein modules. We refer to this language as the 'histone code' and present evidence supporting the existence of this language and discuss some potential ramifications. To illustrate the potential complexity of covalent marks decorating a single histone tail, we have chosen to focus most of our discussion on a short stretch of core histone H3. However, many of the concepts presented here are likely to apply to all of the histone termini and, in particular, to that of histone H4[10,14].

### Lysine acetylation sets the stage

Of the modifications listed above, histone acetylation has been the most studied and appreciated[14]. Fuelled, in part, by the discovery of enzymes responsible for bringing about the steady-state balance of this modification—histone acetyltransferases (HATs) and histone deacetylase (HDACs)—compelling evidence has recently been provided that acetylation of specific lysine residues in the amino termini of the core histones plays a fundamental role in transcriptional regulation[2,15].

In H3 from most species, the main acetylation sites include lysines 9, 14, 18 and 23 (refs 3, 16), and, as is the case with the functionally redundant tail of its nucleosomal partner, H4[14], selected lysines become acetylated during specific cellular processes (Figs 1b and 2).

Transcription-linked acetylation, catalysed by the GCN5 family of HATs, shows a preference for lysine 14 of H3 *in vitro*[17] although an expanded set of lysine residues is likely to be used *in vivo*[18,19]. How is this acetylation site specificity in H3 brought about?

Solution and crystal structure data of various members of the GCN5 HAT family, including co-crystals of the enzyme with H3 tail peptides[20], have begun to yield important insights into the enzymatic mechanisms underlying the site specificity of these HATs[21–25]. One important concept to emerge from these studies is that residues outside the preferred lysine 14 acetylation site in H3 are important for histone-binding specificity. For example, glycine 13 and proline 16 have a critical role in leading to a restricted GCN5–H3 peptide recognition site, G-K14*-X-P (ref. 20). Thus, as is the case with protein kinases and phosphatases, short preferred consensus motifs are likely to exist for individual HATs and HDACs[26] which help to establish the final histone code.

Acetylation of specific lysine residues in H3 is also associated with biological processes apart from transcription (Fig. 2). During DNA replication, for example, new histones are rapidly synthesized and assembled onto the replicated DNA. H3 and H4 are brought to replicating chromatin in a pre-acetylated state that becomes erased after replication is completed and the newly assembled chromatin matures[27,28]. Whereas the sites of deposition-related H4 acetylation are highly conserved[29,30] (for example, lysines 5 and 12; see Fig. 2), the situation with H3 is less clear. However, lysine 9 in H3 appears to have a more dominant role in histone deposition and chromatin assembly in some organisms[17,27,30]. The finding that a chromatin assembly complex in *Drosophila*, called RCAF (for replication-coupling assembly factor), contains H4 specifically acetylated at lysines 5 and 12 suggests that these acetylation sites play an important role in chromatin assembly[31]. Does this acetylation pattern represent a code that has been deciphered by a component of a histone chaperone complex?

Finally, we note that the spacing between acetylatable lysines (Fig. 1b) is strikingly regular in the amino termini of many histones (for example, lysines at 9, 14, 18 and 23 in H3; and 5, 8, 12 and 16 in H4), and, curiously, this spacing periodicity is reminiscent of that of an $\alpha$-helix (that is, 3.6 residues). To our knowledge, no group has systematically attempted to expand or contract the characteristic three-to-four residue spacing between many known acetylation sites. Along this line, the alternating, and seemingly, invariant pattern of deposition-related acetylation wherein lysines 5 and 12, but not lysines at 8 and 16, are acetylated in newly synthesized H4 is particularly intriguing[29,30] (Fig. 2).

### Beyond histone acetylation

Phosphorylation, particularly that of histones H1 and H3, has long been implicated in chromosome condensation during mitosis[32,33]. However, converging evidence suggests that H3 phosphorylation

© 2000 Macmillan Magazines Ltd

41

**Exhibit 136 - 2216**

## progress

(specifically serine 10; see Fig. 1b) is also directly correlated with the induction of immediate-early genes such as c-*jun*, c-*fos* and c-*myc*[34–36]. Mutations in Rsk-2, recently shown to be an H3 kinase *in vitro*, are associated with Coffin–Lowry syndrome in humans and result in a loss of epidermal growth factor-stimulated H3 phosphorylation *in vivo*[9,37]. Transcriptional activation in response to mitogenic and other stimuli are altered in Coffin–Lowry cells[38], suggesting a potential direct role for H3 phosphorylation in regulating gene transcription through a remodelling step that is most consistent with chromatin decondensation, a result seemingly at odds with the use of this mark in chromosome condensation.

The potential importance of the serine 10 phosphorylation mark in H3 is strengthened by the finding that MSK1, a kinase activated by growth factor and stress stimuli, also phosphorylates H3 *in vitro*[39]. Interestingly, another H3 kinase has recently been identified that is associated with dosage compensation in flies[40]. In *Drosophila*, equalization of transcription from the sex chromosomes is achieved by a twofold upregulation of transcription from the male X chromosome[41] that is associated with acetylation of H4 at lysine 16[42]. Thus, H4 acetylation on lysine 16, possibly in concert with H3 phosphorylation at serine 10, may establish a combinatorial mark that leads to enhanced transcription from the male X chromosome.

### What about other histone modifications?

Just as histone acetylation and phosphorylation have become topics of renewed interest, we expect other known histone modifications will soon be back in the limelight. Methylation of lysine and/or arginine residues, for example, are among the least understood post-translational modifications affecting histones. This is partly because the responsible enzymes are not known, immunological reagents selective to detect histone methylation do not exist, and, unlike histone acetylation and phosphorylation, the charge on the individual lysine and arginine residues is not greatly affected, making electrophoretic resolution of methylated histones difficult. H3 and H4 are the predominant histones modified by methylation, and sequencing studies from many organisms indicate that multiple lysines in H3 (4, 9 and 27) are the preferred sites of methylation[3,43,44]. Moreover, lysine residues can be mono- di- or trimethylated, adding yet another layer of complexity to this histone mark.

The recent discovery of a nuclear receptor co-activator-interacting protein, called CARM1, which possesses arginine-specific, histone H3-selective methyltransferase (HMT) activity[45] provides evidence to support the notion that histone methylation contributes to transcriptional activation. CARM1 HMT activity is required for ligand-dependent transcriptional activation, and the finding that CARM1 functions through association with co-activators containing HAT activity is particularly intriguing given that Rsk-2 interacts with the transcriptional co-activator CREB-binding protein (CBP)[46]. These data suggest that large multisubunit enzyme complexes containing multiple histone- and non-histone-modifying activities[9,47] work in concert with other chromatin remodelling machines[48,49] to regulate gene transcription (Fig. 3, left panel).

### The 'histone code' hypothesis

Considering only the electrostatic requirements for folding the chromatin polymer[4,8,50], histone acetylation, through the neutralization of positive charge, and histone phosphorylation, through the addition of negative charge, would probably cause decondensation of the chromatin fibre[51]. Thus, the use of multiple marks on histone tails (that is, combining acetylation and phosphorylation) could serve to amplify the readout of upstream signalling pathways causing greater changes in the overall charge density of tails that



**Figure 1** Chromatin organization and the tail of histone H3. **a**, General chromatin organization. Like other histone 'tails', the N terminus of H3 (red) represents a highly conserved domain that is likely to be exposed or extend outwards from the chromatin fibre. A number of distinct post-translational modifications are known to occur at the N terminus of H3 including acetylation (green flag), phosphorylation (grey circle) and methylation (yellow hexagon). Other modifications are known and may also occur in the globular domain. **b**, The N terminus of human H3 is shown in single-letter amino-acid code. For comparison, the N termini of human CENP-A, a centromere-specific H3 variant, and human H4, the nucleosomal partner to H3, are shown. Note the regular spacing of acetylatable lysines (red), and potential phosphorylation (blue) and methylation (purple) sites. The asterisk indicates the lysine residue in H3 that is known to be targeted for acetylation as well as for methylation; lysine 9 in CENP-A (bold) may also be chemically modified (see text). The above depictions of chromatin structure and H3 are schematic; no attempt has been made to accurately portray these structures.



**Figure 2** The 'histone code' hypothesis. Histone modifications occur at selected residues and some of the patterns shown have been closely linked to a biological event (for example, acetylation and transcription). Emerging evidence suggests that distinct H3 (red) and H4 (black) tail modifications act sequentially or in combination to regulate unique biological outcomes. How this hierarchy of multiple modifications extends (depicted as 'higher-order combinations') or how distinct combinatorial sets are established or maintained in localized regions of the chromatin fibre is not known. Relevant proteins or protein domains that are known to interact or associate with distinct modifications are indicated. The CENP-A tail domain (blue) might also be subjected to mitosis-related marks such as phosphorylation; the yellow bracket depicts a motif in which serines and threonines alternate with proline residues.

© 2000 Macmillan Magazines Ltd

**Exhibit 136 - 2217**

**Figure 3** Coordinated recruitment of histone-modifying activities. Recent discoveries suggest that distinct histone-modifying activities interact to form multisubunit complexes that probably work in concert with nucleosome remodelling complexes (NuRCs; for example, Swi/Snf, RSC, NURF) to remodel chromatin. Interactions demonstrated thus far include CARM1, a histone methyltransferase (HMT), with histone acetyltransferase (HAT)-containing coactivators that interact with nuclear receptors (Act)[45] and Rsk kinase with the CBP/p300 HAT[46]. Not depicted is the possibility of non-histone substrates being *bona fide* targets of these activities. In addition to remodelling nucleosomes (indicated by zigzag DNA), NuRCs may chemically modify and/or bind histone tails. Binding of a NURC or HAT complex (depicted as single ovals) to histone tails may be mediated by the bromodomain (BD). Although many of the complexes identified to date are implicated in events leading to transcription (left panel; green nucleosomes), we speculate that similar, but unique, complexes may exist that modify and direct chromatin condensation (right panel; red nucleosome). This 'code' of modifications may dictate the biological outcome through changes caused in higher-order chromatin structure or may direct the downstream biological effect by recruiting and interacting with docking proteins or complexes that remain to be identified. Although H3 and CENP-A are the only histones depicted here, it is likely that all other histones are subjected to this type of regulation.

lead to greater changes in the chromatin structure of target genes. Indeed, evidence supports synergism between histone acetylation and phosphorylation in the induction of immediate-early genes after mitogenic stimulation[52], and it seems likely that these signalling pathways may converge at other loci as well[35].

H3 phosphorylation at serine 10, possibly in conjunction with phosphorylation at serine 28 (Figs 1b and 2; and see below), is also required for proper segregation and condensation of chromosomes during mitosis and meiosis[53,54]. If the function of H3 phosphorylation is to 'open' chromatin, how then can H3 phosphorylation at the same site also be involved in chromosome condensation? This question seems to beg a simple answer: perhaps a single histone modification does not function alone. We will refer to the hypothesis—that multiple histone modifications, acting in a combinatorial or sequential fashion on one or multiple histone tails, specify unique downstream functions—as the histone code hypothesis. What is the evidence in support of this hypothesis?

Serine 28 in H3 is embedded in surrounding sequences similar to serine 10 (that is, both are R-K-S*), and data has shown that serine 28 is phosphorylated during chromosome condensation in mammalian cells[55] (Fig. 1b). Whether serine 28 is phosphorylated during interphase or during immediate-early gene induction is not yet known. Thus, the formal possibility remains that multiple phosphorylation events on the same histone tail, or on several tails, may be required for efficient chromosome condensation during mitosis and meiosis (see below).

Even if the H3 tail is doubly marked by serine 10 and serine 28 phosphorylation during mitosis, it seems likely that this is not the complete story regarding chromosome condensation. H3 phosphorylation at serine 10 initiates in the pericentric heterochromatin, an A/T-rich region of satellite DNA closely associated with centromeric DNA[53]. Centromeric DNA itself is packaged with specialized proteins, one of which is a specialized H3 'variant' found in both yeast and humans, CENP-A[56]. CENP-A differs from H3 primarily in its unique N-terminal tail (Fig. 1b). Apart from lysine 9, arginine residues comprise all other positively charged side chains. Thus, the role of acetylation at lysine 9 (if it occurs) probably differs from that

of acetylation of canonical H3 in association with transcription. Moreover, the CENP-A tail contains many serine and threonine residues, which raises the possibility that this specialized H3, like the main H3, becomes phosphorylated during mitosis. An alternating S/T/G-P motif repeats five times in this tail generating an 11-amino-acid stretch flanked on either side by arginine residues (Fig. 1b). This motif suggests that CENP-A may be phosphorylated during mitosis, and it will be interesting to determine whether the CENP-A and H3 proteins are substrates for the same or unique sets of kinases and phosphatases. It would also be of interest to determine whether the SMC/condensing proteins, which have a central role in mitotic chromosome condensation, bind to these tails and contain histone-modifying activities[57] (Fig. 2).

### The enzymology of multiple histone modifications

The existence of multiple modifications within a short stretch of the same histone tail (Fig. 1b), begs the question: how is a complex, multimark code established and maintained in the first place? One attractive hypothesis is that covalent modification of a histone tail by one enzyme influences the rate or efficiency with which a second enzyme follows using the now-modified histone tail as substrate. Does site-specific phosphorylation or methylation influence the ability of a HAT to recognize and bind to the tail? Alternatively, does a histone kinase or methylase care whether a histone tail is acetylated at a specific lysine residue? To that end, we point out that many modifications are close enough to each other on the histone tail (Fig. 1b) to influence, positively or negatively, the ability of enzymes to further modify these residues. Along this line, modifications on one histone tail might influence the outcome of other enzymatic activities acting on other histone tails.

The explosion of recent discoveries of histone-modifying enzymes, many available in recombinant form, paves the way for future experimental tests of some of these questions. Structural studies with modified histone substrates will be necessary to determine which residues, if any, are used to stabilize or promote interactions with modified substrates. Site-directed mutagenesis of these residues, followed by *in vivo* and *in vitro* assays, will help to

© 2000 Macmillan Magazines Ltd

**Exhibit 136 - 2218**

## progress

dissect meaningful functional relationships.

### How is the histone code read?

Could histone modifications exist simply to regulate chromatin structure? Core histone acetylation alone has been shown to relax higher-order chromatin structure *in vitro*, and to promote factor-binding to cognate DNA elements[4,8]. Alternatively, histone modifications could also act as specific 'receptors' to recruit unique biological complexes that mediate downstream function (Figs 2 and 3). Phosphorylation of H3 at serine 10 is closely associated with both chromosome condensation during mitosis and immediate-early gene induction following mitogenic stimulation. One possible explanation for this discrepancy is shown in Fig. 3. Here we envisage that a phosphorylation mark alone, or in combination with other marks (such as phosphorylation at serine 28), may recruit a binding factor that, in turn, has a role in mediating chromosome condensation and segregation. In contrast, a distinct mark or set of marks (for example, phosphorylation and acetylation at residues 10 and 14, respectively) may provide a unique binding surface to recruit factors promoting decondensation and transcription (for example, Swi/Snf; see below). Assuming that phosphorylation of CENP-A occurs during mitosis, this marked tail may provide an attractive binding surface for a kinase that carries out general H3 phosphorylation at serine 10 and/or serine 28. In the specific case of the CENP-A tail (Fig. 1b), clusters of arginine residues are in some cases interrupted by serine residues (for example, R-R-R-S*-R-K) where the marked serine is serine 7. Phosphorylation at these positions may possibly serve to modify interactions with proteins that recognize this basic patch in the CENP-A tail.

One appealing feature of the histone code hypothesis is that it offers a possible explanation for 'exceptions' to the general rule that histone acetylation correlates positively with gene activation, whereas histone deacetylation acts to create repressive chromatin. For example, recent studies on the mouse mammary tumour virus (MMTV) promoter suggest that histone acetylation is actually involved in transcriptional repression (T. K. Archer and C. L. Smith, personal communication). Similarly, mutations in the HDAC homologue RPD3 cause enhancement of position effect variegation in flies, not suppression as would first be expected[58]. Along these lines, pericentric heterochromatin in flies[42] and silent loci in yeast[59] are marked by acetylation of lysine 12 of H4.

The disparity of having histone acetylation linked to both gene activation and repression is reminiscent of the situation with histone H3 phosphorylation being linked to both chromosome condensation and immediate-gene induction. Part of the solution to this paradox may be in having unique histone codes read by distinct sets of proteins that then bring about different downstream responses. If correct, it may be that mitosis-specific HATs, HDACs and HMTs act during chromosome condensation and that distinct sets of histone-modifying enzymes mark chromatin for decondensation during gene activation (Fig. 3).

### Who reads the code?

Direct evidence that H3 and H4 tails can act as specific 'receptors' has been provided for Sir3 and Sir4[5] and Tup1/Ssn6 (ref. 6) proteins involved in transcriptional silencing and repression in yeast. Moreover, Tup1 binding is influenced by the acetylation state of the H3 and H4 N-terminal tails: unacetylated or monoacetylated H3 and H4 are more strongly bound by Tup1 compared with hyper-acetylated H3 or H4, suggesting that alterations in tail structure and/or charge due to acetylation can modulate non-histone protein/tail binding interactions. Whether or not other histone marks (such as phosphorylation, methylation) regulate these interactions further remains an important issue for future studies.

Recent evidence shows that the bromodomain of human PCAF (P300/CBP-associated factor), a domain of little known function which is shared between many, but not all HATs, binds acetylated lysine in the context of H3 and H4 tail sequences[60]. This result suggests that protein motifs may have evolved to recognize histone modifications[61] (Fig. 3). Precedence for this type of receptor–ligand interaction already exists in nature. Phosphorylated tyrosine, for example, is known to be read in specific contexts by SH2-containing modules that, in turn, have an impact on downstream biological events[62]. Have similar mechanisms evolved for lysine acetylation, as well as other covalent histone modifications[61]?

Relevant to this discussion may be the observation that the spacing of acetylatable lysines in the N termini of many histones is regular. Is this spacing part of the histone recognition motif? To that end, we note that many bromodomain-containing proteins have two adjacent bromodomain modules (for example, TAF$_{II}$250). Whether in these proteins each bromodomain functions independently or synergistically to bind acetylated lysines, in one or more histone tails, is not known, but remains an intriguing possibility.

If bromodomains bind acetylated histones, then this suggests that other chromatin-associated polypeptides containing this domain may also function through recognition and binding to specific acetylation patterns on histones (Fig. 3). For example, components of the Swi/Snf and RSC (for remodels the structure of chromatin) family of ATP-dependent chromatin remodelling enzymes contain bromodomains[61]. Is it possible that these remodelling complexes function through a combination of factor recruitment[48] and recognition of distinct acetylation patterns on the histone tails at promoters regulated by these complexes[49]? Some support for this is provided by genetic evidence that suggests that Swi/Snf function is partially redundant with the functions of Gcn5-containing HAT complexes at specific promoters[63–65] and by studies that show that ATP-dependent remodelling complexes like NURF (nucleosome remodelling factor) require histone tails to function properly[66].

Additionally, could the interdependency of Swi/Snf remodelling complexes with HATs be due, in part, to the fact that each is capable of leaving different covalent marks on the chromatin fibre as part of its remodelling function? In so doing, are signals laid down on the histone tails that recruit the next remodelling complex? It is known, for example, that Gcn5-containing HAT complexes are recruited to specific promoters in yeast after the recruitment of Swi/Snf[48,49]. Could this recruitment partly be caused by the ability of Swi/Snf to leave a mark for HATs to see? It will be of interest to determine whether any nucleosome remodelling complexes contain enzymatic activities that leave covalent marks on histones.

### Parallels in nature and conclusions

Like chromatin, microtubules are polymers composed of highly conserved subunits, ($\alpha$- and $\beta$-tubulin) that heterodimerize to form the repeating unit of this cytoskeletal fibre. Tubulins also have 'tail' domains that are decorated by a diverse array of post-translational modifications, some of which are in common with histones (acetylation and phosphorylation)[67,68]. Like histone tails, the microtubule tails, which are located in the C terminus, also lack a defined structure at atomic resolution[69] but are known to be recognized by microtubule-associated proteins (MAPs)—polypeptides thought to impart dynamic features to the polymer. We wonder whether unique combinations of post-translational modifications exist on tubulins that modulate their function as in chromatin. The apparent parallels between these two types of cellular polymers are intriguing and suggest that a general theme is used by nature to regulate the dynamics of large polymers. In both cases, the complexity and potential redundant nature of these covalent marks may underlie the general difficulty in obtaining clear phenotypes in mutational analyses of known modification sites.

In summary, the large network of post-translational modifications that decorates histone tails appears to represent a mechanism for differential regulation of chromatin activity in several distinct biological settings. The histone code described here is by no means deciphered, and we have begun to consider the staggering possi-

© 2000 Macmillan Magazines Ltd

Exhibit 136 - 2219

bility that every amino acid in histone tails has specific meaning and is part of the vocabulary of the overall code. The realization that histone variants, such as the centromere-associated protein CENP-A, exist in special chromosomal locations adds yet another level of variation to the chromatin fibre and the histone code. The recent track record suggests the continued need to: (1) identify and map the sites for the complete dictionary of covalent histone modifications in all histones; (2) mutate and identify phenotypes associated with each of the modifications, singly and in combination; (3) identify and characterize the enzymes systems that add or subtract these modifications; (4) determine how complexes containing these activities are recruited to key genomic targets; and (5) learn how these covalent marks specify interactions with downstream partners or modulate higher-order structures. After a long incubation period, interest in covalent modifications of histones is at an all-time high. Understanding the rules and the consequences of this histone code is likely to impact on many, if not all, DNA-templated process with far-reaching implications for human biology and disease. □

1. Luger, K. & Richmond, T. J. The histone tails of the nucleosome. *Curr. Opin. Genet. Dev.* **8,** 140–146 (1998).
2. Kornberg, R. D. & Lorch, Y. Twenty-five years of the nucleosome, fundamental particle of the eukaryotic chromosome. *Cell* **98,** 285–294 (1999).
3. van Holde, K. E. in *Chromatin* (ed. Rich, A.) 111–148 (Springer, New York, 1988).
4. Wolffe, A. P. & Hayes, J. J. Chromatin disruption and modification. *Nucleic Acids Res.* **27,** 711–720 (1999).
5. Hecht, A., Laroche, T., Strahl-Bolsinger, S., Gasser, S. M. & Grunstein, M. Histone H3 and H4 N-termini interact with SIR3 and SIR4 proteins: a molecular model for the formation of heterochromatin in yeast. *Cell* **80,** 583–592 (1995).
6. Edmondson, D. G., Smith, M. M. & Roth, S. Y. Repression domain of the yeast global repressor Tup1 interacts directly with histones H3 and H4. *Genes Dev.* **10,** 1247–1259 (1996).
7. Luger, K., Mader, A. W., Richmond, R. K., Sargent, D. F. & Richmond, T. J. Crystal structure of the nucleosome core particle at 2.8 Å resolution. *Nature* **389,** 251–260 (1997).
8. Hansen, J. C., Tse, C. & Wolffe, A. P. Structure and function of the core histone N-termini: more than meets the eye. *Biochemistry* **37,** 17637–17641 (1998).
9. Mizzen, C. *et al.* Signaling to chromatin through histone modifications: how clear is the signal? *Cold Spring Harb. Symp. Quant. Biol.* **63,** 469–481 (1998).
10. Turner, B. M. Decoding the nucleosome. *Cell* **75,** 5–8 (1993).
11. Lopez-Rodas, G. *et al.* Histone deacetylase. A key enzyme for the binding of regulatory proteins to chromatin. *FEBS Lett.* **317,** 175–180 (1993).
12. Loidl, P. Histone acetylation: facts and questions. *Chromosoma* **103,** 441–449 (1994).
13. Tordera, V., Sendra, R. & Perez-Ortin, J. E. The role of histones and their modifications in the informative content of chromatin. *Experientia* **49,** 780–788 (1993).
14. Grunstein, M. Histone acetylation in chromatin structure and transcription. *Nature* **389,** 349–352 (1997).
15. Struhl, K. Histone acetylation and transcriptional regulatory mechanisms. *Genes Dev.* **12,** 599–606 (1998).
16. Thorne, A. W., Kmiciek, D., Mitchelson, K., Sautiere, P. & Crane-Robinson, C. Patterns of histone acetylation. *Eur. J. Biochem.* **193,** 701–713 (1990).
17. Kuo, M. H. *et al.* Transcription-linked acetylation by Gcn5p of histones H3 and H4 at specific lysines. *Nature* **383,** 269–272 (1996).
18. Grant, P. A. *et al.* Expanded lysine acetylation specificity of Gcn5 in native complexes. *J. Biol. Chem.* **274,** 5895–5900 (1999).
19. Zhang, W., Bone, J. R., Edmondson, D. G., Turner, B. M. & Roth, S. Y. Essential and redundant functions of histone acetylation revealed by mutation of target lysines and loss of the Gcn5p acetyltransferase. *EMBO J.* **17,** 3155–3167 (1998).
20. Rojas, J. R. *et al.* Structure of Tetrahymena GCN5 bound to coenzyme A and a histone H3 peptide. *Nature* **401,** 93–98 (1999).
21. Tanner, K. G. *et al.* Catalytic mechanism and function of invariant glutamic acid 173 from the histone acetyltransferase GCN5 transcriptional coactivator. *J. Biol. Chem.* **274,** 18157–18160 (1999).
22. Trievel, R. C. *et al.* Crystal structure and mechanism of histone acetylation of the yeast GCN5 transcriptional coactivator. *Proc. Natl Acad. Sci. USA* **96,** 8931–8936 (1999).
23. Clements, A. *et al.* Crystal structure of the histone acetyltransferase domain of the human PCAF transcriptional regulator bound to coenzyme A. *EMBO J.* **18,** 3521–3532 (1999).
24. Lin, Y., Fletcher, C. M., Zhou, J., Allis, C. D. & Wagner, G. Solution structure of the catalytic domain of GCN5 histone acetyltransferase bound to coenzyme A. *Nature* **400,** 86–89 (1999).
25. Sternglanz, R. & Schindelin, H. Structure and mechanism of action of the histone acetyltransferase gcn5 and similarity to other *N*-acetyltransferases. *Proc. Natl Acad. Sci. USA* **96,** 8807–8808 (1999).
26. Kimura, A. & Horikoshi, M. How do histone acetyltransferases select lysine residues in core histones? *FEBS Lett.* **431,** 131–133 (1998).
27. Turner, B. M. & O'Neill, L. P. Histone acetylation in chromatin and chromosomes. *Semin. Cell Biol.* **6,** 229–236 (1995).
28. Annunziato, A. T. in *The Nucleus* (ed. Wolffe, A. P.) 31–56 (JAI, Greenwich, Connecticut, 1995).
29. Allis, C. D., Chicoine, L. G., Richman, R. & Schulman, I. G. Deposition-related histone acetylation in micronuclei of conjugating Tetrahymena. *Proc. Natl Acad. Sci. USA* **82,** 8048–8052 (1985).
30. Sobel, R. E., Cook, R. G., Perry, C. A., Annunziato, A. T. & Allis, C. D. Conservation of deposition-related acetylation sites in newly synthesized histones H3 and H4. *Proc. Natl Acad. Sci. USA* **92,** 1237–1241 (1995).
31. Tyler, J. K. *et al.* The RCAF complex mediates chromatin assembly during DNA replication and repair. *Nature* **402,** 555–560 (1999).
32. Bradbury, E. M. Reversible histone modifications and the chromosome cell cycle. *Bioessays* **14,** 9–16 (1992).
33. Koshland, D. & Strunnikov, A. Mitotic chromosome condensation. *Annu. Rev. Cell Dev. Biol.* **12,** 305–333 (1996).
34. Mahadevan, L. C., Willis, A. C. & Barratt, M. J. Rapid histone H3 phosphorylation in response to growth factors, phorbol esters, okadaic acid, and protein synthesis inhibitors. *Cell* **65,** 775–783 (1991).
35. Thomson, S., Mahadevan, L. C. & Clayton, A. L. MAP kinase-mediated signalling to nucleosomes and immediate-early gene induction. *Semin. Cell Dev. Biol.* **10,** 205–214 (1999).
36. Chadee, D. N. *et al.* Increased Ser-10 phosphorylation of histone H3 in mitogen-stimulated and oncogene-transformed mouse fibroblasts. *J. Biol. Chem.* **274,** 24914–24920 (1999).
37. Sassone-Corsi, P. *et al.* Requirement of Rsk-2 for epidermal growth factor-activated phosphorylation of histone H3. *Science* **285,** 886–891 (1999).
38. De Cesare, D., Jacquot, S., Hanauer, A. & Sassone-Corsi, P. Rsk-2 activity is necessary for epidermal growth factor-induced phosphorylation of CREB protein and transcription of c-fos gene. *Proc. Natl Acad. Sci. USA* **95,** 12202–12207 (1998).
39. Thomson, S. *et al.* The nucleosomal response associated with immediate-early gene induction is mediated via alternative MAP kinase cascades: MSK1 as a potential histone H3/HMG-14 kinase. *EMBO J.* **18,** 4779–4793 (1999).
40. Jin, Y. *et al.* JIL-1: a novel chromosomal tandem kinase implicated in transcriptional regulation in *Drosophila. Mol. Cell* **4,** 129–135 (1999).
41. Lucchesi, J. C. Dosage compensation in flies and worms: the ups and downs of X-chromosome regulation. *Curr. Opin. Genet. Dev.* **8,** 179–184 (1998).
42. Turner, B. M., Birley, A. J. & Lavender, J. Histone H4 isoforms acetylated at specific lysine residues define individual chromosomes and chromatin domains in Drosophila polytene nuclei. *Cell* **69,** 375–384 (1992).
43. von Holt, C. *et al.* Isolation and characterization of histones. *Methods Enzymol.* **170,** 431–523 (1989).
44. Strahl, B. D., Ohba, R., Cook, R. G. & Allis, C. D. Methylation of histone H3 at lysine 4 is highly conserved and correlates with transcriptionally active nuclei in *Tetrahymena. Proc. Natl Acad. Sci. USA* **96,** 14967–14972 (1999).
45. Chen, D. *et al.* Regulation of transcription by a protein methyltransferase. *Science* **284,** 2174–2177 (1999).
46. Nakajima, T. *et al.* The signal-dependent coactivator CBP is a nuclear target for pp90RSK. *Cell* **86,** 465–474 (1996).
47. Berger, S. L. Gene activation by histone and factor acetyltransferases. *Curr. Opin. Cell Biol.* **11,** 336–341 (1999).
48. Cosma, M. P., Tanaka, T. & Nasmyth, K. Ordered recruitment of transcription and chromatin remodeling factors to a cell cycle- and developmentally regulated promoter. *Cell* **97,** 299–311 (1999).
49. Krebs, J. E., Kuo, M. H., Allis, C. D. & Peterson, C. L. Cell cycle-regulated histone acetylation required for expression of the yeast HO gene. *Genes Dev.* **13,** 1412–1421 (1999).
50. Clark, D. *et al.* Chromatin structure of transcriptionally active genes. *Cold Spring Harb. Symp. Quant. Biol.* **58,** 1–6 (1993).
51. Roth, S. Y. & Allis, C. D. Chromatin condensation: does histone H1 dephosphorylation play a role? *Trends Biochem. Sci.* **17,** 93–98 (1992).
52. Barratt, M. J., Hazzalin, C. A., Cano, E. & Mahadevan, L. C. Mitogen-stimulated phosphorylation of histone H3 is targeted to a small hyperacetylation-sensitive fraction. *Proc. Natl Acad. Sci. USA* **91,** 4781–4785 (1994).
53. Hendzel, M. J. Mitosis-specific phosphorylation of histone H3 initiates primarily within pericentromeric heterochromatin during G2 and spreads in an ordered fashion coincident with mitotic chromosome condensation. *Chromosoma* **106,** 348–360 (1997).
54. Wei, Y., Yu, L., Bowen, J., Gorovsky, M. A. & Allis, C. D. Phosphorylation of histone H3 is required for proper chromosome condensation and segregation. *Cell* **97,** 99–109 (1999).
55. Goto, H. *et al.* Identification of a novel phosphorylation site on histone H3 coupled with mitotic chromosome condensation. *J. Biol. Chem.* **274,** 25543–25549 (1999).
56. Sullivan, K. F., Hechenberger, M. & Masri, K. Human CENP-A contains a histone H3 related histone fold domain that is required for targeting to the centromere. *J. Cell Biol.* **127,** 581–592 (1994).
57. Hirano, T. SMC-mediated chromosome mechanics: a conserved scheme from bacteria to vertebrates? *Genes Dev.* **13,** 11–19 (1999).
58. De Rubertis, F. *et al.* The histone deacetylase RPD3 counteracts genomic silencing in *Drosophila* and yeast. *Nature* **384,** 589–591 (1996).
59. Braunstein, M., Sobel, R. E., Allis, C. D., Turner, B. M. & Broach, J. R. Efficient transcriptional silencing in *Saccharomyces cerevisiae* requires a heterochromatin histone acetylation pattern. *Mol. Cell. Biol.* **16,** 4349–4356 (1996).
60. Dhalluin, C. *et al.* Structure and ligand of a histone acetyltransferase bromodomain. *Nature* **399,** 491–496 (1999).
61. Winston, F. & Allis, C. D. The bromodomain: a chromatin-targeting module? *Nature Struct. Biol.* **6,** 601–604 (1999).
62. Pawson, T. Protein modules and signalling networks. *Nature* **373,** 573–580 (1995).
63. Roberts, S. M. & Winston, F. Essential functional interactions of SAGA, a *Saccharomyces cerevisiae* complex of Spt, Ada, and Gcn5 proteins, with the Snf/Swi and Srb/mediator complexes. *Genetics* **147,** 451–465 (1997).
64. Biggar, S. R. & Crabtree, G. R. Continuous and widespread roles for the Swi–Snf complex in transcription. *EMBO J.* **18,** 2254–2264 (1999).
65. Sudarsanam, P., Cao, Y., Wu, L., Laurent, B. C. & Winston, F. The nucleosome remodeling complex, Snf/Swi, is required for the maintenance of transcription in vivo and is partially redundant with the histone acetyltransferase, Gcn5. *EMBO J.* **18,** 3101–3106 (1999).
66. Georgel, P. T., Tsukiyama, T. & Wu, C. Role of histone tails in nucleosome remodeling by *Drosophila* NURF. *EMBO J.* **16,** 4717–4726 (1997).
67. Luduena, R. F. Multiple forms of tubulin: different gene products and covalent modifications. *Int. Rev. Cytol.* **178,** 207–275 (1998).
68. Luduena, R. F., Banerjee, A. & Khan, I. A. Tubulin structure and biochemistry. *Curr. Opin. Cell Biol.* **4,** 53–57 (1992).
69. Nogales, E., Whittaker, M., Milligan, R. A. & Downing, K. H. High-resolution model of the microtubule. *Cell* **96,** 79–88 (1999).

## Acknowledgements

Research surrounding this topic in our laboratory is supported by grants from the NIH to C.D.A. and B.D.S. We wish to thank current laboratory members, especially C. A. Mizzen, for critical review of this manuscript, and T. K. Archer and C. L. Smith for kindly sharing unpublished data.

Correspondence and requests for materials should be addressed to C.D.A. (e-mail: allis@virginia.edu).

© 2000 Macmillan Magazines Ltd

View publication stats

**Exhibit 136 - 2220**

# EXHIBIT

# 137

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/10878646

# Epigenetic regulation of gene expression: How the genome integrates intrinsic and environmental signals

**Article**  *in*  Nature Genetics · April 2003

DOI: 10.1038/ng1089 · Source: PubMed

CITATIONS
5,545

READS
6,270

2 authors:



Rudolf Jaenisch
Massachusetts Institute of Technology
830 PUBLICATIONS   183,322 CITATIONS

SEE PROFILE

Adrian Bird
The University of Edinburgh
339 PUBLICATIONS   78,554 CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Project    MeCP2 binding View project

Project    Patient View project

All content following this page was uploaded by Rudolf Jaenisch on 05 June 2014.

The user has requested enhancement of the downloaded file.

**Exhibit 137 - 2221**

*review*

# Epigenetic regulation of gene expression: how the genome integrates intrinsic and environmental signals

Rudolf Jaenisch[1] & Adrian Bird[2]

doi:10.1038/ng1089

**Cells of a multicellular organism are genetically homogeneous but structurally and functionally heterogeneous owing to the differential expression of genes. Many of these differences in gene expression arise during development and are subsequently retained through mitosis. Stable alterations of this kind are said to be 'epigenetic', because they are heritable in the short term but do not involve mutations of the DNA itself. Research over the past few years has focused on two molecular mechanisms that mediate epigenetic phenomena: DNA methylation and histone modifications. Here, we review advances in the understanding of the mechanism and role of DNA methylation in biological processes. Epigenetic effects by means of DNA methylation have an important role in development but can also arise stochastically as animals age. Identification of proteins that mediate these effects has provided insight into this complex process and diseases that occur when it is perturbed. External influences on epigenetic processes are seen in the effects of diet on long-term diseases such as cancer. Thus, epigenetic mechanisms seem to allow an organism to respond to the environment through changes in gene expression. The extent to which environmental effects can provoke epigenetic responses represents an exciting area of future research.**

The term 'epigenetics', which literally means 'outside conventional genetics', is now used to describe the study of stable alterations in gene expression potential that arise during development and cell proliferation. This has effectively replaced an earlier usage, which referred to the study of 'epigenesis', meaning interpretation of the genotype during development to give the phenotype[1]. Epigenetic processes are essential for development and differentiation, but they can also arise in mature humans and mice, either by random change or under the influence of the environment[2]. Epigenetic mechanisms also guard against viral genomes that would otherwise hijack cellular functions for their own ends[3]. How does the genome adapt in this way to developmental or environmental cues? Our rapidly growing understanding of epigenetic processes identifies postsynthetic modification of either the DNA itself or of proteins that intimately associate with DNA as the key mediators. These modifications seem to be interpreted by proteins that recognize a particular modification and facilitate the appropriate downstream biological effects.

It was proposed in 1975 that DNA methylation might be responsible for the stable maintenance of a particular gene expression pattern through mitotic cell division[4,5]. Since then, ample evidence has been obtained to support this concept, and DNA methylation is now recognized to be a chief contributor to the stability of gene expression states. Specifically, DNA methylation establishes a silent chromatin state by collaborating with proteins that modify nucleosomes[6,7].

In this review, we focus on advances in understanding DNA methylation in mammals and on some of the key components that translate this DNA modification into specific chromatin states. Many reviews on epigenetic regulation have been published[8–12], and here we have not attempted a comprehensive coverage of this topic but rather have made a personal selection of epigenetic phenomena that are exciting at present or promise to be so in the future.

### Establishing and maintaining patterns of DNA methylation

DNA methylation in mammals is a post-replication modification that is predominantly found in cytosines of the dinucleotide sequence CpG. The extent of DNA methylation changes in an orchestrated way during mammalian development, starting with a wave of demethylation during cleavage, followed by genome-wide *de novo* methylation after implantation[13]. Demethylation is an active process that strips the male genome of methylation within hours of fertilization[14,15]; by contrast, the maternal genome is only passively demethylated during subsequent cleavage divisions[12]. The extent of methylation in the genome of the gastrulating embryo is high owing to *de novo* methylation, but it tends to decrease in specific tissues during differentiation[16]. *De novo* methylation occurs rarely during normal postgastrulation development but is seen frequently during the establishment of cell lines *in vitro*[17,18] and in cancer (see below).

[1]*Whitehead Institute for Biomedical Research and Department of Biology, Massachusetts Institute of Technology, 9 Cambridge Center, Cambridge, MA 02142, USA.* [2]*Wellcome Trust Centre for Cell Biology, University of Edinburgh, Edinburgh EH9 3JR, UK. Correspondence should be addressed to R.J.*

**Exhibit 137 - 2222**

© 2003 Nature Publishing Group  http://www.nature.com/naturegenetics

*review*

© 2003 Nature Publishing Group  http://www.nature.com/naturegenetics

**Table 1 • Phenotypes of mouse mutants of epigenetic regulatory factors**

| Protein | Function | Mutant phenotype | References |
|---|---|---|---|
| **methyltransferases** | | | |
| Dnmt1 | maintenance of methylation | embryonic lethal, loss of imprinting and X-linked gene expression, ES cells viable | 20,21 |
| Dnmt1o | oocyte-specific isoform | loss of maternal imprints | 23 |
| Dnmt2 | non-CpG methylation in *Drosophila* | no phenotype | 28 |
| Dnmt3a, Dnmt3b | *de novo* methyltransferases, establishment of methylation | embryonic lethal, ICF syndrome | 24,134 |
| Dnmt3L | no catalytic activity, colocalizes with Dnmt3a and Dnmt3b | abnormal maternal imprinting | 26,27 |
| **methyl binding proteins** | | | |
| MeCP2 | methyl binding proteins, recruit HDACs | RTT | 80,81,84 |
| MBD1 | methyl binding proteins, recruit HDACs | | |
| MBD2 | methyl binding proteins, recruit HDACs | behavior abnormalities | 76 |
| MBD3 | methyl binding proteins, recruit HDACs | lethal | 76 |
| MBD4 | repair enzyme | increased mutation frequency | 180 |
| **histone-modifying proteins** | | | |
| HDAC1 | histone deacetylase | embryonic lethal | 181 |
| Suvar39 | Lys9 methylation in histone H3 | embryonic lethal, chromosomal instability, increased tumor risk | 182 |

Mechanistic insights into the role of DNA methylation and the establishment of methylation patterns during development have come from phenotypic analyses of mice with mutations in the various DNA methyltransferase (DNMT) genes (Table 1)[19]. Salient observations can be summarized as follows. First, deletion of *Dnmt1* in mice[20,21] and antisense RNA–mediated inhibition of *xDnmt1* expression in frogs[22] results in global demethylation and embryonic lethality. All evidence indicates that the Dnmt1 enzyme acts as a maintenance methyltransferase. Likewise, the oocyte-specific isoform Dnmt1o[23] is responsible for maintaining but not establishing maternal imprints.

Second, Dnmt3a and Dnmt3b are expressed highly in the developing mouse embryo and are responsible for global *de novo* methylation after implantation[24], consistent with the finding that Dnmt3a can carry out *de novo* methylation in transgenic flies[25]. Dnmt3L, a protein that by itself has no DNMT activity, colocalizes with Dnmt3a and Dnmt3b and is essential for establishing methylation imprints in the female germ line[26,27]. Last, the deletion of *Dnmt2*, a member of the DNMT family that lacks biochemically detectable methyltransferase activity, has no obvious phenotype in mice[28]; however, this gene is conserved in *Drosophila*, highly expressed during oogenesis and may be responsible for the small amount of non-CpG methylation seen in the fly embryo[29,30].

Genetic analysis of the various DNMTs has established that DNA methylation is essential for vertebrate development. Loss of methylation causes apoptosis in embryos[31,32] and fibroblasts[33], but not in embryonic stem (ES) cells[20,21] or human cancer cells[34], and leads to both widespread derepression of ectopic gene expression[33] and transcriptional activation of transposable elements[35]. Deletion of *Dnmt1* during brain development results in perinatal respiratory distress and causes the elimination of mutant neurons within 3 weeks of postnatal life[36]. Potential explanations for the evolution of DNA methylation invoke its ability to silence transposable elements[37] or its function as a mediator of developmental gene regulation or transcriptional noise reduction[11]. This issue has yet to be resolved, but all may be partially correct.

In non-embryonic cells, methylated sites are distributed globally on about 80% of CpGs. Interrupting this relatively featureless sea of genomic methylation are the CpG islands—short sequence domains that generally remain unmethylated at all times, regardless of gene expression[38–41]. Most CpG islands are associated with genes and all may contain promoters[42,43], the control of which may involve the transcription factor Sp1 and perhaps the recently identified CpG-binding proteins[44,45]. In a few specific cases, CpG islands do become methylated during development, leading to long-term shutdown of the associated gene[46–48]. How CpG islands remain methylation-free in a globally methylated genome is an open question[49,50].

In cancer cells, methylation of CpG islands is known to contribute to gene silencing . For example, studies of unscheduled *de novo* methylation at the CpG island of the retinoic acid receptor-β (*RARβ*)[51] have implicated a protein fusion that is known to induce leukemia in humans. The promyelocytic leukemia (PML)-RAR fusion protein binds to the *RARβ* promoter, and a transcriptional repression domain of PML directs repression of *RARβ*, causing the recruitment of DNMTs. These enzymes seem to methylate the *RARβ* CpG island and to shut down the gene permanently. A related scheme has been proposed for the silencing and methylation of a fraction of ribosomal RNA genes in mammalian cells[52]. In this way the reported interactions[53,54] between DNMTs and histone deacetylases (HDACs) may allow genes that are already silenced by co-repressors to invite the *de novo* methylation that can make silencing permanent.

Histone modifications other than deacetylation are also strongly implicated in triggering the *de novo* methylation of DNA. Most markedly, methylation of histone H3 at Lys9, which is clearly linked to gene silencing, has been shown to be essential for DNA methylation in the fungus *Neurospora crassa*[55] and in the plant *Arabidopsis thaliana*[56]. Evidence for an equivalent dependence in mammalian systems is eagerly sought. In the case of methylation of Lys9 on histone H3, and in the PML-RAR example described above, the silent chromatin state provokes DNA methylation, supporting the view that DNA methylation is acting as a system of cellular memory that is not directly involved in initiating gene silencing but senses and propagates the silent state[11].

Biochemical evidence indicates that DNA methylation is just one component of a wider epigenetic program that includes other postsynthesis modifications of chromatin[7,57,58]. Several chromatin modification states are either mutually reinforcing or mutually inhibitory. The resulting feedback loops may function to ensure functional polarization of chromatin domains, stably committing them to either transcriptional activity or transcriptional silence. Under such a scheme (Fig. 1*a*), uncommitted

**Exhibit 137 - 2223**



**Fig. 1** Polarization of active and silent chromatin states owing to feedback loops between intermediate states. *a*, Different chromatin states. Each circle represents a particular DNA or histone modification status (examples are shown in *b*). The effect of positive feedback is to polarize domains at either the active or the inactive extremity. Broken lines indicate positive feedback loops between products and reactions that interconvert intermediate states. Negative interactions between the silent and active states of the gene occur (see *b*) but are not shown. The likelihood that a chromatin domain will occupy a particular state is indicated by the color intensity, with dark shades representing more probable states. *b*, Potential examples of the polarization scheme shown in *a*. Both positive feedback of CpG methylation on Lys9 of histone H3 (H3K9) mediated by MeCP2 (ref. 185) and stimulation of histone deacetylation by CpG methylation through methyl-CpG binding proteins have both been reported. HATs, histone acetyltransferases.

© 2003 Nature Publishing Group  http://www.nature.com/naturegenetics

chromatin states would be unstable and therefore rare. Switching between active and inactive states would be unlikely to occur by chance, because several self-reinforcing steps would work against the transition, pulling a domain that is 'drifting' towards an alternative activity state back to the 'poles'. Current data offer support for such a scheme, because methylation of lysine 9 on histone H3 can promote DNA methylation, and acetylation and methylation of lysine 9 are mutually exclusive (Fig. 1*b*). Moreover, CpG methylation stimulates both histone deacetylation and methylation of lysine 9 on histone H3.

### Interpreting the DNA methylation signal

**CTCF and chromatin boundaries.** There seem to be several ways in which DNA methylation can repress transcription. A general route is through the exclusion of proteins that affect transcription through their DNA binding sites[59]. An example of such exclusion applies to the chromatin boundary element binding protein, CTCF, which can block interactions between an enhancer and its promoter when placed between the two elements[60,61]. CpG methylation blocks the binding of CTCF to DNA and thus allows an enhancer to stimulate promoter activity across the inert boundary site. This binary switching of CTCF binding through DNA methylation is clearly important in imprinting of the *Igf2* gene, which is expressed exclusively from the paternal allele during development[61,62]. In addition to the binding of CTCF, several other transcription factors are known to be blocked by CpG methylation[63], but the biological consequences of this process are not known.

**The methyl-CpG binding proteins.** Although DNA methylation is clearly repulsive to some DNA binding proteins, it is singularly attractive to others. Early studies detected methyl-CpG binding activities and implicated these as mediators of transcriptional repression. Progress in understanding the mechanism of repression came with the characterization of MeCP2 (ref. 64) and its relatives, the methyl-CpG binding domain proteins MBD1–MBD4 (ref. 65), as well as the unrelated protein Kaiso[66]. Biochemical and transient transfection studies identified a domain in each protein (except mammalian MBD3) that could target it specifically to methylated CpG sites *in vitro* and *in vivo*[65,67].

Chromatin immunoprecipitation has shown at higher resolution that MeCP2 and MBD2 associate with loci in a manner that is strictly dependent on DNA methylation[68–70]. Studies with crude nuclear extracts have supported the view that methyl-CpG binding proteins such as MeCP2, MBD2 and MBD1 function as transcriptional repressors, because in their absence methylated reporter genes are expressed[71]. A breakthrough in understanding how methylation-mediated repression worked was the finding that MeCP2 interacts with a co-repressor complex containing HDACs[72,73]. MBD2 also associates with HDACs[74,75], extending a relationship between histone modification and DNA methylation that is likely to be better understood in the future.

Loss of the methyl-CpG binding protein MBD2 significantly affects gene expression. Mice without MBD2 (ref. 76) are viable and fertile but lack the methylated DNA binding complex MeCP1, which comprises MBD2 plus the NuRD chromatin remodeling complex[74,76,77]. *Mbd2*[−/−] cells are defective in the methylation-mediated repression of transiently transfected genes, and significant gene derepression of endogenous genes has been detected in cells from mutant mice. In particular, *Mbd2*[−/−] mice express the gene (*Il4*) encoding interleukin-4 in a subset of naive T helper cells in which it is normally silent. They also express *Il4* in abnormally high amounts in differentiating, type 2 T helper cells[78]. MBD2 is bound at the silenced *Il4* gene in wild-type cells, suggesting that it may act directly on the methylated gene.

In contrast to the profound effects of DNMT loss[20], the consequences of losing a methyl-CpG binding protein seem to be much less severe. A possible explanation is the apparent redundancy of methyl-CpG binding proteins. Mutations in DNMTs greatly reduce the extent of genomic DNA methylation and therefore interfere with all proteins that interpret the DNA methylation signal. Loss of one methyl-CpG binding protein, by contrast, leaves intact the other proteins that recognize the DNA methylation signal. Recent studies[79] support the view that repression is multilayered and involves many collaborating processes (see Table 1). If so, a combination of mutations in several methyl-CpG binding proteins should produce a more severe phenotype. So far, however, a *Mbd2*[−/−];*Mecp2*[−/y] double-mutant

Exhibit 137 - 2224

*review*

© 2003 Nature Publishing Group  http://www.nature.com/naturegenetics

mouse has not shown any phenotypic enhancement[80], but further analysis of this kind is required to test whether methyl-CpG binding proteins have redundant or non-overlapping functions. **MeCP2 and Rett syndrome.** Mutations in the X-linked *MECP2* gene are responsible for at least 80% of all cases of Rett syndrome (RTT), an extreme neurological disorder that affects female heterozygotes[81]. The condition is almost always due to *de novo* mutations that are distributed widely in the protein coding sequence. Notably, most missense mutations are tightly concentrated in the methyl-CpG binding domain and lead to reduced binding to methylated DNA[82,83]. This suggests that, as expected, binding to methyl-CpG is an essential attribute of functional MeCP2.

Mice with null mutations in *Mecp2* show phenotypic similarities to the human condition, including delayed onset of symptoms, small brain size, reduced dendritic arborization, tremors, inertia, abnormal gait and arrhythmic breathing[80,84,85]. The mouse model therefore promises to shed light on the etiology of RTT—the molecular causes and detailed pathology of which are poorly understood. Deleting *Mecp2* in the early mouse brain only leads to the same phenotype as deleting it in all cells of the mouse[80,84], emphasizing the neurological basis of RTT.

Heterozygous female mice, which constitute the genetic model for RTT, acquire symptoms between 4 and 12 months of age. Given the vast difference in developmental timing between mice and humans, this is unexpectedly close to the human age of onset (6–18 months). On the basis of the known biochemical properties of MeCP2, an obvious hypothesis is that the symptoms of RTT are due to a failure of effective silencing of methylated genes. But microarray analysis of brain RNA from wildtype and mutant mice has detected few, if any, gene expression differences[86]. It is possible that these findings indicate that MeCP2 has a function in the brain that is not related to the repression of methylated genes. Alternatively, the absence of one methyl-CpG binding protein may be so well compensated by other related proteins that only subtle effects on gene expression occur, which are below detectable levels using current technology.

### Gene activation during development
In general, the known developmental effects of DNA methylation on gene expression involve long-term silencing of gene expression. The attractive idea that genes are transcriptionally activated by removing DNA methylation has lacked strong experimental support until recently. Many correlations between expression and loss of DNA methylation have been reported, and the methylation of some reporters has been shown to inhibit expression. A notable recent example is the human maspin gene, the promoter of which is unmethylated in expressing cells but methylated when silent[87].

Compelling evidence for the induction of premature gene activation by demethylation has been reported for the frog *Xenopus laevis*[22,88]. Widespread gene expression normally occurs at the 'mid-blastula transition' and is correlated in time with promoter demethylation; however, induced hypomethylation of the genome through the inhibition of *Dnmt1* leads to the premature activation of many genes. Similarly, widespread activation of tissue-specific genes has been seen in fibroblasts after conditional inactivation of *Dnmt1* (ref. 33). Thus, DNA methylation ensures that gene activation is delayed until the mid-blastula stage in the frog and assures the silencing of genes in somatic cells of mammals.

### Epigenetic regulation and dysregulation
**Genomic imprinting and X-chromosome inactivation.** The hallmark of both X-chromosome inactivation (X inactivation) and genomic imprinting is monoallelic gene expression. X inactivation is random in somatic cells, whereas the expression of

imprinted genes and X inactivation in the extraembyonic lineages are dictated by parental origin. Indeed, the epigenetic mechanisms that are involved in X inactivation and genomic imprinting share some marked similarities.

First, choice of the inactive X chromosome and initiation of the inactivation process are dependent on the expression of *Xist* RNA—a noncoding transcript that originates at the X inactivation center (Xic) and coats the inactive X chromosome[89]. Similarly, expression of the noncoding *H19* RNA correlates reciprocally with monoallelic expression of *Igf2* (refs. 9,10), although the *H19* transcript itself is not involved in silencing[90]. Second, *Tsix*, a noncoding antisense transcript that is initiated downstream of *Xist*, acts as a negative regulator of *Xist* expression[91]. Similarly, an antisense transcript originating from the unmethylated form of the differentially methylated region (DMR) in an intron of the paternal *Igf2r* allele has been shown to interfere with its expression[92]. CTCF binds to both the *Tsix* imprinting center[93] and the DMR upstream of the *H19* promoter[94] and may mediate the action of epigenetic switches that regulate X inactivation and imprinting.

The 'maintenance' of imprinting and X inactivation depends strictly on the continuous activity of Dnmt1 (refs. 31,95,96) and an oocyte-specific isoform of Dnmt1 that maintains the methylation marks of imprinted genes during cleavage[23]. To reset imprinting, methylation imprints are removed actively during primordial germ-cell development[97,98]. Once lost, methylation imprints cannot be re-established in the postzygotic embryo or adult, indicating that the establishment of allele-specific methylation marks is dependent on activities that are specific for oogenesis and spermatogenesis[99].

Evidence[26,27] suggests that the 'establishment' of methylation imprints is dependent on the expression of Dnmt3L, which by itself has no detectable methyltransferase activity but cooperates with the *de novo* methyltransferase Dnmt3a to establish maternal imprints (Table 1). By contrast, DNA methylation seems not to be involved in establishing X inactivation because *Xist* activation and late replication precedes *de novo* methylation of CpG islands by a few days[100–102]. DNA methylation is, however, involved in maintaining the inactive state, which requires the cooperation of several mechanisms including methylation of CpG islands, continuous expression of *Xist* and deacetylation of histones[102].

**Nuclear cloning and epigenetic reprogramming.** The cloning of mammals by nuclear transfer is inherently inefficient. Few embryos survive to birth, and many of the survivors die in the postnatal period or succumb prematurely to a variety of abnormalities[103–105]. The etiology of these pathologies is probably due to epigenetic rather than genetic abnormalities because cloned animals can reproduce sexually, yielding normal offspring[106]. Epigenetic reprogramming of the genome normally occurs during germ-cell development and ensures that the gamete genome provides an appropriate platform for the genetic program that drives embryonic development[103,107].

For cloned embryos to develop successfully, this epigenetic program must be reset and activated in the brief period between nuclear transfer and the initiation of cleavage. It is a failure to reprogram faithfully the 'embryonic' genes that seems to cause early death[103,107]. Faulty epigenetic reprogramming is reflected, for example, in the aberrant methylation of cloned cleavage-stage embryos[108–110]. Indeed, most clones derived from cumulus donor nuclei do not activate *Oct4* (ref. 111) or other '*Oct4*-like' genes correctly[112]. *Oct4* is known to be important for early mouse development[113]. The few cloned mice that do survive show dysregulation of many imprinted and nonimprinted genes regardless of the type of donor nucleus[114–116]. By contrast, X inactivation[117] and adjustment of telomere

**Exhibit 137 - 2225**

*review*

**Table 2 • Possible consequences of changes in genomic methylation on selective advantages leading to tumor outgrowth**

| Change in methylation status | Possible consequences | Mechanism | References |
|---|---|---|---|
| Hypermethylation | A. Epigenetic: silencing of tumor suppressor genes, biallelic expression of imprinted growth factors | *De novo* methylation of CpG islands, silencing of imprinted genes that inhibit growth factor activation (*H19*) | 129,135,183 |
| | B. Genetic: increase in point mutations | C→T transitions caused by spontaneous or by DNMT-mediated deamination | 134 |
| Hypomethylation | A. Epigenetic: protection against intestinal tumors | Demethylation may cause activation, inhibit silencing of suppressor genes | 184 |
| | B. Genetic: genomic instability | Altered mitotic recombination (LOH) | 138,139 |

© 2003 Nature Publishing Group  http://www.nature.com/naturegenetics

length[118–120]—reprogramming events that normally occur postzygotically—are accomplished faithfully and do not seem to impair the survival of cloned animals.

The efficiency of nuclear reprogramming depends on the differentiation state of the donor nucleus: the survival of clones derived from ES cell donor nuclei is 10–20 times higher than that of clones derived from somatic donors[121–123]. In fact, cloning from terminally differentiated B and T cells is so inefficient that monoclonal mice have been obtained only through a modified, two-step procedure and not through direct transfer of the cloned embryo into the uterus[124]. These results suggest that the epigenetic state of the differentiated nucleus restricts reprogramming of the genome—a notion that is consistent with conclusions from the seminal nuclear transfer experiments done on amphibians 50 years ago[107,125,126].

The widespread dysregulation of genes in clones that survive the postnatal period suggests that mammalian development can tolerate a substantial degree of epigenetic abnormality, and it is likely that epigenetic abnormalities and their associated phenotypes will occur in clones of all species including humans[127]. The available evidence indicates that reprogramming errors that severely impair development of the embryo do not affect the generation of functional cells *in vitro*, which is important for therapeutic applications of the nuclear transfer technology ('therapeutic cloning'). Indeed, it has been shown in a 'proof of principle' experiment that nuclear cloning combined with gene therapy can partially restore the immune defect in *Rag2* mutant mice[128].

**Epigenetics and cancer.** It is becoming increasingly apparent that the multiple changes in cancer cells, including chromosomal instability, activation of oncogenes, silencing of tumor suppressor genes and inactivation of DNA repair systems, are caused not only by genetic but also by epigenetic abnormalities[129,130]. During carcinogenesis, the genome simultaneously undergoes genome-wide hypomethylation[131,132] and regional hypermethylation of CpG islands[133], which may be of selective advantage for the incipient tumor cell. Table 2 summarizes the possible consequences of altered methylation. Both hypo- and hypermethylation of the genome can have epigenetic and genetic consequences for the cell.

'Epigenetic changes' include the silencing of tumor suppressor genes by hypermethylation, the loss of imprinting and, less likely, the activation of oncogenes by demethylation. Of these, the most important epigenetic change leading to a selective growth advantage of tumor cells is likely to be the hypermethylation-mediated silencing of tumor suppressor genes[129,130].

'Genetic changes' include point mutations at methylated CpGs, which may increase as a consequence of hypermethylation[134]; genome-wide microsatellite instability, owing to the silencing of *MLH1* mismatch repair genes[135]; and impaired genome stability as a consequence of hypomethylation. Consistent with this last possibility is the observation that mitogen-stimulated cells from individuals affected with immunodeficiency, centromere instability and facial anomalies (ICF syndrome) who have mutations of *DNMT3B* (Table 1) show increased chromosomal rearrangements in hypomethylated centromeric regions[136,137].

More direct evidence for a significantly increased rate of mutation owing to *Dnmt1* deficiency has been obtained in ES cells[138] and in fibroblasts (A. Eden, F. Gaudet, A. Waghmare and R.J. manuscript in preparation) that become hypomethylated. The enhanced mutation rate observed at several endogenous loci is caused by chromosomal rearrangements, such as loss of heterozygosity (LOH) owing to increased mitotic recombination. Hypomethylation does not, however, increase the rate of LOH of a transgene in ES cells[139], suggesting that the susceptibility of the genome to rearrangements may be affected by both the chromosomal location of the participating loci and the differentiation state of the cell.

Thus, DNA methylation has an essential role in all three mechanisms by which cancer cells eliminate tumor suppressor gene function: gene mutation, silencing by hypermethylation and deletion by LOH. But the prevalence of each mechanism may vary greatly for different tumor suppressor genes and among different types of cancer. The molecular mechanisms that promote methylation changes in normal or transformed cells are not clear. It has been proposed that *cis*-acting repetitive elements that are dispersed throughout the genome[140] or CpG islands that are situated in transcribed regions[129] may be targets for *de novo* methylation, which then spreads to adjacent promoters of tumor suppressor genes. It is also possible that chromatin alterations[129], which may be associated with prior genome-wide hypomethylation[137], may stimulate *de novo* methylation of specific targets such as the *H19* DMR[141].

## Epigenetic states and the environment

Epigenetic modifications of the genome provide a mechanism that allows the stable propagation of gene activity states from one generation of cells to the next. Because epigenetic states are reversible they can be modified by environmental factors, which may contribute to the development of abnormal phenotypes. Normal physiological responses to certain environmental stimuli also may be mediated by epigenetic mechanisms. This has been particularly well demonstrated by the vernalization reaction of plants growing at high altitudes[142].

Vernalization is a quantitative response to low-temperature exposure that causes progressively earlier flowering. The *FLOWERING LOCUS C* (*FLC*) gene is thought to have a principal role in the vernalization response, allowing the mitotically stable inheritance of the vernalized state[143]. Notably, it has been shown that *FLC* activity is controlled by DNA methylation[144], as well as by expression of *VRN2*—a key inhibitory gene that encodes a polycomb group protein[145]. Polycomb proteins are crucial for main-

Exhibit 137 - 2226

*review*

© 2003 Nature Publishing Group  http://www.nature.com/naturegenetics

**Fig. 2** Epigenetic effects on mouse coat color. *a*, Mice segregating the $A^{hvy}$ and *a* alleles show variegated coat color. The $A^{hvy}$ allele[186], as well as other dominant *A* alleles, is formed by the insertion of IAP into the *agouti* locus[166–168]. These alleles are also designated as $A^{IAP}$. Reproduced with permission from ref. 168. *b*, The methylation status of the IAP element determines expression of the *agouti* gene. When the element is methylated, the gene is expressed only in the skin, similar to expression of the wildtype allele. Hypomethylation of the element generates an ubiquitously expressed transcript that causes the yellow coat color, obesity and tumors.

taining a silent chromatin state in both *Drosophila* and mammals[146]. Thus, vernalization represents a physiological response to environmental stimuli that establishes an appropriate gene expression pattern by altering the epigenetic state of the genome.

**DNA methylation, aging and diet.** In mammals, the relationship between epigenetic states and environmental signals is less well defined, but both hypo- and hypermethylation have been associated with aging. A progressive loss of overall methylation is seen during the *in vitro* culture of fibroblasts[147] and in aging animals[148,149]; however, the functional significance of age-related loss of methylation, which may affect mostly repeated sequences such as transposable elements[150,151], remains to be determined.

In contrast to hypomethylation of repeated sequences, hypermethylation of specific genes has been observed in tissues of aging individuals. For example, methylation of the CpG islands associated with many genes, including that encoding the estrogen receptor[152], IGF2 and MYOD, is undetectable in young individuals but becomes progressively detectable with age in normal tissues[2]. Because aging is thought to be one of the most important risk factors for cancer, an age-related predisposition to the hypermethylation of CpG islands that can silence tumor suppressor genes[129] may be one of the factors that could increase the risk of developing of malignancies in some individuals[135,153,154].

Diet is known to be a particularly important determinant in the manifestation of late-onset disease. For example, dietary supplements such as folate or vitamins that affect the activity of enzymes supplying methyl groups for the various cellular methylation processes can influence the rate of disease manifestation[155] and can exert marked effects on the incidence of colon cancer[156]. Reduced amounts of folate have been associated with genomic instability[157,158], neural tube defects[159] and genomic hypomethylation[160]. In addition, a methyl-deficient diet has been shown to induce liver cancer associated with both hypomethylation and the enhanced expression of oncogenes such as c-*ras*, c-*myc* or c-*fos*[161–163]. Because there is no evidence that demethylation can cause the increased expression of housekeeping genes such as oncogenes, it is possible that the observed hypomethylation merely reflects a diet-induced increase in the proliferative state of liver tissue[164,165] and is not a causal event in the transformation process.

Principal challenges for the future will be to assess whether environmental conditions such as diet influence methylation changes that occur with age in normal individuals and whether such epigenetic alterations predispose individuals to long-term

diseases such as cancer. Because environmental stimuli probably induce stochastic and subtle epigenetic genome-wide changes, a causal relationship between diet-induced methylation changes and altered gene expression has been difficult to obtain.

**Diet can affect stable gene expression.** To establish a mechanistic link between environmental stimuli and epigenetic states of the genome, a well-defined and sensitive phenotypic readout is required. The coat color gene *agouti* provides such a marker. Several *agouti viable yellow* alleles ($A^{hvy}$ or $A^{IAP}$) arise spontaneously by the insertion of an intracisternal A particle (IAP) retroviral element into the gene[166–168]. The coat color of mice with such an allele varies from yellow to mottled to wild-type agouti (Fig. 2a). Yellow mice become obese and develop tumors with age. The coat color variegation is caused by the methylation state of the IAP element. When methylated, the *agouti* gene is expressed only in the hair follicles just as in wild-type mice. When unmethylated, an ectopic and ubiquitously expressed *agouti* transcript originating in the long terminal repeat (LTR) of the IAP element causes the yellow coat color, obesity and tumors (Fig. 2b). In mottled mice, methylation is mosaic, which causes LTR promoter activity in some but not all cells. Thus, the methylation pattern of this element is established early in development and the coat color provides an easy phenotypic readout of the methylation and expression status of the element throughout life.

Wolff *et al.*[169] have investigated whether maternal diet can alter the phenotype of $A^{IAP}$ mice. They found that when pregnant females are fed a diet supplemented with methyl donors, a larger proportion of offspring have a wild-type coat color as compared with the offspring of mothers fed a standard diet. This result argues that an environmental stimulus early in life can change the stable expression of genes and affect the phenotype of the adult. Although the mechanism that shifts coat color in the offspring is not known, the final consequence of the maternal diet-induced epigenetic change is clear: a shift in coat color is correlated with an increase in IAP methylation[170].

Consistent with the idea that hypomethylation of the IAP causes ectopic expression of *agouti* is the observation that inhibition of Dnmt1 activity results in most pups being yellow (F. Gaudet, W.M. Rideout and R.J., unpublished observations). Notably, the methylation status of the IAP element profoundly affects not only the phenotype of the animal itself but also that of the offspring: yellow $A^{IAP}$ females have a higher proportion of yellow pups than do $A^{IAP}$ females that have a wild-type coat

**Exhibit 137 - 2227**

color[171]. This observation indicates that some epigenetic modifications of the genome are not fully erased during oogenesis but influence the epigenetic state of the genome and the activity of genes in the next generation.

It is plausible that the methylation status and/or the chromatin conformation of the whole genome are affected by non-specific external influences such as diet. But changes in global methylation may be so subtle that they are undetectable with current technology, and phenotypic consequences may become apparent only when monitoring a sensitive readout such as the $A^{IAP}$-dependent phenotype. The observations of Wolff *et al.*[169] raise the intriguing possibility that acquired alterations of the epigenetic state may have long-term health effects. This might contribute to the incidence of diseases such as cancer, which is well known to be affected by diet.

It has been proposed that long-latency ailments of the nervous system, such as multiple sclerosis, major psychoses, ALS (amyotrophic lateral sclerosis) or Huntington disease, may have an epigenetic basis[172]. Consistent with this possibility is a study showing that a diet supplemented with L-methionine affects the methylation and expression of *reelin*[173]. This is of relevance because *reelin* haploinsufficiency in *reeler* mice has a similar neuropathology to that of schizophrenia. Although highly speculative, it is possible that external factors such as diet may result in the accumulation of epigenetic changes over years and accelerate the manifestation of such diseases in genetically compromised individuals. We need better assays for evaluating the effects of environmental stimuli on the epigenetic state of the genome and its long-term phenotypic consequences. In particular, robust microarray-based methods for quantifying DNA methylation throughout the genome[174] are required.

## The epigenetic state and therapeutic possibilities

The integration of DNA methylation, histone modification and chromatin remodeling is a complex process that depends on the collaboration of numerous components of the epigenetic machinery (Fig. 1). Transitions between different chromatin states are dynamic and seem to depend on a balance between factors that sustain a silent state (for example, HDACs and histone H3 Lys9 methyltransferases) and those that promote a transcriptionally silent state (for example, HATs and HS Lys4 methyltransferases)[175].

Disturbances of any of these components may shift the balance between an active and a silent chromatin conformation, resulting in an altered transcriptional state (Fig. 3). Indeed, experimental evidence supports the idea that drugs that target different components of the epigenetic machinery can cooperate in restoring normal gene activity. For example, the drug 5-aza-2′-deoxycytidine interferes with the activity of Dnmt1, leading to genomic hypomethylation; it also reactivates silenced tumor suppressor genes[130,176]. Despite its attractiveness as a means of reactivating silenced genes, its toxicity limits its clinical use[177]. Significantly, the combined treatment of cancer cells with 5-aza-2′-deoxycytidine and TSA, a drug that inhibits HDAC activity, results in a more effective reactivation of silenced tumor suppressor genes[178]. This has potential clinical relevance because the combined treatment of cancer with both drugs may reduce the effective drug concentrations and their systemic toxicity.

The treatment of inherited diseases that affect the epigenetic state represents an interesting challenge. An informative example is RTT, which is caused by the mutation of the ubiquitously expressed transcriptional repressor MeCP2 (ref. 81). MeCP2 has no known tissue specificity[73] but when mutated induces a specific neuronal dysfunction. MeCP2 deficiency might result in subtle changes in gene expression that could be the consequence of a slightly disturbed equilibrium between a silent and an active chromatin state. If correct, a therapeutic strategy could be aimed



**Fig. 3** Transitions between silent and transcriptionally competent chromatin states are dynamic and depend on a balance between factors that sustain a silent state, such as HDACs, and those that promote a transcriptionally active state, such as HATs[175]. Disturbances of any of these components may shift the balance between an active and a silent chromatin conformation, resulting in an altered transcriptional state. $^{m}$C, methyl-CpG.

at restoring the appropriate chromatin state by targeting the activity of other components of the epigenetic machinery in individuals affected with RTT. Thus, the inhibition of proteins that induce a transcriptionally competent state, or the enhanced activity of factors that cause a shift towards a silent chromatin state, might counteract the lack of MeCP2 and help to restore a proper epigenetic balance.

Even though the epigenetic misregulations that are involved in the etiology of diseases such as imprinting disorders, RTT, ICF or cancers are potentially reversible, a key issue of any therapeutic strategy that attempts to remedy the abnormal epigenetic state is that of specificity. Interfering with the activity of factors that modify the chromatin state is likely to affect the expression of unwanted genes such as endogenous retroviruses[179]. Before intervening we will need to understand better how the components that establish and maintain different chromatin conformations cooperate to ensure proper gene expression patterns, and how the genome integrates this information with signals from the environment.

## Concluding remarks

The genetic information of an organism is differentially expressed in both time and space through mechanisms that we are finally beginning to understand. Epigenetic mechanisms constrain expression by adapting regions of the genome to maintain either gene silencing or gene activity. This is achieved through direct chemical modification of the DNA region itself and by modification of proteins that are closely associated with the locus. The targeting of specific genetic loci ensures that these effects are local. The triggers for this differential marking of the genome are largely mysterious, but are finally yielding to intense study. What needs to be explained is the variety of stimuli that can bring about epigenetic changes, ranging from developmental progression and aging to viral infection and diet. The future will see intense study of the chains of signaling that are responsible for epigenetic programming. As a result, we will be able to understand, and perhaps manipulate, the ways in which the genome learns from its experiences.

© 2003 Nature Publishing Group  http://www.nature.com/naturegenetics

**Exhibit 137 - 2228**

*review*

## Acknowledgments

*We thank A. Chess, H. McQueen, H. Jørgensen and all members of the Jaenisch laboratory for critical comments on this manuscript.*

1. Waddington, C. The genetic control of wing development in *Drosophila*. *J. Genet.* **41**, 75–80 (1940).
2. Issa, J.P. CpG-island methylation in aging and cancer. *Curr. Top. Microbiol. Immunol.* **249**, 101–118 (2000).
3. Jähner, D. *et al*. *De novo* methylation and expression of retroviral genomes during mouse embryogenesis. *Nature* **298**, 623–628 (1982).
4. Riggs, A.D. X inactivation, differentiation, and DNA methylation. *Cytogenet. Cell Genet.* **14**, 9–25 (1975).
5. Holliday, R. & Pugh, J.E. DNA modification mechanisms and gene activity during development. *Science* **187**, 226–232 (1975).
6. Wolffe, A.P. & Matzke, M.A. Epigenetics: regulation through repression. *Science* **286**, 481–486 (1999).
7. Urnov, F.D. & Wolffe, A.P. Above and within the genome: epigenetics past and present. *J. Mammary Gland Biol. Neoplasia* **6**, 153–167 (2001).
8. Jones, P.A. & Takai, D. The role of DNA methylation in mammalian epigenetics. *Science* **293**, 1068–1070 (2001).
9. Ferguson-Smith, A.C. & Surani, M.A. Imprinting and the epigenetic asymmetry between parental genomes. *Science* **293**, 1086–1089 (2001).
10. Reik, W. & Walter, J. Genomic imprinting: parental influence on the genome. *Nat. Rev. Genet.* **2**, 21–32 (2001).
11. Bird, A. DNA methylation patterns and epigenetic memory. *Genes Dev.* **16**, 6–21 (2002).
12. Li, E. Chromatin modification and epigenetic reprogramming in mammalian development. *Nat. Rev. Genet.* **3**, 662–673 (2002).
13. Jaenisch, R. DNA methylation and imprinting: why bother? *Trends Genet.* **13**, 323–329 (1997).
14. Mayer, W., Niveleau, A., Walter, J., Fundele, R. & Haaf, T. Demethylation of the zygotic paternal genome. *Nature* **403**, 501–502 (2000).
15. Oswald, J. *et al*. Active demethylation of the paternal genome in the mouse zygote. *Curr. Biol.* **10**, 475–478 (2000).
16. Ehrlich, M. *et al*. Amount and distribution of 5-methylcytosine in human DNA from different types of tissues of cells. *Nucleic Acids Res.* **10**, 2709–2721 (1982).
17. Jones, P. *et al*. *De novo* methylation of the MyoD1 CpG island during the establisment of immortal cell lines. *Proc. Natl. Acad. Sci. USA* **87**, 6117–6121 (1990).
18. Kawai, J. *et al*. Comparison of DNA methylation patterns among mouse cell lines by restriction landmark genomic scanning. *Mol. Cell. Biol.* **14**, 7421–7427 (1994).
19. Bestor, T.H. The DNA methyltransferases of mammals. *Hum. Mol. Genet.* **9**, 2395–2402 (2000).
20. Li, E., Bestor, T.H. & Jaenisch, R. Targeted mutation of the DNA methyltransferase gene results in embryonic lethality. *Cell* **69**, 915–926 (1992).
21. Lei, H. *et al*. *De novo* DNA cytosine methyltransferase activities in mouse embryonic stem cells. *Development* **122**, 3195–3205 (1996).
22. Stancheva, I. & Meehan, R.R. Transient depletion of xDnmt1 leads to premature gene activation in *Xenopus* embryos. *Genes Dev.* **14**, 313–327 (2000).
23. Howell, C. *et al*. Genomic imprinting disrupted by a maternal effect mutation in the Dnmt1 gene. *Cell* **104**, 829–838 (2001).
24. Okano, M., Bell, D.W., Haber, D.A. & Li, E. DNA methyltransferases Dnmt3a and Dnmt3b are essential for *de novo* methylation and mammalian development. *Cell* **99**, 247–257 (1999).
25. Lyko, F. *et al*. Mammalian (cytosine-5) methyltransferases cause genomic DNA methylation and lethality in *Drosophila*. *Nat. Genet.* **23**, 363–366 (1999).
26. Bourc'his, D., Xu, G.L., Lin, C.S., Bollman, B. & Bestor, T.H. Dnmt3L and the establishment of maternal genomic imprints. *Science* **294**, 2536–2539 (2001).
27. Hata, K., Okano, M., Lei, H. & Li, E. Dnmt3L cooperates with the Dnmt3 family of *de novo* DNA methyltransferases to establish maternal imprints in mice. *Development* **129**, 1983–1993 (2002).
28. Okano, M., Xie, S. & Li, E. Dnmt2 is not required for *de novo* and maintenance methylation of viral DNA in embryonic stem cells. *Nucleic Acids Res.* **26**, 2536–2540 (1998).
29. Lyko, F., Ramsahoye, B.H. & Jaenisch, R. DNA methylation in *Drosophila melanogaster*. *Nature* **408**, 538–540 (2000).
30. Gowher, H., Leismann, O. & Jeltsch, A. DNA of *Drosophila melanogaster* contains 5-methylcytosine. *EMBO J.* **19**, 6918–6923 (2000).
31. Panning, B. & Jaenisch, R. DNA hypomethylation can activate Xist expression and silence X-linked genes. *Genes Dev.* **10**, 1991–2002 (1996).
32. Stancheva, I., Hensey, C. & Meehan, R.R. Loss of the maintenance methyltransferase, xDnmt1, induces apoptosis in *Xenopus* embryos. *EMBO J.* **20**, 1963–1973 (2001).
33. Jackson-Grusby, L. *et al*. Loss of genomic methylation causes p53-dependent apoptosis and epigenetic deregulation. *Nat. Genet.* **27**, 31–39 (2001).
34. Rhee, I. *et al*. DNMT1 and DNMT3b cooperate to silence genes in human cancer cells. *Nature* **416**, 552–556 (2002).
35. Walsh, C.P., Chaillet, J.R. & Bestor, T.H. Transcription of IAP endogenous retroviruses is constrained by cytosine methylation. *Nat. Genet.* **20**, 116–117 (1998).
36. Fan, G. *et al*. DNA hypomethylation perturbs the function and survival of CNS neurons in postnatal animals. *J. Neurosci.* **21**, 788–797 (2001).
37. Walsh, C.P. & Bestor, T.H. Cytosine methylation and mammalian development. *Genes Dev.* **13**, 26–34 (1999).
38. Bird, A. CpG islands as gene markers in the vertebrate nucleus. *Trends Genet.* **3**, 342–346 (1987).
39. Bird, A.P. CpG-rich islands and the function of DNA methylation. *Nature* **321**, 209–213 (1986).
40. Gardiner-Garden, M. & Frommer, M. CpG islands in vertebrate genomes. *J. Mol. Biol.* **196**, 261–282 (1987).
41. Larsen, F., Gundersen, G., Lopez, R. & Prydz, H. CpG islands as gene markers in the human genome. *Genomics* **13**, 1095–1107 (1992).
42. Macleod, D., Ali, R.R. & Bird, A. An alternative promoter in the mouse major histocompatibility complex class II I-Aβ gene: implications for the origin of CpG islands. *Mol. Cell. Biol.* **18**, 4433–4443 (1998).
43. Adachi, N. & Lieber, M.R. Bidirectional gene organization: a common architectural feature of the human genome. *Cell* **109**, 807–809 (2002).
44. Voo, K.S., Carlone, D.L., Jacobsen, B.M., Flodin, A. & Skalnik, D.G. Cloning of a mammalian transcriptional activator that binds unmethylated CpG motifs and shares a CXXC domain with DNA methyltransferase, human trithorax, and methyl-CpG binding domain protein 1. *Mol. Cell. Biol.* **20**, 2108–2121 (2000).
45. Lee, J.H., Voo, K.S. & Skalnik, D.G. Identification and characterization of the DNA binding domain of CpG-binding protein. *J. Biol. Chem.* **276**, 44669–44676 (2001).
46. Mohandas, T., Sparkes, R.S. & Shapiro, L.J. Reactivation of an inactive human X chromosome: evidence for X inactivation by DNA methylation. *Science* **211**, 393–396 (1981).
47. Wolf, S.F., Jolly, D.J., Lunnen, K.D., Friedmann, T. & Migeon, B.R. Methylation of the hypoxanthine phosphoribosyltransferase locus on the human X chromosome: implications for X-chromosome inactivation. *Proc. Natl. Acad. Sci. USA* **81**, 2806–2810 (1984).
48. Riggs, A.D., Xiong, Z., Wang, L. & LeBon, J.M. Methylation dynamics, epigenetic fidelity and X chromosome structure. *Novartis Found. Symp.* **214**, 214–232 (1998).
49. Brandeis, M. *et al*. Sp1 elements protect a CpG island from *de novo* methylation. *Nature* **371**, 435–438 (1994).
50. Macleod, D., Charlton, J., Mullins, J. & Bird, A.P. Sp1 sites in the mouse *aprt* gene promoter are required to prevent methylation of the CpG island. *Genes Dev.* **8**, 2282–2292 (1994).
51. Di Croce, L. *et al*. Methyltransferase recruitment and DNA hypermethylation of target promoters by an oncogenic transcription factor. *Science* **295**, 1079–1082 (2002).
52. Santoro, R., Li, J. & Grummt, I. The nucleolar remodeling complex NoRC mediates heterochromatin formation and silencing of ribosomal gene transcription. *Nat. Genet.* **32**, 393–396 (2002).
53. Fuks, F., Burgers, W.A., Godin, N., Kasai, M. & Kouzarides, T. Dnmt3a binds deacetylases and is recruited by a sequence-specific repressor to silence transcription. *EMBO J.* **20**, 2536–2544 (2001).
54. Bachman, K.E., Rountree, M.R. & Baylin, S.B. Dnmt3a and Dnmt3b are transcriptional repressors that exhibit unique localization properties to heterochromatin. *J. Biol. Chem.* **276**, 32282–32287 (2001).
55. Tamaru, H. & Selker, E.U. A histone H3 methyltransferase controls DNA methylation in *Neurospora crassa*. *Nature* **414**, 277–283 (2001).
56. Jackson, J.P., Lindroth, A.M., Cao, X. & Jacobsen, S.E. Control of CpNpG DNA methylation by the *KRYPTONITE* histone H3 methyltransferase. *Nature* **416**, 556–560 (2002).
57. Wolffe, A.P. & Guschin, D. Review: chromatin structural features and targets that regulate transcription. *J. Struct. Biol.* **129**, 102–122 (2000).
58. Grewal, S.I. & Elgin, S.C. Heterochromatin: new possibilities for the inheritance of structure. *Curr. Opin. Genet. Dev.* **12**, 178–187 (2002).
59. Watt, F. & Molloy, P. Cytosine methylation prevents binding to DNA of a HeLa cell transcription factor required for optimal expression of the adenovirus major late promoter. *Genes Dev.* **2**, 1136–1143 (1988).
60. Bell, A.C., West, A.G. & Felsenfeld, G. The protein CTCF is required for the enhancer blocking activity of vertebrate insulators. *Cell* **98**, 387–396 (1999).
61. Ohlsson, R., Renkawitz, R. & Lobanenkov, V. CTCF is a uniquely versatile transcription regulator linked to epigenetics and disease. *Trends Genet.* **17**, 520–527 (2001).
62. Hark, A.T. *et al*. CTCF mediates methylation-sensitive enhancer-blocking activity at the *H19/Igf2* locus. *Nature* **405**, 486–489 (2000).
63. Tate, P.H. & Bird, A.P. Effects of DNA methylation on DNA-binding proteins and gene expression. *Curr. Opin. Genet. Dev.* **3**, 226–231 (1993).
64. Lewis, J.D. *et al*. Purification, sequence, and cellular localization of a novel chromosomal protein that binds to methylated DNA. *Cell* **69**, 905–914 (1992).
65. Hendrich, B. & Bird, A. Identification and characterization of a family of mammalian methyl-CpG binding proteins. *Mol. Cell. Biol.* **18**, 6538–6547 (1998).
66. Prokhortchouk, A. *et al*. The p120 catenin partner Kaiso is a DNA methylation-dependent transcriptional repressor. *Genes Dev.* **15**, 1613–1618 (2001).
67. Nan, X., Meehan, R.R. & Bird, A. Dissection of the methyl-CpG binding domain from the chromosomal protein MeCP2. *Nucleic Acids Res.* **21**, 4886–4892 (1993).
68. Billard, L.M., Magdinier, F., Lenoir, G.M., Frappart, L. & Dante, R. MeCP2 and MBD2 expression during normal and pathological growth of the human mammary gland. *Oncogene* **21**, 2704–2712 (2002).
69. Rietveld, L.E., Caldenhoven, E. & Stunnenberg, H.G. *In vivo* repression of an erythroid-specific gene by distinct corepressor complexes. *EMBO J.* **21**, 1389–1397 (2002).
70. El-Osta, A., Kantharidis, P., Zalcberg, J.R. & Wolffe, A.P. Precipitous release of methyl-CpG binding protein 2 and histone deacetylase 1 from the methylated human multidrug resistance gene (MDR1) on activation. *Mol. Cell. Biol.* **22**, 1844–1857 (2002).
71. Boyes, J. & Bird, A. DNA methylation inhibits transcription indirectly via a methyl-CpG binding protein. *Cell* **64**, 1123–1134 (1991).
72. Jones, P.L. *et al*. Methylated DNA and MeCP2 recruit histone deacetylase to repress transcription. *Nat. Genet.* **19**, 187–191 (1998).
73. Nan, X. *et al*. Transcriptional repression by the methyl-CpG-binding protein MeCP2 involves a histone deacetylase complex. *Nature* **393**, 386–389 (1998).
74. Ng, H. *et al*. MBD2 is a transcriptional repressor belonging to the MeCP1 histone deacetylase complex. *Nat. Genet.* **23**, 58–61 (1999).
75. Feng, Q. & Zhang, Y. The MeCP1 complex represses transcription through preferential binding, remodeling, and deacetylating methylated nucleosomes. *Genes Dev.* **15**, 827–832 (2001).
76. Hendrich, B., Guy, J., Ramsahoye, B., Wilson, V.A. & Bird, A. Closely related proteins MBD2 and MBD3 play distinctive but interacting roles in mouse development. *Genes Dev.* **15**, 710–723 (2001).
77. Zhang, Y. *et al*. Analysis of the NuRD subunits reveals a histone deacetylase core complex and a connection with DNA methylation. *Genes Dev.* **13**, 1924–1935 (1999).
78. Hutchins, A.S. *et al*. Gene silencing quantitatively controls the function of a developmental trans-activator. *Mol. Cell* **10**, 81–91 (2002).
79. Curradi, M., Izzo, A., Badaracco, G. & Landsberger, N. Molecular mechanisms of gene silencing mediated by DNA methylation. *Mol. Cell. Biol.* **22**, 3157–3173 (2002).

© 2003 Nature Publishing Group   http://www.nature.com/naturegenetics

Exhibit 137 – 2229

*review*

© 2003 Nature Publishing Group  http://www.nature.com/naturegenetics

80. Guy, J., Hendrich, B., Holmes, M., Martin, J.E. & Bird, A. A mouse Mecp2-null mutation causes neurological symptoms that mimic Rett syndrome. *Nat. Genet.* **27**, 322–326 (2001).

81. Amir, R.E. *et al*. Rett syndrome is caused by mutations in X-linked MECP2, encoding methyl-CpG-binding protein 2. *Nat. Genet.* **23**, 185–188 (1999).

82. Yusufzai, T.M. & Wolffe, A.P. Functional consequences of Rett syndrome mutations on human MeCP2. *Nucleic Acids Res.* **28**, 4172–4179 (2000).

83. Free, A. *et al*. DNA recognition by the methyl-CpG binding domain of MeCP2. *J. Biol. Chem.* **276**, 3353–3360 (2001).

84. Chen, R., Akbarian, S., Tudor, M. & Jaenisch, R. Deficiency of methyl-CpG binding protein-2 in CNS neurons results in a Rett-like phenotype in mice. *Nat. Genet.* **27**, 327–331 (2001).

85. Shahbazian, M. *et al*. Mice with truncated MeCP2 recapitulate many Rett syndrome features and display hyperacetylation of histone H3. *Neuron* **35**, 243–254 (2002).

86. Tudor, M., Akbarian, S., Chen, R.Z. & Jaenisch, R. Transcriptional profiling of a mouse model for Rett syndrome reveals subtle transcriptional changes in the brain. *Proc. Natl. Acad. Sci. USA* **99**, 15536–15541 (2002).

87. Futscher, B.W. *et al*. Role for DNA methylation in the control of cell type specific maspin expression. *Nat. Genet.* **31**, 175–179 (2002).

88. Stancheva, I., El-Maarri, O., Walter, J., Niveleau, A. & Meehan, R.R. DNA methylation at promoter regions regulates the timing of gene activation in *Xenopus laevis* embryos. *Dev. Biol.* **243**, 155–165 (2002).

89. Avner, P. & Heard, E. X-chromosome inactivation: counting, choice and initiation. *Nat. Rev. Genet.* **2**, 59–67 (2001).

90. Jones, B.K., Levorse, J.M. & Tilghman, S.M. Igf2 imprinting does not require its own DNA methylation or *H19* RNA. *Genes Dev.* **12**, 2200–2207 (1998).

91. Cohen, D.E. & Lee, J.T. X-chromosome inactivation and the search for chromosome-wide silencers. *Curr. Opin. Genet. Dev.* **12**, 219–224 (2002).

92. Lyle, R. *et al*. The imprinted antisense RNA at the *Igf2r* locus overlaps but does not imprint *Mas1*. *Nat. Genet.* **25**, 19–21 (2000).

93. Chao, W., Huynh, K.D., Spencer, R.J., Davidow, L.S. & Lee, J.T. CTCF, a candidate trans-acting factor for X-inactivation choice. *Science* **295**, 345–347 (2002).

94. Brannan, C.I. & Bartolomei, M.S. Mechanisms of genomic imprinting. *Curr. Opin. Genet. Dev.* **9**, 164–170 (1999).

95. Li, E., Beard, C. & Jaenisch, R. Role for DNA methylation in genomic imprinting. *Nature* **366**, 362–385 (1993).

96. Beard, C., Li, E. & Jaenisch, R. Loss of methylation activates Xist in somatic but not in embryonic cells. *Genes Dev.* **9**, 2325–2334 (1995).

97. Lee, J. *et al*. Erasing genomic imprinting memory in mouse clone embryos produced from day 11.5 primordial germ cells. *Development* **129**, 1807–1817 (2002).

98. Hajkova, P. *et al*. Epigenetic reprogramming in mouse primordial germ cells. *Mech. Dev.* **117**, 15 (2002).

99. Tucker, K. *et al*. Germ-line passage is required for establishment of methylation and expression patterns of imprinted but not of non-imprinted genes. *Genes Dev.* **10**, 1008–1020 (1996).

100. Keohane, A.M., O'Neill, L.P., Belyaev, N.D., Lavender, J.S. & Turner, B.M. X-inactivation and histone H4 acetylation in embryonic stem cells. *Dev. Biol.* **180**, 618–630 (1996).

101. Wutz, A. & Jaenisch, R. A shift from reversible to irreversible X inactivation is triggered during ES cell differentiation. *Mol. Cell* **5**, 695–705 (2000).

102. Csankovszki, G., Nagy, A. & Jaenisch, R. Synergism of Xist RNA, DNA methylation, and histone hypoacetylation in maintaining X chromosome inactivation. *J. Cell Biol.* **153**, 773–784 (2001).

103. Rideout, W.M., Eggan, K. & Jaenisch, R. Nuclear cloning and epigenetic reprogramming of the genome. *Science* **293**, 1093–1098 (2001).

104. Young, L.E., Sinclair, K.D. & Wilmut, I. Large offspring syndrome in cattle and sheep. *Rev. Reprod.* **3**, 155–163 (1998).

105. Ogonuki, N. *et al*. Early death of mice cloned from somatic cells. *Nat. Genet.* **30**, 253–254 (2002).

106. Tamashiro, K.L. *et al*. Cloned mice have an obese phenotype not transmitted to their offspring. *Nat. Med.* **8**, 262–267 (2002).

107. Hochedlinger, K. & Jaenisch, R. Nuclear transplantation: lessons from frogs and mice. *Curr. Opin. Cell Biol.* **14**, 741–748 (2002).

108. Dean, W. *et al*. Conservation of methylation reprogramming in mammalian development: aberrant reprogramming in cloned embryos. *Proc. Natl. Acad. Sci. USA* **98**, 13734–13738 (2001).

109. Kang, Y. *et al*. Aberrant methylation of donor genome in cloned bovine embryos. *Nat. Genet.* **28**, 173–177 (2001).

110. Bourc'his, D. *et al*. Delayed and incomplete reprogramming of chromosome methylation patterns in bovine cloned embryos. *Curr. Biol.* **11**, 1542–1546 (2001).

111. Boiani, M., Eckardt, S., Scholer, H.R. & McLaughlin, K.J. Oct4 distribution and level in mouse clones: consequences for pluripotency. *Genes Dev.* **16**, 1209–1219 (2002).

112. Bortvin, A. *et al*. Incomplete reactivation of *Oct4*-related gene in mouse embryos cloned from somatic nuclei. *Development* (in the press).

113. Nichols, J. *et al*. Formation of pluripotent stem cells in the mammalian embryo depends on the POU transcription factor Oct4. *Cell* **95**, 379–391 (1998).

114. Humpherys, D. *et al*. Epigenetic instability in ES cells and cloned mice. *Science* **293**, 95–97 (2001).

115. Humpherys, D. *et al*. Abnormal gene expression in cloned mice derived from ES cell and cumulus cell nuclei. *Proc. Natl. Acad. Sci. USA* **99**, 12889–12894 (2002).

116. Inoue, K. *et al*. Faithful expression of imprinted genes in cloned mice. *Science* **295**, 297 (2002).

117. Eggan, K. *et al*. X-chromosome inactivation in cloned mouse embryos. *Science* **290**, 1578–1581 (2000).

118. Wakayama, T. *et al*. Cloning of mice to six generations. *Nature* **407**, 318–319 (2000).

119. Lanza, R. *et al*. Extension of cell life-span and telomere length in animals cloned from senescent somatic cells. *Science* **288**, 665–669 (2000).

120. Betts, D. *et al*. Reprogramming of telomerase activity and rebuilding of telomere length in cloned cattle. *Proc. Natl. Acad. Sci. USA* **98**, 1077–1082 (2001).

121. Rideout, W.M. *et al*. Generation of mice from wild-type and targeted ES cells by nuclear cloning. *Nat. Genet.* **24**, 109–110 (2000).

122. Wakayama, T. & Yanagimachi, R. Mouse cloning with nucleus donor cells of different age and type. *Mol. Reprod. Dev.* **58**, 376–383 (2001).

123. Eggan, K. *et al*. Hybrid vigor, fetal overgrowth, and viability of mice derived by nuclear cloning and tetraploid embryo complementation. *Proc. Natl. Acad. Sci. USA* **98**, 6209–6214 (2001).

124. Hochedlinger, K. & Jaenisch, R. Monoclonal mice generated by nuclear transfer from mature B and T donor cells. *Nature* **415**, 1035–1038 (2002).

125. Di Berardino, M.A. Genetic stability and modulation of metazoan nuclei transplanted into eggs and oocytes. *Differentiation* **17**, 17–30 (1980).

126. Gurdon, J.B. Genetic reprogramming following nuclear transplantation in Amphibia. *Semin. Cell Dev. Biol.* **10**, 239–243 (1999).

127. Jaenisch, R. & Wilmut, I. Developmental biology. Don't clone humans! *Science* **291**, 2552 (2001).

128. Rideout, W.M. 3rd, Hochedlinger, K., Kyba, M., Daley, G.Q. & Jaenisch, R. Correction of a genetic defect by nuclear transplantation and combined cell and gene therapy. *Cell* **109**, 17–27 (2002).

129. Jones, P.A. & Baylin, S.B. The fundamental role of epigenetic events in cancer. *Nat. Rev. Genet.* **3**, 415–428 (2002).

130. Esteller, M. & Herman, J.G. Cancer as an epigenetic disease: DNA methylation and chromatin alterations in human tumours. *J. Pathol.* **196**, 1–7 (2002).

131. Feinberg, A.P. & Vogelstein, B. Hypomethylation distinguishes genes of some human cancers from their normal counterparts. *Nature* **301**, 89–92 (1983).

132. Gama-Sosa, M.A. *et al*. The 5-methylcytosine content of DNA from human tumors. *Nucleic Acids Res.* **11**, 6883–6894 (1983).

133. Jones, P.A. DNA methylation and cancer. *Oncogene* **21**, 5358–5360 (2002).

134. Gonzalgo, M. & Jones, P. Mutagenic and epigenetic effects of DNA methylation. *Mutat. Res.* **386**, 107–118 (1997).

135. Jones, P. & Laird, P. Cancer epigenetics comes of age. *Nat. Genet.* **21**, 163–167 (1999).

136. Xu, G.-L. *et al*. Chromosome instability and immunodeficiency syndrome caused by mutations in a DNA methyltransferase gene. *Nature* **402**, 187–191 (1999).

137. Ehrlich, M. *et al*. High frequencies of ICF syndrome-like pericentromeric heterochromatin decondensation and breakage in chromosome 1 in a chorionic villus sample. *J. Med. Genet.* **38**, 882–884 (2001).

138. Chen, R.Z., Pettersson, U., Beard, C., Jackson-Grusby, L. & Jaenisch, R. DNA hypomethylation leads to elevated mutation rates. *Nature* **395**, 89–93 (1998).

139. Chan, M.F. *et al*. Reduced rates of gene loss, gene silencing, and gene mutation in Dnmt1-deficient embryonic stem cells. *Mol. Cell. Biol.* **21**, 7587–7600 (2001).

140. Turker, M.S. Gene silencing in mammalian cells and the spread of DNA methylation. *Oncogene* **21**, 5388–5393 (2002).

141. Biniszkiewicz, D. *et al*. Dnmt1 overexpression causes genomic hypermethylation, loss of imprinting, and embryonic lethality. *Mol. Cell. Biol.* **22**, 2124–2135 (2002).

142. Sheldon, C.C. *et al*. The control of flowering by vernalization. *Curr. Opin. Plant Biol.* **3**, 418–422 (2000).

143. Sheldon, C.C., Rouse, D.T., Finnegan, E.J., Peacock, W.J. & Dennis, E.S. The molecular basis of vernalization: the central role of *FLOWERING LOCUS C* (*FLC*). *Proc. Natl. Acad. Sci. USA* **97**, 3753–3758 (2000).

144. Sheldon, C.C. *et al*. The *FLF* MADS box gene: a repressor of flowering in *Arabidopsis* regulated by vernalization and methylation. *Plant Cell* **11**, 445–458 (1999).

145. Gendall, A.R., Levy, Y.Y., Wilson, A. & Dean, C. The *VERNALIZATION 2* gene mediates the epigenetic regulation of vernalization in *Arabidopsis*. *Cell* **107**, 525–535 (2001).

146. Brock, H.W. & van Lohuizen, M. The Polycomb group—no longer an exclusive club? *Curr. Opin. Genet. Dev.* **11**, 175–181 (2001).

147. Wilson, V.L. & Jones, P.A. DNA methylation decreases in aging but not in immortal cells. *Science* **220**, 1055–1057 (1983).

148. Mays-Hoopes, L., Chao, W., Butcher, H.C. & Huang, R.C. Decreased methylation of the major mouse long interspersed repeated DNA during aging and in myeloma cells. *Dev. Genet.* **7**, 65–73 (1986).

149. Wilson, V.L., Smith, R.A., Ma, S. & Cutler, R.G. Genomic 5-methyldeoxycytidine decreases with age. *J. Biol. Chem.* **262**, 9948–9951 (1987).

150. Bestor, T.H. & Tycko, B. Creation of genomic methylation patterns. *Nat. Genet.* **12**, 363–367 (1996).

151. Barbot, W., Dupressoir, A., Lazar, V. & Heidmann, T. Epigenetic regulation of an IAP retrotransposon in the aging mouse: progressive demethylation and desilencing of the element by its repetitive induction. *Nucleic Acids Res.* **30**, 2365–2373 (2002).

152. Issa, J.P. *et al*. Methylation of the oestrogen receptor CpG island links aging and neoplasia in human colon. *Nat. Genet.* **7**, 536–540 (1994).

153. Toyota, M. *et al*. CpG island methylator phenotype in colorectal cancer. *Proc. Natl. Acad. Sci. USA* **96**, 8681–8686 (1999).

154. Toyota, M. & Issa, J.P. CpG island methylator phenotypes in aging and cancer. *Semin. Cancer Biol.* **9**, 349–357 (1999).

155. Van Den Veyver, I.B. Genetic effects of methylation diets. *Annu. Rev. Nutr.* **22**, 255–282 (2002).

156. Giovannucci, E. *et al*. Folate, methionine, and alcohol intake and risk of colorectal adenoma. *J. Natl. Cancer Inst.* **85**, 875–884 (1993).

157. Blount, B.C. *et al*. Folate deficiency causes uracil misincorporation into human DNA and chromosome breakage: implications for cancer and neuronal damage. *Proc. Natl. Acad. Sci. USA* **94**, 3290–3295 (1997).

158. Jacob, R.A. The role of micronutrients in DNA synthesis and maintenance. *Adv. Exp. Med. Biol.* **472**, 101–113 (1999).

159. Group, M.V.S.R. Prevention of neural tube defects: results of the Medical Research Council Vitamin Study. MRC Vitamin Study Research Group. *Lancet* **338**, 131–137 (1991).

160. Friso, S. *et al*. A common mutation in the 5,10-methylenetetrahydrofolate reductase gene affects genomic DNA methylation through an interaction with folate status. *Proc. Natl. Acad. Sci. USA* **99**, 5606–5611 (2002).

161. Dizik, M., Christman, J.K. & Wainfan, E. Alterations in expression and methylation of specific genes in livers of rats fed a cancer promoting methyl-deficient diet. *Carcinogenesis* **12**, 1307–1312 (1991).

162. Poirier, L., Zapisek, W. & Lyon-Cook, B. Physiological methylation in carcinogenesis. In *Mutation and the Environment* Part D, 97–112 (Willey-Liss, 1990).

163. Wainfan, E. & Poirier, L.A. Methyl groups in carcinogenesis: effects on DNA methylation and gene expression. *Cancer Res.* **52**, 2071s–2077s (1992).

**Exhibit 137 – 2230**

*review*

164. Hoal-van Helden, E.G. & van Helden, P.D. Age-related methylation changes in DNA may reflect the proliferative potential of organs. *Mutat. Res.* **219**, 263–266 (1989).
165. Christman, J.K., Sheikhnejad, G., Dizik, M., Abileah, S. & Wainfan, E. Reversibility of changes in nucleic acid methylation and gene expression induced in rat liver by severe dietary methyl deficiency. *Carcinogenesis* **14**, 551–557 (1993).
166. Michaud, E.J. *et al*. Differential expression of a new dominant agouti allele (*Aiapy*) is correlated with methylation state and is influenced by parental lineage. *Genes Dev.* **8**, 1463–1472 (1994).
167. Millar, S.E., Miller, M.W., Stevens, M.E. & Barsh, G.S. Expression and transgenic studies of the mouse *agouti* gene provide insight into the mechanisms by which mammalian coat color patterns are generated. *Development* **121**, 3223–3232 (1995).
168. Siracusa, L.D. *et al*. Hypervariable yellow (*A^hvy*), a new murine agouti mutation: *A^hvy* displays the largest variation in coat color phenotypes of all known agouti alleles. *J. Hered.* **86**, 121–128 (1995).
169. Wolff, G.L., Kodell, R.L., Moore, S.R. & Cooney, C.A. Maternal epigenetics and methyl supplements affect agouti gene expression in Avy/a mice. *Faseb J.* **12**, 949–957 (1998).
170. Cooney, C.A., Dave, A.A. & Wolff, G.L. Maternal methyl supplements in mice affect epigenetic variation and DNA methylation of offspring. *J. Nutr.* **132**, 2393S–2400S (2002).
171. Morgan, H.D., Sutherland, H.G.E., Martin, D.I.K. & Whitelaw, E. Epigenetic inheritance at the agouti locus in the mouse. *Nat. Genet.* **23**, 314–318 (1999).
172. Petronis, A. Human morbid genetics revisited: relevance of epigenetics. *Trends Genet.* **17**, 142–146 (2001).
173. Tremolizzo, L. *et al*. An epigenetic mouse model for molecular and behavioral neuropathologies related to schizophrenia vulnerability. *Proc. Natl. Acad. Sci. USA* **99**, 17095–17100 (2002).
174. Adorjan, P. *et al*. Tumour class prediction and discovery by microarray-based DNA methylation analysis. *Nucleic Acids Res.* **30**, e21 (2002).
175. Jenuwein, T. & Allis, C.D. Translating the histone code. *Science* **293**, 1074–1080 (2001).
176. Santini, V., Kantarjian, H.M. & Issa, J.P. Changes in DNA methylation in neoplasia: pathophysiology and therapeutic implications. *Ann. Intern. Med.* **134**, 573–586 (2001).
177. Juttermann, R., Li, E. & Jaenisch, R. Toxicity of 5-aza-2′-deoxycytidine to mammalian cells is mediated primarily by covalent trapping of DNA methyltransferase rather than DNA demethylation. *Proc. Natl. Acad. Sci. USA* **91**, 11797–11801 (1994).
178. Cameron, E.E., Bachman, K.E., Myohanen, S., Herman, J.G. & Baylin, S.B. Synergy of demethylation and histone deacetylase inhibition in the re-expression of genes silenced in cancer. *Nat. Genet* **21**, 103–107 (1999).
179. Jaenisch, R., Schnieke, A. & Harbers, K. Treatment of mice with 5-azacytidine efficiently activates silent retroviral genomes in different tissues. *Proc. Natl. Acad. Sci. USA* **82**, 1451–1455 (1985).
180. Millar, C.B. *et al*. Enhanced CpG mutability and tumorigenesis in MBD4-deficient mice. *Science* **297**, 403–405 (2002).
181. Lagger, G. *et al*. Essential function of histone deacetylase 1 in proliferation control and CDK inhibitor repression. *EMBO J.* **21**, 2672–2681 (2002).
182. Peters, A.H. *et al*. Loss of the Suv39h histone methyltransferases impairs mammalian heterochromatin and genome stability. *Cell* **107**, 323–337 (2001).
183. Baylin, S.B. & Herman, J.G. DNA hypermethylation in tumorigenesis: epigenetics joins genetics. *Trends Genet.* **16**, 168–174 (2000).
184. Laird, P.W. *et al*. Suppression of intestinal neoplasia by DNA hypomethylation. *Cell* **81**, 197–205 (1995).
185. Fuks, F. *et al*. The methyl-CpG-binding protein MeCP2 links DNA methylation to histone methylation. *J. Biol. Chem*. (2002); advanced online publication 9 November 2002 (doi: 10.1074/jbc.M210256200).
186. Argeson, A., Nelson, K. & Siracusa, L. Molecular basis of the pleiotropic phenotype of mice carrying the hypervariable yellow (*A^hvy*) mutation at the *agouti* locus. *Genetics* **142**, 557–567 (1996).

© 2003 Nature Publishing Group  http://www.nature.com/naturegenetics



View publication stats

**Exhibit 137 – 2231**

# EXHIBIT

# 138

Long term mortality after severe starvation during the siege of Leningrad: prospective cohort study
Author(s): Pär Sparén, Denny Vågerö, Dmitri B Shestov, Svetlana Plavinskaja, Nina Parfenova, Valeri Hoptiar, Dominique Paturot and  Maria Rosaria Galanti
Source: *BMJ: British Medical Journal,* Vol. 328, No. 7430 (3 January 2004), pp. 11-14
Published by: BMJ
Stable URL: https://www.jstor.org/stable/41708260
Accessed: 27-02-2020 19:47 UTC

REFERENCES
Linked references are available on JSTOR for this article:
https://www.jstor.org/stable/41708260?seq=1&cid=pdf-reference#references_tab_contents
You may need to log in to JSTOR to access the linked references.

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide

range of content in a trusted digital archive. We use information technology and tools to increase productivity and

facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.


Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at

https://about.jstor.org/terms



*BMJ* is collaborating with JSTOR to digitize, preserve and extend access to *BMJ: British Medical Journal*

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 19:47:08 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 138 - 2232**

# Papers

# Long term mortality after severe starvation during the siege of Leningrad: prospective cohort study

Pär Sparén, Denny Vågerö, Dmitri B Shestov, Svetlana Plavinskaja, Nina Parfenova, Valeri Hoptiar, Dominique Paturot, Maria Rosaria Galanti

## Abstract

**Objective** To determine whether starvation during periods of increased growth after birth has long term health consequences.

**Design** Analysis of cardiovascular risk factors and mortality in a longitudinal follow up after the 1941-4 siege of Leningrad. Mortality measured from 1975 to the end of 1999.

**Setting** St Petersburg, Russia (formerly Leningrad).

**Participants** 5000 men born 1916-35 who lived in Leningrad, randomly selected to take part in health examinations in 1975-7. Of the 3905 men who participated, a third had experienced the siege.

**Main outcome measures** Relative risk of ischaemic heart disease and mortality from stroke by siege exposure. Odds ratios and means for several cardiovascular risk factors.

**Results** Three to six decades after the siege, in men who experienced the siege around the age of puberty blood pressure was raised (mean difference in systolic 3.3 mm Hg, in diastolic 1.3 mm Hg) as was mortality from ischaemic heart disease (relative risk 1.39, 95% confidence interval 1.07 to 1.79) and stroke (1.67, 1.15 to 2.43), including haemorrhagic stroke (1.71, 0.90 to 3.22). The effect on mortality was partly mediated via blood pressure but not by any other measured biological, behavioural, or social factor.

**Conclusions** Starvation, or accompanying chronic stress, particularly at the onset of or during puberty, may increase vulnerability to later cardiovascular disease.

## Introduction

Famine and food shortage have both short and long term consequences for health. Results of studies on the effect of starvation are, however, inconsistent.[1-7] The focus on fetal malnutrition may have been too narrow. We studied the long term health consequences of involuntary starvation in a population of men who were aged 6-28 years at the peak of the period of severe food shortage. During the second world war German troops prevented supplies from reaching Leningrad from 8 September 1941 to 27 January 1944. Of a population of 2.9 million (including 0.5 million children), 630 000 died from hunger-related causes,[8] most during the winter of 1941-2. We investigated

whether experience of the siege did in fact lead to an increased risk of mortality, particularly from cardiovascular disease.

## Methods

### Study base and data collection

As part of the 1973 US-Soviet collaborative programme, data were collected for the lipid research clinics programme.[9] A baseline survey was undertaken in Leningrad 1975-7, in which 5000 men born in 1916-35 were randomly selected from voting lists in the socially mixed Petrogradsky district; 3905 men (78%) participated. Data were collected on socioeconomic factors (education, occupation, and marital status), behaviour (smoking and alcohol consumption), anthropometric measures (weight, height, and skinfold thickness), and other biological measurements (blood pressure, cholesterol concentration, and a Rose questionnaire interview about cardiovascular dysfunction). Nearly a third (n = 1406) had lived in Leningrad during the siege, which normally meant that they spent the whole siege period there as most people were unable to leave.

We followed mortality from the time of the interview to 31 December 1999.

### Food shortage

From 20 November 1941 bread rations in Leningrad were at their lowest: 250 g daily for manual workers and 125 g for other civilians. Children below the age of 12 belonged to the latter category, but children over 12 years received even less—for example, only 200 g of fat, 800 g of sugar, and 600 g of carbohydrate a month. If rations were received in full, which was not always the case, this amounted to about 460 calories a day.[8] The average daily ration was around 300 calories, containing virtually no protein.[3] This is extremely low, even compared with rations during the Dutch hunger winter.[10]

### Statistical analyses

We used Poisson regression to calculate relative risks. Residence in Leningrad during the siege (yes/no) and age at siege ( ≤ 8, 9-15, 16-26 years $v$ not in siege) were

Department of Medical Epidemiology and Biostatistics, Karolinska Institute, Stockholm, Sweden
Pär Sparén
*senior researcher*

Centre for Health Equity Studies, CHESS, Stockholm University/Karolinska Institute, Stockholm, Sweden
Denny Vågerö
*professor*

Institute of Experimental Medicine, Russian Academy of Medical Sciences, St Petersburg, Russia
Dmitri B Shestov
*professor emeritus*
Svetlana Plavinskaja
*senior researcher*
Nina Parfenova
*researcher*
Valeri Hoptiar
*programmer*

Södertörns högskola, University College, Huddinge, Sweden
Dominique Paturot
*research assistant*

Unit of Clinical Epidemiology, Department of Medicine, Karolinska Hospital, Stockholm, Sweden
Maria Rosaria Galanti
*senior researcher*

Correspondence to:
P Sparén
Par.Sparen@meb.ki.se

*BMJ* 2004;328:11-4

**ELPS** This is the abridged version of an article that was posted on bmj.com on 5 December 2003: http://bmj.com/cgi/doi/ 10.1136/bmj.37942.603970.9A

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 19:47:08 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 138 - 2233**

Papers

introduced into successive regression models with other explanatory factors. We always controlled for birth year and attained age. We examined whether there was any difference in risk of mortality between those living in Leningrad during the siege and those who were not; whether any effect was modified by age at exposure; and whether any effect was of similar magnitude during the whole follow up period.

To assess socioeconomic confounding we adjusted risk estimates for marital status, education, and occupational class at baseline (interview). We also adjusted for smoking and alcohol consumption.

Intermediate outcomes—namely, adult body mass index, adult height, skinfold thickness measured at the arm, diastolic and systolic blood pressure, and the ratio of low to high density lipoprotein cholesterol—were considered as potential mediators between starvation and later cardiovascular disease. We used biological risk indicators as dichotomised outcome variables in logistic regression models[11] to estimate odds ratios by siege experience. They were also treated as continuous outcome variables in linear regression models to estimate mean differences.

## Results

We analysed intermediate outcomes, measured before the start of the mortality follow up. There was a significant excess risk of high systolic and diastolic blood pressure in men who lived through the siege. Those

who were around the age of puberty (9-15 years) at the peak of starvation (January 1942) were especially prone to high systolic blood pressure (odds ratio 1.56, 95% confidence interval 1.21 to 2.02) with a mean excess of 3.3 mm Hg (Wald test $P = 0.03$). Except for a tendency to have a greater skinfold thickness, all other indicators of cardiovascular risk were remarkably similar for exposed and non-exposed.

During follow up 2048 of the 3905 men died. Cardiovascular disease accounted for 1050 deaths (51%), 662 from ischaemic heart disease and 333 from stroke, 97 of which were haemorrhagic. The excess risk of dying (all causes) for those who experienced the siege was 21% (relative risk 1.21, 1.10 to 1.32). The excess risk of dying from ischaemic heart disease was 28% (1.28, 1.08 to 1.51) (table). Among those aged 9-15 at the peak of starvation this estimate was 1.39 (1.07 to 1.79). The effects of starvation around puberty were stronger still for stroke (1.67, 1.15 to 2.43), including haemorrhagic stroke (1.71, 0.90 to 3.22). For stroke, but not for other mortality, the siege effect was significantly stronger for those who experienced it around puberty than at other ages (Wald test $P = 0.02$).

Adjustment for occupation, education, marital status, smoking, or alcohol consumption had no impact on risk estimates, although all these variables were themselves strongly correlated with mortality. Among those aged 9-15 years adjustment for systolic and diastolic blood pressure changed risk estimates

Systolic and diastolic blood pressure measured at recruitment of cohort in 1975-7, and cardiovascular mortality 1975-99 for restricted sample* by age at siege exposure.

| | | Age at siege (years) | | | | Tests for heterogeneity | |
| | Any age | ≤ 8 | 9-15 | 16-26 | Not in siege (reference) | Likelihood Ratio† P value | Wald‡ P value |
|---|---|---|---|---|---|---|---|
| **Blood pressure§** | | | | | | | |
| Systolic BP ≥160 mm Hg | 1.30 (1.10 to 1.54) | 0.64 (0.33 to 1.25) | 1.56 (1.21 to 2.02) | 1.22 (0.97 to 1.53) | 1.00 | 0.0006 | 0.03 |
| Difference in systolic BP (mm Hg) | 1.88 (0.44 to 3.32) | −2.02 (−5.75 to 1.71) | 3.26 (1.27 to 5.26) | 1.32 (−0.95 to 3.59) | 0.00 | 0.003 | 0.03 |
| Diastolic BP ≥95 mm Hg | 1.18 (1.03 to 1.35) | 0.92 (0.63 to 1.35) | 1.20 (0.99 to 1.45) | 1.23 (0.99 to 1.52) | 1.00 | 0.07 | 0.71 |
| Difference in diastolic BP (mm Hg) | 0.87 (0.07 to 1.67) | −1.35 (−3.41 to 1.32) | 1.33 (0.23 to 2.44) | 0.95 (−0.31 to 2.20) | 0.00 | 0.02 | 0.14 |
| **Cause of death¶** | | | | | | | |
| Ischaemic heart disease: | | | | | | | |
| Model 1 | 1.28 (1.08 to 1.51) | 1.35 (0.76 to 2.38) | 1.39 (1.07 to 1.79) | 1.19 (0.95 to 1.50) | 1.00 | 0.03 | 0.43 |
| Model 2 | 1.24 (1.05 to 1.47) | 1.33 (0.75 to 2.35) | 1.37 (1.06 to 1.77) | 1.14 (0.91 to 1.44) | 1.00 | 0.06 | 0.35 |
| Model 3 | 1.23 (1.04 to 1.46) | 1.38 (0.78 to 2.44) | 1.29 (1.00 to 1.68) | 1.17 (0.93 to 1.47) | 1.00 | 0.11 | 0.68 |
| Model 4 | 1.22 (1.03 to 1.44) | 1.44 (0.81 to 2.55) | 1.25 (0.97 to 1.61) | 1.17 (0.93 to 1.47) | 1.00 | 0.14 | 0.87 |
| Model 5 | 1.19 (1.00 to 1.41) | 1.38 (0.78 to 2.44) | 1.25 (0.97 to 1.62) | 1.13 (0.89 to 1.42) | 1.00 | 0.21 | 0.69 |
| Stroke: | | | | | | | |
| Model 1 | 1.19 (0.93 to 1.51) | 0.55 (0.13 to 2.31) | 1.67 (1.15 to 2.43) | 0.99 (0.72 to 1.35) | 1.00 | 0.03 | 0.02 |
| Model 2 | 1.15 (0.90 to 1.46) | 0.54 (0.13 to 2.27) | 1.65 (1.13 to 2.40) | 0.94 (0.69 to 1.30) | 1.00 | 0.04 | 0.01 |
| Model 3 | 1.13 (0.88 to 1.43) | 0.58 (0.14 to 2.43) | 1.49 (1.02 to 2.17) | 0.96 (0.70 to 1.33) | 1.00 | 0.15 | 0.05 |
| Model 4 | 1.11 (0.87 to 1.81) | 0.57 (0.14 to 2.40) | 1.44 (0.99 to 2.10) | 0.96 (0.70 to 1.32) | 1.00 | 0.20 | 0.06 |
| Model 5 | 1.09 (0.85 to 1.39) | 0.55 (0.13 to 2.30) | 1.48 (1.02 to 2.16) | 0.92 (0.67 to 1.27) | 1.00 | 0.13 | 0.03 |
| Haemorrhagic stroke: | | | | | | | |
| Model 1 | 1.28 (0.82 to 1.98) | 0.94 (0.12 to 7.48) | 1.71 (0.90 to 3.22) | 1.01 (0.55 to 1.87) | 1.00 | 0.44 | 0.22 |
| Model 2 | 1.27 (0.82 to 1.97) | 0.99 (0.12 to 7.94) | 1.69 (0.90 to 3.20) | 1.01 (0.55 to 1.87) | 1.00 | 0.46 | 0.23 |
| Model 3 | 1.18 (0.75 to 1.82) | 0.99 (0.12 to 7.83) | 1.51 (0.80 to 2.86) | 0.96 (0.52 to 1.77) | 1.00 | 0.66 | 0.30 |
| Model 4 | 1.14 (0.73 to 1.77) | 0.94 (0.12 to 7.42) | 1.43 (0.75 to 3.42) | 0.94 (0.51 to 1.75) | 1.00 | 0.74 | 0.34 |
| Model 5 | 1.14 (0.73 to 1.79) | 0.95 (0.12 to 7.56) | 1.44 (0.76 to 2.76) | 0.95 (0.51 to 1.76) | 1.00 | 0.73 | 0.33 |

*Excludes 672 men for whom information on socioeconomic and behavioural variables was missing.
†Likelihood ratio test that outcome was equally likely in each category (≤ 8, 9-15, 16-26, not in siege). Under the null hypothesis the test statistic has $\chi^2$ distribution with 3 df.
‡Wald test that siege effect was same for those aged 9-15 at siege as for those aged ≤ 8 or 16-26. Under the null hypothesis the test statistic has $\chi^2$ distribution with 1 df.
§Probability measures are odds ratios for dichotomous outcomes (estimated with logistic regression models) and mean differences for continuous outcomes (estimated with linear regression models), both with 95% confidence intervals. All estimates adjusted for birth cohort.
¶Relative risks and 95%% confidence intervals as estimated with Poisson regression models; model 1: birth cohort and attained age; model 2: model 1 + occupation, education, marital status, smoking, and alcohol intake; model 3: model 1 + systolic and diastolic blood pressure; model 4: model 1 + all biological risk indicators; model 5: model 1 + all factors from other models.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 19:47:08 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 138 - 2234**



Cardiovascular mortality over time by exposure to Leningrad siege (mortality estimated from Poisson regression model)

downwards from 1.39 to 1.29 for ischaemic heart disease, from 1.67 to 1.49 for stroke, and from 1.71 to 1.51 for haemorrhagic stroke. Addition of other intermediate outcomes rendered small changes.

Throughout the follow up period there was a pattern of higher cardiovascular mortality for those who experienced the siege (figure). This was particularly pronounced in 1987-91, when those who did not experience the siege seemed to have a reduced risk. The period specific relative risk was 1.79, based on the main effect and a highly significant interaction (P = 0.004) effect (1.55, 1.16 to 2.08).

## Discussion

Men who experienced the Leningrad siege have higher systolic and diastolic blood pressure and excess mortality from ischaemic heart disease and stroke. Blood pressure mediated part of the siege effect on mortality, while other biological risk markers (such as body mass index and cholesterol concentrations) did so to a lesser extent. Lifestyle and socioeconomic circumstances did not confound the association between cardiovascular mortality and siege exposure.

Starvation around puberty (ages 9-15) was more strongly associated with high systolic blood pressure and stroke than was starvation at other ages. This casts new light on the effect of severe malnutrition in early life. We used the age limit of 9 years on the basis of work by Marshall and Tanner, who considered "the fat spurt" to be the earliest manifestation, or trigger, of puberty that is visible before age 10.[12]

Literature on anorexia nervosa details several cardiovascular abnormalities in patients, including reduction of ventricular mass, valvular dysfunctions,[13] and electrocardiographic abnormalities.[14] Damage of the myocardial fibres has been documented in obese patients on very low calorie diets.[15] Furthermore, endocrine changes accompany self starvation around puberty.[16] At least two of these changes—increased circulating concentrations of growth hormone and cortisol—profoundly influence regulation of blood pressure. Increased secretion of growth hormone is linked with hypertension.[17][18] Critical stages in the process of regulating blood pressure may therefore occur during puberty,[19][20] and starvation may cause a permanent disruption of blood pressure regulation.

An early study of the siege concluded that the immediate effect of starvation was a lowering of blood pressure. However, overcompensation occurred on refeeding. In people who have to do hard physical work blood pressure may rise as a consequence of refeeding after starvation.[21][22] Limited food supplies reached Leningrad from the spring of 1942 across Lake Ladoga. Keys et al refers to the subsequent "refeeding after starvation" in 1943.[23] A sample of 10 000 healthy people in Leningrad examined in April 1943 showed that the distribution of blood pressure had shifted radically upwards compared with that in 1940. The prevalence of hypertension had increased fourfold among those under age 39 and twofold among those aged ≥40 years. This "Leningrad blockade hypertension epidemic" remains visible in our data over three decades after the blockade.

### Possible biases
We considered several methodological problems to rule out any potential bias.

*Selection*—The death toll during the 1941-4 siege was extreme. Death rates of survivors in 1944-75 may also have been increased. Siege survivors examined in 1975-7 constituted a group of individuals selected for better genetic, constitutional, and social resources for health than other study participants. This selection should bias our estimates of the mortality effects of starvation downwards.

*Narrow exposure contrast*—Food shortage was common all over Russia during the war, especially in areas occupied by the Germans. Livestock and harvests were appropriated for German needs, and not distributing food to the Russian population was part of the German war strategy.[24] Therefore we are comparing boys and men exposed to protracted starvation with those who experienced less severe food shortage, including episodes of starvation, which results in conservative risk estimates.

*Residual confounding*—We assessed potential confounding factors at only one point in time (1975-7). Although all of them were strongly associated with mortality, they had little confounding effect. Residual confounding is therefore likely to be small.

*Differential ascertainment of death*—The researchers who traced the movements of cohort members and collected death certificates did not know the siege status of participants. After the last date of contact we excluded from the study individuals who moved from Leningrad. A bias could occur if this follow up was imperfect and if men who had not experienced the siege were more likely to leave Leningrad for some reason. We found no such evidence.

### Conclusions
On balance, our estimates of risks caused by siege exposure are probably conservative, perhaps very much so. It is difficult to suggest pathways, other than raised blood pressure, by which starvation causes cardiovascular mortality. Other potential mediating factors (for example, endocrine changes[25][26]) were not measured at all, and thus remain hypothetical. The nutritional component of starvation is also entangled with the trauma of the siege.

Work predating the fetal origins hypothesis had a broader focus, which included childhood exposures. Our study indicates that puberty may also be a highly vulnerable period. Starvation in puberty today may have implications for future cardiovascular disease in

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 19:47:08 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 138 - 2235**

Papers

---

**What is already known on this topic**

Impaired growth in utero is linked to raised blood pressure and increased risk of ischaemic heart disease and stroke

Results of previous studies on the effect of severe starvation in utero, infancy, or childhood on cardiovascular outcomes are inconsistent, and few studies have assessed the long term effects of starvation at later ages

Anorexia in young people is thought to affect cardiovascular health

**What this study adds**

Starvation during the Leningrad siege, with its accompanying stress and trauma, resulted in raised systolic and diastolic blood pressure, which was evident even three decades after the event

In a further follow up to 25 years, men who had experienced the siege had increased mortality from ischaemic heart disease and stroke

Puberty may be a highly vulnerable period for the development of later cardiovascular disease

---

many developing countries. War is still a leading cause of starvation and this may have consequences for circulatory disease decades later.

We are grateful to Ilona Koupil for comments on an early draft. We benefited greatly from discussion with participants in three seminars at the Monica-Centre in Novosibirsk, the London School of Hygiene and Tropical Medicine, and the Institute for Contemporary History at Södertörns högskola, University College, Huddinge.

Contributors: See bmj.com

Funding: Swedish Baltic Sea Foundation; Swedish Council for Social Research.

Competing interests: None declared.

Ethical approval: Not required.

1  Leon DA, Lithell HO, Vågerö D, Koupilova I, Mohsen R, Berglund L, et al. Reduced fetal growth rate and increased risk of death from ischaemic heart disease: cohort study of 15 000 Swedish men and women born 1915- 29. *BMJ* 1998;317:241-5.
2  Hyppönen E, Leon DA, Kenward MG, Lithell H. Prenatal growth and risk of occlusive and haemorrhagic stroke in Swedish men and women born 1915-29: historical cohort study. *BMJ* 2001;323:1033-4.
3  Stanner SA, Bulmer K, Andres C, Lantseva OE, Borodina V, Poteen VV, et al. Does malnutrition in utero determine diabetes and coronary heart disease in adulthood? Results from the Leningrad siege study, a cross sectional study. *BMJ* 1997;315:1342-8.
4  Roseboom TJ, van der Meulen JH, Osmond C, Barker DJ, Ravelli AC, Bleker OP. Plasma lipid profiles in adults after prenatal exposure to the Dutch famine. *Am J Clin Nutr* 2000;72:1101-6.
5  Roseboom TJ, van der Meulen JH, Osmond C, Barker DJ, Ravelli AC, Schroeder-Tanka JM, et al. Coronary heart disease after prenatal exposure to the Dutch famine, 1944-45. *Heart* 2000;84:595-8.
6  Bygren LO, Edvinsson S, Brostrom G. Change in food availability during pregnancy: Is it related to adult sudden death from cerebro- and cardio-vascular disease in offspring? *Am J Human Biol* 2000;12:447-53.
7  Kannisto V, Christensen K, Vaupel JW. No increased mortality in later life for cohorts born during famine. *Am J Epidemiol* 1997;145:987-94.
8  Pavlov D. *Leningrad 1941: the blockade.* Chicago: University of Chicago Press, 1965.
9  Abernathy JR, Thorn MD, Ekelund LG, Holme I, Stinnett SS, Shestov DB, et al. Correlates of systolic and diastolic blood pressure in men 40 to 59 years of age sampled from United States of America and Union of Soviet Socialist Republics Lipid Research Clinics populations. *Am J Cardiol* 1988;61:1071-5.
10  Stein Z, Susser M, Saengler G, Marolla F. *Famine and human development. The Dutch hunger winter of 1944-1945.* London: Oxford University Press, 1975.
11  Agresti A. *Categorical data analysis.* New York: John Wiley, 1990.
12  Marshall W, Tanner J. Puberty. In: Falkner F, Tanner JM, editors. *Human Growth. A comprehensive treatise. Part 2. Postnatal growth neurobiology.* New York: Plenum Press, 1986:171-209.
13  De Simone G, Scalfi L, Galderisi M, Celentano A, Di Biase G, Tammaro P, et al. Cardiac abnormalities in young women with anorexia nervosa. *Br Heart J* 1994;71:287-92.
14  Swenne I. Heart risk associated with weight loss in anorexia nervosa and eating disorders: electrocardiographic changes during the early phase of refeeding. *Acta Paediatr* 2000;89:447-52.
15  Garnett ES, Barnard DL, Ford J, Goodbody RA, Woodhouse MA. Gross fragmentation of cardiac myofibrils after therapeutic starvation for obes-ity. *Lancet* 1969;i:914-6.
16  Støving RK, Hangaard J, Hansen-Nord M, Hagen C. A review of endocrine changes in anorexia nervosa. *J Psychiatr Res* 1999;33:139-52.
17  Holdaway IM, Rajasoorya C. Epidemiology of acromegaly. *Pituitary* 1999;2:29-41.
18  Bohlooly YM, Carlson L, Olsson B, Gustafsson H, Andersson IJ, Tornell J, et al. Vascular function and blood pressure in GH transgenic mice. *Endocrinology* 2001;142:3317-23.
19  Nelson MJ, Ragland DR, Syme SL. Longitudinal prediction of adult blood pressure from juvenile blood pressure levels. *Am J Epidemiol* 1992;136:633-45.
20  Zicha J, Kunes J. Ontogenetic aspects of hypertension development: analysis in the rat. *Physiol Rev* 1999;79:1227-82.
21  Kreipe RE, Harris JP. Myocardial impairment resulting from eating disor-ders. *Pediatr Ann* 1992;21:760-8.
22  Brozek J, Chapman C, Keys A. Drastic food restriction: effect on cardio-vascular dynamics in normotensive and hypertensive conditions. *J Am Med Assoc* 1948:1569-74.
23  Keys A, Brozek J, Henschel A, Mickelsen O, Taylor HL. *The biology of human starvation.* Minneapolis: University of Minnesota Press, 1950.
24  Beevor A. *Stalingrad.* London: Viking, 1998.
25  Melamed S, Ugarten U, Shirom A, Kahana L, Lerman Y, Froom P. Chronic burnout, somatic arousal and elevated salivary cortisol levels. *J Psychosom Res* 1999;46:591-8.
26  Rosmond R, Bjorntorp P. The hypothalamic-pituitary-adrenal axis activ-ity as a predictor of cardiovascular disease, type 2 diabetes and stroke. *J Intern Med* 2000;247:188-97.

(Accepted 14 October 2003)

doi 10.1136/bmj.37942.603970.9A

---

*One hundred years ago*

## Gardening for women

Gardening must be looked upon, by those interested in the national physique, as a healthy and invigorating occupation for women. The Ladies' Branch of the Practical Gardening School of the Royal Botanic Society is interesting, inasmuch as most of the pupils trained there are School Board scholars, who have obtained scholarships from the London School Board, and who intend to adopt gardening as a profession. The pupils are nominated by the Technical Education Board of the London County Council. Among its Fellows the Society numbers many members of the medical profession, and Lord Lister is a member of its Council. It is satisfactory to feel that the gardening branch is of such definite use in opening up a healthy invigorating and interesting employment for women. The advantage to girls who attend this particular training school is that the Botanical Gardens in Regent's Park are usually within easy reach of their houses, and they can attend classes without living away from home. The students, under the superintendence of Mrs. Sowerby, are allowed to work in a particular portion of the grounds and also learn practical hothouse work in the conservatories. The longest course is three years. The first-year students are taught ground operations, flower and vegetable gardening, and everything connected with the operations. During the second year the subjects taught are outdoor work, indoor work, and theoretical work. The third year is devoted to pruning, mowing, care of conservatory, plant houses, frames and pits, etc., and to theoretical work, such as keeping accounts, elementary meteorology, landscape gardening, sprays and washes for insect pests, and to classes and laboratory work in botany and horticultural chemistry....

Students readily find situations, and it is interesting to note how many people now employ lady gardeners in preference to men. (*BMJ* 1904;i:94)

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 19:47:08 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 138 - 2236**

# EXHIBIT

# 139

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/8487300

# Epigenetic Programming by Maternal Behavior

**Article**  *in*  Nature Neuroscience · September 2004

DOI: 10.1038/nn1276 · Source: PubMed

CITATIONS
5,420

READS
9,898

**9 authors**, including:



Ian C G Weaver
Dalhousie University
64 PUBLICATIONS   11,506 CITATIONS

SEE PROFILE

Nadia Cervoni
McGill University
10 PUBLICATIONS   7,102 CITATIONS

SEE PROFILE

Ana D'Alessio
Astellas Pharmaceutical
21 PUBLICATIONS   14,289 CITATIONS

SEE PROFILE

Jonathan Seckl
The University of Edinburgh
705 PUBLICATIONS   60,893 CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Project    CHROMATIN DYNAMICS & IMMUNO-METABOLISM IN CANCER STEM CELLS AND THERAPY RESISTANCE View project

Project    Maintenance of trophoblast lineages in placental development View project

All content following this page was uploaded by Ian C G Weaver on 04 June 2014.

The user has requested enhancement of the downloaded file.

**Exhibit 139 - 2237**

**nature neuroscience**

© 2004 Nature Publishing Group  http://www.nature.com/natureneuroscience

# Epigenetic programming by maternal behavior

Ian C G Weaver[1,2], Nadia Cervoni[3], Frances A Champagne[1,2], Ana C D'Alessio[3], Shakti Sharma[1], Jonathan R Seckl[4], Sergiy Dymov[3], Moshe Szyf[2,3] & Michael J Meaney[1,2]

Here we report that increased pup licking and grooming (LG) and arched-back nursing (ABN) by rat mothers altered the offspring epigenome at a glucocorticoid receptor (GR) gene promoter in the hippocampus. Offspring of mothers that showed high levels of LG and ABN were found to have differences in DNA methylation, as compared to offspring of 'low-LG-ABN' mothers. These differences emerged over the first week of life, were reversed with cross-fostering, persisted into adulthood and were associated with altered histone acetylation and transcription factor (NGFI-A) binding to the GR promoter. Central infusion of a histone deacetylase inhibitor removed the group differences in histone acetylation, DNA methylation, NGFI-A binding, GR expression and hypothalamic-pituitary-adrenal (HPA) responses to stress, suggesting a causal relation among epigenomic state, GR expression and the maternal effect on stress responses in the offspring. Thus we show that an epigenomic state of a gene can be established through behavioral programming, and it is potentially reversible.

Through undefined epigenetic processes, maternal effects influence the development of defensive responses to threat in organisms ranging from plants to mammals[1,2]. In the rat, such effects are mediated by variations in maternal behavior, which serve as the basis for the transmission of individual differences in stress responses from mother to offspring[3–5]. Mother-pup contact in the rat primarily occurs within the context of a nest-bout, which begins when the mother approaches the litter, licks and grooms her pups, and nurses while occasionally licking and grooming the pups[6]. There are stable individual differences in two forms of maternal behavior—LG and ABN—over the first week of lactation[6–10]. Such naturally occurring variations in maternal behavior are associated with the development of individual differences in behavioral and HPA responses to stress in the offspring. As adults, the offspring of 'high-LG-ABN' mothers are less fearful and show more modest HPA responses to stress than the offspring of 'low-LG-ABN' mothers[6–9]. Cross-fostering studies show that the biological offspring of low-LG-ABN mothers reared by high-LG-ABN dams resemble the normal offspring of high-LG-ABN mothers (and vice versa[9]). These findings suggest that variations in maternal behavior serve as a mechanism for the nongenomic transmission of individual differences in stress reactivity across generations[4,5,9]. The critical question concerns the mechanisms whereby these maternal effects, or other forms of environmental 'programming', are sustained over the lifespan of the animal.

Maternal behavior in the rat permanently alters the development of HPA responses to stress through tissue-specific effects on gene expression. The magnitude of the HPA response to acute stress is a function of hypothalamic corticotropin-releasing factor (CRF) release, which activates the pituitary-adrenal system. There are also modulatory influences, such as glucocorticoid negative feedback that inhibits CRF synthesis and release, thus dampening HPA responses to stress[11]. The adult offspring of high- compared with low-LG-ABN mothers show increased hippocampal GR expression and enhanced glucocorticoid feedback sensitivity[7,9]. Predictably, adult offspring of high-LG-ABN mothers show decreased hypothalamic CRF expression and more modest HPA responses to stress[7]. Eliminating the difference in hippocampal GR levels abolishes the effects of early experience on HPA responses to stress in adulthood[12], suggesting that the difference in hippocampal GR expression serves as a mechanism for the effect of early experience on the development of individual differences in HPA responses to stress[5].

*In vivo* and *in vitro* studies suggest that maternal LG and ABN increase GR gene expression in the offspring through increased serotonin (5-HT) activity at 5-HT$_7$ receptors, and the subsequent activation of cAMP and cAMP-dependent protein kinase activity[13–15]. Both the *in vitro* effect of 5-HT and the *in vivo* effect of maternal behavior on GR gene expression are accompanied by an increased hippocampal expression of nerve growth factor-inducible protein A (NGFI-A, a transcription factor also known as egr-1, krox-24, zenk and zif-268). The non-coding exon 1 region of the hippocampal GR includes a promoter region, exon 1$_7$, containing a binding site for NGFI-A[16] (**Fig. 1a**). Splice variants of the GR mRNA containing the exon 1$_7$ sequence are found predominantly in the brain, and the expression of GR mRNAs containing the exon 1$_7$ sequence is increased in the offspring of high-LG-ABN mothers or following manipulations that increase maternal licking and grooming[16] (Weaver, I.C.G. *et al.*, *Soc. Neurosci. Abstr.* 697.15, 2001), suggesting that the use of this promoter is enhanced as a function of maternal care. Although these findings might explain the increased GR expression in the neonate, we are left with the question of how the effect of maternal care might persist into

---

[1]Douglas Hospital Research Center, 6875 LaSalle Blvd., Montréal, Québec H4H 1R3, Canada. [2]McGill Program for the Study of Behaviour, Genes and Environment and [3]Department of Pharmacology and Therapeutics, McGill University, 3655 Sir William Osler Promenade, Montréal, Québec H3G 1Y6, Canada. [4]Molecular Medicine Centre, Edinburgh University, Western General Hospital, Edinburgh EH4 2XU, UK. Correspondence should be addressed to M.J.M. (michael.meaney@mcgill.ca) or M.S. (moshe.szyf@mcgill.ca).

Published online 27 June 2004; corrected 27 July 2004 (details online); doi:10.1038/nn1276

**Exhibit 139 - 2238**

# ARTICLES



**Figure 1** Maternal care alters cytosine methylation of GR promoter. (**a**) Sequence map of the exon $1_7$ GR promoter including the 17 CpG dinucleotides (bold) and the NGFI-A binding region[16] (encircled). (**b,c**) Methylation analysis of the 17 CpG dinucleotides of the exon $1_7$ GR promoter region from adult high- and low-LG-ABN offspring (6–10 clones sequenced/animal; $n = 4$ animals/group; $*P < 0.01$). (**b**) Percentage of cytosine residues that were methylated (mean $\pm$ s.e.m.) for the first 15 CpG dinucleotides ($*P < 0.05$). (**c**) Percentage of methylated cytosines (mean $\pm$ s.e.m.) for the 5′ (site 16) and 3′ (site 17) CpG dinucleotides within the NGFI-A binding sequence ($*P < 0.0001$). (**d**) The effect of cross-fostering the offspring of high- and low-LG-ABN mothers on cytosine methylation of the 5′ and 3′ CpG dinucleotides within the NGFI-A binding sequence of the exon $1_7$ GR promoter gene in adult hippocampi ($n = 5$ animals/group). L-L: animals born to and reared by low-LG-ABN mothers; H-H: animals born to and reared by high-LG-ABN mothers; H-L: animals born to high-LG-ABN mothers and reared by low-LG-ABN mothers; L-H: animals born to low-LG-ABN mothers and reared by high-LG-ABN mothers. (**e**) Percentage of cytosine methylation (mean $\pm$ s.e.m.) of the 5′ and 3′ CpG dinucleotides within the NGFI-A binding region of the exon $1_7$ GR promoter gene in the offspring of high- or low-LG-ABN mothers ($n = 5$ animals/group; $P < 0.001$) as a function of age. There were no differences at any postnatal age in level of cytosine methylation of the 3′ CpG (site 17).

© 2004 Nature Publishing Group  http://www.nature.com/natureneuroscience

adulthood. Gene expression is controlled by the epigenome, which is comprised of chromatin structure[17] and DNA methylation[18]. We tested the hypothesis that maternal care alters DNA methylation of the GR exon $1_7$ promoter, and that these changes are stably maintained into adulthood and associated with differences in GR expression and HPA responses to stress.

## RESULTS

### Maternal care and methylation of exon $1_7$ promoter

DNA methylation is a stable, epigenomic mark at CpG dinucleotides often associated with stable variations in gene transcription[18–20]. Two kinds of changes in DNA methylation are known to affect gene expression: regional, non-site specific DNA methylation around a promoter[19] and site-specific methylation. Hypomethylation of CpG dinucleotides of regulatory regions of genes is associated with active chromatin structure and transcriptional activity[18,20]. Thus, the methylation pattern is a stable signature of the epigenomic status of a regulatory sequence. We focused on the methylation state of the exon $1_7$ GR promoter, which is activated in the hippocampus in offspring of high-LG-ABN mothers.

To determine whether DNA methylation of specific target sites on the GR promoter change in response to maternal care, we mapped differences in the methylation status of individual cytosines within the CpG dinucleotides of the exon $1_7$ promoter from hippocampal tissue from the adult offspring of high- and low-LG-ABN mothers. We used sodium bisulfite mapping[21,22], with a particular interest in the region around the NGFI-A consensus sequence (**Fig. 1a**). The results showed significant differences in the methylation of specific

sites of the exon $1_7$ GR promoter sequence (**Fig. 1b,c**). A two-way ANOVA revealed a highly significant effect of Group ($F = 55.9$, $P < 0.0001$) and Region ($F = 27.7$, $P < 0.0001$), as well as a significant Group $\times$ Region interaction effect ($F = 27.7$, $P < 0.0001$). Importantly, the cytosine residue within the 5′ CpG dinucleotide (site 16) of the NGFI-A consensus sequence (**Fig. 1c**) is always methylated in the offspring of low-LG-ABN mothers, and rarely methylated in the offspring of high-LG-ABN dams. In contrast, the 3′ CpG dinucleotide (site 17) remains methylated, regardless of differences in maternal care. Dissected hippocampi inevitably contain glial cells as well as neurons. Considering the pronounced effect of maternal care on the methylation status of the 5′ CpG dinucleotide of the NGFI-A response element (>90%), the effect of maternal care must include neuronal as well as glial cells; both populations express GR[23,24] and NGFI-A[25] genes.

### Cross-fostering reveals epigenetic marking by maternal behavior

Our findings suggest that specific sites within the exon $1_7$ GR promoter are differentially methylated as a function of maternal behavior, but these findings are merely correlational. To directly examine the relation between maternal behavior and DNA methylation within the exon $1_7$ promoter, we performed an adoption study in which the biological offspring of high- or low-LG-ABN mothers were cross-fostered to either high- or low-LG-ABN dams within 12 h of birth[9]. Cross-fostering produced a pattern of exon $1_7$ promoter methylation that was associated with the rearing mother ($F = 4.8$, $P < 0.05$; **Fig. 1d**) and thus reversed the difference in methylation at specific cytosines, notably at the 5′ CpG dinucleotide (site 16) of the

Exhibit 139 - 2239



© 2004 Nature Publishing Group    http://www.nature.com/natureneuroscience

**Figure 2** Chromatin immunoprecipitation analysis of the association between histone H3-K9 acetylation and NGFI-A binding to the exon $1_7$ GR sequence in hippocampal tissue from adult offspring of high- and low-LG-ABN mothers ($n = 4$ animals/group). (**a,b**) Lanes were loaded with non-immunoprecipitated input (I), acetylated histone H3-K9 (top) or NGFI-A (middle) primary antibody immunoprecipitated (A), or non-immune IgG antibody immuno-precipitated (N) hippocampal extracts. (**a**) Representative Southern blot of the amplified exon $1_7$ region from acetyl-histone H3-K9 immunoprecipitated hippocampal tissue (194 bp band) and β-actin (171 bp band) control. (**b**) Representative Southern blot of the amplified exon $1_7$ region of the GR from NGFI-A immunoprecipitated hippocampal tissue (194 bp band). DNA loading was controlled using primers specific for the ubiquitously expressed β-actin promoter-α region. Exon 1b estrogen receptor-α promoter region, which does not contain NGFI-A recognition elements (493 bp), amplified from the same NGFI-A immunoprecipitated hippocampal tissue was run as a control for specificity and showed no signal. (**c**) Relative optical density (ROD; mean ± s.e.m.) of exon $1_7$ sequence amplified from acetyl-histone H3-K9 or NGFI-A immunoprecipitated hippocampal tissue of adult high- and low-LG-ABN offspring ($n = 4$ animals/group; *$P < 0.001$; **$P < 0.0001$).

to examine the methylation status of the cytosines within the exon $1_7$ GR promoter during development (**Fig. 1e**). Statistical analysis of the data for the 5′ CpG (site 16) revealed a highly significant effect of Group ($F = 66.7$, $P < 0.0001$) and Age ($F = 21.1$, $P < 0.0001$) as well as a significant interaction effect ($F = 13.7$, $P < 0.0001$). Tukey *post-hoc* analysis revealed that the Group effect on methylation status of the 5′ CpG (site 16) was significant at P6, P21 and P90 ($P < 0.001$), but not at E20 or P1. Just before birth (embryonic day 20; E20) the entire region was unmethylated in both groups. Strikingly, one day after birth (postnatal day 1; P1) the exon $1_7$ GR promoter was *de novo* methylated in both groups. The 5′ and 3′ CpG sites of the exon $1_7$ GR NGFI-A response element in the offspring of both high- and low-LG-ABN mothers, which exhibit differential methylation later in life, were *de novo* methylated to the same extent. These data show that

NGFI-A consensus sequence (**Fig. 1d**, left panel). Thus, in the low-LG-ABN offspring that were fostered to high-LG-ABN dams, methylation of this 5′ site within the exon $1_7$ promoter was indistinguishable from that of the biological offspring of high-LG-ABN mothers. Likewise, the methylation of the same 5′ CpG dinucleotide in the biological offspring of high-LG-ABN mothers reared by low-LG-ABN dams was comparable to that of low-LG-ABN offspring. There was no effect of cross-fostering at the cytosine within the 3′ CpG dinucleotide (site 17; **Fig. 1d**).

These findings suggest that variations in maternal care directly alter the methylation status of the exon $1_7$ promoter of the GR gene. Thus we have demonstrated that a DNA methylation pattern can be established through a behavioral mode of programming without germ line transmission. In parental imprinting, a well-established paradigm of inheritance of an epigenomic mark, the paternally and maternally inherited alleles are differentially methylated. These methylation patterns are defined during maturation of spermatocytes and oocytes, and are transmitted to the offspring through the germ line[26].

### Timing of the maternal effect on DNA methylation

The maternal care of high- and low-LG-ABN mothers differs only during the first week of life[7,8]. Thus, we wondered whether this period corresponds to the timing for the appearance of the difference in DNA methylation in the offspring. We used sodium bisulfite mapping



**Figure 3** HDAC inhibitior (TSA) eliminates maternal effect on histone acetylation and NGFI-A binding. (**a**) Chromatin immunoprecipitation analysis of the association between histone H3-K9 acetylation and NGFI-A binding to the exon $1_7$ GR promoter sequence in hippocampal tissue from vehicle- and TSA-treated (100 ng/ml) adult offspring of high- and low-LG-ABN mothers ($n = 4$ animals/group; lane labels as described in **Fig. 2**). (**b**) Relative optical density (ROD; mean ± s.e.m.) of exon $1_7$ sequence amplified from acetyl-histone H3-K9 or NGFI-A immunoprecipitated hippocampal tissue (*$P < 0.05$; **$P < 0.01$).

**Exhibit 139 – 2240**

# ARTICLES





**Figure 4** TSA effects on cytosine methylation. (**a,b**) Methylation analysis of the 17 CpG dinucleotides of the exon $1_7$ GR promoter in hippocampi of vehicle- and TSA-treated (100 ng/ml) adult offspring of high- and low-LG-ABN mothers ($n = 5$ animals/group). (**a**) Percentage of cytosine residues that were methylated (mean ± s.e.m.) for the first 15 CpG dinucleotides (*$P < 0.05$). (**b**) Percentage of methylated cytosines for the 5′ (site 16) and 3′ (site 17) CpG dinucleotides within the NGFI-A binding region (*$P < 0.001$; **$P < 0.003$).

© 2004 Nature Publishing Group  http://www.nature.com/natureneuroscience

both the basal state of methylation and the first wave of *de novo* methylation after birth occur similarly in both groups. Whereas it is generally accepted that DNA methylation patterns are formed prenatally and that *de novo* methylation occurs early in development, there is at least one documented example of postnatal *de novo* methylation of the *Hoxa5* and *Hoxb5* genes[27]. Because similar analyses are not documented for other genes, it remains unknown whether changes in methylation are common around birth or whether they are unique to this GR promoter.

The differences in the methylation status of the exon $1_7$ GR promoter between the two groups developed between P1 and P6, the period when differences in the maternal behavior of high- and low-LG-ABN dams are apparent[5,8]. By P6, the NGFI-A response element 5′ CpG dinucleotide (site 16) was effectively 'demethylated' in the high-, but not in the low-LG-ABN group. The group difference in CpG dinucleotide methylation remains consistent through to adulthood (P90; **Fig. 1e**). These findings, together with those of the cross-fostering study, suggest that the group difference in DNA methylation occurs as a function of a maternal behavior over the first week of life. The results of earlier studies indicate that the first week of postnatal life is a 'critical period' for the effects of early experience on hippocampal GR expression[28].

## Maternal effects on chromatin structure and NGFI-A binding

The next question concerns the functional importance of such differences in methylation. DNA methylation is associated with changes in chromatin activity states[18]. Chromatin gates the accessibility of promoters to transcription factors[17]. Histone acetylation

at the lysine-9 (K9) residue of H3 and H4 histones is a well-established marker of active chromatin[17,29]. Acetylation of the histone tails neutralizes the positively charged histones, which disrupts histone binding to negatively charged DNA and thus promotes transcription factor binding. We tested the hypothesis that the maternal effect on DNA methylation results in (i) increased histone acetylation at the K9 residue of the H3 histone(s) associated with the exon $1_7$ GR promoter and (ii) increased interaction between NGFI-A and the promoter sequence. We performed a chromatin immunoprecipitation (ChIP) analysis of histone H3-K9 acetylation and NGFI-A protein binding to the exon $1_7$ GR promoter in the native chromatin environment *in vivo*. Intact hippocampi from adult offspring of high- and low-LG-ABN mothers were crosslinked *in vivo* by paraformaldehyde perfusion. We then selectively immunoprecipitated protein-DNA complexes with either an acetylated H3-K9 histone primary antibody or an NGFI-A primary antibody. The protein-DNA complexes were uncrosslinked, and the precipitated genomic DNA was subjected to PCR amplification with primers specific for the exon $1_7$ GR promoter sequence. There were significant Group effects for the association of both histone H3-K9 acetylation ($t = 2.1$, *$P < 0.001$) and NGFI-A ($t = 3.1$, **$P < 0.0001$) with the exon $1_7$ GR promoter sequence. These results indicated significantly greater histone H3-K9 acetylation association and threefold greater binding of NGFI-A protein to the hippocampal exon $1_7$ GR promoter in the adult offspring of high- compared with low-LG-ABN mothers (**Fig. 2**). Thus, maternal programming of the exon $1_7$ GR promoter involves DNA methylation, histone H3-K9 acetylation and alterations in NGFI-A binding.

## Reversal of maternally mediated epigenetic marking

These findings suggest that maternal care influences hippocampal GR expression, and thus HPA function in the offspring, through epigenetic alterations that regulate NGFI-A binding to the exon $1_7$ promoter. A critical question is whether the impact of early experience is reversible and whether epigenetic programming is modifiable in adult, post-mitotic tissues? The generally accepted model is that the DNA methylation pattern is an irreversible reaction in adult post-mitotic cells. However, recent data from *in vitro* experiments suggests that in certain instances it is possible to induce replication-independent demethylation of ectopically methylated genes by increasing histone acetylation using the histone deacetylase (HDAC) inhibitor trichostatin A (TSA)[29,30]. Cytosine methylation attracts methylated DNA binding proteins and HDACs that prevent histone acetylation and thus transcription factor binding[29,30]. Activation of chromatin through HDAC inhibition might trigger DNA demethylation by increasing the accessibility of DNA to demethylase activity[30]. We tested the hypothesis that inhibition of HDACs with TSA would result in increased K9 acetylation of H3-histones associated with the exon $1_7$ GR promoter, DNA demethylation, NGFI-A binding and reversal of maternal programming of stress responses in the adult offspring of low-LG-ABN mothers.

We first used ChIP analysis to determine whether histone H3-K9 acetylation and NGFI-A protein binding to the exon $1_7$ GR promoter is altered in the offspring of high- and low-LG-ABN mothers through intracerebroventricular (i.c.v.) infusion of the adult offspring with TSA (100 ng/ml) or vehicle. Statistical analysis revealed a significant Group × Treatment interaction effect for both the histone H3-K9 acetylation ($F = 4.93$, $P < 0.05$) and NGFI-A ($F = 8.97$, $P = 0.01$). *Post-hoc* analysis showed that for both assays, vehicle-treated offspring of low-LG-ABN mothers showed significantly (*$P < 0.01$) less association than any other group. These results indicate greater histone H3-K9 acetylation association and more bind-

Exhibit 139 – 2241

© 2004 Nature Publishing Group  http://www.nature.com/natureneuroscience

ing (>3 fold) of NGFI-A protein to the hippocampal exon $1_7$ GR promoter in the adult offspring of TSA-treated low-LG-ABN mothers compared with the vehicle-treated offspring of low-LG-ABN mothers (**Fig. 3**); there were no significant differences between TSA-treated offspring of low-LG-ABN mothers and either TSA- or vehicle-treated offspring of high-LG-ABN dams. As expected, TSA treatment did not change histone H3-K9 acetylation or NGFI-A binding in the adult offspring of high-LG-ABN mothers, because the GR exon $1_7$ promoter region in the offspring of high-LG-ABN mothers is normally associated with acetylated histones and highly bound with NGFI-A.

To determine whether TSA treatment reverses the maternal effect on methylation within specific CpG dinucleotides on the exon $1_7$ GR promoter, we mapped the differences in methylation using the sodium bisulfite technique, focusing on the NGFI-A consensus sequence within the exon $1_7$ region (**Fig. 1a**). Statistical analysis of the data across all 17 sites revealed a significant effect of Group ($F = 93.2$, $P < 0.0001$), Treatment ($F = 52.8$, $P < 0.0001$) and Region ($F = 30.4$, $P < 0.0001$), as well as a significant Group × Treatment × Region interaction ($F = 2.1$, $P = 0.01$), Group × Treatment interaction ($F = 19.9$, $P < 0.0001$), Group × Region interaction ($F = 4.1$, $P < 0.0001$) and Treatment × Region interaction ($F = 2.8$, $P < 0.0001$). The results again revealed significant differences in the methylation of a number of regions of the exon $1_7$ GR promoter sequence (**Fig. 4**) with significant differences within the 5′ CpG (site 16) and 3′ CpG (site 17) dinucleotides of the NGFI-A consensus sequence (**Fig. 4b**). Statistical analysis of the data from these two sites revealed a highly significant effect of Group ($F = 43.8$, $P < 0.0001$), Treatment ($F = 65.3$, $P < 0.0001$) and Region ($F = 113.3$, $P < 0.0001$), as well as a significant Group × Treatment interaction ($F = 16.0$, $P < 0.0001$), Group × Region interaction ($F = 37.8$, $P < 0.0001$) and Treatment × Region interaction ($F = 4.5$, $P = 0.04$). *Post-hoc* analysis revealed that TSA treatment significantly decreased the degree of cytosine methylation within the 5′ (site 16) CpG dinucleotide of the NGFI-A binding region of the exon $1_7$ GR promoter in the offspring of low-LG-ABN mothers in comparison to vehicle-treated low-LG-ABN mothers (*$P < 0.001$).

TSA treatment produced 'demethylation' of the 5′ CpG (site 16) and 3′ CpG (site 17) dinucleotides in the offspring of low-LG-ABN mothers, and hypomethylation of the 3′ CpG (site 17) dinucleotide in the offspring of high-LG-ABN mothers (**Fig. 4b**). These findings suggest that TSA treatment can reverse the hypermethylated status of the exon $1_7$ GR promoter in the offspring of low-LG-ABN mothers. TSA treatment resulted in a more extensive change in DNA methylation than maternal care *per se*, since the 3′ CpG (site 17) dinucleotide, which is unaffected by maternal behavior, is partially 'demethylated' in response to TSA treatment in both cohorts (**Fig. 4b**). Also, as in the original study (**Fig. 1b**), maternal care altered the methylation status of other CpG dinucleotides in the exon $1_7$ sequence; in the case of sites 1, 2, 5, 12, 14 and 15, these effects were similarly reversed with central TSA infusion. The significance of these sites for transcription factor binding is currently unknown and thus a focus of ongoing studies. Thus, stable DNA methylation marking by maternal behavior is reversible in the adult offspring hippocampus by pharmacological modulation of chromatin structure. While TSA altered the methylation of the both the 5′ and 3′ CpG sites within the NGFI-A response element, the former appears to be critical for the effect on NGFI-A binding to the exon $1_7$ promoter. In a previous *in vitro* study using electrophilic mobility shift assays (EMSA) with purified recombinant NGFI-A protein[31] and differentially methylated oligonucleotide sequences containing the



**Figure 5** TSA eliminates the maternal effect on hippocampal GR expression and HPA responses to stress. (**a**) Top: a representative western blot showing absolute levels of electrophoresed hippocampal GR immunoreactivity (IR) from vehicle- and TSA (100 ng/ml)-treated adult offspring of high- or low-LG-ABN mothers. Molecular weight markers (SeeBlue, Santa Cruz Biotech) correspond to a single major band at 92 kDa. The middle panel shows the membrane reprobed for α-tubulin IR, illustrating absolute levels of electrophoresed hippocampal protein bound to the transfer membrane. Molecular weight markers correspond to a single major band at ~60 kDa and the intensity of the signal was similar in all lanes. The lower panel shows quantitative densitometric analysis (relative optical density, ROD) of GR IR levels from samples ($n = 5$ animals/group; *$P < 0.001$). (**b**) Plasma corticosterone responses[7] (mean ± s.e.m.) to a 20-min period of restraint stress (solid bar) in vehicle- and TSA (100 ng/ml)-treated adult offspring of high- or low-LG-ABN mothers ($n = 10$ animals/group; *$P < 0.01$).

NGFI-A response element, we found that methylation of the cytosine within the 5′ CpG dinucleotide (site 16) completely eliminated the binding of NGFI-A, whereas methylation of the cytosine within the 3′ CpG dinucleotide (site 17) only slightly reduced NGFI-A protein binding (I.C.G.W., M.S. & M.J.M., unpublished data).

### Reversal of maternal effect on GR expression

GR gene expression in the hippocampus is increased in the adult offspring of high- compared with low-LG-ABN mothers[7,9]. We suggest that such differences are mediated by the differential methylation of the 5′ CpG dinucleotide (site 16) of the NGFI-A consensus sequence in the exon $1_7$ GR promoter and the subsequent alteration of histone acetylation and NGFI-A binding to the exon $1_7$ sequence. If the differential epigenetic marking regulates the expression of the exon $1_7$ GR promoter in high- versus low-LG offspring, then reversal of the epigenetic marking should be accom-

Exhibit 139 - 2242

© 2004 Nature Publishing Group   http://www.nature.com/natureneuroscience

## ARTICLES

panied by an increase in hippocampal GR expression. This hypothesis is supported by the results (**Fig. 5a**) showing that hippocampal GR expression was significantly increased in TSA-treated offspring of low-LG-ABN mothers to levels that were comparable to those of either the vehicle- or TSA-treated offspring of high-LG-ABN mothers. ANOVA revealed highly significant main effects of Group ($F = 7.4$, $P = 0.01$) and Dose ($F = 24.8$, $P < 0.0001$), as well as a significant Group × Dose interaction effect ($F = 3.1$, $P = 0.048$). *Post-hoc* analysis indicated that 100 ng/ml TSA treatment significantly increases hippocampal GR expression in the offspring of low-LG-ABN mothers (vehicle-treated low-LG-ABN vs. 100 ng/ml TSA-treated low-LG-ABN, *$P < 0.001$), such that there is no longer a significant difference in hippocampal GR expression between the offspring of low- or high-LG-ABN mothers (100 ng/ml TSA treated low-LG-ABN vs. 100 ng/ml TSA treated high-LG-ABN, $P > 0.90$). Although TSA treatment significantly induced GR expression in low-LG-ABN adult offspring, global abundance of protein in the hippocampus was not apparently increased, as indicated by the equal α-tubulin immunoreactivity (**Fig. 5a**). In comparing the vehicle-treated groups, note that the effect of maternal care on GR gene expression[7,9] is subtler than the more pronounced effect on the methylation status of the 5′ CpG dinucleotide (site 16) within the exon $1_7$ promoter (**Fig. 4b**). However, in previous studies[16] we found evidence for multiple promoters regulating hippocampal GR expression suggesting that exon $1_7$ is but one of the regulatory sequences determining GR expression within the hippocampus.

### Reversal of maternal effect on HPA responses to stress

As adults, the offspring of high-LG-ABN mothers show more modest HPA responses to stress than the offspring of low-LG-ABN mothers[7]. The effect of maternal care on HPA responses to stress seems to be, in part, associated with differences in hippocampal GR levels and glucocorticoid negative feedback sensitivity[7]. Given that TSA treatment reversed the group difference in hippocampal GR expression, we examined the adrenocortical responses to stress in a separate cohort of vehicle- and TSA-treated animals. Central infusion of TSA completely eliminated the maternal effect on HPA responses to acute stress (**Fig. 5b**). Statistical analysis of the plasma corticosterone data revealed significant effects of Group ($F = 4.3$, $P = 0.048$), Treatment ($F = 4.3$, $P = 0.046$) and Time ($F = 27.3$, $P < 0.0001$), as well as a significant Group × Treatment interaction effect ($F = 7.7$, $P = 0.009$). *Post-hoc* analysis revealed that TSA treatment significantly decreased basal plasma corticosterone in the offspring of low-LG-ABN mothers to levels comparable to those of high-LG-ABN animals. Thus, plasma corticosterone responses to restraint stress in the vehicle-treated adult offspring of low-LG-ABN mothers were significantly ($P < 0.01$) greater than those of TSA- and vehicle-treated adult offspring of high-LG-ABN mothers or TSA-treated offspring of Low-LG-ABN mothers. The HPA response to stress in the offspring of high-LG-ABN mothers was unaffected by TSA treatment.

In summary, central infusion of the HDAC inhibitor TSA enhanced histone H3-K9 acetylation of the exon $1_7$ GR promoter in the offspring of the low-LG-ABN mothers, increased NGFI-A binding to its cognate sequence, induced hypomethylation of CpG dinucleotide sequences in the promoter and eliminated the maternal effect on hippocampal GR expression and the HPA response to stress.

These findings are consistent with idea that the maternal effect on GR expression and HPA responses to stress is mediated by alterations in chromatin structure. We propose that the reduced binding of NGFI-A to its response element on the hypoacetylated and hyperme-thylated exon $1_7$ GR promoter contributes to the attenuation of GR expression in low-LG-ABN adult offspring, whereas increased NGFI-A binding to the hyperacetylated and hypomethylated response element on the exon $1_7$ GR promoter in the offspring of the high-LG-ABN mothers would serve to maintain the differences in gene expression. DNA methylation represents a stable epigenetic mark; therefore, our findings provide an explanation for the enduring effect on mother-infant interactions over the first week of postnatal life on HPA responses to stress in the offspring.

### DISCUSSION

Further studies are required to determine how maternal behavior alters the epigenetic status of the exon $1_7$ GR promoter. In addition, the exact causal relationship between DNA methylation and altered histone acetylation and NGFI-A binding remains to be defined. Nevertheless, our findings provide the first evidence that maternal behavior produces stable alterations of DNA methylation and chromatin structure, providing a mechanism for the long-term effects of maternal care on gene expression in the offspring. These studies offer an opportunity to clearly define the nature of gene-environment interactions during development and how such effects result in the sustained 'environmental programming' of gene expression and function over the lifespan. It is important to note that maternal effects on the expression of defensive responses, such as increased HPA activity, are a common theme in biology[1,2] such that the magnitude of the maternal influence on the development of HPA and behavioral responses to stress in the rat should not be surprising. Maternal effects on defensive responses to threat are apparent in plants, insects and reptiles. Such effects commonly follow from the exposure of the mother to the same or similar forms of threat and may represent examples whereby the experience of the mother is translated through an epigenetic mechanism of inheritance into phenotypic variation in the offspring. Thus, maternal effects could result in the transmission of adaptive responses across generations[1,2,5]. Indeed, among mammals, natural selection may have shaped offspring to respond to subtle variations in parental behavior as a forecast of the environmental conditions they will ultimately face once they become independent of the parent[5]. Epigenetic modifications of targeted regulatory sequences in response to even reasonably subtle variations in environmental conditions might then serve as a major source of epigenetic variation in gene expression and function, and ultimately as a process mediating such maternal effects. We propose that effects on chromatin structure such as those described here serve as an intermediate process that imprints dynamic environmental experiences on the fixed genome, resulting in stable alterations in phenotype.

### METHODS

**Animals and maternal behavior.** The animals used in all studies were derived from Long-Evans hooded rats born in our colony from animals originally obtained from Charles River Canada (St. Constant, Québec). All procedures were performed according to guidelines developed by the Canadian Council on Animal Care and protocol approved by the McGill University Animal Care Committee. Maternal behavior was scored[32] and the adoption study was performed[9] as previously described. For further methodological details, see **Supplementary Methods** online.

**Sodium bisulfite mapping.** Sodium bisulfite mapping was performed as previously described[21,22]. The rat GR exon $1_7$ genomic region (GenBank accession number AJ271870) of the sodium bisulfite-treated hippocampal DNA (50 ng/ml) was subjected to PCR amplification using outside primers (forward: 1646-TTTTTTAGGTTTTTTTAGAGGG-1667; reverse: 1930-

Exhibit 139 – 2243



ATTTCTTTAATTTCTCTTCTCC-1908). The thermocycler protocol involved an initial denaturation cycle (5 min, 95 °C), 34 cycles of denaturation (1 min, 95 °C), annealing (2 min 30 s, 56 °C) and extension (1 min, 72 °C), followed by a final extension cycle (5 min, 72 °C) terminating at 4 °C. The PCR product (285 bp) was used as a template for subsequent PCR reactions using nested primers (forward: 1738-TTTTTTTGTTAGTGT-GATATATTT-1761; reverse: 1914-TTCTCCCAAACTCCCTCC-1897). The nested PCR product (177 bp) was then subcloned (Original TA cloning kit, Invitrogen), transformed, and ten different clones per plate were mini-prepped. Ten plasmids containing the ligated exon $1_7$ GR promoter DNA fragment were sequenced per animal (T7 sequencing kit, USB, Amersham Pharmacia Biotech) starting from procedure C in the manufacturer's protocol. The sequencing reactions were resolved on a denaturing (6%) PAGE and visualized by autoradiography.

**Chromatin immunoprecipitation (ChIP) assay.** ChIP assays[33] were done using the ChIP assay kit protocol (06-599, Upstate Biotechnology). Hippocampi were dissected from each rat brain and chromatin was immunoprecipitated using one of the following: rabbit polyclonal antibody to acetyl-histone H3 (Upstate Cell Signaling Solutions), rabbit polyclonal antibody to NGFI-A or normal rabbit IgG non-immune antibody (both from Santa Cruz Biotechnology). One-tenth of the lysate was kept to quantify the amount of DNA present in different samples before immunoprecipitation (input). The rat hippocampal GR exon $1_7$ promoter region (GenBank accession number AJ271870) of the uncrosslinked DNA was subjected to PCR amplification (forward primer: 1750-TGTGACACACTTCGCGCA-1767; reverse primer: 1943-GGAGGGAAACCGAGTTTC-1926). PCR reactions were done with the FailSafe PCR system protocol using FailSafe PCR 2× PreMix D (Epicentre, InterScience). The thermocycler protocol involved an initial denaturation cycle (5 min, 95 °C), 34 cycles of denaturation (1 min, 95 °C), annealing (1 min, 56 °C) and extension (1 min, 72 °C), followed by a final extension cycle (10 min, 72 °C) terminating at 4 °C. To control for unequal loading of acetyl-histone H3-K9 immunoprecipitate, the rat hippocampal β-actin promoter-α region (GenBank accession number V01217) of the uncrosslinked DNA was subjected to PCR amplification (forward primer: 10-TCAACTCACTTC TCTCTACT-29; reverse primer: 161-GCAAGGCTTTAACGGAAAAT-180). PCR reactions were done with the same protocol, but using FailSafe PreMix L (Epicentre, InterScience) with the same thermocycler protocol as previously described. To control for purity of the NGFI-A immunoprecipitate, we PCR-amplified the rat hippocampal exon 1b estrogen receptor-α promoter region (GenBank accession number X98236) of the uncrosslinked DNA (forward primer: 1836-GAAGAAACTCCCCTCAGCAT-1855; reverse primer: 2346-GAAATCAAAACACCGATCCT-2327), this time using FailSafe PreMix A (Epicentre, InterScience). The thermocycler protocol involved an initial denaturation cycle (5 min, 95 °C), 34 cycles of denaturation (1 min, 95 °C), annealing (1 min, 60 °C) and extension (1 min, 72 °C), followed by a final extension cycle (10 min, 72 °C) terminating at 4 °C. PCR reactions on DNA purified from non-immunoprecipitated samples and immunoprecipitated samples were repeated exhaustively using varying amounts of template to ensure that results were within the linear range of the PCR. Products were separated on a 2% agarose gel to visualize bands corresponding to the exon $1_7$ GR promoter (194 bp), β-actin promoter-α (171 bp) or exon 1b estrogen receptor-α promoter (493 bp) DNA fragments. Nucleic acids were transferred by Southern blot (overnight, 22 °C) to positively charged nylon transfer membrane (Hybond-N+, Amersham). An oligonucleotide (20 bp) specific for the exon $1_7$ GR promoter sequence (GenBank accession number AJ271870; forward: 1881-TCCCGAGCGGTTCCAAGCCT-1907) was synthesized, as well as an oligonucleotide (21 bp) specific for the β-actin promoter-α sequence (GenBank accession number V01217; forward: 95-GTAAAAAAATGCTG-CACTGTC-115) and an oligonucleotide (20 bp) specific for the exon 1b estrogen receptor-α promoter sequence (GenBank accession number X98236; forward: 1942-AGAAAGCACTGGACATTTCT-1961). The oligonucleotides were radiolabeled (1 µl T4 polynucleotide kinase (PNK), Promega) with 5 µl [γ-$^{32}$P]ATP (Amersham) (2 h, 37 °C) and then hybridized to the membranes that were then subjected to autoradiography. Relative optical density (ROD) readings were determined using a computer-assisted densitometry program (MCID Systems; Imaging Research). To calculate the final signal for each sam-

ple, the ROD value of the band within the antibody lane (A) was divided by the ROD value of the band within the input lane (I). To control for equal loading between samples, the final signal of the exon $1_7$ GR promoter, amplified from the acetyl-histone H3-K9 immunoprecipitations, was divided by the final signal from the β-actin promoter-α amplified from the same precipitate.

**Intracerebroventricular infusions.** Animals were anesthetized and secured in a stereotaxic frame, and a stainless-steel guide cannula (22 gauge), 8 mm length (Plastic One Inc.) was aimed at the left lateral ventricle (1.5 mm posterior to bregma, 2.0 mm lateral to midline, 3.0 mm ventral to the brain surface). After a 7-d recovery period, animals received a single infusion every day for seven consecutive days as described below. Animals were removed from their cages and gently held while an infusion cannula (28-gauge) attached to tubing (PE 20) was lowered into the guide. A total volume of 2 µl of TSA (100 ng/ml in DMSO) or DMSO vehicle alone was injected (using a Hamilton 10-ml micro-syringe) through the infusion cannula over a 1-min period. Infusion cannulae were left in place for an additional minute after infusion. Animals were then returned to their home cage.

**Western blotting.** Studies were performed as previously described[15]. Protein (40 µg, whole cell extract) rendered on nitrocellulose (C+, Amersham Pharmacia Biotech) was incubated with anti-rat GR-α monoclonal primary antibodies in blocking buffer (1:4,000; Affinity BioReagents) and horseradish peroxidase-conjugated sheep anti-mouse immunoglobulin G antibody (1:3,000; Amersham Pharmacia Biotech). A single band was observed at ~92 kDa upon exposure to film (Amersham Pharmacia Biotech). To verify the accuracy of sample loading, selected blots were reprobed with a monoclonal antibody to tubulin (α-tubulin; 1:5,000; Biodesign International). A single band was observed at ~60 kDa and the intensity of the signal was similar in all lanes. Relative optical density (ROD) readings for the GR-α and α-tubulin bands were determined using a computer-assisted densitometry program (MCID 4.0; Imaging Research) from samples ($n = 6$ animals/group) run in triplicate on three different blots. The glucocorticoid receptor ROD value was divided by the α-tubulin ROD value to determine the final glucocorticoid receptor signal for each sample. For all studies, single blots were derived from samples from one animal.

**HPA response to restraint stress.** Animals were placed in Plexiglass restrainers ($8.5 \times 21.5$ cm; Kent Scientific) for a 20-min period. Prestress blood samples were taken from rats within 30 s of removal from the home cage, and restraint stress was performed during the light cycle between 12:00 and 15:00 with blood sampling (300 µl) from the tail vein at 10, 20, 40, 60 and 90 min after the onset of restraint[12]. Plasma (10 µl) corticosterone was measured by radioimmunoassay (RIA) with a highly specific B antiserum (B3-163; Endocrine Sciences) and [$^3$H]corticosterone (101 Ci/mmol; NEN) tracer. The antiserum cross-reacts slightly with deoxycorticosterone (~4%) but not with aldosterone, cortisol and progesterone (<1%). The intra-assay and interassay coefficients of variation were 8.8% and 10.4%, respectively. The standard curve 50% effective concentration was 16 µg/dl, and the detection limit of the assay was 0.63 µg/dl.

*Note: Supplementary information is available on the Nature Neuroscience website.*

ACKNOWLEDGMENTS
These studies were supported by a grant from the Canadian Institutes for Health Research (CIHR) to M.J.M. and M.S. and from the National Cancer Institute of Canada to M.S. M.J.M. is supported by a CIHR Senior Scientist award and the project was supported by a Distinguished Investigator Award (M.J.M.) from the National Alliance for Research on Schizophrenia and Affective Disorders (NARSAD).

COMPETING INTERESTS STATEMENT
The authors declare that they have no competing financial interests.

Received 2 March; accepted 26 May 2004
Published online at http://www.nature.com/natureneuroscience/

1. Agrawal, A.A. Phenotypic plasticity in the interactions and evolution of species. *Science* **294**, 321–326 (2001).

© 2004 Nature Publishing Group  http://www.nature.com/natureneuroscience

**Exhibit 139 – 2244**

## ARTICLES

2. Rossiter, M.C. *Maternal Effects as Adaptations* (eds. Fox, T.A. & Mousseau, C.W.) (Oxford University Press, London, 1999).

3. Levine, S. The ontogeny of the hypothalamic-pituitary-adrenal axis. The influence of maternal factors. *Ann. NY Acad. Sci.* **746**, 275–293 (1994).

4. Fleming, A.S., O'Day, D.H. & Kraemer, G.W. Neurobiology of mother-infant interactions: experience and central nervous system plasticity across development and generations. *Neurosci. Biobehav. Rev.* **23**, 673–685 (1999).

5. Meaney, M.J. Maternal care, gene expression, and the transmission of individual differences in stress reactivity across generations. *Annu. Rev. Neurosci.* **24**, 1161–1192 (2001).

6. Stern, J.M. Offspring-induced nurturance: animal-human parallels. *Dev. Psychobiol.* **31**, 19–37 (1997).

7. Liu, D. *et al.* Maternal care, hippocampal glucocorticoid receptors, and hypothalamic-pituitary-adrenal responses to stress. *Science* **277**, 1659–1662 (1997).

8. Caldji, C. *et al.* Maternal care during infancy regulates the development of neural systems mediating the expression of fearfulness in the rat. *Proc. Natl. Acad. Sci. USA* **95**, 5335–5340 (1998).

9. Francis, D., Diorio, J., Liu, D. & Meaney, M.J. Nongenomic transmission across generations of maternal behavior and stress responses in the rat. *Science* **286**, 1155–1158 (1999).

10. Myers, M.M., Brunelli, S.A., Shair, H.N., Squire, J.M. & Hofer, M.A. Relationships between maternal behavior of SHR and WKY dams and adult blood pressures of cross-fostered F1 pups. *Dev. Psychobiol.* **22**, 55–67 (1989).

11. De Kloet, E.R., Vreugdenhil, E., Oitzl, M.S. & Joels, M. Brain corticosteroid receptor balance in health and disease. *Endocr. Rev.* **19**, 269–301 (1998).

12. Meaney, M.J., Aitken, D.H., Viau, V., Sharma, S. & Sarrieau, A. Neonatal handling alters adrenocortical negative feedback sensitivity and hippocampal type II glucocorticoid receptor binding in the rat. *Neuroendocrinology* **50**, 597–604 (1989).

13. Weaver, I.C. *et al.* Early environmental regulation of hippocampal glucocorticoid receptor gene expression: characterization of intracellular mediators and potential genomic target sites. *Mol. Cell. Endocrinol.* **185**, 205–218 (2001).

14. Meaney, M.J. *et al.* Postnatal handling increases the expression of cAMP-inducible transcription factors in the rat hippocampus: the effects of thyroid hormones and serotonin. *J. Neurosci.* **20**, 3926–3935 (2000).

15. Laplante, P., Diorio, J. & Meaney, M.J. Serotonin regulates hippocampal glucocorticoid receptor expression via a 5-HT7 receptor. *Brain Res. Dev. Brain Res.* **139**, 199–203 (2002).

16. McCormick, J.A. *et al.* 5′-heterogeneity of glucocorticoid receptor messenger RNA is tissue specific: differential regulation of variant transcripts by early-life events. *Mol. Endocrinol.* **14**, 506–517 (2000).

17. Kadonaga, J.T. Eukaryotic transcription: an interlaced network of transcription factors and chromatin-modifying machines. *Cell* **92**, 307–313 (1998).

18. Razin, A. CpG methylation, chromatin structure and gene silencing- a three-way connection. *Embo J.* **17**, 4905–4908 (1998).

19. Keshet, I., Yisraeli, J. & Cedar, H. Effect of regional DNA methylation on gene expression. *Proc. Natl. Acad. Sci. USA* **82**, 2560–2564 (1985).

20. Razin, A. & Cedar, H. Distribution of 5-methylcytosine in chromatin. *Proc. Natl. Acad. Sci. USA* **74**, 2725–2728 (1977).

21. Clark, S.J., Harrison, J., Paul, C.L. & Frommer, M. High sensitivity mapping of methylated cytosines. *Nucleic Acids Res.* **22**, 2990–2997 (1994).

22. Frommer, M. *et al.* A genomic sequencing protocol that yields a positive display of 5-methylcytosine residues in individual DNA strands. *Proc. Natl. Acad. Sci. USA* **89**, 1827–1831 (1992).

23. Cintra, A. *et al.* Mapping and computer assisted morphometry and microdensitometry of glucocorticoid receptor immunoreactive neurons and glial cells in the rat central nervous system. *Neuroscience* **62**, 843–897 (1994).

24. Cintra, A. *et al.* Glial and neuronal glucocorticoid receptor immunoreactive cell populations in developing, adult, and aging brain. *Ann. NY Acad. Sci.* **746**, 42–63 (1994).

25. Brinton, R.D., Yamazaki, R., Gonzalez, C.M., O'Neill, K. & Schreiber, S.S. Vasopressin-induction of the immediate early gene, NGFI-A, in cultured hippocampal glial cells. *Brain Res. Mol. Brain Res.* **57**, 73–85 (1998).

26. Sapienza, C. Parental imprinting of genes. *Sci. Am.* **263**, 52–60 (1990).

27. Hershko, A.Y., Kafri, T., Fainsod, A. & Razin, A. Methylation of HoxA5 and HoxB5 and its relevance to expression during mouse development. *Gene* **302**, 65–72 (2003).

28. Meaney, M.J. *et al.* Early environmental regulation of forebrain glucocorticoid receptor gene expression: implications for adrenocortical responses to stress. *Dev. Neurosci.* **18**, 49–72 (1996).

29. Roth, S.Y., Denu, J.M. & Allis, C.D. Histone acetyltransferases. *Annu. Rev. Biochem.* **70**, 81–120 (2001).

30. Cervoni, N. & Szyf, M. Demethylase activity is directed by histone acetylation. *J. Biol. Chem.* **276**, 40778–40787 (2001).

31. Milbrandt, J. A nerve growth factor-induced gene encodes a possible transcriptional regulatory factor. *Science* **238**, 797–799 (1987).

32. Champagne, F.A., Francis, D.D., Mar, A. & Meaney, M.J. Variations in maternal care in the rat as a mediating influence for the effects of environment on development. *Physiol. Behav.* **79**, 359–371 (2003).

33. Crane-Robinson, C., Myers, F.A., Hebbes, T.R., Clayton, A.L. & Thorne, A.W. Chromatin immunoprecipitation assays in acetylation mapping of higher eukaryotes. *Methods Enzymol.* **304**, 533–547 (1999).

© 2004 Nature Publishing Group  http://www.nature.com/natureneuroscience



View publication stats

**Exhibit 139 - 2245**

# EXHIBIT

# 140

**University of Massachusetts Press**

Chapter Title: Women under Siege: Leningrad 1941—1942
Chapter Author(s): Darra Goldstein

Book Title: From Betty Crocker to Feminist Food Studies
Book Subtitle: Critical Perspectives on Women and Food
Book Editor(s): Arlene Voski Avakian, Barbara Haber
Published by: University of Massachusetts Press. (2005)
Stable URL: https://www.jstor.org/stable/j.ctt5vk2tn.13

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*University of Massachusetts Press* is collaborating with JSTOR to digitize, preserve and extend access to *From Betty Crocker to Feminist Food Studies*

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2246**

# Women under Siege: Leningrad 1941–1942

## Darra Goldstein

Who can measure the trauma of differing wartime experiences? Suffering is relative and unquantifiable, and comparisons can seem tasteless, even disrespectful. Yet even if suffering cannot be quantified, human deprivation can be. Starvation is a matter of simple subtraction: Below a certain number of calories per day, the body begins to consume itself, and several universal physiological consequences ensue. First come listlessness and apathy. As the body grows emaciated, the skin assumes an unhealthy pallor and stretches tight against the bones. Often the body becomes bloated, with fingers and toes so swollen that even buttoning a coat is difficult, and walking an ordeal. Gums bleed; the body is covered with open sores that refuse to heal. Certain psychological symptoms are also universal enough to be considered chemical. Starvation tends to reduce us to a primitive, "dehumanized" state in which our only concern is to find food.

The experience of the siege of Leningrad shows that even when facing starvation, people will fight to keep their humanity intact. And though their heroism was not always voluntary, women were the acknowledged saviors of Leningrad. Admittedly these women had a physical advantage over men: their better-insulated bodies enabled them to endure greater privation, at least initially. But something else was at play, which had more to do with nurture than with nature. Women's traditional familial and social roles made the crucial difference in their ability to negotiate through the seemingly endless days of the siege. Their primary impulse to focus first on their families helped them to overcome the forces of inertia, both physical and psychological, during the nine hundred days of extreme deprivation when continuing to live seemed pointless and irredeemably bleak. While it would be erroneous to imply that all women behaved nobly during the siege—numerous cases document the selfish, even savage, behavior of some—women

143

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2247**

made sacrifices that often proved life-saving, both for themselves and for others. The very fact of their femaleness arguably helped the women of Leningrad to survive the terrible blockade of the city.

In the United States and Great Britain the preferred wartime attitude of women was an admirable pluckiness coupled with an enthusiastic embrace of innovation: If sugar and eggs are in short supply, we'll still bake our cake, we'll simply use substitutes! This positive ideal presupposes the availability of a certain basic amount of foodstuffs, with which people can afford to be creative. Leningrad women had to be creative beyond measure. Tested by want, they searched their apartments for edibles in the forms of tooth powder, Vaseline, glycerine, cologne, library paste, and wallpaper paste, which they scraped from the walls. They tore books apart and gave their children the glue off the bindings. Hardship demanded innovation, but it was hardly light-hearted. In wartime Britain, butter and eggs may have been scarce, and flour dark and heavy, but people did not starve. Such cookbooks as Ambrose Heath's *Good Food in Wartime* insist that many prewar recipes "by some very slight adaptation to present needs, can still appear with success upon our war-time tables, not quite up to their pre-war form perhaps but certainly more than merely presentable."[1] The British Ministry of Food worked hard to educate housewives in wartime economy, providing information about unfamiliar products like dried egg powder and recipes for belt-tightening meals. Thus the Ministry's Food Facts No. 331 suggests a "Swiss Breakfast," a highly nutritious muesli touted as "a delicious change from porridge."[2] One might argue that Britain's wartime exigencies actually broadened people's palates by introducing them to a wider range of foods once they had to forgo their beloved bacon and eggs.

Though it is a commonplace that the nurturing of the family falls largely to women, the extent to which women will sacrifice their own well-being for their family's has not been fully examined. One wartime study in Britain showed that mothers regularly gave their husbands and children the best food from their own plates,[3] and the women of Leningrad largely did the same. But amid widespread hunger, against the absolute limits of human endurance, such acts of maternal self-sacrifice become something other than noble. During the German siege of Leningrad, which lasted for nearly nine hundred days, over one million people died of starvation and related causes; nearly 200,000 died in February 1942 alone.[4] The resourceful women of Leningrad painstakingly retrieved old flour dust from the cracks in the floorboards and licked decades of spattered grease from the kitchen walls, savoring it slowly.

The question of how much food to share was problematic, and in

144

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2248**

ways we can't fully imagine. If a mother had children who were slowly wasting away, her inclination was to feed them first, above all. But it was also imperative that the woman keep up her own strength in order to take care of them, especially if they were young. If she didn't survive, how would they? Hunger weakened one's ability to think logically, to calculate in any meaningful way. The world seemed blurry; the small piece of bread on the table represented all that was tangible. Should the mother give her children extra food from her own meager ration, or should she try to conserve her strength to hold the family together?[5] The women of Leningrad were forced to face these questions daily, and the simple answers were all deadly. Two-thirds of the city's civilian population during the siege was made up of female office workers, housewives, children, and the elderly[6]—groups whose food allowances were considerably smaller than those of factory workers or front-line soldiers; consequently, a decision concerning 50 grams of bread could (and did) mean the difference between life and death.

Before examining the ways in which women fought to survive, we must understand the constraints under which they lived. The siege effectively began on September 8, 1941, when German forces cut off all land access to Russian-controlled territory; it ended only on January 27, 1944, with the breaking of the German blockade. Like other Russians, Leningraders had been on war rations ever since the German invasion began on June 22. As in England, these rations created hardship without much urgency. Factory workers were entitled to 800 grams of bread a day,[7] while office workers received 600 grams, and dependents and children under twelve were allotted 400 grams—somewhat less than one pound. Still, most people were able to supplement the bread rations with meat, grains, fats, and sugar. On September 2, however, as the German forces closed in on the city, the bread ration for factory workers in Leningrad was reduced to 600 grams a day, with office workers receiving 400, and dependents and children only 300 grams of bread, or about three-quarters of a pound.

In the first week of September, the Germans began to shell Leningrad. An emergency inventory of the city's food supplies revealed that there were only enough grain and flour reserves to last the civilian population for thirty-five days.[8] The situation worsened on September 8 with the bombing of the Badaev warehouses, where stores of flour and sugar were kept. Although workers managed to salvage much of the molten sugar, the flour was a total loss. Authorities responded by cutting the bread ration further, to 500 grams for factory workers, 300 grams for office workers and children, and 250 grams for dependents, including housewives, whose tasks were arguably more strenuous than those

145

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2249**

of office workers.[9] But it soon became clear that even this curtailment was insufficient to feed the population with the flour remaining in the city's storehouses. And so the allowances were reduced even more drastically, culminating in the November 20 ration of 250 grams of bread a day for factory workers, and only 125 grams of bread—a mere two slices—for all others.[10]

Technically these bread rations should have been supplemented by other foods, but in that first fall and winter of the blockade nothing else was available, or available only sporadically. Thus the bread ration was the only guaranteed source of nourishment. If you were too weak to go to the designated store to receive your daily ration, and if you had no one to trust with your card, you got nothing to eat. In an effort to conserve food supplies, the authorities strictly controlled the issuing of ration cards. If your card was lost or stolen, it could not be replaced. The reality was as simple, and as harrowing, as that. A small piece of cardboard determined your fate.

Even when the bread ration was safely brought home and divided among the family, what sort of nourishment did it provide? Traditional Russian rye bread is famous for its rich, sour flavor, its dense texture, and its high nutritional value. But because ingredients were so scarce, the proportion of flour used in the siege loaf was continually revised. In mid-September, oats that had formerly been reserved for horse fodder were added to the commercial bread recipe, as was malt, which previously had been used in the production of beer (the breweries were now closed). By late October the percentage of malt used in commercial loaves was increased to 12 percent, and moldy grain that had been retrieved from a ship submerged in Lake Ladoga was dried out and added to the dough.[11] The taste of this loaf was extremely unpleasant. Yet even these fillers were not sufficient, and in late November, when minimum rations dropped to 125 grams of bread, the composition of the standard loaf was set at 73 percent rye flour, 10 percent "edible" cellulose, 10 percent cottonseed-oil cake (*zhmykh*), 2 percent chaff, 2 percent flour sweepings and dust shaken out of flour sacks, and 3 percent corn flour.[12] The seemingly high proportion of rye flour masks the fact that the dense fillers made this siege loaf 68 percent heavier than a normal loaf of bread. Thus from their 125-gram ration people effectively got only 74.4 grams of nourishing rye flour. And while the cottonseed-oil cake originally intended for cattle fodder did contain protein, the "edible" cellulose was not digestible. Dmitri Pavlov, who oversaw Leningrad's food supplies during the siege, writes that "the bread was attractive to the eye, white with a reddish crust. Its taste was rather bitter and grassy."[13] But others who survived on this bread are

146

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2250**

less gentle in their assessments. The bread was so damp and heavy that "when you took it in your hand water dripped from it, and it was like clay."[14] It appeared "greenish-brown . . . , half wood shavings."[15] "Nothing was issued but bread, if you could call it that. Those four ounces on which life depended were a wet, sticky, black mash of flour waste products that fell apart in your hands."[16]

In 1997, when visiting St. Petersburg's new Museum of the History of Breadbaking, I had the experience of tasting siege bread. The museum director, Liubov Berezovskaia, accommodated my request to find out more about wartime bread by asking a survivor to bake me a loaf. Unlike the traditional round Russian loaf, siege bread was rectangular in shape. In order to incorporate as many additives as possible, the bread had to be baked in pans, since free-form loaves would not hold together.[17] The bread was heavy and pale in color, its texture rather crumbly, yet gummy on the tongue. Most memorable were the sensation of chewing on sawdust and the splinter of wood that pierced my mouth. Swallowing even a small piece required considerable effort.

Picture a mother with two children, whose husband is away at the front. As is typical for most Russian families, her elderly mother lives with them. This woman is one of the lucky ones—she has a factory job that affords her the highest category of rations, while her children and mother receive only the third, or lowest, category. Yet she lives in fear that her strength will give out and she'll lose her good ration along with her job. It is late November 1941. For a week now her family has had almost nothing to eat but two slices of coarse bread a day. They survive on the factory dinner she brings home. Each day she goes to the canteen at work and receives an ample portion of thin soup. She drinks the liquid from the top of the bowl, then carefully transfers the bits of grain and cabbage left in the bowl into a jar she's brought from home. This hot liquid doesn't relieve her hunger, and it makes her legs swell, but at least she has something left for her family.[18] Her mother has grown too weak to move; in fact, she is like another child who needs tending.

Her children spend all day in the apartment, waiting listlessly for her return. She tries to focus on her work, but it's difficult. She has to get up at six in the morning because most of the trams have stopped running. She stands in a long line at the bakery for the family's bread ration and brings it home, then drags herself several miles to work on swollen legs through streets that have not been cleared of snow. Every day she sees heavily swaddled figures swaying along the narrow footpaths. She can recognize the goners from their shuffling gait, and every day she worries whether to follow them or pass them by. The moment that

147

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2251**

they fall is the worst. They crumple and drop. She wants to stop—it's the humane thing to do—but she has no strength to help them. So she tries to make her way past them, stepping around them, not over them, and never looking at the pile of cloth itself, lest an arm reach up or a pair of eyes implore. Bodies lying in the street no longer concern her; it is the ones still in motion that cause her pain. The woman concentrates on each step, trying not to think about the people inside the other bundles of clothes, or even about her family at home. It is the darkest time of year, with only five hours of daylight, when even daytime seems like twilight because the sun hangs so low in the sky. The apartment is very dark. Ever since September the windows have been covered with plywood to protect against air raids; weak blue lights have replaced normal bulbs in an effort to conserve energy.

Then on December 9 the electricity is shut off throughout Leningrad; there isn't enough fuel for the power stations. Only a few commercial bakeries and factories are kept running. People pin phosphorescent patches onto their coats so that they won't bump into each other in the dark. The woman's factory has closed down; she has lost her worker's rations. Now her family of four must make do with only 500 grams—a little over a pound—of bread a day, with no supplemental soup from the factory canteen. Even though she no longer has to walk miles to work, continuing to live feels impossible. With no electricity, there is no heat. The pipes have frozen and burst. The plumbing no longer works. Panic flutters in her chest. The woman reminds herself that her family is luckier than most: they at least have a *burzhuika*, a primitive wood stove, and they still have a few books to burn, and a few more pieces of furniture. Some kerosene is left over from September, so they can eat their bread by lamplight. Now, instead of going to work, each morning she joins hundreds of other women who head to the Neva River, where holes have been cut in the ice. She fills two buckets with water and struggles back up the icy embankment, trying hard not to spill too much. She puts sticks in the water to keep it from sloshing and ties the buckets onto her child's sled. By the time she gets home the water has frozen. She's not surprised: the thermometer has not risen above −30° F for a week.[19] In the dark she can barely manage to haul the buckets up the four flights of ice-glazed stairs to her apartment. Finally, she is inside. She lights the stove and melts the ice, using some of the warm water to wash her children's faces, sooty from the kerosene. She tells herself that at least she doesn't have to try to wash diapers like her neighbor down the hall, who struggles to change her infant daughter under layers of blankets so that she won't freeze to death. She pours

148

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2252**

the rest of the hot water into mugs for her family. They drink it, relishing the warmth, trying not to focus on the sweet, musky taste of the water, the taste that comes from the hundreds of corpses that have been thrown into the Neva by people too weak to bury their dead in the frozen ground.[20] The walls of the apartment are covered with a thick layer of frost. The family huddles together, wrapped in winter coats and blankets.

It was the men who died first. Olga Grechina, a survivor, writes:

The men were the first to go. There was no sight more pitiful and terrible than a siege man! It was then that women understood how well nature had made [us]—[we] had huge reserves of inner strength, which, it turned out, men did not have. The lack of meat, fats and tobacco severely sapped their strength, and they somehow immediately fell apart. At first they began to grow weak, to let themselves go—they stopped washing and were covered with gray stubble. There were very few of them in the city in comparison to the number of women, but their inability to adapt to the tragic conditions of life was striking. They began to fall down in the street, they didn't get out of bed, they were dying and dying. . . .[21]

It is true that the male metabolism requires more calories to survive; nevertheless, the claim by journalist Harrison Salisbury that men died because they "led more vigorous lives"[22] is objectionable as well as incorrect. In fact, the burden of getting water, scavenging for firewood, and searching for food—all "women's work," even in these most extreme circumstances—required huge expenditures of energy. Retrieving water from the frozen rivers and canals was difficult enough, but getting firewood was far more strenuous. The river was filled with logs that had washed downstream and been trapped in the ice. Weak with hunger and fatigue, women used axes to chop the ice around the logs until they were released. Once free, the logs still had to be tied onto sleds and dragged back home, then sawed into pieces small enough for the stove. Paradoxically, despite the extra expenditure of calories, these grueling tasks helped to keep women alive. It was the elemental nature of their duties that gave women an advantage.[23]

It was especially difficult for new mothers. Most babies born during the blockade were small and weak from lack of nourishment in the womb. (It wasn't until June 1944 that the government finally issued a decree to increase the ration for pregnant women.)[24] Infants officially received only 3 ½ ounces of soy milk a day. Mothers like Elena Kochina

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2253**

drank a pot of water every night to try to keep their milk flowing, but it rarely helped. Kochina's baby daughter screamed and tore at her dry breasts.[25] Here is how Lidia Okhapkina nourished her baby:

> My Ninochka cried all the time, long and drawn out, and she couldn't go to sleep. Her crying, like moaning, drove me out of my mind. So to help her fall asleep, I gave her my blood to suck. I hadn't had milk in my breasts for a long time, in fact I didn't have any breasts left, everything had just disappeared. I pricked my arm with a needle just above my elbow and placed my daughter on this spot. She sucked noiselessly and fell asleep. But I couldn't fall asleep for a long time. . . .[26]

The city authorities intermittently provided the populace with foodstuffs salvaged from industry, and along with the new terminology for the different stages of dystrophy, their harsh-sounding names became part of the everyday language of the blockade. Especially distasteful and hard to digest were *shroty* (also known as *zhmykh* and *duranda*), hard cakes of pressed seed hulls left over from the processing of oil from sunflower, cotton, hemp, or linseed (*duranda* most often referred to linseed cakes). These seed cakes, commonly used as cattle fodder, sustained many lives. Often they were too hard to break into pieces by hand; instead a knife or axe blade was used to plane them like wood, and the shavings were fried like pancakes.[27] Other industrial products included *olifa*, boiled linseed or hempseed oil. Used in classical oil paints, *olifa* could be metabolized like edible oil, with the same nutritional value, but the flavor was vile. Still, it was preferable to machine oil, which people stole from factories that had ceased production. Although machine oil generally went right through the system and had no nutritional value, there was always a chance that it was based on animal fats or vegetable oil rather than petroleum. Similarly, coarse, wet bread seemed more palatable when fried in paint thinner,[28] and *mezdra*, the inner side of pig- or calfskin, could be boiled for hours to make a kind of soup. If you could endure the nauseating smell, the liquid afforded some protein, and it was better than the old leather straps people otherwise boiled. One woman cut up her gopher fur coat, boiled it, and ate it.[29] Sometimes the grain ration provided a coarse, grayish-black macaroni made of rye flour and linseed cake,[30] and in the late fall of 1941 a murky white yeast soup derived from cellulose began to replace grain. To make the soup, water and sawdust were allowed to ferment into a foul-smelling liquid, which contained some protein.[31] Soup is an important component of Russian cuisine, an integral part of the daily meal, and therefore women often made soup out of the family's bread

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2254**

ration instead of just serving the bread plain. Although this soup consisted of nothing but breadcrumbs and water, the whole felt like something more than its parts.

As the siege continued, and hunger grew, the women of Leningrad had to find sources of food beyond the official rations.[32] They brought home the tough, dark green, outer leaves of cabbage they had previously discarded. Slowly braised and softened, the leaves were turned into a dish known as *khriapa*.[33] Women scoured the city, braving artillery fire in their search for food. At night, dressed in dark clothes, crawling from row to row, they chopped at the frozen ground to dig the potatoes that lay rotting in the fields. With true hunger, squeamishness disappeared, and survivors tell of readily, even avidly, eating the wood shavings, peat, and pine branches they scavenged. Often, though, the metabolism proved more discriminating. Zoya Bernikovich nearly died after eating pancakes made of dry mustard, which she was told were delicious. Soaking was supposed to remove the mustard's volatile oils, so Bernikovich duly soaked two packets of dry mustard in water for seven days, then poured off the water and added enough fresh water to make a thick, pasty batter, which she formed into two pancakes and fried. Her doctor later remarked that she was lucky to have eaten only one pancake before feeling the first burning sensations; others who ate more pancakes didn't survive, their stomach lining eaten away by the mustard.[34]

The more heartbreaking and horrifying issues surrounding food were moral ones, and different people recognized different limits. For many families, sparrows, pigeons, crows, canaries, cats, and dogs became acceptable food, despite reluctance and shame. But consume them they obviously did, because virtually all animals, including pets and house mice, disappeared from Leningrad within the first four months of the siege (the mice, like the people, died of hunger).[35] The only creatures left were rats, the scourge of the city, who fed on the bodies of the dying and the dead. Except for the most depraved or those whom hunger had deprived of reason, the people of Leningrad refused to purchase the large chunks of meat sold by suspiciously well-fed vendors at the market. Described variously as bluish or pale white in color, this meat was undoubtedly human flesh. Memoirists frequently refer to the sight of corpses lying on the street, their fleshy buttocks carved out.[36] Bits of desiccated skin from the corpses were boiled into soup.

Perhaps the only salutary consequence of such conditions was the generous community of women that evolved. Leningrad had always maintained a conscious distinction between the intelligentsia and the uneducated peasants who had flocked to the city from the countryside

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2255**

following the 1917 Revolution. Now, standing for hours in a bread line, or helping someone cross a street under enemy fire or pull a heavy sled, women who ordinarily led separate lives began to converse with one another. And in many cases, the impractical *intelligentki* survived largely thanks to the wisdom of old peasant women who willingly shared what they knew. Women who had never given much thought to domestic exigencies learned how to dry tree bark and grind it into flour (the bark stripped from oak trees stopped the bleeding of gums), and how to extract vitamin C from pine needles for a scurvy preventative. Such folk knowledge far surpassed Tolstoy's celebration of the peasant arts. Beyond providing practical benefit, this advice reconnected intellectual city dwellers with a more elemental mode of life.

Conversations about food took on significant social meaning, transcending the sphere of women's relationships to encompass society at large. Unlike the great nineteenth-century Russian gastronomes who celebrated the art of dining well, the Soviet intellectual, nurtured on revolutionary idealism, disdained any talk of food as crass and bourgeois. For the intellectual, the higher life of the mind was all-important, and giving as little thought as possible to domestic concerns was a point of pride. But such lofty ideals inevitably clashed with the reality of siege existence. Even the most consummate intellectuals found themselves preoccupied with food, theorizing about it, rationalizing their actions surrounding it.[37] Suddenly they recognized the artistry involved in obtaining and preparing food. The lowly housewife was now ascendant, her daily occupations ascribed a greater value. The literary critic Lidia Ginzburg explains how siege conditions transformed the intellectuals' attitude toward food:

> This conversation [about food], which had previously drawn down the scorn of men and businesswomen (especially young ones) and which [the housewife] had been forbidden to inflict upon the thinking man—this conversation had triumphed. It had taken on a universal social meaning and importance, paid for by the terrible experience of the winter. A conversation on how it's better not to salt millet when boiling, because then it gets to be just right, had become a conversation about life and death (the millet expands, you see). Reduced in range (siege cuisine), the conversation became enriched with tales of life's ups and down, difficulties overcome and problems resolved. And as the basic element of the given life situation, it subsumed every possible interest and passion.[38]

At the same time that conversation became more elemental, so did the foods that people ate. Joiner's glue became standard fare for many.

152

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2256**

Like the wallpaper and library pastes used before the introduction of synthetic adhesives, joiner's glue was based on animal proteins such as casein from milk, blood, and fish residues. Thus it contained proteinaceous material that provided some nutritional value. From a chance acquaintance on the street, Olga Grechina learned how to prepare an aspic from joiner's glue. The glue was soaked for twenty-four hours, then boiled for quite a long time, during which it gave off a terrible odor of burnt horns and hooves. Then the glue was allowed to cool and thicken. A bit of vinegar or mustard, if available, made it palatable.[39] Nearly all of the siege survivors express nostalgia for the "sweet earth" they consumed—soil from the site of the Badaev warehouse fire in which 2,500 tons of sugar melted onto the ground. Eating dirt may seem to us degrading, but those who ate it were grateful. The government had salvaged most of the thick, crusty, black syrup from the surface of the warehouse soil, using it to make candy,[40] but seven hundred tons were lost.[41] Starving Leningraders, however, did not consider the sugar a total loss. For months after the fire they used axes to chop away at the frozen earth and loosen the soil, still saturated with sugar. Retrieved down to a depth of three feet, the soil sold for one hundred rubles a glass; from more than three feet below the surface it cost only fifty rubles.[42] This "sweet earth" could be heated until the sugar melted, then strained through several layers of muslin. Or it could be mixed with library paste to make a kind of gummy confection. "This was 'candy' or 'jelly' or 'custard,' whatever the imaginative housewife decided to call it."[43] Some people simply ate the earth raw. Valentina Moroz describes its flavor:

> The taste of the earth has remained with me, that is, I still have the impression that I was eating rich curd cheese [full of fats]. It was black earth. Could it actually have had some oil in it? [You couldn't perceive] sweetness, but something rich [fatty-tasting], maybe there really was oil there. You had the impression that this earth was very tasty, genuinely rich [full of fats]! We didn't cook it at all. We would simply swallow a little piece and wash it down with hot water.[44]

In the spring of 1942, when the ice and snow melted after the first long winter of the siege (which proved to be one of the harshest winters of the century), the women of Leningrad extended their search for food, eagerly foraging for grass and weeds. Anything green contained vitamins, and many people, though clinging to life, suffered from scurvy, pellagra, and rickets. Grass disappeared from the city and its environs; trees were picked clean of their pale, new leaves. Grass could be mixed with *duranda* into pancakes, or savored fresh by the handful. Nettles

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2257**

and dandelion leaves made excellent *shchi*, the classic Russian soup tra-
ditionally based on cabbage or sorrel. Juicy dandelion roots were
ground and made into pancakes.[45] Angelica (from the Botanical Gar-
dens), orach, and other grasses all served as welcome food, giving Len-
ingraders hope that, against all odds, they might yet survive. One fac-
tory canteen made inventive use of wild greens in the spring and
summer of 1942, listing the following menu choices: Plantain soup
(*shchi*), pureed nettles and sorrel, beet green cutlets, orach rissoles,
cabbage-leaf schnitzel, seed-cake (*zhmykh*) pastry, seed-cake (*duranda*)
torte, sauce of fish-bone flour, casein pancakes, yeast soup, soy milk (in
exchange for coupons). After a winter of starvation, this menu seemed
like a feast.[46]

Physical survival was one thing, and the daily quest for food certainly
overshadowed all other concerns. But the diary entries of survivors
afford glimpses into another difficult aspect of blockade life: the
deterioration of relationships. Hunger caused tempers to be short, a
physiological as much as a psychological condition. Husband and wife,
mother and daughter—the siege unavoidably changed the way people
treated one other. Love and hatred became mixed up: you wanted to
share your food with your family, but at the same time you resented
their needs.[47] Elena Skriabina describes the way hunger can affect per-
sonality:

> People are growing brutal right in front of our eyes. Who could have
> thought that Irina Kliueva, recently such an elegant, quiet, beautiful
> woman, was capable of beating the husband she's always adored? And
> why? Because he wants to eat all the time, he's never satisfied. All he
> does is wait until she's found some food. She brings it home, and he
> throws himself on it. Of course, she herself is hungry. And it's hard
> for a hungry person to give up the last bit.[48]

One's very style of eating could cause aversion in others. Merely
watching someone else chew—even someone you loved—was agoniz-
ing if you had already finished your morsel. Those who ate quickly,
swallowing everything in a few desperate gulps, felt anger toward those
who lingered long over every bite. Elena Kochina writes of her strug-
gles with her husband, who became so crazed from hunger that he even
stole food from their infant daughter. He could not bear to watch his
wife eat: "I happened to get a particularly hard piece of crust, which I
chewed with delight. I sensed how he was looking with hatred at my
evenly moving jaws."[49] This response was instinctive; Kochina's hus-
band had lost the ability consciously to choose good behavior over bad,

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2258**

sacrifice over self-interest. In this way, for some people questions of morality all too easily slipped away.

Sexuality was also affected. Sexual relations mainly ceased. This had to do less with a lack of energy than with an increased alienation from one's diminishing body. The physical characteristics that mark gender largely disappeared. Shrouded in layers of heavy clothing, people all looked alike. It was impossible to tell who was male, who female. Hunger eroded the differences between old and young. Women traded their few good dresses for food and wore the clothes of their husbands, fathers, or sons.[50] Holding the baggy pants and quilted jackets together with belts and long scarves to keep out the cold, they wrapped their feet in cotton rags and made makeshift galoshes from old automobile tires to keep their feet dry. Women stopped menstruating; their breasts atrophied until only nipples were left. Like most people during the winter of 1941–1942, Olga Grechina did not even see her body for several months (it was too cold to undress for bed). Finally resolving to rid herself of the lice that plagued her, she got a coupon for one of the few working public baths. When she undressed she was horrified to find that she had neither a belly nor breasts. All of her bones stuck out; her legs were like sticks. Grechina felt a "disconnection" from her own body.[51] Lidia Ginzburg describes the sensation more fully: "In the winter, while people were discovering bone after bone, the alienation of the body proceeded, the splitting of the conscious will from the body, as from a manifestation of the hostile world outside. The body was emitting novel sensations, not its own."[52]

Under such conditions so far beyond our everyday understanding of "alienation," when one's very sense of self was undone, it was difficult to care about anyone other than oneself. The usual niceties of social interaction had long since disappeared. As bodies diminished, normal social structures also shrank and vanished. Food, once the pretext for friendly gatherings or their impromptu outcome, now ceased to be an element of social sustenance or succor. Although Russian culture holds that food has meaning only when it is shared, in blockaded Leningrad this practice was of necessity ignored. People simply ate what they had, when they had it, regardless. This unnatural role into which food was cast represented a particularly debasing aspect of siege life, and one which went to the core of what Russians hold most sacred; the loss of hospitality contributed to a sense of barbarism, of not belonging to a larger world than the one the body inhabited, and yet the body itself had become alien and strange.

Even so, when there was strength enough, some people engaged in small celebrations. Kira, a young hospital worker, sprinkled tiny squares

155

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2259**

of bread with a bit of hoarded sugar to treat her colleagues to "blockade pastries."[53] A simple crust of bread could become something special, if you only allowed it to: "Thickly sliced crusts, toasted on the outside and left moist on the inside went especially well with tea. If you left the bread in the frying pan and ate it with a knife and fork—then you had a *meal*."[54] On her birthday the critic Olga Freidenberg helped her mother set a special table, creating beauty in the midst of austerity:

> It is a parade of a home and a spirit that has been preserved; it was my own personal triumph. . . . To get my daily bread, I had sold the better part of [our china] for next to nothing. And yet there was still enough to adorn the table, and these old family members appeared on the white tablecloth in their former luster and coziness. Only Mama and I could understand the importance of this holiday table . . . like us, it lived and existed after terrors, deaths, siege, and hunger; and like it, we were still living and could still revive our hopes for our future arrival in real, living life.[55]

No matter that Freidenberg's stomach, unaccustomed to real food, vomited the meal; the emotional sustenance it provided outweighed any loss of physical nourishment.

Those who survived the siege were rewarded by the Soviet government. The presentation of the medal "For the Defense of Leningrad" was accompanied by much high-flown rhetoric about the courage and resilience of the women, who accounted for most of the survivors. Even Dmitri Pavlov's generally sober account of the siege underlines the heroism of Leningrad's women: "Their will to live, their moral strength, resolution, efficiency, and discipline will always be the example and inspiration for millions of people."[56] But at what price did such fortitude come? As Dmitri Likhachev has noted, their heroism is more accurately seen as martyrdom. Yet it is important to stress that unlike religious martyrdom, that of the women of Leningrad was not elected, at least not by them. In fact, the residents of Leningrad suffered largely because Stalin did not care enough about them to surrender the city. Stalin had always despised Leningrad with its large population of intellectuals, and perhaps now he chose to take his revenge. He did not attempt to save the citizenry; quite the opposite. Local collective farms that could have helped feed the population were quickly evacuated, their cattle and goods dispersed elsewhere.[57] And just days before the Germans encircled the city, large quantities of foodstuffs were ordered sent *out of* Leningrad.[58] This efflux ended only when the city was sealed off by the blockade. Though there have been other sieges in history,

156

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2260**

the blockade of Leningrad stands out for the government's refusal to spare its people.

Survivors of the Leningrad blockade report truly tasting bread for the first time, and savoring the essence of even the most rudimentary foods. And they gained a new awareness of texture: sunflower oil lush on the tongue, each grain of porridge a revelation as it burst in the mouth. Once-odorless foods like sugar or dried peas suddenly acquired an aroma that the pre-siege senses were unable to detect.[59] Along with the newly sensitive palate came a deeper appreciation of cuisine: "Siege cookery resembled art—it conferred tangibility on things. Above all, every product had to cease being itself. People made porridge out of bread and bread out of porridge. . . . Elementary materials were transformed into dishes."[60] The aesthetics of eating became newly attenuated. Such was the human cost of art.

## Notes

1. Ambrose Heath, *Good Food in Wartime* (London: Faber and Faber, 1942), 5.

2. Reprinted in Marguerite Patten, *Marguerite Patten's Post-War Kitchen: Nostalgic Food and Facts from 1945–1954* (London: Hamlyn, 1998), 14.

3. An unnamed study of the British worker's diet found that "mothers give to fathers and children the lion's share of rationed foods. Other studies of family diets have revealed these deep-rooted habits, common to mothers everywhere, of which there is plenty of evidence at first hand. When there isn't enough chicken to go around, mother prefers the neck." In *The New York Times Magazine*, September 27, 1942: 32, cited in Amy Bentley, *Eating for Victory: Food Rationing and the Politics of Domesticity* (Urbana: University of Illinois Press, 1998), 91.

4. Leningrad's (now St. Petersburg's) Piskarev Cemetery houses a memorial to those who died during World War II. Their statistics state that 650,000 people died of hunger; but statistics from the Museum of the History of Leningrad place the number who died of starvation at one million. Russia's esteemed cultural historian Dmitri Likhachev estimates the total at closer to 1,200,000—and these were only the officially registered deaths, not those of displaced persons or other people living illegally in the city. See Dmitri Likhachev, "Kak my ostalis' zhivy" ("How We Remained Alive"), *Neva* 1 (1991): 31.

5. Likhachev writes: "There were very many women who fed their children by taking the last necessary piece from their own mouths. These mothers would die first, and the child would be left alone." In "Kak my ostalis' zhivy," 15.

6. See Dmitri V. Pavlov, *Leningrad v blokade*, 5th ed. (Moscow: Sovetskaia Rossiia, 1983). Pavlov was in charge of the Leningrad food supply during the siege. All citations are taken from the English translation of his book, *Leningrad 1941: The Blockade*, trans. John Clinton Adams (Chicago: University of Chicago Press, 1965), 77.

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2261**

7. There are approximately 28 grams in one ounce. Thus 800 grams of bread is equivalent to roughly 1 ¾ pounds.

8. Pavlov, *Leningrad 1941*, 49. It is estimated that the population of Leningrad at that time numbered around three million.

9. This hierarchical Soviet system of rationing dates back to the Civil War period of 1919–1921, when Petrograd endured widespread hunger: "There were three categories of ration cards. Manual workers received the first; intellectuals, artists, teachers, office workers, etc., received the second; and the parasites of society—housewives and old people, especially of bourgeois origin—received the third." Pitirim A. Sorokin, *Hunger as a Factor in Human Affairs*, trans. Elena P. Sorokin (Gainesville: University Presses of Florida, 1975), xxxii. Sorokin's book offers a compelling analysis of the social and psychological effects of prolonged hunger.

10. With the opening of a transport road across the frozen Lake Ladoga, limited supplies could finally be brought into the city, and on December 25 the bread ration was increased to 350 grams for factory workers and 200 grams for all others. By February 11, 1942, the bread ration was restored to 500 grams for factory workers, 400 for office workers, and 300 for dependents and children. See Pavlov, *Leningrad 1941*, 79, for a chart detailing the fluctuating rations.

11. Ibid., 60.

12. Ibid., 63. I have taken Pavlov's figures as the most authoritative, but according to other sources the composition of the bread was even worse. Harrison Salisbury writes that as of November 13 it contained "25 percent 'edible' cellulose." See Salisbury, *The 900 Days: The Siege of Leningrad* (New York: Avon Books, 1969), 449. In her memoirs, the writer Vera Inber describes the bread exhibit at the Museum of the Defense of Leningrad. The descriptive label under the bread listed the following ingredients: "Defective rye flour—50%, Salt—10%, Seed cake (*zhmykh*)—10%, Cellulose—15%, and 5% each of soy flour, flour dust, and bran." See Inber, "Pochti tri goda (Leningradskii dnevnik)" ("Almost Three Years [Leningrad Diary]"), *Izbrannye proizvedeniia*, vol. 3 (Moscow: Gos. izd. Khudozhestvennoi literatury, 1958), 457.

13. Inber, "Pochti tri goda," 457.

14. Veronika Aleksandrovna Opakhova, in Ales' Adamovich and Daniil Granin, *Blokadnaia kniga* (*A Book of the Blockade*) (Sankt-Peterburg: Pechatyni dvor, 1994), 11.

15. V. S. Kostrovitskaia, in "Primary Chroniclers: Women on the Siege of Leningrad." I am deeply grateful to Nina Perlina of Indiana University and Cynthia Simmons of Boston College for making available to me this important manuscript, an unpublished collection of women's memoirs about the siege, which they have meticulously translated and edited.

16. Galina Vishnevskaya, *Galina: A Russian Story*, trans. Guy Daniels (San Diego: Harcourt Brace Jovanovich, 1984), 27.

17. Nikolai Antonovich Loboda describes these loaves, stating that "you can pour water or whatever else you want into pans, but a round loaf will fall apart." In Adamovich and Granin, *Blokadnaia kniga*, 81.

18. Ol'ga Grechina thus describes how she fed her dying mother. See Grechina, "Spasaius' spasaia" ("Saving Others, I Save Myself"), *Neva* 1 (1994): 236.

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2262**

19. The relentless cold drove some to desperation: "I [remember] walk[ing] along Zhukovskii Street. A building is burning. A woman with long, wild, red hair is passing by. She sees the fire and says, 'Oh, warmth, fire!' She goes into the building and burns to death." Valentina Mikhailovna Golod, on "Tikhii dom" (The Quiet House"), a broadcast on the Russian television network ORT, February 10, 1999, 12:25 a.m.

20. Vera Inber states that even after filtering the water from the Karpovka River through eight layers of cheesecloth, it remained "terrible." Inber, "Pochti tri goda," 298–299.

21. Grechina, "Spasaius' spasaia," 238. See also Vishnevskaya, who writes: "We all went hungry together, but the men succumbed sooner than the women." *Galina*, 28.

22. Salisbury, *The 900 Days*, 436.

23. Lidia Ginzburg considers this instinct to endure atavistic. Writing of the long lines women waited in for food before setting off for work, she states: "Working women have inherited from their grandmothers and mothers time which is not taken into account. Their everyday lives do not allow that atavism to lapse. A man considers that after work he is entitled to rest or amuse himself; when a working woman comes home, she works at home. The siege queues were inscribed into an age-old background of things being issued or available, into the normal female irritation and the normal female patience." Lidiia Ginzburg, "Blokadnyi dnevnik," *Neva* 1 (1984): 84–108. All citations are from the English translation, Lidiya Ginzburg, *Blockade Diary*, trans. Alan Myers (London: The Harvill Press, 1995), 39.

24. Yulia Mendeleva, Director of the Leningrad Pediatric Institute during the siege, provides chilling statistics on infant health. Many babies born in 1942 were stillborn; the birth weight of those who lived was on the average over 600 grams (about 1 ½ pounds) less than that of prewar infants, and their overall length decreased by 2 centimeters. Less than 1 percent of the children admitted to the Institute during the siege were of normal weight; often they weighed three times less than they should have. Iuliia Aronovna Mendeleva in *Primary Chroniclers*.

25. E. I. Kochina, "Blokadnyi dnevnik," in *Pamiat': Istoricheskii sbornik*, vyp. 4 (Moscow, 1979, and Paris, 1981), 153–208. All citations are taken from the English translation, Elena Kochina, *Blockade Diary*, trans. Samuel C. Ramer (Ann Arbor: Ardis, 1990), 44.

26. Adamovich and Granin, *Blokadnaia kniga*, 290.

27. Elena Skriabina reports that *duranda* always caused heartburn. See Skriabina, *V blokade (Dnevnik materi)* (*In the Blockade [A Mother's Diary]*) (Iowa City, 1964), 43.

28. Ginzburg, *Blockade Diary*, 63.

29. Adamovich and Granin, *Blokadnaia kniga*, 36.

30. Pavlov, *Leningrad 1941*, 64.

31. See the description in Likhachev, "Kak my ostalis' zhivy," 17.

32. Pavlov provides daily caloric estimates for December 1941, which are predicated on the availability of some meat, fats, grains, and sugar in the diet. He readily admits, however, that more often than not only bread was available. Even with the optimal, full norm of rations, the daily caloric count for dependents (category 3, which included housewives) was only 466 calories. See Pavlov, *Leningrad 1941*, 122.

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2263**

**DARRA GOLDSTEIN**

33.  Information from Marianna Tsezarovna Shabat, Moscow, February 4, 1999.

34.  In Adamovich and Granin, *Blokadnaia kniga*, 35.

35.  Apparently, against all odds, a female zookeeper managed to keep the Leningrad zoo's beloved hippopotamus alive. See ibid., 179.

36.  See, for instance, Grechina, "Spasaius' spasaia," 239; Likhachev, "Kak my ostalis' zhivy," 15; Salisbury, *The 900 Days*, 550; Vishnevskaya, *Galina*, 28; Skriabina, *V blokade*, 46; and Golod, "Tikhii dom."

37.  Sorokin writes: "Under the influence of hunger the whole field of consciousness comes to be filled with notions and ideas, and their complexes, which are directly or indirectly associated with food. They intrude into the field of consciousness, unexpected and uncalled for, and displace other notions and ideas, crowding them out of the mind, regardless of our will and even contrary to it." *Hunger as a Factor in Human Affairs*, 73.

38.  Ginzburg, *Blockade Diary*, 43.

39.  Grechina, "Spasaius' spasaia," 239.

40.  The clumps of sweet black earth were processed into hard candies. "In taste the candy was reminiscent of the famous pre-Revolutionary candy Landrin [named after a French confectioner], a popular candy with a slightly bitter taste." See Adamovich and Granin, *Blokadnaia kniga*, 30.

41.  Pavlov, *Leningrad 1941*, 56.

42.  Salisbury, *The 900 Days*, 546.

43.  Ibid.

44.  Adamovich and Granin, *Blokadnaia kniga*, 35.

45.  Ibid., 179.

46.  Ibid., 68.

47.  Lidia Ginzburg writes perceptively about this. See *Blockade Diary*, 7–8.

48.  Skriabina, *V blokade*, 38–39.

49.  Kochina, *Blockade Diary*, 55.

50.  Likhachev's wife, Zina, was able to trade a dress for 1200 grams of *duranda* to help keep the family alive. "Kak my ostalis' zhivy," 13.

51.  Grechina, "Spasaius' spasaia," 269–270.

52.  Ginzburg, *Blockade Diary*, 9.

53.  Lidiia Samsonovna Razumovskaia in *Primary Chroniclers*.

54.  Ginzburg, *Blockade Diary*, 66.

55.  Ol'ga Mikhailovna Freidenberg in *Primary Chroniclers*.

56.  Pavlov, *Leningrad 1941*, 134.

57.  Grechina, "Spasaius' spasaia," 256.

58.  Likhachev, "Kak my ostalis' zhivy," 9.

59.  Kochina, *Blockade Diary*, 57.

60.  Ginzburg, *Blockade Diary*, 65.

This content downloaded from 130.166.3.5 on Mon, 10 Feb 2020 00:18:44 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 140 - 2264**

# EXHIBIT

## 141



---

Blood pressure, hypertension and mortality from circulatory disease in men and women who survived the siege of Leningrad
Author(s): Ilona Koupil, Dmitri B. Shestov, Pär Sparén, Svetlana Plavinskaja, Nina Parfenova and  Denny Vågerö
Source: *European Journal of Epidemiology*, Vol. 22, No. 4 (April 2007), pp. 223-234
Published by: Springer
Stable URL: https://www.jstor.org/stable/27822757
Accessed: 09-02-2020 23:18 UTC

---

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*Springer* is collaborating with JSTOR to digitize, preserve and extend access to *European Journal of Epidemiology*

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 141 - 2265**

European Journal of Epidemiology (2007) 22:223–234
DOI 10.1007/s10654-007-9113-6

© Springer 2007

MORTALITY

# Blood pressure, hypertension and mortality from circulatory disease in men and women who survived the siege of Leningrad

Ilona Koupil[1], Dmitri B. Shestov[2], Pär Sparén[3], Svetlana Plavinskaja[2], Nina Parfenova[2] & Denny Vågerö[1,4]

[1]*Centre for Health Equity Studies (CHESS), Stockholm University/Karolinska Institute, Stockholm, 10691, Sweden*

[2]*Institute of Experimental Medicine, Russian Academy of Medical Sciences, St Petersburg, Russian Federation;* [3]*Department of Medical Epidemiology and Biostatistics, Karolinska Institute, Stockholm, Sweden;* [4]*University College of South Stockholm (Södertörn), Huddinge, Sweden*

Accepted in revised form 17 January 2007

**Abstract.** The population of Leningrad suffered from severe starvation, cold and psychological stress during the siege in 1941–1944. We investigated long-term effects of the siege on cardiovascular risk factors and mortality in surviving men and women. 3905 men born 1916–1935 and 1729 women born 1910–1940, resident in St Petersburg (formerly Leningrad) between 1975 and 1982, of whom a third experienced the siege as children, adolescents or young adults, were examined for cardiovascular risk factors in 1975–1977 and 1980–1982 respectively and followed till end 2005. Effects of siege exposure on blood pressure, lipids, body size, and mortality were studied in multivariate analysis stratified by gender and period of birth, adjusted for age, smoking, alcohol and social characteristics. Women who were 6–8 years-old and men who were 9–15 years-old at the peak of starvation had higher systolic blood pressure compared to unexposed subjects born during the same period of birth (fully adjusted difference 8.8, 95% CI: 0.1–17.5 mm Hg in women and 2.9, 95% CI: 0.7–5.0 mm Hg in men). Mean height of women who were exposed to siege as children appeared to be greater than that of unexposed women. Higher mortality from ischaemic heart disease and cerebrovascular disease was noted in men exposed at age 6–8 and 9–15, respectively. The experience of severe stress and starvation in childhood and puberty may have long-term effects on systolic blood pressure and circulatory disease in surviving men and women with potential gender differences in the effect of siege experienced at pre-pubertal age.

**Key words:** Blood pressure, Blood lipids, Body size, Cardiovascular risk factors, Circulatory disease, Hypertension, Mortality, Starvation

## Introduction

Evidence for programming by nutrition is established in animals, in whom pre- or postnatal nutritional manipulations may influence adult size, metabolism, blood lipids, diabetes, blood pressure, obesity, atherosclerosis, learning, behaviour and life span [1].

In the absence of convincing evidence of direct effects of undernutrition on cardiovascular disease in humans, historical events, such as famines or war, provide an opportunity to study the effects of extreme dietary restriction on populations. Several studies have been undertaken of people born around the time of the Dutch famine in 1944–1945 [2–5], and the siege of Leningrad in 1941–1944 [6–8], to determine the effects of malnutrition during specific periods of gestation and infancy. The effect of under-nutrition or starvation at later ages has been studied mainly in relation to later reproductive function [9] and cancer incidence [10, 11].

The siege of Leningrad by German troops during World War II resulted in an acute food shortage and severe malnutrition [12]. The siege lasted from 8 September 1941 to 27 January 1944. Food was rationed from the beginning of the war. In November 1941, as the siege took hold, bread rations were reduced to 250 g for workers and 125 g for other civilians, including children. In January 1942 bread rations were increased to 250 g for children and dependents and in February another increase took place [13]. The average daily ration for a majority of citizens of Leningrad during the most severe period provided around 300 kilocalories and contained virtually no protein [6].

Sparén et al. [14] found raised blood pressure and increased ischaemic heart disease and stroke mortality in men who experienced the siege around puberty. The siege effect on mortality was partly mediated by blood pressure [14, 15]. These findings are broadly consistent with a hypothesis that growth in childhood

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 141 - 2266**

224

may program or modify previously programmed circulatory function [16] and also with early [17–19] and recent [20] reports on the "Leningrad blockade hypertension epidemic". Most recently, Khoroshinina [21] reported on higher incidence of severe arterial hypertension, type 2 diabetes, and atherosclerosis in adults who survived the Leningrad siege as children. Although no formal tests for gender specific effects were performed, reported results suggest greatest effect on hypertensive disease in girls exposed at age below 11 years [21].

In our current study, we investigated the effect of prolonged siege exposure in men and women exposed in childhood, puberty, adolescence or early adulthood on blood pressure, prevalence of hypertension, body mass index, blood lipids and mortality from circulatory disease.

**Material and methods**

The analysis uses data from St Petersburg, collected within the collaborative US–USSR Lipid Research Clinics program [22]. Participants were selected randomly from each 10-year age group in the voting lists of the socially mixed Petrogradsky district. The participation rate was nearly 80%. Men born 1916–1935 and women born 1910–1940 were included.

At visits to the lipid research clinic in 1975–1977 (men) and 1980–1982 (women), participants were examined by means of a standardized protocol that included a blood sample, anthropometric measurements, and blood pressure [22–24]. Systolic and diastolic blood pressure was measured using a random zero sphygmomanometer. Cigarette smoking, alcohol consumption and social characteristics (education, ethnic group/nationality, occupation and marital status) were determined by interview. The protocol was virtually identical for men and women regarding variables used in this analysis.

Systolic hypertension was defined as systolic blood pressure of 160+ mm Hg and diastolic hypertension as diastolic blood pressure of 95+ mm Hg in our analysis. We used three categories of smoking (past, current, never smoker) and six categories of frequency of alcohol consumption together with average amount of alcohol drunk in a week. Education was defined as university, secondary or lower; ethnic group/nationality as Russian or non-Russian (mainly Jewish, Belorussian and Ukrainian); occupation as white, blue collar and other, and marital status as single, married, divorced or widowed.

The data set included 3905 men and 1729 women. Information about whether they lived in Leningrad during the siege was available for more than 99% of men and 91% of women. Information about exact age, blood pressure, and height and weight at the examination was almost complete for all subjects, while data on smoking and drinking

habits was missing for about 17% of men, all examined within the same eight-week period. Multivariate analyses of body size and blood lipids were thus restricted to 3897 men and 1414 women and multivariate analyses of blood pressure to 3240 men and 1412 women with no missing data on any of the variables used in the models respectively. There were no significant differences in the distributions of age, education, or blood pressure between those men and women for whom all data were available and those who were excluded from multivariate analyses.

Information about whether the subjects were being treated for hypertension at the time of examination was available for men only. Neither further exclusion nor re-classification as hypertensive of 194 (6%) men who were treated for hypertension led to any appreciable changes in the results. Since the information on treatment for hypertension was not available for women, men known to be on antihypertensive treatment were included in the following analyses to ensure better comparability.

The vital status of the cohort members was ascertained through contacts with the participants, their relatives or neighbours. Address bureaux (the population registry) were used to trace those who had moved. For those who died during the time of follow-up (1975–2005), a copy of the official death certificate was obtained to register date of death and the underlying cause of death. These were coded according to ICD 8, as circulatory (ICD 390–459), ischaemic heart disease (IHD) (ICD 410–414), and cerebrovascular (430–438).

We performed stratified analyses by year of birth in three categories identical to those previously used in an analysis of men [14] with two additional categories for women born before 1916 and after 1935. These categories were originally created in order to distinguish between the consequence of exposure in childhood, puberty, adolescence and adulthood. Subjects from the respective birth cohorts were aged 1–5, 6–8, 9–15, 16–25 and 26–31 years when exposed to the severest starvation in January 1942.

Linear, logistic and Cox regressions were used to assess any associations between siege exposure and blood pressure, prevalence of hypertension and mortality, as appropriate. We present results adjusted for age only, as well as results adjusted for potential mediators/confounders. Models with and without an interaction term for statistical interaction between gender and siege exposure at the respective age were compared using a likelihood ratio test. The data was analysed using the STATA statistical package (StataCorp. 2001).

The study was initially based on an agreement between the US and Soviet governments. The mortality follow-up was approved by the Institute of Experimental Medicine at the Russian Academy of Medical Sciences.

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 141 - 2267**

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Table 1.** Mean cardiovascular risk factor levels and social characteristics of Russian women measured in 1980–1982, by exposure to siege and year of birth

| Exposed to siege | Born 1910–1915 | | Born 1916–1925 | | Born 1926–1932 | | Born 1933–1935 | | Born 1936–1940 | | Total born 1916–1935 | | Total born 1910–1940 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| Number of subjects | 91 | 80 | 251 | 175 | 130 | 236 | 52 | 99 | 81 | 234 | 433 | 510 | 605 | 824 |
| Age at examination (years) | 68.5 | 68.4 | 58.7 | 58.7 | 51.1 | 51.1 | 46.1 | 45.8 | 41.9 | 42.2 | 54.9 | 52.7 | 55.2 | 51.2 |
| Alive at end 2005 (%) | 12.1 | 12.5 | 41.0 | 46.3 | 66.1 | 66.1 | 76.9 | 73.7 | 79.0 | 82.5 | 52.9 | 60.8 | 50.2 | 62.3 |
| *Cardiovascular risk factors* | | | | | | | | | | | | | | |
| Height (cm) | 153.9 | 153.2 | 157.2 | 156.3 | 158.3 | 157.3 | 158.4 | 157.5 | 158.0 | 158.9 | 157.7 | 157.0 | 157.1 | 157.2 |
| Body mass index (kg/m²) | 29.2 | 29.5 | 30.0 | 30.0 | 29.2 | 29.5 | 28.0 | 28.6 | 27.6 | 27.1 | 29.5 | 29.5 | 29.2 | 28.8 |
| Systolic blood pressure (mm Hg) | 168.5 | 172.0 | 161.3 | 161.9 | 148.2 | 147.5 | 144.2 | 136.3 | 130.1 | 130.2 | 155.3 | 150.2 | 153.9 | 146.6 |
| Diastolic blood pressure (mm Hg) | 89.3 | 90.3 | 90.7 | 91.0 | 90.3 | 89.9 | 88.9 | 87.3 | 82.4 | 83.8 | 90.4 | 89.8 | 89.1 | 88.1 |
| Prevalence of hypertension (≥160/95 mm Hg) in % | 55.0 | 60.0 | 58.6 | 52.0 | 36.9 | 41.7 | 30.8 | 28.3 | 19.8 | 18.0 | 48.7 | 42.6 | 45.8 | 37.3 |
| Total cholesterol (mmol/l) | 6.22 | 6.21 | 6.26 | 6.23 | 6.01 | 5.89 | 5.38 | 5.27 | 5.44 | 5.29 | 6.08 | 5.89 | 6.02 | 5.75 |
| Triglycerides (mmol/l) | 1.43 | 1.47 | 1.46 | 1.42 | 1.19 | 1.23 | 1.05 | 1.09 | 1.08 | 0.97 | 1.33 | 1.27 | 1.31 | 1.20 |
| Current or past smoker (%) | 6.6 | 20.0 | 22.5 | 13.8 | 19.4 | 12.7 | 13.5 | 14.1 | 17.5 | 13.2 | 20.5 | 13.4 | 18.0 | 14.0 |
| Alcohol 1 + a week (%) | 1.1 | 3.7 | 3.2 | 2.3 | 6.1 | 4.7 | 11.5 | 6.1 | 8.6 | 6.4 | 5.1 | 4.1 | 5.0 | 4.7 |
| *Social characteristics* | | | | | | | | | | | | | | |
| University level education (%) | 11.0 | 22.5 | 19.1 | 21.1 | 26.9 | 20.8 | 36.5 | 27.3 | 43.2 | 41.4 | 23.6 | 22.2 | 24.3 | 27.7 |
| White collar occupation (%) | 4.4 | 3.7 | 23.1 | 21.1 | 46.9 | 36.9 | 67.3 | 46.5 | 67.9 | 62.8 | 35.6 | 33.3 | 35.2 | 38.8 |
| Married (%) | 20.9 | 26.2 | 42.2 | 39.4 | 60.0 | 59.3 | 65.4 | 59.6 | 65.4 | 67.5 | 50.3 | 52.5 | 47.9 | 54.2 |
| Non-Russian ethnic group/nationality (%) | 11.0 | 8.9 | 7.6 | 14.9 | 5.4 | 10.6 | 1.9 | 11.1 | 3.7 | 13.7 | 6.2 | 12.2 | 6.6 | 12.3 |

Exhibit 141 - 2268

226

**Table 2.** Mean cardiovascular risk factor levels and social characteristics of Russian men measured in 1975–1977, by exposure to siege and year of birth

| Exposed to siege | Born 1916–1925 | | Born 1926–1932 | | Born 1933–1935 | | Total born 1916–1935 | |
|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No |
| Number of subjects | 562 | 923 | 609 | 1124 | 235 | 448 | 1406 | 2495 |
| Age at examination (years) | 54.4 | 54.5 | 46.3 | 46.1 | 41.2 | 41.1 | 48.7 | 48.3 |
| Alive at end 2005 (%) | 16.2 | 20.0 | 31.9 | 38.8 | 51.1 | 54.0 | 28.8 | 34.6 |
| *Cardiovascular risk factors* | | | | | | | | |
| Height (cm) | 169.6 | 169.3 | 169.3 | 169.4 | 170.5 | 170.6 | 169.6 | 169.5 |
| Body mass index (kg/m$^2$) | 26.3 | 26.3 | 25.7 | 26.1 | 25.5 | 25.3 | 25.9 | 26.0 |
| Systolic blood pressure (mm Hg) | 149.2 | 147.7 | 140.8 | 137.6 | 131.8 | 132.0 | 142.6 | 140.3 |
| Diastolic blood pressure (mm Hg) | 92.1 | 91.1 | 90.9 | 89.9 | 87.8 | 87.6 | 90.9 | 89.9 |
| Prevalence of hypertension (≥160/95 mm Hg) in % | 45.5 | 40.8 | 38.8 | 34.3 | 29.4 | 27.0 | 39.9 | 35.4 |
| Total cholesterol (mmol/l) | 5.65 | 5.70 | 5.74 | 5.65 | 5.65 | 5.62 | 5.69 | 5.67 |
| Triglycerides (mmol/l) | 1.38 | 1.36 | 1.41 | 1.34 | 1.30 | 1.29 | 1.38 | 1.34 |
| Current or past smoker (%) | 84.4 | 80.6 | 79.7 | 78.2 | 74.6 | 76.7 | 80.8 | 78.8 |
| Alcohol 1+ a week (%) | 43.8 | 47.8 | 48.6 | 49.8 | 44.1 | 48.1 | 45.9 | 48.8 |
| *Social characteristics* | | | | | | | | |
| University level education (%) | 28.5 | 33.4 | 24.5 | 31.1 | 31.1 | 38.8 | 27.2 | 33.3 |
| White collar occupation (%) | 47.1 | 56.2 | 43.7 | 45.4 | 48.5 | 48.6 | 45.9 | 48.5 |
| Married (%) | 89.5 | 91.1 | 85.5 | 87.4 | 78.7 | 83.7 | 86.0 | 88.1 |
| Non-Russian ethnic group/nationality (%) | 17.1 | 19.5 | 8.9 | 16.3 | 9.8 | 15.4 | 12.3 | 17.3 |

**Results**

Descriptive characteristics of four birth cohorts of exposed and unexposed women and men as measured in 1980–82 (women) and 1975–77 are given in Tables 1 and 2, respectively. At the time of the examination, women were from 40 to 71 year-old (mean 54) and men were from 39 to 61 year-old (mean 48). A total of 604 deaths were recorded among women and 2196 deaths among men until the end of follow-up in December 2005.

There were some differences between the exposed cohorts and those who moved or returned to Leningrad after siege in several social indicators (Tables 1 and 2). Unexposed males tended to have on average higher education. In both men and women, there were more subjects of non-Russian ethnic group/nationality among the unexposed, especially so in the younger cohorts.

There was a suggestion of higher mean systolic blood pressure among women who experienced the severest starvation at age 6–8 years and in men who were exposed to the starvation at age 9–15 years (Table 3). The respective age adjusted differences in systolic blood pressure were 7.4 (95% CI: -1.4, 16.2) mm Hg in women and 3.3 (95% CI: 1.1, 5.5) mm Hg in men. Further adjustments for social characteristics, body mass index, smoking and alcohol drinking did not largely affect the strength of the association in women and only slightly attenuated the strength of the association in men. A statistical interaction of the siege exposure with gender was significant at $p < 0.05$ in those exposed at ages 6–8 in both age-adjusted and fully adjusted analyses.

Mean blood pressure was relatively high and the overall prevalence of hypertension (160+ and/or 95+ mm Hg systolic and diastolic blood pressure) was 41% in women and 31% in men. Exposure to siege was associated with a statistically significant excess among men only, with a fully adjusted overall odds ratio for men exposed at age 6–25 of 1.20 (95% CI: 1.03, 1.39).

Mean height of women who were exposed to siege at age 6+ years appeared to be greater than that of unexposed women of same age. The difference was of borderline statistical significance and persisted after adjustments for non-Russian ethnic group/nationality (Table 4). There were only modest differences in mean height, body mass index (BMI) or blood lipids between the exposed and unexposed men and none of them reached statistical significance (Table 4). Women exposed to siege at age 1–5 years had a higher mean level of triglycerides; a difference of borderline statistical significance (Table 4).

No statistically significant associations of siege with total or circulatory disease mortality have been found in women. Higher mortality from ischaemic heart disease and cerebrovascular disease was noted in men exposed at age 6–8 and 9–15 respectively, (Table 5).

**Discussion**

Mean blood pressure and prevalence of hypertension in this Russian population were very high. Women

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 141 - 2269**

Case 2:02-cr-00220-MCS   Document 2475-8   Filed 10/05/23   Page 252 of 452   Page ID #:21903

**Table 3.** Difference (regression coefficients with 95% CI) in blood pressure and relative risk of hypertension (odds ratio with 95% CI) at examination in 1975–1982 among Russian women and men exposed to the siege of Leningrad compared to subjects who did not live in Leningrad during the siege, by gender and year of birth

| | Women | | | | | | | Men | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Born 1910–1915 | Born 1916–1925 | Born 1926–1932 | Born 1933–1935 | Born 1936–1940 | Total born 1916–1935 | Total born 1910–1940 | Born 1916–1925 | Born 1926–1932 | Born 1933–1935 | Total born 1916–1935 |
| Number of subjects | 169 | 419 | 362 | 150 | 312 | 931 | 1412 | 1244 | 1451 | 545 | 3240 |
| *Systolic blood pressure* (mm Hg) | | | | | | | | | | | |
| Age adjusted difference | −3.9 (−13.6,5.7) | −0.4 (−6.3,5.5) | 0.8 (−5.0,6.6) | 7.4 (−1.4,16.2) | 0.8 (−4.7,6.2) | 1.4 (−2.3,5.1) | 0.9 (−2.0,3.9) | 1.9 (−0.9,4.6) | 3.3 (1.1,5.5) | -0.2 (−3.4,2.9) | 2.2 (0.6,3.7) |
| Difference 1 | −3.7 (−13.5,6.1) | −0.6 (−6.6,5.4) | 0.8 (−5.0,6.7) | 7.9 (−1.2,17.0) | 1.1 (−4.3,6.6) | 1.2 (−2.5,5.0) | 0.8 (−2.1,3.8) | 1.2 (−1.5,3.9) | 2.4 (0.3,4.6) | -0.5 (−3.7,2.6) | 1.5 (−0.1,3.0) |
| Difference 2 | −3.4 (−13.1,6.3) | 0.0 (−5.9,5.9) | 1.1 (−4.7,6.8) | 8.8 (0.1,17.5) | 0.8 (−4.6,6.2) | 1.7 (−2.0,5.4) | 0.9 (−2.0,3.8) | 1.3 (−1.4,4.0) | 2.9 (0.7,5.0) | -0.1 (−3.1,2.8) | 1.8 (0.3,3.3) |
| *Diastolic blood pressure* (mm Hg) | | | | | | | | | | | |
| Age adjusted difference | −1.2 (−5.5,3.0) | −0.2 (−2.8,2.4) | 0.3 (−2.6,3.1) | 1.2 (−3.4,5.9) | −1.2 (−4.1,1.7) | 0.2 (−1.6,1.9) | 0.0 (−1.5,1.4) | 1.1 (−0.3,2.6) | 1.0 (−0.3,2.2) | -0.5 (−2.5,1.6) | 0.8 (0.0,1.7) |
| Difference 1 | −0.7 (−5.1,3.7) | −0.3 (−2.9,2.3) | 0.2 (−2.7,3.1) | 1.4 (−3.4,6.3) | −0.9 (−3.8,2.0) | 0.1 (−1.7,1.9) | 0.0 (−1.4,1.4) | 0.9 (−0.5,2.4) | 0.6 (−0.6,1.9) | -0.7 (−2.8,1.4) | 0.6 (−0.3,1.4) |
| Difference 2 | 0.2 (−4.2,4.6) | −0.2 (−2.8,2.3) | 0.3 (−2.5,3.1) | 1.8 (−2.7,6.3) | −1.3 (−4.1,1.5) | 0.2 (−1.5,1.9) | −0.1 (−1.5,1.3) | 0.9 (−0.4,2.3) | 1.0 (−0.2,2.2) | -0.6 (−2.5,1.4) | 0.8 (−0.1,1.6) |
| *Hypertension* (≥160/95 mm Hg) | | | | | | | | | | | |
| Age adjusted OR | 0.80 (0.43,1.48) | 1.32 (0.89,1.95) | 0.79 (0.50,1.24) | 1.08 (0.51,2.26) | 1.19 (0.62,2.27) | 1.06 (0.81,1.40) | 1.08 (0.86,1.36) | 1.19 (0.95,1.50) | 1.26 (1.01,1.57) | 1.02 (0.69,1.51) | 1.20 (1.03,1.39) |
| OR 1 | 0.83 (0.44,1.56) | 1.31 (0.88,1.95) | 0.77 (0.49,1.22) | 1.24 (0.59,2.72) | 1.31 (0.67,2.56) | 1.05 (0.80,1.39) | 1.09 (0.86,1.37) | 1.16 (0.92,1.46) | 1.19 (0.95,1.49) | 0.97 (0.66,1.44) | 1.15 (0.99,1.33) |
| OR 2 | 0.94 (0.47,1.87) | 1.40 (0.93,2.11) | 0.73 (0.45,1.19) | 1.32 (0.58,2.99) | 1.18 (0.59,2.36) | 1.08 (0.85,1.37) | 1.08 (0.85,1.37) | 1.17 (0.92,1.48) | 1.25 (1.00,1.58) | 0.97 (0.64,1.48) | 1.19 (1.02,1.38) |

1: adjusted for exact age at examination, education, occupation, ethnic group/nationality, and marital status. 2: adjusted for exact age at examination, education, occupation, ethnic group/nationality, marital status, body mass index, smoking, and alcohol consumption.

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

Exhibit 141 - 2270

227

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

228

**Table 4.** Difference (regression coefficients with 95% CI) in body size and blood lipid levels at examination in 1975–1982 among Russian women and men exposed to the siege of Leningrad compared to subjects who did not live in Leningrad during the siege, by gender and year of birth

| | Women | | | | | | | Men | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Born 1910–1915 | Born 1916–1925 | Born 1926–1932 | Born 1933–1935 | Born 1936–1940 | Total born 1916–1935 | Total born 1910–1940 | Born 1916–1925 | Born 1926–1932 | Born 1933–1935 | Total born 1916–1935 |
| Number of subjects | 169 | 424 | 362 | 147 | 312 | 933 | 1414 | 1484 | 1730 | 683 | 3897 |
| *Height* (cm) | | | | | | | | | | | |
| Age adjusted difference | 0.7 (−1.0,2.4) | 0.9 (−0.3,2.0) | 1.0 (−0.5,2.4) | 1.1 (−1.0,3.2) | −0.8 (−2.4,0.7) | 0.9 (0.1,1.8) | 0.7 (0.0,1.3) | 0.4 (−0.3,1.0) | 0.0 (−0.6,0.6) | -0.1 (−1.1,0.9) | 0.1 (−0.3,0.5) |
| Difference 1 | 0.7 (−1.0,2.4) | 0.8 (−0.3,2.0) | 0.9 (−0.5,2.4) | 0.9 (−1.3,3.0) | −1.0 (−2.6,0.5) | 0.9 (0.0,1.7) | 0.6 (−0.1,1.3) | 0.3 (−0.3,1.0) | 0.0 (−0.7,0.6) | -0.1 (−1.1,1.0) | 0.1 (−0.3,0.5) |
| *Body mass index* (kg/m$^2$) | | | | | | | | | | | |
| Age adjusted difference | −0.3 (−1.7,1.1) | −0.1 (−1.0,0.9) | −0.2 (−1.4,0.9) | −0.6 (−2.2,1.1) | 0.4 (−0.8,1.7) | −0.2 (−0.9,0.4) | 0.0 (−0.5,0.5) | 0.0 (−0.4,0.3) | -0.4 (−0.7,−0.1) | 0.2 (−0.3,0.7) | -0.1 (−0.4,0.1) |
| Difference 2 | −0.8 (−2.2,0.6) | −0.1 (−1.0,0.8) | −0.2 (−1.4,0.9) | −0.1 (−1.8,1.5) | 0.5 (−0.7,1.7) | −0.2 (−0.8,0.5) | 0.0 (−0.5,0.6) | 0.0 (−0.4,0.4) | −0.3 (−0.7,0.0) | 0.3 (−0.2,0.8) | -0.1 (−0.3,0.1) |
| *Total cholesterol* (mmol/l) | | | | | | | | | | | |
| Age adjusted difference | 0.03 (−0.28,0.34) | 0.03 (−0.18,0.23) | 0.13 (−0.09,0.35) | 0.05 (−0.28,0.38) | 0.18 (−0.08,0.43) | 0.06 (−0.07,0.20) | 0.10 (−0.01,0.22) | −0.04 (−0.15,0.07) | 0.08 (−0.01,0.18) | 0.03 (−0.14,0.20) | 0.02 (−0.04,0.09) |
| Difference 2 | 0.07 (−0.25,0.39) | 0.07 (−0.13,0.28) | 0.13 (−0.10,0.35) | 0.05 (−0.28,0.38) | 0.19 (−0.07,0.45) | 0.07 (−0.07,0.21) | 0.12 (0.00,0.23) | −0.03 (−0.14,0.08) | 0.09 (−0.01,0.18) | 0.04 (−0.12,0.21) | 0.03 (−0.03,0.10) |
| *Triglycerides* (mmol/l) | | | | | | | | | | | |
| Age adjusted difference | −0.04 (−0.22,0.14) | 0.03 (−0.11,0.16) | −0.04 (−0.17,0.09) | −0.05 (−0.24,0.13) | 0.13 (0.00,0.27) | 0.00 (−0.09,0.08) | 0.03 (−0.04,0.09) | 0.02 (−0.08,0.12) | 0.07 (−0.02,0.16) | 0.01 (−0.14,0.15) | 0.04 (−0.02,0.10) |
| Difference 2 | −0.05 (−0.24,0.14) | 0.03 (−0.10,0.17) | −0.04 (−0.17,0.09) | −0.02 (−0.21,0.17) | 0.14 (0.01,0.28) | 0.00 (−0.08,0.08) | 0.04 (−0.03,0.10) | 0.03 (−0.07,0.13) | 0.08 (−0.01,0.18) | 0.01 (−0.13,0.16) | 0.05 (−0.01,0.11) |

1: adjusted for exact age at examination and ethnic group/nationality. 2: adjusted for exact age at examination, education, occupation, ethnic group/nationality, and marital status.

Exhibit 141 - 2271

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Table 5.** Hazard ratios (with 95% CI) for total mortality, mortality from circulatory diseases, ischaemic heart disease and cerebrovascular disease in 1975–2005 among Russian women and men exposed to the siege of Leningrad compared to subjects who did not live in Leningrad during the siege, by gender and year of birth

| | Women | | | | | | | Men | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Born 1910–1915 | Born 1916–1925 | Born 1926–1932 | Born 1933–1935 | Born 1936–1940 | Total born 1916–1935 | Total born 1910–1940 | Born 1916–1925 | Born 1926–1932 | Born 1933–1935 | Total born 1916–1935 |
| Number of subjects | 169 | 419 | 362 | 150 | 312 | 931 | 1412 | 1244 | 1451 | 545 | 3240 |
| All cause mortality (number of deaths) | 148 | 238 | 122 | 38 | 58 | 398 | 604 | 1020 | 917 | 259 | 2196 |
| Age adjusted HR | 0.86 (0.62,1.19) | 1.09 (0.84,1.42) | 1.02 (0.71,1.48) | 0.87 (0.44,1.73) | 1.18 (0.67,2.07) | 1.04 (0.85,1.28) | 1.00 (0.85,1.18) | 1.15 (1.01,1.30) | 1.23 (1.08,1.40) | 1.27 (0.99,1.63) | 1.20 (1.10,1.31) |
| HR1 | 0.81 (0.57,1.14) | 1.13 (0.87,1.48) | 1.13 (0.78,1.66) | 1.12 (0.54,2.31) | 1.17 (0.66,2.07) | 1.11 (0.91,1.37) | 1.02 (0.87,1.21) | 1.09 (0.96,1.24) | 1.19 (1.04,1.36) | 1.20 (0.93,1.54) | 1.14 (1.05,1.25) |
| HR2 | 0.87 (0.61,1.25) | 1.09 (0.84,1.43) | 1.02 (0.70,1.51) | 1.22 (0.57,2.60) | 1.17 (0.65,2.08) | 1.06 (0.86,1.30) | 1.01 (0.86,1.19) | 1.09 (0.96,1.24) | 1.20 (1.05,1.37) | 1.22 (0.95,1.58) | 1.15 (1.06,1.26) |
| HR3 | 0.85 (0.59,1.22) | 1.09 (0.83,1.42) | 0.94 (0.64,1.39) | 0.77 (0.34,1.74) | 1.14 (0.63,2.06) | 1.02 (0.83,1.25) | 0.98 (0.83,1.15) | 1.08 (0.95,1.23) | 1.12 (0.98,1.29) | 1.20 (0.93,1.55) | 1.12 (1.02,1.22) |
| Deaths from circulatory diseases (number of deaths) | 73 | 110 | 54 | 21 | 14 | 185 | 272 | 566 | 487 | 115 | 1168 |
| Age adjusted HR | 0.77 (0.48,1.22) | 0.97 (0.66,1.42) | 1.35 (0.79,2.32) | 0.59 (0.22,1.64) | 0.46 (0.10,2.08) | 1.00 (0.74,1.34) | 0.91 (0.71,1.16) | 1.09 (0.92,1.29) | 1.31 (1.10,1.57) | 1.44 (0.99,2.09) | 1.21 (1.08,1.36) |
| HR1 | 0.71 (0.44,1.15) | 1.00 (0.68,1.47) | 1.57 (0.90,2.73) | 0.71 (0.25,2.02) | 0.45 (0.10,2.03) | 1.07 (0.79,1.44) | 0.93 (0.73,1.19) | 1.05 (0.89,1.25) | 1.28 (1.06,1.53) | 1.35 (0.93,1.97) | 1.17 (1.04,1.31) |
| HR2 | 0.75 (0.45,1.24) | 0.95 (0.65,1.41) | 1.33 (0.75,2.35) | 0.78 (0.26,2.29) | 0.45 (0.10,2.10) | 0.99 (0.73,1.34) | 0.91 (0.71,1.17) | 1.04 (0.88,1.24) | 1.29 (1.07,1.55) | 1.40 (0.96,2.04) | 1.17 (1.04,1.32) |
| HR3 | 0.76 (0.46,1.28) | 0.93 (0.63,1.37) | 1.23 (0.69,2.20) | 0.52 (0.16,1.67) | 0.47 (0.10,2.21) | 0.95 (0.70,1.28) | 0.88 (0.69,1.13) | 1.03 (0.87,1.22) | 1.20 (1.00,1.44) | 1.38 (0.95,2.01) | 1.13 (1.00,1.27) |
| Deaths from ischaemic heart disease (number of deaths) | 35 | 43 | 21 | 8 | 7 | 72 | 114 | 337 | 301 | 72 | 710 |
| Age adjusted HR | 0.65 (0.33,1.27) | 1.31 (0.70,2.45) | 1.67 (0.71,3.93) | 0.66 (0.13,3.32) | 0.49 (0.06,4.07) | 1.32 (0.82,2.12) | 0.99 (0.68,1.44) | 1.09 (0.88,1.36) | 1.23 (0.97,1.55) | 1.92 (1.21,3.05) | 1.22 (1.05,1.41) |
| HR1 | 0.60 (0.29,1.21) | 1.42 (0.75,2.69) | 1.77 (0.73,4.26) | 0.59 (0.11,2.97) | 0.53 (0.06,4.70) | 1.44 (0.89,2.33) | 1.01 (0.69,1.48) | 1.06 (0.85,1.33) | 1.22 (0.96,1.54) | 1.82 (1.14,2.90) | 1.18 (1.02,1.38) |
| HR2 | 0.60 (0.29,1.23) | 1.32 (0.69,2.50) | 1.61 (0.65,3.94) | 0.72 (0.13,4.12) | 0.50 (0.05,4.70) | 1.35 (0.83,2.20) | 1.01 (0.69,1.47) | 1.05 (0.84,1.31) | 1.22 (0.96,1.54) | 1.89 (1.18,3.01) | 1.18 (1.01,1.37) |

Exhibit 141 - 2272

230

Table 5. Contd.

| | Women | | | | | | | Men | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Born 1910–1915 | Born 1916–1925 | Born 1926–1932 | Born 1933–1935 | Born 1936–1940 | Total born 1916–1935 | Total born 1910–1940 | Born 1916–1925 | Born 1926–1932 | Born 1933–1935 | Total born 1916–1935 |
| HR3 | 0.60 (0.29,1.24) | 1.26 (0.66,2.42) | 1.56 (0.63,3.85) | 0.52 (0.08,3.40) | 0.60 (0.07,5.27) | 1.27 (0.78,2.08) | 0.98 (0.67,1.42) | 1.03 (0.83,1.29) | 1.14 (0.90,1.45) | 1.84 (1.14,2.94) | 1.14 (0.98,1.32) |
| Deaths from cerebrovascular disease (number of deaths) | 32 | 58 | 27 | 10 | 5 | 95 | 132 | 203 | 150 | 36 | 389 |
| Age adjusted HR | 1.21 (0.59,2.51) | 0.69 (0.41,1.15) | 1.07 (0.49,2.33) | 0.20 (0.02,1.64) | 0.68 (0.07,6.07) | 0.69 (0.46,1.05) | 0.82 (0.57,1.16) | 1.05 (0.79,1.39) | 1.61 (1.17,2.23) | 0.83 (0.40,1.72) | 1.22 (1.00,1.50) |
| HR1 | 1.05 (0.49,2.25) | 0.69 (0.41,1.17) | 1.33 (0.60,2.98) | 0.29 (0.03,2.47) | 0.61 (0.07,5.49) | 0.74 (0.48,1.14) | 0.83 (0.58,1.18) | 0.98 (0.73,1.30) | 1.51 (1.09,2.09) | 0.78 (0.37,1.61) | 1.14 (0.93,1.40) |
| HR2 | 1.16 (0.52,2.57) | 0.67 (0.40,1.14) | 1.02 (0.44,2.38) | 0.26 (0.03,2.28) | 0.70 (0.08,6.38) | 0.67 (0.44,1.03) | 0.80 (0.56,1.14) | 0.97 (0.73,1.29) | 1.55 (1.12,2,15) | 0.81 (0.39,1.68) | 1.17 (0.95,1.43) |
| HR3 | 1.20 (0.52,2.75) | 0.65 (0.38,1.11) | 0.88 (0.37,2.11) | 0.13 (0.01,1.38) | 0.81 (0.08,8.50) | 0.65 (0.42,1.00) | 0.77 (0.54,1.11) | 0.96 (0.72,1.28) | 1.42 (1.02,1.96) | 0.80 (0.38,1.67) | 1.12 (0.91,1.37) |

1: adjusted for exact age at examination, education, occupation, ethnic group/nationality, and marital status. 2: adjusted for exact age at examination, education, occupation, ethnic group/nationality, marital status, smoking, and alcohol consumption 3: adjusted for exact age at examination, education, occupation, ethnic group/nationality, marital status, smoking, alcohol consumption, body mass index and systolic blood pressure.

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

Exhibit 141 - 2273

231



**Photograph 1.** During the siege of Leningrad, its population was exposed to severe starvation as well as bitter cold (during the winter of 1941–1942 there was no heating available in Leningrad despite temperatures reaching −40 degrees).

who were 6–8 years-old and men who were 9–15 years-old at the peak of the siege had higher systolic blood pressure compared to unexposed subjects of same age. Significant effects of siege on mortality from ischaemic heart disease and cerebrovascular disease were only seen in men, adding further evidence on differences in strength of the associations by gender and age at exposure to siege. The experience of severe stress and starvation in childhood and puberty may thus have long-term, gender specific, effects in surviving men and women. Results concerning effects of siege on body size indicate further gender differences in how severe starvation might affect growth trajectories.

*Validity of results*

Comparability of the results for male and female cohorts together with the validity of comparisons between subjects exposed to siege and those who did not live in Leningrad during the siege but were resident in St Petersburg between 1975 and 1982 are crucial issues in assessing the validity of our results.

As the blood pressure measurements were taken and other information collected using exactly the same methods in the exposed and unexposed groups, and practically without knowledge of the exposure

status, any differential misclassification is unlikely. Identical protocols were used for examinations of men and women, and although the measurements were not taken at the same time period, we believe that their results are well comparable. The lower mean age of men at the time of the blood pressure measurements might be of concern if the long term effects of starvation depended on patho-physiological processes taking place in adulthood or interacting with other processes related to ageing.

Our definition of hypertension detects rather extreme values of blood pressure and reflects the generally high blood pressure in this sample where mean systolic blood pressure was over 140 mm Hg. The mean blood pressure and the prevalence of hypertension in this population are considerably higher than e.g. in US men and women of same age [23, 24]. This is a finding that in itself merits further study.

Selection processes may be acting at different stages during the life course of the study participants. The study compares survivors of the Leningrad siege still resident in St Petersburg 1975–1982 with a group of men and women resident in St Petersburg 1975–1982 who had not experienced the siege. Given the severity of the siege and the high mortality then and probably also in its aftermath, survivors may have been a selected group of genetically gifted individuals who are capable of surviving under severe cold and adverse nutritional circumstances. The absence of an association between exposure to siege and total or circulatory disease mortality in adulthood and old age among women even suggests that the processes of selective survival might be affecting males and females to a different extent. A selective inward migration of healthy men and women is also plausible. If the former selection effect is stronger than the latter, our results are biased towards the null hypothesis.

The selection of comparison groups for this study should ensure that the exposed and unexposed subjects had broadly similar living conditions, access to health care and possibly also broadly similar life styles during most of their adult life. It is however, conceivable that there were differences in the living standards and nutrition of the Leningrad population and those living elsewhere in Russia both before and shortly after the war. Although it is difficult to estimate the food availability for the control group during the period of siege, available data suggests serious limitations in food availability throughout the Soviet Union (e.g. daily rations of 600–800 g bread for workers, 400 g civil servants, 200 g non-working population and 300 g children below age 12 in Siberia (Krasnoyarsk) in 1943 [25]).

Given the hypothesized importance of specific ages at which exposure to famine may program the body's metabolism and blood pressure, the strategy of analysis was based on comparisons stratified by period of

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 141 - 2274**

232

birth. It is thus also important to note the changing social and ethnic composition of birth cohorts of men and women moving or returning to St Petersburg after the siege, for which we could adjust our results only to a certain degree.

The statistical power of the analysis was particularly limited in women and a larger study might have yielded more significant results.

*Growth trajectories, age at menarche and gender differences*

The "unifying", growth acceleration hypothesis of Singhal and Lucas [16] emphasizes the contribution of postnatal programming to cardiovascular health. Several authors have found post-natal growth trajectories to be important for later blood pressure [26, 27] with changes in the effect of postnatal growth occurring around the age of puberty [27]. In this context, the apparently older ages at which male compared to female blood pressure levels are most sensitive to starvation and subsequent re-feeding could mirror the higher average age at onset of puberty in males, or gender differences in childhood growth and/or nutritional history.

We do not have information on age at menarche in our female cohort. Effects of starvation on age at menarche were reported from the Dutch famine [28], suggesting that it had retarding effect on menarche in older girls who were soon to expect their first menstruation (over 10 years of age in the Dutch study) when exposed to severe war starvation but did not affect ages at menarche in girls exposed at younger ages. Assuming that effects of starvation on age at menarche were similar in Leningrad implies that the apparent increase in adult height in women who are exposed to siege could thus be also related to their menarcheal rates. Moreover, given the evidence on associations between early age at menarche and elevated risk factors for cardiovascular disease [29], one could speculate that the delayed menarche counteracted effects of siege on metabolic and cardiovascular systems in this particular gender and age group.

Lawlor et al. [30] did not find any evidence of gender difference in the association between birth weight and systolic blood pressure in later life in their meta-analysis of published studies. Although the literature on the fetal and early postnatal origins of cardiovascular diseases is largely based on studies of men, there are other studies documenting gender differences in the strength and pattern of observed associations. In a study of Hertfordshire men and women, low rates of infant growth predicted levels of cardiovascular risk factors in men but not women [31]. Forsen et al. [32] reported gender differences in the pattern of fetal and childhood growth most strongly associated with coronary heart disease in adulthood. Most recently, such differences have been interpreted as an evidence for females being less

vulnerable to undernutrition in utero and better able to sustain postnatal growth in adverse environments than males [33].

There is some limited evidence, mainly from Germany after World War I, suggesting that growth depression produced by severe food restrictions does not necessarily result in a permanent deficit [18], with no mention of any gender differences in how older children born in the war years made up their growth deficits. Gender differences were, however, reported from earlier studies on long-term impact of war semi-starvation on mortality. Okubo [34] observed an increase in mortality in middle-aged Japanese males but not females who were all aged around 15 in 1945 and were thus exposed to the post-war food shortage in Japan. This finding was interpreted as evidence of malnutrition leading to weaknesses of the blood vessel structures which in turn lead to an increase in circulatory disease deaths [34]. Horiuchi [35] reported higher mortality in old age among German males aged about 15 at the end of World War I than in preceding and succeeding cohorts. These effects, interpreted as long-term impacts of malnutrition upon vascular structures of male adolescents, were only observed in men and not in women [35].

*Other mechanisms*

Long-term effects of starvation in childhood and adolescence on blood pressure have not been studied adequately. Malnutrition during the first year of life, independent of birth weight, has been shown to be associated with a deterioration of insulin metabolism and glucose tolerance – but not with a higher blood pressure – in young men [36]. Studies of dietary factors associated with blood pressure in children and adolescents provide some evidence that diets rich in fruits, vegetables and low-fat dairy projects are associated with lower blood pressure [37], though the specific role of particular nutrients other than sodium is not entirely clear [38]. Studies of starvation in adults demonstrate a range of cardiovascular, metabolic and hormonal changes within a short period of time [18, 39]. Somatic complications in anorexia nervosa include reduction of myocardial mass, blunted heart rate and blood pressure response to exercise, abnormal diastolic compliance [40], bradycardia, dysrhythmias, blood pressure instability [41], and systolic and diastolic ventricular dysfunction [42]. Whether cardiac abnormalities of anorexia disappear, remain or are reinforced after weight gain and resumption of normal activities is unclear.

The design of our study does not allow for a clear distinction between nutrition-based effects of starvation and potential effects due to the trauma of war (Photograph 1). Whether the extreme hardship experienced by Leningrad residents during the siege affected their circulatory systems directly, impacted on sympathetic activity or led to changes in beha-

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 141 - 2275**

233

viour with subsequent effects on blood pressure, diabetes and circulatory disease remains an open question. All these potential causal pathways are plausible. Further research is needed to fully understand the underlying mechanisms and the relevance of our findings for less severe forms of under-nutrition in childhood. We do, however, conclude that the consequences of the experience of war accompanied by severe starvation in childhood for health in adult life are gender-specific and dependent on the age at exposure.

## Acknowledgements

This study was supported by grants from the Foundation for Baltic and East European Studies and the Swedish Council for Social Research. Denny Vågerö is a member of the Macarthur Foundation network on social upheaval and health, which also gave support to the re-organisation of the data base. We would like to thank Maria Branting and Reidar Österman for help with preparation of the dataset, David Leon, Hans Lithell and anonymous reviewers for comments on an earlier draft, and Sviatoslav Plavinski and Diana Kuh for alerting us to some crucial references on war time starvation.

## References

1. Lucas A. Programming by early nutrition: an experimental approach. J Nutr 1998; 128: 401S–406S.
2. Ravelli GP, Stein ZA, Susser MW. Obesity in young men after famine exposure in utero and early infancy. N Engl J Med 1976; 295: 349–353.
3. Ravelli ACJ, van der Meulen JHP, Osmond C, Barker DJP, Bleker OP. Obesity at the age of 50 years in men and women exposed to famine prenatally. Am J Clin Nutr 1999; 70: 811–816.
4. Roseboom TJ, van der Meulen JH, Ravelli AC, et al. Blood pressure in adults after prenatal exposure to famine. J Hypertens 1999; 17: 325–330.
5. Painter RC, Roseboom TJ, Bleker OP. Prenatal exposure to the Dutch famine and disease in later life: an overview. Reprod Toxicol 2005; 20: 345–352.
6. Stanner SA, Bulmer K, Andres C, et al. Does malnutrition in utero determine diabetes and coronary heart disease in adulthood? Results from the Leningrad siege study, a cross sectional study. BMJ 1997; 315: 1342–1348.
7. Yudkin JS, Phillips DI, Stanner S. Proteinuria and progressive renal disease: birth weight and microalbuminuria. Nephrol Dial Transplant 1997; 2(12 Suppl): 10–13.
8. Stanner SA, Yudkin JS. Fetal programming and the Leningrad Siege study. Twin Res 2001; 4: 287–292.
9. Elias SG, van Noord PAH, Peeters PHM, den Tonkelaar I, Grobbee DE. Childhood exposure to the 1944–1945 Dutch famine and subsequent female reproductive function. Human Reproduction 2005; 20: 2483–8.
10. Dirx MJ, van den Brandt PA, Goldbohm RA, Lumey LH. Energy restriction early in life and colon carcinoma risk: results of The Netherlands Cohort Study after 7.3 years of follow-up. Cancer 2003; 97: 46–55.
11. Elias SG, Peeters PH, Grobbee DE, van Noord PA. Breast cancer risk after caloric restriction during the 1944–1945 Dutch famine. J Natl Cancer Inst 2004; 96: 539–46.
12. Chmelnizkij OK. Role of pathologists in the besieged city of Leningrad (1941–1943) [in German]. Zentralbl Allg Pathol 1987; 133: 307–310.
13. Pavlov D. Leningrad 1941: the blockade. Chicago: University of Chicago Press, 1965.
14. Sparén P, Vågerö D, Shestov DB, et al. Long-term mortality after severe starvation. Echo from the siege of Leningrad. BMJ 2004; 328: 11–15.
15. Vågerö D, Shestov D, Galanti R, Sparén P. Long term mortality after starvation during the Leningrad siege: Authors reply. BMJ 2004; 328: 346–7.
16. Singhal A, Lucas A. Early origins of cardiovascular disease: is there a unifying hypothesis? The Lancet 2004; 363: 1642–1645.
17. Brozek J, Chapman C, Keys A. Drastic food restriction: effect on cardiovascular dynamics in normotensive and hypertensive conditions. J Am Med Ass 1948; 137: 1569–1574.
18. Keys A, Brozek J, Henschel A, Mickelsen O, Taylor H. The Biology of Human Starvation. Minneapolis: University of Minnesota Press, 1950.
19. Olearchyk AS, Olearchyk RM. Reminiscences of Vasilii I Kolesov. Ann Thorac Surg 1999; 67: 273–276.
20. Boitsov SA, Karpenko MA, Kuchmin AN, Pestova LV, Belokon GV. Clinical manifestation of hypertension in citizens of siege Leningrad (1941–1944). Retrospective analysis of archive materials [in Russian]. Ter Arkh 2000; 72: 54–58.
21. Khoroshinina LP. Peculiarities of somatic diseases in people of middle and old age survived Leningrad siege at childhood [in Russian]. Adv Gerontol 2004; 14: 55–65.
22. Davis CE, Deev AD, Shestov DB, et al. Correlates of mortality in Russian and US women. The Lipid Research Clinics Research Program. Am J Epidemiol 1994; 139: 369–379.
23. Thorn MD, Furberg B, Abernathy JR, et al. Correlates of systolic and diastolic blood pressures and lipids and lipoproteins in men aged 20–69 years from US and USSR Lipid Research Clinics Populations. Atherosclerosis Rev 1998; 17: 157–184.
24. Abernathy JR, Furberg B, Thorn MD, et al. Correlates of systolic and diastolic blood pressure in women aged 20–69 years from US and USSR Lipid Research Clinics Populations. Atherosclerosis Rev 1998; 17: 185–199.
25. Grigoriev (Ed). Krasnojarsky krai in Russian History: volume three 1941–1953 [in Russian]. Krasnojarsk: Publishing House, 2000.
26. Horta B, Barros FC, Victora CG, Cole TJ. Early and late growth and blood pressure in adolescence. J Epidemiol Community Health 2003; 57: 226–230.
27. Adair LS, Cole TJ. Rapid child growth raises blood pressure in adolescent boys who were thin at birth. Hypertension 2003; 41: 451–456.

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 141 - 2276**

234

28. van Noord PA, Kaaks R. The effect of wartime conditions and the 1944–45 "Dutch famine" on recalled menarcheal age in participants of the DOM breast cancer screening project. Ann Hum Biol 1991; 18: 57–70.

29. Remsberg KE, Demerath EW, Schubert CM, Chumlea WC, Sun SS, Siervogel RM. Early menarche and the development of cardiovascular disease risk factors in adolescent girls: the Fels Longitudinal Study. J Clin Endocrinol Metab 2005; 90: 2718–2724.

30. Lawlor DA, Ebrahim S, Davey Smith G. Is there a sex difference in the association between birth weight and systolic blood pressure in later life? Findings from a meta-regression analysis. Am J Epidemiol 2002; 156: 1100–1104.

31. Fall CHD, Osmond C, Barker DJP, et al. Fetal and infant growth and cardiovascular risk factors in women. BMJ 1995; 310: 428–432.

32. Forsen T, Eriksson JG, Tuomilehto J, Osmond C, Barker DJ. Growth in utero and during childhood among women who develop coronary heart disease: longitudinal study. BMJ 1999; 319: 1403–1407.

33. Forsen T, Osmond C, Eriksson JG, Barker DJ. Growth of girls who later develop coronary heart disease. Heart 2004; 90: 20–24.

34. Okubo M. Increase in mortality of middle-aged males in Japan. NUPRI Res Paper Ser 1981; 3: 1–21.

35. Horiuchi S. The long-term impact of war on mortality: old-age mortality of the First World War survivors in the Federal Republic of Germany. UN Population Bull 1983; 5: 80–92.

36. Gonzales-Barranco J, Rios-Torres JM, Castillo-Martinez L, et al. Effect of malnutrition during the first year of life on adult plasma insulin and glucose tolerance. Metabolism 2003; 52: 1005–1011.

37. Falkner B, Sherif K, Michel S, Kushner H. Dietary nutrients and blood pressure in urban minority adolescents at risk of hypertension. Arch Pediatr Adolesc Med 2000; 154: 918–922.

38. Simons-Morton DG, Obarzanek E. Diet and blood pressure in children and adolescents. Pediatr Nephrol 1997; 11: 244–249.

39. Webber J, Macdonald IA. The cardiovascular, metabolic and hormonal changes accompanying acute starvation in men and women. Br J Nutr 1994; 71: 437–447.

40. Moodie DS. Anorexia and the heart. Results of studies to assess effects. Postgrad Med 1987; 81: 46–55.

41. Palla B, Litt IF. Medical complications of eating disorders in adolescents. Pediatrics 1988; 81: 613–623.

42. Schocken DD, Holloway JD, Powers PS. Weight loss and the heart. Effects of anorexia nervosa and starvation. Arch Intern Med 1989; 149: 877–881.

*Address for correspondence:* Ilona Koupil, Centre for Health Equity Studies (CHESS), Stockholm University/Karolinska Institute, Stockholm, 10691, Sweden
Phone: +46-8-163952; Fax: +46-8-162600
E-mail: ilona.koupil@chess.su.se

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:18:41 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 141 - 2277**

# EXHIBIT 142

# CATRIONA KELLY
# CHILDREN'S WORLD
### GROWING UP IN
## RUSSIA
### 1890–1991



**Exhibit 142 - 2278**

Copyright © 2007 Catriona Kelly

All rights reserved. This book may not be reproduced in whole or in part, in any form (beyond that copying permitted by Sections 107 and 108 of the U.S. Copyright Law and except by reviewers for the public press) without written permission from the publishers.

For information about this and other Yale University Press publications, please contact:

U.S. Office:    sales.press@yale.edu    www.yalebooks.com
Europe Office:    sales @yaleup.co.uk    www.yaleup.co.uk

Set in Caslon by Carnegie Book Production, Lancaster
Printed in Great Britain by TJ International, Padstow

Library of Congress Cataloging-in-Publication Data
Kelly, Catriona.
   Children's world: growing up in Russia, 1890–1991 / Catriona Kelly
      p. cm.
   Includes bibliographical references and index.
   ISBN 978–0–300–11226–9 (alk. paper)
   1. Children—Soviet Union—Social conditions.   2. Children—Russia—Social conditions.   I. Title.
   HQ792.S65K45  2007
   305.23094709'04—dc22

                                                             2007012118

A catalogue record for this book is available from the British Library

10  9  8  7  6  5  4  3  2  1

**Exhibit 142 - 2279**

## Looking after Infants

The improvement in survival rates under the age of 12 months reflects the fact that post-natal care was also undergoing a process of medicalisation. Overall figures for clinics, according to a Soviet history of the mother and child care movement, stood at 2,148 in 1928, 3,265 in 1932, 4,384 in 1937, and 5,803 in 1941.[248] In bigger cities, the numbers of such clinics grew particularly fast: in Moscow, for example, the number of women taking their children to clinics increased almost ten times between 1920 and 1927, by which date over 80 per cent of mothers were attending.[249] Administered by the Motherhood and Infancy Protection Department, set up as part of the Commissariat for Social Welfare in 1918, but transferred to the Commissariat of Health in 1920, the clinics offered a range of services to mothers, including, from 1938, the provision of legal advice and practical support to do with issues of living space.[250] But their main purpose was to act as 'schools for mothers', in the slogan of the day, providing both 'in-house training' through inspections by doctors and nurses, and 'guided homework' in the form of visits by district nurses three or four times during the first month, and at monthly intervals later on.[251] They were at the centre of a network of institutional resources aimed at transforming women's behaviour and drawing on both propaganda (in the form of brochures, of which millions were being printed by the end of the 1920s) and agitation (didactic dramas, outreach lectures, magic lantern shows, seminars).[252] They disseminated a model of 'modern motherhood' which was consciously intended to imitate Western teachings about hygienic care, and which had a closely similar content (it also perpetuated the ideals set out in Russian infant-care literature before 1917, but this point was not highlighted in Soviet propaganda).

According to the standard advice, a child was to have a 'sunny, dry and warm room' to sleep in, without soft furnishings, rugs, or hangings, and was to be provided with its own bed, lying on a horsehair or straw mattress. If a dedicated nursery was not available (a situation whose likelihood even the authors of advice literature, a uniformly utopian genre, could not ignore completely), the child should at the very least be in its own special corner, the *detskii ugolok*. 'A child is allocated the most light-filled, warmest, and driest corner of the room,' pronounced a manual of 1937.[253] Bathing was to take place daily in clean water, and boiled water was to be used for some purposes, for instance bathing a girl's genitals.[254] Other essentials included fresh air (with cot clothes kept to a minimum so that air could circulate, and the child taken outside for up to four hours a day).[255] Toys must be made of hygienic materials, such as rubber, and everything around the child must be kept spotlessly clean.[256] The propaganda explicitly sought to assault and undermine traditional practices, which were condemned as 'superstitious' and 'backward'. 'The infant is bundled up tightly and put in a hanging cradle covered with a filthy, dusty cloth, hung high up in some dark corner. The infant never sees light or sun; he finds it hard to breathe under his heavy cloth. Flies torment him, and sometimes bed-bugs and fleas as well,' claimed a manual of 1928. In such circumstances it was inevitable that babies, recently arrived from warmth and freedom in the womb, should be forever crying.[257]



69 Mothers, Don't Kiss Your Babies on the Lips and Don't Let Anyone Else Kiss Them! Poster, early 1920s.

Case 2:02-cr-00220-MCS  Document 2475-8  Filed 10/05/23  Page 263 of 452  Page ID #:21914

Exhibit 142 - 2280

The posters hung in clinics and nurseries, the pamphlets handed out to mothers there, and baby-care books all emphasised not just hygiene, but system. It was vital to maintain a strict regime from the first. Feeding, for example, was supposed to happen at regular intervals: according to one source, every three to three and a half hours, but never at night.[258] Not only was sleeping and eating organised according to a regular pattern, but the child was supposed to be encouraged into orderly habits with a moral resonance as early as possible. This included coaxing it into sitting up as early as this was feasible, and – once solid food had been introduced – encouraging it to be as tidy as possible during feeds.[259] Soviet baby books often systematised this preparation of the child for a life of discipline and self-restraint according to the collection of techniques and procedures known as 'tempering' (zakalivanie), which involved bathing with cold water and exposure to fresh air – including cold air. Speransky's *The Care of the Young Child* (1929), for instance, advised that this process could hardly start too early.[260]

'Tempering' was not unique to the Soviet Union: it was paralleled in the contemporary German cult of *Abhärtung*, 'hardening', which also involved building up physical endurance as a way of 'educating the will'.[261] A still more rigid sense of 'regime' was propounded by the leading Anglophone guru of the 1920s, Truby King, whose books suggested a positively hair-raising degree of regimentation. King, a New Zealand medical practitioner, had derived his ideas about child care from a successful time spent as an intensive stock-breeder. This left him with not only a pioneering formula for artificial infant feeding, but also with dogmatic ideas about the importance of strict regime and absence of fuss. As his daughter proclaimed in 1934, 'A Truby King baby has as much fresh air and sunlight as possible, and his right amount of sleep. His education begins right from the very first week, good habits being established which remain throughout his life. [...] Not treated as a plaything [...] he is the happiest thing alive.'[262] What this euphemistic description concealed was extreme rigidity in treatment of infants, who were supposed to be given no more than five feeds over 24 hours, spaced at regular intervals during the day (night feeding was considered improper). Apart from over-feeding or irregular feeding, prohibitions included rocking baby to sleep, placing it in the parental bed, letting it have a dummy or suck its thumb, and failing to ensure that it defecated regularly first thing in the morning. Truby King's books contained photographs showing the super-babies that could be produced by his patent methods: two squat toddlers in summer dresses, for example, were captioned 'Healthy, happy little girls, ages two and nearly four years old. Good jaws and sound teeth. Nursed four-hourly from birth – never more than five times in twenty-four hours; plenty of fresh air and exercise – never any coddling.'[263] In France, Britain, Germany, and America, professionals sought to contest the dominance of parents: in the words of Maurice Crubellier, 'The well-being of the child underpinned the power of those in the know – physicians, psychologists, and pedagogues – *over those who were ignorant*.'[264] Even a book explicitly aimed at 'a thoroughly literate reader', Speransky's *Infant and Baby Care*, was careful to warn mothers that their judgement was fallible.



70  Hygienic breast feeding, c. 1930.

'Often a mother thinks that her baby is perfectly healthy, but the experienced gaze of the doctor notices deviations from the correct path of development.'[265] As in the West, clinics operated incentive schemes, rewarding 'model' mothers, and there was a medically sanctioned version of the 'beautiful baby' contest, with prizes offered to the 'healthiest baby'.[266]

Given the high degree of resemblance between the Soviet campaign to 'modernise' motherhood and those in other countries, it is interesting to note a couple of slightly eccentric features in Soviet baby-rearing propaganda. One relates to the question of how best to feed infants. Exhortation to mothers to breast-feed was ubiquitous throughout the early 1920s, and continued in the late 1920s, and indeed through the entire Soviet period, even when puritanism about discussing 'physiology' had set in. *Mother and Child*, a manual published in 1925, devoted almost a quarter of its space to breast-feeding, optimistically insisting that it was one area of child care that even new mothers would have no problems with, 'because nature herself takes good care of the process'. As well as gaining immunity to disease, breast-fed children did not suffer problems with vomiting or diarrhoea, and the only reason for removing a child from the breast was if the mother had TB. Artificial feeding was tolerable only if the mother was dead, and then only if proper human milk was unavailable.[267] In the words of Speransky, writing in 1929: 'The departure from the path of nature is immediately evident in the form of a whole range of illnesses, digestive problems, etc.'[268] Mothers were advised to continue breast-feeding to quite a late age: up to 18 months, at least to the level of two feeds a day.[269]

Exhibit 142 - 2281

Case 2:02-cr-00220-MCS   Document 2475-8   Filed 10/05/23   Page 264 of 452   Page ID #:21915

To be sure, there were hints of hostility to breast-feeding in Makarenko, who chose a scene of a woman encouraging her capricious child to drink a mug of milk to illustrate an argument that natural motherhood was intrinsically egotistical: 'Where life is directed by instinct, a mother's only aim in life is to feed her child.'[270] Proper human motherhood, on the other hand, ought to be concerned with spiritual values, such as order and discipline. But the fact that Makarenko used a child past breast-feeding age, and a portion of cow's milk, to illustrate his point softened the impact of his assault on 'natural' motherhood: the faint hint that breast-feeding might be a still more disgusting manifestation of instinctive behaviour was not articulated into a specific message. 'Breast is best' was the general message among Western experts too: in the words of Truby King, 'It is desirable to state emphatically that no system of bottle-feeding can ever give to either mother or child the advantages which both derive from suckling.' But *Feeding and Care of Baby* contained a substantial section on artificial feeding: King was prepared to tolerate the practice if the mother was in poor health or unable to produce sufficient quantities of milk. And at least some early twentieth-century Western baby books represented artificial feeding as more hygienic and more 'modern'. In Jules Sevrette's *La Jeune ménagère*, for instance (reprinted repeatedly between 1904 and 1925), Louise the model mother does not breast-feed, but Madame Perrin, wife of a drunken workman, does.[271]

By contrast, in Soviet hospitals even mothers who were in poor physical condition after delivery were expected to breast-feed their infants. One woman who contracted puerperal fever and lay at death's door for days after the birth was expected to nurse every three hours 'when I was at least semi-conscious'.[272] The causes of this overriding commitment to nursing were practical as well as ideological: the production of effective breast milk substitutes was expensive, compared with reliance on the natural product. Given the problems of production that beset every area of the Soviet food industry from the state's first years until its collapse in 1991, providing sufficient quantities of dried milk substitute for significant proportions of the population would have been problematic; production started on a small scale only in the mid-1950s.[273] Milk was not routinely pasteurised in the Soviet Union until the late 1980s, even in cities, so the anxieties of advice literature authors about the hygienic risks of cows' milk seem well founded.[274] So human milk continued to be preferred, including as a way of feeding orphaned babies, or babies whose mothers were unable to nourish them properly because of illness. These children were catered for officially in centres where women deposited surplus breast-milk, which operated from the 1920s. A Western visitor who observed these centres in operation in 1930 recorded that milk was not given away, but sold, though on a strictly non-profit basis: a mother would be paid 40 kopecks per litre of milk, and those purchasing milk – which was allowed on production of a doctor's certificate only – were asked to pay 50 kopecks. This observer also noted that the sale of milk could constitute an important supplement to the household budget for working-class women whose milk yield was high.[275] This marketing of breast-milk – on however controlled a basis – was an intriguingly aberrant phenomenon in a country where 'voluntary' (in actual



71  Milk expressing station, Moscow, c. 1930.

fact unpaid, but compulsory) social participation was the characteristic method of meeting shortfalls in state provision. It essentially represented the nationalisation of the wet-nurse system, tolerable to Soviet sensibilities, one may assume, both because it was strictly regulated from a hygienic point of view, and because the state acted as mediator between providers and consumers, thus dissolving the link between wet-nursing and domestic service that had traditionally existed.[276]

At the same time, resorting to wet-nurses on a private basis did not suddenly end in 1917. Some mothers from the cultural elite still attempted to make such arrangements, at least in the first years after the Revolution, though it had now become much more difficult to find suppliers.[277] But on the whole the commoner pattern, even in this social group, was breast-feeding by the mother herself.[278] As opposed to the post-1936 campaign stigmatising abortion as 'unnatural', breast-feeding was a case where official strictures and popular opinion were largely in harmony. The prohibition of abortion was covertly ignored by many Soviet women: even in villages, where large families had traditionally been seen as a blessing, economic deprivation drove many to terminate their pregnancies, often by hazardous and unhygienic methods born of desperation, such as the use of syringes full of boiling water.[279] Breast-feeding, on the other hand, was uniformly seen as 'better' and 'more natural'. Despite this, women from the peasantry, and indeed working class, continued to believe that breast-milk needed supplementation by solid food. While Soviet baby experts disapproved of dummy use just as fiercely as their pre-revolutionary counterparts, the *soska* continued in

use well into the 1940s.[280] And when a child did need artificial feeding, traditional methods might be used, such as a cow's teat attached to the end of a cow's horn that had been filled with milk.[281]

Swaddling was a case where expert opinion in Russia diverged more sharply from views in the West. To be sure, reservations were expressed about tight swaddling.[282] But if baby books advised against the traditional *svival'nik* (swaddling cloths), they often also advised mothers to wrap the baby 'quite tightly' – advice that continued in force well into the 1950s.[283] It was the practice in government crèches to wrap babies up in closely folded blankets. Staff questioned by Western visitors denied that this was in fact 'swaddling'; indeed, the term used in normative guides was not *svivanie* (swaddling), but *pelenanie* (wrapping).[284] However, in practice the effects on the child were comparable. And swaddling of the traditional kind continued in some working-class families until the end of the 1930s.[285]

In rural areas and small towns, it was not until the 1960s that there was any kind of a move away from swaddling, a change that occurred as a result of widening access to medical care and to shop-bought baby goods. Certainly, during the 1940s and 1950s, babies were usually wrapped in a way that allowed them greater freedom of movement.[286] But some mothers remained conservative well into the late twentieth century: two of our informants in Taganrog who had their children in the 1990s stated that they had 'wrapped tightly', and one even produced her own version of the traditional rationalisation of this practice: 'I wrapped him in nappies for six months, when all the children his age were being dressed in rompers and so on, I was sure you should do it so his legs would be straight, not crooked.'[287] Use of the chaw (bread dummy) was frowned on, though still found in some places;[288] swaddling or tight wrapping, on the other hand, had some medical sanction.

Conformity, or otherwise, to the hygiene ethos more broadly was heavily dependent on social status, which in its turn was linked with educational opportunity. Educated mothers were likely to be more susceptible to pressures on the part of baby-care professionals, since there was a much greater likelihood they would be familiar with these in the first place. One author of a 'mother's diary' in 1918–21 was so deferential to the authority of child-care books that she was in a constant state of anxiety about whether or not her child conformed to the supposed norm. Measuring him at the age of a year and a day, she discovered that he was 2 centimetres longer than one authority had laid down a child should be, but 4 centimetres shorter than another authority had dictated was appropriate. Rather than draw the conclusion that the child fell comfortably into the 'average' range, she began to worry that he might be defective.[289] A decade or so later, another mother from the 'anxious child-care professional' class subjected her baby to 'tempering' (i.e. hot and cold 'hardening' exercises) from the age of two weeks – with the unfortunate result that he went down with sunstroke after being exposed to too much light and fresh air on her windowsill.[290]

But mothers of this over-conscientious kind constituted a highly specific and small group. It is questionable how much most women even knew about hygienic

stipulations of this kind, given that the district nurse system and the tutorials for mothers did not achieve anything like universal coverage. And advice was not always adopted wholesale. A clinic operating in Leningrad in the early 1920s claimed very high absorption rates for the infant-care techniques that it propounded, with the vast majority of mothers trusting health-care professionals and prepared to absorb what they were told by them.[291] But this may have been partly because women quickly learned what to do and say when in the presence of a health-care professional. Oral history gives a rather different picture, particularly in the case of Russian villages, where traditional and modern practices were intertwined and where the authority of the doctor was challenged by that of older women living locally.[292]

Another important barrier to implementing 'modern' recommendations was formed by the circumstances in which families lived. Surveys of the early 1920s revealed a strong link between literacy levels and quality of care, but a still stronger one between socio-economic status and quality of care.[293] Obviously, children could not be found a sunny, dry, and warm room if all the family had was a dank room facing into an internal courtyard, and mothers in the poorest families were likely to play a larger role in supporting the family budget by work, and hence to have less time and energy to attend to the needs of a small baby. Washing babies punctiliously and drying nappies was difficult enough in communal flats, where the sink would be under pressure for different uses, and where neighbours might object when they saw lines of washing in a public space. But such problems multiplied in a barracks or hostel, where one kitchen was shared between twenty to sixty families, rather than three or four, or even ten, as in most communal flats. Crucial, too, was access to running water, which was far from universal even in cities before the 1960s.

In the countryside, bathing continued to be done only once a week (twice for infants), hanging cradles were still in use, and the laundering of baby clothes was infrequent.[294] There was simply no access to cots, prams, factory-made nappies, and so on. In cities, the new-building drives of the late 1920s and 1930s provided some parents with better conditions in which to raise children, but washing and laundering remained problematic for those in communal flats. Acquiring consumer goods was possible, but far from easy. Vasily Pochitalov's painting *Motherhood* (1939), which shows a child sleeping in a 'four-poster' cot with gauze curtains, implies the day-dream status of such appointments by placing alongside the image a richly decorated New Year tree, and, to the right of the cot, an elegantly dressed, glamorous young mother stitching sweetly at an item from the child's layette. If this is the world of 'happy childhood' imagined in official propaganda, Lev Zevin's painting *Bathing Their Son* (1938) is considerably more plausible. Here, mother and grandmother bathe a baby in a tin washtub placed on top of a small table. Though the painting gives a sense of fairly generous space, by Soviet standards, it is clear that the child is being looked after in a room for general family use, and not one piece of special equipment is in sight (even the towel is adult-sized).[295] Memoirs confirm that at this stage the baby's 'cradle' might well be just a box or conveniently sized trunk.[296] The 'children's

corner', if it existed, was mostly just a tiny cupboard-like space behind a curtain or a plywood partition.

That said, early Soviet propaganda saw restraint in consumption as inevitable and laudable: this was *willed* poverty, associated with an ethos of self-control and self-denial. And, just as in the West, the ethos of physical hygiene spilled over into the 'hygiene of emotions'. Excessive pampering was considered harmful. There was to be no rocking, and mothers were strongly discouraged from kissing their children.[297] Remembering infant care in the late 1930s, one woman recalled that the district nurse 'told me never to pick the baby up when she cried, once I had determined that she was dry and nothing was hurting her. Otherwise, she said, I'd become a slave to her.'[298] Breast-feeding was to be carried out according to a strict regime: smaller infants were to be given the breast at 6, 10, 1.30, 5.30, and 8, and older ones could be limited to fewer feeds than that.[299] Time-keeping was not so much a question of rationalising parents' lives as of starting to train children in the punctuality and discipline requisite to their role as responsible future members of society. In the words of Georgy Speransky, 'Character education [*vospitanie*] should begin from the first days of a child's life.'[300]

## Naming the Newborn

Another aspect of rational child-rearing was that it was supposed to be atheistic. The early Soviet era saw an intense campaign against christening and other forms of religious naming ceremony, and against religious upbringing more generally. This was not purely negative: from the early 1920s, Komsomol and Pioneer groups organised an alternative ceremony, the *oktyabriny*, or 'October baby naming' or 'Red christening'. At one such ceremony in 1925, for example, children were given the suitably revolutionary names Vladimir (after Lenin), Kim (from the initials of the Communist Youth Organisation), and Metallina.[301] Apart from the naming ceremony itself, 'October baby namings' were likely to include the presentation of linen and clothes for the new baby (functional stockings and rompers, rather than a lace robe), the pinning of a red star on its outer garment as a token of its 'induction into the Octobrist organisation', and a speech on some suitable topic such as 'the new forms of domestic life'.[302]

In the mid-1930s, the symbolism of these ceremonies modulated in line with the de-activisation of childhood experience generally. A painting by Aleksandr Bubnov, *Naming the Newborn* (1936), suggests that the infants are being received into 'happy childhood', rather than signed up to the Octobrists: the most noticeable members of the congregation are themselves children, some dressed in frills and ribbons, and a beaming small girl turns towards the viewer, inviting him or her to partake directly in the ceremony.[303]

How many such celebrations actually took place is not clear: the infrequent reporting of them in the Pioneer press, even during the 1920s, would suggest they were rare. The standard way of naming children was for some relative to go along to the local registry office (ZAGS) and have the birth recorded, with the intricacies of the ceremony limited to the fact that the recording relation might hit on some

Exhibit 142 - 2284

# EXHIBIT

## 143



J Psychiatr Res. Author manuscript; available in PMC 2009 Oct 1.

*Published in final edited form as:*

J Psychiatr Res. 2008 Oct; 42(13): 1104–1111.

Published online 2008 Feb 20. doi: 10.1016/j.jpsychires.2008.01.002

PMCID: PMC2612639

NIHMSID: NIHMS70132

PMID: 18281061

# Maternal, not paternal PTSD, is related to increased risk for PTSD in offspring of Holocaust survivors

Rachel Yehuda, Ph.D., Amanda Bell, B.A., Linda M. Bierer, M.D., and James Schmeidler, Ph.D.

## Abstract

### Background

A significant association between parental PTSD and the occurrence of PTSD in offspring has been noted, consistent with the idea that risk for PTSD is transmitted from parent to child. Two recent reports linking maternal PTSD and low cortisol in offspring prompted us to examine the relative contributions of maternal vs. paternal PTSD in the prediction of PTSD and other psychiatric diagnoses.

### Methods

117 men and 167 women, recruited from the community, were evaluated using a comprehensive psychiatric battery designed to identify traumatic life experiences and lifetime psychiatric diagnoses. 211 of the subjects were the adult offspring of Holocaust survivors and 73 were demographically comparable Jewish controls. Participants were further subdivided based on whether their mother, father, neither, or both parents met the diagnostic criteria for lifetime PTSD.

### Results

A higher prevalence of lifetime PTSD, mood, anxiety disorders, and to a lesser extent, substance abuse disorders, was observed in offspring of Holocaust than controls. The presence of maternal PTSD was specifically associated with PTSD in adult offspring. However, the other diagnoses did not show specific effects associated with maternal PTSD.

### Conclusion

**Exhibit 143 - 2285**

The tendency for maternal PTSD to make a greater contribution to PTSD risk suggests that classic genetic mechanisms are not the sole model of transmission, and pave way for the speculation that epigenetic factors may be involved. In contrast, PTSD in any parent contributes to risk for depression, and parental traumatization is associated with increased anxiety disorders in offspring.

**Keywords:** parental PTSD, intergenerational transmission of trauma, Holocaust survivors, depressive disorder, prevalence

## Introduction

Trauma survivors who develop posttraumatic stress disorder (PTSD) have greater rates of familial psychopathology compared to similarly-exposed persons who do not develop this disorder (Davidson et al., 1985; Davidson et al., 1989; Davidson et al., 1998; Dijanic et al., 2007; Reich et al., 1996; Dierker & Merikangas, 2001). Parental PTSD, in particular, has been demonstrated to be associated with PTSD and related psychopathology in offspring (Rosenheck, 1986; Solomon et al., 1988; Yehuda et al., 1998b; Yehuda et al., 1998c). We previously reported that there was a specific association between parental PTSD and the occurrence of PTSD in offspring when the relative contributions of parental exposure, parental PTSD, and the offspring's own history of trauma to the development of PTSD, depressive, and anxiety disorders in the offspring were evaluated (Yehuda et al., 2001a). Additionally, parental trauma exposure, more than parental PTSD, was found to be significantly associated with lifetime depressive disorder (Yehuda et al., 2001b).

The potential utility of identifying parental PTSD as a risk factor for PTSD in offspring of Holocaust survivors is that they represent a sample in which the biological and psychological correlates of risk for PTSD can be further examined. In pursuing this goal, we demonstrated that, though not having their own lifetime PTSD, Holocaust offspring with parental PTSD, compared to those without, displayed low urinary (Yehuda et al., 2000; Yehuda et al., 2001b) and plasma (Yehuda et al., 2007b) cortisol levels; and increased glucocorticoid responsiveness as measured by plasma cortisol levels in response to low dose dexamethasone administration (Yehuda et al., 2007a); the former has been linked with increased risk for PTSD in other populations (Anisman et al., 2001; Delahanty et al., 2003; Resnick et al., 1995; Yehuda et al., 1998a).

The possibility that low cortisol in offspring was a transmitted risk factor was further supported by observations of lower salivary cortisol levels in year old infants born to mothers with PTSD compared to infants born to mothers without PTSD, following their direct exposure to the collapse of the World Trade Center on 9/11 during pregnancy (Yehuda et al., 2005). Although the contribution of paternal PTSD to cortisol levels in infant offspring was not examined, there was a significant effect of trimester (i.e., the effect was most present in the third trimester), consistent with *in utero* contributions to low cortisol in offspring. Alternatively, the trimester effect might reflect the proximity of the birth to the trauma exposure, affecting maternal behavior. Both possibilities are consistent with epigenetic mechanisms for low cortisol in offspring, which may depend on the gender of the traumatized parent.

In view of these findings, a subsequent study examining plasma cortisol release at 30 minute intervals over the diurnal cycle in Holocaust offspring with no lifetime PTSD and examining effects of maternal vs. paternal PTSD found low plasma cortisol to be associated with maternal PTSD, even after controlling for the contribution of paternal PTSD (Yehuda et al., 2007b). Thus, it was of interest to extend our previous obser-

**Exhibit 143 - 2286**

vations about the impact of parental PTSD on offspring PTSD, depression, and anxiety, distinguishing among maternal PTSD, paternal PTSD, or both parents having PTSD. This was accomplished by doubling the original sample size of Holocaust offspring and comparable controls. The increased sample size also afforded the opportunity to report findings on less prevalent conditions: eating disorders, substance abuse, and adjustment disorders. We hypothesized that the previously observed association between parental PTSD and PTSD in offspring would reflect the effect of maternal PTSD. In the prediction of depression (Yehuda et al., 2001a), anxiety and other disorders, we hypothesized that we would not observe a relationship with parental PTSD because an epigenetic model for the transmission of PTSD risk would not generalize to transmission from PTSD to other psychiatric disorders. In that we previously observed an association between parental trauma exposure and depression, we hypothesized that parental trauma might be associated with other psychiatric disorders. Since children are potentially affected by both parents, it was necessary to adjust for the possible impact of PTSD in the other parent when evaluating the effect of either maternal or paternal PTSD and their interaction. Finally, we examined the interaction of the gender of the offspring with parental PTSD gender, since such an interaction would distinguish between a purely genetic model and one involving epigenetics. Accordingly, we hypothesized that such interactions would only be present for PTSD, but not for the other diagnoses.

## Methods

### Participants

117 men and 167 women participated in the study (mean age: $43.16 \pm 9.08$; range: 23 to 66). Participants were recruited through advertisements requesting Jewish volunteers for research examining effects of the Holocaust on second generation offspring. The procedures were approved by the institutional review boards of Mount Sinai School of Medicine and the James J. Peters Veterans Affairs Medical Center. Written informed consent was obtained from all participants. Data regarding psychiatric diagnoses from 115 of these subjects were previously reported in Yehuda et al., 1998c, with a reanalysis by parental PTSD reported in a subset plus 24 new participants (Yehuda et al., 2001a). The remaining subjects (n = 145) represent new observations from data collected since 2001.

Offspring were either born after World War II or after their parents had escaped to safety during the War, and were raised through adolescence by at least one parent who had been interned in a Nazi concentration camp during World War II or had faced comparably severe threats in hiding. In the current sample, 70.5% of offspring were born to and raised by two Holocaust survivors. These participants were further subdivided based on whether their mother, father, neither, or both parents met the diagnostic criteria for lifetime PTSD. PTSD diagnosis was made primarily on the basis of the self-report of offspring, using the Parental PTSD Questionnaire (PPQ) (Yehuda et al., 2006). This scale was recently validated against 58 clinical interviews of the parents using the Clinician-Administered PTSD Scale (CAPS) and was found to have good convergent validity for PTSD diagnosis (Blake et al., 1995). PTSD diagnosis was determined on the basis of a positive endorsement of at least 6 symptoms distributed in the 3 required categories according to DSM-IV criteria.

Comparison subjects were Jewish, of comparable age to offspring (born from 1938 to 1979) and from the same communities, but with parents who were not exposed to the Holocaust or other events such as war, rape or torture. Comparison subjects were not chosen to be without psychiatric diagnoses, but were recruit-

**Exhibit 143 - 2287**

ed and selected on the basis of being demographically similar to Holocaust offspring, with the exception of parental exposure or parental PTSD to a different trauma. All the participants were born to parents of European or American descent with 68.0% of offspring and 88.1% of comparison subjects born in the U.S. or Canada.

Participants were not included in the study if they or a parent had evidence of a psychotic illness. Also excluded were offspring with a serious medical condition that might interfere with their ability to consent to research. Subjects were not withdrawn from medication and 33 subjects (31 offspring, 2 controls) were using psychiatric medication at the time of evaluation.

Clinical Assessment  All subjects were evaluated for current and lifetime Axis I diagnoses by clinical psychologists or psychiatrist raters using the Structured Clinical Interview for DSM-IV (Spitzer et al., 1995). Diagnoses were confirmed by consensus conference using the Best Estimate Diagnosis (BED) to ensure accurate group placement (Leckman et al., 1982). PTSD symptom severity was determined by psychologist or psychiatrist raters using the CAPS (Blake et al., 1995).

Statistical Analyses  Preliminary analyses considered five groups of subjects according to parental PTSD status: comparison subjects, and four Holocaust offspring groups, that is, neither parent with PTSD, father only with PTSD, mother only with PTSD, or both parents with PTSD. Since there were significant differences in age (F= 7.54; df=4,281; p<.0005) and in gender, ($\chi^2$=11.75, df=4, p=.019), both variables were used as covariates in all analyses.

Logistic regression analyses were performed comparing the five groups controlling for age and gender, examining whether there were differences in the extent of psychiatric diagnoses according to PTSD status of the parents of Holocaust offspring or comparison status. This produced an overall test of significance (chi-square on four degrees of freedom) comparing the five groups. These analyses were repeated with an additional step to control for the presence of comorbid conditions.

To more closely examine parental effects, we compared all subjects with neither parent having PTSD to those in the other three groups, respectively, and report results as odds ratios and their significance levels from a logistic regression analysis comparing the four groups. These associations were interpreted as simple assessments of the effects of paternal PTSD, maternal PTSD, and both parents having PTSD. In order to insure that all the subjects were comparable in so far as they were Holocaust offspring, we replicated these analyses limiting subjects with neither parent having PTSD to Holocaust offspring. For a clearer comparison between the results of these parallel analyses, we also performed an analysis limiting subjects with neither parent having PTSD to the controls. Since the differences among these three analyses were not substantial, only the first analyses -- including all subjects -- are presented.

To determine the impact of paternal and maternal PTSD status, a two-way design was employed using paternal and maternal PTSD status as independent variables. This was important because of the strong correlation between maternal and paternal PTSD (r=.714, n=284, p <.0005). Stepwise logistic regression analyses provided tests of significance for effects of paternal PTSD and maternal PTSD (controlling for the presence of the other), and the interaction of paternal and maternal PTSD (i.e. what was the effect of both parents having PTSD beyond the sum of effects for each parent separately).

Exhibit 143 - 2288

Finally, we investigated the interaction of offspring gender with parental PTSD status to see whether similarity to or difference in gender with respect to a parent with PTSD made a difference in the occurrence of offspring psychiatric diagnoses. Specifically, the two-way analysis described above was expanded to a three-way analysis with offspring gender added as an independent variable, rather than as a covariate, to examine its interactions with the other independent variables, namely paternal and maternal PTSD and their interaction.

## Results

In the entire sample, 60.2% met criteria for at least one psychiatric disorder. The average number of disorders was 1.19 (1.33), and among those with at least one disorder, the mean was 2.04 (1.13). Table 1 presents data on the prevalence rates of psychiatric diagnoses in the total sample, highlighting effects of gender and group (comparison vs. all offspring). The tests of significance do not control for age and gender. In the sample overall, there was a 17.6% prevalence rate of PTSD, but differences in gender were not significant. Moreover, when all Holocaust offspring were compared to controls, there was no significant difference in lifetime PTSD prevalence. For other disorders, there were also no gender differences, with the exception of a non-significant trend for men to have more lifetime substance abuse or dependence than women. Here, however, comparing the Holocaust offspring sample to controls demonstrated significantly more mood, anxiety, and substance abuse disorders, but not significantly more eating disorders or adjustment disorder. Among the Holocaust offspring, there were also no significant gender differences in prevalence of disorders.

**Exhibit 143 – 2289**

## Table 1

**Prevalence of lifetime psychiatric disorder by gender and offspring status**

| Diagnosis | Total Sample Prevalence (n=284) | Prevalence in Women (n=167) | | Prevalence in Holocaust Offspring (n=200) | | Prevalence in Women Among Offspring (n=130) | | Prevalence in Women Among Comparison Subjects (n=37) | |
|---|---|---|---|---|---|---|---|---|---|
| | % | % | $\chi^2, p^4$ (df=1) | % | $\chi^2, p^5$ (df=1) | % | $\chi^2, p^6$ (df=1) | % | $\chi^2, p^7$ (df=1) |
| PTSD | 17.6 | 20.4 | 2.17, .14 | 19.0 | .94, .33 | 22.3 | 2.78, .10 | 13.5 | .032, .86 |
| Mood Disorder[1] | 37.3 | 40.1 | 1.36, .24 | 45.5 | 20.79, < .001 | 47.7 | .72, .40 | 13.5 | .87, .35 |
| Anxiety Disorder[2] | 26.4 | 28.1 | .63, .43 | 32.5 | 14.34, <.001 | 31.5 | .16, .69 | 16.2 | 1.16, .28 |
| Eating Disorder[3] | 4.9 | 6.0 | 1.01, .32 | 6.0 | 1.89, .17 | 6.9 | .59, .44 | 2.7 | .03, .86 |
| Substance Abuse | 8.5 | 6.0 | 3.12, .08 | 10.5 | 4.26, .039 | 7.7 | 3.0, .08 | .0 | 3.57, .06 |
| Adjustment Disorder | 9.5 | 11.4 | 1.71, .19 | 10.0 | .20, .66 | 11.5 | 1.03, .31 | 10.8 | .53, .47 |
| Any Diagnosis | 60.2 | 63.5 | 1.80, .18 | 69.5 | 24.12, <.001 | 70.8 | .28, .60 | 37.8 | .002, .97 |

[1]Prevalence of MDD (30.3) and Dysthymia (7.0). For all women: MDD (34.7) and Dysthymia (6.0). For all offspring: MDD (36.5) and Dysthymia (9.5). For all female offspring: MDD (40.8) and Dysthymia (7.7).

[2]Prevalence of GAD (6.3), Panic Disorder (5.3), OCD (2.8), Social Anxiety (7.4), and Specific Phobia (8.5). For all women: GAD (8.4), Panic Disorder (6.6), OCD (2.4), Social Anxiety (6.0), and Specific Phobia (9.0). For all offspring: GAD (8.5), Panic Disorder (7.0), OCD (3.5), Social Anxiety (8.5), and Specific Phobia (10.0). For all female offspring: GAD (10.0), Panic Disorder (7.7), OCD (3.1), Social Anxiety (6.9), and Specific Phobia (8.5).

[3]Prevalence of Bulimia (3.2), Anorexia (1.1), and Eating Disorder Not Otherwise Specified (.7). For all women: Bulimia (3.6), Anorexia (1.2), and Eating Disorder Not Otherwise Specified (1.2). For all offspring: Bulimia (3.5), Anorexia (1.5), and Eating Disorder Not Otherwise Specified (1.0). For all female offspring: Bulimia (3.8), Anorexia (1.5), and Eating Disorder Not Otherwise Specified (1.5).

[4]Chi-square compares men and women in the entire sample.

[5]Chi-square compares offspring to comparison subjects.

[6]Chi-square compares women and men in the offspring group.

[7]Chi-square compares women and men in the comparison group.

**Exhibit 143 – 2290**

Table 2 presents prevalence rates of psychiatric diagnoses in the five groups. The test of significance of the differences among them controlled for age and gender. There were significant differences in rates of PTSD, depression, and anxiety disorders, but each showed a distinct pattern of findings. There was a greater prevalence of PTSD among offspring with maternal PTSD, whether this occurred with or without paternal PTSD. In contrast, depressive disorder was significantly associated with paternal and/or maternal PTSD. Presence of anxiety disorders was higher among all Holocaust offspring than comparison subjects, regardless of parental PTSD status. Presence of any diagnosis was also higher for all offspring than comparison subjects. There were no differences in prevalence in relation to either parental Holocaust exposure or PTSD in eating disorders, substance abuse disorders, or adjustment disorder. When the analyses were repeated controlling for the presence of other disorders, significances were maintained but levels were slightly reduced.

Table 2

**Lifetime prevalence of psychiatric disorder according to presence or absence of paternal and maternal PTSD**

| Diagnosis | Comparison (n=73) % (n) | Offspring No Parental PTSD (n=37) % (n) | Offspring Paternal PTSD (n=49) % (n) | Offspring Maternal PTSD (n=40) % (n) | Offspring Both PTSD (n=35) % (n) | Chi Square $\chi^2, p$ (df=4) | Chi Square Controlling for Other Diagnoses $\chi^2, p$ (df=4) |
|---|---|---|---|---|---|---|---|
| PTSD | 14.1 (12) | 7.5 (3) | 9.3 (5) | 25.9 (14) | 31.4 (16) | 13.6, .009 | 10.6, .031 |
| Mood Disorder | 17.6 (15) | 27.5 (11) | 48.1 (26) | 46.3 (25) | 56.9 (29) | 27.0, <.001 | 22.0, .001 |
| Anxiety Disorder | 11.8 (10) | 37.5 (15) | 31.5 (17) | 25.9 (14) | 37.3 (19) | 13.9, .007 | 12.6, .014 |
| Eating Disorder | 2.4 (2) | 7.5 (3) | 1.9 (1) | 5.6 (3) | 9.8 (5) | 5.0, .28 | 4.2, .38 |
| Substance Abuse[9] | 3.5 (3) | 12.5 (5) | 9.3 (5) | 11.1 (6) | 9.5 (5) | 5.2, .27 | 3.9, .42 |
| Adjustment Disorder | 8.2 (7) | 12.5 (5) | 14.8 (8) | 7.4 (4) | 5.9 (3) | 3.6, .46 | 2.4, .66 |
| Any Diagnosis[12] | 37.6 (32) | 57.5 (23) | 74.1 (40) | 66.7 (36) | 78.4 (40) | 27.3, <.001 | |

**Exhibit 143 - 2291**

In Table 3, all offspring and comparison subjects with no parental PTSD are compared to those with only paternal, only maternal, or both parents with PTSD. With regard to PTSD, there were significant differences for both groups with maternal PTSD (maternal only and both). In contrast, for depressive disorder all three Holocaust offspring groups with parental PTSD differed from the subjects without parental PTSD. This was also the case for having any psychiatric diagnosis. For anxiety disorders, there were trend significances for the two groups with paternal PTSD (paternal only and both).

### Table 3

**Comparison of Three Groups of Subjects with Parental PTSD to all Subjects without Parental PTSD**

Three groups of subjects with distinct patterns of parental PTSD (paternal only, maternal only, and both) were compared with all subjects without any parental PTSD to assess differences in prevalence of psychiatric diagnoses. The odds ratios were obtained by logistic regression controlling for age and gender.

| Diagnosis | Father Odds ratio, p | Mother Odds ratio, p | Both Odds ratio, p |
|---|---|---|---|
| *PTSD* | .73, .57 | 2.40, .039 | 3.21, .005 |
| *Depressive Disorder* | 3.66, <.0005 | 3.06, .002 | 4.63, <.0005 |
| *Anxiety Disorder* | 1.98, .07 | 1.25, .56 | 2.07, .052 |
| *Eating Disorder* | .43, .45 | 1.29, .74 | 2.50, .18 |
| *Substance Abuse* | 1.83, .32 | 1.98, .24 | 1.52, .50 |
| *Adjustment Disorder* | 1.63, .33 | .65, .47 | .52, .33 |
| *Any Diagnosis* | 3.78, <.0005 | 2.33, .015 | 4.18, <.0005 |

Next we performed two-way analyses to determine the contributions of maternal and paternal PTSD (each correcting for the possible presence of the other) and the interaction of maternal and paternal PTSD. These analyses, summarized in Table 4, provide interpretations for the results presented in Table 3. For lifetime PTSD, there was a maternal effect controlling for the effect of paternal PTSD, but no significant paternal PTSD effect controlling for maternal PTSD. There was a significant interaction demonstrating a relatively greater effect of paternal PTSD when maternal PTSD was present than when it was absent, reflected in the relatively higher rate for both parents having PTSD than only mothers. With respect to depression, there were significant paternal and trend level maternal effects, but no interaction. The effect for both parents having PTSD was stronger than for either parent alone having PTSD, reflecting the accumulation of the separate paternal and maternal effects. For anxiety disorder, there was a paternal effect but no maternal effect or interaction, reflected in the highest rates for the two groups with parental PTSD, father only and both. For any diagnosis, there was a paternal effect, reflected in the highest rates for the two groups with paternal PTSD.

**Exhibit 143 – 2292**

Table 4

**Effects of Paternal and Maternal PTSD and their Interaction**

Chi square tests reflect the effects of paternal and maternal PTSD, respectively, controlling for age, gender, and PTSD of the other parents. The interaction tests the impact of having both paternal and maternal PTSD, controlling for age, gender, and the effects of paternal and maternal PTSD occurring separately.

| Diagnosis | Father $\chi^2, p\ (df = 1)$ | Mother $\chi^2, p\ (df = 1)$ | Interaction $\chi^2, p\ (df = 1)$ |
|---|---|---|---|
| *PTSD* | 1.18, .28 | 6.49, .011 | 5.51, .019 |
| *Depressive Disorder* | 5.96, .015 | 2.96, .09 | .03, .87 |
| *Anxiety Disorder* | 4.78, .029 | .15, .70 | .75, .39 |
| *Eating Disorder* | .005, .94 | 1.58, .21 | .49, .48 |
| *Substance Abuse* | .28. .60 | .75, .39 | 1.78, .18 |
| *Adjustment Disorder* | 1.65, .20 | 2.12, .15 | 1.33, .25 |
| *Any Diagnosis* | 8.28, .004 | .85, .36 | .006, .94 |

When offspring gender was included as an additional independent variable to examine its interaction with maternal and paternal PTSD in the prediction of offspring diagnosis, there was only one significant interaction, in the prediction of offspring PTSD. Here the significant interaction reflected that among females, if the father had PTSD, they were more likely to develop PTSD; among males, if the father had PTSD, they were slightly less likely to develop PTSD ($\chi^2$=3.94, df=1, p=.047). The absence of a corresponding gender by maternal PTSD effect indicated that a corresponding preferential vulnerability to the development of PTSD in response to the mother's PTSD was not observed.

## Discussion

The findings demonstrate that there are substantial differences between offspring of Holocaust survivors and demographically-comparable subjects in the prevalence of lifetime mood and anxiety disorders, and to a lesser extent, substance abuse disorders. Although being an offspring of Holocaust survivors did not increase the risk for lifetime PTSD per se, the presence of maternal PTSD was specifically associated with PTSD in adult offspring. In contrast, the other diagnoses did not show specific effects associated with maternal PTSD. Rather, depressive disorder was associated with PTSD in either parent, whereas the other disorders were relatively similar for all Holocaust offspring regardless of parental PTSD. In the case of anxiety disorders, all four subgroups of Holocaust offspring were substantially higher in prevalence than comparison subjects.

**Exhibit 143 –  2293**

Upon examination of parental PTSD status by gender in analyses that also accounted for presence or absence of PTSD in the other parent, it became clear that only for offspring PTSD did the effect of one parent's PTSD depend on whether the other parent had PTSD. Paternal PTSD had an effect only if the mother also had PTSD; the effect of the mother's PTSD was greater in the presence of paternal PTSD, but still present in its absence. With depressive disorder, however, the effects accumulated; having both parents with PTSD increased the risk compared to having only one. In anxiety disorders, analyses of parental gender only revealed an effect of paternal gender.

The current observations are consistent with findings from a recent study demonstrating different psychiatric outcomes in male war veterans based on maternal and paternal psychiatric illness. Combat veterans with maternal psychiatric illness were more likely to exhibit diagnoses of partial PTSD, whereas paternal psychiatric illness was associated with the development of other conditions (e.g., substance abuse, psychosis, personality disorder) (Dijanic Plasc et al., 2007). However, children of EMT workers did show a higher prevalence of probable PTSD after 9/11. These were children drawn from a large public school survey and their rate was 18.9%, far higher than that observed in the general sample from which they were drawn (Duarte et al., 2006).

The analysis of the interaction of gender of the offspring with the parental characteristics indicated that for maternal PTSD, there was no discrepancy in the effect of PTSD in male or female offspring. However, paternal PTSD increased the risk for PTSD preferentially in female compared to male offspring. These findings suggest that with respect to PTSD risk, girls may be particularly responsive to paternal PTSD effects; as noted above, paternal effects appear to be potentiated by maternal PTSD. Such interactions were not observed for other diagnoses.

Studies examining paternal PTSD as it occurs in war veterans have also documented behavioral and psychological problems in offspring of combat veterans with this disorder, but have not demonstrated the presence of PTSD per se (Rosenheck, 1986; Harkness, 1993). In fact, the offspring of combat veterans with PTSD did not differ in measures of posttraumatic stress symptomatology, but did demonstrate problems in affective responsiveness and problem solving (Davidson & Mellor, 2001). Offspring with paternal PTSD also rated their families as more dysfunctional (Davidson & Mellor, 2001). Although these studies are consistent with our failure to find a link between paternal PTSD and PTSD in Holocaust offspring, these studies differ because the other parent was not specifically exposed to trauma. Although PTSD in combat veterans has been known to affect spouses as well as offspring (Dekel & Solomon, 2006; Franciskovic et al., 2007), it has also been proposed that the effect of paternal combat PTSD on offspring may be partially buffered by non-affected wives of these veterans (Westerink & Giarratano, 1999). Yet, the contribution of maternal trauma or PTSD in such studies has not been examined. Holocaust offspring may be particularly vulnerable to symptoms of their parents because of the absence of such buffers. In the current study, almost all offspring had two Holocaust survivor parents.

This study does not provide conclusive evidence regarding the mechanism of transmission of effects from parent to offspring. To the extent that the effects of parental PTSD are uniform, this would be more consistent with a genetic interpretation since genetic antecedents might be more likely to occur based on presence or absence of illness in either parent, or perhaps a greater effect of both parents having the disease than one. This speculation may be relevant to mood disorder in offspring for which there were both paternal and maternal effects. With anxiety disorder, the effect was particularly associated with parental trauma expo-

**Exhibit 143 - 2294**

Case 2:02-cr-00220-MCS    Document 2475-8    Filed 10/05/23    Page 279 of 452    Page ID #:21930

1/25/23, 11:12 AM                    Maternal, not paternal PTSD, is related to increased risk for PTSD in offspring of Holocaust survivors - PMC

sure, so it is less likely to be related to genetic differences per se. With PTSD, however, the tendency for maternal PTSD to make a greater contribution to risk suggests that classic genetic mechanisms are not the sole model of transmission. Yet, since paternal PTSD was also a predictor of PTSD (particularly in female offspring), mechanisms of transmission may be manifestations of developmental programming by environmental effects occurring after birth as distinguished from purely maternal effects which might occur before birth (e.g., in utero effects).

We have previously suggested that parental PTSD may confer risk of PTSD in the offspring by affecting the predisposition to a modification that may later affect the response to a traumatic event (Yehuda et al., 2005; Yehuda et al., 2007a). This hypothesis is raised by the demonstration that low plasma cortisol levels in offspring are also associated particularly with maternal PTSD (Yehuda et al., 2007b). Thus, a possible mechanism for this association is transmission via early glucocorticoid programming (Matthews, 2002; Seckl & Meaney, 2006). In such "programmed" offspring, trauma exposure may increase the probability of PTSD as a result of the pre-existing biological vulnerability, which in turn may result from epigenetic changes in the glucocorticoid receptor genes similar to those induced postnatally by maternal behavior (Liu et al., 1997; McCormick et al., 2000; Weaver et al., 2004).

The animal literature which focuses on the biological outcomes in the adult offspring of early maternal behaviors (e.g., Lyons et al., 2000; Ladd et al., 2005; Champagne & Meaney, 2001; Schmidt et al., 2002); does not preclude a role for paternal behavior in the modulation of subsequent offspring behavior or risk for psychopathology. Animal studies do not tend to examine effects of paternal behavior. However, paternal effects are certainly plausible to the extent that the changes that result in epigenetic modification in offspring are a function of an environmental change to the offspring induced by the behavior or a parent. In this regard, it has been hypothesized that the strongest effect of combat PTSD on offspring occurs from the emotional inaccessibility of the father (Harkness, 1993; Reich et al., 1996; Rosenheck, 1986). Similarly, faulty attachment behavior might explain increased vulnerability to psychopathology from mothers (Madigan et al., 2007).

The distinction between genetic and familial effects of offspring is important and may help explain some of the difficulties in the literature regarding the lack of consistency of effects that might be anticipated from purely genetic models. For example, examination of the psychological complaints in postwar children of Dutch WWII victims failed to reveal a consistent pattern of psychological disturbance in all family members, leading the authors to question the generality of interfamilial transmission routes due to its selectivity of members of the same family (Mook et al., 1997). However, certainly parental behavior towards offspring may depend on a variety of circumstances that might result in precisely these types of different outcomes.

One of the limitations of this study is that it represents a convenience sample from a subpopulation with extraordinarily high rates of parental PTSD. Thus, its prevalence rates of psychiatric disorders do not reflect the general population to which we wish to make inferences. Furthermore, the comparison sample was selected to be demographically similar to Holocaust offspring (i.e., Jewish, and with other similar sociodemographic characteristics such as education, marital status, ethnicity and income). Accordingly, differences between the comparison subjects in this sample and others might reflect this selection bias. A major difference between this and other published reports of the prevalence of psychiatric disorders in the community is the absence of significant gender differences in mood and anxiety disorders (Breslau et al., 1997; Kessler et al., 1996), though the rates of psychiatric disorders in the current comparison group are comparable to

**Exhibit 143 - 2295**

those reported in the recent replication of the National Comorbidity Study. That study reported a population prevalence of depressive disorder of 16.4% compared to the current sample's prevalence of 17.6% in comparison subjects (Kessler et al., 2003). Similarly, rates for eating disorder at 3.5% in the current study accord with estimates for lifetime prevalence of bulimia (3.5% women, 2% men) and anorexia (0.9% women 0.3% men) (Hudson et al., 2007). In the current study, if prevalence rates of PTSD and anxiety disorders are combined, they are roughly equal to the prevalence rate of 28.8% reported for anxiety disorders (Kessler et al., 2005). There was a lower prevalence of substance abuse in the current sample than the 14.6% reported (Kessler et al., 2005), but conditional risk for PTSD was about twice as high at 14.1% than other estimates ranging from 6–9% (Kessler et al., 1995; Breslau et al., 1998). Our comparison sample also included a smaller percentage of subjects meeting criteria for "any" psychiatric disorder, and endorsed fewer lifetime comorbid conditions than reported in other epidemiologic reports (Kessler et al., 1994).

While the comparison sample is not representative of the general population, certainly the offspring sample is even less representative, as they were restricted to Jewish persons of European descent born to parents who defied the odds and survived to safety, which was not the fate of the majority of European Jews. If Jews are different from non-Jews, this study may not even represent a general phenomenon in traumatology.

Another limitation of the study is that offspring provided the information pertaining to parental PTSD symptoms on which group distinctions were based. Although we previously established that there is strong agreement between offspring ratings of parental PTSD and independent clinician ratings of the parent (Yehuda et al., 2006) if offspring diagnoses were associated with their perception of parental PTSD, this could lead to a circularity of inference. Thus, if diagnoses reflect offspring characteristics such as irritability, emotional withdrawal or other symptoms, this might result in a greater projection of analogous parental characteristics so that "parental" PTSD was an expression of offspring characteristics. If PTSD ratings were largely based on the extent of parental contact, having more contact with mothers would be reflected by substantially greater prevalence of maternal than paternal PTSD. However, this attributional bias does not appear to be present in the current sample. Rather, the findings, with all their limitations, highlight the importance of maternal PTSD as a specific risk factor for PTSD in offspring, but demonstrate that PTSD in any parent associates with risk for depression.

## Acknowledgments

The authors acknowledge Ms. Shira Kaufman and Mr. William Blair for research coordination, as well as Shelly Zemelman and Drs. Lisa Tischler, Alicia Hirsch, Robert Grossman, and Rachel Goodman for diagnostic evaluations and consensus conferencing.

## Footnotes

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

**Exhibit 143 - 2296**

Case 2:02-cr-00220-MCS    Document 2475-8    Filed 10/05/23    Page 281 of 452    Page ID #:21932

1/25/23, 11:12 AM                    Maternal, not paternal PTSD, is related to increased risk for PTSD in offspring of Holocaust survivors - PMC

## References

1. Anisman H, Griffiths J, Matheson K, Ravindran AV, Merali Z. Posttraumatic stress symptoms and salivary cortisol levels. *The American Journal of Psychiatry.* 2001;158:1509–1511. [PubMed] [Google Scholar]

2. Blake DD, Weathers FW, Nagy LM, Kaloupek DG, Gusman FD, Charney DS, Keane TM. The development of a clinician-administered PTSD scale. *Journal of Traumatic Stress.* 1995;8:75–90. [PubMed] [Google Scholar]

3. Breslau N, Davis GC, Andreski P, Peterson EL, Schultz LR. Sex differences in posttraumatic stress disorder. *Archives of General Psychiatry.* 1997;54:1044–1048. [PubMed] [Google Scholar]

4. Breslau N, Kessler RC, Chilcoat HD, Schultz LR, Davis GC, Andreski P. Trauma and posttraumatic stress disorder in the community: The 1996 Detroit area survey of trauma. *Archives of General Psychiatry.* 1998;55:626–632. [PubMed] [Google Scholar]

5. Champagne F, Meaney MJ. Like mother, like daughter: evidence for non-genomic transmission of parental behavior and stress responsivity. *Progress in Brain Research.* 2001;133:287–302. Review. [PubMed] [Google Scholar]

6. Davidson AC, Mellor DJ. The adjustment of children of Australian Vietnam veterans: Is there evidence for the transgenerational transmission of the effects of war-related trauma? *The Australian and New Zealand Journal of Psychiatry.* 2001;35:345–351. [PubMed] [Google Scholar]

7. Davidson J, Smith R, Kudler H. Familial psychiatric illness in chronic posttraumatic stress disorder. *Comprehensive Psychiatry.* 1989;30:339–345. [PubMed] [Google Scholar]

8. Davidson J, Swartz M, Storck M, Krishnan RR, Hammett E. A diagnostic and family study of posttraumatic stress disorder. *The American Journal of Psychiatry.* 1985;142:90–93. [PubMed] [Google Scholar]

9. Davidson JR, Tupler LA, Wilson WH, Connor KM. A family study of chronic post-traumatic stress disorder following rape trauma. *Journal of Psychiatric Research.* 1998;32:301–309. [PubMed] [Google Scholar]

10. Dekel R, Solomon Z. Secondary traumatization among wives of Israeli POWs: The role of POWs' distress. *Social Psychiatry and Psychiatric Epidemiology.* 2006;41:27–33. [PubMed] [Google Scholar]

11. Delahanty DL, Raimonde AJ, Spoonster E, Cullado M. Injury severity, prior trauma history, urinary cortisol levels, and acute PTSD in motor vehicle accident victims. *Journal of Anxiety Disorders.* 2003;17:149–164. [PubMed] [Google Scholar]

12. Dierker LC, Merikangas KR. Familial psychiatric illness and posttraumatic stress disorder: Findings from a family study of substance abuse and anxiety disorders. *The Journal of Clinical Psychiatry.* 2001;62:715–720. [PubMed] [Google Scholar]

13. Dijanic Plasc I, Peraica T, Grubisic-Ilic M, Rak D, Jambrosic Sakoman A, Kozaric-Kovacic D. Psychiatric heredity and posttraumatic stress disorder: Survey study of war veterans. *Croatian Medical Journal.* 2007;48:146–156. [PMC free article] [PubMed] [Google Scholar]

14. Duarte CS, Hoven CW, Wu P, Bin F, Cotel S, Mandell DJ, Nagasawa M, Balaban V, Wernikoff L, Markenson D. Posttraumatic stress in children with first responders in their families. *Journal of Traumatic Stress.* 2006;19:301–306. [PubMed] [Google Scholar]

15. Franciskovic T, Stevanovic A, Jelusic I, Roganovic B, Klaric M, Grkovic J. Secondary traumatization of wives of war veterans with posttraumatic stress disorder. *Croatian Medical Journal.* 2007;48:177–184. [PMC free article] [PubMed] [Google Scholar]

**Exhibit 143 - 2297**

16. Harkness LL. Transgenerational transmission of war-related trauma. In: Wilson JP, Raphael B, editors. *International Handbook of Traumatic Stress Studies.* New York: Plenum; 1993. pp. 635–643. [Google Scholar]

17. Hudson JI, Hiripi E, Pope HG, Jr, Kessler RC. The prevalence and correlates of eating disorders in the National Comorbidity Survey Replication. *Biological Psychiatry.* 2007;61:348–358. [PMC free article] [PubMed] [Google Scholar]

18. Kessler RC, Berglund P, Demler O, Jin R, Koretz D, Merikangas KR, Rush AJ, Walters EE, Wang PS. The epidemiology of major depressive disorder: Results from the National Comorbidity Survey Replication (NCS-R) *JAMA : The Journal of the American Medical Association.* 2003;289:3095–3105. [PubMed] [Google Scholar]

19. Kessler RC, Berglund P, Demler O, Jin R, Merikangas KR, Walters EE. Lifetime prevalence and age-of-onset distributions of DSM-IV disorders in the National Comorbidity Survey Replication. *Archives of General Psychiatry.* 2005;62:593–602. [PubMed] [Google Scholar]

20. Kessler RC, McGonagle KA, Zhao S, Nelson CB, Hughes M, Eshleman S, Wittchen HU, Kendler KS. Lifetime and 12-month prevalence of DSM-III-R psychiatric disorders in the United States. Results from the National Comorbidity Survey. *Archives of General Psychiatry.* 1994;51:8–19. [PubMed] [Google Scholar]

21. Kessler RC, Nelson CB, McGonagle KA, Liu J, Swartz M, Blazer DG. Comorbidity of DSM-III-R major depressive disorder in the general population: Results from the US National Comorbidity Survey. *The British Journal of Psychiatry.* 1996;(30) Supplement:17–30. [PubMed] [Google Scholar]

22. Kessler RC, Sonnega A, Bromet E, Hughes M, Nelson CB. Posttraumatic stress disorder in the National Comorbidity Survey. *Archives of General Psychiatry.* 1995;52:1048–1060. [PubMed] [Google Scholar]

23. Ladd CO, Thrivikraman KV, Huot RL, Plotsky PM. Differential neuroendocrine responses to chronic variable stress in adult Long Evans rats exposed to handling-maternal separation as neonates. *Psychoneuroendocrinology.* 2005;30:520–533. [PubMed] [Google Scholar]

24. Leckman JF, Sholomskas D, Thompson WD, Belanger A, Weissman MM. Best estimate of lifetime psychiatric diagnosis: A methodological study. *Archives of General Psychiatry.* 1982;39:879–883. [PubMed] [Google Scholar]

25. Liu D, Diorio J, Tannenbaum B, Caldji C, Francis D, Freedman A, Sharma S, Pearson D, Plotsky PM, Meaney MJ. Maternal care, hippocampal glucocorticoid receptors, and hypothalamic-pituitary-adrenal responses to stress. *Science.* 1997;277:1659–1662. [PubMed] [Google Scholar]

26. Lyons DM, Yang C, Mobley BW, Nickerson JT, Schatzberg AF. Early environmental regulation of glucocorticoid feedback sensitivity in young adult monkeys. *Journal of Neuroendocrinolology.* 2000;12:723–728. [PubMed] [Google Scholar]

27. Madigan S, Moran G, Schuengel C, Pederson DR, Otten R. Unresolved maternal attachment representations, disrupted maternal behavior and disorganized attachment in infancy: links to toddler behavior problems. *Journal of Child Psychology and Psychiatry.* 2007;48:1042–1050. [PubMed] [Google Scholar]

28. Matthews SG. Early programming of the hypothalamo-pituitary-adrenal axis. *Trends in Endocrinology and Metabolism: TEM.* 2002;13:373–380. [PubMed] [Google Scholar]

29. McCormick JA, Lyons V, Jacobson MD, Noble J, Diorio J, Nyirenda M, Weaver S, Ester W, Yau JL, Meaney MJ, Seckl JR, Chapman KE. 5′-heterogeneity of glucocorticoid receptor messenger RNA is tissue specific: Differential regulation of variant transcripts by early-life events. *Molecular Endocrinology.* 2000;14:506–517. [PubMed] [Google Scholar]

**Exhibit 143 - 2298**

30. Mook J, Schreuder BJ, van der Ploeg HM, Bramsen I, van Tiel-Kadiks GW, Feenstra W. Psychological complaints and characteristics in postwar children of Dutch World War II victims: Those seeking treatment as compared with their siblings. *Psychotherapy and Psychosomatics.* 1997;66:268–275. [PubMed] [Google Scholar]

31. Reich J, Lyons M, Cai B. Familial vulnerability factors to post-traumatic stress disorder in male military veterans. *Acta Psychiatrica Scandinavica.* 1996;93:105–112. [PubMed] [Google Scholar]

32. Resnick HS, Yehuda R, Pitman RK, Foy DW. Effect of previous trauma on acute plasma cortisol level following rape. *The American Journal of Psychiatry.* 1995;152:1675–1677. [PubMed] [Google Scholar]

33. Rosenheck R. Impact of posttraumatic stress disorder of World War II on the next generation. *The Journal of Nervous and Mental Disease.* 1986;174:319–327. [PubMed] [Google Scholar]

34. Schmidt M, Okimoto DK, Dent GW, Gordon MK, Levine S. Maternal regulation of the hypothalamic-pituitary-adrenal axis in the 20-day-old rat: consequences of laboratory weaning. *Journal of Neuroendocrinolology.* 2002;14:450–457. [PubMed] [Google Scholar]

35. Seckl JR, Meaney MJ. Glucocorticoid "programming" and PTSD risk. *Annals of the New York Academy of Sciences.* 2006;1071:351–378. [PubMed] [Google Scholar]

36. Solomon Z, Kotler M, Mikulincer M. Combat-related posttraumatic stress disorder among second-generation Holocaust survivors: Preliminary findings. *The American Journal of Psychiatry.* 1988;145:865–868. [PubMed] [Google Scholar]

37. Spitzer RL, Williams JBW, Gibbon M. *Structured clinical interview for DSM-IV (SCID)* New York: New York State Psychiatric Institute, Biomedical Research; 1995. [Google Scholar]

38. Weaver IC, Cervoni N, Champagne FA, D'Alessio AC, Sharma S, Seckl JR, Dymov S, Szyf M, Meaney MJ. Epigenetic programming by maternal behavior. *Nature Neuroscience.* 2004;7:847–854. [PubMed] [Google Scholar]

39. Westerink J, Giarratano L. The impact of posttraumatic stress disorder on partners and children of Australian Vietnam veterans. *The Australian and New Zealand Journal of Psychiatry.* 1999;33:841–847. [PubMed] [Google Scholar]

40. Yehuda R, Bierer LM, Schmeidler J, Aferiat DH, Breslau I, Dolan S. Low cortisol and risk for PTSD in adult offspring of Holocaust survivors. *The American Journal of Psychiatry.* 2000;157:1252–1259. [PubMed] [Google Scholar]

41. Yehuda R, Blair W, Labinsky E, Bierer LM. Effects of parental PTSD on the cortisol response to dexamethasone administration in their adult offspring. *The American Journal of Psychiatry.* 2007a;164:163–166. [PubMed] [Google Scholar]

42. Yehuda R, Engel SM, Brand SR, Seckl J, Marcus SM, Berkowitz GS. Transgenerational effects of posttraumatic stress disorder in babies of mothers exposed to the World Trade Center attacks during pregnancy. *The Journal of Clinical Endocrinology and Metabolism.* 2005;90:4115–4118. [PubMed] [Google Scholar]

43. Yehuda R, Halligan SL, Bierer LM. Relationship of parental trauma exposure and PTSD to PTSD, depressive and anxiety disorders in offspring. *Journal of Psychiatric Research.* 2001a;35:261–270. [PubMed] [Google Scholar]

44. Yehuda R, Halligan SL, Grossman R. Childhood trauma and risk for PTSD: Relationship to intergenerational effects of trauma, parental PTSD, and cortisol excretion. *Development and Psychopathology.* 2001b;13:733–753. [PubMed] [Google Scholar]

45. Yehuda R, Labinsky E, Tischler L, Brand SR, Lavin Y, Blair W, Bierer LM, Goodman RZ, Grossman RA. Are adult offspring reliable informants about parental PTSD? A validation study. *Annals of the New York Academy of Sciences.* 2006;1071:484–487. [PubMed] [Google Scholar]

**Exhibit 143 - 2299**

46. Yehuda R, McFarlane AC, Shalev AY. Predicting the development of posttraumatic stress disorder from the acute response to a traumatic event. *Biological Psychiatry.* 1998a;44:1305–1313. [PubMed] [Google Scholar]

47. Yehuda R, Schmeidler J, Giller EL, Jr, Siever LJ, Binder-Brynes K. Relationship between posttraumatic stress disorder characteristics of Holocaust survivors and their adult offspring. *The American Journal of Psychiatry.* 1998b;155:841–843. [PubMed] [Google Scholar]

48. Yehuda R, Schmeidler J, Wainberg M, Binder-Brynes K, Duvdevani T. Vulnerability to posttraumatic stress disorder in adult offspring of Holocaust survivors. *The American Journal of Psychiatry.* 1998c;155:1163–1171. [PubMed] [Google Scholar]

49. Yehuda R, Teicher M, Seckl J, Grossman RA, Morris A, Bierer LM. Parental PTSD is a vulnerability factor for low cortisol trait in offspring of Holocaust survivors. *Archives of General Psychiatry.* 2007b [PubMed] [Google Scholar]

**Exhibit 143 – 2300**

# EXHIBIT

## 144

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/277939256

# Long–Term Health Consequences Following the Siege of Leningrad

**Chapter** · March 2013

CITATIONS
3

READS
1,299

**5 authors**, including:



Denny Vågerö
Stockholm University
**129** PUBLICATIONS   **5,409** CITATIONS

SEE PROFILE

Ilona Koupil
Stockholm University/Karolinska Institute
**128** PUBLICATIONS   **1,989** CITATIONS

SEE PROFILE

Pär Sparén
Karolinska Institutet
**316** PUBLICATIONS   **13,486** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Long-term follow-up studies of Swedish school children to explain the origins of educational gradients in health  View project

The risk of malignancies in women with endometriosis.  View project

All content following this page was uploaded by Denny Vågerö on 09 June 2015.

The user has requested enhancement of the downloaded file.

**Exhibit 144 – 2301**

In: Early Life Nutrition and Adult Health and Development   ISBN: 978-1-62417-129-1
Editors: L. H. Lumey and Alexander Vaiserman   © 2013 Nova Science Publishers, Inc.

No part of this digital document may be reproduced, stored in a retrieval system or transmitted commercially in any form or by any means.  The publisher has taken reasonable care in the preparation of this digital document, but makes no expressed  or implied warranty of any kind and assumes no responsibility for any errors or omissions. No liability is assumed for incidental or consequential damages in connection with or arising out of information contained herein. This digital document is sold with the clear understanding that the publisher is not engaged in  rendering legal, medical or any other professional services.

*Chapter X*

# Long-Term Health Consequences Following the Siege of Leningrad

*Denny Vågerö[1,2]\*, Ilona Koupil[1],*
*Nina Parfenova[3] and Pär Sparen[4]*

[1]Center for Health Equity Studies, CHESS,
Stockholm University/Karolinska Institutet,
Stockholm, Sweden
[2]Södertörn University, Stockholm, Sweden
[3]Institute of Experimental Medicine, Russian Academy
of Medical Sciences, St. Petersburg, Russia
[4]Department of Medical Epidemiology and Biostatistics,
Karolinska Institutet, Stockholm, Sweden

## Abstract

We are interested in the long-term health consequences associated with severe starvation and war trauma, and whether certain "age windows" exist when exposure to such events are particularly harmful. The siege of Leningrad (now St. Petersburg) during World War II provided an opportunity to study this. For 872 days, German troops prevented supplies from reaching Leningrad. Simultaneously, there was a food blockade and a steady and merciless bombardment by shells from guns and from the air. The first winter, 1941/42, represents the most severe food shortage, amounting to mass starvation or semi-starvation.

Our late colleague, Professor Dimitri Shestov, had suffered the consequences of the Leningrad siege as a boy and believed that it had taken a toll on people beyond its immediate short- and medium-range consequences. He was particularly concerned about its long-term consequences for circulatory disease. A 1973 US-Soviet agreement, the so-called Lipid Research Clinics Collaboration, gave him an opportunity to study this. From 1975 to 1982 men and women living in Leningrad (now St. Petersburg) were randomly sampled and invited to examine their health and cardiovascular functioning. Dimitri

\*Centre for Health Equity Studies CHESS, Stockholm University Karolinska Institutet, Sveaplan 160, 106 91 Stockholm, Sweden; E-mail: denny.vagero@chess.su.se

**Exhibit 144 – 2302**

Shestov added a simple question to this examination: "Were you in Leningrad during the blockade?" A third of the participants were. They had experienced peak starvation (in January 1942) at ages 1-31 (women) or 6-26 (men).The mortality follow-up began immediately after the first clinical examinations in 1975 and continued for three decades, until the end of 2005.

Our analyses show that the siege of Leningrad, particularly when experienced in puberty, has had long-term effects on blood pressure both in men and women.We also found a raised IHD and stroke risk among those men. This was partly mediated via blood pressure but not by any other measured biological, behavioral, or social factors.Girls experiencing the siege around puberty suffered an elevated risk of dying from breast cancer later in life.The fact that the effect of siege exposure is modified by the age at exposure is highly interesting from a scientific point of view. It may suggest that a reprogramming of physiological systems can occur at specific age windows in response to starvation and/or war trauma.

The team that worked from 1975-2005 to collect clinical information and death certificates for participants in the study included Svetlana Plavinskaya, born in Leningrad during the siege. Dimitri Shestov and Svetlana Plavinskaya died in 2010 and 2011, respectively. We dedicate this chapter to their memory.

# 1. Background

Hunger, famine and food crises have been common throughout Russian history. People in Russia have suffered their short- and long-term consequences, often with great stoicism and patience. Ancel Keys and colleagues, in their monumental "Biology of Human Starvation" [1] from 1950 note that in Russia during the period 1830-1929, there were twenty years which saw large parts of the population experience severe hunger or famine.It is therefore not surprising that Russia also has a tradition of scientificallystudyinghunger and famines. The "Volga Famine" of 1921-22 killed around 10 million people.This famine made a sharp impression on Pitirim Sorokin, then professor of sociology in St. Petersburg, who visited the famine area. He wrote in his diary that "my nervous system …broke down completely before the spectacle of starvation of millions in my ravaged country." In a letter to Ivan Pavlov he explained that "the old sociology has lost all meaning" [2].Sorokin's response was eventually to become his major treatise on hunger and starvation called "Hunger as a Factor in Human Affairs", published in Riga 1922, and immediately banned by Soviet authorities. It was translated into English and published in 1975 after Piterim's death, by his wife, Elena, who had managed to save the proofs from confiscation [3].

Sorokin was inspired by the work of Ivan Pavlov, who took akeen interest in hunger and its consequences.Pavlov's work is well-known everywhere. It was carried out at the Institute of Experimental Medicine in St. Petersburg, part of which became the Pavlov Institute after Pavlov's death in 1936. The main body of the Institute of Experimental Medicine continued to work, for instance, on biochemistry and atherosclerosis. It is solely due to the decisions and efforts made by this Institute in the 1970s, in particular by Professor Dimitri Shestov, that it is possible for us to write about today the long-term health consequences associated with the siege of Leningrad.

In 1973, as a result of "détente", American and Russian scientists were encouraged to work together, and one of their collaborative research programs became known as The Lipid Research Clinics Collaboration.The Institute of Experimental Medicine in Leningrad became

**Exhibit 144 – 2303**

one of the Russian partners in this collaboration.Dimitri Shestov was one of those responsible on the Russian side [4]. As the protocol of the collaborative study was developed,he insisted on adding, in addition to all the other risk factors collected, a question about whether Leningrad participants in the study had themselves experienced the 1941-44 siege of the city.It turned out in the end that more than a third of the participants had done so, and had thus been exposed to long-term starvation or semi-starvation and to exceptional war trauma.

The addition of the simple question: "Were you in Leningrad during the blockade" was controversial at the time.Dimitri Shestov had himself, as a boy, suffered the consequences of the siege and believed that ithad taken a toll on people beyond its immediate short- and medium-range consequences. He was concerned about its long-term consequences, in particular for circulatory disease. The mortality follow-up of all the participants in the Lipid Research Clinics Collaboration began immediately after the first clinical examinations in 1975. In St. Petersburg, it continued for three decades. As the Soviet Union collapsed, the US interest in the collaboration diminished. The dedication of Dimitri Shestov and his team made it possible, from 1998, to forge a new international collaboration, this time with Swedish colleagues at Södertörn University, Stockholm University and the KarolinskaInstitutet. The Swedish Council for Social Research, the Foundation for Baltic and East European Studies and the MacArthur Foundation all contributed to the financing of the mortality follow-up or supported work in other ways. The follow-up of mortality could thus continue until the end of 2005, resulting in a data base which we here refer to as *"The St. Petersburg Cohort"*.

The team that worked from 1975-2005 to collect death certificates and clinical information about deceased persons included Svetlana Plavinskaya, born in Leningrad during the siege. Dimitri Shestov and Svetlana Plavinskaya died in 2010 and 2011, respectively. We dedicate this chapter to their memory.



Blockade of Leningrad in 1941.

Exhibit 144 - 2304

210                     Denny Vågerö, Ilona Koupil, Nina Parfenova, Pär Sparen

**Table 1. Official food rations introduced on November 20th 1941,**
**marking the lowest point of food availability**

| Factory Workers and Engineers - Technical Workers | | |
|---|---|---|
| Bread | 250 | grams |
| Fats | 20 | grams |
| Meat | 50 | grams |
| Cereals | 50 | grams |
| Sugar and Confectionery | 50 | grains |
| Total | 420 | grams (1,087 calories) |
| | | |
| Office Workers | | |
| Bread | 125 | grams |
| Fats | 8.3 | grams |
| Meat | 26.6 | grams |
| Sugar and Confectionery | 33.3 | grams |
| Cereals | 33.3 | grams |
| Total | 226.5 | grams (581 calories) |
| | | |
| Dependents | | |
| Bread | 125 | grams |
| Fats | 6.6 | grams |
| Meat | 13.2 | grams |
| Sugar and Confectionery | 26.6 | grams |
| Cereals | 20.0 | grams |
| Total | 191.4 | grams (466 calories) |
| | | |
| Children under 12 | | |
| Bread | 125 | grams |
| Fats | 16.6 | grams |
| Meat | 13.2 | grams |
| Sugar and Confectionery | 40.0 | grams |
| Cereals | 40.0 | grams |
| Total | 234.8 | grams (684 calories) |

Source: Pavlov ( 1965).

# 2. The Siege

The population of Leningrad suffered from severe starvation, cold, and psychological and physical traumas during the siege. The purpose of the siege was not only to conquer the city of Leningrad, but also to annihilate or decimate the population, according to documents published after the war [5].In a military directive of September19, 1941, German Naval

Exhibit 144 - 2305

Command wrote: "In this war for existence, we have no interest in keeping even part of this great city's population…" (quoted from [6]). Thus, simultaneously,there was a food blockade and a steady and merciless bombardment by shells from guns and from the air [7].

The siege lasted 872 days, from September8, 1941 to January 27, 1944, during which time German troops prevented supplies from reaching Leningrad. The first winter, 1941/42, represents the period of the most severe food shortage, amounting to mass starvation or semi-starvation [1].After the first winter, the food shortage was eased somewhat by smuggling across Lake Ladoga, but severe malnutrition remained [8, 9] (see map).

Of a population of 2.7 million (including 0.5 million children), an estimated 630,000 died from hunger-related causes, most during the winter of 1941-2.In January–February 1942, large numbers of people died every day, most of them fromhunger. People often died on the streets, and citizens soon became accustomed to the sight of death [8]. The figure for the total number of deaths, including those from hunger and war trauma, is disputed.

Harrison Salisbury, for instance, estimate around 1.2 million deaths [10], but a more recent estimate is around 0.7-0.8 million deaths [9].

From November20, 1941 bread rations in Leningrad were at their lowest: 250 g daily for manual workers and 125 g for other civilians. Table 1 gives rations introduced at this point in time.Children below the age of 12 were given a bread ration of 125 g. Children over 12 years, classified as dependents, received even less food. Pavlov writes that "Life was especially hard for children who had just turned twelve. At twelve a 'dependent's' ration card replaced a child's, which had been good until then"[8].The ration for a dependent was only 200 g of fat, 800 g of sugar, and 600 g of carbohydrate per month. If rations were received in full, which was not always the case, this amounted to about 460 calories a day. Stanner et al. [11] estimated the average daily ration to be around 300 calories, containing virtually no protein. This is extremely low, even compared with rations during the Dutch hunger winter [12]. On January 24th, 1942, bread rations were increased to 250 g for children and dependents, and two more increases took placein February [7] (Table 2).

**Table 2. Official bread rations in gram, by day of introduction**

|                    | Factory Workers | Office workers | Dependants | Children under 12 |
|--------------------|-----------------|----------------|------------|-------------------|
| July 18, 1941      | 800             | 600            | 400        | 400               |
| September 2, 1941  | 600             | 400            | 300        | 300               |
| September 11, 1941 | 500             | 300            | 250        | 300               |
| October 1,1941     | 400             | 200            | 200        | 200               |
| November 13, 1941  | 300             | 150            | 150        | 150               |
| November 20, 1941  | 250             | 125            | 125        | 125               |
| December 25, 1941  | 350             | 200            | 200        | 200               |
| January 24, 1942   | 400             | 300            | 250        | 250               |
| February 11, 1942  | 500             | 400            | 300        | 300               |
| February 22,1942   | 600             | 500            | 400        | 400               |

Source: Derived from Pavlov (1965) and Jones (2008).

Studies of the Dutch hunger winter (1944-5) showed that the average birth weight for babies conceived or born during that winter fell around 300 g[12]. The siege of Leningrad was associated with an average fall in birth weight of 500-600 g for term babies born in 1942. Half of those born in the first half of 1942 weighed less than 2,500 g. Fertility fell also, by 90% according to Antonov[13].

**Exhibit 144 – 2306**

212                    Denny Vågerö, Ilona Koupil, Nina Parfenova, Pär Sparen

An early study of the siege concluded that the immediate effect of starvation was a lowering of blood pressure. In people who have to do hard physical work, blood pressure may rise as a consequence of refeeding after starvation [14, 15]. Limited food supplies reached Leningrad from the spring of 1942 across Lake Ladoga. Keys et al.[1] refer to the subsequent "refeeding after starvation" in 1943. A sample of 10,000 healthy people in Leningrad examined in April 1943 showed that the distribution of blood pressure had shifted radically upwards compared with that in 1940. The prevalence of hypertension had increased four-fold among those under age 39 and two-fold among those aged $\geq$ 40 years. This "Leningrad blockade hypertension epidemic" has been noted both in early [16] and recent [17] reports. Most recently, Khoroshinina [18] reported a more frequent incidence of severe arterial hypertension, type 2 diabetes, and atherosclerosis in adults who survived the Leningrad siege as children. The hypertension epidemic is visible in the *St. Petersburg Cohort* more than three decades after the blockade, as we shall see below.

## 3. St Petersburg Cohort Study

The study was initially based on an agreement between the US and Soviet governments. As part of the 1973 US-Soviet collaborative program, both countries collected data under the same research protocol, the lipid research clinics program [4, 19]. In Leningrad (now St. Petersburg), a random sample of persons in the socially-mixed Petrogradsky district were invited to health examinations. Thus, in 1975-77, men and, in 1980-82, women living in Leningrad were invited to participate. All participation in health examinations and interviews was voluntary, and participants were told about the purpose of the project. Participants responded to interview questions, were examined for cardiovascular risk factors and were then followed until the end of 2005. The mortality follow-up was given ethical approval by the Institute of Experimental Medicine at the Russian Academy of Medical Sciences. The personal integrity of all participating individuals has been protected by the research team throughout.

Information about whether men and women lived in Leningrad during the siege was available for more than 99% of men and 91% of women. Over a third had done so, which normally meant that they spent the whole siege period there as most people were unable to leave. As a result, we have been able to prospectively follow 3,900 men, born in 1916-35, and 1,429 women, born 1910-1940, who experienced the siege of Leningrad, as reported in this chapter. At the peak of the starvation, in January 1942, men would have been between 6 and 25 (completed) years of age, and women would have been between 1 and 31 years old.

One important question to us was whether certain "age windows" exist when exposure is particularly hazardous. We were particularly interested in exposures around puberty. As we shall see below, our study suggests that the period around puberty may provide an age window when starvation exposure has a powerful influence on future blood pressure and health.

In contrast to the study of Stanner et al. [11], we were unable to look at intrauterine exposure to starvation, at that time seen as the most likely age of concern for future health chances. Stanner et al., in their cross sectional study, studied 169 siege survivors, exposed to the siege *inutero*; 192 exposed in infancy and 188 unexposed, age-matched controls born

**Exhibit 144 – 2307**

outside the siege area.Comparing those exposed *in utero* and those exposed in infancy, they found no differences in glucose or lipid metabolisms, hypertension or circulatory disease. Their sample size was small, giving low statistical power. They did find, however, that diastolic blood pressure was somewhat elevated (>3mmHg) in the two exposed groups compared to the unexposed group.

The participants in the St. Petersburg Cohort Study, which we have been able to follow,are distinctly different from the population of siege survivors that Stanner et al. reported on [11], all of whom were exposed before age 1. The long-term consequences associated with the health of Leningraders being exposed to the siege during their childhood or adolescence have been examined in our three papers based on the St. Petersburg Cohort [20, 21, 22].

The St. Petersburg Cohort, as a whole,had a somewhat lower mortality 1975-2005 compared to national mortality rates [23] in the Russian population (standardized mortality ratio 0.86, 95% CI 0.83 to 0.90).One probable contributing factor to this is that those volunteering for health examinations in 1975-1982 were of a healthier group than average individuals. It is also known that the St. Petersburg population, in general, has a higher life expectancy than Russia at large.

# 4. Data and Variables

The participants in the study were interviewed and examined for cardiovascular risk factors in 1975-1977 (men) and 1980-1982 (women). Below, we describe the biological, behavioral and social risk indicators that were used in the analyses summarized in this chapter and/or the three published papers [20, 21, 22].

Biological Risk Factors

Biological, in particular cardiovascular, risk factors were measured at the health examination, namely, adult height, adult body mass index, skinfold thickness measured at the arm, the ratio of low-to-high density lipoprotein cholesterol, and diastolic and systolic blood pressures. ARose questionnaire interview about cardiovascular function was taken.

Body height was measured in cm and dichotomized at the mean minus one SD in some analyses. BMI was calculated from height (kg) and weight (cm) and classified into normal weight (< 25), overweight (25 - 30) and obesity (>30); or grouped into quartiles. Skinfold thickness was dichotomized at the mean plus one SD. Low-density and high-density lipoprotein cholesterol concentrations were estimated.Their ratio wasalso dichotomized at the mean plus one SD.

Systolic and diastolic blood pressures were measured using a random zero sphygmomanometer. Blood pressure was analysed in two categories: systolic blood pressure <160 mm Hg and $\geq$ 160 mm Hg; diastolic blood pressure <95 mm Hg and $\geq$ 95 mm Hg. Subjects who were on medication for high blood pressure at the time of the measurement were included in the respective higher blood pressure category. Information about whether

**Exhibit 144 – 2308**

214          Denny Vågerö, Ilona Koupil, Nina Parfenova, Pär Sparen

the subjects were being treated for hypertension at the time of the examination was available for men only. The information on treatment for hypertension was unavailable for women.

Information about exact age, blood pressure, and height and weight at the examination was almost complete for all subjects.

## Behavioral and Social Variables

Cigarette smoking, alcohol consumption and social characteristics, such as education, ethnic group/nationality, occupation and marital status, were determined by interview questions.Smoking habits were classified as a past, current or never smoker. Frequency of alcohol consumption was estimated, together with the average amount of alcohol consumedin a week. Frequency of drinking in the week before the interview was classified into four categories (never, every day, 3-4 times a week, 1-2 times a week or less often).

Education was classified into university degree, incomplete university, up to 10 years of schooling, up to 7 years, less than 7 years, and no schooling, sometimes collapsed into three categories as university, secondary and lower than secondary education.Ethnic group/nationality was classified as Russian or non-Russian (mainly Jewish, Belorussian and Ukrainian); occupation as white collar or blue collar/other; and marital status as married, not married, divorced or widowed.

Due to a mistake during the initial interviews, certain social and behavioral data, notably those on smoking and drinking habits, are missing for 672 men. These were all examined within the same eight-week period. A sensitivity analysis showed that risk estimates were virtually identical between the full and the restricted samples.

## Mortality Follow-up

We followed mortality from the time of the interview. The first part of the St. Petersburg Cohort Study followed mortality from 1975 to December 31, 1999 [20]. Later, we were able to extend the mortality follow-up. Thus, men born between 1916 and 1935, and women born between 1910 and 1940, of whom more than a third experienced the siege as children, adolescents or young adults, were followed until 2005 [21, 22]. In this chapter we present analyses on an updated data set, following mortality until the end of 2005. The vital status of the cohort members was ascertained through contacts with the participants themselves and their relatives or neighbors. Address bureaux (population registry units) were used for those who had moved.

For those who died during the follow-up, a copy of the official death certificate was obtained to register the date of death and the underlying cause of death,usually only after contact with the hospital where the person had been registered. A team of Russian physicians carefully coded underlying causes-of-death according to ICD-8 or its equivalent codes (international classification of diseases, eight revision).The lipid research clinics study focused especially on circulatory disease. The quality of cause-of-death information is somewhat lower at the end of the follow-up period, when the tracing of people and collectingof death certificates and additional information became more difficult due to major changes in legislation as well as in routines at Russian hospitals.

**Exhibit 144 – 2309**

**Table 3. Blood pressure levels and hypertension among men (n=3899) and women (n=1428) by age at peak starvation**

| Age at peak starvation* | Men | | | | Women | | | |
|---|---|---|---|---|---|---|---|---|
| | Difference in SBP (95 CI) | Difference in DBP (95 CI) | SBP>160 mmHg OR (95 CI) | DBP>95 mmHg OR (95 CI) | Difference in SBP (95 CI) | Difference in DBP (95 CI) | SBP>160 mmHg OR (95 CI) | DBP>95 mmHg OR (95 CI) |
| 1-5** | - | - | - | - | 0.13 (-6.8; 7.1) | -1.28 (-4.6; 2.0) | 1.54 (0.7; 3.4) | 0.83 (0.4; 1.7) |
| 6-8 | -2.26 (-5.5; 0.9) | -0.60 (-2.4;1.2) | 0.69 (0.4; 1.2) | 0.99 (0.7; 1.4) | 4.54 (-3.9; 12.9) | 0.61 (-3.4;4.6) | 1.22 (0.6; 2.7) | 0.94 (0.5; 1.9) |
| 9-11 | 1.83 (-1.1;4.8) | 0.99 (-0.6; 2.6) | 1.38 (0.9; 2.0) | 1.09 (0.8; 1.5) | -1.81 (-9.3; 5.7) | 0.02 (-3.5;3.6) | 1.00 (0.5; 2.0) | 0.84 (0.5; 1.5) |
| 12-15 | 5.58 (2.8;8.3) | 1.57 (0.0; 3.1) | 1.86 (1.3; 2.6) | 1.27 (1.0; 1.6) | 5.77 (-1.9; 13.4) | 1.39 (-2.2;5.0) | 1.31 (0.7; 2.3) | 0.69 (0.4; 1.3) |
| 16-25*** | 1.38 (-0.9; 3.6) | 1.01 (-0.3; 2.3) | 1.22 (0.9-1.5) | 1.24 (1.0; 1.5) | -0.59 (-5.8; 4.6) | -0.26 (-2.7; 2.2) | 1.41 (0.9; 2.1) | 1.04 (0.7; 1.6) |
| 26-31** | - | - | - | - | -2.09 (-11.0; 5.2) | -0.96 (-4.8; 2.9) | 0.83 (0.5; 1.5) | 0.97 (0.5; 1.8) |
| Not in siege (ref) | 0.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 |

Difference (mm Hg) in systolic (SBP) and diastolic (DBP) blood pressure, and odds ratios (OR) for hypertension, with 95% confidence limits, comparing siege-exposed, by age at peak starvation, and non-exposed.

*Age at Jan 24th 1942. ** No men in this age group. ***Includes 16 men aged 26 years.

Exhibit 144 – 2310

**Table 4. Mortality from all causes, ischaemic heart disease (IHD), stroke, hemorrhagic stroke (h-stroke), all cancer, respiratory cancer (men), breast cancer(women)**

| Men (n=3900) | | | | | | |
|---|---|---|---|---|---|---|
| Age at peak starvation* | All cause mort. RR (95 % CI) (d)=2,632 | IHD RR (95% CI) (d)=829 | Stroke RR (95% CI) (d)=473 | h-stroke RR (95% CI) (d)=176 | All cancer RR (95% CI) (d)=687 | Respiratory ca RR (95% CI) (d)=241 |
| 6-8 | 1.04 (0.8; 1.3) | 1.15 (0.8; 1.7) | 0.79 (0.4; 1.5) | 0.86 (0.3; 2.5) | 0.87 (0.6; 1.3) | 0.94 (0.5; 1.9) |
| 9-11 | 1.18 (1.0; 1.4) | 1.41 (1.1;1.9) | 1.23 (0.8; 1.9) | 1.43 (0.7; 2.9) | 1.10 (0.8; 1.5) | 1.21 (0.7; 2.1) |
| 12-15 | 1.27 (1.1; 1.5) | 1.32 (1.0;1.7) | 1.70 (1.2; 2.4) | 1.74 (1.0; 2.9) | 1.19 (0.9; 1.6) | 1.22 (0.8; 2.0) |
| 16-25** | 1.19 (1.1;1.3) | 1.15 (0.9; 1.4) | 1.14 (0.9; 1.5) | 1.34 (0.9; 2.0) | 1.20 (0.9;1.5) | 1.40 (0.9; 2.1) |
| Not in siege (reference) | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Women (n=1429) | | | | | | |
| Age at peak starvation* | All cause mort. RR (95% CI) (d)=612 | IHD RR (95% CI) (d)=139 | Stroke RR (95% CI) (d)=166 | h-stroke RR (95% CI) (d)=73 | All cancer RR (95% CI) (d)=160 | Breast cancer RR (95% CI) (d)=26 |
| 1-5 | 1.24 (0.7; 2.2) | 0.86 (0.2; 4.1) | 1.80 (0.4; 7.5) | 2.00 (0.3; 12.0) | 1.18 (0.5; 3.0) | 0.49 (0.1; 4.1) |
| 6-8 | 0.99 (0.5; 1.9) | 0.69 (0.2; 3.1) | 0.26 (0.0; 2.0) | 0.51 (0.1; 4.2) | 0.28 (0.0; 2.1) | 1.05 (0.1; 9.5) |
| 9-11 | 1.02 (0.6; 1.7) | 1.40 (0.5; 3.8) | 0.37 (0.1; 1.6) | - | 0.80 (0.3; 2.3) | See below*** |
| 12-15 | 1.00 (0.6; 1.6) | 1.41 (0.5;4.2) | 1.05 (0.5; 2.4) | 0.95 (0.3; 3.0) | 1.12 (0.5; 2.6) | 4.20 (1.1; 15.9)*** |
| 16-25 | 1.12 (0.9; 1.4) | 1.12 (0.7;1.9) | 0.91 (0.6; 1.4) | 1.15 (0.6; 2.2) | 0.93 (0.6; 1.5) | 2.16 (0.5;10.4) |
| 26-31 | 0.94 (0.7; 1.3) | 0.58 (0.3; 1.1) | 1.13 (0.6; 2.1) | 1.00 (0.2; 4.3) | 1.69 (0.8; 3.4) | - |
| Not in siege (reference) | 1.00 | | | | | |

Follow-up of men, born 1916-1935, from interview in 1975-77, and women, born 1910-1940, from interview in 1980-82, until 2005-12-31.Comparison of siege-exposed, by age at peak starvation, and non-exposed.Relative risks (RR) and 95% confidence intervals (95 CI) estimated by Poisson regression with control for attained age and birth cohort.Number of deaths (d) by cause.

*Age at Jan 24th 1942. **Includes 16 men aged 26 years. *** Age groups 9-11 and 12-15 have been combined.

Exhibit 144 – 2311

In analyses examining the mortality consequences of siege exposure, we looked in particular at circulatory disease, ICD-8 codes 390-458 ( ischaemic heart disease 410-414, stroke 430-438, and haemorrhagic stroke 430-431) and cancer, ICD-8 codes: 140-209 (respiratory cancer160-163, breast cancer 174).

## Statistical Analyses

Subjects were classified as aged 1-5, 6-8, 9-11, 12-15, 16-25 and 26-31 years when exposed to the severest starvation in January 1942 (in the two extreme age groups there were no men). Unlike in three previous papers [20, 21, 22],we divided the age group 9-15 into age groups 9-11 and 12-15,for this chapter. Epicure and SAS statistical packages were used [24, 25].

## Analyses of Risk Factors among Men and Women

We used biological risk indicators as dichotomized outcome variables in logistic regression models [26] to estimate odds ratios by siege experience. They were also treated as continuous outcome variables in linear regression models with control for thebirth cohort, to estimate mean differences.

Table 3 presents findings for blood pressure.

## Analyses of Circulatory, Cancer and Total Mortality- Men and Women

We used the Poisson regression to calculate relative risks, where the number of deaths was weighted by the person years at risk in each combination of the explanatory variables [27].

We always controlled for the birth cohort and attained age.

Thus, we examined whether long term mortality risks differed between those living in Leningrad during the siege and those who were not, and whether any such effect was modified by age at exposure (Table 4).

In addition, Figure 1 shows whether any effect on circulatory disease mortality was of a similar magnitude during the whole follow-up period.

## Confounding, Heterogeneity and Interaction

We have discussed these issues at some length elsewhere [20, 21, 22]. Socioeconomic confounding was assessed by adjusting for marital status, education, occupational class, smoking and alcohol consumption.The heterogeneity of effect by follow-up period was examined by a Wald test.

**Exhibit 144 - 2312**

218          Denny Vågerö, Ilona Koupil, Nina Parfenova, Pär Sparen

# 5. Blood Pressure, Circulatory Disease and Cancer Following the Siege

Does long-term starvation influence circulatory disease and its risk factors? This question has been analyzed in two papers from the St. Petersburg Cohort Study.The first study looks at men only [20]. The second was extended to include both women and men and is based on an extended follow-up period [21]. The first paper led to three letters [28, 29, 30] and a series of rapid responses in the BMJ (February 2004). Here, we report new analyses associated with the latest update of the cohort. To make interpreting easier and more consistent, we have used the same "exposure age window" in all analyses (Tables 3 and 4).

## Blood Pressure among Men and Women

Three decades after the siege, there were significant differences in systolic and diastolic blood pressures between men who lived through the siege compared to their peers who did not. Those who were about to enter, or had already entered, puberty (12-15 years) at the peak of starvation (January 1942) were especially prone to hypertension (odds ratio 1.86, 95% confidence interval 1.3 to 2.6) with a mean excess of 5.6 mm Hg systolic blood pressure (95% CI 2.8 to 8.3). Diastolic blood pressure was 1.6 mm Hg higher (95% CI: 0.0 to 3.1) in those men.

Women who were 12-15 years-old at the peak of starvation had, on average, a5.8 mm Hg higher systolic blood pressureas adults compared to unexposed subjects born during the same period. This estimate is similar to that of men, although not statistically significant (95% CI: -1.9 to 13.4). In addition, we noted that women exposed to peak starvation at ages 6-8 appear to have elevated systolic blood pressure (4.5 mm Hg) although the margin of uncertainty is large.

Women exposed to the siege at age 1-5 years had a higher mean level of triglycerides, amounting to 0.13 mmol/l. Other indicators of cardiovascular risk were remarkably similar for exposed and non-exposed.

## Total and Circulatory Disease Mortality among Men and Women

The excess risk of dying (all causes) for men, but not for women, who experienced the siege was elevated (Table 4).

Throughout the follow up period, 1975-2005, there was a pattern of higher circulatory disease mortality for men who experienced the siege (Figure 1). This was particularly pronounced in 1987-91. The period specific relative risk was 1.79, based on the main effect and a highly significant interactioneffect.

When we looked at specific causes-of-death we found an excess risk for ischaemic heart disease mortality of 1.32 (95% CI:1.1 to 1.7) among those aged 12-15 at the peak of starvation.

**Exhibit 144 – 2313**



Figure 1. St. Petersburg males born 1916 – 1935.CVD mortality rate over calendar time.

The effects of starvation around puberty (ages 12-15) were alsoquite strong for strokes (1.70, 95% CI:1.2 to 2.4), including haemorrhagic strokes (1.74, 95% CI:1.0 to 2.9).Among those who were 12-15 years old at the peak of starvation, adjustment for systolic and diastolic blood pressure changed risk estimates downwards for ischaemic heart disease, stroke and haemorrhagic stroke.

No statistically significant associations of the siege with circulatory-disease mortality were found for women in any of the exposure categories.

## Cancer Mortality among Men and Women

Cancer mortality was followed-up during the period 1975-2005 for men and 1980-2005 for women. A previous discussion is to be found in Koupil et al. [22]. Here, we report on the follow-up until the end of 2005, with more complete mortality data and with the same exposure age windows as for all-cause and circulatory disease mortality (Table 4).

There is no general association between siege exposure and cancer among men or women. However, mortality from breast cancer is elevated in women who were between 9-15 years old at the peak of starvation (HR 4.20; 95% CI 1.1 to 15.9).In contrast, the age-adjusted HR for death from breast cancer in women exposed at age 1-5 years was 0.49 (95% CI 0.1 to 4.1).

**Exhibit 144 -  2314**

# 6. General Discussion

We find that the siege of Leningrad, particularly when experienced in puberty, has had long-term effects on blood pressure in both men and women.

We also found a raised circulatory disease risk among men. This was partly mediated via blood pressure but not by any other measured biological, behavioral, or social factors.The mortality advantage of Leningrad men who had not experienced the siege was particularly pronounced in the period 1987-1991, a puzzling finding.

Girls experiencing the siege around puberty suffered an elevated risk of dying from breast cancer later in life.

The fact that the effect of siege exposure is modified by age at exposure is highly interesting from a scientific point of view. It may suggest that a reprogramming of physiological systems can occur at specific age windows in response to starvation and/or war trauma.The specific response also differed by gender.

## Validity of Results

We considered how the design and methodology of the study may have influenced our results and their correct interpretation.

*Selection bias*: The death toll during the 1941-4 siege was extreme. Death rates of siege survivors during the period 1944-1975/80 may also have been elevated. Siege survivors examined in 1975-7 (men) or 1980-82 (women) must have constituted a group of individuals with better genetic, constitutional and social resources for health, who were therefore capable of surviving under severe war trauma and through starvation. This selection process should bias our estimates of the health effects of the siege downwards. On the other hand, the comparison group was made up of men and women who moved (or moved back) to Leningrad at some time between 1945 and 1982. This group may also have been positively selected, as migrants usually are.However, it seems very unlikely that the latter selection process was nearly as powerful as the first.

Michael Croft, in a letter to the BMJ [28], suggested that those who survived would have been fatter people, or the children of fatter parents, whose metabolism saved them during starvation periods, but made them more prone to death from circulatory disease in prosperity. We found that this was contrary to lay knowledge and experience of the siege, which suggested that fat people were among the first to die. Leyton, who observed Russian prisoners of war in Germany, similarly found "a big, wellbuilt man standing up to shortage of food less well than his smaller brother" [29]. Dimitri Shestov had the same impression.

*Narrow exposure contrast*.Food shortage was common all over Russia during the war, especially in areas occupied by the Germans. Livestock and harvests were appropriated for German needs, and not distributing food to the Russian population was part of the German war strategy [30]. We are therefore comparing boys and men, girls and women, exposed to protracted starvation with those who experienced less severe food shortage, including episodes of starvation. This would, again, result in conservative risk estimates.

*Residual confounding*.We assessed potential confounding factors at only one point in time (1975-7 for men and 1980-82 for women). We were able to adjust our results for a

**Exhibit 144 – 2315**

number of social, demographic and behavioral factors, including smoking and alcohol consumption. Although all of them were strongly associated with mortality, they had little confounding effects. Residual confounding is therefore likely to be small or modest. Any residual confounding would inflate our estimates of the effect of the siege on health.

*Differential ascertainment of death.* The researchers who traced the movements of cohort members and collected death certificates did not know the siege status of participants. After the last date of contact we excluded from the study individuals who moved from Leningrad.

*Limited statistical power.* The statistical power of the analysis was particularly limited in women and a larger study might have yielded more significant results. This is true both for circulatory-disease and cancer mortality.

On balance, we are confident about the validity of our results. It is most likely that our estimates of the long-term health consequences of the Leningrad siege are conservative.

## War Trauma, Prolonged Stress and Starvation

Long-term effects of starvation in childhood and adolescence on blood pressure and circulatory function are not sufficiently well understood. In this particular case, how do we disentangle the effects of war trauma, persistent stress and starvation? Bell raised this issue in a letter to the Editor [31], following our first paper in the BMJ [20]:

> But persistent stress is well known to raise sympathetic tone and cortisol excretion, with long term increase in blood pressure; 2.5 years under siege bombardment definitely constitutes a stressful environment. In addition Pavlov mentions that boys aged 12 or over were assigned to defense duties such as bomb disposal.

This point is well taken in our response to Bell [32]. It is interesting to note that a boy who turned twelve was given reduced food rations at exactly that age when his duties grewheavier. Girls, also, would have been given smaller rations from age 12. Boys and girls, aged 12-15 at the peak of starvation, were indeed more affected than other boys and girls in terms of future blood pressure levels, a point that was not made in our original papers, but which is stressed in this book chapter.

The design of our study does not allow for a clear distinction between nutrition-based effects of starvation and potential effects due to the trauma of war. Whether, and to what extent, the extreme hardship experienced by Leningrad residents during the siege affected their circulatory systems directly, impacted on sympathetic activity or led to permanent changes in behavior, or to any combination of those, remains an open question. These causal pathways are not mutually exclusive, and it is plausible that each has its subsequent effects on blood pressure, circulatory disease, growth or cancer.

## Age Windows

Starvation outside the fetal period, for example maternal starvation before pregnancy or starvation during childhood/adolescence, may have long-term effects on health. Before the fetal origins hypothesis, most research used a broader time window for relevant exposure

**Exhibit 144 – 2316**

222                  Denny Vågerö, Ilona Koupil, Nina Parfenova, Pär Sparen

[33,34]. Kermack et al. suggested that "the important factor from the point of view of the health of the individual during his life is his environment up to the age of say 15 years."[33]

We suggestthat there may be several "age windows" early in life, when starvation, war trauma or severe stress can give rise to later-life vulnerability to disease.Such vulnerability windows may open up at different ages for boys and girls and their exact timing might be finely tuned by the development of the particular physiological system.

For girls, starvation in childhood may delay age at menarche, which in turn could explain the apparent increase in adult height in women who were exposed to the Leningrad siege [22].Under-nutrition or starvation has been linked to later reproductive function [35] and to cancer incidence [36].Women's reproductive histories were unknown by us and could not be taken into account in our analyses, but reproductive history is known to be linked to breast cancer risk. It has been hypothesized that caloric restriction can prevent cancer in humans [37], including breast cancer [38]. Although we do not rule out that this can be true for specific cancers, we found no support for such a general effect on cancer.

## Consistency with Other Studies

The "Leningrad blockade hypertension epidemic", which was first noted in 1943, was also visible in our data, over three decades after the event. An increase in mortality in middle-aged Japanese males, but not females, who were all aged around 15 in 1945 and were thus exposed to the post-war food shortage in Japan, was observed by Okubo [39]. This finding was interpreted as evidence of malnutrition leading to weaknesses of the blood vessel structures which in turn gaverise to an increase in circulatory disease deaths. Horiuchi [40] reported higher mortality in old age among German males aged about 15 at the end of World War I than in preceding and succeeding cohorts. These mortality effects, interpreted as the long-term impacts of malnutrition upon the vascular structures of male adolescents, were only observed in men and not in women, which seems broadly consistent with our findings.

Increased breast cancer mortality in women exposed to severe starvation in Leningrad is consistent with findings from a study of female survivors of the German occupation of Guernsey 1940-1945 [36]. In the latter case, the excess risk of breast cancer was seen among women exposed at age 10-18 years. Women who remained in Guernsey during the Occupation experienced delayed menarche,on average.

Breast cancer risk was also elevated in women who were exposed to a short but severe caloric restriction as children during the 1944-1945 Dutch famine [35]. An earlier study of the Dutch famine also found a raised risk of breast cancer in women exposed to dietary restriction during or shortly after the adolescent growth spurt period [41].

# Conclusion

Particular concern has arisen about the later consequences of *in utero* starvation, a concern reinforced by much literature suggesting that fetal growth is indeed linked to risks of heart disease, stroke and breast cancer in adult life.Our study indicates that other periods

**Exhibit 144 - 2317**

during childhood/adolescence may also be highly vulnerable times with regard to adult blood pressure levels (men and women), circulatory disease (men) and breast cancer (women).

Thus, the consequences of the experience of war trauma and/or severe starvation in childhood for health in adult life are gender-specific and dependent on the age at exposure.In particular, it appears that war trauma and/or starvation that interferes with the onset or progress of puberty may have implications for future disease. Globally, war is still a leading cause of starvation. In addition to their well-known, short-term horrendous consequences, war and starvation may also have severe physiological and psychological consequences for health and survival many decades later.

# Perspectives on Future Research

The mean blood pressure and the prevalence of hypertension in the St. Petersburg Cohortare considerably higher than in US men and women of the same age examined at the same time [42, 43]. This is a finding that in itself merits further study. If severe food shortage and/or war trauma in childhood/adolescence permanently alters blood pressure regulation and mortality risk, it seems possible that a more keen interest in Russian history would provide new clues to the high levels of hypertension among Russian men and women and perhaps also to the long period of health stagnation in Russia.

Furthermore, recent developments in epigenetics suggest that now is the time to ask whether an early experience, such as that represented by the siege of Leningrad 1941-44, may also cast a shadow over coming generations. A major step forward would be to study circulatory and cancer risks in the offspring of those men and women who are included in the St. Petersburg Cohort Study.

# Funding

The Swedish Foundation for Baltic and East European Studies; the John D. and Catherine T. MacArthur Foundation; the Swedish Research Council for Working Life and Social Research;CHESS, the Centerfor Health Equity Studies in Stockholm; and the Institute for Experimental Medicine in St. Petersburg financed this work.

# References

[1]    Keys A, Brozek J, Henschel A, Mickelsen O, Taylor HL. The biology of human starvation. Minneapolis, University of Minnesota Press, 1950.

[2]    Vågerö D (ed.) The unknown Sorokin - His life in Russia and the Essay on Suicide.Stockholm, *Södertörn Academic Studies* no 8, 2002.

[3]    Sorokin P. Hunger as a factor in human affairs. 1975. Gainesville, University Presses of Florida, 1975.

**Exhibit 144 - 2318**

224                    Denny Vågerö, Ilona Koupil, Nina Parfenova, Pär Sparen

[4]   Shestov DB, Deev AD, Shukovsky GS, et al. Coronary heart disease risk factors and mortality in the USSR Lipid Research Clinics Follow-up Study. *Atherosclerosis Rev* 1988, 17, 261-75.

[5]   Barber J, DzeniskevichA (eds). Life and death in besieged Leningrad, 1941-44. Palgrave Macmillan, 2004.

[6]   Dunmore H (2001). The siege. London, Viking.

[7]   Jones M. The state of siege. London, John Murray Publishers, 2008.

[8]   Pavlov D. Leningrad 1941, the blockade. Chicago, University of Chicago Press, 1965.

[9]   Anna Reid. Tragedy of a city under siege 1941-44. Bloomsbury Publishing, 2011.

[10]  Salisbury H. The 900 days. The siege of Leningrad. New York, Harper and Row Publishers, 1969.

[11]  Stanner SA, Bulmer K, Andres C, Lantseva OE, Borodina V, Poteen VV, et al. Does malnutrition in utero determine diabetes and coronary heart disease in adulthood? Results from the Leningrad siege study, a cross sectional study. *BMJ* 1997, 315, 1342-8.

[12]  Stein Z, Susser M, Saengler G, Marolla F. Famine and human development. The Dutch hunger winter of 1944-1945. London, Oxford University Press, 1975.

[13]  Antonov AN. Children born during the siege of Leningrad in 1942. *J.Pediatr.* 1947, 250-9.

[14]  Kreipe RE, Harris JP. Myocardial impairment resulting from eating disorders. *Pediatr. Ann.*1992, 21, 760-8.

[15]  Brozek J, Chapman C, Keys A. Drastic food restriction, effect on cardiovascular dynamics in normotensive and hypertensive conditions. *J. Am. Med. Assoc.* 1948, 137, 1569-74.

[16]  Olearchyk AS, Olearchyk RM. Reminiscences of Vasilii I. Kolesov. *Ann.Thorac. Surg.* 1999, 67, 273-6.

[17]  Boitsov SA, Karpenko MA, Kuchmin AN, Pestova LV, Belokon GV. Clinical manifestation of hypertension in citizens of siege Leningrad (1941-1944). Retrospective analysis of archive materials. *Ter.Arkh.* 2000, 72, 54-8[in Russian].

[18]  Khoroshinina LP. Peculiarities of somatic diseases in people of middle and old age survived Leningrad siege at childhood.*Adv.Gerontol.* 2004, 14, 55-65[in Russian].

[19]  Abernathy JR, Thorn MD, Ekelund LG, Holme I, Stinnett SS, Shestov DB, et al. Correlates of systolic and diastolic blood pressure in men 40 to 59 years of age sampled from United States of America and Union of Soviet Socialist Republics Lipid Research Clinics populations. *Am. J.Cardiol.* 1988, 61, 1071-5.

[20]  Sparen P, Vågerö D, Shestov D, Plavinskaja S, Parfenova N, Hoptiar V, Paturot D, Galanti R. Long term mortality after starvation during the siege of Leningrad. *BMJ* 2004, 328, 11-5.

[21]  Koupil I, Shestov D, Sparen P, Plavinskaja S, Parfenova N, Vågerö D. Blood pressure, hypertension and circulatory disease in men and women who survived the siege of Leningrad. *European Journal of Epidemiology* 2007, 22, 223-34.

[22]  Koupil I, Plavinskaya S, Parfenova N, Shestov D, Danziger PB, Vågerö D. Cancer mortality in men and women who survived the siege of Leningrad (1941-44). *Int. J. Cancer* 2009, 124, 1416-21.

**Exhibit 144 – 2319**

[23]  Human Mortality Database. University of California, Berkeley (USA), and Max Planck Institute for Demographic Research (Germany). Available at www.mortality.org or www.humanmortality.de (data downloaded on 15 May 2007).

[24]  Epicure,Hirosoft International Corporation,Suite 103, 1463 E. republican, Seattle Washington 98112, USA.

[25]  SAS, SAS Institute Inc., 100 SAS Campus Drive, Cary, NC 27513-2414, USA.

[26]  Breslow NE, Day NE. Statistical methods in cancer research. Vol II, The design and analysis of cohort studies. Lyons, International Agency for Research on Cancer, 1987.

[27]  Agresti A. Categorical data analysis. New York, John Wiley, 1990.

[28]  Croft M. Long term mortality after starvation during the siege of Leningrad. Letter to the Editor. *BMJ* 2004, 328, 346.

[29]  Leyton, GB. Effects of slow starvation. *Lancet* 1946, 2,73-9.

[30]  Beevor A. Stalingrad. London, Viking, 1998.

[31]  Bell C. Long term starvation during the Leningrad siege. Letter to the Editor. *BMJ* 2004, 328, 346.

[32]  Vågerö D, Shestov D, Galanti R, Sparen P.,Long term mortality after starvation during the siege of Leningrad. Authors' response. *BMJ* 2004 328, 346-347.

[33]  Kermack W, McKendrick A, McKinley P. Death rates in Great Britain and Sweden. Some general regularities and their significance. *Lancet* 1934, 31, 698-703.

[34]  Forsdahl A. Are poor living conditions in childhood and adolescence an important risk factor for arteriosclerotic heart disease? *Br. J. Prev. Soc. Med.*1977, 31, 91-5.

[35]  Elias SG, Peeters PHM, Grobbee DE, van Noord PAH. Breast cancer risk after caloric restriction during the 1944-1945 Dutch Famine. *J. Natl. Cancer Inst.*2004, 96, 539-46.

[36]  Fentiman IS, Allen DS. Ellison GTH. The impact of the Occupation of Guernsey 1940-1945 on breast cancer risk factors and incidence. *Int. J.Clin.Pract.* 2007, 61, 937-43.

[37]  Hursting SD, Lavigne JA, Berrigan D, Perkins SN, Barrett JC. Calorie restriction, aging, and cancer prevention, mechanisms of action and applicability to humans. *Annu. Rev. Med.* 2003, 54, 131-52.

[38]  Michels KB, Ekbom A. Caloric restriction and incidence of breast cancer. *JAMA* 2004, 291, 1226-30.

[39]  Okubo M. Increase in mortality of middle-aged males in Japan. NUPRI Research Paper Series 1981, 3, 1-21.

[40]  Horiuchi S. The long-term impact of war on mortality, old-age mortality of the First World War survivors in the Federal Republic of Germany. *UN Population Bulletin* 1983, 5, 80-92.

[41]  Dirx MJ, van den Brandt PA, Goldbohm RA, Lumey LH. Diet in adolescence and the risk of breast cancer, results of the Netherlands Cohort Study. *Cancer Causes Control* 1999, 10, 189-99.

[42]  Davis CE, Deev AD, Shestov DB, Perova NV, Plavinskaya SI, Abolafia JM, Kim H, Tyroler HA. Correlates of mortality in Russian and US women. The Lipid Research Clinics Program. *American Journal of Epidemiology* 1994, 139, 369-79.

[43]  Thorn MD, Furberg B, Abernathy JR, Ekelund LG, Deev AD, Shestov DB et al. Correlates of systolic and diastolic blood pressures and lipids and lipoproteins in men aged 20-69 years from US and USSR Lipid Research Clinics Populations. *Atherosclerosis Reviews* 1998, 17, 157-84.

View publication stats

**Exhibit 144 – 2320**

# EXHIBIT

# 145

**Indiana University Press**

---

Chapter Title: NUTRITIONAL DYSTROPHY: THE SCIENCE AND SEMANTICS OF STARVATION IN WORLD WAR II
Chapter Author(s): Rebecca Manley

Book Title: Hunger and War
Book Subtitle: Food Provisioning in the Soviet Union during World War II
Book Editor(s): WENDY Z. GOLDMAN, DONALD FILTZER
Published by: Indiana University Press. (2015)
Stable URL: https://www.jstor.org/stable/j.ctt16gzkwj.10

---

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*Indiana University Press* is collaborating with JSTOR to digitize, preserve and extend access to *Hunger and War*

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2321**

FOUR

# NUTRITIONAL DYSTROPHY: THE SCIENCE AND SEMANTICS OF STARVATION IN WORLD WAR II

*Rebecca Manley*

During the war it was permitted to call hunger "hunger."

*Varlam Shalamov, "Perchatka"*[1]

IN THE TERRIBLE WINTER OF 1942, AS THE RESIDENTS OF Leningrad succumbed to famine, Vera Inber recorded scenes of starvation in her diary. Among the figures she described on the city's streets was a man with an awkward gait, being led by two women, who looked as if he had been "gnawed by hunger." Inber subsequently identified the man as a *distrofik,* adding in parentheses that "we only learned this word here."[2] *Distrofik* was in fact a new term, not simply introduced to Leningrad during the blockade but invented there. It was derived from another new term, a term that figures not only in Inber's diary, but in her poems: "nutritional dystrophy" (*alimentarnaia distrofiia*). In "Pulkovo Meridian," the 1943 poem that would earn her a Stalin Prize after the war, Inber described the illness that afflicted so many of the city's residents as "that

1. Epigraph from Varlam Shalamov, "Perchatka," in I. Sirotinskaia, ed., *Sobranie sochinenii v shesti tomakh* (Moscow: Terra, 2004), vol. 2, pp. 283–311.
2. Vera Inber, *Leningrad Diary*, trans. Serge M. Wolff and Rachel Grieve (London: Hutchinson & Co., 1971), p. 40. My translation. Note that the term "dystrophy" and the parenthetical are not in her original manuscript, but were added to the 1968 Russian edition. I thank Alexis Peri for pointing this out to me. Inber's phrase, while added later, is nonetheless consonant with contemporary usage. Aleksandr Boldyrev, for example, in a diary entry dated February 10, 1942, described a corpse he saw on the street as a "dead distrofik. This is how the starving [*istoshchennykh*] are now officially called." A. N. Boldyrev, *Osadnaia zapis': blokadnyi dnevnik,* ed. V. S. Garbuzova and I. M. Steblin-Kamenskii. (St. Petersburg: Evropeiskii Dom, 1998), p. 55.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2322**

*Nutritional Dystrophy* 207

which in scientific language doctors refer to as 'nutritional dystrophy' but which those who are not latinists or philologists identify with the Russian word 'hunger.' "[3] Inber was well-positioned to understand both the "scientific language" of doctors and the specific term "nutritional dystrophy." Married to Il'ia Davidovich Strashun, head of Leningrad's First Medical Institute, she was intimately connected with the medical world: she attended lectures on the medical effects of starvation, the details of which she duly recorded in her diary, and she also spent time in the morgue.[4] Even as Inber composed the poem, moreover, her husband was helping organize conferences devoted to "nutritional dystrophy," conferences that would result, only a couple of years later, in an important publication on the topic.[5] And yet such specialized knowledge and intimate connections to the world of medicine were hardly needed in 1942 to make sense of "nutritional dystrophy." By the time Inber completed her poem, the term had become ubiquitous in Leningrad, an integral part of the wartime lexicon not only of "latinists and philologists," but of the population at large.

Nutritional dystrophy was defined, in the medical literature of the day, as "an illness that develops as a result of insufficient food."[6] The term has often been regarded by historians as a euphemism, a term invented to "mask mortality from famine" and to "soft-pedal civilian starvation."[7] While "nutritional dystrophy" did recast hunger in medical

3. Vera Inber, "Pulkovskii meridian," in A. Notkina, ed., *Sobranie sochinenii v chetyrekh tomakh* (Moscow: Khudozhestvennaia literatura, 1965), vol. 1, p. 483.

4. Inber, *Leningrad Diary*, pp. 45–46.

5. I. D. Strashun and E. L. Venderovich, eds., *Alimentarnaia distrofiia i avitaminozy* (Leningrad: Gosizdatel'stvo Meditsinskoi literatury, 1944).

6. See, for a typical formulation, E. M. Gel'shtein, *Narushenie obshchego pitaniia (osobennosti ikh vozniknoveniia i lecheniia vo vremia voiny)*, vol. 28 of *Opyt sovetskoi meditsiny v Velikoi Otechestvennoi voine 1941–1945 gg.* (Moscow: Medgiz, 1951), p. 9.

7. These phrases can be found in V. F. Zima, "Medical Expertise and the 1946–47 Famine: The Identification and Treatment of a State-Induced Illness," in Frances L. Bernstein, Christopher Burton, and Dan Healey, eds., *Soviet Medicine: Culture, Practice, and Science*, (Dekalb: Northern Illinois University Press, 2011), p. 182; Lisa A. Kirschenbaum, " 'The Alienated Body': Gender Identity and the Memory of the Siege of Leningrad," in Nancy M. Wingfield and Maria Bucur, eds., *Gender and War in Twentieth-Century Eastern Europe* (Bloomington: Indiana University Press, 2006), p. 225. See also the comments of Jacques Rossi cited below.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2323**

terms, I would argue that the term represented not an obfuscation of something previously known as "emaciation" or "starvation," but rather a new understanding of that condition. The widespread usage of the term, moreover, signaled a new openness within state institutions: for the first time since the early 1920s, hunger became a legitimate object of medical research and an acknowledged cause of death. This chapter addresses what the adoption and circulation of the terms *dystrophy* and *distrofik* can reveal about the distinctiveness of the Soviet encounter with hunger in World War II, its legacy, and the relationship between medical science and broader popular conceptions of hunger, the body, and the mind.

### THE FACES OF WARTIME HUNGER

During the war, hunger haunted the pages of the central press, but the term was almost never used to describe the suffering of Soviet citizens themselves. For readers of the Soviet press, hunger was the preserve of occupied territories, inflicted on the peoples of the Soviet Union and Europe by the Nazis. As Lisa Kirshchenbaum notes, "even in Leningrad itself, where by the end of 1941 the reality of starvation was plain to see, and where the blockade afforded the local media unprecedented freedom from central control if not the local party's authority, the newspapers and radio rarely mentioned the word *golod* (famine) while it was occurring."[8] Beyond Leningrad, there was even less public discussion of hunger, and references to the heroic fortitude of the city's residents made no mention of the famine.

There was one domain, however, in which starvation figured prominently: a specialized body of medical literature on "nutritional dystrophy" that sought to identify the unique pathologies of the hungry body and mind. Articles, conference reports, and books on the topic began to appear as early as 1943, and constituted the almost exclusive preserve of discussions of hunger in the Soviet press. Between the covers of medical books, readers could find graphic descriptions of hunger's effects and in

8. Lisa Kirschenbaum, *The Legacy of the Siege of Leningrad: Myth, Memories, and Monuments* (Cambridge: Cambridge University Press, 2006), p. 52.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2324**

some cases even photos of emaciated or swollen bodies.[9] This literature did not attempt to obscure the etiology of the illness it described. As Mikhail Vasil′evich Chernorutskii, chairman of the Leningrad Society of Physicians, noted on the very first page of his first publication on the topic, "the cause behind the development of nutritional dystrophy, its etiology, is entirely clear: it is an insufficient supply of food to the population."[10] It is surely telling that Leningrad scholar Dmitrii Likhachev, doubtful that "the truth about the Leningrad blockade" would ever be published and dismissive of Inber's "Pulkovo Meridian" as nothing more than "pap" (*siusiuk*), singled out the medical literature as the one domain in which "something resembling the truth" had nonetheless appeared in print.[11] To be sure, this literature was not easily accessible and eschewed discussion of the most grizzly aspects of blockade life (it was, in Likhachev's terms, "proper"). Nonetheless, the medical reports emerged as a privileged site for documenting one of the war's defining features: starvation.

Hitler's "hunger plan" had made starvation a key component of his occupation policies in the East. Well before German forces came to occupy large swathes of previously Soviet territory, Nazi officials had enunciated their intention to starve the subject populations. The "city dwellers," an official in the Reich Ministry for Food and Agriculture stated, "will have to suffer great famine. . . ."[12] Hunger was an integral element not only of Nazi occupation policies, but also of their euthanasia

9. See M. V. Chernorutskii, ed., *Alimentarnaia distrofiia v blokirovannom Lenin-grade* (Leningrad: Medgiz, 1947).

10. M. V. Chernorutskii,, "Problema alimintarnoi distrofii," *Raboty leningradskikh vrachei za god Otechestvennoi voiny,* no. 3 (1943): 3.

11. Likhachev singled out Garshin's reminscenses (V. G. Garshin, "Tam gde smert′ pomogaet zhizni," *Arkhiv Patologii* 46, no. 5 [1984]: 83–88, initially published in a slightly abridged version in *Zvezda* in 1945), as well as "the closed" (quotation marks are his) medical literature, and concludes: "very little and all 'proper.'" Dmitrii Sergeevich Likhachev, *Vospominaniia* (St. Petersburg: Izd-vo "Logos," 1995), p. 344.

12. Quoted in Karel C. Berkhoff, *Harvest of Despair: Life and Death in Ukraine under Nazi Rule* (Cambridge, Mass.: Belknap Press of Harvard University Press, 2004), p. 45. On the Nazi hunger plan, see Christian Gerlach, *Kalkulierte Morde: Die deutsche Wirtschafts und Vernichtungspolitik in Weissrussland 1941 bis 1944* (Hamburg: Hamburger Edition, 1999), and Alex J. Kay, *Exploitation, Resettlement, Mass Murder: Political and Economic Planning for German Occupation Policy in the Soviet Union, 1940–1941* (New York: Berghahn Books, 2006).

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2325**

*Rebecca Manley*

programs. Before gas chambers, hunger was relied on to do the work of killing the "racially unfit." It was likewise wielded against Soviet prisoners of war. Put on starvation-level rations, their mass death was a foregone conclusion.[13] Hunger was also a defining experience of the war in unoccupied territory, nowhere more so than in Leningrad. Leningrad, encircled and cut off from the mainland, was deliberately deprived of food. Ration levels hit their all-time low in late November 1941, when workers were reduced to a daily ration of 250 grams of bread, while dependents had to subsist on half that. Despite a meager increase in bread rations in late December, the food situation remained, in the words of Dr. Chernorutskii, "extremely difficult."[14] While the famine in Leningrad was by far the most extreme case of civilian starvation on unoccupied territory, it was by no means the only one. The Gulag saw starvation on a mass scale, and even beyond the Gulag, far from the frontlines, Soviet civilians died from starvation during the war, as Donald Filtzer's chapter in this volume makes clear.

Published medical literature on the topic presented the geography of starvation in carefully circumscribed terms. The research of Leningrad doctors, presented in a series of publications beginning in 1943 and continuing through 1947, was undoubtedly the most frank. The articles and reports issuing from Leningrad clearly situated the illness within the blockaded city and outlined the starvation-level rations on which Leningraders either subsisted or died. In charting the evolution of nutritional dystrophy over time, moreover, doctors constructed a narrative of the ravages wrought by hunger in the city under siege. Dr. Chernorutskii, who laid out the most comprehensive periodization of this kind, described the conditions that prevailed during that first blockade winter as "akin to complete starvation."[15] He even used the term "famine" (*golod*),

13. According to official statistics, starvation and tuberculosis (what Donald Filtzer in his contribution to this volume refers to as the Starvation-Tuberculosis complex) together accounted for approximately half of all deaths among Soviet POWs in 1943. See P. M. Polian, *Zhertvy dvukh diktatur: ostarbaitery i voennoplennye v Tret'em Reikhe i ikh repatriatsiia* (Moscow: "Vash vybor TSIRZ," 1996), pp. 257–258.

14. M. V. Chernorutskii, "Alimentarnaia distrofiia u vzroslykh," in Chernorutskii, ed., *Alimentarnaia distrofiia v blokirovannom Leningrade,* p. 36.

15. M. V. Chernorutskii, "Khod razvitiia alimentarnoi distrofii, ee klinicheskaia kartina i techenie," in Chernorutskii, ed., *Alimentarnaia distrofiia v blokirovannom Leningrade,* p. 194. In the absence of data on the sheer number of deaths, hospital

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2326**

although not without the precautionary measure of a footnote to a pub-lished speech by the city's party leader.[16]

Beyond Leningrad, the geography and scope of wartime hunger were presented with considerably less precision. Although research on nutritional dystrophy was conducted in a host of Soviet cities ranging from Ulianovsk to Tashkent, studies published in the rear tended to emanate from evacuation hospitals, where the focus was on soldiers rather than civilians. By and large, mainstream medical literature passed over starvation in the rear in silence.[17] An article in the semi-popular *Fel′dsher i akusherka* (*Paramedic and Midwife*) published in 1943 located the phenomenon squarely in occupied territory, among soldiers who had fallen into encirclement and civilians under enemy occupation, while a piece on the topic in *Vrachebnoe delo* (*Medical Practice*) published two years later made no mention of the geography of the illness, the profile of the patients, or the conditions that gave rise to their illness (except to note that the illness was "brought on by insufficient and low quality food").[18]

---

mortality statistics were marshaled to demonstrate the extraordinary spike in deaths from starvation beginning in December 1941. Mortality data on the civilian population at large was incomplete and was not accessible to most doctors. On periodization and hospital mortality statistics see ibid., pp. 194–204; O. D. Isserson, "K voprosu o letal′nosti ot alimentarnoi distrofii v Leningrade s noiabria 1941 g. do noiabria 1942 g.," in Strashun and Venderovich, *Alimentarnaia distrofiia i avitaminozy,* pp. 96–100. On mortality statistics, see Nadezhda Cherepenina, "Assessing the Scale of Famine and Death in the Besieged City," in John Barber and Andrei Dzeniskevich, eds., *Life and Death in Besieged Leningrad, 1941–44* (Basingstoke: Palgrave, 2005), pp. 28–70.

16. Chernorutskii, "Alimentarnaia distrofiia u vzroslykh," p. 36. The speech, by P. S. Popkov, was published in *Leningradskaia Pravda* on March 3, 1944, when the blockade had already been lifted.

17. One notable exception is the work of the department of pathological anatomy in Molotov, which presented their research on two hundred cases of nutritional dystrophy with the note that the material "relates mainly to the civilian population, evacuated from Leningrad and other places, and partly to the population of the city of Molotov and places of imprisonment." E. Ia. Gertsenberg, "Patologicheskaia anatomiia i patogenez alimentarnogo istoshcheniia," in M. V. Kostylev, ed., *Trudy Molotovskogo gosudarstven-nogo stomatologicheskogo instituta* (Molotov, 1943), p. 146.

18. I. S. Shnitser, "Alimentarnaia distrofiia," *Fel′dsher i akusherka,* no. 3 (1943): 32. M. M. Gubergrits, "Ob alimentarnoi toksicheskoi distrofii," *Vrachebnoe delo,* no. 11–12 (1945): 547.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2327**

212                                                    *Rebecca Manley*

While published medical reports thus provide only a very partial picture of the scope of wartime hunger, they offer a detailed description of what quickly emerged as one of the war's chief pathologies, responsible for more deaths on a global scale than gunshot wounds, infectious diseases, or bombing.[19] In recent years, these reports have attracted increasing scholarly attention for their capacity to help elucidate the suffering of Leningrad's residents during the siege.[20] But the studies can also be read as part of an attempt to document and conceptualize hunger's effects. The doctors who penned them had, as Vera Inber wrote of pathologist Vladimir Garshin, "peered into the very insides of blockaded Leningrad."[21] In their reports, they struggled to find adequate ways to describe and explain the transformations they observed among their compatriots in the city's medical clinics and morgues. In the process, they contributed to a "science of starvation" emerging across Europe at this time, and conferred a new name on an age-old affliction—hunger—that nonetheless seemed to present itself in a new guise.[22]

HUNGER AS AN OBJECT OF STUDY

On November 20, 1941, a closed meeting of doctors and scientists was convened in Leningrad to develop "a registration method, diagnosis, terminology and therapy" to deal with a new category of sick people: people whose illness manifested itself in the form of "general weakness, the presence of edemas on the face and extremities and even emaciation

---

19. See Lizzie Collingham, *The Taste of War: World War Two and the Battle for Food* (New York: Penguin Press, 2011), p. 1.

20. Barber and Dzeniskevich, *Life and Death in Besieged Leningrad, 1941–44*; Pavel Vasilyev, "Alimentary and Pellagra Psychoses in Besieged Leningrad," in Ina Zweiniger-Bargielowska, Rachel Duffett, and Alain Drouard, eds., *Food and War in Twentieth Century Europe*, (Farnham: Ashgate, 2011).

21. Thus did Inber address Garshin in her inscription of his copy of Pulkovskii Meridian, dated July 4, 1942. T. S. Podzdniakova, ed., *Peterburg Akhmatovoi: Vladimir Georgevich Garshin* (St. Petersburg: Nevskii Dialekt, 1994), p. 42.

22. On the European "science of starvation" see Dana Simmons, "Starvation Science: From Colonies to Metropole," in Alexander Nützendel and Frank Trentmann, eds., *Food and Globalization: Consumption, Markets and Politics in the Modern World* (Oxford: Berg, 2008), pp. 173–191.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2328**

to varying degrees, evidently resulting from insufficient food and hard work."[23] A couple of weeks later, they issued the following statement, which was subsequently approved and disseminated to all the relevant health authorities: "We propose that the clinical complex of symptoms observed at present in connection with malnutrition (*narushenie pitaniia*) be designated by the term: nutritional dystrophy (*distrofiia alimentarnaia*)."[24] While death by starvation was nothing new in the Soviet Union, dystrophy was indeed, in the words of the head of the Leningrad Health Division, "a new cause of death."[25] As Nadezhda Cherepenina notes, "dystrophy did not appear as a disease and a cause of death in the classifications of the People's Commissariat of Health and the Central Statistical Office of the USSR State Planning Commission."[26] Nor could one find references to "nutritional dystrophy" in the existing medical literature. As a review of the extant European literature on starvation prepared in the final year of the blockade noted, before the war "this sickness did not have an established name. It was most commonly referred to as 'edema disease' in accordance with the symptoms. Otherwise it was called 'hunger edema,' 'epidemic edema,' 'wartime edema,' [or] protein-deficiency edema . . ."[27]

As the range of terms suggests, there was no unified picture of hunger as a medical condition on the eve of the war. The first studies of starvation in Russia, as in Europe, aimed to understand the response of the body to conditions of complete starvation. The paradigmatic subject of such studies were animals in the laboratory or hunger

---

23. P. F. Gladkikh, *Zdravookhranenie i voennaia meditsina v bitve za Leningrad glazami istorika i ochevidtsev, 1941–1944 gg.* (St. Petersburg: Dmitrii Bulanin, 2006), p. 28.

24. "O terminologii i lechenii alimentarnykh rasstroistv," December 7, 1941, in TsGASPb, f. 9156, op. 4, d. 317, l. 4.

25. Report to Leningrad City Soviet, January 5, 1942, in TsGASPb, f. 7384, op. 3, d. 45, l. 277.

26. Nadezhda Cherepenina, "Assessing the Scale of Famine and Death in the Besieged City," in Barber and Dzeniskevich, *Life and Death in Besieged Leningrad, 1941–44,* p. 39.

27. S. L. Gaukhman, "Massovye narusheniia obshchego pitaniia ('otechnaia bolezn'): Istoriko-literaturnyi ocherk. Obzor literatury 1915–1935 gg.," in Chernorutskii, ed., *Alimentarnaia distrofiia v blokirovannom Leningrade,* pp. 9–10.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2329**

214                                                              *Rebecca Manley*

artists, professionals who made a spectacle of fasting.[28] Interestingly, the famine of 1891, though central to an evolving public consciousness of hunger, left little mark on the scientific study of starvation. That famine had transpired far from the reach of the country's scientific centers and laboratories. While society mobilized to aid the famished, medical attention concentrated primarily on infectious diseases and the study of acceptable food substitutes.[29] Indeed, when V. V. Pashutin, head of the Imperial Military-Medical Academy, turned to the issue of starvation in the second volume of his magisterial survey of general and experimental pathology, he dismissed real-life cases of starvation as "poorly suited to the study of starvation" and maintained that "conclusions about people can be made, without fearing inaccuracies, on the basis of experiments on starving animals."[30]

The twentieth century brought an end to the laboratory study of starvation, as starvation became a pervasive European reality, and hunger was brought to doctors' doorsteps. Studies of what were variously referred to as "edema disease," "hunger edema," and "epidemic edema" proliferated in Germany during World War I as a result of the blockade. In Russia, the deprivation of the years of war and revolution generated a small but rich body of literature on the physiological effects of starvation as scholars such as sociologist Peterim Sorokin, starving himself, came to appreciate the differences between "the laboratory conditions of

28. The first Russian study of starvation, based on experiments conducted on animals in a laboratory, was V. A. Manassein, *Materialy dlia voprosa o golodanii* (St. Petersburg: Tipografiia Imperatorskoi Akademii Nauk, 1869). While there were no hunger artists in Russia, Russian physiologists were well apprised of the European and American studies of this phenomenon, and regularly cited studies of hunger artists in their discussions of hunger's effects. See, for example, F. F. Erisman, "Pitanie golodaiushchikh," *Russkaia Mysl',* no. 4 (1892), 4–5.

29. See, for example, A. A. Lipskii, "Golod i vyzyvaemye im bolezni: Publichnaia lektsiia" (St. Petersburg: Tipografiia Doma Prizreniia Maloletnikh Bednykh, 1892). Tellingly, Erisman, in a published lecture he delivered on the famine, addressed the medical effects of starvation not on the basis of the observation of starving peasants, but on the basis of laboratory studies conducted prior to the famine and studies of European and American hunger artists. The only laboratory studies undertaken during the famine itself were of food substitutes and their suitability for human consumption. F. F. Erisman, "Pitanie golodaiushchikh," 128–155.

30. V. V. Pashutin, *Kurs obshchei i eksperimental'noi patologii* (*patologicheskoi fiziologii*), vol. 2 (St. Petersburg, 1902), ch. 1, p. 10.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2330**

fasting" and "forced starvation." As Sorokin observed in 1922, "starvation in laboratory conditions is not typical. The simple fact that a person starves for research, that he is protected from any harm, that he will not die of hunger, that all of this is done for science, plus the abstention from intensified labor, from the normal pace of life, etc.,—all of this sharply changes the picture of psycho-physiological processes and behavioral reflexes of the starving person in the laboratory."[31]

In the following years, however, attention was turned almost entirely to the problem of vitamin deficiencies. Deficiency diseases had long been a mainstay of European colonial research, which had defined, according to historian Dana Simmons, "conventional medical wisdom on hunger illnesses" before the world wars.[32] In this period, in the wake of the recent discovery of vitamins, studies of specific deficiencies proliferated: pellagra, which resulted from a deficiency of the B vitamin niacin, scurvy, the product of vitamin C deficiency, and other avitaminoses.[33] Even when they occurred against a backdrop of starvation, vitamin deficiencies were generally treated as a problem of the quality of food rather than the quantity.

The famines of 1932–1933 furnished doctors in the affected areas with ample evidence of starvation's devastating effects, but discussion of the famine was strictly forbidden, and in an era in which "feigning hunger" was cast as a crime, there was little support for doctors to document its effects. As a doctor in the famine zone reportedly remarked, "we do not write memoranda about death from famine because we are afraid that we doctors may be accused of some kind of wrecking."[34] Indeed, despite

31. P. A. Sorokin, *Hunger as a Factor in Human Affairs* (Gainesville: University Presses of Florida, 1975), pp. 84–85.

32. Dana Simmons, "Starvation Science," p. 185.

33. For one of the first investigations into vitamin deficiencies in Russia, see A. V. Palladin, "Sovremennoe polozhenie voprosa o 'vitaminakh,'" in K. N. Georgievskii, K. M. Kogan, and A. V. Palladin, eds., *O golode* (Khar′kov: Izdatel′stvo Nauchnaia mysl′, 1922), pp. 79–94. On the development of the field in Russia and the Soviet Union, see B. A. Lavrov, "Ocherk razvitiia vitaminologii v sovetskom soiuze," *Voprosy pitaniia* 7, no. 1 (1938): 30–47.

34. Reported on by the OGPU and quoted in R. W. Davies and Stephen G. Wheatcroft, *The Years of Hunger: Soviet Agriculture, 1931–1933* (New York: Palgrave MacMillan, 2004), p. xiv. On the crime of "feigning hunger," see J. Arch Getty and Oleg V. Naumov, *The Road to Terror: Stalin and the Self-Destruction of the Bolsheviks, 1932–1939* (New Haven, Conn.: Yale University Press, 1999), p. 69. The doctors in Leningrad who were

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2331**

the terrible toll that famine exacted in the early 1930s, there were few studies produced in the decade to document it. One notable exception was a 1933 study of edemas among seventy-two patients in Kiev, undertaken by celebrated physician N. D. Strazhesko at the city's Institute of Experimental Biology and Pathology. The article sought to compare different types of edemas, only some of which were due, in the words of the author, to "insufficient food and cachexia," and said nothing about hunger.[35] Given this, it is perhaps not surprising that standard prewar medical texts devoted little attention to the problem of starvation. Indeed, a textbook of internal medicine published on the very eve of the war presented "mass partial starvation," a phenomenon that "was well known in Tsarist Russia," as the current preserve of "the proletarian sectors of the population in capitalist countries and in their colonies." Tellingly, moreover, this text attributed edemas not only to starvation, but to a deficiency of vitamin B1, a view that the author, G. F. Lang, then head of the Leningrad Society of Physicians, would soon feel compelled to correct.[36]

When doctors in Leningrad turned to the medical literature for guidance, the most relevant literature they could find had thus been produced some two decades earlier. A library administrator in Leningrad later recalled how doctors and military specialists came to replace the regular patrons of the library. Among the list of literature searches performed by the library during the war were searches into "the treatment and cure of dystrophy" and "hunger edema."[37] In fact, as I suggested above, there

———————

confronted with starvation in 1941, moreover, would have had little exposure to the condition, as Leningrad was well beyond the famine zone.

35. N. D. Strazhesko, "K voprosu o patogeneze otekov," *Vrachebnoe delo,* no. 6–7 (1933): 321–326.

36. G. F. Lang, *Uchebnik vnutrennykh boleznei: Bolezni pochek, apparata neiro-endokrinnoi regulatsii i obmena veshchestv, avitaminozy, ostryi revmatizm, bolezni sustavov i otravleniia promyshlennymi iadami,* vol. 2, no. 2 (Leningrad: Medgiz, 1941), p. 267. Lang drew attention to this mistake and corrected it in G. F. Lang, "Klinika alimentarnoi distrofii," in I. M. Rybakov, ed., *Trudy pervoi terapevticheskoi konferentsii* (Gor'kii, 1943), p. 423.

37. Lilia Solomonovna Frankfurt, in Cynthia Simmons and Nina Perlina, eds., *Writing the Siege of Leningrad: Women's Diaries, Memoirs, and Documentary Prose* (Pittsburgh, Pa.: University of Pittsburgh Press, 2002), pp. 163–169.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2332**

were no references to "dystrophy" in the extant literature, and relevant studies were published not only under the title of "hunger edema," but also of "epidemic edema," "protein-deficiency edema," and "wartime edema." As the variety of terms suggest, well into the First World War, there were some who thought the symptoms were a product not of hunger, but infection—hence the term "epidemic edema." While this view had been by and large refuted by the end of the war, edemas continued to be treated as a distinct illness, qualified by a range of adjectives alluding to their etiology. More pointedly, perhaps, hunger itself was not conceived in terms of a specific pathological unity.

The selection of a novel term in 1941 reflected doctors' dissatisfaction with the existing terminology and conviction that the range of symptoms they observed—including both edemas and emaciation, previously treated as separate, as the terminology above suggests—were in fact manifestations of one illness. Their observations confirmed something that studies from the First World War and, in Russia, the Civil War, had only suggested: that when it came to hunger, it was possible "to talk about one sickness, with a distinct nosological unity and its own etiology, pathogenesis, and clinical picture."[38] What was at issue, then, was not a syndrome or a condition, but a distinct disease.

That a novel term was needed seemed clear to all concerned. What that term should be, however, was a matter of debate. As Dr. M. V. Chernorutskii later recalled, "in Leningrad almost from the very beginning of the development of this pathology two terms came into equally widespread use to designate it: 'nutritional dystrophy' . . . and 'nutritional

38. Gaukhman, "Massovye narusheniia obshchego pitaniia," p. 10. This seems to have been the conclusion of most doctors who wrote on the topic during the war. I have found only one dissenting voice in the Soviet medical literature, that of the head physician of the administration of evacuation hospitals in the Georgian Republic, who wrote in 1944 that "the question of whether it constitutes a nosological form of an illness or a syndrome, accompanying other forms of illness, in my opinion, has not yet been fully resolved." G. I. Mateshvili, *Alimentarnaia distrofiia, ee klinicheskie formy, patogenez i lechenie* (Tbilisi: Gruzmedgiz, 1945), pp. 5–6. Doctors in the Warsaw Ghetto came to a similar conclusion, as did some of the Scandinavian doctors who treated the populations of liberated Nazi camps. On this dawning realization among doctors in Warsaw and Europe more broadly, see Simmons, "Starvation Science."

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2333**

218                                                        *Rebecca Manley*

emaciation.'"[39] The latter was the term of choice in the sanitary division of
the army on the Leningrad Front. And, as even its detractors conceded,
from a morphological perspective, it was perhaps the more accurate
term, for it aptly designated the atrophy of organs and tissues that was
such a characteristic marker of the starving body. But it was the term
"nutritional dystrophy" (often shortened simply to "dystrophy"), favored
by Leningrad's civilian medical establishment, that came to define both
the medical literature and the popular conceptualization of hunger.
"Dystrophy" first appeared in a Russian language dictionary only in 1937
(notably in a dictionary of foreign terms). Derived from the Greek term
for nourishment (*trofia*), it was defined, following standard international
usage at the time, as "impairment in the nourishment of tissues or organs,
a disorder in the metabolism."[40] Nutritional dystrophy was thus meant
to denote disorders of this nature caused by lack of food (as opposed to
a genetic disorder, for instance). In Chernorutskii's view, the term "dystro-
phy" was more appropriate than "emaciation," for it gestured to the
"functional disturbances in the organism" in a way that "emaciation,"
which described only morphological changes, did not.[41]

39.  Chernorutskii, "Alimentarnaia distrofiia u vzroslykh," p. 37. Terminology was
among the objects of contention at the first city-wide medical conference devoted to the
condition, convened in Leningrad in December 1942, and the relative merits of
nutritional dystrophy and nutritional emaciation remained a topic of debate in the
medical literature through 1943. On the conference, see TsGASPb, f. 9156, op. 4, d. 315, ll.
31–32. The term "hunger disease" (*golodnaia bolezn'*) does not appear to have been
discussed in 1941. "Hunger disease" had been used on only a few occasions in the
Russian and Soviet medical literature and was almost certainly derived from German
studies produced during the First World War, only a distinct minority of which
classified the illnesses they observed as "Hungerkranheit."

40.  *Slovar' inostrannykh slov*, ed. F. N. Petrov (Moscow: Ogiz RSFSR, 1937), p. 193.
The term "dystrophy" appears to have entered Soviet medical discourse in the early
1930s. One of the first works to use the term, in the context of a study of tuberculosis,
noted that whereas "atrophy" denoted a quantitative decline, dystrophy encompassed
both quantitative and qualitative changes in tissue metabolism. Note that dystrophy in
the prewar literature had no relation to starvation (denoting impairment in the
nourishment of cells rather than lack of food). V. M. Kerner, ed., *Problema belkovykh
distrofii v patologii i klinike tuberkuleza* (Moscow: Biomedgiz, 1935), p. 61.

41.  Chernorutskii, "Alimentarnaia distrofiia u vzroslykh," p. 37. A similar point was
made in Lang, "Klinika alimentarnoi distrofi," p. 406. Dr. Gel'shtein, one of the principal
proponents of the term "nutritional emaciation," argued that "dystrophic changes occur

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2334**

The blockade generated a new conception of hunger as a unified illness and produced unique conditions for the study of hunger. In his preface to a study of nutritional dystrophy published in 1944, Dr. Strashun noted that "in the fall of 1941 the experimental animals disappeared, as there was insufficient food, and experimental work ceased."[42] Even as traditional experimental work was rendered impossible by the siege conditions, however, the city itself was being transformed into a giant laboratory. Those scientists and doctors who were not evacuated from the city (or who chose not to leave) became participants and actors in what Dr. Chernorutskii referred to in 1943 as "an enormous and cruel experiment, a kind of experimentum crucis belli."[43] Vladimir Garshin, the city's chief pathologist, referred to the siege in similar terms: it was an "uncommon 'experiment, formulated by life itself.' "[44]

While Leningrad doctors frequently invoked the metaphor of the experiment, the analogy has its limits. Dana Simmons has argued that war marked a shift to a "colonial model" of medicine, featuring "coercive selection" and mass experimentation upon human subjects, who were studied rather than treated. This applies most pointedly to the studies conducted in concentration camps, where Jews and Soviet prisoners of war found themselves the unwilling subjects of scientific studies of "famine disease" directed by German doctors. It is also an apt description of the studies conducted by French doctors in institutional settings such as prisons, asylums, and internment camps. But it does not apply to Leningrad, which much more closely approximated the case of the Warsaw Ghetto, in which doctors themselves were part of the subject population and produced what Simmons aptly terms "self-reflexive famine reports."[45]

---

only in the later stages of suffering" and could actually be avoided if treatment were provided on time. TsGASPb, f. 9156, op. 4, d. 315, l. 32.

42.  I. D. Strashun, "Vmesto predisloviia: nauchnaia rabota 1 LMI im. akad. Pavlova za 2 goda," in Strashun and Venderovich, eds., *Alimentarnaia distrofiia i avitamonizy*, p. 4.

43.  Chernorutskii, "Problema alimintarnoi distrofi," p. 12.

44.  V. G. Garshin, "Tam gde smert' pomogaet zhizni," *Arkhiv Patologii* 46, no. 5 (1984): 85.

45.  Simmons, "Starvation Science," pp. 173, 181–185. The report of the Warsaw doctors was translated into English in Myron Winick, ed., *Hunger Disease: Studies by Jewish Physicians in the Warsaw Ghetto*, translated from the Polish by Martha Osnos (New York: John Wiley & Sons, 1979).

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2335**

In Leningrad, scores of researchers and doctors perished from starvation, and among those who went on to make signature contributions to the literature on nutritional dystrophy, many had experienced it first hand. Vladimir Garshin is a case in point. Diagnosed with dystrophy, Garshin spent much of the blockade in hospitals, both as a patient and a pathologist. Georgii Fedorovich Lang, head of the city's Society of Physicians before his evacuation in the spring, reportedly recorded the dropping weight of his family members on his office wall.[46]

More significantly, perhaps, the Soviet doctors were not merely observers; nor were they engaged in the instrumental project of discovering the bare minimum that life could survive on, or what was required to keep a workforce alive. While their therapeutic capacity was sharply constrained by the conditions of the blockade and they operated within the constraints of a political system that encouraged them to return people to the workforce, they nonetheless saw their mission in therapeutic terms. However limited their capacity to heal, and however imperfect the medical service they provided, they had no interest in withholding treatment.[47]

The laboratory-like conditions evoked by these doctors stemmed not from an experimental design, then, but rather from the devastating precision with which it was possible to "account," in Chernorutskii's terms, for "almost all factors of fundamental importance."[48] In this sense, the famine in Leningrad was distinct from previous famines. Indeed, while some Leningraders drew parallels to the hunger of 1918 and the Civil War, most saw the two experiences as incommensurate.[49] Lidiia Ginzburg

46.  Garshin lost his wife to starvation, as well as several colleagues. See T. S. Podzdniakova, ed., *Peterburg Akhmatovoi: Vladimir Georgevich Garshin* (St. Petersburg: Nevskii Dialekt, 1994). On Lang, see V. I. Borodulin, *G. F. Lang* (Moscow: Meditsina, 1976), p. 95.

47.  For an excellent discussion of the way medical care in the Blockade was apprehended by *blokadniki*, including some medical practitioners, see Alexis Peri, "Minds under Siege: Rethinking the Soviet Experience inside the Leningrad Blockade, 1941–1945" (PhD dissertation, University of California Berkeley, 2011), pp. 138–154. Peri argues that "the Blockade exposed the limitations of medicine—both as a body of knowledge and a method of healing." Ibid., 138.

48.  Chernorutskii, "Problema alimintarnoi distrofii," p. 12.

49.  On this see Kirschenbaum, *The Legacy of the Siege of Leningrad;* Alexis Peri, "Revisiting the Past: History and Historical Memory during the Leningrad Blockade,"

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2336**

later reflected that "during the civil war years it had been a different kind of starvation, elemental and chaotic (especially in the provinces). The siege starvation was a well-organized one. People knew that they would receive from someone invisible the minimum ration, at which level some lived and some died—which it was, depended on the organism."[50] As Irina Sandomirskaia notes, for Ginzburg "the hunger of besieged Leningrad is radically different: survival is completely dominated by the routines and practices of administration."[51] The very system of food distribution, what Ginzburg refers to as its "organized" quality, rendered the city's inhabitants ideal participants in the terrible experiment and transformed the blockade into a unique opportunity to study the effects of hunger on the human organism. As Chernorutskii noted, "In these conditions the mechanics and dynamics of change observed in the human organism, their pathogenesis, acquired almost experimental nakedness."[52]

The "experimental nakedness" Chernortuskii referred to inhered not only in the conditions in the city, but in the very nature of the illnesses doctors observed. Hunger appeared to doctors in a new guise, a "pure" form. Even as late as the famine of 1921–1922, the primary cause of death in times of famine in Russia was not starvation per se but infectious diseases.[53] Typhus and cholera had long been regarded in Russia as the "companions" to famine.[54] Leningrad marked a turning point in this

---

*The Soviet and Post-Soviet* Review, no. 38 (2011): 105–129. Peri in particular emphasizes the way in which people saw the experience as incomparable.

50. Lidiya Ginzburg, *Blockade Diary*, translated by Alan Myers (London: Harvill Press, 1996), pp. 57–58.

51. Irina Sandomirskaia, "A Politeia in Besiegement: Lidiia Ginzburg on the Siege of Leningrad as Political Paradigm," *Slavic Review* 69, no. 2 (2010): 319.

52. Chernorutskii, "Problema alimintarnoi distrofii," p. 12.

53. According to Serguei Adamets, approximately half of the victims of the famine of 1922 died from "eleven infectious diseases—typhus, relapsing fever, abdominal fever, cholera, smallpox, whooping cough, scarlet fever, measles, dysentery, diphtheria, and malaria." Serguei Adamets, "Famine in Nineteenth and Twentieth-Century Russia: Mortality by Age, Cause, and Gender," in Tim Dyson and Comac Ó Gráda, eds., *Famine Demography: Perspectives from the Past and Present* (New York: Oxford University Press, 2002), p. 171.

54. See, for instance, the remarks made by the Zemstvo medical authority Ivan I. Molleson in Saratov in 1892 in Charlotte E. Henze, *Disease, Health Care and Government*

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2337**

222                                               *Rebecca Manley*

regard: like the wartime famines in Athens, the Netherlands, and the Warsaw Ghetto, it represented what economist Cormac Ó Gráda has termed a "modern" famine, in that the number of deaths due to contagious diseases was significantly fewer than those due to starvation itself.[55] Doctors in Leningrad marveled at the striking absence of cases of infectious disease, and could not but conclude that the "main, if not the only cause of the high mortality rates in the first quarter of 1942 is dystrophy."[56] As Dmitrii Pavlov, the official charged with managing Leningrad's food supplies during the war, later reflected, "Leningrad's experience proves that hunger need not be accompanied by the inseparable fellow travelers, infectious diseases and epidemics."[57] Pavlov's comments were intended to celebrate the successful sanitary measures applied by the city, and they echoed the evaluation of the situation offered by the Leningrad Health Division in early 1942.[58] Others explained the absence of epidemics in rather darker terms. Dr. M. D. Tushinskii, who noted with more than a touch of irony that "the streptococcus has been evacuated from Leningrad," attributed the absence of infectious diseases to the city's isolation.[59]

––––––––––

*in Late Imperial Russia: Life and Death on the Volga, 1823–1914* (New York: Routledge, 2011), p. 81.

55.  Cormac Ó Gráda, *Famine: A Short History* (Princeton, N.J.: Princeton University Press, 2009), pp. 113–116. Whether this was already the case in the famines of 1932–1933 is difficult to evaluate, as the causes of death in the countryside, where the vast majority of deaths occurred, were not recorded. The general point with respect to Leningrad holds true if one does not count pneumonia and dysentery, both of which were listed as complications in a significant number of cases.

56.  Report by V. S. Nikitskii, the head of the Leningrad Health Division, in the spring of 1942, in TsGASPb, f. 7384, op. 3, d. 45, ll. 231, 234–236.

57.  Quoted in Ó Gráda, *Famine: A Short History*, p. 111.

58.  In a report dated January 5, 1942, Nikitskii reported that "despite the decline in sanitary conditions, the adoption of immediate measures by healthcare authorities succeeded not only in preventing the outbreak of infectious diseases, but even in reducing their incidence." TsGASPb, f. 7384, op. 3, d. 45, l. 287. This congratulatory tone is notably absent from subsequent reports, and Nikitskii's successor, Mashanskii, who like Pavlov celebrated the absence of disease, nonetheless recognized that "one can argue about the reasons for [their] absence." GARF, f. A-482, op. 47, d. 1095, l. 6.

59.  On Tushinskii's claim to this effect, see Inber, *Leningrad Diary*, 46. Tushinskii's ironic comment is reported in Borodulin, *G. F. Lang*, p. 94. Isolation was also the explanation of choice for Leningrad doctors writing about the absence of measles during

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2338**

*Nutritional Dystrophy*                                               223

Whatever the cause, hunger did present itself in a new, purer guise. To be sure, the absence of hunger's traditional companions did not mean an absence of complications. Dystrophy was often observed in conjunction with diseases such as colitis, dysentery, or pneumonia, diseases that were considerably harder to detect against a backdrop of starvation. While some doctors contested the widespread view "that in the period of dystrophy other illnesses receded, diminished, lost their mass character,"[60] and diagnoses were admittedly difficult given "the lack of light, heat, [and] the closure of radiography and laboratory facilities," the influence of dystrophy was overwhelming. As the head of the Leningrad Health Department put it, citing the results of autopsies, "across all the material runs the red thread of 'starvation.'"[61] Medical practitioners in Leningrad sought to understand not only the diseases that accompanied hunger, but the workings of hunger upon the body in what the Jewish doctors in the Warsaw Ghetto, who were engaged in a very similar endeavor, referred to as "clean cases," cases not complicated by other diseases.[62]

### THE PHYSIOLOGY AND PSYCHOLOGY OF HUNGER

During the siege, doctors observed and analyzed the effect of hunger on every aspect of the body and bodily functions. Patients were observed, vital processes were measured, and blood was analyzed. Pathologists weighed and examined the organs of patients who died. As Garshin later wrote, "Careful specimens, extremely fine cuts from human tissues . . . We needed to study all the changes in the structure of the organs, the cells."[63] Doctors recorded the weight loss, the sensation of hunger, the slight weakening of muscles, the muscle pain, and the excessive urination that were among the early symptoms of the disease in what Leningrad

---

the siege. On this see Donald Filtzer, *The Hazards of Urban Life in Late Stalinist Russia: Health, Hygiene, and Living Standards, 1943–1953* (Cambridge: Cambridge University Press, 2010), pp. 280–281.

  60. TsGASPb, f. 9156, op. 6, d. 18, l. 13.

  61. TsGASPb, f. 7384, op. 3, d. 45, ll. 229–230.

  62. Winick, *Hunger Disease*, p. 13. Doctors in Leningrad, despite the deprivation, worked in considerably better conditions than their colleagues in Warsaw and also studied the complications that sometimes accompanied dystrophy.

  63. Garshin, "Tam gde smert' pomogaet zhizni," p. 85.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2339**

*Rebecca Manley*

doctors soon came to identify as its first stage. In this so-called ambulatory phase, patients could still work and move around. Stage two signaled a sharp change in this regard: patients spent more and more time in bed, and work was no longer possible. The atrophy of muscles accelerated and weight loss, fatigue, and excessive urination all continued. This stage also saw changes in the skin, which typically became dry and flaky. Body temperature dropped, as did the heart rate and levels of protein and sugar in the blood. It was also in this second stage that edemas, which might appear fleetingly in stage one, could emerge with more permanence, particularly on the face and on the body's extremities. In fact, Leningrad doctors distinguished two forms of stage two dystrophy: edematous and non-edematous. In Leningrad, where starvation was severe, the non-edematous or "dry" form was the more common. The third and final stage in the typology developed by the Leningrad medical establishment was often fatal. By this point, all the body's fat reserves had been used up, and even therapeutic feeding could often not reverse the irreparable damage that had already occurred.[64]

While the symptoms of nutritional dystrophy were certainly recognizable, researchers and clinicians struggled to determine when a case passed from simple hunger to an actual illness (nutritional dystrophy), and to determine the presence of complicating factors such as dysentery or pneumonia.[65] The pathogenesis of the condition was regarded as particularly complex. Definitively rejecting suggestions from the First World War that a reduction in fat or carbohydrates was the activating

64. The three stages of dystrophy were not defined uniformly in the literature. There was some debate about whether the stages should be defined in relation to clinical manifestations, pathophysiological data, or some combination. Doctors were quick to acknowledge, moreover, that dividing the illness into three distinct stages was "entirely relative." They nonetheless insisted on the importance of such divisions for the establishment of "a unified approach to patients." The description of the stages presented here is drawn from the instructions approved by the People's Commissariat of Health in June 1943, in GARF, f. 8009, op. 5, d. 235, ll. 2–4; E M. Gel′shtein, *Metodicheskie ukazaniia po raspoznavaniiu i lecheniiu alimentarnogo istoshcheniia* (Leningrad, 1942), p. 2; Lang, "Klinika alimentarnoi distrofii," pp. 410–411; M. I. Khvilitskaia, "Diagnoz," in Chernorutskii, ed., *Alimentarnaia distrofiia v blokirovannom Leningrade,* pp. 188–189.

65. Chernorutskii, "Alimentarnaia distrofiia u vzroslykh," p. 38. M. I. Khvilitskaia, "Simptomatologiia," in Chernorutskii, ed., *Alimentarnaia distrofiia v blokirovannom Leningrade,* p. 128.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2340**

feature, research in Leningrad confirmed the key role played by proteins. Protein deficiency was, in the words of Dr. Eliazar Markovich Gel'shtein, head physician of the Leningrad Front, "the fundamental pathogenic factor of nutritional dystrophy."[66] Insufficient food, the research suggested, did not simply deplete the body of fat and lead it to consume its own tissues and organs, but led to fundamental changes in the metabolism, the endocrine system, and the nervous system.[67] It thus transformed the body's regulatory mechanisms.

The severity of the condition depended not only on food intake, but on a variety of other factors. Cold weather and heavy manual labor, both of which were all too common in Leningrad, increased the body's need for food, and were known to exacerbate the onset and progress of starvation. More complicated to assess was the role of gender. On one level, hunger seemed to efface the differences between men and women; as women's bodies became more androgenous, they ceased menstruating, and both men and women lost their sexual urges.[68] At the same time, however, hunger drew a sharp distinction between men and women. Indeed, during the early period of the Leningrad famine, for every one hundred patients with nutritional dystrophy, only two to five were women.[69] As Dr. Gel'shtein noted in his discussion of the etiology and pathogenesis of nutritional dystrophy, "in Leningrad, from December 1941 until January 1942, nutritional dystrophy was exclusively a male phenomenon; among women this sickness began to appear only after two to three months."[70] In this "later stage," Gel'shtein commented at a conference in late 1942, in response to questions about "why mortality was higher among men," "it was as if men got their revenge."[71] The very terms suggest just how much the experience of extreme hunger divided

66. E. M. Gel'shtein, ed., *Narushenie obshchego pitaniia (osobennosti ikh vozniknoveniia i lecheniia vo vremia voiny)*, vol. 28 of *Opyt sovetskoi meditsiny v Velikoi Otechestvennoi voine 1941–1945 gg.* (Moscow: Medgiz, 1951), p. 51.

67. See Chernorutskii, "Alimentarnaia distrofiia u vzroslykh," p. 48.

68. On the population's perceptions of this process, see Kirschenbaum, " 'The Alienated Body,' " p. 27, and Peri, "Minds under Siege," p. 27.

69. Lang, "Klinika alimentarnoi distrofii," pp. 409–410.

70. Gel'shtein, *Narushenie obshchego pitaniia,* p. 21.

71. TsGASPb, f. 9156, op. 4, d. 315, l. 31.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2341**

226                                                          *Rebecca Manley*

men from women. Women, it seemed, were better able to bear the sustained lack of food. Leningrad doctors were by no means the first to observe this. V. A. Manassein and V. V. Pashutin had made similar observations in early laboratory studies of hunger conducted in Russia, as had German doctors during the blockade of the First World War, but there had been little clinical data, as many of the paradigmatic studies of starvation had transpired among prisoners of war and in the army, in which the populations affected and studied were exclusively male.[72] This perhaps explains why some Soviet studies conducted in the rear, in evacuation hospitals, failed to note the striking gender divide: I. S. Schnitzer, for instance, wrote that "men, women and children suffer equally from this illness."[73] With some notable exceptions, however, the medical literature was quite clear: women's bodies took longer to succumb.

Explanations for women's greater resilience varied. American researchers who had organized a "starvation experiment," using American conscientious objectors as their subjects, read the results of the Leningrad studies with great interest, and paid particular attention to the comments on gender, an issue that their own studies could not address. They attributed the difference to the fact that "women were subject to less physical exertion than men" and had greater stores of body fat.[74] While Soviet doctors also pointed to body fat as a likely explanation, they were under no illusion about women's work: as Lang noted of the phenomenon in Leningrad, the "enormous difference" in starvation rates could "hardly be explained" by differences in work, as the blockade had all but eliminated such distinctions.[75] Indeed, even within the same unit, in a group of men and women "undertaking the same level of physical labor," nutri-

72.  Isserson notes the finding in German studies, and the lack of clinical data, in O. D. Isserson, "K voprosu o letal′nosti ot alimentarnoi distrofi v Leningrade s noiabria 1941 g. do noiabria 1942 g.," in Il′ia Davidovich Strashun and E. L. Venderovich, eds., *Alimentarnaia distrofiia i avitaminozy* (Leningrad: Narkomzdrav SSSR, Gosudarstvennoe Izdatel′stvo Meditsinskoi literatury, Leningradskoe otdelenie, 1944), p. 97.

73.  Shnitser, "Alimentarnaia distrofiia," p. 32.

74.  Josef Brožek, Samuel Wells, and Ancel Keys, "Medical Aspects of Semistarvation in Leningrad (Siege 1941–1942)," *American Review of Soviet Medicine* 4, no. 1 (October 1946): p. 74.

75.  Lang, "Klinika alimentarnoi distrofii," p. 410.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2342**

tional dystrophy afflicted numerous men and not a single woman.[76] The body fat explanation enjoyed support among doctors, and seems to have been the explanation of choice among the population at large. As Elena Skriabina noted in her diary, "Women are generally hardier. They have a greater supply of fat under their skin. However, they have begun to fail too."[77] Doctors, however, rarely rested simply at body fat. Gel'shtein, addressing the issue at the 1942 conference, commented that "I don't know the precise scientific explanation, but I think that it is mainly connected to the peculiarities of the metabolism that separate the female from the male organism." Gel'shtein posited that women's lower metabolic rate enabled them to better endure hunger, and that the "endocrine apparatus" might also play a role.[78] Similar hypotheses were advanced by G. F. Lang and M. M. Gubergrits, founder and chair of the Kiev Medical Institute's department of the propaedeutics of internal medicine, who spent the war working on dystrophy, among other things, in an evacuation hospital in Cheliabinsk.[79]

In their studies of nutritional dystrophy, Leningrad doctors observed and recorded the effect of hunger not only on the body, but on the mind. Clinicians and psychiatrists debated the effect of dystrophy on the nervous system, and charted its effects on human conduct. Observers frequently noted two poles of behavior: those diagnosed with dystrophy were characterized either as "listless" and "apathetic" or as "excitable" and "irritable."[80] A study, for example, of one hundred patients with nutritional dystrophy in 1942 (based on a combination of clinical observation and an analysis of their diaries and letters) revealed that nearly two thirds were "listless, sullen, indifferent," while almost a third were

76. Gel'shtein, *Narushenie obshchego pitaniia*, p, 21.

77. Elena Skriabina, *Siege and Survival: The Odyssey of a Leningrader* (Carbondale: Southern Illinois University Press, 1971), p. 62.

78. TsGASPb, f. 9156, op. 4, d. 315, l. 31. Only after referencing the metabolism did he note the "tendency to accumulate a layer of fat under the skin."

79. Lang, "Klinika alimentarnoi distrofii," p. 410. M. M. Gubergrits, "Ob alimentarnoi toksicheskoi distrofii," *Vrachebnoe delo,* no. 11–12 (1945): 553.

80. See, for instance, G. B. Abramovich and S. S. Mnukhin, "Klinika alimentarnoi distrofii: Izmeneniia psikhiki," in Gel'shtein, ed., *Narushenie obshchego pitaniia,* pp. 117–118.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2343**

described as "irritable."[81] Others presented these same traits as distinct stages in the evolution of the distrofik. M. I. Khvilitskaia described the way those suffering from nutritional dystrophy became "aggressive, prone to get into fights, stubborn, and rude," and the way that "their intellectual interests narrow, becoming defined, in the main, by their need for food." As the disease progressed, many became "indifferent," their sense of shame disappeared, and their behavior became "egocentric." In effect, the personality was "flattened" as individuals' "moral level" declined and all their thoughts were redirected to "the acquisition of food."[82]

Whether conceived as separate stages or as two poles of behavior, there was remarkable unanimity regarding the distrofik's defining psychological traits. There was not a study or report that failed to mention the distrofik's indifference. Indifference could manifest itself in lack of concern for loved ones, as in a study that reported on a twenty-year-old who, despite having always loved his father, found himself unmoved when the latter died, and in disregard for one's own safety, exemplified in the oft-reported cases of people ignoring air-raid warnings.[83] It could even, in the later stages of dystrophy, manifest itself as a refusal on the part of the distrofik "to undertake those small efforts required to ingest food."[84] At the same time, distrofiks were almost universally described as egocentric. Psychiatrist Raisa Iakovlevna Golant, for example, noted how those who were ill with dystrophy "became more rude, more egotistical: comradely and familial relationships were ruined. The ill committed acts that were not at all characteristic for them."[85] Khvilitskaia, who described

81.  E. K. Iakovlevna and N.V. Oparina, "Izmeneniia lichnosti pri alimentarnoi distrofii," in Skliarchik, "Konferentsiia Leningradskogo obshchestva psikhiatrov i nevropatologov," p. 80.

82.  Khvilitskaia, "Simptomatologiia," pp. 163–165.

83.  E. K. Iakovleva and I. V. Oparina, "Izmeneniia lichnosti pri alimentarnoi distrofii," in TsGANTD SPb, f. 313, op. 2, d. 347, l. 4l; V. N. Miasishchev, "Nervno-psikhicheskie zabolevaniia alimentarno-avitaminoznogo proiskhozhdeniia," in V. N Miasishchev, ed., *Nervno-psikhicheskie zabolevaniia voennogo vremeni (po materialam Leningradskikh konferentsii 1942–1943 gg)* (Leningrad: Gosudarstvennoe izdatel′stvo meditsinskoi literatury Leningradskoe otdelenie, 1945), p. 9.

84.  R. Ia. Golant, "Psikhozy pri alimentarnom istoshchenii i avitaminozakh," in *Nervnye i psikhicheskie zabolevaniia voennogo vremeni* (Moscow: Medgiz, 1948), p. 219.

85.  R. Ia. Golant, "O nekotorykh psikhicheskikh narusheniiakh v usloviiakh voennogo vremeni na osnovanii Leningradskogo opyta dvukh voin," in R. Ia Golant

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2344**

the indifference and the egoism in some detail, noted only at the end that they also observed cases of "genuinely human traits of stoic selflessness," of "principled, ethical" behavior and that "in these cases, the personality was preserved."[86] While Khvilitskaia concluded on an upbeat note, most did not. Hunger, in the words of Chernorutskii, led to a "degradation of the person."[87]

Interestingly, one of the stock victims of famine in the medical and broader popular imagination—the person who was mad from hunger—made few appearances during the siege. Psychiatrists at the Bekhterov Institute repeatedly remarked on the absence of cases of true psychosis.[88] Many concluded that the psychoses previously thought to be a result of hunger were in fact a result of pellagra, an avitaminosis, which, because it appeared in Leningrad only in the spring of 1942, could now be properly distinguished from starvation.[89] Other psychic manifestations were attributed to preexisting conditions that were exacerbated by the lack of food.[90] By the end of the war, few specialists would contest the conclusion reached by V. N. Miasishchev that "experience has shown that the vast majority of people ill with nutritional dystrophy and even those who died from it did not have a nervous disorder or psychosis."[91] While popular references to people going "mad from hunger" were not uncommon, the archetypal victim of famine, as he emerges from the medical literature, is not mad but degraded.[92]

---

and V. N. Miasishchev, eds., *Nervnye i psikhicheskie zabolevaniia v usloviiakh voennogo vremeni* (Leningrad: 9aia tipografiia Upravleniia Voennogo Izdatel'stva MVS SSSR, 1948), p. 15.

86. Khvilitskaia, "Simptomatologiia," p. 165.

87. Chernorutskii, "Problema alimintarnoi distrofii," p. 5.

88. See Abramovich and Mnukhin, "Klinika alimentarnoi distrofii: Izmeneniia psikhiki," p. 118; E. S. Averbukh, "Psikhicheskie narusheniia pri istoshchenii na pochve golodaniia," TsGANTD SPb, f. 313, op. 2-1, d. 15, ll. 26–27.

89. See the comments to this effect in Golant, "Psikhozy pri alimentarnom istoshchenii i avitaminozakh," p. 217.

90. E. S. Averbukh, "Psikhicheskie narusheniia pri istoshchenii na pochve golodaniia," TsGANTD SPb, f. 313, op. 2-1, d. 15, ll. 26–27.

91. Miasishchev, "Nervno-psikhicheskie zabolevaniia alimentarno-avitaminoznogo proiskhozhdeniia," p. 3.

92. See Vasilyev, "Alimentary and Pellagra Psychoses in Besieged Leningrad," p. 118. On popular conceptions of hunger psychosis see Peri, "Minds under Siege," pp. 175–180.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2345**

As doctors recorded the transformations wrought by hunger upon the human body and mind, they sought to improve diagnoses and to find new ways to treat patients and minimize suffering. Such efforts began in earnest in the spring of 1942, when doctors had themselves begun to recover from the illnesses they were studying. Across the city, medical institutions and societies resumed their activities with meetings and talks devoted to one principal topic: nutritional dystrophy. Even the Institute of Experimental Medicine, acclaimed for its theoretical work before the war, turned exclusively to the problem of dystrophy, bringing together biochemists, physiologists, clinicians, and pathologists to study the illness from fifteen different angles.[93] In the fall of 1942, the city health division established a research commission under the leadership of Chernorutskii to study "dystrophy and avitaminoses." The task was of practical and immediate significance: as Chernorutskii put it in his remarks at the first citywide conference convened by the commission, it was "to heal the sick and ease their suffering."[94]

With time, thanks in large measure to their exchanges at conferences such as this one, doctors came to be able to better recognize the complications that often accompanied dystrophy and to thus improve the provision of care. As Vladimir Garshin observed in 1944, "under the influence of the work of the conferences and commissions, clinical diagnoses improved."[95] The conferences brought clinicians and pathologists together and enabled them to probe the way hunger transformed and often masked other illnesses. Pneumonia, for instance, lacked many of its standard symptoms in the distrofik, and its detection in autopsies prompted clinicians to refine their diagnoses. Similar advances occurred in the diagnosis of dysentery. The findings and expertise accrued in clinics and conferences were distilled into an instructional film in 1943, prepared with the collaboration of Garshin, Gel'shtein, and other specialists, to ensure that newly trained medical cadres remained abreast of the latest developments.[96]

93. See the report on the institute's work delivered in Moscow on July 1, 1943, in GARF, f. 8009, op. 2, d. 542, l. 4.
94. TsGASPb, f. 9156, op. 4, d. 315, l. 11.
95. Garshin, "Tam gde smert' pomogaet zhizni," p. 86.
96. Podzdniakova, *Peterburg Akhmatovoi,* p. 48.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2346**

The conferences also provided doctors with an opportunity to compare notes on their efforts to treat dystrophy, an endeavor that was severely hampered by the dire lack of supplies. Leningrad doctors were well aware of the starving body's need for protein, but given the absence of milk, meat, and eggs, they were forced to turn to other sources.[97] At a meeting of the Leningrad health division held in 1942 devoted to the diet of distrofiks, doctors advocated the use of "albumin [dried egg white] and casein, from which you can make various dishes." They also noted the "usefulness" of soy and dried cabbage, although they warned against the free distribution of dried cabbage "as the population will not be able to use it as it should."[98] Doctors thus played a crucial role in the introduction of food substitutes such as casein and yeast that would help offset the ravages of hunger.[99]

Proper treatment, however, was not only a matter of finding food. Reflecting back on the experience at the end of the war, Khvilitskaia noted that given "the clear etiology of this illness," one could easily think, "at first glance," that "one need only provide the patient with the appropriate food and the illness will go away by itself."[100] In reality, however, treatment was substantially more complex. For a start, as doctors discovered through a process of trial and error, food had to be carefully measured out. Indeed, Professor Tur, a prominent pediatrician from Leningrad, presented what he characterized as "maximal feeding," or a tendency to "from the very first day, feed, feed and feed . . ." as a "gross therapeutic mistake." Speaking to a conference in Moscow in 1944 and

97. Interestingly, initial reports by the Leningrad health division stressed their attempts to use vitamins "to prevent the development of dystrophy." TsGASPb, f. 7384, op. 3, d. 45, l. 285. Subsequent reports contained no mention of vitamins, reflecting perhaps the absence of vitamin preparations in the city, but more importantly, I think, the realization that vitamins were not the issue. Once protein was recognized as the crucial etiological factor in the development of dystrophy, treatment plans all focused on assuring sufficient quantities of protein in the diet.

98. TsGASPb, f. 9156, op. 4, d. 91, l. 18.

99. The introduction of casein is widely attributed in the medical literature to S. M. Ryss and O. G. Sviatoslavskaia. See, for example, Gel'shtein, *Narushenie obshchego pitaniia,* p. 129.

100. M. I. Khvilitskaia, "Lechenie," in Chernorutskii, ed., *Alimentarnaia distrofiia v blokirovannom Leningrade,* p. 215.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2347**

reprising arguments he had made earlier in Leningrad, he noted that "unfortunately, this mistake occurred and continues to occur even today. . . . The negative consequences of such a regime are more lethal the more severe the degree of emaciation and the more the functions of the digestive system and metabolism are destroyed."[101] In place of maximal feeding, Tur cautioned that "in the first two or three days of treatment the diet of severe distrofiks must be limited in terms of quantity and qualitatively." They should be given only easily digestible food in small but frequent installments, and the diet of the patient should not be overloaded with proteins and fats.[102] Over the course of the blockade, doctors would thus work to refine not only the basic elements of a therapeutic diet, but the quantities and the manner in which they were to be administered. In addition to a therapeutic diet, doctors also emphasized the importance of providing the ill with warmth and quiet, and recommended a host of other treatments, including intravenous glucose, amphetamines, and blood transfusions, the efficacy of which was subject to some debate.[103]

This is not to suggest that blockade medicine was effective. Indeed, notwithstanding their increasingly sophisticated understanding of dystrophy, doctors' capacity to heal was limited. Particularly in the first blockade winter, doctors had access to little that could improve the lot of their patients. What they required most—food—was the material in shortest supply. Nor is it to suggest that diagnoses were a strictly medical affair. As Alexis Peri has convincingly demonstrated, diagnoses were malleable during the blockade, shaped by the imperative to maintain the labor force; the desire to help people by keeping them at work or giving them respite from work, depending on the moment; and (widely suspected) corruption.[104] Medicine clearly did not operate in isolation from political and social constraints. In their medical research, however, doctors faced few of the dilemmas they confronted in the clinic. Their conferences and reports, which became increasingly frequent as medical practitioners

101. GARF, f. 8009, op. 2, d. 629, l. 45.
102. Ibid. Gel′shtein made a similar point in his instructions issued on the Leningrad Front. See Gel′shtein, *Metodicheskie ukazaniia po raspoznavaniiu i lecheniiu alimentarnogo istoshcheniia*, p. 7.
103. See, for example, Khvilitskaia, "Lechenie," p. 224.
104. Peri, "Minds under Siege," pp. 146–148.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2348**

themselves began to recover from the illness they described, served not only to improve diagnoses and treatment, but also, in the words of Vladimir Garshin, to "renew our capacity to work," to "renew the power of our souls."[105] Garshin's letters to his son bear powerful witness to the new significance the pathologist attached to his work. In his letters from that spring, he repeatedly noted that "I cannot abandon my work," that "I am needed here."[106] Reflecting on the differences between his prewar and current research, he noted that "before I was somehow unaware of the connection between my work and the common cause (*obshchee delo*)."[107] In place of his traditional academic work, he was now engaged with pressing questions that required immediate answers. Indeed, his descriptions of the conferences suggest just how out of the ordinary they were: "almost the whole 'medical world' of the city gathered together. . . . These were striking meetings. We rushed to communicate to each other our findings, our experience. The reports were delivered in some kind of particularly trembling manner."[108] The conference proceedings suggest that doctors were indeed eager to share their findings, and despite initial fears that the conference might be "boring," numerous participants affirmed that it was "to the contrary very interesting."[109]

The conferences satisfied the need of the participants to work, to be useful, to contribute. They also satisfied a powerful urge to document the changes they observed around them. From the outset, Chernorutskii underscored the importance of publishing the results.[110] Indeed, the research reports constitute an important documentary record of the siege. While some have seen the reports on dystrophy as part and parcel of an attempt to sanitize wartime hunger, for those who could read them, the materials presented by Leningrad doctors provided dramatic witness to the devastation wrought by hunger. Vladimir Garshin's reflections are instructive. As a pathologist, he worked with slides, "the most slender slices from human tissues, beautifully colored." He had been trained to

105.  Garshin, "Tam gde smert' pomogaet zhizni," p. 86.
106.  Podzdniakova, *Peterburg Akhmatovoi,* 37–39.
107.  Ibid., 39–40.
108.  Garshin, "Tam gde smert' pomogaet zhizni," p. 86.
109.  TsGASPb, f. 9156, op. 4, d. 315, l. 11.
110.  Ibid., l. 12.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2349**

approach his material analytically, "with a cold heart." But alongside this habitual approach, "learned through dozens of years of experience and work, something else emerges and grows. These beautiful pictures cry out about the drama, cry out about the organism's futile struggle. These beautiful pictures speak about the destruction, the collapse of the main vital structures."[111]

Garshin's comments underscore the unique nature of the reports on dystrophy: they were at once standard scientific reports, the product of "cold analysis," and moving documentary records of the siege. It is telling, I think, that when the Leningrad Division of the Institute of Experimental Medicine presented its wartime research to colleagues in Moscow and to the Presidium of the all-Union Medical Soviet in 1943, their presentation produced, in the words of one professor present, "disturbing sensations. It is an altogether unusual report, as we are talking about absolutely unusual circumstances of work." Indeed, only one participant cast the value of the Institute's work into doubt, questioning whether it was "worth it" to "expend so much energy on the study of nutritional dystrophy, that is, that great misfortune of Leningrad, which is typical neither for our people nor for our existence? This misfortune was a result of the blockade, therefore why should we study it thoroughly for several years? Is it worth dissecting nutritional dystrophy, which we have already become sick and tired of?" Her remarks proved by far the most controversial of the session. By way of rejoinder, other participants stressed the significance of the research reports not only for the future evolution of science, but for the historical record. As the director of the institute put it, "nobody can diminish the significance of the works undertaken, for example, by Garshin and our physiologists. We had to reflect in history everything that happened." Another doctor, a member of the Medical Soviet, criticized the suggestion that nutritional dystrophy should no longer be studied. "I think that this is a significant fact; our comrades in Leningrad observed it and how one can claim that it should not be studied I cannot imagine." Professor A. N. Sysin, a prominent figure in the country's public hygiene establishment, likewise saw no choice in the matter: the theme of dystrophy was unavoidable, in his view, chosen not

111.  Garshin, "Tam gde smert′ pomogaet zhizni," p. 85.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2350**

*Nutritional Dystrophy*                                                 235

by the institute but by the events of the war itself. Like other participants, he stressed the documentary value of the studies: "a mass of facts were not lost; they have been studied and will remain in the historical record."[112]

### FROM THE CLINICS TO THE STREETS

The urge to document the transformations wrought by the siege was evident not only among doctors, but the population at large. As individual residents set about the difficult task of describing the effects of hunger upon the body and mind, they drew on medical terminology and practice in notable ways. While the principal publications about nutritional dystrophy were produced for a specialized audience of medical professionals, medical terminology and practice did not exist in isolation. Within weeks of the adoption of the new terminology, "nutritional dystrophy" began to appear in individual diaries and popular speech. It became, as Leningrad health official F. I. Mashanskii remarked in 1943, "a term of the streets and of homes."[113] Clinics were organized to treat those suffering from the illness, and individuals were diagnosed with it, compelling people to see their affliction as a case of dystrophy. Thus did Olga Epshtein record in her diary in mid-May 1942, "I have been diagnosed with dystrophy in the first stage."[114] Like doctors, residents of Leningrad came to see hunger not simply as a condition defined by insufficient food, but as an illness, a medical state with distinct stages.[115] The term "hunger" was in this sense insufficient, for it failed to distinguish between

112. GARF, f. 8009, op. 2, d. 542, ll. 16, 14, 15.

113. GARF, f. A482, op. 47, d. 1095, l. 9.

114. Entry of May 13, 1942, in Ales′ Adamovich and Daniil Aleksandrovich Granin, *Blokadnaia kniga* (St. Petersburg: Pechatnyi dvor, 1994), p. 148.

115. Vera Inber, for example, noting the establishment of centers of "intensified nutrition" in May 1942, described those whom they were intended to serve as "Pale, exhausted, weak people (dystrophy, second degree)" and "people who can't walk any more, can't even move (dystrophy, third degree)." Inber, *Leningrad Diary*, p. 86. Elena Kochina likewise referred to the stages of dystrophy, although her stages were not, in fact, those identified by doctors. "Some have swollen up and shine as if they are covered with lacquer—the first stage of dystrophy. Others have dried up—the second stage." Elena Kochina, *Blockade Diary*, ed., with an introduction by Samuel C. Ramer (Ann Arbor, Mich.: Ardis Publishers, 1990), p. 52.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2351**

those who were hungry (virtually everybody) and those who were ill. How else can one make sense of the question that an obviously hungry boy posed to his teacher in February 1942: "What are the signs of dystrophy?"[116]

While Leningraders continued to use the word "hunger," "dystrophy" became increasingly common as a way of identifying the terrible changes that the lack of food wrought on the human body and mind. The centrality of the new term to naming hunger is cast into sharp relief by a rumor that Ol′ga Berggol′ts, temporarily in Moscow in March of 1942, recorded in her diary. A friend named Irina, who had just arrived from Leningrad, reported that "the word 'dystrophy' has now been banned— death results from other factors, but not from hunger!"[117] Her comments point to the way that "hunger" and "dystrophy" had become virtually synonymous in the city. Far from an attempt to obscure hunger, "dystrophy" was perceived by Berggol′ts and her friend as way of naming it.

Every resident became an observer of the effects of hunger. Diaries penned during the blockade document the transformations wrought by hunger upon the body, behavior, and mind, as Alexis Peri's contribution to this volume suggests.[118] Among the most notable signs recorded by the population in their diaries were weight loss and changes in the skin. "I have acquired the appearance of a genuine distrofik," Liubov′ Shaporina noted in her diary. Her weight had dropped over sixty pounds over the winter, her skin hung in folds on her shoulders, and her face had become "alien," covered in wrinkles and discolored "such that it resembles the faces of all the other emaciated Leningraders."[119] The "genuine distrofik" was similarly identified and described by another diarist (this time observing a friend rather than herself) as "emaciated," with "sunken

116.  K. V. Polzikova-Rubets, *Oni uchilis′ v Leningrade* (Leningrad: Detgiz,1948).

117.  Entry of March 23, 1942, in Ol′ga Berggol′ts, *Ol′ga. Zapretnyi dnevnik*, ed. N. Sokolovskaia and A. Rubashkin (St. Petersburg: Azbuka, 2011), p. 82.

118.  A fuller treatment can be found in Peri, "Minds under Siege." On the body more specifically, see also Polina Barskova, "The Corpse, the Corpulent, and the Other: A Study in the Tropology of Siege Body Representation," *Ab Imperio,* no. 1 (2009): 361–386, and Kirschenbaum, "'The Alienated Body.'"

119.  Entries of April 28, May 2, and May 6, 1942, in L. V. Shaporina, *Dnevnik*, ed. V.N. Sazhin and V. F. Petrovaia. (Moscow: Novoe Literaturnoe Obozrenie, 2012), pp. 321–322.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2352**

eyes" and "grey skin."[120] Leningraders further recorded the appearance of edemas (swelling), most commonly on the face or on the feet. "Today for the first time I have a genuinely dystrophically swollen physiognomy," noted Aleksandr Boldyrev in his diary in February 1942.[121] Others described the distinctive gait of people suffering from dystrophy. Of her own body, Elena Skriabina wrote that it was "like a skeleton. Blue veins stand out on my hands. My feet are swollen. I move with great difficulty."[122] Not all described their bodies. Some simply did not have the strength. Nikolai Punin noted in his diary, "If there was a bit of peace, perhaps, I would describe the state of my body, the hungry body."[123]

Almost invariably, descriptions did not rest with these purely physical attributes, as the changing usage of the term "distrofik" suggests. The term appears to have come into circulation very quickly: by the end of December 1941, an official decision of the executive committee of the Leningrad city soviet addressed the issue of the medical treatment of "distrofiks."[124] A few weeks later, the celebrated specialist of social hygiene Zakharii Grigor′evich Frenkel′ noted in his diary that he was being admitted to a hospital "for distrofiks" in the hotel Astoria.[125] It was not long before people began to refer to themselves and others using the same terminology. " 'Distrofik'—I saw the word in the mirror," the teenager Sasha Nesterov reportedly remarked.[126] Punin reflected in the fall of 1942 that in his final weeks in Leningrad he had been unable to continue his diary: "I couldn't write: I was a hunger distrofik."[127]

120.  Entry of February 14, 1942, in G. K. Zimnitskaia, "Blokadnye budni (dnevnik Leningradskoi devochki)," in S. E. Glezerov, ed., *Blokada glazami ochevidtsev: dnevniki i vospominaniia* (St. Petersburg: Ostrov, 2012), p. 58.

121.  Entry of February 20, 1942, in A. N. Boldyrev, *Osadnaia zapis′: blokadnyi dnevnik*, ed. V. S. Garbuzova and I. M. Steblin-Kamenskii. (St. Petersburg: Evropeiskii Dom, 1998), p. 62.

122.  Skriabina, *Siege and Survival,* 62.

123.  N. N. Punin, *Mir svetel liubov′iu: dnevniki, pis′ma,* ed. L. A. Zykov (Moscow: Artist. Rezhisser. Teatr, 2000), p. 351.

124.  In Gladkikh, *Zdravookhranenie i voennaia meditsina v bitve za Leningrad*, p. 60.

125.  Entry of January 17, 1942, in Z. G. Frenkel, ed., *Zapiski i vospominaniia o proidennom zhiznennom puti* (St. Petersburg: Nestor-Istoriia, 2009), p. 494.

126.  In Adamovich and Granin, *Blokadnaia kniga,* p. 358. For a similar usage, see Shaporina, *Dnevnik,* p. 322.

127.  Punin, *Mir svetel liubov′iu,* p. 359.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2353**

The Russian language had a rich array of terms to denote the person suffering from hunger: a dictionary of Russian popular sayings lists several, including *golodai*, *golodan'*, *golodar'*, and *goloden'*.[128] It is telling that none of these emerged in Leningrad as ways of designating the victims of the famine. Traditionally, words denoting the hungry were overlaid with other meanings. The hungry were the destitute, the poor. The word *golodai*, to take but one example, denoted a starving person, but it could also mean a poor person.[129] The Second World War transformed the cultural geography of hunger. During the siege, an urban population suffered a famine in which the entire population was affected. Lidiia Ginzburg describes the reaction of the city's younger generation of intellectuals: "they understood that there might be famine in the country, especially in the desert, complete with camels and mirages, when a man doesn't have anything to eat for days on end and dies in agony from that. But they knew nothing of dystrophy and didn't believe that the inhabitants of a large city could die a hungry death."[130] Death from insufficient food, she suggests, was, for many urban intellectuals in Leningrad, simply incomprehensible. Herein lay, perhaps, the appeal of the term "distrofik": its novelty made it seem only appropriate to designate a state of being that was utterly unfamiliar, something that seemed so different from the plight of the poor or of starving villagers.[131] The medicalized nature of the term, moreover, may have heightened its appeal. It is surely telling that Ginzburg likened "the hunger that we experienced" to "a chronic illness."[132]

"Distrofik" came to denote not merely a person in a state of starvation, but a whole way of being, and became an integral term in the city's wartime lexicon. In Lidiia Ginzburg's wartime prose, the terms *golodnyi*

128.  *Slovar' russkikh narodnykh govorov*, vol. 6 (Leningrad: Nauka Leningradskoe otd-nie, 1970), pp. 314–315.

129.  Ibid., p. 314.

130.  Ginzburg, *Blockade Diary*, p. 59. Modified translation based on the original.

131.  Ginzburg notes in *Den' Ottera*, written in the war's final years, that the standardized quality of hunger in Leningrad "sharply distinguished it psychologically from the hunger of poverty." Lidiia Ginzburg, *Prokhodiashchie kharaktery: proza voennykh let; Zapiski blokadnogo cheloveka*, ed. E. Van Buskirk and A. Zorin (Moscow: Novoe izdatel'stvo, 2011), p. 241.

132.  Ibid., p. 240.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2354**

(hungry) and *golodaiushchii* (starving) were used to denote a person who did not have sufficient food (or who experienced feelings of hunger), but "distrofik," and its adjectival form "distroficheskii" denoted not merely an absence of food and the physiological state that resulted, but an entire range of patterns of behavior as well as a unique psychological outlook. The distrofik is described in Ginzburg's prose as "indifferent" and apathetic, characterized by a lack of will and of "initiative." Ginzburg repeatedly described the "dystrophic indifference to the life and death of one's family and friends" and the "dystrophic greed" that were characteristic traits of those suffering from starvation. The worldview of the distrofik was characterized by "waiting for death, fatal indifference, and deadly egoism."[133] In her reflections on dystrophy and the distrofik, Ginzburg noted the way hunger degraded people, made them cruel, and incapable of sacrifice. "Dystrophy, the emaciated pharaonic cow, devoured everything—friendship, ideology, cleanliness, shame, the intelligentsia habit of not stealing whatever is lying out. But more than everything love. Love disappeared from the city, much like sugar or matches."[134] "Dystrophy," she writes, "destroyed [the person] much earlier than death."[135]

It was precisely these behavioral and moral associations, overlaid on the purely physical connotations of the term, that made "dystrophy" such a resonant term in Leningrad during the blockade. The Leningrad philologist V. S. Liublinskii wrote to his wife in late July 1942 that

> in the past six months the intonation and meaning of the term "distrofik" has changed. Initially (in January–February) it had a ring of pointed compassion to it; it signified a victim of hunger, it summoned help and compassion or perhaps some kind of exemption; then it started to acquire more ironic notes, people began to speak of "moral" and "moderate" distrofiks—and not only with regard to those who had debased themselves or, under the very real pretext of lack of strength, turned away from their duties [*obiazannosti*] (even to themselves); finally, over the past several months, as the number of two-legged distrofiks has

133.  Ibid., pp. 272, 275. On the place of the distrofik in Ginzburg's writing and thought see also Emily S. Van Buskirk, "Varieties of Failure: Lydia Ginzburg's Character Analyses from the 1930s and 1940s," in Emily S. Van Buskirk and A. L. Zorin, eds., *Lydia Ginzburg's Alternative Literary Identities: A Collection of Articles and New Translations* (Oxford: Peter Lang, 2012), pp. 153–157; Sandomirskaia, "A Politeia in Besiegement."

134.  Ginzburg, *Prokhodiashchie kharaktery,* pp. 272–273.

135.  Ibid., p. 25.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2355**

diminished, the term has come to acquire a purely disparaging meaning; increasingly, it conveys disdain (people use it to refer to a low-power enterprise [*malomoshchnoe predpriatiie*] or an overly small piece of something)."[136]

Liublinskii's observations are borne out by a wide range of contemporary sources, which underscore the varying uses to which the term "distrofik" was put. At times, "distrofik" could be employed self-deprecatingly, as when a colleague told Liubov Shaporina, concerned that she was submitting her work late, "don't worry, we are all distrofiks."[137] More commonly, however, it was used to denigrate. Diarists frequently noted how "distrofik" had become a term of "mockery," "insult" and had acquired a "contemptuous, abusive connotation."[138] " 'Distrofik' has become a swear word at work, on the streets, in trams," Aleksandr Boldyrev noted in a diary entry in the fall of 1942. "Distrofiks are despised, tormented."[139] As Boldyrev's comments suggest, the term's metamorphosis into an insult reflected the increasingly hostile view of distrofiks among blockade residents. By the summer of 1942, the distrofik was no longer an object of compassion but one of contempt. Distrofiks were resented, in the words of Sof′ia Ostrovskaia, "because they have not gotten well on time or because they have not died on time." They were regarded as "former people . . . walking to their death."[140] This conception of the distrofik has led a number of scholars to note its affinity with the "Muselmann," a term

136.  Letter of July 29, 1942, in V. S. Liublinskii, "Blokadnye dnevniki. Vospominaniia. Stikhi. Pis′ma," in Ts. I. Grin, G. V. Miheeva, and L. A. Shilov, eds., *V pamiat′ ushedshikh i vo slavu zhivushchikh: Pisma chitatelei s fronta, dnevniki i vospominaniia sotrudnikov Publichnoi biblioteki, 1941–1945* (St. Petersburg: Rossiiskaia natstional′naia biblioteka, 1995), p. 180. See the similar observations made by V. I. Vinokurov in his diary in S. Bernev and S. V. Chernov, eds., *Blokadnye dnevniki i dokumenty, Arkhiv Bol′shogo Doma* (St. Petersburg: Evropeiskii Dom, 2004), p. 282.

137.  Shaporina, *Dnevnik,* p. 384.

138.  See, respectively, entry of July 27, 1943, in V. Bazanova, "Vchera bylo deviat′ trevog," *Neva,* no. 1 (1999): 143; entry of July 9, 1942, in P. N. Luknitskii, *Leningrad deistvuet . . . Frontovoi dnevnik,* vol. 2 (Moscow: Sovetskii pisatel′, 1964), p. 259; entry of August 1942 in G. A. Kulagin, *Dnevnik i pamiat′* (Leningrad: Lenizdat′, 1978), p. 285.

139.  Diary entry of September 22, 1942, in Boldyrev, *Osadnaia zapis′,* p. 164.

140.  Cited, respectively, in Peri, "Minds under Siege," p. 166; P. Barskova, "Avgust, kotorogo ne bylo, i mekhanizm kalendarnoi travmy: razmyshleniia o blokadnykh khronologiiakh," *Nezavisimyi filologicheskii zhurnal* 116 (2012), http://magazines.russ.ru /nlo/2012/116/b10.html.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2356**

used in Auschwitz and other Nazi concentration camps and later defined by survivors as the "living dead," "the drowned," "the prisoner who was giving up and was given up by his comrades, . . . a staggering corpse."[141] It is in many ways an apt analogy. Yet even as the figure of the distrofik came to resemble, in popular usage, the "drowned" of the concentration camp universe, perceptions of the distrofik in Leningrad were shaped by moral, social, and political values that imbued his or her behavior and the term itself with other shades of meaning.

Among the changing connotations of "distrofik" outlined by Liublinskii, the addition of the qualifier "moral" merits special attention. The phrase "moral dystrophy" entered into widespread circulation in 1942. While it could be used simply to denote the general moral degradation that accompanied dystrophy, it was commonly used to deride specific forms of behavior, particularly at the workplace.[142] Moral distrofiks were people who whined and complained. As a production director at the Kalinin factory noted of a colleague in a letter to his wife in the summer of 1942: "something has happened to him, he is no longer himself, he is a whiner [*nytik*]), a 'moral distrofik,' as we call such people."[143] The term was also commonly applied to people who reneged on their duties "under the cover" of starvation. This was the way Kseniia Polzikova-Rubets used the term in the spring of 1942 to describe friends who had decided to

141. These characterizations come from Aldo Carpi, Primo Levi, and Jean Amery cited in Giorgio Agamben, *Remnants of Auschwitz: The Witness and the Archive* (New York: Zone Books, 1999), pp. 41, 44. On the figure of the Muselmann in Nazi camps, see ibid., pp. 41–86. On the increasing hostility toward distrofiks and the affinity of the distrofik with the Muselmann, see Peri, "Minds under Siege," pp. 166–167; Barskova, "Avgust, kotorogo ne bylo." On hostile attitudes see also S. V. Iarov, *Blokadnaia etika: Predstavleniia o morali v Leningrade v 1941–1942 gg.* (St. Petersburg: Nestor-Istoriia, 2011), pp. 245–247.

142. Lidiia Ginzburg used the term in the first sense. In all her blockade-related writing, the phrase "moral dystrophy" appears only twice. I would argue that the minor place the phrase occupies in Ginzburg's prose reflects her belief that moral degradation was an integral part of dystrophy itself, something that could be avoided only by those who were fortunate enough to escape starvation. Ginzburg, *Prokhodiashchie kharaktery,* pp. 69, 246. On moral dystrophy see also Peri, "Minds under Siege," pp. 168–170.

143. V. M. Samoilov, letter of June 21, 1942, in Inessa Lomakina, *Nasha biografiia: Ocherki istorii proizvodstvennogo ob'edineniia 'Zavod imeni Kalinina,' 1869–1989,* ed. G. A. Kapitonova (Leningrad: Lenizdat, 1991), p. 312.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2357**

*Rebecca Manley*

leave the city. Bitter about their claims that they were unable to return a bed to her due to "dystrophy," betrayed by their failure to try to bring her with them, and indignant that people who were "needed" (she was a doctor) would depart at all, she summed up their behavior with one short phrase: "moral dystrophy."[144] The phrase was deployed in a similar fashion by the second in command in the city's party leadership, who charged that the endless conversations "about the people's hunger, about emaciation, about how it is impossible to do anything" were but an attempt by party members to "mask [their] own inactivity and lack of desire to organize anything. . . . We call these kind of people 'moral distrofiks,' that is, people whose moral spirit has cracked."[145] From this vantage point, moral distrofiks were, as Ol′ga Berggol′ts put it in a radio address in early 1943, people who "find a thousand excuses to shirk from the common work."[146] In all these cases, the term had a sociopolitical valence and was used to denigrate people who hid behind their physical emaciation (actual, or as the blockade progressed, allegedly ostensible), using it as an excuse for inactivity. This was precisely the way the term was deployed by the director of the Leningrad documentary film studio at a meeting of front-line film directors in May, 1942: speaking of one of his Leningrad colleagues, he noted that "he was a coward, he was afraid of shots, he did everything he could to weasel his way out of work. We had dystrophy, an illness from starvation. But some had moral dystrophy. That's what he had."[147]

As these examples suggest, the very concept of "moral dystrophy" was premised upon the belief that the distrofik could and should rise above the apathy, egoism, and indifference that many doctors and residents described as integral elements of the condition. It served at once to disparage those who had manifestly failed in this regard, and to

144. Note that Polzikova-Rubets used the term *nravstvennaia* rather than the more common *moral′naia* to denote "moral dystrophy." Polzikova-Rubets, *Dnevnik uchitelia blokadnoi shkoly,* pp. 58–59.

145. A. A. Kuznetsov, cited in Nikita Lomagin, *Neizvestnaia blokada,* vol. 1 (St. Petersburg: Neva, 2002), p. 110.

146. Ol′ga Berggol′ts, *Dnevnye zvezdy; Govorit Leningrad* (Moscow: Pravda, 1990), p. 240.

147. V. I. Fomin, ed., *Kino na voine: dokumenty i svidetel′stva* (Moscow: Materik, 2005), p. 174.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2358**

reassure: the concept of moral dystrophy implied a choice. It suggested that the degradation of the person was not inevitable; that bravery, self-sacrifice, and devotion could coexist with mass starvation; and that what Khvilitskaia described as "principled, ethical" behavior was indeed possible. The concept allowed party leaders and poets alike to cast the survivors of the siege (those who had not succumbed to "moral dystrophy") as "heroic defenders" of the city. It also served as an important foil against which those who had suffered the travails of starvation were able to assert their continued humanity: they had been distrofiks, but had not, as Liubov Shaporina noted of friends, "morally dystrophied" or, as Liublinskii wrote of himself, "become a moral distrofik."[148] In many ways, it was the concept of "moral dystrophy," with its suggestion that moral degradation was a matter of individual spirit or moral fiber, that made it possible to conceive of the blockaded city, where almost everyone had suffered from starvation, as a preserve of "moral purity" and of spirited resistance to the Germans.[149]

Having entered into popular speech, "dystrophy" acquired a range of meanings that built on but also went beyond its medical usage. Depending on the context, "dystrophy" served not only to describe a physical or psychological condition or to diagnose an illness, but also to excuse, to insult, or to indict. Even as the term came to be applied to objects as diverse as disorderly rooms, halting trams, and meager cigarettes, dystrophy and the figure of the distrofik continued to stand at the center of reflections on hunger.[150] In both medical circles and among the population at large, they remained powerful ways of talking both about the transformations wrought by hunger upon the human body and mind and

148. On these usages see the diary entry of July 17, 1943, in Shaporina, *Dnevnik,* pp. 402–403; and Liublinskii in a letter to his wife dated July 29, 1942, in Liublinskii, "Blokadnye dnevniki," p. 179.

149. On the retrospective construction of the blockaded city as a realm of moral purity see Kirschenbaum, *The Legacy of the Siege of Leningrad,* pp. 107–108.

150. See A. I. Vinokurov in Bernev and Chernov, *Blokadnye dnevniki i dokumenty,* p. 282. M. V. Mashkova, "Iz blokadnykh zapisei," in Ts. I. Grin, G. V. Mikheeva, and L. A. Shilov, eds., *V pamiat′ ushedshikh i vo slavu zhivushchikh: Pisma chitatelei s fronta, dnevniki i vospominaniia sotrudnikov Publichnoi biblioteki, 1941–1945* (St. Petersburg: Rossiiskaia natstional′naia biblioteka, 1995), p. 110.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2359**

*Rebecca Manley*

about the relationship between hunger and questions of morality, fortitude, and patriotism.

### BEYOND LENINGRAD

Nutritional dystrophy is inextricably linked to the siege of Leningrad, yet it also points to the way the experience in Leningrad informed conceptions of hunger beyond Leningrad and the Leningrad Front. The term came into use in the Soviet rear as early as the summer of 1942, when regional statistical bureaus started to petition the central statistical administration for feedback on how to categorize death from emaciation, which was not, at the outset of the war, afforded its own category in mortality statistics. As officials in the Molotov statistical bureau, who had thus far lumped deaths from emaciation into the "other" category, wrote: "Because this diagnosis is frequently made, especially in recent months, we ask whether we are correctly situating it?" After consulting with the commissariat of health, a decision was made to record such deaths in a category of their own: nutritional dystrophy.[151]

Although statisticians in Leningrad failed to comply with the new ruling, and the number of deaths from nutritional dystrophy there thus went unrecorded, both the term and the condition it sought to describe clearly emanated from Leningrad. The sharp spike in deaths from starvation observed in Molotov and in Vologda, from which a similar request was issued, was in no small measure due to the influx of evacuees from the besieged city. Soon, however, what some referred to as a "Leningrad disease" would expand beyond the borders of Leningrad and its evacuated diaspora. Within a year, "nutritional dystrophy" began to appear in NKVD and party reports on cases of starvation in the Soviet rear that had nothing to do with Leningrad. In the spring of 1943, for instance, the director of the Amur railway line reported a "rise in

151. Cherepenina, "Assessing the Scale of Famine and Death in the Besieged City," p. 40. The decision was disseminated to all regional statistical bureaus in a letter of July 20, 1942, with the injunction that the number of deaths due to "avitaminoses and dystrophy," allotted the number 83a in the cause of death charts by the People's Commissariat of Health, be included in the overall statistics on the number of deaths, but be recorded separately in a secret addendum. RGAE, f. 1562, op. 329, d. 805, ll. 162–65.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2360**

sickness from elimentary [*sic*] dystrophy," adding in parentheses "edemas caused by malnutrition [*nedoedaniia*]."[152] By 1944, peasants and workers in far-flung regions of the Union were being entered on registries as victims of "nutritional dystrophy" or increasingly, simply "dystrophy."[153]

The emergence of cases of "nutritional dystrophy" deep in the Soviet interior clearly reflected the difficult material conditions of the time: as Donald Filtzer demonstrates in his contribution to this volume, 1943 saw a spike in cases of starvation in the rear. The fact that these cases were being recorded under the heading of "dystrophy," however, underscores just how central the experience in Leningrad was in defining medical terminology and practice in the Soviet Union as a whole. By the summer of 1943, the term from Leningrad was already sufficiently widespread to figure prominently in a set of instructions issued by the Commissariat of Health on "the diagnosis and treatment of general malnutrition." Whereas the initial version of the instructions, issued in June 1943, presented the illness resulting from insufficient food as one "known by the name of edema disease, protein-deficiency edema or nutritional dystrophy," an amendment to the instructions issued later that year referred only to "nutritional dystrophy," inserting the other terms in parentheses as "previous names."[154] The change in emphasis is telling: by the end of 1943, "nutritional dystrophy" had emerged, in the words of one contemporary publication, as "the generally accepted term" to denote an illness that was no longer simply a concern in Leningrad, but had become an all-Union medical issue.[155] As a doctor put it at a conference held in Moscow in 1944, "there is not a corner in our Soviet Union where material did not accumulate on the various manifestations of the dystrophic process."[156] Hence the need for instructions on the topic.

152. Report to the Central Committee, April 21, 1943, in A. I. Livshin and I. B. Orlov, eds., *Sovetskaia povsednevnost' i massovoe soznanie 1939–1945* (Moscow: ROSSPEN, 2003), pp. 188–189.

153. See, for example, reports in G. Kessler and G. E. Kornilov, *Kolkhoznaia zhizn' na Urale, 1935–1953* (Moscow: ROSSPEN, 2006), pp. 419, 449.

154. See GARF, f. 8009, op. 5, d. 235, l. 2, and ibid. op. 2, d. 589, l. 4.

155. Shnitser, "Alimentarnaia distrofiia," 32.

156. GARF, f. 8009, op. 2, d. 629, l. 92.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2361**

The instructions, drawn up by the Institute of Nutrition and building on similar instructions issued by the Sanitary Division of the Red Army the previous year, were penned "with the goal of establishing the correct diagnosis and therapy" for illnesses resulting from insufficient food. They aimed to standardize and disseminate what doctors had learned in the city under siege and to redress the "hazy" ideas about dystrophy currently in circulation. As Miron Semenovich Vovsi, chief physician for the Red Army, put it at a meeting of the Scientific Medical Soviet convened to approve the instructions, "[they] are the fruit of the tragedy that befell us, and especially Leningrad, where we unfortunately acquired a lot of experience in questions of malnutrition. It seems to me, given that similar illnesses have been encountered in various places and that, as long as the war continues, this suffering may appear again, doctors should have an understanding of it."[157]

Vovsi was not the only one to recognize the broader relevance of the Leningrad research. Indeed, his proposal to the Medical Soviet came just one week after it had convened to discuss the work of the Leningrad Institute of Experimental Medicine in a meeting that affirmed the value and relevance of its research. When one member of the soviet had questioned whether it was "worth it" to pursue the study of dystrophy, those present had rushed to dystrophy's defense, citing not only the documentary, historical value of the research, discussed above, but also its relevance to the postwar period. By way of a rejoinder, one participant approvingly related a recent conversation with a member of the institute, who reportedly said: "comrades, let's not forget the postwar. . . . In the occupied regions that are liberated, what do you think we will find? Do you think that children and adults are eating well there?" The research of the institute would, it stood to reason, not only contribute to "the history of science" but be "directly brought into the postwar era," put to use in treating the populations of liberated territories. The subsequent two speakers made similar points, noting that the "data collected in Leningrad" would enable doctors in the Red Army to develop "practical mea-

157. Ibid., d. 543, l. 13. Vovsi had spent time on the Leningrad Front and had been among the consultants for the instructional film on nutritional dystrophy prepared in the city only shortly before this meeting.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2362**

sures of aid" in liberated territories, and affirming that "this misfortune must be a fortune for others."[158] Similar views were articulated in Leningrad itself by health professionals who, as early as December 1942, projected that the city's encounter with "the bony hand of hunger" would furnish Soviet doctors with the knowledge necessary to treat the populations of liberated territories, victims of the Fascists' murderous policy of "killing people with hunger."[159]

While there was general agreement about the relevance of dystrophy research to liberated territories, where the enemy sought to "kill [the population] with hunger," there was considerable discomfort about its application deep in the Soviet rear, far from the enemy's reach. At the meeting of the Medical Soviet noted above, even those who heartily endorsed the study of dystrophy in Leningrad expressed unease about its study in the rear. Professor Rakhmanov, for instance, praised the heroic work of doctors in Leningrad, but was sharply critical of its study in the rear. "Now when this phenomenon is studied in many rear institutions, in the deep rear, where the phenomenon of dystrophy does not exist and where this study is unnecessary and can be explained only as a fashion [*moda*]—against this kind of study one must object."[160] Even Dr. Vovsi, who shepherded the instructions intended for distribution in the rear through the approval process, betrayed a certain apprehension about the public dissemination of information on the topic. Noting that "there is of course nothing secret here," he nonetheless sought to limit the diffusion of the instructions by making them "for office use only." When Professor Sysin, a longtime proponent of sanitary education, questioned the wisdom of this limitation, Vovsi replied that "we don't want this to be for sale in every kiosk."[161] Dystrophy thus remained a sensitive topic.

158. Ibid., d. 542, ll. 19, 21.
159. N. D Nikiforov, at a conference of Leningrad doctors, in TsGASPb, f. 9156, op. 4, d. 315, l. 38. Dr. Tur articulated a similar view in 1944 at a conference in Moscow. See GARF, f. 8009, op. 2, d. 629, l. 55.
160. Ibid., d. 542, l. 17.
161. Vovsi also justified the need for the instructions with reference to the "undoubted tendency to exaggerate the purity and intensity of nutritional disorders." GARF, f. 8009, op. 2, d. 543, l. 13.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2363**

*Rebecca Manley*

Despite the reservations, however, the Soviet medical establishment, represented by the People's Commissariat of Health, the Medical Soviet, the Institute of Nutrition, and the Sanitary Division of the army, worked together to render the findings from Leningrad and the Leningrad Front accessible to the doctors who would need them, who were located not only in the yet to be liberated territories, but deep in the Soviet rear. The instructions mentioned above and other specialized publications were only one venue through which this took place. The medical terminology and expertise accrued in Leningrad and on the Leningrad Front were further diffused to the rest of the country through the evacuation of Leningrad doctors to the rear, chief among them the esteemed physician Georgii Fedorovich Lang, whose relocation to Moscow and appointment as Chairman of the All-Union Society of Physicians made him particularly influential. It was Lang who had recommended Dr. Vovsi's appointment as head physician for the Red Army, and Lang's first few months in Moscow were spent in the apartment of his colleague and friend.[162]

Medical conferences further ensured the diffusion of the Leningrad research. Researchers from Leningrad presented their findings to colleagues in Moscow on a number of occasions, and specialized conferences organized by the People's Commissariat of Health brought researchers from different cities, including Leningrad, together to address the problem of dystrophy.[163] Such was the importance accorded the illness that the first wartime conference of physicians, held in Gor'kii in January, 1943, devoted an entire day to questions of nutritional dystrophy and avitaminoses. Dr. Lang, in what was effectively a keynote address, made a determined case for the use of the term "dystrophy" and offered what the chairman Dr. Strazhesko described as "an exhaustive description of the clinical picture" of dystrophy "based on his own observations in Leningrad."[164] Among the participants were Dr. Vovsi, who would go on to

162. Borodulin, *G. F. Lang*, pp. 96, 98.

163. On the role of the People's Commissariat of Health in organizing conferences, see GARF, f. 8009, op. 2, d. 629; and Dr. Iu. A. Mendeleva in Simmons and Perlina, *Writing the Siege of Leningrad*, p. 159.

164. Lang argued that "we must once and for all settle on the term 'nutritional dystrophy' as the most appropriate." Lang, "Klinika alimentarnoi distrofii," p. 406. N. D. Strazhesko, *Trudy pervoi terapevticheskoi konferentsii* (Gor'kii, 1943), p. 510.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2364**

issue the instructions on dystrophy several months later, and representatives from twenty-five different provinces as well as the front.

At conferences such as this, doctors working in the rear contributed to the growing body of knowledge about dystrophy, drawing on their experiences in cities ranging from Moscow to Tashkent, from Erevan to Sverdlovsk. In the rear, the diagnosis of dystrophy could sometimes be more complicated than in Leningrad. In Leningrad, it was the universal affliction. In the rear, as one doctor noted, "nutritional dystrophy creeps up in an underhanded way. . . . The patient usually cannot say when the illness began. Most frequently patients talk about general weakness and especially weakness in the legs that make moving hard. People who pay little attention to their sensations sometimes only notice the illness when edemas appear."[165]

While in Leningrad dystrophy was a matter of life and death, and fell squarely within the domain of doctors, in the rear dystrophy was treated not only as a medical problem, but as a problem of workplace productivity. Across the country, factory management was confronted with alarming declines in productivity as workers had to be given often repeated work relief. It was in this context that the Sverdlovsk Institute of Labor Hygiene and Professional Illness turned to the issue of dystrophy in the fall of 1943. Labor hygienists presented the war as a kind of perfect storm for the development of dystrophy in its combination of inevitable food shortages with a heightened demand for more intensive work. As N. A. Vigdorchik, who had been evacuated to Sverdlovsk from Leningrad, put it at a conference devoted to the topic, given the efforts required to defeat the enemy, "one cannot think about a short work day, about sufficient breaks at work, about a normal work regime."[166]

For labor hygienists, the risk of developing dystrophy was correlated not with gender or age, but rather with the nature of the work performed.[167] Heavy labor invariably made workers more likely to develop dystrophy,

---

165. GARF, f. A428, op. 47, d. 1408, l. 10.

166. Ibid., l. 7.

167. On this and the conference proceedings more broadly see Filtzer, *Hazards*, pp. 181–182.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2365**

*Rebecca Manley*

and labor hygienists warned that "wartime conditions have made some previously light jobs much harder." For labor hygienists, then, food was only one element in the development of dystrophy. Equally important was the type of labor performed, the length of the walk to work (of 116 patients who were asked about this, the vast majority spent one and a half hours or more getting to and from work, and some as much as four), and the state of heating in factories and dormitories. Vigdorchik stressed that initially, many distrofiks could continue to work, mobilizing their "energy reserves" by sheer force of "will, spirit, and conscious effort." Nonetheless, he warned that ultimately, without treatment, no amount of effort or will would be able to overcome the "energy deficit" and that the individual would find himself unable to work. Vigdorchik recommended that diagnoses must be given in the earliest stages of the illness and that treatment involve not simply respite from work, but also, crucially, additional food. He also cautioned against short stints on the sick list: they almost invariably led to patients cycling in and out of work, never fully recovering.[168]

Vigdorchik's recommendations were incorporated into the revised version of the People's Commissariat of Health's instructions on the diagnosis and treatment of nutritional dystrophy in November 1943. From the outset, the instructions had embodied the key principles of diagnosis and treatment elaborated in Leningrad. Thus the section on treatment emphasized the importance of proteins, recommending the use of yeasts as well as preparations such as casein, and counseled that feeding should be frequent and in small quantities, "not less than five to six times a day."[169] Now an entire section on "prophylactics" was added stressing the need to "diminish the energy expenditures at work" of patients suffering from dystrophy, and recommending a host of measures, some of which, as Wendy Goldman's contribution to this volume makes clear, were already in effect, most notably "the organization of subsidiary agriculture at the workplace, as well as individual gardens."[170] As these rec-

168. GARF, f. A428, op. 47, d. 1408, ll. 7–9, 11, 14–15.
169. GARF, f. 8009, op. 5, d. 235, l. 8.
170. Other measures, to be sure, were alas far from the norm, such as "the provision of workers with vegetables, especially ones rich in vitamins, the preparation of yeasts in quantities sufficient to include them in the daily ration of workers; the preparation of

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2366**

Case 2:02-cr-00220-MCS   Document 2475-8   Filed 10/05/23   Page 353 of 452   Page ID #:22004

ommendations suggest, the Soviet medical establishment was well aware that the principal cause of nutritional dystrophy was insufficient food. Labor hygienists, moreover, addressed not only the pathology of starvation, but the broader social context in which it developed. Dystrophy never acquired nearly the same cultural resonance in the rear as it did in Leningrad. Nonetheless, it became an important term in the lexicon of sanitary inspectors and state officials. While the ability to provide for the ill was sharply constrained, sanitary inspectors and trade union officials regularly mobilized the new vocabulary to insist on better rations for the ill and proper treatment.[171]

It is perhaps not surprising, given the dire conditions, that "nutritional dystrophy" also emerged as an important term in the lexicon of the Gulag during the war. Conditions in the camps deteriorated dramatically in the first two years of the war. The workday increased even as food supplies dwindled. In 1942, the hardest year of the war, one quarter of all inmates perished from hunger and disease. By war's end, over 800,000 had died.[172] Many of them had died, at least according to official statistics, of "nutritional dystrophy."

"Nutritional dystrophy" was sufficiently central to the lexicon of the Gulag that Jacques Rossi included it in his "Gulag handbook." Rossi mistakenly presents "dystrophy" as a "term, incomprehensible to the uninitiated, invented by the administration of the Gulag in the mid- 1930s to replace the old formulation 'from emaciation' in mortality statistics."[173] A more revealing account of the genealogy and significance of the term appears in the work of Gulag survivor Varlam Shalamov. "Nutritional

---

pine extracts and extracts from herbs; oversight of cafeterias and the composition of rational menus, over the correct use of food items." GARF, f. 8009, op. 2, d. 589, l. 6.

171.  See, for example, GARF, f. A-482, op. 47, d. 2370, l. 1; GARF, f. 5451, op. 43, d. 236, ll. 218, 220, 240–42 .

172.  Steven A. Barnes, "All for the Front, All for Victory! The Mobilization of Forced Labor in the Soviet Union during World War Two," *International Labor & Working-Class History,* no. 58 (Fall 2000): p. 242. See also V. N. Zemskov, "Smertnost′ zakliuchennykh v 1941–1945 g.g.," in *Liudskie poteri SSSR v period vtoroi mirovoi voiny. Sbornik statei* (St. Petersburg: BLITs, 1995), pp. 174–177.

173.  Jacques Rossi, *Spravochnik po Gulagu: Istoricheskii slovar′ sovetskikh penitentsiarnykh institutsii i terminov, sviazannykh s prinuditel′nym trudom* (Moscow: Prosvet, 1991), p. 102.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2367**

dystrophy," remarks Doctor Kuzʹmenko in one of Shalamov's tales, "is a terrible thing. Only after the Leningrad blockade was it called by its real name in the camps. Before that the diagnosis was avitaminosis, pellagra, emaciation from dysentery."[174] In this story and others, Shalamov rightly traces the origins of the term not to the Gulag but to the Leningrad blockade. More significantly, in Shalamov's account, the label "dystrophy" serves not to mask the plight of the starving, but to acknowledge it, to name it. As he notes of the diagnosis of nutritional dystrophy in another story, "during the war it was permitted to call hunger 'hunger.' "[175]

The term appears to have come into circulation in the Gulag in late 1943, when the NKVD distinguished dystrophy as a distinct illness, and a short pamphlet on nutritional dystrophy and pellagra was made available to camp medical personnel.[176] The pamphlet was penned by Dr. Iosif Abramovich Kassirskii, who served as head physician of the medical-sanitary division of the Commissariat of Transportation during the war and who spent part of the war on the Leningrad Front. The preface, by the head of the Gulag Sanitary Division, D. M. Loidin, insisted on the importance of distinguishing nutritional dystrophy from pellagra and other avitaminoses. The pamphlet rehearsed the etiology, clinical picture, complications, pathological anatomy, and treatment of nutritional dystrophy. Over two thousand copies were made, and

174. Shalamov, "Shakhmaty doktora Kuzʹmenko," p. 394. Shalamov himself was diagnosed with the condition in 1944, and spent several months in a Gulag hospital. See Lesniak, "Moi Shalamov."

175. Shalamov, "Perchatka," p. 288. See also Varlam Shalamov, "Veismanist," in *Sobranie sochinenii v shesti tomakh*, ed. I. Sirotinskaia (Moscow: Terra, 2004), vol. 1, pp. 538–545. Former Gulag inmate Iulii Margolin likewise presents the diagnosis of nutritional dystrophy as an acknowledgement of "a hungry death." Iu. B. Margolin, *Puteshestvie v stranu Ze-ka* (New York: Izd-vo im. Chekhova, 1952), p. 297.

176. Dystrophy makes its first appearance in the Gulag's annual reports on cause of death and illness only in 1944. In the two preceding years, the statistics seem to subsume all deficiency- related illnesses under the catch-all of "pellagra." That said, the term "dystrophy" appears to have come into use for clinical and administrative purposes in 1943. On cause of death statistics in 1944, see GARF, f. 9414, op. 1, d. 2796, ll. 92, 177; on 1942 and 1943, see GARF, f. 9414, op. 1, d. 2771, ll. 50, 60; Ibid, d. 2784, ll. 89–90, 106; and on administrative uses of the term, see GARF, f. 5446, op. 44, d. 9553, l. 7.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2368**

it was to be distributed widely across the medical facilities of the Gulag.[177]

The production and circulation of this pamphlet suggest the ways in which research generated in Leningrad and on the Leningrad Front was imported into the Gulag. Notably, the Gulag was not itself conceived as an experimental laboratory. Beyond a handful of studies examining the effects of labor therapy, which ranged from the exploitative to the more properly therapeutic, hunger was not an object of organized study within the Gulag. Indeed, the studies of starvation conducted in Nazi concentration camps by German doctors had no parallel in the Soviet Gulag, despite the large number of starving inmates.[178] "Nutritional dystrophy" entered the Gulag as part of an attempt to improve the medical services there, and to endow Gulag medical practitioners with the capacity to name and to treat the afflictions resulting from insufficient food. This is not to suggest that their aims were purely therapeutic. Gulag medicine sought to maximize prisoner productivity within the constraints posed by limited foodstuffs, extreme cold, and grueling physical labor. Nonetheless, the diagnosis of nutritional dystrophy opened up new opportunities for Gulag doctors, and thus helped shape the course of Gulag medicine. It is telling that when Moshe Prywes, a Polish doctor imprisoned in the Gulag at the start of the war, discovered the pamphlet by Kassirskii and Loidin among a stack of papers in the Gulag hospital where he worked, he was overjoyed: the pamphlet allowed him to identify the illness that afflicted his fellow prisoners (in this case pellagra) and devise more

177. I. A. Kassirskii, "Alimentarnaia distrofiia i pellagra (diagnostika, klinika i terapiia)," (Izdaniie GULAGa NKVD SSSR, 1943), in GARF, f. 9414, op. 2, d. 164, ll. 1–17. My information on Kassirskii himself comes from http://kassirsky.ru/.

178. I am grateful to Dan Healey for drawing my attention to these experiments and for sharing his unpublished work on Gulag medicine with me. On attempts to study the effects of labor on dystrophy patients in the late war and postwar years, see Dan Healey, "Combatting 'Enforced Idleness' in Gulag Hospitals: Labour as 'Therapy' in Stalin's Forced Labor Camps, 1943–1953," paper presented at the Russian and Soviet Cultural and Social History Seminar, University of Oxford, January 23, 2013. On the relative paucity of research into nutritional deficiencies, see Dan Healey, "Medical Investigations in Stalin's Gulag: A Research Culture behind Barbed Wire, 1930–1956," paper presented at the Munk Centre for Global Affairs, University of Toronto, February 3, 2011.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2369**

*Rebecca Manley*

effective treatments for dystrophy, pellagra, and other vitamin deficiencies. Many years later, as an established doctor in Israel, Prywes still had his copy of the pamphlet.[179]

As diagnoses of dystrophy multiplied in the camps, it became common to speak not only of dystrophy, but also, as in Leningrad, of distrofiks. The figure of the distrofik became a symbol of the afflictions of camp inmates, and of the way that the organized hunger of the Gulag laid waste to the human body and transformed the mind. To be sure, the term "distrofik" never acquired the currency in the Gulag that it had in Leningrad. By the time the war broke out, the Gulag had already generated its own term to designate those who were on their last legs, wasted away by hunger—the *dokhodiaga*.[180] Definitions of the dokhodiaga bear striking resemblances to the Muselmann of the Nazi camps, a similarity that Primo Levi commented on after reading Solzhenitsyn: the Muselmann, he wrote, "is mirrored exactly, even in its cynical irony, by the Russian term dokodjaga, literally 'come to an end,' 'concluded.'"[181] While "distrofik" had a distinctly medical valence in the Gulag, it nonetheless came to be used synonymously with "dokhodiaga," supplementing though never displacing the older and more pervasive term.[182]

179. Prywes and Chertok, *Prisoner of Hope*, pp. 136–137.

180. The term *dokhodiaga* features prominently in the testimonies of survivors and is included in every dictionary or lexicon of Gulag terminology. The first published instance of the term I have found dates to 1940, and is in a book written by a former inmate who made his way to China. In the glossary that accompanies his book, he defines the *dokhodiaga* as someone who "intends to get all the way to socialism," "a person who is wasted away due to insufficient food and excessive work." Igorʹ Volkov, *Solntse vskhodit na vostoke,* vol. 2 (Kharbin: Izd. Monarkhicheskago obʹedineniia, 1940), p. 301. A similar etymology was noted by another former inmate in emigration after the war. Vladimir Volkov, *It Happens in Russia: Seven Years Forced Labour in the Siberian Goldfields* (London: Eyre and Spottiswoode, 1951), p. 181. Note that the term *dokhodiaga* would not have been known to the population of Leningrad during the war, although there is some evidence that it came to be used among Russian POWs in German camps. See Vasily Grossman, *Life and Fate*, trans. Robert Chandler (New York: New York Review Books, 2006), p. 33, and V. S. Varshavskii, *Semʹ let: Povestʹ* (Paris: self-published, 1950), p. 198.

181. Primo Levi, *The Drowned and the Saved* (New York: Vintage International, 1989), p. 98.

182. As one memoirist put it, *dokhodiaga* "is the social designation of my status as a human being. There is also a medical designation—distrofik." V. Belousov, *Zapiski*

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2370**

As the Red Army marched toward Berlin, Red Army doctors brought their knowledge of nutritional dystrophy with them. Red Army medical staff identified distrofiks among the liberated populations of Nazi camps and accorded them a special diet, building on knowledge gained by their experience in and around Leningrad and in evacuation hospitals in the rear.[183] At the same time, nutritional dystrophy entered into Soviet public discourse as a signature Nazi crime, the product of a deliberate starvation plan that was graphically communicated in the press through photographs of emaciated bodies. Medical and forensic expertise was marshaled to document the number and severity of cases for the Extraordinary Commission on Nazi Crimes, and the results of these reports were disseminated in the press. An article in *Pravda* entitled "German Doctors . . . Killed Soviet Prisoners of War with Hunger" described how "nutritional dystrophy in both its cachetic and edematous forms" had resulted from the inadequate camp rations.[184]

Nutritional dystrophy also figured among the evidence marshaled of Nazi crimes at Auschwitz. Indeed, the Soviet forensic medical commission at Auschwitz presented "nutritional dystrophy" as the "principal sickness" among the camp's survivors.[185] Its report devoted an entire section to the illness, and followed what its authors referred to as "the existing classification schemes," treating the "dry" and edematous forms separately and conforming to the three-stages formula first developed

---

*dokhodiagi* (Ashkhabad: Turkmenistan, 1992), p. 3. Jacques Rossi lists *dokhodiaga* as a synonym for *distrofik* under his treatment of the latter term. Rossi, *Spravochnik po Gulagu,* p. 102. In *The Gulag Archipelago,* Solzhenitsyn generally uses the term *distrofik* in explicitly medical contexts, but on occasion he uses the terms synonymously. See Aleksandr Solzhenitsyn, *Arkhipelag GULag,* vol. 3 (Paris: YMCA Press, 1975), p. 122.

183.  The Sanitary Division of the Red Army issued its own directives on the diagnosis and treatment of nutritional dystrophy. These drew on the experience in and around Leningrad, although they also contained their own specificities (such as weight-loss measures to determine the stage of dystrophy), and were adapted to frontline conditions. See, for example, "Ukazaniia po raspoznavaniiu i lecheniiu rasstroistv obshchego pitaniia i avitaminozov," (Moscow: Medgiz, 1942); "Ukazaniia po raspoznavaniiu, lecheniiu i profilaktike alimentarnoi distrofii i avitaminozov," (Tashkent, 1944).

184.  *Pravda,* August 3, 1944, p. 3. A photo of an emaciated Soviet prisoner of war accompanied the article.

185.  GARF, f. 7021, op. 108, d. 18, l. 14.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2371**

in Leningrad.[186] Dystrophy figured in Soviet press descriptions of the survivors,[187] and in 1946 was showcased on an international stage as part of the proceedings at Nuremberg, where cases of "elementary [*sic*] dystrophy" among survivors of Auschwitz were presented as evidence of Nazi crimes.[188] Far from a euphemism, then, "nutritional dystrophy" served in these articles and legal proceedings to name the illness that resulted from the Nazi hunger plan, and to lend medical authority to claims of Nazi crimes. The term was sufficiently central to Red Army descriptions of the state of starving inmates at Auschwitz that when Soviet authorities commissioned Primo Levi and a fellow Italian Jewish survivor of Auschwitz, the physician Leonardo de Benedetti, to write a report on medical conditions in the camp, they presented their analysis of starvation under the rubric of "nutritional dystrophy."[189]

Given the centrality of the term in the Gulag, it is not surprising that German prisoners returning home in the years following the war brought the term "nutritional dystrophy" with them. "Dystrophy" became a key term, in the words of Frank Biess, in "the diagnostic arsenal of the German medical and psychiatric professions."[190] While German studies of dystrophy were based primarily on observations of returning POWs,

186. Ibid., l. 15. The genealogy of both the term and the three stages classification is openly acknowledged in a report of the Polish Commission charged with investigating Nazi crimes. In its description of a camp survivor at Auschwitz, the report's authors note that she had "the illness that doctors call *dystrophia alimentaris*. Following the terminology of Soviet doctors who base themselves on the experience from the era of the Leningrad blockade, it is nutritional dystrophy of the third degree." Archives Nationales de France, 736Mi/1, p. 2. I thank Nathalie Moine for sharing this material with me.

187. An article on the camp published only days before the war's end noted that over one quarter of the children were diagnosed with "nutritional dystrophy (extreme emaciation)." The article on "the murder of children" appeared in a two-page spread on the findings of the Extraordinary State Commission on German-Fascist Crimes at Auschwitz in *Pravda,* May 3, 1945, p. 3.

188. The Russian original was *alimentarnaia distrofiia*, but the translator rendered it as "elementary."

189. Primo Levi and Leonardo de Benedetti, *Auschwitz Report,* trans. Judith Woolf, ed. Robert S. C. Gordon (New York: Verso, 2006), pp. 47–49. On Levi's experiences at this time see Levi, *The Truce: A Survivor's Journey Home from Auschwitz* (London: Bodley Head, 1965).

190. Frank Biess, *Homecomings: Returning POWs and the Legacies of Defeat in Postwar Germany* (Princeton, N.J.: Princeton University Press, 2006), p. 71.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2372**

considered the paradigmatic victims of the affliction, they also drew in important ways on wartime research.[191] *Die Dystrophie,* for instance, by the Hamburg professor Dr. Heinrich Berning, was largely based on the experiments he conducted on Soviet prisoners of war in German captivity.[192] The work underscores the complexity of the postwar circulation of ideas and medical terminology. Hungry bodies traversed Europe during the war and its immediate aftermath, carrying not only the increasingly recognizable markers of starvation, but also new terms to name it. "Dystrophy" emerged as a potent way to name the affliction that seemed to characterize so many of the war's victims, but the term was used in different ways in different contexts. In postwar Germany, the term came to denote less the ravages of starvation than the peculiar apathy that characterized the former prisoners of war. According to Frank Biess, the diagnosis of dystrophy served to shift attention away from soldier's experiences of war to their experience in Soviet captivity, thus helping to fuel the discourse of German victimization.[193] It was also used to draw parallels between the plight of Germans in the Soviet Union and the plight of the victims of Nazism.[194]

In the immediate postwar years, the terms "dystrophy" and "distrofik" entered into more general circulation. Both terms were included in Ozhegov's Russian dictionary of 1949, marking "dystrophy's" passage from the more rarified world of foreign terms to mainstream Russian

191.  Alice Autumn Weinreb, "Matters of Taste: The Politics of Food and Hunger in Divided Germany 1945–1971," (PhD dissertation, University of Michigan, 2009), p. 166.

192.  Biess, *Homecomings,* p. 74. There were other notable postwar studies with a similar genealogy. See ibid. and Weinreb, "Matters of Taste," pp. 113–114.

193.  Biess, *Homecomings,* pp. 72–73.

194.  In postwar Germany there were heated debates about whether the victims of Nazi concentration camps should be considered under the umbrella of "Dystrophie" (like the returning German POWs) or whether they in fact suffered from their own affliction. The first volume to address the afflictions of camp inmates and Nazism's victims included a Soviet contribution, which detailed the findings of Soviet doctors during the war. See Goukassian, "Hungerdystrophie," in Max Michel, ed., *Gesundheitsschäden durch Verfolgung und Gefangenschaft und ihre Spätfolgen. Zusammenstellung der Referate und Ergebnisse der Internationalen Sozialmedizinischen Konferenz über die Pathologie der Ehemaligen Deportierten und Internierten, 5.–7. Juni 1954 in Kopenhagen, und ergänzender Referate und Ergebnisse* (Frankfurt am Main: Röderberg-Verlag, 1955), pp. 133–134. On the volume more generally see Weinreb, "Matters of Taste," pp. 166–172.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2373**

speech, and subsequently in a Dictionary of Contemporary Russian Literary Language.[195] The diffusion of literature about the siege of Leningrad undoubtedly played a role in this process. When Ol′ga Berggol′ts traveled to Moscow in the spring of 1942, she was shocked to find that Muscovites "had not heard anything about an illness called dystrophy. They asked me: is it fatal?" Such questions were unimaginable only a few years later. Early literary accounts of the blockade translated "dystrophy" into laymen's terms for the reading public: one might consider Inber's "Pulkovo Meridian," cited in the introduction to this chapter, or Aleksandr Fadeev's account of his visit to the blockaded city, published in 1944, in which he pauses at the first mention of the word: "It was the first time I heard this word 'distrofik,' derived from the word 'dystrophy,' signifying a terrible illness—starvation [*istoshchenie*]."[196]

The postwar diffusion of the term, however, also reflected other developments. In 1946, large swaths of the Soviet Union suffered from a devastating harvest failure. "Nutritional dystrophy" was used by doctors and officials in the Soviet Union to describe the state of the starving during the famine that ensued. Few of the doctors who spoke about the relevance of their research during the war could have imagined that it would need to be applied in the postwar period so close to home. The knowledge accrued during the war was quickly redeployed to treat the latest victims of starvation. In early 1947, for example, Dr. Kassirskii, head physician for the sanitary division of the Ministry of Transportation, prepared an abbreviated version of the directives he had drawn up in 1943 for use in the Gulag, on the basis of his experiences on the front, for use in the ministry's network of hospitals and clinics. Issued in mid-February

195. *Slovar′ russkogo iazyka*, ed. S. I. Ozhegov and S. P. Obnorskii (Moscow: Gos. izd-vo inostrannykh i national′nykh slovarei, 1949); *Slovar′ sovremennogo russkogo literaturnogo iazyka,* vol. 3 (Moscow: Izdatel′stvo Akademii nauk SSSR, 1954). p. 811. In these entries, "dystrophy" was defined in much the same way as in the prewar dictionary of foreign terms, with the notable addition of the term "emaciation" (or "malnutrition") in the literary dictionary. Moreover, the dictionaries included the term "distrofik," absent in the prewar dictionary and presented in the literary dictionary as a colloquial way of designating someone suffering from dystrophy.

196. Letter to G. P. Makogenko dated March 8, 1942, in Berggol′ts, *Ol′ga. Zapretnyi dnevnik,* p. 204; Aleksandr Fadeev, "Leningrad v dni blokady," in *Sobranie sochinenii v semi tomakh* (Moscow: Izdatel′stvo Khudozhestvennaia Literatura, 1969), vol. 4, p. 113.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2374**

1947, the directives were designed to ensure prompt and appropriate treatment of nutritional dystrophy and pellagra, with a view to "liquidating" the "isolated" cases and curing those who were already ill.[197] A mere one week later, a concise, twenty-two page overview of nutritional dystrophy penned by Dr. Gel′shtein was sent off to the press with a printing run of ten thousand. One might easily think that the short booklet was simply Gel′shtein's attempt to ensure that the research dimension of his wartime work was not lost for posterity (his previous publications, after all, had been in collected volumes or for internal medical use only). The timing of the publication, however, along with the fact that it was edited by Dr. Kassirskii, suggests that like Kassirskii's own directives, it was intended to meet more immediate needs.[198]

The famine of 1946–1947 also afforded some doctors an opportunity to complete research begun during the war: as Dr. Gubergrits explained in a letter to a ministry of health official, he had begun his research on dystrophy in Cheliabinsk during the war. At the time, convinced through trial and error that the depleted body was not always able to process the proteins it so desperately needed, he and his colleagues sought to find alternative ways to make proteins readily available. In wartime conditions, the only viable option was blood transfusion. What they really wanted to try—giving patients amino-acids, essentially proteins which had already been broken down—was simply not technically feasible at the time. By 1946, the technical obstacles had been overcome, and the postwar famine provided Gubergrits and his colleagues with renewed experimental possibilities. While at first the preparation was administered only to dogs, when these experiments proved successful, he extended them to the human population.[199] As he put it to the ministry official, "as you know, last year and in the first half of this year in Ukraine, such patients could be found." Dr. Vovsi was sufficiently impressed with his research that he recommended that the Medical Council "popularize" his results,

197. V. Zakharchenko and I. Kassirskii, *Ukazaniia po raspoznavaniiu i lecheniiu obshchikh rasstroistv pitaniia i avitaminozov* (Moscow: Transzheldorizdat′, 1947), p. 6.

198. Gel′shtein, *Alimentarnaia distrofiia*. The same does not appear to be true of an important collection of Leningrad research on dystrophy published the same year. Chernorutskii, *Alimentarnaia distrofiia v blokirovannom Leningrade*.

199. GARF, f. 8009, op. 2, d. 1111, ll. 42, 8–11.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2375**

and stressed their significance for the treatment of dystrophy along with a range of other illnesses.[200]

### CONCLUSION

The war heralded a new openness about hunger's medical effects, and provided an opportunity to openly discuss afflictions that doctors had previously hardly dared write about: at the conference held in Gork′ii in early 1943, some participants explicitly compared what they were witnessing to 1933, and in the concluding remarks to the conference, N. D. Strazhesko, head of the Ukrainian Institute of Experimental Medicine and member of the Soviet Academy of Sciences, offered a corrective to some of the day's proceedings, drawing "in part on secondary literature, and in part on my own observations and research, conducted in the Ukraine in the hungry years [*golodnye gody*]."[201] Mention of these "hungry years" would have been unthinkable before the war, and even though Strazhesko himself published an article on edemas at the time, it was a lone exception. In 1932–1933, genuine research on starvation was simply not possible. Some fifteen years later, this was no longer the case. Between the famines following collectivization and the famines of 1946–1947 stood the war, which had transformed hunger into a legitimate arena of research. To be sure, starvation remained a sensitive subject, and the postwar famine was passed over in silence in the press. Nonetheless, under the heading of "dystrophy," it was now possible to identify the victims of starvation and even to treat them.[202] Researchers, moreover, could engage in genuine scientific debate. While discussion of hunger's causes was off limits, its consequences were not.

200. GARF, f. 8009, op. 2, d. 1111, ll. 42, 2-–3.

201. In his contribution to the discussion at the 1943 Gor′kii conference, R. I. Zak noted, for instance, that wartime pellagra manifested itself quite differently from the pellagra he observed among civilians in 1933. *Trudy pervoi terapevticheskoi konferentsii* (Gor′kii, 1943), p. 504. See also N. D. Strazhesko's comments in the same volume, p. 510.

202. Aid for the starving was woefully inadequate, but not altogether nonexistent. See V. F. Zima, *Golod v SSSR 1946–1947 godov: Proiskhozhdenie i posledstviia* (Moscow: Institut Rossiiskoi Istorii RAN, 1996), pp. 129–144; Nicholas Ganson, *The Soviet Famine of 1946–47 in Global and Historical Perspective* (New York: Palgrave Macmillan, 2009), pp. 27–46.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2376**

Hunger thus emerged from the war as a genuine medical condition. Once seen by the Russian medical profession primarily as a problem of public hygiene, hunger had now become an illness in its own right. In this sense, the advent of "nutritional dystrophy" did indeed signal a medicalization of hunger. Any argument about medicalization, however, must be carefully qualified. At no time did physicians doubt that the causes of the illness they observed around them lay in a shortage of food. Nor did they believe that medicine offered a solution to hunger. Often starving themselves, doctors recognized that the only viable *solution* to the illness lay tragically beyond their reach: an improvement in the food supply. Beyond this, they could only hope to deepen their knowledge and improve treatment in an effort, in the words of Vladimir Garshin, to make "death help life."[203]

Wartime medical research on hunger sought not only to better understand its medical effects, but to document, in Chernorutskii's words, "life at the limit." Lidiia Ginzburg's *Notes of a Blockade Person,* begun in 1942 (and subsequently rewritten and rearranged), constituted another attempt to document the physiological and psychological effects of starvation. Ginzburg's work stands as an important testament to the way that the dire food shortages of the Second World War prompted new forms of reflection upon hunger. Like the city's doctors, Ginzburg used the term "dystrophy" not to mask the transformations wrought upon the "siege person," but to highlight them.

Chernorutksii, in his conclusion to an article about nutritional dystrophy, drew a contrast between "the limitless strength of our people's spirit, on the one hand, and the limits of the endurance of the human organism," both of which had been cast into sharp relief by the experience of the blockade.[204] Indeed, it was precisely the difficult material conditions that set the true strength of the "people's spirit" into relief. Wartime discourse celebrated the capacity of Soviet citizens to dedicate themselves to a higher moral plane. In this patriotic discourse, as in

203. This was the title of Garshin's memoirs of the blockade, which he completed in February 1944 and dedicated to his deceased wife. Garshin, "Tam gde smert′ pomogaet zhizni."

204. Chernorutskii, "Problema alimintarnoi distrofii," p. 12.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2377**

Bolshevik discourse more broadly, excessive preoccupation with food was seen as a mark of inferiority.[205] An ability to rise above one's stomach was seen as an essential element of the truly patriotic citizen.

Lisa Kirschenbaum, in her work on "the legacy of the siege of Leningrad," has traced the evolving discourse of sacrifice and heroism into which Leningraders embedded their narratives of the siege.[206] Even Lidiia Ginzburg wrote that "the people of besieged Leningrad worked (while they could) and saved (if they could) both themselves and their loved ones from dying of hunger. And in the final reckoning that was also essential to the war effort, because a living city barred the path of an enemy who wanted to kill it."[207] Ginzburg imbues the very act of survival with a higher meaning: "on that other, historical scale, his will to self-preservation is serving the vast complex of a whole country at war."[208] In the medical literature, frequent references were made to the resilience of the Soviet people. A piece on changes in the psyche, for instance, concluded by drawing attention to the relative rarity of cases of psychosis, which, in the eyes of the authors, stood as testimony to the way Soviet citizens' "moral character, their heightened sense of duty, their limitless devotion and love for the motherland, and hatred of those who dare encroach upon their freedom and independence" all contributed to the "resilience of the nervous system."[209] The head of the Leningrad Health Department, F. I. Mashanskii, similarly attributed the absence of what

205.  Consider, for instance, the terms in which Aleksandr Sheliubskii, a political officer in the Red Army, denigrated the enemy: "The Germans don't know how to endure hunger. Our Russian soldier was always able to endure hunger, not only in this Patriotic War but also during the Civil War and all other wars. The Germans don't know how to deal with hunger. When they fight, they are used to stuff themselves like pigs. I can prove this on the basis of their letters. It's really creepy—all they talk about is food. . . . Eating for them comes first. All that they have in their brain is grub." Quoted in Jochen Hellbeck, " 'The Diaries of Fritzes and the Letters of Gretchens': Personal Writings from the German-Soviet War and Their Readers," *Kritika: Explorations in Russian & Eurasian History* 10, no. 3 (2009): 600–601.

206.  Kirschenbaum, *The Legacy of the Siege of Leningrad*.

207.  Ginzburg, *Blockade Diary*, p. 3.

208.  Ibid., p. 94.

209.  Abramovich and Mnukhin, "Klinika alimentarnoi distrofii: Izmeneniia psikhiki," p. 118.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2378**

he took to be some of the characteristic psychological effects of hunger to Leningraders' higher devotion to the cause.[210]

At the same time, the figure of the distrofik seemed to negate the very possibility of purposeful sacrifice. In his "indifference" and all-consuming focus on food, the distrofik seemed to be incapable of committing himself to a higher cause. Descriptions of the distrofik and of the effects of hunger repeatedly returned to the moral degradation that accompanied dystrophy. Cruelty and humiliation figure in many written records of the siege, and are key attributes of the distrofik in Lidiia Ginzburg's portrait of the siege person. Elena Kochina later wrote that "we came to know a hunger that degraded and crushed us, that turned us into animals." In a similar vein, Olga Freidenberg described her soul as a "siege person" as "desecrated."[211]

As these comments suggest, the experience of hunger was central to wartime myths, but also threatened to destabilize them. Since the war itself, hunger has stood at the nexus of divergent narratives of the war, narratives of solidarity and sacrifice on the one hand (epitomized by the willingness to endure hunger and to share one's bread), and of breakdown and betrayal on the other (epitomized by stories of cannibalism and theft). Cases of dystrophy were marshaled by Soviet authorities as proof of Nazi atrocities, but when they occurred among Soviet soldiers or on Soviet territory, they threatened to turn the charges of "death by starvation" back upon Soviet power.

Dystrophy and the figure of the distrofik served to medicalize one of the central forms of wartime suffering: starvation. At the same time, as this chapter has tried to suggest, dystrophy became a powerful means of denoting an age-old affliction that had appeared in a new guise, displaced from its traditional domain in the geographic imagination—the countryside—and separated from its traditional companions—typhus, cholera, and typhoid fever. Coined in Leningrad, and to some degree forever a "Leningrad illness," the term nonetheless came to denote the suffering not only of the city under siege, but also of the Gulag, the POW camps, and even Auschwitz. Dystrophy entered into widespread

210. In Gladkikh, *Zdravookhranenie i voennaia meditsina v bitve za Leningrad*, p. 80.
211. Cited in Kirschenbaum, *The Legacy of the Siege of Leningrad*, pp. 62, 63.

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2379**

*264*                                                    *Rebecca Manley*

circulation at the moment when institutionalized, organized starvation reached its apogee. While the bodily transformations wrought by hunger were nothing new (edemas had, after all, been described by the ancients), the experience of war generated a new conceptualization of hunger as an illness and generated a powerful urge to document and understand the nature of life "at the limit."

This content downloaded from 130.166.3.5 on Thu, 27 Feb 2020 20:07:23 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 145 - 2380**

# EXHIBIT 146

Behavioral Sciences and the Law
Behav. Sci. Law **33**: 701–721 (2015)
Published online 11 September 2015 in Wiley Online Library
(wileyonlinelibrary.com) DOI: 10.1002/bsl.2200

# Epigenetic Alterations Associated with War Trauma and Childhood Maltreatment

Laura Ramo-Fernández, Lic.-Biol.*, Anna Schneider, Dipl.-Psych.[†],
Sarah Wilker, Ph.D.[†] and Iris-Tatjana Kolassa, Ph.D.[†]

**Survivors of war trauma or childhood maltreatment are at increased risk for trauma-spectrum disorders such as post-traumatic stress disorder (PTSD). In addition, traumatic stress has been associated with alterations in the neuroendocrine and the immune system, enhancing the risk for physical diseases. Traumatic experiences might even affect psychological as well as biological parameters in the next generation, i.e. traumatic stress might have transgenerational effects. This article outlines how epigenetic processes, which represent a pivotal biological mechanism for dynamic adaptation to environmental challenges, might contribute to the explanation of the long-lasting and transgenerational effects of trauma. In particular, epigenetic alterations in genes regulating the hypothalamus–pituitary–adrenal axis as well as the immune system have been observed in survivors of childhood and adult trauma. These changes could result in enduring alterations of the stress response as well as the physical health risk. Furthermore, the effects of parental trauma could be transmitted to the next generation by parental distress and the pre- and postnatal environment, as well as by epigenetic marks transmitted via the germline. While epigenetic research has a high potential of advancing our understanding of the consequences of trauma, the findings have to be interpreted with caution, as epigenetics only represent one piece of a complex puzzle of interacting biological and environmental factors. Copyright © 2015 John Wiley & Sons, Ltd.**

## INTRODUCTION

Reports of violent or traumatic events, such as the East Ukraine crisis or the Syria conflict but also severe civilian violence, including childhood maltreatment or sexual violence, dominate our daily newspapers. The ephemerality of such news creates a sharp contrast to the long-lasting, but often invisible, consequences for the survivors of trauma and violence.

Trauma survivors are at increased risk to develop disorders of the trauma spectrum such as post-traumatic stress disorder (PTSD) or depression. While the latter can arise in response to different environmental stressors, PTSD is unique among the psychiatric disorders as it requires experience of a traumatic event to manifest. These psychological disorders may take a chronic course and are associated with low levels of social and economic functioning, higher rates of suicidality and less active societal participation

*Correspondence to: Laura Ramo-Fernández, Lic.-Biol., Clinical and Biological Psychology, Institute of Psychology & Education, Ulm University, Albert-Einstein-Alle 47, 89069, Ulm, Germany. E-mail: laura.ramo@uni-ulm.de
[†] Clinical and Biological Psychology, Ulm University, Germany

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2381**

702    L. Ramo-Fernández *et al.*

(Sareen et al., 2005; Stansfeld, Clark, Rodgers, Caldwell, & Power, 2010). However, the consequences of trauma and violence are not limited to psychosocial functioning, but can be extended to physical health. Trauma survivors show changes in the immune and the neuroendocrine system (Danese, Pariante, Caspi, Taylor, & Poulton, 2007; Hunter, Minnis, & Wilson, 2011) and a higher risk for infections, diabetes, cardiovascular disease or even cancer (Norman et al., 2012). Epigenetic modifications might represent one piece in the puzzle of the link between traumatic stress exposure and associated health consequences (Bick et al., 2012). Finally, the impact of traumatic experiences can even be transmitted to the next generation, referred to as a transgenerational cycle of trauma and maltreatment. Among the complex factors accounting for this transgenerational transmission, epigenetic alterations could play a pivotal role.

After introducing the field of epigenetics to the reader, this selective literature review describes the psychological and biological consequences of war trauma and childhood maltreatment. It is followed by an explanation of how epigenetic alterations might partially account for these trauma-associated alterations. The next section is devoted to the transgenerational transmission of trauma, violence and PTSD. Again, we start by explaining risk factors on the behavioral level and proceed with illuminating alterations on the biological level, with a focus on how epigenetic processes could mediate the transmission to the next generation.

## An Introduction to Epigenetics

Shortly after Rosalind Franklin started her studies on deciphering the molecular structure of DNA and James Watson and Francis Crick described the DNA double helix structure (Watson & Crick, 1953), the belief that DNA carries important biological information that flows in a unique single direction was widely disseminated. The so called "central dogma" of molecular biology stated that biological information is transcribed from DNA into RNA, which is translated into proteins (Crick, 1970). However, the veracity of the central dogma was called into question for two reasons: First, studies suggested the existence of DNA modifications that were acquired throughout life—epigenetic mechanisms (Holliday & Pugh, 1975; Jaenisch & Bird, 2003); and second, because genetic risk factors alone did not completely explain the estimated heritability for the majority of diseases and traits, commonly referred to as the "missing heritability problem" (Chaufan & Joseph, 2013; Manolio et al., 2009). As an example, according to twin studies, genetic factors were estimated to account for at least 60% of individual variability in schizophrenia risk (Picchioni & Murray, 2007). However, the genetic risk factors reliably identified by large-scale meta-analyses explained only a small proportion of the total phenotypic variance (Gershon, Alliey-Rodriguez, & Liu, 2011). Explanations for the missing heritability include methodological issues (e.g., small sample sizes, inadequate selection of control groups, imprecise definition of phenotypes, neglect of gene × environment interactions, and a focus on samples with European ancestry) as well as reasons more inherent to genetic association studies. The latter comprises (1) the small effect sizes of single genetic risk factors, (2) the fact that genes act in pathways, which would require the modulation of complex gene × gene interaction analyses, (3) the existence of non-additive genetic effects (e.g. dominance and epistasis) and (4) the potential impact of rare variants or structural variations such as copy number variations, which are much more difficult to study in population-based studies (diLalla & Gottesman, 1991; Gershon et al.,

Copyright © 2015 John Wiley & Sons, Ltd.

Behav. Sci. Law **33**: 701–721 (2015)
DOI: 10.1002/bsl

**Exhibit 146 - 2382**

2011; Manolio et al., 2009). Finally, epigenetic modifications of the genetic loci under investigation might influence gene expression and hence mask the effects of the genetic risk factor. Accordingly, the investigation of epigenetic modifications could contribute to our understanding of the remaining variability in disorder liability (Slatkin, 2009).

Epigenetic mechanisms are long-term DNA modifications that do not affect the sequence but do modulate gene regulation and expression. The most extensively described epigenetic mechanism in the context of psychiatry is DNA methylation, which consists of the addition of a methyl group to a cytosine residue followed by guanosine, referred to as "CpG sites" (Jaenisch & Bird, 2003). Since epigenetic modifications are crucial for the cellular differentiation process (i.e., the fact that all cells carry the same DNA but exert different functions; Morgan, Santos, Green, Dean, & Reik, 2005), they need to be at least somewhat stable. However, epigenetic modifications could be also responsible for environmentally shaped gene expression in order to adjust to life's demands (Francis, 2011), which would imply at least partial flexibility. The discovery of enzymes responsible for dynamic epigenetic changes, including DNA methyltransferases and histone acetyltransferases (Ramchandani, Bhattacharya, Cervoni, & Szyf, 1999; Rice & Allis, 2001; Strahl & Allis, 2000), provided the first evidence that epigenetic processes could indeed flexibly respond to environmental influences. This idea is reflected in the concept of behavioral epigenetics, which describes behavioral adaptations by epigenetically shaped gene expressions in response to difficult life experiences.

Among the complex interacting biological and environmental factors that could account for the consequences of trauma and its transgenerational transmission (see Fig. 1), this selective literature review predominantly focuses on the role of epigenetic processes. Epigenetic processes could be of particular importance in the field of trauma, as they can flexibly adapt to environmental challenges (in contrast to genes) and these adaptions can also become at least partly stable (in contrast to mRNA and proteins).

# LONG-LASTING EFFECTS OF WAR TRAUMA AND MALTREATMENT

## Posttraumatic Stress Disorder and the Building Block Effect of War Trauma

PTSD is characterized by (1) intrusive re-experiencing of the traumatic event in the form of recurrent dreams, thoughts, sensations or flashbacks, (2) avoidance of potentially trauma reminding thoughts or activities, (3) emotional numbing as well as persistent alterations in mood and cognition and (4) a heightened state of alertness or arousal (American Psychiatric Association, 2013). As indicated in the introduction, the experience of a traumatic event is a necessary condition to develop PTSD. Yet, the development of PTSD after a single traumatic experience seems to be the exception rather than the rule. While 50–60% of study participants reported at least one potential traumatic experience in western non-war countries, only 5–10% of them developed PTSD (Kessler, Sonnega, Bromet, Hughes, & Nelson, 1995; Kessler et al., 2005). Studies investigating PTSD in

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2383**

704    L. Ramo-Fernández *et al.*

Figure 1.  Epigenetic modifications represent one piece of the complex puzzle linking trauma experiences to an elevated risk of psychopathology and adverse physical health consequences. The arrows indicate interacting pathways between the biological and environmental factors that are more commonly described in the literature. The dark grey color represents the major contributors to the transgenerational transmission of the possible consequences of trauma, which include not only internal factors such as (epi)genetic variants, but also behavioral responses such as lifestyle and parenting imitation.

war affected countries reported higher prevalence rates, ranging from 16% lifetime prevalence reported in Ethiopia up to 37% in Algeria (de Jong et al., 2001). Another survey showed current prevalence rates of up to 40% among West Nile refugees (Neuner et al., 2004). The detrimental effects of war trauma on psychological well-being can be explained by the so-called "building block effect" of traumatic load (Schauer et al., 2003): It has been repeatedly shown that the number of different traumatic event types experienced increases the risk of developing PTSD in a dose–response manner (Brewin, Andrews, & Valentine, 2000; Dunmore, Clark, & Ehlers, 2001; Fawzi et al., 1997; Kolassa, Kolassa, Ertl, Papassotiropoulos, & De Quervain, 2010; Neugebauer et al., 2009; Neuner et al., 2004), while the likelihood of spontaneous remission from PTSD decreases with accumulating trauma exposure (Kolassa, Ertl, Kolassa, Onyut, & Elbert, 2010). Furthermore, there seems to be no ultimate resilience towards PTSD: Neuner et al. (2004) investigated 3,339 West Nile refugees in Uganda and showed that the probability of developing PTSD approximated 100% after having experienced extreme levels of traumatic stress. Accordingly, this important environmental risk factor should be included in every study examining individual risk factors for PTSD. However, one important critical point is the lack of consistency when measuring "trauma load" (Maier, 2007). For instance, it is not clear whether the frequency of traumatic events, the severity or the age should also be considered (Wilker et al., in press). It is also unclear whether it is adequate to define trauma load as the unweighted sum of traumatic events, or whether some events, such as interpersonal violence (Breslau et al., 1998) and sexual violence in

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2384**

particular (Maercker, Michael, Fehm, Becker, & Margraf, 2004; Maercker et al., 2009; Schoedl et al., 2010), should be given more weight, as they are associated with a higher risk of PTSD.

## Childhood Maltreatment and Associated Psychological Consequences

Childhood maltreatment comprises sexual, physical and emotional abuse as well as physical and emotional neglect (Butchart, Harvey, Mian, & Furniss, 2006; Cicchetti & Toth, 2005; Myers, 2011) and can have a detrimental impact on a child's development and psychological as well as physical health throughout life (Schury & Kolassa, 2012). In a U.S. survey with 4,503 children and adolescents (aged one month up to 17 years), Finkelhor, Turner, Shattuck, and Hamby (2013) reported a lifetime prevalence of 9.6% for physical abuse, 14.9% for emotional abuse and 14.6% for neglect by caregivers, and 9.5% for any sexual victimization by adults and peers. Thombs et al. (2006) reported a similar prevalence, with higher rates of physical and emotional abuse among boys and higher rates of sexual abuse among girls. Concerning child sexual abuse, a global meta-analysis based on 331 independent samples estimated a general prevalence of 11.8%, with a prevalence of 18% in female samples and 7.6% in male samples (Stoltenborgh, van IJzendoorn, Euser, & Bakermans-Kranenburg, 2011).

The potentially adverse consequences of childhood maltreatment are manifold: On the one hand, experiencing maltreatment during childhood can lead to an increased risk for internalizing behavioral problems (e.g., depression, anxiety), presumably more common among women (Ackerman, Newton, McPherson, Jones, & Dykman, 1998; Fergusson, Boden, & Horwood, 2008; Moylan et al., 2010; Norman et al., 2012), and externalizing behavioral problems (e.g., aggressive behavior, delinquency), more often observed in men (Ackerman et al., 1998; Evans, Davies, & DiLillo, 2008; Moylan et al., 2010). On the other hand, the experiences of abuse can repeat themselves: Victims of childhood maltreatment are at increased risk to be abused during adulthood or to become involved in relationships with abusive partners (Barrios et al., 2015; Bensley, Van Eenwyk, & Wynkoop Simmons, 2003). Moreover, the risk of becoming perpetrators themselves and abusing their spouses and children (Duke, Pettingell, McMorris, & Borowsky, 2010; Ehrensaft et al., 2003; Gil-González, Vives-Cases, Ruiz, Carrasco-Portiño, & Álvarez-Dardet, 2008), or of becoming involved in offending and violent crime, is elevated in childhood maltreatment survivors (Thornberry, Henry, Ireland, & Smith, 2010). In addition, increased levels of substance or alcohol abuse as well as engagement in risky sexual behaviors were observed in survivors of childhood maltreatment compared with non-maltreated individuals (Thornberry et al., 2010; Widom, Ireland, & Glynn, 1995; Wilson & Widom, 2008).

## Potential Health Consequences of Trauma and Childhood Maltreatment

Both childhood maltreatment and war-related traumatic experiences can have negative consequences on physical health. In particular, childhood maltreatment is associated with an increased likelihood of cardiovascular disease, diabetes and obesity (Batten, Aslan, Maciejewski, & Mazure, 2004; Danese & Tan, 2014; Suglia, Clark, Boynton-

Copyright © 2015 John Wiley & Sons, Ltd.                     Behav. Sci. Law 33: 701–721 (2015)

DOI: 10.1002/bsl

**Exhibit 146 - 2385**

Jarrett, Kressin, & Koenen, 2014; Thomas, Hypponen, & Power, 2008). Similarly, trauma survivors were found to be more vulnerable to infection, cancer, chronic lung disease, diabetes and cardiovascular problems (Brown et al., 2010; Norman et al., 2012). Furthermore, the risk of developing any physical disease increases with the number of traumatic event types (Scott et al., 2013). Hence, the building block effect seems not to be limited to mental disease, but also extends to the biological level.

Next to lifestyle factors associated with childhood and adult trauma exposure (including smoking, alcohol and substance abuse, and poor nutrition), trauma-associated neuroendocrinological as well as immunological alterations are likely to contribute to the enhanced physical health risk. Upon trauma exposure, the sympathetic nervous system and the hypothalamic–pituitary–adrenal (HPA) axis are activated, resulting in the release of catecholamines and cortisol, respectively. Furthermore, PTSD has been found to be associated with endocrinological deregulations. While the literature consistently points towards increased catecholamine levels in PTSD (Pervanidou & Chrousos, 2012; Yehuda, Southwick, Giller, Ma, & Mason, 1992; Young & Breslau, 2004), evidence regarding cortisol levels is more heterogeneous. Yet, the majority of studies points towards lower cortisol levels (Heim & Nemeroff, 2009; Pace & Heim, 2011; Yehuda, Halligan, & Bierer, 2002) and increased sensitivity of glucocorticoid receptors in PTSD (Yehuda, Golier, Yang, & Tischler, 2004). However, adding to the complexity of the cortisol literature, childhood maltreatment survivors rather present a lower density of central and peripheral glucocorticoid receptors, higher cortisol levels, general insensitivity to cortisol and disrupted stress reactivity (Carpenter et al., 2007, 2009; Tyrka, Price, Marsit, Walters, & Carpenter, 2012). These opposed findings in PTSD versus childhood maltreatment could be due to a higher vulnerability of the developing brain structures (Kellermann, 2013). Since the immune system and the endocrine system interact via peptide hormones, neurotransmitters and cytokines, it is not surprising that trauma survivors with PTSD show immunological alterations too. In more detail, traumatic stress seems to be followed by a reduction in the count of naïve and regulatory T lymphocytes as well as an increase of memory T cells (Sommershof et al., 2009). Moreover, spontaneous production of pro-inflammatory cytokines by isolated leukocytes (Gola et al., 2013) and circulating levels of pro-inflammatory cytokines (Carpenter et al., 2010; von Känel et al., 2007) seem to be increased in association with childhood maltreatment and PTSD.

Not only do individuals with PTSD present an increased risk and an earlier onset of age-related diseases, but the aforementioned immunological alterations are also indicative of a prematurely aged immune system. Similarly, the examination of age-related biomarkers indicates premature aging in trauma survivors: Shorter telomere length—a robust biomarker for premature aging—was associated with childhood maltreatment and exposure to chronic stress (Epel et al., 2004; Tyrka et al., 2010). Furthermore, increased DNA breakage accumulation has been observed in peripheral blood mononuclear cells of trauma-exposed individuals with and without PTSD (Morath et al., 2014). Moreover, comparing the GlycoAgeTest in individuals with and without PTSD also pointed towards accelerated physiological aging in trauma survivors with PTSD (Moreno-Villanueva et al., 2013).

But how can traumatic stress lead to long-lasting endocrinological and immunological changes? The following section describes how enduring epigenetic modifications might explain some of the observed alterations in trauma survivors.

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2386**

# EPIGENETIC PROCESSES MAY ACCOUNT FOR THE LONG-LASTING CONSEQUENCES OF TRAUMA

## Epigenetics of War Trauma and PTSD

The majority of studies investigating survivors of adult trauma focused on epigenetic correlates of PTSD. Since intrusive memories for the traumatic experiences form a hallmark of the disease, and PTSD patients present distinct memory impairments, the disorder has been conceptualized as a disorder of pathological memory formation (Brewin, 2011). Recent work highlighted the essential mediating role of epigenetic marks in the molecular mechanisms of memory formation (Levenson & Sweatt, 2005) and showed that inhibition of the DNA methyltransferase blocks long-term potentiation and memory consolidation in rat hippocampi (Miller & Sweatt, 2007). Moreover, mRNA levels of *de novo* DNA methyltransferase undergo upregulation after fear conditioning (Miller & Sweatt, 2007). Since glucocorticoids are central players in emotionally driven memory consolidation, they are essential for the biological charac-terization of PTSD (de Quervain, Aerni, Schelling, & Roozendaal, 2009; Roozendaal, Okuda, de Quervain, & McGaugh, 2006) and represent a pivotal target for epigenetic investigations aiming to explain pathological memory formation in PTSD. In this context, Vukojevic et al. (2014) investigated DNA isolated from human saliva and found an association between epigenetic alterations in the gene encoding the glucocor-ticoid receptor (*NR3C1*) and human healthy memory performance, as well as intrusive memory symptoms in male PTSD patients. Moreover, higher DNA methylation at the *NR3C1* promoter exon $1_F$ was associated with less intrusive memory symptoms in male but not in female survivors of the Rwandan genocide (Vukojevic et al., 2014). The gender-specific and complex interaction between methylation of *NR3C1*, memory for-mation and PTSD risk is not yet completely understood, but represents an interesting starting point for the investigation of epigenetic alterations in memory-related genes.

Within this framework, a greater number of glucocorticoid receptors in lymphocytes and changes of circulating cortisol levels of war combatants with PTSD have been observed (de Kloet et al., 2007; Yehuda, Lowy, Southwick, Shaffer, & Giller, 1991), and reduced methylation of *NR3C1* promoter has been assumed to account for the observed alterations in glucocorticoid signaling (Seckl & Meaney, 2006). Consistently, Labonté and colleagues reported an increased expression of glucocorticoid receptor variants in T lymphocytes in individuals with lifetime PTSD compared with controls, an effect that was accompanied by lower overall methylation of *NR3C1* in individuals with PTSD (Labonté, Azoulay, Yerko, Turecki, & Brunet, 2014). Similarly, Yehuda and co-workers observed lower methylation in the promoter region of the *NR3C1* gene in peripheral blood mononuclear cells from veterans with PTSD and a 39% higher relative expression of the glucocorticoid receptor gene in PTSD cases compared with controls (Yehuda et al., 2015). Finally, a higher number of glucocorticoid receptors in peripheral blood mononuclear cells of soldiers before war service has been indicated as a vulnerability factor for PTSD development after deployment: The odds ratio for the presence of PTSD symptoms after deployment increased 7.5-fold with every increment of 1,000 receptors counted (van Zuiden et al., 2010).

As previously mentioned, PTSD-related health problems might stem from alterations in immune function (Baker et al., 2001; Gola et al., 2013; Hoge et al., 2009; von Känel et al., 2007), which might be partly mediated by epigenetic changes

Copyright © 2015 John Wiley & Sons, Ltd.    Behav. Sci. Law **33**: 701–721 (2015)

DOI: 10.1002/bsl

**Exhibit 146 - 2387**

708    L. Ramo-Fernández *et al.*

(Smith et al., 2011). A comparison of whole blood DNA methylation in more than 14,000 genes between PTSD cases and healthy controls showed epigenetic changes of immune activation in PTSD patients, as some genes regulating the innate and the adaptive immune system were significantly less methylated (Uddin et al., 2010). Methylation signatures of immune activation mechanisms were also found in peripheral blood cells investigated in an African American population with a PTSD diagnosis compared with healthy controls (Smith et al., 2011).

While these studies do not yet allow for causal interferences between PTSD, increased expression of proinflammatory cytokine genes and decreased concentrations of neuroprotective chemokines, they suggest a chronic immune system activation in PTSD that correlates with corresponding alterations on the epigenetic level. Whether epigenetic alterations represent a risk factor or a consequence of PTSD is not yet clear (Rusiecki et al., 2013; Sipahi et al., 2014). Nevertheless, in interaction with the identified genetic risk factors and the number of traumatic events experienced, epigenetic signatures could contribute to the explanation of interindividual variance of psychiatric outcomes following war-trauma exposure, thus representing a promising approach for future research.

## Epigenetic Mechanisms Following Childhood Maltreatment

Pioneering studies by Meaney and colleagues presented experimental evidence for the potential programming role of infant adversity in rats. They suggested as early as 1996 that early environmental regulation of glucocorticoid receptor gene (*NR3C1*) expression was mediated by mother–infant interaction. Offspring experiencing high maternal care (in terms of licking and grooming in laboratory rats) had fewer anxiety-like behaviors and responded with a decreased HPA-axis reactivity to stressful experiences (Meaney et al., 1996). In order to understand why maternal care provoked a reduced response to stress, the same group studied DNA methylation levels of the *NR3C1* promoter and its hippocampal expression. The offspring of high-caring mothers showed an increased *NR3C1* expression rate and a lower methylation level (Weaver et al., 2004; Weaver, Meaney, & Szyf, 2006). This observation could explain the previously mentioned reduced stress reactivity in high maternal care pups. In more detail, the negative feedback of the HPA axis, which is required for a timely termination of the stress response, is strengthened by higher *NR3C1* expression. Similar studies in animal models support the idea that methylation could be a key modulator of the stress response after early-life adversity (Fagiolini, Jensen, & Champagne, 2009; Murgatroyd et al., 2009; Oh et al., 2013). Even more surprising are first indicators for changes of DNA methylation in germline cells, suggesting transgenerational effects of early-life adversity, as persistent and maintained across generations. For example, methylation increase has been observed in sperm cells of male mice exposed to unpredictable maternal separation combined with unpredictable maternal stress (Franklin et al., 2010). Together, these data suggest that maternal behavior can have profound consequences on the offspring's behavioral and neuroendocrine response to stress.

Postmortem analyses in human brain mirrored the results from earlier animal research regarding the effects of early-life stress (McGowan et al., 2009): Hippocampal cells from suicide completers with a history of childhood maltreatment showed higher methylation levels of the exon $1_F$ *NR3C1* promoter and significantly less expression of *NR3C1* mRNA compared with suicide completers without childhood trauma and controls who died suddenly or accidentally (McGowan et al., 2009). Enhanced *NR3C1*

Copyright © 2015 John Wiley & Sons, Ltd.

Behav. Sci. Law **33**: 701–721 (2015)

DOI: 10.1002/bsl

**Exhibit 146 - 2388**

promoter methylation after experiences of childhood maltreatment were also found in several studies investigating peripheral tissue (see Daskalakis & Yehuda, 2014, for a review). Moreover, a positive correlation between the severity, repetition and sexual character of childhood abuse and *NR3C1* promoter methylation levels has been observed (Perroud et al., 2011, 2013), indicating a cumulative effect of childhood maltreatment, similarly to the building block effect of traumatic load (Schury & Kolassa, 2012).

Contrary to these results, epigenetic analysis in war veterans with PTSD showed lower methylation of the *NR3C1* promoter (Labonté et al., 2014; Vukojevic et al., 2014; Yehuda et al., 2015). This suggests that epigenetic modifications might differ depending on the developmental timing of trauma exposure, resulting in either hypo- or hyper-gene expression. Correspondingly, Mehta et al. (2013) compared the gene expression and methylation profiles between PTSD patients with and without a history of childhood maltreatment and found almost no overlap in the gene expression profile of the two groups, an effect that was mirrored by distinct epigenetic signatures.

Another gene involved in HPA axis regulation that is found to be subject to trauma-related epigenetic changes is *FKBP5*, which encodes for a chaperon-like protein that downregulates cortisol binding and glucocorticoid receptor translocation into the cell nucleus. Accordingly, FKBP5 decreases the sensitivity of the glucocorticoid receptor to glucocorticoids. Since binding of glucocorticoids to the glucocorticoid receptor is essential for a termination of the stress response via a negative feedback loop, increased FKBP5 expression might be associated with a prolonged stress response (Binder, 2009). PTSD risk following childhood maltreatment has been associated with certain genetic variations of the *FKBP5* gene (Binder et al., 2008; Klengel et al., 2013; Xie et al., 2010). Furthermore, lower methylation levels of the *FKBP5* gene were observed in individuals with childhood abuse who were also carriers of a genetic risk factor at the *FKBP5* locus (Klengel et al., 2013). Thus, the authors hypothesized that the increased cortisol release resulting from early life events induces epigenetic changes in the promoter area of the gene (Klengel et al., 2013). Accordingly, there seems to be a complex interaction between genetic makeup, environment and consequent epigenetic changes, which warrants further investigations.

While the aforementioned targeted epigenetic studies mainly focused on genes involved in HPA-axis regulation, first epigenome-wide studies allow identification of broad methylation changes that introduce new potential biological pathways related to childhood adversity. So far reported pathways include, among others, cellular signaling cascades (Naumova et al., 2012), neural communication (Naumova et al., 2012), estrogen receptor response (Bick et al., 2012) and developmental pathways (Khulan et al., 2014). Furthermore, a recent study investigating peripheral blood cells aimed to establish genome-wide DNA methylation changes in the promoters of genes that were mostly involved in embryonal development and inflammatory regulation (Suderman et al., 2014).

## TRANSGENERATIONAL TRANSMISSION OF TRAUMA AND VIOLENCE

There is mounting evidence that the consequences of trauma and violence could be transmitted to the next generation. For instance, children of Holocaust survivors with PTSD are at increased risk to develop PTSD themselves (Yehuda, Bell, Bierer, &

Copyright © 2015 John Wiley & Sons, Ltd.    Behav. Sci. Law **33**: 701–721 (2015)
DOI: 10.1002/bsl

**Exhibit 146 - 2389**

710    L. Ramo-Fernández *et al.*

Schmeidler, 2008). Furthermore, parental early adversity is believed to be a risk factor for maltreatment of their own offspring (Dixon, Browne, & Hamilton-Giachritsis, 2008). In a sample of 135 parents with a history of childhood maltreatment, 6.7% abused their own children during the first 13 months (Dixon et al., 2008) while only 0.4% of the non-abused control parents abused their offspring. Many different factors, which are detailed hereafter, could account for this transgenerational transmission of trauma and violence. Foremost, beginning with risk factors on the behavioral level, the experience of trauma and violence, especially if it occurs in early development stages, could repeat itself—a process termed re-victimization. Individuals who have been sexually abused during childhood are at increased risk to experience sexual and physical re-victimization as adults (Arata, 2000; Classen, Palesh, & Aggarwal, 2005; Messman-Moore, Long, & Siegfried, 2000). Moreover, the experience of different types of abuse increases the likelihood of abusive experiences in adulthood (Chiu et al., 2013), including intimate partner violence. Additionally, experiencing childhood abuse has been linked to a higher probability of engagement with a violent intimate partner (Whitfield, Anda, Dube, & Felitti, 2003; WHO, 2005). Besides physical injuries such as head, neck or facial injuries (Wu, Huff, & Bhandari, 2010), victims of inter-personal violence showed stress-related symptoms including loss of appetite, gastrointestinal dysfunction (Campbell, 2002; Coker, Smith, Bethea, King, & McKeown, 2000; Leserman & Drossman, 2007) and hypertension (Coker et al., 2000; Letourneau, Holmes, & Chasedunn-Roark, 1999; Silverman, Decker, Reed, & Raj, 2006). Furthermore, higher prevalence rates of anxiety disorders, PTSD, sleeping disorder and alcohol and drug abuse were observed in victims of intimate partner violence (Campbell, 2002; Carbone-López, Kruttschnitt, & Macmillan, 2006; Krug, Mercy, Dahlberg, & Zwi, 2002; Pico-Alfonso et al., 2006).

Intimate partner violence and childhood maltreatment are correlated, and individuals who abuse their partners often also tend to maltreat their children (Appel & Holden, 1998). Indeed, parent–child interaction can be negatively affected by parental history of childhood maltreatment and intimate partner violence (Buist, 1998; Malta, McDonald, Hegadoren, Weller, & Tough, 2012). In more detail, abused mothers showed an enhanced psychological aggression and physical punishment, less parental warmth and problems in establishing boundaries (Banyard, 1997; Barrett, 2009; Letourneau et al., 2011; Peled & Gil, 2011). To summarize, adults who were abused in childhood have a higher probability of abusing their own children, and they more often become involved in violent intimate relationships in which they re-experience victimization and may fail to protect the children from their violent partner (Dixon, Browne, & Hamilton-Giachritsis, 2005), which can be referred to as a 'cycle of maltreatment' (Widom, 1989).

Survivors of childhood maltreatment, especially survivors of sexual abuse, are not only at increased risk to become violent towards their own family but are also more likely to become involved in delinquency, to carry a weapon for self-protecting reasons, to be arrested and to commit different types of crime (Currie & Tekin, 2012; Smith & Thornberry, 1995; Widom, 1989). Nevertheless, it is important to emphasize that the majority of childhood maltreatment survivors do not become perpetrators. As most previous studies assessed violent outcome retrospectively, representative prospective cohort studies are warranted to derive a valid estimate of the association between maltreatment and future violent behavior.

Another factor involved in the transgenerational transmission of violence is the occurrence of violent behavior during pregnancy. Violent relationships are associated

Copyright © 2015 John Wiley & Sons, Ltd.

Behav. Sci. Law **33**: 701–721 (2015)
DOI: 10.1002/bsl

**Exhibit 146 - 2390**

with higher rates of unintended pregnancies, which are in turn related to an increased risk of inter-partner violence during pregnancy (Curry, Perrin, & Wall, 1998; Gazmararian et al., 1995; Goodwin et al., 2000; Saltzman, Johnson, Gilbert, & Goodwin, 2003). Exposure to stress and violence can lead to serious complications during pregnancy as well as premature birth and low birth weight of the newborn, associated with adverse effects on the child's future psychological health (Cokkinides, Coker, Sanderson, Addy, & Bethea, 1999; Curry et al., 1998; Fernandez & Krueger, 1999; Schmuel & Schenker, 1998; Silverman et al., 2006). Presumably, maternal stress can program brain development and stress system plasticity of the fetus (DiPietro, Novak, Costigan, Atella, & Reusing, 2006; O'Donnell et al., 2012). During pregnancy, the developing fetus is protected from maternal glucocorticoid levels by enzymatic inactivation of cortisol in the placenta. However, when maternal cortisol levels are too high, the buffering function of the respective placental enzyme is reduced (Cottrell & Seckl, 2009). Fetal cortisol exposure programs the activity of the HPA-axis (Seckl, 2004) and is associated with low birth weight, increased risk of impaired neurodevelopment and psychiatric diseases later in life (Talge, Neal, & Glover, 2007). For instance, infants of mothers who experienced the September 11th event during pregnancy and subsequently developed PTSD had a lower birth weight and showed more severe depressive symptoms (Yehuda & Bierer, 2009; Yehuda et al., 2005). Acute stress during pregnancy was furthermore associated with subsequent development of PTSD and lower cortisol levels in mothers and their babies (Yehuda et al., 2005). This data supports the aforementioned idea that maternal stress exposure and hence elevated glucocorticoid levels during pregnancy can influence the child's reactivity to stress. The underlying epigenetic processes taking place during *in utero* development after episodes of maternal stress will be discussed in the next section.

To conclude, on the behavioral level, trauma and maltreatment can have adverse transgenerational consequences. As parents abused in childhood have a higher probability for re-victimization, trauma-related psychopathology and violent behavior, their offspring is also at an increased risk for traumatic experiences. Observational learning and imitation of poor lifestyle habits as well as sedentary lifestyle, smoking and alcohol consumption could be additional behavioral mechanisms accounting for the cycle of maltreatment, which also impact physical health. On a biological level, next to the genetic transmission of risk (diLalla & Gottesman, 1991), violence or stress exposure *in utero* is likely to impact the unborn's stress system, presumably via epigenetic mechanisms.

## Transgenerational Epigenetics

If psychological and behavioral distress consequent to trauma and childhood maltreatment can be passed on the next generation, how can this transmission be biologically explained? This enigma could be partially solved by investigating epigenetics. It has already been shown that epigenetic modifications occurring in a germline cell can become stable in the next generation, if fecundation occurs (Bale, 2014).

Chronic and unpredictable maternal separation in mice induced behavioral alterations not only in the affected offspring, but also in their own pups (Franklin et al., 2010). In more detail, increased depression and anxiety-like behavior as well as methylation modifications of sperm cells in numerous stress- and emotion-regulation-related genes have been observed, suggesting enduring epigenetic marks that can be transgenerationally

Copyright © 2015 John Wiley & Sons, Ltd.    Behav. Sci. Law **33**: 701–721 (2015)

DOI: 10.1002/bsl

**Exhibit 146 - 2391**

712    L. Ramo-Fernández *et al.*

transmitted (Franklin et al., 2010). Besides DNA methylation, microRNAs (miRNAs) can also regulate gene transcription and have been implicated in the transmission of the effects of early life stress (Gapp et al., 2014; Zucchi et al., 2013). An experiment conducted by Zucchi et al. (2013) indicated that, if pregnant rats were exposed to stressors such as restraint or forced swimming, 336 miRNAs were differentially expressed in their offspring. When a miRNA binds to its mRNA-target, it represses expression through degradation of the mRNA (Khraiwesh et al., 2010). The putative gene targets for miRNA that appeared differentially expressed were related to neurotransmission, neurodevelopment, brain pathologies and stress responsivity. This indicates that the developing brain is particularly vulnerable to stress exposure during gestation (Zucchi et al., 2013).

Another experiment showed alterations in miRNA expression, metabolism and behavior after traumatic stress in early life up to the third generation in mice (Gapp et al., 2014). In response to maternal stress and unexpected maternal separation, the relative miRNA levels were altered in germ cells, serum and brain of the first generation. This was accompanied by behavioral alterations, including increased depressive behavior and reduced fear in experimental tests (Gapp et al., 2014). The resulting offspring revealed upregulation of several miRNAs in serum, plasma and brain, but interestingly not in sperm. However, the third generation showed behavioral symptoms similar to those of the first and second generations of mice, except changes in miRNA of the sperm cells. These findings suggest an alternative mechanism mediating the transfer of adaptive changes to subsequent generations, which might include other epigenetic marks such as histone modifications. Last, the authors injected sperm RNAs purified from early-stress exposed mice into fertilized mouse oocytes, which reproduced behavioral alterations (Gapp et al., 2014), suggesting the existence of a RNA-dependent processes in the inheritance of acquired traits after early traumatic stress in mammals.

In humans, it has been reported that parental PTSD is not only a risk factor for PTSD in the offspring, but also leads to transgenerational effects on the epigenetic level (Yehuda & Bierer, 2009). In more detail, differential effects of maternal and paternal PTSD on the methylation of their children's *NR3C1* $1_F$ promoter have been observed. If only the father was diagnosed with PTSD the promoter region was hypermethylated, while if both parents suffered from PTSD methylation was significantly decreased (Yehuda et al., 2014). The authors discussed that mothers were the primary caregivers in their sample and might have buffered the stress associated with parental PTSD, while PTSD in both parents might lead to unpredictable stress in the offspring, resulting in epigenetic changes mimicking those of individuals with PTSD (Yehuda et al., 2014).

Psychosocial difficulties during pregnancy may also affect the methylation pattern and stress responsiveness in developing babies. An increased depressed maternal mood in the third trimester has been associated with increased neonatal methylation of exon $1_F$ of the *NR3C1* promoter (Oberlander et al., 2008 ). Furthermore, maternal exposition to war or rape during pregnancy has been associated with higher DNA methylation of the *NR3C1* promoter region in newborns (Mulligan, D'Errico, Stees, & Hughes, 2012; Rodney & Mulligan, 2014). Similarly, Radtke and colleagues (2011) reported a positive correlation between maternal exposure to intimate partner violence during pregnancy and the *NR3C1* DNA methylation level in their teenage children (Radtke et al., 2011). Even though the mental health status of the children was not assessed, these findings point towards an epigenetic transmission of prenatal stress and children's psychological health.

Copyright © 2015 John Wiley & Sons, Ltd.          Behav. Sci. Law **33**: 701–721 (2015)
DOI: 10.1002/bsl

**Exhibit 146 - 2392**

In sum, parental and prenatal exposure to adversities such as war or partner violence can lead to enduring changes in the next generation, partly via epigenetic processes. However, the exact molecular mechanisms remain to be illuminated, since a genome-wide loss of DNA methylation occurs following fertilization (Morgan et al., 2005). If methylation in the DNA inherited from maternal and paternal stem cells is erased in the very first stage of development and reprogrammed across next stages, why can parental methylation traces be found in the offspring after birth? Although it is not entirely clear how the "memory" of parental methylation pattern can be maintained, broader epigenetic machinery is likely to interact. Presumably non-coding RNAs or chromatin structure modifications could store the information to later guide the methyltransferases and define where to add methyl groups to the DNA (Yan, 2014). It is further important to ask whether the observed methylation patterns in offspring are truly inherited or whether they appear as a consequence of a modified parenting model in the event that parents went through adversities during their own childhood. Research indicates that both processes seem to be of importance. On the one hand, animal models show changes in behavior up to two generations after early life trauma, which could affect methylation in their offspring (Gapp et al., 2014; Weaver et al., 2004). On the other hand, cross-fostering studies reveal that methylation marks at specific sites can be at least partially reversed by environmental enrichment (Bredy, Zhang, Grant, Diorio, & Meaney, 2004). In addition, maternal pregnancy stress has been shown to directly induce methylation changes in babies (Mulligan et al., 2012; Oberlander et al., 2008; Radtke et al., 2011). However, further investigations of parenting behavior after a history of childhood maltreatment and methylation changes in parents and their descendants are needed to completely understand the transgenerational programming of the epigenome.

## LIMITATIONS AND FURTHER DIRECTIONS

This review has summarized current literature regarding the effect of childhood and war trauma on methylation status. The majority of the summarized studies investigated peripheral blood cells. Since DNA methylation is a core mechanism for cellular functional differentiation, it is difficult to clarify if methylation changes in blood cells mirror the methylation status of the brain. While this empirical research question can of course not be addressed in human studies, future animal research can help to clarify whether the observed methylation changes are global or cell specific.

One caveat when interpreting the literature on the biological consequences of war and childhood trauma is the aforementioned alterations in lifestyle frequently observed in trauma survivors (Zhou, Enoch, & Goldman, 2014). As survivors of violence exposure show higher rates of smoking, alcohol and drug consumption (Campbell, 2002; Carbone-López et al., 2006; Krug et al., 2002; Pico-Alfonso et al., 2006), the effects of adverse lifestyle are difficult to disentangle from the effects of the stress per se. Therefore, when interpreting the literature, one should be aware of the complex interplay of genetics, perinatal environment, lifestyle factors, observational learning and associated epigenetic changes. Accordingly, it becomes obvious that epigenetic processes only represent one piece in a very complex puzzle. Nevertheless, the flexibility in response to environmental demands as well as the potential heritability render epigenetic processes an interesting candidate for future research.

Concerning the transgenerational aspects of trauma and childhood maltreatment, most studies have focused on the mother–child transmission (prenatal and postnatal)

Copyright © 2015 John Wiley & Sons, Ltd.

Behav. Sci. Law 33: 701–721 (2015)
DOI: 10.1002/bsl

**Exhibit 146 - 2393**

714    L. Ramo-Fernández *et al.*

of epigenetic marks. Initial evidence also highlights the important role of the father in transmitting the potentially adverse effects of early trauma and war. Therefore, epigenetic research on sperm cells from fathers exposed to war and on their children could provide important hints about the transgenerationality of paternal trauma.

Epigenetic plasticity is thought to be of importance for the adaptation to adverse environments and might help to explain interindividual variation in behavior. As indicated earlier in the article, the majority of trauma survivors shows a relative resilience and does not respond with the development of psychological disorders. Furthermore, while female childhood maltreatment and trauma survivors are at increased risk to develop internalizing behavior problems such as PTSD or depression, male survivors rather respond with antisocial and violent behavior. However, it is still not exactly clear which processes mediate the different behavioral consequences of trauma and childhood maltreatment and the observed gender effects. A biological/epigenetic approach might help to promote a better understanding of human development and behavior after traumatic experiences.

Furthermore, individuals vary not only in their reaction to traumatic experiences, but also in their responsiveness to trauma-focused psychotherapy, with approximately one-third of trauma survivors not benefitting from therapy (Bradley, Greene, Russ, Dutra, & Westen, 2005). Preliminary evidence from 16 trauma survivors receiving psychotherapy indicates that some epigenetic marks might represent predictors of therapy success, while others can be modified in the course of successful therapeutic treatment (Yehuda et al., 2013). Hence, research on the epigenetic processes accompanying successful recovery from trauma-related disorders could shed light on the underlying biological processes and help to develop personalized treatments for PTSD.

Finally, it is important to emphasize that epigenetic marks could help to draw attention to the profound consequences of war trauma and childhood maltreatment, which can even proceed to the next generation. While the public media rather focus on the visible physical wounds and economic needs caused by war, terrorism or natural disasters, the invisible, psychological wounds are at least as disastrous and can lead to life-long impaired psychosocial functioning, increased risk of physical diseases and even a transgenerational transmission of risk. With epigenetic research, it finally became feasible to begin to shed light on these long-lasting consequences, and to support the psychological findings with biological data. On a public health policy level, these findings could support arguments for an enhanced awareness for the psychological consequences of trauma in first help providers and physicians, as well as an increased availability of mental health care services, especially for highly traumatized populations such as refugees and asylum seekers.

## ACKNOWLEDGMENTS

We thank Daniela Conrad for helpful comments on an earlier version of this manuscript.

## REFERENCES

Ackerman, P. T., Newton, J. E. O., McPherson, W. B., Jones, J. G., & Dykman, R. A. (1998). Prevalence of posttraumatic stress disorder and other psychiatric diagnoses in three groups of abused children (sexual, physical, and both). *Child Abuse and Neglect*, *22*(8), 759–774.

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2394**

American Psychiatric Association (2013). *Diagnostic and statistical manual of mental disorders*(5th ed. pp. ). Washington, DC: Author.

Appel, A. E., & Holden, G. W. (1998). The co-occurrence of spouse and physical child abuse: A review and appraisal. *Journal of Family Psychology*, *12*(4), 578.

Arata, C. M. (2000). From child victim to adult victim: A model for predicting sexual revictimization. *Child Maltreatment*, *5*(1), 28–38.

Baker, D., Ekhator, N., Kasckow, J., Hill, K., Zoumakis, E., Dashevsky, B., … Chrousos, G. (2001). Plasma and cerebrospinal fluid interleukin-6 concentrations in posttraumatic stress disorder. *Neuroimmunomodulation*, *9*(4), 209–217.

Bale, T. L. (2014). Lifetime stress experience: Transgenerational epigenetics and germ cell programming. *Dialogues in Clinical Neuroscience*, *16*(3), 297–305.

Banyard, V. (1997). The impact of childhood sexual abuse and family functioning on four dimensions of women's later parenting. *Child Abuse and Neglect*, *21*(11), 1095.

Barrett, B. (2009). The impact of childhood sexual abuse and other forms of childhood adversity on adulthood parenting. *Journal of Child Sexual Abuse*, *18*(5), 489–512.

Barrios, Y. V., Gelaye, B., Zhong, Q., Nicolaidis, C., Rondon, M. B., Garcia, P. J., … Mascaro Sanchez, P. A. (2015). Association of childhood physical and sexual abuse with intimate partner violence, poor general health and depressive symptoms among pregnant women. *PLoS One*, *10*(1), e0116609.

Batten, S. V., Aslan, M., Maciejewski, P. K., & Mazure, C. M. (2004). Childhood maltreatment as a risk factor for adult cardiovascular disease and depression. *Journal of Clinical Psychiatry*, *65*(2), 249–254.

Bensley, L., Van Eenwyk, J., & Wynkoop Simmons, K. (2003). Childhood family violence history and women's risk for intimate partner violence and poor health. *American Journal of Preventive Medicine*, *25* (1), 38–44.

Bick, J., Naumova, O., Hunter, S., Barbot, B., Lee, M., Luthar, S. S., Raefski, A., … (2012). Childhood adversity and DNA methylation of genes involved in the hypothalamus–pituitary–adrenal axis and immune system: Whole-genome and candidate-gene associations. *Development and Psychopathology*, *24* (4), 1417–1425.

Binder, E. (2009). The role of FKBP5, a co-chaperone of the glucocorticoid receptor in the pathogenesis and therapy of affective and anxiety disorders. *Psychoneuroendocrinology*, *34*(Suppl. 1), 186–195.

Binder, E. B., Bradley, R. G., Liu, W., Epstein, M. P., Deveau, T. C., Mercer, K. B., … Tang, Y. (2008). Association of FKBP5 polymorphisms and childhood abuse with risk of posttraumatic stress disorder symptoms in adults. *Journal of the American Medical Association*, *299*(11), 1291–1305.

Bradley, R., Greene, J., Russ, E., Dutra, L., & Westen, D. (2005). A multidimensional meta- analysis of psychotherapy for PTSD. *American Journal of Psychiatry*, *162*(2), 214–227.

Bredy, T. W., Zhang, T. Y., Grant, R. J., Diorio, J., & Meaney, M. J. (2004). Peripubertal environmental enrichment reverses the effects of maternal care on hippocampal development and glutamate receptor subunit expression. *European Journal of Neuroscience*, *20*(5), 1355–1362.

Breslau, N., Kessler, R. C., Chilcoat, H. D., Schultz, L. R., Davis, G. C., & Andreski, P. (1998). Trauma and posttraumatic stress disorder in the community: The 1996 Detroit Area Survey of Trauma. *Archives of General Psychiatry*, *55*(7), 626–632.

Brewin, C. (2011). The nature and significance of memory disturbance in posttraumatic stress disorder. *Annual Review of Clinical Psychology*, *7*, 203–227.

Brewin, C., Andrews, B., & Valentine, J. (2000). Meta-analysis of risk factors for posttraumatic stress disorder in trauma-exposed adults. *Journal of Consulting and Clinical Psychology*, *68*(5), 748–766.

Brown, D., Anda, R., Felitti, V., Edwards, V., Malarcher, A., Croft, J., & Giles, W. (2010). Adverse childhood experiences are associated with the risk of lung cancer: A prospective cohort study. *BMC Public Health*, *10*(1), 20.

Buist, A. (1998). Childhood abuse, parenting and postpartum depression. *Australian and New Zealand Journal of Psychiatry*, *32*(4), 479–487.

Butchart, A., Harvey, A. P., Mian, M., & Furniss, T. (2006). *Preventing child maltreatment: A guide to taking action and generating evidence*. Geneva, Switzerland: World Health Organization.

Campbell, J. C. (2002). Health consequences of intimate partner violence. *Lancet*, *359*(9314), 1331–1336.

Carbone-López, K., Kruttschnitt, C., & Macmillan, R. (2006). Patterns of intimate partner violence and their associations with physical health, psychological distress, and substance use. *Public Health Reports*, *121*(4), 382–392.

Carpenter, L. L., Carvalho, J., Tyrka, A. R., Wier, L. M., Mello, A. F., & Mello, M. F. (2007). Decreased adrenocorticotropic hormone and cortisol responses to stress in healthy adults reporting significant childhood maltreatment. *Biological Psychiatry*, *62*(10), 1080–1087.

Carpenter, L. L., Gawuga, C. E., Tyrka, A. R., Lee, J. K., Anderson, G. M., & Price, L. H. (2010). Association between plasma IL-6 response to acute stress and early-life adversity in healthy adults. *Neuropsychopharmacology*, *35*(13), 2617–2623.

Carpenter, L. L., Tyrka, A. R., Ross, N. S., Khoury, L., Anderson, G. M., & Price, L. H. (2009). Effect of childhood emotional abuse and age on cortisol responsivity in adulthood. *Biological Psychiatry*, *66*(1), 69–75.

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2395**

716    L. Ramo-Fernández *et al.*

Chaufan, C., & Joseph, J. (2013). The "missing heritability" of common disorders: Should health researchers care? *International Journal of Health Services*, *43*(2), 281–303.

Chiu, G. R., Lutfey, K. E., Litman, H. J., Link, C. L., Hall, S. A., & McKinlay, J. B. (2013). Prevalence and overlap of childhood and adult physical, sexual, and emotional abuse: A descriptive analysis of results from the Boston Area Community Health (BACH) Survey. *Violence and Victims*, *28*(3), 381–402.

Cicchetti, D., & Toth, S. L. (2005). Child maltreatment. *Annual Review of Clinical Psychology*, *1*(1), 409–438.

Classen, C. C., Palesh, O. G., & Aggarwal, R. (2005). Sexual revictimization: A review of the empirical literature. *Trauma, Violence, and Abuse*, *6*(2), 103–129.

Coker, A. L., Smith, P. H., Bethea, L., King, M. R., & McKeown, R. E. (2000). Physical health consequences of physical and psychological intimate partner violence. *Archives of Family Medicine*, *9*(5), 451.

Cokkinides, V. E., Coker, A. L., Sanderson, M., Addy, C., & Bethea, L. (1999). Physical violence during pregnancy: Maternal complications and birth outcomes. *Obstetrics and Gynecology*Part 1, *93*(5), 661–666.

Cottrell, E. C., & Seckl, J. R. (2009). Prenatal stress, glucocorticoids and the programming of adult disease. *Frontiers in Behavioral Neuroscience*, *3*, 19.

Crick, F. (1970). Central dogma of molecular biology. *Nature*, *227*(5258), 561–563.

Currie, J., & Tekin, E. (2012). Understanding the cycle: Childhood maltreatment and future crime. *Journal of Human Resources*, *47*(2), 509–549.

Curry, M., Perrin, N., & Wall, E. (1998). Effects of abuse on maternal complications and birth weight in adult and adolescent women. *Obstetrics and Gynecology*, *92*(4), 530–534.

Danese, A., Pariante, C. M., Caspi, A., Taylor, A., & Poulton, R. (2007). Childhood maltreatment predicts adult inflammation in a life-course study. *Proceedings of the National Academy of Sciences of the United States of America*, *104*(4), 1319–1324.

Danese, A., & Tan, M. (2014). Childhood maltreatment and obesity: systematic review and meta-analysis. *Molecular Psychiatry*, *19*(5), 544–554.

Daskalakis, N. P., & Yehuda, R. (2014). Site-specific methylation changes in the glucocorticoid receptor exon 1 F promoter in relation to life adversity: Systematic review of contributing factors. *Frontiers in Neuroscience*, *8*, 369.

de Jong, J. T., Komproe, I. H., Van Ommeren, M., El Masri, M., Araya, M., Khaled, N., … van De Put, W. (2001). Lifetime events and posttraumatic stress disorder in four postconflict settings. *Journal of the American Medical Association*, *286*(5), 555–562.

de Kloet, C., Vermetten, E., Bikker, A., Meulman, E., Geuze, E., Kavelaars, A., … Westenberg H. (2007). Leukocyte glucocorticoid receptor expression and immunoregulation in veterans with and without posttraumatic stress disorder. *Molecular Psychiatry*, *12*(5), 443–453.

de Quervain, D., Aerni, A., Schelling, G., & Roozendaal, B. (2009). Glucocorticoids and the regulation of memory in health and disease. *Frontiers in Neuroendocrinology*, *30*(3), 358–370.

diLalla, L. F., & Gottesman, I. I. (1991). Biological and genetic contributors to violence—Widom's untold tale. *Psychological Bulletin*, *109*(1), 125–129.

DiPietro, J. A., Novak, M. F. S. X., Costigan, K. A., Atella, L. D., & Reusing, S. P. (2006). Maternal psychological distress during pregnancy in relation to child development at age two. *Child Development*, *77*(3), 573–587.

Dixon, L., Browne, K., & Hamilton-Giachritsis, C. (2005). Risk factors of parents abused as children: A mediational analysis of the intergenerational continuity of child maltreatment (Part I). *Journal of Child Psychology and Psychiatry*, *46*(1), 47–57.

Dixon, L., Browne, K., & Hamilton-Giachritsis, C. (2008). Patterns of risk and protective factors in the intergenerational cycle of maltreatment. *Journal of Family Violence*, *24*(2), 111–122.

Duke, N. N., Pettingell, S. L., McMorris, B. J., & Borowsky, I. W. (2010). Adolescent violence perpetration: Associations with multiple types of adverse childhood experiences. *Pediatrics*, *125*(4), e778–e786.

Dunmore, E., Clark, D. M., & Ehlers, A. (2001). A prospective investigation of the role of cognitive factors in persistent Posttraumatic Stress Disorder (PTSD) after physical or sexual assault. *Behaviour Research and Therapy*, *39*(9), 1063–1084.

Ehrensaft, M. K., Cohen, P., Brown, J., Smailes, E., Chen, H., & Johnson, J. G. (2003). Intergenerational transmission of partner violence: A 20-year prospective study. *Journal of Consulting and Clinical Psychology*, *71*(4), 741.

Epel, E. S., Blackburn, E. H., Lin, J., Dhabhar, F. S., Adler, N. E., Morrow, J. D., & Cawthon, R. M. (2004). Accelerated telomere shortening in response to life stress. *Proceedings of the National Academy of Sciences of the United States of America*, *101*(49), 17312–17315.

Evans, S. E., Davies, C., & DiLillo, D. (2008). Exposure to domestic violence: A meta-analysis of child and adolescent outcomes. *Aggression and Violent Behavior*, *13*(2), 131–140.

Fagiolini, M., Jensen, C. L., & Champagne, F. A. (2009). Epigenetic influences on brain development and plasticity. *Current Opinion in Neurobiology*, *19*(2), 207–212.

Fawzi, M., Pham, T., Lin, L., Nguyen, T., Ngo, D., Murphy, E., & Mollica, R. (1997). The validity of posttraumatic stress disorder among Vietnamese refugees. *Journal of Traumatic Stress*, *10*(1), 101–108.

Fergusson, D. M., Boden, J. M., & Horwood, L. J. (2008). Exposure to childhood sexual and physical abuse and adjustment in early adulthood. *Child Abuse and Neglect*, *32*(6), 607–619.

**Exhibit 146 - 2396**

Fernandez, F. M., & Krueger, P. M. (1999). Domestic violence: Effect on pregnancy outcome. *Journal of the American Osteopathic Association*, *99*(5), 254–256.

Finkelhor, D., Turner, H., Shattuck, A., & Hamby, S. (2013). Violence, crime, and abuse exposure in a national sample of children and youth: An update. *JAMA Pediatrics*, *167*(7), 614–621.

Francis, R. C. (2011). *Epigenetics: How environment shapes our genes*. New York, NY: W.W. Norton & Company.

Franklin, T. B., Russig, H., Weiss, I. C., Gräff, J., Linder, N., Michalon, A., … Vizi, S. (2010). Epigenetic transmission of the impact of early stress across generations. *Biological Psychiatry*, *68*(5), 408–415.

Gapp, K., Jawaid, A., Sarkies, P., Bohacek, J., Pelczar, P., Prados, J., … Farinelli, L. (2014). Implication of sperm RNAs in transgenerational inheritance of the effects of early trauma in mice. *Nature Neuroscience*, *17*(5), 667–669.

Gazmararian, J. A., Adams, M. M., Saltzman, L. E., Johnson, C. H., Bruce, F. C., Marks, J. S., & Zahniser, S. C. (1995). The relationship between pregnancy intendedness and physical violence in mothers of new-borns. *Obstetrics and Gynecology*, *85*(6), 1031–1038.

Gershon, E. S., Alliey-Rodriguez, N., & Liu, C. (2011). After GWAS: Searching for genetic risk for schizo-phrenia and bipolar disorder. *American Journal of Psychiatry*, *168*(3), 253–156.

Gil-González, D., Vives-Cases, C., Ruiz, M. T., Carrasco-Portiño, M., & Álvarez-Dardet, C. (2008). Childhood experiences of violence in perpetrators as a risk factor of intimate partner violence: A systematic review. *Journal of Public Health*, *30*(1), 14–22.

Gola, H., Engler, H., Sommershof, A., Adenauer, H., Kolassa, S., Schedlowski, M., … Groettrup, M. (2013). Posttraumatic stress disorder is associated with an enhanced spontaneous production of pro-inflammatory cytokines by peripheral blood mononuclear cells. *BMC Psychiatry*, *13*(1), 40.

Goodwin, M., Gazmararian, J., Johnson, C., Gilbert, B., Saltzman, L., & Group, P. W. (2000). Pregnancy intendedness and physical abuse around the time of pregnancy: Findings from the pregnancy risk assess-ment monitoring system. *Maternal and Child Health Journal*, *4*(2), 85–92.

Heim, C. M., & Nemeroff, C. B. (2009). Neurobiology of posstraumatic stress disorder. *CNS Spectrums*, *14*(Suppl. 1), 13–24.

Hoge, E. A., Brandstetter, K., Moshier, S., Pollack, M. H., Wong, K. K., & Simon, N. M. (2009). Broad spectrum of cytokine abnormalities in panic disorder and posttraumatic stress disorder. *Depression and Anxiety*, *26*(5), 447–455.

Holliday, R., & Pugh, J. E. (1975). DNA modification mechanisms and gene activity during development. *Science*, *187*(4173), 226–232.

Hunter, A. L., Minnis, H., & Wilson, P. (2011). Altered stress responses in children exposed to early adver-sity: A systematic review of salivary cortisol studies. *Stress*, *14*(6), 614–626.

Jaenisch, R., & Bird, A. (2003). Epigenetic regulation of gene expression: How the genome integrates intrin-sic and environmental signals. *Nature Genetics*, *33*, 245–254.

Kellermann, N. P. (2013). Epigenetic transmission of holocaust trauma: Can nightmares be inherited? *Israel Journal of Psychiatry and Related Science*, *50*(1), 33–39.

Kessler, R. C., Birnbaum, H., Demler, O., Falloon, I. R. H., Gagnon, E., Guyer, M., … Howes, M. J. (2005). The prevalence and correlates of nonaffective psychosis in the National Comorbidity Survey Replication (NCS-R). *Biological Psychiatry*, *58*(8), 668–676.

Kessler, R., Sonnega, A., Bromet, E., Hughes, M., & Nelson, C. (1995). Posttraumatic stress disorder in the National Comorbidity Survey. *Archives of General Psychiatry*, *52*(12), 1048–1060.

Khraiwesh, B., Arif, M. A., Seumel, G. I., Ossowski, S., Weigel, D., Reski, R., & Frank, W. (2010). Transcriptional control of gene expression by microRNAs. *Cell*, *140*(1), 111–122.

Khulan, B., Manning, J., Dunbar, D., Seckl, J., Raikkonen, K., Eriksson, J., & Drake, A. (2014). Epigenomic profiling of men exposed to early-life stress reveals DNA methylation differences in association with current mental state. *Translational Psychiatry*, *4*(9), e448.

Klengel, T., Mehta, D., Anacker, C., Rex-Haffner, M., Pruessner, J., Pariante, C., … Pace, T. (2013). Allele-specific FKBP5 DNA demethylation mediates gene–childhood trauma interactions. *Nature Neuroscience*, *16*(1), 33–41.

Kolassa, I.-T., Ertl, V., Kolassa, S., Onyut, L., & Elbert, T. (2010a). The probability of spontaneous remission from PTSD depends on the number of traumatic event types experienced. *Psychological Trauma: Theory, Research, Practice and Policy*, *3*(3), 169–174.

Kolassa, I.-T., Kolassa, S., Ertl, V., Papassotiropoulos, A., & De Quervain, D. (2010b). The risk of posttrau-matic stress disorder after trauma depends on traumatic load and the catechol-O-methyltransferase Val (158)Met polymorphism. *Biological Psychiatry*, *67*, 304–308.

Krug, E. G., Mercy, J. A., Dahlberg, L. L., & Zwi, A. B. (2002). The world report on violence and health. *Lancet*, *360*(9339), 1083–1088.

Labonté, B., Azoulay, N., Yerko, V., Turecki, G., & Brunet, A. (2014). Epigenetic modulation of glucocor-ticoid receptors in posttraumatic stress disorder. *Translational Psychiatry*, *4*, e368.

Leserman, J., & Drossman, D. A. (2007). Relationship of abuse history to functional gastrointestinal disor-ders and symptoms: Some possible mediating mechanisms. *Trauma, Violence, and Abuse*, *8*(3), 331–343.

Letourneau, E. J., Holmes, M., & Chasedunn-Roark, J. (1999). Gynecologic health consequences to victims of interpersonal violence. *Women's Health Issues*, *9*(2), 115–120.

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2397**

718    L. Ramo-Fernández *et al.*

Letourneau, N., Young, C., Secco, L., Stewart, M., Hughes, J., & Critchley, K. (2011). Supporting mother-ing: Service providers' perspectives of mothers and young children affected by intimate partner violence. *Research in Nursing and Health*, *34*(3), 192–203.

Levenson, J. M., & Sweatt, J. D. (2005). Epigenetic mechanisms in memory formation. *Nature Reviews Neuroscience*, *6*(2), 108–118.

Maercker, A., Michael, T., Fehm, L., Becker, E. S., & Margraf, J. (2004). Age of traumatisation as a predic-tor of post-traumatic stress disorder or major depression in young women. *British Journal of Psychiatry*, *184*(6), 482–487.

Maercker, A., Mohiyeddini, C., Müller, M., Xie, W., Hui Yang, Z., Wang, J., & Müller, J. (2009). Tradi-tional versus modern values values, self-percieved interpersonal factors, and posttraumatic stress in Chinese and German crime victims. *Psychology and Psychotherapy*, *82*(2), 219–232.

Maier, T. (2007). Weathers' and Keane's, "The criterion A problem revisited: Controversies and challenges in defining and measuring psychological trauma.". *Journal of Traumatic Stress*, *20*(5), 915–916.

Malta, L., McDonald, S., Hegadoren, K., Weller, C., & Tough, S. (2012). Influence of interpersonal vio-lence on maternal anxiety, depression, stress and parenting morale in the early postpartum: A community based pregnancy cohort study. *BMC Pregnancy and Childbirth*, *12*(1), 153.

Manolio, T. A., Collins, F. S., Cox, N. J., Goldstein, D. B., Hindorff, L. A., Hunter, D. J., … McCarthy, M. I. (2009). Finding the missing heritability of complex diseases. *Nature*, *461*(7265), 747–753.

McGowan, P., Sasaki, A., D'Alessio, A., Dymov, S., Labonté, B., Szyf, M., … Turecki, G. (2009). Epige-netic regulation of the glucocorticoid receptor in human brain associates with childhood abuse. *Nature Neuroscience*, *12*(3), 342–348.

Meaney, M. J., Diorio, J., Francis, D., Widdowson, J., LaPlante, P., Caldji, C., … Sharma, S. (1996). Early environmental regulation of forebrain glucocorticoid receptor gene expression: Implications for adrenocor-tical responses to stress. *Developmental Neuroscience*, *18*(1/2), 49–72.

Mehta, D., Klengel, T., Conneely, K., Smith, A., Altmann, A., Pace, T., … Rex-Haffner, M. (2013). Child-hood maltreatment is associated with distinct genomic and epigenetic profiles in posttraumatic stress disorder. *Proceedings of the National Academy of Sciences of the United States of America*, *110*(20), 8302–8307.

Messman-Moore, T. L., Long, P. J., & Siegfried, N. J. (2000). The revictimization of child sexual abuse survivors: An examination of the adjustment of college women with child sexual abuse, adult sexual assault, and adult physical abuse. *Child Maltreatment*, *5*(1), 18–27.

Miller, C. A., & Sweatt, J. D. (2007). Covalent modification of DNA regulates memory formation. *Neuron*, *53*(6), 857–869.

Morath, J., Moreno-Villanueva, M., Hamuni, G., Kolassa, S., Ruf-Leuschner, M., Schauer, M., … Elbert, T. (2014). Effects of psychotherapy on DNA strand break accumulation originating from traumatic stress. *Psychotherapy and Psychosomatics*, *83*(5), 289–297.

Moreno-Villanueva, M., Morath, J., Vanhooren, V., Elbert, T., Kolassa, S., Libert, C., … Bürkle, A. (2013). N-glycosylation profiling of plasma provides evidence for accelerated physiological aging in post-traumatic stress disorder. *Translational Psychiatry*, *3*, e320.

Morgan, H. D., Santos, F., Green, K., Dean, W., & Reik, W. (2005). Epigenetic reprogramming in mam-mals. *Human Molecular Genetics*, *14*(Suppl. 1), 47–58.

Moylan, C., Herrenkohl, T., Sousa, C., Tajima, E., Herrenkohl, R., & Russo, M. J. (2010). The effects of child abuse and exposure to domestic violence on adolescent internalizing and externalizing behavior prob-lems. *Journal of Family Violence*, *25*(1), 53–63.

Mulligan, C., D'Errico, N., Stees, J., & Hughes, D. (2012). Methylation changes at NR3C1 in newborns associate with maternal prenatal stress exposure and newborn birth weight. *Epigenetics*, *7*(8), 853–857.

Murgatroyd, C., Patchev, A. V., Wu, Y., Micale, V., Bockmuhl, Y., & Fischer, D. (2009). Dynamic DNA methylation programs persistent adverse effects of early-life stress. *Nature Neuroscience*, *12*, 1559–1566.

Myers, J. E. B. (2011). *The APSAC handbook on child maltreatment* (3rd ed. pp. ). Thousand Oaks, CA: SAGE Publications.

Naumova, O. Y., Lee, M., Koposov, R., Szyf, M., Dozier, M., & Grigorenko, E. L. (2012). Differential pat-terns of whole-genome DNA methylation in institutionalized children and children raised by their biolog-ical parents. *Development and Psychopathology*, *24*(01), 143–155.

Neugebauer, R., Fisher, P. W., Turner, J. B., Yamabe, S., Sarsfield, J. A., & Stehling-Ariza, T. (2009). Post-traumatic stress reactions among Rwandan children and adolescents in the early aftermath of genocide. *International Journal of Epidemiology*, *38*(4), 1033–1045.

Neuner, F., Schauer, M., Karunakara, U., Klaschik, C., Robert, C., & Elbert, T. (2004). Psychological trauma and evidence for enhanced vulnerability for posttraumatic stress disorder through previous trauma among West Nile refugees. *BMC Psychiatry*, *4*, 34.

Norman, R. E., Byambaa, M., De, R., Butchart, A., Scott, J., & Vos, T. (2012). The long-term health consequences of child physical abuse, emotional abuse, and neglect: A systematic review and meta-analysis. *PLoS Medicine*, *9*(11), e1001349.

O'Donnell, K. J., Bugge Jensen, A., Freeman, L., Khalife, N., O'Connor, T. G., & Glover, V. (2012). Maternal prenatal anxiety and downregulation of placental 11β-HSD2. *Psychoneuroendocrinology*, *37*(6), 818–826.

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2398**

Oberlander, T. F., Weinberg, J., Papsdorf, M., Grunau, R., Misri, S., & Devlin, A. M. (2008). Prenatal exposure to maternal depression, neonatal methylation of human glucocorticoid receptor gene (NR3C1) and infant cortisol stress responses. *Epigenetics*, *3*(2), 97–106.

Oh, J. E., Chambwe, N., Klein, S., Gal, J., Andrews, S., Gleason, G., … Shaknovich, R. (2013). Differential gene body methylation and reduced expression of cell adhesion and neurotransmitter receptor genes in adverse maternal environment. *Translational Psychiatry*, *3*, e59.

Pace, T. W., & Heim, C. M. (2011). A short review on the psychoneuroimmunology of posttraumatic stress disorder: from risk factors to medical comorbidities. *Brain, Behavior, and Immunity*, *25*(1), 6–13.

Peled, E., & Gil, I. B. (2011). The mothering perceptions of women abused by their partner. *Violence Against Women*, *17*(4), 457–479.

Perroud, N., Paoloni-Giacobino, A., Prada, P., Olié, E., Salzmann, A., Nicastro, R., … Guillaume, S. (2011). Increased methylation of glucocorticoid receptor gene (NR3C1) in adults with a history of childhood maltreatment: A link with the severity and type of trauma. *Translational Psychiatry*, *1*, e59.

Perroud, N., Salzmann, A., Prada, P., Nicastro, R., Hoeppli, M. E., Furrer, S., … Ardu, S. (2013). Response to psychotherapy in borderline personality disorder and methylation status of the BDNF gene. *Translational Psychiatry*, *3*, e207.

Pervanidou, P., & Chrousos, G. P. (2012). Metabolic consequences of stress during childhood and adolescence. *Metabolism, Clinical and Experimental*, *61*(5), 611–619.

Picchioni, M. M., & Murray, R. M. (2007). Schizophrenia. *British Medical Journal*, *335*(7610), 91–95.

Pico-Alfonso, M. A., Garcia-Linares, M. I., Celda-Navarro, N., Blasco-Ros, C., Echeburúa, E., & Martinez, M. (2006). The impact of physical, psychological, and sexual intimate male partner violence on women's mental health: Depressive symptoms, posttraumatic stress disorder, state anxiety, and suicide. *Journal of Women's Health*, *15*(5), 599–611.

Radtke, K. M., Ruf, M., Gunter, H. M., Dohrmann, K., Schauer, M., & Meyer, A. (2011). Transgenerational impact of intimate partner violence on methylation in the promoter of the glucocorticoid receptor. *Translational Psychiatry*, *1*, 1–6.

Ramchandani, S., Bhattacharya, S. K., Cervoni, N., & Szyf, M. (1999). DNA methylation is a reversible biological signal. *Proceedings of the National Academy of Sciences of the United States of America*, *96*(11), 6107–6112.

Rice, J. C., & Allis, C. D. (2001). Gene regulation: Code of silence. *Nature*, *414*(6861), 258–261.

Rodney, N. C., & Mulligan, C. J. (2014). A biocultural study of the effects of maternal stress on mother and newborn health in the Democratic Republic of Congo. *American Journal of Physical Anthropology*, *155*(2), 200–209.

Roozendaal, B., Okuda, S., de Quervain, D. J. F., & McGaugh, J. L. (2006). Glucocorticoids interact with emotion-induced noradrenergic activation in influencing different memory functions. *Neuroscience*, *138*(3), 901–910.

Rusiecki, J. A., Byrne, C., Galdzicki, Z., Srikantan, V., Chen, L., Poulin, M., … Liying, Y. (2013). PTSD and DNA methylation in select immune function gene promoter regions: A repeated measures case–control study of U.S. military service members. *Frontiers in Psychiatry*, *4*, 56.

Saltzman, L., Johnson, C., Gilbert, B., & Goodwin, M. (2003). Physical abuse around the time of pregnancy: An examination of prevalence and risk factors in 16 states. *Maternal and Child Health Journal*, *7*(1), 31–43.

Sareen, J., Cox, B. J., Afifi, T. O., de Graaf, R., Asmundson, G. J. G., ten Have, M., & Stein, M. B. (2005). Anxiety disorders and risk for suicidal ideation and suicide attempts. *Archives on General Psychiatry*, *62*(11), 1249–1257.

Schauer, M., Neuner, F., Karunakara, U., Klaschik, C., Robert, C., & Elbert, T. (2003). PTSD and the "building block" effect of psychological trauma among West Nile Africans. *European Society for Traumatic Stress Studies Bulletin*, *10*(2), 5–6.

Schmuel, E., & Schenker, J. G. (1998). Violence against women: The physician's role. *European Journal of Obstetrics, Gynecology, and Reproductive Biology*, *80*(2), 239–245.

Schoedl, A. F., Costa, M. C. P., Mari, J. J., Mello, M. F., Tyrka, A. R., Carpenter, L. L., & Price, L. H. (2010). The clinical correlates of reported childhood sexual abuse: An association between age at trauma onset and severity of depression and PTSD in adults. *Journal of Child Sexual Abuse*, *19*(2), 156–170.

Schury, K., & Kolassa, I.-T. (2012). Biological memory of childhood maltreatment: Current knowledge and recommendations for future research. *Annals of the New York Academy of Sciences*, *1262*(1), 93–100.

Scott K. M., Koenen K. C., Aguilar-Gaxiola, S., Alonso, J., Angermeyer, M. C., Benjet, C., … Bruffaerts, R. (2013). Associations between lifetime traumatic events and subsequent chronic physical conditions: A cross-national, cross-sectional study. *PLoS One*, *8*(11), e80573.

Seckl, J. R. (2004). Prenatal glucocorticoids and long-term programming. *European Journal of Endocrinology*, *151*(Suppl. 3), 49–62.

Seckl, J. R., & Meaney, M. (2006). Glucocorticoid "programming" and PTSD risk. *Annals of the New York Academy of Sciences*, *1071*(1), 351–378.

Silverman, J. G., Decker, M. R., Reed, E., & Raj, A. (2006). Intimate partner violence victimization prior to and during pregnancy among women residing in 26 U.S. states: Associations with maternal and neonatal health. *American Journal of Obstetrics and Gynecology*, *195*(1), 140–148.

Copyright © 2015 John Wiley & Sons, Ltd.

DOI: 10.1002/bsl

**Exhibit 146 - 2399**

720    L. Ramo-Fernández *et al.*

Sipahi, L., Wildman, D. E., Aiello, A. E., Koenen, K. C., Galea, S., Abbas, A., & Uddin, M. (2014). Longitudinal epigenetic variation of DNA methyltransferase genes is associated with vulnerability to post-traumatic stress disorder. *Psychological Medicine*, *44*(15), 3165–3179.

Slatkin, M. (2009). Epigenetic inheritance and the missing heritability problem. *Genetics*, *182*(3), 845–850.

Smith, A. K., Conneely, K. N., Kilaru, V., Mercer, K. B., Weiss, T. E., Bradley, B., … Tang, Y. (2011). Differential immune system DNA methylation and cytokine regulation in post-traumatic stress disorder. *American Journal of Medical Genetics. Part B, Neuropsychiatric Genetics*, *156*(6), 700–708.

Smith, C., & Thornberry, T. P. (1995). The relationship between childhood maltreatment and adolescent involvement in delinquency. *Criminology*, *33*(4), 451–481.

Sommershof, A., Aichinger, H., Engler, H., Adenauer, H., Catani, C., Boneberg, E. M., … Elbert, T. (2009). Substantial reduction of naive and regulatory T cells following traumatic stress. *Brain, Behavior, and Immunity*, *23*, 1117–1124.

Stansfeld, S. A., Clark, C., Rodgers, B., Caldwell, T., & Power, C. (2010). Repeated exposure to socioeconomic disadvantage and health selection as life course pathways to mid-life depressive and anxiety disorders. *Social Psychiatry and Psychiatric Epidemiology*, *46*(7), 549–558.

Stoltenborgh, M., van IJzendoorn, M. H., Euser, E. M., & Bakermans-Kranenburg, M. J. (2011). A global perspective on child sexual abuse: Meta-analysis of prevalence around the world. *Child Maltreatment*, *16*(2), 79–101.

Strahl, B. D., & Allis, C. D. (2000). The language of covalent histone modifications. *Nature*, *403*(6765), 41–45.

Suderman, M., Borghol, N., Pappas, J., Pinto Pereira, S., Pembrey, M., Hertzman, C., … Power, C. (2014). Childhood abuse is associated with methylation of multiple loci in adult DNA. *BMC Medical Genomics*, *7*(1), 13.

Suglia, S., Clark, C., Boynton-Jarrett, R., Kressin, N., & Koenen, K. (2014). Child maltreatment and hypertension in young adulthood. *BMC Public Health*, *14*(1), 1149.

Talge, N. M., Neal, C., & Glover, V. (2007). Antenatal maternal stress and long-term effects on child neurodevelopment: How and why? *Journal of Child Psychology and Psychiatry*, *48*(3/4), 245–261.

Thomas, C., Hypponen, E., & Power, C. (2008). Obesity and type 2 diabetes risk in midadult life: The role of childhood adversity. *Pediatrics*, *121*(5), e1240–e1249.

Thombs, B. D., Bernstein, D. P., Ziegelstein, R. C., Scher, C. D., Forde, D. R., Walker, E. A., & Stein, M. B. (2006). An evaluation of screening questions for childhood abuse in 2 community samples: Implications for clinical practice. *Archives of Internal Medicine*, *166*(18), 2020–2026.

Thornberry, T. P., Henry, K. L., Ireland, T. O., & Smith, C. A. (2010). The causal impact of childhood-limited maltreatment and adolescent maltreatment on early adult adjustment. *Journal of Adolescent Health*, *46*(4), 359–365.

Tyrka, A. R., Price, L. H., Kao, H.-T., Porton, B., Marsella, S. A., & Carpenter, L. L. (2010). Childhood maltreatment and telomere shortening: Preliminary support for an effect of early stress on cellular aging. *Biological Psychiatry*, *67*(6), 531–534.

Tyrka, A. R., Price, L. H., Marsit, C., Walters, O. C., & Carpenter, L. L. (2012). Childhood adversity and epigenetic modulation of the leukocyte glucocorticoid receptor: Preliminary findings in healthy adults. *PLoS One*, *7*(1), e30148.

Uddin, M., Aiello, A. E., Wildman, D. E., Koenen, K. C., Pawelec, G., & de Los Santos, R. (2010). Epigenetic and immune function profiles associated with posttraumatic stress disorder. *Proceedings of the National Academy of Sciences of the United States of America*, *107*, 9470–9475.

van Zuiden, M., Geuze, E., Willemen, H. L. D. M., Vermetten, E., Maas, M., Heijnen, G. J., & Kvelaars, A. (2010). Pre-existing high glucocorticoid receptor number predicting development of posttramatic stress symptoms after military deployment. *American Journal of Psychiatry*, *168*(1), 89–96.

von Känel, R., Hepp, U., Kraemer, B., Traber, R., Keel, M., Mica, L., & Schnyder, U. (2007). Evidence for low-grade systemic proinflammatory activity in patients with posttraumatic stress disorder. *Journal of Psychiatric Research*, *41*(9), 744–752.

Vukojevic, V., Kolassa, I.-T., Fastenrath, M., Gschwind, L., Spalek, K., Milnik, A., … Heck, A. (2014). Epigenetic modification of the glucocorticoid receptor gene is linked to traumatic memory and post-traumatic stress disorder risk in genocide survivors. *Journal of Neuroscience*, *34*(31), 10274–10284.

Watson, J. D., & Crick, F. H. (1953). Molecular structure of nucleic acids. *Nature*, *171*(4356), 737–738.

Weaver, I., Cervoni, N., Champagne, F., D'Alessio, A., Sharma, S., Seckl, J., … Dymov, S. (2004). Epigenetic programming by maternal behavior. *Nature Neuroscience*, *7*(8), 847–854.

Weaver, I., Meaney, M. J., & Szyf, M. (2006). Maternal care effects on the hippocampal transcriptome and anxiety-mediated behaviors in the offspring that are reversible in adulthood. *Proceedings of the National Academy of Sciences of the United States of America*, *103*(9), 3480–3485.

Whitfield, C. L., Anda, R. F., Dube, S. R., & Felitti, V. J. (2003). Violent childhood experiences and the risk of intimate partner violence in adults: Assessment in a large health maintenance organization. *Journal of Interpersonal Violence*, *18*(2), 166–185.

Widom, C. (1989). The cycle of violence. *Science*, *244*(4901), 160–166.

Widom, C., Ireland, T., & Glynn, P. J. (1995). Alcohol abuse in abused and neglected children followed-up: Are they at increased risk? *Journal of Studies on Alcohol*, *56*(2), 207–217.

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2400**

Wilker, S., Pfeiffer, A., Kolassa, S., Koslowski, D., Elbert, T., & Kolassa, I.-T. (in press). How to quantify exposure to traumatic stress?—Reliability and predictive validity of measures for cumulative trauma exposure in a post-conflict population. *European Journal of Psychotraumatology*.

Wilson, H. W., & Widom, C. S. (2008). An examination of risky sexual behavior and HIV in victims of child abuse and neglect: A 30-year follow-up. *Health Psychology*, 27(2), 149.

World Health Organization (WHO). (2005). *The World Health Report* (2005). *Make every mother and child count*. Geneva: Author.

Wu, V., Huff, H., & Bhandari, M. (2010). Pattern of physical injury associated with intimate partner violence in women presenting to the emergency department: A systematic review and meta-analysis. *Trauma, Violence, and Abuse*, 11(2), 71–82.

Xie, P., Kranzler, H. R., Poling, J., Stein, M. B., Anton, R. F., Farrer, L. A., & Gelernter, J. (2010). Interaction of FKBP5 with childhood adversity on risk for post-traumatic stress disorder. *Neuropsychopharmacology*, 35(8), 1684–1692.

Yan, W. (2014). Potential roles of noncoding RNAs in environmental epigenetic transgenerational inheritance. *Molecular and Cellular Endocrinology*, 398(1/2), 24–30.

Yehuda, R., Bell, A., Bierer, L. M., & Schmeidler, J. (2008). Maternal, not paternal PTSD, is related to increased risk for PTSD in offspring of Holocaust survivors. *Journal of Psychiatric Research*, 42(13), 1104–1111.

Yehuda, R., & Bierer, L. M. (2009). The relevance of epigenetics to PTSD: Implications for the DSM-V. *Journal of Traumatic Stress*, 22(5), 427–434.

Yehuda, R., Daskalakis, N. P., Desarnaud, F., Makotkine, I., Lehrner, A. L., Koch, E., … Flory, J. D. (2013). Epigenetic biomarkers as predictors and correlates of symptom improvement following psychotherapy in combat veterans with PTSD. *Frontiers in Psychiatry*, 4, 118.

Yehuda, R., Daskalakis, N. P., Lehrner, A., Desarnaud, F., Bader, H. N., Makotkine, I., … Flory, J. D. (2014). Influences of maternal and paternal PTSD on epigenetic regulation of the glucocorticoid receptor gene in holocaust survivor offspring. *American Journal of Psychiatry*, 171(8), 872–880.

Yehuda, R., Engel, S. M., Brand, S. R., Seckl, J., Marcus, S. M., & Berkowitz, G. S. (2005). Transgenerational effects of posttraumatic stress disorder in babies of mothers exposed to the World Trade Center attacks during pregnancy. *Journal of Clinical Endocrinology and Metabolism*, 90, 4115–4118.

Yehuda, R., Flory, J. D., Bierer, L. M., Henn-Haase, C., Lehrner, A., Desarnaud, F., … Makotkine, I. (2015). Lower methylation of glucocorticoid receptor gene promoter 1 F in peripheral blood of veterans with posttraumatic stress disorder. *Biological Psychiatry*, 77(4), 356–364.

Yehuda, R., Golier, J. A., Yang, R. K., & Tischler, L. (2004). Enhanced sensitivity to glucocorticoids in peripheral mononuclear leukocytes in posttraumatic stress disorder. *Biological Psychiatry*, 55(11), 1110–1116.

Yehuda, R., Halligan, S. L., & Bierer, L. M. (2002). Cortisol levels in adult offspring of Holocaust survivors: relation to PTSD symptom severity in the parent and child. *Psychoneuroendocrinology*, 27(1/2), 171–180.

Yehuda, R., Lowy, M. T., Southwick, S. M., Shaffer, D., & Giller, E. L. Jr. (1991). Lymphocyte glucocorticoid receptor number in posttraumatic stress disorder. *American Journal of Psychiatry*, 148, 499–504.

Yehuda, R., Southwick, S., Giller, E. L., Ma, X., & Mason, J. W. (1992). Urinary catecholamide excretion and severity of PTSD symptoms in Vietnam combat veterans. *Journal of Nervous and Mental Disease*, 180(5), 321–325.

Young, E. A., & Breslau, N. (2004). Cortisol and catecholamines in posttraumatic stress disorder: An epidemiologic community study. *Archives of General Psychiatry*, 61(4), 349–401.

Zhou, Z., Enoch, M. A., & Goldman, D. (2014). Gene expression in the addicted brain. *International Review of Neurobiology*, 116, 251–273.

Zucchi, F. C. R., Yao, Y., Ward, I. D., Ilnytskyy, Y., Olson, D. M., Benzies, K., … Kovalchuk, O. (2013). Maternal stress induces epigenetic signatures of psychiatric and neurological diseases in the offspring. *PLoS One*, 8(2), e56967.

Copyright © 2015 John Wiley & Sons, Ltd.

**Exhibit 146 - 2401**

# EXHIBIT

## 147

Case 2:02-cr-00220-MCS    Document 2475-8    Filed 10/05/23    Page 390 of 452   Page ID #:22041

**Cornell University Press**

---

Chapter Title: THE QUEST FOR NORMALCY: Coming Home, Settling Down, Moving Forward

Book Title: Stories of House and Home
Book Subtitle: Soviet Apartment Life during the Khrushchev Years
Book Author(s): CHRISTINE VARGA-HARRIS
Published by: Cornell University Press. (2015)
Stable URL: https://www.jstor.org/stable/10.7591/j.ctt15hvs37.12

---

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at https://about.jstor.org/terms



*Cornell University Press* is collaborating with JSTOR to digitize, preserve and extend access to *Stories of House and Home*

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2402**

**CHAPTER 5**

# THE QUEST FOR NORMALCY

## Coming Home, Settling Down, Moving Forward

IN MARCH 1958, RESIDENTS at 100 Borovaia Street in Leningrad made a fervent plea for better housing. Even before World War II, their building had been officially declared a "house of menace" (*dom ugrozy*) because the apartments within it did not meet even the most elementary demands for hygiene and comfort, nor "for the protection of the health of its inhabitants, raising children, normal sleep, and rest." Here tenants had to contend with a narrow, windowless, unventilated, and poorly equipped kitchen (with several families sharing a single stove), the vagaries of water pipes in dire need of replacement (in some of the apartments, residents lived completely without water), rotting walls in the toilets (due to dampness), cracking plaster, and an unkempt courtyard. Since 1931, neither major nor cosmetic repairs had been conducted on their building, which was further destroyed by artillery bombardment during the Blockade. Then, because the foundation and walls had withstood the shelling, and housing had become even scarcer, new tenants were moved into it, exacerbating the overcrowding and making daily life markedly worse.[1]

The demand presented in this letter was straightforward: 100 Borovaia Street must immediately undergo extensive repair work. By the end of 1959, however, residents of this building were still waiting for their apartments to be renovated. Anticipating having to vacate their homes for the duration of the repairs, they marveled that "at a time of new massive housing construction," they should have to tolerate this immense inconvenience instead of being moved into a new building.[2]

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2403**

Major repairs were finally completed at 100 Borovaia Street in 1961, though with numerous shortcomings. The rooms in some apartments had been subdivided into awkward configurations. One, which came to measure roughly two by seven meters after it was renovated, now resembled a "tram car."[3] Throughout the building, meanwhile, the heating that had been installed in the appreciably brighter bathrooms and kitchens was defective. This purportedly made conditions worse than during the Blockade, when tenants could at least warm up by a small stove. "Now that we have a radiator," they remarked with irony, "we go about in felt boots and warm coats." They wondered for how long they would have to endure this latest "outrage."[4]

On the most fundamental level, this housing petition, which spanned several years, represents the reality that for many in the Soviet Union during the 1950s and 1960s, daily life remained virtually unchanged by mass construction, let alone postwar rebuilding. Official accounts were also revealing. For example, a report compiled by the *ispolkom* (executive committee) of the Leningrad city soviet in 1960 acknowledged that although the number of families in Leningrad receiving living space had been increasing, acute housing need would span the entirety of the Seven-Year Plan (1959–1965). By way of illustration, it noted that 37,000 families had received living space in 1958 and 40,000 in 1959, but that it would take about five years to render satisfactory the outstanding 1.5 million square meters of the old housing stock, in varying states of disrepair, that continued to house a minimum of 250,000 Leningraders.[5] That such extensive renovation merited consideration in the midst of expansive new construction, further elucidates the scope of the housing crisis.

In this chapter I focus on the chronic problems that besieged inhabitants of old apartments requiring essential repairs and improved amenities. These included leaky roofs, incessant dampness, defects in plumbing and heating systems, poor ventilation, perpetually peeling paint and plaster, and overcrowding. Each year, such deficiencies drove many thousands of Leningraders to compose lengthy and recurring letters of complaint (*pis'ma zhaloby*) or request (*pis'ma zaiavleniia*); they then submitted these to local housing, factory, military, municipal government, and Party officials and national figures, as well as to newspaper and magazine editors who might intervene on their behalf in resolving their housing grievance or appeal.

Given that the city soviet was ultimately responsible for administering the bulk of housing in Leningrad, letters sent to other offices were invariably forwarded to its deputies for examination. In 1955, this body had assumed responsibility for the distribution of all new housing built by the main construction trust in Leningrad, Glavleningradstroi.[6] By 1956, more than 70 percent of state housing was operated by the Leningrad city soviet.[7] Such streamlining, intended to increase efficiency and reduce corruption,

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2404**

diminished the role in housing allocation that had previously been played by employers and workplace organizations at industrial enterprises, and academic and other institutions.

To offer a sense of the volume of housing petitions that city soviet deputies had to contend with annually, out of the roughly 53,000 complaints and requests that they received in 1959, about 65 percent (approximately 35,000) concerned the housing question. The overwhelming majority of these (around 27,000) pertained to some aspect of housing distribution (for example, an exchange or registration in a queue for the receipt of living space); the remainder involved matters related to repair.[8] Although submitting a letter to persons or bodies of authority was not the only strategy that Soviet citizens employed to improve their living conditions, figures like these attest to the tremendous value that citizens attached to the process.

In terms of their content, petitions provide a general portrait of daily life for those still waiting to settle into a new separate apartment "with all the conveniences." They also offer a discursive inventory of popular designations for prewar housing that spanned from "alien corners" to "coffins." Moreover, details regarding the absence of conditions conducive to good health and hygiene, tranquility and contentment, and dignified living and personal fulfillment provide insight into the kind of home that petitioners alternatively imagined for themselves—in other words, what "house and home" meant to the ordinary individual. In these respects, housing petitions presented a variant of the account "then versus now" that was so prominent in the glowing housewarming scenarios published in the press during the Khrushchev era, as well as reflected popular conceptions of normalcy.[9]

More broadly, juxtaposing the "small stories" of Leningraders with the official narrative of Revolution-being-realized temporally propels forward "the psychological frontier of the end of the war" that Elena Zubkova associated with the conclusion of rationing, the restoration of prewar industrial production, and the demobilization of the Soviet army in 1948.[10] Housing petitions of the 1950s and 1960s demanding the establishment of circumstances associated with routine peacetime normalcy also force the grand gestures of de-Stalinization—from the rehabilitation of unjustly accused "enemies of the people" to the liberalization of literary production—to recede into the background. They thereby demonstrate a degree of continuity from the prewar era through the Thaw. Specifically, living conditions like those that residents at 100 Borovaia Street had to tolerate more than a decade after the end of World War II reveal that shortcomings continued to be as characteristic of Soviet housing policy during the Khrushchev period as its impressive chronicle of progress.

In addition to undermining the grand narrative of advancement toward providing each family its own apartment, descriptions of the material discomforts and inconveniences of living in close quarters with others implicitly

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2405**

challenged another motif of public culture during the Thaw: the revival of socialist society.[11] Articulating the psychological and emotional effects that communal living could engender, individuals petitioning for better housing conveyed the impression that they felt beleaguered by, or else alienated from, those with whom they had to share a dwelling. Some conflated escape from close and constant contact with others with the development of a self distinct from the collective—even if only on the small scale of domestic life. Embedded in their requests was a yearning for their "own" space.

### Desperately Seeking Better Housing: "Possible Options"

Housing in the Soviet Union was theoretically owned by the people and distributed on their behalf by a benevolent and just government. This precept was vociferously reinforced by Khrushchev as he endeavored to fully assert state paternalism and revive communist egalitarianism. What, if any, opportunities remained for Soviet citizens to determine their own living arrangements?

Although "private property" (*chastnaia sobstvennost'*)—connoting the accumulation of profit and the exploitation of others—was abolished during the Revolution, as Mark Smith illuminated, individual ownership of property resulting from labor was not. The right to own "personal property" (*lichnaia sobstvennost'*) was embedded in legislation introduced between 1917 and 1922 and then consolidated in the 1936 Soviet Constitution. In accord with revolutionary principles, such housing was to be limited to use by a single family, which could not derive financial gain or amass unearned resources from it. Still, its members could sell (on equitable terms), gift, or leave it as a legacy; they also had the option, however limited, to rent parts of it out. Such legal stipulations, coupled with security of occupancy, resulted in personal property accounting for as much as one-third of the overall urban housing stock from 1941 through 1964.[12]

Contributing to the continued growth of individual housing in the postwar era was a May 1944 decree that authorized straightforward loans for precisely such building projects. As Smith explained, this wartime measure enabled citizens to acquire an extended lease for a plot of land from their local soviet and build a house. Throughout the process, they were entitled to obtain through their workplace bank credit, expertise in formalizing legalities, assistance in the procurement of standardized building plans and construction supplies, and help in the transportation and assembly of those materials. They would then own the dwelling they had built, in accordance with the legal provisions regarding personal property.[13]

Although individual construction was not prohibited during the Khrushchev period, it was disparaged in favor of state housing, given that

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2406**

140    CHAPTER 5

it could engender such sordid practices as speculation and the acquisition of funds and building supplies through questionable means like embezzlement and pilfering. *Krokodil* was particularly vigilant about exposing individuals who so abused Soviet laws on personal property; the magazine also presented the construction of exceedingly large *osobniaki* (private residences), *teremki* (towers), or *khoromy* (mansions) as no less egregious.[14] In fact, a 1958 decree limiting the size of personal property, from a vague five rooms and two stories to the more stringent maximum of sixty square meters, may have been a direct response to such excesses.[15] Restrictive measures might also have served to make housing situated outside the purview of direct state provision more ideologically palatable. That Khrushchev himself deemed individual construction to be outmoded and unbecoming for a communist city is evinced by a 1963 decree banning it from any urban area with a population greater than 100,000.[16] Here, amid massive apartment blocks, *osobniaki* would have appeared especially conspicuous.

At the same time, to supplement state construction, Khrushchev promoted cooperative housing through enhanced legislative and financial support.[17] A phenomenon that predated his leadership and was revived in 1958, the Soviet housing cooperative was usually composed of employees at a given enterprise or institution who wanted to invest their savings to build and manage an apartment building on their own. Such housing was officially classified as "socialist property" rather than "personal property," and the rights of the cooperative as a whole trumped any claimed by an individual member.[18]

The least orthodox strategies for overcoming intolerable housing conditions or acquiring additional living space included scheming against neighbors and even family members in order to dispossess them of their rightful living space; entering into fabricated marriages (one way for single persons to escape dormitory life in the context of policy that inherently favored married couples); swapping with others or, alternatively, hoarding living space; and enlisting the services of speculators.[19] Fictional and personal accounts made such practices infamous, while newspapers and magazines featured them expressly to admonish against them, thereby suggesting that they were quite common. For example, one report "on moral themes" published in *Vechernii Leningrad* recounted a case in which a couple attempting to usurp for itself an entire apartment made life miserable for new tenants, in order to force them to vacate the room that had just been allotted to them. The author claimed that unfortunately, letters to the editor describing such episodes were not rare.[20]

The play *Kak pozhivaesh', paren'?* (How's life, chum?) depicted the strategy of entering into a marriage of convenience in order to resolve personal housing matters. The plot revolves around the characters Evgenii and Zain'ka, whose union enables both to quit their workplace dormitory and

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2407**

the latter to obtain the *propiska* (residency permit) she needs to rightfully continue living in the city where she is employed. The straightforward practicality of their arrangement is undermined, however, when each falls in love with another person, which introduces new complications into their daily life.[21]

Masterful manipulation of the per capita norm was another tactic employed to obtain better housing, as methodically outlined in *Obmen* (The exchange). Although it appeared in the early Brezhnev era, what this novella so plainly revealed about the lengths to which ordinary citizens might go in order to improve their living conditions is applicable also to the Khrushchev years. The plot centers on Lena, who schemes to secure extra living space for herself, her husband Victor, and their daughter by inviting her terminally ill mother-in-law to live with them. She reasons that by moving the sick woman—a fourth person—into their home, they will become eligible for additional housing. Lena can then exchange the living space that her mother-in-law has vacated, together with that which her family already inhabits, for one larger apartment in which the three of them can live comfortably once the matriarch of the family dies. To execute her plan, Lena doggedly tracks potential housing exchanges, meticulously working out all of the details, while Viktor—heartbroken that his mother is dying—hopes for a miracle. In the end, the exchange is completed according to the plan that Lena has devised. While Viktor experiences a crisis of conscience so great that the death of his mother leaves him bedridden, Lena disavows her callous scheme, attributing it to the deprivation and cruelty of life. In short, she justifies her actions as serving the good of her family.[22]

Lena was precisely the type of person that an article published in *Krokodil* reproached for an obsession with amassing that "insidious housing idol" covered in thick parquet, square meters of living space.[23] In addition to conniving to accumulate more space for her family than its rightful allotment—essentially hoarding—the protagonist engages in another strategy that individuals might have employed to ameliorate their living conditions: consulting exchange networks. Indeed those not willing to simply wait their turn in a queue for more amenable housing could visit a local exchange bureau, fill out an *anketa* (application) delineating their needs in terms of location, family size, and other considerations, pay a small administrative fee, and wait for official notification of a swap agreeable to all parties involved. Such offices, however, were extremely slow and ludicrously bureaucratic.[24]

At the same time, the grounds of municipal housing exchange bureaus were notorious for harboring speculators peddling quick exchanges for exorbitant fees.[25] This is apparent in a newspaper article disparaging the rampant speculation evident at the Leningrad housing exchange bureau located at 8 Boitsov Lane. The author recounts an episode in which a man

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2408**



**5.1** This cartoon depicts a man who invites a gaggle of his relatives to live with him and registers them in his apartment so that he can submit an appeal for a larger one based on "an increase in family size." Once his request is granted, he bids adieu to his relatives so that he might be left alone in peace to enjoy his spacious new home. *Krokodil*, 10 February 1964, 7.

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2409**

on a tram bemoaning his inability to find a room for his family is urged by his fellow passengers to go directly to Boitsov Lane. There, they claim, he is sure to encounter someone—implicitly, not a vetted official—with living space to distribute.[26]

In addition to loitering around housing exchange bureaus, speculators set up independent operations, even promoting their services on advertising columns through notices like "Possible options" (*vozmozhnye varianty*). Such announcements provided contact information that included a name (often an alias) and telephone number. In terms of their modus operandi, speculators charged a general price for their services and separate payment for each individual dwelling they showed to a client. Many demanded an additional fee for formalizing with an exchange bureau the transaction that they had facilitated, ostensibly to pay a bribe to render it legal; others simply defrauded people, conning them out of what living space they already possessed. Given their often questionable character and unsavory business dealings, the press rebuked speculators, blaming their flourishing on housing administration officials who failed to complete exchanges in a satisfactory and timely manner, as well as police officers who were insufficiently vigilant in eliminating them.[27]

One assessment of the impact of unsanctioned exchanges and bribery posits that unofficial means of "purchasing" living space counteracted the benefits of socialized housing. Effectively rendering subsidized housing insignificant, responses like these to the dearth of living space also undermined state paternalism and egalitarianism.[28] What then of the role of the state itself in housing allocation?

Municipal government offices, which held designated visiting hours, provided additional prospects for citizens hoping to improve their living conditions. Officials here were not necessarily more effective—or less immune to corruption—than those employed at housing exchange bureaus. As a *reid* of two *raion* (district) soviets divulged in *Vechernii Leningrad*, while hundreds of people were turning to their local officials for assistance concerning housing matters, deputies were sometimes absent when they were scheduled to be in their offices, or there were too many visitors and too few officials available during reception hours. Meanwhile, queues were so lengthy that there were never enough chairs to accommodate all the people waiting.[29] The executive committees of the Leningrad city and district soviets acknowledged these shortcomings in unpublished reports evaluating their reception of citizens and outlining recommendations for rectifying deficiencies. These typically suggested that officials should manage their visiting hours more conscientiously, produce clearer and lengthier transcripts of their meetings, resolve complaints more quickly, and treat visitors more compassionately.[30] That said, given that they could be inundated with thousands of complaints and requests on a monthly basis, it is

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2410**

not surprising that their operations were slow to advance. According to one breakdown, over the course of 1961, individual members of the *ispolkom* of the Leningrad city soviet had received roughly between 5,000 and 9,000 complaints and requests each month.[31]

An additional option for obtaining better housing entailed submitting a written petition to a municipal government official or any person in some authoritative capacity perceived to have even a modicum of power in housing allocation—from housing administration personnel to newspaper editors. The process of petitioning could prove just as futile as other strategies. Among the more than one hundred cases I studied, which taken together yielded over 1,500 pages of correspondence, most petitions extended for several years and remained unsatisfactorily resolved. In some instances, petitioners were provided scant explanation as to why their request to exchange their living space was denied. In others, they might already have been in possession of housing deemed "fit" for habitation and sufficient in size. An additional reason for refusal was ineligibility. Some petitioners lacked the documentation required to verify their possession of a dwelling that they could then rightfully exchange, for example, an *order* (a writ) or some evidence that they were the principal lessee of the space they inhabited. Alternatively, they might not have possessed housing in the city or district in which they wanted to live; this meant that they effectively had nothing to exchange in that particular locale. Residency stipulations also complicated matters, as a *propiska* was required to reside in a given city.[32] Most often, however, petitioners were confronted with the simple fact that there was not enough housing available to meet their demand. They would just have to wait their turn in a queue.

Waiting lists for housing were compiled by individual enterprises and institutions, as well as *raion* and city soviets, which initially shared responsibility for distributing living space. Then, at the beginning of 1961, as part of the general drive for standardization and efficiency, the different housing queues in Leningrad were amalgamated under the ultimate authority of the city soviet. This reform was intended to facilitate greater coordination in the development of new housing—over which the soviet, by this time, had sole control in terms of allocation—and urban planning.[33]

Among those eligible for registration on the revised Leningrad housing list were the following: individuals inhabiting a dwelling that provided less than three square meters of living space per family member; those living in space deemed "unfit" for habitation, as determined by an interdepartmental commission; persons lacking any housing of their own whatsoever, who had arrived in Leningrad by 1 January 1956; and families living in dormitories designated for single persons. Ineligible for registration on the new waiting list were individuals employed in Leningrad but registered outside of the city; those with a temporary *propiska*; and persons residing in

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

Exhibit 147 - 2411

a dwelling that had been granted them in association with their employ-ment.[34] The local press, including factory newspapers, helped Leningrad-ers navigate through the complicated and changing registration process by providing instructions for determining eligibility for a housing exchange.[35]

In addition to choosing from a range of options in order to improve their living circumstances, citizens also carefully selected their words when soliciting the assistance of local housing, factory, military, munic-ipal government, and Party officials. What they candidly divulged about their personal and material situation in their letters of request and com-plaint was strikingly vivid. This is not to suggest that the egregious con-ditions existing in the old housing stock were not publicly acknowledged. In fact, alongside portrayals of imperfect housewarmings that dispelled the merits of standardized designs and of "better, faster, and cheaper" construction, accounts of the problems plaguing older housing frequently appeared in newspapers and magazines. These depicted leaky roofs, damp or flooded basements, rotting wooden ceiling beams and window frames, poor plumbing and heating, cracking plaster, chipping paint and peeling wallpaper. Also frequently cited were the seemingly endless wait for sorely needed major repairs and the gross inconvenience of having to relocate before extensive renovations were to commence in order not to interfere with the fulfillment of work orders. Still, even amid palpable indignation, when the misery that such circumstances engendered was recognized publicly, it was muted by commentary sometimes so hyper-bolic as to be laughable.

This approach was especially evident in feuilletons, investigative reports, and articles based on letters from readers. One provocative tale published in *Krokodil* absurdly inverted the realities of habitation in the old hous-ing stock to magnify them for the amusement of readers. At its center is an apartment that did not require extensive renovation, but was neverthe-less slated for immediate major repairs; these in turn were quickly and satisfactorily completed. But such results were not the norm. Thus, when the author first introduces the protagonist of this story, he is engaged in a valiant effort to prevent his home, in need of only minor cosmetic work, from being subjected to extensive renovation. He most of all dreads the interruption of his life by the temporary resettlement to another dwelling that was customary in such cases. He is also dismayed by the mere antici-pation of defective and careless workmanship (including ruined furniture and broken windows)—typical outcomes of major repair work that would necessitate subsequently having to waste copious amounts of time submit-ting complaints to various housing authorities to rectify the damage. When his wife and two children leave home just before the work begins, the hero opts to remain in their apartment for the duration of the repair, comforted by a neuropathologist friend who assures him that he can register him in

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2412**

a sanatorium for peace and quiet should the situation become intolerable. After the renovations are completed smoothly and quickly, and prove to be of outstanding quality, the protagonist and his family move back into their home. But the tale did not end here.[36]

If by this point the reader was not already questioning the plausibility of this story, the author confirmed the rarity of such rapid and successful renovation by stating that the apartment he had described effectively became a public exhibition. State inspectors, members of the press, city officials, students in technical schools and the building trades, and hoards of representatives from dozens of different organizations all flocked to see this paragon of "exemplary major repair." Exhausted by all the commotion, and with the sanatorium unable to accommodate his entire family, the hero sought to bar strangers from his home. However, the *raion* housing administration to which he appealed for assistance informed him that his request was "antisocial"; a lawyer in turn confirmed that as an artifact of model repair work, his home always had to be open to visitors, except during lunch break—much like a museum. The story concluded with a postscript stating that the protagonist and his family currently live with acquaintances and that only every now and then, with great wariness, do they visit their "domestic museum."[37]

Although especially absurd, this feuilleton is archetypal of published accounts depicting *byt* in the old housing stock. These usually revealed the endless frustrations connected with severe disrepair that residents here experienced, followed by pointed accusations intended to channel the frustration of readers in similar predicaments toward the responsible, if disinterested or heartlessness, local officials. Typical of this conventional approach was a newspaper report citing the frequent "loafing" in plan fulfillment and shoddy repair work that often forced tenants to repeatedly assume a "nomadic" life and move into the so-called maneuverable housing stock (*manevrennyi fond*).[38] Apparently based on letters from readers residing in the Kaliningrad *raion* of Leningrad, the author directed blame at the superintendent in charge of the renovations and the deputy chair of the *ispolkom* of the district soviet, identifying each individual by name.[39]

For the most part, articles that appeared in newspapers and magazines during the Khrushchev era failed to address the grave threats to health, or even life, that marked the old housing stock. Also notable, they rarely directly or seriously questioned central state concern for the person. Meanwhile, together with socialist advancement, with which the mandate to provide mass housing was interwoven, national policy remained untarnished in public culture; it certainly was not sullied by any systematic explication of why so many Soviet citizens continued to live in crumbling old apartments.

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2413**

### Building Socialist Normalcy—Dignity, Individuality, and Family Life

In a letter written more than a decade after the war had ended, the residents at 100 Borovaia Street declared with dismay, "During this time in our native land there occurred an enormous improvement of life. Two artificial earth satellites were launched! . . . And our building remains without change, not improving, but rather worsening."[40] Living in a dilapidated nineteenth-century structure and evidently familiar with state policies and objectives, they marveled that they were not benefiting from mass construction. By plainly showcasing circumstances antithetical to desired norms, these petitioners challenged propagandistic accounts of progress both in the sphere that concerned them the most—housing construction—and in the wider realm of building a modern socialist society.

Similarly citing official rhetoric on progress, L. M. Semenova stated, "Often I hear on the radio and in the newspapers that the entire life of the Soviet worker is always improving. A great many apartment houses are being built, which are being settled by workers." Having seen for herself the massive construction efforts taking place everywhere, she claimed to be incredulous that there was no available housing for her own family.[41] As it was, she and her husband had been living in a basement for ten years already, in terrible cold and dampness, washing and cooking alongside the bed that they shared with their child. In outlining these horrible conditions, she underscored the disjuncture between her life and the pronouncements about socialist advancement she had encountered in the press.

Another petitioner, M. E. Edige, seemed determined to coax the Leningrad city soviet into allotting her better living space by providing concrete evidence of central housing policy: she included with one of her letters an article from the newspaper *Sovetskaia Rossiia* that she had underlined in various places to accentuate its dramatic claims about current construction. Among the sections she highlighted were one on a housing brigade that had assembled a building in a mere forty-seven days, and another on a group of building assemblers that Khrushchev commended for having completed three buildings in a mere month. Also underlined was the bold proclamation with which the article concluded: "NEARLY 290 APARTMENTS ARE BEING BUILT EVERY HOUR."[42] Meanwhile, all she wanted was to exchange the one room that she and her two children were inhabiting with her former husband for two separate rooms. Emphasizing that she was asking for no more than twenty or so square meters of their current twenty-eight square meters, she indicated just how meager was her request in the context of the heroic construction feats about which she had read so much.[43] Indeed the amount of space she deemed rightfully hers to share with her children was below the norm, which for three persons would have amounted to twenty-seven square meters.

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2414**

148   CHAPTER 5

While some petitioners juxtaposed their living conditions with facets of state policy in a way that questioned the extent of the progress lauded in the media, others did so in order to demonstrate the continuation of problems stemming from World War II that had yet to be resolved. These included the destruction and deterioration of apartment buildings, as well as of fundamental amenities.[44] The correspondence I examined abounds with cases of persons living in the same buildings they had inhabited during the war, or individuals who were still to acquire a satisfactory replacement for housing lost "due to wartime circumstances." The latter category included homes that had been outright destroyed, and those that Leningraders had lost possession of after they were evacuated from the city, as new tenants moved into them in their absence.[45]

Residents at 11 Il′ich Lane explicitly evoked the Blockade in their plea for better housing. Distressed above all by their habitually clogged plumbing system—something that not only rendered their water supply unpredictable, but also undermined good hygiene and health—they likened their circumstances to "living through a second blockade."[46] Whether or not the pun was intended, these petitioners had intentionally sought to elicit laughter through tears regarding their lamentable circumstances; among the letters they composed detailing their plight was a sardonic one addressed to *Krokodil*.[47] More explicitly relating their circumstances to the war, they recalled how even during the Blockade, their water supply had been interrupted only once, "in the winter of 1941–1942."[48]

Invoking this traumatic wartime episode that had disrupted the entire Leningrad water supply system constituted a condemnation of the state for failing to restore decent living conditions, even after a reasonably sufficient period of reconstruction. Assertions like this also indicate popular belief that references to the monumental events of the war and Blockade—as much as those to socialist construction—would resonate with housing, government, and Party officials, and appeal to their sympathy. Loss of housing due to wartime circumstances had been one criterion for consideration for a housing exchange—that is, until the merger of queues, when it began to be phased out.[49] Nevertheless, public narratives in the press continued to feature current progress effacing precisely such past hardship.

Illustrative is a housewarming reported in *Vechernii Leningrad* in 1963. The focus of the article was a new building in the Dachnyi district, where F. T. D′iachenko, a Hero of the Soviet Union who had defended the city, was interviewed. Recalling the war nearly two decades later, he explained that his best friends had died at this very site, having given their lives for their native city so that once the enemy was defeated, it might be even more beautiful than before.[50] Central to this human-interest story was the fact that D′iachenko had just been allotted an apartment here. The article thus presented the following formula: individual wartime survival (optimally,

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2415**

while in active service defending the country) + state paternalism = a bright future, which was precisely what the state was promising and for which ordinary citizens longed.

Petitioners who referenced the war at times articulated a profound attachment to home in a way that evoked the more sentimental strands of wartime discourse linking patriotism and family. They thus conjured up the personal stakes enmeshed in stoic commitment to enduring the war with courage or safeguarding their native city and Motherland (*Rodina mat'*) with loyalty and determination.[51] Claiming that the austerity she had experienced in wartime still had yet to cease, in 1958 I. S. Semenova declared that although her husband had given his health to his *Rodina* (native land), his family continued to live in the most wretched circumstances. Confined to a room measuring a mere twelve square meters, in a building that had served as a military barrack, she was already in the housing queue for the "desperately" (*ostro*; literally, sharply) needy. She was therefore intent on acquiring for her family the special treatment afforded to veterans like her husband, who had been classified an "*invalid* of the First Group."[52] In the meantime, she stated, the well-being of her family remained compromised by overcrowding and by the absence of the most basic amenities: eight persons were sharing the less than five square meters of kitchen space in their apartment, while the toilet was located fifty meters away from their building.[53]

In other cases, the persistence of adverse prewar circumstances into the postwar era was presented as justification alone for a housing exchange. For example, in their 1959 letter to the chair of the *ispolkom* of the Leningrad soviet, residents at 14 Kolpinskaia Street asked how it could be that their "time to live normally" had not yet arrived.[54] Tracing the particulars of their long unfavorable housing situation, they noted that their building had been erected in 1911, and that the plaster was cracking, the sewage system was so old it was made of wood, and the cold and dampness were causing many tenants to suffer from rheumatism.

As the various cases discussed thus far demonstrate, letters demanding decent living conditions drew from personal experience of dreadful material circumstances, as well as invoked official pronouncements about socialist development or the process of postwar reconstruction. They thereby indicate genuine faith in the housewarming narrative or clever manipulation of it—though one does not preclude the other. Either way, housing petitions implicitly delineated the lack of distinction between "then" (before or during the war, let alone the Revolution) and "now" (the present era of communist emulation), contrary to the massive transformation in daily life that propaganda so proudly showcased.

Alongside referencing socialist construction and postwar restoration, descriptions of the old housing stock also challenged proclamations of state

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2416**

and Party *zabota o cheloveke*, which professional prescriptions explicitly linked to the provision of adequate and dignified living conditions. As one Soviet commentator proclaimed, "Without a dwelling normal life is inconceivable."[55] This assertion embodied the professional assessment that decent living space is a prerequisite for "normal" *byt*, which requires the fulfillment of spatial norms for fundamental biological functions like eating and sleeping, as well as for satisfactory leisure. Nine square meters per person was considered to be optimal. However, the deviation from the ideal that the state confronted on the eve of the proclamation "To each family a separate apartment!" was enormous. According to one estimate, per capita living space in Leningrad had declined from 8.73 square meters in 1926, to 5.18 in 1956.[56] Although it was on the rise after the 1957 housing decree, reaching 5.9 square meters in 1958, it was still only on the verge of meeting the optimum in 1970, when it measured 8.3 square meters.[57]

The continuing failure to fulfill quantitative norms for housing had a real and significant impact on residents. At the most basic level, it deprived them of what was deemed to be a key qualitative component of normal living: rest.[58] Indeed even simple serenity eluded residents of the old housing stock. The pensioner M. N. Mikhailova, for example, was motivated to request alternative living space above all because she sought "peace and rest." The dwelling that she shared with her husband and two daughters was not only small for them at just over twenty-two square meters; it was a makeshift room cobbled together from the common space of a large *kommunalka* comprised of six rooms.[59]

The situation for individuals inhabiting buildings that housed both residential spaces and public establishments was infinitely worse. K. D. Shiliaev and Z. N. Konopleva had to endure the incessant thumping of loud music and foxtrots for hours each evening after the dormitory of an educational institution was moved into their building and its red corner came to be located above the thin ceiling of their room.[60] As of 1958, they had for nine years already been seeking to "secure the possibility to live peacefully."[61] The widow L. A. Denisenko and her children had to cope with a different kind of din; lacking alternative housing, she had accepted a room in the school where she worked—one that happened to be located alongside the corridor where students conducted their morning calisthenics. Since the institution was an *internat* (boarding school), she was denied the opportunity for "normal rest" even on weekends and holidays.[62]

In a variation on this theme, some petitioners evoked official assertions about the inseparability of "life and labor" and the organic bond between domestic comfort and workplace productivity.[63] For example, A. A. Chunaev, who lived with his family of four adults in a room measuring about twelve square meters, claimed in an officious tone, "This shortcoming of the sanitary norm of space has a strong impact on our work capacity, for

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2417**

upon returning from work, we do not have the possibility, as owed us, to rest."[64] The medical doctor M. A. Zhilinskaia, a senior researcher at the Academy of Sciences of the USSR, focused on the other side of the paradigm life/home-labor/workplace. Preoccupied with securing the quiet and solitude she needed to pursue her professional objectives, she desperately wanted to exchange her living space in a communal dwelling for a separate apartment. She explained that although her current housing allotment was above the official norm and featured many conveniences, communal apartment life hindered her from both living peacefully and devoting herself fully to her scientific work, which she conducted largely at home.[65]

Petitioners often ventured beyond raising corporeal concerns to delineating how decent living space would provide the vital material foundation for establishing or fortifying their sense of personhood or even humanity. In this respect, they alluded to official rhetoric on *lichnost'* (selfhood).[66] This is evident in the case of the twenty-six-year-old *invalid* V. V. Koskin, who during his early teens had lost his parents due to the war. Referencing state concern for orphans when submitting his request for better housing, he pleaded for assistance so that he could overcome his ruined childhood and go on with his life feeling like a "worthy" human being.[67] Without a room of his own, the unease that he experienced due to his lack of privacy was tinged with shame: Koskin claimed that his ailments purportedly caused people to be repulsed by him, as from a "persistent fly."[68]

I. S. Semenova too wanted something less tangible than tolerable material conditions for her family. Seeking to restore the dignity of her veteran husband, she claimed, "at one time he was a person, and not a cripple."[69] Although composed years later, assertions like this had a counterpart in early postwar fiction aimed at healing society. According to Anna Krylova, literary narratives within this genre were constructed so as to "restore" male heroes suffering from physical wounds and psychological trauma through postwar images of family happiness that cast women as preservers of the private hearth.[70] Although it is impossible to discern the intentionality of such parallels to literary discourse—unlike blatant references to propaganda—certain housing petitions exhibited a yearning for postwar healing similar to that portrayed in fiction.

Denied the opportunity to reintegrate her husband into the life they had previously shared, the war widow V. G. Ashevskaia sought decent housing for the benefit of her child. She stated that she required only one room to raise her son to be "a genuine person [*nastoiashchii chelovek*] in the name of his father." Feeling like a stranger living in the home of her mother-in-law, she added, "I first of all must feel like a person myself. Right now I cannot say this."[71]

I. P. Rybkina too was preoccupied with *lichnost'*. This Leningrader had moved in with relatives after losing her home in the war but did not set up

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2418**

house with them in any practical sense. She was therefore frustrated that officials assumed that because she happened to be living with relatives, her housing situation was tenable. Rybkina claimed that although she had managed to secure "alien [*chuzhaia*] living space," "each wants [his or her] own . . . , so as not to be a slave to another person, so as to be free and independent."[72]

Like Rybkina, many petitioners living in dreadful circumstances described their dwelling space as an "alien corner" (*chuzhoi ugol'*), with *chuzhoi* connoting also "someone else's/another's" and "strange." Often this feeling of alienation stemmed from communal living. On the most elemental level, residents of *kommunalki* experienced cramped living conditions and every imaginable nuisance associated with sharing common spaces like the kitchen and bathroom. As Katerina Gerasimova remarked, having to queue for basic household amenities like stoves and toilets deprived residents "even of corporal autonomy," while the general lack of control over "domestic territory" placed them in a position of perpetual "discomfort" and "submission."[73] To add to such habitual sources of unease, tenants of communal apartments might also have had to endure persons deliberately monopolizing common spaces like the pantry, or continuously disturbing the peace by playing their music too loudly, drinking excessively, or hurling insults. Placing the blame for such daily miseries directly on state housing policy, Natalya Baranskaya claimed,

> Home [*dom*] was replaced with "living space" [*zhilploshchad'*]. A loathsome concept. Space for habitation, life in a space, revealing to a strange eye, while being curious, checking up on and shadowing. The best years of life were lived out in a crowded state and throng of "communal apartments" together with strangers.[74]

Like extreme disrepair, the trials of living with obstinate or uncooperative neighbors were recognized in newspapers and magazines, and were even subjects of fiction. In the more officious of these sources, namely exposés, readers were directed to vent their frustration at the tenants responsible for violating the norms of socialist conduct, or at local officials who proved ineffectual at intervening to ensure order in apartment buildings. Meanwhile, central state inefficiency, which was responsible for perpetuating the overcrowded situations that bred quotidian conflict, was not broached. The effects of daily challenges to performing elementary bodily functions and household tasks on the physical, psychological and emotional welfare of residents of *kommunalki*, while afforded cursory reference, also escaped rigorous discussion.

Exemplifying the public approach to the range of problems that could plague collective living was a newspaper article based on letters from

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2419**



**5.2** Portrayed here is one of the many inconveniences of overcrowded, communal living: having to share a bathroom with other tenants. *Krokodil*, 10 May 1958, 13.

readers that was aimed at making "drunkards and hooligans" answerable for their behavior. Intersecting with rhetoric on constructing communist society, this exposé noted a variety of transgressions that could "spoil the mood" as people were building the "bright tomorrow." The article seethes with indignation over the indifference of local police officers, as well as the behavior of the offenders, whose names and addresses are provided. However, it never explicitly acknowledged the concrete impact on fellow residents of drunkenness, swearing, petty theft, and even physical violence.[75]

The particular predicament of Soviet women coping with emotionally or physically abusive husbands—a matter that did not arise among the housing petitions examined in this study—also occasionally surfaced in the press.[76] One report in *Rabotnitsa* outlined the typical plight of the wives of alcoholics, acknowledging that they were usually forced to endure living with their husbands because both spouses were registered in the same dwelling and each lacked alternative housing. One anonymous reader claimed that although her husband was marring her life and that of their child, while she herself was struggling to juggle her work and studies, the local public prosecutor curtly dismissed her trying circumstances, stating that her spouse "is working and the apartment was given to him. There is no basis for eviction." Astonished, she wondered, "If I do not want to live with a drunken petty tyrant, then I must be left without a dwelling?" The author of the article noted the ineffectiveness of police workers and law courts in rectifying such situations, and the reticence of witnesses to become involved, sometimes out of fear for their own safety. Among the solutions she cited was sending alcoholics to labor colonies—an idea that,

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2420**

incidentally, was featured less prominently than that of promptly resolving the housing shortage.[77]

Less serious than emotional and physical abuse, though also distressing, was the distrust that could pervade communal living. This was humorously conveyed in a mystery written by Anatolii Gladilin in the early 1970s, which is also pertinent to the preceding decades. As its protagonist, the detective Vadim, begins his investigation of the theft of a coat and bag in one *kommunalka*, the reader is introduced to the irritations that habitually confront him in his own apartment. One particularly meddlesome fellow tenant, a pensioner with little else to occupy herself besides monitoring the habits of her neighbors, constantly accuses him of being an alcoholic. Her proof: he never appears to be inebriated and he keeps irregular hours. The fact that Vadim has refused to show her his official documents and listens to what she mistakes for jazz music, only fuels her mistrust. Determined to continue resisting her ludicrous allegations, the hero nevertheless ends up "confirming" her suspicions when on one occasion he admits that, just as she had thought, he does listen to Bach. "Exactly," she illogically responds, "Bach—and there are no bottles."[78]

Alongside characterizations of communal living as annoying at best or unbearable at worst, are accounts suggesting that some aspects of it were immensely gratifying. This is evident in a short story published in *Krokodil* that had been submitted by a reader. At the beginning, its protagonist is living in a surprisingly "heavenly" *kommunalka*: it has been retrofitted with modern amenities, and but for the odd rabble-rouser, its residents are quite agreeable. Just how pleasing communal living is becomes clear to her only after she acquires a separate apartment. To be sure, her new home boasts all sorts of novel conveniences. Yet she ponders what kind of paradise this is without other people to argue with. Thus, after only a few days, the protagonist decides that she would sooner "go to the devil" than live in this kind of "heaven."[79] Although this tale might have been intended to ridicule those nostalgic for their former less-than-ideal housing arrangements, it suggests that the companionship that the *kommunalka* could provide, even if sometimes fraught with tension, was invaluable.

Joseph Brodsky offered a still more nuanced portrait of communal living, poignantly illustrating in his memoirs the range of experiences and interactions that manifested themselves within a *kommunalka*. Distrust was certainly one facet of daily life in the six-room, four-family apartment in Leningrad where the writer spent his formative years. Brodsky wrote,

> The neighbors were good neighbors, both as individuals and because all of
> them were working and thus absent for the better part of the day. Save one,
> they didn't inform to the police; that was a good percentage for a communal

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2421**

apartment. But even she . . . a surgeon in the nearby polyclinic, would occasionally give you medical advice, take your place in the queue for some scarce food item, keep an eye on your boiling soup.[80]

Acknowledging the importance of the sense of family fostered through communal living, he continued,

It's often you in whom your neighbor confides his or her grief, and it is he or she who calls for an ambulance should you have an angina attack or something worse. It is he or she who one day may find you dead in a chair, if you live alone, or vice versa.[81]

Brodsky concluded his reminiscences about his neighbors on an ambiguous note,

What barbs or medical and culinary advice, what tips about goods suddenly available in this or that store are traded in the communal kitchen . . . ! This is where one learns life's essentials. . . . What silent dramas unfurl there when somebody is . . . not on speaking terms with someone else! . . . What depths of emotion can be conveyed by a stiff, resentful vertebra or by a frozen profile![82]

As Brodsky detailed, although they sometimes engaged in acts of betrayal, insult, and injury, tenants of communal apartments also provided each other advice and friendship, as well as assistance both at times of crisis and in everyday tasks. These redeeming interactions were indispensable to parents employed outside the home with young children, and to the infirm and elderly. A. Luk′ianova attested to the significance of dependable neighbors in a letter she submitted to *Vechernii Leningrad* to publicly express her gratitude to her fellow residents for their compassion when she fell ill. The eighty-nine-year-old pensioner revealed that despite previous spats, her neighbors proved to be "sensitive" and "responsive" during her time of need. One of them, a retired physician, took it upon herself to examine her. Another immediately promised that everyone in the apartment would help her to get well soon, and within minutes appeared with a bowl of hot soup. Luk′ianova claimed that each visited her daily and fretted over her "like close relatives" would.[83]

The comfort of being able to rely on neighbors for emotional and material support in times of difficulty is illustrated also by the protagonist of the sentimental short story "Sosedi" (Neighbors). This sixty-year-old curmudgeon, without any family of his own, finds himself in a hospital after losing consciousness on the street. Here, fellow tenants he once considered the bane of his existence prove to be true friends, visiting him with kind wishes

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2422**

and gifts.[84] Thus was the "dual nature of *kommunalka* life," as Deborah Ann Field succinctly characterized it.[85] In short, communal living could beget egregious assaults on privacy ranging from intrusions into intimate matters to formal surveillance, but also a sense of community and precious gestures of concern.

The good neighbor who served as surrogate family or a companion on whom one could rely during trying times, as recounted in memoirs, praised in the press and exemplified in edifying tales about *kommunalki*, was absent in requests to exchange housing. Here, the frustration, resentment, and restrictions inherent in living in close quarters with strangers typified quotidian interactions. More broadly, petitioners indicated that rather than provide adequate dwelling for the masses and foster collectivism, the revolutionary redistribution of living space had succeeded only in engendering humiliation and disaffection, much as Baranskaya had cynically concluded.

Crammed into an overcrowded dwelling, N. I. Dolmant′ev proclaimed that the *kommunalka* in which he lived resembled "a dormitory more than a home." His apartment housed more than thirty persons and contained only one kitchen—a situation that roused squabbles and scandals on a daily basis.[86] F. Ia. Struchkov, requesting more living space than the twenty square meters in which his family of six was confined, declared that he was tired of the unpleasantness and scandals of communal living, finding them "offensive."[87] Motivated by similar indignities, the four families inhabiting an overpopulated *kommunalka* on Serpukhovskaia Street proclaimed that having to share insufficient common spaces was depriving them of a "normal life." Their kitchen, a mere ten square meters in dimension, was jam-packed with five tables, practically disallowing tenants access to the one gas stove. To add to this inconvenience, two additional families were being moved into one of the two rooms possessed by a family already living there; this room was to be subdivided by a slender partition.[88] As it was, a building official had declared that the sanitary norm of this dwelling was being "crudely violated"—much like the residents' sense of decorum.[89]

Even interactions of a friendly nature could be unbearable for the tenants of overcrowded apartments. The disabled pensioner Kh. F. Shakhmamet′ev sought to exchange his living space for housing equipped with a bathtub because the household treatments for his various ailments included soaking in water. In addition to the inconvenience of having to frequent a local bathhouse, he revealed that he simply did not always feel like "chatting."[90] Unavoidable social interaction therefore added to the burdens of his current living circumstances.

Such grievances contradicted agitation brochures and newspaper articles touting the proliferation of collective ideals—namely, the notion "one for all and all for one," according to one optimistic assertion.[91] For example,

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2423**

adamant about her desire for solitude, F. A. Shifrina declared that she and the family in the room adjoining hers "so annoy each other" that her nerves can no longer endure it. She wanted nothing more than to return from her workday to rest in her own "corner."[92]

Though her fellow residents were a constant source of irritation for her, Shifrina faced a much more pressing issue—the possibility that her daughter might contract tuberculosis from their neighbor, I. N. Chirkov. Indeed families conjoined by difficult material circumstances might have experienced not only affronts to their sense of normalcy and humanity, but also threats to their physical well-being. Specifically, the presence of persons suffering from contagious illnesses could render constricted living arrangements perilous in a more insipid way than buildings with structural problems.

In fact, Shifrina and her daughter did not share a room with Chirkov. Instead—further evincing the irrational division of space typical of the old housing stock—the dwelling they occupied was essentially a passageway (*prokhodnaia komnata*) into other parts of the apartment. This arrangement made frequent contact with others in the apartment, such as their tubercular neighbor, inevitable. For this reason, an official commission declared their living space "UNFIT" for habitation by a "separate" family.[93] Yet Shifrina and her child seemed fated "to undergo trying experiences" (*mytarstvovat'*) as they waited in the queue for better housing.[94] In the meantime, Chirkov also suffered: his living space was located on the mansard floor and was described as "damp, dark, and demanding repair"—conditions that only exacerbated his illness.[95] Somewhat similar to Shifrina, the housing shortage necessitated that G. A. Zhigalev and his infant child live together with a former military serviceman suffering from tuberculosis, in a room divided into two by only a thin partition. In his estimation, the danger to the child of close contact with a contagious illness signified the worsening of their living conditions to the point of "impossibility."[96]

In obvious ways, the portraits of daily life provided in housing petitions contradicted utopian pronouncements about collective *byt*. Generally, residents of *kommunalki* were unable to feel "at home" in the presence of so many others, as living with strangers interfered with their privacy or else subjected them to disgraceful, even harmful, interactions. Housing requests also illuminated broader shortcomings in official policy and construction that were largely muted in public culture. Namely, alongside demonstrating the failure of the state to build new housing quickly enough, unpublished correspondence starkly illustrated that the dearth of sufficient per capita living space also made state goals for adequate rest, the rational use of leisure time, professional development and productivity impossible to realize. In essence, overcrowded and decrepit housing was antithetical to official

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2424**

and popular conceptions of normal living, and threatening to body and self alike.

Like physical well-being and *lichnost'*, family and personal life were also imperiled by the housing crisis. A shortage of living space or adverse conditions could destabilize households or force individuals experiencing changing family circumstances to live in a state of awkwardness. It could also hinder victims of war and Stalinist terror from reconstituting their home. Many petitioners thus presented "settling down" in a decent dwelling as essential for family unity, stability, and harmony, or for establishing or resuming a normal personal life.

Illustrative of the raw impact of unfavorable material conditions on the family is the case of Iu. A. Solov'ev. Although he lived in a space that had been determined to be "unfit for habitation," he emphasized in his housing petition, "the main issue is my family, the well-being of which depends upon the quick resolution of this matter."[97] Due to his "terrible situation with living space," officials refused to grant him permission to register his wife and son at his home with him. Consequently, after three years of marriage, he continued to live 150 kilometers apart from his family as he waited to exchange his housing in a queue behind thousands of others.[98]

Poor living conditions could not only disallow family members from living together; they also hindered the flourishing, or even the establishment, of a nuclear household. M. E. Pavlova, a widow and pensioner, was desperate to acquire living space of her own, separate from her son and his wife, in order "to create . . . normal living conditions" for both herself and the young couple. Sharing a room of only twenty square meters, already below the per capita norm for three persons, Pavlova emphasized that her request was all the more pressing because her son and his wife were expecting a child.[99] Citing the dearth of housing for obstructing family life in a different way, T. F. Fainberg bemoaned the fact that her twenty-four-year-old son was unable to study, work, and find a wife because his cramped living conditions denied him any "possibility to set up his own personal life."[100]

In a different vein, the case of Anna Trofimovna Solov'eva details the strains of divorce on family life. After her husband had been imprisoned for an undisclosed crime, Anna and her two children continued to reside with her mother-in-law Tat'iana. The latter argued that the four of them did not live as one family, that Anna was a "stranger" to her, and that her son had not fathered the children (they were, in fact, from a previous marriage). To add to the emotional injuries that these circumstances and accusations sustained, Anna appeared to have been abandoned by her husband, who left Leningrad after completing his sentence. Thus, even after the matter of her living space had been "resolved" (she was granted a right to six of the roughly twenty-three square meters she inhabited with Tat'iana), she

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2425**

remained defenseless against the quarrels that her mother-in-law ceaselessly instigated.[101] S. V. Bogdanova was in a comparably vulnerable position when she asked to exchange her housing. After her husband had "acquired for himself a frontline family," she and her son had no option but to move in with her sister into the cramped room of twenty-seven square meters that she was already sharing with three other persons.[102]

The proliferation of contemporary anecdotes about complicated living arrangements suggests that the types of scenarios that housing petitions illuminated were widespread. At the center of one such account is a man who had been happily married for fifteen years until his recently widowed mother-in-law came to live with his family because she could not find a room of her own. Having an additional person in his cramped dwelling caused him so much misery that the man finally divorced his wife, "simply to get rid of her mother." His wife eventually remarried, and together with their daughter, moved away with her new husband. But his mother-in-law did not, for she still lacked alternative living space. To cope with this situation, the remaining two of them divided their room with a curtain and the man embarked on a quest for another wife—one "with a room."[103]

Such convoluted scenarios, which were virtually mythologized in memoir literature, persisted throughout the Soviet era. Archetypal is the case of a woman identified as Olga that the journalist David Willis outlined. After the death of her father, Olga, her sister Natasha, and their mother were suddenly left with more than the twenty-seven square meters to which three persons were entitled. This meant that another family could be moved into their home. Thus, the women set out to exchange their housing and managed to acquire a single room of barely twenty-seven square meters, though with their own kitchen and bathroom. Their wait for the exchange was long, and in the interim, Natasha had married. Thus, when they moved in, they erected a thin barrier within their room—now below the minimum per capita norm—in order to provide Natasha and her husband a modicum of privacy. Eventually, thanks to the birth of their child and the excellent work record of her husband, Natasha received a separate apartment with two small rooms. This now left Olga and her mother with more space than the norm for two persons. They therefore had to exchange their dwelling for one of eighteen square meters. Complications again ensued when Natasha divorced. She and her husband managed to exchange their two-room apartment for two separate, single rooms (one for her and her child, and another for her ex-husband). But Olga, Natasha, and their mother hoped to live together again. Finally, after many months of pleading, visiting housing administration offices and pouring over housing exchange registries, the three women at last succeeded in swapping the room that Natasha possessed, and the one that Olga and her mother shared, for a dwelling appropriate for the three of them.[104]

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2426**

Alongside difficulties resulting from ordinary life changes like marriage, divorce, or the birth of a child, were untenable arrangements due to extraordinary circumstances like wartime destruction, evacuation, or the confiscation of housing in connection with Stalinist terror. In citing these, petitioners suggested that an adequate housing allotment was a necessary material precondition for reconstituting their family or ensuring its health and well-being. Z. V. Novikova, for example, who had been evacuated during the Blockade, had been "going through purgatory" (*khozhdeniia po mukam*) since her family returned to Leningrad because their home had been assumed by someone else. At first they stayed with acquaintances, and then in a space measuring only six square meters. Ultimately, they ended up being housed in a building that had served as a stable so recently that the stench of fecal matter from the horses still lingered within it. Faced with such wretched conditions, Novikova was determined to save her family of seven—including her infant child and her sickly mother—"from death."[105]

The importance to familial normalcy of the restitution of housing for those formerly deemed "enemies of the people" is evident in the case of D. B. Markosov. This petitioner had lived in Leningrad from 1920 until the time of his arrest "on the basis of false denunciation" in 1932. Nevertheless, after being notified of his rehabilitation in 1964, he was denied placement in the housing queue in his native city because he already possessed housing in Sverdlovsk, where he happened to be living and working at the time he submitted his request.[106] Thus, Markosov not only protested the inadequacy of his dwelling—a one-room, damp, semibasement apartment ("if it is possible to call it that"), without a kitchen or bathroom. He also declared, "I am connected to Leningrad by family ties." Several of his family members lived in this city, and he longed to be reunited with them.[107]

V. T. Kochubei also experienced family displacement because of repression. He had been living in Moscow when he was exiled in 1937, but after his rehabilitation, he sought housing in Leningrad because he, his wife, and son had been registered since 1945 as inhabitants here, where they were living with his sister-in-law.[108] After his ordeal, Kochubei simply wanted to obtain proper housing with his family in Leningrad, rather than return to Moscow.

As the unsatisfactory resolution of such cases suggests, provisions for resettling rehabilitated persons were determined by directives that afforded little attention to individual circumstances. For instance, in accordance with a decree of the Council of Ministers of the USSR pertaining to such matters, Kochubei had a right to living space only in Moscow, that is in his city of residence at the time that he lost his housing in connection with repression. In Leningrad, he could register to obtain living space only on a general basis, like anyone else who had arrived in Leningrad as of 1 January 1956 and lacked housing. Essentially, repression was not the cause of

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2427**

his lack of living space in Leningrad; he therefore was not entitled to special consideration for housing as a rehabilitated person in this particular city.[109]

In contrast to petitioners intent on reuniting with family members, some presented the receipt of their own, individual housing as a necessary precondition for ensuring familial harmony. Such was the case with A. I. Komarova, who had lived in Leningrad from her birth in 1901 until her "administrative exile" (*vysylka*) to Central Asia in July 1937. Upon her return ten years later, she had no alternative but to live with her brother, P. I. Senkevich, at whose home she was registered as a resident, but without any right to living space.[110] When Senkevich married, he moved in with his wife and stepson, and Komarova assumed his former housing. This prevented him from acquiring the additional living space he needed because between the dwelling he continued to possess and the one he now occupied, he effectively exceeded the prescribed square-meter allotment for his family of three. Komarova became distraught that these circumstances restricted her brother and his family to a crowded room of thirteen square meters—something that exposed him to "reproach and attacks" from his wife and son. She stated, it "gnaws at my conscience" to be the cause of family discord.[111] Bemoaning her situation, she declared, "I appear to be a hindrance in his normal personal life," something she found to be "morally dispiriting."[112]

That housing petitions related to rehabilitation, like those drawing connections to wartime conditions, stretched into the 1960s, reinforced the delayed nature of the establishment of normalcy in the postwar Soviet Union.[113] Cases that raised the matter of restitution after unjust persecution also situated housing provision within the overlapping process of de-Stalinization. Rehabilitated petitioners frequently invoked the significance of acquiring a home after imprisonment or internal exile by enumerating the spaces they had inhabited prior to repression and after rehabilitation, rather than by extensively describing how persecution had affected them. In effect, the changing perimeters of the living space that they had possessed over a period of time usually conveyed their personal tragedy more so than the autobiographical details that they offered.

The case of Z. V. Bekhtereva is typical in this respect. Bekhtereva had lived in Leningrad "in the period of the cult of personality of Stalin" when her husband—son of the famous neurologist Vladimir Bekhterev—was arrested. She was subsequently detained and forced to abandon her three young children. In the midst of this, her living space was confiscated. Writing decades later to the Commissariat of Internal Affairs of the RSFSR, Bekhtereva catalogued in an abrupt and disjointed manner the injustices to which she had been subjected. Her outpouring read: "It is excessively minute to describe the tragedy that I lived through, as a mother, wife and as an honest Soviet person. To put it briefly: jail, camp, separation from

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2428**

162    CHAPTER 5

children, from husband, death of husband in captivity. . . . My apartment was seized." Focusing on the changing dimensions of her living space, she claimed that after her rehabilitation, her three-room apartment was not returned to her. Consequently, she had to move in with her daughter into an eighteen-square-meter one-room apartment. The situation worsened when her daughter married and had a child, as the occupancy of their room increased to four persons. This further deprived her of "deserved tranquility."[114]

L. Sh. Gaitskhoki similarly highlighted a desire to settle down peacefully, rather than elaborating the injustices she had endured. In a 1962 letter to the Leningrad city Party committee, she noted that her husband had been unlawfully arrested during the military purges and had now been posthumously rehabilitated. Her focus then shifted to her current material circumstances. She stated that together with the "moral trauma" she had suffered, decades of working with young children as a kindergarten teacher had sapped her health. Now, she claimed, "there is no place for me to rest, given that I essentially do not have my own corner."[115]

Fainberg, who had undergone repression in 1937, also condensed her personal tragedy to its material signifiers. Yet in seeking adequate living space to mend her past, she dramatically invoked the concept of *lichnost'*. "Perhaps in the presence of peace, air and light I could still be a person of full value [*polnotsennyi*]," she declared.[116]

Rehabilitated petitioners who so conflated the receipt of housing with the resurrection of the self were in chorus with Thaw-era autobiographical and fictional accounts of Stalinist repression that emphasized traits like fortitude and overcoming, and focused on the future, rather than the past. According to Polly Jones, this preoccupation with healing pervaded public culture; here strength in character often counterbalanced the horrific elements of personal narratives, which concluded with the ultimate recovery of the individual or protagonist. This triumphant personal ending had a cognate in the broader process of reform, which assured that although the system had sustained some trauma, it was not vanquished.[117]

What petitioners like Bekhtereva, Gaitskhoki, and Fainberg made amply clear was implicit in all of the housing requests I analyzed, not just the ones composed by rehabilitated persons: in addition to qualitatively improving their daily life, the opportunity to "settle down" would enable them, as well as their family members, to restore or create the sense of place they needed to "move forward" with their lives. Indeed recollections of the past often blurred with current aspirations in relatively depersonalized renderings of physical spaces, as in the most intimately revealing of personal narratives. Both approaches indicated that acquiring sufficient and humane living space embodied hope for a better future, as well as constituted a homecoming in some sense or another.

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2429**

### Alien Corners, Coffins, and Cages

Depicting quotidian circumstances in ways that either conjured up or deliberately mimicked official rhetoric, housing petitions exposed the extent to which the realities of daily life deviated from state visions and professional prescriptions for normal living. They also revealed shortcomings in the broader processes of communist construction, postwar restoration, and post-Stalin restitution. As striking are the ways in which they characterized unfavorable living conditions, mobilizing imagery that further challenged advancement in housing policy, as well as assertions about state concern for the person. While petitioners may have embraced the glorious housewarming scenario conveyed in public culture, they also determinedly demonstrated deficiencies in the purportedly untrammeled movement toward communist *byt*. They thereby simultaneously validated state objectives and re-presented official assessments of their fulfillment. The local housing and municipal government authorities that verified the problems described in letters of complaint and request also contributed, in part, to critical discourse about housing. In fact, in the majority of cases examined, the conditions that petitioners detailed were confirmed.

In "danger of collapse" at any moment, residents at 244-b Vyborg Road, in a suburban settlement of Leningrad, pronounced their home a "house of menace."[118] In October 1960, more than a year after initiating their group petition for better housing, they were compelled to write to Khrushchev to ask him to save them "from death": their building was resting on the precipice of a large hill, where it had stood for over a century without major repair, and the walls were sinking, drawing the roof downward toward the foundation.[119] In a subsequent letter, they reiterated their "calamitous living situation" and asserted that while waiting to be resettled, their home seemed like "both a house and a coffin."[120]

The building at 244-b Vyborg Road had been scheduled for demolition in 1959 after the responsible housing administration had proclaimed that its tenants should be removed from the premises "without delay" because "the possibility of misfortune is very great."[121] Instead, it was repeatedly repaired to structurally reinforce it because the lack of alternative living space made it impossible to promptly resettle its residents elsewhere.[122] Suggesting that such predicaments were not unusual, Vladimir Bukovsky recalled a similar situation in his memoirs. He noted that following the war, after inspecting his childhood home in Moscow, an official commission deemed it "unfit for human habitation" and the foreboding "TBD" (to be demolished) was subsequently painted on its exterior in large blue letters. The building nevertheless continued to house people for decades thereafter.[123]

K. M. Aleksandrov proclaimed that in numerous ways, on a daily basis, his room threatened him "either with death or with difficult complications."[124]

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2430**

Because his communal apartment lacked a kitchen, a dark, windowless passageway was used to accommodate the gas stove and appliances that residents shared. As a consequence, smells and sounds from this "kitchen"—cooking oils and vapors from the stove, as well as the clamor of clanking pans and the swearing of tenants—filtered into his room. The nauseous fumes, in turn, necessitated that he keep his *fortochka*[125] open year-round, thus rendering the heating system ineffective. Furthermore, the apartment he inhabited was located above a cold cellar, and the excessive dampness and water that pooled beneath the floor of his room made his rheumatism intolerable.[126]

After successive interdepartmental commissions were assigned to investigate his complaints and determine the fitness of his room for habitation, the Leningrad housing administration ordered that its counterpart in the district where his building was located supplement the heating and replace the existing stove in his apartment with a larger, more efficient one. It also scolded Aleksandrov for keeping his *fortochka* open in the wintertime, thereby thwarting the heating procedures stipulated in regulations for properly maintaining residential premises. Meanwhile, the *ispolkom* of the Leningrad city soviet, recognizing the severity of his circumstances, concluded that Aleksandrov should be granted alternative living space in due order (it seems he was already registered in a housing queue).[127]

In another narrative describing housing that was clearly unfit for habitation, one petitioner drew an implicit connection between her home and labor camp accommodations. L. M. Semenova asked in a 1958 letter addressed to the newspaper *Izvestia*, "When at last will our penal servitude end? You know, we are not murderers, not crooks but rather are living and working by means of honest labor." Yet, she added, "We . . . are living worse than swine . . . rotting in this slum."[128] Such rhetoric was especially condemnatory amid de-Stalinization and the mass release of individuals from imprisonment and exile. In a subsequent letter—this one to *Leningradskaia Pravda*—she declared, "It is quite shameful to our communists that in these times, workers and children could be living . . . in such holes."[129]

Employing similarly damning imagery, O. G. Maslei marveled that he and his family were "living in such dog-like [*sobachie*] conditions."[130] Their dwelling in a communal apartment was adjacent to the kitchen, separated from it only by a door that failed to contain the gas vapors emanating from the stove. As a result, he claimed, the noxious fumes were damaging his health and that of his family. In an uncharacteristically amusing piece of correspondence that also conjured up conditions more suited for animals than for human beings, P. E. Kanin compared his dwelling to a "cage" and claimed, "not in the figurative, but in the literal sense." Kanin and his wife, N. A. Kanina, lived in a room measuring eight square meters. More significant, their mansard dwelling was only 160 centimeters in height, while Kanin himself was 175 centimeters tall. In evidence, he presented with his petition a photograph of himself bent over to prevent his head from

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2431**

butting against the ceiling. Kanin claimed that on one occasion when he came home from work, he forgot himself, stood at full height, and hit his head on the ceiling so hard that he lost consciousness.[131]

Despite the deliberate use of humor (Kanin repeatedly wrote to *Krokodil*, angling to have his letter published), the situation in which the Kanins found themselves was seriously degrading. Not only was their living space absurdly constrictive; the couple had cobbled it together themselves by tearing down a partition that had been erected to form two separate service rooms. One of these had been granted to Kanina in connection with a position at a housing office that she no longer held. This meant that the Kanins were living illegally in a space reserved solely for employees.[132] Thus, the response to their petition for a housing exchange was a fine for the unauthorized use of the premises and as compensation for restoring it to its original dimensions and appearance.[133]

Memoir literature suggests that the kind of initiative that the Kanins took to create a more livable dwelling out of the space allotted to them was not unusual. For instance, erecting a partition to delineate distinct areas was a strategy employed also by divorced spouses who were forced to continue living together for lack of alternative housing. Stemming from still different motivations, Brodsky claims that he had used "armoires piled high with suitcases" to demarcate the ten square meters or so that he viewed as essential "for the *lebensraum* of his adolescence" within the room that he shared with his parents.[134]

Appropriating housing in such novel ways, together with outright seizing additional living space, were concrete manifestations of the yearning for a place of one's own often expressed in requests to secure better housing. Yet despite the references made to construction policy and communist advancement, the idea of possessing a separate apartment, let alone basking in the privacy that it could provide, remained relatively subtle in housing petitions.[135] By contrast, scenes of imagined or anticipated housewarmings depicted in fiction and memoir literature are peppered with a desire to simply enjoy the comforts of home. Complementing petitions that sometimes only implicitly envisioned *byt* in this way, these published sources spoke emphatically of the broad phenomenon with which scholars have conventionally associated the Thaw—the resurrection of Soviet private life.

### House and Home Imagined

Vladimir Shlapentokh situated the genesis of the "privatization" of Soviet society squarely within the Khrushchev era, conflating it with the "destatization" that occurred after the death of Stalin. In his estimation, the general process of de-Stalinization and the particular mandate to provide separate

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2432**

166   CHAPTER 5

apartments were each pivotal in the regeneration of private life.[136] Scholars exploring new themes that emerged in literature from the 1950s through the 1960s placed the beginning of this revival earlier, in the postwar period. Katerina Clark, for example, discerned that already in the late Stalin years, the production-related question "How can a feat be performed?" was being supplanted by the *byt*-related query "How should one live?"[137] The slogan "To each family a separate apartment!" offered the following unambiguous response to the material aspect of this question: in individual housing.

That said, the separate apartment was not novel to the Thaw. As noted elsewhere, under Stalin, one-family housing had served as a bonus for state and Party officials and as a reward for model workers.[138] In addition, long before Khrushchev inaugurated his massive construction campaign, there had already occurred a conceptual shift in public rhetoric and iconography away from conflating the separate apartment with bourgeois living. As Lynne Attwood demonstrated, glowing descriptions and images of such apartments had graced the pages of popular magazines in the 1930s, bespeaking a new housing ideal for the Soviet people—even if, at the time, it remained a "fantasy" for most of them.[139] The separate apartment was further legitimized in late Stalinist culture, which, according to Smith, depicted it as but one component of a carefully planned urban "communal economy" (*kommunal'noe khoziastvo*).[140]

Such assessments of Stalinist discourse and imagery regarding one-family housing corroborate the following assertion that Vera Dunham made about a key narrative of middlebrow fiction of the postwar Stalin era: " 'Then' was the period before and after the Revolution, when homeowners were enemies of the proletariat. 'Now,' however, the best working people aspire to home ownership themselves."[141] In 1957, when the separate apartment was decreed the material embodiment of this aspiration and possessing a home of one's own began to shift from fantasy to reality, this ideological formula came to resound in public culture—as especially vividly rendered in housewarming narratives. At the same time, the directive to provide each family its own apartment not only sanctioned private home life; it also signaled revolutionary egalitarianism. Henceforth, individual housing was to be the foundation of daily life for all Soviet citizens—not just for privileged government, Party, and professional personnel, or exceptional workers.

These ideas reverberated beyond the Thaw, as evident in Vladimir Monastyrev's 1965 short story "Naparniki" (Workmates). At first tentatively, the staunchly proletarian protagonist Mishka confides to a workmate that he dreams of buying "a small house" with a "little garden." He even imagines his wife planting flowers to make it evermore cozy, while he himself "lazily" drinks a bottle of mineral water. But then he hesitates, wondering if such a life is really appropriate for him. After all, he had welded blast furnaces in Magnitogorsk and elsewhere, as well as worked at several major

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2433**

building sites. Moreover, he is already eager to begin his next job assignment in western Siberia. Nevertheless, Mishka ends his musing admitting, "I am gathering money for the little house. Second year already."[142] As this fictional hero worker came to conclude, performing great feats of labor and settling down and living well were not mutually exclusive.

The protagonist of Anatolii Gladilin's short story "Bespokoinik" (The restless one) perceives official prescriptions to be far more rigid. Yet unlike Mishka, he is unequivocal in his yearning for a home of his own and for domestic comfort. He unabashedly declares,

> A person by nature is a proprietor [*sobstvennik*]. I have always wanted to have my own little house, . . . garden and car. And to not depend on anyone! But the Soviet person does not have the right even to dream about this, for they will publicly declare you a Philistine. Just try to work in a so-called Soviet collective with the label petit-bourgeois![143]

Interweaving the motif of post-Stalin atonement with a longing for home, at the end of this fantastical tale, the "restless one" (literally, a spirit of his times) reveals that although he died in 1956, he had been "living" like a corpse since 1950. The latter was the year he had betrayed a respected colleague for "political" reasons—a deed that earned him a promotion and a two-room apartment.

Memoir literature also evinces a powerful desire to settle down and enjoy the coziness of a place of one's own. One scenario that Sally Belfrage depicted features a woman living with her son in a room so small that when the beds were folded out, there was virtually no floor space. Her husband had died in the war, and she remarried when her son was fifteen years old. The marriage failed, however, largely due to the constraints of their living space, something that, ironically, necessitated that the estranged couple continue to live together. She thus became obsessed with finding her own place. Eleven years later, she was still waiting for another apartment, dreaming of a place that she would beautify with pictures and furniture she would make herself. She pondered, "Just my own little room. I'll come home and feel that I've found my nest, I'll rest and just look at it and love it. It will be my haven."[144]

Fyodor and his wife Larissa, acquaintances of Maurice Hindus, were eager to move into new housing for similar reasons. Describing the dwelling that had been allotted them, Larissa stated that although it consisted of only one room, they would now have a kitchen and bathroom all to themselves. "It will be such a delight to have real privacy at last. You have no idea how sick we all are of communal living," Larissa exclaimed. Fyodor joyfully added, "it'll be quite a blessing, like starting life anew, and it's about time we did after all we have endured these many years." The couple

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2434**

had raised two sons and one daughter in one room of an eight-room communal apartment in Leningrad.[145]

The fictional newlyweds in the novel *Posle Svad'by* (After the wedding), Tonia and Igor, embody the same anticipation of beginning a new life as they visit the building site of their future home every evening to watch the construction proceed. When they finally move in, the furnishings they possess are humble: an iron bed on loan from their former factory dormitory, a small kitchen table covered with oilcloth, and a wardrobe temporarily doubling as a buffet. Nevertheless, the "squalor" of their furniture cannot spoil the "festive splendor" of their room—"for them the room was enough." It "presented itself to them as an immense, enchanting palace . . . full of hope and joy. Its walls had not yet heard one quarrel, nor weeping, nor grief. In it, all began over again. . . . Thanks to it, they finally found themselves alone together."[146] Tonia proclaims with joy, "All this is ours, mine. Every square of the parquet is mine."[147]

In addition to beginning anew, the intimacy that private space could ensure is also evident early in the novel. Tonia and Igor have just celebrated their housewarming, which is memorialized by the dark spot on the wallpaper left by the spray of champagne and a basket of aster that a friend had brought them to mark the occasion. Told from the vantage point of the newlyweds, the following observations about the physical perimeters of their new dwelling merge with expectations about the impact that their home will have on their future life together:

> The room had twenty-two square meters. Five meters in length and four [meters and] forty [centimeters] in width. The room had a tall window facing Strikes Avenue, a solid door, painted matte-white, and a radiator for steam heating by the windowsill. But the main thing about it was the walls . . . these four thick, soundproof walls. With their stone front they protected from strange stares and allowed to frolic, fool around, talk all sorts of nonsense, and look each other in the eyes.[148]

Together with the aspirations that emerged in requests for better housing, such anticipated and imagined housewarmings show that what it meant to live normally could either be simple and universal or complex and specific to the individual—whether a newlywed, a pensioner, or a disabled veteran. The meanings applied to "house and home" could be just as wide ranging. What is clear is that as with the Russian word *dom* itself, building, house, and home were inextricable from each other. For those inhabiting the old housing stock, the promised separate apartment would provide both the building/house—the bricks and mortar, and the home—something less tangible, conjuring up feelings of comfort, security and a sense of place,

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2435**

self, and family. *Dom* thus signified a place that could harbor an emotional attachment well beyond the physicality of a dwelling.[149]

Demarcating conditions contrary to prescribed norms—whether in terms of per capita living space, physical and psychological welfare, human dignity, or social accord—petitioners offered a vivid counter-narrative to the brilliant future materializing in the sphere of daily life presented in published reports about massive housing construction. Through dramatic descriptions of dilapidated and overcrowded dwellings, they portrayed "then" (the period before the Revolution) and "now" (socialist advancement, as encapsulated in the ideal housewarming scenario) as one and the same, demonstrating that normal living was long overdue. They concurrently indicted the state and Party for failing to fulfill their promises and showed how little circumstances had changed since the war had ended.

That petitioners were so well versed in the rhetoric of "communist construction" and "concern for the person" might be attributed to the fact that these concepts had been manifest in public culture since as early as the postwar Stalin years.[150] This is evident in the correspondence surrounding the case of Shiliaev and Konopleva, the tenants who found themselves habitually besieged by students dancing the foxtrot in the red corner above their dwelling. In a 1955 letter addressed to the chair of the *ispolkom* of the Leningrad city soviet, Konopleva cited an article on healthy living that had appeared in *Izvestia* the previous year. Outlining circumstances virtually identical to those that Konopleva, her husband, and their fellow residents had to endure, its author invoked the caring proletarian state by insisting that measures be taken to ensure for workers a peaceful domestic life (*domashnii byt*).[151]

The concept of state paternalism proliferated during the Thaw, particularly after it was rendered concrete by the 1957 housing decree, which Khrushchev was personally committed to fulfilling. In his memoirs, the premier characterized the disgraceful housing situation that existed immediately after the war as "scandalous" and marveled that the Soviet person, who had sacrificed so much for "the ultimate victory of Communism," should be expected to live in a "beehive."[152] His policy to provide each Soviet family a separate apartment "with all the conveniences" was intended to rectify this problem, as well as reorder the Soviet material world on egalitarian, socialist terms, in the spirit of the Revolution.

This amalgam of humanist sensibilities and ideological constructs was evident in official rhetoric throughout the 1950s and 1960s. Illustrative is the aforementioned piece on the postwar resurrection of the Dachnyi district. Showcasing progress in communist construction, the author of this human-interest story conflated the provision of "good dwellings" with the

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 - 2436**

grandiose efforts of the Party to "keep its word." Yet alongside this robust assertion about the resoluteness of the paternalist state to end the housing crisis, the claim he made about the meaning of home was markedly vague. Invoking the English saying "My home is my castle," he declared that in the Soviet Union, people say, "more simply, warmly—'our home.'"[153] Thus, while the striving for private ownership that the bourgeois "castle" connoted remained contested, what house and home might signify to an individual varied, as the anticipated and imagined longings expressed in housing petitions, fiction, and memoirs suggest.

Even when demanding a place of their own, petitioners held objectives that were not distinct from official ones. The fact that they drew connections between their own abnormal living conditions and propagandistic accounts of comfortable and harmonious communist living implies that construction policy and discourse reinforced and validated personal ambitions for decent housing. These included raising healthy children or enjoying retirement after a lifetime of employment or military service, and in some cases, reestablishing normal civilian life or reintegrating into the social body after returning from imprisonment or exile.

The continuing adverse living conditions that housing petitions catalogued somewhat reduced each dwelling in the old housing stock to a single type—one evocative of a Soviet "slum," the term that the foreign correspondent Marguerite Higgins used to characterize the communal apartment block of the 1950s.[154] Yet the miniature autobiographies that they incorporated humanized Soviet dwelling by reflecting universal yearnings for space and solitude for personal development, or more simply, for peaceful and dignified living. Such expectations were the substance of the housewarmings imagined by those still inhabiting old housing. Thus, although requests for better living space highlight a degree of continuity from the postwar Stalin era, the aspirations for *byt* they expressed demonstrate that for state and populace alike, material advancement, ideological victory, and humanity were intricately connected in the construction of the Soviet home of the future.

This content downloaded from 130.166.3.5 on Sun, 09 Feb 2020 23:27:53 UTC
All use subject to https://about.jstor.org/terms

**Exhibit 147 -  2437**

# EXHIBIT

## 148

# Archival Report

Biological Psychiatry

# Holocaust Exposure Induced Intergenerational Effects on *FKBP5* Methylation

Rachel Yehuda, Nikolaos P. Daskalakis, Linda M. Bierer, Heather N. Bader, Torsten Klengel, Florian Holsboer, and Elisabeth B. Binder

### ABSTRACT

**BACKGROUND:** The involvement of epigenetic mechanisms in intergenerational transmission of stress effects has been demonstrated in animals but not in humans.

**METHODS:** Cytosine methylation within the gene encoding for FK506 binding protein 5 (*FKBP5*) was measured in Holocaust survivors ($n$ 32), their adult offspring ($n$ 22), and demographically comparable parent ($n$ 8) and offspring ($n$ 9) control subjects, respectively. Cytosine-phosphate-guanine sites for analysis were chosen based on their spatial proximity to the intron 7 glucocorticoid response elements.

**RESULTS:** Holocaust exposure had an effect on *FKBP5* methylation that was observed in exposed parents as well in their offspring. These effects were observed at bin 3/site 6. Interestingly, in Holocaust survivors, methylation at this site was higher in comparison with control subjects, whereas in Holocaust offspring, methylation was lower. Methylation levels for exposed parents and their offspring were significantly correlated. In contrast to the findings at bin 3/site 6, offspring methylation at bin 2/sites 3 to 5 was associated with childhood physical and sexual abuse in interaction with an *FKBP5* risk allele previously associated with vulnerability to psychological consequences of childhood adversity. The findings suggest the possibility of site specificity to environmental influences, as sites in bins 3 and 2 were differentially associated with parental trauma and the offspring's own childhood trauma, respectively. *FKBP5* methylation averaged across the three bins examined was associated with wake-up cortisol levels, indicating functional relevance of the methylation measures.

**CONCLUSIONS:** This is the first demonstration of an association of preconception parental trauma with epigenetic alterations that is evident in both exposed parent and offspring, providing potential insight into how severe psychophysiological trauma can have intergenerational effects.

*Keywords:* Cortisol, Epigenetics, *FKBP5*, Intergenerational, PTSD, Stress

http://dx.doi.org/10.1016/j.biopsych.2015.08.005

Parental trauma exposure is associated with greater risk for posttraumatic stress disorder (PTSD) and mood and anxiety disorders in offspring (1,2). Biological alterations associated with PTSD and/or other stress-related disorders have also been observed in offspring of trauma survivors who do not themselves report trauma exposure or psychiatric disorder (3–5). Animal models have demonstrated that stress exposure can result in epigenetic alterations in the next generation, and such mechanisms have been hypothesized to underpin vulnerability to symptoms in offspring of trauma survivors (6–9).

Enduring behavioral responses to stress and epigenetic alterations in adult offspring have been demonstrated to be mediated by changes in gametes (10–13), in utero effects (14), variations in early postnatal care (15,16), and/or other early life experiences (17) that are influenced by parental exposure (18). Converging data indicate that some findings in offspring may represent a biological accommodation to either the parental exposure or its biobehavioral consequences. For example, lower 11β-hydroxysteroid dehydrogenase type 2 (11β-HSD-2) activity was observed in Holocaust survivors compared with control subjects, presumably reflecting an enduring adaptive response to extreme nutritional deprivation (19). However, higher 11β-HSD-2 activity was noted in Holocaust offspring (20). It was suggested that if 11β-HSD-2 activity was lower during pregnancy in survivor mothers, this would expose the fetus to higher maternal glucocorticoids, resulting in the adaptation of higher 11β-HSD-2 activity in offspring (20) and in greater susceptibility to adult hypertension and metabolic syndrome (21), as has been previously observed (22).

Another model for epigenetic changes in offspring is that parental exposures produce changes that are not necessarily observed in the parent (23). Differential methylation of the glucocorticoid receptor (GR) gene associated with maternal behavior has been observed in F1 in rodents at *Nr3c1* exon $1_7$ promoter (16) and in human offspring with parental PTSD at the ortholog *NR3C1* exon $1_F$ promoter (24). In rodents, these changes are a function of differences in postnatal maternal care, and in humans, these changes may reflect inconsistent attachments or other experiences resulting from the caregiver's symptoms.

**372** Published by Elsevier Inc on behalf of Society of Biological Psychiatry.
Biological Psychiatry September 1, 2016; 80:372 380 www.sobp.org/journal

ISSN: 0006 3223

Exhibit 148 - 2438

Holocaust Exposure and Intergenerational *FKBP5* Methylation

**Biological Psychiatry**

Since parental trauma exposure has been linked with offspring trauma, particularly childhood emotional abuse (25), it has been difficult to disentangle effects of parental exposure from those potentially conferred by the offspring's early experiences (24). A major gap in the clinical literature is that parents and their adult offspring have not been studied in tandem, making it difficult to understand the origin of changes in association with parental exposure. Furthermore, whereas some aspects of the offspring phenotype are similar to those observed in parents, offspring also show a range of responses reflecting multiple contributors (24). Thus, we investigated epigenetic changes in *FKBP5* methylation in Holocaust survivors, offspring, and demographically matched Jewish parent-offspring pairs from peripheral blood samples to determine whether Holocaust exposure and/or PTSD symptoms and offspring's own experience were associated with changes in *FKBP5* methylation in the Holocaust offspring.

We focused on FKBP5, an important regulator of GR sensitivity (26), alterations of which have been associated with both PTSD and intergenerational effects (27,28). FKBP5 effectively decreases glucocorticoid binding to GR, impeding GR translocation to the nucleus (29,30). In turn, *FKBP5* gene expression is regulated by GR binding, forming an intracellular ultrashort glucocorticoid negative-feedback loop that regulates FKBP5 and GR (26,31). *FKBP5* gene expression has been shown to be altered in PTSD and major depression (32–35). *FKBP5* single nucleotide polymorphisms have additionally been shown to interact with early trauma to predict both PTSD and major depression (36,37), possibly through involvement of allele-specific, environmentally dependent changes in methylation of specific cytosine-phosphate-guanine (CpG) sites (38).

After extensive investigation of all relevant regions in the *FKBP5* gene that had GR-binding signals including the promoter regions and introns 2, 5, and 7 (31,39), Klengel *et al.* (38) demonstrated that only intron 7 CpG sites were differentially methylated in response to early abuse in the presence of *FKBP5* rs1360780 risk allele. Intron 7 sites are located within, or in proximity to, functional consensus glucocorticoid response elements (GREs) and are demethylated by glucocorticoids, particularly during developmentally sensitive periods (38).

The transcriptional relevance of intron 7 sites was demonstrated in a series of steps. First, an experiment using chromatin conformation capture revealed that intron 7 is in direct physical contact with the *FKBP5* transcriptional start site (38). Second, reporter gene assays established that methylation of the sites affected *FKBP5* gene expression (38). Third, using a multipotent human hippocampal progenitor cell line, four of these sites (3 to 6) were shown to be demethylated by glucocorticoid administration (38). Early abuse induced demethylation in the presence of the *FKBP5* risk allele was demonstrated for three of the sites (3 to 5) in adult peripheral blood (38).

Accordingly, it was of interest to examine intron 7 methylation in the context of intergenerational trauma effects. We hypothesized differential methylation in Holocaust survivors (original parent generation [F0]) compared with nonexposed demographically matched Jewish control subjects. We further hypothesized that Holocaust offspring (first generation [F1]) would show methylation changes in the same sites as their parents as evidence of intergenerational transmission.

To examine early abuse effects in offspring that might be distinguishable from transmitted effects, we evaluated childhood adversity in offspring.

## METHODS AND MATERIALS

### Sample

The sample represents a subset of a larger sample of Holocaust survivors, offspring, and comparison subjects for which clinical and neuroendocrine data have been previously published (4,40), based on the availability of blood samples for DNA extraction and participants' consent for DNA analysis.

The majority of Holocaust survivors was initially recruited from 1993 to 1995 and studied 10 years later as part of a longitudinal follow-up. At that time, participants were asked about the possibility of referring their offspring to evaluate potential intergenerational effects. Holocaust offspring and their parents were also recruited by advertisement for a separate project evaluating intergenerational effects of parental trauma exposure and PTSD, including future examination of molecular aspects of PTSD. All study procedures were approved by the Institutional Review Board at Icahn School of Medicine and Bronx Veterans Affairs Medical Center, and all participants provided written, informed consent.

Holocaust survivors were defined as being interned in a Nazi concentration camp, having witnessed or experienced torture, or having had to flee or hide during World War II. Demographically comparable control subjects were living outside of Europe during World War II. All F1 participants were raised by their biological parents. Following a medical and psychological evaluation, participants were excluded for serious illness or any disease requiring ongoing systemic steroid treatment, substance abuse or dependence within the previous 6 months, or lifetime history of psychosis. The full set of inclusion/exclusion criteria, including clinical evaluation procedures, is described in Yehuda *et al.* (4,40).

The present sample represents data from 40 parents and 31 offspring. Among the F0 cohort, data were available for both parents in five cases. For the F1 cohort, data were included from multiple siblings in two cases.

### Procedure

Psychiatric diagnoses were determined using the Structured Clinical Interview for DSM-IV (41), and PTSD was ascertained with the Clinician-Administered PTSD Scale (42).

The Childhood Trauma Questionnaire (CTQ) (43) was completed by the F1. Holocaust F1 completed the Parental PTSD Questionnaire, which asks offspring to rate parental PTSD symptoms and severity of Holocaust exposure (44). The Beck Depression Inventory and Spielberger State-Trait Anxiety Inventory were used as measures of symptom severity (45,46).

Blood samples were obtained at 8:00 AM. F1 collected saliva into Salivette tubes (Sarstedt, Nümbrecht, Germany) at awakening and bedtime.

### Biological Measures

The primary biological measure was *FKBP5* intron 7 methylation; other measures were *FKBP5* rs1360780 genotype and salivary cortisol at awakening and bedtime.

**Exhibit 148 - 2439**



**Figure 1.** Schematic representation of the human *FKBP5* locus with intron 7 glucocorticoid receptor binding sequence investigated in this study. The upper panel depicts the *FKBP5* locus in 5' 3' orientation. Black bars represent the 11 exons. The transcription start site is highlighted in green. The lower panel represents the intron 7 amplicon (476 base pair) chosen for DNA methylation analysis (primer sequence dark blue/italicized). Since pyrosequencing can only reliably generate short reads, the six cytosine phosphate guanine (CpG) sites (red) analyzed in three bins based on the proximity to three consensus glucocorticoid response elements (GREs) are represented in bold/underlined [pyrosequencing primers are described in Klengel *et al.* (38)]. The two CpGs of bin 1 were upstream of all GREs, the three CpGs of bin 2 are surrounding the first GRE, and bin 3 represents the CpG within the third GRE. The chromosomal position (hg19) of the CpG sites is indicated on the left and the right of the lower panel. SNP, single nucleotide polymorphism.

**Cytosine Methylation Sodium Bisulfite Mapping.** DNA from whole blood was isolated using Gentra Puregene Kit (Qiagen, Valencia, California). Genomic DNA was bisulfite treated using the EZ-Gold Kit (Zymo Research, Irvine, California). Methylation analysis of the bisulfite-treated genomic DNA by pyrosequencing was performed by Varionostic (Ulm, Germany). Three pyrosequencing primer pairs were designed to cover three regions of the *FKBP5* intron 7 GR-binding sequence (38). Sequencing was performed on the Q24 System with PyroMark Q24 analysis software (Qiagen) and yielded percent methylation levels for the six intron 7 CpGs (sites 1 to 6) grouped into three bins (Figure 1).

**Genotyping.** *FKBP5* rs1360780 was genotyped using a differential hybridization protocol on LightCycler 480 (Roche, Basel, Switzerland). This method failed for 6 of 71 samples, but 5 were genotyped by pyrosequencing on a PSQ96 (Qiagen), omitting one F0 sample from analysis. Genotypes of rs1360780 were in Hardy-Weinberg equilibrium ($p > .05$). Participants were divided according to genotype data into protective genotype (GG) and risk allele carriers (AG/AA).

**Hormone Measurement.** Cortisol levels were determined as previously described (47). The intra-assay and interassay coefficients of variation were 2.3% and 6.1%, respectively.

### Statistical Analysis

Demographic and clinical characteristics were compared, respectively, for F0 and F1 groups using analyses of variance and chi-square analyses, as appropriate. Likelihood ratio chi-square results are presented when one or more of the cells did not meet minimum sample size.

The primary analyses concerned group differences between Holocaust survivors or offspring and their respective comparison subjects in methylation for the three intron 7 bins. The multivariate analyses of covariance for F0 and F1 comparisons used age, gender, and diagnosis of current mood and anxiety disorders, as well as additional variables specified in the text, as covariates. As previously reported (38), intron 7 sites are grouped into three bins based on the pyrosequencing method that necessitates the examination of short sequencing reads (Figure 1). A main effect for bin was followed by post hoc tests investigating if the bin effect reflected a particular influence by a specific site(s). Regression analyses examined the relative contribution of parental Holocaust exposure, F0 *FKBP5* methylation, maternal and paternal PTSD, childhood adversity, and F1 *FKBP5* genotype to F1 *FKBP5* methylation.

A secondary analysis investigated the impact of physical and sexual abuse on *FKBP5* methylation at intron 7, bin 2 based on prior work (38). A composite CTQ score for physical and sexual abuse was used to explore differential associations with methylation in the entire offspring sample and in subjects identified by the presence and absence of the *FKBP5* risk allele. When an effect was found, further analyses investigated if single or multiple sites were driving the effect. The significance of the difference between two correlation coefficients was evaluated using the Fisher r-to-z transformation.

**Exhibit 148 - 2440**

Holocaust Exposure and Intergenerational *FKBP5* Methylation

Biological Psychiatry

F0 and F1 methylation correlations were performed only for bin 3/site 6, as this was the single site for which an effect of Holocaust exposure was observed. The functional effect of intron 7 methylation was assessed in relation to the intron 7, bin average based on the experiments of Klengel *et al.* (38) showing transcriptional effects when the three bins/six sites were experimentally methylated and tested concurrently. Finally, statistical significance for all analyses was set at two-tailed, $p < .05$.

## RESULTS

### Holocaust Survivor and Comparison Group Demographic Characteristics

Demographic and clinical characteristics of Holocaust survivor and comparison groups are detailed in Table 1. There were no significant differences between the groups in age, gender, years of education, current anxiety or mood disorder diagnoses, or frequency of the *FKBP5* risk allele. Holocaust survivors differed from control subjects in presence and severity of current PTSD as anticipated.

### Holocaust Offspring and Comparison Group Demographic Characteristics

Demographic and clinical characteristics of Holocaust offspring and comparison groups are displayed in Table 2. There were no significant differences between the groups in age, gender, years of education, childhood trauma scores, psychiatric diagnoses, frequency of the *FKBP5* risk allele, or cortisol levels. However, there were significant differences in a composite score of depression and anxiety self-ratings.

### *FKBP5* Intron 7 Methylation in Holocaust Survivors and F0 Comparison Subjects

A multivariate analysis of covariance comparing Holocaust survivors and F0 control subjects on intron 7 methylation showed 10% higher levels in bin 3/site 6 in survivors (control subjects: 51.33 $\pm$ 2.10, survivors: 56.39 $\pm$ 1.03; $F_{1,31}$ = 4.34, $p$ = .046; Figure 2A). The finding remained significant when the presence of PTSD was entered as an additional covariate ($p$ = .049). The addition of presence/absence of the *FKBP5* risk allele as a

covariate did not appreciably alter the finding ($p$ = .053), suggesting that bin 3/site 6 methylation changes in F0 were driven more by exposure than genetic variation in this single nucleotide polymorphism. There was no significant main effect of F0 PTSD diagnosis on bin 3/site 6 methylation ($F_{1,31}$ = .33, not significant [ns]). No differences between Holocaust survivors and F0 control subjects were apparent for bins 1 and 2.

### *FKBP5* Intron 7 Methylation Holocaust Offspring and F1 Comparison Subjects

When a similar analysis was performed for F1, significantly lower intron 7 methylation (7.7% difference) was observed at bin 3/site 6 in Holocaust offspring than comparison subjects (control subjects: 57.58 $\pm$ 1.63, offspring: 53.13 $\pm$ 1.00; $F_{1,25}$ = 5.03, $p$ = .034; Figure 2B). The finding was unchanged without covariation ($F_{1,29}$ = 4.91, $p$ = .035) and when presence of lifetime PTSD in offspring ($p$ = .036) or severity of childhood trauma ($p$ = .049) were added, respectively, as additional covariates. In contrast, the effect was reduced when controlling for parental PTSD ($F_{1,23}$ = 2.59, $p$ = .121), suggesting an influence of parental PTSD symptoms.

A linear regression confirmed that parental Holocaust exposure was the salient predictor of offspring's bin 3/site 6 methylation (β = .368, $p$ = .034). Serial regression models were used to identify additional predictors of bin 3/site 6 methylation. Neither parental PTSD (β = .134, ns) nor the presence of the *FKBP5* risk allele (β = .044, ns) contributed to the model. In each of these, however, parental exposure remained a significant predictor (respectively, β = .461, $p$ = .054; β = .362, $p$ = .043). Adding childhood adversity as measured by the CTQ total score did not alter the predictive significance of parental exposure (β = .359, $p$ = .049) and was not a predictor of bin 3/site 6 methylation (β = .034, ns). Since emotional abuse is reported substantially more often by Holocaust survivor offspring (25) and was reported in this sample at a trend level of significance ($t$ = 1.98, $df$ = 24.89, $p$ = .059), we tested emotional abuse in the regression model. However, like the CTQ total score, emotional abuse was not significantly associated with bin 3/site 6 methylation (β = .018, ns) and did not alter the significance of Holocaust exposure at this site (β = .375, $p$ = .045).

**Table 1. Demographic and Clinical Characteristics for Holocaust Survivors and F0 Comparison Subjects**

| Parents (F0) | Holocaust Survivors ($n$ 32) Mean $\pm$ SD or $n$ (%) | Jewish Comparison ($n$ 8) Mean $\pm$ SD or $n$ (%) | Group Comparisons $F$ ($df$) $p$ or $\chi^2$ ($df$) $p$ |
|---|---|---|---|
| Age | 77.9 $\pm$ 5.2 | 73.1 $\pm$ 8.5 | $F_{1,38}$ = 3.98, $p$ = .053 |
| Gender | | | $\chi^2_1$ = .46, ns |
| Male | 12 (37.5%) | 2 (25.0%) | |
| Female | 20 (62.5%) | 6 (75.0%) | |
| Years of Education | 9.2 $\pm$ 4.1 | 12.3 $\pm$ 3.0 | $F_{1,35}$ = 3.91, $p$ = .056 |
| Current PTSD[a] | 16 (51.6%) | 0 (0%) | $\chi^2_1$ = 9.86, $p$ = .012 |
| Current Anxiety Disorder Except PTSD[b] | 4 (13.8%) | 0 (0%) | $\chi^2_1$ = 2.08, ns |
| Current Mood Disorder[b] | 9 (31.0%) | 0 (0%) | $\chi^2_1$ = 5.13, ns |
| Biological Information | | | |
| *FKBP5* risk allele | 18 (58.1%) | 3 (37.5%) | $\chi^2_1$ = 1.08, ns |

ns, not significant; PTSD, posttraumatic stress disorder.
[a]Clinician Administered PTSD Scale (42).
[b]Structured Clinical Interview for DSM IV (41).

Exhibit 148 - 2441

**Table 2. Demographic and Clinical Characteristics for Offspring of Holocaust Survivors and F1 Comparison Subjects**

| Offspring (F1) | Holocaust Offspring (n 22) Mean ± SD or n (%) | Jewish Comparison (n 9) Mean ± SD or n (%) | Group Comparisons F (df) p or χ² (df) p |
|---|---|---|---|
| Age | 46.0 ± 8.0 | 47.0 ± 8.5 | $F_{1,30} = .10$, ns |
| Gender | | | $\chi^2_1 = 1.06$, ns |
| Male | 6 (27.3%) | 1 (11.1%) | |
| Female | 16 (72.7%) | 8 (88.9%) | |
| Years of Education | 16.4 ± 2.7 | 16.8 ± 1.8 | $F_{1,30} = .14$, ns |
| Parental PTSD[a] | | | |
| Maternal PTSD | 11 (52.4%) | 0 (0%) | $\chi^2_1 = 10.37$, $p = .011$ |
| Paternal PTSD | 11 (52.4%) | 0 (0%) | $\chi^2_1 = 10.37$, $p = .011$ |
| Any parent with PTSD | 16 (76.2%) | 0 (0%) | $\chi^2_1 = 18.40$, $p < .001$ |
| Childhood Trauma[b] | | | |
| Total score | 36.7 ± 11.5 | 30.2 ± 6.9 | $F_{1,30} = 2.46$, ns |
| Emotional abuse | 9.0 ± 5.4 | 12.0 ± 3.3 | $F_{1,30} = 2.57$, ns |
| Emotional neglect | 10.3 ± 4.1 | 8.0 ± 4.0 | $F_{1,30} = 1.97$, ns |
| Physical abuse | 6.1 ± 2.5 | 5.4 ± 1.0 | $F_{1,30} = .55$, ns |
| Physical neglect | 5.5 ± 1.4 | 5.2 ± .7 | $F_{1,30} = .32$, ns |
| Sexual abuse | 5.6 ± 3.0 | 5.0 ± .0 | $F_{1,30} = .40$, ns |
| Self Reported Anxiety and Depression Ratings[c] | 40.0 ± 24.6 | 22.0 ± 12.3 | $F_{1,30} = 4.32$, $p = .047$ |
| Current Anxiety Disorder (except PTSD)[d] | 8 (36.4%) | 0 (0%) | $\chi^2_1 = 6.56$, $p = .041$ |
| Current Mood Disorder[d] | 3 (13.6%) | 0 (0%) | $\chi^2_1 = 2.19$, ns |
| Biological Information | | | |
| *FKBP5* risk allele[e] | 14 (63.6%) | 4 (44.4%) | $\chi^2_1 = .10$, ns |
| Wake up cortisol[f] | 738.4 ± 463.9 | 743.3 ± 337.5 | $F_{1,21} = .01$, ns |
| Bedtime cortisol[f] | 250.3 ± 556.3 | 144.6 ± 72.9 | $F_{1,21} = .21$, ns |

F0, original parent generation; F1, first generation; ns, not significant; PTSD, posttraumatic stress disorder; SNP, single nucleotide polymorphism.

[a]Assessed using the Parental PTSD Questionnaire (46).
[b]Childhood Trauma Questionnaire (43).
[c]Combined scores of the Beck Depression Inventory and Spielberger State Trait Anxiety Inventory scales.
[d]Structured Clinical Interview for DSM IV (41).
[e]Presence of risk allele (A) in *FKBP5* rs1360780 SNP genotype.
[f]Salivary cortisol (ng/dL).

## Childhood Adversity Effects on *FKBP5* Intron 7 Methylation in Offspring

An analysis was then performed to attempt to replicate a previous report on a traumatized inner city population showing significant effects of the interaction of physical and sexual abuse with the *FKBP5* risk allele on methylation at intron 7, bin 2/sites 3 to 5.

For protective genotype carriers ($n = 13$), physical and sexual abuse were positively associated with bin 2 methylation ($r = .698$, $p = .008$). For risk allele carriers ($n = 18$), there were significant negative associations with bin 2 methylation ($r = .479$, $p = .044$). These associations were driven by the association at site 3 with CTQ scores for physical abuse (for protective genotype carriers: $r = .707$, $p = .007$ and for risk



**Figure 2.** Methylation at *FKBP5* intron 7, bins 1, 2, and 3 for Holocaust survivors **(A)**, Holocaust survivor offspring **(B)**, and their respective comparison subjects. The percent methylation (mean ± SEM) is represented by red bars for Holocaust survivor parents (F0) and their offspring (F1) (F0: $n = 32$, F1: $n = 22$) and by white bars for F0 and F1 control subjects (F0: $n = 8$, F1: $n = 9$). Division of sites into bins is indicated. *$p < .05$.

Exhibit 148 - 2442

Holocaust Exposure and Intergenerational *FKBP5* Methylation

**Biological Psychiatry**



**Figure 3.** Relationship between *FKBP5* intron 7, site 3 percent methylation and Childhood Trauma Questionnaire physical abuse subscale score. The carriers of the *FKBP5* rs1360780 risk allele (*n* = 18) are depicted by black squares and the carriers of the protective genotype (*n* = 13) are depicted by black open circles. Significance was set at *p* < .05. F1, first generation offspring.

allele carriers: $r =$ .610, $p = .007$; Figure 3). The correlations at site 3 with physical abuse differed significantly according to the presence of the risk allele ($z = 3.89$, $p < .001$; Figure 3).

### F0 *FKBP5* Intron 7 Methylation at Bin 3 Predicts F1 *FKBP5* Intron 7 Methylation at Bin 3

F0 intron 7 bin 3/site 6 methylation was correlated with F1 methylation at the same site ($r = .441$, $n = 33$, $p = .010$; Figure 4). This association was primarily driven by the Holocaust-exposed families ($r = .569$, $n = 23$, $p = .005$ for Holocaust-exposed compared with $r = .370$, $n = 10$, ns for control subjects). Covariation for the presence of the *FKBP5* risk allele in both generations did not substantially alter the association of bin 3/site 6 methylation between survivors and offspring ($r = .438$, $df = 29$, $p = .014$) or within the Holocaust-exposed families ($r = .559$, $df = 19$, $p = .008$).

As a result of the above analyses, we added F0 bin 3/site 6 methylation to the regression analyses testing predictors of F1 bin 3/site 6 methylation. F0 methylation did not alter the significance of parental Holocaust exposure as a predictor of bin 3/site 6 methylation in F1 ($\beta =$ .418, $p = .022$).

### *FKBP5* Methylation Is Associated with Wake-up Cortisol in Offspring

Intron 7 *FKBP5* bin average methylation was negatively correlated with wake-up cortisol ($r =$ .630, $df = 16$, $p = .005$, controlling for age, gender, and current mood/anxiety disorder). This association was also significant without covariation ($r =$ .432, $n = 22$, $p = .044$; Figure 5). The correlations of bin average methylation with bedtime cortisol were not significant ($r =$ .216, $df = 13$, ns, and $r =$ .137, $n = 19$, ns, respectively).

### DISCUSSION

The main finding in this study is that Holocaust survivors and their offspring have methylation changes on the same site in a functional intronic region of the *FKBP5* gene, a GR-binding sequence in intron 7, but in the opposite direction. To our



**Figure 4.** Relationship between original parent generation (F0) and first generation (F1) *FKBP5* intron 7 bin 3/site 6 percent methylation. Parent offspring pairs are represented by red squares for Holocaust survivors (*n* = 23) and by blue open circles for control subjects (*n* = 10). Significance was set at *p* < .05.

knowledge, these results provide the first demonstration of an association of preconception stress effects with epigenetic changes in both exposed parents and their offspring in adult humans. Bin 3/site 6 methylation was not associated with the FKBP5 risk allele and could not be attributed to the offspring's own trauma exposure, their own psychopathology, or other examined characteristics that might independently affect methylation of this gene. Yet, it could be attributed to Holocaust exposure in the F0.

It is not possible to infer mechanisms of transmission from these data. It was not possible to disentangle the influence of parental gender, including gamete or in utero effects, since 21 of 22 Holocaust parents were survivors. Epigenetic effects in maternal or paternal gametes are a potential explanation for epigenetic effects in offspring (10–13), but blood samples will not permit ascertainment of gamete-dependent transmission. What can be detected in blood samples is parental and offspring experience-dependent epigenetic modifications.



**Figure 5.** Relationship between *FKBP5* intron 7, bin average percent methylation, and wake up salivary cortisol (ng/dL) in first generation (F1). Holocaust survivor offspring (*n* = 14) are depicted by red squares and control subjects (*n* = 8) are depicted by blue open circles. Significance was set at *p* < .05.

**Exhibit 148 - 2443**



Future prospective, longitudinal studies of high-risk trauma survivors before conception, during pregnancy, and during postpartum may uncover sources of epigenetic influences. In addition, it would be of interest to replicate our findings on *FKBP5* intron 7 methylation in other populations with substantial trauma exposure. For example, peripheral blood from female survivors of the Tutsi genocide who were pregnant at the time of exposure and their adolescent offspring was analyzed for *NR3C1* and *NR3C2* promoter methylation (48). Interestingly, in that study, exposure effects were identified at specific sites in both exposed mothers and offspring, and mothers' methylation correlated with offspring methylation. It is also necessary to investigate multiple generations to differentiate among exposure effects, epigenetic inheritance, and social transmission (9). Animal models can provide further mechanistic understanding of how extreme stress effects mediate changes in offspring.

Despite the potential limitations of our cross-sectional approach, a significant effect of severe parental trauma was observed in both generations at the same site of a transcriptionally relevant region of a stress-related gene. The Holocaust effects in F0 and F1 methylation are not likely driven by respective differences in control subjects. F0 and F1 control subjects differed substantially in age (F0: ∼75 years vs. F1: ∼45 years), which could explain their 12% methylation difference at bin 3/site 6, since *FKBP5* site-specific demethylation occurs with age (49). The directional difference in bin 3/site 6 methylation between Holocaust survivors and their offspring was unexpected but may reflect an intergenerational biological accommodation. We previously reported a directional difference between parents and offspring in 11β-HSD-2 activity, which was interpreted as an accommodation in the offspring during a sensitive developmental window to the biological consequences of parental trauma exposure (20). Like FKBP5, 11β-HSD-2 is a moderator of glucocorticoid action, and in the aforementioned study, the increase in activity 11β-HSD-2 activity was interpreted as a protective adaptation to mitigate exposure to elevated maternal glucocorticoids associated with reduced maternal 11β-HSD-2 activity (20,50). Although no claims regarding gender-specific effects can be made in this study, it is conceivable that *FKBP5* hypermethylation, leading to decreased *FKBP5* expression and increased GR sensitivity in the F0 mothers, would result in lower circulating glucocorticoid levels during pregnancy, promoting demethylation in the fetus to optimize or increase glucocorticoid levels. However, preconception or postnatal influences are also possible, and offspring low cortisol levels may further regulate *FKBP5* methylation levels. At present, it is not clear whether glucocorticoid programming in offspring reflects intergenerational consequences of parental exposure or offspring recalibration of glucocorticoid regulation. Although imperfect, such studies provide an opportunity to understand development-dependent adaptations to environmental influences that contribute to individual stress-reactivity set points and ultimately vulnerability to psychopathology or resilience.

In contrast to the findings at bin 3/site 6, which relate to parental exposure, bin 2/sites 3 to 5 methylation was associated with offspring trauma exposure (childhood physical and sexual abuse), but the direction depended on the presence of the *FKBP5* risk allele. Further analysis indicated that the effect was driven by a physical abuse induced site 3 demethylation in *FKBP5* risk allele carriers. These results partially replicate previous findings (38) in which bin 2 demethylation was associated with physical and sexual abuse, the *FKBP5* risk allele, and their interaction in two separate large cohorts. It should be noted that mean CTQ subscale and total scores for the Holocaust offspring were generally lower than reported in other population samples and only a small minority of offspring in this study would be considered traumatized according to previously reported criteria. However, this minority contributed clinically relevant variance to CTQ scores for physical and sexual abuse. Klengel *et al.* (38) and other investigators (51,52) focusing on early childhood trauma effects and the influence of the gene × early life environment interactions on methylation did not assess the contribution of parental experiences, particularly trauma exposure. Our findings suggest that it is important to assess parental exposure characteristics since they may exert profound influences. Although different sites may be involved in mediating parental versus offspring's own early trauma, it is possible that the effect of offspring abuse may be an indirect consequence of parental trauma. Indeed, parental trauma exposure has been shown to result in an increased prevalence of childhood abuse, most strongly emotional abuse, in offspring (25).

Despite different associations with methylation at bins 2 and 3, both appear to be functionally important in this sample, as previously reported (38). Furthermore, both bins within intron 7 appear to be equally sensitive to glucocorticoid-dependent *FKBP5* demethylation in a multipotent human hippocampal progenitor cell line (38). Bin 2 contains the first consensus GRE and bin 3/site 6 is located within the third GRE of *FKBP5* intron 7. These GREs come into contact with the transcriptional start site of *FKBP5* via chromatin interactions; alterations in methylation at bins 1, 2, and 3 affect GR-induced *FKBP5* gene transcription as shown by reporter-gene assay (38). Although we were unable to disentangle functional effects of methylation at distinct CpGs in intron 7, there is reason to believe that methylation at individual sites in the *FKBP5* gene may contribute to transcriptional and functional effects. Indeed, for the *NR3C1* gene, associations of individual sites with exposures to several types of adversity are increasingly recognized (52).

While the effects were relatively small, with 10% or less difference in DNA methylation, small differences of around 1% to 2% have been previously associated with differential gene expression of the closest gene in a mixed tissue with many cell subtypes, such as peripheral blood (53). Therefore, there are likely specific immune cell subtypes with more pronounced effects. In addition, even within the same cell type, observed global changes reflect diverse changes in single cells, as has been reported in a number of articles using clone-based sequencing for methylation analysis [for example (16,17,54)]. Lower methylation leading to higher *FKBP5* messenger RNA and protein levels has been linked to decreased GR sensitivity (38), as supported in this study by the negative correlation between F1 intron 7, bin average methylation and wake-up cortisol levels. These effects could be mediated by the *FKBP5*-associated changes in GR function and hypothalamic-pituitary-adrenal axis regulation or indirectly through the interaction partners of this immunophilin in other neuroendocrine regulatory circuit mechanisms (29,31,55,56).

**Exhibit 148 - 2444**

Holocaust Exposure and Intergenerational *FKBP5* Methylation

**Biological Psychiatry**

In summary, our data support an intergenerational epigenetic priming of the physiological response to stress in offspring of highly traumatized individuals. These changes may contribute to the increased risk for psychopathology in the F1 generation. Two sites anticipated to operate similarly to regulate *FKBP5* gene expression were demonstrated to have different environmental influences. The mechanism of intergenerational transmission of epigenetic effects at bin 3/site 6 is not known but does not appear to be mediated by childhood adversity, as is the case for bin 2. From a biological perspective, accommodation to multiple environmental influences at distinct and potentially redundant sites on genes central to stress regulation would facilitate maximal stress responsivity and adaptation. Future studies should focus on assessing the effects of trauma at various developmental stages, as well as potential differences in maternal and paternal effects. Additionally, the mechanism of intergenerational transmission of trauma and functional importance of site specificity remain to be explored. Early detection of such epigenetic marks may advance the development of preventive strategies to address the intergenerational sequelae of exposure to trauma.

## ACKNOWLEDGMENTS AND DISCLOSURES

This work was supported by National Institute of Mental Health R01 MH 64675 01 "Biology of Risk and PTSD in Holocaust Survivor Offspring" and 1RC1MH088101 01 "Identification of an Epigenetic Risk Marker for PTSD" and, in part, by a Grant (5 M01 RR00071) for the Mount Sinai General Clinical Research Center from the National Institutes of Health. The National Institutes of Health had no further role in the study design; in the collection, analysis, and interpretation of the data; in the writing of the report; or in the decision to submit the article for publication. European Research Council starting Grant (Grant #281338) G × E molmech, FP7 framework program to EB.

RY, NPD, FH, and EBB designed the study. RY and EBB supervised the project and data collection. LMB supervised the clinical assessments, and RY and LMB supervised the biological sample collection. NPD and TK performed the biological assays. HNB was responsible for data management of the project. RY, NPD, LMB, and HNB did primary analyses and drafted the manuscript. EBB did additional analyses and edited the manuscript. All the authors discussed the results and commented on the final version of the manuscript.

We thank Ms. Shelly Zemelman for coordinating participant recruitment.

RY and FH are co inventors of the following patent application: "Genes associated with posttraumatic stress disorder," European Patent #EP 2334816 A1. FH and EBB are co inventors of the following patent application: "FKBP5: A novel target for antidepressant therapy," European Patent #EP 1687443 B1. All other authors report no biomedical financial interests or potential conflicts of interest.

## ARTICLE INFORMATION

From the Traumatic Stress Studies Division (RY, NPD, LMB, HNB), Department of Psychiatry, Icahn School of Medicine at Mount Sinai, New York; and Mental Health Care Center (RY, NPD, LMB, HNB), PTSD Clinical Research Program & Laboratory of Clinical Neuroendocrinology and Neurochemistry, James J. Peters Veterans Affairs Medical Center, Bronx, New York; Department of Translational Research in Psychiatry (TK, EBB), Max Planck Institute of Psychiatry; Max Planck Institute of Psychiatry (FH); and HMNC Holding GmbH (FH), Munich, Germany; and Department of Psychiatry and Behavioral Sciences (TK, EBB), Emory University School of Medicine, Atlanta, Georgia.

Address correspondence to Rachel Yehuda, Ph.D., James J. Peters Veterans Affairs Medical Center, Department of Psychiatry, Mount Sinai School of Medicine, Mental Health Care Center, 526 OOMH PTSD 116/A, 130 West Kingsbridge Road, Bronx, NY 10468; E mail: rachel.yehuda@va.gov.

Received Apr 2, 2015; revised Aug 6, 2015; accepted Aug 6, 2015.

## REFERENCES

1. Yehuda R, Schmeidler J, Wainberg M, Binder Brynes K, Duvdevani T (1998): Vulnerability to posttraumatic stress disorder in adult offspring of Holocaust survivors. Am J Psychiatry 155:1163 1171.
2. Weissman MM, Wickramaratne P, Nomura Y, Warner V, Verdeli H, Pilowsky DJ, et al. (2005): Families at high and low risk for depression: A 3 generation study. Arch Gen Psychiatry 62:29 36.
3. Yehuda R, Bierer LM, Schmeidler J, Aferiat DH, Breslau I, Dolan S (2000): Low cortisol and risk for PTSD in adult offspring of Holocaust survivors. Am J Psychiatry 157:1252 1259.
4. Yehuda R, Blair W, Labinsky E, Bierer LM (2007): Effects of parental PTSD on the cortisol response to dexamethasone administration in their adult offspring. Am J Psychiatry 164:163 166.
5. Yehuda R, Engel SM, Brand SR, Seckl J, Marcus SM, Berkowitz GS (2005): Transgenerational effects of posttraumatic stress disorder in babies of mothers exposed to the World Trade Center attacks during pregnancy. J Clin Endocrinol Metab 90:4115 4118.
6. Gapp K, Von Ziegler L, Tweedie Cullen RY, Mansuy IM (2014): Early life epigenetic programming and transmission of stress induced traits in mammals: How and when can environmental factors influence traits and their transgenerational inheritance? Bioessays 36: 491 502.
7. Yehuda R, Bierer LM (2009): The relevance of epigenetics to PTSD: Implications for the DSM V. J Trauma Stress 22:427 434.
8. Bale TL (2015): Epigenetic and transgenerational reprogramming of brain development. Nat Rev Neurosci 16:332 344.
9. Dias BG, Maddox SA, Klengel T, Ressler KJ (2015): Epigenetic mechanisms underlying learning and the inheritance of learned behaviors. Trends Neurosci 38:96 107.
10. Dias BG, Ressler KJ (2014): Parental olfactory experience influences behavior and neural structure in subsequent generations. Nat Neurosci 17:89 96.
11. Zaidan H, Leshem M, Gaisler Salomon I (2013): Prereproductive stress to female rats alters corticotropin releasing factor type 1 expression in ova and behavior and brain corticotropin releasing factor type 1 expression in offspring. Biol Psychiatry 74:680 687.
12. Franklin TB, Russig H, Weiss IC, Graff J, Linder N, Michalon A, et al. (2010): Epigenetic transmission of the impact of early stress across generations. Biol Psychiatry 68:408 415.
13. Rodgers AB, Morgan CP, Bronson SL, Revello S, Bale TL (2013): Paternal stress exposure alters sperm microRNA content and reprograms offspring HPA stress axis regulation. J Neurosci 33:9003 9012.
14. Boersma GJ, Lee RS, Cordner ZA, Ewald ER, Purcell RH, Moghadam AA, Tamashiro KL (2014): Prenatal stress decreases Bdnf expression and increases methylation of Bdnf exon IV in rats. Epigenetics 9: 437 447.
15. Champagne FA, Weaver IC, Diorio J, Dymov S, Szyf M, Meaney MJ (2006): Maternal care associated with methylation of the estrogen receptor alpha1b promoter and estrogen receptor alpha expression in the medial preoptic area of female offspring. Endocrinology 147: 2909 2915.
16. Weaver IC, Cervoni N, Champagne FA, D'Alessio AC, Sharma S, Seckl JR, et al. (2004): Epigenetic programming by maternal behavior. Nat Neurosci 7:847 854.
17. Murgatroyd C, Patchev AV, Wu Y, Micale V, Bockmuhl Y, Fischer D, et al. (2009): Dynamic DNA methylation programs persistent adverse effects of early life stress. Nat Neurosci 12:1559 1566.
18. Champagne FA, Meaney MJ (2006): Stress during gestation alters postpartum maternal care and the development of the offspring in a rodent model. Biol Psychiatry 59:1227 1235.
19. Yehuda R, Bierer LM, Andrew R, Schmeidler J, Seckl JR (2009): Enduring effects of severe developmental adversity, including nutritional deprivation, on cortisol metabolism in aging Holocaust survivors. J Psychiatr Res 43:877 883.
20. Bierer LM, Bader HN, Daskalakis NP, Lehrner AL, Makotkine I, Seckl JR, Yehuda R (2014): Elevation of 11beta hydroxysteroid dehydrogenase type 2 activity in Holocaust survivor offspring: Evidence for an intergenerational effect of maternal trauma exposure. Psychoneuroendocrinology 48:1 10.

**Exhibit 148 - 2445**

21. Flory JD, Bierer LM, Yehuda R (2011): Maternal exposure to the Holocaust and health complaints in offspring. Dis Markers 30:133 139.
22. Barker DJ (1998): In utero programming of chronic disease. Clin Sci (Lond) 95:115 128.
23. Roth TL, Sweatt JD (2011): Annual research review: Epigenetic mechanisms and environmental shaping of the brain during sensitive periods of development. J Child Psychol Psychiatry 52:398 408.
24. Yehuda R, Daskalakis NP, Lehrner A, Desarnaud F, Bader HN, Makotkine I, et al. (2014): Influences of maternal and paternal PTSD on epigenetic regulation of the glucocorticoid receptor gene in Holocaust survivor offspring. Am J Psychiatry 171:872 880.
25. Yehuda R, Halligan SL, Grossman R (2001): Childhood trauma and risk for PTSD: Relationship to intergenerational effects of trauma, parental PTSD, and cortisol excretion. Dev Psychopathol 13:733 753.
26. Binder EB (2009): The role of FKBP5, a co chaperone of the gluco corticoid receptor in the pathogenesis and therapy of affective and anxiety disorders. Psychoneuroendocrinology 34(suppl 1):S186 S195.
27. Lehrner A, Bierer LM, Passarelli V, Pratchett LC, Flory JD, Bader HN, et al. (2014): Maternal PTSD associates with greater glucocorticoid sensitivity in offspring of Holocaust survivors. Psychoneuroendocri nology 40:213 220.
28. Daskalakis NP, Lehrner A, Yehuda R (2013): Endocrine aspects of post traumatic stress disorder and implications for diagnosis and treatment. Endocrinol Metab Clin North Am 42:503 513.
29. Pratt WB, Toft DO (1997): Steroid receptor interactions with heat shock protein and immunophilin chaperones. Endocr Rev 18:306 360.
30. Wochnik GM, Ruegg J, Abel GA, Schmidt U, Holsboer F, Rein T (2005): FK506 binding proteins 51 and 52 differentially regulate dynein interaction and nuclear translocation of the glucocorticoid receptor in mammalian cells. J Biol Chem 280:4609 4616.
31. Jaaskelainen T, Makkonen H, Palvimo JJ (2011): Steroid up regulation of FKBP51 and its role in hormone signaling. Curr Opin Pharmacol 11: 326 331.
32. Menke A, Klengel T, Rubel J, Bruckl T, Pfister H, Lucae S, et al. (2013): Genetic variation in FKBP5 associated with the extent of stress hormone dysregulation in major depression. Genes Brain Behav 12:289 296.
33. Mehta D, Gonik M, Klengel T, Rex Haffner M, Menke A, Rubel J, et al. (2011): Using polymorphisms in FKBP5 to define biologically distinct subtypes of posttraumatic stress disorder: Evidence from endocrine and gene expression studies. Arch Gen Psychiatry 68:901 910.
34. Sarapas C, Cai G, Bierer LM, Golier JA, Galea S, Ising M, et al. (2011): Genetic markers for PTSD risk and resilience among survivors of the World Trade Center attacks. Dis Markers 30:101 110.
35. Yehuda R, Cai G, Golier JA, Sarapas C, Galea S, Ising M, et al. (2009): Gene expression patterns associated with posttraumatic stress dis order following exposure to the World Trade Center attacks. Biol Psychiatry 66:708 711.
36. Binder EB, Bradley RG, Liu W, Epstein MP, Deveau TC, Mercer KB, et al. (2008): Association of FKBP5 polymorphisms and childhood abuse with risk of posttraumatic stress disorder symptoms in adults. JAMA 299:1291 1305.
37. Koenen KC, Uddin M (2010): FKBP5 polymorphisms modify the effects of childhood trauma. Neuropsychopharmacology 35: 1623 1624.
38. Klengel T, Mehta D, Anacker C, Rex Haffner M, Pruessner JC, Pariante CM, et al. (2013): Allele specific FKBP5 DNA demethylation mediates gene childhood trauma interactions. Nat Neurosci 16:33 41.
39. Paakinaho V, Makkonen H, Jaaskelainen T, Palvimo JJ (2010): Glucocorticoid receptor activates poised FKBP51 locus through long distance interactions. Mol Endocrinol 24:511 525.
40. Yehuda R, Morris A, Labinsky E, Zemelman S, Schmeidler J (2007): Ten Year follow up study of cortisol levels in aging Holocaust survivors with and without PTSD. J Trauma Stress 20:757 761.
41. Spitzer RL, Williams JBW, Gibbon M (1995): Structured Clinical Interview For DSM IV (SCID). New York: New York State Psychiatric Institute Biometrics Research.
42. Blake DD, Weathers FW, Nagy LM, Kaloupek DG, Gusman FD, Charney DS, Keane TM (1995): The development of a Clinician Administered PTSD Scale. J Trauma Stress 8:75 90.
43. Bernstein DP, Stein JA, Newcomb MD, Walker E, Pogge D, Ahluvalia T, et al. (2003): Development and validation of a brief screening version of the Childhood Trauma Questionnaire. Child Abuse Negl 27: 169 190.
44. Yehuda R, Labinsky E, Tischler L, Brand SR, Lavin Y, Blair W, et al. (2006): Are adult offspring reliable informants about parental PTSD? A validation study. Ann N Y Acad Sci 1071:484 487.
45. Beck AT, Ward CH, Mendelson M, Mock J, Erbaugh J (1961): An inventory for measuring depression. Arch Gen Psychiatry 4:561 571.
46. Spielberger CD (1968): The State Trait Anxiety Inventory (STAI): Test Manual For Form X. Palo Alto, CA: Consulting Psychologists Press.
47. Yehuda R, Golier JA, Kaufman S (2005): Circadian rhythm of salivary cortisol in Holocaust survivors with and without PTSD. Am J Psychiatry 162:998 1000.
48. Perroud N, Rutembesa E, Paoloni Giacobino A, Mutabaruka J, Mutesa L, Stenz L, et al. (2014): The Tutsi genocide and transgenera tional transmission of maternal stress: Epigenetics and biology of the HPA axis. World J Biol Psychiatry 15:334 345.
49. Blair LJ, Nordhues BA, Hill SE, Scaglione KM, O'Leary JC 3rd, Fontaine SN, et al. (2013): Accelerated neurodegeneration through chaperone mediated oligomerization of tau. J Clin Invest 123: 4158 4169.
50. Yehuda R, Seckl J (2011): Minireview: Stress related psychiatric disorders with low cortisol levels: A metabolic hypothesis. Endocri nology 152:4496 4503.
51. Turecki G, Meaney MJ (2016): Effects of the social environment and stress on glucocorticoid receptor gene methylation: A systematic review. Biol Psychiatry 79:87 96.
52. Daskalakis NP, Yehuda R (2014): Site specific methylation changes in the glucocorticoid receptor exon 1F promoter in relation to life adversity: Systematic review of contributing factors. Front Neurosci 8:369.
53. Mehta D, Klengel T, Conneely KN, Smith AK, Altmann A, Pace TW, et al. (2013): Childhood maltreatment is associated with distinct genomic and epigenetic profiles in posttraumatic stress disorder. Proc Natl Acad Sci U S A 110:8302 8307.
54. Yehuda R, Flory JD, Bierer LM, Henn Haase C, Lehrner A, Desarnaud F, et al. (2015): Lower methylation of glucocorticoid receptor gene promoter 1F in peripheral blood of veterans with posttraumatic stress disorder. Biol Psychiatry 77:356 364.
55. Wang L (2011): FKBP51 regulation of AKT/protein kinase B phos phorylation. Curr Opin Pharmacol 11:360 364.
56. Storer CL, Dickey CA, Galigniana MD, Rein T, Cox MB (2011): FKBP51 and FKBP52 in signaling and disease. Trends Endocrinol Metab 22:481 490.

**Exhibit 148 - 2446**

# EXHIBIT

## 149

5/6/2021                          Дневник Клары Рахман - Музей истории школы 327



Google      View this page in:  English      [ Translate ]                                    Options ▼

# School History Museum 327

[                    ]  [ Site search ]

Memory Book - 327 > The story of our teachers >

## Clara Rachman's diary



Instead of a preface

This diary was given to me on January 28, 2007 by my paternal grandmother, Klara Vladimirovna Zagatskaya (nee Rakhman). I saw an old yellow-gray notebook with a broken cardboard cover as a child, when my grandmother took it out, opened it, began to read it aloud, cried and put it back. And since then I have never asked about this diary, because I knew what it meant for a person who survived the bombs, hunger and death of loved ones. Now my grandmother gave it to me herself. At first I thought to make a kind of compilation, a kind of educational program, choosing the most acute and "historical" moments. And then I decided not to throw out a single word, not a single dot - so that everything would be as it was. Therefore, the spelling and punctuation are original.

In the spring of 1941, my grandmother finished 8th grade. And if you carefully read each word, then through the lines you can see how childhood sorrows and joys - love, disappointment, sweet buns and faithful girlfriends - are replaced by something big and very adult. Hunger, cold, agonizing expectation of bombing and small holidays, when the Sovinformburo reports on the successful operations of the Red Army. And the childishly naive confidence that everything will definitely be fine, that there will be a Victory.

**Clara Vladimirovna Rakhman's diary**
**DAYS OF THE PATRIOTIC WAR 1941**

For the first time in my life I start to keep a diary. In general, I am against any writing on a piece of paper of my thoughts, because I really do not like anyone to know them, but now such an interesting time and at the same time so alarming that if I survive all this it will be very interesting to remember.

Perhaps I'll start from the very beginning of the war. After the end of the school year, which, by the way, I did not graduate brilliantly, that is, from 4 it was good, my mother and I went to see my father in Kexholm. What a small town this is! At first I was very bored there, because I didn't know any of the guys.

On June 22, dad, mom, I and the family of dad's boss went for a boat ride on Lake Ladoga. Well, dashed off and arrived. We get out on the shore and hear a conversation that a German bombed Kiev, Mogilev and some other city tonight. We come home (it was at 1 o'clock in the afternoon), it turns out that V.M.Molotov spoke. This is how the Great Patriotic War began. Here's the situation! Aunt Mina in Kiev, Raya in Mogilev, Lena in Vyborg. Yes! Not particularly pleasant.

On the 26th we arrived in Leningrad. Lyuba, Sonya, Fela, Vova R. and others were here. On the very first night we were all on duty. Then I got to know Vova Rosenstein and Andrey Podvysotsky a little. Why I did not notice them at all before, I myself do not understand.

On the 4th of July we evacuated to Staraya Russa. How many tears and fees. Lyuba, Sonya, me, Vova...

**Exhibit 149 - 2447**

On the 4th of July we evacuated to Staraya Russa. How many tears and fees. Lyuba, Sonya, me, Vova and the girl Riva Kazhdan went there (? -S.Z.). Lyuba, Sonya, Vova and I agreed to live together and

become family, because for the first time in our life we were traveling alone, without parents. Then we didn't know that the counselor Mila was on our way, who obviously liked Vova.

For some reason, Lyuba and I immediately noticed this and quite imperceptibly we had a new feeling for us - we began to be jealous of Mila for Vova. Vova is a very good, sensitive comrade, but sometimes a bizarre finds him, and then he becomes impossible. Lyuba and I decided to gain authority in his eyes.

When we arrived in Staraya Russa, all the kids were sent to state farms. At the station there were 26 adult children with Galina Ivanovna, our gymnast. Vova was forced to leave with the guys, about which everyone was very sorry. As soon as we went to bed, suddenly anxiety. And we slept right at the station. The feeling is not particularly pleasant. We slept: Sonya, Lyuba and I were nearby. We waited a little and went to bed. We did not hear the end. In the morning we got up, and a bucket of sour cream and sweet buns are already waiting for us. Fu! Mouth watering.

In the evening we went by car to the village. Here we met Riva. She turned out to be a very good, modest girl. Yulik Lokotkin was also driving. He's a very cute but disgusting coward. We arrived in the village and settled in a hut.

Yes! I forgot that when we were traveling by car, a German plane was being lowered over us. It's called evacuated!

Here you go! We began to live as a family. Our family included: (by seniority): Riva, Sonya, me, Lyuba, Vika, Vitya Fistul and another boy. We had a good, very good family. The best and most friendly. It was headed by Riva. Another family was headed by Mila and included: Vova with his brother, Yulik, Misha Sverdlov with his sister, Tina and other guys. Mila behaved very badly towards Vova. She followed him all the time. However, this is all nonsense. Don't waste ink and paper on gossip. In general, we lived there beautifully. Lyuba, Sonya, Tina and I were on duty at the river. They sat on a raft all day and guarded the river so that it would not run away. Yulik lived with us all the time. Here is a coward. It's just disgusting. Mama's son.

Every morning a redhead poked through our window. Our father, Fimochka, appeared. He lived separately from all of us with Rita Kudryakova. Then our day began, and in the evening Vova, Yulka and Fima came to visit us to drink tea. We lived like this for a week, but we became very good friends. Soon we had to move on. My leg ached and I was left to wait for the carts with the patients, while Lyuba, Sonya, Riva, Vika and others walked 75 km on foot.

We arrived at Paul's station (? - S. Z). I just got out of the car (she picked us up on the way) Sonya tells me that my mother came for Vova and said that our parents want us to come. We, of course, immediately decided to go, but how? There was a train at the station, which could move any minute. We asked our director for permission, he categorically forbade us to go. At this time, the train starts to move, Sonya and I grab our things, jump into the carriage and leave. Only Lyuba, Fima, Zhenya Leonov, Nelly Ukkonen remained there, and all the other guys came here.

Here we immediately began to be on duty. First, they were on duty in groups, and then all together. Soon everyone: Riva, Sonya, Alya, Vova, Fela, Yulik, Vova (the repeat, apparently, is accidental - S. Z.) and I became very friendly, but especially Riva, Sonya, Vova, Yulik and me. Every evening after duty, we went for a walk and returned home at 12 o'clock in the morning. For some reason I really liked Vova, that is, I began to respect him a thousand times more. True, this has changed several times, since Sonya said that he is not such a good friend, as it seems to me, but nevertheless I remain with the same opinion now.

Soon Riva, Yulik and Alya left, but we stayed. We continued our watch. They often played cards and flirting.

Although this diary is devoted more to the history of my life during the war, personal feelings still have to be written a little.

Once, while playing flirting, Vova writes to me: "What would happen if I confessed my love to you." I understand, or rather, it seems to me that this is all nonsense, but then he wrote me all the same things. Although it is foolish to start such an anxious time such things, but he himself challenged me to it. Of course, it was quite pleasant to me and even a little flattered that it was me. I must admit that before I, and not only me, but also Sonya and Lyuba thought that the 9th grade treated us with disdain, but according to Vova's stories, it turns out that we were wrong. Boys 9th grade they even wanted to be friends with us. This was news to us. We were in 8th grade.

In the evening Vova wanted to see me off. Not only me, but it turned out that I walked with him alone, because we had already seen Fel and Sonya. We had such an order to see everyone home. Then I asked him if what he wrote was true. He says it's true. Well, it's true, so let it be true.

We continued to be on duty at the school. They were on duty for 2 days from 7 am to 2 pm, and 2

**Exhibit 149 - 2448**

We continued to be on duty at the school. They were on duty for 3 days from 7 am to 2 pm, and 3 days from 2 pm to 9 pm, since it was then possible to walk only until 10 am.

Everything was going well. During the alarm, they went to the roof and sat there. Anxiety was frequent, but quite calm. We lived pretty well. We had enough food and we didn't think about anything, besides, how to walk more.

**September has come.**

On September 8, in the afternoon, Sonya, Vova, Tina and I went to fetch our cards in the photograph at Liteiny. It was a nice sunny day.

Suddenly, anxiety began. Well, since it was impossible to walk then during the alarm, we went into one courtyard. Suddenly we see planes overhead. They flew quite high, but everyone immediately recognized them as German planes. Suddenly, something separated from the planes and someone shouted: "bomb!" How frightened we were! After all, it was the first time after all. But then it turned out that they were leaflets. After a while we heard explosions (these were bombs exploding). The anti-aircraft guns beat deafeningly loudly. The alarm ended and when we went out into the street, we saw a glow and black smoke. The Badayev warehouses were on fire !!!

On the night of November 8-9, I spent the night at Sonya's, because I have the fifth floor, and hers is the first. At about 12 o'clock in the morning there was again an air raid alert. We went out into the corridor, because we heard the plane circling over the city. Then we still poorly distinguished the sound of our aircraft from the German, but we hit anti-aircraft guns, and if our aircraft are in the air, then anti-aircraft guns do not hit. Suddenly there was a whistle and a gap! Our baptism of fire took place that night. The windows opened, the doors opened, and the house shook. It turns out that the bomb fell into house 9 on Mayakovskaya. One pile of ruins remained from the house. The bomb weighed about 1000 kg. And like this every night. True, then only one house was damaged in our area. In general, in September it was quite calm in our area. But on the other hand, starting in October he got it.

The Germans first (almost all of September) flew and bombed only at night, and during the day only scouts flew. Once (we were on duty that day in the evening) we announced the alarm. We went to the roof as usual. It was as bright as day. We are standing on the roof and suddenly: "b-b-a-x-x", "" b-b-a-x-x ". We see bombs exploding all around and just around: in the area of the Moscow railway station, Smolny and other areas. On the roof were Vova, Sonya, me and another boy. Vovka started shouting at us, then grabbed us by the collar and pulled us down. Tina and Fela were standing there. They thought we had escaped and ran to the roof ourselves. Thus ended the first bombardment, which I saw with my own eyes. Yes! The sight is not particularly pleasant. Then the German began bombing at about 7 o'clock. And now, you are standing on the roof and suddenly you hear: "z-z-z-b-b-ah-x". A shiver runs through my body but at this time you do not think about anything and especially about your own life. This moment passes somehow instantly and you think about it only when everything is over. The nerves are so tense that you notice absolutely nothing. And so almost every day.

I also missed one thing, but I will say about it in passing. In August, everyone was sent to work. I worked in an electrical substation. I was very tired, but did not notice it much, because I ate as much as I wanted. Now, of course, I would not be able to work like that.

Sonia Valentina Leontyevna, our director, sent to work near Leningrad, but she fled from there from the Germans. In general, Leningrad was gradually surrounded, but nothing was written in the newspapers. Everything was a mystery.

I continue.

He soon began throwing incendiary bombs. Well, compared to high-explosive, this, of course, is nonsense. They were extinguished very soon. They just took it by the stabilizer and threw it out into the street. You can get used to everything, and we are used to bombs. In our area, he threw a lot of high-explosive bombs. He destroyed almost all of Mokhovaya, st. Red communications, Grodno, ended up in the Kuibyshev hospital. In general, everywhere. We are so accustomed to this "zz-z-b-ba-xh-xx!" But you can't get used to hunger. Will it go on so long!

On the 3rd of November we started studying at school. I was elected to the Komsomol committee. The secretary of the committee is Vova. But I didn't have to study. Sonya, it is true, is engaged, but this is only for the sake of the dining room. But I can not. Well, what kind of work is this, when almost 2 hours later there is anxiety, or even less. The house is cold, and the stomach is empty. Well, there was hope for an evacuation, but now it has been temporarily stopped.

**4 / XII - 41g.**

Now I will write by day. It's very interesting how it all ends.

December 4th.

**Exhibit 149 - 2449**

December 4th.

Today I couldn't get up. Suddenly at 10 o'clock our area was declared an area of shelling from long-range guns. That's when I jumped up right away, because I was really scared. Previously, there was also shelling of the city, but somehow they did not touch our area, but now, apparently, they began to take on us as well. This is not particularly pleasant. Today I dined with my grandfather. Food is the biggest issue right now. There was a rumor that it was possible to evacuate. We'll have to walk about 200-250 kilometers. Well, don't give a damn. I agree to anything, just to get out of Leningrad. His position is precarious. Here again the long-range ones begin to thump. Lousy mood. Hunger is felt more and more every day. On the street, at every corner, you meet funeral processions. It is good if the deceased is buried in a coffin, some are taken directly on the sled. People are falling. What a terrible situation. This is a blockade!

**5th of December.**

Damn it !! The German starts bombing again at night. He bombed great again tonight and at night. The entire Basque region was on fire from incendiary bombs. Two bombs were also dropped on our house. But what kind of bombs are these compared to high-explosive bombs! Nonsense. Hurray-ah! Today is an awfully lucky day! At 2 o'clock my grandfather called and said to come to him with a basket. It turns out that he got the horse meat. Fools are those who do not like horse meat. This is a wonderful thing. Still, grandfather is great! If not for him, we probably would have died. In the evening he brought a duranda. Also a good thing these days. Don't give a damn about the bombing.

Daddy! My dear daddy. How sorry I am for him. It melts and melts every day. Who does he look like? It's a skeleton! Really? ........... The heart stops working at this thought. No, no, no, it can't be. I will go crazy!

So heavy. What a pity for Lenochka. How she suffers! Still would! But how can you help her? How? Poor, poor girl! She's 10 times harder than me.

**December 6.**

The day has passed almost without incident. The whole day Lena and I were engaged in a pleasant and useful thing: they soaked, grinded and baked duranda cakes. We ate so much raw duranda that I'm afraid I might get poisoned. But don't give a damn. Lousy mood. I really want to leave Leningrad. I don't know why, but I began to endure anxiety very nervously. Before, I quite calmly listened to the fascist vultures circling over the city, but now everything turns inside me. Maybe the nerves are making themselves felt a little? This is not good. Sonya came today. She told me to go to the Komsomol meeting and go to Vovka about Komsomol affairs, but I didn't. What can they do to me for this? At other times, I would certainly have gone, but now nothing comes into my head. What will happen?

**7 december**

The radio has brought some good news this morning. First: near Moscow, our units began to crowd out German hordes; secondly, England presented an ultimatum to Finland, Romania and Hungary on December 5 to end the war with the USSR and break off all relations with Germany. Otherwise, it considers itself to be at war with these countries. They were supposed to give an answer at 12 noon, but whether they gave it or not is unknown. What will happen tomorrow? Very, very interesting. Today is Sunday, and we have people all day. Much more fun. I especially love it when Vera Yakovlevna comes. She brings some kind of animation into our life. She reads Genie's letters. Genya is happy after all. In general, I do not even envy, but I am happy for those who are not in Leningrad. Especially often I think about Anichka and Paradise. Here's the situation! We went to their room, and it is so painful to look at all the things they left behind. Yes! Very hard.

Today in a program for older children on the radio they broadcast "A letter to a friend - a Leningrader." What a lovely letter! It fully expresses all thoughts. I will try to recall him a little: "Night. The city is dark, plunged into darkness. I am sitting in my room, near the stove, and I am writing a letter to you, an unknown friend - a Leningrader. You will walk around the city of Leningrad, and there will no longer be destroyed houses. There will be beautiful new buildings instead. And now I remember the story of my friend. On the night of June 6-7, we were with him, and he told us about the city of Leningrad in 1918-19. He talked about the hunger and cold that the inhabitants of this heroic city endured. He spoke of the difficulties he had experienced, but we felt pride in his voice. And then came November 6. 5 months of war. The Germans are embittered, they are trying to disrupt the celebration of this holiday. At 7 o'clock the radio broadcasts an air raid signal. And now the inhabitants of the city disperse to their places. Self-defense groups go up to attics, attendants take their posts on the stairs, mothers go down with their children into bomb

**Exhibit 149 - 2450**

shelters. But the enemy's raid was thwarted: Our antiaircraft guns beat louder than usual, our projectors add the beams of their projectors to the brilliance of the moon, the fighters soared, and

the pleasant and soothing sound of their engines is already heard. Several vultures still managed to drop their bomb load, but the bombs fell anywhere. Soon the drone of the planes subsided, the anti-aircraft guns ceased to crackle, and the radio spread across the city by the retreat of VT. And as soon as people left the attics, stairs, rose from the bomb shelters, the radio delivered applause to them and they heard a calm voice. It was Stalin who spoke! And the tenant opened the door of his neighbor and spoke with alarm and joy: "Listen, Stalin says!", And immediately hid behind his door, afraid to miss even one word of his beloved leader! After a while, the BT signal was given again, but no one left their apartments. Everyone listened to Stalin! And when the hang-up sounded, no one paid attention to it. And today I remember the story of my friend. There are so many similarities between the life of Leningraders in the harsh winter of 1941 with the life of the Petrograd people of 1918-19 .. But our life is even more difficult. However, Leningraders bravely endure all the hardships. And how many are there ?! Every night, the fascist soldiers, trembling and galloping on one leg, emerge from their holes in women's headscarves and skirts and, on the orders of their sleepy officer, shoot. And their weapon is directed towards Leningrad. One shell hits the Neva, blowing up the still poorly strengthened ice. Another on his way stumbles upon a granite wall of a house, punches it and explodes in a densely populated communal apartment. And along the street an ambulance is already rushing to the place where the shell burst. In the morning, residents of the surrounding houses learn about the night incident. And in their hearts even greater anger towards the fascists arises.

It is difficult, very difficult to endure the cold in apartments from broken glass, lack of light and water. And not everyone tolerates it the same way. The coldness in the apartments is because there is no firewood. After all, there was no time to stock up on them. The war began in the summer. But people endure it steadily. They say: "Winter, this is ours, Leningrad winter," but for them, the bastards, it is not particularly pleasant.

It's already well past midnight. But I want to finish this letter to my unknown friend.

I ask you, when you ever remember these heroic people defending their besieged city, remember also those modest people who are simply called here - comfrey, accountants, doctors, workers, students who, taking shovels in their hands, made anti-tank ditches, barrage walls, which surrounded Leningrad with a steel ring of fortifications.

Next to me in a carriage lies my son, the same age as the war. He is already 5 months old. He sleeps scattered about the crib. He is not worried about long-range shots. He got used to them the way other children get used to the sun. And I will do my best to raise him, to put him on his feet so that he can see the joyful and happy life that will come after the end of the war.

Shooting it will be a sparrow. "

Of course, I wrote it badly, but that's all I remember, since I didn't write anything down. Still a good letter. It's very late. At half past ten I listened to the latest news. Finland, Hungary, Romania responded to England's ultimatum, but this does not satisfy her. England declares itself at war with these countries. How wonderful it is! Maybe they will soon break the blockade! Is it really going to be? I can't believe that I will ever eat enough bread, only good, and not black and raw from the earth and duranda!

Damn it! Are we really going to live up to this time ...

It's good on the southern front too. Ours will probably take Taganrog soon.

Dad only scares me. That's horrible! Nervous, like I don't know who. Barely walks. Today we received the candies, so he made them divide into 3 parts. It never happened to him. This is what hunger drives a man to. Well, okay, we have to go to bed - everyone has been asleep for a long time, there would be no alarm.

**8 december**

Yesterday there was an event that will go down in world history: Japan attacked America. The second world imperialist war began.

**December 7, 1941**

Now Turkey and Sweden are not at war yet, but this, it seems to me, will not last long. What time are we living in!

Today we were given butter. This is very good, because since the beginning of the decade, there was no fat in the norm. This means that our affairs have become better. But, in spite of everything, I really want to leave. Everyone leaves, everyone has something to rely on, but we have nothing.

Dad was completely scared. He's become so awful!

**9th December**

I fiddled with a duranda all day.

**Exhibit 149 - 2451**

I huddled with a duranda all day

**December 10**

Good news! Our units took Tikhvin. This is already good. Everybody goes and goes. Lida leaves. Our Lena and Shura are also leaving. Are we going to die here. The mood is lousy, despite the good summary. Now I have only one dream: to leave, leave and leave. Today we won 200 rubles. But what is the money now?

Dad went to the factory today, and since the trams have not been running for several days, he had to walk. He went and fell. Nobody even raised him. He lay down, frozen all over, then got up and barely dragged himself home. What will it be?

Today a rumor was spread that they would add bread. The workers will receive not 250, but 300, and the dependents will not receive 125, but 150. But, it turns out, this is nonsense. They just teased me. Perhaps this was specifically done to cause discontent among the people?

**December 11th**

Since I am writing in the morning, the only new thing is that our units took the city of Yelets.

**December 19th**

It has been 8 days since I have written. During this time, a lot has happened. I'll start from the very beginning, that is, from the 13th. On the 13th I went to school and there I learned that Alexander Karlovich had died on the 11th. My heart ached terribly at this news. After all, he taught us for 4 years. On the 14th I had to go to bury him. I went for Feli and learned from her that her dad had been taken to the hospital. How she has changed! Just one horror. On the same day I went to the military registration and enlistment office. We received a letter back, which we sent to Mula, and it reads: "To Leningrad to leave the unit." I wanted to know something about him, but it's a futile business. Will have to wait. On the same day I received a letter from Lyuba, Fima and Zhenya. It upset me very much with its content. They reproach me for leaving Sonya at the most difficult moment. The devil knows what Sonya wrote to them. She promised to show me this letter. But be that as it may, this letter showed me that Lyuba does not consider me her friend. This is very hard to worry about. On the 15th Lena and I went to the theater. We saw a new thing: "Crash". The thing is very good, but the whole experience was spoiled by the terrible cold. I could not get warm until the evening.

On the 17th we received a telegram from Rai. She is already in Turtkul. She's already happy. True, she has nothing from Muli, but at least she does not experience the horror that we are experiencing. Yesterday, on the 18th, everything was calm in the morning. Suddenly shells began to explode. We sat at home and thought: "ours are shooting or not ours". Meanwhile, the shells exploded at Kovensky, Sovetsky, Zhukovskaya, Mayakovskaya. In general, all around. At home, our windows were shaking so much that it seemed that they would just pop out. Today from 6 o'clock in the morning she was on duty for my mother in a jacket, because from 4 o'clock in the morning she took a queue at the store. In the morning Fela came to me. Her dad died. She changed a lot. Her mother became so scary. Until 6 pm I stood in the store and took out the oils. This is already good. What is happening in the city now! People fall like flies and die immediately. I am very afraid for my dad. He is completely limp.

**December 20**

In the morning they baked duranda cakes at Anna Izrailovna's. Felina's mother came to her grandfather's room (Fela and her mother slept with us. They are so lousy! Her mother slept on the couch, and then they found lice there. Ugh, how disgusting!) And started asking for cakes. I understand that she is hungry, but you have to understand that it is a shame to ask at such a time. At 12 o'clock Anna Izrailovna, Lena and I went to the cinema. We watched Beloved Girl. I liked it very much. But on the way back, near the hospital, they saw a sled, and on them lay a corpse. The legs were not covered. Scary!

I go to bed early, because tomorrow I have to go to the store early.

Today I thought a lot about our friendship and came to the conclusion that this war did not bring us together at all. True, we do not quarrel with Sonya, but this is not friendship. There are no letters from Riva and Ali. How soon they forgot us. I do not even want to remember about Nadya, since this is a pig and no one else. I never thought she was like that. Well, if we survive, then I will tell them all, all this. After all, it is very difficult at such a time to lose all your friends (if you can call them that). Lyuba, however, does not forget us yet. Today I am in a very bad mood. I don't know why myself. Probably because I really want to eat. Today they said that in the 3rd decade they will give grape wine and add 50 grams. sweets. Add more bread!

**21 December**

I got up at 5 o'clock in the morning and changed my mother. She took the line at the store. I got up at 9 am and was already 85

**Exhibit 149 - 2452**

at 3 am and was already 85.

In the morning we heard very good news: on the Leningrad front, our units are driving German hordes.

From 11 - 6 o'clock stood in the store. She took out chocolates stuffed with duranda. In the store, everyone is pushing and swearing. Lena came at 7 o'clock. While I was standing in the store, there was a shelling of the area and then an alarm (it was gone for a very long time). Lena near the university saw a terrible picture: pieces of human meat. This is a consequence of long-range shelling.

It's 8 o'clock now. I am writing, and at this time Stalin's report, recorded on tape, is being broadcast on the radio. He spoke that night on November 6th. Just that day there were a lot of worries. I sit with candy in my head. I'd like to take it, but I have to stretch 15 pieces for 9 days. Of course, I can't stand it. Now I'll take one candy and go to bed. Tomorrow again stand in the store for pasta. I don't go to school, I still get even more tired. I'll go to bed. Good night. Tomorrow's summary will bring us something! Today ours captured Art. Voybokalo and the city of Volokolamsk.

### December 22

6 months of the Great Patriotic War.

This day is marked by another victory for our troops on the Leningrad front. Today, Art. Budogosh and Gruzino station. The Germans are running!

Previously, the summary was passed like this:

"From the Soviet Information Bureau: during December 21, our troops fought the enemy on all fronts."

Then like this:

"During December 21, our troops fought with the enemy in all directions. In a number of sectors of the Southern, Southwestern and Western fronts, our troops are pursuing the enemy and have occupied a number of settlements, including: ... "

And now one more front has been added to all fronts - the Leningrad Front, on which the enemy is also being driven. Will the enemy blockade be broken soon and we will be able to eat a white bun, or at least rye bread? No, I can't believe it will be soon. Today I was again engaged in duranda. Then they took things with Lena Raina to our Lena. They are going to leave. How happy! I also really want to leave. I think that I will survive the famine, but in the spring there will be terrible epidemics here, since all the cemeteries are littered with corpses. Moreover, these corpses are not buried, but stacked in piles. A minority is in coffins, and most are without coffins. Now the time has come. Wherever you turn your head, there is a coffin everywhere. Today we had a wonderful lunch (this is by the present time): rye soup with ears and pork, and then horse bones. They are not at all disgusting, but very tasty. There were durand cakes to the bread. In general, it seems to have ate enough.

Now it is reported that Hitler has removed his commander-in-chief of all the air forces and become him himself. It means something like that. Well, we have to go to bed, because we have no light for three days, and the kerosene in the lamp is burning out. We'll have to go to bed, albeit 7 hours.

### December 24

Today we decided to go with Lena to dad. We walked 6 km on foot. It's amazing that they weren't tired at all. Lena told me the content of the book "One is not a warrior in the field." We arrived very quickly. We came back by car. Nothing special happened on the Leningrad front during these 2 days.

There is still no light. The smokehouse is on all day. I made it myself. A good thing! Especially when there are no matches. Tina came yesterday. She is about to leave with her cousin. Here is a strange man! She has her dad and hasn't got out of bed for several days, but she can quite safely leave him and mom alone. True, she says that someone lives with them who will not leave them alone, but it seems to me, no matter how bad they are, this should not be done. She wants to detach herself from the Komsomol organization. Again she reminded me of Vovka! But what does it all mean? I think of him quite calmly. But this does not prevent me from still respecting him. Phew, that I was suddenly engaged in old thoughts! Okay, someday, if I stay alive after this mess, it will be pleasant and funny to remember all this. And how now I remember as I behaved before and say to myself: "I really was such a fool!", and then, perhaps, I will look and remember everything with a slight smile: how stupid it was! " Now I have to go to bed.

### December 25

Hooray!!!!! News! Joy! Lovely!

As usual, I listened to the latest news at 6 o'clock in the morning. Every day you expect something new and joyful. You are all waiting for something. The latest news did not say anything special. But suddenly!... (This is really unexpected) Irisha came and brought the most joyful and long

**Exhibit 149 - 2453**

But suddenly! .. (This is really unexpected) Trisha came and brought the most joyful and long-awaited message: "they added bread." Yes! The long-awaited increase. Now workers get 350 gr., And we, unfortunate idlers, get 200 gr. But how many people died! People die on the move. Wherever you turn your head, wherever you look - a coffin, a coffin and a coffin. It's good if the coffin is, otherwise they generally carry a skeleton wrapped in a sheet. Today we washed in the bathroom, so I want to go to bed as soon as possible.

Mulya worries me a lot. There has been no news from him since November 1st. There are no letters from anyone. It's called girlfriends! One Lyuba is still writing. Still, this is a great disgusting thing! Neither Alya nor Riva write. And I don't want to remember Nadia anymore. And she still had to say that she was my friend! I can't see Felka. So shameless! I don't even want to think. Ungrateful! Maybe someone else says that about me too. Well, let it be, I am not at all offended. If they say, then they deserve it.

**December 26**

In the morning we went with Lena to the University. I don't know why, but today it was much more difficult for me to walk than to see my dad. Maybe because of the severe frost. Before that, we went to Sonya. She was not at home and I was talking to her dad. He told me that she had changed a lot lately, and said that he noticed that for some time she had cooled down towards me. For some reason it didn't particularly surprise me, only my heart sank a little. He, it turns out, is watching her great. He reminded me of our fight. Even I forgot about it. This happened about 2 months ago because of the card that I gave Vova, but did not give Fele. He advised me to go to school. I don't know why, but I don't want to go to school. I want to study in an optical-mechanical technical school.

**December 27th**

Felina's mother spent the whole day with us. That's nasty. Sonya came in the evening. She received a letter from Lyuba. She alone does not forget us. The rest saved their unfortunate soul, but they don't think about us.

**December 28th**

Stood all day in the store. I thought they would give some cereal, but, alas, this does not depend on me. The mood is bad. Despite the fact that, perhaps, we have experienced the worst, I really want to leave Leningrad. There will be terrible epidemics here in the spring. And the possibility of a new attack on our city is not excluded. And how many people die - 3-4 thousand people a day. Nerves are atrophied in humans. They say: "a man has died." And no one will pay attention to this.

**Dec. 31**

The last day of 1941. How long will we remember this year! How lousy he is. I would like to hold it and how to meet the new - 42nd year. But how to meet him when today we are even without bread. I went to the 3rd Soviet 2 times and was very tired. I'm not even in the mood to decorate the Christmas tree that we bought with Anna Izrailovna yesterday. Felka is still with us. Tired to hell. So 1941 passed. How much we have endured.

Today the radio has brought good news. Our units took Kerch and Feodosia. And on the Leningrad front we have the troops of Major General Comrade Fedyuninsky was driven, the Germans were driven, they caught up to Volkhov and no further. How long will this famine last? Probably, it will end when half of Leningrad will die out.

**January 4, 1942**

The fourth day of the new year. It started horribly for me: on the 1st, my dad fell ill. The doctor came and said that he had pneumonia and severe exhaustion. I don't think he can stand it. In such conditions: without light, without water, without bread, it is terribly difficult to raise it. There are terrible queues for bread yesterday and today. They say that there is no fuel at the bakery. In general, our doom has come.

Yesterday I went to the clinic, so there are 5 dead people. They lie right on the floor, open, terribly blue, their arms twisted. Horror!

How long will this continue? !!!!

Today I found 2 lice in my home. I'll probably die soon. How you don't want to die! Daddy melts and melts every day, weakens and weakens. As I look at him, the tears roll down. Well, what can we do with mom alone.

**6th January**

Dad lies like a dead man and insists that if not today, then tomorrow he will die. Mom can hardly walk. There is nothing.

Now we are sitting with my mother and crying. Dad says we'll get rid of him soon. Mom says that she, too, does not care about everything and that she only feels sorry for me, that I will be left alone.

**Exhibit 149 - 2454**

And grandfather? What kind of father is he? He thinks only of Anna Izrailovna. He sees this situation and cannot give money, even a little.

Now my mother discovered that her hands were swollen. Dad's legs are swollen. At night he screamed at the scream. They thought he could not stand it. Lena and I went to fetch water. There was even a line behind her.

There is no water, no light, nothing to eat, trams do not run, people are dying. The shops are empty, and on the fronts it is not better, but worse. No, we will never survive.

Mom went to the market and barely found and bought 2 boxes of matches for 7 rubles. Bread costs 250 rubles a kilogram, and you can't get it. Chocolate bar - 120 rubles.

Bread costs not 250, but 300 rubles.

I had lunch. My and my mother's whole lunch consisted of water and a little rye. This is soup. No grease. Instead of bread, they ate flat cakes made of rye (so-called) flour. At 6 o'clock I went to bed and slept until morning.

**Jan. 7**

When you go to bed, you forget a little. But how I do not want to get up! The same thing repeats from day to day. Mom at 4-5 o'clock goes to the store, comes back tired, exhausted, hungry. He enters the room and says that our store (that is, to which we are attached) is empty. It's easy just to say - empty, but how insulting it is: to stand and get nothing. In our store there is only one flour from which it is impossible to make anything and which makes you sick, like from emetic powder, and nothing else. In the morning we drank tea and that's it. The feeling of hunger does not leave us. How tired of it! Tired of feeling that if you eat a piece now, then you will get less for this piece.

Today we went to the market with Anna Izrailovna. What's going on there! What wonderful things they exchange for bread, for duranda. And in general there they exchange for bread - duranda, sweets, kerosene. There, having extra bread, you can dress from head to toe. But now rarely does anyone think about things. Food is everyone's sore point.

For several days in a row, at approximately 1 o'clock or 2 o'clock, long-range shelling begins. And, probably, this is from one point, since our area suffers all the time. They thump great. You can even hear the glass flying. It's 2 o'clock now. The shelling was, if not yet again. The radio has not been working since yesterday. I called the radio site. They said "damage". Although it does not bring anything calming, it is still more fun with it.

The mood is so awful that it couldn't be worse.

Dad has a temperature of 35.7. He can't even get up on his own.

In general, our situation is catastrophic.

I do not know what to do? I have to go to work, but where?

I would like to get a job at least in a hospital. If I got a job, I could work until September, and in September I would go to an optical-mechanical technical school (if I'm alive, of course, which I don't really believe in). At school, I definitely decided not to study. Now I can't hope for my dad. If I finish 10 classes, what will they give me? Absolutely nothing. I can only go to work as a clerk. And if I graduate from the optical-mechanical technical school, I will already have a specialty. It will all be like this if I survive, of course.

There are no letters. Probably all my former friends have forgotten me. It's very, very hard.

**January 15**

Half a month has passed, on which we pinned such high hopes, and nothing. Absolutely no improvement. Another half month has been erased from life. Instead of any improvement, it gets worse and worse every day. Day!!! What a painful word that is. Day! So many experiences are now associated with this word. The first and most disgusting thing is hunger. He does not leave us. Further: every day we have to carry water from house 19 (a pretty little business!) To the 5th floor. Only today did the radio start talking. The other day there was a speech by Popkov, he said that all this is the story of several days and that it will be better soon. But when will it be? Probably when we stretch our legs.

Here's more news! The last days have been marked by a huge number of fires. This is not enough yet.

And if we endure all this, then we still have one test ahead - an epidemic. This is the worst thing! And the epidemic will be rampant, since the corpses are not buried, but lying right on the ground. The latrines don't work anywhere, and everything spills out either into the street (beautiful picture!) Or into the courtyard. In general, here is the complete picture of our life. Desperate hunger, no firewood, no light, no water, no trams, the radio almost does not work. Beauty who understands.

**January 17**

I went to see my dad at the factory today. Very tired. 7 km there and the same amount back.

January 18

**Exhibit 149 - 2455**

January 18

Popkov spoke and said that soon there will be products. But what do we get from these promises, you won't be full of them.

### January 20th

Some improvement is felt today. They gave 400 gr. flour for workers and 100 gr. dependents.

I went to the 3rd Soviet to my grandfather's master and saw a very interesting picture. A cabman was driving along the street, and another horse was tied to his carriage from behind. She was probably sick, because she fell and barely moved. Soon she almost stopped breathing, and the man cut her throat. After that he himself left, leaving the horse on the road. After a while, people began to gather around this horse. Then someone brought a knife and began to slaughter the horse. What started here !!! People ran from all sides with knives and axes. Soon enough people gathered around the horse that it was impossible to squeeze through. She was torn, cut, shredded.

### January 21

Strongly talk about the increase, but this is nonsense. True, the quality of the bread has become much better. Duranda is no longer in it.

Today our radio speaks, but intermittently.

### January 22

Today we received 100 grams each. jams for dependents, 100 gr. granulated sugar for workers and employees, 100 gr. millet groats for everyone and 50 gr. butter at all.

### January 23

I went to the clinic to call my father a doctor. I went through the door, stumbled over something, and when I made it out properly, I stumbled over it, I saw that I was lying on the dead man. In this clinic, they do not even have time to remove one deceased from the floor when another appears.

### January 24

Today we have a joy: we have added bread. Workers at 50 gr. - 400 gr., For employees per 100 gr. - 300 gr., And dependents for 50-250 gr. This, of course, is a minuscule increase, but even then, it means, there is some kind of shift.

We live like in a remote village. There are no newspapers or radio. Today, it seems, they took 6 or 8 cities of the Kalinin region, among them mountains. Toropets, Ostashkov, Novorzhev.

### The 25th of January

There is no water anywhere. I had to go to the Neva. Worse than in 18th year. There is again nothing to eat today because of the water.

After lunch, I felt even more hungry.

The last few days have been terribly cold above 30 degrees.

### February 13

How long have I not written. Many changes have taken place these days, and quite pleasant ones. On the 6th, at 6 o'clock in the morning, after the last news, a message from the Leningrad Trade Department was suddenly transmitted. That he allows the sale of granulated sugar. After a while, we got butter. The shops are in such order that I could not even believe that something could be.

And despite this, we sat for several days without lunch. Oh, how hard it was.

But on the 11th - news!

We added bread. It is very nice. Now workers receive 500 gr. , employees - 400 gr., dependents - 300 gr. On the 12th we received cereals. On the 13th - granulated sugar.

The mood has improved significantly. The evacuation is in full swing in recent days. Lyubi go and go to the Finlyandsky railway station.

We don't know what to do? Go or stay? If we go, then what awaits us there, outside the city. After all, we do not even have 1 thousand money. If we stay here, what will happen here?

Something unimaginable is happening on the street and in the courtyards. After the first thaw, such an epidemic will begin here! And the bombings !!!!!!!! Probably, quarantine will be announced soon in Leningrad, because if this is not done, the infection will spread throughout the country. Now they say that women will start dying in the spring. Maybe we will die? Well, to hell with him.

I learned a little about our guys: Vova's dad died, and mom lost her cards; Felitsata's mother is dying, if she's not already dead. This is very bad news. Sonya received letters from Zhenya Leonov, Ali, Liuba and Riva, but I don't get anything. This is disgusting. Didn't I deserve this. Probably so. Well, don't give a damn. True, it's a little offensive, but you can't be cute forcibly. I won't write anything more for now. The situation on the fronts, especially on Leningradskoye, is not moving particularly quickly towards improvement. There is still no water. Irisha got sick, so now I have to go to fetch water, take out the slops, put on the samovar. In general, I spin all day.

February 15

**Exhibit 149 - 2456**

February, 15

Yesterday they gave me meat. Only there is no oil. Yesterday a decree of the Presidium of the Supreme Soviet of the USSR was announced on general mobilization to enterprises of the defense industry and to construction sites. They won't take me, but I myself decided to go to work. Today I went to see Lyuba's mother. She has lost a lot of weight. Her dad has diarrhea. He has lost a lot of weight. There has been a thaw for several days. Dysentery began in Leningrad. Begins! Not enough yet.

Shelling starts again. Today there was a terrible shelling of our area. Shells whistled directly overhead. What else do we have to go through ?! It is said that many women will die in the spring. Maybe I can stand it because I'm young, but I can't believe it.

Today there was a thaw, so it was already difficult to walk and breathe. It is still February, and there is still March, April, May ahead.

So many people are leaving. Apparently we will have to die in our Leningrad. It's a pity !!!

**16 february**

The Germans are starting to stir !! Today in the latest news it was reported that the Germans are bringing their reserves into battle. Again the whole day shelling.

One thing is good that the cereal was again given. The same rate: for workers - 500 g., For employees - 375, for dependents - 250 g.

It's 9 pm now. The day has become much larger. It's still light at 6 o'clock.

Terrible shelling. Just now there was such an explosion that I even shuddered. Not scary, but unpleasant.

Now, for the second time this day was broadcast on the radio about the shelling of the area.

**February 23**

There is a lot of news during these days.

On the 17th we went to the bathhouse. It sounds very loud. But, of course, it was not possible to wash. I say, of course, because you can imagine what a bathhouse can be if there are only a few of them in the city.

On the 18th I arranged a bath for myself at home. I washed very well.

19th. Today is a very joyful day for me. Received four letters at once and all from different places. From Ali, Lyuba, Riva and Nadia - for the first time. I was so happy that I didn't know where to start reading.

On the evening of the 20th, a siren suddenly went off. Anxiety!!! The last alarm was on December 21st. Meat was served in the store today. Tomorrow they will give cereals - the same noma - and butter, 150 g each. workers and 100 dependents and employees.

On the 21st - tomorrow they will give dried vegetables. 150 gr. everyone.

Irisha died today.

February 23rd - Day of the 24th anniversary of the Red Army and the lot. They promise that it will be better, but I can't believe it. Hitler is preparing a new offensive in the spring.

I really want to leave Leningrad.

Mom changed her jacket and got: 1 kg. 200 gr. pasta, 600 gr. flour (it seems rye), 200 gr. buckwheat, 200 gr. oatmeal and 500 gr. vegetable oil. Bread has become cheaper on the market. You can buy it for 200 rubles, but it was 500. A box of matches costs 10 rubles.

Tomorrow they will give 25 grams. cocoa dependents and 25 gr. chocolate to workers. The norms are so scanty, it's just ridiculous. Well 25 gr. for a worker's chocolate - one tooth.

**February 27**

Vera announced the issuance of cereals and meat. We have already received the meat, but no cereals. Today we received granulated sugar and should give cranberries. Oh! How you want cranberries.

Yesterday we received a letter from Lyuba. For some time now she became a poet. It turns out she has it pretty well. I am only offended by what she writes to me, and turns to Sonya almost all the time.

By the way, Sonin's dad got sick the other day and feels very bad. But it doesn't bother her at all. I'm really surprised how cool she is about this.

My mood has improved significantly in recent days. I almost felt like going. True, it is a little embarrassing that almost all institutions are being evacuated. Just a general flight. Yes! Yesterday it was reported that our units had surrounded and destroyed the 16th German army. They began to encircle her in the area of Staraya Russa.

Despite the fact that we lived there very little, she became so close to us, just amazing.

Now Sonya and I want to get a job.

June 6th

**Exhibit 149 - 2457**

June 6th

3 months I did not write. And how much happened during this time !!!

The worst and most difficult thing is the death of daddy. On March 1, he was taken to the factory hospital. He was already recovering and was walking, but there he fell ill with diarrhea and on the 14th he was taken to a hospital on the Kirov Islands. I searched for him for a long time and found it with difficulty. When I came to him, I saw that he was lying under the covers and groaning. When he saw me, he said: "Oh, daughter, I am lost." He didn't want to die so much !!! I stayed with him day and night. He had nothing to breathe all the time. The next day at 12 o'clock I went home. The senior doctor told me that he would not live long. He had been dozing all the time since morning. The next day my mother and I came, but he was no longer found alive.

We went to the mortuary.

He was lying there. Daddy! Nice!

I still can't believe that he is not there. When I saw him, I thought that I would go crazy: half-open, rolling eyes, half-open mouth and all so yellow, thin. It was one skeleton. We didn't have the strength to bury him. Did my daddy deserve such a death? They buried him in a mass grave in Novaya Derevnya. When I left the hospital for the first time, I saw a terrible picture: a whole pile (in the full sense of the word) of the dead was being carried on a cart. All naked, scary. This picture will never be forgotten.

**July 17th**

After his death, we could not come to our senses for a very long time, and when we regained consciousness, we decided to leave, but we did not succeed all the time.

On April 1, I started working as an apprentice in a hairdressing salon and now I work. If not for our departure, I would soon become a master, but for me it is not so important, because I can work without a certificate, and in the future I am not going to be a hairdresser.

Here we are on the train !!! On July 13, at 1:30 am, we boarded the train at the Finland Station. There we were fed noodles with "inaudible" (very tasty) and given 1 kg 200 gr. of bread. We left at 3 am. On the 14th they stood all day in Polyustrovo, a suburb of Leningrad. They cooked themselves on the fire <inaudible>. Boiled water was boiled.

They also received dry rations: 74 gr. smoked sausage, 20 gr. butter and a pound of bread. At 11 pm we arrived at the "inaudible" Griva. From the train we got into cars and drove to Lake Ladoga. But how much work did it take to get on the boat !!! We had a lot of things and we put half of them in one boat, and half in another. I went with the first half, and my mother and grandfather on the other. The lake has moved very well.

**January 21, 1943**

A new stage begins in my diary entry. Having arrived here, in Yoshkar-Ola, that is, in the Nightmare-Hole, as it is called here, I decided not to write a diary anymore and now I regret it very much, because I missed a lot and forgot a lot. But now, from different thoughts and thoughts, I decided by all means to remember the main thing, to write down and continue to write everything down.

Oh, damn it! How many new feelings, thoughts and experiences. Record immediately !!! And all-all-all.

I'll start with our arrival. We arrived here at 12 o'clock in the morning. On the 21st of July, of course. The next day, in the morning, I went to look for Lena with Shura and came to the conclusion that this city is not so terrible as I thought. Found Lena. Of course, they all cried, but it could not be otherwise. We stayed with them for 2 weeks, then Shura arrived. He, of course, as usual, immediately began to be rude, "inaudible" they moved to another apartment. The hut is small, cramped, but we made some minor repairs and it became a little freer. We live here, Mila - the current wife of my grandfather, "inaudible" and Ira. On August 1, my grandfather went to work at the Voentorg watch workshop, and I also went to him. But scandals soon began. The grandfather began to go crazy. I fought with him so much that he almost killed me. It turns out that this is his reaction before marriage. A month and a half later, he suddenly declares that he will marry Mila. How much mom experienced his scandals is difficult to describe, and therefore I was even glad that all this would stop. But it was not there. I decided to leave him and go to the plant to work. And on the day I entered the plant, new scandals began.

Now I turn to my life at the factory. I decided that I would devote this diary to Lyuba, so I will write, as if I were telling her.

**10 September**

Lyubka! Expensive! From now on I have entered a new life, a new way of life, a new society. This is a very important day.

On the 6th, I met Galya, our neighbor. She is a very beautiful girl. She has a good figure, good skin, hair, eyes, lips. The only thing is that she has a long nose. Frankly, I immediately liked her very

**Exhibit 149 - 2458**

Дневник Клары Рахман - Музей истории школы 327

hair, eyes, lips. The only thing is that she has a long nose. Frankly, I immediately liked her very much, and since it was very difficult for me without acquaintances, I really wanted to make friends

with her. Only one thing consoled me during this period - so, these are your letters, Sonina, Alina, Rivina. I never forget about you and will not forget, no matter how far we are.

Galya looks very proud, but we got to know her, and she advised me to go to the plant. On the 10th, I came with her to the factory. They took me to the master. He directed me to some Anya. They bring me into a room, there are 2 girls sitting there and laughing. Lead me to one of them. It turns out - this is Anya. In appearance, she may not immediately be liked. She has very large facial features, thick lips. On this day, I already started to work,

Soon, I gradually began to get to know everyone. But soon I became in such a mood that it seemed to me that everyone hated me. I felt ashamed to pass by everyone.

Lyubochka! You probably never feel this way. And at that time no letters came from you from anyone. How I suffered, it seemed to me that you too had forgotten me. And you come home and a scandal begins. I wanted to hang myself. You say: "Fool". No, not stupid and not stupid at all. I was terribly worried, and even now, no less, that I am so small. Why, why am I so small?

With Galya, we became friends a little, but she has a friend, so I couldn't even be close friends. Anyway, I came to the conclusion that we cannot be friends with her. She is proud, capricious. And in general, if you met her, you would not be friends either.

During this period, I came to the conclusion that you can make friends only by knowing properly the character of the person with whom you want to make friends, although now I have slightly deviated from this decision. Why and how, I'll tell you later. We worked hard. I once told Anya that it seems to me that everyone hates me, but she called me stupid and said that it was not true. In November we moved to another plant. Our workshop is wonderful - warm, light, clean. There are a lot of people, fun. One girl, Eva, worked in our room. At first she seemed very inconspicuous to me, but then we met and are now friends. It was with her that I deviated from my rules. Somehow we immediately started telling everything to each other. You know, she's a very nice girl, straightforward, very simple. If you saw her, I think you would like her. After all, you and I have the same taste. The only thing I am afraid for in our acquaintance is that we have completely different tastes. She is very spoiled by the guys. Then, she has a friend who I really don't like. In general, I do not know what will happen. So far, I know that we have nothing in common with Galya, and I like Eva. It's a pity you're not here. You and I would have judged. I don't know if I did the right thing to tell her everything about myself. But, if I was mistaken this time, then I am very pleased that there will be a lesson for the future. Oh, how I miss you !!! And also Sonya and also Vova - in general, I would like to meet all of us as soon as possible, all of us in Leningrad. I don't know what will happen. So far, I know that we have nothing in common with Galya, and I like Eva. It's a pity you're not here. You and I would have judged. I don't know if I did the right thing to tell her everything about myself. But, if I was mistaken this time, then I am very pleased that there will be a lesson for the future. Oh, how I miss you !!! And also Sonya and also Vova - in general, I would like to meet all of us as soon as possible, all in Leningrad. I don't know what will happen. So far, I know that we have nothing in common with Galya, and I like Eva. It's a pity you're not here. You and I would have judged. I don't know if I did the right thing to tell her everything about myself. But, if I was mistaken this time, then I am very pleased that there will be a lesson for the future. Oh, how I miss you !!! And also Sonya and also Vova - in general, I would like to meet all of us as soon as possible, all in Leningrad.

Of course, I really want to be friends with Eva, because, you yourself understand, it is very difficult without a friend, and you are still far away.

Lyubka !!! Dear !!! What a joy I have, the other day I received a letter from Vovka. You know, it seems to me that I still have a lot of respect for him. I had one question - I love him or not. Here again it is a pity that you are not. But now it is not very important yet, because he is not here. It seems to me that if you love a person, you are ready to go to death for him! I'm ready to go for anything, but I still can't say that. Although I really respect him. Perhaps this is also due to the fact that we were so little friends. But I think that if we meet with him, we will be friends. In any case, his letter gave me a lot of joy. On the same day, I received a letter from Ali and Sonya. Alya writes that she was very offended when I reminded her of our disputes. Sonechka wrote me a poem. I will write it later, otherwise now the letter is from <inaudible>. Well now I will write everything in detail, everyday. I want that when we meet you - you could know for sure all my thoughts and feelings.

**January 21 (day of Lenin's death)**

Today we were released at 4 o'clock. We thought we would have a day off tomorrow, but it turns out it won't. The assault is coming soon, I am very tired of it. And not only me, but everyone. Today Anya kissed me all the time. I don't know if she really loves me. I still feel like they don't like me. I'm only sure of you. But on the other hand, I am so sure that it cannot go on. But why are there no letters

**Exhibit 149 - 2459**

sure of you. But on the other hand, I am so sure that it cannot go on. But why are there no letters from you? I'm worried about something. Evka doesn't come for something. I went to see Galya. I talked about work and went home. Today I decided to go to bed early. Yesterday I was in the cinema, I saw the "Secretary of the District Committee". I liked it very much. The types are shown very well. The artists play very well.

**January 29**

Today we change in shifts The mood is far from brilliant. Today we decided to record songs and anecdotes with Eve. In general, I want to do more books. I want to read, read.

I'll write a poem that Sonya sent me:

Good afternoon, dear Clarus,
Good afternoon my dear
Do you remember old friendships
Do you remember me, Clara?

I write myself, but my heart beats
And there is no consolation.
It will then be calm
When I'll see you.

Dear Clar, Nice Clar,
Claret, my joy,
If you knew, my beloved,
I'm as bored as without you.

Clarity darling, be you happy
You do not know the need when you are in grief.
Be you happy, loved by everyone,
And don't suffer for anything.

Here is a friend! Isn't it, Lyubka? Only here you also wrote a poem for me in Leningrad, and I lost it. What a pity. But still, our friendship is great. Ugh, ugh. How not to jinx it.

Well, that's all for now. Now I will write a letter to you and someone else. I sat, sat, and suddenly the inspiration came to me to write something. I decided to write you a poem.

Lyubochka, dear, dear friend!
How soon we will meet with you
I couldn't wait for that day
When I look at you.

But I believe he will come too,
As joyous as a dream
Then we have nothing, nothing
Wouldn't hurt no way.

And we will only meet there,
What we dream about all the time
We will meet in native Leningrad,
Beloved and dear.

How much did he go through
How many wounds are in him now,
But we are young
And also the builders of our country.

Sparing no effort and labor
We will only appear there,
We will build, heal wounds
Our dear, beloved Leningrad.

And no one to our friendship
Can't get in the way then

**Exhibit 149 - 2460**

Can't get in the way then
After all, she became on the right,

Like life and like food.

**January 27**

I work a lot these days. And starting today, we probably won't leave the factory at all. There are no letters from anyone. How to explain? I do not know. I think I wrote to everyone. Lousy mood.

The day before yesterday there was a little incident with Eve. She came and greeted, but I did not hear. It seemed to me that she pouted with me. I think it will do, so it means that he is friends with me. She walked over. In general, my lousy character, my resentment is often to blame. It seems to me that everyone hates me, that I am so nasty. Whether it's true or not, the devil knows. After all, you cannot fit into the soul of everyone.

March 16

Again I decided to write and again forgot a lot. Now I have read the previous entries and saw that now my thoughts have changed somewhat. The first thing I will write about now is about the plant, about the administration.

When I came to the plant, everything seemed to me in a rosy light: you can talk to the bosses, everyone is honest and frank, but this is not so.

Now I am convinced of the great injustice of the head of the workshop of foremen. I want to write about the head of our workshop. This is such a vile person, so harmful that it is difficult to explain. If he doesn't love a person, he can bury him, humiliate him to the last, and you won't complain anywhere, you won't tell anyone, since he enjoys authority with his superiors. On the other hand, if he sympathizes with a person, he, despite the fact that he knows nothing, appoints and raises him higher and higher. For example, a girl worked at another facility. On the face, she is very interesting. He really likes her. And so he transfers her to him. She worked for several days, and he appoints her as a brigadier of the 6th grade. And we learn all this in secret from each other. Nobody announced anything to us, there was no order. How should Lyuba (this girl) feel, how can we respect her. One worker had an argument with the foreman, the next day he was "transferred" from the 5th to the 3rd grade. Well, where is the justice here! The worker is not considered a man at all, not in the least is he. And all this, too, so pressure, so spoils the mood that it is simply disgusting to look at everything, to do anything. And yet, despite this, I am glad to be working. The plant gave me a lot in all respects. I became better at understanding people. In general, I don't feel like writing anymore today. The plant gave me a lot in all respects. I became better at understanding people. In general, I don't feel like writing anymore today. The plant gave me a lot in all respects. I became better at understanding people. In general, I don't feel like writing anymore today.

I will only write down the letter that Eve and I wrote to the fighters:

Dear fighter!

First of all, let me congratulate you on the 25th anniversary of the Red Army and wish you even more success in your further offensive. Even without knowing you, I already want to believe that you are fighting in the forefront of our valiant Red Army. It couldn't be otherwise! There are no people in our time who would not strive forward and forward. I really want to get to know you, find out how you live, what you are interested in, whether you receive letters from relatives and friends. I will be very glad to have a correspondence with the fighter defending our Motherland.

But for our first acquaintance, you must know a little about me. I am now in Yoshkar-Ola, I work at a factory, I am 17 years old. I came here in August from Leningrad, so I survived the horror of the Blockade and the bombings, and therefore I am even happier to hear about our victories. And how glad it was to hear about the breakthrough of the Siege of Leningrad! And now, after every message from the Soviet Information Bureau, I want to work with tenfold energy.

Well, for now, enough about myself for the first acquaintance.
I look forward to your reply and wish you success.
Greetings!

Clara

**Comments**

**Exhibit 149 - 2461**

Comments

You do not have permission to add comments.

**Exhibit 149 –  2462**