# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| USA | **CASE NUMBER:** |
| Plaintiff(s), | 2:02–cr–00220–MCS |
| v. | |
| IOURI MIKHEL, et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   10/4/2023

Document No.:   2472; 2474 (filed 10/5/2023

Title of Document:   Miscellaneous Document by defendant Mikhel

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: MOTION: Vacate, Set Aside, or Correct Sentence (28:2255)

no. 2472 filed 10/4/23 before the Formal Civil 2255 motion was filed and issued a civil case number. No. 2474 also used the incorrect event, but was filed 10/5/23.

The cited correct event creates a Motion seeking relief from the court. CM prompts filer for missing information (the Civil case Number).

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: October 5, 2023          By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                                    Deputy Clerk

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS