UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:02-cr-00220-MCS-1 |
|---|---|
| Plaintiff, | **ORDER RE: MOTION TO INSPECT AND DUPLICATE COURT RECORDS (ECF NO. 2469)** |
| v. | |
| IOURI MIKHEL, | |
| Defendant. | |

1

Defendant Iouri Mikhel moves for an order authorizing the disclosure, inspection, or duplication of records in possession of the Court related to the selection of the grand jury, petit jury venire, and petit jury selection in this case. (Mot., ECF No. 2469.)

The motion is denied. Assuming the relief sought is warranted, the Court does not have in its possession any of the documents the motion seeks. Mr. Mikhel's request for an affirmative statement to this effect, (Mot. ¶ 24), is granted. A declaration will be filed concurrently with this Order.

**IT IS SO ORDERED.**

Dated: October 17, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2